1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5       vs.           NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9       Transcript of excerpt of testimony of

10              MARIO RODRIGUEZ

11        April 16, 2018, and April 17, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    I N D E X

 2   EXAMINATION OF MARIO RODRIGUEZ

 3   By Ms. Armijo                              4

 4   EXAMINATION OF MARIO RODRIGUEZ

 5   By Ms. Armijo                             71

 6   By Mr. Lahann                            188

 7   By Mr. Castle                            193

 8   By Mr. Sindel                            209

 9   By Mr. Granberg                          326

10   By Ms. Torraco                           329

11   By Mr. Blackburn                         353

12   By Ms. Armijo                            385

13   REPORTER'S CERTIFICATE                   402

14                 EXHIBITS ADMITTED

15   Government's 588, 589, and 863A Admitted  165

16   Government 607 Admitted                    6

17   Government 868-A and 868-B Admitted       44

18   Government's 874, 875, and 610 Admitted   71

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Ms. Armijo, does
 2   the Government have its next witness or evidence?
 3              MS. ARMIJO:  Yes, Your Honor.  Mario
 4   Rodriguez.
 5              THE COURT:  All right.  Mr. Rodriguez, if
 6   you'll come up and stand next to the witness box,
 7   before you're seated, my courtroom deputy,
 8   Ms. Bevel, will swear you in.
 9                   MARIO RODRIGUEZ,
10      after having been first duly sworn under oath,
11      was questioned, and testified as follows:
12              THE CLERK:  Please be seated and state
13   your name for the record.
14              MR. SINDEL:  Your Honor, may I --
15              THE COURT:  You may position yourself.
16              THE WITNESS:  Mario Rodriguez.
17              MS. TORRACO:  Before we start, can we
18   approach, please?
19              THE COURT:  You may.
20              (The following proceedings were held at
21   the bench.)
22              MS. TORRACO:  Can we take that exhibit
23   down?
24              MS. ARMIJO:  That's not us.
25              THE COURT:  I think it's the defendants'
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    exhibit.

 2              MS. ARMIJO:  That's not us.

 3              THE COURT:  You'll have to tell Ms.

 4    Gilbert to take it down.

 5              MS. ARMIJO:  That's not us.

 6              (The following proceedings were held in

 7    open court.)

 8              THE COURT:  All right, Mr. Rodriguez,

 9    Ms. Armijo?

10              MS. ARMIJO:  Thank you, Your Honor.

11                   DIRECT EXAMINATION

12    BY MS. ARMIJO:

13        Q.    Can you please state your name, please?

14        A.    Mario Rodriguez.

15        Q.    And Mr. Rodriguez, how old are you?

16        A.    I'm 33.

17        Q.    And where were you -- where did you grow

18    up?

19        A.    In Silver City, New Mexico.

20        Q.    And when you were growing up, were you a

21    member of a street gang?

22        A.    Yes, ma'am.

23        Q.    What street gang?

24        A.    East Side Folks Street Gang.

25        Q.    East Side Folks Street Gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.
 2        Q.   Okay.  And are you familiar with Silver
 3   City, then, as far as gangs?
 4        A.   Yes, ma'am.  I lived there since I was six
 5   years old.
 6        Q.   And is East Side Folks the only street
 7   gang there?
 8        A.   No, ma'am.
 9        Q.   What other street gang is there?
10        A.   The two dominant street gangs is China
11   Town Locos and East Side Folks.
12        Q.   So the China Town Locos; is that correct?
13        A.   Yes, ma'am.
14        Q.   And so you are an East Side Folk --
15        A.   Yes, ma'am.
16        Q.   -- member?
17             Now, how old were you when you were sent
18   to the -- let me back up.  Did you have any issues
19   with the law when you were a juvenile?
20        A.   Yes.
21        Q.   And at some point when you were an adult,
22   did you actually end up being sent to the New Mexico
23   Corrections Department?
24        A.   Yes, ma'am.
25        Q.   How old were you when you were originally
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sent to Corrections?

2      A.   I was picked up when I was 18.  Then I

3  went to the Corrections at 19.

4          MS. ARMIJO:  Okay.  At this time I'd move

5  for the admission of 607, which is his pen pack for

6  Mr. Rodriguez.

7          THE COURT:  Any objection from the

8  defendants?  Not seeing or hearing any objection,

9  Government's Exhibit 607 will be admitted into

10  evidence.

11          (Government Exhibit 607 admitted.)

12  BY MS. ARMIJO:

13      Q.   All right.  Mr. Rodriguez, can you

14  remember what crime it was that you initially were

15  sentenced to the Department of Corrections for, or

16  Corrections Department?

17      A.   The initial crime I was sentenced to or

18  the initial crime I was picked up for?

19      Q.   The initial crime -- well, that's a very

20  good question.  Let me back up further.  I'm sorry.

21          How many felony convictions do you think

22  you have?

23      A.   About six or seven.

24      Q.   And are most of those committed on the

25  streets, or do you have some that were committed

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   once you were in custody?

 2        A.   Every single one of my convictions is

 3   while in custody.

 4        Q.   Okay.  So when you were first -- so every

 5   single one of your convictions involves activity of

 6   yours while you were incarcerated?

 7        A.   Yes, ma'am, in the Grant County Detention

 8   Center.

 9        Q.   Grant County Detention Center.  Were you

10   housed there at some point?

11        A.   Yes.

12        Q.   How old were you?

13        A.   I was 18.

14        Q.   And what were you being housed there for?

15        A.   For aggravated battery with a deadly

16   weapon.

17        Q.   And was that charge that you were actually

18   housed on eventually dismissed?

19        A.   Yes, ma'am.

20        Q.   Did you pick up new charges while you were

21   there at the detention center?

22        A.   I did.

23        Q.   And what did those charges involve?

24        A.   The first one I picked up was an escape.

25   The second one was kidnapping and two criminal
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    sexual penetration charges on an inmate, and another

 2    escape, and battery on a police officer.

 3         Q.   Okay.

 4         A.   I picked up more while in prison.

 5         Q.   Okay.  So the first starting at the

 6    detention center?

 7         A.   Right.

 8         Q.   I guess one of those was an escape?

 9         A.   Right.

10         Q.   Did you actually escape from the facility?

11         A.   I escaped while -- I guess you can call it

12    a walk-away.  I escaped while on work detail.

13         Q.   Okay.  And that's considered an escape in

14    the State of New Mexico?

15         A.   Yes.  It's a mandatory 18 months in

16    prison.

17         Q.   So then you got picked up from that

18    escape?

19         A.   Right.

20         Q.   So you're back in the detention center;

21    correct?

22         A.   Detention center.

23         Q.   Just so we're clear, the detention center

24    is not part of the Corrections Department.

25         A.   No, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   This is somewhere where you were awaiting

2  the resolution of some charges.  Is that a good way

3  to say it?

4      A.   That's correct.

5      Q.   So then you said you picked up some more

6  charges; correct?

7      A.   Right.

8      Q.   And I believe you mentioned kidnapping and

9  criminal sexual penetration?

10     A.   Two counts.

11     Q.   Okay.  And what did that involve?

12     A.   It involved -- there was an inmate that

13 was housed with us that was a little weaker than any

14 of the guys there.  Went to roll him out, and he had

15 money on his books, so he was kept, I guess,

16 hostage, and beat and assaulted.  And eventually he

17 was sodomized with a hot sauce bottle, and held

18 against his will.

19     Q.   Okay.  Who did the -- who sodomized him?

20     A.   My co-defendant, Joseph Chavez.

21     Q.   All right.  So did you actually physically

22 do any of the criminal sexual penetration part?

23     A.   No.  My crimes led to the commission of

24 that crime.

25     Q.   Okay.  And when you say "we," I believe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you said the term "roll, rolled out"?

2      A.   Roll him out, make him go into protective

3  custody.

4      Q.   Okay.  What do you mean by making him go

5  into protective custody?

6      A.   Say an inmate shows up, and he's weaker,

7  or he doesn't fit the profile to fit in with us, and

8  we don't want him in the tank.  It could be a guy

9  with bad charges, could be an enemy, could be

10  someone that's scared.  We just tell them:  "You've

11  got to leave or you're going to be physically

12  assaulted."  And either he leaves or you physically

13  assault him and he's left beat up and they move him

14  out.

15      Q.   So is that what happened in this case as

16  far as that person?

17      A.   It was going to happen, and then one of

18  the guys that was getting his property to leave

19  found the receipt for, I think, three or four

20  hundred bucks, and decided to keep them to spend his

21  money on canteen.

22      Q.   Now, then, you mentioned -- what else, as

23  far as picking up charges in the detention center,

24  did you get?

25      A.   I escaped again after that.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com



1        Q.    Okay.  How did you escape after that?

2        A.    I told the COs that I swallowed a razor

3   blade.  I swallowed a little piece of metal from the

4   broom.  And they took me to the hospital.  They

5   housed me.  The X-ray machine came up that I had

6   metal in my stomach.  They housed me.  And while I

7   was taking a shower, the CO wasn't there to put

8   shackles on me.  I looked around the corner, I seen

9   the CO, and I took off running out of the hospital.

10       Q.    Was that something you had planned?

11       A.    It was to escape, yes.

12       Q.    Were you caught?

13       A.    I was.

14       Q.    And so then you're sent back to the Grant

15  County Detention Center; is that correct?

16       A.    The same day, yes.

17       Q.    And did you -- you mentioned another

18  assault on a peace officer?

19       A.    Battery on a police officer.

20       Q.    And did that occur at the Grants County

21  Detention Center as well?

22       A.    Grant County.

23       Q.    Grant County.  And what did you do then?

24       A.    I physically assaulted a CO that was

25  speaking to my girlfriend about not being with me.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   And I took it upon myself to confront him, he denied

2   it, and I physically assaulted him.

3        Q.    And eventually, did you enter into a plea

4   agreement that would have all of those cases

5   resolved into one sentence?

6        A.    It was eventually resolved into one

7   sentence and my street charges were dismissed.

8        Q.    And I'm going to show you Exhibit 607.

9   I'm going to show you the fourth page of that.  What

10  is it that we're looking at here?

11       A.    This is the front page of my J&S, judgment

12  and sentence.

13       Q.    Okay.  And it has here --

14       A.    Right.

15       Q.    -- circled on the top, it says, "Number

16  CR."  Would that be all the different cases that you

17  had?

18       A.    Those are all of them, and I think

19  excluding the escape that was run concurrent.  I

20  don't think that's in there.

21       Q.    Okay.  And then I'm going to go -- and it

22  mentions the different cases there?

23       A.    Right.

24       Q.    And I'm going to go to the next page,

25  please.  And does this --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Do we need to move the
 2   admission of 607?
 3              MS. ARMIJO:  We already admitted it, Your
 4   Honor, when he first got on the stand.
 5              MR. SINDEL:  I'm sorry.  I don't recall
 6   that.
 7              MS. ARMIJO:  The pen pack.
 8              MR. SINDEL:  That's fine.
 9              THE COURT:  What was it part of?
10              MS. ARMIJO:  Exhibit 607, Your Honor, when
11   he first took the stand.
12              THE COURT:  Okay.
13   BY MS. ARMIJO:
14      Q.   All right.  Now, sorry, we're having
15   technical issues now, and this is the fourth page of
16   Exhibit 607.  Are these the different charges that
17   you were telling us about?
18      A.   All of them except Count 5, yes, ma'am.
19      Q.   And when you say Count 5, because that was
20   dismissed?
21      A.   It was dismissed the day of my plea
22   agreement.
23      Q.   Okay.  And did you eventually -- as a
24   result of all these charges, were you sentenced to
25   the Department of Corrections?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

14

```
 1        A.    Yes, ma'am.

 2        Q.    The Corrections Department?

 3        A.    Yes, ma'am.

 4        Q.    And how long were you sentenced?

 5        A.    For CR-03213, I was given 15 years.  And

 6   for the next two under that, battery upon a peace

 7   officer, 18 months, and escape from jail, 18 months.

 8        Q.    And were those all running concurrent or

 9   consecutive?

10        A.    They were consecutive.  The only one

11   concurrent was one of the escapes.

12        Q.    Okay.  And so what was your sentence

13   overall, then, as a result of --

14        A.    Eighteen years.

15        Q.    Eighteen years.  Okay.  And with that, did

16   you head to the Corrections Department?

17        A.    I did.

18        Q.    And where were you first sent to?

19        A.    To RDC in Los Lunas.

20        Q.    And when you went to RDC, what was the

21   purpose of that?

22        A.    To -- it's an orientation period where you

23   get classified based on your age, your crime, and

24   what level you'd be going to after that.

25        Q.    Where were you sent to?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   I was sent to Hobbs, New Mexico, Lea

2  County Correctional Facility, Level 3 line.

3      Q.   So I guess you were determined to be a

4  Level 3 inmate when you first went in?

5      A.   Yes.

6      Q.   And while you were in Hobbs, did you have

7  any incidents that led to some disciplinary issues?

8      A.   Disciplinary issues within the Corrections

9  or outside?

10     Q.   Yes.

11     A.   Minor reports there.

12     Q.   Okay.  And so how long were you there?

13     A.   I was there for anywhere between five to

14 six months.

15     Q.   And where were you sent after that?

16     A.   Santa Rosa prison, Guadalupe County

17 Detention Center, Correctional facility.

18     Q.   And what level were you then classified

19 as?

20     A.   Level 3 still.

21     Q.   Okay.  And how long were you there?

22     A.   Three months.

23     Q.   Did something happen when you were at that

24 facility that led to you being moved?

25     A.   I physically assaulted three correctional

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   officers and one state police officer with a weapon.

 2         Q.    And can you tell -- when was that?

 3         A.    I think in May.

 4         Q.    May of 2005?

 5         A.    Yes, ma'am.

 6         Q.    And what led up to that incident?

 7         A.    An officer disrespected me and put my life

 8   in jeopardy on false accusations.  So I took it upon

 9   myself to put a soda can in a sock and assault that

10   officer.  It just happened to be that two other

11   officers got in the way and were physically

12   assaulted, as well.  And the state police officer

13   came to take my pictures and question me that night,

14   and I got into a physical altercation with him.

15         Q.    Were you ever charged with that incident,

16   or did you just face disciplinary?

17         A.    I faced disciplinary, was sent to PNM

18   Level 6 North facility, and charged on the streets.

19         Q.    Charged by the State of New Mexico?

20         A.    Yes, ma'am.

21         Q.    And did you actually get convicted of

22   that?

23         A.    I was.  I took a plea deal.

24         Q.    All right.  And I'm going to show the next

25   page, I should say, Exhibit Number 607 again, which

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

 1  would be Bates No. 8786.  Is this the front page of

 2  your judgment in that case?

 3       A.   Yes, ma'am.

 4       Q.   And did you plead guilty to that one?

 5       A.   I pled no contest.

 6       Q.   And how many years did you receive for

 7  that?

 8       A.   I think seven, with a year and 45 days'

 9  credit.

10       Q.   Okay.  I'm going to go to Bates 8788.

11  Does that indicate the number of years you received?

12       A.   Yes.

13       Q.   And was that consecutive or concurrent to

14  the 18 years that you previously received?

15       A.   It was consecutive.

16       Q.   Just so we're clear, "consecutive" means

17  you have to first finish the first sentence that you

18  have; correct?

19       A.   Correct.

20       Q.   Then you get to start your second

21  sentence?

22       A.   Correct.

23       Q.   All right.  And along with that -- and is

24  that -- I'm going to show Exhibit Number -- or the

25  same exhibit, but Bates 8789.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

```
 1            And what are we looking at?
 2       A.   That's my picture from my pen pack in RDC,
 3   Los Lunas.
 4       Q.   So that is when you first got to
 5   Corrections?
 6       A.   That's when I first got to Corrections.
 7       Q.   All right.  So then you were sent to PNM
 8   North?
 9       A.   After that assault, yes.
10       Q.   Then were you classified as Level 6 at
11   that point?
12       A.   Yes, ma'am.
13       Q.   Before going up there, while -- before you
14   were classified as Level 6, had you ever heard of
15   the SNM?
16       A.   Yes, I had interactions with the SNM prior
17   to going to Level 6, yes.
18       Q.   And what year did you go to Level 6?
19       A.   2005.
20       Q.   And when you say you had contact with SNM
21   or knew about them, can you explain that to the
22   jury?
23       A.   When I was sent -- when I assaulted the
24   officer in Grant County Detention Center, I was sent
25   to Los Lunas Detention Center.  I met Mario Montoya,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    my roommate in Seg.  I went to the line there, and I

2    met Willie Romero and Nathaniel Duran, who were SNM

3    members.  Then when I went to Hobbs, there was

4    another guy from Silver City, he was from China

5    Town, who was a Sindicato, and he was one of my

6    friends, along with Whiskers, Sammy G.

7         Q.   And who is Sammy G?

8         A.   Sammy Griego.  He's an SNM member.

9    Whiskers is an SNM member.  Tony Guana.  And when I

10   was in Santa Rosa, I lived with Cricket as well,

11   Steven Trujillo, from China Town Locos, from Silver

12   City.

13        Q.   So that was all people you had met before

14   you went to PNM; is that correct?

15        A.   That's correct.

16        Q.   Okay.  And when you got to PNM, were you

17   an SNM member?

18        A.   No.

19        Q.   When you got -- what happened when you

20   went to PNM, as far as -- did you meet other SNM

21   members?

22        A.   I was -- for the assault on a correctional

23   officer, that was put all over the news, and I was

24   put into North 3BV pod where there was SNM members.

25   No one really knew me there, other than another

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   individual in Silver City who was an SNM member,
 2   Tommy Valdez.  He sent me a letter and told me to
 3   start talking to certain individuals.  My neighbor
 4   was Baby Rob.
 5        Q.   I'm going to stop you, just because you're
 6   mentioning some names.
 7        A.   Okay.
 8        Q.   Okay.  So there was a person that you knew
 9   up there.  You mentioned Tommy Valdez?
10        A.   Right.
11        Q.   You said he sent you a letter.
12        A.   Right.
13        Q.   What kind of letter was that?
14        A.   It was a letter sent from the CO from one
15   unit to the next unit during breakfast.
16        Q.   Okay.  So now I think the jury has already
17   heard about interprison mail.  Was this an official
18   interprison mail, or was this just a CO bringing you
19   a letter from him?
20        A.   This is not interprison.  This is just a
21   CO passing a letter for us.
22        Q.   And did you know Tommy Valdez?
23        A.   Yes, I knew him from the county jail.
24        Q.   And so based on the contents of that
25   letter -- oh, you mentioned another person.  You
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1   mentioned Baby Rob.

2       A.   Right.  He was my neighbor.

3       Q.   Do you know his full name?

4       A.   Robert Martinez.

5       Q.   Was he an SNM Gang member?

6       A.   Yes.

7       Q.   And would you have conversations with him?

8       A.   A little at that time.  Not as much.

9       Q.   Did you have a nickname before you even

10  went to prison?

11      A.   Yes.

12      Q.   What is your nickname?

13      A.   Blue.

14      Q.   Is it a childhood nickname?

15      A.   It's a nickname that I acquired from the

16  New Mexico Boys School, Springer.  A teacher started

17  calling me that, Baby Blue, and it just changed to

18  Blue.  My teacher.

19      Q.   And do you know the basis for that?

20      A.   She said I always looked depressed or sad.

21      Q.   Now, at some point do you start

22  associating with more SNM members?

23      A.   Yes.

24      Q.   And tell us about that.

25      A.   All right.  When I got there, like I said,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   I was all over the news for those assaults.
 2   Marijuano, Lupe Urquizo -- I had no shoes.  They
 3   took my shoes for evidence for the assault on the
 4   correctional officer.  He sent me shoes.  I met
 5   Edward Garcia, Crazo; Carlos Herrera, Lazy; Baby
 6   Robert.  And I met Arturo Garcia in the yard.
 7        Q.   Okay.  You just kind of did a little nod.
 8   Do you see Arturo Garcia here in the courtroom?
 9        A.   Yeah, I could see him -- maybe if he
10   stands up, I could see him better.
11        Q.   Okay.  Where is he?
12        A.   I think he's in the back somewhere.
13        Q.   Okay.  Can you describe what he's wearing?
14        A.   No.
15            MS. ARMIJO:  Your Honor, may the witness
16   stand up so he can get a better view?
17            THE COURT:  He may.
18        A.   Yeah, I can see him.
19   BY MS. ARMIJO:
20        Q.   You can see him?
21        A.   Yes.
22        Q.   What is he wearing?
23        A.   Tan shirt with a blue tie.
24        Q.   Okay.  Is he wearing a jacket?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And where is he in relationship to these
 2  gentlemen here?
 3       A.   He's towards the right of Chris Chavez --
 4  towards the left of Chris Chavez.
 5            MR. BLACKBURN:  Your Honor, we'll
 6  stipulate that he identified him.
 7            THE COURT:  Is that sufficient?
 8            MS. ARMIJO:  Yes, Your Honor.
 9  BY MS. ARMIJO:
10       Q.   When you say to the left of where
11  Mr. Chavez was sitting --
12       A.   Yes, ma'am.
13       Q.   Okay.  Now, where did you say you met him?
14       A.   I met him in the Level 6 yard.
15       Q.   Okay.  Would that be at the North
16  Facility?
17       A.   The North Facility.
18       Q.   When you say "yard," what are you
19  referring to?
20       A.   There is about 12 or 13 cages in the Level
21  6 compound that all Level 6 inmates go to.
22       Q.   Have you ever heard a nickname for it?
23       A.   Jurassic Park.
24       Q.   And is that where you initially met Arturo
25  Garcia?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

24

```
 1       A.   I didn't know who he was at the time I met

 2  him, but, yeah, that's where I met him at.

 3       Q.   And did you know him by a nickname?

 4       A.   I didn't even know him by his name at that

 5  time.

 6       Q.   Okay.  Eventually, do you become an SNM

 7  Gang member?

 8       A.   I do.

 9       Q.   And what was involved in that?

10       A.   Arturo Garcia.  He brought me in.

11       Q.   Okay.  When you say "brought in," what do

12  you mean?

13       A.   I was in the yard.  The day I came across

14  him, I was walking around.  And he pulled me over,

15  he goes, "Hey, you're Baby Rabbs' little homie."

16       Q.   Baby Rabbs'?

17       A.   I didn't know him by that name.  I said,

18  "Baby Rabbs?"

19            He goes, "Conejo."

20            That's who I knew Tommy Valdez as.  And he

21  told me, "You want to be down with the S, or what?"

22  I told him it was something to think about.

23       Q.   Okay, now -- and you told him you'd think

24  about it?

25       A.   Told him I'd think about it, something to
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   think about.
 2        Q.   Did you think about it?
 3        A.   Yes, ma'am.
 4        Q.   What happened?
 5        A.   I had two more yards with Arturo Garcia
 6   convincing me why I should become a carnal.  And
 7   during the third one, he told me, "Well, everyone
 8   already thinks you're a carnal, so you should just
 9   jump on the ride."
10        Q.   Jump on the what?
11        A.   Jump on the ride.
12        Q.   What does that mean?
13        A.   The SNM is referred to -- a bunch of
14   different terms with us who are SNM members.  We
15   call it the ride, the caddy, the onda, the clicka,
16   the homies.  We have a bunch of different terms when
17   we're talking to one another.
18        Q.   Okay.  So he said you should just join the
19   ride?
20        A.   I should jump in the ride, because
21   everyone thinks I'm already in.
22        Q.   So what did you decide at that point?
23        A.   I told him I'd think about it.
24        Q.   Okay.  Still not convinced yet?
25        A.   No.  I take everything I do very
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    seriously.  So I --

2         Q.    Then what happened?

3         A.    I was in the first handball cage in the

4    Jurassic Park yard.  And Eugene Martinez comes to

5    me.  He's on the track, and he goes, "Hey, the

6    carnals want to know, yes or no?  Are you going to

7    get in?"

8              I told him, "Simon, I'm down."

9         Q.    What does "simon" mean?

10        A.    Yes.

11        Q.    Okay.  So at that point you thought about

12   it and you decided that, yes, you were?

13        A.    Yes.

14        Q.    All right.  Was it ever told to you what

15   would be expected of you as an SNM Gang member?

16        A.    I was already a gang member.  I knew that

17   it was violence, that it was representing the SNM to

18   the fullest.  It wasn't really sat down, say, "These

19   are the rules you've got to follow," but Tommy

20   Valdez pulled me out later on and ran down who was

21   on the tabla and who eventually -- if anything

22   happened, who we would ride behind.  He told me

23   that --

24        Q.    You mentioned a couple of things.  I just

25   want to get a couple things.  You mentioned a tabla.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   What's a tabla?
 2        A.   A tabla is a group of individuals who run
 3   the SNM.
 4        Q.   Now, I guess at this point, now that
 5   you're a member, I want to ask you some questions
 6   about the SNM.
 7        A.   Right.
 8        Q.   What is the SNM?
 9        A.   It's a criminal gang organization based
10   out of the New Mexico Department of Corrections.
11        Q.   And what is the SNM's purpose?
12        A.   To control the prison system and work to
13   control the streets at the same time.
14        Q.   Now, and how is it that they try to
15   accomplish that?
16        A.   Violence.
17        Q.   Now, I've been using the term "SNM."  Is
18   that initials for something?
19        A.   Yes.
20        Q.   What is its full name?
21        A.   Syndicato de Nuevo Mexico.
22        Q.   Now, does -- when you talked about
23   violence, how does violence come into play with it?
24        A.   Violence is everything to play with it.
25   It's everything.  We control the system through
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                     1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                   e-mail: info@litsupport.com

```
 1    fear.  Everyone knows at any point in time, if you
 2    got troubles with the SNM, you're going to get
 3    stabbed, you're going to get killed, if you cross
 4    the SNM.
 5         Q.   You said if you cross the SNM.  Would that
 6    extend to SNM members?
 7         A.   Yes.
 8         Q.   Now, is there a structure within the SNM?
 9         A.   Yes, it's the tabla.
10         Q.   Okay.  You talked about that a little bit
11    before.  You said it's a group of individuals?
12         A.   Right, five individuals.
13         Q.   Now, is there somebody above the tabla?
14         A.   There's people who are the rightful
15    leaders of the SNM.  But they were out of state at
16    the time that I got brought into the SNM.
17         Q.   Okay.  When you were brought into the SNM,
18    who were the leaders that were out of state?
19         A.   Ramon Clark, Razer; and Anthony Baca, Pup.
20         Q.   And with them being out of state, who was
21    left in charge to run it?
22         A.   Gerald Archuleta and Arturo Garcia pretty
23    much ran the SNM at those times.  But there was
24    three other individuals.  There was Rupert Zamora;
25    there was Baby Rob, Robert Martinez; and Juan
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Mendez, including Arturo Garcia and Gerald

 2  Archuleta.

 3      Q.   You mentioned Gerald Archuleta.  Does he

 4  have a nickname?

 5      A.   Styx.

 6      Q.   Does he go by another nickname, as well?

 7  Have you ever heard the term Grandma?

 8      A.   Yeah, Grandma.  And there is another one.

 9  But Grandma is one he used.  Palitos.

10      Q.   "Palitos" means Styx in Spanish?

11      A.   I believe so.

12      Q.   And did you eventually learn whether or

13  not Arturo Garcia had a nickname?

14      A.   Had a nickname as far as what?

15      Q.   A nickname.

16      A.   Oh, I've never called him by his nickname.

17      Q.   Do you know if he has a nickname within

18  the gang?

19      A.   Shotgun.

20      Q.   Now, in reference to the tabla, what does

21  the tabla do?

22      A.   They pretty much call the hits, orders to

23  kill.  They resolve issues within the SNM.  They're

24  pretty much a panel, an organization that runs that

25  organization.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, do the SNM -- do they commit any
 2   crimes?
 3        A.    Yes.
 4        Q.    What type of crimes do they commit?
 5        A.    From murder to stabbings, assaults,
 6   robbery, theft, drug distribution, selling of guns.
 7   Pretty much they've got their hands in pretty much
 8   everything.
 9        Q.    And does this occur inside the prison or
10   outside?
11        A.    The drug distribution and murders, yes.
12             THE COURT:  Hold on.
13             MR. SINDEL:  Your Honor, has this
14   individual ever been outside of a prison when he was
15   alleged to be a member of the SNM?
16             THE COURT:  Well, lay some foundation how
17   he would know about anything outside the prison.
18   BY MS. ARMIJO:
19        Q.    Are you aware of whether or not the SNM
20   conducts criminal activity outside of the prison
21   setting?
22             THE COURT:  And this is just a yes-or-no
23   answer at this point.
24        A.    Yes.
25        Q.    And without getting into what that answer
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  is, how do you know that?

 2       A.   Because I was a part of the SNM.  I knew

 3  that because I was a member of the SNM.

 4       Q.   Okay.  And even though you weren't out on

 5  the streets, how is it that you are aware of their

 6  activities on the street as far as illegal

 7  activities?

 8       A.   Well, I've seen plenty of these guys come

 9  and go in and out of the prison system, coming back

10  for murder, for, some of them, purse-snatching and

11  other bullshit crimes, you know; just drug addicts,

12  and selling drugs and guns, anything and everything.

13            MS. TORRACO:  Your Honor, objection.  All

14  of this is based on hearsay.

15            THE COURT:  I'm afraid this part, of him

16  being on the outside, would be that way, so I'll

17  sustain on the outside.

18  BY MS. ARMIJO:

19       Q.   Now, did you -- let me ask it this way.

20  Did you ever -- drug activity --

21       A.   Right.

22       Q.   Were you involved in SNM drug activity?

23       A.   Yes.

24       Q.   Explain how you personally were involved

25  in SNM drug activity.



SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   I would -- Arturo Garcia, I did plenty of

2  drug transactions with him.  I was given drugs by

3  the SNM.  I was involved in sending money to certain

4  individuals who would pay off an officer to bring in

5  drugs.  And I would get a large cut of the clavo

6  when it came in.  And I sold drugs.  I used drugs.

7  I gave drugs away to other SNM members.

8    Q.   Okay.  Now, specifically, I'm going to be

9  a little bit more specific.  Were you involved in

10  any drug activity as it relates to the outside?  In

11  other words, did you have contact with people on the

12  outside, and were you involved with any activity of

13  bringing drugs outside of custody into the

14  Corrections?

15    A.   Yes, ma'am.

16    Q.   All right.  And was that related to the

17  SNM?

18    A.   It was related to the SNM, yes.

19    Q.   And what would you do in those instances?

20    A.   At the time that I was helping bringing in

21  drugs, myself and Tommy Valdez were working with two

22  LC members to bring in drugs.

23    Q.   What's LC?

24    A.   That's Los Carnales.  It's a rival gang to

25  the SNM.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.
 2        A.   We would take turns paying the officer to
 3   bring the drugs in, and we split our clavo between
 4   the four of us.
 5        Q.   When you say "clavo," what does that mean?
 6        A.   It's a package of drugs that will have
 7   marijuana, cocaine, heroin, Suboxone, every kind of
 8   drug, and it's all put together.  It's called a
 9   clavo.
10        Q.   And so you would say you would receive
11   that?
12        A.   Right.
13        Q.   From correctional officers?
14        A.   The correctional officer would drop it on
15   us, yeah.
16        Q.   Obviously, not with permission from the
17   Corrections Department.
18        A.   No, ma'am.
19        Q.   All right.  And were you involved in
20   actually a pay structure to get that actually paid?
21        A.   Yes, I've been involved in the pay
22   structure for that.
23        Q.   Okay.  Tell us about that.
24        A.   Arturo Garcia put me in on some of his
25   drug activity where he would ask certain carnals who
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    he can feel that are trustworthy and have the money

 2    to fund what he was doing.  He would ask certain

 3    individuals, put $200 in here, put $300 here.

 4    There's $500 to pay for the officer to bring in the

 5    drugs, and he would support the drug part of it.

 6         Q.    Okay.

 7         A.    He just needed the money for funding.

 8         Q.    Now, are there rules within the SNM?

 9         A.    Yes, ma'am.

10         Q.    Tell us about the rules.

11         A.    The rules are -- society's rules do not

12    matter within the prison system.

13              MS. TORRACO:  Objection, Your Honor.

14    Could we have some foundation about how he knows

15    this or -- he's just kind of spewing out all of

16    these general statements, and I think there needs to

17    be a lot more foundation and a lot less hearsay.

18              THE COURT:  Well, I don't see any hearsay

19    here on the rules, but you might lay some foundation

20    as to how he knows the rules.

21    BY MS. ARMIJO:

22         Q.    How long have you been an SNM Gang member?

23         A.    Since 2005, September of 2005.

24         Q.    And are you aware of the rules of the SNM,

25    without getting into them?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   Did you abide by the rules of the SNM?

 3        A.   Yes, ma'am.

 4        Q.   Did you actually kill somebody as a result

 5   of the rules of the SNM?

 6        A.   I was involved in a murder, yes.

 7        Q.   All right.  Were you involved in other

 8   assaults for the SNM as a result of the rules for

 9   the SNM?

10        A.   Yes, ma'am.

11        Q.   Were these rules provided to you by

12   leaders of the SNM?

13             MR. SINDEL:  Objection to the leading.

14             THE COURT:  Well, these are foundational.

15   I can't make both of you happy.

16             MR. SINDEL:  I'm sorry, I couldn't --

17             THE COURT:  I can't make both of you

18   happy.  She's laying a foundation.

19             MR. SINDEL:  You can make me happy.

20             THE COURT:  You want a little less

21   foundation?

22             See if you can try not to be leading and

23   ask a foundational question.

24   BY MS. ARMIJO:

25        Q.   Okay.  Did you have conversations with
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   leaders of the SNM?

 2        A.   Yes, I had conversations with them.

 3        Q.   Okay.  Based on your conversations with

 4   the leaders -- and did you observe SNM Gang members?

 5        A.   Yes.

 6        Q.   Okay.  Since you went up to the

 7   Penitentiary of northern New Mexico, PNM North, were

 8   you housed with SNM Gang members?

 9        A.   Yes.

10        Q.   Did you personally live by the rules?

11        A.   I lived by the rules.

12        Q.   Did you see and observe other SNM -- were

13   you housed with other SNM Gang members?

14        A.   Yes.

15        Q.   Since 2005?

16        A.   Yes, ma'am.

17        Q.   And were you able to observe everything

18   that they did?

19        A.   Yes.

20        Q.   Did you take part in decision-making for

21   the SNM?

22        A.   Yes.

23        Q.   Were you given orders by the SNM?

24        A.   I was.

25        Q.   What was your role -- I'm going to go up
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   before 2014.  Before 2014, what would you consider
 2   yourself within SNM?
 3        A.   Before I left?
 4        Q.   Before 2014, before the Javier Molina
 5   murder.
 6        A.   Before?  I was a soldier.  I was becoming
 7   an influential member within the SNM.
 8        Q.   And what is a soldier?
 9        A.   I carried out anything that the leadership
10   tells me to carry out.  I know when someone is
11   fucked up and I'm expected to assault them, kill
12   them, based on what they've done wrong.
13        Q.   Did you have close personal conversations
14   with Arturo Garcia?
15        A.   Yes.
16        Q.   About the SNM?
17        A.   Yes, ma'am.
18        Q.   And did you learn a great deal about the
19   SNM and their rules specifically through Arturo
20   Garcia?
21        A.   Specifically through him and Robert
22   Martinez, yes.
23        Q.   Okay.  Robert Martinez is another SNM
24   leader that you said was on the tabla?
25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.  Based on all that, and your

2   personal experience -- I forget where we were.   I

3   believe I was asking you about the rules of the SNM.

4      A.   Right.

5      Q.   Okay.  Can you now tell us about the rules

6   of the SNM?

7      A.   With most of us that are recruited into

8   the SNM, we are already groomed in the rules of the

9   convict.  We're groomed in the rules of the prison

10  system.  The whole reason of recruiting someone into

11  the SNM is because you don't have to hold their hand

12  and tell them what is right or wrong.

13     Q.   So now, so when you become an SNM member,

14  are you -- how is it that you are aware of the

15  rules?

16     A.   You pretty much learn as you go.  You

17  already got the rules established as a criminal

18  code, and now you're doing it for a bigger scale on

19  the SNM, and you're taking on issues that don't

20  really involve you personally, but they involve the

21  SNM, so therefore, they're your issues.  If someone

22  disrespects the SNM or one individual from the SNM,

23  they disrespect the whole ride.  You have to take

24  them out, you have to stab them, you have to

25  represent the SNM to the fullest.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Okay.  So then is it fair to say you

2   cannot disrespect the SNM?

3        A.   You cannot disrespect the SNM.  If you do,

4   if you want to, you're going to be in a whole lot of

5   trouble.

6        Q.   Okay.  You talked a little bit -- I want

7   to ask you about maybe some other rules of the SNM.

8   Are you allowed, as an SNM Gang member, to cooperate

9   with law enforcement?

10       A.   No, ma'am.

11       Q.   Tell us about that.

12       A.   Oh, it's a green light.  Automatic green

13   light.

14       Q.   What's a green light?

15       A.   It's an order to kill.

16       Q.   And so that's prohibited, then?

17       A.   Yes, ma'am.

18       Q.   Okay.  Are you supposed to admit to being

19   a member of the SNM?

20       A.   Never.

21       Q.   Do you have any SNM tattoos?

22       A.   I do not.

23       Q.   Are you validated by the New Mexico

24   Corrections Department?

25       A.   I am not.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1          MR. SINDEL:  I'm going to object as
2  hearsay.
3          THE COURT:  I'm not sure how he'd know
4  that other than through hearsay, so I'll sustain the
5  objection.
6          MR. SINDEL:  Thank you, Your Honor.
7  BY MS. ARMIJO:
8      Q.   Can you -- okay.  I believe we were
9  talking about -- okay, what about rivals?  Does the
10 SNM have rivals?
11     A.   Yes.
12     Q.   I believe you talked a little bit about
13 the Los Carnales.
14     A.   Right.
15     Q.   Are they referred to as LC?
16     A.   They're referred to as LC.
17     Q.   Are there any rules about what you are to
18 do and how you need to get along with an LC member?
19     A.   Oh, we're housed with them, we carry
20 ourselves with respect, we respect them, and at the
21 same time, if the first opportunity happens, then we
22 have to stab them.  But we talk to them, we
23 associate with them, we carry ourselves like men in
24 there.  And a part of respecting others is
25 representing the SNM.  But towards the end of -- I

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  think around 2009, I think, was a truce, a ceasefire

 2  from the SNM and LC-ers to try to take back the

 3  Level 3 lines.  So up to the current time, there is

 4  still a ceasefire with the LC members.

 5       Q.   Prior to that?

 6       A.   Prior to that, yes.

 7       Q.   Prior to 2009, when you say before the

 8  ceasefire with the LC --

 9       A.   Right.

10       Q.   -- what was the rule in reference to an

11  LC?

12       A.   Kill them.

13       Q.   Now, you already talked about the tabla,

14  and you mentioned that you were a soldier for the

15  SNM.  Have you ever heard the term "hitter"?

16       A.   Yes.

17       Q.   What does that mean?

18       A.   It's someone who is frequently bringing in

19  drugs to the facility.

20       Q.   Okay.  So would they -- that's kind of

21  like a position with the SNM?

22       A.   It's not necessarily a position, but it's

23  something that people get recognized as, and when

24  they show up to a pod, "Oh, he's a hitter," you know

25  that he's going to be bringing in drugs or he has
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  drugs.

 2       Q.   Now, once -- you mentioned that you were a

 3  street gang member.  When you became an SNM member,

 4  how did that -- could you coexist as both members,

 5  or does one take dominance over the other?

 6       A.   The SNM takes dominance over the other.

 7       Q.   Okay.  And how is that?

 8       A.   Well, with my barrio, my barrio didn't get

 9  along with China Town, so when I became an SNM

10  member, they ceased to stop hating on the SNM

11  because of me.  And so it elevates the gang, but at

12  the same time, my barrio -- they didn't sit well

13  with it.  But they stopped hating on the SNM because

14  of me.

15       Q.   Now, did you ever commit any crimes for

16  the SNM?

17       A.   Yes.

18       Q.   What was the first crime that you can

19  recall as far as being associated with you doing

20  something for the SNM?

21       A.   Well, I was an SNM member when I stabbed

22  Robert Esparza.

23       Q.   Now, when was that?

24       A.   2008.

25       Q.   And who was Robert Esparza?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    He was a Burque member, a Burqueno.

 2        Q.    Were they a rival?

 3        A.    They were a jump start to a new prison --

 4   trying to be a new prison organization at that time,

 5   yes, and they are now.

 6        Q.    Okay.  And did you have an issue with him?

 7        A.    Yes, I did.

 8        Q.    What issue did you have?

 9        A.    I was selling him drugs, and I was letting

10   him run up a bill because he was from the Barelas

11   gang, and I knew I had a lot of carnals from

12   Barelas, so I let him purchase drugs from me without

13   paying immediately.  And he showed up late for some

14   money on me, and I told him that he better pay me.

15   And he walked by my house and laughed in my window,

16   and I stabbed him, I think, four or five days later.

17        Q.    Okay.  And where were you at?

18        A.    Level 6 North facility, in solitary

19   confinement.

20        Q.    And you said he laughed at you?

21        A.    Right.  He stopped by my door on the way

22   to the shower and he laughed.

23        Q.    Now, was this actually videotaped?

24        A.    Yes, ma'am.

25              MS. ARMIJO:  And Your Honor, at this time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    I'd like to move for the admission of 868-A and

 2    868-B.

 3               THE COURT:  Any objection?  Not hearing

 4    any objection from the defendants, 868-A and 868-B

 5    will be admitted into evidence.

 6               (Government Exhibits 868-A and 868-B

 7    admitted.)

 8    BY MS. ARMIJO:

 9         Q.   Now, you said four or five days later you

10    assaulted him?

11         A.   Yes, ma'am.

12         Q.   What did you assault him with?

13         A.   With a sharpened piece of steel that

14    resembled an icepick.

15         Q.   All right.  And is there a term for

16    weapons in prison?

17         A.   A shank or a fierro.

18         Q.   And is that something that you -- is that

19    what that weapon would be considered?

20         A.   What's that?

21         Q.   A shank.

22         A.   Yes, ma'am.

23         Q.   And are you allowed to have shanks in

24    prison?

25         A.   No, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So what plan did you come up with?

2      A.   Well, first, I was borrowing a shank from

3   another SNM member, Guilardo Rodriguez, which he

4   wanted it back.  So I brought it to David Calbert,

5   Spider's attention that I need a fierro.  And we

6   went to yard, and he fished it through the cages to

7   me.

8      Q.   Okay.  When you say you went to yard,

9   you're talking about Jurassic Park?

10     A.   Yes, ma'am.

11     Q.   And when you say "fishing," what do you

12   mean?

13     A.   I got a pen with a piece of string on it,

14   and I flicked it through a hole.  And it went into

15   the other hole, and he tied the shank onto it and

16   passed it through to me.

17     Q.   Okay.  So you were able to get a shank

18   from David Calbert.  Is he also known as Spider?

19     A.   Yes, ma'am.

20     Q.   And so then what did you do?

21     A.   I went back to my cell, and I put a handle

22   on it, and I attempted to get him other ways.  But I

23   hid in the shower on a day that the CO was working

24   overtime.  He was going home at 9:00 or 10:00, and I

25   asked him to put me in the shower right before he

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                    1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  was leaving.  He put me in the shower.

 2          The next shift came in and they didn't

 3  know I was in the shower.  So I stood in there until

 4  they brought Robert Esparza to the shower.

 5          MS. ARMIJO:  All right.  And Your Honor,

 6  at this time I'm going to play 868-B first.

 7          MR. SINDEL:  Your Honor, can we dim the

 8  lights?  It's very hard see back here.  Could you

 9  possibly dim the voice, too?

10          THE COURT:  Well, I think you're the one

11  that may not be able to see it as well, but the

12  monitors --

13          MR. SINDEL:  I can go back over and come

14  back.  I can't see it over there at all.

15          THE COURT:  Okay.  It looks pretty good on

16  the monitors.

17          MS. ARMIJO:  And I believe we're going to

18  fast-forward it, because this video is quite long.

19  BY MS. ARMIJO:

20      Q.   Now, before we start, what is it that

21  we're looking at?

22      A.   The North 3-B U pod.

23      Q.   Okay, 3-B U pod.  And was there -- are you

24  aware of -- different facilities sometimes have pods

25  designated by color?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.
 2        Q.   Maybe not officially, but that is because
 3   they're different colors on the inside?
 4        A.   That's correct.
 5        Q.   Okay.  And now where should -- where are
 6   we going to start seeing activity before we start
 7   playing it?
 8        A.   I think you'll see activity, but up to 52
 9   minutes I think you'll see where it begins.
10        Q.   Okay.  And are you going to be on the
11   screen?
12        A.   Yes, ma'am.
13        Q.   And are you going to be on the top or
14   lower level?
15        A.   I'll be on the bottom lower level.
16        Q.   Okay.  And let's see if we can play it.
17   Let's see where we're at.  You think it's at 52?
18        A.   I think it's around 52.
19        Q.   We're going to try this right now, first,
20   so we can see what's going on here.  The time on
21   there says 9:32:15 seconds, and it's playing.
22             (Tape played).
23        Q.   Where are you at this point?
24        A.   The officer looked in the shower and I was
25   pressed up against the shower wall.  I seen him look
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    in and he didn't see me.

2         Q.   He didn't see you?

3         A.   No, ma'am.

4         Q.   Now is he bringing an inmate to shower?

5         A.   Yes, he's bringing Robert Esparza.

6         Q.   And just while we wait for that, in the

7    picture we see some doors.  I'm going to circle them

8    here.

9         A.   That's pipe chase doors.

10        Q.   What are they called?

11        A.   Pipe chase.

12        Q.   So those are not --

13        A.   There is Robert Esparza.

14        Q.   Okay.  And is he being put in the shower?

15        A.   They attempted to put him in the shower,

16   yes.

17        Q.   Then now we see -- is that you coming out?

18        A.   That's me coming out stabbing him.

19        Q.   And are you -- you don't have a shirt on,

20   either?

21        A.   No.

22        Q.   Okay.  Is Esparza -- is he handcuffed?

23        A.   Yes, he is.

24        Q.   Okay.  And the guard is no longer in the

25   picture.  What happened to him?



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I grabbed Esparza in a head lock and I
 2  showed the guard the weapon, and he took off
 3  running.
 4        Q.   Okay.  And are you two the only two going
 5  while this is happening?
 6        A.   Yes, ma'am.
 7        Q.   Sorry.  It kind of froze there.  While
 8  she's trying to load it, are there two different
 9  camera views that we're going to see?
10        A.   Yes, there is.
11        Q.   And right now we're looking at one camera
12  view that has you and he on the floor, like to the
13  right of the stairs; is that correct?
14        A.   That's correct.
15        Q.   Okay.  And then is there another view also
16  that we see later on that has you two on the stairs
17  from a different angle?
18        A.   Theres's a different angle, yes.
19        Q.   Okay.  And do you know approximately how
20  long this incident lasted?
21        A.   I do not.
22        Q.   Eventually, what happens?
23        A.   After I stabbed him, he began shaking and
24  went unconscious.  And I thought he was dead, so I
25  left.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Okay.  Before that, did correctional

2  officers try and come and stop it?

3     A.    They shot me with nonlethal rounds, with

4  rubber bullets and beanbags, and dispersed three

5  canisters of gas.  And he got away from me at one

6  point, and I hid behind the pole while they were

7  reloading the shotgun, and waited till they

8  dispersed all their rounds.

9     Q.    Do you know how many times you were hit?

10    A.    By 20 rubber bullets and three beanbags.

11    Q.    And did that stop you?

12    A.    No, ma'am.

13    Q.    And you indicated that -- all right, let's

14  see if we can -- is that you two on the floor there?

15    A.    Yes.  They're shooting at me right there,

16  and I'm trying to get lower, lower than him.

17    Q.    And where are they shooting from?

18    A.    From a food port in the control center

19  bubble.

20    Q.    And I guess we can talk about that.  Is

21  this camera view -- you said the control center --

22    A.    Right.

23    Q.    -- bubble.  Is there, like, an area here

24  where someone, a correctional officer, can see the

25  whole area?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Yes, there was three correctional officers

 2 in the bubble, and about from six to five of them

 3 watching at the front door.

 4      Q.   All right.  Now, where are you at this

 5 point?

 6      A.   I'm over towards the left of the screen

 7 behind a pole, waiting for the COs to disperse their

 8 rounds.  And while reloading, I run to go get Robert

 9 Esparza again to begin stabbing him.

10      Q.   While that happened, what did you do?  I'm

11 sorry?

12      A.   There I go right there, and I get him by

13 the handcuffs, and I drag him back.

14      Q.   Okay.  I think we can actually go to the

15 next.  There we go.

16      A.   Right there, I'm trying to hurry up and

17 get him under while they load the shotgun up.

18      Q.   Okay.  We see some --

19      A.   Tear gas.

20      Q.   Do you see what you're doing right now?

21      A.   Yeah.  I went to rip off the top of his

22 ear.  I bit off the top of his ear.

23      Q.   And did you actually do that?

24      A.   Yes, ma'am.

25      Q.   Are you behind the stairs now?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                         e-mail: info@litsupport.com

1      A.   I'm behind the stairs with my knee on his

2  chest, with my hand around his neck, and I'm

3  stabbing him in the face and the eyes.

4      Q.   And he does live; correct?

5      A.   He does; correct.

6      Q.   Now, if we could go to Exhibit B.  And is

7  this a different view of -- a different camera view?

8      A.   Yes, it is.

9      Q.   All right.  And from this view, can we

10 actually see the cell doors?

11     A.   Yes, you can.

12     Q.   Okay.  And I think we can fast-forward a

13 little bit.  Is that him being taken to the shower?

14     A.   Yes, that's Robert Esparza.

15     Q.   Is that the correctional officer running?

16     A.   That's correct.

17     Q.   Okay.  So in this view, you're to the

18 right screen of it --

19     A.   Yes.

20     Q.   -- or to the right of the screen, I should

21 say?

22     A.   Yes, ma'am.

23     Q.   I think we can fast-forward a little bit.

24 All right.  Now, at this point we see a person

25 behind the stairs.  Is that you?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
 1        A.    That's me.
 2        Q.    Is this the same point where you said that
 3   you were waiting for them to reload --
 4        A.    Yes, ma'am.
 5        Q.    -- and stop shooting?
 6        A.    I was waiting for them to stop shooting
 7   and begin reloading the shotgun.
 8        Q.    Is that the smoke that we're seeing?
 9        A.    Yes.   That's one of the canisters of gas,
10   yes.
11        Q.    And is this, then, you on the right-hand
12   side?
13        A.    That was me, yes.
14        Q.    Is that you where you're trying to bite
15   his ear there?
16        A.    Yes, I did.
17        Q.    Then does it get pretty smoky?
18        A.    It gets pretty smoky.   Then I think you
19   could see him in the camera trying to buck me off
20   when I was stabbing him.   And you see his legs go
21   limp.
22        Q.    All right.   And what do you do after you
23   think he's dead?
24        A.    I proceeded to go to the front door of the
25   pod with my shank in my hand, and I had my hands up.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  They told me to give them the shank.  And I threw it

2  back to the pod where Esparza was, and I laid on the

3  floor.  And they shot me one more time in the back

4  with a bean bag.

5        Q.   Is that to make sure you weren't going to

6  attack them?

7        A.   To make sure I wasn't going to attack

8  them, I guess, yes.

9        Q.   All right.  You were taken into custody

10 for that?

11       A.   I was handcuffed and put into the strip

12 cage, yes.

13       Q.   Were you prosecuted for that incident?

14       A.   I was not.

15       Q.   And were you given any disciplinary

16 hearings or penalties for that?

17       A.   I was given 18 months of disciplinary and

18 put on three-man escort, and lost all my good time.

19 And what else?  Made me stay longer in Level 6.

20       Q.   You said a couple of things I want to ask

21 you about there.  Good time credit.  What's good

22 time?

23       A.   Good time credit, by staying on good

24 behavior, you say, I'm doing 50 percent, so every

25 year I get another year.  It's every 30 days you do

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  good, you have clear conduct, no behavior logs, you

 2  get another 30 days.  It splits your time in half.

 3       Q.   So it splits your time?

 4       A.   Right, if you stay out of trouble.

 5       Q.   Okay.  And clearly, you didn't?

 6       A.   No.  They took all my good time for that.

 7       Q.   And then, in addition to that, you went to

 8  18 months?

 9       A.   I did 18 months of disciplinary time,

10  which you have 90 days without no electronics; you

11  can't earn no good time; you don't got no canteen;

12  you get, I think, one or two phone calls a month;

13  and you can't proceed through the program to get out

14  of Level 6.

15       Q.   So you would have to stay at Level 6?

16       A.   You'd have to stay at Level 6 and do your

17  disciplinary time, and then be able to do the step

18  program to get out.

19       Q.   When you say the step program to get out,

20  what does that mean?

21       A.   Well, you stay there.  And if you're doing

22  good, you go to committees, and they'll recommend

23  you for release.

24       Q.   What's a committee?

25       A.   A committee is -- you've got a unit

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  manager, a caseworker, and a therapist, and I think

2  STIU.  And they review your file.  If you have good

3  behavior, they'll approve you.  And then it goes to

4  the Warden.  He has to approve you.  And then STIU

5  has to approve you.  And then you could get released

6  out of Level 6.

7      Q.   Okay.  And you mentioned something about a

8  three-man escort.  What's that?

9      A.   I spent most of my time in Level 6 on

10 three-man escort.  At that time of that incident I

11 had barely got off three-man escort for the past

12 nine months.  It's where you do not leave your room

13 without shackles and handcuffs.  Two officers and a

14 supervisor -- it's with a LT, a sergeant, or a

15 captain.  They escort you everywhere.

16     Q.   And so if you were being taken -- like we

17 saw on that video, Mr. Esparza being taken by one

18 correctional officer to the shower, when you went to

19 the shower, what would you have after this incident?

20     A.   After this incident, I would have two

21 officers and a supervisor; so three officers to take

22 you everywhere.  Shackles.  It doesn't matter if

23 you're just coming out of your cell just to stand

24 there, they'll put you in shackles and handcuffs.

25     Q.   All right.  And you say you were not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   prosecuted by the State for that?

2       A.   I was not, no.

3       Q.   And why did you feel the need to do that

4   crime?

5       A.   Because he disrespected me.  He didn't

6   want to pay me my money.  And that will go against

7   you in the SNM.  If you allow someone to disrespect

8   you, it's not just you at that time; you're

9   representing the whole onda.  Anything you do

10  reflects good or bad on the SNM.

11      Q.   So you felt you had to do that?

12      A.   It will be held against me for a long time

13  if I wouldn't have.  It would always come up, say,

14  "Well, you let that fucking dude burn you."  And

15  it's a strike against you, pretty much.

16      Q.   So after you did this, how were you seen

17  within the SNM?

18      A.   I got a lot of love for that.

19          MR. SINDEL:  I object.  That calls for

20  hearsay and speculation.  How can he know what

21  someone else is thinking?

22          THE COURT:  He can explain what "love"

23  means.  So if you want to lay some foundation for

24  what "love" means.

25          MS. ARMIJO:  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  BY MS. ARMIJO:
 2       Q.   What do you mean by you "got a lot of
 3  love"?
 4       A.   Okay.  Whenever SNMers conduct violent
 5  assaults on anyone, when you show up to a facility,
 6  you automatically get a care package.  You get,
 7  like, for example, me, I went to medical for a week,
 8  I stayed there for a week.  When I went to 1-A D
 9  pod, there was a TV under my sink, hygiene on my
10  table, and canteen on my bed.  That was all SNM
11  doing.  When the officers left, I sent a fishing
12  line down the tier and I got about two or three
13  spoons from Israel Garcia of marijuana.  That's
14  love.  That's showing that, hey, you did something
15  good, and you're going to be rewarded.
16       Q.   Okay.  Did you receive a lot of love after
17  this incident?
18       A.   Yeah, I did, yeah.
19       Q.   Now, who were you close to in the S during
20  this time?
21       A.   At that time?
22       Q.   Yes.
23       A.   Carlos Herrera, the tabla.  I was a
24  supporter of the tabla all the way through.  One
25  hundred percent I supported the tabla.  Anyone
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

59

1  speaking out against it, I told them to kick back

2  and let it go.  Don't talk to me about anything

3  disrespectful to the tabla.  I was close to a lot of

4  lower ranks of the SNM, the soldiers, Baby Robert,

5  Arturo Garcia.  So a variety of SNM that I did time

6  with.

7      Q.   Okay.  Now, I'm going to talk about Arturo

8  Garcia a little bit here.  You already talked

9  about -- would you consider him to be one of the

10 members that brought you into the SNM?

11     A.   Yes, he's the member that brought me in

12 initially.  There was four of them, but he's the one

13 that recruited me the most.

14     Q.   And what would you consider your

15 relationship with Mr. Garcia?

16     A.   That was my Big Homie.  I did anything for

17 him.

18     Q.   When you say "Big Homie," what do you

19 mean?

20     A.   When I came into the SNM, he had a

21 position of power, and he was the one that pushed

22 the SNM forward.  It was pretty much him and Styx

23 who ran the SNM.  He was the one that everyone

24 really feared.  He would put you in your place, if

25 you need to be put in your place.  And I respected



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that.  He ran the SNM the way a violent criminal

 2    organization should be ran.

 3         Q.   And did you have respect for that?

 4         A.   Yes, I did.

 5         Q.   All right.  Did you consider yourself

 6    close to him?

 7         A.   I consider myself a follower of him, yes.

 8         Q.   Now, I'm going to fast-forward to 2011.

 9    Did you have another incident involving an inmate

10    while you were incarcerated at PNM?

11         A.   I got out of Level 6, I think in 2011

12    finally, after six and a half years.  I showed up to

13    the Level 5 facility.

14         Q.   What is the Level 5 facility?

15         A.   The Level 5 is a facility that you come

16    out on tier time, six at a time.

17         Q.   And at PNM, what is the Level 5 facility

18    at that time?

19         A.   South facility.

20         Q.   And so you made it down to South?

21         A.   I did.

22         Q.   And what year was that?

23         A.   2011.

24         Q.   And when you made it down to South, were

25    you housed with other SNM Gang members?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, I was in the gang unit, yes.

2      Q.   I should ask you this:  When you were up

3 at the North, who were you housed with?  Not a

4 particular person, but was it -- it's Level 6, but

5 were you with any gang members?

6      A.   The Level 6 at the time I spent up there

7 was pretty much base for SNM.  There was pretty much

8 a majority of all the violent SNM members in the

9 state of New Mexico were Level 6.  There was other

10 members of other gangs, but it was more SNM than

11 anybody.

12      Q.   When you made it down to Level 5, you said

13 that there was tier time.  Explain to the jury what

14 tier time is.

15      A.   So you get an hour a day you come out, and

16 each individual comes out one at a time.  He's

17 strip-searched.  And you go out of the tier into the

18 day room area.  They come and get the next

19 individual, strip-search them, and take him out,

20 until all six are done.  They check you for weapons.

21 They tell you where you can and cannot go.  You

22 cannot cross certain lines.  And you spend an hour

23 either playing cards or just talking, playing chess.

24 And that's it.  Then you have an hour of yard.

25      Q.   Okay.  And what's an hour of yard?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   So after you do your day room time, the
 2   tier, the bottom tier, the top tier comes out, those
 3   two tiers.  When you go to yard, it's the same
 4   setup.  One at time, you come out, you're stripped,
 5   you're escorted out of the facility for the next
 6   person to come out.  And both units are escorted to
 7   the yard, and you're in cages.  They have handball
 8   cages, basketball cages, dip bars, pull-up bars.
 9   And there is an extra cage where you could run, it's
10   large enough to run.  It's like a track.  And you go
11   spend your time out there for an hour.
12        Q.   So this is not Jurassic Park.
13        A.   This is not Jurassic Park.
14        Q.   You can actually be with -- contact with
15   other SNM members?
16        A.   Yes.
17        Q.   Other inmates?
18        A.   Yes, ma'am.
19        Q.   In your pod?
20        A.   Yes.
21        Q.   Okay.  And in 2011 was there an incident
22   regarding an inmate that was assaulted?
23        A.   Yes.
24        Q.   Who was that?
25        A.   It was Alex Sosoya.  They called him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Chulo.

2         Q.   Was he an SNM Gang member?

3         A.   He was an SNM Gang member.

4         Q.   And are you aware of his standing within

5    the SNM?

6         A.   He had spoken out against the tabla, about

7    the use of drugs, and he didn't like what they were

8    doing.  And the tabla put a hit on him.

9              THE COURT:  Ms. Armijo.  You know, I've

10   got to do that little meeting with Ms. Bean before,

11   so I need to let the jury go.  Would this be okay?

12             MS. ARMIJO:  Yes, Your Honor.  Thank you.

13             THE COURT:  Ms. Bean and I have another

14   proceeding we need to take care of before she takes

15   her leave for the evening, so I'm going to let

16   everybody go a little early, so she's not here too

17   late.

18             Thank you for your hard work.  See you

19   back at 8:30 in the morning.  I appreciate all

20   you're doing for us.  Be safe in your travels.  All

21   rise.

22             (The jury left the courtroom.)

23             THE COURT:  All right.  Mr. Blackburn, the

24   Mario Rodriguez opinion on the motion that you

25   filed -- I got an order entered on it.  It's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   document 2119.
 2           All right.  Y'all have a good evening.
 3   See y'all at 8:30.
 4           MS. HARBOUR-VALDEZ:  Your Honor, can we
 5   remind the witness not to discuss --
 6           THE COURT:  You're on the stand now, so
 7   don't discuss your testimony with any other witness
 8   or anybody else, lawyers, anybody, until you get
 9   back here and you're back on the stand.
10           THE WITNESS:  Okay.  All right, sir.
11           THE COURT:  All right.  Y'all have a good
12   evening.
13           And then Mr. Castle and Mr. Cooper, if you
14   want to stay, we'll switch.
15           The Government is covering up on any sort
16   of in camera -- you're covering up those screens
17   when you're coming up?
18           MS. GILBERT:  Yes, we are, Your Honor.
19           (Ex parte hearing held.)
20
21
22                     April 17, 2018
23           THE COURT:  All right.  Good morning,
24   everyone.  Looks like all the defendants are in.
25   Everybody has got an attorney.  The jury is all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   here.

 2            One thing I was going to discuss is, try

 3   to resolve this issue with the taint team and this

 4   document that Billy Garcia had.  I'm wondering if

 5   this would be enough for the Government, after

 6   meeting last night with Mr. Billy Garcia's

 7   attorneys.

 8            The document that I have has highlighting

 9   in it.  Every page, with the exception -- I think

10   there was a blank page -- shows a CM/ECF document.

11   My understanding was that if it was filed, they

12   could leave a document there.  They would prefer not

13   to have this document disclosed to the Government

14   because of the highlighting in it, and also

15   because -- it's a public document, but they would

16   not like that work product shown to the Government.

17            Could the Government live with the fact

18   that I have looked at it?  Every page has a CM/ECF

19   heading at the top, other than I think there was one

20   page that was just blank, period.

21            Would that be enough of a representation

22   to the Government?

23            MR. BECK:  Yes, Your Honor.

24            THE COURT:  Okay.  All right.  So I'm

25   going to -- I think this particular copy, I think we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   have a copy that's under file, that's either
2   attached to Ms. Bevel's clerk's minutes or it's --
3   is that what we did with it?  We just attached it to
4   your clerk's minutes, or did we file it?
5           THE CLERK:  Which set of documents?
6           THE COURT:  These are the ones -- these
7   are the three documents that we got.
8           THE CLERK:  I have two as exhibits, but
9   not the ones to Mr. Garcia.  Those aren't exhibits
10  yet to the clerk's minutes.
11          THE COURT:  We don't have those?  You've
12  got the other two?
13          THE CLERK:  Yes.
14          THE COURT:  So I'm just going to file this
15  one, if that's all right.
16          MR. COOPER:  Sounds good.
17          THE CLERK:  So this will be Number 6 to
18  the clerk's minutes.
19          THE COURT:  All right.  The jury is all
20  here.  Anything we need to discuss before we bring
21  the jury in?
22          Mr. Castle.
23          MR. CASTLE:  Just briefly.  I don't
24  believe any of the parties have told the Court who
25  their advisory witness is that would be excluded
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   from the sequestration rule.  Obviously, Agent Acee
2   is the Government's; it's not like we're surprised.
3   But I think it's wise to put that on the record
4   because investigators are sometimes -- we have an
5   investigator who we're designating as our advisory
6   witness.  That person may be coming back and forth
7   in the courtroom, and I don't want it to be a
8   violation of the sequestration rule.
9             And I talked to other counsel.  We
10  neglected to put that on the record.  It would be
11  wise -- I talked to Ms. Armijo.  She thinks we
12  should, also.
13            THE COURT:  Is that acceptable with the
14  Government?
15            MR. BECK:  My understanding is, the rule
16  is invoked, and each party gets one representative.
17  The defendants, that would be their client; the
18  United States, that would be the Government's case
19  agent.
20            So an advisory witness, I mean, if someone
21  is going to come up here and testify to what they
22  investigated, documents they got in, they're a fact
23  witness just like any other and are excluded under
24  the rule.
25            THE COURT:  That's my general rule, too.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Your client is your witness -- or your

2  representative here, not your investigators.  If

3  your investigators are going to be witnesses here,

4  they don't need to be in the courtroom.

5         MR. CASTLE:  Well, the Government's client

6  is the United States of America; it's not Agent

7  Acee.  The concept of an advisory witness is for you

8  to be able to get advice concerning the

9  investigation that's proceeding in the case.  And my

10  client is a party.  He's not an advisory witness.

11         THE COURT:  If you want to show me some

12  law, I'll take it.  But the Government always gets

13  one representative, and your clients are yours.  And

14  if you have some law that you can keep fact

15  witnesses in a courtroom after the rule has been

16  invoked, I'll look at it.  But I've never seen it or

17  had it happen in the courtroom before.

18         So you've got to make a decision whether

19  you're going to call them or not.  All right.

20         Anything else we need to discuss?  All

21  right.

22         MS. ARMIJO:  Your Honor, if the jury is

23  ready, we don't need to discuss it now.  Just

24  something we want to put on the record.

25         THE COURT:  She can go ahead and line them



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    up.  Go ahead.

2          MS. ARMIJO:  Your Honor, I think that Mr.

3    Castellano wanted to clarify about talking to

4    witnesses while they were on the stand.

5          MR. CASTELLANO:  Yes, Your Honor.  Oh, I

6    was reading something else.  But yesterday, the

7    parties asked that the witness not discuss the

8    testimony with the attorneys.  I think the rule and

9    the case law says that on cross-examination, the

10   witness should not be speaking to the Government.

11   But I think for purposes of direct examination,

12   that's still allowed.

13         But I agree, typically if the parties ask

14   that a witness not address -- for example, a

15   Government witness not address Government attorneys

16   during cross-examination, I think that's where that

17   rule applies, and we agree that's what the law says.

18   But not for purposes of direct examination.  So I

19   just wanted to clarify that.

20         THE COURT:  Well, we had an agreement

21   yesterday.  Is the Government backtracking from the

22   agreement?

23         MR. CASTELLANO:  Well, in a sense, we are,

24   only because that came and went pretty quickly, and

25   we agreed that --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Show me your law, and then if
 2    you want to backtrack it, then we can discuss that.
 3              MR. CASTELLANO:  Sure.  Understood.
 4              THE COURT:  All rise.
 5              (The jury entered the courtroom.)
 6              THE COURT:  Good morning, ladies and
 7    gentlemen.  I appreciate everybody being back on
 8    time and ready to go.  I appreciate the way you've
 9    gone about your tasks.  The attorneys and parties
10    have done the same.  So I appreciate everybody
11    making it possible for us to start on time and stay
12    on track.  I hope you had a good evening.  I look
13    forward to working with you today.
14              All right.  Is Mr. Rodriguez prepared to
15    return to the witness stand?
16              MS. ARMIJO:  He is, I'm assuming.  Two
17    minutes?  I was just told in two minutes.
18              THE COURT:  All right.  We can only get so
19    many people through that door, so we have to work a
20    little bit to cooperate.
21              Ms. Harbour-Valdez, one of Mr. Troup's
22    counsel, has two medical appointments this morning,
23    and so I promised her I would make that announcement
24    to you, the jurors.  We've got Mr. Davidson back,
25    and we're glad to have him back.  He's been taking
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492

**BEAN
&ASSOCIATES**, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   care of his wife's medical issues, and we're glad to
 2   have him with us today.
 3              MR. DAVIDSON:  Thank you, Your Honor.
 4              MS. ARMIJO:  Your Honor, I believe there
 5   is no objection to admitting Government's Exhibits
 6   874 and 875 and Government's Exhibit 610.
 7              THE COURT:  All right.  Mr. Rodriguez, if
 8   you'll come up and return to the witness box, I'll
 9   remind you that you're still under oath.
10              THE WITNESS:  Sure.
11              THE COURT:  So 874, 875, and 610.  Any
12   objection from the defendants?  Not seeing or
13   hearing any objections, Government's Exhibit 874,
14   875, and 610 will be admitted into evidence.
15              (Government's Exhibits 874, 875, and 610
16   admitted.)
17              MS. ARMIJO:  Thank you, Your Honor.
18                    MARIO RODRIGUEZ,
19       after having been previously duly sworn under
20       oath, was questioned, and continued testifying
21       as follows:
22              CONTINUED DIRECT EXAMINATION
23   BY MS. ARMIJO:
24       Q.   Mr. Rodriguez, good morning.
25       A.   Good morning.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   I was told that I need to try and slow us

2   down in talking.

3     A.   Okay.

4     Q.   So if you see me pause, that's why.

5     A.   All right.

6     Q.   I believe yesterday we were just about

7   to -- we were talking about Alex Sosoya --

8     A.   Right.

9     Q.   -- when we ended for the day.  And so

10   from -- let's start again with that.  Who is Alex

11   Sosoya?

12     A.   He was another SNM member, Alex Sosoya;

13   called him Chulo.

14     Q.   Chulo?

15     A.   C-H-U-L-O, Chulo.

16     Q.   And did you know Chulo?

17     A.   I did.  When I came to the SNM, I knew

18   him.

19     Q.   Okay.  So that would have been by 2006 you

20   knew him?

21     A.   2005, 2006, yes.

22     Q.   Okay.  And when -- were there some issues

23   that, throughout the year, up until 2011, that you

24   were aware of that Chulo was causing?

25     A.   When I came into the SNM, he was already

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                  e-mail: info@litsupport.com

```
 1   in bad standings with the tabla.  And as I said
 2   before, I was close to Tommy Valdez, Conejo, who was
 3   a friend of Chulo, and I got put into the
 4   information that was going around about him.  Yes,
 5   he was in a bad standings.
 6        Q.   I guess this would be a good time to talk
 7   about it.  I think we talked about the rules
 8   yesterday and people with bad standing.  Are there
 9   politics in the SNM?
10        A.   Yes, there are.  There is -- I think
11   yesterday when you were explaining, asking me about
12   the rules, I think I kind of misled the jury when
13   saying, as far as you don't -- you're not sat down
14   by them and said, "This is Rule Number 1, this is
15   Rule Number 2, or Rule Number 3."
16             They'll come to you and will tell you
17   things like, "How often are you working out?  Make
18   sure you're working out three or four times a week.
19   Do you have a weapon?  No?  We'll get you a weapon."
20             So those are kind of what you're supposed
21   to be doing.  You're supposed to be studying.
22   You're supposed to be making sure all your carnals
23   are in good standing, and who's not in good
24   standing.  You're supposed to be aware of those
25   issues.  Politics go on, very common in the SNM, for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  my time being in the SNM.

2         Chulo was politicking against the tabla,

3  and -- go ahead.

4      Q.   And so even though there is politicking,

5  that just means it's like any other organization?

6      A.   Pretty much.  Just like a business.  You

7  go into a business, and you're obligated to do

8  certain things.  If, I think, you go play something

9  on Facebook, your business will be mad at you.  If

10 you represent yourself in the wrong light, you

11 reflect on the SNM, and the SNM is going to get mad

12 at you.  If you're speaking out against the tabla,

13 that's one thing that you're not supposed to be

14 doing.  You're supposed to be taking orders from the

15 tabla and listen to their advice.

16     Q.   You said a couple of things I want to

17 touch on there.  "Carnal."

18     A.   Right.

19     Q.   You used that word.  What does that mean?

20     A.   It's "brother" in Spanish.

21     Q.   And is that something that is -- that the

22 SNM uses?

23     A.   Yes.  When you're a member of the SNM, we

24 refer to each other as "carnals" or "homies."  When

25 two SNM members are speaking about carnals, we'll

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  say "the homies."  That's the group of the SNM, the

2  lower tier under the tabla.  But "carnals" is what

3  we refer to each other as.

4        Q.   Would you ever, as an SNM member -- and

5  let's say there is another inmate who is not an SNM

6  member or associate or an SNM member.  Would you

7  ever refer to them as "carnal"?

8        A.   No.  When something goes like that -- say

9  myself and another carnal are in the yard, and there

10  is an individual that isn't a carnal, I'll introduce

11  him to one of the homies, say, "Hey, this is one of

12  the homies right here."

13             And he'll say, "Is he a carnal?"

14             I'd say, "No, he's just a homie; he's just

15  ferme."

16             So it shows right there he's not a member

17  of the SNM.

18        Q.   So that term has special meaning?

19        A.   It has special meaning, yes.

20        Q.   Between SNM members?

21        A.   Yes, ma'am.

22        Q.   Okay.  You talked about studying.

23        A.   Right.

24        Q.   Were you provided actual materials to

25  study for the SNM?

SANTA FE OFFICE                                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                            Albuquerque, NM 87102
(505) 989-4949                                                                                          (505) 843-9494
FAX (505) 843-9492                                                                                 FAX (505) 843-9492
                                                                                                     1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                                            e-mail: info@litsupport.com

 1      A.   When I became a member of the SNM, there

 2   was, I think at a lunch hour, when the officer was

 3   passing me trays.  I was -- received an envelope, a

 4   manila envelope packed with handwritten and copies

 5   of different material from Arturo Garcia, and I

 6   studied it.  It was The Art of War; Machiavelli, The

 7   Prince; 48 Laws of Power.  Just a variety of

 8   philosophy that is contorted into enabling your mind

 9   to become more soldier status within the SNM.

10      Q.   And when you did that, you put your hands

11   out --

12      A.   Yes.

13      Q.   -- to like show a thick, I don't know,

14   maybe three or four inches?

15      A.   Yes.

16      Q.   Is that correct, how thick it was?

17      A.   Yes, ma'am.

18      Q.   And the CO gave that to you?

19      A.   A CO passed it to me, yes.

20      Q.   That CO wasn't supposed to pass it to you,

21   was he?

22      A.   No.  They're not supposed to, no.

23      Q.   Okay.  And did you study that?

24      A.   I did.

25      Q.   Now, that was given to you by who?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Arturo Garcia.

 2        Q.    Now, so there is politicking, and Alex

 3   Sosoya was not in good standing.  Let's go now to

 4   2011.  Where are you within the Corrections

 5   Department?

 6        A.    I was transferred to PNM South facility,

 7   Level 5, in Santa Fe.

 8        Q.    And in Level 5 -- now, at the South, are

 9   you able to actually have rec time with other

10   members?

11        A.    Yes.  After orientation period, you're

12   able to come out and have tier time and yard, one

13   hour each.

14        Q.    And were you being housed with Robert

15   Martinez?

16        A.    Yes, I was.

17        Q.    Remind the jury again what his nickname

18   is.

19        A.    Baby Robert.

20        Q.    And was he on the tabla?

21        A.    Yes, he was.

22        Q.    Now, at some point did you make a decision

23   in reference to Alex Sosoya and Robert Martinez?

24        A.    When I was in PNM North facility, Level 6,

25   I had a yard with Robert Martinez, and he explained
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   to me that there was already a green light on him.

2   And I told him, "If I'm ever around you and he's

3   there, then I'll give you squina.  I've got your

4   back."

5       Q.   What is squina?

6       A.   It's I got your back; I'm in your corner;

7   you can rely on me.

8       Q.   All right.  Now, Baby Rob, is he your age

9   or is he older than you?

10      A.   He's older.

11      Q.   And describe him for the jury as far as,

12  is he a big guy or a small guy?

13      A.   He's about 5-7, 5-8, thin build.  He's a

14  little guy.  He's not very big.

15      Q.   Are you bigger than him?

16      A.   Yes, ma'am.

17      Q.   By this time, you had already done the

18  Robert Esparza incident, correct?

19      A.   Yes.  I had stabbed Robert Esparza, yes.

20      Q.   In 2011, what were you known for in the

21  SNM?

22      A.   Violence.  From my history within the

23  prison system and the county jail system, it was

24  violence.  I was known for violence.

25      Q.   Were you a soldier?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I was a soldier, yes.

 2        Q.    So did -- and you said this conversation

 3   that you had with Baby Rob was when you were

 4   actually at the North; is that correct?

 5        A.    The North facility in solitary confinement

 6   cages.

 7        Q.    Jurassic Park --

 8        A.    Jurassic Park, yes, ma'am.

 9        Q.    -- we've heard about?

10        A.    Yes, ma'am.

11        Q.    So then you get to the South in 2011.

12   Does the opportunity present itself to actually give

13   Baby Rob squina?

14        A.    Yes, it did.

15        Q.    Explain to the jury.

16        A.    So Alex Sosoya arrived, and there was

17   instant tension in the pod.  And I could see that a

18   lot of carnals were -- there was anxiety in the air,

19   I guess.  And so I began speaking to Alex Sosoya, to

20   make him feel comfortable.  And when I came off

21   orientation about two days after, I began plotting

22   with Robert Martinez on how to kill Alex Sosoya and

23   where we would do it.  We obtained weapons from my

24   hot pot.  I sawed down the plastic from the hot pot,

25   which is to heat up water.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

80

1     Q.   So when you're saying "weapons," you're

2  talking about making shanks?

3     A.   Yes.

4     Q.   And the hot pot, is that something that

5  you had in your cell?

6     A.   Yes.  It's a privilege you have when

7  you're on a certain level.  You're able to have a

8  hot pot.

9     Q.   So you used part of that hot pot to make a

10 shank?

11    A.   I got it and I melted -- I made a flame, a

12 fire, and I melted it down to a shank.

13    Q.   Okay.

14    A.   And I gave one to Robert, and I told him,

15 "Be careful with it because it's kind of flimsy in

16 the middle."

17         He decided to dispose of that and get a

18 razor blade and strap it to a spoon.  We --

19    Q.   And so -- and was that prior to anything

20 happening with Alex Sosoya?

21    A.   Prior to --

22    Q.   Yes, prior to any contact with him?

23    A.   No -- yeah, this was prior to him being

24 off orientation.

25    Q.   So was he on orientation, or were you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    When he arrived, I was on orientation for
 2   two more days.
 3        Q.    Okay.  And then was he on orientation?
 4        A.    He was on orientation for seven days.  But
 5   they extended him to 10 days because the STIU was
 6   worried that he was going to get hit.
 7        Q.    And where are you when you're in
 8   orientation, at least on that particular occasion?
 9        A.    You're locked in your room, your cell, on
10   the same tier.
11        Q.    So instead of -- so it's not a different
12   place?  You're just basically in the cell that you'd
13   be assigned to?
14        A.    Yes.
15        Q.    But you can't come out?
16        A.    You can't come out.  They want to put you
17   on an orientation period to see how the atmosphere
18   is around you, who is associating with you, and if
19   you're going to be able to come out there.
20              So once the seven days come, you go to a
21   classification hearing.  They say, "Okay, you're
22   released off orientation, and you're able to come
23   out."
24        Q.    Okay.  So you were doing your last two
25   days of orientation when he got there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    That's correct.

 2         Q.    And then he had to do a total of 10 days;

 3    is that correct?

 4         A.    Right.  That's correct.

 5         Q.    So then what happens after he's released

 6    from orientation?  And you just talked about how you

 7    and Baby Rob had shanks ready?

 8         A.    Right.  We let him come out for maybe

 9    three to four days, to get him comfortable and kind

10    of trick him into thinking he was okay.  And as

11    those days went on, we plotted and furthered where

12    we were going to do it and how we were going to do

13    it.

14         Q.    What was the plan?

15         A.    To kill him.  To stab him in the yard and

16    attempt to kill him.

17         Q.    Okay.  And I guess in the yard -- when you

18    say you were going to rec time, where were you going

19    to rec?

20         A.    There is three cages.  One has a

21    basketball court; the next one next to it has a

22    handball court; and the third one has a track in it.

23    So we were going to those yards.

24         Q.    So when you say "cages," they're actually

25    yards that have fencing around it?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.    They're nearly as big as this courtroom,

2    and there is fencing around them, yes.

3    Q.    So what happened?

4    A.    So we were going to do it on a Monday.  We

5    went on lockdown because there was a situation going

6    in one of the other units.  So I think it ended up

7    on a Friday.  I got my weapon, I got an Ace bandage,

8    and I strapped it to my knee, as tight as I could,

9    and I put a black knee brace over it, so when I came

10   out to strip search, I could just lift up and it

11   looked like a knee brace was covering just my flesh.

12   So --

13   Q.    And is that where you hid your weapon?

14   A.    That's where I hid my weapon, yes.  And we

15   went to yard.  And we wanted to do it in the

16   handball cage, but we ended up in the basketball

17   cage.  So we played basketball with him.  We tried

18   to wear him down.  And he's about 6-2, 6-3.  We wore

19   him down a little bit.  And he got into an argument

20   with one of the carnals in the adjoining cages, and

21   I jumped the gun and went after him.  And Baby Rob

22   intervened, got involved.  We took him to the floor

23   and began stabbing him.

24   Q.    Okay.  When you say you "jumped the gun,"

25   were you supposed to wait longer until he had played

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

1   more basketball?

2       A.   Rob had wanted to wear him down more, yes.

3       Q.   And you jumped the gun because you saw

4   that he was fighting with somebody?

5       A.   He called one of my carnals a bitch, in

6   another cage.  And he just said, "I'm tired of this

7   fucker.  He's acting like a bitch."

8            And I just kind of said, "Fuck, we're

9   going to stab him anyway, so let's do it."

10      Q.   So what did you do?

11      A.    I attacked him and began stabbing him, and

12  pushed him up against the fence where Robert got

13  involved.  I lost my weapon.  When he took off to

14  run, he tripped.  And when he tripped, he braced

15  himself, and that happened to be my weapon.  He

16  picked up the weapon.  I grabbed him by the waist,

17  lifted him up, and dumped him on his head.  I got

18  the weapon, pulled it behind his back.  And Robert

19  sliced his neck.

20           And then we drug him to the other cage.  I

21  got him in like a full Nelson, and I was trying to

22  get Robert to --

23      Q.   What do you mean by "full Nelson"?

24      A.    I stretched his arms back, exposing his

25  neck.

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                    e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And what was the purpose of that?

 2        A.   So Robert could slice the neck further.

 3        Q.   Okay.

 4        A.   Then we continued assaulting him.  Robert

 5   ended up getting shot with a canister and I guess is

 6   going unconscious.  I remained fighting with Alex

 7   Sosoya.  I had his eyeball in one of my hands.  I

 8   tried to rip his eyeball out.  I bit off his ear --

 9             MS. TORRACO:  Objection, Your Honor.  How

10   is this relevant?

11             THE COURT:  Overruled.

12        Q.   Go ahead.

13        A.   So we continued in that.  I got pepper

14   sprayed.  They were shooting -- I think they used

15   over 15 different types of nonlethal rounds, and

16   called for lethal rounds towards the end.

17        Q.   So while this is going on, you and Robert

18   Martinez are attacking Alex Sosoya, and Corrections

19   is trying to get you to stop?

20        A.   That's correct, yes.

21        Q.   Were they yelling at you?

22        A.   They were shooting from three different

23   shotguns, and disposing canisters of concussion

24   grenades.

25        Q.   Okay.  Are you aware from your experience
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  as far as being -- attacking people, are they -- the

2  "they" being Corrections Department -- do they

3  usually start with nonlethal rounds?  You used that

4  term.

5       A.   Yes.  They usually begin with pepper

6  spray, and go up the chain of -- up to lethal.

7       Q.   Okay.  And so, in this instance, during

8  the course of this attack, what do you believe was

9  actually sent and hit you?

10      A.   Nothing -- well, I don't know if I was hit

11 at that time, while I was going through the process,

12 but I ended up having -- from the concussion grenade

13 that exposes rubber pellets, I was hit with one of

14 those.  And the concussion grenade went off right

15 there next to me and Sosoya.  I got up and kicked

16 him twice, one time.  And then I went to kick him

17 another time, and I couldn't see him because I was

18 pepper sprayed.

19           I left the scene right there, and I went

20 and laid down and got handcuffed.

21      Q.   And you mentioned that Baby Rob was hit by

22 a concussion grenade?

23      A.   He was hit by -- I think they call them a

24 40 millimeter canister, that shoot out of like a

25 terminator gun.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.  Did he have injuries as a result of

2  that?

3      A.    Yes, he had swelling of the brain.  And

4  they nearly had to take a piece of his skull out so

5  the brain didn't over-swell.

6      Q.    Did he end up going to the hospital?

7      A.    Yes.

8      Q.    Did you go to the hospital?

9      A.    No, I did not.

10     Q.    Did Alex Sosoya go to the hospital?

11     A.    Yes, he did.

12     Q.    You mentioned you bit off his ear.

13     A.    Right.

14     Q.    Did you ever -- did Alex Sosoya live?

15     A.    Yes.  He lived, yes.

16     Q.    And did he go to the hospital?

17     A.    Yes.  He went to the hospital, yes.

18     Q.    Did you ever see Alex Sosoya after that?

19     A.    No.  I haven't seen him after that, no.

20     Q.    Now, as a result of that -- and you

21  mentioned that -- did you hear that they were

22  getting lethal rounds out?

23     A.    Yes, there was -- after everything

24  happened, one of the COs came to me and was telling

25  me, "What the fuck is wrong with you?  They were

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                           1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

 1   going to shoot you."  And I didn't believe it.  And

 2   then I came across the reports where they called for

 3   lethal rounds right before I had given up, yes.

 4         Q.   But that didn't have to be used on you?

 5         A.   It wasn't used, no.

 6         Q.   So did you -- was that ever charged by the

 7   State of New Mexico?

 8         A.   It was not.

 9         Q.   Did you ever receive disciplinary

10   consequences from that, from the Corrections

11   Department?

12         A.   Yes, I did.

13         Q.   What were the consequences?

14         A.   It was -- I was downgraded from -- I think

15   it was -- I don't recall what it was downgraded

16   from, but I think it was a battery charge.  I got

17   nine months of disciplinary.  And I think that was

18   about it.

19         Q.   When you say nine months disciplinary,

20   that's not added to your sentence; correct?

21         A.   No.  But you don't earn good time when

22   you're on disciplinary.  So it does affect your

23   sentence.

24         Q.   And I guess -- I'm assuming, but you tell

25   us -- were you sent back up to the North?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   I was sent that day, yes.

2       Q.   And that was when?

3       A.   2011, the day of the incident.

4       Q.   Now, you were there.  Eventually, at some

5  point, do you change facilities and work your way

6  down again?

7       A.   I do.

8       Q.   And when did that start to occur?

9       A.   After my disciplinary, I began doing the

10 program, just as we're required to.  We're required

11 to stay out of trouble as much as you can, so you

12 can get back out.  I did that, followed all the

13 rules of the penitentiary.

14           And I filed a habeas corpus to try to get

15 out again.  It was granted.  Once you file a habeas,

16 they don't want it to go to court, so they'll

17 release you, then you drop your habeas.  That's what

18 happened with me.  I went to -- maybe two-and-a-half

19 years later, I went back to the South.

20      Q.   Okay.  So two-and-a-half years later, you

21 go back to the South, which is still at PNM?

22      A.   PNM, yes.

23      Q.   And do you eventually make your way down

24 to Southern?

25      A.   I do.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    When you're at South, you're Level 5?

 2        A.    Level 5.

 3        Q.    Do you do well in Level 5?

 4        A.    I did.

 5        Q.    Then did you make your way down to

 6   Southern?

 7        A.    Yes, I did.

 8        Q.    And when was that, approximately?

 9        A.    I think it was in December of 2013.

10        Q.    And when you went to Southern, then you

11   were then reclassified as Level 4?

12        A.    That's correct.

13        Q.    And when you went to Southern, where were

14   you housed?

15        A.    In 1-A blue pod.

16        Q.    And is that an SNM pod?

17        A.    What?  1-A blue pod?

18        Q.    Yes.

19        A.    Yes, 1-A blue pod.  The whole 1-A unit is

20   the SNM unit.

21        Q.    All right.  And when you were there, were

22   you still -- when you first got to Southern, what

23   was your position then with the SNM?

24        A.    I had become an influential member at that

25   time, but I was still a soldier.
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1        Q.   All right.  And did you -- if we could
 2   display Exhibit 649.  All right.
 3             Mr. Rodriguez, this has been admitted, and
 4   it is an aerial view of Southern New Mexico
 5   Correctional Facility.  Are you able to recognize
 6   it?
 7        A.   Yes.
 8        Q.   I'm assuming you've never seen it from the
 9   air, but can you tell, based on the ground levels,
10   as far as based on your time that you spent there.
11        A.   Yes.  I know where I was at, yes.
12        Q.   Okay.  And do you see 1-A there on the
13   Government's Exhibit 649?
14        A.   Yes, I do.
15        Q.   And where is it?
16        A.   It's down here towards the left.
17        Q.   All right.  There is something that's
18   labeled "1-A" and I'm going to circle it.  Is that
19   it?
20        A.   That's it.
21        Q.   And was that whole unit SNM?
22        A.   Yes, it was.
23        Q.   And then within that unit, were there
24   three different pods?
25        A.   Yes, there is three different pods in that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  unit.

 2       Q.   And which pod were you in?

 3       A.   I was in blue pod.

 4       Q.   Okay.  And is blue pod, if you kind of

 5  enter in this way, will blue pod be like the first

 6  pod?

 7       A.   Yes.  It's right there where you circled.

 8       Q.   And then did it go to yellow pod, being

 9  kind of in the middle?

10       A.   Yes.

11       Q.   And then there was green pod, correct?

12       A.   That's correct.

13       Q.   Now, when you got there, you indicated --

14  did you have some friends there that you were close

15  to within SNM when you got there?

16       A.   Yes, I did.

17       Q.   And who was that?

18       A.   Timothy Martinez, Daniel Sanchez.  I was

19  kind of close to Javier Molina.  Jerry Montoya,

20  Benjamin Clark.

21       Q.   Now, was Benjamin Clark in a different

22  pod?

23       A.   Yes.  He was in green pod.

24       Q.   Okay.  Based on the fact that you are

25  Level 4, how is it that you're able to do your
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

1  recreation time?

2      A.   You go to a phone yard, or you go to the

3  big yard that was on the screen.  And I think now

4  there is three different cages that they could take

5  you out at one time.

6      Q.   When you say "cages," again, we're talking

7  large cages, not the individual cages; is that

8  correct?

9      A.   That's correct, yes.

10     Q.   Okay.  And can you see the cages on this?

11     A.   I don't think -- they're not in this

12  picture.  I don't think the cages were built at this

13  time that the picture was taken.

14     Q.   Okay.  All right.  So then you -- Daniel

15  Sanchez, who was he, as far as within the SNM?

16     A.   He was the shot caller right there at the

17  Southern facility.

18     Q.   When you say "shot caller," what's a shot

19  caller?

20     A.   He's the one that handles all the SNM

21  hits, or anything that's going on wrong within with

22  the SNM, or correct, he's a part of it.

23     Q.   Okay.  And does every facility have a shot

24  caller?

25     A.   Every facility has.  There was a tabla

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   there, but I just recognized Daniel Sanchez as who I

2   listened to there.

3        Q.    Okay.

4        A.    Every facility has -- if I was of higher

5   status than Daniel Sanchez when I arrived, I would

6   take over his position.

7        Q.    Okay.

8        A.    Since I wasn't, I fell under him when I

9   got there.   Each facility has a shot caller in

10  place.   But a higher ranking member could come and

11  take over that facility, yes.

12       Q.    Okay.   So even if you were the highest one

13  in that facility, then you would be there.   But if

14  Daniel Sanchez came after you --

15       A.    Right.

16       Q.    -- since he was higher up in the

17  organization, then he would take over?

18       A.    That's correct.

19       Q.    So you mentioned Javier Molina.   Who is

20  he?

21       A.    He was an SNM member.   I think I met him

22  when I got brought in, when I was offered to be

23  brought into the SNM.   He was in the yard the day

24  when Arturo offered me membership in the SNM.

25       Q.    And did he support your membership into

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    the SNM?

2         A.    Yes.

3         Q.    He was an SNM member?

4         A.    He was an SNM member, yes.

5         Q.    Had you learned, prior to even coming down

6    to Southern, that he was not in good standing?

7         A.    Yes, I had.

8         Q.    And how did that impact you, as far as he

9    was not in good standing?  Did you have any ideas,

10   if you were called to do anything, what you would

11   do?

12        A.    Yes.  I would kill him.

13        Q.    And what was your understanding about why

14   he was not in good standing?

15        A.    Because he had given the Las Cruces Police

16   Department information on a robbery or something

17   like that.

18        Q.    Is that allowed?

19        A.    No.

20        Q.    What at this time -- and we're now talking

21   about 2013, 2014 -- what was required before an

22   actual hit was to be enforced?

23        A.    Paperwork.  You had to have --

24        Q.    Tell the jury what paperwork is.

25        A.    All right.  When you're arrested, you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  given supplemental reports, and it has interviews of

2  investigation, and paperwork, which we describe is a

3  supplemental report, where an individual gives a

4  statement to the police.  And that is taken out of

5  the discovery and passed around to people, to

6  verify.  So certain members need to see the

7  paperwork in order for the hit to go through.

8          Without paperwork, you can move on a good

9  carnal and kill someone that's in good standing just

10 because someone tried to switch him up.  So it's

11 necessary to kill someone in the SNM.

12     Q.   That was a requirement as of 2014?

13     A.   That's a requirement, yes.

14     Q.   Now, at some point did paperwork arrive on

15 Javier Molina?

16     A.   Yes.

17     Q.   And was that in March of 2014?

18     A.   It was in March 2014, yes.

19     Q.   And did you receive the paperwork from

20 somebody?

21     A.   I received the paperwork from Carlos

22 Herrera, which originated from Lupe Urquizo.

23     Q.   Carlos Herrera.  What unit was he in?

24     A.   He was in yellow pod.

25     Q.   The same 1-A unit, but in a different pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Same unit with the -- conjoined to the
 2  blue pod.
 3      Q.   And did he pass you the paperwork?
 4      A.   Yes, he did.
 5      Q.   How did he pass you the paperwork?
 6      A.   Under the emergency exit door in between
 7  pods.
 8      Q.   And what did you do with the paperwork
 9  when you received it?
10      A.   I got the paperwork.  And me and Daniel
11  Sanchez sat down to read it, where Daniel Sanchez
12  called the hit, said, "It's done."  And I took it
13  as:  We're going to kill him.
14           I took the paperwork back to Carlos
15  Herrera, and began plotting with Daniel Sanchez on
16  how the hit was going to go down.
17      Q.   Was there a plan eventually devised in
18  order to kill Javier Molina?
19      A.   Yes.
20      Q.   And who was the one that picked the
21  persons to, in fact, do the murder?
22      A.   Daniel Sanchez.
23      Q.   And did he give you a task to do in
24  reference to that?
25      A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Was your task to -- why don't you tell the
2  jury what your task was.

3    A.    My task was to provide the weapons, make
4  the weapons, and direct Timothy Martinez and Jerry
5  Montoya to -- first, Timothy Martinez to go knock
6  him out unconscious, which it was changed to choking
7  him out to when he was unconscious.  And I gave
8  Jerry Montoya the weapon and told him that Dan
9  wanted him to hit Molina.  And --

10    Q.    And did you, in fact, make the weapons?

11    A.    I made the weapons, yes.

12    Q.    What were the weapons made out of?

13    A.    Out of Rudy Perez's walker.

14    Q.    Did you take a piece from the walker?

15    A.    I took a piece that was about maybe 22
16  inches in length and pretty thick.  And I broke it
17  into three, and made two weapons out of it.

18    Q.    And were those weapons then given to --
19  eventually to Jerry Montoya and Jerry Armenta?

20    A.    Yes, they were.

21    Q.    And were you to oversee -- make sure it
22  was done?

23    A.    Yes, I was there.  I was in the cell when
24  Timothy Martinez began to choke him out.  And I
25  called for Jerry Montoya and Jerry Armenta to enter

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

99

```
 1  the cell to begin stabbing him.

 2        Q.    Did that actually happen?

 3        A.    That actually happened.  Then I was also

 4  tasked with taking care of Jerry Montoya's weapon,

 5  to dispose of it.

 6        Q.    And did you do that after it happened?

 7        A.    Yes, ma'am.

 8        Q.    Where was Daniel Sanchez?

 9        A.    He was sitting in front of the camera,

10  when he was tasked to take care of Jerry Armenta's

11  weapon, which he did not do.

12        Q.    And was Javier Molina killed?

13        A.    Yes, he was.

14        Q.    Did you actually see Javier Molina -- was

15  the plan ever for Javier Molina to leave the cell?

16        A.    No, he was never supposed to leave the

17  cell.  He was supposed to die in the cell, and then

18  put him in the bed after the fact.

19        Q.    Okay.  Now, when this happened, did this

20  happen during tier time?

21        A.    Yes.  It happened after the 4:00 count,

22  which is 5:00 tier time.  It was open unit at that

23  time.

24        Q.    Okay.  Explain to the jury what you mean

25  by 4:00 count.  What happened at 4:00 count at that
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                     1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                            e-mail: info@litsupport.com

```
 1   time?

 2        A.   Okay.  4:00 count is when I began breaking

 3   down the weapons and sharpening them.  It's one hour

 4   when the whole facility locks down and a CO goes to

 5   every pod, counting, to make sure everyone is there,

 6   everyone is alive.  And I think they do it three

 7   times a day, and maybe twice at night.

 8        Q.   Okay.  So you have to actually be in your

 9   cell at that time?

10        A.   Yes, with the door locked.  The door is

11   locked all the time.

12        Q.   Everyone is on lockdown for a count?

13        A.   Yes.

14        Q.   Does it usually take about an hour?

15        A.   Takes about an hour, yes.

16        Q.   So doors open back up at around 5:00?

17        A.   Yes, ma'am.

18        Q.   And are you all -- are inmates supposed to

19   be -- cell doors supposed to be just left open so

20   inmates can come in and out, or are they supposed to

21   be shut?

22        A.   They're supposed to be shut.

23        Q.   And then people can either be in their

24   cells or out in the open; is that right?

25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so then, was Javier Molina -- you
 2   indicated he was not supposed to leave the cell?
 3        A.   He was not supposed to leave the cell, no.
 4             MR. BLACKBURN:  Your Honor, I'm going to
 5   object to the leading nature of the questions.
 6             THE COURT:  Try not to lead him.
 7             MS. ARMIJO:  Sorry, Your Honor.
 8        Q.   Okay.  So what happened when you -- did
 9   the plan -- did the plan go through as it was
10   originally designed?
11        A.   Originally designed, no, but the result
12   was to kill him.  And that ended.  But the plan
13   didn't go as perfect as we had wanted it, no.
14        Q.   Okay.  What went wrong?
15        A.   They let him get out of the cell.  They
16   let him get up off the floor, and didn't continue
17   stabbing him.  And when he got up, when Javier
18   Molina got up, they backed up off him.  And when I
19   walked up, I told them, "Make sure, don't let him
20   out of the cell."
21             He heard me, and he bulldozed through them
22   and ran out onto the tier, where they continued
23   stabbing him in the front of the door area, the exit
24   to the pod.
25        Q.   And Javier Molina, was he a big guy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He was decent size.

 2        Q.    And so when he was running out of the

 3   cell, did he say anything to you?

 4        A.    Yeah.  He said, "You got me, you got me.

 5   All right, carnals."

 6              And I yelled at him, "You're not our

 7   fucking carnal."

 8        Q.    Why did you say that to him?

 9        A.    Because he had ratted.

10        Q.    And so was he in fact killed?

11        A.    Yes.  He died, I believe, on the front

12   door area of the unit, of the pod.

13        Q.    And who were the people that stabbed him?

14        A.    Jerry Montoya and Jerry Armenta.

15        Q.    Were they -- was there a lockdown after

16   that?

17        A.    Yes.  There was a lockdown immediately

18   after that, where they came, and the nurse took the

19   body out of the pod.

20              And I locked down and began arguing with

21   the CO, because there was blood in front of my door.

22   I got a hand sanitizer and water and threw it out to

23   dilute the blood.  And then I was escorted out of

24   the unit.

25        Q.    Was everybody escorted out of the unit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   because it was a crime scene?
 2        A.   Everyone was escorted outside the unit in
 3   a fashion that isn't usually the way it was.  But
 4   they didn't want anyone to take off their clothes.
 5   They didn't want to disturb anything.  So they took
 6   everyone out just as they were.
 7        Q.   And as a result of this, were you -- did
 8   you stay at Southern?
 9        A.   No.  I was emergency transported the very
10   next day.
11        Q.   Where were you transported to?
12        A.   Myself, Mauricio Varela, and Daniel
13   Sanchez were emergency transported to PNM North
14   facility.
15        Q.   Mauricio Varela.  Is he an SNM Gang
16   member?
17        A.   Yes, ma'am.
18        Q.   And where is he from?
19        A.   He's from Silver City, from my hometown.
20        Q.   Is he considered a leader?
21        A.   He's a leader of the China Town, him and
22   Eddie Ortega.
23        Q.   China Town.  That was, I think you said,
24   your rival gang?
25        A.   That's a rival gang, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   But once you're both in SNM, did you get

2  along with him?

3    A.   We got along, yes.

4    Q.   And did he have a position of authority of

5  some type within the SNM?

6    A.   He had influence.  He wasn't really in a

7  leadership position, but he had been in prison for a

8  very long time, and he had influence within the

9  tabla, yes.

10    Q.   So the three of you were transported up

11  back to PNM?

12    A.   Yes.

13    Q.   Eventually, were others transported back

14  up to PNM?

15    A.   I think maybe after maybe nine to 10

16  months, Timothy Martinez, Jerry Armenta, and Jerry

17  Montoya were transported into PNM North facility.

18    Q.   Do you know if they were charged -- if

19  anybody was charged by the state initially?

20    A.   Yes.  Myself, Jerry Armenta, and Jerry

21  Montoya were charged.

22    Q.   Okay.  What were Jerry Armenta and Jerry

23  Montoya charged with?

24    A.   They both got first degree; weapon; I

25  think possession of a weapon.  And I got tampering

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492




PROFESSIONAL COURT
REPORTING SERVICE                                                e-mail: info@litsupport.com

```
 1   with evidence, conspiracy to tamper with evidence,

 2   and possession of a weapon.

 3        Q.   Were they charged with murder-related

 4   charges?

 5        A.   Yes, first degree murder.

 6        Q.   Okay.  When you said "first degree," it's

 7   first degree murder?

 8        A.   Right.

 9        Q.   Were you charged with first degree murder?

10        A.   No, not at the beginning stages.  But my

11   charges were about to get amended before the feds

12   picked us up, yes.

13        Q.   Okay.  And this is -- this happened in

14   March of 2014?

15        A.   That's correct.

16        Q.   And then was that case pending?

17        A.   It was pending.

18        Q.   And were eventually you housed with the

19   two Jerrys, I should say, Armenta and Montoya?

20        A.   Just Montoya.

21        Q.   So did he come up to PNM, as well,

22   eventually?

23        A.   After -- eventually, after maybe nine or

24   10 months at the Southern facility, he eventually

25   came up to the North facility, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Now, while you were pending trial, did you

2  ever come up with pending trial in the state on

3  your -- what were the charges again?

4     A.   Mine?

5     Q.   Yes.

6     A.   It was tampering with evidence, conspiracy

7  to tamper, and possession of a weapon.

8     Q.   Okay.  And what was the basis of that?

9     A.   That I conspired to dispose of the weapon;

10 that I had possession of the weapon; and I did

11 tamper with evidence.

12    Q.   Okay.  Was that after the murder?

13    A.   It was after the murder, yes.

14    Q.   Did you, in fact, take somebody's weapon?

15    A.   Jerry Montoya, after they were done

16 stabbing him on the lower front of the door area at

17 the unit, he flicked the weapon up to me on the top

18 tier.  I picked it up, and I took it to the shower,

19 where I got a razor blade.  I sliced the handle off

20 it, and I began bending the weapon on my shin area

21 to fit into the shower drain, because the shower

22 drain goes as an L.  So I shoved it down the shower

23 drain.

24    Q.   And was that found by police?

25    A.   It was found, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So that's the basis for the charges that

2  you had?

3     A.   That's correct.

4     Q.   At some point, when this was pending, did

5  you actually try -- did you write an affidavit of

6  any type?  I guess I shouldn't say "affidavit."  Did

7  you try and write a statement to assist others?

8     A.   Jerry Montoya and Jerry Armenta and

9  Timothy Martinez were coming up with, I guess, a

10 plan for defense to try to get Jerry Montoya off.

11 He requested if I could write something for him,

12 based on the discovery and the disciplinary reports.

13 I took facts out of the case and twisted them in a

14 way that looked like a plausible defense strategy.

15          And when I sent it to him, he sent it back

16 to me and asked if I could write something about the

17 altercation he had with Javier Molina at the stairs.

18    Q.   Okay.  And when you say "he," who are you

19 referring to?

20    A.   Jerry Montoya.

21    Q.   Okay.  So what was the point of this

22 document?

23    A.   To, I guess, help their plan.  I didn't

24 know what their plan was.  But I told him I wasn't

25 going to testify for him, and that I would help him

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   in any way I can other than that.  The plan was to
 2   get Jerry Montoya off.
 3        Q.   And so did you write a document to help
 4   Jerry Montoya?
 5        A.   Yes, I did.
 6        Q.   And I guess I should ask this:  Jerry
 7   Montoya, Jerry Armenta, were they SNM Gang members?
 8        A.   Yes, ma'am.
 9        Q.   Timothy Martinez, SNM Gang member?
10        A.   Yes, ma'am.
11        Q.   And then did -- at some point, were your
12   charges dismissed?
13        A.   Yes, they were.
14        Q.   Do you recall approximately when that was?
15        A.    I think it was like maybe two or three
16   weeks before December 3rd.
17        Q.   What happened on December 3rd?
18        A.   The FBI picked us up, all -- indicted us,
19   all the SNM.
20        Q.   Okay.  Where were you at that time?
21             MR. SINDEL:  Could we have a year, please?
22        Q.   I'm sorry.  What year was that?
23        A.   2015, I think.
24        Q.   Okay.  And you mentioned December 3rd?
25        A.   December 3rd, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   And was that a Friday -- or actually, a
2 Thursday?

3     A.   I don't remember.

4     Q.   Okay.  And were you up at PNM?

5     A.   I was at PNM North facility in 3-A Q-pod.

6     Q.   Did they pick up others at the same time?

7     A.   Yes.  They pretty much picked up the whole
8 pod I was in.

9     Q.   Now, you said you were picked up on
10 charges; is that right?

11     A.   Yes.

12     Q.   What were you -- were you charged just in
13 one case, or two cases?

14     A.   I was charged on two indictments.

15     Q.   Okay.  And was one of them called United
16 States v. Varela?

17     A.   Yes.

18     Q.   What was that, those charges in reference
19 to?

20     A.   My case?

21     Q.   Yes.

22     A.   It was in reference to the stabbing of
23 Alex Sosoya, Chulo, in 2011.

24     Q.   And was Robert Martinez charged with you
25 in that incident?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1       A.    Yes.  That was my co-defendant.

2       Q.    And separately from that, were you also

3   charged in a different case?

4       A.    Yes.

5       Q.    Was that United States versus DeLeon,

6   et al.?

7       A.    That's correct.

8       Q.    Did you end up pleading guilty?

9       A.    I did.

10      Q.    Now, since the Varela case -- you

11  mentioned it had Robert Martinez in it.  Did it have

12  two other SNM Gang members, as well, in reference to

13  a different incident?

14      A.    Yes.  It had David Calbert and Mauricio

15  Varela for another 2011 stabbing that they were

16  involved in.

17      Q.    Okay.  And eventually -- and was that case

18  actually set to go to trial?

19      A.    Yes, it was.

20      Q.    And when, approximately, was that?

21      A.    Somewhere in late October, early November

22  of last year.

23      Q.    And had everybody else pled but you?

24      A.    Everyone else pled but me, yes.

25      Q.    And were you planning on going to trial?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

111

```
 1        A.    I was planning on going to trial, yes.

 2        Q.    Did you decide to plead guilty?

 3        A.    I decided to plead guilty, yes.

 4        Q.    Was it an easy decision for you?

 5        A.    No.

 6        Q.    Why not?

 7        A.    Because I was a gang member.  I was a gang

 8   member all my life.  I was an SNM member.  And when

 9   I joined the SNM, the guys who vouched for me, I

10   always told them that no matter what, I would never

11   bring their name lower or degrade their name in any

12   way.  And with doing what I'm doing, I betrayed

13   Arturo Garcia, who blessed me into the SNM and gave

14   me the opportunity to be an SNM member.  I went

15   against everything that I've done in my life.  And

16   it wasn't easy.  I've lost a lot for it.

17        Q.    All right.  I'm going to show you Exhibit

18   Number 610, which has been admitted into evidence.

19   If I could see the first page.  Is this the first

20   page of your plea agreement?

21        A.    Yes.

22        Q.    And here at the top, I'm circling -- it

23   has two cause numbers.  Are those both cases that

24   you were indicted on?

25        A.    I think -- oh, yes, it was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Okay.  So that has both of them?

2        A.    Is that the Varela?

3        Q.    Yes.

4        A.    Yes, that's correct.

5        Q.    All right.  Then if we could go to the

6   second page.  What did you plead guilty to?

7        A.    I think it was assault with a weapon;

8   conspiracy to murder; conspiracy to murder; and

9   murder.

10       Q.    All right.  Did you plead guilty to

11  everything that you were charged with?

12       A.    I pled guilty and took responsibility for

13  everything I was charged with, yes.

14       Q.    And, in fact, what is it that you are

15  technically now facing in reference to the murder

16  charge?

17       A.    I think it's 30 years.

18       Q.    I'm not talking about the Varela incident.

19       A.    Okay.

20       Q.    Let me go first to page --

21       A.    The total, everything of what I'm facing?

22       Q.    Hold on.  Let me show you on page 3 of the

23  plea agreement.  Okay.  Do you see here under 6 and

24  7, the case number, it talks about 20 years for

25  Count 4, and that would be in the Varela case?
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And then for Counts 3 and 6, which would
 3   be the conspiracy to murders, that would be 10
 4   years, correct?
 5        A.    That's correct.
 6        Q.    And then if we could go to the next page,
 7   on page 4.  So for the murder charge, do you see
 8   there that you have -- that you're facing
 9   imprisonment for life?
10        A.    Yes.
11        Q.    And is that your understanding when you
12   pled guilty, is that you're looking at a mandatory
13   sentence of life?
14        A.    That's correct.
15        Q.    Now, by cooperating, and testifying, are
16   you hoping that you get out of that mandatory
17   sentence and you're sentenced to something less?
18        A.    I believe there is a situation called a 5K
19   that I signed, a Kastigar letter, that there is an
20   opportunity for that, yes.
21        Q.    Okay.  But are there any agreements, as
22   you sit there today, as far as a sentence?
23        A.    No, ma'am.
24        Q.    Now, when you decided to cooperate, did
25   you come to court that day in reference to the trial
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   that was upcoming?

 2        A.   Yes, I did.

 3        Q.   And did you have any intentions that day

 4   of actually meeting with the United States and

 5   cooperating?

 6        A.   No.  October 24th?

 7        Q.   Yes.

 8        A.   No, I didn't.  No.

 9        Q.   What year?

10        A.   2015.

11        Q.   No --

12        A.   Oh, what year are we in?  2018?  2017.

13        Q.   Okay.  And you remember that date.  Why do

14   you remember that date?

15        A.   Because that's the day I left the SNM.

16        Q.   And did you meet with the representatives

17   of the United States and the FBI that day?

18        A.   After my court proceedings, yes.

19        Q.   And is that -- and then you decided to

20   cooperate?

21        A.   Yes, I decided to cooperate that day.

22        Q.   Now, at the end of talking with the United

23   States, did you realize or did you tell us that you

24   were in possession of something that day?

25        A.   Yes.  After my agreement to leave the SNM,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I think I looked at you and told you, "Well, is this

2  where I turn in my weapons?"

3       Q.   Okay.  And what were you referring to?

4       A.   To two shanks that I had keistered.

5       Q.   What does "keistered" mean?

6       A.   Where you wrap up the weapons and put them

7  in your rectum.

8       Q.   And did you actually have them with you

9  when you came to court that day?

10       A.   I carried them everywhere with me for

11  years, yes.  Different weapons, but yes.

12       Q.   All right.  I'm going to show Exhibit

13  Number -- and did you in fact end up turning those

14  in to the U.S. Marshal Service that day?

15       A.   I did.

16       Q.   I'm showing you Exhibit Number 874.  What

17  is it that we're looking at?

18       A.   Those are the two weapons wrapped up in

19  Saran Wrap, in like a sheath for -- out of a

20  toothpaste, so I could pull the weapons out.

21       Q.   All right.  And Exhibit Number 875.  What

22  are we looking at?

23       A.   One weapon has a handle sharpened, the one

24  that's ready to be pulled out.  And the other one is

25  unsharpened.  So after I would use the one that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sharpened, and you go to lockup, and I don't have to

2    worry about getting another weapon.

3         Q.   Okay.

4         A.   Those are the weapons I had.

5         Q.   And we see something on the top here.  I'm

6    going to circle that.  Is that what they were

7    wrapped in?

8         A.   Just one of them.

9         Q.   Okay.  And the other one?

10         A.   Was laid on top of it.

11         Q.   Okay.  And so did you then voluntarily

12    turn those in?

13         A.   I did.

14         Q.   And had you brought those to court with

15    you that day?

16         A.   Yes.

17         Q.   And had you been to court previously

18    numerous times while pending trial in both of your

19    matters?

20         A.   Yes.

21         Q.   And had you brought those to court each of

22    those times?

23         A.   Not those ones in particular.  I brought

24    those ones to numerous court dates.  But I had

25    another one that, when the FBI picked us up, I had,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   and I took it with me into federal custody.

2        Q.   When you say -- when you were arrested on

3   December 3rd?

4        A.   Yes.

5        Q.   Now, I think I may have touched on this

6   briefly.  Do you have an SNM tattoo?

7        A.   No, I do not.

8        Q.   But you have various tattoos on you?

9        A.   I have various tattoos on me, yes.

10       Q.   Why have you not received an SNM tattoo?

11       A.   Because in the Department of Corrections,

12  when you -- I wasn't validated.  I was a suspected

13  member.  The policies changed.  And when I first

14  came to prison, suspected members were still able to

15  make it to the Level 3 line.  And I did want the

16  tattoo on me.  And Daniel Sanchez told me for people

17  like him and I, the onda was in our heart; that we

18  didn't need it on our skin.

19            And we were planning on getting the

20  placaso when we went to the federal system.  But in

21  the state level, we're told not to get it unless

22  you're already validated.

23       Q.   Now, are you -- had you renounced before?

24       A.   No.

25       Q.   Have you ever, other than before October

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  24th in 2017, had you in any way ever renounced?

 2       A.   No.

 3       Q.   Are there ways of renouncing within the

 4  SNM?

 5       A.   There are ways, yes.

 6       Q.   And what ways are those?

 7       A.   I think since maybe 2012, and ongoing,

 8  there is an RPP.  There is just going to protective

 9  custody.

10       Q.   Okay.  Would that be you, an SNM member

11  such as yourself, having to go to STIU and saying,

12  "I'm done"?

13       A.   For me, I don't think that was an option.

14  For me, my reputation within the Department of

15  Corrections had gotten to where I was just this

16  violent, crazy guy; that there is no way in hell

17  that they would trust me to the RPP.  Or if I was to

18  go in and tell them, "Hey, I want to go to

19  protective custody," they would laugh; they wouldn't

20  allow me.  There were no real options for me.

21       Q.   That was your belief?

22       A.   That was my belief.  And after the fact,

23  speaking to STIU now, when I told them in 2011 I did

24  want out, they laughed at me and said, "You would

25  have never got out.  We would have never let you go

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   anywhere."
 2          Because at that time, my reputation had
 3   gotten very large in the New Mexico system.
 4       Q.   Now, for other members, would that be an
 5   option?
 6       A.   It's an option.  Protective custody is
 7   just pretty much moving from one cell to another
 8   cell, probably in the same unit.  You still see the
 9   same individuals.  It's not very often that an
10   individual gets moved outside the unit.  It takes a
11   process.  The RPP is a process.
12          And, you know, there's ways that --
13   members do turn Christian, but they're still
14   involved in the drug activity; they're still
15   involved in the SNM; they're still obligated to back
16   up the SNM if the SNM faces on rivals.  So it's not
17   really an option to go Christian, or it's not a way
18   out.
19       Q.   All right.  Now, when you decided to
20   cooperate, you said it was a difficult decision for
21   you.  Why did you make that decision?
22       A.   I was tired.
23       Q.   Tired of what?
24       A.   I was tired of being in solitary
25   confinement.  I was tired of the violence.  I was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    tired of continuously -- just the continued

2    activity.

3            And I knew, with conversations with Arturo

4    Garcia while we were in federal custody, that it was

5    going to continue.  And I knew that the way I was

6    dedicated to the SNM, that I was going to be the one

7    that was putting in the most work in the feds.  I

8    was going to be the one at ADX, while most of these

9    guys are eating ice cream on a federal line

10   somewhere.  And I was just tired.

11           I began educating myself in 2011.  And

12   with an education, I was able to look beyond gang

13   life.  I never had a life.  I've never had a car;

14   I've never had a home; I've never had nothing.  I've

15   been locked up most of my juvenile life and my adult

16   life, all my adult life.

17       Q.   Have you ever, since -- I think we heard

18   yesterday you testified that you went in when you

19   were 18?

20       A.   Yes, I was 18, straight out.  I think I

21   was out of juvenile custody for five months.

22       Q.   And have you ever been out since then?

23       A.   No.

24       Q.   Now, Billy Garcia.  Did you know Billy

25   Garcia?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I knew of Billy Garcia before I ever met
 2   him.  Yes, I know him.
 3        Q.   Did you, in fact, meet him?
 4        A.   It wasn't a cordial meeting or nothing.
 5   There was a conversation, but it wasn't an
 6   introduction.
 7        Q.   Okay.  And did you know whether or not he
 8   was in the SNM?
 9        A.   Yes.  He was a big name in the SNM, yes.
10        Q.   And where was it that you met him?
11        A.   In -- after the Robert Esparza stabbing, I
12   was moved to 1-A.  And I think he was in C pod and I
13   was in D pod.  I met him in the yard one day.
14        Q.   Okay.  And when you say the Esparza
15   incident, that's the one that we saw the video on
16   yesterday?
17        A.   That's correct.
18        Q.   And so you were sent to the North?
19        A.   I was still in the North, but just -- I
20   moved housing units.
21        Q.   Okay.  So when you say you met him on rec,
22   would that be rec in the cages?
23        A.   It's another Jurassic Park in another part
24   of the facility.
25        Q.   Okay.  And did you have a conversation
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1  with him?

 2       A.   I don't think it was really a

 3  conversation.  It was, he was referring to someone

 4  in our unit, in our pod, that he was saying was a

 5  rat, and I knew he was on bad standings with Gerald

 6  Archuleta in the tabla.

 7            He still wanted to influence --

 8            MR. SINDEL:  May we have a limiting

 9  instruction?

10            THE COURT:  These comments by Mr. Billy

11  Garcia can only be used in your consideration of the

12  charges against Mr. Billy Garcia.  They can't be

13  used against any of the other defendants.

14            MR. CASTLE:  Your Honor, may I approach

15  the bench?

16            THE COURT:  You may.  So the jury will

17  need to keep that in mind when it's considering this

18  statement.

19            (The following proceedings were held at

20  the bench.)

21            MR. CASTLE:  None of these statements have

22  been provided to the defense at all.  This is the

23  first time we're hearing it.

24            MS. ARMIJO:  They have, Your Honor.  And I

25  can find the 302.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:  Statements by Mr. Garcia.
 2              MS. ARMIJO:  Bates 61849.  It is written
 3    March 23, 2018.  Billy Garcia, Your Honor.
 4              THE COURT:  Why don't you show it to Mr.
 5    Castle and see if that solves his concern?
 6              MR. CASTLE:  That's not what they're
 7    talking about.
 8              MS. ARMIJO:  Yeah, we are.  That's what
 9    we're talking about.
10              MR. COOPER:  We've seen that, but not --
11              MR. CASTLE:  This wasn't listed as a bad
12    act or anything.
13              MS. ARMIJO:  It's not a bad act.  It's a
14    statement.  It's not a co-conspirator statement.
15    It's a statement.  This is what he's referring to
16    because there was a disagreement.
17              MR. CASTLE:  All this says is at a verbal
18    argument with Billy Garcia in the rec yard, the
19    statement says Rodriguez accused Garcia of
20    protecting Baby Zack, which is in violation of the
21    SNM rules.  No other statements by Mr. Garcia in
22    that report.
23              MR. COOPER:  The question here a moment
24    ago was that Billy was telling Mr. Rodriguez that
25    somebody was a snitch, somebody was not good.  And
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that's not what this is about.

2           MS. ARMIJO:  This is about it.  Because

3   he's talking about Baby Zack telling Archuleta that

4   the disagreement is about -- I mean, he wasn't

5   allowed to explain, but I think that what he will

6   testify about is that he did; he talked about

7   Archuleta.  He said Styx.  He started to explain

8   that there was an incident regarding Styx, and that

9   Billy Garcia was in bad standing because of this

10  incident that involves Julian Romero and the

11  shooting of Baby Zack.

12          And so it's a big political thing, and Mr.

13  Rodriguez was not happy with Mr. Garcia.  And

14  that's --

15          MR. CASTLE:  Could the Court look at it?

16          THE COURT:  I don't know what you want me

17  to do.  If it's admissible evidence, this was the

18  disclosure.  I don't know what the Court can really

19  do.  Oftentimes, witnesses are not going to testify

20  just like the 302 is written.  It's just part of

21  trial work.

22          Where do you want me to look here?

23          MR. CASTLE:  Judge, I'm going to ask if

24  the Court would do some examination of Mr.

25  Rodriguez, but we're going to reserve a portion of

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  our cross-examination, because we're hearing new

2  statements.  We may need to cross-examine.

3           THE COURT:  Show me on there what it is

4  you want me to look at.

5           MS. ARMIJO:  I'm sorry.  I had it under

6  Billy Garcia.  It's this incident.

7           THE COURT:  Okay.  I guess I don't

8  understand what the defendant is requesting here.

9           MR. CASTLE:  We had hearings on bad acts.

10 This was not listed as a bad act, if it's some kind

11 of a threat against an informant.  So we filed that

12 motion.  The Court granted it so that we can prepare

13 for trial.  They haven't disclosed it, and they

14 didn't indicate they were going to put on some kind

15 of threat against some rat.  So that's where we're

16 going with it, Judge, if it's the shooting of Baby

17 Zack, they're going to get into it.  We've received

18 no discovery of that.

19          THE COURT:  This would be evidence of

20 racketeering activity, and it's not a 404(b).  It's

21 intrinsic to this case.  So I don't see how this

22 would be irrelevant to --

23          MR. CASTLE:  If it is intrinsic, the

24 motion covered that, used 404(b) as a short term,

25 also used res gestae.  If it's intrinsic, they had

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   obligation to produce discovery concerning that

2   incident, whether it be Rule 16 materials.  I can

3   tell you that I would ask that if they have looked

4   into materials that might be available in the Baby

5   Zack shooting, to see if they've disclosed.  It's

6   all exculpatory information, and they have a duty to

7   obtain it.  We've received none of that.

8           THE COURT:  Anything more than this 302?

9           MR. BECK:  So I think this is the Rule 16

10  discovery to which they're entitled.  The United

11  States doesn't have -- I mean, I don't want to beat

12  a dead horse, but we released everything in our

13  possession, what's in the state's possession for the

14  Baby Zack incident is out there somewhere, but it's

15  not in the United States' possession, and we don't

16  have an affirmative obligation to go out and get

17  materials that are not in our possession.

18          They've had notice of the Baby Zack

19  incident because Gerald Archuleta has testified

20  about it many times, testified about it in the last

21  trial, testified about it again here.

22          And, I mean, these are just things -- it's

23  almost like it's a Catch-22 for the United States.

24  They complain when they don't have information that

25  comes out on the stand for the first time; but then

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   when we provide them information and get debriefs,
 2   trying to cover everything, they complain that it's
 3   late notice and they didn't get it in the 403 bad
 4   acts evidence.
 5            It's just the nature of working with
 6   informants, that when you sit down with them, they
 7   tell you more things.  They cross-examine.  They do
 8   the job and cross-examine.  And pointing to -- it
 9   wasn't in the 302, and they're able to do that here.
10   I mean, there is just -- I see frustration getting
11   this for the first time.  And the United States has
12   that frustration, too, when we've got to send out
13   emails and get 302s out.
14            That's just the way these cases work.  And
15   the law doesn't provide a remedy, other than a
16   vigorous cross-examination with these.
17            MR. CASTLE:  Can I briefly respond?
18   Gerald Archuleta was prosecuted for that shooting,
19   so obviously there is something exculpatory there,
20   because someone else was charged in it:  Mr.
21   Archuleta.
22            The Government here has been working with
23   state and local investigators, including the State
24   Police and Albuquerque police, in the prosecution of
25   this case.  So they are working with them, and they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  do have a duty to obtain materials that would be

2  under over which would be exculpatory.

3           This isn't a new issue.  We brought this

4  up.  This was part of not only the statements issue,

5  but it was also whatever the --

6           THE COURT:  I think the defendants made

7  their point.  They've preserved their issue.  But I

8  have repeatedly rejected it throughout this case.

9  The Government doesn't have an obligation to go

10 looking in the files of State Police and City

11 Attorney's Office for Brady or Rule 16 information.

12          And, you know, I just approved one of the

13 CJA vouchers for Mr. Cooper up here this morning,

14 and y'all have gone to the District Attorney's

15 Office and gotten extensive files.  So I just don't

16 see what I can really do on this.  It seems to me

17 this is part and parcel of this case.

18          The Government has Brady or Rule 16 or

19 Giglio information, and they have an obligation to

20 produce it.  The representation has been that they

21 had.  It seems to me this is just evidence the

22 defendant is going to have to deal with.

23          MR. CASTLE:  Just one last thing.  I think

24 when the Court made that decision about the state

25 was not -- that the Government did not have --

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  State Police.  Because I did

2    have a little different rule with the Corrections

3    Department.

4          MR. CASTLE:  I think since that time, the

5    Court has heard evidence that there has been joint

6    task force with the FBI, several which also involve

7    members of the State Police; and that the State

8    Police was fully cooperative with the FBI in

9    providing information, materials, et cetera.

10          So I think that's changed since when the

11    Court originally ruled on this sometime in 2016.

12    Because it had been represented at that time by the

13    Government that they hadn't been working with the

14    State Police; that there was an independent

15    organization.  The evidence has come out quite

16    different, especially in the last two weeks when we

17    had motions hearings.

18          THE COURT:  Well, if there is any that

19    covers this particular event, we can revisit.  But I

20    don't know of any that was covering this event.  So

21    if you've got something on that, we can certainly

22    talk about it.  But I don't know of any evidence

23    that it was covering the event that we're talking

24    about here.  All right.

25          So I'll overrule the objection.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2   open court.)
 3              THE COURT:  All right.  Ms. Armijo.
 4   BY MS. ARMIJO:
 5      Q.   All right.  Mr. Rodriguez, I forget what
 6   my exact question was, but I believe we were
 7   starting to talk about a conversation you had with
 8   Mr. Garcia, and so I can get back to where I was.
 9              Now, you indicated that you were in rec;
10   is that correct?
11      A.   Yes.
12      Q.   And had you had any previous -- did you
13   know who Billy Garcia was before then?
14      A.    I knew who he was, but we never had any
15   interactions.
16      Q.   And did you have an interaction?
17      A.   Yes.
18      Q.   And approximately when was this
19   interaction?
20      A.   Approximately a date?
21      Q.   Yeah, year?
22      A.    It was when I got moved after the Robert
23   Esparza stabbing.  So 2008.
24      Q.   Okay.  And what was the conversation in
25   reference to?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It was in reference to somebody that was a
 2   rat in our pod, and I knew that his nephew had
 3   attempted to kill one of my leaders and had ratted
 4   on him.
 5             MR. CASTLE:  Objection; lack of
 6   foundation.
 7             THE COURT:  Well, why don't you lead him
 8   through this so he doesn't get in areas that you
 9   don't want or need.
10        Q.    All right.  Now, I guess let me ask a
11   little bit of background, and I'm going to try and
12   ask you some questions about background.  When you
13   say "a leader," are you referring to Gerald
14   Archuleta?
15        A.    Yes.
16        Q.    What is his nickname?
17        A.    Styx.
18        Q.    Okay.  Was there an incident that happened
19   with Gerald Archuleta and another SNM Gang member
20   that caused a rift within the SNM?
21        A.    Yes.  There was an attempt on his life.
22             MR. CASTLE:  Your Honor, objection; not
23   responsive.
24             THE COURT:  Just "Yes" or "No."
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Was that Julian Romero?

 2        A.   No.  The one who tried to kill him?

 3        Q.   No, no, no, no, no.  I'm just talking --

 4   I'm just trying to get some background information

 5   first.

 6        A.   Okay.

 7        Q.   Was that in reference to an incident --

 8   was there a rift between Julian Romero and Gerald

 9   Archuleta?

10        A.   Yes.

11        Q.   And was that something that was well known

12   within the SNM?

13        A.   Yes, it was very well known.

14        Q.   And did you have a side in that rift?

15        A.   I was with the tabla, yes.

16        Q.   When you say you were with the tabla, was

17   Gerald Archuleta on the tabla at that time?

18        A.   Yes.

19        Q.   So were you on Gerald Archuleta's side?

20        A.   Yes.

21        Q.   And were there other SNM members that were

22   on Julian Romero's side?

23        A.   Yes, there was.

24        Q.   Now, are you aware of whether or not --

25   and this is just "Yes" or "No" -- this feud between
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1   the two of them rose to the level that actually

2   people were being assaulted one way or another?

3        A.   Yes.

4             MR. CASTLE:   Your Honor, they have to

5   establish a foundation of what he actually observed

6   and what he has a personal knowledge about.  Not

7   through hearsay, what he heard through the

8   grapevine, things of that nature.  It's just what

9   he's observed and what he's seen or heard, is what

10  he's allowed to testify about.

11            And they're going into, "Are you generally

12  aware," and that's not proper evidence under the

13  rules of evidence.

14            THE COURT:   Well --

15            MS. ARMIJO:   I'm sorry.

16            THE COURT:   I know you're trying to

17  establish foundation, but get the basis of his

18  knowledge so that Mr. Castle can object if he

19  wishes.

20  BY MS. ARMIJO:

21       Q.   Were you close with Gerald Archuleta?

22       A.   Yes, I was.

23       Q.   Did you -- and were there things that you

24  personally did because of this, this disagreement?

25       A.   There was a kill order on the people he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was feuding with.  So, yes, I was willing to do

2  things on his part.

3      Q.   Okay.  And so did Gerald Archuleta tell

4  you things as far as -- and you say a kill order.

5  For the kill order, who was there a kill order on

6  that you were willing to do it on?

7      A.   Anyone that took Julian Romero's side.

8      Q.   Okay.  And why was it that you were

9  willing to do that?

10      A.   Because when I came into the SNM, there

11  was already a tabla in place, and that's who I fell

12  under.  The people who brought me in were on the

13  tabla, most of them.  And that's who I was told to

14  follow.

15      Q.   Okay.  Now, let's go back to the

16  conversation that you had with Billy Garcia.

17      A.   Right.

18      Q.   Was it in reference to something regarding

19  the Julian Romero and Gerald Archuleta split?

20      A.   At that time, no.  But when I responded to

21  him, yes.

22      Q.   Okay.  Tell us about your conversation

23  with Billy Garcia.

24      A.   There was a guy in our pod that was

25  accused of being a rat, and I got mad when he was



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  calling someone a rat in our pod.  And his nephew
 2  was a rat.  So I told him, "What?  Like your
 3  nephew?"
 4      Q.   Okay.  There was somebody that was a rat
 5  in the same pod as you?
 6      A.   D pod, yes.
 7      Q.   Okay.  And in the conversation, you said
 8  "he."  What are you referring to?
 9      A.   Billy Garcia.
10      Q.   Okay.  Now, if you can use names, just so
11  that we can keep it clear.
12      A.   Okay.
13      Q.   Go ahead.
14      A.   So, when he said that, I told him, "What?
15  Like your nephew?"  Because I had read the paperwork
16  that Baby Zack had told the emergency transport,
17  "Let me tell you who shot me before I die."  And he
18  mentioned --
19          MR. CASTLE:  Your Honor, this is hearsay.
20          THE COURT:  Well, I'm having trouble
21  following the "he" here.  There is no names, so I'm
22  not sure I understand.  So --
23  BY MS. ARMIJO:
24      Q.   Okay.  And I'm going to try and break it
25  down and have you go slow.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Okay.

 2         Q.    What was your first comment, or how did

 3   the conversation start?

 4         A.    He was --

 5         Q.    "He" being who?

 6         A.    Oh, Billy Garcia.

 7         Q.    Okay.  What did he say?

 8         A.    He was telling me and Israel Garcia that

 9   someone in our pod was a rat.

10         Q.    Okay.  So Billy Garcia was saying,

11   "Someone in your pod is a rat"?

12         A.    Right.

13         Q.    What significance did that have to you,

14   that Billy Garcia was saying someone is a rat?

15         A.    Because his nephew was a rat, and I felt

16   that he shouldn't be calling someone a rat, if your

17   own nephew is a rat, and you're protecting him.

18         Q.    So when he told you -- "he" being Billy

19   Garcia -- told you that somebody was a rat, does

20   that have any significance within the SNM?

21         A.    Yes.

22         Q.    What significance does that have?

23         A.    Well, we should disassociate ourselves

24   with them and attempt to kill him.

25         Q.    So when he, Billy Garcia, told you that,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  informing you that there was somebody that was a rat

2  in your pod, were you at that point willing to do

3  that, or do anything because of that, because of him

4  telling you that, "him" being Billy Garcia?

5       A.   No, not for him.  No, not for Billy

6  Garcia.  No.

7       Q.   So why is that?

8       A.   Because even though he was a name in the

9  SNM, it didn't matter to me because I was with the

10  tabla.  They told me that he took Julian Romero's

11  side.  And therefore, if any kind of situation came

12  down, we were going to kill him.

13       Q.   Okay.

14       A.   Kill Billy Garcia.

15       Q.   Okay.  Because he took Julian Romero's

16  side?

17       A.   Right.

18       Q.   So you were not willing to take the

19  suggestion that somebody was a rat?

20       A.   It was just a suggestion.  There was no

21  paperwork.  There was no foundation to it.  There

22  was nothing that -- he was no one to me.

23       Q.   To you personally?

24       A.   To me personally, no.  I was with Styx and

25  the tabla.

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                         1-800-669-9492
                                                e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      Q.   When you say you were with Styx, that's
 2 Gerald Archuleta?
 3      A.   Yes.
 4      Q.   And was that because of the Gerald
 5 Archuleta/Julian Romero incident?
 6      A.   That's correct.
 7      Q.   Now, after that, did you ever speak to him
 8 again?
 9      A.   Nope.  I never seen him again until the
10 feds picked us up.  I would see him on transport.
11 We didn't really talk.  And I would see him in
12 court, "Hey, what's up, Wild?"  That's it.  Wild is
13 a nickname.  People called him Wild Bill.  I called
14 him Wild.
15      Q.   Now, Arturo Garcia.  I believe that you've
16 already talked a bit about him.  Did you -- was
17 there anything about Arturo Garcia and his views of
18 the SNM that had an impact on you?
19      A.    Well, about the current views.  The
20 current views we had were, I was going to be a part
21 of the new building of the SNM from within.  When we
22 went to the feds, everything Arturo had on me --
23 everything Arturo told me has an impact.
24           We were willing --
25      Q.   And why is that?
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Because he's the one that opened the doors
 2   for the SNM for me.  And, to me, he was the one that
 3   was the best suitable person to lead the SNM.
 4        Q.   So did you look up to him?
 5        A.   I did.
 6        Q.   And did you ever have any conversations
 7   with him in reference to other -- did you have
 8   conversations with him in Otero County?
 9        A.   Yes, I did.
10        Q.   And did he -- and what did he -- I'm
11   trying to be specific without leading you.  Are you
12   aware of a person named Sergio Rodriguez?
13        A.   Yes, I'm aware of Sergio Rodriguez.
14        Q.   Who is Sergio Rodriguez?
15        A.   He's a guy I did New Mexico Boys School
16   time with, and he's an SNM member.
17        Q.   What is his nickname?
18        A.   Churro.
19        Q.   And is there anything that Billy Garcia
20   told you in reference to Churro?
21        A.   Billy Garcia or Arturo Garcia?
22        Q.   I'm sorry, Arturo Garcia.
23        A.   Well, as far as that time that --
24        Q.   And when is this conversation?
25        A.   This conversation was when we were in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Otero County Detention Facility.  We were neighbors,

 2   and in the corner of the wall, the cement wasn't

 3   all -- what would you say? -- set, I guess.  There

 4   was air pockets within it, and we could speak

 5   through the corner of the wall.  He had told me

 6   that -- we would speak hours at that corner, just

 7   about life, and about the onda, and the new

 8   structure of the onda, and about the case.

 9        Q.   And this is after you were arrested on

10   this case?

11        A.   Yes.

12        Q.   Okay.

13        A.   He had told me that their ace in the

14   pocket was that Churro was arrested after the Sammy

15   Chavez murder, and that that was going to be their

16   defense.  And we came up with Arturo Garcia, myself,

17   Mauricio Varela, and Daniel Sanchez were going to be

18   crucial members to the SNM, going to the federal

19   system.

20        Q.   Okay.  I'm going to stop you there.  You

21   talked about --

22             THE COURT:  Would it be possible to go

23   into detail on this after the break?

24             MS. ARMIJO:  Yes, Your Honor.

25             THE COURT:  All right.  So let's be in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   recess for about 15 minutes.  All rise.
 2             (The jury left the courtroom.)
 3             THE COURT:  All right.  We'll be in recess
 4   for about 15 minutes.
 5             (The Court stood in recess.)
 6             THE COURT:  All right.  Let's go on the
 7   record.  I'm going to have Ms. Bevel go ahead and
 8   line up the jurors.
 9             After I got Mr. Blackburn's opinion done
10   on the Arturo Garcia discussion statement that we're
11   in the middle of, I have turned back to the 608/609
12   issue involving Baby Rob Martinez, and that
13   statement, the slide that we had.
14             Is there anything that's coming up quickly
15   that's more important than that?  Or is that in need
16   of ruling?  Your supplemental brief that you filed
17   over the weekend?
18             MR. CASTLE:  That's it.  Well, the Court
19   is about to get a sequestration brief.  I mean, it's
20   like two pages.
21             THE COURT:  And what does that entail?
22             MR. CASTLE:  Whether the defense
23   investigator can be in here.
24             THE COURT:  Okay.  Can you think of
25   anything more urgent than what I'm working on now,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   608/609, Baby Rob, that's coming up quickly?  I'm

2   just trying to stay ahead of you guys.  Okay.  I'll

3   just keep working.  Tell me if there is something

4   coming up that I need to be thinking about.  All

5   right.

6          All rise.

7          (The jury entered the courtroom.)

8          THE COURT:  All right.  Mr. Rodriguez,

9   I'll remind you that you're still under oath.

10         Ms. Armijo, if you wish to continue your

11  direct examination of Mr. Rodriguez, you may do so

12  at this time.

13         MS. ARMIJO:  Thank you, Your Honor.

14         THE COURT:  Ms. Armijo.

15  BY MS. ARMIJO:

16     Q.  All right.  Mr. Rodriguez, I think we were

17  talking about a conversation that you had with

18  Arturo Garcia, that you had when you were in Otero

19  County; is that correct?

20     A.  Yes.

21     Q.  And I just want to make sure, was this

22  conversation before October 24th of 2017?

23     A.  Yes, this was before.

24     Q.  So this was before you had decided to

25  cooperate; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Yes, ma'am.

 2         Q.    And can you tell us the statement again?

 3         A.    In reference to Churro?

 4         Q.    Yes.

 5         A.    That we were talking about him being added

 6    onto the RICO indictment, the superseding.

 7         Q.    And I'll stop there.  What do you mean, he

 8    being added onto the RICO indictment?

 9         A.    Arturo Garcia was superseded onto the RICO

10    indictment, after being on the VICAR.

11         Q.    Just so that the jury understands, is the

12    case that you were indicted in on and the case that

13    we're here in court, is that commonly referred to as

14    the VICAR case?

15         A.    That's correct, yes.

16         Q.    Was there another indictment that the

17    United States brought against a different group of

18    individuals that's sometimes referred to as the RICO

19    case?

20         A.    That's correct.

21         Q.    Okay.

22         MR. BLACKBURN:  Judge, I'll renew my

23    objection.

24         THE COURT:  All right.  Understood,

25    overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MS. ARMIJO:

2      Q.   And in reference to that, were you two

3  talking about those two cases?

4      A.   Yes.

5      Q.   And just so that we're clear, the case

6  that you pled to in reference to Alex Sosoya, that

7  was a different indictment; is that correct?

8      A.   The VICAR indictment -- oh, the Sosoya is

9  a different one, yes.  It's a VICAR also, though.

10     Q.   Okay.  And when you say VICAR, are you

11 referring to Violent Crimes in Aid of Racketeering?

12     A.   That's correct.

13     Q.   Okay.  So you were having a conversation

14 with Arturo Garcia?

15     A.   Right.

16     Q.   And now that we -- and you said there was

17 something in reference to the indictments.  Go ahead

18 now.

19     A.   He was getting superseded onto the RICO

20 indictment, which is overt acts.  And he was saying

21 he was officially charged for the Sammy Chavez, but

22 that there was too many mistakes in it, and that

23 their ace in the pocket was that Churro was arrested

24 before they found the body.

25     Q.   So Sammy Chavez, was he murdered?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    He was murdered, yes.
 2        Q.    And are there allegations -- I'm not
 3   saying whether they're true or not, but were there
 4   allegations that Sergio Rodriguez -- by the
 5   Government -- and Arturo Garcia were involved in
 6   that murder?
 7        A.    That's correct.
 8        Q.    Okay.  And so what would -- he said their
 9   ace in the hole was what?
10        A.    Their ace in the hole was that Churro got
11   arrested before they found the body.
12        Q.    Now, was there any conversation that you
13   had in reference to some members named Rascon?
14        A.    Yes, the Rascon brothers.
15        Q.    Who are the Rascon brothers?
16        A.    The Rascon brothers are two SNM members
17   that go by the name of Cheeky and Conquito.
18        Q.    And are they SNM Gang members?
19        A.    Yes, ma'am.
20        Q.    Are they -- when you had this conversation
21   with Arturo Garcia, were they in good standing?
22        A.    I'm not aware of their standing, as far as
23   green light or not.
24        Q.    Okay.
25        A.    But their names came up during a court
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    proceedings.  And on the way back on transport to

2    Otero County, Arturo Garcia expressed that he would

3    like to get ahold of their STIU files, because he

4    wanted to see if they had ratted on the Freddie

5    Sanchez murder.

6         Q.   Okay.  And if -- and do you know -- and if

7    you do, just "Yes" or "No."  Do you know whether or

8    not the Rascon brothers are believed to be somehow

9    involved in the Freddie Sanchez murder?

10        A.   I believe there was allegations that they

11   were involved, yes.

12             THE COURT:  Just a "Yes" or "No."

13        Q.   Just a "Yes" or "No."

14        A.   Yes.

15        Q.   Okay.  And in reference, why would he want

16   to get the STIU files?  Did he tell you?

17        A.   He wanted to know if they had ratted.  And

18   that if they had, he had people that would come

19   across the border and kill them, from Mexico.

20        Q.   Now, were there plans for you -- as far as

21   the future of SNM, if you were to go into -- again,

22   this is before your cooperation -- if you were going

23   to be going into the federal system?

24        A.   He wanted me to hold the position of

25   sergeant of arms, to be in charge of all the hits

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    that would go on in the federal system.  So I'd be

2    in charge of electing who was going to go on the

3    hits, and providing the weapons for them.

4         Q.    "He" being who?

5         A.    Arturo Garcia.  I was going to be under

6    him in that position.

7         Q.    And who would the leaders be?

8         A.    It would be -- at that point in time, I

9    know it was going to be Arturo Garcia.  I was

10   advocating Anthony Baca and Arturo Garcia to run the

11   whole SNM.  But they wanted to make another tabla,

12   and they wanted -- Daniel Sanchez would have been on

13   it.  Archie would have probably had influence on it.

14   Arturo Garcia.  Samuel Silva.  It was still in the

15   process of being worked through.

16         And we were going to base this new off our

17   STIU files on the discovery, who was going to be

18   eligible to be in the new structure in the SNM.

19        Q.    Now, when you first got into the SNM, is

20   it something that -- did Arturo Garcia tell you

21   anything as far as making it well known that you

22   were in the SNM?  Or no?

23        A.    No.  He wanted me to stay on the low,

24   which is a term where they don't want to expose me

25   to administration for suspected or validated SNM

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1  members, so that I could go back out to a Level 3
 2  line and stab or kill SNM -- I mean, a Burqueno or a
 3  Sureno Gang member.  So I can go put in my work.
 4       Q.   And is that something that you did?
 5       A.   I didn't make it.  But I ended up stabbing
 6  a Burqueno Gang member, yes.
 7       Q.   Now, Joe Gallegos.  Do you know Joe
 8  Gallegos?
 9       A.   Yes, I know him.
10       Q.   And I don't know if you ID'd him
11  yesterday.  Do you see him in the courtroom today?
12       A.   Yes, I see him.
13       Q.   Where is he seated?
14       A.   He's seated next to his lawyer, in front
15  of Arturo Garcia.
16            MS. ARMIJO:  May the record reflect
17  identification of Joe Gallegos?
18            THE COURT:  The record will so reflect.
19       Q.   Prior to this case and being arrested in
20  this case, did you know Joe Gallegos?
21       A.   No, I did not.
22       Q.   How was he introduced to you?
23       A.   Daniel Sanchez introduced him to me when
24  he was in Otero County Correctional Detention
25  Facility in New Mexico.  He was in SHU one, I was in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   SHU two, which is a Seg unit, and two different
2   units.  But when we go to yard, there is a divider
3   you could speak over to.  Daniel Sanchez hollered
4   over to him; asked him how he was doing; introduced
5   me; said, "Q-Vo, what's up?"
6              That's when we went on our way.
7        Q.   Okay.  So did you take that as an
8   introduction that he was an SNM Gang member?
9        A.   Yes.  Daniel Sanchez --
10             MR. SINDEL:  I'm sorry.  I couldn't hear
11   the last part.
12             THE COURT:  Ms. Armijo's question?  She
13   said, "So did you take that as an introduction that
14   he was an SNM Gang member?"
15             MR. SINDEL:  Well, I'll object to that,
16   Your Honor.  It calls for a conclusion and
17   speculation.  The words are the words.
18             THE COURT:  Well, it's his conclusion.
19   You can cross him on it.  Overruled.
20   BY MS. ARMIJO:
21        Q.   What was your answer?
22        A.   Daniel Sanchez went on to tell me that he
23   was --
24             MR. SINDEL:  I object, Your Honor.
25             THE COURT:  She's not soliciting this.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2       Q.   I'm sorry.  I just wanted to get --
 3   because I wasn't sure.  I know that there was an
 4   objection -- that you answered that.
 5            Did you take that to mean that Joe
 6   Gallegos was a carnal?
 7       A.   Yes.  Daniel Sanchez confirmed it, yes.
 8       Q.   That was your belief?
 9       A.   Yes.
10       Q.   Andrew Gallegos.  Did you know him prior
11   to being charged in this case?
12       A.   No, I do not.
13       Q.   Do you see him in the courtroom today?
14       A.   Yes.  He's right here to the left, in the
15   back.
16            MS. ARMIJO:  May the record reflect the
17   identification of Andrew Gallegos?
18            THE COURT:  The record will so reflect.
19       Q.   Now, did Andrew Gallegos do anything while
20   you were being held in Estancia?
21       A.   We were being moved from Chaparral to
22   Estancia for court proceedings in Albuquerque.  And
23   on transport, he volunteered to give at least four
24   of us care packages when we arrived at Estancia.
25       Q.   What are care packages?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   It would be hygiene, soap, canteen;

2   anything that was a necessity that we needed to stay

3   there.  Because we were going there with no property

4   whatsoever, just for court proceedings.  So we

5   stayed there four to five days.  We couldn't order

6   canteens, so Andrew Gallegos provided us that.

7     Q.   And how would he provide -- I mean, would

8   he knock on your door and say, "Here you go"?

9     A.   No.  He asked us what we needed, on

10  transport.  And he said when we got there, we would

11  have it.  He got a CO to pass it to his brother, Joe

12  Gallegos, who disbursed it between three or four of

13  us.

14    Q.   And did you call him -- or did he refer to

15  you as "carnal," or you he as "carnal"?

16    A.   Yes.

17    Q.   So did you believe he was an SNM Gang

18  member?

19    A.   Yes, ma'am.

20    Q.   Allen Patterson.  Do you know Allen

21  Patterson?

22    A.   I know of Allen Patterson, yes.

23    Q.   How do you know about Patterson?

24    A.   I know him by his nickname, Trigger.

25         MR. LAHANN:  Objection, Your Honor;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   foundation and hearsay.
 2           THE COURT:  Well, I think his name, if
 3   he's heard his name, he can give it, and you can lay
 4   some foundation for it.
 5   BY MS. ARMIJO:
 6       Q.   How do you know Allen Patterson?
 7       A.   I grew up in Silver City, and my gang was
 8   a rival to his gang.  We knew who the individuals
 9   were by nicknames.  If we seen them, we'd say,
10   "That's Trigger," or, "Hey, that's Archie," or
11   whoever.  And we were in an ongoing battle between
12   the China Town and East Side Folk Gang.  And he was
13   a gang member that was known to shoot, and he was a
14   dangerous individual.
15       Q.   Well, when you're talking about China Town
16   Locos, is that a rivalry gang of your gang?
17       A.   Yes, a street gang.
18       Q.   Okay.  And so, I'm assuming that since you
19   were not on the streets, same gang, you would not
20   have associated with him as if he were on -- in your
21   gang, correct?  I mean, as far as sit down and
22   socialize with him?
23       A.   On the streets?
24       Q.   Yes.
25       A.   If I was to get out and be a part of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   SNM, yes, I would have socialized with him.

 2       Q.   Okay.  But this is before.  I'm talking

 3   about before you were SNM.

 4       A.   No, I would never socialize with him.  No.

 5       Q.   Because he was China Town Locos?

 6       A.   Yes.

 7       Q.   Okay.  And then, now that you are both --

 8   well, is he an SNM Gang member?

 9       A.   Yes, he is.

10            MR. LAHANN:  Objection, Your Honor;

11   foundation.

12            THE COURT:  Well, ask him how he knows,

13   and then I'll determine whether to strike the

14   answer.

15       Q.   How do you know that he is an SNM Gang

16   member?

17       A.   Mauricio Varela told me.

18            THE COURT:  Hold on.

19            MR. LAHANN:  Objection, Your Honor.

20            THE COURT:  Sustained.  Strike.  The jury

21   will disregard the last two questions and answer.

22   BY MS. ARMIJO:

23       Q.   Have you had contact with him since this

24   case has been pending?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   When I say "contact," did you stay in the

2  same place, or has it been in court proceedings?

3    A.   In court proceedings, and on the way back

4  to Estancia when we were housed there.

5    Q.   And in that capacity, did you have actual

6  contact with him?

7    A.   Yes.

8    Q.   And as far as that contact, would you ever

9  call him "carnal," or would he call you "carnal"?

10    A.   Yes.  He approached me in the waiting

11  area, where he came and shook my hand.

12         MR. LAHANN:  Objection, Your Honor.  May

13  we approach?

14         THE COURT:  You may.

15         (The following proceedings were held at

16  the bench.)

17         MR. LAHANN:  Your Honor, these statements

18  have not been disclosed.

19         MS. ARMIJO:  This is just foundation that

20  he objected to.  I wasn't planning on getting into

21  it, but he's objecting to foundation.

22         THE COURT:  I think whether they call each

23  other "carnal," I think that's hard to object to

24  that.  I'm going to overrule the objection.

25         MR. SINDEL:  May I?  Here, he hears

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   objection to hearsay.  He knows exactly what's going
 2   on.  She asked him a question, and then he said that
 3   Daniel Sanchez confirms that my client's an SNM
 4   member.  I have to get up, stand up, make an
 5   objection.  He knows better than this.
 6           I would just ask the Court to make sure
 7   that he doesn't blurt things in, if it happens
 8   again.  I realize we can't go backwards and rewind
 9   the tape.
10           THE COURT:  Let's just do this:  Let's let
11   Ms. Armijo lead him through this stuff.  And, you
12   know, be fair.  Don't lead him with hearsay, but
13   lead him through this so he doesn't volunteer that
14   stuff.  It's hard for all of us to police that.  We
15   don't know what's going to come out of his mouth.
16           If you're getting to that point, they
17   object to the leading, I'll have to sustain it; and
18   then we'll have to go the other route.  When we get
19   to the tricky parts, it would be better if you just
20   get what you want.  If they want to object to
21   leading and tell him yes/no, let's try to keep him
22   from volunteering stuff.
23           MS. ARMIJO:  That's fine, as long as they
24   don't object.
25           THE COURT:  If they object, then I'll have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to sustain it, and you'll have to do it the long

2  way.  I think it would be better control for them

3  right now, because he's a mixture.  He's got a

4  little bit of stuff you can get from him that's

5  non-hearsay.  And there is a lot of stuff in his

6  head that probably is hearsay.

7           So we're going to have to walk through it

8  kind of carefully.

9           MS. ARMIJO:  All right.  Thank you.

10          MR. SINDEL:  Thank you, Judge.

11          THE COURT:  Let's try that.

12          (The following proceedings were held in

13  open court.)

14          THE COURT:  All right.  Ms. Armijo.

15  BY MS. ARMIJO:

16     Q.   Mr. Rodriguez, did Allen Patterson ever

17  call you "carnal"?

18     A.   Yes, he did.

19     Q.   Did you call Allen Patterson "carnal"?

20     A.   Yes, ma'am.

21     Q.   Is it your opinion, based on that and your

22  interactions with him, that he is an SNM Gang?

23     A.   That's correct.

24     Q.   Now, you said that he was China Town

25  Locos.  Are there other China Town Locos that are



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                                 1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   SNM Gang members?

 2        A.   Yes.  It's pretty much --

 3             THE COURT:  Why don't you just answer

 4   these "Yes" --

 5        A.   Yes.

 6             THE COURT:  -- or "No," and let Ms. Armijo

 7   ask you questions.

 8   BY MS. ARMIJO:

 9        Q.   Okay.  And who does that include?

10        A.   Well, there is maybe nine, 10 of them.

11   There is Archie Varela, Eddie Ortega, Allen

12   Patterson, a guy name Salvador, which goes by the

13   name of Doosky, Billy Blackburn --

14        Q.   A different Billy Blackburn than the

15   attorney here in court?

16        A.   That's correct.

17        Q.   Okay.

18             MR. SINDEL:  Are you sure about that?

19             MR. BLACKBURN:  Can we take about a

20   10-minute break?

21             THE WITNESS:  Do you want me to call you

22   "carnal"?

23   BY MS. ARMIJO:

24        Q.   All right.  A different Billy Blackburn?

25        A.   Right.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Steve Morales?

 2        A.    Steven Morales, Steven Trujillo, which go

 3   by the names of Cyclone and Cricket.  Baby Joker,

 4   Jaime Perez.  A guy named Miguel Torres, Droopy.

 5   And there might be one or two that I'm missing.

 6        Q.    All right.  Even though you were rival

 7   gang members with them on the streets, now that

 8   you're SNM, you get along?

 9        A.    It was hard, but yes.  Yes.

10        Q.    Hard for you?

11        A.    It was hard for me.  There were times that

12   it was hard.

13        Q.    But did you do that?

14        A.    I did do it for the organization, yes.

15        Q.    Edward Troup.  Do you know Edward Troup?

16        A.    Yes, I'm aware of him.

17        Q.    And do you see him in the courtroom today?

18        A.    Yes, I do.

19        Q.    Where is he?

20        A.    He's sitting in front of Joe Gallegos.

21        Q.    And what is he wearing?

22        A.    A gray-ish striped shirt.

23              MS. ARMIJO:  May the record reflect

24   identification of Edward Troup?

25              THE COURT:  The record will so reflect.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      Q.    And is he an SNM Gang member?

 2      A.    Yes, he is.

 3      Q.    When did you meet -- does he have a

 4  nickname?

 5      A.    Huero Troup, or The Carcass.

 6      Q.    When did you meet him?

 7      A.    I met him officially around 2008, but he

 8  was in the same facility that I was at when at the

 9  Level 6, North facility.

10      Q.    Now, did he ever -- when you were -- in

11  2001, when you were at the Level 5 facility, which

12  would have been the South, did he ever bring drugs

13  to you?

14      A.    Yes.  When he was transferred from Level 6

15  South facility, he was given drugs by Eric Duran,

16  and was instructed to give me about three or four --

17          MR. BURKE:  Objection, Your Honor.  Can we

18  approach?

19          THE COURT:  Hold on.  Mr. Burke?

20          MR. BURKE:  Can we approach?

21          THE COURT:  You may.

22          (The following proceedings were held at

23  the bench.)

24          MR. BURKE:  Your Honor, there is no

25  discovery on this.  It's a bad act, and they're
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    required to give me evidence of bad acts.  I have

2    scoured his reports.  And there is one reference to

3    Troup in the reports, and it was at the time of when

4    they were incarcerated together during this case,

5    and I was getting ready to object about that.

6    Because that was about the attorney-client

7    relationship.

8              So this is just a sneak attack, pretty

9    typical.  And it's not part of any enterprise

10   evidence that they've provided before.

11             THE COURT:  Let's see what --

12             MR. BURKE:  See if I'm wrong.  I could be.

13             MS. ARMIJO:  In addition to that, Your

14   Honor, I believe that when we went over bad acts,

15   and we were talking about them, the Court had

16   generally ruled that we would have -- we were to get

17   in -- drug activity is racketeering activity; that

18   we can bring out incidents of drug activity.  The

19   Court made that very clear, that since drugs are

20   part of the SNM, that we would be allowed to bring

21   in this.  And here is an incident of one SNM

22   bringing another SNM drug activity from a third SNM

23   person.

24             And I will look at the report.  But that's

25   what the Court ruling is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         MR. BURKE:  I doubt very much that that's
2    what the Court ruling is.  I remember standing up
3    here, and you said, "Okay, if you're going to add
4    stuff, you've got to let them know."
5         THE COURT:  Well, the drug stuff we have
6    been treating differently, because everybody had so
7    many on their 404(b) list, they had so many drug
8    charges.  I think what we generally did with all the
9    defendants -- and I can't remember specifically with
10   Mr. Troup -- is that we were going to, instead of
11   sitting here and bringing in 10 drug transactions,
12   if the defendants weren't going to dispute it, then
13   there would be some evidence of drug activity with
14   each defendant, and then we would move on.
15         You know, I think the Government has a
16   right to establish the SNM people being involved in
17   drugs.  And then also each person.  But we aren't
18   going to spend a lot of time doing it.
19         Was this one of the incidents that was on
20   the 404(b) list?
21         MS. ARMIJO:  Your Honor, I don't think
22   that it was.
23         MR. BURKE:  No, it wasn't.
24         MS. ARMIJO:  And I'm trying to see where
25   it was.  Here it is, right here.  61850.  There is a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   paragraph.  It's Bates 61850:  "Rodriguez was housed

 2   with Edward Troup from 2005 to 2008.  Troup is an

 3   SNM member.  In 2011, Troup brought marijuana to

 4   Rodriguez provided by Eric Duran, a/k/a Crazo."

 5           And, Your Honor, because -- and this is

 6   from March 23, 2018.  It was disclosed shortly after

 7   that.  And given the Court's ruling about drug

 8   activity, that's why it is being brought out.

 9           MR. BURKE:  Your Honor, the lead-in to

10   that was in 2008, so they don't have it right.

11           MS. ARMIJO:  No, it says 2011.

12           MR. BURKE:  I know, but that's not what

13   the question was.  It was 2008.  And it was a

14   suggestion that it was hard drugs.  And if they're

15   going to try to introduce the marijuana, they should

16   have put that on the bad acts thing.  It marijuana.

17           MS. ARMIJO:  He said "marijuana."  I

18   thought that's what he testified to.

19           THE COURT:  Let's just see what he said.

20           MS. ARMIJO:  I apologize.  That was me

21   trying to be leading.

22           MR. BURKE:  You still have to be accurate.

23           THE COURT:  I'm not seeing a specific

24   reference to "marijuana."  I'm seeing reference to

25   "drugs."  I don't see specifically "marijuana."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          MR. BURKE:  If he wants us to get Edward

 2   Troup bringing in marijuana in 2011, I've got a

 3   riff.  That's really my point.

 4          THE COURT:  Do you want to clean it up a

 5   little?

 6          MS. ARMIJO:  Certainly, Your Honor.

 7          (The following proceedings were held in

 8   open court.)

 9          THE COURT:  All right.  Ms. Armijo.

10   BY MS. ARMIJO:

11      Q.   Mr. Rodriguez, was it marijuana that was

12   sent to you or brought to you by Edward Troup?

13      A.   Yes, ma'am.

14      Q.   And just so that we're clear, what year

15   was that in?

16      A.   2011.

17      Q.   All right.  I think I may have misspoke

18   about that.

19          Let me figure out where I was here.

20          Christopher Chavez.  Do you see him in the

21   courtroom today?

22      A.   Yes, I do.

23      Q.   Where is he?

24      A.   He's in between Andrew Gallegos and Arturo

25   Garcia, in a grayish suit with a blue tie.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. ARMIJO:  May the record reflect the

 2   identification of Christopher Chavez?

 3            THE COURT:  The record will so reflect.

 4       Q.   Is Christopher Chavez an SNM Gang member?

 5       A.   Yes, ma'am.

 6       Q.   When was it -- did you know him before

 7   this case or after this case?

 8       A.   I knew of him before.  I met him before

 9   this case, and I knew of him before I met him, yeah.

10       Q.   Okay.  And what is his nickname?

11       A.   Critter.

12       Q.   And do you know where he is from?

13       A.   He's from Albuquerque, from the Barelas

14   Gang.

15            MS. ARMIJO:  Now, I'm just looking for

16   something.  If I may have a moment, Your Honor?

17            THE COURT:  You may.

18            MS. ARMIJO:  Let me circle something for

19   myself.  I believe, Your Honor, at this time, I'd

20   like to move into admission exhibit numbers -- and

21   I've spoken to Mr. Billy Blackburn about this --

22   with no objections, 588, 589, and 863A.

23            THE COURT:  863A?

24            MS. ARMIJO:  Yes.

25            THE COURT:  Any objection from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   defendants?  Mr. Blackburn?  Anybody else?  Any
 2   objection?  All right.  Not hearing any,
 3   Government's Exhibits 588, 589, and 863A will be
 4   admitted into evidence.
 5              (Government's Exhibits 588, 589, and
 6   863A admitted.)
 7   BY MS. ARMIJO:
 8        Q.   Now, was there such a thing as
 9   inter-prison mail?
10        A.   Yes, there was.
11        Q.   Did it stop at some point here in the
12   recent future (sic)?
13        A.   Yeah, it stopped.  I don't know what year
14   it stopped.  But they discontinued it.
15        Q.   And before then, were you allowed to send
16   mail to other inmates?
17        A.   Yes.
18        Q.   Would this include mail to inmates at
19   different facilities?
20        A.   Different facilities across the state of
21   New Mexico, yes.
22        Q.   Would it also allow you to send mail to
23   people at the same facility, but in a different
24   unit?
25        A.   Yes.  South to North; 3-B to 3-A; 1-A to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  1-B.  It's just inter-prison mail.

2       Q.   And did you actually write mail?

3       A.   Yes.

4       Q.   Did you receive mail?

5       A.   Yes, I did.

6       Q.   Did you receive specifically mail from

7  Arturo Garcia?

8       A.   Yes.

9       Q.   Now, you mentioned yesterday an incident

10 about where you had actually been involved with

11 bringing drugs into the prison; is that correct?

12      A.   That's correct.

13      Q.   Did that involve Arturo Garcia?

14      A.   Yes.

15      Q.   For any one particular incident?

16      A.   Any one particular incident?

17      Q.   Well --

18      A.   There was numerous, but --

19      Q.   Yes.  And I guess I should ask this

20 question:  Did you ever use drugs?

21      A.   Yes.

22      Q.   When did you -- as far as once you went

23 into the Corrections Department, did you continue to

24 use drugs?

25      A.   Yes, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Have you stopped using drugs?

 2        A.    I haven't used drugs in, I think -- I'm

 3   close to a year.

 4        Q.    Okay.

 5        A.    Ten and a half months.

 6        Q.    Okay.  And did you in general stop using

 7   drugs -- you say a year or 10 months?

 8        A.    Around there.

 9        Q.    So were you still -- and so you have not

10   used drugs since you began cooperating on October

11   24th of 2017?

12        A.    No, ma'am.

13        Q.    So were you still able to use drugs while

14   you were pending, while you were still fighting your

15   charges in this case?

16        A.    Yes.

17        Q.    Did your drug use at any point change?  In

18   other words, did you use drugs more heavily at some

19   point, and then less frequently?

20        A.    Yes, less frequently towards -- I had a

21   little political battle with another SNM member over

22   a gram of heroin, and when that went through, I just

23   discontinued, really, in the drug trade a little

24   bit.

25        Q.    Okay.  What year was that, approximately?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I was in W pod, so it was like -- I can't
 2   tell you the year.
 3        Q.    Was it more than three years ago?
 4        A.    Yes.
 5        Q.    Was it before the charges in this case?
 6        A.    Yes.
 7        Q.    Was it before you went to Southern?
 8        A.    Yes.  It got resolved in Southern.
 9        Q.    So it was before the Javier Molina murder?
10        A.    Yes, ma'am.
11        Q.    We were talking about inter-prison mail.
12   I'm first going to show you Exhibit 588.  What is it
13   that we're looking at?
14        A.    A letter, inter-prison mail from Arturo
15   Garcia to me.
16        Q.    It says on the first page "Arturo Garcia,"
17   and it has his inmate number?
18        A.    That's correct.
19        Q.    It has "Cell 3-B."  Would that be where he
20   was housed?
21        A.    Yes.
22        Q.    He was in the South facility?
23        A.    Yes, ma'am.
24        Q.    And then were you ever in the North
25   facility?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And were you aware that your letters would

 3  be confiscated and reviewed?

 4        A.    There was rumors it was being done, but

 5  nobody believed it.

 6        Q.    Is that because you still received mail?

 7        A.    Yeah, that's correct.

 8        Q.    And so did you -- were there still -- when

 9  you wrote letters, were you really obvious and

10  saying like, "This is being done for the SNM Gang,"

11  or, you know, "Bring me drugs," or anything?  Or

12  were you trying to be a little bit more sneaky about

13  it?

14        A.    That's correct.  We never openly say

15  anything.

16        Q.    Now I'm going to go to the second page of

17  this document.  Give me a moment.  All right.  Do

18  you recognize this writing?

19        A.    Yes.  It's Arturo Garcia's.

20        Q.    And that's consistent with the envelope

21  that it was from?

22        A.    Yes, ma'am.

23        Q.    The date on it is March 31st of 2010; is

24  that correct?

25        A.    That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And do you remember around that time
2  something going on in reference to drug activity
3  that you and Arturo Garcia were doing?
4    A.   Yes.  I contributed to helping paying a CO
5  to get a larger quantity of drugs for Arturo Garcia.
6    Q.   So what happened as a result?  Was that
7  actually successful at some time?
8    A.   He was moved from the North Facility to
9  the South, so it was never successful.
10    Q.   Okay.  And did you actually put money into
11  it?
12    A.   Yes.  I believe I put $200 into it.
13    Q.   And who did you send that money to?
14    A.   To -- I think I had a friend send it to
15  Eva Blakeman.
16    Q.   And was she on the outside?
17    A.   She was on the outside, yes.
18    Q.   So you had somebody on your behalf send --
19  give money to a woman on the outside; correct?
20    A.   That's correct.
21    Q.   And what was the plan for her to do with
22  that?
23    A.   Pay the officer, the CO.
24    Q.   To bring in drugs?
25    A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And was that the plan?

 2        A.    That was the plan.

 3        Q.    Did it ever work for a time period, or did

 4   this particular plan not go very well?

 5        A.    It worked.  It usually worked.  This one

 6   didn't work because he was moved.  That's the only

 7   reason it didn't go through.  And in the process of

 8   sending my money back, he got a disciplinary report.

 9   And we're under investigation.

10        Q.    By whom?

11        A.    STIU, Security Threat Intelligence Unit.

12        Q.    Okay.  And I'm going to try and focus in

13   now on the second paragraph.  Are you familiar with

14   Arturo Garcia's writing?

15        A.    Yes, I am.

16        Q.    Would he write to you often?

17        A.    Yeah, he's a writer.  He likes to write.

18        Q.    I believe it says, "Over here this place

19   is a fucked clinic."  Is that what it says?

20        A.    A "fucken."  It's F-U-C-K-E-N.

21        Q.    Clinic?

22        A.    Right.

23        Q.    Okay.  Now, was this after his move from

24   the North to the South?

25        A.    Yes.  He's referring to the South
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   facility.  That's a fucken clinic.
 2        Q.   Then I believe right here where it says,
 3   "A bunch" -- can you read what that says?
 4        A.   "A bunch of chicken shit tactics.  But I
 5   guess that's their jale, so fuck it."
 6        Q.   You mentioned "jale" before.  What's jale?
 7        A.   A job.
 8        Q.   And what's a kite?  What does this say
 9   first, I guess?
10        A.   Okay.  It says, "I got moved to W pod, es
11   que, people were uncomfortable and kites were
12   flying."
13        Q.   What's a kite?
14        A.   Somebody who is nervous or someone who is
15   scared of another individual that arrives at a
16   facility, he drops a kite to STIU saying his life is
17   in danger or he's going to do something, so they
18   move that individual.
19        Q.   All right.  And can we go to the next
20   paragraph.  Okay.  Now, you mentioned that -- what
21   happened when there was an issue with your books?
22        A.   STIU -- I received a money order, and STIU
23   deemed it from a different person than the name was
24   on the envelope.  And they froze my books, and they
25   took the money.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Okay.  And is this in reference -- this
2   letter talks about that?
3        A.    This letter is in reference to a box
4   number, which is probably the box number that I gave
5   them to my family, to send the money back.  He's
6   asking me, "And let me know what's up, and if that
7   box number is still good in SC," which is Silver
8   City.
9        Q.    Okay.  Because what's the intent here?
10       A.    To send money back to that address, to pay
11  me back my $200.
12       Q.    Okay.  If we could go to the next two
13  paragraphs -- I believe they're short.  Now, "these
14  people" -- what does this say here?
15       A.    "These people hate us like fuck."
16       Q.    Okay.  And was this still part of the
17  conversation about what was going on with the money
18  situation?
19       A.    It's referring to STIU and the Department
20  of Corrections administration.
21       Q.    All right.  Down here, I see something
22  about, "Amore, respecto, ain't never going to
23  change"?
24       A.    Yes.
25       Q.    And does that have any reference to SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   That's reference to that he's still going
2   to love and respect me, and ain't nothing going to
3   change.  Because at the time, SNM members were
4   approaching him, saying, "You owe Blue money.  Pay
5   him his money."
6             And I was never tripping on the money.  I
7   was saying, "He just moved.  He'll pay me back when
8   he gets a chance."
9        Q.   Okay.
10       A.   He was my big homie, and I wasn't tripping
11  on it, but carnals were going out of their way to
12  try to hit on him.
13       Q.   Okay.  Did you take that to mean that he
14  still loved you and respected you, and that wasn't
15  going to change?
16       A.   That's correct.
17            MR. BLACKBURN:  Objection, Your Honor;
18  speculation.
19            THE COURT:  Well, he can give his
20  understanding of what was being communicated.  Make
21  that clear, that that's his understanding.
22       Q.   Was that your understanding?
23       A.   Yes, ma'am.
24       Q.   Okay.  And then if we could go to the last
25  page.  All right.  And in this page, is he referring
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    to other SNM Gang members?  It says, "Tell Churro

2    and Forrest I send my Amore"?

3         A.   Yes.

4         Q.   Who is Churro?

5         A.   He's Sergio Rodriguez.

6         Q.   Is that the same Churro that we talked

7    about earlier?

8         A.   That's correct.

9         Q.   And who is Forrest?

10        A.   He's another carnal by the name of Israel

11   Garcia.

12        Q.   All right.  And I'm going to go now to

13   exhibit -- and the date on this one, if we could go

14   to the second page of this exhibit again, 588.  And

15   if you could display 589.  Oh, this is March 31,

16   2010.

17             Does this appear to be the envelope of a

18   letter sent to you from Arturo Garcia?

19        A.   Yes.

20        Q.   And it says "inter-pinta mail"?

21        A.   Right.

22        Q.   What is pinta?

23        A.   It's prison.

24        Q.   So was this something that was sent to you

25   when they were still doing the inter-pinta mail?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

176

```
 1        A.    Yes, ma'am.

 2        Q.    If you could go to the second page of

 3   that.  This one -- I believe the last one was March

 4   2010.  What's the date of this one?

 5        A.    5/4/2010.

 6        Q.    And is he writing you in this one, as

 7   well?

 8        A.    Yes.

 9        Q.    Now, the first paragraph.  What's the

10   first sentence?

11        A.    "Q-Vo, mi Bluester.  Hope this wilaso

12   finds you."

13        Q.    Okay.  "Q-Vo."  What does that mean?

14        A.    "Q-Vo" is "What's up?"

15        Q.    And Bluester?

16        A.    It was a nickname he gave me, the

17   Bluester.

18        Q.    Is that because your nickname is Blue?

19        A.    Right.

20        Q.    And this wilaso.  So what's a wilaso?

21        A.    It's just slang for a letter.

22        Q.    Okay.  And go to the second paragraph

23   there.  There is something about, "They gotta send

24   the receipts on all that."  And then before that, he

25   says, "Si mon, I feel you on all the games and
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  bullshit."

2          Okay.  Had you been conversing with him

3  about a situation?

4      A.   Yes.

5      Q.   Okay.  What situation was that?

6      A.   About books being frozen and carnals who

7  were coming to him, speaking on my behalf.

8      Q.   Okay.  Now, receipts.  Was there something

9  that happened to your books?  You said your books

10 were frozen.  What do you mean by that?

11     A.   When you get a receipt -- when you get a

12 money order in the mail, they give you a receipt to

13 verify that the money is put on your books.  When I

14 received this money, I didn't get no receipt.  It

15 just said it was being confiscated due to gang

16 activity.

17     Q.   Okay.  And so then was it your impression

18 that he was talking that "they gotta send you

19 receipts on all that stuff"?

20     A.   Yes, and where it was sent back to.

21     Q.   Had you received any notice of where it

22 was sent back to?

23     A.   No.  They never gave me no notice where it

24 was sent back to, or if they were going to send it

25 back out.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    All right.  Then if we could now display

 2   Exhibit Number 863A.  You mentioned before an Eva

 3   Blackman?

 4        A.    Blakeman.

 5        Q.    Blakeman.  Sorry.

 6        A.    Right.

 7        Q.    An Eva Blakeman.  And was that person the

 8   one that was involved in your books being frozen and

 9   the person that you were sending money out to?

10        A.    Yes.

11        Q.    All right.  Do you know if she had a

12   nickname?

13        A.    I think it was Sunshine or India, either

14   one they used.

15        Q.    Okay.  And does this appear to be a letter

16   from Arturo Garcia to her?

17        A.    Yes, ma'am.

18        Q.    Going to the second page of that.  Does

19   this happen to be written on 2/8 of '11?

20        A.    Yes.

21        Q.    And it says "SS"; is that right?

22        A.    Yes.

23        Q.    And what do you believe the "SS" stands

24   for?

25        A.    Sunshine.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And at this point in time, was there some
 2  things going on as far as the relationship with Eva
 3  and the SNM?
 4      A.   Yes.  She was -- most of the drugs were
 5  going through her, and a few of his other friends.
 6  But she was most -- she was the correspondence
 7  through a lot of the carnals.
 8      Q.   So I'm going to go to the last page of
 9  this exhibit.  All right.  Does this appear to be
10  signed by Shotgun Shorty?
11      A.   Yes.
12      Q.   And who is Shotgun Shorty?
13      A.   Arturo Garcia.
14      Q.   And I want to focus in on the bottom here,
15  if it can get blown up from about here, down.
16           "Don't forget I can touch you anytime I
17  feel the need to.  Mad love baby."
18           Are you familiar with the SNM when
19  somebody says they can touch you?
20      A.   Yes.
21      Q.   And what does that mean?
22      A.   It's that I can reach out and touch you at
23  any time, which is a threat of violence.
24      Q.   Okay.  So down here, he signs it.  But it
25  says, "Loyalty, honesty, respect or death, ain't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  nada changed"?

 2       A.   That's correct.

 3       Q.   And what does, "Loyalty, honesty, respect

 4  or death" mean within the SNM?

 5       A.   It means at the time, if you betray any

 6  one of those, loyalty, honesty, or respect, then

 7  you're going to die.

 8       Q.   At the time that this was written, were

 9  there some things going on as far as the drug

10  activities, and other SNM members with Eva and

11  Arturo Garcia?

12       A.   Yes.

13       Q.   Now, I'm just going to just show you some

14  other exhibits.

15            MS. ARMIJO:  May I approach the witness,

16  Your Honor?

17            THE COURT:  You may.

18       Q.   And this is just for identification

19  purposes.  All right.  I'm showing you Exhibit

20  Number 866.  Do you see that item?

21       A.   Yes, ma'am.

22       Q.   Okay.  And are you familiar with the

23  writing, the person's writing?

24       A.   It looks -- I'm familiar with the writing

25  that I received from her, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And whose writing?  Can you identify this?

 2        A.    Eva Blakeman.

 3        Q.    All right.  And I'm going to Exhibit 865.

 4   Are you familiar -- which is a letter that appears

 5   to be addressed to you; is that correct?

 6        A.    Yes, ma'am.

 7        Q.    And who wrote you that letter?

 8        A.    I believe Eva Blakeman.

 9        Q.    And going to Exhibit Number 863B.  Do you

10   see that?

11        A.    Yes.

12        Q.    And do you recognize the writing in this

13   letter?

14        A.    Yes.

15        Q.    And how do you know the writing?

16        A.    It's Arturo Garcia's writing, and I know

17   it because he's written me letters before.

18        Q.    Okay.  And you said he was a big writer?

19        A.    Right.

20              MR. LAHANN:  May we have a Bates number

21   for that, please?

22              THE COURT:  Which one?  All three?

23              MR. LAHANN:  Yes, Your Honor.

24              MS. ARMIJO:  866 starts at 5366.  And I'll

25   have these -- I'm not moving these into admission
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   right now, just for identification purposes.

2           8645 begins at Bates DeLeon, 10163.

3           Exhibit 863B is DeLeon Bates 25567,

4   continues there for three pages.

5   BY MS. ARMIJO:

6       Q.   All right.  Going to Exhibit Number 864,

7   which is DeLeon Bates 25571, which is a letter.  Do

8   you recognize the writing in this letter?

9       A.   Yes.  Yes, I do.

10      Q.   Who is the author of that letter?

11      A.   Arturo Garcia.

12      Q.   871A, which is Bates 14955 beginning.  Can

13  you see the writing of that letter?

14      A.   Yes.  It's Arturo Garcia.

15      Q.   And Exhibit 867, which is Bates 10244?

16      A.   Arturo Garcia.

17      Q.   Arturo Garcia wrote that letter?

18      A.   Yes, ma'am.

19      Q.   All right.  Now, I believe you testified

20  that you didn't believe you could ever renounce

21  because with the RPP Program, you wouldn't have been

22  accepted.  Okay.  What is your belief as to why you

23  wouldn't have been accepted?

24      A.   Because I already had a reputation

25  throughout the Department of Corrections, within the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

 1  administration, and the inmates in the prison

 2  system.  I just -- I put in a lot of work.  I had a

 3  lot of violence on my jacket.  All my stuff was

 4  institutional violence.  And even to this day,

 5  people can't believe that I left the SNM, you know.

 6      Q.   So was there a fear that you would have

 7  been faking just to get there?

 8      A.   I think it wasn't faking.

 9           MR. SINDEL:  I object to someone else's

10  fear.  I don't know how he can know that.  Although

11  it could be obvious.

12           THE COURT:  Well, he's explaining why he

13  didn't think he would be accepted.  So these aren't

14  necessarily the truth.  They're just simply his

15  fears and why he didn't go that route; he went the

16  federal route.

17           So I'll allow the testimony, but it's not

18  evidence of what other people were thinking.

19           MR. SINDEL:  Thank you, Your Honor.

20  BY MS. ARMIJO:

21      Q.   Go ahead.

22      A.   Where were we at?

23      Q.   We were at the RPP.  You said that you

24  didn't think that they would take you seriously.

25      A.   Well, the Department of Corrections told

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    me they wouldn't, when I said that I wanted to leave

 2    that in the past.  After I debriefed on October 24th

 3    of last year, I brought it up that I wanted to leave

 4    a long time ago, and they told me, "We'd have never

 5    let you go."

 6               MR. SINDEL:  Objection; hearsay.

 7               THE COURT:  Sustained.

 8        Q.    I just wanted to get into what your belief

 9    was.

10        A.    Okay.

11        Q.    Now, we talked about -- you testified that

12    you brought shanks into court with you.  Why did you

13    bring shanks into court with you?

14        A.    Because I was going to stab another SNM

15    member.

16        Q.    Okay.  And who was it -- did you -- do you

17    carry shanks -- you said you were going to stab

18    another SNM member.  Who was that member?

19        A.    Mauricio Varela.

20        Q.    Now, do you also -- was there any other

21    purpose as far as protection?

22        A.    I carry shanks like that for -- when we're

23    being transported all over the place, we run into

24    enemies every once in a while, and we don't go with

25    no property.  And it would uplift the SNM.  If we're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   in intake, and you have no property on you, and I

2   come out with a weapon and I stab you, it's going to

3   promote the fear in the institution that the SNM

4   will get you anytime, anyplace, with anything.

5        Q.   Is that why you wanted to always have a

6   shank with you?

7        A.   That's why I always wanted to have a shank

8   with me.  That and protection, yes.

9        Q.   Now, did you -- all the stuff that you --

10  that you testified about, from the Esparza to the

11  Sosoya to the Molina incident, did you do these

12  things because it was expected of you?

13       A.   Yes.

14       Q.   And what happens -- and I'll go into the

15  Molina a little bit more.  But with the Molina

16  incident, you talked about Daniel Sanchez.  Did he

17  give you directions on what to do?

18       A.   Yes.

19       Q.   Did you follow those directions?

20       A.   I did.

21       Q.   And what would have happened if you didn't

22  follow those directions?

23       A.   I would have been killed.

24       Q.   Did you have any problem with following

25  his directions?



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                   1-800-669-9492
                                          e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No, I did not.

 2        Q.    Did you want to follow his directions?

 3        A.    Yes, I did.

 4        Q.    Now, as far as what he told you to do, did

 5   that involve -- what did he tell you to do as far as

 6   other people that were involved in the murder in the

 7   pod?

 8        A.    To let Timothy Martinez know what he was

 9   going to have to do; and to give the weapon to Jerry

10   Montoya and let him know where the murder was going

11   to take place.  And he told me to give the paperwork

12   back to Carlos Herrera and let him know, after the

13   plan was set, to let him know after quinta it would

14   take place.  And to make sure it happened right,

15   make sure it went right.

16        Q.    Okay.  So you're getting this direction

17   from Daniel Sanchez, and you did it at his

18   direction?

19        A.    Yes, ma'am.

20        Q.    Did you in fact do those things?

21        A.    I did.

22        Q.    So you had to be the one to tell Tim

23   Martinez to participate in that?

24        A.    That's correct.

25        Q.    And did you tell Jerry Montoya that he had
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
PROFESSIONAL COURT                                     e-mail: info@litsupport.com
REPORTING SERVICE



BEAN & ASSOCIATES, Inc.

1  to participate?

2      A.   Yes.

3      Q.   Did you tell Jerry Armenta he had to

4  participate?

5      A.   No, I did not.

6      Q.   And were you to make sure that it, being

7  the murder, were to take place?

8      A.   Yes.

9      Q.   And did that include even getting Javier

10 Molina in the room, and being there to make sure

11 that it took place?

12     A.   Yes.  We got him in the room under the

13 guise of getting high on Suboxone, and it was pretty

14 much a distraction, to choke him out and then

15 eventually kill him.

16     Q.   Where was Daniel Sanchez when all this was

17 taking place?

18     A.   On the lower level of the tier, in front

19 of the camera.

20     Q.   So he did not -- he did not go up to the

21 cell or take an active role as far as when the

22 actual murder was occurring?

23     A.   No.

24          MS. ARMIJO:  If I may just have a moment,

25 Your Honor?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                    1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  You may.

 2      Q.   And how much notice did you give Jerry

 3 Montoya and Timothy Martinez that they were going to

 4 participate in the murder that day?

 5      A.   Timothy Martinez got about an hour and 15

 6 notice.  And Jerry Montoya got the weapon put in his

 7 hand and told him to go, "It's time to go, let's

 8 go."

 9      Q.   And that was the notice that they were

10 given?

11      A.   Yes.

12              MS. ARMIJO:  Nothing further.  Thank you.

13              THE COURT:  Thank you, Ms. Armijo.

14              Cross-examination, Mr. Lahann?

15              MR. LAHANN:  If I may.

16                    CROSS-EXAMINATION

17 BY MR. LAHANN:

18      Q.   Honesty.  That's something that you try to

19 live by?

20      A.   Yes.

21      Q.   Well, was it honest when you left the work

22 detail that you were on the honor system to return

23 to jail?

24      A.   No.

25      Q.   This was before you were SNM, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    That's correct.

2        Q.    You were dishonest in walking away that

3   day, weren't you?

4        A.    No.

5        Q.    You were dishonest the day that you took a

6   piece of metal, told everybody you were trying to

7   kill yourself, so they would take you to the ER, so

8   that you could skip.  That wasn't honest, was it?

9        A.    I think you're confusing two different

10  escapes.

11       Q.    Two different escapes.  Which one were you

12  honest about?

13       A.    As far as what?

14       Q.    Neither one was honest, was it?

15       A.    I think the first one was honest.

16       Q.    Was it honest when you put a full soda can

17  into a sock and hit a corrections officer with it?

18       A.    I don't know if there is truth or honesty

19  there.  I don't know what you're --

20       Q.    You were hiding the soda can in a sock?

21       A.    It was a weapon, yes.  I turned the soda

22  can into a weapon, yes.

23       Q.    The corrections officer had no idea it was

24  coming, did he?

25       A.    He didn't ask me.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You brought -- can we see 874, please.

2  Now 875, please.  Was it honest when you put those

3  weapons into your anus, brought them from a facility

4  into a Federal Courthouse to commit murder in front

5  of a federal judge?  Was that honest?

6    A.   I don't know.  I don't find dishonesty in

7  it.

8    Q.   No dishonesty at all?

9    A.   No one ever asked me about it or no one

10  questioned me about it, so there is no --

11    Q.   You have a hard time understanding what's

12  honest and dishonest, don't you?

13          MS. ARMIJO:  Objection; argumentative.

14    A.   No.  No, sir.

15          THE COURT:  Overruled.

16          MR. LAHANN:  It's a question.

17  BY MR. LAHANN:

18    Q.   Was it honest when you took facts of the

19  case so that you could write a statement to get

20  somebody off on a murder charge?

21    A.   I don't know.

22    Q.   Mr. Esparza owed you money; is that right?

23    A.   That's right.

24    Q.   And so in another act of dishonesty, you

25  hid in a shower stall so that you could ambush the



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                            1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    man, handcuffed behind his back; isn't that right?

2         A.   No.  I told him I was coming for him.

3         Q.   Nonetheless, you were able to hide in that

4    shower?  The corrections officer had no idea you

5    were there, did he?

6         A.   I do not know.

7         Q.   Do you see on the film -- and apparently

8    you've seen the film many, many, times because you

9    had to correct Ms. Armijo as to the time stamp.  The

10   first thing the corrections officer did is to run

11   away when you came out with that shank, isn't that

12   right?

13        A.   That's correct.

14        Q.   That corrections officer had no idea you

15   had a shank that day, did he?

16        A.   I don't know.

17        Q.   He led poor Mr. Esparza almost to his

18   death, didn't he?

19        A.   I don't know if he was poor Mr. Esparza,

20   but he led an inmate to his death, yes.

21        Q.   That's not honest, is it?

22        A.   It's prison.  That's honesty in prison.

23        Q.   It was a punk move, wasn't it?

24             MS. ARMIJO:  Objection; argumentative.

25             THE COURT:  Overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   It was a punk move to do that, wasn't it?

 2        A.   What's your definition of "a punk move"?

 3        Q.   You tell me what a punk is.

 4        A.   A punk is -- hmm.  Somebody who can't

 5   defend himself.  Somebody who can't stand up for

 6   themselves.  Somebody who is not willing to stand up

 7   for themselves.

 8        Q.   So there is more honor in hiding a shank,

 9   hiding in a stall, and going after a poor man who is

10   handcuffed and can't defend himself; is that right?

11        A.   That's correct.

12        Q.   That's what you think is honest?

13        A.   Honest to the SNM, yes.

14        Q.   You said you got love after stabbing poor

15   Mr. Esparza and trying to chew his ear off; isn't

16   that right?

17        A.   Yes, sir.

18        Q.   You got gifts, right?

19        A.   That's correct.

20        Q.   A TV; isn't that correct?

21        A.   That's correct.

22        Q.   You're expecting love from the Government,

23   aren't you?

24        A.   No.

25        Q.   You want to be out on the streets again,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   don't you?
 2        A.   If the 5K -- if the 5K goes through and
 3   the judge allows it, then I guess someday I'll be
 4   out on the streets, yes.
 5        Q.   You have a dream of getting back out on
 6   the street and raising children, don't you?
 7        A.   Someday, yes.
 8             MR. LAHANN:  No further questions.
 9             THE COURT:  Thank you, Mr. Lahann.
10             Who else?  Mr. Castle, do you wish to
11   cross-examine Mr. Rodriguez?
12                     CROSS-EXAMINATION
13   BY MR. CASTLE:
14        Q.   Mr. Rodriguez, you shared with this jury
15   some statements about a moment where you decided you
16   were going to give up gang life and provide
17   information to the Government?
18        A.   That's correct.
19        Q.   I want to talk to you a little bit about
20   when that was.  Was it before the indictment came
21   down?
22        A.   No.
23        Q.   Was it when the indictment came down?
24        A.   During the process of indictment.
25        Q.   Well, it wasn't when you were charged?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  You were brought into the courthouse, right, and

2  given an attorney.  You didn't have this moment of,

3  I guess, change of heart when that happened?

4       A.   It had been contemplated for the past

5  maybe three or four years.

6       Q.   And, in fact, when you decided to do it

7  was when you were on the verge of going to trial,

8  correct?

9       A.   That's correct.

10      Q.   So this epiphany that you had that you

11 wanted to change your life happened when you were

12 looking down, literally, the barrel of a life

13 sentence at trial?

14      A.   That's incorrect.

15      Q.   Well, you were looking at how long?

16      A.   At that time?

17      Q.   Yes.

18      A.   Twenty years, 30 years.

19      Q.   And your co-defendant in that case was a

20 guy by the name of Baby Rob Martinez, right?

21      A.   Yes.

22      Q.   And he had already pled and agreed to

23 testify against you?

24      A.   Yes.

25      Q.   And I think you talked about a tabla that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   you were part of?

2        A.   No, I was not part of a tabla.

3        Q.   Oh, you were, I guess, loyal to?

4        A.   Right.

5        Q.   That tabla had people like Styx Archuleta

6   in it?

7        A.   That's correct.

8        Q.   He'd already turned and was agreeing to

9   testify against you?

10       A.   No.

11       Q.   How do you know?

12       A.   He wasn't testifying against me.

13       Q.   How do you know?

14       A.   Because I seen the witness list.

15       Q.   Okay.  So you were concerned about it,

16  though?

17       A.   No.  He didn't have nothing to testify

18  against me on.

19       Q.   He couldn't talk about, let's say, the

20  fact that you guys got together and decided to

21  murder Billy Garcia?  He wouldn't be able to tell

22  the jury about that?  Strike that.

23            In any event, you were the last one

24  standing in your case when you decided to make this

25  change?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I didn't decide to make it while I was in
 2   the courtroom.   But yeah, I was by myself in that
 3   trial.
 4        Q.    Okay.   The last one standing?
 5        A.    Yes.
 6        Q.    How many different occasions have you come
 7   to the Federal Courthouse before you had this
 8   epiphany of you wanted to change?   Actually, let me
 9   put this a different way.
10            When you made that decision to change, it
11   came with a big caveat, right, that the Government
12   had to agree to this 5K motion?
13        A.    I don't think they have to agree to it,
14   no.
15        Q.    Well, they put it in paperwork that they
16   could file one for you, right?
17        A.    Based on, I guess if they have a feeling
18   one day they don't want to file it, I guess they
19   don't have to file it.   I don't know.
20        Q.    In any event, your change of heart had
21   some conditions put into a plea agreement?
22        A.    My change of heart had to do with getting
23   out of gang life.
24        Q.    Now, how many times did you come to the
25   courthouse with shanks hidden in your body or on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   your person?

 2        A.   I can't say.

 3        Q.   Numerous times?

 4        A.   I don't know how many times I came to

 5   court.

 6        Q.   But more than once?

 7        A.   Oh, yes.  Yeah.  Let's just say every time

 8   I came to court, I had a weapon on me.

 9        Q.   Prior to this change of heart and pleading

10   guilty, some of the times you went to court, you had

11   individuals from other cases in the same courtroom?

12        A.   That's correct.

13        Q.   Including these defendants?

14        A.   Yes.

15        Q.   Including Billy Garcia?

16        A.   Including Billy Garcia, yes.

17        Q.   Now, until you had this change of heart

18   and went in for the debriefing, it's your testimony

19   that you would kill or had orders to kill Billy

20   Garcia, right?

21        A.   That's correct.

22        Q.   You didn't get the opportunity, I take it,

23   when you were in Federal Court with him?

24        A.   All hits were called off at that time.

25        Q.   When did the hits get called off?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    I think when they were in Estancia.  They

2  didn't want no added heat to the SNM.

3      Q.    So you called off the hits?

4      A.    No, I wasn't a part of that.

5      Q.    But you brought shanks to Court with you?

6      A.    Yes.

7      Q.    In the presence of other defendants?

8      A.    Yes.

9      Q.    By the way, I take it that one of the

10 reasons you would carry shanks in prison is so that

11 you could, in fact, kill people that there were hits

12 on, right?

13     A.    Yes.

14     Q.    And did you get prosecuted for conspiracy

15 to murder Julian Romero?

16     A.    I never conspired to kill him, murder him.

17     Q.    Conspiracy is an agreement between more

18 than one person, right?

19     A.    That's correct.

20     Q.    And you have to do something in

21 furtherance of that, right?

22     A.    That's correct.

23     Q.    So you had agreed that you would kill

24 Julian Romero and Billy Garcia, correct?

25     A.    That's correct.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                              e-mail: info@litsupport.com

```
 1        Q.   And you carried knives in the event that
 2   the opportunity arose?
 3        A.   Not specifically for them, but --
 4        Q.   For many people?
 5        A.   Yes.
 6        Q.   So did you get prosecuted for that?
 7        A.   I don't think any of the defendants did.
 8        Q.   I'm asking whether you did, sir?
 9        A.   No.
10        Q.   Was that something that was specifically
11   negotiated, that the life of Mr. Garcia and Mr.
12   Romero weren't important enough to have you plead
13   guilty to it?
14        A.   Negotiated how?
15        Q.   Well, was that part of your plea
16   agreement?  Did you plead guilty to it?
17        A.   I was never charged with it.
18        Q.   You told us today about some statements
19   that Mr. Garcia had with you sometime, I believe, in
20   2008?  Is what you said?
21        A.   A little bit, yeah, 2008.  I can't say
22   what month or nothing, but 2008.
23        Q.   And that was at the Penitentiary of New
24   Mexico?
25        A.   After the Robert Esparza stabbing, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            MR. CASTLE:  May I approach the witness,

2    Your Honor?

3            THE COURT:  You may.

4        Q.   Before I do, do you have any weapons on

5    you today?

6        A.   Want to take me to the x-ray machine?

7            MR. CASTLE:  I have the right to ask, Your

8    Honor.

9            THE COURT:  Overruled.

10       A.   Do you want to take me to an x-ray

11   machine?

12       Q.   I'm asking you, do you have one on you

13   today?

14       A.   No, sir.  There is honesty for you.

15           MR. SINDEL:  Your Honor, I'm going to

16   object.

17           MS. ARMIJO:  Mr. Castle --

18           THE COURT:  On the defendant's

19   cross-examination, just answer their questions, and

20   don't add anything.  If Ms. Armijo wants to bring

21   anything out on redirect, she can.

22           THE WITNESS:  Okay.

23   BY MR. CASTLE:

24       Q.   Sir, when you came into the federal

25   courthouse -- while they're looking at your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    statements -- when you came into the federal

2    courthouse and brought those weapons in, there

3    wasn't just defendants in the courtroom; there were

4    lawyers like me, right?

5         A.    That's correct.

6         Q.    We were all in danger of you?

7         A.    Did you have a hit on you?

8         Q.    I don't know.   I suppose I will after

9    today.

10             Mr. Rodriguez, the first time you spoke to

11   the Government was on October 24th of 2017; correct?

12        A.    That's correct.

13        Q.    Can you take a look at the document.   Is

14   that a summary of your statement that you made on

15   that day?

16        A.    Yes.

17        Q.    Okay.   Recite and tell the jury whether

18   there is anything -- let me ask you, how long did

19   the debriefing go?

20        A.    I don't know.

21        Q.    Was it long?

22        A.    Well, it's nine pages, so --

23        Q.    A couple hours?

24        A.    Probably.

25        Q.    And during the debriefing, they asked you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   about the SNM; correct?

2       A.   That's correct.

3       Q.   And they asked you about various murders

4   that you were aware of?

5       A.   That's correct.

6       Q.   And they talked to you about various

7   defendants in the case?

8       A.   That's correct.

9       Q.   And they gave you an opportunity to

10  basically spill the beans on everything that you

11  knew that you could think of?

12      A.   No, this one was pretty much based around

13  Chulo and the details of the Molina murder and --

14      Q.   Let me ask you if you can -- let me get

15  the document back, please.

16           There are sections on the Chulo assault,

17  correct?

18      A.   That's correct.

19      Q.   The Javier Molina homicide that you

20  committed, correct?

21      A.   Correct.

22      Q.   You were asked about the courtroom

23  activities?

24      A.   That's correct.

25      Q.   And there is a section about general SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   information; is that right?

 2         A.    Let me see.

 3         Q.    I'm sorry?

 4         A.    Yes.

 5         Q.    And in that area, you're talking about who

 6   the leaders are, various offenses, et cetera; is

 7   that right?

 8         A.    Yes.

 9         Q.    Take a look in there and see if there is

10   anything you told them, anything about Billy Garcia

11   making a statement to you in 2008.

12         A.    Under "general SNM info"?

13         Q.    Anywhere in that whole document.

14         A.    No.

15         Q.    Good.  The next time you talked to them

16   was on November 1st, 2017.  And I'll give you a

17   document.  It's 11 pages.  It's a report, and then

18   there is some handwritten documents.

19               First of all, can you look at the report

20   and tell me --

21         A.    If you put it right here so I can grab it.

22   What am I looking for?

23         Q.    What's the date of the report?

24         A.    11/20/2017.

25         Q.    Okay.  Is that a report of your interview
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  and debriefing on that date with FBI agents and your

2  attorney present?

3       A.   Yes.

4       Q.   Then attached to that, they gave you an

5  opportunity to write out whatever you wanted to

6  write out about the SNM and various people; is that

7  right?

8       A.   In reference to the Molina murder, yes.

9       Q.   Okay.  Flip through that and tell us if

10 there is anything in there about Billy Garcia and

11 this alleged conversation you had with him.

12      A.   Yeah, I know there is not.

13      Q.   Okay.  I skipped over one.  Here is one on

14 October 24th.  Can you take a look at that?

15      A.   October 24th?

16      Q.   Yes.

17      A.   I just looked at this one, didn't I?

18      Q.   Did you?  I apologize.

19      A.   Yeah, that's the first one.

20      Q.   November 17th, you had another interview,

21 it looks like with Agent Acee, Agent Stemo, Mark

22 Myers, Captain Sapien.  Do you recall this interview

23 and did you -- first of all, do you recall that

24 interview?

25      A.   I don't think this was an interview.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   What would you call it?

 2        A.   This was an individual who wanted to speak

 3   to Bryan Acee, and he asked me if I can speak to

 4   Bryan Acee, to introduce them to, and help him

 5   attempt to negotiate a plea deal for he and his

 6   brother.

 7        Q.   Okay.  So there was a bunch of people from

 8   the FBI and other people talking to you about some

 9   stuff?

10        A.   Talking to him, yes.

11        Q.   And did you mention anything about this

12   discussion with Billy Garcia?

13        A.   No.  That was specific to the Sanchez

14   brothers.

15        Q.   December 12, 2017, two officers by the

16   last names of Cupit and Sapien conducted another

17   interview with you. I'll show you a document.  Take

18   a look at that.  Is there anything about Billy

19   Garcia in there?

20        A.   No, this was --

21        Q.   I'm just asking if it's in there?

22        A.   No.

23        Q.   January 22, 2018, another time they talked

24   to you.  Is there anything about Billy Garcia in

25   there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    No.
 2       Q.    Another one February 3, 2018.  Who was
 3  present for that interview?
 4       A.    Maria, Federal Bureau of Investigation.
 5       Q.    Is that Ms. Armijo?
 6       A.    Yes.  What do you want me to do with this
 7  one?
 8       Q.    Who else was present?
 9       A.    It doesn't say.
10       Q.    Okay.
11       A.    It says FBI personnel, United States
12  Attorney's Office.
13       Q.    Any mention of the supposed conversation
14  with Billy Garcia in there?
15       A.    I don't believe so.
16       Q.    And I'm showing you probably about -- I
17  don't know -- 40, 50 pages; is that right?
18       A.    I don't know.
19       Q.    Well, what would you estimate it to be?
20       A.    About 20.
21       Q.    You didn't even have to read all 20 to
22  know that you didn't mention Billy Garcia in any of
23  those interviews, right?
24       A.    That's correct.
25       Q.    Because you knew that the first time you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   decided to do that was on March 18th of this year?

2       A.   I don't know the date.

3       Q.   Was that after you got a new set of

4   payments from the Government?

5       A.   From what?

6       Q.   Well, from their kitty.  I don't know

7   where it comes from.  Their fund?

8       A.   Their fund?  Are you talking about the $50

9   a month?

10      Q.   Yeah.

11      A.   No, I've been getting that.

12      Q.   You haven't been getting any of that?

13      A.   Yeah, I have.

14      Q.   Mr. Rodriguez, we talked about the tabla,

15  right?  It sounds like the two of the top people in

16  that tabla have pled out and have agreed to work for

17  the Government; is that right?

18      A.   No.

19      Q.   Styx and Baby Rob?

20      A.   No.

21      Q.   You didn't know that?

22      A.   Arturo -- I mean Baby Rob wasn't one of

23  the top ones, no.

24      Q.   Okay.

25      A.   He was on the tabla, but he wasn't one of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the more --

2        Q.   Okay.   And then, you were a hired killer

3   for them?

4        A.   A hired killer for those two individuals?

5        Q.   For the tabla?

6        A.   Yeah, I guess so.   Not hired.   They didn't

7   pay me.

8        Q.   And you-all are going into federal custody

9   now, right?

10       A.   That's correct.

11       Q.   Are you going to get the gang back

12   together?

13       A.   I'm a cooperator now.   I left the SNM.

14   Why would I get the gang back together?   I would

15   have been one of the ones --

16       Q.   I'm just asking a question.

17       A.   No.

18       Q.   But it seems like the Styx organization is

19   all going to a different location, isn't it?

20       A.   I don't know.

21            MR. CASTLE:   No further questions, Your

22   Honor.

23            THE COURT:   Thank you, Mr. Castle.   Anyone

24   else?   Mr. Sindel, do you have cross-examination of

25   Mr. Rodriguez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SINDEL:  I do, Your Honor.
 2            THE COURT:  Mr. Sindel.
 3            MR. SINDEL:  Thank you.
 4                   CROSS-EXAMINATION
 5  BY MR. SINDEL:
 6       Q.   Mr. Rodriguez, my name is Richard Sindel.
 7  I represent Joe Gallegos.  If you could listen to my
 8  questions for a bit.  If there is anything in a
 9  question that I ask you and you're not sure you
10  understand, please stop me, will you?
11       A.   Yes, sir.
12       Q.   If I use any words you're not familiar
13  with, please stop me.  Okay?
14       A.   Yes, sir.
15       Q.   Okay.  Do we have an understanding in that
16  regard?
17       A.   Yes, we do.
18       Q.   Now, you have these tablets we've heard
19  referred to in your possession, not right there, but
20  every time when you go home?
21       A.   Yes, sir.
22       Q.   And those tablets contain every one of the
23  statements that Mr. Castle referred to, all those
24  reports involving you, right?
25       A.   My tablet has that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Yes.

 2      A.   No, it did does not.

 3      Q.   It doesn't?

 4      A.   My tablet hasn't been, I guess -- what

 5  would it be called?

 6      Q.   Updated?

 7      A.   Updated since I left the SNM.

 8      Q.   All right.  Since you left the SNM?

 9      A.   Yeah.  I wasn't there for the last update.

10      Q.   Okay.  Did you receive the -- have you

11  read the October 24, 2017, FBI report?

12      A.   By Nancy Stemo?

13      Q.   Yes.

14      A.   Yes.  Yes, I read it.

15      Q.   So it was updated to read that.  Did you

16  read the --

17      A.   Oh, you're talking about in the tablet?

18      Q.   Yes.

19      A.   Oh, no, no, no.  It wasn't in the tablet.

20  I read that right now, and then the next time I sat

21  down with them to, I guess, go over any

22  discrepancies in it.

23      Q.   So when you sit down with them, they can

24  go through with the previous statement that you've

25  made, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That's correct.

 2        Q.   And you could read them?  You could either

 3   correct them or you can make additions, whatever it

 4   may be, but you have that opportunity, correct?

 5        A.   That's correct.

 6        Q.   And you've done that in this case, haven't

 7   you?

 8        A.   As far as what?

 9        Q.   Well, have you gone through some of the

10   documents that they have, and you've made changes in

11   them, handwritten changes, right?

12        A.   I think to one of them.

13        Q.   Okay.  And you've also made handwritten

14   additions to some of them; isn't that correct?

15        A.   That's correct.

16        Q.   And, in fact, in one of the handwritten

17   additions, you've indicated what it is you want from

18   the Government?

19        A.   I don't remember.

20             MR. SINDEL:  May I approach, Your Honor?

21             THE COURT:  You may.

22        Q.   I'll show you what's been a November 1,

23   2017, interview with you; is that right?

24        A.   That's correct.

25        Q.   And this particular interview goes into
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   gang background, ideology, and other matters; is

2   that right?

3         A.   Yes, sir.

4         Q.   And then attached to this is a handwritten

5   statement that you had prepared, with additional

6   information, right?

7         A.   Yes.

8         Q.   And I'm going to refer you to page 9 of

9   this handwritten statement.  Is that your

10  handwriting?

11        A.   Yes, that's my handwriting.

12        Q.   And it says that you're hoping to get

13  witness protection, right?

14        A.   Yes.

15        Q.   Witness protection and a new identity,

16  right?

17        A.   Yes, that's what it says.

18        Q.   So that you don't have to be who you

19  really are in that witness program, correct?  You'd

20  have a new name?

21        A.   Yes.

22        Q.   So one of the things -- and this is the

23  list of some of the either demands or requests that

24  you're making of them in order to fulfill your

25  obligation to testify here today and in any other

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   proceedings?

2        A.   That was one of the requests, yes.

3        Q.   Okay.  And that is page 9, item 22?

4        A.   That's page 9, yes.

5        Q.   And page 10 has a couple of other items

6   that you have referenced.  It's a little hard to

7   read, isn't it?

8        A.   Yes.

9        Q.   But it has a number of cause numbers from

10  the state cases?

11       A.   Yes.

12       Q.   And it has "50 percent" written next to

13  that, right?

14       A.   Yes.

15       Q.   That is, you want a sentence that's 50

16  percent or you want a reduction of 50 percent of

17  those sentences?

18       A.   That's incorrect.

19       Q.   Well, what does that 50 percent refer to?

20       A.   That 50 percent is referring to my first

21  J and S, which was 50 percent plea agreement.  So

22  I've got to do half of 18 years on that case.

23       Q.   Does your plea agreement say you only have

24  to do half of the time that they sentenced you for

25  sodomizing this John Hardy?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1       A.   No -- yes, it does.

2       Q.   It does?

3       A.   Yes.

4       Q.   Does the judgment and sentence say that

5  you are to receive and do only 50 percent of the

6  time that you were sentenced to do?

7       A.   Yes.

8       Q.   It does?

9       A.   Yes.

10      Q.   You're sure of that?

11      A.   It's a 50 percent crime, yes.

12      Q.   Now, I didn't ask you if it was a 50

13 percent crime.  Listen to my question.

14      A.   I don't know if it does, but we can go

15 over the S and J if you want.  But I don't know if

16 it does.  But I know the sentencing guidelines is a

17 50 percent crime, yes.

18      Q.   All right.  What I'm asking you is whether

19 the Court said, at the time that you were sentenced,

20 "You're only to do 50 percent of the 18 years you

21 were sentenced for torturing that young man?"

22      A.   Well, he's older than me.  But, yeah, it

23 does say that.

24      Q.   Okay.  You're right.  And also, it says

25 the -- is that an 856?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    That's 85 percent.
 2        Q.    85 percent.  And what do you understand to
 3   be the percentage of sentences you have to serve in
 4   the federal system?
 5        A.    I do not know.
 6        Q.    Is it 85 percent?
 7        A.    I couldn't say for sure.
 8        Q.    Well, what does the 85 percent refer to?
 9        A.    That 85 percent is referring to my second
10   J and S, where I assaulted the four officers in
11   Santa Rosa.
12        Q.    Is that the assault that resulted in the
13   loss of one of the officer's eyes?
14        A.    That's correct.
15        Q.    That's the assault that resulted in one of
16   the officers losing his spleen?
17        A.    Yes.
18        Q.    A vital organ, right?
19        A.    I do not know.
20        Q.    Well, you -- and that's an 85 percent,
21   right?
22        A.    Yes, that's an 85 percent plea agreement.
23        Q.    And would it be fair to say that you want
24   any federal time that you are sentenced to in this
25   case to run concurrent with all of those cases?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   With my -- this was the last remainder.

2  Let's see how much time I have left.  It says --

3  something to NMCI.  Four more years to my state

4  convictions.

5       Q.   Okay.

6       A.   That's what it was.

7       Q.   But you want it to run concurrent?

8       A.   With my federal.

9       Q.   So while you're sitting in the federal

10 joint, you can knock off some of this state crime?

11      A.   That's correct.

12      Q.   Those are the things you want for coming

13 in here and testifying, correct?

14      A.   Those are the things that are in my plea

15 agreement, yes, that state time will run concurrent.

16      Q.   But that's not all you want.  You want a

17 5K, right?

18      A.   I didn't know what a 5K was.  They gave me

19 that, and I guess that's up to their discretion.

20      Q.   Well, as you sit there today, do you know

21 what a 5K refers to?

22      A.   I do now, yes.

23      Q.   You know that the federal system is guided

24 by what's called the sentencing guidelines?

25      A.   I've heard of it.

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                    FAX (505) 843-9492
                                                                                          1-800-669-9492
                                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Do you have any kind of legal materials in

2  your possession or that are available to you?

3    A.   I did.

4    Q.   When was it "did"?  When was that?

5    A.   I had some before the feds came and picked

6  it up.

7    Q.   I'm sorry?  I didn't --

8    A.   The feds came and picked up every single

9  piece of paper out of my house.

10    Q.   And do you have any kind of ability to

11  secure any legal documents or legal papers in your

12  present situation?

13    A.   I guess I could if I wanted to.

14    Q.   If you asked.  When you sit down with --

15  you call her "Maria," right?

16    A.   Follow her.

17    Q.   When you sit down with Maria, you could

18  ask any question you wanted about how the federal

19  system works?

20    A.   That's correct.

21    Q.   You could ask her, "What is a 5K?"

22  Correct?

23    A.   Yes.

24    Q.   And, in fact, amongst the cooperators,

25  they all know what a 5K is, don't you think?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                      e-mail: info@litsupport.com



1        A.    I recently learned all the details of the

2   5K.  But yes.

3        Q.    And the details, as you call them, of the

4   5K, is that the Government can request that you

5   receive something less than the life sentence that

6   is mandated under the statues for the crimes that

7   you've committed?

8        A.    That's correct.

9        Q.    And so if you had a 5K, you might get back

10  out on the streets?

11       A.    I guess that's a possibility, yes.

12       Q.    And you might not have to use your own

13  identity when you do that?

14       A.    That's correct.

15       Q.    Now, you haven't been charged for bringing

16  those weapons into the court, have you?  Have a

17  drink.  You don't have to hurry.  Go ahead.

18       A.    No, I was not.

19       Q.    So that's a significant federal crime,

20  isn't it?

21       A.    I think that's part of the debrief, that

22  you admit to the crimes you've committed and take

23  responsibility, I guess.  But yeah.

24       Q.    You're admitting to them here in open

25  court, aren't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.  I'm telling the truth.

 2        Q.    That's a totally different interest in

 3   terms of what you're doing, correct?

 4        A.    Yes.

 5        Q.    And when you brought those shanks into the

 6   court, hidden -- I think you referred to it as

 7   keistered, right?

 8        A.    That's correct.

 9        Q.    And you don't put hot sauce or lotion up

10   your rectum; you put weapons up there?  Is that

11   correct?

12        A.    That's correct.

13        Q.    And so the weapons that you put there, you

14   could have used them to stab anybody you wanted to,

15   couldn't you?

16        A.    If I wanted to, yes.

17        Q.    You could stab court staff?

18        A.    I don't know for what reason, but yes.

19        Q.    You know, I hope we don't have to rely on

20   your reason.  But you could stab the Marshal

21   Service?

22        A.    That's correct.

23        Q.    The attorneys?

24        A.    That's correct.

25        Q.    Anybody you had decided disrespected you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

220

```
 1        A.    That's correct.

 2        Q.    And you, when you attacked the guard and

 3   you tore his eyeball out, that was over disrespect,

 4   right?

 5        A.    Yes.

 6        Q.    That's part of the convict code?

 7        A.    That's part of the convict code, yes.

 8        Q.    That if someone disrespects you, you have

 9   to respond?

10        A.    You act on the violence, yes, sir.

11        Q.    Because if you don't, everyone is going to

12   disrespect you?

13        A.    That's correct.

14        Q.    Now, you haven't been charged with the

15   Esperanza (sic) ordeal or assault, have you?

16        A.    Esparanza?

17        Q.    Esparza?

18        A.    Yes.  No, I was never charged.

19        Q.    Okay.

20        A.    In the state level or the federal.

21        Q.    That's the one where we saw you basically

22   viciously attacking this man who is handcuffed?

23        A.    Yes, sir.

24        Q.    You would agree that's a very cowardly

25   act, wouldn't you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   No.  It's common in that facility.

2        Q.   Would you believe that it's a cowardly

3   act?

4        A.   No, I would not.

5        Q.   Okay.  So you were acting, infused with

6   bravery, as you attacked this handcuffed man,

7   correct?

8        A.   Yes, sir.

9        Q.   Hidden behind a wall.  You saw the

10  correctional officer run away, right?

11       A.   Yes, sir.

12       Q.   He saw the savagery that you were

13  inflicting upon this handcuffed individual, didn't

14  he?

15       A.   No.

16       Q.   He didn't?

17       A.   No.  He took off running before the

18  stabbing occurred.

19       Q.   Did you continue to stab that individual

20  over and over again?

21       A.   Yes, I did.

22       Q.   And I think you also said at one point in

23  time you were trying to stab him in his face and in

24  his eyes.

25       A.   I did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And then, I guess just -- I don't know --
2   out of anger, you bit this man's ear off?
3        A.   That was before I stabbed him in the face
4   and the eyes, yes.  Because he didn't want to let
5   go.
6        Q.   Did you eat the ear, or did you spit it
7   out?
8        A.   I don't remember.
9             THE COURT:  Mr. Sindel?
10       Q.   And that's not the only time you've bitten
11  some person's ear off, is it?
12       A.   No, sir.
13       Q.   You did that in the attack that occurred
14  on the recreation yard?
15       A.   Yes, sir.
16            THE COURT:  Mr. Sindel, would this be a
17  good time for us to take our morning break?
18            MR. SINDEL:  As long as it doesn't include
19  lunch, that would be fine.
20            THE COURT:  Let's talk a little bit about
21  lunch.  If we take it now, do y'all want to come
22  back in about 15 minutes and do like we did
23  yesterday?  Is that what you prefer?  How many
24  support that or want that?  Okay, looks like most
25  people.  Does that work for the attorneys and the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    parties?  Okay.

2           Let's take about a 15-minute break, then

3    we'll come back in and work through the lunch hour,

4    and then take a late lunch.  All right.  We'll be in

5    recess for about 15 minutes.  All rise.

6           (The jury left the courtroom.)

7           THE COURT:  All right.  Ron Travers, the

8    deputy probation officer, is going to have documents

9    to me this afternoon.  I think what this note means

10   is that the files for the cooperators that are

11   somewhere in between are going to be given to me, so

12   I'll -- unless somebody thinks otherwise, I'll start

13   just reviewing those, to see if there is anything

14   that I think would be Brady material, even though it

15   may not technically be Brady.  But I'll use my Brady

16   eyes, Rule 16 eyes, and Giglio eyes, to see if there

17   is anything useful there for the defendants, and

18   we'll proceed from there.

19           MS. TORRACO:  Your Honor, before we break,

20   can I make just a very brief --

21           THE COURT:  Let's do it after the break.

22   All right?

23           MS. TORRACO:  Thank you.

24           THE COURT:  We'll be in recess for about

25   15 minutes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1               (The Court stood in recess.)
 2               THE COURT:  All right.  I think we now
 3    have an attorney for each defendant.
 4               Briefly, Ms. Torraco, what do you have?
 5               MS. TORRACO:  Thank you, Your Honor.  I
 6    want to just object to the line of questioning
 7    that's coming from Mr. Sindel.  We have conflicting
 8    defenses, and we object to the ongoing details that
 9    are coming out through the witness.  Thank you.
10               THE COURT:  What's the basis for the
11    objection?
12               MS. TORRACO:  Well, it's certainly not
13    relevant to Andrew Gallegos' defense, all of the
14    details like the gouging out of the eyes and the
15    details of the stabbing.
16               THE COURT:  So it's relevancy?
17               MS. TORRACO:  Thank you.  It's relevancy.
18               THE COURT:  All right.
19               All rise.
20               (The jury entered the courtroom.)
21               THE COURT:  All right.  Mr. Rodriguez,
22    I'll remind you that you're still under oath.  Mr.
23    Sindel, if you wish to continue your
24    cross-examination of Mr. Rodriguez, you may do so at
25    this time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. SINDEL:  Thank you, Your Honor.

2              THE COURT:  Mr. Sindel.

3    BY MR. SINDEL:

4        Q.   We had the distinct misfortune to view

5    your attack on Mr. Esparza yesterday.  There are

6    also videos of your attack on Mr. Molina; is that

7    correct?

8        A.   I didn't attack him, no.

9        Q.   There also are videos in the attack that

10   you orchestrated on Mr. Molina, aren't there?

11       A.   Yes.

12       Q.   And there is an attack on Mr. Sosoya?  Is

13   that how you pronounce his name?

14       A.   Sosoya.  You're correct.

15       Q.   There is a video of that, isn't there?

16       A.   I do not know.  I've never seen it.

17       Q.   You've never seen that one?

18       A.   No, sir.

19       Q.   The Government has never shown you, you

20   attacking that man on the recreation yard?

21       A.   No, sir.

22            MS. ARMIJO:  Objection, Your Honor;

23   stating facts not in evidence.  And there is no

24   video on Sosoya.

25            THE COURT:  Well, he can ask the question.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   Overruled.

 2   BY MR. SINDEL:

 3       Q.   The situation that you reviewed and viewed

 4   yesterday, you haven't seen the video of the attack

 5   on Molina, correct?

 6       A.   Yes, I've seen the attack on Molina.

 7       Q.   You've seen that one, correct?

 8       A.   Yes, sir.

 9       Q.   So we can spare the jury the anguish, but

10   that was a serious --

11           MS. ARMIJO:   Objection, Your Honor, to the

12   commentary.

13           THE COURT:   Don't comment on the evidence.

14   We'll leave that for closings.   Sustained.

15   BY MR. SINDEL:

16       Q.   It has, to some extent, the same level of

17   violence and barbarity as the video we were forced

18   to view yesterday, right?

19           MS. ARMIJO:   Objection, Your Honor, to the

20   comment.

21           THE COURT:   I think this question is all

22   right.   Overruled.

23       A.   I don't know.

24       Q.   Do you have any estimate of how many

25   people's body parts you have violated or eaten or



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  destroyed?

 2       A.    Well --

 3       Q.    There's a spleen?

 4       A.    I can name them for you.

 5       Q.    I'll name them for you; you tell me if I'm

 6  right.

 7       A.    That's correct.

 8       Q.    A spleen.

 9             Eye?

10       A.    Correct.

11       Q.    Two ears?

12       A.    Correct.

13       Q.    An anus?

14       A.    Correct.  And two other pairs of eyes.

15       Q.    Excuse me?

16       A.    And you missed the other eyes, from

17  Esparza, yes.

18       Q.    His eyes.  And the wounds that are

19  inflicted whenever you stab someone, right?

20       A.    That's correct.

21       Q.    Now, you had said that before the attack

22  on Sosoya, you had spent some time trying to make

23  him feel comfortable?

24       A.    Yes.

25       Q.    Is that called rocking the cradle?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   No.
 2      Q.   Is that a situation where you want to make
 3 someone feel safe around you?
 4      A.   That's what I explained, yes.  Make him
 5 feel comfortable.
 6      Q.   Make them feel comfortable like you're a
 7 friend, like you're on their side, that kind of
 8 thing?
 9      A.   That's correct.
10      Q.   You've got to look them eyeball to eyeball
11 and lie to them to, don't you?
12      A.   No.
13      Q.   Oh, you're not lying when you say, "I'm
14 your friend"?
15      A.   Not looking them in the eyeball, but --
16      Q.   Well, what are you -- are you looking on
17 the ground when you talk to these guys?
18      A.   No, we're on lockdown.  Just tell them,
19 "Hey, you're all right.  Don't worry about it."
20      Q.   So you're trying to convey the impression,
21 when you see them or when you're around them, that
22 you're honest?
23      A.   That's correct.
24      Q.   That you're truthful?
25      A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And that you're not planning to murder
 2   them?
 3        A.    That's correct.
 4        Q.    And all of those things are lies, aren't
 5   they?
 6        A.    They're lies, yes.
 7        Q.    And you have to carry that attitude out if
 8   you're going to perform what you believe was your
 9   purpose or function, to attack people?
10        A.    You don't have to, but it --
11        Q.    It helps?
12        A.    It helps, yes.
13        Q.    The better liar you are, the better you're
14   able to accomplish those tasks?
15        A.    No.
16        Q.    Well, don't you believe that if you're
17   able to make someone feel comfortable, they might
18   get closer to you?
19        A.    No.  Well, the Sosoya case, it wasn't a --
20   I guess that's --
21        Q.    Let their guard down?
22        A.    Yeah, that could be possible.  Yes.
23        Q.    Let their guard down?
24        A.    Right.
25        Q.    Playing basketball, or having a good time,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

230

```
 1  right?
 2       A.   That's correct.
 3       Q.   All the time, you're thinking:  I'm just
 4  waiting for a moment when he's tired and I can
 5  attack him?
 6       A.   Yes.
 7       Q.   And remove some part of his body?
 8       A.   That's the green light.  Yes, sir.
 9       Q.   Have you, to this point, ever been charged
10  in connection with the offense against Mr. Esparza?
11       A.   No.
12       Q.   Do you know what a statute of limitation
13  is?
14       A.   Yes, I do.
15       Q.   And do you know what the statute of
16  limitation is for attempted murder in the State of
17  New Mexico?
18       A.   I do not.
19       Q.   If it's 15 years, are you still subject to
20  possible prosecution for that crime?
21       A.   If it's 15 years?
22       Q.   Yes.
23       A.   I believe so.
24       Q.   All right.  But you haven't, as of yet,
25  been prosecuted?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    And you certainly don't want to be, do

 3   you?

 4        A.    Well, it's not in my control, but --

 5        Q.    You don't want to be, do you?

 6        A.    Well, no one wants to be.

 7        Q.    Fine.  So the answer is --

 8        A.    No.

 9        Q.    All right.  And if the federal government

10   can help you work your way through that labyrinth --

11   you know what I mean by that, right?

12        A.    No.

13        Q.    That maze.

14        A.    Okay.

15        Q.    You'll certainly accept that help, won't

16   you?

17        A.    If they told me they would help me with

18   that?

19        Q.    Yeah.

20        A.    I was never charged with it, so they

21   wouldn't help me with that.

22        Q.    Well, if they were able to say, "We can

23   talk to the prosecuting authorities, and perhaps we

24   can make sure that you aren't charged, so you don't

25   face a possible 15-year consecutive sentence," you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  would accept that, wouldn't you?

2      A.   If that's something they want to do, I

3  wouldn't object to it.

4      Q.   Well, you would not object to it; you'd

5  relish it?

6      A.   Say, "Thank you."

7      Q.   Yes.  Right.  "Thank you very much."

8      A.   Yes, sir.

9      Q.   "You know, I did your bidding.  Please do

10 some of mine."

11     A.   I haven't done anybody's bidding.

12     Q.   Haven't they called you as a witness?

13     A.   That's correct, but I --

14     Q.   Haven't they asked you to testify?

15     A.   That's my choice.

16     Q.   Haven't they asked you to testify?

17     A.   They never asked me.  That's an

18 obligation, I guess, to the 5K.

19     Q.   It's the obligation in order to get the

20 5K.  And are you telling me that they haven't told

21 you that you could possibly get a 5K if you testify?

22     A.   I think it's a one sentencing phase

23 reduction that's in the plea.

24     Q.   I don't believe that's the situation.  A

25 5K allows them to make a recommendation to the Court



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   as to sentencing; correct?
 2        A.   I believe so, yes.
 3        Q.   And that in the -- at least in some of the
 4   crimes you're charged with, it's life; it's never
 5   leaving the penitentiary?
 6        A.   That's correct, sir.
 7        Q.   You don't want that, do you?
 8        A.   No.
 9        Q.   Okay.  You don't, right?
10        A.   No.
11        Q.   I mean, you wouldn't be okay if they said,
12   "You know what?  We just decided not to do it.  Go
13   ahead and just spend the rest of your days in
14   solitary confinement behind bars"?
15        A.   Why would I be in solitary confinement?
16        Q.   Well, I think you could probably earn it.
17             But you'd be okay with spending your time
18   in the penitentiary for the rest of your life?
19        A.   Without gang activity, I guess I would
20   have to be okay with it, yeah.  As long as I
21   wouldn't be involved in gang activity, then yeah.
22        Q.   But your goal is to convince them that
23   they should file a 5K?
24        A.   That they shouldn't?
25        Q.   They should.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   I have no convincing there.  That's up to

2   them.

3    Q.   You have asked for them to try to get you

4   a certain deal in order for you to cooperate, right?

5   I just showed it to you.

6    A.   I wasn't -- that never came up in

7   conversation.  That was something that I wrote on

8   there.  And it's never been a topic.  I forgot I

9   even wrote that.

10   Q.   Well, did you give it to them so they

11  could attach it to the report that they prepared in

12  connection with the meeting you had on November 1st?

13   A.   That's correct.

14   Q.   So whether you asked for it or not, it

15  certainly was in there in your handwriting?

16   A.   Yes, sir.

17   Q.   Those were the things you wanted, right?

18   A.   I think those are things that are eligible

19  for witnesses.  I think so.  And that's only -- I

20  guess I've got to ask about it, right?

21   Q.   I guess you do have to ask.  You want the

22  best deal you can get?

23   A.   I'm not concerned about the best deal I

24  can get.  I'm concerned with getting out of gang

25  life.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Well, then if you're not concerned, why is

2   it that you put on there that you'd like your state

3   charges to run concurrent with any federal charges?

4        A.   Because if I do get a deal, then I'm going

5   to finish my federal time and come back in the state

6   custody and do the remainder of my time.  I'm not

7   even sure I owe four years.

8        Q.   What I'm asking you, sir, is:  Do you want

9   to get a cut in your time?

10       A.   I would appreciate it, yes.

11       Q.   Is that part of what your goal is?

12       A.   No.

13       Q.   So you have -- so if everyone said you're

14   going to go and spend life in prison, that's fine

15   with you?

16       A.   That's something I would have to face, you

17   know.  That's something, if that comes upon you, you

18   have to face it.  I committed the crimes.  I took

19   responsibility for them.  And if that's what is out

20   there, then you have to do it.

21       Q.   When you took responsibility -- when you

22   stood in front of or sat in front of this jury and

23   talked about what you did to John Hardy in the Grant

24   County jail, you didn't take responsibility for

25   that, did you?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
PROFESSIONAL COURT                                        e-mail: info@litsupport.com
REPORTING SERVICE

```
 1         A.   I didn't commit that crime.  I was
 2   involved in that crime.
 3         Q.   Were you charged with committing that
 4   crime?
 5         A.   Aiding and abetting, yes.
 6         Q.   Okay.  All right.  That's good.  What do
 7   you understand aiding and abetting to be?
 8         A.   Aiding and abetting is when you commit a
 9   crime that leads to another crime, that you're
10   guilty of that crime.  I was involved in a crime on
11   John Hardy that evolved into him getting sodomized
12   with the hot sauce bottle and lotion bottle.  And
13   because of my acts, that took place.  So that's
14   aiding and abetting.
15              If I commit a crime with someone and they
16   kill someone, I was in commission of that crime.
17   I'm eligible for -- that's my responsibility.
18              MR. SINDEL:  One second, Your Honor?
19              THE COURT:  Certainly.
20              MR. SINDEL:  Your Honor, I'm referring to
21   Exhibit Number 607-004.  May I approach, Your Honor?
22              THE COURT:  Yes.  Did you just give an
23   exhibit number or a Bates number?
24              MR. SINDEL:  I gave an exhibit number,
25   607.  I think it's page 2.  It is the judgment and
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                   1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1  sentence order of commitment on the offense

2  involving Mr. John Hardy at the Grant County jail.

3  BY MR. SINDEL:

4       Q.   Did you recognize those documents as being

5  the documents that were produced by the state court

6  as a result of your torture of that John Hardy?

7       A.   Not this one.  These pages, yes.

8       Q.   Which one are you looking at?  What's the

9  title on the page that you said you don't recognize?

10      A.   I recognize it, but it's not a part of the

11  case against John Hardy.  8786 DeLeon and continued.

12      Q.   Have you looked at those documents?

13      A.   That's correct.

14      Q.   Have you seen them before?

15      A.   Yes.

16      Q.   Now, you said when you entered into and

17  walked into the courtroom, you pled guilty to aiding

18  and abetting?

19      A.   No contest to the crime of criminal sexual

20  penetration.

21      Q.   Because you had only aided and abetted?

22      A.   Because my crime led to that crime.

23      Q.   And as I understand your testimony, what

24  you admitted to and what you were charged with was

25  aiding and abetting the other sadists who were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    involved in this event?

2         A.   I aided and abetted them, yes.

3         Q.   And that's what you were charged with?

4         A.   I was charged with the actual crime, but

5    that thing is -- what you just asked me was to

6    explain aiding and abetting, and what I'm telling

7    you is what I explained, that you're charged with

8    that crime because your crime led to the commission

9    of that crime.  That's aiding and abetting.

10        Q.   Is there anything in the charges that you

11   had entered into that said that you were aiding and

12   abetting?

13        A.   I think it says who sodomizes him, so --

14        Q.   All right.

15        A.   I'm not sure if it does, but --

16        Q.   Were you the defendant in that case?

17        A.   I was one of the defendants, yes.

18        Q.   Were you ever the defendant in the case of

19   the documents I showed you?

20        A.   Yes.

21        Q.   Does it say in those documents:  On or

22   about August 11, 2003, in Grant County, New Mexico,

23   the defendant did intentionally and unlawfully, by

24   the use of force or coercion or threats of force or

25   coercion, cause John Hardy to be penetrated to any

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



PROFESSIONAL COURT                          1-800-669-9492
REPORTING SERVICE                    e-mail: info@litsupport.com

```
 1  extent with a hot sauce bottle in his anal opening?

 2       A.   That's what it says, yes.

 3       Q.   And that's what you pled no contest to?

 4       A.   That's correct.

 5       Q.   So you weren't charged with aiding and

 6  abetting, were you?

 7       A.   You just asked me to explain aiding and

 8  abetting.  Yes.  I was charged with the actual

 9  crime, yes.

10       Q.   You were charged with the crime?

11       A.   That's correct.

12       Q.   You weren't charged with someone who aided

13  and abetted that crime?

14       A.   That's correct.

15       Q.   And we don't know, other than what you

16  claim happened, what you did to that young man's

17  anus, do we?

18       A.   Well, you have habeases that I took

19  responsibility for the crimes I committed against

20  John Hardy from 2012, I think.  I confessed to the

21  crimes I committed against John Hardy.  And my

22  co-defendant confessed.  He was going to testify on

23  my behalf.

24       Q.   I'm not asking what your co-defendant did.

25  I'm asking you:  Is what you said in this courtroom
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   right?

2        A.   That's correct.

3        Q.   But the documents that charge you doesn't

4   mention a single other person, does it?

5        A.   Well, you asked me what it is, but --

6        Q.   Does it mention a single other person

7   besides you?

8        A.   No.  I'm thinking it mentions Jason

9   Lucero.

10       Q.   You've answered the question, haven't you?

11       A.   No.

12       Q.   Is there another charge in which you

13   penetrated this man's anus with an object?

14       A.   I'm telling you, I didn't do that.  I was

15   there when it happened, and I pled guilty to it.

16       Q.   Did you say to the Court, "I have no

17   reason or no contest to the charges"?

18       A.   That's correct.

19       Q.   And that was criminal penetration, as

20   well?

21       A.   That's correct.

22       Q.   And it doesn't name anyone else in the

23   charging document?

24       A.   I guess, unfortunately, not.

25       Q.   Well, you had a lawyer.  You could have

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492



```
 1   made a case for it through your lawyer, correct?
 2         A.    I don't know.
 3         Q.    But when you stood up there and you said,
 4   "Look, I'm not going to contest the charges," you
 5   understood the charges were that you did that act?
 6         A.    No.
 7         Q.    Well, didn't there enter into an agreement
 8   and a judgment and commitment about having committed
 9   those crimes?
10         A.    Yes.
11         Q.    And when you know it's sexual penetration,
12   right, it's a sex crime?
13         A.    That's correct.
14         Q.    That wasn't all the criminal acts you
15   committed against that young man, were there?
16         A.    No, I confessed to the ones I did in my
17   habeas.  But, no, I committed other acts.
18         Q.    You beat him with your fists and your
19   feet?
20         A.    That's correct.
21         Q.    And you also, at one point in time, forced
22   him to snort Ajax cleanser --
23         A.    That's correct.
24         Q.    -- into his nose?  Did you have any idea,
25   when you were doing that, what you were doing to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   that person?

 2        A.   Yes, I did.

 3        Q.   Did you have any idea what kind of effect

 4   it would have on him, physically?

 5        A.   Obviously I didn't care, did I?

 6        Q.   You could have killed him, as far as you

 7   knew, right?

 8        A.   Correct.

 9        Q.   And when you squirted -- or when hot sauce

10   was squirted up his anus, you don't know what kind

11   of effect it could have had on him, right?

12        A.   No, I don't.

13        Q.   But the purpose, you said, was because you

14   found out he had money on the books?

15        A.   No.  It escalated to that.

16        Q.   It didn't start out that way; it just got

17   that way because it was financially beneficial?

18        A.   No.

19        Q.   You weren't going to try to get money from

20   the books?

21        A.   Yes, but --

22        Q.   Yes?

23        A.   Yes.

24        Q.   The answer is "Yes," isn't it?

25        A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And that the same offenses, those were the
2    offenses that involved the battery upon a peace
3    officer; and escape from jail, and I think you said
4    twice?
5      A.    Twice.  Yes, sir.
6      Q.    And did the sexual penetration also
7    include a lotion bottle?
8      A.    One of the counts, yes.
9      Q.    Did you at any time, when you were working
10   with these other sadists, beating this guy and
11   plunging instruments and things into his anus, did
12   you ever ask him who his family was?
13     A.    That's correct.
14     Q.    Where they lived?
15     A.    Yes.
16     Q.    Was that part of the threat that you could
17   hold over his head?
18     A.    That's correct.
19     Q.    So that you actually not only said, "You
20   know, we may just kill you here; we may kill your
21   children"?
22     A.    No, I did not say that.
23     Q.    Well, you asked him where they lived,
24   right?
25     A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    The message was clear, wasn't it?

2      A.    It's clear.

3      Q.    What were the number of years that you

4  could have faced with all the charges that you had

5  from the Grant County Detention Center?

6      A.    I think a total at the time of

7  indictments, all the cases, I think it was a total

8  of 159 years.

9      Q.    And you had gone into the Grant County

10 Detention Facility because you had committed another

11 crime on the streets, right?

12     A.    Yes.

13     Q.    What was that?

14     A.    I think I had aggravated battery with a

15 deadly weapon.

16     Q.    I'm sorry?  What?

17     A.    Aggravated battery with a deadly weapon.

18     Q.    So the litany of the charges that you

19 managed to accumulate while in the Grant County jail

20 could total 159 years, and then they dropped a

21 number, right?

22     A.    I went to the preliminary hearing, and

23 they dropped 20 of the 27 counts in one of the

24 indictments, and it went down to 59 years.

25     Q.    So you were facing 59 years at that time?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    In the district court, yes, sir.

2        Q.    I'd like to talk to you briefly about the

3   times that you went in to the Government and gave

4   them information in terms of debriefing.  All right?

5        A.    Yes, sir.

6        Q.    Have a drink.

7        A.    I did.

8        Q.    I think you said the first time was

9   October 24, 2017?

10       A.    The time I left?

11       Q.    The time that you -- was that when you

12  went into the court to plead guilty?

13       A.    Yes, sir.  No, no.  That was the time that

14  I went preparing for trial.

15       Q.    You were preparing for trial?

16       A.    Sosoya.  So it was a -- I think it was a

17  motions hearing, getting ready to set -- I guess to

18  see if the trial was going to go forward or not.

19       Q.    And in terms of the trial on the Molina

20  murder, pretty much everybody was gone out of it, I

21  think you said, but you?

22       A.    No.  That was on the Sosoya case.

23       Q.    Oh, Sosoya.  I'm sorry.

24       A.    Yeah.

25       Q.    And you were sort of the last man on the
```

SANTA FE OFFICE                                                         MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   totem pole, right?

 2        A.   On the Sosoya, case?

 3        Q.   Yes.

 4        A.   Yes, sir.

 5        Q.   And in terms of the Molina case, there

 6   were a number of people who had turned and entered

 7   the prosecution's team, correct?

 8        A.   Yes.

 9        Q.   And you understand that a 5K is available

10   to you if you provide what they call substantial

11   assistance?

12        A.   Yes.

13        Q.   So you have to be in a position to try to

14   assist them in a way that, under the guidelines, has

15   to be considered substantial?

16        A.   Is that what it says in the 5K?

17        Q.   Yes.

18        A.   Then that's part of testifying, I guess.

19        Q.   Well, just testifying isn't enough if

20   you're not providing substantial assistance, right?

21        A.   Right.

22        Q.   The other defendants on the Molina count,

23   they had already had a team of people, cooperators,

24   working against them, right?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You weren't bringing anything new to the

2   table on that, were you?

3      A.    Yes, I believe I was.

4      Q.    Okay.  Well, you believe that you could

5   provide a little tiny spec of information that

6   wasn't already available from the other individuals

7   who were cooperating?

8      A.    No.  I provided all the inner goings of

9   the conversations, and where the weapons came from,

10  and the paperwork, and how it worked.

11     Q.    Did you also try to help them flip Dan

12  Sanchez?

13     A.    I wrote Daniel Sanchez, a friend of mine,

14  a letter, telling him, "Fuck them guys.  You should

15  come over."

16     Q.    And you also talked to his brother,

17  Ronald?

18     A.    At his request, yes.

19     Q.    You met with him, with the Government,

20  correct?

21     A.    That's correct.

22     Q.    And the idea was, maybe if I can flip

23  somebody, that's a little more assistance, isn't it?

24     A.    From -- at the beginning of it, it was --

25  I'm helping Ron.  Ron comes to me and asks me to

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                               1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  speak to Bryan Acee for him.

2      Q.   But I'm asking you:  If you were able to

3  get someone to plead guilty, that is even more

4  assistance, right?

5      A.   I don't know if it is, but I'm pretty sure

6  it would be, you know.

7      Q.   You don't think it would be?

8      A.   I said, I'm pretty sure it would be.

9      Q.   Oh.

10     A.   To get somebody like Daniel Sanchez to

11 leave, yes.

12     Q.   So it would be another weight on your side

13 of the scales, right, when they're making an

14 assessment, when the Court has to make an

15 assessment, when they have to make an assessment?

16     A.   I guess, yes.

17     Q.   Okay.  Now, I just jump around.  I

18 apologize.

19     A.   It's okay.  I do the same thing.  Same

20 thing.

21     Q.   Yeah, I can see.  I saw the video.

22          Anyhow, on October the 24th when you went

23 in there and talked to the FBI, was Ms. Armijo

24 there?

25     A.   In the beginning?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Yes.

 2        A.   October 24th?

 3        Q.   Or at any time during that meeting?

 4        A.   On October 24th?  Yes, they were there.

 5        Q.   Okay.  And Mr. Castellano?

 6        A.   I believe he was.

 7        Q.   Mr. Beck?

 8        A.   Yes, sir.

 9        Q.   Those people are all people you've become

10   familiar with?

11        A.   Recently, yes.

12        Q.   Well, October 24th, that's a bit of time

13   ago, isn't it?

14        A.   Not when you're leaving something in your

15   life behind, no, it's not a long time.

16        Q.   All right.

17        A.   You know.

18        Q.   Well, it is seven months ago?

19        A.   Yes.

20        Q.   All right.  And so is that the first time

21   you sat down and talked with anybody from the FBI?

22        A.   When I sat down and I spoke to them?

23        Q.   Yes.

24        A.   Or they spoke to me?

25        Q.   Well, either way.  You answered questions,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  didn't you?  You didn't sit there like a lump on a

2  log?

3       A.   The first time I had evidence viewing with

4  them, I let them talk to me, and that was it.  And I

5  went back.

6       Q.   But I'm talking about on October 24th.

7       A.   Oh, yes.  Yeah, I spoke to them.

8       Q.   And you had said to them, "Look, I'm going

9  to tell you the truth, tell you what happened"?

10      A.   Not right away, no.  But eventually, it

11 led to that, yes.

12      Q.   Well, did you understand, did you know, or

13 do you realize that it's a lie, if you lie to a

14 federal agent, that's a crime?

15      A.   I'm aware of that.

16      Q.   It could be additional criminal penalties

17 that you could be subjected to?

18      A.   That's correct.

19      Q.   Did you lie in that particular interview?

20      A.   I think I told them I wasn't an SNM

21 member.

22      Q.   Did you tell them that you'd been shot

23 down for membership?

24      A.   Based on my association and assumptions

25 with the beginning of the SNM and moving through the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1    ranks, I felt that I got shot down, yes.

2        Q.    But was that a true statement when you

3    said you got shot down in 2005?

4        A.    It was an educated assumption, I guess, on

5    my part.

6        Q.    But you told this jury that in 2005, 2006,

7    you were inducted into the SNM Hall of Fame?

8        A.    That's correct.

9        Q.    So was that a lie when you told them that

10   you'd been shot down for membership?

11       A.    No.

12       Q.    Was it the truth?

13       A.    It was the truth.  Well, based on my

14   assumptions, because there was -- let me clarify

15   this for you.

16       Q.    In 2017, that's 12 years after 2005?

17       A.    You're not understanding the 302 there.

18       Q.    What I'm not understanding is, were you --

19   at the time that you went in to see them, were you a

20   member of the SNM, as far as you were concerned?

21       A.    Oh, yes, I was.  Yes.

22       Q.    Yes?

23       A.    Yes.

24       Q.    Did you tell them that at that time?

25       A.    I did not.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        Q.    Did you tell them, in fact, that you had

2    been shot down for membership?

3        A.    That's what I told them, yes.

4        Q.    That's not true?  Well, let me rephrase

5    it.  Okay?  I think I understand why we're not --

6        A.    Yeah.

7        Q.    You told them you might have been shot

8    down; but when you told them that, you also knew

9    that at that time you were a member, as far as you

10   were concerned, of the SNM?

11       A.    No.

12       Q.    You weren't a member in 2017?

13       A.    Yes.  I was a member in 2017, yes.

14       Q.    So you didn't tell them that, right?

15       A.    I told them about a situation when I first

16   arrived in 2005 and was living in V pod, that there

17   was rumors that the SNM was trying to recruit me,

18   but they never approached me with it.  And it was my

19   educated assumption based on being an SNM member,

20   that something had to do with me being shot down.

21   And then Arturo Garcia later on recruited me.

22            It's two different situations, and you're

23   mixing them up as one.

24       Q.    I don't know that I'm mixing them, but if

25   I am, I certainly apologize.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah, you are.

 2        Q.   Well, you knew that you had to quote-

 3   unquote "earn your bones," right?

 4        A.   That's correct.

 5        Q.   To get in, right?

 6        A.   That's correct.

 7        Q.   Did you tell them that at the meeting on

 8   October 24, 2017, that you had never earned your

 9   bones?

10        A.   I can't recall.

11             MR. SINDEL:  May I approach?

12             THE COURT:  You may.

13        A.   Yes, I told them that.

14        Q.   They're on this thing, that you said with

15   Esparza, and the attack on Molina, and all these

16   other barbaric attacks you've referred to, you said

17   you'd never, as of October 24, 2017, earned your

18   bones?

19        A.   That's correct.  I told them that.

20        Q.   Not true, is it?

21        A.   I earned my bones.  That's not true.  I

22   lied to them.

23        Q.   And did you tell them at that meeting

24   about the Esparza?

25        A.   I did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And did you -- you told this jury that
 2 that was an SNM-approved hit, right?
 3      A.   No.
 4      Q.   You told them that you did that on behalf
 5 of the SNM?
 6      A.   Yes.
 7      Q.   Because if you're disrespected, you have
 8 only one choice, and that's the murder or serious
 9 assault, right?
10      A.   That's correct.
11      Q.   But did you tell the FBI, Ms. Armijo, Mr.
12 Beck, Mr. Castellano, at that time that that was the
13 purpose of that attack?
14      A.   They knew it was, but I didn't tell them
15 that.  It was a running joke that I wasn't an SNM
16 member, with a laugh, like, "I'm not SNM; you can't
17 prove it."
18      Q.   Okay.  Who was laughing the loudest there
19 at the time of this joke?  Can you tell us that?
20      A.   It was like, "Yeah, you're SNM.  We know
21 you're SNM."
22           "No, I'm not," and I'd just have a grin on
23 my face.  "I'm not SNM."
24      Q.   So you said, "Well, I can stick to that
25 lie," right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Once I knew I was coming under oath to

 2  testify, I knew that I had to tell the truth.  And

 3  yes, I'm an SNM member.

 4      Q.   So you think that the oath is what changes

 5  everything?

 6      A.   Well, I don't want to come in here and lie

 7  about nothing.

 8      Q.   I'm asking you:  Do you think it's the

 9  oath, when you take an oath?

10      A.   That changes something?

11      Q.   Yes.

12      A.   Yeah.  I'm up here and being truthful.  It

13  has to be truthful.

14      Q.   In other words, if you take an oath, it's

15  important that you basically honor that commitment?

16      A.   You get on the stand and you testify.

17  You've got to take an oath and be sworn in.  And

18  you've got to honor that commitment, yes.

19           MR. SINDEL:  May I approach, Your Honor?

20           THE COURT:  You may.

21      Q.   Ms. Armijo referred briefly to a state

22  case that was pending against you and Mr. Montoya

23  for the attack on Sosoya.  Am I correct on that?

24      A.   No, you're incorrect on that.

25      Q.   Who was the attack?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It's the murder of --

 2        Q.    Molina?

 3        A.    Molina, yes.

 4        Q.    Okay.  I'm sorry.  There's too many.

 5   Anyhow, I'm going to show you this document.  Do you

 6   recognize the handwriting?

 7        A.    Yes.  It's mine.

 8        Q.    And is that a document that you prepared

 9   in connection with that case?

10        A.    With the Molina case?

11        Q.    Yeah.

12        A.    That's correct.

13        Q.    In state court?

14        A.    That's correct.

15        Q.    What does it say there at the top of that

16   document?

17        A.    I, Mario Rodriguez, 610549, am writing

18   this here statement on the behalf of Jerry Montoya.

19   I swear all that I state herein now is true to the

20   best of my knowledge.  I am a co-defendant of Jerry

21   Montoya in CR-2014-00345, CR-2014-00310, as well as

22   an unknown case number.  I have never made any

23   statement involving this case until now.  I am

24   writing this on my own free will, and no one has

25   asked nor threatened me to do so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You swore in that statement that what you

2  were going to say in that statement was true, right?

3      A.   Not on the stand, no.

4      Q.   I didn't say that, did I?

5      A.   Is it the same?

6      Q.   Well, did you swear in that document that

7  you were going to tell the truth?

8      A.   Yes.

9      Q.   Did you?

10     A.   I believe there is a lot of truth to it.

11 But at the end of the day, no.

12     Q.   Well, did you say in that document that

13 Jerry Montoya never had a weapon?

14     A.   That's correct.

15     Q.   True or not?

16     A.   Did I say that?

17     Q.   No.  Is that true?

18     A.   That he had a weapon?

19     Q.   That he did not have a weapon?

20     A.   No, he had a weapon.

21     Q.   Lie?

22     A.   That's correct.

23     Q.   That's one.  Did you say that Jerry

24 Montoya never assaulted Molina?

25     A.   Where at?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

258

```
 1        Q.   I believe it's highlighted.
 2        A.   Any sort of weapon or assault, Javier
 3   Molina.  Yeah, that's correct.
 4        Q.   Yeah.
 5        A.   That's correct.
 6        Q.   A lie?
 7        A.   An inconsistency.
 8        Q.   A lie?
 9        A.   Yes.
10        Q.   Did you say in there that you never saw
11   Molina shooting up drugs?
12        A.   I never did.  That day, I never did.
13        Q.   Was the idea for him to shoot up drugs?
14        A.   That's correct.
15        Q.   To make the assault easier?
16        A.   It happened before he shot up drugs, so
17   that's the truth.
18        Q.   Did you say in there that Molina was
19   threatened by Montoya from the staircase?
20        A.   Where at?  Yeah, he did say that.  He
21   said, "Don't come near me."
22        Q.   Is that true?
23        A.   That's true.
24        Q.   Did you believe that Montoya acted because
25   he was threatened by Molina?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    No.

2        Q.    Okay.  And did you say also in there that

3   Montoya never assaulted Molina?

4        A.    Where at?  Yes, that's correct.

5        Q.    True?

6        A.    That's true.  Oh, that he never assaulted

7   him?

8        Q.    He never assaulted him?

9        A.    No, that's not true.

10        Q.    So when you swear, your words, "I swear

11   that all I state herein now is true," doesn't mean

12   anything to you, does it?

13        A.    Yes, it does.

14        Q.    It didn't mean anything to you back then,

15   did it?

16        A.    I was an SNM member then.  It didn't.

17        Q.    It didn't mean anything to you?

18        A.    No, sir.

19        Q.    And we have to try to judge when it is you

20   have decided to tell the truth, and when it is you

21   have decided to lie or exaggerate, don't we?

22        A.    Lie or what?

23        Q.    Lie or exaggerate.

24        A.    Yes.

25        Q.    Now, back to the October 24, 2017,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   statements you were making to the FBI and the
 2   members of the prosecution team.  Did you tell them
 3   that the Esparza assault was personal?
 4        A.   It was personal to me.  Yes, I did.
 5        Q.   Did you tell them that the SNM didn't have
 6   anything to do with it?
 7        A.   My membership of SNM.  But SNM didn't have
 8   their hand in saying, "Assault him."  That's true.
 9        Q.   Did you tell them that many SNM members
10   believe this stabbing was the incident where
11   Rodriguez earned his bones?
12        A.   Did I say that?
13        Q.   Yeah.
14        A.   Yeah, that's true.
15        Q.   I'm not going to lie to you.
16        A.   I don't know.
17        Q.   Not yet.
18        A.   Well, there you go.
19        Q.   I imagine you're a pretty good judge of
20   the truth, aren't you?
21        A.   I can see where you're going.
22        Q.   Yeah.  Well, have I thus far?
23        A.   There is a little bit of --
24        Q.   Have I lied to you thus far?
25        A.   I don't know.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.    Okay.  But you said to them it wasn't SNM;

2  it was personal?

3     A.    And that's the truth.

4     Q.    Well, did you tell them it was not for the

5  SNM?

6     A.    I did tell them that.

7     Q.    Did you tell this jury it was for the SNM?

8     A.    It was in furtherance of the SNM.  I did

9  tell them that, yeah.

10    Q.    So when you were talking to the FBI about

11 it, you basically made sure to distance this brutal

12 assault from the SNM, right?

13    A.    It's both true and -- both situations are

14 true.  I didn't attach SNM to it, you're correct.

15    Q.    So the truth is kind of a vapor cloud that

16 you can adjust when you want it?

17    A.    I think lawyers do it all the time.

18    Q.    I didn't ask you that, did I?

19    A.    It's not a vapor.  It's that I told them

20 the truth and excluded the fact that I was an SNM

21 member.

22    Q.    You got on that witness stand and said the

23 truth, and nothing but the truth?

24    A.    On this one?

25    Q.    Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                         1-800-669-9492
                                                                 e-mail: info@litsupport.com



1        A.   That's correct.

2        Q.   And when you went in and read that

3   Kastigar letter -- you know what I'm talking about,

4   right?

5        A.   Yes.

6        Q.   That's a letter that says, "Look, if you

7   tell us the truth, we won't prosecute you" -- "we,"

8   not "the state," but "we" -- won't prosecute you for

9   the crimes you admit?

10       A.   That's correct, I think.  I don't know.

11  Is that what it says?

12       Q.   Well, you signed it.

13       A.   Yeah, I know.

14       Q.   And they said, "Read it."

15       A.   I didn't read it.  I'm embarrassed to say

16  I didn't read it.

17       Q.   You can read and write?

18       A.   Yes, I can read and write.  But I just

19  signed.  I said, "Okay, this is what I need.  If I

20  speak to you, nothing be held against me."  And I

21  signed it.

22       Q.   Did they explain what a Kastigar letter

23  was?

24       A.   To a certain extent, yes.  I spoke to my

25  lawyer about it.  And I just didn't care.  I just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  wanted out.

 2        Q.   So -- well, I mean --

 3        A.   Hard to understand, I know.

 4        Q.   I'm kind of curious.  Because if you don't

 5  care, why are you asking for witness protection?

 6        A.   Because that's part of the things that you

 7  can have.

 8        Q.   So you do care about that, don't you?

 9        A.   I don't want to go to a prison where I'm

10  going to get killed.

11        Q.   Well, you don't want to go out in the

12  streets and have people know who you are, do you?

13        A.   If my life is in danger, no.

14        Q.   There are other advantages to being -- you

15  know what I mean by WITSEC, right?

16        A.   Right.

17        Q.   It's called Witness Security, right?

18        A.   That's correct.

19        Q.   It's available for people who want to hide

20  their identities, their past?

21        A.   For security reasons, yes, another reason.

22        Q.   It's available for any number of reasons,

23  if someone wants to hide their past, right?

24        A.   From what I understand, is that if the

25  risk to society outweighs the threat on your life,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that you're not obligated to have it.

2         Q.    No one has said you're obligated to have

3    it.

4         A.    Well --

5         Q.    Not many people hope you get it.  But the

6    point is:  Do you think that that's something that

7    could be available to you?

8         A.    Yes, I believe it is.

9         Q.    Now, did you ever clarify to the SNM that

10   you had attacked Esparza as a result of a -- for

11   personal reasons, and not in any way to show your

12   willingness to respond to what you thought was

13   disrespect?

14        A.    Did I explain that to the SNM?  Is that

15   what --

16        Q.    Yeah.

17        A.    In which way?

18        Q.    I mean, did you say, "Hey, guys, that

19   wasn't me earning my bones; I did that because he

20   personally disrespected me"?

21        A.    Well, they knew it was behind money and

22   the Burquenos, upstart of the prison gang,

23   Burquenos.  They knew what it was about.

24        Q.    Did you ever tell the FBI that you never

25   clarified with them that this was for personal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  reasons, and not because of the SNM?

2       A.   Did I ever tell them -- say that again.

3       Q.   The SNM members.

4       A.   Never --

5       Q.   "You may think this is for disrespect of

6  the SNM; but no, this guy owed me 900 bucks, and I

7  was going to -- and he laughed at me"?

8       A.   Yeah.  I don't think I told them that --

9  that I went to every carnal and told them, "Hey,

10 this is why I did it."  That's not what you do.  You

11 don't go around saying, "Hey" -- going over to every

12 carnal, telling them the reason why you did

13 something.

14      Q.   Can you read aloud that particular

15 sentence that begins with your name?

16      A.   "Rodriguez never clarified with the SNM

17 that the stabbing was for personal reasons and was

18 not earning his bones for the gang."

19           And that's what I told you.

20      Q.   Did you continue, during the course of

21 that interview, to tell the FBI -- to lie to them

22 about whether or not you were an actual member of

23 the SNM?

24      A.   I told you, I told them I wasn't an SNM

25 member.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   Throughout the interview?

 2      A.   What do you mean?

 3      Q.   Well, as the interview went on, sometimes,

 4  you know, you go, "Well, I guess I'm reminded that

 5  that wasn't exactly the whole truth."

 6           Did you say to them at any time, "Look,

 7  I've got to come clean to you.  I'm actually an

 8  inducted member in the SNM since 2005"?

 9      A.   Not until later on.  But that interview,

10  no.

11      Q.   Much later, right?

12      A.   About maybe -- well, like you said, I

13  haven't been gone that long from the SNM.

14      Q.   This was in October.  Did you tell them,

15  when you met with them on November the 1st?

16      A.   I don't believe I did.

17      Q.   Did you tell them -- did you come clean to

18  them and tell them the whole truth on November the

19  14th?

20      A.   I can't recall what date it was.  To be

21  honest, I can't.

22      Q.   Let's see.  Do you remember if you told

23  them in November?

24      A.   I do not remember.

25      Q.   Do you remember if you told them, when you

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  met with Chris Cupit and Captain Sergio Sapien on

2  December 12th, that you were a member?

3       A.   I know I did not tell them that then.

4       Q.   On January 22nd, when you met with Maria

5  and the FBI, did you tell them then?

6       A.   On one of the preps?

7       Q.   That you were a member of the SNM?

8       A.   I told Maria.  The first time I admitted

9  to it, I told Maria.

10       Q.   When was that?

11       A.   I think it was the first prep I went to.

12       Q.   We just went through the October 24th

13  first prep.

14       A.   That's not a prep.

15       Q.   Oh, you're talking about preparing for the

16  trial?

17       A.   Right.  The first time I ever met with

18  her, I came clean.

19       Q.   Would that have been on March 23rd?

20       A.   I do not know, sir.

21       Q.   If I showed you the document that reflects

22  there was a meeting to prepare for the trial, would

23  that be March 23rd?

24       A.   If you show it to me, and if it shows on

25  there, that's the date.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                  (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What's the date on there?

 2        A.    March 23, 2018.

 3        Q.    And does it indicate there at the

 4   bottom -- there is a highlighted section concerning

 5   your admission that you were brought into the SNM?

 6        A.    Yes, sir.

 7        Q.    Is that -- as far as you recall, is that

 8   the first time you told them the truth about that?

 9        A.    I think that's the first time, yes, sir.

10        Q.    That's a long time lying, isn't it?

11        A.    Lying, as far as how?

12        Q.    Your membership in the SNM.

13        A.    I've been denying it, yes.  It was a

14   running joke.  They knew I was SNM.  And I knew they

15   knew.

16        Q.    We don't know what they knew.  We only

17   know what you told them.

18        A.    I'm pretty sure they could testify to it.

19        Q.    Did you tell them on November the 1st that

20   you had never been voted into the SNM?

21        A.    We went through that.  Yeah, I told them

22   that.  The first time I told them was on the

23   document you showed me.

24        Q.    So, in other words, you continued with

25   that particular deception for months?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, sir.

2    Q.   Knowing full well that it is a crime to

3  lie to the FBI or a federal agent?

4    A.   I found that out in my prior testimony,

5  yes.

6    Q.   And in terms of what you found out, you

7  know that the range of punishment on that can be up

8  to five years?

9    A.   Now I do.

10    Q.   And there's multiple times that you've

11  lied to federal agents during the course of these

12  interviews; isn't that correct?

13    A.   No.

14    Q.   Each interview?

15    A.   Okay.  If you're saying each time I denied

16  being SNM, okay, each time I lied.

17    Q.   Each one is a lie?

18    A.   Okay.  Then you're correct.

19    Q.   Did you at any time contact Mr. Sanchez

20  about possibly turning, going to the Government's

21  prosecution team?

22    A.   Daniel Sanchez?

23    Q.   Yes.

24    A.   Yes.  I wrote him a letter.

25    Q.   To try to persuade him to do what you're



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   doing?

2        A.   To get out of the SNM, yes.

3        Q.   But also to cooperate?

4        A.   That's correct.

5        Q.   And get into WITSEC?

6        A.   That's a possibility, yes.

7        Q.   Now, you have testified here today about

8   your contacts with Mr. Gallegos, correct?

9        A.   With --

10        Q.   Joe Gallegos.  I'm sorry.  I think you

11   said you were out in the yard one day?

12        A.   Oh, yes.  Yes.  I was thinking that you

13   were asking me with you.

14        Q.   Well, we've never met before.

15        A.   No, what I'm saying is, testimony between

16   you and I.

17        Q.   Oh, I see.  Okay.

18        A.   Yeah.  I was trying to think.

19        Q.   Okay.  So you had -- had you ever

20   communicated with him by letter?

21        A.   No.

22        Q.   Had you ever communicated with him by

23   conversation prior to this meeting with Dan Sanchez

24   that you've testified about?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And had you ever -- do you have any

2    contact with him when he was on the outside?

3      A.   No.

4      Q.   Had you ever met him before the

5    conversation you had with Mr. Sanchez?

6      A.   No, I hadn't.

7      Q.   Do you know whether Mr. Sanchez grew up

8    with him?

9      A.   That's what Mr. Sanchez related to me,

10   yes.

11     Q.   And was that basically -- I think you said

12   it was primarily an introduction by Dan Sanchez to

13   Mr. Gallegos, right?

14     A.   At that conversation, yes.

15     Q.   And you didn't tell us anything about a

16   conversation that Mr. Gallegos had with you, right?

17   It was just, "Hello.  How are you?  Nice to meet

18   you"?

19     A.   That's it.

20     Q.   Did you ever receive a care package from

21   him?

22     A.   From Andrew Gallegos, yes.

23     Q.   No, I'm talking about Joseph.  I'm sorry.

24   That was my fault.  From Joseph Gallegos?

25     A.   Yeah.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com

1       Q.    From Joe?

2       A.    Yeah.  He disbursed it between us.

3       Q.    Who did?

4       A.    It went from the Andrew Gallegos to Joe

5   Gallegos, and Joe Gallegos disbursed it between four

6   or five of us, about three or four of us.

7       Q.    And did you indicate that in any of the

8   interviews that you have conducted with the U.S.

9   Attorney's Office or with the FBI?

10      A.    I think I told them about the care

11  package, but I didn't tell them that it got

12  disbursed by Joe.

13      Q.    So you left him out of that.  Did you ever

14  receive any kites from him?

15      A.    From who?

16      Q.    Joe Gallegos.  I'm sorry.

17      A.    Through the mail?  Through which form?

18      Q.    Well, inmate mail?

19      A.    Fishing line, fishing to one another.  If

20  something was going on, there is a drug deal or

21  something, then --

22      Q.    Did you ever receive any kites from Joe

23  Gallegos?

24      A.    Yes.

25      Q.    Did you ever save any of those?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
1        A.    No.

2        Q.    And you haven't testified to any of those,

3   have you, to date, before right this second?

4        A.    No.

5        Q.    And when you were in the Grant County

6   jail, I think you said that you escaped -- what?

7   Twice?

8        A.    That's correct.

9        Q.    Once when you walked away from a work

10  detail.  Where did you go?

11       A.    From work detail?

12       Q.    From the work detail, when you ran away.

13       A.    I took off into the surrounding area of

14  the work detail area.

15       Q.    Did you get anywhere farther than that?

16       A.    The vehicles that were there to pick me

17  up, I began running towards them.  And they had that

18  area already surrounded.  I was already, I think,

19  missing for about five or six hours, I think.

20       Q.    Did you ever try to leave the country on

21  one of these escape attempts?

22       A.    No.

23       Q.    Did you ever go to Mexico in connection

24  with an escape attempt?

25       A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    The other time that you escaped, you said

2    that that was when you faked the guards out, to try

3    and convince them you'd swallowed a razor blade?

4        A.    I did convince them.

5        Q.    And you were good at lying about that,

6    weren't you?

7        A.    No.  I had a piece of metal in me.

8        Q.    Well, you convinced them --

9        A.    It was a razor blade, yes.

10        Q.    Yeah, and you convinced them that you had

11    swallowed a razor blade, right?

12        A.    The X-ray machine convinced them of that.

13        Q.    And then you took off when you got an

14    opportunity?

15        A.    I did.

16        Q.    And that was all to avoid punishment or

17    prosecution for the offenses that you had committed

18    against John Hardy?

19        A.    I think that's the purpose of escaping.

20        Q.    And so that has always been one of your

21    primary goals, is to try to avoid punishment if you

22    could?

23        A.    No.

24        Q.    No?

25        A.    No.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

1      Q.   Well, were you willing to plead guilty to

2  59 years in the John Hardy matter for the sadistic

3  behavior you --

4      A.   I was going to go to trial.  They offered

5  me a plea deal of 18 years.

6      Q.   You could have gone to trial?

7      A.   I could have, but they offered me 18

8  years.

9      Q.   You could have said, "It wasn't me; it was

10  someone else"?

11      A.   And I did, until they offered me 18 years.

12      Q.   They offered you 18 years total, right?

13      A.   Yeah.

14      Q.   So if the deal is good enough, you'll walk

15  into court and lie, won't you?

16      A.   No.

17      Q.   Well, was that what happened then?  Is

18  that what your testimony is, that the deal was so

19  good, you were going to take it to trial, and even

20  though you didn't do anything, you finally said you

21  did?  You said no contest?

22      A.   I said no contest because of the deal, and

23  I committed a crime.  I was part of the crimes.

24      Q.   Are you wearing a black box now?

25      A.   A black box?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Uh-huh.

2        A.    As far as what?

3        Q.    Your handcuffs?

4        A.    The black box?

5        Q.    Uh-huh.

6        A.    Transport box?

7        Q.    Yeah.

8        A.    No.

9        Q.    You do know what I'm talking about, right?

10        A.    If it's a transport box, yes, I know what

11    you're talking about.

12        Q.    Okay.  And is it usually black in color?

13        A.    Yes.

14        Q.    And a transport box, it's there to further

15    restrict the movement of your hands?

16        A.    On transport, yes.

17        Q.    Make it harder to possibly escape?

18        A.    Yes.

19        Q.    Can you slip a transport box?

20        A.    A transport box?

21        Q.    Yes.

22        A.    No.

23        Q.    Have you ever tried to slip a transport

24    box?

25        A.    I think at one point in time, when the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  carnals were slipping their chains, I tried to slip

2  the chains.  Not a transport box.  You can't slip a

3  transport box.

4      Q.   Can you the slip the chains?

5      A.   I cannot.

6      Q.   Have you ever slipped the chains?

7      A.   I've never slipped the chains.

8      Q.   How was it that you were going to reach

9  into your nether regions, pull out a knife, and stab

10  whoever you decided you wanted to?

11      A.   Well, if Archie had kept his word on going

12  to trial, we were going to go to trial, I'd be just

13  like your defendants here in a suit, and I would

14  have went to the restroom, took out the weapon, and

15  --

16      Q.   I'm talking about when you came to trial

17  in Federal Court.

18      A.   Right.

19      Q.   But you also took your knife into Federal

20  Court every time you came to court?

21      A.   Well, yeah.  I'm not going to leave it in

22  my cell.  They go shake down our cells when we're

23  gone.

24      Q.   And every time you came to court, you

25  weren't wearing a suit, right?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1        A.    Right.

 2        Q.    You were dressed somewhat similar to what

 3   you are now, right?

 4        A.    Yes.

 5        Q.    And were you able to slip the handcuffs in

 6   order to secure access to this knife that you were

 7   carrying around?

 8        A.    No.  I would request officers to -- that I

 9   need to use the restroom.  They would remove one

10   handcuff, and then I could take it out.

11        Q.    Then you would take it out, and you could

12   come and wreak havoc in the courtroom if you wanted

13   to?

14        A.    If I wanted to, yes.

15        Q.    Now, you had discussed things about --

16   there were some questions that were asked you about

17   payment.  Have you received any kind of financial

18   payments from the Government since you have -- since

19   that October 24th meeting?

20        A.    I think New Mexico, they gave me $50 a

21   month.

22        Q.    And have you ever sought money from any

23   other source besides family?

24        A.    Sought money from any other source?

25        Q.    Um-hum.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    As far as what?

 2        Q.    Just have you ever written to people on

 3   the outside, saying, you know, "I need money.  I'm

 4   an inmate.  I'm locked up.  Can you possibly get me

 5   any money?"

 6        A.    Friends?

 7        Q.    Friends or strangers?

 8        A.    Yeah, I probably have.

 9        Q.    All right.  Do you know what a website

10   Write to Inmates is?

11        A.    Yeah.

12        Q.    That's a website where you can put some

13   information about yourself on that website, and then

14   you could solicit letters from other individuals?

15        A.    That's correct.

16        Q.    And you can also, if you want to, try to

17   get a little money to help you get by?

18        A.    Yes.

19        Q.    And you've done that?

20        A.    I believe I received mail from a website

21   that one of the homie's wife was doing, and I

22   probably -- I don't think I asked anyone for money.

23   I don't know.  That's a long time ago.

24        Q.    Well, it's back in 2015, right?  You were

25   doing that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   Actively?

3    A.   Yes.

4    Q.   You had written a letter to a gentleman

5  named Hosie?

6    A.   Hosie Jackson, yeah, that had written me.

7    Q.   And at the time that you had written him,

8  you had written him at least two letters, right?

9    A.   I think so.

10    Q.   Okay.  And when you were responding to his

11  letters, you were aware, were you not, that he was

12  gay?

13    A.   Yeah.  He was saying he was a homosexual,

14  yes.

15    Q.   And you said in 2015, you were aware of

16  the SNM's rules and responses to individuals who

17  engage in gay activity, homosexual activity?

18    A.   That's correct.

19    Q.   And you didn't mention that in any way in

20  your letter to Mr. Jackson, did you?

21    A.   That I was SNM?

22    Q.   Or anything about the fact that you

23  belonged to a group that discriminated or hated

24  them?

25    A.   No.  No, I didn't tell him that.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

281

1      Q.   Do you recall, as you sit there today,

2  whether you ever asked that gentleman for money?

3      A.   He was offering money.  I told him, "Well,

4  go ahead and send it."

5      Q.   Regardless of the sexual preference,

6  right?

7      A.   Yeah.  I don't discriminate against

8  people's choices in life.

9      Q.   Well, I mean, was that -- you understand

10  at least that the SNM could take a look at your

11  sexual criminal penetration as a possible homosexual

12  act, right?

13      A.   No.  It was with a foreign object.  It

14  wasn't sexual pleasure.

15      Q.   Well, because you say it's a foreign

16  object, right?

17      A.   I think you read it in discovery, in the

18  J and S, didn't you?

19      Q.   We don't know exactly what occurred in

20  that room, do we?

21      A.   Yeah, we know.

22      Q.   Because we can trust you?

23      A.   Yes, sir.

24      Q.   Do you remember receiving a questionnaire

25  or going through a questionnaire with Special Agent

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                           FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE
BEAN & ASSOCIATES, Inc.

1-800-669-9492
e-mail: info@litsupport.com

282

```
 1   Acee?

 2        A.   Yes.

 3        Q.   And did you write down the answers, or did

 4   he?

 5        A.   I think he wrote down the answers and

 6   brought me the draft, and I amended them, I think,

 7   where he got some of the stuff wrong.

 8        Q.   Okay.

 9             MR. SINDEL:  May I approach, Your Honor?

10             THE COURT:  You may.

11        Q.   Do you recognize this as the document you

12   referred to as the questionnaire?

13        A.   I believe this is the document, yes.

14        Q.   All right.

15        A.   I didn't write this, though.

16        Q.   Okay, I'm going to get to that.  Can you

17   take a look through that, each page, one at a time,

18   and tell me if there is anyplace where you made any

19   changes, corrections, additions, or edits?

20        A.   I don't think I've seen this one.

21        Q.   That's page 1.  There is more to it?

22        A.   I think these might have been my

23   corrections, but not in my handwriting.

24        Q.   Well, I'm not sure I understand the

25   process.  Mr. Acee is asking you questions?  Or did
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you read the document and answer the questions?  How

2  did that work?

3      A.   I think he asks you a variety of

4  questions, and then you answer them.  And then he

5  reads you a draft, and you go over it to see if it's

6  correct.  And I think I wrote this stuff in, but

7  it's not my handwriting.

8      Q.   So, I mean, I guess if you say you wrote

9  it in, I would assume it would be in your

10 handwriting, but you're saying it's not?

11     A.   It's not my handwriting, no.

12     Q.   You looked at the first two pages.  Go

13 ahead and look at the rest of them.

14     A.   I see that this is my corrections.

15     Q.   Okay.

16     A.   Because I mentioned these individuals.

17     Q.   All right.

18     A.   That's not my handwriting.

19     Q.   Okay.  Just to be fair, what happened was,

20 you may have made some corrections, and Acee may

21 have done the handwriting?

22     A.   I don't know who did the handwriting, but

23 someone did the handwriting.

24     Q.   All right.  But you did the interview with

25 Mr. Acee, correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    The date on it?

 3        A.    11/1/17.

 4        Q.    And do you remember being asked in that

 5   questionnaire, "What year did you join the SNM?"

 6        A.    I don't think I admitted in that one,

 7   right?

 8        Q.    What?

 9        A.    I don't think I admitted to being an SNM

10   member in that.

11        Q.    I'm asking if you remember on that

12   questionnaire?

13        A.    I did not.

14        Q.    I think it would be a little bit fairer if

15   I put it in front of you.

16        A.    Okay.

17        Q.    Is that okay?

18        A.    Okay.  Go over it like that?

19        Q.    Yeah, I think so.

20        A.    You got copy of it?

21        Q.    I don't.  Do you have a copy machine with

22   you?

23        A.    We'll share, man.

24        Q.    So there on page 1, there are three

25   questions that are highlighted, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    That's part of the questionnaire, right?

 3        A.    Yes.

 4        Q.    And in those questions, can you read --

 5        A.    I know what this is now.  This is the

 6   actual questionnaire, and then back here is maybe

 7   the answers.

 8        Q.    Some of the answers are right there --

 9        A.    What it is -- no, the things I did to fix

10   it.  So this is the questionnaire he gives you.

11   There are none of my answers here.

12        Q.    Wait a minute.  Let's just slow down.  It

13   says:

14              "What is your name?"

15        A.    Right.

16        Q.    "Mario Rodriguez."

17        A.    Right.

18        Q.    "Blue," in quotation marks?

19        A.    Right.

20        Q.    Okay.  It says:

21              "Who gave you that moniker or nickname?"

22              "Teacher in Springer, always looked sad."

23        A.    That's correct.

24        Q.    So that is the information you gave him,

25   right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    That's the information I gave him, yes.

 2          Q.    Are there any answers to the question:

 3                "What year did you join the SNM?"

 4          A.    Not on this page, no.

 5          Q.    Is there any answers -- you'll go through

 6    the whole thing, okay, just one at a time.  Is there

 7    any answers to the question:

 8                "Who brought you into the SNM?"

 9          A.    On the questionnaire, no.

10          Q.    And I think you've testified that there

11    was someone who brought you into the SNM, right?

12          A.    Yes.

13          Q.    But that's not answered there on the

14    questionnaire?

15          A.    Not on the questionnaire, no.

16          Q.    It says:

17                "Were you in a street gang prior to

18    joining the SNM?  And if so, what street gang?"

19                That's also blank; is that right?

20          A.    It's blank, yes.

21          Q.    And there is no question after that?

22          A.    There is no answer after that.

23          Q.    I mean -- sorry.  No answer.  It's a long

24    day.

25          A.    You're making it longer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   That's my job.

 2             Then on this second page, it says:

 3             Answer 20.  "What did you do to earn your

 4   bones?"

 5             That's also blank.

 6        A.   Yes.  On the questionnaire, it's blank,

 7   yes.

 8        Q.   Because at that point in time you were

 9   saying, "I had never earned my bones"?

10        A.   I think it will be blank on the

11   questionnaire as far as my responses to these

12   questions.

13        Q.   All right.  So November 1, 2017, you're

14   still denying that you had ever made your bones?

15        A.   November 1st?

16        Q.   November 1st.

17        A.   2011?

18        Q.   2017.

19        A.   Oh, yeah.  2017.  All right.

20        Q.   I'm sorry.  And it says:

21             "Who are the current SNM leaders?"

22             That's also blank; is that right?

23        A.   Yes.

24        Q.   You had talked today or yesterday about

25   the gang's reputation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Correct.

 2       Q.    And that was a major influence factor in

 3  terms of the decisions you were making?

 4       A.    The reputation of the SNM?

 5       Q.    Yes.

 6       A.    Yes.

 7       Q.    To uphold the SNM to the point of actually

 8  exposing yourself to a life sentence?

 9       A.    Yes.

10       Q.    Number 38.  It says there:

11             "In some gangs, if one member does

12  something to compromise the gang's reputation, then

13  all the members suffer to some degree.  Is that true

14  of the SNM?"

15             What's your answer there?

16       A.    On the questionnaire, there is no answer.

17       Q.    Question 61:  "Who do you believe to be on

18  the SNM hit list presently?"

19             There is no answer there, is there?

20       A.    No.

21       Q.    Also, do you notice that heading "Drug

22  Trafficking"?

23       A.    Where at?

24       Q.    I'm sorry.  Right there.

25       A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And does it indicate there towards the

2    bottom, there is handwritten in there, "Heroin

3    brought in through COs"?

4    A.   Yes.

5    Q.   Now, was it true?

6    A.   Do you want to ask me if there is an

7    answer there?

8    Q.   Yeah.  Okay.

9    A.   Yes.  It says:

10         "Allegedly Arturo Garcia claimed cartel

11   connection."

12   Q.   That's not the question I asked you,

13   though.  I asked you about this here.

14   A.   Okay.  "Heroin back in the day through

15   COs."

16   Q.   Okay.  So I think that you had testified

17   Suboxone came in through the mail?

18   A.   One of the ways it comes in, yes.

19   Q.   Because it could be hidden in the mail?

20   A.   That's correct.

21   Q.   Legal mail?

22   A.   Yes.

23   Q.   A lot harder to hide heroin?

24   A.   It's been done, but they caught on to how

25   it was being done, yes.

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Right.  So in order to get heroin in,

2   which is the drug of choice among many of the people

3   in the prison population --

4        A.    Before Suboxone came around, yes.

5        Q.    You had to go through COs?

6        A.    Yes.

7        Q.    You had to corrupt them?

8        A.    Right.

9        Q.    You had to give them money?

10       A.    That's right.

11       Q.    Sometimes they would earn sexual favors

12   with people on the outside?

13       A.    That's correct.

14       Q.    And you knew members of the SNM or you

15   knew people in the prison population that are also

16   engaged in sexual activities with members of the

17   prison staff?

18       A.    I know some, yes.

19       Q.    Those were all ways to try to get drugs or

20   other benefits while you were serving your time?

21       A.    I think those are more used just for

22   romantic relationships with the women.

23       Q.    Okay.  But did those women also sometimes

24   bring in weapons?

25       A.    I couldn't say.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did they bring in drugs?

 2        A.    Not that I'm aware of.

 3        Q.    Did they bring in drugs?

 4        A.    Not that I'm aware of.

 5        Q.    Did they -- were they -- could be used or

 6   utilized to gain access to illegal material in the

 7   prison if they --

 8        A.    Yeah.

 9        Q.    You could -- so that members of the prison

10   population might, either through extortion or just

11   through romantic insistence, be able to get

12   something through those people?

13        A.    A favor, yes.

14        Q.    COs, for the most part, that was money?

15   That was how you got a CO to be corrupt?

16        A.    Yeah.

17        Q.    At page 6 there is a question, 95, right?

18   And it says -- the question says:

19              "Why was Castillo killed?"

20              Is that right?

21        A.    Yes.

22        Q.    And that was a Frank Castillo, Francisco

23   Castillo?

24        A.    Francisco?  I don't know that Francisco

25   was his name.  I know him as Frank Castillo.
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                            1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                    e-mail: info@litsupport.com

292

```
 1        Q.    Okay.   Frank?

 2        A.    Yeah.

 3        Q.    Whatever?

 4        A.    Right.

 5        Q.    And you didn't answer that, did you?

 6        A.    I don't know nothing about the details of

 7   that murder.

 8        Q.    Okay.   And when asked whether or not Joe

 9   Lawrence Gallegos or any of the other people named

10   there ever talked to you about the murder, you

11   said -- you left that blank, as well?

12        A.    They never did.

13        Q.    There is also there question number 104.

14   Are you aware that the Castillo murder is part of

15   this indictment?

16        A.    The VICAR indictment?

17        Q.    Yes.

18        A.    Yeah.   It's part of the indictment, yeah.

19        Q.    And are you aware that a gentleman or a

20   man named Adrian Burns, he's also part of the

21   indictment?

22        A.    That's correct.

23        Q.    And Jose Gomez?   He's also part of the

24   indictment?

25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   So there are various counts that relate to

 2 those individuals, listing them as possible victims?

 3      A.   That's correct.

 4      Q.   Okay.

 5      A.   And I don't have no information on those

 6 assaults or murders.

 7      Q.   Okay.  Well, we'll get to that.  I'm

 8 assuming that you know.

 9           THE COURT REPORTER:  I can't hear you.

10           MR. SINDEL:  I'm sorry.  I apologize.  I

11 didn't say, really, anything of consequence.  So I'm

12 going to ask him a question.

13      Q.   Adrian Burns is murdered.  The question

14 was:

15           "Why did this murder take place?"

16           You had no information on that?

17      A.   I don't.

18      Q.   Okay.  And I asked you whether or not any

19 of the Gallegoses ever discussed with you the

20 murder.  And you left that blank because --

21      A.   I didn't answer it.  They never did.

22      Q.   And then on down to 108, in terms of this

23 Jose Gomez again:

24           "Why did this assault take place?"

25           No answer?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No answer --

 2        Q.    Because you --

 3        A.    -- on the questionnaire.  And I couldn't

 4   answer it even if -- there's no answer on the

 5   questionnaire.

 6        Q.    Also on the question 109, the same thing:

 7              "Why did this assault take place?"

 8   Referring to the assault of Jose Gomez.

 9              You just basically say that Joe is kind of

10   weird?

11        A.    Right.

12        Q.    Nothing to do with any assault or murder

13   or anything like that, right?

14        A.    That's correct.

15        Q.    And I wanted to ask you on the

16   questionnaire, question 121:

17              "Explain the hierarchy or chain of command

18   within the SNM."

19              You left that blank?

20        A.    Where are you at?

21        Q.    I'm sorry.  121.

22        A.    Yeah, it's blank.

23        Q.    On page 10 of that questionnaire, there is

24   a whole series of questions about Daniel Archuleta

25   and several other assaults.  Those are all left
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

1    blank because you didn't know anything about it?

2         A.    Archuleta.

3         Q.    Archuleta, right.

4         A.    Yeah.  Wait.  Yeah, it's blank.

5         Q.    Thank you.  You described yourself, I

6    think, as a soldier?

7         A.    Yes.

8         Q.    And a hitter?

9         A.    No, not a hitter.

10        Q.    Just a soldier?

11        A.    A soldier.

12        Q.    What's the distinction between a hitter

13   and soldier?

14        A.    A hitter is someone who is known for

15   bringing in drugs consistently.

16        Q.    And is there a designation within this SNM

17   hierarchy of a torpedo?

18        A.    A torpedo.

19        Q.    Yeah.

20        A.    That's usually used in the idea that

21   you're going to use someone because they're already

22   used up, to make them seem like they're good again,

23   and send them on a mission, and then kill them

24   later.

25        Q.    The idea being to fool them into thinking

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   that basically there is a chance for them?

 2        A.   That's correct.

 3        Q.   And did you ever hear that Joe Gallegos

 4   had a green light on him?

 5        A.   Not a green light, no.

 6        Q.   He was questionable?

 7             MS. ARMIJO:  Objection; foundation.

 8             THE COURT:  He's saying he doesn't know,

 9   so I think that needs a foundation, the question.

10             MR. SINDEL:  All right.

11   BY MR. SINDEL:

12        Q.   Have you ever heard from any source

13   whatsoever -- this is a "Yes" or "No" -- that Joe

14   Gallegos is a torpedo?

15             MS. ARMIJO:  Objection; calls for hearsay.

16             THE COURT:  Well, I think that -- well,

17   why don't we approach on these.  We're probably

18   going to have these.

19             (The following proceedings were held at

20   the bench.)

21             THE COURT:  In the last trial, we had some

22   of the rumors, those sort of things.  I guess I

23   probably need to figure out -- in the last trial, I

24   think that was of some importance.  Are these going

25   to be more, I need to come in and I instruct the

SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    jury that they can't come in for the truth of the

 2    matter, but only for somebody's state of mind or

 3    impact?

 4              MR. SINDEL:  That's correct.

 5              THE COURT:  Do we care about his

 6    statement?  That's the problem.

 7              MR. SINDEL:  The only reason, he's used

 8    that terminology in his 302s, and so he's the first

 9    person I've had a chance to sort of get that in

10    through.  So I'm trying to demonstrate that there

11    were individuals within the SNM which were

12    expendable.

13              THE COURT:  But what is -- I guess I'm

14    trying to figure out how the rumor, if there is a

15    rumor, how it has any relevance in the case, so that

16    I can talk to the jury in an intelligent way, with a

17    limiting instruction, about this issue.  If I tell

18    them they can't consider it for the truth of the

19    matter, what are they considering it for?

20              MR. SINDEL:  Well, I think it would be,

21    since you said he was one of the decision-makers in

22    the SNM, I think he might be able to.  It would go

23    to his role in that regard; that he saw them, just

24    like he may have seen other people, as being

25    torpedoes and expendable.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I think you can certainly talk
 2   to him about whether he ever put a hit, was he
 3   involved in the conspiracy to kill Joe Gallegos, but
 4   I guess the question that you're asking now is --
 5   I'm trying to figure it out.
 6              MR. SINDEL:  I'm trying to figure it out,
 7   too.
 8              THE COURT:  Let me sustain it here, and
 9   I'll keep an open mind if, down the road, we need to
10   get it in.  In the last case, I think, with Rudy
11   Perez, I ended up instructing the jury because it
12   went into his whole defense.
13              MR. SINDEL:  Would the Court be amenable
14   to maybe taking a lunch break now?  I can then go
15   through the cross and cut it down a lot.  That's
16   what I usually do when I get a chance.
17              THE COURT:  Okay.
18              MR. SINDEL:  Is that okay with the Court?
19              THE COURT:  You don't have five or so
20   minutes to spend here?  I don't want to waste
21   everybody's time.
22              MR. SINDEL:  Not that I have without
23   rethinking the torpedo.
24              THE COURT:  All right.  I'll let the jury
25   go.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2    open court.)
 3              THE COURT:  All right.  I think this would
 4    be a good time for us to take our lunch break.
 5    Let's shoot for being back in about an hour.  Have a
 6    good lunch.  I hope it's a nice day out there.  I
 7    think the winds are coming back in, but it was a
 8    nice day this morning.  I'll see you in about an
 9    hour.
10              (The jury left the courtroom.)
11              THE COURT:  I didn't give you a ruling on
12    your objection.  I am overruling it.  I do think
13    it's relevant.  But you were owed a ruling, so I
14    will overrule it.
15              All right.  We'll see y'all in about an
16    hour.
17              (The Court stood in recess.)
18              THE COURT:  I think I've got an attorney
19    for each defendant, and each defendant is in the
20    room.  All right.
21              Anything we need to discuss before we
22    bring the jury in?  For the Government?
23              MS. ARMIJO:  No, Your Honor.
24              THE COURT:  Do any of the defendants have
25    any issues?  Mr. Burke?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:  At some point in time, we'd
 2    like to deal with the sequestration.
 3              THE COURT:  Well, I've looked at your
 4    brief.  I'm still not convinced.  I mean, I think
 5    Judge Bennett's -- there is nothing in the rules
 6    that allows what he's doing.  He's just trying to
 7    put his sense of fairness there.  So I'll keep
 8    looking at the issue.  It's on my radar.  But I'm
 9    not convinced.
10              MR. CASTLE:  Are we prevented, then, from
11    telling our investigators to investigate something
12    we hear in court?  Because if so, we're at a huge
13    disadvantage.
14              THE COURT:  Anybody see any problem, from
15    the Government's standpoint, on that?
16              MR. BECK:  No, Your Honor.
17              THE COURT:  Okay.  So that's fine.
18              All rise.
19              They're not lined up yet.  Anything else
20    we need to discuss?
21              MR. SINDEL:  Ice cream.
22              THE COURT:  I've started going to
23    Caliche's.  I'm going to have to bring new suits up
24    here.  And if you do it once, you get in the habit;
25    then you have to start rewarding yourself.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (A discussion was held off the record.)

 2                (The jury entered the courtroom.)

 3                THE COURT:  As you came in, you caught us

 4   talking about Caliche's, the frozen custard place.

 5   If you're not familiar with Las Cruces and haven't

 6   tried it, it's very good; but then it gets

 7   addictive.  I told them I'll probably need to bring

 8   a new suit down that's a little larger if I start

 9   getting in the habit, going to Caliche's every

10   afternoon.

11                Mr. Rodriguez, if you would return to the

12   witness stand.  I'll remind you, you're still under

13   oath.

14                THE WITNESS:  Yes, Your Honor.

15                THE COURT:  Mr. Sindel, if you wish to

16   continue your cross-examination of Mr. Rodriguez,

17   you may do so at this time.

18                MR. SINDEL:  Thank you, Your Honor.

19   BY MR. SINDEL:

20        Q.   Mr. Rodriguez, I had showed you, earlier

21   today, Government's Exhibit 607.  That was the

22   judgment and sentence and other documents that

23   pertained to the John Hardy case that came out of

24   Grant County Detention Center?

25        A.   Yes, sir.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

302

```
1        Q.   Do you remember that?

2        A.   Yes.

3        Q.   And there was some discussion we had, and

4   I just want to make sure I clear it up, about

5   whether the judgment was consistent with the plea

6   and disposition agreement that you had entered into?

7        A.   Yes.

8        Q.   On that particular document, you don't

9   have -- you don't sign anything; that's the Judge

10  that signs off on the judgment and sentence, right?

11       A.   I don't know.

12       Q.   Do you want me to show it to you again?

13       A.   Yes.

14       Q.   And just so the jury is clear, you

15  referred to this in the vernacular as a J and S, a

16  judgment and sentence?  Yes?

17       A.   No, I did not sign it.  I don't even think

18  there's a place for me to sign it.  Correct.

19       Q.   There isn't.  Let's see if there's a place

20  for you to sign on this document.

21            MR. SINDEL:  Your Honor, may I approach?

22            THE COURT:  You may.

23       Q.   So this document I'm showing you now,

24  that's labeled a "Plea and Disposition Agreement"?

25       A.   Yes, that's what it's labeled.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And these are all the case numbers that

2   were involved in the multiple charges that you had

3   pending against you in Grant County?

4      A.   I believe this is the amended version.

5      Q.   This is -- well, I'll show you the amended

6   version.

7      A.   Okay.

8      Q.   This is not -- take a look at it.  So in

9   this particular document, the plea agreement, that

10  contains the agreements that were entered into and

11  the circumstances, the charges, things like that,

12  that pertain to the plea that you entered in

13  connection with the assaults and the criminal sexual

14  penetration of that man?

15     A.   Yes.

16     Q.   Now, if you look on the front there on the

17  first page, like you said to the jury, you pleaded

18  no contest?

19     A.   That's correct.

20     Q.   That means that you're not contesting the

21  charges?  You just say, "There you go"?

22     A.   That means that I'm pretty much bowing out

23  of defending myself against the crimes.

24     Q.   Right.  And in those documents, it refers

25  to the kidnapping, and that had to do with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    restraining this man in the cell, where he couldn't

2    get away?

3         A.   No, not restraining him.  Holding him

4    against his will when the cell door is locked.  No

5    one could get out of the cell.

6         Q.   Right.  When he was on the floor and you

7    guys were beating and kicking him, did you feel like

8    that was any kind of restraint?

9         A.   I wasn't a part of that.

10        Q.   You had said earlier that you did hit him

11   in the face?

12        A.   Yes, but I wasn't a part of the group

13   beatings.

14        Q.   Oh.  So you did it on your own?

15        A.   Yes.

16        Q.   Oh, good.  All right.

17        A.   Are you relieved?

18        Q.   Not exactly.  I'm close.

19             All right.  So then you would beat him.  I

20   guess he'd be laying on the floor, slobbering, snot

21   coming out of his nose, blood, everything else, as

22   you beat him up?

23        A.   No.

24        Q.   Okay.  As to the other counts, the Count

25   3, that's the criminal sexual penetration?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.
 2        Q.    And then this plea agreement, you signed
 3   it without any reference to aiding or abetting?
 4        A.    Yes, that's correct.
 5        Q.    And no reference to backing with another?
 6        A.    Yes, there is a reference to others.
 7        Q.    Can you tell me where it says others?
 8        A.    Jason Lucero's cell.  That's another
 9   individual.
10        Q.    Held in Jason Lucero's cell?
11        A.    That's correct.
12        Q.    That's the kidnapping?
13        A.    Yes, but --
14        Q.    I'm asking about criminal sexual
15   penetration.
16        A.    Okay.  No, there is nothing that clarifies
17   it, who did it.
18        Q.    Okay.  It doesn't mention any other person
19   at all, does it?
20        A.    Other than the defendant.
21        Q.    Yeah.  And that's you?
22        A.    That's correct.
23        Q.    And then in terms of Count 4, the same
24   thing, right?
25        A.    That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   One is the hot sauce, and one is the
 2   lotion?
 3        A.   Yes.
 4        Q.   Were you present when he was forced to
 5   drink a cup of his own urine?
 6        A.   I believe I was in the cell, yes.
 7        Q.   You've also -- I think you consider
 8   yourself a creative person?
 9        A.   Based on what?
10        Q.   Creative?  You've written fiction, you've
11   written essays, right?
12        A.   Yes.  I've written as a hobby, yes.
13        Q.   You've talked to Jose Jackson about
14   writing a novel or a book?
15        A.   Jose?
16        Q.   Hosie.
17        A.   Oh, yes.  I don't know if I did.  Yeah,
18   probably.
19        Q.   And you talked to him about writing your
20   memoirs?
21        A.   That's correct.
22        Q.   Do you know who Jack Abbott is?
23        A.   Jack Abbott?
24        Q.   Yes.
25        A.   No.
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                                   1-800-669-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    Have you ever heard of "In the Belly of
 2   the Beast"?
 3        A.    Yeah, I know he's an author, but I never
 4   read nothing of his.
 5        Q.    You didn't read that?
 6        A.    No.
 7        Q.    Now, you also became friendly with a
 8   gentleman named Keith Mark Johnson, correct?
 9        A.    That's correct.
10        Q.    And Mr. Johnson would take some of your
11   writings and reduce them to typed form, correct?
12        A.    Yes.
13              MR. SINDEL:  May I approach, Your Honor?
14              THE COURT:  You may.
15        Q.    I'm going to show you what's been an
16   unmarked exhibit, which is an essay, labeled, "An
17   Essay by Mario Rodriguez"; is that right?
18        A.    That's correct.
19        Q.    "Inmate Level 6"?
20        A.    Yes.
21        Q.    And there is a highlighted area under the
22   first paragraph of that essay.  Would you read to
23   the jury what it says?
24        A.    "I believe in my heart of hearts that all
25   of my crimes are all because I never harmed an
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    innocent person."

2        Q.    Had Mr. Hardy in any way disrespected you?

3        A.    Yeah.

4        Q.    How?

5        A.    When he was there, I attempted to give him

6    a haircut, and he didn't want the haircut, so he

7    elbowed me in the chest, yes.

8        Q.    He elbowed you in the chest?

9        A.    Right.  That was a form of disrespect.

10       Q.    Okay.  And did he -- did he say anything

11   to you, after you had beaten him up, about how he

12   didn't take too kindly to being slugged in the face,

13   Ajax cleanser shoved up his nose?

14       A.    Let me clarify.  He was never slugged in

15   his face.  He was never beaten in his face at all.

16   It was --

17       Q.    Oh, never slugged?

18       A.    Exactly.  That was the purpose.  Yeah,

19   people were beating him on the body.

20       Q.    You didn't consider him in any way an

21   innocent person because he was in jail?

22       A.    He was in jail, yeah.

23       Q.    I'm showing you this document here.  It's

24   called "The Writings of Mario Rodriguez"?

25       A.    Yes.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   The second paragraph, there's a
 2   highlighted portion, is there?
 3        A.   Yes.
 4        Q.   Yeah?
 5        A.   "This is what I believe."  What's that in
 6   reference to?
 7        Q.   This is in reference to the writing you're
 8   making, right?
 9        A.   Right.
10        Q.   Right there?
11        A.   Right.
12        Q.   There's an introduction there, "This is
13   what I believe," right?
14        A.   That's what it says.
15        Q.   You wrote it?
16        A.   Yeah.
17        Q.   And does it say there, "Accepting
18   generosity and never returning it, you gain six
19   points by cheating.  So the lesson seemed to be if
20   you could spend your life exploiting people, by all
21   means do it"?
22        A.   That's correct.  That's what it says.  But
23   that's not my writing.
24        Q.   Is it in the essay that you said, "This is
25   what I believe"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   You're reading one paragraph.  I'm not

 2   answering that because you're trying to switch one

 3   paragraph into another paragraph that's about 20

 4   pages away.

 5        Q.   Wait a minute.  Oh, I see.

 6        A.   Yeah, you see.

 7        Q.   When you wrote, "This is what I believe,"

 8   that wasn't a true statement; is that right?  Is

 9   that right?  Let go of it.

10        A.   What I believe is, one time in prison, a

11   person finds --

12        Q.   Let go of this, sir.  You know, please.

13        A.   You're not going to switch up my words

14   from one paragraph to 20 words away, into another

15   paragraph.

16        Q.   I get to ask the questions.

17        A.   So I'm not going to read it, because it's

18   not even my writing.

19        Q.   Let me see if I can --

20        A.   The writing he's referring to is a book by

21   Wright called "The Moral Animal."  It's based on

22   friendship.

23             MR. SINDEL:  Nonresponsive.  Objection,

24   Your Honor?

25        A.   Which is exploiting one another.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Rodriguez.

 2              I'm striking his answer.

 3              You listen to the question, Mr. --

 4              THE WITNESS:  I'm not going to answer.

 5              THE COURT:  Well, listen to the question

 6  first, and let Mr. Sindel ask his question.

 7              So the jury will disregard that answer,

 8  and it's stricken from the record.

 9              All right.  Mr. Sindel.

10  BY MR. SINDEL:

11      Q.   "This is what I believe:"?  Colon.

12  Correct?

13      A.   I don't know.  That's not my writing,

14  because it's not my handwriting.  It's typed.

15      Q.   Okay.  Did you send it to Mr. Johnson so

16  he could type it up?

17      A.   No.  He was a teacher within the Level 6,

18  and he took it.

19      Q.   Listen to my questions.

20      A.   No, I did not send it to him.

21      Q.   How did he get?

22      A.   I gave it to him in person.

23      Q.   Okay.  That's a difference.  So when he

24  wrote this stuff or typed it up for you, did he make

25  changes in it?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't know.  I haven't read it in a long
 2   time.  It's a possibility.
 3        Q.   Well, is this -- do you think he's
 4   writing, Mr. Johnson is writing what he believes?
 5        A.   Well, you'll have to ask him.
 6        Q.   And does it say in this document, "It just
 7   depends what side of life you are judging.  For some
 8   reason, I can't regret my choice, no matter how
 9   harshly judged and shamed"?
10        A.   That's my writing, yes.
11        Q.   Now, we talked earlier today about the
12   tablet.  In February of -- February 7th, February
13   8th, did you have that tablet available to you?
14        A.   What was the date?
15        Q.   February 7th and February 8th, 2018.
16        A.   February 7th, February 8th, 2018?
17        Q.   Yes.
18        A.   Yes, I have it.
19        Q.   When was it they took the tablet from you?
20        A.   When?
21        Q.   I asked you earlier, or I thought I did,
22   whether you had the tablet, and you said "No"?
23        A.   I never said that.  I said it wasn't
24   upgraded.
25        Q.   All right.  Did you have the tablet last
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   night?
 2        A.   Yes.  I've had it since the beginning of
 3   the case.
 4        Q.   And have you had it basically every day,
 5   except for those times when it's being charged?
 6        A.   In the beginning, yes.
 7        Q.   And now you can charge it yourself, right?
 8        A.   That's correct.
 9        Q.   You've got an outlet in your cell now,
10   right?
11        A.   That's correct.
12        Q.   And does it include phone calls that
13   made -- amongst people that were either charged or
14   not charged, audio recordings?
15        A.   Yes.
16        Q.   Does it contain photographs?
17        A.   Of who?
18        Q.   Anyone?  Photographs.
19        A.   It sure does, yes.
20        Q.   You've seen it, right?  I haven't seen
21   your tablet.
22        A.   You haven't seen your client's discovery?
23        Q.   I haven't seen your tablet, sir.
24        A.   Oh, yeah.  It's the same as your client's.
25        Q.   Does it include audio and videotapes?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I believe it does.

 2        Q.    You believe it does?  Or do you know it

 3   does?

 4        A.    I believe it does, yes.

 5        Q.    Because it does contain them, right?

 6        A.    Yes.

 7        Q.    It contains all sorts of investigative

 8   documents?

 9        A.    That's correct.

10        Q.    It contains FBI reports and reports of

11   interviews, right?

12        A.    That's correct.

13        Q.    It contains, basically, as far as you

14   know, all the discovery that's available to any of

15   these individuals in this case?

16        A.    That's correct.

17        Q.    So you can read and find out what somebody

18   else -- you can read and find out what Julian

19   Romero's testimony has said, right?

20        A.    Who?

21        Q.    Julian Romero.

22        A.    Julian?

23        Q.    Yeah.  You can read what he says?

24        A.    You're talking about Julian Romero?

25        Q.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

315

```
 1        A.    Yeah.
 2        Q.    You can read what, basically, anyone who
 3   has given a report to the FBI, you can read and see
 4   exactly what they claimed happened, right?
 5        A.    That's correct.
 6        Q.    Now, as a result of being convicted of
 7   criminal sexual penetration, do you understand that
 8   you have to register as a sex offender?
 9        A.    That's correct.  If I was to get out in
10   society, I would.
11        Q.    And that's something you don't want to
12   have to do, isn't it?
13        A.    Well, I never thought I was going to get
14   out to society.  It wasn't probably one of the
15   things I was going to have to.  But no, I wouldn't
16   have enjoyed that.  No.
17        Q.    Certainly, you don't want to have to
18   register as a sexual offender if the Government is
19   able to give you some deal that puts you back on our
20   neighborhoods and in our streets, do you?
21        A.    If I have to, I'm going to.
22        Q.    Obviously, you're going to have to; the
23   law requires it.  But you wouldn't want to?
24        A.    I wouldn't want to, but I'm going to
25   follow the law.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Okay.  And the situation is that actually,

2    you've filed pleadings in court in an attempt to try

3    and get that condition removed, haven't you?

4        A.    I filed ineffective assistance against my

5    lawyer, yes.

6        Q.    And those are called petitions for writs

7    of habeas corpus, right?

8        A.    I filed three of them.

9        Q.    And in terms of those, what you understand

10   those to be, based upon your education and educating

11   yourself, is that to say that you are being

12   illegally detained because you didn't have the

13   quality of a lawyer that the Constitution requires?

14       A.    Yes.  The lawyer didn't explain to me the

15   requirements of pleading out to a charge like that,

16   yes.

17       Q.    And in three times, you have not been

18   successful in getting that condition removed, have

19   you?

20       A.    I think the second time, I was -- I was on

21   the verge of being successful, and then I was going

22   to file one to the federal courts, and I just said,

23   "Fuck it."  I just pulled it.  I didn't file to the

24   federal courts.

25       Q.    So you don't have any pleading that says,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                     e-mail: info@litsupport.com

```
 1   "I want to go to federal courts and challenge this?"

 2   This is all in state court, correct?

 3        A.   Yeah.  I told my lawyer, "Just forget it."

 4        Q.   And you lost those proceedings?

 5        A.   That's correct.

 6        Q.   And so as you understand it, you have to

 7   register as a sex offender?

 8        A.   If I was to get in society, yes.

 9        Q.   And did you also at one time believe that

10   if you got into the WITSEC program, that particular

11   requirement might not remain?

12        A.   I don't know if it would, but if it's part

13   of the process, maybe I would.  I don't know.  I

14   would hope not.

15        Q.   You certainly -- some of the arrangements

16   and deals that you have with the Government, with --

17   you call her "Maria" and you call him "Matt" or

18   "Matthew?"  Do you call Mr. Beck "Matt"?

19        A.   Matthew Beck.

20        Q.   Do you call him "Matt"?

21        A.   No.

22        Q.   Do you call Mr. Castellano "Randy"?

23        A.   No.

24        Q.   So the only one you call by first name is

25   Maria; is that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    When you're making deals with these people

 3   that we're talking about, you have asked Sergeant --

 4   I mean Agent Acee -- to carry the water for you and

 5   to try to help you get through this process with the

 6   least possible damage?

 7        A.    Carry water for me?

 8        Q.    Yeah.   Be a spokesman for you?

 9        A.    I never asked him to be a spokesman for

10   me.   How?   In which way?

11        Q.    Well, let me see:

12              "November.   SC Acee advised the CHS" --

13   that's you -- "that Mr. Rodriguez could be

14   recommended to the federal witness security program

15   if you become a witness."

16              Do you remember discussing that with Agent

17   Acee?

18        A.    I don't.   You got it on paper so I can

19   refresh my memory?

20        Q.    Sure.

21              MR. SINDEL:   May I approach?

22              THE COURT:   You may.

23        A.    I think this is -- I don't know what this

24   is.   That's what it says, yes, that he could

25   recommend that.   I don't think I ever asked him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  that.
 2       Q.   So you never even discussed the WITSEC
 3  program?
 4       A.   I discussed --
 5       Q.   I showed you a document this morning in
 6  your own handwriting.
 7       A.   Right.
 8       Q.   Okay.  So you have discussed it with him?
 9       A.   My -- my asking of him was to go to a
10  prison with no gang activity.  I think that's what
11  it was.
12       Q.   Do you remember the handwritten document
13  that I showed you that was attached to the FBI 302?
14       A.   Yes.
15       Q.   That was your handwriting, was it not?
16       A.   Yes, it was.
17       Q.   And it referred to the WITSEC program, did
18  it not?
19       A.   The witness protection facility.
20       Q.   You talked about Silver City?
21       A.   And?
22            MR. SINDEL:  May I approach, Your Honor?
23            THE COURT:  You may.
24       Q.   This is what I showed you in a slightly
25  more legible copy today, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   "I'm looking to get a WITSEC protection

3  identity."  Correct?

4      A.   That's correct.

5      Q.   "Due to me being so well known within the

6  New Mexico Department of Corrections" -- and you use

7  the initials -- "and my hometown."  Correct?

8      A.   That's correct.

9      Q.   This other page here, that's part of what

10 you're trying to get, what you're trying to

11 negotiate for standing here or sitting here and

12 answering my questions?

13     A.   Do you think that's what I'm trying to

14 negotiate?

15     Q.   I don't know.

16     A.   I already told you what this was.

17     Q.   What this is, is your hope that they will

18 consider running your sentences concurrent?

19     A.   No.

20     Q.   So that you don't have to do state and

21 federal time?

22     A.   That is a measurement.  That is a

23 measurement of how much time I'm doing presently.

24 And it is ran concurrent.

25     Q.   On the document that I showed you, that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you are requesting to be utilized in trial as a

2    witness so you could qualify for the witness

3    security program?

4         A.   There you go.

5         Q.   That's what you want, right?

6         A.   That's what they put in there, and I

7    guess -- yeah.  I would like to go to a WITSEC

8    facility, yeah.

9         Q.   Did they just pull this out of thin air?

10        A.   I've never seen that.

11        Q.   I didn't ask you that, did I?

12        A.   No matter.  I never seen that.  I'm

13   telling you.

14        Q.   They just pulled this out of thin air,

15   made this up?

16        A.   Maybe they did.  I don't know.

17        Q.   You think Agent Acee is making these

18   things up and giving it to defense counsel?

19        A.   I've never seen that.

20        Q.   I didn't say that, did I, sir?

21        A.   What are you saying?

22        Q.   "That Rodriguez requested to be utilized

23   in trial as a witness so he could qualify for the

24   witness security program?"

25        A.   Then I guess at some point in time, that

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

 1  that's what I requested.

 2      Q.   Maybe you did.

 3      A.   Let's just say I did, then.

 4      Q.   Okay.

 5      A.   There you go.

 6      Q.   There you go.  And Sergeant -- I mean

 7  Special Agent Acee told Rodriguez he would likely be

 8  called as a witness?

 9      A.   Well, yeah.  I was involved in a murder.

10  Of course, I would be.

11      Q.   And that you would be recommended to the

12  federal witness security program if you became a

13  witness.  You read that in there, didn't you?

14      A.   That's what you just read.

15      Q.   And, in fact, didn't you talk to Mr.

16  Sanchez about the witness protection program?

17      A.   Yeah, I did.

18      Q.   Did you write him a letter about the

19  witness protection program?

20      A.   Daniel Sanchez?  I spoke to two Sanchezes.

21  I spoke to two of them.

22      Q.   Did you talk --

23      A.   I talked to -- ready?

24      Q.   Go ahead.

25      A.   I talked to Ronald Sanchez about the



SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.                    e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   possibility of him and his brother doing time in a

 2   facility where they didn't have to get in no more

 3   trouble, where everything that was based on their

 4   behavior, they got to have; that the SNM wouldn't be

 5   the cause of anything to do with their lives no

 6   more.

 7        Q.   Did you write Daniel Sanchez a letter?

 8        A.   Yes, I did.

 9        Q.   And did you talk to him about the witness

10   protection program?

11        A.   I think I told him.

12        Q.   That's a "Yes" or "No," sir.

13        A.   Yes, I did.

14        Q.   And was that -- did you tell him, "A new

15   identity record means your guys go hunting again

16   legally"?

17        A.   That's what I told him.

18        Q.   And that's because you knew as a felon, he

19   couldn't legally possess a firearm?

20        A.   And he still can't.  When you're --

21        Q.   Well, you thought at that time he could?

22        A.   I thought at that time, yes.

23        Q.   You thought you'd get a totally new

24   identity, right?

25        A.   That's a possibility, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And if you got a new identity, you would
 2   no longer be the Mario Rodriguez who criminally
 3   penetrated another individual, would you?
 4      A.   I did not criminally penetrate him.  But
 5   yes, I was present at the crime, yes.
 6      Q.   And if you got a new identity, you might
 7   not have to register, right?
 8      A.   I do not know.
 9      Q.   You thought that, didn't you?
10      A.   No.
11      Q.   Well, you certainly believed you could
12   carry weapons, right?
13      A.   I think that's a bow and arrow.
14      Q.   Well, you didn't say that, did you?
15      A.   No, but I found out real quickly.
16      Q.   You found out you couldn't do that, right?
17      A.   That's correct.
18      Q.   You can't run away from your history as a
19   sexual offender?
20      A.   Cannot.
21      Q.   But you were at least hoping that if you
22   could get out on the streets, you wouldn't have to
23   register as a sexual offender, because you hoped you
24   could get a new identity, right?
25      A.   That's just the thing.  I'm not a sexual

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   offender.

 2        Q.   Well, you are.

 3        A.   A sexual offender is people who touch

 4   little kids and rape women.  That's a sexual

 5   offender in the prison world.

 6        Q.   Well, I'm not talking about the prison

 7   world.

 8        A.   Well, here we are, in a prison case.

 9        Q.   I'm talking about --

10        A.   In the prison world, your society, your

11   rules, don't matter.

12        Q.   I asked you a question.

13             MR. SINDEL:  Nonresponsive; objection.

14             THE COURT:  I'll strike Mr. Rodriguez's

15   answer, and you'll not consider it.

16             Why don't you wait for Mr. Sindel to ask

17   you a question, and then respond to it.

18             THE WITNESS:  Okay, Your Honor.

19             THE COURT:  Mr. Sindel.

20   BY MR. SINDEL:

21        Q.   Whether in the prison world or not you

22   would be considered a sexual offender, you certainly

23   understand that you have to, by law, because of what

24   you pled guilty to, register as a sexual offender?

25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And if you got into the WITSEC program, it

2  was your hope that you could get out of prison and

3  maybe wander the streets again without the identity

4  that required you to register as a sexual offender?

5      A.   That's correct.

6      Q.   One last favor.  Please don't move to

7  Missouri.

8           MR. SINDEL:  That's all I have.

9           MS. ARMIJO:  Objection, Your Honor;

10  argument.

11           THE COURT:  Sustained.  We don't need

12  comments like that.

13           MR. SINDEL:  I'm sorry, Your Honor.

14           THE COURT:  Anyone else have questions?

15  Mr. Burke?

16           MR. BURKE:  No questions.

17           THE COURT:  No questions?

18           Mr. Granberg?

19                CROSS-EXAMINATION

20  BY MR. GRANBERG:

21      Q.   Good afternoon, Mr. Rodriguez.  I

22  represent Mr. Christopher Chavez.  I'd like to ask

23  you a couple of questions about him.

24           You stated earlier that you barely knew

25  Mr. Chavez; is that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And you only knew of him?

 3        A.    I knew of him before I met him, yes.

 4        Q.    Okay.  Did you have any personal

 5   interactions with him?

 6        A.    When I met him, yes.

 7        Q.    Well, you said a moment ago you knew of

 8   him?

 9        A.    I knew of him before I met him, yes.

10        Q.    So when did you meet him?

11        A.    I met him when I was going down to state

12   court on the Molina murder, when I was being housed

13   at the Southern New Mexico Correctional Facility.

14        Q.    And did you have an interaction with him?

15        A.    Yes.

16        Q.    What did the interaction consist of?

17        A.    I had an interaction with him in the yard,

18   where -- because I had a stabbed a Barelas member, a

19   member of his gang.  We were talking about the

20   streets, and how the Barelas were upset with the

21   members of the SNM that were from Barelas.  And that

22   he didn't give a fuck, though, because who was

23   stranger, and that him and Boo-Boo were killers, and

24   no one told him nothing.

25        Q.    Okay.  And that consisted of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   interaction?
 2        A.   That was the interaction.  There was other
 3   just bullshit talk and regular prison politics.  But
 4   it was -- he was an artist, I was an artist.  We
 5   drew.
 6        Q.   At any point did he admit to you that he
 7   was an SNM member?
 8        A.   No.  He called me "carnal."  That's it.
 9        Q.   Well, in New Mexico, there is a large
10   prison gang called Carnales, correct?
11        A.   Los Carnales?
12        Q.   Carnales.
13        A.   No.
14        Q.   And in the Spanish vernacular, men often
15   refer to other friends as "carnales"; is that
16   correct?
17        A.   Why?  Is your client a Los Carnales
18   member?
19        Q.   No.  I'm saying, if he knows Spanish, he
20   may use the term?
21        A.   Not within the prison system, no.  You
22   call someone a "carnal" in prison, you're a member
23   of the SNM.  Unless he's claiming he's an LC member.
24   I don't know.
25             MR. GRANBERG:  Pass the witness.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1            THE COURT:  Thank you, Mr. Granberg.

 2            Ms. Torraco, do you have cross-examination

 3  of Mr. Rodriguez?

 4                  CROSS-EXAMINATION

 5  BY MS. TORRACO:

 6       Q.   Good afternoon.

 7       A.   Good afternoon.

 8       Q.   I'm a little confused about something, and

 9  perhaps you can help me clear it up.

10            On direct examination, when Ms. Armijo was

11  asking you questions, you testified earlier that

12  Andrew had given you a care package.  Do you

13  remember that?

14       A.   He sent a care package, yes.

15       Q.   Sent a care package.

16       A.   He didn't give it to me in person.  He

17  sent it through the CO to his brother, and his

18  brother disbursed it.

19       Q.   That's not what you testified to on

20  direct.

21       A.   Okay.

22       Q.   On direct, you testified that Andrew had

23  gotten you a care package; correct?

24       A.   It came from him, yes.

25       Q.   And on direct, you never said anything
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

1    about Joe giving you a care package?

2          A.    No, I don't remember if I did.

3          Q.    But on cross-examination, you suddenly

4    brought up that there was a care package that went

5    from Andrew to Joe to you?

6          A.    To three or four of us.  It got disbursed.

7          Q.    So my question is:  Isn't it true that you

8    changed your story for cross-examination?

9          A.    No.  It's just, I didn't elaborate to the

10   fullest of it.

11         Q.    Okay.  You left out a detail?

12         A.    Joe, yes.

13         Q.    Okay.  And is that because somehow you

14   wanted to -- you realized you didn't want to

15   incriminate Andrew; and instead, you wanted to

16   incriminate Joe?

17         A.    No.  I don't want to incriminate no one.

18   I'm just up here telling the facts of what I know.

19         Q.    Okay.  So you just left out part of that

20   on your direct exam?

21         A.    On accident.

22         Q.    On accident?

23         A.    Yes, ma'am.

24         Q.    Let's talk about that care package.  That

25   care package did not have any contraband, did it?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



```
 1        A.    No, ma'am.
 2        Q.    And the care package was something that
 3  contained things from the canteen or commissary?  Is
 4  that what you call it?
 5        A.    Yes, ma'am.
 6        Q.    The commissary?
 7        A.    Yes.
 8        Q.    So it was all legal things within the
 9  jail?
10        A.    That's correct.
11        Q.    Okay.  And you're saying that you think it
12  came from Andrew, because he had said something to
13  you in a transport van?
14        A.    He asked us what we needed.
15        Q.    And did you tell him you needed soap?
16        A.    Soap, deodorant.  The carnals were
17  relating it to him, yes.  But I was right there in
18  the conversation.
19        Q.    Okay.  Were you in the courtroom when
20  someone needed a jacket, and Andrew volunteered to
21  give him his jacket?
22        A.    When?
23        Q.    Were you in the courtroom when Andrew
24  volunteered to give his jacket to someone else who
25  needed a jacket?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Today?

2        Q.    Yes.

3        A.    I wasn't aware of that, no.  I was

4   probably here, but I wasn't aware of it.

5        Q.    And so why -- if he gave you something

6   that was kind --

7        A.    Right.

8        Q.    -- he did an act of human kindness?

9        A.    Yes, he did.

10        Q.    He expressed empathy for you?

11        A.    That's correct.

12        Q.    Why did you testify about it today like he

13   did something wrong?

14        A.    He didn't do nothing wrong.  I never said

15   it was wrong.  I appreciated the offer.  What I'm

16   saying is that that's just how it goes when you show

17   up somewhere and you have care packages.  And I

18   appreciate what he did for me.  It's not to -- I'm

19   not up here making accusations about facts to his

20   case.  I haven't made accusations in any way, shape,

21   or form.

22        Q.    Okay.  Mr. Rodriguez, you did.  Because

23   Ms. Armijo asked you a question about it, and you

24   readily volunteered that Andrew had given you a care

25   package?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                           e-mail: info@litsupport.com



```
 1        A.    That's true.

 2        Q.    Right?  Had you talked about that ahead of

 3   time with Ms. Armijo?

 4        A.    I think I did, yes.

 5        Q.    Well, otherwise, she wouldn't have known

 6   to ask the question, right?

 7        A.    Yes, ma'am.

 8        Q.    And so, therefore, there was an

 9   implication that somehow Andrew did something that

10   was wrong?

11        A.    It wasn't wrong.  It was showing the

12   relationship between the carnals.

13        Q.    That's what you think it was, right?

14        A.    That's what it is.

15        Q.    No.  You don't know what's in Andrew's

16   mind, do you?

17        A.    Neither do you.

18        Q.    Well, I know better than you, because I

19   talk to him.

20              How many times have you spoken to him?

21        A.    Transport van.  That's it.

22        Q.    One time?

23        A.    That's correct.

24        Q.    And you decided that somehow him being

25   kind to you was some gang thing?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It is a gang thing.  We're all carnals.

 2        Q.    Objection -- sorry.  You need to answer my

 3   questions.  Okay?  And you're volunteering all this

 4   other information.

 5              You decided -- "Yes" or "No" -- that

 6   because he showed you an act of kindness, that it

 7   must have been because it was a gang thing?

 8        A.    Yes.

 9        Q.    And yet, you don't know Andrew Gallegos

10   from before that moment; isn't that true?

11        A.    I do not.

12        Q.    You had never met him before?

13        A.    No, ma'am.

14        Q.    So you don't know if that's Andrew's

15   personality; isn't that true?

16        A.    As far as what?

17        Q.    That he is very giving, kind, and generous

18   person.

19        A.    I'll let you believe that.  But no, I do

20   not know.

21        Q.    You don't know either way?

22        A.    I don't know either way.

23        Q.    You jumped to the conclusion that it was

24   because it was a gang something?

25        A.    We're all gang members there.  I know.  I
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
1   lived this life.  It's not a bad thing, you know.
2   Take pride in it, I guess.
3        Q.   It's a bad thing to me.
4        A.   Well, there you go.  Then you should blame
5   him for that.
6        Q.   So then your testimony on direct was, he
7   made a comment about "carnals"?
8        A.   That he called us "carnals"?
9        Q.   Right.  Was he looking at you when he said
10  that?
11       A.   He was talking to the group of us that
12  were there.  Not me directly.  I don't know who he
13  was looking at.
14       Q.   Okay.  He was not talking to you?
15       A.   No, probably not.
16       Q.   That's right.  In fact, what does
17  "carnals" literally mean?
18       A.   It means brother.
19       Q.   Brother?
20       A.   Brothers, yeah.  "Carnales" or "carnal"?
21       Q.   Isn't it true that his brother was in that
22  van?
23       A.   Yes, he was.
24       Q.   Thank you.
25            Now, it seems to me -- and I'd like to go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   on to this issue about you being proud of the crimes

2   that you've committed.  And that's how it comes

3   across to me.  Is that true, that you're proud of

4   these?

5        A.   I was at one point in time, until I

6   started reflecting and writing.  And there comes

7   shame with it.  I was proud at one time, yes, I was.

8        Q.   Well, it seems like you're pretty proud

9   when you're testifying.

10       A.   I'm talking about the acts I committed,

11   yes.

12       Q.   And you made sure that all the lawyers

13  knew all the details, like stabbing people's eyes

14  and hitting their face, right?

15       A.   That's what happened.

16       Q.   And that's because you were an SNM member,

17  right?

18       A.   That's correct.

19       Q.   And when you're an SNM member, you're

20  proud of what you do?

21       A.   Yes, ma'am.

22       Q.   A badge of honor?

23       A.   Yes.

24       Q.   And because of that, you were respected?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    And you liked the respect that you got?

2        A.    Yes, I did.

3        Q.    People were afraid of you?

4        A.    I don't know.  They never admitted to it.

5        Q.    Well, what do you think?

6        A.    I think most guys were afraid of me, yes.

7        Q.    Okay.  And even though you didn't admit to

8   the administration until much later that you were

9   SNM, people -- everyone knew that you were SNM?

10       A.    Everyone within the prison system and

11  STIU, the administration, yes, ma'am.

12       Q.    Okay.  They all knew that you were SNM?

13       A.    Everyone knew, yes, but they couldn't

14  validate me.

15       Q.    And you wanted them to know, right?

16       A.    Well, you know, everyone knows who an SNM

17  member is, just by the way we talk.

18       Q.    Did you want them to know?

19       A.    Well, of course.  That's why I did the

20  crimes I committed for them.

21       Q.    Okay.  Because you wanted that -- whatever

22  -- that badge of honor?

23       A.    That's correct, Miss.

24       Q.    Or you wanted that respect, right?  But

25  you wanted the notoriety?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   At one point in time, yes.

 2        Q.   Because that's part and parcel of being

 3   part of SNM; correct?

 4        A.   Yes, ma'am.

 5        Q.   Is the notoriety for being a really bad

 6   guy?

 7        A.   Yes.

 8        Q.   Okay.  And you were also a really good

 9   soldier, weren't you?

10        A.   Well, you're going to have to ask these

11   guys.  I don't know.

12        Q.   No, I'm asking you.

13        A.   I believe I was.

14        Q.   Thank you.  And you would say that if you

15   were told to do something that was SNM, you'd do it?

16        A.   That's correct.

17        Q.   And you would do whatever you were told to

18   do; correct?

19        A.   Yes, ma'am.

20        Q.   And the fact that this stabbing is on

21   video, that didn't bother you, did it?

22        A.   No.

23        Q.   As a matter of fact, it's fine that it's

24   on video, isn't it?

25        A.   It's fine.  Yeah, it helps.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN
&ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        Q.    Because it's actually better than fine,
 2   because it builds you up, right?
 3        A.    We never seen this until the discovery
 4   came out.  This was used for the academy, for the
 5   COs to learn from it.
 6        Q.    When you were in the pod and -- what's his
 7   name? -- Esparza was going to the bathroom, into the
 8   showers, you knew there was a CO right there?
 9        A.    Yes.
10        Q.    And you didn't care if the CO saw you pull
11   a shank and start stabbing Esparza?
12        A.    No.
13        Q.    And you knew that what happens in the pod
14   is videotaped?
15        A.    Yeah.  There is cameras, yes.
16        Q.    You knew there were cameras?
17        A.    Right.
18        Q.    You knew somehow -- maybe "videotape" is
19   the old-fashioned word, but you knew somehow
20   everything in the pods were recorded?
21        A.    That's correct.
22        Q.    You didn't care about that, did you?
23        A.    No.
24        Q.    Because you're not trying to hide your
25   crimes?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

340

 1        A.    You're not trying to hide your crimes at

 2   all.  You face them and you take responsibility for

 3   them.

 4        Q.    Right.  Because you're proud of SNM?

 5        A.    That's right.

 6        Q.    And at this point, or at some point, you

 7   started to self-admit that you were SNM; correct?

 8        A.    At what point?

 9        Q.    I don't know.  You tell me.

10        A.    Self-admit to who?

11        Q.    Well, I get to ask the questions, and you

12   get to answer.

13        A.    Well, I need you to clarify.

14        Q.    Okay.  You self-admitted always in the Pen

15   to other inmates; correct?

16        A.    I never went around saying, "Hey, I'm SNM.

17   Hey, how you doing?  I'm SNM."  No.

18        Q.    Okay.  Well, then, how did people know you

19   were SNM?

20        A.    Because we have our language that we went

21   with.  When we're in the yard, we just talk to

22   carnals, "Hey, what's up, carnal?"  Everyone in the

23   prison system -- no one calls each other "carnal"

24   other than SNM.  The prison system, when you're in

25   the yard and people call you "carnal," it's

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

1    instantly known that you're an SNM member.

2         Q.    Says you?

3         A.    Yeah.  Says me, yes.

4         Q.    But you've also told us a bunch of rules

5    that seem to be rules one day, and maybe not rules

6    another, or maybe you didn't even know the rules.

7    Do you remember all the rules, how you said nobody

8    really tells you the rules?

9         A.    I believe people were told.  But the way I

10   was, you don't have to tell me the rules.  I was

11   already a convict, and the way I carry myself was in

12   a rightful way.  That's why I was recruited by the

13   SNM.  I was recruited because of my violence in the

14   SNM.

15             Yeah, no one sat me down and told me,

16   "This is Rule Number 1," or, "This is Rule Number

17   2."

18             They come to you and say, "Hey, do you

19   have a shank?"

20             "No."

21             "Well, here's one, and make sure you

22   always have one."

23        Q.    So you kind of learn some rules as you go?

24        A.    Yes.  You learn rules as you go.  You

25   learn politics as you go.  You learn who is who, and

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    who it's good to be close to.  You know what I mean?

2    You learn as you go.

3         Q.   Okay.  So I've been different places --

4    let's say I was in a parking lot.  I've heard people

5    call other people "homies."  Not in my vocabulary,

6    but I've heard that on the streets.  Are you telling

7    me they were SNM?

8         A.   We don't call each other that.  We call

9    each other "carnal."  Did you hear them call each

10   other "carnal"?

11        Q.   In the beginning of your testimony --

12        A.   Right.

13        Q.   -- you gave two terms.

14        A.   Right.

15        Q.   You said "carnals" and you said "homies."

16        A.   Right.  When two carnals are talking,

17   we'll say "the homies."

18        Q.   I know.  But let me ask a question,

19   because it makes it really hard on the court

20   reporter when we're both talking at the same time.

21        A.   Maybe you should let me speak, then.

22        Q.   Did you testify about the term "homies"?

23        A.   Yes.

24        Q.   Did you testify that that's a term that's

25   used in the Pen?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Between carnals, yes.

2      Q.    Okay.  Thank you.

3            Now, not everyone, when you were in the

4  pod with Esparza, was SNM; correct?

5      A.    Yes.

6      Q.    And the same thing with the other young

7  man?

8      A.    Who?

9      Q.    The man that you sodomized.

10     A.    I was not an SNM member at that time.

11     Q.    Okay.  So every time that you've been in

12 different pods around the state of New Mexico,

13 everyone isn't SNM in one pod, right?

14     A.    Depending if you're in a gang unit.  If

15 you're suspected or validated, you're automatically

16 put into gang pods.

17     Q.    And not everyone is -- I need you just to

18 answer "Yes" or "No."  Is everyone in a pod always

19 SNM?

20     A.    In just a pod in general?

21     Q.    Yes.

22     A.    I don't know.  You'd have to go pod to pod

23 to find out.

24     Q.    So you also testified that talking to

25 authorities, talking to the police or the COs, is an

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    automatic green light?

2         A.    That's correct.

3         Q.    Do you remember that?

4         A.    Yes.

5         Q.    And do you still stand by that testimony?

6         A.    I stand by that testimony, yes.

7         Q.    Okay.  So is it fair to say that talking

8    to the police is basically an automatic kill?

9         A.    Yes.

10        Q.    Okay.  And you typically get some sort of

11   paperwork on that?

12        A.    It takes -- you know, there's got to be a

13   rumor, start with a rumor, and then you've got to

14   verify with the paperwork.  Only you can order to

15   kill with paperwork.

16        Q.    Okay.  Now, disrespect.

17        A.    Yes.

18        Q.    What is disrespect?

19        A.    Disrespect is anything that makes you look

20   bad in the light of your own organization, anything

21   that could make you feel weaker.  Disrespect takes

22   everything from you in prison.  If you're

23   disrespected, it strips you of everything, and

24   everyone will run over you, and your own people will

25   always use it against you.  "Hey, you let that guy



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  fucking disrespect you.  You're not going to move up

2  in status.  You're pretty much making the SNM look

3  in a bad light."

4          Disrespect is -- it could be a variety of

5  things.

6      Q.   So Esparza.  He's the one that owed you

7  money?

8      A.   Yes, ma'am.

9      Q.   So Esparza was disrespecting you by not

10 paying you?

11     A.   That's correct.

12     Q.   Is there a way that you disrespected

13 Esparza?

14     A.   No.  I treated him very well until the

15 point I stabbed him.  Yes, I gave him opportunities

16 to pay me.

17     Q.   Okay.  And how much money did he owe you?

18     A.   900.

19     Q.   So depending upon the level of disrespect,

20 would it also depend on what their consequences are?

21     A.   Depends on the individual and what he's

22 willing to do for that disrespect.

23     Q.   Okay.  So disrespect is not an automatic

24 kill?

25     A.   It not an automatic kill, but you have to



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  buck up against it.

 2      Q.   Okay.  So regarding disrespect, you could

 3  also just rough him up a bit?

 4      A.   If you're outside the SNM, yes.  But if

 5  you want -- if you're within the SNM and someone

 6  disrespects you, you want to go out of your way to

 7  kill him.

 8      Q.   That's what you want, right?

 9      A.   With the SNM, yes.

10      Q.   That's what you want?

11      A.   As an SNM member, yes.

12      Q.   So are you telling me that everyone who

13  has disrespected another SNM member is dead?

14      A.   Well, you would have to find out how many

15  people disrespected, and then go search the state of

16  New Mexico for bodies.

17      Q.   Okay.  So that's your code, though.

18  Disrespect, you already testified, is not an

19  automatic green light?

20      A.   It's not an automatic green light, no.

21      Q.   Thank you.

22           So I have some questions about kind of

23  this dealer role that you had.  You were dealing

24  drugs in prison?

25      A.   At one point in time, yes.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    And the guy, Esparza, he wasn't a dealer,
 2   right?
 3        A.    He was a user.
 4        Q.    He was a user.  Is that what you call it
 5   in jail, a "user"?
 6        A.    Yes.
 7        Q.    Not a "junkie"?
 8        A.    Yes.
 9        Q.    Addict?
10        A.    You can call it whatever you want.
11        Q.    Okay.  What do people say in jail, or in
12   prison?
13        A.    Well, you don't want to offend the guy and
14   call him a fucking junkie.  That's disrespecting,
15   you know.
16        Q.    You could get killed for that?
17        A.    You can get killed.  Yeah, if you
18   disrespect the wrong person and he's from another
19   organization, call him a "junkie," it can cause the
20   SNM and that organization to go to war over our
21   words, and you'll be in bad standing with the SNM.
22        Q.    Right.  But isn't it true that you could
23   call somebody a "junkie," and you might not get
24   killed for it?
25        A.    No.  That's disrespect, bad.  You call
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   someone a "junkie," it's like selling your mom's

 2   money, selling your mom for drugs.  A junkie is bad.

 3        Q.   Was Esparza a junkie?

 4        A.   No.  He was a user.

 5        Q.   Okay.  So there must be a difference.

 6        A.   A user -- a junkie is someone that's going

 7   to give pretty much everything in their room,

 8   canteen, $50 sack of canteen, and they're living

 9   with nothing in their house.  That's a junkie.  A

10   junkie gives everything up for drugs.

11             A user will spend 20, 30 bucks here and

12   there, and come through with money, a larger amount

13   of money.

14        Q.   Okay.  But you weren't going to let this

15   user get away with owing you money, right?

16        A.   No, I wasn't.

17        Q.   And that's because you were the dealer,

18   and you were in charge, and he's not going to

19   disrespect you; correct?

20        A.   Yes.

21        Q.   And as a dealer, you're going to take

22   control of the situation, right?  You're not going

23   to let this go on?

24        A.   No, because the next person is not going

25   to pay me.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Okay.  So it's important that you take
 2  charge and you set an example?
 3      A.   Set an example; they know not to mess with
 4  me or the SNM.
 5      Q.   Right.  And if they are going to get drugs
 6  from you, they better pay you, right?
 7      A.   Yes.
 8      Q.   And you do not want the word to get out
 9  that some user is in control, and they can just
10  decide when they're going to pay you, right?
11      A.   That's correct.
12      Q.   So what happens if a user needs a fix?
13      A.   If a user need a fix?
14      Q.   Um-hum.
15      A.   In prison?
16      Q.   That's correct.
17      A.   How much money has he ran up?
18      Q.   I don't know.
19      A.   Well, I can't answer.
20      Q.   I don't know what happens.  Do they go
21  into withdrawal?
22      A.   They go into withdrawal.
23           MR. CASTLE:  Objection; relevance.
24           THE COURT:  What's the relevancy of this,
25  Ms. Torraco?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. TORRACO:  I can tie it up in just a

2     second.  Could I have a moment, since we're at a

3     breaking point?

4          THE COURT:  You may.

5          MS. TORRACO:  If I could ask a few more

6     questions, Your Honor, this has to do with the fact

7     that what my client, Andrew Gallegos, is accused of

8     involved a dealer and a user relationship.  And so

9     I'd like to tie up the relevancy with a couple more

10    questions.

11         THE COURT:  Well, try me.  Let me see.

12         MS. TORRACO:  Okay.

13    BY MS. TORRACO:

14    Q.   I'm going to say the question, and you do

15    not answer just yet.

16         I'd like to know if the user actually

17    needs the drug dealer?

18         THE COURT:  Go ahead.

19         MS. ARMIJO:  Your Honor, I'm going to

20    object.  He wasn't allowed, on direct examination,

21    to testify as to anything on the streets.  And if

22    this is the basis for it, I know that one of these

23    defense attorneys may have been --

24         MS. TORRACO:  Can we approach?

25         THE COURT:  Well, I think the question is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

351

1   generic.  It's not necessarily tied to the streets.

2   The charges Mr. Gallegos, Andrew, faces may be on

3   the streets, but I don't think the question is tied

4   to the streets.  It's overruled.

5   BY MS. TORRACO:

6        Q.    Okay.  Mr. Rodriguez, isn't it true that

7   the user needs the dealer?

8        A.    The user needs the dealer?

9        Q.    Correct.

10       A.    It depends.  There is plenty of dealers.

11   You don't need just one in particular dealer.

12       Q.    So there are other dealer?

13       A.    Probably other dealers, yes.  Am I in

14   prison, or am I on the streets?

15       Q.    Where have you been?

16       A.    In prison.

17       Q.    Let's talk about in prison.

18       A.    Then if you're a user, and if there's a

19   lot of things that are going in play:  How much

20   money do you owe?  What you got?  If you owe money,

21   what can you give me now?

22             It's a lot of -- it's a complicated

23   situation.

24       Q.    But the point is that if the user wants a

25   fix, he needs his dealer; isn't that true?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   No, not necessarily.

2      Q.   What?  He's going to go into withdrawals?

3      A.   In prison?

4      Q.   Yes.

5      A.   Yeah, he's going to go through

6  withdrawals.

7      Q.   So if he wants -- what did you sell?

8  Heroin?

9      A.   Yeah, heroin, cocaine, marijuana.

10     Q.   So if he wants heroin and you're the only

11  dealer in the pod, it's stupid for him to cross you,

12  correct?

13     A.   He's probably already crossed me if he has

14  to come and ask me.

15     Q.   "Yes" or "No"?  Is it stupid for him to

16  cross you?

17     A.   No.

18     Q.   It's not stupid?

19     A.   It depends.

20     Q.   Are you doing this because Ms. Armijo

21  objected to this line of questioning?

22     A.   I'm not on the streets.  I can't tell you

23  about the streets.  You're talking about prison?

24     Q.   I'm not asking about the streets.

25     A.   In prison, you're not always the one

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



PROFESSIONAL COURT              1-800-669-9492
REPORTING SERVICE               e-mail: info@litsupport.com

1  that's hitting the drugs, so he doesn't necessarily

2  need me.  So he can cross me, and then tomorrow

3  another guy will hit, and he'll go buy drugs from

4  him.  It's so inconsistent within prison, that you

5  don't need that person.

6      Q.   Okay.  You've answered the question.

7  Thank you.

8           MS. TORRACO:  I have no further questions.

9      A.   You don't want to ask me about my sexual

10  penetration charges?

11          THE COURT:  Hold on.  There is no question

12  pending here.

13          Does anyone have any questions?  Mr.

14  Blackburn?

15          MR. BLACKBURN:  May it please the Court.

16          THE COURT:  Mr. Blackburn.

17                  CROSS-EXAMINATION

18  BY MR. BLACKBURN:

19      Q.   Good afternoon, Mr. Rodriguez.  How are

20  you?

21      A.   Good morning, Your Honor -- sir.  I'm

22  appointing you judge already.  I should call you

23  "carnal."

24      Q.   Right.  So let me ask you -- you testified

25  over the last couple of days about the fact that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you're only 33 now; is that correct?

2        A.   That's right, sir.

3        Q.   And how long have you been in custody?

4        A.   Since I was 18.

5        Q.   And prior to -- I think your testimony was

6   earlier that prior to the incidents that happened in

7   Silver City, in Grant County jail, you had a

8   juvenile past; is that correct?

9        A.   Yes, I have a juvenile past.

10       Q.   So when was the first time that you were

11  arrested?

12       A.   Arrested?

13       Q.   Yes.  Or detained, I guess.  As a

14  juvenile, you're not always arrested, but you were

15  detained or --

16       A.   I can't recall.  I was young.

17       Q.   Twelve?  Thirteen?

18       A.   Probably around that age, yes.

19       Q.   What was that offense for?

20       A.   Twelve, 13.  A probation violation, not

21  going to school, or firecrackers in a telephone.

22       Q.   Okay.  So at some point in time did you

23  ever go to like juvenile detention or a juvenile

24  facility for a lockup?

25       A.   Yes.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                         1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1        Q.    And what was that crime about?  Do you
 2   recall?
 3        A.    The first time?
 4        Q.    Sure.  There is more than one, I take it,
 5   right?
 6        A.    I went to Springer twice on the juvenile
 7   lockup.
 8        Q.    So at the time that you had this juvenile
 9   record, Springer was still available for people who
10   they wanted to send up to Springer, to like a
11   juvenile detention facility, right?
12        A.    Yes.
13        Q.    All right.  So how many times did you go
14   up to Springer?  Do you recall?
15        A.    Twice.
16        Q.    And do you remember what they sent you for
17   the first time?
18        A.    I think the first time was pretty much a
19   lot of probation violations, not going to school.
20        Q.    Okay.
21        A.    Huffing spray paint, and just probation
22   violations.
23        Q.    Snorting spray paint?  Is that what you
24   said?
25        A.    Huffing spray paint.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   All right.  Huffing spray paint.  Okay.
 2   Was that a six-month commitment?
 3        A.   No, it was a one-year commitment.
 4        Q.   And then after that, you went back to
 5   Silver City, and something happened, and you went
 6   there a second time, right?
 7        A.   I got out, and I went back for a second
 8   time, yes.
 9        Q.   What was the charges the second time?  Do
10   you recall?
11        A.   I think it was a burglary; larceny of a
12   Big O Tires; attempted bank robbery.
13        Q.   Attempted bank robbery as a juvenile?
14        A.   Yes.  I was in a car when another man went
15   into a bank with a gun.  And we were going to take
16   the money and kick him out of the car.  We gave him
17   a pellet gun and a trash bag.
18        Q.   Not too many banks to rob in Silver City,
19   is there?
20        A.   Probably two.  Right next to the police
21   station.
22        Q.   That was real smart.
23        A.   Yeah, that was real smart.
24             I can't recall exactly for -- what
25   everything is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Right.

2    A.   Yeah.

3    Q.   So then you went back to Springer, right?

4    A.   And then Cabina Nuevo, yes.

5    Q.   All right.  Then since the age of 12,

6  let's say, if that's the first offense you recall as

7  a juvenile, what is the longest period of time

8  you've been out of custody?

9    A.   Not very long.

10   Q.   A couple of months here and there?

11   A.   I think the longest time was nine months.

12   Q.   And that was obviously prior to the time

13  that you got arrested for the aggravated battery; is

14  that correct?

15   A.   It was in between the boys school.  I got

16  out the same year and went back the same year.

17   Q.   So between the two boys schools was the

18  time that you had the longest time out?

19   A.   Yes.

20   Q.   Basically, about 12 years of age, right?

21   A.   Twelve, 13, somewhere around there.

22   Q.   So when was it that you first entered --

23  were introduced to the gangs there in Silver City?

24   A.   I grew up with the founding members of the

25  East Side Folk Gang.  They were my childhood



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   friends.
 2        Q.   Anybody in your family had been in gangs
 3   before?
 4        A.   No.
 5        Q.   Just you, right?
 6        A.   Just me.
 7        Q.   Did you get an education?  Did you
 8   complete school?
 9        A.   No.
10        Q.   What was the highest grade you went to?
11        A.   I think I got out of the boys school the
12   second time, and I started going to school.  And I
13   think it was the tenth grade.
14        Q.   All right.
15        A.   Ninth or tenth grade.
16        Q.   All right.
17        A.   I got my GED incarcerated, though, while
18   incarcerated in prison.
19        Q.   So when you're in prison, you're allowed
20   to take -- there are certain programs available to
21   you, are there not, like GED?
22        A.   If you want to, yes.
23        Q.   And you decided you wanted to, so you did
24   that, right?
25        A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You got your GED?

 2        A.   A couple carnals were kind of making fun

 3   of me.  I didn't have a GED, so I went and got it.

 4        Q.   Did they offer other programs to you, like

 5   anger management, stuff like that?

 6        A.   Yes, I did go -- I did --

 7        Q.   How many times did you do anger

 8   management?

 9        A.   Quite a bit.  I did some anger management.

10        Q.   Did you pass or fail?

11        A.   I passed.

12        Q.   Wow.

13        A.   Why?  Do I seem angry to you?

14        Q.   I'm just asking.

15        A.   I used to have anger management, yeah.

16   But I think it was distorted from what it really

17   was.  It was just me being a gang member, you know.

18             But, yeah, I went to substance abuse

19   courses.  I went to anger management.  The Pen

20   Project, which is where you write, and they send

21   your writing to a college, to give you advice.  I've

22   done a lot of programming.

23        Q.   Okay.  All right.  Well, you indicated

24   earlier that the crimes, obviously, that you

25   committed as a juvenile had nothing to do with SNM,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    obviously, correct?

2        A.    That's correct.

3        Q.    The crimes that you committed, that you

4    got the convictions for when you were in Grant

5    County in Silver City, that was before you joined

6    the SNM; is that correct?

7        A.    That's correct.

8        Q.    And then the crimes that you committed

9    when you were over in Santa Rosa, as it relates to

10   the correctional officer, those are all before you

11   went to SNM, correct?

12       A.    That's correct.

13       Q.    So you had somewhat of a history from the

14   age of 12 to maybe 21, 22, before you ever had any

15   contact with SNM; is that correct?

16       A.    Yes.

17       Q.    And how old were you when you went to

18   Guadalupe, to Santa Rosa?

19       A.    I was probably -- I was 20 when I went to

20   the North, so I'd just turned 20.

21       Q.    All right.  Well, let me ask you some

22   questions about the situation that was going on at

23   the Grant County facility.  First of all, you were

24   in there because of an aggravated assault with a

25   deadly weapon?  Is that what you said?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That was the arresting charge, yes.
 2        Q.   And who was the victim of that particular
 3   case?
 4        A.   A guy named Nick Martinez.
 5        Q.   And who was Nick Martinez?
 6        A.   He was a 18th Streeter that was a
 7   childhood friend.
 8        Q.   All right.
 9        A.   He was a brother to my East Side Folk Gang
10   members.
11        Q.   And what caused the aggravated battery
12   with a deadly weapon?  What was the deadly weapon?
13        A.   It was a Bowie knife.
14        Q.   And did you try and stab him?
15        A.   I did stab him.
16        Q.   Did he live?
17        A.   Yeah, he lived.  Yeah.
18        Q.   So that's why it's not a murder charge,
19   right?
20        A.   That's correct.
21        Q.   And how long were you in custody before
22   the issue happened, before you were arrested --
23   well, that was what you were in jail for when the
24   issue happened with Mr. John Hardy, right?
25        A.   Yes.  I was in on that charge, yes.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
 1        Q.   All right.
 2        A.   I think I had -- I was on OR for like a
 3   burglary or larceny or something like that, and it
 4   was -- but it wasn't on that arresting charge, yes.
 5        Q.   All right.  So let me ask you some
 6   questions about the allegations of what happened as
 7   it relates to Mr. Hardy.  Is that okay?
 8        A.   Yes.
 9        Q.   I know that you pled no contest to some
10   certain charges eventually, and you were sentenced
11   to a total of 18 years; is that correct?
12        A.   That's correct.
13        Q.   And that's because they ran about six
14   cases together, correct?
15        A.   I think seven, because one was concurrence
16   not logged in there.
17        Q.   So you had the kidnapping; the criminal
18   sexual penetration; the aggravated battery; the
19   issue concerning the escape; and then the issue
20   concerning something with the correctional officer
21   who disrespected your girlfriend; is that correct?
22        A.   Yes.  There's two of the sexual
23   penetrations, and I think there was an original 27
24   counts of allegations.
25        Q.   Now, this guy, Mr. Hardy, he was some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    White dude, right?

2         A.    Yeah.

3         Q.    How old was he?

4         A.    I think he was 29.

5         Q.    And did he have children?

6         A.    I believe so.

7         Q.    Did he have a family?

8         A.    I couldn't tell you what his family

9    situation was, but --

10        Q.    Did you know him at all from there in

11   Silver City?

12        A.    No.  I never met him before.

13        Q.    The first time you met him was whenever

14   you became incarcerated?

15        A.    Yes.

16        Q.    So let me ask you about some of these

17   things that were alleged in this particular case.

18   Who was Raymond Randolph?  He was in custody with

19   you; is that correct?

20        A.    He was an individual in the cell that

21   night.

22        Q.    Did you know him from any gang

23   affiliation?

24        A.    No, I didn't.

25        Q.    So did you and Raymond Randolph whip


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Mr. Hardy with a towel?

2        A.   It was a sheet.  I had a sheet, and I

3   whipped him a couple of times, yes.

4        Q.   Like get a wet sheet, and flip it, and hit

5   him real hard?

6        A.   Yes, sir.

7        Q.   And like pop it?

8        A.   Yes, sir.

9        Q.   And did you ask him to stand with his legs

10  spread so that you could hit him in his crack, in

11  his private parts?

12       A.   I think that was Raymond Randolph.  But I

13  was there when it happened, yes.

14       Q.   That was Raymond Randolph, but you were

15  there when that happened, right?

16       A.   Yes.

17       Q.   At any point in time did you take a razor

18  blade and put it to his throat?

19       A.   When I initially moved him from the cell,

20  when we found the money, yes.

21       Q.   So you moved him from one cell to another

22  cell; is that correct?

23       A.   We were about to roll him out.  They found

24  a receipt.  Raymond Randolph brought it to me.  And

25  I told him he was going to move to this cell and we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   were going to use his money.  And he complained, and

2   I grabbed him by the hair and put the razor blade to

3   his neck, and told him that he was going to stay in

4   that cell until we used his money, and then he could

5   leave.

6        Q.   So you mentioned to one of the other

7   defense counsel just recently that there was some

8   disrespect from him to you because of something to

9   do with getting a haircut?

10       A.   That was the night before.

11       Q.   That happened first, right?

12       A.   That happened first, before we were going

13  to roll him out, yes.

14       Q.   Then all the stuff with the towels and

15  sheet?

16       A.   Right.  It led up to the sodomy, yes.

17       Q.   And when you put the razor blade to his

18  throat, you told him that if he said anything, he

19  would get hurt; is that correct?

20       A.   That's correct.

21       Q.   And the blade was out of a shaver; is that

22  right?

23       A.   That or a razor, yes.

24       Q.   And you told him that he better not say

25  anything or try to get into protective custody; is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  that right?

2        A.    Yes.

3        Q.    When you moved him from the one cell to

4  the other cell, obviously that was something that

5  the detention facility did not authorize?

6        A.    No, it did not.

7        Q.    But they didn't say anything about it,

8  right?

9        A.    No.

10        Q.    At any point in time?  All right.

11        A.    They attempted to at one point in time.

12        Q.    So also you kept a close eye on him so he

13  wouldn't try and get ahold of the guards while you

14  were there, right?

15        A.    Not myself, but another inmate did, yes.

16        Q.    And then you started doing what was known

17  as California knock-outs on him, did you not?

18        A.    That's correct.

19        Q.    Can you explain what a California

20  knock-out is?

21        A.    You have an individual breathe hard, about

22  10 to 15 breaths.  You have him cross his chest, and

23  you put pressure on his chest until he's knocked

24  unconscious.

25        Q.    So you guys did that about 15 times, did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you not?

2       A.   As a group?

3       Q.   Yes, as a group.

4       A.   Yes, sir.

5       Q.   And you did between five or six of those;

6   is that right?

7       A.   Around there.

8       Q.   And did you make him drink a cup of urine?

9       A.   No, myself, I didn't.  But I was present

10  during that.

11      Q.   Did you tell him -- was he told if he

12  didn't drink the cup of urine, that he would be hit

13  some more?

14      A.   I don't remember if I told him that, but

15  it was said.

16      Q.   Is it just you and Mr. Randolph?  Are you

17  the only two that were involved in doing this?

18      A.   No, sir.

19      Q.   How many people were in there?

20      A.   There was myself, Jason Lucero, Raymond

21  Randolph, Joseph Chavez, and I believe John Hardy.

22  There was five of us locked in a cell, yes.

23      Q.   So --

24      A.   There was a lot of people adding each

25  other on to continue to assault him, and it was like

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1   a -- it was a group assault on him.

2        Q.   All right.  At any point in time, did you

3   hand him a piece of paper that contained Comet or

4   Ajax and make him inhale it through his nose?

5        A.   Yes, I did.

6        Q.   Were you present whenever the hot sauce,

7   or the bottle that was filled with hot sauce, with

8   water and jalapeno juice, was stuck up his butt?

9        A.   I had my back turned to it.  But I was in

10  the cell, yes.

11       Q.   You knew it was happening?

12       A.   I knew it was going to happen, yeah.

13       Q.   You knew what was going to happen, right?

14       A.   Yeah.  Someone threw the hot sauce bottle

15  on the tier and suggested that we shove it in his

16  ass.  And it happened.

17       Q.   You guys were laughing about it, weren't

18  you?

19       A.   Yes.

20       Q.   Were you there whenever the lotion bottles

21  were also done in the same manner to him?

22       A.   I think it was just once.  But yeah.

23  Another individual told him, "Why don't you put this

24  in your ass?"  And he did it.

25       Q.   He didn't do this voluntarily, did he?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                 e-mail: info@litsupport.com

```
 1        A.    He was scared for his life.
 2        Q.    Were you the one that put hair wax around
 3   the lotion bottle so it could be easier to insert it
 4   into his ass?
 5        A.    No.   That was Jason Lucero.
 6        Q.    But you were there, right?
 7        A.    I was present, yes.
 8        Q.    Who made him bend over the bunk, so that
 9   all four subjects could participate in spreading
10   toothpaste around his rectum, and then forcing him
11   to eat it with a spoon?
12        A.    Yeah, I wasn't there for that.
13        Q.    You weren't there for that one?
14        A.    No.   I was in my other cell.   I came
15   later, about maybe three hours later, after he was
16   already in there.   I know it happened, though.   Yes,
17   it did happen.
18        Q.    You knew that it happened?
19        A.    Yes, it did.   They were yelling on the
20   tier that it happened.
21        Q.    They were laughing?
22        A.    They were laughing about it, yes.
23        Q.    And did everybody take turns spitting in
24   his face on occasions?
25        A.    Being what happened, it probably happened.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    All right.

2        A.    Being what was going on, yes.

3        Q.    Did you -- when you stuck the razor to his

4   neck, did you get information as to where he lived?

5        A.    No.  This was -- the day I did that was

6   the first day that we moved him from one cell to the

7   next.  It was seven days away from that incident in

8   that cell.

9        Q.    So how many days was he actually -- about

10  a week?  This happened for over a week, right?

11       A.    It was about maybe five to seven days.

12       Q.    This 29-year-old guy was pretty much

13  tortured for seven days, right?

14       A.    Yes.

15       Q.    You made him tell you his kids' names and

16  where he lived, so that that way you would have that

17  information so that he wouldn't try and rat you guys

18  out, right?

19       A.    I don't remember if it was the names of

20  them, but I think it was -- it might have been.  But

21  I know I got the address, yeah.

22       Q.    Did you hit him in the head with a book?

23       A.    Yes.

24       Q.    Now, there was another guy in there also,

25  Anthony Olguin?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
BEAN & ASSOCIATES, Inc.
e-mail: info@litsupport.com

```
 1        A.    Yes.   Those were false allegations with

 2   him.

 3        Q.    Okay.

 4        A.    He admitted that he was lying to the

 5   detective.

 6        Q.    Okay.  He made basically the same type of

 7   allegations against you guys, did he not?

 8        A.    He made similar allegations, yes.

 9        Q.    His were a little more graphic, were they

10   not?

11        A.    Yeah.  It was bullshit, yeah.

12        Q.    But he came forward and said those didn't

13   happen; but Mr. Hardy came forward and said they did

14   happen as it related to him, right?

15        A.    It did happen to John Hardy.

16        Q.    All right.  And as a result of that -- we

17   went through this -- you got 18 years, right?

18        A.    That's correct, sir.

19        Q.    So when you went to -- you next went to

20   Hobbs; is that correct?

21        A.    From RDC?

22        Q.    You went from RDC to Hobbs, right?

23        A.    Yes.

24        Q.    And from Hobbs to Guadalupe?

25        A.    Santa Rosa, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Santa Rosa?

2    A.    Yes.

3    Q.    And let me back up.  As it relates to your

4    judgment and sentence that Mr. Sindel was showing to

5    you earlier, there was nothing in your judgment and

6    sentence that indicates that you have to register as

7    a sex offender, is there?

8    A.    There is not, no.

9    Q.    And that was an issue that concerns you or

10   you were concerned about, because they were telling

11   you -- somebody was telling you that you had to

12   register as a sex offender, right?

13   A.    After I took the plea, a guard had

14   mentioned it.  And it wasn't in my plea deal, so I

15   didn't think it was -- and plus, I didn't view it as

16   a sexual offense.  When you see a sexual offense,

17   you think it's a woman or a child.  So I didn't feel

18   that it was necessary.

19         But when I started reading the law, it

20   doesn't discriminate against what the crime -- the

21   nature of the crime.

22   Q.    When you eventually read the law, you

23   found out that anything involving criminal sexual

24   penetration in certain matters --

25   A.    Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   -- makes you, whether it's male-to-male or

 2 male-to-female or other situations, there were

 3 certain crimes in New Mexico that you have to

 4 register as a sex offender?

 5      A.   That's correct, sir.

 6      Q.   And you found out after the fact?

 7      A.   I found out after the fact.

 8      Q.   And so that's why you were filing a bunch

 9 of habeases; is that right?

10      A.   Yes.  When I really started paying

11 attention to the law --

12           MR. CASTLE:  Your Honor, with all due

13 respect to Mr. Blackburn, this area has already been

14 gone over, and I'd object on asked and answered.

15           THE COURT:  It does seem like we've been

16 over this.  New areas?

17           MR. SINDEL:  I join in that objection,

18 Your Honor.

19           THE COURT:  Can you kind of keep it to

20 newer areas?

21           MR. BLACKBURN:  I will, Your Honor.  Next

22 time, I'll go first.

23           THE WITNESS:  Tell them.

24           MR. BLACKBURN:  Next time, I'll go first.

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MR. BLACKBURN:

Q.   When you -- well, in the first habeas --
you filed a habeas, and you said you filed three
habeases?

A.   That's correct.

Q.   And in the first habeas, you recognized
that you wanted your plea to be withdrawn so that
you wouldn't have to register; is that correct?

A.   I wanted it withdrawn so I can go back to
the judicial system and either fight my charges, or
maybe get them dismissed based on lack of evidence.
But I was looking for a retrial, to go back into the
original counts of the case.

Q.   And of all the three habeases that you
filed as it relates to that particular situation,
all three of them were eventually denied; is that
correct?

A.   Yes.

Q.   And on the first two habeases, you never
admitted to doing any of the acts as set forth to
what you pled guilty to; is that correct?

A.   I never admitted to any of the acts.  I
just fought the ineffective assistance of counsel,
based on my lawyer was going to get me married, and
that my lawyer never notified me of SORNA, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Sexual Offender Registration Notification Act.

2      Q.   When you filed your third habeas, in 2013,

3  you admitted that you participated in some of those

4  acts, did you not?

5      A.   My co-defendant, Joseph Chavez, Anthony

6  Olguin, were willing to go testify on my behalf.

7  And I said, "I'll admit to the crimes I committed,

8  my co-defendant is going to go admit to the crimes

9  he committed.  And you can prosecute me on the

10  crimes that I admit to."

11          I was taking responsibility for my acts,

12  according to the charges I was given.

13      Q.   Do you know why Mr. Hardy was

14  incarcerated?  What was he in custody for?

15      A.   I think it was a DWI.  And then later on,

16  after the fact, there was allegations that he was

17  messing with a younger lady, a younger girl.

18      Q.   But he was initially in custody on a DWI,

19  right?

20      A.   Yes.  Those are the ones -- we never

21  verified that, that he was dating a 16-year-old.

22      Q.   So what was the date when you first got

23  to -- let me back up -- when you had that incident

24  concerning the guard over in Santa Rosa?

25      A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Where you hit him with the Coke can; is

2   that right?

3        A.    That's correct.

4        Q.    You were then sent to the North facility;

5   is that correct?

6        A.    Yes.

7        Q.    So straight from there, because it was a

8   Level 6; is that right?

9        A.    Yes.

10       Q.    And you knew some people that were there

11  at the time, did you not?

12       A.    Yes.

13       Q.    And who was that?

14       A.    Tommy Valdez, Conejo, or they called him

15  Baby Rabbs; and a guy named Joseph Sufuentes, named

16  Snorty.  I think that there might have been -- I

17  don't know if Mario Montoya was there at the time.

18  But there might have been maybe two other

19  individuals.

20       Q.    But when you first initially got there to

21  the North facility, eventually you were put in, not

22  only -- initially, you were with some SNM members,

23  but that changed, did it not?

24       A.    No.  I always lived around at least one or

25  two of them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  Did you later get transferred to

2  some pod?

3    A.   X pod.

4    Q.   Did you get transferred to a pod where Los

5  Carnales was in?

6    A.   There was three Los Carnales in X pod.

7    Q.   Okay.

8    A.   Let me see.  There was Robert Young,

9  Alfonso Garcia, and another one.  I don't remember.

10    Q.   Okay.  So at some point in time, you were

11  approached by some -- you were -- at some point in

12  time, you ran into some people walking around the

13  yard that include -- some of those include Arturo

14  Garcia; is that correct?

15    A.   At some point in time, yes.

16    Q.   But there was no discussion at that point

17  in time about joining the gang?  That came from

18  somebody else; is that correct?

19    A.   No.  The very first time -- oh, you're

20  talking about when the neutral vatos asked me if I

21  was going to become an SNM member?

22    Q.   Yes.

23    A.   Yes, there was a point in time where some

24  neutral people came up to me and asked me, "Are you

25  going to click up?  Are you going to be an SNM

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110              201 Third NW, Suite 1630
Santa Fe, NM 87501                        Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

378

1  member?"  I told him, "No."  And he goes, "Well, we
2  heard them talking that they were going to recruit
3  you."
4          They never brought that to my attention at
5  that time, no.
6      Q.   At the time that you finally had a couple
7  of connections or eye-to-eye with Arturo Garcia, at
8  some point in time he had a conversation with you
9  about hooking up to the SNMs; is that correct?
10     A.   The very first time I met him, he asked me
11 if I wanted to be down with the S.
12     Q.   And that was short and sweet, right?
13     A.   Short and sweet, to the point that I just
14 went along, continued walking the square.
15     Q.   And eventually, whenever you decided that
16 you were going to join the SNMs, he provided you
17 with a -- we talked about this thick type of books
18 or documents that he gave to you; is that right?
19     A.    It was a manila envelope with copies of
20 certain books and excerpts out of books.  And he
21 sent it to the CO, yes.
22     Q.   Okay.  Let me go to the situation now, the
23 situation as it relates to Robert Esparza; is that
24 correct?  Do you remember that?
25     A.   The video.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Yeah.

 2        A.    Yes, sir.

 3        Q.    And that dealt with the $900; is that

 4   correct?

 5        A.    Yes.

 6        Q.    And you've already discussed this

 7   previously, but you indicated that that situation

 8   was personal; isn't that right?

 9        A.    Yes.

10        Q.    So let me move on to the next particular

11   one.  The situation that happened with Chulo, that

12   started in 2005, did it not?

13        A.    It started before my arrival at the PNM

14   North facility.

15        Q.    And then it continued to escalate up until

16   2011; is that correct?

17        A.    There was attempts on his life, on the

18   streets, and it continued to turn to a full-blown

19   try to kill him on sight.

20        Q.    At some point in time -- you've gone

21   through your history.  At some point in time, you

22   were charged with these crimes as it relates to the

23   Javier Molina case and to Chulo; is that correct?

24        A.    Yes.

25        Q.    And that was on December 3rd, correct, of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   2015?  Right?

 2        A.   Yes.

 3        Q.   But prior to that, you were charged -- I

 4   think you talked about you were charged in state

 5   court for the deal with Javier Molina; is that

 6   correct?

 7        A.   Yes.

 8        Q.   But you were only charged with tampering

 9   with evidence and things like that, right?

10        A.   They were about to amend the charge to

11   first degree murder.

12        Q.   But you had gotten quite a bit of

13   discovery in that particular case, because that case

14   was on a path to go to trial, was it not?

15        A.   Yes.

16        Q.   And shortly before that case was getting

17   ready to go to trial, before they were going to

18   amend the indictment, is when the feds came in and

19   took that over, did they not?

20        A.   Yes.

21        Q.   So then you got picked up on the federal

22   case, because -- and then you got charged with first

23   degree murder, correct?

24        A.   On the federal case?

25        Q.   On the federal case, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    All right.  When you first came into the

 3   SNM Gang, Arturo Garcia basically told you he wanted

 4   you to lay low; is that correct?

 5        A.    Yes.

 6        Q.    Because at the time, you were a Level 6,

 7   right?

 8        A.    Yes.

 9        Q.    And he wanted you to lay low so that --

10   because you were so young, obviously, that you could

11   move your way down to a Level 3, right?

12        A.    It had nothing to do with age.

13        Q.    He wanted you to stay, he wanted you to

14   get down -- he didn't want you to be in a Level 6.

15   He wanted you to be able to go down to the Level 3;

16   is that correct?

17        A.    Progress through the program back to a

18   Level 3, yes.

19        Q.    To get back to where you were in a

20   facility where you weren't locked down 24/7,

21   correct?

22        A.    Correct.

23        Q.    Eventually, while you were in custody, you

24   were, on this particular case, you were housed with

25   a bunch of individuals in Otero County, right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    In Chaparral?

 2        Q.    Chaparral.  Right?

 3        A.    Yes.

 4        Q.    And one of those was Mr. Garcia; was that

 5   correct?

 6        A.    Eventually he showed up there, yes.

 7        Q.    And at some point in time, you said you

 8   had conversation with him about the situation -- a

 9   situation that was going on as it relates to Sammy

10   Chavez, correct?

11        A.    I think they admitted him onto the RICO,

12   and one of the overt acts was the Sammy Chavez

13   murder.

14        Q.    And you testified this morning that while

15   he was at Otero County, that you guys could talk

16   through the cell walls; is that correct?

17        A.    No, just through those three cells.  The

18   cement wasn't set.  And the cell I was in, it was

19   the right back window.

20        Q.    All right.

21        A.    The back wall.

22        Q.    And you had a conversation with him about

23   those new charges, is that correct?

24        A.    Right.

25        Q.    And he told you that he didn't -- he
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1  expressed his confidence in that, that he would be
 2  cleared of any wrongdoing; is that correct?
 3       A.   I think it was Churro's confidence, his
 4  confidence in Churro that would be not found guilty
 5  on that.
 6       Q.   Did you admit that -- did you state that
 7  Garcia expressed his confidence that he would be
 8  cleared of wrongdoing in the murder because of
 9  problems with the case?
10       A.   I don't think those were my exact words,
11  but that's around the frame, that he felt the
12  Government had fucked up too much and that they had
13  the ace in the pocket, was Churro was in jail when
14  they found the body.
15            MR. CASTLE:  May I ask for clarification,
16  which Garcia it is, so we can ask him?
17  BY MR. BLACKBURN:
18       Q.   How about Arturo Garcia?
19       A.   Arturo Garcia.
20       Q.   I think that's what you said.
21       A.   Yeah, I did.
22       Q.   You never said Billy Garcia?
23       A.   No.  I never called Arturo by his last
24  name.
25       Q.   How long were you in custody with
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Arturo Garcia?

 2         A.    At that time?

 3         Q.    Yes.

 4         A.    I wouldn't be able to say.  Months.

 5   Whenever -- well, you should know.  They sent him

 6   from Estancia, over there; and then he stayed there

 7   for about three months; and then they sent him back

 8   to Estancia; and then they shot him back to

 9   Chaparral.  They were playing ping pong with him.

10   Eventually, he showed up and stayed there until the

11   remainder that I left.

12         Q.    Let me ask you this:  The entire time that

13   you were with Mr. Garcia, Arturo Garcia, in Santa Fe

14   or any other facility, or even when you were at

15   Chaparral, you had a lot of time to talk to him,

16   correct?

17         A.    Yes.

18         Q.    And is it safe to say that you never saw

19   him assault anybody; is that correct?

20         A.    I never seen Arturo put his hands on

21   anybody.

22         Q.    And you also know -- it is also true, is

23   it not, Mr. Rodriguez, that the only information

24   that you know about any of the crimes charged in the

25   2007 murder that he's charged with, is what you read
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   on the tablets; is that correct?
 2        A.   That's correct.
 3        Q.   Okay.
 4        A.   I never asked no questions about any of
 5   those cases.
 6             MR. BLACKBURN:  I have nothing further.
 7             THE COURT:  Thank you, Mr. Blackburn.
 8             Anyone else on cross?
 9             Ms. Armijo, do you have redirect of Mr.
10   Rodriguez?
11                     REDIRECT EXAMINATION
12   BY MS. ARMIJO:
13        Q.   What was Mr. Arturo Garcia's position as
14   you've known him in the SNM?
15        A.   He was the driving force on the tabla.  He
16   was a leader, SNM leader.
17        Q.   Do SNM leaders, per se, commit acts of
18   violence, or do they ask others to commit acts of
19   violence?
20        A.   They usually don't get their hands dirty.
21   I think the only tabla member that ever really got
22   his hands dirty in my time within the SNM was Baby
23   Robert.
24        Q.   You were asked by Mr. Castle about going
25   to trial, and then changing your mind and deciding
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  to cooperate with the United States.  What

2  significance did going to trial have on your

3  decision to cooperate?

4      A.   Who is Mr. Castle?  Which one is Mr.

5  Castle?  You.  Okay.

6      Q.   Billy Garcia's attorney, Mr. Castle.

7      A.   What significance did it have, my plea?

8      Q.   Yes.  He was asking you questions in

9  reference to that you had decided that you were

10 going to trial alone, and the only person, going

11 alone to trial.  And I guess my question to you is

12 --

13     A.   Right.

14     Q.   -- did that have any significance on

15 whether or not you decided to cooperate?

16     A.   Yes.

17     Q.   And how so?

18     A.   Because I was being used as -- I think

19 some mentioned it earlier -- a torpedo for the

20 Government to expose their hands on how they were

21 going prove who are SNM members; how they're going

22 to prove the VICAR in furtherance of the

23 organization.  It was pretty much to see --

24          MR. SINDEL:  Your Honor, I'm going to

25 object unless there is some foundation.  We don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  know -- if this is his thought process, that's one
 2  thing, but he's making as if other people had
 3  actually decided this.
 4           THE COURT:  Well, bring the question in
 5  terms of what his thought process was in deciding to
 6  plead, and not in what other people were thinking.
 7           MS. ARMIJO:  Yes, Your Honor.
 8  BY MS. ARMIJO:
 9     Q.   And, Mr. Rodriguez, I'm asking you what
10  your thought process was.
11     A.   My thought process was that people who
12  claimed they were going to go to trial with me,
13  saying that whoever takes a plea is going to get
14  green lit, whoever takes a plea is going to get a
15  hit --
16           MR. CASTLE:  Objection; hearsay.  I think
17  that's about people that aren't in this room.
18           THE COURT:  Well, I'm just not sure where
19  this is coming from.  So I'm going to have to
20  sustain.  It's just hard to tell where it's coming
21  from.
22  BY MS. ARMIJO:
23     Q.   Well, you were asked specifically about
24  going to trial and standing alone.  Do you recall
25  that, by Mr. Castle?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  I was the last one standing.
 2        Q.   Yes.  And did you make a decision to
 3   cooperate during that time that you were the last
 4   one standing?
 5        A.   It wasn't right away.  It was after the
 6   court ended.  And I sat down to try to resolve a
 7   group plea on the VICAR, based on some permission by
 8   some tabla members.  And I just said --
 9             MR. CASTLE:  Your Honor --
10             THE COURT:  Why don't you do this:  Why
11   don't you do this:  Ask him leading questions.
12             MS. ARMIJO:  Thank you.
13             THE COURT:  So that he doesn't -- if the
14   defendants object, we can go from there.
15             MS. ARMIJO:  All right.
16             THE COURT:  But try to ask him leading, so
17   you can see what --
18   BY MS. ARMIJO:
19        Q.   You mentioned the term -- let me ask you
20   this question:  You mentioned the term "torpedo"
21   before, and I believe you were asked by defense
22   counsel about the term "torpedo"?
23        A.   Right.
24        Q.   What is your understanding, within the
25   SNM, of what a torpedo is?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    You send someone in there to sacrifice

 2   himself.  And in my case, I would have pretty much

 3   been earning a stripe for the SNM by sacrificing

 4   myself.

 5        Q.    Well, hold on.

 6              MR. CASTLE:  Approach the bench?

 7              THE COURT:  Hold on.  Just the definition

 8   of "torpedo."

 9              THE WITNESS:  Okay.

10              THE COURT:  That's it.  He answered that.

11   Next question.

12   BY MS. ARMIJO:

13        Q.    And this is just "Yes" or No."

14        A.    Okay.

15        Q.    Did you feel you were being --

16              THE COURT:  Try right now to just answer

17   the question, and not volunteer any information.

18              THE WITNESS:  Okay.

19              THE COURT:  All right.  Ms. Armijo.

20              MR. CASTLE:  Your Honor, could we approach

21   the bench?  I have a concern I'd like to bring to

22   the Court's attention.

23              THE COURT:  All right.

24              (The following proceedings were held at

25   the bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTLE:  Your Honor, this defendant
 2   was charged in a separate indictment from all these
 3   men.  He's now blurted out that there was some kind
 4   of joint plea, which we have never been part of,
 5   that anybody else has been part of.  He's talking
 6   about some members of a tabla.  He hasn't identified
 7   any of these defendants as being part of that
 8   discussion.
 9            I think we're going into, possibly, plea
10   negotiations, which are not admissible under the
11   rules.  We're also --
12            THE COURT:  I'm trying to shut it down.  I
13   don't know what he's going to do.
14            MR. CASTLE:  What he's going to do --
15            THE COURT:  Let me see if I can control
16   it.  I'm doing the best I can.
17            MR. CASTLE:  The reason he was set first
18   is, he didn't waive speedy trial.  If we talk about
19   his attorney -- it's irrelevant.
20            THE COURT:  What do you want me to do?  It
21   was your question that she's following up on, so I
22   don't think I can say it's irrelevant.
23            MR. CASTLE:  I didn't get into --
24            THE COURT:  You can't go into why he pled
25   guilty, why he changed all this stuff.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:  It was set for trial.
 2              THE COURT:  Okay.  Well, I'm doing the
 3   best I can.  I'm trying to control it.  I'm talking
 4   to him, talking to Ms. Armijo.  I'm trying to
 5   control the situation.  But given that you opened it
 6   up, I don't think I can say it's irrelevant.
 7              MR. CASTLE:  It has to be admissible under
 8   the Rules of Evidence, whether it's relevant or not.
 9   The Court can decide it's relevant statements that
10   some people have made to him.  Saying we want him to
11   go in and be a torpedo, that is still hearsay.  I
12   don't know how to get around the rule by saying,
13   when it's based on hearsay.
14              THE COURT:  The only question that was
15   asked is, "What is a torpedo?"  He's answered that.
16              MR. CASTLE:  And I think the next question
17   is, "Were you sent in to be a torpedo by other
18   defendants?"
19              That's hearsay.
20              THE COURT:  No, it's not.  It's an order.
21   That's not a hearsay.  So I don't know if that's the
22   question that's going to be asked.  But an order is
23   not hearsay.
24              MR. CASTLE:  I think it is.  It's an
25   affirmative conduct.  That's communicative.  That's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the definition of --

2            THE COURT:  It's not conduct.  Well, it's

3  conduct, but it's an order.  Is that your next

4  question?

5            MS. ARMIJO:  Yes, but I was going to ask

6  him, just "Yes" or "No."

7            MR. SINDEL:  Why -- I mean, I can

8  understand if he believes he's a torpedo.  But I

9  think it's totally different if someone is telling

10  him he's a torpedo.

11            THE COURT:  I don't know if he's been told

12  he's a torpedo.

13            MR. SINDEL:  Maybe I misunderstood in the

14  back.

15            THE COURT:  Why don't you ask him is that

16  his belief; he wasn't told that.

17            MS. ARMIJO:  I think the answer would be,

18  he was told that.  But I'm asking him if it was his

19  belief that he was, and not getting into the basis

20  of it.

21            THE COURT:  Let's clear that up.

22            (The following proceedings were held in

23  open court.)

24            THE COURT:  All right.  Ms. Armijo.

25            Just answer Ms. Armijo's questions.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



DEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE WITNESS:  "Yes" or "No"?
 2              THE COURT:  Don't try to volunteer any
 3    information.  If she wants it, she'll elicit it from
 4    you.
 5              THE WITNESS:  Okay.
 6    BY MS. ARMIJO:
 7         Q.   Mr. Rodriguez, was it your belief that by
 8    going to trial in the other case, the one that was
 9    United States versus Varela, et al., the one that we
10    were talking about you and three other people, was
11    it your belief that by going to trial by yourself,
12    that you were going to be a torpedo?
13         A.   Yes, ma'am.
14         Q.   Now, you mentioned, when you were being
15    asked questions by Mr. Castle, and he was talking to
16    you about hits right now with rival gang members,
17    and that, you mentioned that all hits were called
18    off in Estancia.  Do you recall that?
19         A.   Yes.
20         Q.   What time period are we talking about?
21         A.   We're talking about while the carnals were
22    out in Estancia on tier time and pretty much all
23    together.
24         Q.   And are you referring to while pending
25    this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Pending this case, yes.

2        Q.    And you mentioned something about heat.

3   What did you mean by that?

4              THE COURT:  Why don't we do this:  Let's

5   take this up after the break.

6              MS. ARMIJO:  Thank you, Your Honor.

7              THE COURT:  All right.  We'll be in recess

8   for about 15 minutes.

9              (The jury left the courtroom.)

10             THE COURT:  All right.  We'll be in recess

11  for about 15 minutes.

12             (The Court stood in recess.)

13             THE COURT:  Looks like we've got all the

14  defendants and lawyers.

15             I do have now the packages from Probation.

16  I think there are only four that have not been

17  disclosed.  So that's what they're telling me.  So

18  either there is nothing, or there is only four.  But

19  I only got four packages to review.

20             Anything to discuss?  All right.

21             All rise.

22             (The jury entered the courtroom.)

23             THE COURT:  All right.  Mr. Rodriguez,

24  I'll remind you that you're still under oath.

25             THE WITNESS:  Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Ms. Armijo, if you wish to
 2   continue your redirect of Mr. Rodriguez, you may do
 3   so at this time.
 4          MS. ARMIJO:  Thank you, Your Honor.
 5          THE COURT:  Ms. Armijo.
 6   BY MS. ARMIJO:
 7      Q.   Mr. Rodriguez, in the Molina murder, the
 8   Javier Molina murder --
 9      A.   Yes, ma'am.
10      Q.   -- was Jerry Montoya being used as a
11   torpedo?
12      A.   Pretty much, yes.
13      Q.   And was that because there was actually a
14   hit out on him, as well?
15      A.   There was accusations that he had
16   paperwork on him.
17      Q.   And so you were asked questions about
18   Special Agent Acee's questionnaire.  Do you recall
19   those questions?
20      A.   Yes.
21      Q.   Do you know if you were actually even
22   asked all of the questions on the questionnaire?
23      A.   I think there was like 100-some questions.
24   I don't think I've ever seen that.  It has my name
25   on it and everything, but I don't think I've ever
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   seen that.
 2        Q.   So it wasn't given to you, and you were
 3   not asked to fill it out?
 4        A.   Oh, myself fill it out?
 5        Q.   Yeah.
 6        A.   No, I was never -- no.
 7        Q.   Okay.  And I believe right before break we
 8   were talking a little bit about, you had talked
 9   about that the hits were called off, and you had
10   mentioned to take the heat off.  What does that
11   mean?
12        A.   Well, they were trying to beat the cases,
13   so they didn't want added murders or added stabbings
14   to bring more charges against the defendants.
15        Q.   So was it your understanding that there
16   were not to be any -- any actions done by the SNM,
17   right, as far as the people facing federal charges,
18   to not bring additional heat, as you say?
19        A.   Yes, ma'am.
20        Q.   Why did you want witness protection?
21        A.   Because my life is in danger.
22        Q.   And why is your life in danger?
23        A.   Because I left the SNM and I'm cooperating
24   with the Government.  I'm sitting here in this
25   chair.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You were asked by Mr. Granberg about

2   statements that his client made to you when you were

3   together, a conversation that you had.  Do you

4   recall that?

5      A.   Who is Mr. Brandon?

6      Q.   Oh, Mr. Granberg.  I'm sorry.  Mr.

7   Granberg represents Chris Garcia.

8      A.   Okay.  Yes.

9      Q.   Or Christopher Chavez.  I'm sorry.  There

10  is a Christopher Garcia in this case, is there not?

11  Not here, but is there an SNM member named

12  Christopher Garcia?

13     A.   Are we talking about Christopher Chavez?

14     Q.   Yes.

15     A.   Okay.  Yes, there is a defendant named

16  Christopher Garcia.

17     Q.   Okay.  But just so we're clear, I'm

18  talking about Christopher Chavez.  His attorney was

19  asking questions about a conversation that you had

20  with him.

21     A.   Right.

22     Q.   And you mentioned a person by the name of

23  Boo-Boo.  Who is Boo-Boo?

24     A.   Robert Lovato, Junior.

25     Q.   And is he an SNM Gang member?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                     1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1       A.   Yes, ma'am.

 2       Q.   Is he from the same gangs, on the street

 3  level, that Christopher Chavez is from?

 4       A.   Yes, ma'am.

 5       Q.   In the conversation that you had, what was

 6  it that he said?

 7       A.   He said that --

 8            MR. GRANBERG:  Objection, Your Honor.  May

 9  we approach?

10            THE COURT:  You may.

11            (The following proceedings were held at

12  the bench.)

13            MR. GRANBERG:  Your Honor, I'm going to

14  object to this next statement.  Mr. Rodriguez is

15  about to say -- when I was on the lectern, he said

16  something that I did not hear.  I heard a statement

17  about carnals, but he also made an incriminating

18  statement about being killers.  That is a statement

19  I didn't hear while I was on the lectern.

20            But to me, that is new information.  And I

21  would like to know if that was disclosed recently,

22  if the Government disclosed it.

23            MS. ARMIJO:  It was disclosed.  I can go

24  get the reports.  It was disclosed.  And what he was

25  saying -- and I can get the report -- one, it was in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  response to his questions.  And the response was to
 2  the effect that his client said that when they go
 3  out to the streets, they are both -- he and Boo-Boo
 4  are both Barelas Gang members, and that they're
 5  respected because they're both killers.  And that
 6  was -- this is in response to Mr. Rodriguez --
 7          THE COURT:  That's Christopher Chavez to
 8  Mr. Rodriguez?
 9          MS. ARMIJO:  Yes.  Who told that to
10  Boo-Boo, who will testify, and he does have murder
11  convictions.  And Mr. Chavez --
12          MR. GRANBERG:  Well, Mr. Chavez doesn't
13  have a conviction, Your Honor.  But I'd say that
14  doesn't qualify as statement against interests.
15  It's not a co-conspirator statement.
16          THE COURT:  But it's a statement of a
17  party opponent.
18          MR. GRANBERG:  Oh.
19          THE COURT:  So it comes in that way.
20  Sounds like I need to overrule any objection to this
21  statement.
22          (The following proceedings were held in
23  open court.)
24          THE COURT:  All right.  Ms. Armijo.
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

400

```
 1   BY MS. ARMIJO:

 2        Q.   All right.  Mr. Rodriguez, you were

 3   talking about a conversation that you had with

 4   Christopher Chavez in reference to the statement

 5   that he made about he and Boo-Boo?

 6        A.   Right.

 7        Q.   When was that conversation?

 8        A.   When we were in Southern New Mexico

 9   Correctional Facility.  I was down on a motions

10   hearing for the Molina case at the state level.

11        Q.   Okay.  So that would have been after March

12   2014, but before December of 2015?

13        A.   Yes.  I think it was around the month of

14   July of 2015.

15        Q.   And what was the statement that he made?

16        A.   We were in the yard, and we were referring

17   to the stabbing of Robert Esparza, and how the

18   Barelas members took it, and that they were starting

19   to becoming haters of the SNM.  And he told me that

20   him and Boo-Boo still went to the neighborhood

21   houses, and none of them said fuck, because they

22   were killers.

23        Q.   Now, I believe that the term "carnal" --

24   is that specific to SNM?

25        A.   In prison, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. ARMIJO:  And may I have a moment?

 2            THE COURT:  You may.

 3            MS. ARMIJO:  Thank you, Your Honor.  Pass

 4  the witness.

 5            THE COURT:  Thank you, Ms. Armijo.

 6            Mr. Rodriguez, you may step down.  Is

 7  there any reason Mr. Rodriguez cannot be excused

 8  from the proceedings?  Ms. Armijo?

 9            MS. ARMIJO:  No, Your Honor.

10            THE COURT:  How about from the defendants?

11  Can he be excused?

12            MR. SINDEL:  He can go, as far as I'm

13  concerned.

14            THE COURT:  All right.  Not hearing any

15  objection, you are excused from the proceedings.

16            THE WITNESS:  Thank you, Your Honor.

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 5th day of May, 2018.

13

14              _____

15              Jennifer Bean, FAPR, RMR-RDR-CCR
                Certified Realtime Reporter
16              United States Court Reporter
                NM Certified Court Reporter #94
17              333 Lomas, Northwest
                Albuquerque, New Mexico 87102
18              Phone:        (505) 348-2283
                Fax: (505) 843-9492
19              License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com