1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                   Plaintiff,

5         vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                   Defendants.

8

9         Transcript of excerpt of testimony of

10                   JULIAN ROMERO

11          April 17, 2018, and April 18, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                    I N D E X

2    EXAMINATION OF JULIAN ROMERO

3    By Mr. Beck                                    3

4    By Mr. Beck                                    78

5    By Mr. Cooper                                  106

6    By Mr. Sindel                                  139

7    By Mr. Beck                                    154

8    REPORTER'S CERTIFICATE                         162

9               EXHIBITS ADMITTED

10   Government's 766, 767, 768, and 775 Admitted    79

11   Government's 783, 784A and 786 Admitted         20

12   Government's 862 Admitted                       45

13   Government's 876, 877, and 878 Admitted         91

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    April 17, 2018
 2            THE COURT:  All right.  Does the
 3  Government have its next witness or evidence?  Mr.
 4  Beck?
 5            MS. ARMIJO:  If we may just have a moment,
 6  Your Honor?
 7            THE COURT:  You may.
 8            MR. BECK:  Your Honor, the United States
 9  calls Julian Romero.
10            THE COURT:  Mr. Romero, if you'll come up
11  and stand next to the witness box on my right, your
12  left, Ms. Bevel, my courtroom deputy, will swear you
13  in.
14                    JULIAN ROMERO,
15       after having been first duly sworn under oath,
16       was questioned, and testified as follows:
17            THE CLERK:  Please be seated, and please
18  state your name for the record.
19            THE WITNESS:  Julian Romero.
20            THE COURT:  Mr. Romero.  Mr. Beck.
21                    DIRECT EXAMINATION
22  BY MR. BECK:
23       Q.   Good afternoon, Mr. Romero.
24       A.   Good afternoon.
25       Q.   Are you a member of the Syndicato of SNM,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  or SNM Prison Gang?

2      A.   Yes, I am.

3      Q.   How long have you been member of the SNM?

4      A.   Since 1982.

5      Q.   When was the first time you went to

6  prison?

7      A.   '77.  I was 18 years old.

8      Q.   And where were you on February 2, 1980?

9      A.   February 2, 1980, I was in the day room in

10 F-1.  There was -- that's when the riot came down,

11 the prison riot, the pretty gruesome riot.

12     Q.   Is that the prison riot in the

13 Penitentiary of New Mexico in Santa Fe?

14     A.   Yes.

15          MR. BECK:  May we have Exhibit Number 826,

16 please.

17     Q.   Mr. Romero, I'm showing you Government's

18 Exhibit 826.  Do you recognize this as the

19 Penitentiary of New Mexico?

20     A.   Yes, I do.

21     Q.   I'm circling on the screen what's labeled

22 the Old Main facility.  Is that the facility you

23 were incarcerated in, in 1980?

24     A.   Yes.  I was in dormitory F-1.

25     Q.   Where is that, approximately, in relation

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    to the main building?

2         A.   It's like on the south side of the

3    penitentiary, the dormitory side.

4         Q.   And when you say "the south side, the

5    dormitory side," are you referring to these

6    dormitories here?

7         A.   Yes.  The penitentiary runs from north to

8    south.  South to north.  And the south cell blocks

9    are on the north side, and the dormitories are on

10   the south side.  And I was in F-1, which is the

11   south side of the penitentiary.

12        Q.   How long did the prison riot last?

13        A.   It lasted approximately three days in the

14   penitentiary.  The guards were all hostages, so all

15   the inmates were running around, amuck, you know.  I

16   was in the day room because my birthday is February

17   3rd, and me and a couple of friends, Arturo and I

18   were in the day room.  So my friends made a party.

19        Q.   Sorry.  You were saying that you and a

20   couple of friend were in the day room on February

21   3rd?

22        A.   Yes.  We were kicking back, and I was like

23   having the best celebration of my birthday I could

24   have.  It was my 21st birthday.  And around midnight

25   I see a bunch of guards rolling down the corridor in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   their underwear, and a bunch of inmates with blue

2   handkerchiefs, red handkerchiefs, beanies, and

3   pipes, and all kinds of shanks and whatever.  And

4   they were behind them kicking them down the

5   corridor, taking them to cell block 6 to be

6   hostages, a captain, lieutenant, a sergeant and all

7   these guards.  And --

8       Q.   And let me ask you, Mr. Romero.  I think

9   you said, but how long did this prison riot last in

10  1980?

11      A.   It lasted approximately three days in the

12  penitentiary and seven days in the yard.

13      Q.   And what happened after the prison riot?

14  Where did you go?

15      A.   I went to La Tuna.  They sent the younger

16  generation to La Tuna.

17      Q.   What do you mean by "the younger

18  generation"?

19      A.   Well, like 21-year-olds, 25-year-olds, the

20  guys that didn't have that much time in the

21  penitentiary.  The older guys, they sent them to

22  like California, Leavenworth, and places like that,

23  you know.

24      Q.   And how long were you at La Tuna?

25      A.   About four months, four and a half months.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What happened after that?
 2        A.    They transferred me back to F-1 in the
 3   penitentiary in Santa Fe, New Mexico.
 4        Q.    Were you released from -- and let me ask
 5   you this.  Was the SNM in existence at the time of
 6   the prison riot?
 7        A.    Excuse me?  Say that again.
 8        Q.    Was the SNM -- did it exist at the time of
 9   the prison riot?
10        A.    No, it did not exist.
11        Q.    Did it come to be formed after the prison
12   riot?
13        A.    After the prison riot.
14        Q.    Were you released from the Penitentiary of
15   New Mexico, Main facility, around August of 1982?
16        A.    Yes, I was.  I paroled.
17              MR. SINDEL:  I'm sorry?  I didn't hear.  I
18   got it.
19              THE COURT:  You got it?  Okay.  Are you
20   able to hear him?  I kind of moved him back a little
21   bit.
22              MR. SINDEL:  I just couldn't hear
23   Mr. Beck.
24   BY MR. BECK:
25        Q.    Were you then sent to -- were you
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                            1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   incarcerated, then, in October of 1982?
2        A.   Yes.  I lasted 60 days in the streets, and
3   I picked up an assault charge, and I went back to
4   county jail; the old county jail, not MDC in
5   Albuquerque.
6        Q.   So that's the old county jail in
7   Albuquerque?
8        A.   Yes.
9        Q.   And skipping a little bit ahead, based on
10  what happened at the old county jail and
11  conversations that you had at the old county jail in
12  this time period of 1982, did you then go to the
13  Penitentiary of New Mexico and help form the
14  Syndicate of New Mexico?
15       A.   While I was there at the county jail, I
16  met Juan Baca.  He was fighting a murder case.
17       Q.   And before you go there, I just want to
18  make sure that based on your conversations with
19  Mr. Juan Baca in Albuquerque, things that he told
20  you, things that you discussed, did you then go to
21  the Penitentiary of New Mexico and start the
22  Syndicate of New Mexico?
23       A.   Yes.  I was instructed to start the SNM.
24       Q.   Okay.  And what happened in the old county
25  jail in Albuquerque with Juan Baca?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, I was there, kicking back, and one
 2   day this guy just calls me up to his cell.  He sent
 3   somebody down to get me.  He came from a visit.  He
 4   had a couple of balloons of heroin.  He called me up
 5   to his cell.  He asked me if I was from Barelas, my
 6   barrio.  And I said, "Yeah.
 7             And he said, "Well, I'm from the old
 8   Barelas."  He goes, "Check this out, man.  You were
 9   in the riot, no?"  And I go, "Yeah."
10             He goes, "Well, I've been checking you
11   out, and you look like an easygoing guy.  You get
12   along with all the guys around here."
13        Q.   After he said that you're an easygoing guy
14   and get along with all the other guys, what did he
15   say?
16        A.   He said, "I got transferred to California,
17   and I was going to get hit because they said that I
18   was a Norteno sympathizer, but I told" -- he said it
19   was the Mexican Mafia, but that's what he said.  And
20   he said, "I told them if you give us your blessing,
21   I'll go back and I'll get rid of the Nuestra
22   Familia.  I'll form a gang.  Just give me the
23   blessing, and I'll do it."
24             So he came back, and that's what he told
25   me.  You know, he ran it down to me.  He gave me the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   instructions on how to form the gang.

2       Q.   Sure.  Let me take you back, because you

3   said a couple of things there.  When Mr. Baca was

4   sent to California, I think you said the "Norteno".

5   What is that?

6       A.   That's a northern California.  They're a

7   rival gang to the Mexican Mafia.

8       Q.   And is the Mexican Mafia, is that also

9   known as the Eme?

10      A.   It's also known as Eme.

11      Q.   And Mr. Baca told you that he went to the

12  Mexican Mafia, or the Eme, and asked for permission

13  to start a new gang in New Mexico if he took out the

14  Nuestra Familia.  Do I have that right?

15      A.   Yes, you do.

16      Q.   What is the Nuestra Familia, or what was

17  it at the time?

18      A.   Well, there was this guy named Richard

19  Valdez.  And this happened before I arrived there.

20  I arrived there 'in 77.  And in about '74, '75, Juan

21  Baca, Angel Munoz, and there's a few other guys and

22  I can't remember their names, but they did away with

23  Richard Valdez's gang.  He was from northern

24  California, and he started the Nuestra Familia there

25  in Santa Fe.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           And they went into cell block 6, where

2    most of them were, and they started, you know,

3    shanking them and getting rid of as many as they

4    could.  They jumped off the tier.  They paralyzed

5    the leader.  And he got this one guy named Steve

6    Baca, Pollo, and he put him in a cell, and he said,

7    "Stay in there.  I know your dad, and I don't want

8    anything to happen to you."  So he gave him a pass.

9    And he was a --

10        Q.   Let me stop you there because I think

11   we're getting just a little bit ahead of ourselves.

12   Was the Nuestra Familia a prison gang that may have

13   had a presence in California, but also had a

14   presence in New Mexico prisons at the time?

15        A.   Well, no.  They were a northern state;

16   we're a southern state.  And we were mostly

17   associated with Surenos and stuff like that.  We

18   were like a blue state.  They're a red state.

19        Q.   Okay.  So what was the Nuestra Familia

20   that Mr. Baca was supposed to get rid of in New

21   Mexico?

22        A.   They called them Familiaros and they had a

23   hat, a Mexican hat with two daggers through it, and

24   it was NF, Nuestra Familia.

25        Q.   So at the beginning, was that a rival gang

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    to what you would help form as the Syndicate of New

2    Mexico?

3         A.    Well, they were all running scared.   They

4    weren't even a rival gang.   I was instructed to go

5    up there and get a few guys together and start this

6    gang, and get rid of all the stragglers, you know.

7         Q.    Okay.   So Mr. Baca's instructions to you

8    in starting the Syndicate of New Mexico was to go

9    out and take care of the remaining Nuestra Familia

10   members?

11        A.    Right.

12        Q.    And what else did he tell you to do when

13   you're going out to the penitentiary?   Let me take

14   this back for a second.   Did you and he know that

15   you were going to the Penitentiary of New Mexico

16   soon?

17        A.    Oh, yeah.   We talked.   You know, when

18   you're on heroin, you're talking, you know, and

19   everything.   You're just feeling good, and you're

20   talking.   And, yeah, he knew exactly how much time I

21   got.   I was going back with eight years.

22        Q.    And why didn't Mr. Baca, himself, go and

23   start the Syndicate of New Mexico?

24        A.    Because he was fighting a murder charge,

25   and he knew he was going to cell block 3, which was

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   the lockup at the time.  And he was going to be

2   locked up, and he knew that he wasn't going to be in

3   general population to form this gang because you

4   can't do anything in lockup, you know.

5        Q.   So you were going up to PNM and going to

6   be in general population, where you could talk to

7   other inmates?

8        A.   And he instructed me on a few names to get

9   together and to form this gang, to get its agenda

10  going, you know.

11       Q.   And who did Mr. Baca tell you to get with

12  when you got up to the PNM facility?

13       A.   He named a few people.  He named Tomas

14  Campos, Henry Clark, Tomas Clark, Hendrick Duran.

15  And he said to get together with these people and

16  then start recruiting people.  He gave me the bylaws

17  and how to recruit people, and to start the sign

18  that I eventually formed, you know, the Zia symbol

19  with the SNM in it.

20       Q.   All right.  And I will come back to that

21  in one moment.  So I think you mentioned a couple of

22  names there.  You said Tomas Clark?  Is that one of

23  them?

24       A.   Yes.

25       Q.   Ramon Clark?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes.

2    Q.    Kendrick Duran?

3    A.    Kendrick Duran.

4    Q.    Henry Clark?

5    A.    Yes.

6    Q.    Did he also tell you to get together with

7 Animal or Felix Steve Martinez?

8    A.    Yes.  He was another Nuestra Familia.  But

9 he was using them because they had been there since,

10 you know, for a while.  And he knew his agenda.  He

11 burned my mind.  To this day, I still don't know how

12 he did it.  I finally found out how he did it.  But

13 he used me, and I did it.  I did his bidding.  I did

14 the devil's bidding.  And he told me to get together

15 with Steve Baca, too.

16    Q.    And I think you said you later found this

17 out, but you're saying Felix D. Martinez and Steve

18 Baca were Nuestra Familia members.  Did you know

19 that at the time that Juan Baca sent you up?

20    A.    No.  He never told me they were Nuestra

21 Familia.  He just said they had a lot of influence.

22 And he said, "This is going to take a lot of

23 violence.  We're going to have to get rid of the

24 Nuestra Familia Gang, the stragglers, and we'll get

25 the blessing to start SNM."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          And to this day, there is still SNM
 2   members that don't even know the history of the SNM,
 3   you know.
 4       Q.   So when Mr. Baca was talking to you in
 5   Albuquerque in the county jail, he told you to go
 6   up -- if I understand this right, he told you to go
 7   up to PNM, start the Syndicate of New Mexico, and he
 8   said, "It's going to take some violence"?
 9       A.   He said, "It's going to take some
10   violence, and after the violence nobody is going to
11   want to mess with us.  And then we can start
12   programs and get our thing together, and we'll have
13   the run of the penitentiary, and things will get
14   better for us."
15          But it didn't get better.  It got worse,
16   you know.
17       Q.   And let me ask you, I think you talked
18   about a sign for the gang.  Did you create or come
19   up with a sign for the Syndicate of New Mexico, or
20   SNM?
21       A.   I helped design it.  He said, "We need the
22   Zia symbol.  That's mainly the most important thing,
23   the Syndicate of New Mexico."  So SNM, and I put the
24   "S" on the circle, the Zia symbol.  I don't know if
25   anybody is familiar with the Zia symbol.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Let me ask you, Mr. Romero, if I gave you

2    a marker, would you feel comfortable drawing what

3    you came up with on the sheet next to you?  Or are

4    you a little nervous?

5    A.   No, I'm not nervous.  It's just --

6    Q.   If you say no, I'm not going to make you

7    do it.

8    A.   No, I'll do it.  Where's the --

9    Q.   Sure.  Do you want to step down here?

10   A.   The symbol right there, the rays come up.

11   The "S" started right there.  "N."  "M."  And he

12   said, "It's up to the people, the members."

13   Q.   Hold on one second.  What did Mr. Baca

14   tell you about that symbol that you created?

15   A.   He said that it's up to the people that

16   have joined the SNM, if they want to put the "SNM"

17   in the sign.  They don't have to if they don't want

18   to.  Because at this point we were trying to form

19   secretly, you know, without anybody knowing we

20   wanted to hit pretty hard and get these stragglers

21   before they knew what hit them.  And he mentioned a

22   few names that he wanted hit.

23   Q.   Okay.  We'll come to that in one second.

24   So even though you created this symbol, did you ever

25   get this tattoo?

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.                                               1-800-669-9492
PROFESSIONAL COURT                                   e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        A.    No.  I put a "Nuevo Mexico" on me, New

 2   Mexico.  I've got it right here.  But I never put

 3   the whole syndicate and all that on there.  I tried

 4   to be a sleeper for as long as I could.

 5        Q.    What do you mean by "a sleeper"?

 6        A.    Nobody knew that I was a member until they

 7   were hit or until I got my -- until I carried out

 8   what I had to do.  They eventually found out.  I

 9   didn't become a sleeper too long, because I was more

10   or less on the front lines.  I was the one that was

11   always out to hit somebody, you know.

12        Q.    Okay.  I think you also said that Juan

13   Baca, when he was sending you up to PNM, ran down

14   the bylaws to you?

15        A.    Yes.

16        Q.    What were some of those rules?

17        A.    Okay.  What he said was, it takes three

18   SNM members to bring in one SNM member.  That one

19   SNM member that they're trying to bring in to

20   recruit, you have to be a stand-up guy.  He couldn't

21   be an informant.  He couldn't be a weak link.  We're

22   only as strong as the weakest link, you know.  And

23   if that guy messed up, it was up to one of the three

24   people that recruited him to take him out.

25        Q.    And so not a weak guy, you're only as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  strong as your weakest link.  Did he tell you that

2  to recruit, I guess, my language, sort of the

3  strongest guys or the cream of the crop in prison?

4      A.   The cream of the crop, the strongest guys.

5  And that's exactly what I tried to do, and everybody

6  else that I met with in the yard.

7      Q.   And at the time that you formed the SNM

8  when you got to the North, did you form it with

9  those that you named:  Animal; Felix D. Martinez;

10 Pollo; Steve Baca; Tomas Campos; Tomas Clark; Henry

11 Clark; Ramon Clark; Rudy Munoz; and Kendrick Duran?

12     A.   Eventually Rudy Munoz was in there.

13 Because Angel was in lockup.  I hadn't met Angel

14 yet.  But Juan Baca told me about Angel, that he was

15 a pretty stand-up guy and that he would be

16 recruiting because he was also in lockup cell block

17 3.

18     Q.   That was another one of my questions.

19 When you formed this gang, there was Juan Baca.

20 Were there any other members that you didn't

21 recruit, but who were in the gang around the same

22 time it formed?

23     A.   Yeah, of course.  Everybody started --

24 everybody knew different people, you know, and as

25 soon as I hit the first Nuestra Familia right there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   in F-1, people knew that the SNM was there to stay,

2   you know.

3       Q.    Okay.  Let me ask you about that.  I think

4   you're getting ahead of me.  But when you formed the

5   SNM Gang -- have you ever heard the term "earn your

6   bones" or "Huesos"?

7       A.    Yes, I've heard that term.

8       Q.    And what does that mean to you?

9       A.    To "earn your bones" means that one day

10  it's going to come to you to take care of something.

11  And let's say somebody messed with or messed around

12  with the SNM, or snitched on somebody in the SNM,

13  and say he lived in cell block 6.  And we have SNM

14  members, sleepers, or whatever.  Why send somebody

15  from F-1 to go into cell block 6 and take care of

16  this guy, stab him, maim him, whatever it takes,

17  kill him?  If we've got somebody in cell block 6,

18  let somebody there do it.  That way, he's got more

19  of a chance to get away with it.

20      Q.    So do you mean that it's up to the SNM,

21  anyone in the SNM, to go through and do SNM work?

22      A.    If they mess with an SNM member, yeah, he

23  would bring it to you, to go to the SNM Gang and

24  make sure that they knew what was going on, and they

25  would handle it some way.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   I'm going to show you a couple of pictures

2   and see if you can point out who is in them for me.

3            MR. BECK:  Your Honor, the United States

4   will move to admit, I believe without objection,

5   Exhibit 783; Exhibit 784-A which is Bates No. 16966

6   from Exhibit 784; and then Exhibit 786.

7            THE COURT:  All right.  Any objection from

8   the defendants?  Not hearing or seeing any,

9   Government's Exhibit 783, 784-A and 786 will be

10  admitted into evidence.

11           (Government's Exhibits 783, 784A, and 786

12  admitted.)

13  BY MR. BECK:

14      Q.   If you'll bring up Exhibit 783, Bates No.

15  48398, please.  Mr. Romero, do you recognize this

16  picture?

17      A.   Yes.  Yes, I do.

18      Q.   What is that a picture of?

19      A.   That's a picture of me.

20      Q.   And is this a picture of you in 1980,

21  right around the time you would have been in the

22  Main facility for the prison riot?

23      A.   Yes, it is.

24      Q.   And if we could go to Bates No. 48405, the

25  one before that.  Is this also a picture of you?



```
 1        A.    Yes.

 2        Q.    Is this also a picture of you?

 3        A.    Yes, that's me.

 4        Q.    Do you want to try 786?  That might be a

 5  little easier.  What's depicted in this photo,

 6  Mr. Romero?

 7        A.    That's me in Oregon when I got shipped out

 8  of state.

 9        Q.    And approximately when was this?

10        A.    1996; December of 1996.

11        Q.    And you're a good-looking man now with

12  your long hair, but which one of these gentlemen is

13  you, just for everyone here, in your younger days?

14        A.    The one kneeling down in the front.

15        Q.    So the gentleman in the front, that's a

16  picture of you?

17        A.    Yes.

18        Q.    And then if we can do 784-A.  Are these

19  four photos you?

20        A.    Yes, four photos of me.

21        Q.    And the date on this is 1999.  Does that

22  look about 1999?

23        A.    Yes.

24        Q.    And are these your tattoos?

25        A.    Yes.  Like I told you, I have "Nuevo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mexico" on my chest.

2      Q.   I just circled that.  Is that where it

3  says "Nuevo Mexico"?

4      A.   Right there.

5      Q.   Thank you.  Mr. Romero, what's the purpose

6  of the SNM prison gang?

7      A.   What's the purpose of it?

8          MR. SINDEL:  Your Honor, I'm going to

9  object.  Narrow it down to a particular period of

10  time.  I don't know how he can say what the purpose

11  was back 30, 40 years ago, in comparison to what it

12  may be now.

13          THE COURT:  Why don't you take it by

14  different periods of time?  You may have more than

15  one you want to question him about.

16          MR. BECK:  Sure.

17  BY MR. BECK:

18      Q.   What was the purpose of the SNM prison

19  gang when you formed the prison gang?

20      A.   To start a strong syndicate, you know, a

21  gang for the prison that was associated with the

22  Surenos, the Mexican Mafia, Southern State, and to

23  further our agenda, you know, to run the

24  penitentiary, to get our stuff together.

25      Q.   And was the purpose of the prison gang at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that time to run the penitentiary through violence
 2   and drugs?
 3             MR. COOPER:  Objection; leading.
 4             THE COURT:  Sustained.
 5        A.   First of all, I don't think you can lead
 6   me.
 7             THE COURT:  Hold on.
 8             MR. BECK:  Sure.
 9             THE COURT:  He'll have to re-ask the
10   question.  I sustained the objection.
11   BY MR. BECK:
12        Q.   What was the purpose of the SNM prison
13   gang when you helped form it at the beginning?
14        A.   Well, you know, drugs, and getting our
15   agenda together was -- you know, we wanted to form a
16   gang where we could get our thing together, you
17   know.  And the way Juan brought it down to me, it
18   was to -- it was going to take violence at first,
19   but he said, "After a while, nobody is going to want
20   to mess with us, and things will get better for us."
21             MR. GRANBERG:  Objection; narrative.
22             THE WITNESS:  Excuse me?
23             THE COURT:  Overruled.  It's not too long
24   yet.  Overruled.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   BY MR. BECK:
2        Q.   Sorry.  You were saying that when Mr. Baca
3   ran it down to you, he said it was going to take
4   violence.  And then I think you were continuing from
5   there.
6        A.   Yeah.
7        Q.   So what was the purpose when you helped
8   form the gang in the beginning?
9        A.   Just that, to get rid of, you know, the
10  Nuestra Familia.  That was why the blessing was
11  given.  We had to get rid of that gang right there.
12  But in the process of getting rid of that gang,
13  people understood that the SNM was there to stay and
14  we were a gang to contend with, you know.  Because
15  in lock-up they were forming a prison gang, the Los
16  Carnales.  And they were calling us familias, and
17  they were calling us Nuestra Familia sympathizers
18  and stuff.  Because they knew Juan Baca from before
19  the riot and stuff.
20       Q.   And do you remember writing at one point
21  that the reason why the SNM began was for drugs,
22  period?
23       A.   That's the main thing.  Drugs was
24  always -- I mean, we were getting in guys because
25  they could get clavos, you know, they could get in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   the drug.  We didn't care.

 2          Sometimes we brought in guys that were

 3   rapists, and they said, "Why in the hell did you

 4   bring in that guy?"

 5          "He brought in some drugs, man."

 6          We were always into the drugs.  SNM turned

 7   into a drug, you know, thing.

 8      Q.   And you said one thing there, and I just

 9   want to make sure that the jury is understanding it

10   because they're a little bit newer to this than you

11   and I maybe are.  What is a clavo?

12      A.   A clavo is a -- it's different amounts of

13   drugs, you know.  It's a clavo, so -- I don't know.

14   It's an amount of drugs, I'll say.

15      Q.   So you said the purpose of the SNM Gang

16   when you formed it was to run the prisons.  It would

17   start through violence and drugs.  Did that change,

18   from the time that you helped form it in 1982, until

19   present day?

20      A.   It started changing, because everybody

21   that was getting into the S was getting in for

22   different reasons, but the main reason was for

23   drugs.  And, you know, by the time it started

24   getting into drugs and everything, I had already

25   took care of a couple of Nuestra Familia, and they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    were all covering up their tattoos, and they weren't

2    saying they were with the Nuestra Familia.

3             But drugs was our main objective after a

4    while, you know.

5        Q.   You talked about hitting a couple Nuestra

6    Familia, and I want to talk to you about some of the

7    crimes that you've done for the SNM.

8        A.   Sure.

9        Q.   In 1982, did you hit or assault a Nuestra

10   Familia member?

11       A.   In 1982, yeah.  He was in F-1, and I

12   assaulted a Gilbert Saavedra.  They called him The

13   Nose.  He was in F-1.  He moved into F-1.  And he

14   was saying stuff that Juan did do to Nuestra

15   Familia, "I'm going to get up there and get the gang

16   going again, and I'm going to take care of them

17   vatos that did it."

18           So right as soon as he came up, Juan Baca

19   sent me word.  He sent me word.  And he said The

20   Nose, to take him out.  You know, make him lock it

21   up.  He didn't say to kill him or nothing.

22       Q.   Did Angel Munoz also play a part in

23   calling that hit?

24       A.   Yes, he did.

25       Q.   And so this was 1982.  Is that one of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  ways that you would say you earned your bones to

2  become a full SNM member?

3       A.   That's one of the ways I earned my bones,

4  yes.

5       Q.   In 1982, around the time we talked about

6  you helping form the gang by getting together some

7  specific members, we talked about Angel Munoz and

8  Juan Baca.  Do you know who Billy Garcia is, or Wild

9  Bill?

10       A.   Yeah, I know who Wild Bill is, Billy.

11       Q.   Was he also part of the SNM Gang at this

12  point in this time, in 1982, when the gang was

13  formed?

14       A.   I didn't bring in Billy, but Billy was

15  always there with me.  We were pretty close at that

16  time.  I didn't have to bring in Billy.  Billy just

17  was there with me.  You know, we were good friends

18  at the time, you know, carnals.

19       Q.   So when you say you and Billy were

20  carnals, was he also an SNM member around that time?

21       A.   I'm pretty sure Billy has told you

22  himself, yeah, he's an SNM member.

23       Q.   In 1984, did you assault another Nuestra

24  Familia member for the SNM?

25       A.   Yes.  They moved me to cell block 6.  They

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  took me out of F-1.  They didn't want me in

2  dormitory anymore.  They never told -- out of the 87

3  guys that were in F-1 when I stabbed Gilbert

4  Saavedra, The Nose, I tried to take him out.  I told

5  Henry Clark and Angel Carrillo, I told them, "Wake

6  me up at 3:00 in the morning."

7          And I got a drumstick, a fiberglass

8  drumstick, and I put a handkerchief on it that I

9  used to play handball with.  I wrapped it around the

10 handle.  It was about 13 inches long.  And I wanted

11 to take him out.

12         So when he was laying down on his bed and

13 they woke me up at 3:00 in the morning, and I went

14 over and I put a sock on my left hand.  And I got

15 the drumstick, and I put it close to his throat.

16 Henry had a shank, Angel had a shank.  And I put it

17 by his Adam's apple, and I stuck it.  But when I

18 pulled it, it didn't go the way I wanted it going.

19 I wanted it coming here.  It come out through his

20 brain.  Well, it actually came out from the back of

21 his ear.

22         And he jumped up, and he pulled me.  And

23 Angel and Henry didn't do their part.  They said

24 they did when they were investigating it, but they

25 never did.  They threw their shanks and took off

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   running. And I took a dive under the bunks, and I
2   made to it my bunk.
3           And they investigated, and nobody in F-1
4   told on me or nothing.  And I knew then we had a
5   pretty solid SNM.
6       Q.   Why did you know that, because no one told
7   on you?  Why did you know you had a solid SNM?
8       A.   We were getting in pretty good people.
9   You know, we were getting solid people.  And it was
10  a different time; like when they objected a while
11  ago.
12          The SNM has matured into a different
13  animal.  You know, it started off with a few people,
14  and I liked it that way, you know, because there was
15  regulation and stuff.  And now it's a different
16  animal.  You know, there is so many people in it
17  that I don't even know.  They don't even know what
18  I've done for the SNM or what I did for them.  And
19  they disrespect, and they --
20          MR. SINDEL:  I object to the narrative
21  form of the answer.  And secondly, he's talking
22  about people that he says he doesn't even know.
23          THE COURT:  I think one will solve the
24  other.
25          MR. BECK:  I'll break it up.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

                                                                        30

1            THE COURT:  Let's do more Q and A, and
2    then we can kind of control it.
3            MR. SINDEL:  Thank you, Your Honor.
4    BY MR. BECK:
5       Q.   Now, this assault in 1984, who did you
6    assault?
7       A.   Steve Baca, one of the ones that Juan told
8    me to bring in.  He was the one that he saved when
9    they hit all of the Nuestra Familia in cell block 6.
10   He came out of cell block 3, and Felix moved into
11   F-1.  And they were supposed to hit him in F-1, but
12   he went and turned in a syringe to the guard and
13   told them to lock him up because he felt that he was
14   going to get hit.
15      Q.   And you stabbed him with a drumstick, I
16   think you said.  Were you trying to kill Mr. Baca?
17      A.    No, no, I didn't stab Steve Baca with the
18   drumstick.  Steve Baca, I stabbed him with an ice
19   pick, a steel one.
20      Q.   I'm sorry.  I got that wrong.  So you
21   stabbed Nose with the drumstick, and you stabbed
22   Steve Baca with an ice pick?
23      A.   Me and a good friend of mine, too, a
24   carnal named Sam Guevara.  He's deceased now.  He's
25   a solid person, you know.



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110              201 Third NW, Suite 1630
Santa Fe, NM 87501                        Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                           BEAN              1-800-669-9492
                        ASSOCIATES, Inc.   e-mail: info@litsupport.com
                        PROFESSIONAL COURT
                        REPORTING SERVICE

```
 1        Q.    Let me ask you a question about that.
 2   When you say "ice pick," for the jury, are you
 3   talking about an actual ice pick, or is "ice pick" a
 4   way you describe a particular shank?
 5        A.    It's described as a particular shank.
 6   It's like a long pencil.  It's sharp at the
 7   beginning.  You could use it as an ice pack, too,
 8   you know.  But we call it that because it's sharp
 9   and pointed.  When you stick somebody, they bleed
10   from the inside, you know.  It's a pretty good,
11   powerful weapon.
12        Q.    Now, in 1986 -- well, let me ask you this:
13   At some point did you become a leader or a
14   high-ranking member of the SNM?
15        A.    Yes, I did.
16        Q.    And in 1986, were you a high-ranking
17   member of the SNM, looked upon favorably by other
18   SNM members?
19        A.    In '86?
20        Q.    Yes.
21        A.    Yes.
22        Q.    And did you have involvement with a hit of
23   a Los Carnales member named Troca?
24        A.    Troca?
25        Q.    Yes.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                        BEAN & ASSOCIATES, Inc.          e-mail: info@litsupport.com
                        PROFESSIONAL COURT
                        REPORTING SERVICE

```
 1      A.   Can I go into a little narrative here, or
 2 are they going to object on me?  He tried to stick
 3 Angel Munoz in cell block 3.  I was there, and --
 4      Q.   Okay.  So after Troca tried to stick Angel
 5 Munoz in cell block 3 when you were there, what
 6 happened?
 7      A.   I was out of cell block 3.  Troca was an
 8 LC, Los Carnales.  He came out, him and Henry Clark,
 9 in front of the canteen where we usually were when
10 it was canteen, just get candy bars, whatever we
11 could get.  And Troca comes walking up, and he tells
12 me, "Hey, Julian," and he comes up to me.
13           And I looked at him, and I go:  Oh, no.
14 What is this guy doing out here?  You know, he just
15 tried to shank Angel Munoz.  This guy must have some
16 big cajones, you know.
17      Q.   Why did you think that Troca had big
18 cajones, coming out to talk to you?
19      A.   He tried to stick Angel Munoz with a
20 broomstick when he was going to the shower, and he
21 missed him.  So there was a hit on him
22 automatically, you know.
23      Q.   That was my next question.  What happens
24 when someone tries to stab or injure an SNM member?
25      A.   You've got to retaliate, man.  You've got
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to go back there.

2       Q.   Why do you have to retaliate if someone

3  does that?

4       A.   Then you'll be showing weakness, and these

5  other people will do the same thing and get away

6  with it.  You can't have that.

7       Q.   Earlier, when we talked about the rules of

8  the SNM, is it another rule that if someone tries to

9  stab or assault an SNM member, the SNM, as a whole,

10 automatically has to retaliate?

11      A.   As a whole, you mean, has to retaliate?

12      Q.   The SNM has to retaliate if someone --

13      A.   Well, yeah, if they can get to him to

14 retaliate.  They're considered brothers, you know.

15 If you mess with my brother, you're going to get

16 messed with.  And if you don't do that, then

17 everybody is going to try to mess with you.  And we

18 couldn't have that right there.  That's showing --

19 that's not --

20      Q.   So when Troca came and talked to you after

21 he tried to stab Angel Munoz, what happened?

22      A.   He goes, "Is it all right if I talk to you

23 in the yard?"  I went, "Yeah.  Yeah, I'll talk to

24 you in the yard."  And he goes, "Well, I'll see you

25 tomorrow."  So he walked off with Ostrich, this

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   other guy.  And he took off to his cell block.  He
 2   goes, "I'm going to be in cell block 2."
 3            And at that time we had a killer, Estes,
 4   Mario Barros, Kendrick Duran, and Arturo Lueras in
 5   cell block 2.
 6            So I went back to cell block 6, and Troca,
 7   they were already with the mattresses up and pulling
 8   out all the shanks and everything, you know.  And I
 9   go, "Hey" --
10       Q.   Who was "they," who were pulling out?
11       A.   All of the SNM that were in cell block 6.
12   Because I go, "What are you guys doing?  We're not
13   going to go to cell block 2 to take care of this.
14   Why should we go to cell block 6 to take care of
15   Troca, when we've got SNM members in there?
16            And he goes --
17       Q.   So you told the SNM members not to go over
18   to cell block 6?
19       A.   Of course, because you're going to have to
20   go into cell block 2; they're going to lock the
21   door; and then he gets stabbed.  They're going to
22   tell you to go to a cell, and you don't belong in
23   there.  Come on.  It's just common sense right
24   there.
25       Q.   What happened to Troca later that day?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Arturo Lueras and Kendrick Duran -- well,
 2   Arturo got acquitted, but Kendrick Duran got some
 3   time for it.  But they bashed in his head, and his
 4   brain came out.  And they just tore his frame apart,
 5   man.  He brought out a shank with him, too, you
 6   know, part of the fence.
 7        Q.   And so Kendrick Duran and Arturo Lueras
 8   assaulted Troca that same night, is that right?
 9        A.   That same evening.  He came -- I was
10   working in the kitchen, and everybody ran to the
11   door, and we looked.  And I just seen the stretcher
12   coming by, and I could see some gray matter and
13   blood coming out of the side of his head, you know.
14        Q.   And at that time, were Kendrick Duran and
15   Arturo Lueras also SNM members?
16        A.   Yes.
17        Q.   Now, I want to go through a little bit of
18   your history.  We talked about getting locked up in
19   1978.  Was that for -- and that's when you went to
20   the Main or the Old Main for the first time; is that
21   right?
22        A.   In '78 or '77.
23        Q.   Okay.
24             MR. BECK:  Will you bring up 783, give it
25   another try and see if it works any better for us.
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE              e-mail: info@litsupport.com

```
 1   Let's try Bates 48391.
 2           MR. SHATTUCK:  Your Honor, may we
 3   approach?  I'm concerned about the relevance of all
 4   this.
 5           THE COURT:  You may.
 6           (The following proceedings were held at
 7   the bench.)
 8           THE COURT:  Do you want to make your
 9   record as to the relevance?
10           MR. BECK:  I was just thinking that they
11   were going to impeach with his previous convictions.
12   If they're not, I can move on.
13           MR. SHATTUCK:  I mean, they're calling
14   Kendrick Duran.  I know his name was -- this stuff
15   isn't going to make any sense.
16           THE COURT:  If the defendants won't agree
17   not impeach him --
18           MR. SHATTUCK:  I'm not going to agree not
19   to impeach him.
20           THE COURT:  So I guess --
21           MR. SINDEL:  I'd like to know his prior
22   convictions.  We're already there.  We're done with
23   that.  He's done all his testimony, right?
24   Basically.
25           MR. BECK:  Basically, he's got a couple
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    more.

2              THE COURT:  So it's just impeachment by

3    the prosecution, and they've got a right to impeach

4    the witness, like you do.  And they probably want

5    to, before you get ahold of him.  Overruled.

6              (The following proceedings were held in

7    open court.)

8              THE COURT:  All right.  Mr. Beck.

9              MR. BECK:  If we could bring up Exhibit

10   783, Bates No. 48391.

11   BY MR. BECK:

12        Q.   Mr. Romero, do you recognize this as a

13   judgment and sentence from 1987 for auto burglary?

14        A.   For auto burglary?  Yes, I do.

15        Q.   And you were -- and this is your judgment

16   and sentence?  You were convicted of auto burglary

17   in 1987, right?

18        A.   Yes, I was.

19        Q.   And you were sentenced to 18 months, to

20   run concurrent with your remaining parole time; is

21   that right?

22        A.   Yes.  In San Juan County, right?

23        Q.   Yes.

24        A.   Okay.

25              MR. BECK:  Then if we could go to Bates



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
1   No. 48388.
2        Q.   And is this another judgment, partially
3   suspended sentence and commitment of yours?
4        A.   1992?
5        Q.   Yes.
6        A.   Yes, it is.
7        Q.   And in 1991 or 1992, you pled guilty for
8   commercial burglary; is that right?
9        A.   Yes.
10       Q.   And you were sentenced to five-and-a-half
11  years, with a year and a half suspended, for a total
12  term of four years in prison in 1992?
13       A.   Yes.
14            MR. BECK:  And then if we could go to
15  Bates No. 48385, please.
16       Q.   Is this another judgment, partially
17  suspended sentence and commitment of yours from
18  1995?
19       A.   Yes, it is.
20       Q.   And in 1995 were you convicted of, after a
21  guilty plea, breaking and entering?
22       A.   Yes, I was.
23       Q.   And were you sentenced to nine-and-a-half
24  years, with one-and-a-half years suspended, for
25  eight years total?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I was.

 2             MR. BECK:   And if we could please go to

 3   Bates No. 48383.

 4             MR. SINDEL:   What was that last part,

 5   Mr. Beck?

 6             MR. BECK:   48383.

 7        Q.   In 2000 was your probation revoked and you

 8   were sentenced to the remaining time on that

 9   nine-and-a-half-year sentence?

10        A.   Yes.

11        Q.   And so you'd already served

12   eight-and-three-quarter years.  Were you sentenced

13   to 210 days in 2000?

14        A.   Yes.

15             MR. BECK:   And then if you could please go

16   to Bates 48378.

17        Q.   Is this judgment, sentence, and order

18   partially suspending sentence of yours from 2004?

19        A.   Yes, it is.

20        Q.   And in 2004 were you sentenced to 18 years

21   and five months, with eight years and five months

22   suspended for a total sentence of ten years?

23        A.   Yes.

24        Q.   Was that for trafficking in heroin?

25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  And then if we can please go to

2   Bates 48373.

3      Q.   Is this another judgment, sentence, and

4   commitment of yours?

5      A.   Yes, it is.

6      Q.   And in 2005 were you sentenced to 18

7   additional months for a failure to appear?

8      A.   Yes.

9          MR. BECK:  And then if we could please go

10  to Bates 48371.

11     Q.   In 2013, is this a commitment to the

12  Department of Corrections for you, Julian Ray

13  Romero?

14     A.   Yes, it is.

15     Q.   In 2013 was your probation revoked, and

16  were you sentenced to the Department of Corrections

17  for the revocation of your probation?

18     A.   Yes, I was.

19     Q.   And then were you released from prison the

20  last time in 2015?

21     A.   Yes.

22     Q.   In 2016 did you agree to cooperate with

23  the Government in this case?

24     A.   Yes, I did.

25     Q.   Thank you.  And over the course of the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  last few years, from 2016 to today, have you met

 2  with the FBI a number of times and provided

 3  statements to them?

 4       A.   Yes.

 5       Q.   And for providing that information to the

 6  FBI, has the FBI paid you for that?

 7       A.   Yes.

 8       Q.   Has the FBI paid you approximately

 9  $2,855.43?

10       A.   Yes, they have.

11       Q.    Is that for time that you took to meet

12  with them and provide statements, and then --

13            MR. COOPER:  Objection; leading.

14       Q.   What is that for?

15            THE COURT:  Try not to lead.

16            MR. BECK:  Sure.

17       Q.   What was that?

18       A.   For my time meeting with them.  You know,

19  it takes time to go meet with them.  And I have

20  appointments out there, too, and I have other things

21  to do, and -- yeah.

22       Q.   Were you also sometimes provided meals

23  when you met with the FBI?

24       A.   Yes.

25       Q.   At some of the times when you met with the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    FBI, did you talk to them about previously sending

2    drugs into or receiving drugs in the New Mexico

3    Corrections Department?

4         A.   Yes, I did.

5         Q.   Let me ask you about that.  Have you sent

6    drugs in or received drugs while you were

7    incarcerated in the Corrections Department?

8         A.   Yes, I have.

9         Q.   And does the SNM send drugs or receive

10   drugs while incarcerated?

11        A.   Well, yeah, they do.

12        Q.   What happens if an SNM member receives

13   drugs while he's incarcerated with other SNM

14   members?

15        A.   They share with other SNM members, try to

16   stretch out the drugs as far as they can go.  And we

17   try to make a little bit of money to turn it around

18   and keep it going, you know.

19        Q.   So if an SNM member brings in drugs to an

20   SNM pod, is he expected to share those drugs with

21   other SNM members?

22        A.   Yes.

23        Q.   And what are some ways that SNM members

24   bring in drugs into the prison?

25        A.   Usually through balloons, through a visit.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                       e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    There has been times when guards bring it in.  And

2    they make up -- well, we make up different ways to

3    bring it in through the mail.  Suboxone is going to

4    be smuggled in, and they've been catching it all the

5    time.  We can't get mail some places, you know,

6    because it's so easy.  Like there are strips, and

7    they're so easy to bring in through a letter or

8    whatever.

9         Q.   And have you brought in drugs or helped

10   bring in drugs in those different ways?

11        A.   Yes.

12        Q.   What are the ways that you've done it?

13        A.   Through strips, through letters, and

14   envelopes.

15        Q.   And for the jury, some of them may not

16   know; when you say "Suboxone," what is Suboxone?

17        A.   Suboxone is -- it's like a deterrent for

18   heroin addicts.  It stops any opiate from hitting

19   you.  You take a Suboxone, it hits you like an

20   opiate base like heroin, but it stops any opiate

21   from hitting your body.  Like if you go do heroin,

22   you won't feel it.  You have to wait at least 24

23   hours.

24             So the federal uses it in programs for

25   heroin addicts, to stop them from doing crimes and

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   going into, you know, doing different crimes and

2   stuff.  It helps them curb the craving for heroin.

3        Q.   Mr. Romero, are you a heroin addict?

4        A.   Yes.

5        Q.   Are you currently taking Suboxone?

6        A.   Yes, I am.

7        Q.   And are you prescribed Suboxone in a

8   clinic?

9        A.   Yes.

10        Q.   As I said, I think during some FBI

11   debriefs you spoke with the FBI about bringing drugs

12   into prison for the FBI; is that right?

13        A.   Yes.

14        Q.   Were you charged at some point federally

15   with a criminal complaint for conspiracy to

16   distribute Suboxone?

17        A.   Yes, I was.

18        Q.   Why were you charged with that?  Excuse

19   me.  That was a bad question.  Why do you think you

20   were charged with that?

21        A.   Because I brought in drugs.  I mean, it's

22   against the law to bring in drugs into an

23   institution.

24        Q.   And after you were charged with the

25   federal criminal complaint, did you -- were you able

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   to get help and counseling and treatment for your

2   heroin addiction?

3       A.   Yes, I did.

4           MR. BECK:  Your Honor, the United States

5   moves to admit Government's Exhibit 862, without

6   objection.

7           THE COURT:  Any objection from any

8   defendants?  Not seeing or hearing any, Government's

9   Exhibit 862 is admitted into evidence.

10          (Government's Exhibit 862 admitted.)

11          MR. BECK:  If you'll put up Government's

12  Exhibit 862.

13      Q.   Mr. Romero, is this the complaint filed in

14  United States District Court in 2016, charging you

15  with conspiracy to distribute Suboxone?

16      A.   Yes, it is.

17          MR. BECK:  And the next page, please.

18      Q.   Down at the bottom, in paragraph 5, does

19  that state that it's charging you related to a drug

20  conspiracy between 2011 and 2015?

21      A.   Yes, it is.

22      Q.   And in subparagraph C there, does it say

23  that in March 2012 you smuggled approximately 60

24  Suboxone pills into the Bernalillo --

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did you tell the FBI that in one of

2    your debriefs?

3    A.   Yes, sir.  I did.

4    Q.   Just make sure you speak into the

5    microphone.

6    A.   Yes, I did.

7    Q.   And the next page in subparagraph D.

8    Between 2013 and 2014, while you were incarcerated

9    in the Central New Mexico Correctional Facility, did

10   you sell approximately 16 to 20 pieces per month of

11   Suboxone?

12   A.   Yes.  I sold them at Central.

13   Q.   And when you sell Suboxone in prison, how

14   are you paid?

15   A.   I usually got canteen, and they put money

16   on my books, and I just turned it around.  Because

17   Suboxone, once you get past from the streets, which

18   it goes from $5 to $10 a strip or a pill, and you

19   get it into a penitentiary, it becomes $100 for a

20   strip or a pill.  So you're making ten times the

21   amount, whatever the mathematics is.

22            But, yeah.  I mean, that's the main reason

23   why I would bring it in, and to use a little bit and

24   help me out, too.

25   Q.   Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. BECK:  And can we go to the next page,
 2  please.
 3      Q.   In August of 2016 did the United States
 4  dismiss this complaint against you?
 5      A.   Yes, they did.
 6      Q.   And was this after the time that you'd
 7  sought treatment for your heroin addiction?
 8      A.   Yes.
 9          MR. BECK:  And then page -- the next page,
10  please.
11      Q.   And is that an order dismissing the
12  complaint?
13      A.   Yes, that is.
14      Q.   Thank you.  Do you know an SNM member that
15  goes by the nickname Styx?
16      A.   Styx, yes, Gerald Archuleta.  I know him.
17      Q.   In approximately 2000, did you -- were you
18  on the streets around the year 2000?  Out of prison,
19  is what I mean by the streets.  Were you out of
20  prison during that time?
21      A.   Yes, I was in the streets.
22      Q.   Did you start a relationship with a woman
23  who had been or was currently in a relationship with
24  Styx?
25      A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I want to go forward to 2015.  In 2015
 2   were you incarcerated, in July of 2015?
 3        A.    Yes.  I was in Southern, here in Las
 4   Cruces.
 5              MR. BECK:  And if we could bring up what
 6   has been admitted as Exhibit 649.
 7        Q.    Mr. Romero, do you recognize this as an
 8   aerial view of the Southern New Mexico Correctional
 9   Facility, Southern, down here in Las Cruces?
10        A.    Yes.  Yes, I do.
11        Q.    And in July 2015 were you in -- which
12   housing unit were you in?
13        A.    I'm pretty sure I was in C.
14        Q.    Were you in housing unit 1-A, C pod?
15        A.    Yes, 1-A, C pod.
16        Q.    So I'm going to circle down here on the
17   bottom left where it says "HU-1-A."  Is that housing
18   unit 1-A where you were housed?
19        A.    Yes.  I was in cell 113.
20        Q.    At the time, was that a Syndicate of New
21   Mexico or SNM pod?
22        A.    Yes.
23        Q.    What does that mean?
24        A.    Well, like that lawyer said earlier, the
25   SNM changed from before, and they started locking us
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  up for --
 2          MR. SINDEL:  Your Honor, this is
 3  irrelevant.  He asked him whether it was an SNM pod,
 4  and he's going --
 5          THE COURT:  Are you wanting to elicit
 6  more?
 7          MR. BECK:  I didn't expect that answer,
 8  Your Honor.  I'll ask --
 9          THE WITNESS:  I didn't mean to do that.
10          MR. BECK:  Sure.
11          THE COURT:  Why don't you go ahead.
12  BY MR. BECK:
13      Q.  No, you're doing fine, Mr. Romero.  Was
14  housing unit 1-A, C pod, were you housed with other
15  SNM Gang members in that pod?
16      A.  Yes, I was.
17      Q.  And for all of housing unit 1-A -- well,
18  let me ask this question.  Are there three pods in
19  housing unit 1-A?
20      A.  Yes, there are three pods in there.
21      Q.  Is that the blue pod, the yellow pod, and
22  the green pod?
23      A.  Yes.
24      Q.  Are those pods identical, other than the
25  colors?
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492
                                                    1-800-669-9492
                                            e-mail: info@litsupport.com

1    A.   They're identical, yes.  And the colors
2 are different, but they're more or less identical,
3 yes.
4    Q.   And by "identical," I mean they have the
5 same numbering of each cell in each pod, right?
6    A.   Yes.  They start off with the top tier is
7 1, 2, 3, 4, 5.  The bottom tier is -- I was in cell
8 113, so it goes from 11, 12, 13, or something like
9 that; 10, 11, 12, 13.
10    Q.   And that's the same whether you're in blue
11 pod, yellow pod, or green pod, right?
12    A.   Yes, it's the same.
13    Q.   So getting back to housing unit 1-A in
14 Southern New Mexico in 2015, were all the yellow
15 pod, blue pod, and green pod SNM pods?
16    A.   Yes.
17    Q.   Who were some of the SNM members who were
18 with you in green pod?
19    A.   I can't remember, but Robert, Shanky.
20 Baby G.  I know him by Baby G.  I don't know his
21 real name.  I can't remember it.
22    Q.   Was Mario Rodriguez, who also goes by the
23 name Blue, there?
24    A.   Yeah.  He had came down to green pod.
25    Q.   And was a man named Pete Aronda there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Yes.

 2       Q.    And Conrad Villegas?

 3       A.    Yes, Conrad was there.

 4       Q.    Lupe Urquizo?

 5       A.    Yes, he was there.

 6       Q.    Jerry Montoya?

 7       A.    Yes.

 8       Q.    All those names I just listed, are they

 9  all SNM members?

10       A.    Yes, they are.

11       Q.    In July of 2015, at the beginning of July

12  2015, was the SNM still on lockdown?

13       A.    Yes, they were still on lockdown.

14       Q.    What does lockdown mean?

15       A.    Lockdown means that we were being punished

16  for something that -- it could be for any reason, so

17  maybe some violence came down, a fight broke out.

18  They just controlled.

19       Q.    In lockdown, are you allowed tier time

20  with the other SNM members?

21       A.    We're allowed to go out to the yard, but

22  to different cages, and we're handcuffed when we

23  leave the cell.  Before we leave the cell, we're

24  handcuffed through the food port; then we leave the

25  cell and go out to the yard; and then back up again.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  And once they lock the door in the cage, then we

2  back up and they unlock us again.  Control.

3       Q.   And I'm probably getting ahead of myself,

4  but what is tier time?

5       A.   Tier times is when you're like more or

6  less in populations in that one cell block that

7  you're in, you can intermingle with that one cell

8  block.

9       Q.   Okay.  So that the gentlemen in your green

10 pod, tier time would be, you would get to hang out

11 with them inside the day room in C pod; is that

12 right?

13      A.   Yes.

14      Q.   So when you were on lockdown, were you

15 allowed tier time?

16      A.   No, not at that time.  But the day that

17 they did let us, I got hit.

18      Q.   And I'm going to get there.  You're

19 jumping just a little ahead of me.  So in the

20 beginning of July 2015, you were on lockdown, and

21 there was no tier time?

22      A.   No, there was not.

23      Q.   And did they let the SNM out of lockdown

24 on July 13th of 2015?

25      A.   Yes, they did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1      Q.   And what happened to you the first time

2   you were let out onto tier time in July of 2015?

3      A.   I remember coming out with Pete Aronda,

4   Chavez, Wacky, and Conrad, just that one tier right

5   there, the bottom tier.  And I brought my towel and

6   my boxers and stuff, getting ready to go take a

7   shower, because they were going to lock the door.

8   And somebody got my attention and called me to his

9   cell, and I turned around and said, "What's up?"

10          He goes, "Hey," then somebody cold-cocked

11   me from behind and caught me on the right cheek

12   right there, and I was dazed.  And the only way I

13   know it now, because I see it on a film.  But I

14   didn't know it at the time.

15          MR. SINDEL:  Your Honor, I'm going to

16   object.  Something he's seen on a film is hearsay.

17          THE COURT:  All right.  Do you have

18   another question?

19          MR. BECK:  I do, Your Honor.  That's fine.

20          THE COURT:  Okay.

21   BY MR. BECK:

22      Q.   So if I understand right, as soon as you

23   were let out, you were, I think you said,

24   cold-cocked.  But does that mean you were punched in

25   the head?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Unexpectedly.  I wasn't looking.

 2        Q.    And then what's the next thing that you

 3   remember after being punched in the head?

 4        A.    I remember just being dazed and trying to

 5   hold on to whatever was knocking me, trying to knock

 6   me out, and just trying to stay on my feet.  And the

 7   next thing remember, I was out in the courtyard, and

 8   they had already called a code red, and they locked

 9   everybody back up.  And that's -- that's as far as I

10   can get on that.

11        Q.    Okay.  And do you remember being taken to

12   the hospital here in Las Cruces?

13        A.    Yes, I remember that, sort of like in

14   between, because I was in --

15        Q.    Do you remember the injuries that you had

16   when you arrived here at the hospital in Las Cruces?

17        A.    Yes.  Lacerations under here, right here,

18   on top of my eyebrow, all over.  I was pretty bad

19   off.  I had stitches all over my face.

20        Q.    Were you flown from here in Las Cruces,

21   the hospital here in Las Cruces, to another hospital

22   in El Paso?

23        A.    Yes.

24        Q.    By helicopter?

25        A.    Yes, I was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        Q.   I think you said Pete Aronda, Wacky, and
 2   Conrad.  Were they all SNM members?
 3        A.   Yes.
 4             MR. BECK:  May I have a moment, Your
 5   Honor?
 6             THE COURT:  You may.
 7             MR. SINDEL:  Your Honor, may we approach?
 8             THE COURT:  You may.  I'll tell you what.
 9   Why don't we go ahead and let the jury go, and we'll
10   take these issues up either tonight or tomorrow.
11             I appreciate your hard work.  Thank you
12   for all you're doing for us.  We'll see you at 8:30
13   in the morning.  Have a safe trip and a good
14   evening.  Don't blow away out there.
15             (The jury left the courtroom.)
16             THE COURT:  Do y'all want to take these up
17   in the morning?
18             MR. BECK:  I think that's fine.  I can
19   talk with them, and we can work it out.
20             THE COURT:  Is there anything that is
21   coming up quickly that you need an answer to,
22   anything that I haven't given you a ruling on that
23   you need sooner rather than later?
24             All right.  Mr. Burke?
25             MR. CASTLE:  Your Honor, it --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Let me get Mr. Burke first.
 2              MR. CASTLE:  I'm sorry.  I didn't see him.
 3              THE COURT:  Go ahead, Mr. Burke.
 4              MR. BURKE:  Your Honor, I filed this
 5   morning document 2121, which is a motion to exclude
 6   some testimony from that man.  It's another one of
 7   those add-on drug allegations that just came in.
 8              THE COURT:  Do you need that sooner rather
 9   than later?
10              MR. BURKE:  No.  Well, I think I'm low in
11   the batting order.  Noon tomorrow probably will be
12   safe.
13              THE COURT:  You're about done with him,
14   aren't you, Mr. Beck?
15              MR. BECK:  Yeah.  I mean, we do need that
16   because I want to bring out what he's asking for on
17   direct.
18              THE COURT:  All right.  Let me take a look
19   at that.
20              MR. BECK:  Sure.
21              THE COURT:  That sounds like the most
22   urgent, doesn't it?
23              MR. CASTLE:  Your Honor, the other thing
24   is, Mr. Lujan is scheduled for tomorrow, and we
25   would like to take a look at his presentence
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    materials.  That might be one of the four or five
 2    that the Court has.
 3              THE COURT:  All right.  So Mr. Lujan?
 4              MR. CASTLE:  Yes.
 5              MR. SINDEL:  That's all I was going to
 6    say.
 7              THE COURT:  All right.  So I've got my
 8    work.  Okay.
 9              Y'all have a good evening.  Thanks for
10    your hard work.
11              (A discussion was held off the record.)
12              THE COURT:  Can I have your attention?
13    Can you go back on the record.
14              So Gallegos' -- Lujan's?  Lujan's PSR has
15    been filed, so it's kind of now in a new realm, so
16    it is in the possession of the Government.  So why
17    don't y'all do a Brady-Giglio review while we're
18    looking at it, too.  You probably didn't know it.
19    Defendants don't have it.  But it's now in a new
20    status since it was filed.
21              MR. BECK:  News to me.  We'll do that,
22    Your Honor.
23              THE COURT:  All right.  Have a good
24    evening.
25              (The Court stood in recess.)
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    April 18, 2018

 2

 3          THE COURT:  All right.  Good morning,

 4  everyone.  I appreciate everybody being here and

 5  ready to go and on time.  We do have a juror --

 6  we've got three jurors from Alamogordo, and two of

 7  them are here.  One of them is stuck with the

 8  closure of -- is that 70 that they close from time

 9  to time because of the missiles that they test?  And

10  the other two got up early and they're here.  But we

11  have Mr. Moore, who's the very last juror, number

12  18, and he was stuck in traffic.  He thought it was

13  going to be lifted at 8:00.  So he's on the other

14  side of the missile range, and so he should be

15  moving now.  We've got all the jurors except him,

16  but I'm thinking we may not have him till about

17  9:00.  So we'll just monitor that.  We've got a few

18  things to cover this morning.

19          I have a note from --

20          MR. BURKE:  Excuse me, Your Honor.  Does

21  the witness need to be here for this?

22          THE COURT:  He doesn't need to be here for

23  it.

24          There is a note from the one of the

25  jurors.  This is juror number 7, Mr. Skousen, who
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    sits -- we've got the blank space for Mr. Swantner,
 2    and then we've got Ms. Nitterauer and Mr. Skousen.
 3    He asked us questions last time.  It says, "What is
 4    a life sentence?  Is it really life, or can it be
 5    reduced by good behavior or other reasons?"
 6              So I assume nobody wants me to try to
 7    address that.  Y'all may want to try to address it
 8    with some of your questions, and I think the answer
 9    would differ whether it was probably in state court
10    or federal court, as far as I know.
11              At the top of it he does have another
12    question that he's crossed out.  And I'm not sure I
13    can read it, but I think it says, "Why were" -- I
14    can't read that name -- "or Joe Gallegos put in an
15    SNM pod?  Could they have self-identified to the
16    person that they were SNM?"  I'm not sure what that
17    first name is.  But in any case, I'm going to have
18    Ms. Bevel mark this as Exhibit 6 to her clerk's
19    minutes.  Let's see.  Was there a 6 yesterday?
20    Didn't we mark all those exhibits from -- end up
21    taking that batch of materials from the taint team?
22    Weren't they 6?
23              THE CLERK:  That was 5, Your Honor.
24              THE COURT:  So we marked those as 5.  So
25    we'll mark this note as 6.
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          As far as the disclosure from the PSRs, it

2     seems to me that with Warden Lujan's PSR, now that

3     it's in the Government's possession, all the

4     Brady-Giglio, Jencks kicks in, it does seem to me

5     that there's probably some things in there that

6     ought to be disclosed.  That interview by APD.

7     There is enough in there that I think it would be --

8     we didn't get an objection from Lujan.  Seems to me

9     I ought to just order you to produce that to the

10     defendants.  What's your thinking?

11          MR. BECK:  We produced it last night.

12          THE COURT:  So that leaves me, then, with

13     four.  Let me see if I can identify which four they

14     are, just so everyone knows.  Let me just give you

15     what I know.  Roy Paul Martinez has been disclosed;

16     Jerry Armenta, disclosed; Benjamin Clark, disclosed,

17     Jerry Montoya, disclosed; Santos Gonzalez,

18     disclosed; Manuel Jacob Armijo, disclosed; Paul

19     Rivera, disclosed; Leonard Lujan, disclosed; Timothy

20     Martinez has been disclosed.

21          What is still in progress is Javier

22     Alonso, Eugene Martinez, Fred Quintana, Christopher

23     Garcia, for all his cases.  Carlos Herrera, Shauna

24     Gutierrez, Frederico Munoz.  That one is fairly far

25     along, because it's pending a first review.  Gerald

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                  Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492
1-800-669-9492
PROFESSIONAL COURT                                                          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN
&ASSOCIATES, Inc.

1  Archuleta, Daniel Sanchez, Mauricio Varela.  That's

2  pending a second review, so that must be fairly far

3  along.  Guadalupe Urquizo, Anthony Baca, Robert

4  Martinez, David Calbert, Conrad Villegas, and Brandy

5  Rodriguez, Richard Gallegos, and Mario Rodriguez.

6          What we have is -- let me see.  I've got

7  four, so this must be where Probation is on this

8  matter.  A lot of those are just to be done.  The

9  four that we have are Eugene Martinez, Gerald

10 Archuleta, Robert Martinez, and Frederico Munoz.

11         For those, those are in a different

12 position.  They're not in the Government's hands, so

13 they're in the Court's hands, so the Court has some

14 interest in the privacy concerns of these

15 defendants.

16         I've reviewed the PSRs, and here's the

17 situation.  You know, there are factual sections and

18 they start to repeat themselves, because the PSR

19 writers use the same factual section.  I'm assuming

20 those are coming out of discovery.  I think for each

21 one of these, rather than their being a new

22 statement, another statement of the defendant's

23 statement of admission or responsibility, they

24 simply refer to the plea agreement, which you have.

25 So there is nothing new there.  And then there is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the private interviews, and I haven't seen anything
 2   in the private interviews, the personal
 3   characteristics that I think you could use in any
 4   way.
 5          So it seems to me that -- what I'm going
 6   to do is, in a few areas I'm going to talk to
 7   Probation, the four officers that are working on
 8   these, and make certain that everything that they're
 9   getting is either out of discovery that has been
10   produced to the defendants or is in the plea
11   agreement.  And with that, I'm inclined not to
12   produce the others, just because of case law that
13   indicates that there is an overriding interest in
14   the defendant cooperating with the Court and getting
15   information.
16          I'll continue to look at these and make
17   sure that I don't see anything that the defendants
18   could use or I feel overrides that concern.  But
19   that's where we are with that review.  But at least
20   we got Mr. Lujan in your hands.
21          Seems like there was another topic to
22   cover with you, but that's all I can think of.
23          Mr. Castle?
24          MR. CASTLE:  Yes, Your Honor.  With regard
25   to the criminal histories --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Oh, yes, the criminal
 2    histories.  I'm assuming that y'all have those.  Am
 3    I wrong?
 4              MR. CASTLE:  Well, it's kind of
 5    hodge-podge, and it's kind of hard to tell, for
 6    example, when someone has finished their sentence,
 7    which is relevant under 609, and I think it would
 8    give us all clarity in addressing those kinds of
 9    issues, because I know that U.S. Probation does a
10    much better job than -- no offense -- the U.S.
11    Attorney's Office does.  They have access to things
12    that the U.S. Attorney's Office doesn't have with
13    regards to people's sentences and the exact nature
14    of their convictions and the length of their
15    sentences.
16              THE COURT:  Okay.  Well, let me give that
17    some thought.  I had just sort of assumed y'all had
18    the criminal histories, but I understand what you're
19    saying.  So let me give that a little bit more
20    thought.
21              Ms. Bevel did get donuts for the jurors,
22    so they're back there comfortable.  Is there
23    anything else we need to discuss while we've got a
24    little bit of time?  Anything else I can do for you,
25    Mr. Burke?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BURKE:  Your Honor, I need to make a

2    record before you deny my motion to limit some

3    testimony.

4          THE COURT:  Okay.

5          MR. BURKE:  I filed -- I think it's --

6          THE COURT:  Is this 2121?

7          MR. BURKE:  -- 2121.  And it's similar to

8    the one we heard yesterday, where I was objecting to

9    some testimony from Mario Rodriguez about drugs and

10   Edward Troup.

11         Julian Romero also remembered that --

12   allegedly that Edward Troup brought drugs into

13   segregation.  And this, you know, seems to be the

14   pattern.  It comes on the eve of trial, and

15   therefore, in any other situation, in my view, would

16   violate the rules of discovery and the idea of a

17   discovery cutoff date, and the idea of a fair trial,

18   and the idea of not having a trial by ambush and

19   surprises on the eve of trial.  And the Government

20   argues that, "Well, we always said we would try to

21   introduce stuff about drugs."

22         And then we had that discussion at the

23   bench yesterday, and I don't remember any drug

24   exception to the rules of discovery and the rules

25   relating to not surprising the defendant before a

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 witness takes the stand.  But the Court has allowed

2 that sort of drug-related testimony to come in.

3          But what's offensive about this is that it

4 always comes up in, like, the last pretrial

5 interview of a witness before the witness takes the

6 stand.  And in fairness, I recognize that these

7 prosecutors work very hard.  So for me to say they

8 could have done it, you know, back three months ago

9 would be not fair, because they were in trial, you

10 know, consistently.

11          But they do have a large office, and the

12 FBI has many agents.  And so it always ends up

13 hurting these defendants when they have these

14 informant witnesses who are basically -- and I know

15 the Government doesn't like this -- but basically

16 they're paid for their testimony, and they know what

17 side they're on, and they remember things on the eve

18 of trial.  And Julian Romero has never mentioned

19 Edward Troup, never mentioned him in any of his many

20 statements.  And here on the eve of trial he says,

21 "Edward Troup brought drugs into jail."  And so --

22 it wasn't listed as a bad act.  I object.  I think

23 it should be excluded.

24          THE COURT:  All right.  Thank you.

25 Mr. Burke.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

66

1          Mr. Beck, do you want to address this?

2          MR. BECK:  Yes, Your Honor.  There is

3    certainly a discovery deadline, and the United

4    States has complied with that to the extent that it

5    could.  But for there to be something to produce --

6    I mean, we've gone over this many times -- it has to

7    be in the Government's possession.  And so when it's

8    in the witness' mind, it's not in the Government's

9    possession, so there is no discovery violation.

10          Indeed, the United States has done its

11   best to get these statements out as quickly as

12   possible, even, you know, some of the things we

13   learned last weekend via email to the defendants

14   before a 302 or even the agents' notes could be

15   produced.  It's just the nature of having witnesses

16   at trial that witnesses remember things.  And I

17   would argue the contrary, which is:  The first time

18   I asked Julian Romero about Edward Troup was

19   whenever those notes are from, sometime in March,

20   when I was pretrialing him for this trial.  And I

21   think, as the Court said yesterday, it's admissible

22   evidence.  There is nothing you can really do about

23   it.  There is nothing anyone can really do about it.

24   And now the defendant has had weeks by this point,

25   three or four weeks to prepare for this testimony,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    versus if the first time I asked Julian Romero about
2    Edward Troup was this morning up on the stand, they
3    would have no time to prepare for it.
4            So it's just the nature of the case, but
5    there is nothing improper under the rules.  There is
6    no obligation for the United States to go out and
7    get discovery.  And that's rational.  It's practical
8    in the case of these witnesses because the United
9    States cannot sit down with them and download all of
10   the information that they have.  It's not only
11   impractical; it's impossible.  People remember
12   things at different times.  And it just -- the rules
13   of discovery are set up so that the defendants get
14   as much advance notice as possible.  It should not
15   be trial by ambush, but it's not.  I mean, one thing
16   at the end, on top of all the other things, is not
17   trial by ambush; it's just the nature of the trial
18   that things come up you have to think on your feet
19   for.
20           So I guess I'm happy to answer any
21   questions the Court has.
22           THE COURT:  Not at the moment.  Thank you,
23   Mr. Beck.
24           Do you have anything further, Mr. Burke?
25           MR. BURKE:  No, Your Honor.  You



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  understand the issues.  I have nothing more.

2          THE COURT:  Well, I looked at the -- I

3  looked -- since I saw your brief yesterday morning,

4  I looked at the statement that was in there.  And it

5  seems that Romero's statements in this new 302 are

6  probative of a material issue other than character.

7  I think that was your primary objection in the

8  motion itself.  To establish a violation of VICAR,

9  the United States has to show that the SNM is an

10 enterprise engaged in racketeering activity under

11 1959(a), and drug trafficking is racketeering

12 activity in accordance with 1961(1)(a).

13          I guess we've now heard evidence that

14 Mr. Troup is an SNM member, so evidence indicating

15 that Mr. Troup smuggled drugs into a prison facility

16 tends to make it more probable that the SNM is an

17 enterprise engaged in racketeering activity, so I

18 think it passes the 401 test.  And I don't think

19 that I can say that Mr. Romero's statement is

20 irrelevant to the VICAR charges against Mr. Troup.

21 So the 402 argument, I think, fails because it

22 doesn't render those statements inadmissible.

23          And then, I guess, offering Romero's

24 statements to show that the SNM was an enterprise

25 engaged in racketeering activity is not using the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  statement to prove Mr. Troup's character in order to

2  show that on a particular occasion he acted in

3  accordance with the character, so the statement is

4  not inadmissible under Rule 404.  It looks like

5  Mr. Romero made the statement that Mr. Troup finds

6  objectionable on March 28, 2018, so Rule 404(b)(2)'s

7  notice provision, which contains a good cause

8  provision, does not bar admission of Mr. Romero's

9  statements, even if it were a 404 evidence.  And I

10 don't think it really is properly 404.

11         We've been using bad acts to get

12 information to the defendants so they can argue it's

13 404.  But I think in this case it's not 404.  It

14 doesn't have to satisfy that notice requirement, and

15 in this case, even if it did, it would -- the notice

16 requirement, 404, would not bar it, given the timing

17 of the disclosure.  So I'll deny the motion to

18 exclude Mr. Romero's testimony.

19         All right.  Mr. Burke, anything else?

20         MR. BURKE:  No, thank you.

21         THE COURT:  Mr. Castle?

22         MR. CASTLE:  Yes, Your Honor.  This isn't

23 a specific request at this point in time, but I

24 thought I'd raise it so that the Court can think

25 about it.  There is a lot of information coming in



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   concerning the enterprise element.  From what I

2   could gather from all the defendants here, no one is

3   actually contesting enterprise evidence.  I know the

4   Court, you know, follows the Old Chief concept of

5   letting the Government prove its case as robustly as

6   it wishes.  But at some point in time, there is a

7   danger of unfair prejudice.

8           From what I can tell, Mr. Andrew Gallegos'

9   defense isn't that an enterprise doesn't exist; that

10  he's just not part of it.  I think maybe Joseph

11  Gallegos and Andrew Gallegos have a defense that

12  maybe a crime that they're alleged to have committed

13  wasn't in furtherance of the enterprise.  I believe

14  that maybe other defendants -- like Mr. Patterson's

15  defense is that he wasn't part of the enterprise and

16  didn't commit the acts alleged.  You know, many

17  defendants, I think, are doing an identification

18  defense of some sort.  I don't see anybody

19  contesting the enterprise.

20          So we're hearing about horrific murders

21  from Mr. Romero.  We've been hearing horrific

22  murders from a lot of witnesses, including

23  Mr. Rodriguez yesterday, that have nothing to do

24  with anything other than establishing the

25  enterprise.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And so I don't think the real meaning of
 2    Old Chief is that the barn door is open completely.
 3    Just like we can show pictures to a jury of a
 4    murder, and there is a limit on how horrific of
 5    pictures we can do and the number of pictures.  And
 6    so I think the Court -- I think there's going to be
 7    some objections from the defendant.
 8              We all met yesterday.  We're all trying to
 9    figure out how to get this trial done by the end of
10    May.  And I think one of the ways is to start to
11    limit some of this.  Because there is a danger here.
12    I mean, that question about, you know, does life
13    really mean life?  I don't know what that means, but
14    one of the meanings could be:  Can we put these men,
15    these horrible SNM people, away forever?  You know,
16    or the witnesses, for that matter.  And so I think
17    there is --
18              THE COURT:  But it also could be something
19    more innocuous.  I realize it could mean that.  It
20    could be that they're grappling with -- when we talk
21    to these cooperators and they talk about life,
22    they're trying to figure out, what is this 5K going
23    to do?  I mean, we know in this room that a 5K can
24    reduce a mandatory sentence, but I'm not sure they
25    do.  And so when they hear "life," I mean, it may be
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492

**BEAN
&ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   a fairly innocuous question.

2           MR. CASTLE:  It may very well be.  But I

3   can tell the Court that I think the casual observer

4   hearing all this, their gut instinct is:  How can we

5   put everybody away?

6           THE COURT:  Well, is there any interest in

7   stipulating to the enterprise element?

8           MR. CASTLE:  I can say on behalf of my

9   client yes, but I can't speak for anyone else.  But

10  we listened to the opening statements.  I don't

11  think anyone contested the enterprise element there,

12  so...

13          THE COURT:  If the defendants are thinking

14  about that, is there any interest on the

15  Government's part?  You've already gotten to show

16  details pretty good.  But from here on out, would

17  there be any interest if the defendants all agreed

18  to stipulating to the enterprise element?

19          MS. ARMIJO:  Your Honor, I think that,

20  one, I have a hard time believing that defendants

21  would even stipulate to that.  As you may recall,

22  there were a lot of hearsay objections with Mr.

23  Roark, who should have been an hour-and-a-half

24  witness, who turned into a six-hour witness with a

25  lot about his white paper and how they wanted to get

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

1   out how the SNM is a dying organization, there's

2   only 90 members.  A lot of that kept on coming out

3   improperly.  So they're trying to paint the picture

4   that the SNM is dead and no longer around and that

5   this prosecution is overzealous.

6           So at this point, no, we're not interested

7   in it.  But more importantly, I don't think that

8   this defense team, given the questions of Mr. Roark,

9   is interested in it, either.

10          THE COURT:  Well, if they were to get on

11  the same page, would y'all be interested in

12  considering it, if they were to get on the same

13  page?  I can understand you maybe not want to put a

14  lot of effort into it at this point if the

15  defendants aren't united.  But if they did, would

16  you take a look at it?

17          MS. ARMIJO:  I don't -- Your Honor, it's a

18  very difficult question, because we have prepared

19  all these witnesses to tell their stories as far as

20  prepared their witness testimony.  Look at somebody

21  like Frederico Munoz, who has committed two murders.

22  I'm sure that they're going to get into the fact on

23  a 609 basis that he has two murders.  Well, those

24  two murders were SNM-related.  So it's hard to pick

25  apart those sort of things, because I'm sure they're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   going to come down hard on somebody like Frederico

 2   Munoz.  But yet we need to be able to explain that.

 3   So it's a very fine line, so I just don't think it's

 4   feasible.

 5          THE COURT:  I just wonder if it might

 6   reduce the number of witnesses.  I'm not saying it

 7   would knock out Frederico Munoz, but I just wonder

 8   if there was a stipulation, it might sort of reduce

 9   the need of calling so many witnesses.

10          MS. ARMIJO:  You know, Your Honor, I know

11   that the witness list has 150 people, but we're not

12   planning on calling that number.  But every single

13   person that we are planning on calling has specific

14   information either related to one of these murders

15   or events or these defendants.  We're not having --

16   they have information.  Mr. Romero even has

17   information.  I mean, so everybody that we're

18   calling has specific information or statements from

19   these defendants.  We don't have, that I can think

20   of, a straight witness that won't know anything from

21   any of these defendants or any of the murders that's

22   just going to talk about racketeering activities.

23   They all have relevance, and they will be attacked

24   on it a great deal.  You saw what they did

25   yesterday.  Quite frankly, Mario Rodriguez's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  incident at the Grant County Detention Center was a

2  sexual -- with his sexual crime, technically that

3  falls under the Robert Martinez issue that the Court

4  has looked at, and the facts of that -- that is not

5  an SNM-related crime and the facts of that really

6  shouldn't have come in.  But the reason we brought

7  it out is because I think the defense could have

8  made an argument to the Court to bring it in as far

9  as his reasonings for wanting to cooperate and not

10 be charged and not having to register as a sex

11 offender.  So there may have been some relevance

12 there.

13         But you saw how yesterday they went and

14 drug that out over and over and over again.  And so

15 I just don't think it's going to be possible to

16 reach that sort of agreement, especially with what

17 we have coming up.

18         THE COURT:  Hold on just a second,

19 Mr. Burke.

20         Go ahead while we're waiting, Mr. Burke.

21         MR. BURKE:  Just to let the Court know

22 that Ms. Armijo has not accurately predicted the

23 position of Mr. Troup.  Mr. Troup would be very

24 interested in stipulating as to enterprise for all

25 the reasons that have just been alluded to.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And on behalf of Mr. Troup, I also want to

2    say that Mr. Roark was a six-and-a-half-hour witness

3    because the Government was trying to conceal the

4    true status of the SNM at this time, and we happened

5    to have on the stand the witness who knows perhaps

6    the most in general terms about what the SNM really

7    is today, so that the jury could have an accurate

8    perception of what the SNM is today, as opposed to

9    the exaggerated position that the Government has

10   taken about the SNM today.  Thank you.

11          THE COURT:  Well, I'll certainly be

12   interested if the defendants get on board with a

13   stipulation.  I guess if the stipulation were

14   available to the Government, I wonder if I might

15   need to think about exercising some 403 to start

16   bringing in.  We don't need to be litigating a

17   phantom issue too much.

18          So keep me posted on that.  There's not

19   much I can do right at the moment, and I probably

20   can't force a stipulation, but I can look at 403 and

21   start saying, "Well, is this a real issue in this

22   case?  Is this a phantom issue or not?"  And maybe

23   start seeing if we need so much evidence that's

24   going to that.

25          THE CLERK:  They're all here, and they're

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



```
1   lining up, Judge.

2           THE COURT:  All right.  They're lined up,

3   ready to go.

4           (The jury entered the courtroom.)

5           THE COURT:  All right.  Everyone be

6   seated.

7           Good morning, ladies and gentlemen.  When

8   I talk to other federal judges around the nation, I

9   don't have to tell them that sometimes we have a

10  delay because of missile range tests, do we?  One of

11  the fun things about living in New Mexico, it's a

12  little different, and so we have to adapt.

13          But I'm glad everybody is here and ready

14  to go, and I appreciate your hard work.  I

15  understand you got treated to some donuts this

16  morning.  A donut makes all of us feel better,

17  doesn't it, until about 30 minutes later, and then

18  we wonder why we ate them.

19          All right, Mr. Romero, I'll remind you

20  that you're still under oath.

21          Mr. Beck, if you wish to continue your

22  direct examination of Mr. Romero, you may do so at

23  this time.

24          MR. BECK:  Yes, Your Honor.  May I

25  approach the witness with what's been marked for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   identification purposes as 766, 767, 768, and 775?

2            THE COURT:  You may.

3                  JULIAN ROMERO,

4       after having been previously duly sworn under

5       oath, was questioned, and continued testifying

6       as follows:

7            CONTINUED DIRECT EXAMINATION

8   BY MR. BECK:

9       Q.   Mr. Romero, I'm handing you a couple of

10  pictures.  Do you recognize what's depicted in those

11  photographs?

12      A.   Yes, I do.

13      Q.   And who is that?

14      A.   That's me.

15      Q.   And when was Government's Exhibit 766 --

16  when was that taken?

17      A.   7/13/2015.

18      Q.   Government's Exhibit 767.  Do you

19  recognize who is in that photograph?

20      A.   Yes, I do.

21      Q.   Who is that?

22      A.   That's also me.

23      Q.   And when was this taken?

24      A.   The same date, 7/13/2015.

25      Q.   Government's Exhibit 768, is that also

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  you?
 2       A.   Yes, that's me.
 3       Q.   And do you recognize that as how you
 4  appeared on July 13, 2015?
 5       A.   Yes.
 6       Q.   And Government's Exhibit 775; is that also
 7  you?
 8       A.   Yes, that's me.
 9       Q.   Do you recognize that's how you appeared
10  on 7/13/2015?
11       A.   That's how I appeared.
12       Q.   And are these pictures fair and accurate
13  representations of how you appeared on July 13,
14  2015, Mr. Romero?
15       A.   Yes, they are.
16            MR. BECK:  Your Honor, the United States
17  moves for admission of Government's Exhibits 775,
18  768, 767, and 766.
19            THE COURT:  Any objection from the
20  defendants?
21            Not hearing or seeing any, Government's
22  Exhibit 766, 767, 768, and 775 will be admitted into
23  evidence.
24            (Government's Exhibits 766, 767, 768, and
25  775 admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  May I publish to the jury, Your
 2   Honor?
 3              THE COURT:  You may.
 4              MR. BECK:  May we see Government's Exhibit
 5   766, please?
 6   BY MR. BECK:
 7        Q.   Mr. Romero, I think we left off talking
 8   about you being assaulted by another SNM member on
 9   July 13, 2015.  Do you recall that?
10        A.   Yes.
11        Q.   And this picture of you -- was that taken
12   at the hospital after the assault?
13        A.   That was taken before the hospital.  That
14   was taken at the penitentiary, at the infirmary.
15        Q.   Thank you.  So this is a picture of you
16   after the assault by other SNM members at the
17   infirmary at the Southern New Mexico Correctional
18   Facility?
19        A.   Yes, that is.
20        Q.   And then I think you said that after the
21   assault, you had cuts on your eyes and you'd been
22   hit in the right front temple; is that right?
23        A.   Yes.
24        Q.   And then if we can go to 767, is that a
25   close-up of your face on that day after the assault?
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1       A.   Yes, that is.
 2       Q.   And Government's Exhibit 768.  Is that a
 3  picture of the right side of your face after the
 4  assault?
 5       A.   Yes.
 6       Q.   And then Government's Exhibit 775, please.
 7  I think you said right after you were locked -- you
 8  were let out for tier time -- the first thing you
 9  remember is being hit.  And where do you remember
10  being hit?
11       A.   Like I said, I was called to a cell.  I
12  turned this way to talk to the person that was
13  talking to me.  When I turned this way, all I
14  remember was, the first one, they caught me from
15  behind and came around this way and caught me right
16  there, so...
17       Q.   On the right side of your face?
18       A.   Yes, the right side of the temple, right
19  there.
20       Q.   Is that what we see depicted where I just
21  circled the impression on the right side of your
22  skull?
23       A.    Yes, it is.
24       Q.   And Mr. Romero, I think you said that this
25  event happened just a couple seconds after you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

82

```
 1   let out, the SNM was let out of lockdown; is that
 2   right?
 3        A.   Yes.
 4        Q.   And how long had you been on lockdown
 5   before you were let out for the first time, this
 6   time?
 7        A.   Let's see.  I arrived at Southern about
 8   maybe six months earlier.  I can't remember now, but
 9   it was about six months.  It wasn't a year yet.
10        Q.   And in those entire six months you'd been
11   there, was the SNM on lockdown?
12        A.   Yes.
13        Q.   Before that we talked about a disagreement
14   with you and Styx, or Gerald Archuleta.  Do you
15   remember that?
16        A.   Yes.
17        Q.   Was there a division in the SNM when you
18   got with Styx's wife on the outside?
19        A.   Well, yeah, there was a division.  The
20   younger guys started going with Styx and the older
21   guys were, like, "Hey, man, that's personal.  That's
22   between you and Julian," and he didn't like that,
23   you know.  There was a division.
24        Q.   I think earlier you talked about Angel
25   Munoz.  Who is Angel Munoz?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Angel Munoz was the second.  Juan Baca was

2  the first SNM.  Angel Munoz was the second.  When

3  Juan Baca became involved in the Bible, he got out

4  of the SNM.  I don't know how he did that, because

5  he said it was never to be done, only through death;

6  that's the only way out.  Blood in, blood out, you

7  know.

8       Q.   And let me ask, once Mr. Baca stepped away

9  from the SNM, once Juan Baca stepped away from the

10 SNM, who was the leader of the SNM?

11      A.   The way I heard it is --

12      Q.   I'm not asking what you heard.  I'm just

13 asking from your experience, Mr. Munoz was second in

14 command, and Juan Baca stepped away.  Who was the

15 leader of the SNM?

16      A.   Angel.  Angel Munoz.

17      Q.   At some point, did Angel Munoz leave the

18 prison system and turn over the leadership to Gerald

19 Archuleta?

20      A.   Yes.

21      Q.   And while Gerald Archuleta was the leader,

22 did he put a hit out on you or a green light for

23 getting with his wife?

24      A.   Yes.

25      Q.   Is it a rule in the SNM that you have to

SANTA FE OFFICE                                                            MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   back up your carnals or your brothers?

 2        A.   That's a rule.

 3        Q.   Does the SNM come first before all other

 4   things?

 5        A.   It's supposed to, yes.

 6        Q.   And if you got with Mr. Archuleta's wife

 7   while he was incarcerated, is that backing up your

 8   brother?

 9        A.   No, that isn't.  That's disrespecting him.

10        Q.   You were assaulted in 2015.  Were you also

11   shot in 2003?

12        A.   Yes, I was shot.

13        Q.   And were you shot by other SNM members?

14        A.   Yes.

15        MR. GRANBERG:  Objection, leading

16   question.

17        Q.   Who were you shot by?

18        THE COURT:  Try to be careful.  I know

19   some of these you have to go to different topics,

20   but try not to lead.

21        MR. BECK:  Sure.

22   BY MR. BECK:

23        Q.   Who were you shot by?

24        A.   It's common knowledge.  You know, even the

25   guy that shot me admitted to it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SINDEL:  Your Honor --
 2            THE COURT:  Hold on.
 3            MR. SINDEL:  There needs to be some
 4  foundation.  Common knowledge is obviously going to
 5  be hearsay, if some individual stated that, and I
 6  think that foundation needs to be laid.
 7            THE COURT:  Well, why don't you -- he
 8  started off in a troubling way.  So why don't you
 9  lead him with some foundation questions, and let's
10  see if we can get nonhearsay testimony.
11       A.   I understand --
12            THE COURT:  Hold on.  Hold on.  Let Mr.
13  Beck ask you a question.
14  BY MR. BECK:
15       Q.   You're doing fine, Mr. Romero.  That was
16  my fault for asking a bad question.
17            What happened the night you were shot in
18  2003?
19       A.   I was putting some laundry inside the car
20  for my wife -- that's my wife now.  She's walking
21  out the front door.  And a black sedan drove up to
22  the front yard, and came to be known as Playboy,
23  Freddie -- I forgot his last name.  Fred something.
24       Q.   Is it Frederico Munoz, who goes by
25  Playboy?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.  And he says, "Hey, Julian, carnal."

2           I go, "Hey, what's up?"  And I started

3  walking towards him.

4           And my wife yelled out, "Watch out,

5  Julian.  He's got a gun."  And at that time he

6  started shooting about 30 feet away, and it started

7  just -- sounded like firecrackers, you know.  And he

8  just emptied out the clip.  There was, like, 15

9  rounds and I was, like, ducking it.  I took off

10  running towards my truck, around the car, and my

11  wife was trying to get around the car to get inside

12  of it.  And when the clip emptied out, he hit me

13  with the last bullet right when I was running around

14  the truck, and it hit me on the right by the ankle,

15  right above the ankle, and it fractured my leg.  So

16  I fell down right there and I felt the pain.

17           I don't know if anybody has been shot

18  here, but it was a hollow point, a 9 millimeter, and

19  it tore up my leg pretty bad.  And I heard the clip

20  in there; I still had my senses with me.  And so

21  when I heard the clip, I got up and I jumped the

22  fence.  And I felt my leg break, but I thought I was

23  stepping in mud, because it felt like my leg was

24  sinking.  And I took a couple more steps and my leg

25  snapped, and it was just flopping there.  And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  stood right there, just fell then.  When he

2  reclipped, he emptied out the rest of the bullets on

3  the house.  And he missed my wife's son by about

4  that far.  And he was only like 13 years old.  And

5  if he had hit my wife's son, it would have been a

6  different story, but...

7        Q.   Sure.  Was Frederico Munoz, or Playboy --

8  did he fall under Styx in the SNM?

9        A.   Yes, he did it for Styx.

10       Q.   You talked about Juan Baca stepping away

11  from the Bible.  Did he write you a letter at some

12  point about that?

13       A.   Yes, he did.

14       Q.   And why did you -- what did you come to

15  think about that letter?  Why did he send you that

16  letter?

17       A.   What I came to think about it, I explained

18  it to you earlier, is that he wrote it for the

19  parole board's view.  He said, "Listen, carnal.

20  Write to me anytime you want as a brother, but write

21  to me under Lord Jesus Christ."

22            And I was looking at it, like, what's

23  going on there, you know.  And he goes, "I'm no

24  longer a warrior for the devil.  I'm going to become

25  a warrior for Jesus Christ, and that's harder than

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   being a warrior for the devil."
 2           And later on I come to understand that he
 3   was writing it for the parole board's interests,
 4   because they read every letter that you wrote, you
 5   know.
 6       Q.   So your understanding is that the prisons
 7   read letters that were sent from inmate to inmate;
 8   is that right?
 9       A.   Yes.
10       Q.   So your feeling about it was he wrote that
11   letter to get it in front of the parole board?
12       A.   That's what I figured.
13       Q.   Do you know Christopher Chavez, the one
14   that goes by the name of Critter?
15       A.   Yes, I know Critter.
16       Q.   Is he in this courtroom?
17       A.   Yes, he is.
18       Q.   And where is he?
19       A.   Christopher Chavez is right there.
20       Q.   What's he wearing?
21       A.   Gray shirt or top, kind of light-blue
22   shirt or top.
23           MR. BECK:  Let the record reflect that
24   Mr. Romero identified the defendant Christopher
25   Chavez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  The record will so reflect.
 2   BY MR. BECK:
 3        Q.   What do you know about Mr. Chavez?
 4        A.   He's from my barrio, Barelas.  And he got
 5   into the SNM, and Styx gave him problems over -- you
 6   know, because he gave everybody from Barelas
 7   problems.
 8        Q.   Why did Styx give everyone from Barelas
 9   problems?
10        A.   Because me and him had a confrontation,
11   and he tried to make everybody -- saying, like,
12   "Well, Julian -- this is personal between you and
13   Julian, you know.  Why should I make a decision to
14   come with you or with Julian?  There is just one S,
15   you know."  And Styx was trying to make a division
16   there.
17        Q.   So is it fair to say that Styx, the leader
18   of the gang, sort of took out a vendetta or targeted
19   for hits anyone who backed up you, you versus him?
20   Is that fair?
21        A.   That's fair to say.
22        Q.   Now, I want to take you to -- I think you
23   said you arrived at Southern sometime -- at Southern
24   New Mexico Correctional Facility sometime in about
25   2014, 2015; is that right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    Can we see Exhibit 649, please?

 3              I'm going to take you to the Southern New

 4   Mexico Correctional Facility, and just so that we

 5   all remember, at this point you were housed down

 6   here in the bottom left in housing unit 1-A; is that

 7   right?

 8        A.    Yes.

 9        Q.    Which cell were you housed in?  Let me ask

10   this question first.  Were you housed in green pod

11   at that time?

12        A.    Yes, I was housed in green pod.

13        Q.    And which cell were you housed in and

14   which cell was Mr. Chavez housed in?

15        A.    I was housed in 113.  Mr. Chavez was

16   housed in 105, I believe.

17        Q.    And we went over this yesterday.  But all

18   these pods -- green pod, blue pod, yellow pod -- in

19   all the housing units they're all set up

20   identically; right?

21        A.    They're identical.

22              MR. BECK:  Your Honor, at this time the

23   United States moves to admit Government's Exhibit

24   876, which is a picture of 1-A blue pod; 877, which

25   is a picture of 1-A yellow pod; and 878, which is a
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   picture of 5-A C pod, I believe without objection.

2           THE COURT:  Any objections?

3           MR. COOPER:  No, objection, Your Honor.

4           THE COURT:  Not seeing or hearing any

5   objections, Government's Exhibits 876, 877, and 878

6   will be admitted into evidence.

7           (Government's Exhibits 876, 877, and 878

8   admitted.)

9   BY MR. BECK:

10      Q.   Now, Mr. Romero, I know you weren't housed

11  in 1-A blue pod, 1-A yellow pod, or 5-A green pod,

12  but since we don't have a picture of 1-A green pod,

13  we're going to use these.  So I'm going to take you

14  to 1-A blue pod.  Government's Exhibit 876.

15      A.   I was in 113 right next to that outside

16  door and the shower.  It's kitty-corner right there.

17      Q.   So although you were in the green pod and

18  this is the blue pod, you were housed, if I

19  understand, down here in cell 113, and Mr. Chavez

20  was housed up here in cell 105; is that correct?

21      A.   Yes.

22      Q.   Let's skip to Government's Exhibit 878.

23  Again, this is housing unit 5-A, but is this the

24  identical setup to housing unit 1-A C pod where you

25  were housed at the time?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

92

```
 1        A.    Yes.
 2        Q.    Again, is it called green pod because of
 3   the coloring of the doors?
 4        A.    Yes.  It's just to separate the pods.
 5        Q.    So this is a different view, but
 6   Mr. Chavez would have been up here in housing unit
 7   1-A; is that right, in 105?
 8        A.    105.
 9        Q.    And then you would have been right below
10   him, which we can't see there?
11        A.    113.
12        Q.    How do you talk to each other when you're
13   in your cells?
14        A.    Well, where we're at, me and Mr. Chavez
15   would talk to each other through the air vent.
16   There would be a couple more guys on the other air
17   vent.  And they start out watching TV and, you know,
18   eavesdrop or whatever.  They could hear everything
19   we're talking about.
20        Q.    So if I understand, there are air vents in
21   your cell, and you could talk to the person below
22   you or on top of you through those air vents; is
23   that right?
24        A.    Yes, sir.
25        Q.    And what did Mr. Chavez say to you one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    time when you were talking in the air vents?

2        A.   Well, let me explain this.  An inmate, an

3    SNM member, drove up to Southern.  His name is Frank

4    Gonzalez, Speedy.  And we had never had the

5    paperwork.  But he mentioned to a couple of his

6    friends that he saw a murder happen.

7             MR. GRANBERG:  Objection, Your Honor,

8    hearsay.

9             THE COURT:  Well, it does seem this is not

10   your question, and so why don't you ask another

11   question and see if you want to elicit this, so the

12   defendants can determine whether they want to

13   object.

14            MR. BECK:  Sure.

15   BY MR. BECK:

16       Q.   So if I understand, Speedy, another SNM

17   member, showed up at the pod with paperwork or

18   talked about paperwork?

19       A.   Yes.

20       Q.   And what did Mr. Chavez say in response to

21   that?

22       A.   Well, he called me.  He told me Speedy

23   just drove up, and there is paperwork on him, and I

24   told Mr. Chavez, "Hey, man, let that go.  Man, I

25   don't want to -- why do you want to just bring up

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  this stuff?  Don't bring up my name.  I didn't see

2  the paperwork.  So don't mention my name if you say

3  anything about it."

4       Q.   Let me cut you off there.  What is

5  paperwork?

6       A.   Like he's an informant.

7       Q.   And what happens if someone has paperwork

8  on them that they're an informant?

9       A.   They'll usually get hit.

10       Q.   So after you tell Mr. Chavez, Don't put

11  your name on that, you've never seen that paperwork,

12  what did you and Mr. Chavez say to each other?

13       A.   He said, "It's all good.  I won't do

14  that."

15       Q.   Did he then go on to say something else to

16  you?

17       A.   Yes, he did.  He told me, "Hey, man, I'm

18  going to be going pretty soon.  If you need

19  anything, let me know."  And it's been 10 years

20  since.  Nothing happened over there, but he didn't

21  tell me he did it or nothing like that.  But he

22  said, "Do you think they could still indict me?"

23            I go, "Hey, man, there is no statute of

24  limitation.  So just quit saying it anymore.  There

25  are other people listening on these vents, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   know."
 2        Q.   Let me take you back there.  So this was
 3   in 2014, and Mr. Chavez said, "Do you think they
 4   could still indict me for that thing over there in
 5   Southern?"  Is that what he said?
 6        A.   Right.
 7        Q.   And what did you think he was talking
 8   about?
 9        A.   I don't know.  I didn't want to know.  But
10   now, I come to realize who it was.  But he -- like I
11   said, he didn't admit to nothing, or nothing.  So
12   I'm not throwing him under the bus or nothing.
13        Q.   Mr. Romero, I know he didn't say exactly
14   what it is.  But what did you come to think it is
15   now that he was talking about?
16        A.   You know, murders that happened over there
17   in Southern, here in Southern.
18        Q.   Is that the murders in 2001, here at
19   Southern New Mexico Correctional Facility?
20        A.   Yes.
21        Q.   I want to talk to you about Mr. Edward
22   Troup, who goes by Huero Troup.  Do you know who
23   that is.
24        A.   Yes, I know who that is.
25        Q.   Is he here in the courtroom also?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   He's right behind you, right there.  I
 2   can't see him from here.
 3        Q.   What is he wearing?
 4        A.   Light-tan shirt.
 5        Q.   And where is he in relation to Mr. Garcia?
 6        A.   To the left side.
 7             MR. BECK:  Let the record reflect that Mr.
 8   Romero identified the defendant Huero, Edward Troup.
 9             THE COURT:  The record will so reflect.
10   BY MR. BECK:
11        Q.   Have you been incarcerated with Mr. Troup?
12        A.   Yes, I've been incarcerated with him.
13        Q.   Were you incarcerated with him at the
14   Metropolitan Detention Center?
15        A.   Yes.
16        Q.   And what happened with Mr. Troup when you
17   were incarcerated with him at the Metropolitan
18   Detention Center?
19        A.   He just came up to me and told me,
20   "Everything that happened between you and Styx,
21   that's personal.  I'm tired of hearing that.  I'm
22   just -- you know, hey, that's between you guys."
23        Q.   Did he ever bring you drugs when you were
24   incarcerated together at the Metropolitan Detention
25   Center?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    We all share drugs, sure.
 2        Q.    So is that, yes, he did bring in drugs and
 3   share them with you while you were in the
 4   Metropolitan Detention Center?
 5        A.    I don't know if he brought them in, but he
 6   gave me some drugs, and I gave him some, too.  I'm
 7   just trying to tell the truth, you know.  I'm not
 8   trying --
 9        Q.    Sure.  I appreciate that, Mr. Romero.  So
10   my understanding is:  You don't know whether he
11   brought in the drugs, but he did give you drugs; is
12   that fair?
13        A.    Yes.
14        Q.    And I want to talk to you about Billy
15   Garcia.  You talked about him yesterday.  Do you see
16   Mr. Garcia in the courtroom?
17        A.    Yes.
18        Q.    And what is he wearing?
19        A.    Tan.  He raised his hand.  He's a comedian
20   like that sometimes.
21        Q.    Tell us about your relationship with
22   Mr. Garcia.
23        A.    Up to this point we've been pretty close,
24   you know, all through the -- all through the
25   struggles that we've been through in the SNM.  It's
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                     1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  just been one big struggle going through it, you

 2  know.  It's built on lies and, you know, we're a

 3  product of our environment.  And I feel for him

 4  right now, but you know, what can I say?  You know,

 5  we make our bed and we got to lay in it, just like I

 6  did, you know.

 7       Q.   So it sounds like you consider yourself

 8  close with Mr. Garcia?

 9       A.   I did consider myself close with him.  And

10  I still do.  But I'm pretty sure he's pretty pissed

11  off at me right now.

12       Q.   In terms of the SNM, is it fair to say

13  that he was one of the ones who fell on your side

14  and supported you through the Styx --

15       A.   He got thrown under the bus like everybody

16  who said, "That's personal, that's between you and

17  Julian."  Yeah, he got thrown under the bus.  He got

18  it.  He got some shit over that.  Excuse my

19  language.

20       Q.   That's fine, Mr. Romero.  So thrown under

21  the bus, I think you were talking earlier about how

22  those who vocally supported you were on the outside

23  with the SNM Gang.  Is that what happened to you and

24  Mr. Garcia?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Were you incarcerated with Mr. Garcia at

 2  the Penitentiary of New Mexico North facility around

 3  2008?

 4      A.   Yeah, he drove up from county jail.

 5      Q.   Did you have conversations with Mr. Romero

 6  (sic) --

 7      A.   We met briefly one time in the yard and we

 8  talked.

 9      Q.   Can we have Exhibit 828, please.  Exhibit

10  828 here, this is the aerial view of the

11  Penitentiary of New Mexico.  When you said you were

12  talking together in the yard, where were you when

13  you were talking together?

14      A.   Okay, we were in 1-A.  We were in the A

15  section, so probably it's on top right here.

16      Q.   You can touch the screen and circle it.

17      A.   I think it's this one right here, probably

18  this right here.

19      Q.   And where is the yard that you were

20  talking in?

21      A.   Where is the yard?

22      Q.   Yeah.

23      A.   It's to the right of 1-A.

24      Q.   Is that these cages here that I circled in

25  red?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Oh yeah.  It's right there, yeah.

 2        Q.    Is that also called Jurassic Park?

 3        A.    Yes, that's what they call Jurassic Park.

 4   Caged like animals.

 5        Q.    During this conversation with Mr. Garcia,

 6   did he talk about Leonard Lujan?

 7        A.    Yes, he talked about Leonard Lujan.

 8        Q.    What did he say about Leonard Lujan?

 9        A.    He said, "Man, hey, Julian, Leonard Lujan,

10   he helped me out.  He's there for me, you know, when

11   Styx was trying to tear" --

12             MR. COOPER:  Your Honor, objection.  May

13   we approach?

14             THE COURT:  You may.

15             (The following proceedings were held at

16   the bench.)

17             MR. COOPER:  Judge, first off, I would

18   object on hearsay grounds.  Also, we have not

19   received any discovery with regard to this

20   particular incident.  So I would object to Mr.

21   Romero taking the stand and talking about something

22   that we've never seen.

23             MR. BECK:  This discussion was produced

24   probably in the same -- I expect in the same 302

25   that included the Troup drug incident, since that's
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                      1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1   when I indicated he said that he and Billy Garcia --

2            THE COURT:  On March 28?

3            MR. BECK:  March 28, right.

4            THE COURT:  You think it's in that same

5   302?

6            MR. BECK:  Yeah.  He talks about Leonard

7   Lujan, and he talks about he and Mr. Garcia saying

8   they're not going to do anything for the gang

9   anymore, since they're done with it.  And he talks

10  about the incident.

11           THE COURT:  What would be the hearsay

12  objection?

13           MR. COOPER:  That he's telling what

14  Leonard Lujan had to say.

15           THE COURT:  Well, you're not interested in

16  what Leonard Lujan was saying; you're just

17  interested in -- can you just lead him through this?

18           MR. BECK:  Sure.

19           THE COURT:  And are you now satisfied

20  about --

21           MR. COOPER:  I'm not, because I don't

22  believe that document discusses this particular

23  incident.  I've seen that document, but I don't --

24           THE COURT:  The only portion of the 302 I

25  have is -- I don't think that Mr. Troup attached it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. COOPER:  While you're looking at that,

2   Your Honor, may I grab my copy?

3          THE COURT:  I don't think anybody gave me

4   a copy of this 302.  Do you?

5          MR. BECK:  I don't think so.

6          THE COURT:  Mr. Burke just printed out

7   what he wanted me to look at.

8          MR. COOPER:  This is the one you're

9   talking about.

10         MR. BECK:  Yeah.  I don't think it's that

11   one.  Oh, yeah, "Garcia said Leonard Lujan."

12         MR. COOPER:  All this says is that Leonard

13   Lujan was a good dude, helped him out, but turned

14   State's evidence.  I'm afraid that they're going to

15   go beyond this statement.  We don't know when that

16   was.

17         THE COURT:  Is that all you want to get

18   out of him?

19         MR. BECK:  That's all I know.

20         THE COURT:  Why don't you just lead him

21   through it?  I'll just tell him yes/no questions.

22         MR. BECK:  Sure.

23         MR. COOPER:  That will be fine.

24         MR. BLACKBURN:  May I, Judge?  I know that

25   Mr. Beck is doing a good job presenting the direct

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on him, but he is making comments.

2           THE COURT:  The witness is?

3           MR. BLACKBURN:  No, Mr. Beck is commenting

4   on -- sort of like, "Okay, it's okay, you're doing

5   good."

6           THE COURT:  You might watch that, too.

7   Don't be praising him, because that's -- I don't

8   think it's good for you, really.  I don't think it's

9   good for the Government to be --

10          MR. BECK:  Sure.

11          THE COURT:  -- telling him he's doing

12  good.  That makes him look like he's performing for

13  you.  But that's your business.

14          MR. BLACKBURN:  Okay, do it again.

15          THE COURT:  On the other hand, I think

16  it's a proper objection.

17          MR. BECK:  I'm just saying if you want to

18  see other interactions, he's doing really good.

19          THE COURT:  I'll sustain that as to the

20  comments.

21          MR. BLACKBURN:  Thank you.

22          (The following proceedings were held in

23  open court.)

24          THE COURT:  Mr. Romero, Mr. Beck is going

25  to ask you about two or three questions, I think,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   here.  Just answer them yes or no, if you can do

 2   that truthfully, and not give any additional

 3   information.  If you can't answer yes or no

 4   truthfully, then you'll have to tell Mr. Beck.  But

 5   on these questions right here, rather than

 6   volunteering any information, just listen to his

 7   questions and see if you can answer them correctly

 8   and honestly with yes/no answers.

 9        A.   Right, Your Honor.

10             THE COURT:  Mr. Beck.

11   BY MR. BECK:

12        Q.   Mr. Romero, we were talking about the

13   conversation that you had with Mr. Garcia in the

14   yard.  Did he -- and he talked to you about Leonard

15   Lujan in that conversation; right?

16        A.   Yes, he did.

17        Q.   And he said to you that Leonard Lujan was

18   a good dude?  Did he say that?

19        A.   Yes.

20        Q.   That he had helped him out?

21        A.   Yes.

22        Q.   And that he was on his side?

23        A.   Yes, he did.

24        Q.   Meaning that Leonard Lujan was on Billy

25   Garcia's side?
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    And I'll probably help you through this

 3   part, as well, for the same reason.  In the same

 4   conversation with Mr. Garcia in the yard at the

 5   North, did he also talk about a meeting with Gerald

 6   Archuleta, or Styx, while he was on the street?

 7        A.    Yes.

 8        Q.    Did he tell you that a gentleman named

 9   Chris Garcia took Billy Garcia over to Gerald

10   Archuleta's house?

11        A.    Yes.

12        Q.    And did he tell you that he and Gerald

13   Archuleta talked about your issue with Gerald

14   Archuleta and he told Mr. Archuleta it was a

15   personal beef?

16        A.    Yes, that's what he told me.

17        Q.    In this conversation where he talked about

18   the way that you both had been, I think your words

19   are, thrown under the bus by the SNM --

20        A.    Yes.

21        Q.    -- and Mr. Archuleta -- or excuse me,

22   Mr. Garcia said that you two had already been

23   high-ranking members and you weren't going to do

24   this kind of stuff anymore?

25        A.    Yeah, we were tired of it.  We're still
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  tired of it, yes, sir.

 2       Q.   And so you said that, "You and I have

 3  already been high-ranking members.  We're tired of

 4  it.  We're not going to do this kind of stuff

 5  anymore"; is that right?

 6       A.   Yes.

 7            MR. BECK:  May I have a moment, Your

 8  Honor?

 9            THE COURT:  You may.

10            MR. BECK:  Pass the witness, Your Honor.

11            THE COURT:  Thank you, Mr. Beck.

12            Mr. Cooper, do you have cross-examination

13  of Mr. Romero?

14            MR. COOPER:  I do, Your Honor.

15            THE COURT:  Mr. Cooper.

16                  RECROSS-EXAMINATION

17  BY MR. COOPER:

18       Q.   Good morning, Julian.  How are you doing

19  today?

20       A.   All right.

21       Q.   Good.  We've met before, haven't we?

22       A.   Yes.  And I'm sorry I didn't go to your

23  office that day.

24       Q.   That's fine.  Don't worry.  I understand

25  why you didn't.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              A minute ago you told Mr. Beck about the
 2    conversation between you and Billy where you
 3    discussed Leonard Lujan.
 4        A.    Yes.
 5        Q.    Okay, and Billy told you that he had
 6    helped Leonard in the past, right, and he was a good
 7    dude?
 8        A.    Yeah, that's what he said.  Yeah.
 9        Q.    Okay, and then Leonard turned State's
10    witness and decided to cooperate?
11        A.    Yes.
12        Q.    Okay.  So Angel Munoz was the jefe, no?
13        A.    Yes, he was after Juan.  Yes, he was.
14        Q.    After Juan.  So when Juan went Christian,
15    is what the S calls it, right -- when you find the
16    Lord and you want to walk away from all of the gang
17    life, you go Christian; right?  And that's what he
18    did; correct?
19        A.    Yes, yes.
20        Q.    You said some people think that that
21    should not happen?
22        A.    Yeah, some people don't like that.
23        Q.    And there are other people that say, "Yes,
24    that's one of the ways to get out of the gang";
25    right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   I would say that, yeah.
2        Q.   Back in 2000, 2001, at about the time that
3   you got out -- remember when you got out?
4        A.   Yes.
5        Q.   In September of 2000; right?
6        A.   Yes.
7        Q.   When you got out, who was running the S?
8        A.   In 2000?
9        Q.   It was Angel.
10       A.   Yeah, it was Angel at that time.
11       Q.   But Angel was on the streets; right?
12       A.   Right.
13       Q.   Now, Angel died in maybe 2003 or '04; do
14   you recall?
15       A.   Yes, it was around that time.
16       Q.   And how did he die?
17       A.   He smuggled in some drugs in balloons.
18       Q.   Okay.
19       A.   And they opened up in his stomach and he
20   OD'd.
21       Q.   Okay.  And he had put out the word that,
22   "When I'm gone, it's Styx's"; right?
23       A.   That's right.
24       Q.   So he turned the S over to Styx.  He says,
25   "When I die, Styx is going to run it"?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.

 2        Q.   And Styx is Gerald Archuleta?

 3        A.   Yes, he is.

 4        Q.   And Gerald Archuleta was married -- or was

 5   it just his old lady, his girlfriend?

 6        A.   No, he was married.

 7        Q.   He was married.  And what was his wife's

 8   name?

 9        A.   Lilly Segura.

10        Q.   Does she also go by Mary?

11        A.   Mary Lilly Segura.

12        Q.   And you now just call her Lilly; right?

13        A.   My wife, Lilly, yes.

14        Q.   So when you got out -- let me back up.  So

15   Angel was the jefe.  He oversaw everything in the S.

16   If somebody wanted a hit on somebody, it had to go

17   through Angel; right?

18        A.   That's what we all agreed upon, yes.

19        Q.   And in those days, when Angel was running

20   the show, there was really no need for a tabla;

21   right?

22        A.   No, not in those days.

23        Q.   In those days, back in the days when Juan

24   was running the show, there was no tabla?

25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

110

1       Q.    Juan was the jefe; he was the top dog; he

2   was the main guy; he was running the show?

3       A.    He made all the decisions, mostly.

4       Q.    And I just realized that as I asked each

5   one of those questions, you were nodding your head

6   yes?

7       A.    Yes.

8       Q.    So he was the jefe?

9       A.    Yes.

10      Q.    He was running the show?

11      A.    Yes.

12      Q.    He was the top dog?

13      A.    Right.

14      Q.    And everybody listened to Juan?

15      A.    Yes, they did.

16      Q.    And people -- there was no need for a

17  tabla when you had a strong leader like Juan; right?

18      A.    When there was a strong leader like Juan,

19  we didn't need a tabla.

20      Q.    Now, you were in custody back at the

21  Bernalillo County Detention Center, and one day

22  somebody came to see you and said, "Why don't you

23  come upstairs?  This guy wants to talk to you."  And

24  you went and you talked to Juan Baca; right?

25      A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And he shared some heroin with you?

 2        A.    Yes.

 3        Q.    And you were a young guy; you were not

 4   even 21 years old yet, were you?

 5        A.    I was, like, 22 at the time.

 6        Q.    22?

 7        A.    No, 21.  I was 21.

 8        Q.    You spent the 21st birthday in --

 9        A.    The prison riot.

10        Q.    -- the prison riot.  So this was after

11   those prison riots that you're at BCDC, and somebody

12   comes to you and says that Juan Baca wants to talk

13   to you?

14        A.    Yes.

15        Q.    Did you know who Juan was?

16        A.    No, I didn't.  I --

17        Q.    You had heard of him?

18        A.    Yeah, I had heard of him.  But I didn't

19   really know -- I had never talked to him.  I just

20   knew who Juan Baca was, you know.

21        Q.    He knew who you were, too, no?

22        A.    He was studying me, yes.  He knew who I

23   was.

24        Q.    And was Juan from Barelas?

25        A.    He was from the Old Barelas.  There was a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Barelas where we're at now originally, and then it

2  used to be across the bridge, and that got torn

3  down; they made the Hispanic Center and all that

4  stuff that's right there on 4th and Bridge in

5  Albuquerque.

6      Q.   You know, we're in Las Cruces right now

7  doing this trial; we're not in Albuquerque.  I'm

8  from Albuquerque, you're from Albuquerque.

9      A.   Yes.

10      Q.   So we know Barelas; right?  We know

11  where -- I'll tell you that I know where Barelas is.

12  I know where the National Hispanic Cultural Center

13  is located.  I know what we're talking about.  But

14  Barelas is a neighborhood; right?

15      A.   Yes, it's a neighborhood.

16      Q.   And it's a neighborhood that's roughly

17  bounded by, on the north, maybe Central; on the

18  south, maybe, Bridge.  And then from maybe 2nd on

19  the east to -- how far do you think?  12th, 18th,

20  the river?

21      A.   The river, because after the river, it's

22  the other side.

23      Q.   And Five Points or other places; right?

24      A.   Right.

25      Q.   So Barelas runs from 2nd Street west to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the Rio Grande River?

 2        A.   Right.

 3        Q.   And from downtown Central, right in the

 4   middle of downtown --

 5        A.   To Bridge.

 6        Q.   -- to Bridge.  And Old Barelas was a

 7   little bit south of Bridge.

 8        A.   Right.

 9        Q.   Right?

10        A.   Right.

11        Q.   And if anybody has been to the Barelas

12   Coffee House, it's there on 4th and almost Bridge;

13   right?

14        A.   Yes.

15        Q.   And that's in Barelas?

16        A.   Right.

17        Q.   And so you grew up in that neighborhood;

18   right?

19        A.   Yes, I did.

20        Q.   And Juan did, but he was a little older

21   than you?

22        A.   Right.

23        Q.   Right?

24        A.   Right.

25        Q.   And when Juan saw you, he saw somebody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  that was -- that got along with everybody.  You were

 2  very charismatic as a young man; probably still are;

 3  right?

 4       A.   I don't know about now, but when I was

 5  young, I was kind of hyper and running around.

 6       Q.   You were very athletic; right?

 7       A.   Yes.

 8       Q.   You played on the baseball team at the

 9  prison?

10       A.   Yes.

11       Q.   You were an infielder?

12       A.   I was a left fielder and central field.

13       Q.   Could you hit?

14       A.   I was the first one to hit.  I would take

15  first base, second, round off third, and dive into

16  third base.

17       Q.   So you were fast, too?

18       A.   I was pretty fast.

19       Q.   So Juan Baca sees you, he recruits you,

20  wants you to go help start what's going to be the

21  SNM; right?

22       A.   The agenda, yes.

23       Q.   And at the time that he recruited those --

24  or you went and talked to the other guys, and the

25  eight of you started the S, the Sindicato, you did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the artwork?

2       A.   Yes, I explained to the district attorney

3   that, yes.

4       Q.   So because of all that, because of your

5   relationship with Juan, because you were one of the

6   original eight, you were a pretty powerful guy?

7       A.   Um --

8       Q.   Very well-respected guy?

9       A.   I don't know about respected, but fear

10  sort of -- fear and respect are crossed in some way

11  that, yeah.  It's a fine line between fear and

12  respect, you know.  I thought it was respect, but

13  there was, like, you know, they didn't want to mess

14  around, because they knew they didn't want to mess

15  around with the S.  That was behind me, too.  That

16  wasn't just me.

17      Q.   It wasn't just you, but you were a

18  high-ranking and pretty powerful member of the S.

19      A.   I was out in population for Juan and

20  Angel.

21      Q.   So you were just under Juan and Angel?

22      A.   Yes.

23      Q.   And you and Billy had been good friends

24  since the time you met him when at PNM?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You like Billy?

2      A.    Yeah, I like Billy a lot.

3      Q.    And Billy liked you a lot?

4      A.    Yeah, sure.

5      Q.    Billy still likes you; you still like

6  Billy?

7      A.    Well, like I said, he's pretty pissed off

8  at me.  But, yeah, I still like Billy.

9      Q.    We all do what we have to do; right?

10      A.    That's how it is, man; we've all got to do

11  what we got to do.

12      Q.    So when you got discharged on September 7,

13  2000, you were released and soon thereafter you met

14  Lilly; or did you know Lilly from before?

15      A.    No, I didn't.

16      Q.    Okay.  You met her?

17      A.    Through Gerald Archuleta.

18      Q.    And Gerald was in prison, wasn't he, or

19  maybe at MDC?

20      A.    We met on the streets, me and Gerald.

21  Well, we met in prison, but I think he was on the

22  streets, too, at that time.  When I met Lilly, I met

23  her through Gerald Archuleta.  He introduced me to

24  his wife, Lilly.

25      Q.    And you started seeing -- and Gerald goes

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

117

1    back to prison, you start seeing Lilly; right?

2        A.    I started hanging around with her, yes.

3        Q.    You started hanging around with her, and

4    17 years later you're still married to her, no?

5        A.    More like 18, but I'm married for eight

6    years.

7        Q.    But you've been with her since the

8    beginning.

9        A.    Right.

10       Q.    Styx wasn't happy with you, was he?

11       A.    No, of course not.

12       Q.    No.   And the minute he found out, he put a

13   hit on you, didn't he?

14       A.    Yes.

15       Q.    He was very angry with you, and he was

16   very angry with anybody who supported you; right?

17       A.    Right.

18       Q.    And Billy was probably your biggest and

19   strongest supporter back in those days, wasn't he?

20       A.    Yes.

21       Q.    And you were probably one of Billy's

22   biggest and strongest supporters.

23       A.    Yes.

24       Q.    And Styx wanted you dead.

25       A.    He wanted me dead, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

118

```
 1        Q.    Styx wanted Billy dead, didn't he?

 2        A.    If he's going to back me up, he wanted

 3   Billy out of the way, too.  He wanted any opposition

 4   to his agenda out of the way.

 5        Q.    You've heard the term:  If you're not with

 6   me, you're against me?

 7        A.    Of course.

 8        Q.    And that's what -- that's what Gerald felt

 9   at that time; right?

10        A.    That's what he was going around saying:

11   "If you're not with me, you're against me."

12        Q.    "If you're not with me, you're against

13   me"; right?

14        A.    That's what he was going around saying.

15        Q.    And there were a lot of youngsters by

16   then.  You and Billy were getting up in age a little

17   bit?

18        A.    Um-hum.

19        Q.    You'd been with the S for a long time?

20        A.    Yes.

21        Q.    You guys were getting old, getting tired?

22        A.    Right.  We'd been through everything

23   already.

24        Q.    But all these young guys, you know, they

25   wanted to go do their thing; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Right.
 2        Q.   And those young guys sided with Styx?
 3        A.   A lot of them did, yes.
 4        Q.   A lot of them did.  And a lot of the
 5   little viejitos went with Styx, too; right?
 6        A.    If I was on the tier, they would play off
 7   of me.  If Styx was on the tier, they would play off
 8   of him.  But a lot of them did go with Styx, too.
 9        Q.   And almost everybody from Barelas stayed
10   with you on your side?
11        A.   No.  Well, you said almost everybody,
12   yeah.
13        Q.   Almost.  His followers included Mario
14   Rodriguez, Blue.  He was a Styx guy; right?
15        A.   Yes.
16        Q.   Frederico Munoz, Playboy?
17        A.   Right.
18        Q.   He was a Styx guy.  Baby Rob Martinez went
19   with Styx?
20        A.   Um-hum.
21        Q.   Roy Martinez, Shadow, went with Styx?
22        A.   Right.
23        Q.   Vincent Garduno, Fatal, Styx?
24        A.   Right.
25        Q.   Fred Quintana went with Styx?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Right.
 2        Q.    Big Jake, Manuel Jacob Armijo, went with
 3   Styx; right?
 4        A.    He did, yes.
 5        Q.    Was Big Jake from Barelas?  I forget.
 6        A.    I never met him in Barelas, but he claimed
 7   to be from Barelas.
 8        Q.    But he went with Styx.
 9        A.    Yes, he did.
10        Q.    So all those guys -- and those guys are a
11   bunch of killers, aren't they?
12        A.    They did what they had to do, yes.
13        Q.    Yeah.  Frederico Munoz you know had two
14   murders, at least that we know of; right?
15        A.    Yes.
16        Q.    Well, anyway, they were all fairly violent
17   people and they went with Styx?
18        A.    Yes.
19        Q.    And you had some people that went with
20   you, but the majority you would say were Styx
21   followers?
22        A.    Like I said, yeah, they were Styx
23   followers.  Styx was in prison, I was in the
24   streets.  So there was Styx, he was getting drugs,
25   and drugs had a lot of influence so they're, like,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  going siding with Styx so they can get drugs and

2  playing it off and stuff like that.  But yeah, a lot

3  of people went with Styx.

4       Q.   So in March of 2003, Freddie Munoz and

5  Shamon Pacheco drive up to your house.  You're

6  getting in and out of your car.  Lilly is with you.

7  You start walking to Frederico, because, "Hey,

8  carnal."  And you start walking towards him.  Lilly

9  yells, "He's got a gun"; right?  And you run.  He

10 shoots you.  It's only because he was a bad shot, or

11 something distracted him, that he didn't kill you

12 that day; right?

13      A.   I always say that he probably had the gun

14 sideways instead of aiming right.  Obviously, he was

15 probably shooting sideways, like that, trying to be

16 gangster, or whatever.  But 30 rounds, man, at 30

17 feet, that's a pretty bad shot.

18      Q.   You're lucky, no?

19      A.   I don't know why he didn't just shoot me

20 in the forehead, came after me and shot me in the

21 forehead.  That's what I would have done, if I want

22 to take out somebody, not walk up and shoot the

23 whole pad down and take out innocent people.

24      Q.   And that was a Styx hit on you?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   There were other ways that Styx tried to

2  get you; right?  Do you remember a time when he

3  fabricated some paperwork to try to tell people that

4  you were an informant?

5    A.   It wasn't fabricated.  There is another

6  Julian Romero, but he is much younger than me.  But

7  his little followers and Styx -- they knew it was

8  the other guy, but that's where a lot of people

9  threw me under the bus and said, "Julian Romero,

10  there's paperwork on him; we can't back him."

11        And I was, like, I don't even know that

12  guy named Frank, whatever was the paperwork out

13  there.  I didn't even know what he was, you know.  I

14  came to find out that it was another Julian Romero.

15  But yeah, he tried to fabricate, you know.

16    Q.   He tried to use that paperwork to get you

17  killed.

18    A.   Right.

19    Q.   And it didn't stop there.  Later on he got

20  Conrad Villegas in 2015 to hit you -- or the green

21  light was still on you in 2015, don't you think?

22    A.   Now that I come to see it, yes.  But you

23  know, in the yard, like, I would do that, too, you

24  know.  I play it off.  "Oh, no, don't worry about

25  it," even though I had intentions of hitting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  somebody.  It was just, like, you know, I don't even
 2  know if surprise is an element, but they always say
 3  surprise is the best element, and I always had that
 4  with me.  But I got caught off guard, and --
 5       Q.   By a man that was 20 or 30 years younger
 6  than you?
 7       A.   Right.  And I wasn't even looking at him.
 8  I would have did the same thing, you know, surprise.
 9       Q.   Once somebody puts a green light on
10  somebody else, it stays there until the leader calls
11  it off, or does it stay there until the person is
12  dead?
13       A.   It's there until the person is dead, you
14  know.  I still look over my shoulder.  I still watch
15  out what I'm doing.  It could come any way, you
16  know.
17       Q.   And so because Styx in 2000 put this green
18  light on you and you're still alive today, there's
19  probably still a green light on you, and that's why
20  you're looking over your shoulder?
21       A.   That's fair to say, yes.
22       Q.   You're an old-timer; would you agree?
23       A.   59 years old.  Old-timer.
24       Q.   There was some talk about "Out with the
25  old, in with the new"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I've heard that.

 2        Q.    You heard that.  What's that about?

 3        A.    It's a dumb thing, taking out the roots

 4   and going on your own agenda, because anybody knows

 5   a house divided will fall, you know, and that's what

 6   Styx is unintentionally doing.  He's dividing it.

 7   And a lot of people were going with it because it

 8   was a smoke screen and people were getting in just

 9   to get in for the drugs, you know, and for

10   protection or whatever their agenda was.  But people

11   were getting in, you know, and it was the thing to

12   do.  And like I said, it was for the squina.  That's

13   for -- to have backup, and for the drugs, or

14   whatever it was.  And some were solid, you know,

15   some wanted blood in and blood out, and stuff like

16   that.

17             But the majority would get in, you know, I

18   don't know, I don't understand why or nothing; they

19   weren't going with the rules that were set from the

20   beginning.  They're making up rules as they went

21   along, and it was all over drugs at that time.

22        Q.    Okay.  So let me stop you there.  So would

23   you say the house now has fallen?

24        A.    I would say it's divided.  And you can't

25   trust nobody anymore.  Even the -- you know, the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  defendants, like I said, you know, I feel for them.

2  I'm here giving my story.  I'm throwing myself under

3  the bus, too.  I'm not saying I'm above anything,

4  but I have to answer for -- excuse me for going on

5  like this, but I want to explain, if nobody will

6  object.  But if I don't answer to my wrongs, I'll

7  never move on.  And I want to move on, you know.  I

8  am leaving this earth pretty soon.  Go on.  I'm

9  rambling over here.

10       Q.   That's okay.  That's okay.  I know that

11  you wanted to tell your story.  I remember when you

12  first -- I remember reading documents about when you

13  first had a discussion with Agent Acee, you told him

14  that you wanted to tell your story, but you weren't

15  going to tell any secondhand stories.

16       A.   He didn't want secondhand stories.  He

17  told me, "We want your story, we want to know how

18  the S formed and history," and he's been straight

19  with me.  I can't throw him under the bus, either.

20       Q.   So in 2015, it was March that you were

21  attacked; is that right?  March of 2015 you got

22  attacked by Conrad Villegas?

23       A.   Yes.

24       Q.   And you were still in custody after that.

25  You went to the hospital, and we saw the pictures,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and they're really bad.  But you went to the

2   hospital.  Eventually you went back to Southern?

3       A.   Right.

4       Q.   Did you make the decision to change and

5   leave the S?

6       A.   I made the decision not to -- like I said,

7   you die SNM.  No matter if you leave it or whatever,

8   you're still going to be SNM, because you sold your

9   soul to the devil, and you got into it.  I thought

10  it was a good thing at the beginning.  But, yeah,

11  you know, I decided, you know, I'm not going to

12  trust nobody no more.  And --

13      Q.   And in fact, you started having those

14  thoughts back in 2005 and 2006; right?

15      A.   Oh, yeah; before that, even.

16      Q.   Before that, even.  And you shared those

17  thoughts with Billy?

18      A.   We shared a lot of thoughts together, yes.

19      Q.   Okay.  And Billy would talk to you about

20  things that were really personal and close to him,

21  wouldn't he?

22      A.   Yes, he would.

23      Q.   And would you say you were one of Billy's

24  best friends in the S?

25      A.   Yes.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Okay.  So he would share with you things
 2   that he probably wouldn't share with any of these
 3   other people sitting in this courtroom; right?
 4        A.   I would say we had some things that we
 5   kept to each other, yes.
 6        Q.   Billy never told you that he had any --
 7             MR. BECK:  Objection, Your Honor.
 8   Hearsay.
 9             THE COURT:  Well, you can't elicit what
10   Mr. Garcia said.  So sustained.
11             MR. COOPER:  Thank you.
12   BY MR. COOPER:
13        Q.   So in -- so you had those thoughts in 2005
14   and 2006 and you talked with Billy about how you
15   didn't want to do this stuff anymore.  But it wasn't
16   until 2015 when you actually had your first
17   discussion with Agent Acee; correct?
18        A.   Yes.
19        Q.   Okay.  Can you tell me how that came to
20   be, how that happened?  Did he come talk to you?
21        A.   I fell into the county jail, and I talked
22   to an agent named Tom.  I don't know his last name.
23   I talked to him and --
24        Q.   And why did you fall into the county jail?
25        A.   At that time I was doing some shards --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   it's speed.  And my little grandson hit me with a
 2   shovel in the back of the head because I didn't give
 3   him the hose.  And he's a little spoiled guy.
 4        Q.   You didn't give him what?
 5        A.   I didn't give him the hose to wet people.
 6   And it was somebody's else turn.  And I started
 7   sweeping.  He hit me with a shovel.  I didn't
 8   think -- I was sweeping, and he hit me with a shovel
 9   in the back of my head.  And I got the broom and I
10   just shoved him with it.  And he hyperventilated and
11   ran inside and they called the ambulance.  And you
12   know, it was just a little thing like that.  So I
13   went to the county jail.
14        Q.   And when you were in the county jail,
15   Tom -- is that the FBI Agent, Tom, Tom Neale?
16        A.   Yes.
17        Q.   And did he come talk to you?
18        A.   Yes, he came and talked to me.
19        Q.   Did you ask to talk to him, or did he
20   learn that you were there and he went and saw you
21   and pulled you out?
22        A.   I knew eventually they were going to come
23   to my house and do the same things they were doing
24   to everybody.  I knew that I was not innocent in
25   anything, you know.  I knew that I was an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  original -- I heard it before, and I knew that I was

2  eventually going to get dealt with, you know.

3      Q.   Did you have any reason to believe that

4  there was a racketeering indictment coming down the

5  road?

6      A.   Well, of course, yeah.  I've studied the

7  racketeering law.  It's been a long time.

8      Q.   In fact, on July 21, 2005, you met with

9  Task Force Officer Dan Mangen at PNM, and you were

10  discussing with him, I think, the Styx situation?

11      A.   Right.

12      Q.   And you told him that, "You know, I'm no

13  angel, and I probably should have been charged with

14  the RICO Act a long time ago"?  Do you remember?

15      A.   He told you about that, yeah.  I stood

16  strong there, you know.  I was, like, you know, I'm

17  going to go down if I have to.  If I get dealt with

18  it, it's my thing, you know.  I stood with it.

19      Q.   So did Agent Neale tell you that there was

20  going to be a racketeering indictment?

21      A.   Well, he didn't tell me, like, in a mean

22  way, or anything.  He told me --

23      Q.   No, I --

24      A.   -- "you're going to have to answer for

25  those, for what you've done to -- to innocent people

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and stuff, you know."

2              And you know, I did it, too.  We had a

3    discussion there, and I always said from the

4    beginning to Tom and to Bryan, I always said:  "I'll

5    tell my story.  I'll tell the story about the SNM,

6    but I want to tell the truth about it, and I don't

7    want to make myself look like I'm innocent.  I want

8    to make it -- I want the people to have closure on

9    what's going on with the families," because it's not

10   just us doing time; it's our families, you know.

11   And that's what we discussed in there.

12             So I said, so if I can tell my story, and

13   he agreed to it.  He said, "Sure.  We want to hear

14   the story.  We want to make everybody accountable

15   for their actions, you know."

16             And I said, "Okay, then I'll go along with

17   it."

18             THE COURT:  Mr. Cooper, would this be a

19   good time for us to take our morning break?

20             MR. COOPER:  It would, Your Honor.

21             THE COURT:  I know the jury has only been

22   here about an hour, but we had started 30 minutes

23   before discussing some issues, and I need to give

24   Ms. Bean a break.  So we'll be in recess for about

25   15 minutes.  All rise.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1                 (The jury left the courtroom.)
 2                 THE COURT:  All right.  We'll be in recess
 3     for about 15 minutes.
 4                 (The Court stood in recess.)
 5                 THE COURT:  Let's go on the record.  I
 6     think we've got all the defendants, an attorney for
 7     each of the defendants.
 8                 Mr. Cooper, your question that I
 9     sustained, Mr. Beck's objection, is the answer you
10     expect to be no, that Mr. Billy Garcia was silent on
11     matters?  Is that -- you're expecting the answer to
12     that question to be no?
13                 MR. COOPER:  I forgot what the question
14     was, Your Honor.
15                 THE COURT:  Well, you were asking:  "Billy
16     never told you that he had any" -- and that's when
17     the objection came.  If you expect the answer to
18     that question to be "No" -- the question before it
19     was --
20                 MR. COOPER:  Yes, I do.
21                 THE COURT:  Then, if Billy Garcia was
22     silent on a matter, that isn't a statement, unless
23     the silence was intended as an assertion.  And I
24     can't think of how that would be.  So if Mr. Billy
25     Garcia didn't say anything about the murders to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Romero, then it probably isn't hearsay.  So if

2  you want to ask that question, and if the answer is

3  no, if you want to lead him and get a no answer,

4  then I'll let you ask that question and not sustain

5  any objection to it.

6          MR. COOPER:  Okay.  Thank you.

7          MR. BECK:  I think that's right.

8          THE COURT:  Okay.  I'm going to go ahead

9  and produce the criminal history, Mr. Castle.  So I

10 am going to produce that, and the PSRs.  I'm also

11 going to probably give you some medical.  I may not

12 give you all the drugs, unless I think it has some

13 psychotropic effect.  So if it's just regular

14 medicine, I'm not going to probably produce that.

15 But you may get some medical information.

16         MR. CASTLE:  Thank you, Your Honor.

17         THE COURT:  Let me ask -- I'll ask this of

18 Ms. Bevel.  How should we do this?  Should I just

19 hand this to you?  Should I just file it on CM/ECF

20 and you pull it off?  Anybody got any thoughts?

21 Mr. Beck?

22         MR. BECK:  Yeah, I think the problem with

23 CM/ECF is it goes on the tablets, and sealed.  So I

24 think probably the best way to do it is just to hand

25 it over.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Does that work for the
 2   defendants?
 3              MR. SINDEL:  I agree with Mr. Beck.
 4              THE COURT:  Why don't I do this, then:  I
 5   will make copies, hand it to you; I'll make one set
 6   and hand it to Ms. Gilbert and she can get it
 7   available to you.  And then I will attach as Exhibit
 8   7 to the clerk's minutes what I'm producing.  Does
 9   that work for everybody?
10              MR. SINDEL:  Yes, Your Honor.
11              THE COURT:  Mr. Beck, does that work for
12   you?
13              MR. BECK:  Yes, Your Honor.
14              THE COURT:  So we'll go that route.  All
15   right.
16              THE CLERK:  They're ready, Judge.
17              THE COURT:  All rise.
18              (The jury entered the courtroom.)
19              THE COURT:  All right.  Everyone be
20   seated.
21              All right.  Mr. Romero, I'll remind you
22   that you're still under oath.
23              Mr. Cooper, if you wish to continue your
24   cross-examination of Mr. Romero, you may do so at
25   this time.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. COOPER:  Thank you, Your Honor.

 2              THE COURT:  Mr. Cooper.

 3   BY MR. COOPER:

 4        Q.   So Julian, before the break we were

 5   talking about your decision to cooperate, how you

 6   came to that decision.  And you spoke with Agent

 7   Neale, and he told you that there was probably a

 8   racketeering charge coming down; right?

 9        A.   Yes.

10        Q.   And you knew what the RICO Act was from

11   back as early as 2005, 2006, because you were

12   talking about it to the task force officer; correct?

13        A.   Yes, I knew there was going to be a RICO

14   Act.  They told me.

15        Q.   They told you:  "We're coming for you, for

16   the S"?

17        A.   Well, they told me:  "Do you want to

18   cooperate?"

19              And I told them:  "No, I'm guilty as

20   everybody else.  I'm not cooperating."  And that was

21   in 2006.

22        Q.   Now, you had a number of conversations

23   with Agent Neale and Agent Acee; correct --

24        A.   Yes.

25        Q.   -- once you decided to cooperate?  And
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   during those discussions with the agents, you
 2   learned that the VICAR case, the murders
 3   resulting -- the murders, the violent crimes in aid
 4   of racketeering, could be death penalty cases;
 5   right?  You knew that?
 6        A.   Yes, I knew that.
 7        Q.   And you knew that if death was not what
 8   the Government was seeking, that it would then
 9   certainly be a life sentence without parole, if you
10   were convicted; correct?
11        A.   Yes.
12        Q.   So the federal system is different than
13   state.  In the state system, you've got to --
14             MR. BECK:  Objection, Your Honor,
15   foundation.
16             MR. COOPER:  Okay.
17   BY MR. COOPER:
18        Q.   You've never been convicted of -- let me
19   back up.  Did you hear that -- during your
20   discussions with the Government agents, you learned
21   that these are pretty heavy charges; right?
22        A.   Racketeering?
23        Q.   Racketeering.
24        A.   Yes.
25        Q.   Okay.  You never got charged with either
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the RICO indictment or the violent crime in aid of

2    racketeering indictment, did you?

3         A.    No, I never got charged.

4         Q.    And you know that, had you been charged

5    with -- in either of those indictments, you'd be

6    looking at a mandatory life imprisonment; correct?

7    If you got convicted?

8         A.    I think the timeframe was 22 to 30 years.

9    Yeah, life.  It would be my life.

10        Q.    Okay.  So if you were given a

11   22-to-30-year sentence as a 57 -- how old are you?

12   59?

13        A.    Yes.

14        Q.    Or -7?

15        A.    59.

16        Q.    I was trying to help you out here,

17   brother.  Come on.  As a 59-year-old man, a 22-year

18   sentence -- you never come out.  You come out in a

19   box; right?

20        A.    More or less, yes.

21        Q.    In May of 2016, after you had already

22   decided to cooperate, you were charged in a federal

23   drug conspiracy; right?

24        A.    Yes.

25        Q.    And in that federal drug conspiracy, it

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  alleges -- or the criminal complaint alleging that

2  you conspired to distribute Suboxone, it tells how

3  much Suboxone that you were taking in; and you were

4  distributing at MDC, at Central, and at Southern;

5  correct?

6      A.   That's what I explained.

7      Q.   That's what you told them?

8      A.   Yes.

9      Q.   And the day after you told them that, they

10 filed the criminal complaint charging you with these

11 crimes; right?

12     A.   Yes.

13     Q.   And you were doing -- you were bringing in

14 a lot of Suboxone over a long period of time.  This

15 criminal complaint alleges that it occurred over a

16 three-year period; right?

17     A.   Right.

18     Q.   And when you talk about 22 to 30 years, is

19 that the amount of time that you would be looking at

20 because of this drug charge?

21     A.   No.  The drug charge wouldn't have carried

22 that.

23     Q.   But it would have been a mandatory

24 10-year, at least; correct?

25     A.   With my background, my criminal history,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it would have been at least 10, yeah.

2      Q.   So it would have been fairly substantial.

3           So after this criminal complaint was

4  filed, you had to go see a judge; correct?

5      A.   Yes.

6      Q.   Federal court?  You saw Judge Molzen?

7      A.   Yes.

8      Q.   And Agent Acee went to court with you,

9  didn't he?

10     A.   Yes, he went to court with me.

11     Q.   And he asked the judge to release you to

12  his custody, to the custody of the FBI office;

13  correct?

14     A.   No, he --

15     Q.   The supervision of the FBI.

16     A.   Well, I was on supervision of my parole

17  officer.  I was on probation, parole.  I mean, I was

18  on parole -- not parole.  I had to see a parole

19  officer.

20     Q.   Okay.

21     A.   It wasn't to --

22     Q.   State parole?

23     A.   Yes.

24     Q.   This complaint eventually got dismissed;

25  right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And you're not going to be facing any
 3   charges as a result of this?
 4        A.   No.
 5        Q.   And you're not facing any charges as a
 6   result of the RICO or the VICAR cases either, are
 7   you?
 8        A.   No.
 9        Q.   Well, Julian, I don't think I have any
10   more questions for you.  Thank you for coming down.
11   I wish we could have got you on and off the stand
12   yesterday.  I saw you sitting out on the patio
13   yesterday.  But we appreciate you coming down to
14   testify.  Thank you.
15             THE COURT:  Thank you, Mr. Cooper.
16             Any other defendant have cross-examination
17   of Mr. Romero?  Mr. Sindel?
18             MR. SINDEL:  I do, Your Honor.
19                    CROSS-EXAMINATION
20   BY MR. SINDEL:
21        Q.   Hello, Mr. Romero.  My name is Richard
22   Sindel.  I represent Mr. Gallegos.  I am not from
23   either New Mexico or any of the surrounding states.
24   I come from Missouri, so there may be some things I
25   ask you about because I'm unfamiliar.  So bear with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   me.

 2        A.   Sure.

 3        Q.   Okay.  And you were being asked some

 4   questions by Mr. Cooper concerning parole, and you

 5   report to your parole officer; correct?

 6        A.   I report to them.

 7        Q.   You should probably lean a little closer.

 8        A.   I was under his supervision, the parole,

 9   the parole officer.

10        Q.   You were under his supervision before you

11   got charged in the federal case, weren't you?

12        A.   What do you mean, before I got charged in

13   the federal?

14        Q.   Well, your parole is a result -- or is

15   your parole the result of a state sentence you had

16   received?

17        A.   I don't know.  I don't understand what

18   you're talking about.

19        Q.   Were you on parole when you first met with

20   Mr. Acee?  Or with any of the FBI agents, were

21   you --

22        A.   No, I was finally.

23        Q.   So your parole was over with?

24        A.   Yes.

25        Q.   Okay.  Because that's the thing.  When we
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  have a parole officer, in Missouri, at least, it

2  means that you're sort of finishing up your

3  sentence.

4        A.    But those charges were pending on me.

5        Q.    The Suboxone charges?

6        A.    Yes, that charge was pending on me.

7        Q.    And you had opportunities to meet with

8  Agent Acee and a woman named Agent Stemo.  Do you

9  recall that?

10       A.    Yes.

11       Q.    And then they would ask you a number of

12 questions about your background, what you do, and

13 they would specifically ask you questions about the

14 people that are here in court that you've identified

15 today?

16       A.    In the beginning it was -- I said I want

17 to tell the truth, my truth, and the truth about the

18 SNM.  That's what the agreement was, to tell the

19 truth about the SNM.

20       Q.    I understand.  But they asked you

21 questions about some of the people that are in the

22 courtroom today?

23       A.    Well, yeah, they asked me questions.

24       Q.    And I noticed that throughout your

25 examination, you never were requested to identify

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Joe Gallegos, my client.

2       A.   No, no, I wasn't.

3       Q.   And because -- and you didn't say anything

4  during your testimony or during any of the

5  interviews concerning my client, Mr. Joe Gallegos;

6  is that right?

7       A.   All I said is, I don't know him that good,

8  you know.  We just met, like, on the tier.  He'd

9  tell me, "Hey, Julian."  That's it.  I didn't really

10 know him personally or nothing.

11      Q.   Because you had said, I think, you and

12 Billy had sat down at times, had kind of

13 heart-to-heart talks about lots of stuff; correct?

14      A.   Um-hum.

15      Q.   And you have to use a verbal response.

16      A.   Oh, yes.

17      Q.   That's okay.  But you never had something,

18 a heart-to-heart or a sit-down with Joe Gallegos;

19 correct?

20      A.   I don't recall ever talking to Joe

21 Gallegos just other than, "How you doing" and

22 yelling at me from the top tier in the North

23 facility.  That's how I got to know Joe.

24      Q.   So you never recruited Joe Gallegos into

25 the SNM, did you?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.    I personally did not.

2    Q.    And was he ever on the tabla?

3    A.    I never heard that he was on the tabla,

4  but he could have been.  I didn't --

5    Q.    From all your information, you don't know

6  or don't think he ever was?

7    A.    I don't think he was.

8    Q.    Was he ever considered the jefe?

9    A.    Not that I can recall.

10    Q.    Or a shot-caller?

11    A.    No, not that I can recall.

12    Q.    Or a leader in any way that you're aware

13  of?

14    A.    Like I said, I was not -- I didn't know

15  him personally.  We never talked, and nobody ever

16  talked to me about him or anything, you know.

17    Q.    And I think at least at one point in time

18  you said, you know, that if you were ordered to

19  participate in a hit and you didn't do it, you would

20  get hit?

21    A.    That was usually the bylaw, you know.

22    Q.    So in other words, if an order came down

23  that you were to participate in an assault or a

24  murder and you didn't do that, you would be

25  green-lighted and subject to being hit or assaulted

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    or murdered?

 2         A.    It's happened already.

 3         Q.    Is that the bylaw or the rule or the

 4    reglas?

 5         A.    Of course.

 6         Q.    I was trying to add things up, and I'm not

 7    very good at math.  But I think you really got

 8    involved in the adult criminal system sometime when

 9    you were around 18 years old?

10         A.    Yes.

11         Q.    And that's approximately 41 years ago?

12         A.    Approximately 41 years ago, yes.

13         Q.    And would you say that you've been

14    incarcerated maybe 32, 33 of those 41 years?

15         A.    More or less, yeah, I'd say that, yeah.

16    I'm not too good at math, either.

17         Q.    A lot?

18         A.    Yeah, it's been a lot.

19         Q.    On March 28, you were interviewed by Agent

20    Stemo.  That's the young woman with dark hair.  Do

21    you remember that?

22         A.    Yes, I remember that.

23         Q.    That was a rather lengthy interview,

24    wasn't it?

25         A.    March 28 of what year?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Of 2016?  And I may be wrong on that.  I
2  wrote a note, but -- I think it was actually March
3  28 of this year.
4    A.   I don't even remember if it was a lengthy
5  conversation.  But I remember meeting with her.
6    Q.   How many times, do you think, your best
7  estimate, have you met with members of the law
8  enforcement team and the prosecution team?  You have
9  met with the attorneys; is that right?
10    A.   The attorneys --
11    Q.   The prosecution, sitting here at this
12  table?
13    A.   Yes.
14    Q.   When was the last time you met with them?
15    A.   Just when we went over the case, and that
16  I was going to be testifying.  It's been a while,
17  you know, but --
18    Q.   How long is "a while"?
19    A.   It's been --
20    Q.   A couple weeks?
21    A.   Well, they're my caregivers and stuff.
22  But we don't talk about the case or anything like
23  that.  They're not leading me on or anything.  I'm
24  telling the truth.
25    Q.   I'm just asking you when.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

146

```
 1        A.   I'm just trying to make sure that the jury

 2   and the people understand that I'm doing this for

 3   my -- you know, and --

 4        Q.   I understand.  Just bear with me.  Okay?

 5   All right.  Right now I'm just asking you about when

 6   you met with the members of the prosecution -- or

 7   with the members of the prosecution.

 8        A.   That's a question that's, like, you know,

 9   because they're my -- they have to bring me over

10   here and get my -- you know, whatever I have to do

11   and stuff.

12        Q.   If you can't tell me when --

13        A.   "Met" is something, and "talking about the

14   case" is something else.

15        Q.   I'm asking just meeting with them.

16        A.   Okay.  Yeah, they brought me in.

17        Q.   You met with them yesterday or sometime

18   this week; right?

19        A.   "Hello, good morning."  That's about it.

20        Q.   So I'm asking, when was it you actually

21   remember having a sit-down with them and talking to

22   them about the case?

23        A.   The district attorney was about three

24   weeks ago, when we talked about this case.

25        Q.   And do you recall also sitting down and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   meeting with FBI Agent Stemo concerning what you

2   knew, what you could testify to, things like that?

3       A.   Like I said, I don't remember her that

4   much.  I don't know what the conversation was or

5   anything.  I'm having trouble even picturing her,

6   you know.  It doesn't resonate in my mind.

7       Q.   When you met with her, did you at any time

8   mention anything about my client, Joe Gallegos?

9       A.   Like I said before, I don't know Joe

10  Gallegos personally.  So I never talked about Joe or

11  nothing.

12      Q.   Now there were, I think, some questions

13  that Mr. Cooper asked you about RICO, racketeering,

14  and what we call VICAR counts; is that right?

15      A.   VICAR?  What's VICAR?

16      Q.   Violent Acts in Aid of Racketeering.

17      A.   Yes.

18      Q.   Do you remember those meetings?

19      A.   I remember meetings.

20      Q.   I think you had said -- obviously, you

21  were concerned, because you know that the federal

22  system is significantly different than the state

23  system in terms of punishment?

24      A.   Yes, I know that.

25      Q.   And you know that the federal system

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  doesn't have any parole in terms of whatever
 2  sentences you get; is that right?
 3       A.   You're saying that the federal system
 4  doesn't have any parole?
 5       Q.   It doesn't have any parole.
 6       A.   I didn't know that.  I didn't know.
 7       Q.   You don't know that?
 8       A.   No.
 9       Q.   Do you know whether or not, if you would
10  get sentenced to life, that means in the federal
11  system you never get out?
12       A.   No, I never knew that.
13       Q.   Obviously, that would be of great concern
14  to you, if that was a possible sentence?
15       A.   Yes, that would be of grave concern to
16  anybody.
17       Q.   And I believe you had testified, if I
18  heard it correctly, that Agent Acee said, "We want
19  to make everybody accountable for their actions."
20       A.   How do I say this?  You can't object
21  because you're the one asking me the questions, so
22  I'm going to say this again.  I'm trying to explain
23  it.  Okay?
24       Q.   Let's start again.  Can you come here,
25  stand here?  I'll get over there.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

149

```
1        A.   It doesn't work that way.  But I'm telling
2   you --
3        Q.   Let me just rephrase the question.
4        A.   Please.  I wish you would.
5        Q.   Do you recall answering Mr. Cooper and
6   saying that Agent Acee said, "We want to make
7   everybody accountable for their actions"?
8        A.   Um-hum.
9        Q.   You said --
10       A.   Maybe I said that, but I don't remember
11  Acee saying them particular words.  But I put that
12  in there and I got to mean that, you know, he's on
13  that side of the law, I'm on this side of the law.
14  And of course, he has a job to do.  So, yes, he
15  wants to make everybody accountable for the victims
16  of the crimes that the SNM committed.  So, yeah,
17  yes, sir.
18       Q.   Okay.  And in terms of the actions that
19  you can attribute to Mr. Gallegos, there is nothing
20  that you can add in terms of any actions that he may
21  have had that you're aware of?
22       A.    No, not that I'm aware of.  I never talked
23  about him.
24       Q.   There were times in your direct
25  testimony -- and that means the testimony by the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    gentleman here with the bow tie, Mr. Beck -- you had

2    said that everyone in the pod was affiliated or

3    connected in some way to the SNM; is that right?

4         A.   It was segregated that way.

5         Q.   That was the prison's position.  They're

6    going to put all the SNM in one group; right?

7         A.   All the --

8         Q.   At least as you understood it?

9         A.   That's how I understood it, yes.

10        Q.   And so that whoever you knew, whoever you

11   met, whoever you talked to, would have been put

12   there by the prison because someone has decided or

13   suggested they might be connected with the SNM?

14        A.   It could have even been themselves saying

15   that they were a member of the SNM.  They call it,

16   like, you know, through -- you get a point system,

17   and if you get that point system -- like pictures

18   with SNM members, letters, writing -- and we've all

19   done it.  I've done it, too.  They'll -- you're

20   considered an SNM member if you got the tattoo or

21   stuff.

22        Q.   You have the SNM tattoo; right?

23        A.   I've got the Nuevo Mexico on me.  I never

24   put the SNM tattoo on me.  But it's known that I'm

25   an SNM member, and I've admitted to it.



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       Q.   Okay.  So I mean, obviously, when you
2   admit to being an SNM member, that kind of closes
3   the door, wouldn't you say?
4       A.   Yes, it closed the door tightly.
5       Q.   And in terms of -- there are a number of
6   people who are members of the SNM, and they would
7   wear their tattoos sort of as a badge to show other
8   people that they were members of the SNM?
9       A.   Yes.
10      Q.   It would be a way to sort of express
11  yourself that "I'm a member of the SNM and here's a
12  tattoo," a little like a bumper sticker?
13      A.   Right.  But like I said before, Juan Baca
14  said you don't have to put it on, it's up to you.
15  But everybody puts it on to represent the SNM, you
16  know, and stand up for it, and I just never wanted
17  to put it on there.  Everybody knew I was SNM.
18  Yeah, if you want to put it on, go for it.
19      Q.   And you had talked briefly about the
20  system that's used within the institution to try and
21  validate or inform the institution as to whether or
22  not someone is or is not an SNM member.  Do you
23  remember that, just a few minutes ago, a few seconds
24  ago?
25      A.   Excuse me.  Rephrase that again?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Sure.  Did the prison system, the New

2    Mexico Department of Corrections, have a system for

3    trying to validate who was a member of the SNM?

4    A.   Yes, that's how it came down.  They

5    validated on the point system.

6    Q.   And one of the things that you said is

7    that they might look at letters; right?

8    A.   Yeah, if you put down on the bottom I'm

9    onda and carnal and SNM, stuff like that, which

10   we've all done, and that will validate you quick.

11   Q.   And also they could validate you, I think

12   you said, based on photos that were taken of other

13   SNM members?

14   A.   That's one of the points.

15   Q.   Now, if you're living in a pod with other

16   inmates, are there days or a certain period of time

17   when they allow you to take photographs of you and

18   the people you're living with?

19   A.   I don't see it anymore, but a long time

20   ago -- and that's back in the day, when it was

21   general population -- we could go out, we'd have

22   group pictures of people together.

23   Q.   And the group pictures would oftentimes be

24   all the people that were living in the pod at the

25   time that the camera was made available?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.   Well, we went out to the yard some of the

 2   times and there was -- you know, yeah, you know.

 3       Q.   And then, you know, if you wanted to send

 4   that to friends or family and say, "These are the

 5   guys I'm living with," you could do that?

 6       A.   Yes, you could do that.

 7       Q.   And those would be the guys you were

 8   living with, the guys in the pod?

 9       A.   Yes.

10       Q.   You know, I listened to your testimony

11   carefully, and part of the difficulties from where I

12   am, back there, is I can't see you.  I can only hear

13   you, but I heard some things in your voice, some

14   inflection, and I imagine you've had many hard days

15   in your life.

16       A.   Miserable days, yes.

17       Q.   And I imagine that this is a hard day as

18   well.

19       A.   It's pretty hard.  It's a day that -- I

20   wish I could just not even be here.  Yeah, it's a

21   hard day.

22            MR. SINDEL:  Thank you, sir.  I appreciate

23   it.

24            THE COURT:  Thank you, Mr. Sindel.

25            Any other defendant have cross-examination

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of Mr. Romero?

 2          All right.  Not seeing any, Mr. Beck, do

 3   you have redirect of Mr. Romero?

 4          MR. BECK:  Yes, briefly, Your Honor.

 5   Thank you.

 6          THE COURT:  Mr. Beck.

 7                  REDIRECT EXAMINATION

 8   BY MR. BECK:

 9       Q.   Mr. Romero, I think Mr. Cooper asked you

10   about an interview with the task force officer in

11   2005.  Do you remember that?

12       A.   Yes, he asked me about that, yeah.

13       Q.   And you told the task force officer --

14   well, the task force officer was asking you to

15   cooperate with law enforcement like you're doing

16   today; right?

17       A.   Yes, he says, "It looks like you guys are

18   coming down this path, the SNM, and it's going to

19   be -- it looks like you guys are going to be getting

20   the RICO Act."

21       Q.   And you told him that you weren't going to

22   cooperate.  I think you told Mr. Cooper, "I'm going

23   down with this.  I have to."  Is that what you told

24   him?

25       A.   I said I have to, yeah.  I more or less
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    said that I'm going to go down with this, you know.

2    I was more or less trying to establish that, you

3    know, I made my bed and I have to go down with it,

4    regardless if I didn't want to associate with some

5    of the members, and stuff like that.  You know, I

6    still had some pretty good, solid people that I

7    cared for in the SNM, and some that I wish I never

8    met, but, yeah.

9         Q.   So this was after you'd been shot by

10   Frederico Munoz in 2003; right?

11        A.   Yes.

12        Q.   Was it also after, now, Gerald Archuleta,

13   or Styx, started putting out green lights and hits

14   on you and those who supported you?

15        A.   Yes, it was after that, too.

16        Q.   Did you still, though, at that point, view

17   yourself as an SNM member, and back up the other

18   brothers who you said you were still close with?

19        A.   Well, you know, they stood up for me, so

20   how could I not stand up for them?  But there came a

21   time when, you know, I got hit and stuff, and I was,

22   like, you know what?  And everybody was -- when I

23   went in the yard with them, that's over with, you

24   know.  You're right, and everything.  And then I get

25   hit.  And that's when I really said, You know what?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  This is over with, man.  You can't even trust the

2  person you're talking to, you know.  There is no

3  truthfulness in talking to anybody anymore.

4       Q.   Sure.  Let me ask you about that.  So

5  talking about being hit, was that July 2015 when you

6  were assaulted by Conrad?

7       A.   That was what made me decide, you know

8  what, I better tell my story and let everybody hear

9  it.  And whatever they want to deal with me on it,

10  so be it, you know.

11       Q.   And I think you said that before that

12  time.  Well, so that was 2015.  But up until that

13  time, in 2015, did you still view yourself as a

14  member of the SNM?

15       A.   Like I said before, even though right now

16  I'm telling my story about the SNM and everything,

17  I'm going to -- and the day I die, I'm going to be

18  an SNM member, even if I'm a greenlighted SNM

19  member.  I'm going to die an SNM member, because

20  nobody is ever going to say Julian Romero is not an

21  SNM member.  They might say, well, at the end he was

22  not associating with anybody anymore in the SNM.  I

23  think a lot of so-called brothers, you know, feel

24  the same way, that they can't even trust nobody

25  anymore, you know, and it's going that way.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, and I think you said with Mr. Cooper

2 that even after the Archuleta division, when you

3 were on the tier with other SNM members, they would

4 still give you respect and support you as a carnal

5 until maybe Gerald Archuleta came along; is that

6 right?

7    A.   They call it flipping the script, you

8 know.  When Styx would be there, they'd be all --

9 excuse my language, but they'd be swinging from the

10 cajones and stuff.  When I'm there, and he's not

11 there, they would -- so it was like, like I said,

12 it's not truthfulness anymore.  Everybody was just

13 jumping fences and stuff.  And I could see it.  And

14 everybody could see it -- but everybody was just

15 going with it because it's -- it was just us, you

16 know what I mean?  We're a product of the

17 environment, and we just went down with it, you

18 know.

19    Q.   I guess my question is, Mr. Romero, before

20 2015, when you were assaulted, even though there was

21 division in the SNM, and you were sort of on the

22 outs with the Archuleta group, if there was a war

23 with the Los Carnales or the Aryan Brotherhood,

24 would the SNM and you still have come together and

25 supported your other SNM brothers at that point?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

158

 1       A.    That's a good question right there.   And
 2   if I was there, and there was a war, of course, I
 3   would step up, you know, and I would be on the SNM
 4   side, you know.   I would have to be there or stay
 5   locked up in my cell.   And I never was that kind of
 6   person to stay locked up in my cell, you know.
 7       Q.    Mr. Cooper also asked you about
 8   Mr. Garcia, and you said that you two were close and
 9   had a lot of heart-to-heart discussions.   Do you
10   remember that?
11       A.    Yes, I remember that.
12       Q.    Did you and Mr. Garcia ever, in these
13   talks or these conversations, talk about the 2001
14   murders down here at Southern New Mexico
15   Correctional Facility?
16       A.    No, we never talked about that.   We don't
17   gossip about things that are in the past or
18   anything, and I don't want to know it, and he never
19   asked me about anything, either, you know, because
20   the less you know, the less you have to; because you
21   don't have to come up here and hide about it.   If
22   he'd have told me something, then it would be hard
23   to lie about it.   But no, he never discussed that
24   with me or never admitted to me that he did
25   anything, had any part in it.   That was never a

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1  conversation with us.
 2       Q.   So you guys didn't talk about the work you
 3  put in for the SNM when you were talking together;
 4  is that fair to say?
 5            MR. COOPER:  Objection, leading.
 6       A.   Excuse me?
 7            THE COURT:  Overruled.
 8  BY MR. BECK:
 9       Q.   Sorry.  So my question was:  You and
10  Mr. Garcia didn't talk about the work that you put
11  in for the SNM in your talks together?
12       A.   No.  Billy Garcia knew what I had done,
13  you know, in the old time.  In the new time, he
14  didn't even ask me, "Hey, man, did you do this or
15  did you do that?"  Because I would look at him and,
16  "Hey, Billy," you know, because we don't do that; we
17  don't discuss anything like that.  I don't want to
18  hear that.
19       Q.   Talking about discussing things like that,
20  I think Mr. Sindel asked you if today has been a
21  hard time.  Mr. Cooper asked you about a green light
22  by Gerald Archuleta.  Does the SNM also put a hit or
23  a green light on people who testify in court against
24  the gang?
25       A.   Of course.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    And if Mr. Archuleta testifies in this
 2  case, will he have any more role as a leader in the
 3  SNM, in your opinion?
 4      A.    In my opinion, no.  But like I said, you
 5  know, it's up to every individual in the SNM to side
 6  with him or tell me, "I understand," or whatever,
 7  you know.  But no, once you -- it's over with, you
 8  know.
 9      Q.    And so although it's up to each individual
10  member of the SNM, is it allowed for SNM members to
11  respect or get along with people who cooperate
12  against the SNM?
13      A.    No, it's not good to associate with them.
14  You shouldn't.
15          MR. BECK:  Nothing further, Your Honor.
16          THE COURT:  Thank you, Mr. Beck.
17          All right.  Mr. Romero, you may step down.
18          Is there any reason that Mr. Romero cannot
19  be excused from the proceedings?  Mr. Beck?
20          MR. BECK:  No, Your Honor.
21          THE COURT:  Does any defendant object to
22  him being excused?
23          Not seeing or hearing any, Mr. Romero, you
24  are excused from the proceedings.  Thank you for
25  your testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

161

1          THE WITNESS:  Thank you, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11     In testimony whereof, I have hereunto set my

12 hand on this 5th day of May, 2018.

13

14     _____

15     Jennifer Bean, FAPR, RMR-RDR-CCR
       Certified Realtime Reporter
16     United States Court Reporter
       NM Certified Court Reporter #94
17     333 Lomas, Northwest
       Albuquerque, New Mexico 87102
18     Phone:        (505) 348-2283
       Fax: (505) 843-9492
19     License expires:  12/31/18

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com