1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9       Transcript of excerpt of testimony of

10                  JOSEPH OTERO

11          April 20, 2018, and April 23, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
 1                        I N D E X
 2    EXAMINATION OF JOSEPH NESTOR OTERO
 3    By Mr. Beck                                    8
 4    EXAMINATION OF JOSEPH NESTOR OTERO
 5    By Mr. Beck                                   36
 6    By Mr. Solis                                  56
 7    By Mr. Shattuck                               70
 8    By Mr. Shattuck                               82
 9    By Mr. Sindel                                 86
10    By Mr. Cooper                                 99
11    By Mr. Beck                                  112
12    By Mr. Solis                                 126
13    REPORTER'S CERTIFICATE                       129
14                   EXHIBITS ADMITTED
15    Defendants' AU Admitted                       71
16    Government 78 Admitted                        10
17    Government 796 Admitted                       27
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    April 20, 2018
 2             MR. SOLIS:  May I approach on Mr. Otero's
 3   testimony?
 4             THE COURT:  You may.
 5             (The following proceedings were held at
 6   the bench.)
 7             MR. SOLIS:  It could be we're beating the
 8   proverbial dead horse.  Here's my problem.  If we're
 9   going to allow edicts of the Court and deadlines
10   such as Jencks Act material that was to be disclosed
11   by the 26th, I'm hoping that that does have some
12   meaning and it means something.  I wasn't here on
13   April 4 and 5 when Mr. Otero gave some testimony
14   with regard -- I think it was an attempt to walk him
15   off of the Billy Garcia case.  And I've seen a more
16   recent -- I think it was just April -- a more recent
17   302 that came out as a result of a March 22, it
18   appears, interview of Mr. Otero that had not been
19   disclosed prior and the result of the FBI 302 that
20   is memorializing this 302 had not been disclosed
21   prior to.  Mario didn't indicate that -- Mr.
22   Granberg has been around longer than I.  He did
23   not -- this occurrence on the 23rd of March and the
24   Jencks was 26.  That came and went, and evidently
25   just in the last week or two this Otero 302 came out
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with content that has not been disclosed before.

 2   He's been available for interview with the FBI

 3   prior.  And again, my concern as is counsel's

 4   concern has been prior to my chiming in, as it were,

 5   that these edicts and agreements and deadlines,

 6   they've got to mean something.  So I'm asking the

 7   Court to allow the testimony but to exclude this

 8   more recent post March 26 Jencks material that

 9   evidently was the subject of a 302 just in the last

10   week or so.

11             THE COURT:  This was an interview after

12   the Jencks deadline; right?

13             MR. BECK:  I don't know.  It looks like

14   this was the March 22 interview.

15             MR. SOLIS:  Prior to Jencks.

16             MR. BECK:  That being said, it wasn't in

17   the United States' possession until whenever we

18   disclosed it.  So we didn't have it.

19             THE COURT:  It was disclosed when?

20             MR. SOLIS:  Just in the last week or so.

21             MR. BECK:  I can say he testified to

22   everything that's in there on April 4 and 5 in front

23   of the Court, so they were on notice at least for a

24   few weeks.

25             MR. SOLIS:  I had a look at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  transcript.  The testimony that I've seen does not

 2  go into pretty critical stuff with regard to

 3  Mr. Chavez.

 4          THE COURT:  Well, if it was all disclosed

 5  at the hearing, you timely got a 302.

 6          MR. SOLIS:  I don't believe that it was.

 7  I've looked at the transcript and cross-examination

 8  by Mr. Castle with regard to any statement that

 9  might have indicated that Mr. Garcia, Billy Garcia,

10  was involved in directing -- somehow instigating the

11  hit, and that was all it was limited to and walled

12  him off, basically.

13          THE COURT:  Are you going to get very far

14  with this guy tonight?

15          MR. BECK:  Not at this rate.

16          THE COURT:  Why don't you take a look at

17  the transcript.  I probably am not going to exclude

18  anything if he said everything in the transcript

19  that's in the 302.

20          MR. SOLIS:  I'm virtually certain it's not

21  in there.

22          MR. BECK:  And as I said, Your Honor, it's

23  not -- I mean, it's not as if we didn't produce

24  Jencks material, Rule 16, or whatever.  We just

25  didn't have it at the time.  So as soon as we had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it, we produced it.  And again, the Court has ruled

2  many times on this, this is the way this is going.

3            THE COURT:  I'm not sure there is much I

4  can do, Mr. Solis.

5            MS. HARBOUR-VALDEZ:  Your Honor, while

6  we're here, we have another issue.  We asked the

7  Government to give us a notice on their DNA expert

8  so we have time to file the appropriate auths and

9  get our experts here.  We'd like a little bit more

10  because I know sometimes the process takes a little

11  longer.  If we could get agreement on that, we'd

12  appreciate it.

13            THE COURT:  What do you want?

14            MS. HARBOUR-VALDEZ:  Appropriate

15  authorizations for you to get experts down here.

16            MS. ARMIJO:  They asked for three days

17  just a few moments ago and I responded.

18            MS. HARBOUR-VALDEZ:  On all DNA experts

19  Mr. Benjamin had asked several weeks ago and never

20  got a response, so we'd like to get something on the

21  record now.

22            MS. ARMIJO:  We were uncertain which DNA

23  experts we were calling.  We may not call any; we

24  may call five, because there is DNA on three

25  different murders or more.  So that's why I asked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the question.  I've been up here.  We call a DNA

 2   person, we will give them three days' notice.  Is

 3   that enough for the Court to get our authorizations

 4   done?

 5             THE COURT:  I'll do my best.  If you'll

 6   flag them with Ms. Bevel.  I know I do not have

 7   anything that I owe anybody right at the moment.

 8             MS. HARBOUR-VALDEZ:  Because we don't have

 9   notice that they're going to be called yet.

10             THE COURT:  Okay.

11             MR. BENJAMIN:  Before we leave, I'd like

12   to take up a subpoena for Ms. Gallegos so it's out

13   of the presence of the clients, essentially.  We're

14   running out of time here.

15             MR. BECK:  Might as well.

16             THE COURT:  What is the issue?  The

17   subpoena is going to remain valid.  If she just flat

18   can't be here, I'll work with it at the time.  But

19   Los Lunas to Las Cruces is not that big a deal, so

20   I'm not going to quash the subpoena.  If she's

21   having a real medical condition, I might reexamine

22   it at the time, but right now I'm not going to quash

23   the subpoena.

24             MR. BENJAMIN:  I understand that, Your

25   Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8

```
 1              THE COURT:  Let's do it.  Let's get going
 2    with the testimony here.
 3              (The following proceedings were held in
 4    open court.)
 5              THE COURT:  All right.  Mr. Otero, if
 6    you'll stand and raise your right hand, before you
 7    are seated, Ms. Bevel, my courtroom deputy, will
 8    swear you in.
 9                    JOSEPH NESTOR OTERO,
10         after having been first duly sworn under oath,
11         was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  Please
13    state your name for the record.
14              THE WITNESS:  Joseph Nestor Otero.
15              THE COURT:  All right, Mr. Otero.
16    Mr. Beck.
17                    DIRECT EXAMINATION
18    BY MR. BECK:
19         Q.   Good afternoon, Mr. Otero.  Where were you
20    incarcerated in March of 2001?
21         A.   O1 yellow.
22         Q.   Just put the mic -- if you can adjust the
23    microphone and get yourself just a little bit
24    closer.
25              Where were you incarcerated in March of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    2001, Mr. Otero?

2         A.    O1 yellow, Southern New Mexico.

3         Q.    So the Southern New Mexico Correctional

4    Facility housing unit O1.

5              MR. BECK:  May we please see Exhibit 861?

6         Q.    Mr. Otero, I'm showing you Government's

7    Exhibit 861.  And up at the top left corner there,

8    is that the Ocean 1 housing unit at Southern New

9    Mexico Correctional Facility?

10        A.    From what it looks like, yes.

11        Q.    Okay.  And there's two pods -- there's two

12   housing units, and do you agree with me that --

13   well, let me ask you this.  In 2001, were any of

14   these internal fences up in the yard there in the

15   common area?

16        A.    There were some.

17        Q.    Okay.  Were there that many, though?

18        A.    There was some that are across to where

19   they could block us off.

20        Q.    Okay.  And did you know -- at that time

21   did you know an inmate named Rolando Garza?

22        A.    Yeah, Looney.

23        Q.    Is that the nickname of Mr. Garza --

24        A.    Yes, sir.

25        Q.    -- that he went by?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1          MR. BECK:  Your Honor, the United States
 2   moves to admit Government's Exhibit 78, I believe
 3   without objection.
 4          THE COURT:  Any objection on Government's
 5   Exhibit 78?  Not hearing any, Government's Exhibit
 6   78 will be admitted into evidence.
 7          (Government Exhibit 78 admitted.)
 8   BY MR. BECK:
 9      Q.   Mr. Otero, do you recognize who is
10   depicted in this photograph?
11      A.   Yes.
12      Q.   And who is that?
13      A.   Looney, Rolando Garza.
14      Q.   And how did you know Mr. Garza in 2001?
15      A.   Well, I've known him from prior from that,
16   because we were in high school together, and that's
17   kind of how we made a communication.  And me and him
18   were at the minimum restrict across the street from
19   Southern New Mexico.  There's a minimum restrict
20   across the way, and we were there together.  We got
21   transferred across to Main at the same time.
22      Q.   By the Main, do you mean the Main here at
23   Southern?
24      A.   Yeah, Southern Main.
25      Q.   And so where did you live in relation to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Garza in March of 2001?

2         A.   I lived in the cell next to the stairs on

3    the bottom on the bottom lower.

4         Q.   Mr. Otero, are you or have you ever been a

5    member of the SNM prison gang?

6         A.   No.

7         Q.   Have you been a member of a gang?

8         A.   Yes.

9         Q.   And which gang is that?

10        A.   Los Padilla.

11        Q.   Is Los Padilla a street gang or a prison

12   gang?

13        A.   Street gang.

14        Q.   Are you a member of any prison gang?

15        A.   No.

16        Q.   Why not?

17        A.   Don't care to be.  I'm already affiliated.

18        Q.   Mr. Otero, I'm going to show you now what

19   has been admitted as Government's Exhibit 12.  Do

20   you recognize Government's Exhibit 12 as the housing

21   unit O1 yellow pod?

22        A.   Yes.

23        Q.   And is this where you were incarcerated

24   with Mr. Garza in 2001?

25        A.   Yes, that's my cell right underneath the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  stairs right there.

 2      Q.   So on Government Exhibit 12 there is an

 3  exit sign that's pointing to the left, and just to

 4  the left of that there is a door that I've circled

 5  in red.  Is that your cell?

 6      A.   Yes.

 7      Q.   And then next to it with the red tape on

 8  the door, is that Mr. Garza's cell?

 9      A.   That's Mr. Garza's cell.

10      Q.   So you two were next door; is that right?

11      A.   Yes.

12      Q.   In the O1 yellow pod, were there other SNM

13  members housed with you and Mr. Garza?

14      A.   Yes, sir.

15      Q.   Approximately from -- first, let me ask,

16  how many people were housed in the O1 yellow pod

17  with you at that time?

18      A.   There's 16 cells, so all cells were

19  filled.

20      Q.   And of those 16 cells, how many of those

21  16 gentlemen were SNM members, or did you believe

22  were SNM members?

23      A.   At least 13 to 14 of them.

24      Q.   So is it fair to say that you were one of

25  the only non-SNM members in that pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    I'm going to show you what's been admitted

3    as Government's Exhibit 93.  Do you recognize the

4    person in this photograph?

5        A.    Yes.

6        Q.    Who is that?

7        A.    That's Critter, Chris Chavez.

8        Q.    And was he incarcerated in O1 yellow pod

9    with you in March of 2001?

10       A.    Yes.

11       Q.    I'm going to show you what's been admitted

12   as Government's Exhibit 88.  Do you recognize who is

13   depicted in this photograph?

14       A.    That's Trigger.

15       Q.    So you know this gentleman as Trigger; is

16   that right?  Was Trigger incarcerated with you in

17   March of 2001 in the O1 yellow pod?

18       A.    Yes, he was.

19       Q.    Were you housed with these gentlemen and

20   Mr. Garza on March 26 of 2001?

21       A.    Yes.

22       Q.    I want to talk to you about the day before

23   March of 2001.  What did you and Mr. Garza do that

24   afternoon?

25       A.    That afternoon we got together and we went

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492
                                                                                      1-800-669-9492
                                                                            e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   to the gym because we were both trying to pick up

2   something we were supposed to get.

3        Q.    And what was that something?

4        A.    Some heroin.

5        Q.    And from whom were you receiving the

6   heroin?

7        A.    From Pancho.

8        Q.    And do you know Pancho's name?

9        A.    I just know him by Pancho.

10       Q.    Do you know him as Frank Castillo?

11       A.    Yeah.

12       Q.    And so what happened when you met in the

13  gym, when you and Mr. Garza met Pancho, or Frank

14  Castillo, in the gym?

15       A.    We were at the last quarters call so he

16  told me --

17            MR. SOLIS:  Objection, hearsay, Your

18  Honor.

19       Q.    And I'm not asking you what he said.  Let

20  me ask the question a different way.  When you met

21  up -- when you and Mr. Garza met up with

22  Mr. Castillo, or Pancho, did you receive the heroin

23  that you were supposed to get?

24       A.    Yes.

25       Q.    And what happened after you received the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   heroin from Pancho?

2        A.   We went back to the unit.

3        Q.   And what happened once and Mr. Garza got

4   back to the unit?

5        A.   We went into his cell and he gave me my

6   piece.

7        Q.   What do you mean?

8        A.   He cut it in half.

9             THE COURT:  Mr. Beck, would this be a good

10  time for us to break for the evening?

11            MR. BECK:  It would be a great time, Your

12  Honor.

13            THE COURT:  All right.  We'll be in recess

14  for the weekend.  I know some of you are traveling.

15  Some of you haven't been back home in a while.

16  You're going to go back.  So be safe on your

17  travels.

18            Thank you for your hard work.  You've been

19  a great bunch to work with this week.  You've been

20  prompt and done everything we've asked, and I

21  appreciate it very much.

22            Be safe and we'll see you at 8:30 on

23  Monday morning.  All rise.

24            (The jury left the courtroom.)

25            THE COURT:  All right.  Everyone else can

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   head out.  Have a good weekend.  I appreciate your
 2   hard work.
 3            Mr. Benjamin, Ms. Armijo, why don't you
 4   come up and let's see if we can quickly deal with
 5   the subpoena issue.
 6            (The following proceedings were held at
 7   the bench.)
 8            THE COURT:  Where are we on the subpoena?
 9            MS. ARMIJO:  I sent Mr. Benjamin a
10   stipulation that -- and it is for foundation.  And
11   just to give the Court a little bit of an idea, when
12   the Gallegoses were arrested at a hotel in
13   Albuquerque, Angela and another person were at the
14   hotel.  They did a search of her vehicle.  In the
15   vehicle was her purse, and in her purse, on the top,
16   was a letter that we believe was from her father,
17   and we believe it referenced Adrian Burns.  So the
18   only thing we wanted her to testify to is
19   foundation.  It's basically saying -- and I spoke to
20   her when she was served.  She called me, I spoke to
21   her, and she indicated that, yes, she had received
22   the letter from her father after Adrian Burns had
23   died.  And so that's really all we were going to use
24   her for.  Because obviously, she'd be a hostile
25   witness to us.  And I haven't received a response
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  from Mr. Benjamin.  Basically it would be just that,

2  as far as the stipulation.

3          MR. BENJAMIN:  And Your Honor, I guess

4  there are several things.  I think the easiest is, I

5  don't know as they need her to get into that letter.

6  I mean, there is an officer sat down and got that

7  information from her.  So I don't know why they

8  necessarily need her.  I think they'd like to have

9  her.

10          The second issue is, I think -- and there

11  is a stipulation, there was a little more

12  information than simply foundational.  It's the

13  questions I would ask her if she came down to

14  testify.  In March of 2016, Angela Gallegos had

15  twins.  She lost one of those twins and now has one

16  healthy daughter.  She is pregnant.  She is

17  delivering on May 23 is the date she's given me.  I

18  have two different letters from two different care

19  providers that I provided to Ms. Armijo, and they

20  are treating her as a high-risk pregnancy and told

21  her not to travel.  The Court observed it's three

22  hours, and the Court is more familiar with that than

23  I am.  It's traveling, it's stress coming down to a

24  trial.  And so I guess I propose a telephonic, for

25  lack of a better term, testimony.  I think the issue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is -- and Ms. Armijo has graciously provided the FBI
 2   to transport her, but the issue becomes really
 3   travel, the stress of testifying in a case that your
 4   father is in, even if you're not necessarily
 5   testifying against him.  I don't know why this -- is
 6   why they're pulling her in.
 7             THE COURT:  I think you either take the
 8   stipulation or she has to show up.  You did your job
 9   to try to prevent it, but I think we're a month away
10   from delivery, and so all of a sudden she appears on
11   that day and she's in labor, or she has been ordered
12   to bed rest or something like that, then I'll have
13   to deal with it on that day.  But right now I think
14   we're far enough out, we probably can avoid any sort
15   of problems.  So I'll just leave the subpoena in
16   place.  If you want to take the stipulation, fine.
17   If you don't, I can't force them to accept your
18   stipulation either.
19             MR. BENJAMIN:  I understand that.  I'm
20   failing to understand why they need her, or
21   specifically her.  But I realize it is their case
22   and they can --
23             MS. ARMIJO:  I guess I should ask, because
24   I know that the defense, especially Mr. Sindel, has
25   been very particular about hearsay, as all parties
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN**
**& ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
1    should be, and about foundation.  Are you saying
2    that if we have an officer come in and say she told
3    me that she was -- this is her father's and you're
4    not going to dispute that Joe Gallegos wrote it?
5              MR. BENJAMIN:  I think that we can
6    certainly get that we're not going to dispute that
7    Joe Gallegos wrote it.  I guess I'd like the second
8    half of what she told the officer on the recording.
9              MS. ARMIJO:  Well, I think that's hearsay.
10             THE COURT:  I just don't see much we can
11   do here.  Y'all seem to not be able to agree.
12             MR. BENJAMIN:  I'll talk to my client,
13   Your Honor.
14             THE COURT:  She'll have to either accept
15   their stipulation or she'll have to show up.
16             MR. BENJAMIN:  I understand.
17             MS. ARMIJO:  Thank you.
18             THE COURT:  Y'all have good weekend.
19             MR. BENJAMIN:  I appreciate the time.
20             (The Court stood in recess.)
21
22
23
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1                      April 23, 2018

2

3           THE COURT:  All right.  Good morning

4  everyone.  Let's go on the record.  I know there are

5  some things we need to discuss before we bring the

6  jury.

7           Mr.  Solis, I think you had -- there you

8  are.  You have some issues you wanted to raise?

9           MR. SOLIS:  Yes, sir.  There are two

10 issues, Your Honor.  One is the subject of a motion

11 I filed as document 2141.  And I'll just hit the

12 highlights, and this was sort of broached as we were

13 towards the end of the day on Friday.  And it

14 essentially addresses what I, from my vantage point

15 is what's been plaguing the defense since the

16 inception of the trial.  That's the slow drip of

17 late-breaking 302s or similar documents.  And so in

18 that vein, I filed a motion to where -- I'll hit the

19 highlights.  There was a 302 produced to the

20 defendant Chavez on April 12, after trial commenced,

21 and that was based on a March 21, 2018, interview of

22 Mr. Joseph Otero just a few weeks -- a couple weeks

23 prior to the April 12 disclosure.

24           In that 302 the motion on page 2 contains

25 essentially the paragraph or the gist of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  statements that I take issue with insofar as it was

2  not previously disclosed in a timely fashion, is

3  what we're contending, and as recently as April 7,

4  here again, this year, 2018, the Government had

5  disclosed an audio interview of Joseph Otero from

6  April 26, 2001.  So the audio was disclosed April 7.

7  The interview on March 21 of this year produced a

8  302 that was disclosed April 12.

9          The Government had access to Mr. Otero for

10  several years, and his whereabouts was not unknown

11  to the Government.  Certainly they could make easy

12  contact with Mr. Otero, and neither of those 302s or

13  other Government-related or important state

14  government or DOC-related documents were the

15  contents of any of those reports or 302s similar to

16  what's contained in the most recent and recently

17  disclosed 302 that was disclosed April 12, and is

18  contained on page 2 of the document 2141.

19          Our position is that I'm of the opinion

20  that the Court's pronouncement when we were having

21  the James hearing, I think it was the first day, the

22  Court announced that the James disclosure -- Jencks

23  disclosure would be March 26, 2001 (sic).  I contend

24  that is essentially a discovery order, and

25  subsequent to that we've had a drip -- other counsel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   have had a drip of other Jencks from statements

2   disclosed post March 26.  I know there has been an

3   issue with the Government in that in some cases a

4   witness has evaded them or they've had trouble

5   locating him or her, and that is part of the

6   explanation for producing late Jencks 302s or

7   statements, but as I mentioned in this case, that's

8   certainly not the case.

9           So that being the case and it sort of

10  being the pattern and trend here, I'm asking the

11  Court, pursuant to federal rule of criminal

12  procedure 26 to not impose necessarily the death

13  penalty and prohibit Mr. Otero from testifying, but

14  certainly prohibit the Government from eliciting

15  testimony with regard to the content of that most

16  recent 302 in that it was again disclosed post March

17  26, and the Government had had access to that

18  witness for several years and several months.  And

19  again, it came post the March 26 date.

20          Essentially, what I'm arguing,

21  respectfully, Your Honor, is that the Court's edicts

22  have to have some meaning, they mean something,

23  words mean something.  And it seems that it should

24  be applicable to the Government, as well.  And so

25  for those reasons I'm asking the Court to prohibit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the testimony along the lines of what's included in

2    the most recent 302, particularly that which is

3    included on page 2.

4            I know the Government will get up here and

5    say -- and I anticipate Government is going to say

6    that I basically have conflated Rule 16, 26, and 18

7    USC 3500, which is the Jencks Act statements.

8    That's true, but that's where we're at now.  The

9    frustration I think has reached a boiling point

10   where these statements are coming in post March 26,

11   and when the Government has really no explanation

12   other than they're just now having access to those

13   statements when they've had access to the witness

14   for many months, in this case years.

15           So that's one issue, Your Honor.  There is

16   another issue that I can address, but I'm not sure,

17   to allow Mr. Beck to respond or address it now, but

18   there is another issue that is vitally important I

19   think for Mr. Chavez.

20           THE COURT:  Does it need to be addressed

21   now before we bring the jury in?

22           MR. SOLIS:  I think it appears that's the

23   case.  And I've spoken to Mr. Beck.  He's going to

24   address that with the witness towards the end of the

25   direct testimony, so I think it's vitally important
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   we address it now.

2           THE COURT:  Go ahead.

3           MR. SOLIS:  So your Honor, Mr. Beck has

4   advised that there is a 302 forthcoming.  The

5   allegation is that at the break of Friday's

6   proceedings there was a quote, unquote a "kiss of

7   death" from Mr. Chavez to the witness, Mr. Otero, as

8   we were breaking.  That is an allegation that

9   essentially is an offense, a crime.  And I've

10  asked -- I did an initial canvassing of the security

11  officers or marshals here with regard to whether

12  they observed anything.  The supervisory officer

13  that sits at the back, the officers that sit here

14  next to your law clerks, and those that sit next to

15  Mr. Chavez, next to counsel table.  Neither have

16  suggested that any such behavior was observed or

17  documented or reported to them.  I informally have

18  canvassed the co-counsel, and no one has made any

19  indications as to what they observed.  I certainly

20  didn't.

21          So before we allow Mr. Beck to get into

22  that, I certainly would want to make the record with

23  witnesses that were here present during that Friday

24  proceeding, towards the end of the day, to see if

25  they themselves observed any sort of behavior that's

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1   described to me by Mr. Beck as a result of Mr. Acee,

2   I think, Special Agent Acee was talking with

3   Mr. Otero at the conclusion of Friday's proceedings.

4   I think it's important we at least vet this out to

5   see if we're going to allow it.  I'm prepared to

6   call counsel as witnesses and any other witnesses

7   that were present to prohibit that testimony or

8   evidence, Your Honor.  That's an issue that's

9   important, as well.

10          THE COURT:  Well, Mr. Beck, why don't you

11  approach on either the evidence that's in the motion

12  to exclude or this kiss of death, whatever that is,

13  before you ask any questions on it.

14          MR. BECK:  I mean, my anticipation is that

15  I think the evidence was excluded.  I haven't looked

16  at the motion, but I think it's just this witness'

17  account of what he saw, so I mean --

18          THE COURT:  That's what it looked like to

19  me, too.  So I'd be inclined not to exclude what he

20  saw.

21          All right.  All rise.

22          (The jury entered the courtroom.)

23          THE COURT:  Everyone be seated.  Good

24  morning, ladies and gentlemen.  I know some of you

25  did some long traveling over the weekend, and I

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   appreciate you getting back here and being on time

2   and ready to go.  I went over to Pecan Grill on

3   Friday night and spent the night, so I went back to

4   Albuquerque on Saturday, and then came here

5   yesterday afternoon, went back to Pecan Grill.  So I

6   must like the place.  I was able to sit on the patio

7   last night.  It was kind of nice.

8            Thank you for all you're doing for us.

9   You've been a wonderful bunch to work with.  I know

10  the parties and the counsel appreciate it.  I

11  certainly do.  You've just done everything we've

12  asked and been very gracious about it, and we

13  appreciate all you've done for us.

14           All right.  Mr. Beck, I should have asked

15  before we came in, are we going back to Mr. Otero?

16           MR. BECK:  Yes.

17           THE COURT:  All right.  Is Mr. Otero --

18  Mr. Blackburn, are you feeling better today?  Can't

19  feel any worse?

20           MR. BLACKBURN:  I wore this shirt today in

21  honor of how I felt that day.  Thank you, Your

22  Honor.

23           THE COURT:  Well, I looked down last night

24  and I didn't wear a tied shirt, because I didn't

25  pack any ties.  So I had to go scrambling to find a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    tie this is morning.

2              MR. BECK:  Your Honor, to make good use of

3    our time, the United States would move to admit 796,

4    which is Mr. Otero's pen pack.

5              THE COURT:  Any objection from any

6    defendant?

7              All right.  Government's Exhibit 796 will

8    be admitted into evidence.  While we're waiting, why

9    don't I see counsel up here at the bench?

10             (Government Exhibit 796 admitted.)

11             (The following proceedings were held at

12   the bench.)

13             THE COURT:  So is he wanting to testify

14   that Mr. Chavez gave him the -- what is a kiss of

15   death?  What is that?

16             MR. BECK:  I think he's going to say that

17   it was a kiss that he took in a threatening nature,

18   that he was being threatened for testifying.

19             THE COURT:  Football players sometimes

20   make other football players -- that sort of thing.

21             MR. SOLIS:  Our position is, did it even

22   happen?  That's why I did want to call --

23             THE COURT:  Do you have anybody else that

24   will state that other than him?

25             MR. BECK:  Just him.  He was standing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   there with Special Agent Acee.  Special Agent Acee
2   was introducing himself, and Mr. Otero kind of shook
3   his face, and Special Agent Acee said, "What?"  And
4   he said "Mr. Chavez just" -- he didn't say
5   Mr. Chavez, he said, "Critter just gave me a kiss."
6              THE COURT:  Did Acee see it?
7              MR. BECK:  Acee did not.  He was standing
8   right next to him.  Acee was facing from the front.
9              THE COURT:  Have you located anybody else
10  that's seen this thing?
11             MR. BECK:  I have not.
12             THE COURT:  Well, I don't think I can
13  prohibit him from testifying, but I'll let you call
14  witnesses to say it didn't occur.  And stay away
15  from the attorneys.
16             MR. SOLIS:  What I wanted to do was call
17  witnesses that say it didn't occur, to persuade the
18  Court not to allow that testimony.
19             THE COURT:  Nobody is going to say they
20  saw it other than him, so we don't need to call
21  witnesses for you to establish that.  Nobody has
22  seen it.  If you want to call Acee to the stand to
23  say he didn't see it or bring that up in cross or
24  anything, if you can think somebody else,
25  investigators or somebody else.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SOLIS:  It's difficult to unring the
 2  bell.
 3            THE COURT:  Well, it is, but if that's
 4  what's going on in the courtroom, we can't have it.
 5  So I probably can't sit here and let him get away
 6  with it.
 7            MR. SOLIS:  You're assuming --
 8            THE COURT:  That's true, but I think it's
 9  just part and parcel of the evidence, so I'll let
10  it -- I'll let you put on some witnesses to rebut
11  it.
12            MR. GRANBERG:  Your Honor, why was
13  Mr. Acee speaking with Mr. Otero after the
14  proceedings?  He was sworn in as a witness.
15            THE COURT:  I thought the rule y'all
16  agreed to was that the Government in the direct
17  examination could talk to him.  I didn't think -- I
18  guess it was lawyers.
19            MR. BECK:  It was lawyers; right.
20            THE COURT:  Tell Mr. Acee not to be
21  talking to witnesses.
22            MR. SOLIS:  So Your Honor, just to clarify
23  for the record, what I wanted to do was put on
24  witnesses, lawyers, including security personnel, to
25  address whether they themselves saw anything of the
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   sort that was described by Mr. Otero.  Is the Court
2   denying that?
3           THE COURT:  You can put on marshals, if
4   you want to put somebody on.  If you want to put
5   Acee on --
6           MR. SOLIS:  My preference, Your Honor, was
7   to put these on outside the presence of the jury, so
8   the Court can make the determination.
9           THE COURT:  There is not a determination
10  to make.  Nobody saw it except Mr. Otero.  So there
11  is no reason to put witnesses on.  The issue is
12  undisputed.
13          MR. SOLIS:  My hope was the Court will not
14  permit his testimony with regard to --
15          THE COURT:  It puts everybody in a
16  difficult position when it occurs here in the
17  courtroom.  But things that occur in the courtroom,
18  it's part and parcel of the trial, so I'm not going
19  to keep it out.
20          MR. SOLIS:  So that request is denied?
21          THE COURT:  Do you want to put all these
22  lawyers on the stand to say something we already
23  know what they're going to say?  Yeah, that's
24  denied.
25          MR. SOLIS:  And the first subject of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   motion, that too is denied?

2           THE COURT:  You need to exclude his

3   testimony.

4           MR. BECK:  I'll make a record, Your Honor.

5   Based on the 948, which is the supplemental report

6   early on in 2001 -- I think it was the April 24,

7   2001, interview of Mr. Otero, the report says that

8   inmate Otero further stated that he has known both

9   inmate Martinez and inmate Chavez were involved in

10  the murders, so he's remained consistent with 2001.

11          MR. SOLIS:  I'm familiar with that

12  statement.

13          THE COURT:  Let me ask Mr. Beck this:  Did

14  the United States produce the interview notes from

15  potentially Jencks material to this interview?

16          MR. BECK:  Yes, we produced all the

17  interview notes.

18          THE COURT:  Since the interview took place

19  on --

20          MR. BECK:  March 22, I think.

21          THE COURT:  All the notes?

22          MR. BECK:  I think it was April 12.  We

23  produced the 302 and the notes.

24          THE COURT:  At the same time?

25          MR. SOLIS:  I've yet to see any notes.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 have a 302, but not any notes.  The report Mr. Beck

2 made reference to, I am aware of that report.

3 However, this most recent 302 goes way beyond the

4 details contained in that 2001 report, and the

5 statement from Mr. Otero goes way beyond, and it

6 goes into detail that does not contain any

7 previous --

8         THE COURT:  Why don't you check on whether

9 there were notes produced and when they were

10 produced, so I can know when.

11         MR. BECK:  That would surprise me.  We

12 produced all the notes simultaneously with the 302s.

13 So I will go back and check.  And if I made a

14 misrepresentation, I will let the Court know.

15         THE COURT:  What was the Jencks deadline?

16 March 26?

17         MR. BECK:  March 26.  But we didn't have

18 the 302 by that date.  We produced it when we had it

19 on April 12.

20         THE COURT:  Did you -- but you must have

21 had the notes by that date?

22         MR. BECK:  I would think we probably had

23 the notes.

24         MR. SOLIS:  That's the subject of my

25 motion, Your Honor.  I'm not alleging bad faith, but

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   there is gamesmanship going on.  We don't have it

2   yet.  They've had access to this witness for months,

3   if not years.  He's not been on the streets.  He's

4   been in jail.  It's that slow trickle of

5   late-breaking --

6              THE COURT:  I just don't think there is

7   much I can do about that.  This is trial work, and

8   that's the nature of these things.  We're going to

9   continue to have statements being made by these

10  people.  So I won't grant the motion to exclude his

11  testimony.

12             MR. SOLIS:  Thank you, Your Honor.

13             MR. BECK:  For the record on this, and for

14  the record on Michael Jaramillo, there is no

15  affirmative obligation, there is nothing in the law,

16  there is nothing in the --

17             THE COURT:  Let's stick with Otero right

18  now, because I do think that Jaramillo is a

19  different person.

20             MR. BECK:  I agree.  But there is nothing

21  in the rule, there is nothing in the law, there is

22  no affirmative requirement on the United States to

23  go out and get testimony.  There is a duty to

24  investigate.  We have that.  We have the reports.

25  We have the information.  Anything above and beyond

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    that the United States does to prepare its case and

2    it turns over to the defendants.  So there is no

3    gamesmanship.  I produced the 302.

4              THE COURT:  Where is the witness?

5              MS. ARMIJO:  They said they're bringing

6    him up.

7              MR. BECK:  There is no gamesmanship.  It

8    seems we got the 302 on Mr. Chavez' kiss.

9    Immediately when it came into my possession, I sent

10   that to Mr.  Solis and Mr. Granberg yesterday, even

11   though it hasn't been produced, to alert them to

12   that.  So --

13             THE COURT:  All right.  Well, I'll allow

14   the testimony of Mr. Otero on both those counts.

15             (The following proceedings were held in

16   open court.)

17             THE COURT:  All right.  Mr. Otero, I'll

18   ask you to return to the witness box, and I'll

19   remind you that you're still under oath.

20             All right.  Mr. Beck, if you wish to

21   continue your examination of Mr. Otero, you may do

22   so at this time.

23             MR. BECK:  Thank you, Your Honor.

24             THE COURT:  Mr. Beck.

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1                        JOSEPH NESTOR OTERO,

2          after having been previously duly sworn under

3          oath, was questioned, and continued testifying

4          as follows:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 CONTINUED DIRECT EXAMINATION
 2    BY MR. BECK:
 3        Q.   Good morning, Mr. Otero.
 4        A.   Good morning.
 5        Q.   Just move that mic a little bit closer to
 6    you.
 7             When we left off Friday afternoon, we were
 8    talking about the evening of March 25, 2001, just
 9    before -- I think when we left, we talked about
10    going to the gym with Mr. Garza.  Do you remember
11    that?
12        A.   Yes.
13        Q.   What happened when you went to the gym
14    with Mr. Garza?
15        A.   We went to the gym to pick up something
16    from a friend of ours.
17        Q.   I didn't catch that last part.
18        A.   We went to pick up some heroin from a
19    friend of ours.
20        Q.   And who did you get the heroin from?
21        A.   Paul -- Pancho.
22        Q.   Pancho.  Is that Pancho, also known as
23    Frank Castillo?
24        A.   Yes.
25        Q.   What happened after you and Mr. Garza
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    received the heroin from Pancho?

2         A.    We went back to the unit.

3         Q.    And what happened when you get back to the

4    unit?

5         A.    We got back to the unit, we went into his

6    room and we cut it in half.  He gave me my half and

7    we did a shot together, and then I went back to my

8    house.

9         Q.    All right.  And just so we're -- will you

10   please bring up Exhibit 11?  Mr. Otero, you

11   recognize this as the front of the O-1 housing unit?

12        A.    Yes.

13        Q.    Is that where you were housed on March 25,

14   2001, when you went back to the cell with Mr. Garza?

15        A.    Yes.

16        Q.    Exhibit 12, please.  Just to reorient the

17   jury here, this cell, 1118 -- that was Mr. Garza's

18   cell; is that right?

19        A.    Yes.

20        Q.    And where was your cell?

21        A.    Underneath the stairs.

22        Q.    That cell on the left side; is that right?

23        A.    Yes.

24        Q.    After you and Mr. Garza did the heroin and

25   you went back to your cell, what happened?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   People started getting grouchy and upset
 2   because they didn't get what they wanted, and stuff
 3   like that.  And just a normal night.  Went down to
 4   lockdown for count, and then after lockdown for
 5   count, people came out mad or high, enjoying the
 6   night.
 7        Q.   All right.  Let me take you back to a few
 8   things.  So I understand that after you got high,
 9   you heard some disturbances in the unit; is that
10   right?
11        A.   Yeah.
12        Q.   Then the next day -- well, you went into
13   lockdown that night; is that correct?
14        A.   Yes.
15             MR. SOLIS:  Object to the leading nature
16   of the questions, Your Honor.
17             THE COURT:  Don't lead.
18   BY MR. BECK:
19        Q.   What is lockdown?
20        A.   Lockdown is when they put you in your cell
21   and they put you away for the night.
22        Q.   And so were you locked up in your cell all
23   night?
24        A.   Yes.
25        Q.   What happened the next morning?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I woke up to -- sounded like somebody was
 2   fighting next door, banging on the walls and shit.
 3        Q.    All right.  And I'm going to bring up
 4   Exhibit 75 for you.  Do you recognize this as a
 5   diagram of the Ocean 1 unit in which you were
 6   housed?
 7        A.    Yes.
 8        Q.    If I understand your testimony, you were
 9   housed in that cell on the left side in between
10   yellow pod and blue pod; right?
11        A.    Yes.
12        Q.    And the cell just on top of you -- was
13   that Rolando Garza's cell?
14        A.    It's not on top of me.  It's right next
15   door.
16        Q.    So on this diagram, just above that, right
17   next door in yellow pod, the one that I just
18   circled, is that Rolando Garza's cell?
19        A.    Yes, sir.
20        Q.    So when you heard the disturbances, were
21   they coming from Mr. Garza's cell in yellow pod or
22   the cell in blue pod?
23        A.    In yellow.
24        Q.    How long after you woke up did you hear
25   these?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   It's kind of what woke me up.

2    Q.   At this time were the units open,

3 meaning -- or excuse me, not the units.  Were the

4 cells open, meaning the inmates could move freely?

5    A.   Yeah, I think it was 5:15, 5:30, around

6 there, when they popped the door.

7    Q.   What happened after you heard the sounds

8 in Mr. Garza's cell?

9    A.   I put my shoes on, got ready, just in case

10 I had to fight with somebody; and came out my door,

11 turned left, seen people standing around my cell,

12 and went towards the shower, to go something that I

13 had over there.  And I looked to the left and woke

14 up to somebody being killed.

15    Q.   All right.  So if I understand, you were

16 walking from your cell towards the shower; is that

17 right?

18    A.   Yes.

19    Q.   And then when you turned left and you

20 looked in Mr. Garza's cell, what did you see?

21    A.   I seen Critter, Eugene, and Trigger inside

22 the cell wrestling with Looney.

23    Q.   What did you see then?

24    A.   I seen that they were holding him down and

25 I didn't know what the fuck was going on, but I

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  found out that he had been killed.

2       Q.   I'm going to show you what's been admitted

3  as Government's Exhibit 93.  Is this the person you

4  know as Critter that you saw in the cell with

5  Mr. Garza that morning?

6       A.   Yes.

7       Q.   Do you see Mr. Chavez here in court today?

8       A.   Yes.

9       Q.   Where is he?

10      A.   He's right there in the gray suit.

11      Q.   What color tie is he wearing?

12      A.   I can't tell.  I can't see with the

13  computer in the way.

14      Q.   What does he look like?

15      A.   Dark hair, mustache.

16           MR. BECK:  Let the record reflect that

17  Mr. Otero identified the Defendant Chris Chavez.

18           THE COURT:  The record will so reflect.

19  BY MR. BECK:

20      Q.   I'm going to show you Government's Exhibit

21  110.  Do you know who this individual is?

22      A.   He's changed.

23      Q.   Is that the individual that you saw in the

24  cell and identified as Eugene Martinez?

25      A.   Yeah.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So was he in the cell with Mr. Chavez and

2  Mr. Garza?

3    A.   Yes.

4    Q.   I'm going to show you Government's Exhibit

5  88.  Is this the individual that you identified as

6  Trigger?

7    A.   Yes.

8    Q.   Is this the individual that was in the

9  cell with Garza, Mr. Chavez, and Eugene Martinez?

10    A.   Yes.

11    Q.   Going back to Exhibit 75, what happened

12  after you looked in Mr. Garza's cell?

13    A.   I proceeded to the shower to go get a

14  shank that I had in the drain.

15    Q.   Why were you getting a shank that you had

16  in the shower?

17    A.   Just in case somebody tried to come at me.

18    Q.   What happened after you got the shank?

19    A.   I went back to my cell, got a cup, filled

20  it up with water, and put it in the microwave.

21    Q.   Did you see anybody else outside on the

22  tier on your way back to your cell?

23    A.   Jesse Ibarra, a guy named Chacon, a couple

24  other guys.

25    Q.   What was Mr. Chacon doing when you

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   proceeded back to your cell?

 2        A.   He had a mop in his hand.

 3        Q.   And what was he cleaning?

 4        A.   I don't know if he was cleaning something

 5   up or if he was getting prepared to swing it at me.

 6        Q.   And where did you see Mr. Chacon?

 7        A.   At the top of the stairs.

 8        Q.   Is that the stairs that I just circled on

 9   Government's Exhibit 75?

10        A.   Yes.

11        Q.   What happened when you went back to your

12   room?

13        A.   I didn't go back to my room.  I went by

14   the front doors and stood by the front door.

15        Q.   What happened next?

16        A.   I waited until they called -- they had a

17   running club at that time.  Waiting till they popped

18   the door or called breakfast first, whatever came

19   first.

20        Q.   Is it unusual to go do heroin first thing

21   in the morning when you wake up?

22        A.   Not if you're a heroin addict.

23        Q.   So would you say that may be a normal

24   occurrence for heroin addicts in prison?

25        A.   Yeah.  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   When they opened the doors, what happened?
2    Did you go outside?
3    A.   Three people came out of Looney's house,
4    Mr. Garza's house, walked past me, told me if I knew
5    what was best, I'd keep my mouth shut.
6    Q.   Who were those three people?
7    A.   Critter, Trigger, and Eugene.
8    Q.   And who told you if you knew what was
9    best, you'd keep your mouth shut?
10   A.   Chris.
11   Q.   Is that Mr. Chris Chavez?
12   A.   Yes.
13   Q.   What happened next?
14   A.   They went out ahead of me.  I was kind of,
15   like, didn't know what the fuck to do, because kind
16   of, like, I was on the spot right there.  So I
17   followed them out, hoping to run into somebody
18   outside that would fucking give me esquina or
19   something.  And when we were walking out, I seen one
20   of them throw something up on the roof.  And then we
21   went out to the yard, and I went out together with
22   somebody.
23   Q.   Do you know who you saw throw something on
24   the roof?
25   A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Who was that?

2        A.    Chris.

3        Q.    Is that Mr. Chavez?

4        A.    Yes.

5        Q.    Do you know what he threw on the roof, or

6   can you describe it?

7        A.    He threw something like a shoestring or a

8   mesh bag tie, or something.

9        Q.    I'm going to show you Government's Exhibit

10  861.  If I understand, when you came out of the

11  unit, you proceeded down from where it's marked

12  Ocean 1 in 861; is that right?

13       A.    Yes.

14       Q.    And where did you see Mr. Chavez throw

15  something on the roof?

16       A.    Right as soon as we walked out the unit.

17       Q.    Is that sort of where the A and the N are

18  in Ocean, there, Exhibit 861?

19       A.    Yes, right there between the gate and the

20  wall.

21       Q.    Mr. Otero, I'm going to show you

22  Government's Exhibit 796.  That's your name and

23  Corrections Department number; is that right?

24       A.    Yes.

25       Q.    Have you ever seen a penitentiary pack



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   from the Corrections Department?

2       A.   What do you mean?

3       Q.   That answers my question.  Have you ever

4   seen this document before?

5       A.   I've seen something like it, but I'm not

6   exactly sure.  But yeah.

7       Q.   I'm going to take you to Bates No. 69107.

8   Do you recognize this as a judgment, partially

9   suspended sentence, and commitment for you on a

10  guilty plea in 1995?

11      A.   In front of Murdock, yes.

12      Q.   And did you plead guilty to attempted

13  conspiracy to commit first-degree murder?

14      A.   Yes.

15      Q.   And also aggravated battery with a deadly

16  weapon?

17      A.   Yes.

18      Q.   And child abuse, negligently caused?

19      A.   Yes.

20      Q.   For that, were you sentenced to do a total

21  of 23 years with eight years suspended for 15 years?

22      A.   Yes.

23      Q.   I'm going to take you to Bates No. 69111.

24  Do you recognize this as an order and commitment to

25  the Department of Corrections for you in 2004?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And did you receive this because you
 3   violated your probation?
 4        A.   Yes, my parole.
 5        Q.   When you violated your parole, was the
 6   full sentence of the 23 years imposed on you?
 7        A.   Yes.
 8        Q.   I'm going to take you to Bates 69114.  Do
 9   you recognize this as a judgment and sentence for
10   you from 2013?
11        A.   Yes.
12        Q.   And is this judgment and sentence because
13   you pled guilty to two counts of residential
14   burglary and larceny over $500?
15        A.   Yes.
16        Q.   Did it also include contributing to the
17   delinquency of a minor?
18        A.   Yes.
19        Q.   Why is that?
20        A.   Why is what?
21        Q.   Why did you also plead guilty to
22   contributing to the delinquency of a minor in this
23   case?
24        A.   Because I had my son driving for me.
25        Q.   And were you sentenced to do seven years
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and six months' incarceration for this?
 2        A.    Yes.
 3        Q.    I'm going to take you to Bates 69120.  Do
 4   you recognize this as a judgment, sentence, and
 5   commitment from 2014 for pleading no contest to
 6   attempted aggravated battery?
 7        A.    Yes.
 8        Q.    And that was on a household member?
 9        A.    Yes.
10        Q.    And for this were you sentenced to two
11   years and six months to run concurrent to your seven
12   years and six months in the 2013 case?
13        A.    Yes.
14        Q.    Mr. Otero, I'm going to show you a
15   side-by-side of Government's Exhibit Number 794 and
16   Government's Exhibit 646.  I obviously have the
17   wrong number for 794.  For 798.  So I read it wrong.
18   798 and 646.
19             Mr. Otero, this is an offender physical
20   location history sheet from the Corrections
21   Department for you on the left, and for Mr. Garza or
22   Looney on the right.  And I want to take you to the
23   left 798, page 3.  In March of 2001 you were
24   incarcerated at the Southern New Mexico Correctional
25   Facility in Ocean 1, yellow pod; is that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    You were in cell 1119; is that right?

3      A.    Yes.

4      Q.    Let's see if I can get a better line going

5  here.  Do you see where that's reflected on this

6  offender physical location history that you were

7  incarcerated there from November of 2000 until

8  September 2001?

9      A.    Yes.

10     Q.    Is that accurate?  Were you incarcerated

11  in the yellow pod from November of 2000 to September

12  2001?

13     A.    Yes.

14     Q.    Do you see on Exhibit 646 where I just

15  underlined that Mr. Garza was also incarcerated in

16  Ocean 1, yellow pod, in the cell right next door,

17  1118?

18     A.    Yes.

19     Q.    And that he was there from December 2000

20  to March 26, 2001?

21     A.    Yes.

22     Q.    And was March 26, 2001, the day that he

23  was murdered?

24     A.    That I remember, yes.

25     Q.    I'm going to show you Government's Exhibit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    92.   And then if we can go to -- it's probably page

2    3.

3             Do you see here on page 3, on the offender

4    location history for Mr. Christopher Chavez, do you

5    see that he was incarcerated in South O-1, yellow

6    pod, 2214 --

7         A.   Yes.

8         Q.   -- from January 2001 to April 2001?

9         A.   Yes.

10        Q.   And is that where Mr. Chavez was housed

11   during that time?  Is that on the top tier or the

12   bottom too?

13        A.   Top tier.

14        Q.   And then Government's Exhibit 104.  Do you

15   see this is the offender location history for Eugene

16   Martinez up there at the top?

17        A.   Yes.

18        Q.   And do you see that from February 2001

19   till June of 2001 he was also housed in Ocean 1

20   yellow pod?

21        A.   Yes.

22        Q.   And do you remember that Mr. Martinez was

23   housed on the top tier, as well, in Ocean 1?

24        A.   Yes.

25        Q.   Then I'll show you Government's Exhibit

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE

BEAN
&ASSOCIATES, Inc.

e-mail: info@litsupport.com

```
1   87.  It's the offender location history for Allen

2   Patterson.  I think you identified him as Trigger.

3   Do you remember that?

4        A.   Yes.

5        Q.   And do you see that from January 30, 2001,

6   to March 27, 2001, he was also housed at Southern in

7   the Ocean 1 yellow pod?

8        A.   Yes.

9        Q.   Do you remember that he was also housed on

10  the top tier of yellow pod?

11       A.   Yes.

12       Q.   Do you know an inmate known as Wild Bill?

13       A.   Yes.

14       Q.   Do you remember him arriving at the

15  Southern New Mexico Correctional Facility in 2001?

16       A.   About a week or two before Looney passed

17  away.

18       Q.   And what happened when he arrived?

19       A.   What happened?  We were locked down for

20  the rest of our time.

21       Q.   Did inmates act differently?  Did the

22  environment change, in your opinion, at all?

23       A.   Yes.

24       Q.   Was that around the time that he arrived?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you know an inmate Leroy Lucero?

 2        A.    Yeah.

 3        Q.    Did you ever see him interact or know his

 4   interactions with Rolando Garza?

 5        A.    Somewhat.

 6        Q.    And what would you say about their

 7   interactions?  Were they friendly, not friendly?

 8        A.    They got along.

 9        Q.    Going back to the morning of the murder,

10   when you went out to the yard, did you have your

11   shank with you?

12        A.    Yes.

13        Q.    What did you do with it?

14        A.    I stashed it by the church after they

15   started calling us back in toward the units.

16        Q.    And why did do you that?

17        A.    Because I didn't want to be caught with

18   it.

19        Q.    What happened when you got out to the yard

20   and you stashed your shank?  What happened next?

21        A.    The infirmary -- I guess they did a

22   quarter call or a unit check, whatever they want to

23   call it.  They went through the unit, I guess, and

24   that's when they found Looney.  All the people from

25   medical ran towards O-1.  And we could hear them
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



1    over the radios.  They were saying, "Check all the

2    units," and stuff like that, just in case somebody

3    else might have been dead or something.

4         Q.   And what happened then?

5         A.   They all took off running towards P-1.

6    And that's when they found Pancho.

7         Q.   What happened after they found Pancho?

8         A.   They started taking us all -- well, they

9    took O-1 yellow and P-1 -- I don't remember exactly

10   what housing unit it was.  They had us in the yard

11   against the fences, all around the perimeter on the

12   inside by the church and stuff, and by the gym,

13   handcuffed with zip ties.

14        Q.   What happened after they handcuffed you

15   and zip-tied you?

16        A.   They had us kneel down facing the fence.

17        Q.   At some point after that, were you then

18   taken back into a cell or a unit?

19        A.   No, not for about 14 hours.

20        Q.   So 14 hours in handcuffs.  What happens

21   after that?

22        A.   They took us to the lieutenant or

23   captain's office, and they gave us urines, you know,

24   I gave a dirty.

25        Q.   Let me ask you, just so we're clear.  I

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

 1  understand that they gave you a urinalysis test?

 2       A.   Yeah, they gave each and every one of us a

 3  urine test.

 4       Q.   And what happened after that?

 5       A.   Then they started separating us.  They

 6  took some of us to the gym and then they took the

 7  other bunch to the chapel.

 8       Q.   What happened -- where did they take you?

 9       A.   They took me to the gym.

10       Q.   What happened in the gym?

11       A.   In the gym they just separated us all the

12  same way.

13       Q.   What happened after they separated you?

14  Did you at some point talk to police or get locked

15  back in a cell?

16       A.   They didn't do that until the beginning of

17  the morning of the next day, that I remember.  I

18  remember.  I'm not exactly sure.

19       Q.   Sure.  Were you locked back in your

20  cell -- or in a cell with Mr. Chavez, Mr. Martinez,

21  and Trigger, Mr. Patterson?

22       A.   That night of the murder.

23       Q.   What happened that night?

24       A.   They took us back into their unit around,

25  I figure, around 7:00, 8:00.  And then they put us

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  back in our cells.  And when we went into our cells,

 2  all our stuff was gone.  The State Police had bagged

 3  all our stuff.  They left us with one pair of boxers

 4  and a roll of toilet paper and a pair of shower

 5  shoes.

 6      Q.   What happened that night when they locked

 7  the cells down?

 8      A.   People were talking shit, and they were

 9  talking out loud, like if nobody would keep their

10  mouth shut, they knew what would happen to them.

11      Q.   Who said keep your mouth shut or you know

12  what would happen to them?

13      A.   Chris Chavez.

14      Q.   And then I think you said maybe the next

15  morning you were interviewed by State Police?

16      A.   Yeah.

17      Q.   Did you tell them the truth about what

18  you'd seen in Mr. Garza's cell that night -- or that

19  morning?

20      A.   At first, I didn't, because I didn't know

21  exactly what to do.  I had just been threatened, "If

22  you don't keep their mouth shut, you'll be killed,

23  too."  You know what I mean?  And at first I was

24  hesitant.

25      Q.   At some point later did you tell people

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   what had happened?

 2        A.   Yes.

 3        Q.   And was that about a month afterwards that

 4   you did that?

 5        A.   Yes.

 6             MR. BECK:  May I have a moment, Your

 7   Honor?

 8             THE COURT:  You may.

 9             MR. BECK:  Pass the witness, Your Honor.

10             THE COURT:  Thank you, Mr. Beck.

11             Mr. Solis, do you want to start the

12   cross-examination?

13             MR. SOLIS:  I do, Your Honor.

14             THE COURT:  Mr. Solis.

15                      CROSS-EXAMINATION

16   BY MR. SOLIS:

17        Q.   Good morning, sir.

18        A.   Good morning.

19        Q.   My name is Eduardo Solis.  I'll ask you a

20   few questions, if that's okay with you.  I noticed

21   your responses were pretty -- pretty easy to obtain

22   when Mr. Beck was asking you questions.  I'm hoping

23   that the questions I ask you are just as easy to

24   come by.  If I confuse you or you don't understand

25   the question, you'll ask me to clarify and I'll do
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1  so, if that's okay.

2       A.   All right.

3       Q.   Can I have that agreement?

4       A.   Yes, sir.

5       Q.   So I don't want to get into the weeds

6  about your criminal history, but I do want to

7  clarify that the entirety of your criminal history

8  isn't just the judgments that Mr. Beck read off to

9  you.  I suspect that there had been other -- many

10 county lockups and minor misdemeanor offenses,

11 you've been in and out of jail before you had these

12 other offenses; is that correct?

13      A.   I think I've got two or three

14 misdemeanors.

15      Q.   So when you went to prison, being locked

16 up was not a new experience for you?

17      A.   No.

18      Q.   Okay.  And you've been locked up a

19 substantial number of years, I would guess?

20      A.   Locked up all my life, since I was 17.

21      Q.   How old are you now?

22      A.   I'm 50.

23      Q.   50, five-oh?  Well, then, here is the

24 question I want to ask you.  Other witnesses have

25 come here and they've let it be known that in an

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                 1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    institution where you're locked down or you're

2    incarcerated, it functions like a society.

3              MR. BECK:  Objection, Your Honor.  This is

4    just getting around the rule.  Counsel is

5    testifying.

6              THE COURT:  Well, let's see what the

7    question is, first.  A little bit of a warmup, but

8    let me see what the question is.

9              MR. SOLIS:  Thank you, Your Honor.

10   BY MR. SOLIS:

11       Q.   So would you agree with that assessment,

12   that being locked up for as long as one has, either

13   at the county lockup or other intermediate-type

14   facilities and then the state prison, after a while,

15   when you're in that sort of institutionalized

16   setting, it functions like a society, a community,

17   so to speak?

18       A.   Sort of.

19       Q.   And so there are -- much like in the

20   regular free world, if I could use that term,

21   society, there are certain rules and there are

22   certain expectations that you're supposed to follow?

23   Is that about right?

24       A.   Yeah.

25       Q.   Okay.  So when you were -- well, strike

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492



 1  that.  Let me ask you this.  It occurs to me that

 2  you're not in fear of the SNM.  You're not afraid of

 3  the SNM; is that about right, sir?

 4       A.   To a certain point.

 5       Q.   Well, you know, see, I've listened to your

 6  interview from 2001.  You met with State

 7  Investigator Felipe Gonzalez, you met with Sergeant

 8  Cheryl Lackey, and Detective Jim Moore.  Do you

 9  remember that?

10       A.   Yes.

11       Q.   I think that was alluded to.  That was in

12  April of 2001, April 26, 2001; do you remember that?

13       A.   Yes.

14       Q.   And that is only a month or so removed

15  from the murders at Southern.  Of course, you know

16  that; right?  April 26, March 26, 2001.  And in

17  listening to that recording, the audio recording,

18  you have nothing but contempt and disdain for the

19  SNM; would you agree?

20       A.   What do you mean, have contempt?

21       Q.   Sure.  I mean, the tone of your voice, the

22  tone of your response is that you're not at all

23  afraid of them.  You dislike them; you think they're

24  nothing to be afraid of.  That's entirely the tone

25  of your responses to that investigator, Mr. Felipe

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Gonzalez.  Do you remember that?

2        A.    I think nobody should be scared of

3   anybody.

4        Q.    Right.  And that was my point.  In fact,

5   the testimony you gave today, Mr. Otero,

6   particularly as it refers to that you said you saw

7   Critter, Eugene, Trigger, wrestling with Looney,

8   holding him down.  You said you saw that.  You said

9   that today.

10       A.    Yes.

11       Q.    Right?  You never said that on March 26,

12  2001, the date of the murders when you were

13  interviewed.  You didn't say that, did you, sir?

14       A.    Not that I remember.

15       Q.    Okay.  And on April 26, 2001, where I've

16  explained to you you had nothing but contempt and

17  disdain and no fear of the SNM, you didn't say that

18  then, either, did you?

19       A.    Back then I was trying to be an abiding

20  convict.

21       Q.    But you were also looking to lessen your

22  time in prison and accelerate your good-time credit;

23  isn't that also correct?

24       A.    How would I do that?

25       Q.    Well, you know, that's the thing.  At

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT                                                 e-mail: info@litsupport.com
REPORTING SERVICE

```
 1   three minutes and a half of that recording
 2   Mr. Gonzalez confirms that you want to give a
 3   statement.  He reads you your Miranda rights.  And
 4   as a quid pro quo -- that's something for something,
 5   and we've talked about -- he wanted to make sure
 6   that you're on board.  And do you remember he asked
 7   you that you wanted to secure early release and
 8   good-time credit for your statement?
 9        A.   I've never been given anything for
10   anything.
11        Q.   But that's what you wanted.  Do you
12   remember you said that?
13        A.   Maybe I probably did.
14        Q.   Right. I mean, words don't lie; right?
15   Recorded words.  I mean, they certainly are worth
16   more than what someone else recounts out of sheer
17   memory; correct?  Well, in fact, when he asked you:
18   "Is there anything else that you want?" you were
19   silent for about 15 seconds, and then you said,
20   "Nothing."  Do you remember that?
21        A.   Yeah, I'd like my mother to come back from
22   the grave, too, but that ain't going to happen.
23        Q.   Right.  That's correct.  But you did want
24   good-time credit acceleration and you wanted
25   release.  What Mr. Felipe Gonzalez then prompted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you, he had to remind, "Oh, yeah and we need to move

2   you to another facility for security reasons; right,

3   Mr. Otero?"

4           You said, "Oh, yeah.  Yeah.  That, too."

5   Do you remember that?

6       A.   I've never been moved to another facility.

7       Q.   Well, but what you really wanted was

8   good-time credit and early release in exchange for

9   the statement that you gave in 2001, April 26.

10      A.   I've never been given nothing.  You can

11  look at my file.

12      Q.   Then you said at about seven minutes and

13  40 seconds into that tape that there were -- I think

14  you were confused, because you said there were two

15  Looneys -- two Looneys in your pod.

16      A.   There is two Looneys.  There was one from

17  fucking Surenos that lived upstairs.

18      Q.   At about ten minutes into the tape, you

19  discuss with Mr. Felipe Gonzalez and Sergeant Cheryl

20  Lackey about the heroin you've recounted here for

21  the jury today:  How you wanted to secure heroin,

22  how you wanted to use heroin, and that you, in fact,

23  managed to get your hands on heroin.  Do you

24  remember that?

25      A.   Yeah.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

63

1    Q.   At about 27 minutes into that tape, I

2  heard where Mr. Felipe Gonzalez asked you, Well, if

3  he was told how they did it; that is, he asked you,

4  "Were you told how they did it?"

5        And do you remember your response was,

6  "Well, I don't know, but I heard from TV that it was

7  a strangulation."

8        So you're telling Felipe Gonzalez on April

9  26, 2001, that you don't know how it happened, but

10 the television told you it was by strangulation.  Do

11 you remember you told him that?

12   A.   Yes.

13   Q.   You did tell him that?  Okay.

14        At about 31 minutes into that

15 conversation, interrogation you had with those three

16 state investigators, it was pointedly asked of you,

17 "Do you remember, sir, whether Chris Chavez had

18 anything else to say to you?"

19        And you said, "Well, he was kind of quiet.

20 He didn't say much."

21        Do you remember that you said that at

22 about 31 minutes into that conversation?

23   A.   Like I said the first time, when I was in

24 the penitentiary, I was trying to keep my name clean

25 of this bullshit.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Then at 32 minutes, 20 seconds into that,
 2   Mr. Felipe Gonzalez asked you, "Well, you didn't see
 3   what took place then; right?  So do you know if it
 4   happened at night or if it happened in the morning?"
 5            And your response wasn't it, Mr. Otero, "I
 6   don't know.  That's what I meant to tell you.  I
 7   don't know exactly when it happened or what time it
 8   happened.  I don't know."
 9            Do you remember if that's what you said
10   back on April 26, 2001?
11        A.   No.
12        Q.   Okay.  Then at 32 minutes and 55 seconds
13   into that conversation, Mr. Felipe Gonzalez asked
14   you, "Well, has anyone actually said to you, 'I did
15   it, I'm the one that did it'?"
16            Your response, Mr. Otero, wasn't it,
17   "Well, they just asked me a lot of questions.  So
18   no, they just asked me a lot of questions."
19            Do you remember you said that?
20        A.   That's all they've ever asked me is a
21   bunch of questions.
22        Q.   At 46 minute into that interview it was
23   asked of you -- in fact, it was the second attempt
24   by Mr. Felipe Gonzalez to ask you if you looked into
25   Looney's cell, Mr. Garza's cell.  And you made a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  response that is in line with what you talked about.

2  "No, you don't do that.  You don't look into other

3  people's houses when you're over there.  That's just

4  disrespecting," is essentially what you're saying.

5  Do you remember you said that?

6        A.   You ain't supposed to.

7        Q.   You said today in your testimony today, 17

8  years removed from March 26, 2001, that you looked

9  up to the left and you saw someone getting killed.

10  Do you remember you said that a little while ago,

11  sir?

12        A.   Right.

13        Q.   That's the first time you've ever said

14  that; isn't that true?

15        A.   No.

16        Q.   Okay.  Well, you didn't say that in the

17  April 26 recorded statement we've addressed just

18  moments ago.  You didn't say that then, did you?

19        A.   I've had two or three different times

20  officers have asked me about it, and I've told them

21  about what happened that day.

22        Q.   Right.  I know that.  You did that in

23  2004, and I believe on another occasion in 2001, and

24  these were officers that interviewed you.

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did it appear to you these were officers
2  who were competent?
3      A.   Somewhat.
4      Q.   Well, they're asking you questions.  They
5  asked it more than once; right?
6      A.   Somewhat.
7      Q.   And the interview took some time.  It
8  wasn't accomplished in 10 minutes.  It took a little
9  while, didn't it, sir?
10     A.   Yeah.
11     Q.   The testimony that you recounted for the
12 jury today, where you said you saw Critter, Eugene,
13 and Looney -- I beg your pardon, sir, Critter,
14 Eugene, Trigger holding Looney down.  That's the
15 first time you said that today, isn't that true?
16     A.   Yes.
17     Q.   So I've listened to the audio recording of
18 your recorded statement to those three state
19 officers, detective, sergeant, and the state police
20 investigator.  Then I've reviewed the written
21 materials provided from subsequent interviews or
22 interrogations with the police and investigators.
23 And you know, you've never said this before either
24 until today; isn't that true, sir?  That you heard
25 some fighting or disturbance coming from banging on

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   the wall.  You've never said that before today, have
 2   you sir?
 3        A.   I have.
 4        Q.   Okay.  And when did you say that?
 5        A.   The last time that they asked me in the
 6   penitentiary in Los Lunas.
 7        Q.   Okay.  And that was, again, conducted by
 8   state investigators?
 9        A.   STIU.
10        Q.   Okay.  And that was a lengthy interview?
11        A.   About an hour.
12        Q.   Was it recorded?
13        A.   Not that I remember.
14        Q.   Okay.  Competent investigators, STIU?
15        A.   Yeah.
16        Q.   Right.  When you talked about the --
17   strike that.  I'll go to another inquiry.
18             In listening to the lengthy recorded
19   statement you gave that we've talked about, and in
20   the subsequent reports from your 2004 and subsequent
21   interviews, you've never said that someone threw
22   something up on the roof.  And then that someone
23   turned out to be Chris who threw a shoestring and a
24   mesh bag.  Again, you've never said that until
25   today; is that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.     I didn't say a shoestring and a mesh bag.

2   I said either a shoestring or a mesh bag tie.

3        Q.     Right.  I stand corrected.  But you've

4   never said that until today; is that true, sir?

5        A.     Yes, I have.

6        Q.     You have?  And, again, to competent state

7   investigators; correct?

8        A.     Yes.

9        Q.     Say someone is working in the kitchen.

10  Someone is working in the kitchen, there at that

11  pod.  What time do they get up to go to work, I

12  guess?

13       A.     Some of them leave at 3:00 in the morning.

14       Q.     Okay.  How long is that kitchen duty?

15       A.     That what?

16       Q.     How long -- when you go to work in the

17  kitchen to prepare food, breakfast -- I hesitate to

18  call it chow -- breakfast, for y'all, how long is

19  that work duty?

20       A.     Usually from like 2:00 or 3:00 o'clock in

21  the morning till 10:00.

22       Q.     Okay.  So if someone is working kitchen

23  duty, then that's what you're doing.  You're in the

24  kitchen.  You're not mopping the floor on the pod,

25  are you?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                        1-800-669-9492



```
 1        A.    It depends if you went to work or not.

 2        Q.    Okay.  If you go to work, you can't be two

 3   places at once; right?

 4        A.    A lot of people do it.

 5        Q.    You think people can be two places at

 6   once?

 7        A.    There's a lot of times I worked in the

 8   kitchen I was back at the unit.

 9        Q.    At the same time?

10        A.    Sure was.

11        Q.    Really?

12        A.    The officer would open the door, I'd go

13   back to the unit, do what I had to do.

14        Q.    Just so we're clear, you're position is:

15   A person can be two places at the same time; is that

16   right?

17        A.    No, not at the same time.

18        Q.    That's what I'm asking.  Do you think a

19   person can be two places at the same time?

20        A.    No.

21        Q.    Okay.  So if you've got kitchen duty, then

22   you can't be mopping the floor at the pod; is that

23   right?

24        A.    Sure.

25             MR. SOLIS:  Could I have a moment, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Honor?

 2              THE COURT:  You may.

 3              MR. SOLIS:  Pass the witness, Your Honor.

 4              THE COURT:  Thank you, Mr. Solis.  Any

 5  other defendants have cross-examination of

 6  Mr. Otero?

 7              MR. SHATTUCK:  Yes, sir.

 8              THE COURT:  Mr.  Shattuck.

 9              MR. SHATTUCK:  May I approach the witness,

10  Your Honor?

11              THE COURT:  You may.

12                   CROSS-EXAMINATION

13  BY MR. SHATTUCK:

14      Q.   Mr. Otero, do you recognize anybody in

15  this photograph.  Don't say who it is.

16      A.   Yeah.

17              MR. SHATTUCK:  Your Honor, I'm not going

18  to use it right now, but without objection, I'd like

19  to move for admission of Defendants' Exhibit AU.

20  It's Bates stamp 12504?

21              THE COURT:  Any objection, Mr. Beck?

22              MR. BECK:  No objection.

23              THE COURT:  Any objection of any other

24  defendant?  Not seeing or hearing any, Defendants'

25  Exhibit AU will be admitted into evidence.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendants' Exhibit AU admitted.)
 2    BY MR. SHATTUCK:
 3         Q.   Mr. Otero, you gave a statement to -- you
 4    gave several statements after Mr. Garza's body was
 5    found, didn't you?
 6         A.   Yes.
 7         Q.   You gave a statement to Felipe Gonzalez
 8    about 1:30 in the afternoon on the 26th of March,
 9    2001, didn't you?
10         A.   That I remember, yeah.
11         Q.   And then you gave another one to him a
12    couple of days later; is that correct?
13         A.   I think so.
14         Q.   And then you gave another one to him, a
15    long one, that lasted about 49 minutes, on the --
16    exactly a month after Mr. Garza was killed, on the
17    26th of April, didn't you?
18         A.   Yes.
19         Q.   That's the one that Mr. Solis was talking
20    to you about.  And in that interview you indicated
21    it was pretty clear from the very beginning of the
22    interview that you were giving that interview to
23    reduce your sentence, shorten your time.  You wanted
24    a shorter amount of time.  I know you say you never
25    got it.  But that's what you wanted, wasn't it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    It was possible.

2      Q.    And I know you say you never got this, but

3  you wanted to be transferred to another facility.

4      A.    Yes.

5      Q.    Now, you've told us here yesterday and a

6  couple of other times that you were not a member of

7  SNM; is that correct?

8      A.    Yes.

9      Q.    Yet as far back as 1989, you were being

10  investigated as a member of SNM, when Lorenzo Mora

11  was picked up with a shank on his way to do a hit,

12  and then you were in the day room saying that you

13  were going to go do that hit.  And that was in 1989,

14  wasn't it?

15      A.    Yes.

16      Q.    And then on March -- the very month that

17  Mr. Garza was killed, in March of 2001, March 7th of

18  2001, you were identified by Special Agent Pedersen

19  of the FBI and members of the STIU unit as a member

20  of SNM who could be counted on to help them out; you

21  had a lot of information.  Isn't that --

22           MR. BECK:  Objection, foundation.

23      Q.    Are you aware of that?

24           THE COURT:  I think he's trying to lay a

25  foundation.  So overruled.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Are you aware of that, of that delineation

 2   that you were SNM and could help them because you

 3   had a lot of information?

 4        A.    No.

 5        Q.    We'll see that later, then.  May we see

 6   Defendants' Exhibit AU, please?  Mr. Otero, do you

 7   recognize the people in this photograph?

 8        A.    Yes, that's Looney from the Surenos.

 9        Q.    Hang on a second.  Is this the Looney that

10   you're talking about?

11        A.    No, that's Lorenzo Mora, Jr.

12        Q.    Which one is Looney from Sureno?

13        A.    The one on the far left.

14        Q.    Felix Reyes?

15        A.    Yes.

16        Q.    And this is Lorenzo Mora; is that correct?

17        A.    Yes.

18        Q.    And we know he's SNM; correct?

19        A.    At the time he was.

20        Q.    And this is Frank Castillo.  That's

21   Pancho.  That was the victim in the other cell

22   block; is that correct?

23        A.    Yes.

24        Q.    And at the time, he was SNM; is that

25   correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    (Witness nods.)

 2       Q.    And this is you?

 3       A.    Yeah.

 4       Q.    And this is one of those photos we've

 5  heard about being taken in the yard?

 6       A.    Yeah.

 7       Q.    Thank you.  Now, you told us yesterday

 8  that you knew Mr. Garza from high school; is that

 9  correct?

10       A.    Yeah.

11       Q.    But in 2001, when you did the interview

12  with -- you did the really long interview with

13  Francisco Gonzalez, you told him that Garza was just

14  an associate; that you -- he asked you, was he your

15  friend, did you know him from the past, or just an

16  associate in the pen?  You said, "Oh, no, he's just

17  an associate from the pen"; is that correct?

18       A.    He's just an associate from the pen.  I

19  knew him in high school, but that didn't mean I was

20  kicking with him then.

21       Q.    Now, during your -- that testimony that

22  day, you told, during the statement that day, when

23  you were trying to get your time reduced and try to

24  get changed to another facility, where you told

25  these cops you were going to tell them the truth;
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  right?

 2       A.   Yeah.

 3       Q.   And you told those officers that you

 4  didn't see anybody hurt Mr. Garza, that you heard

 5  about it afterwards; is that correct?

 6       A.   No.

 7       Q.   All right.

 8            MR. SHATTUCK:  Your Honor, at this time I

 9  would like to play CJ-1 or move for the introduction

10  of CJ-1.  It's the tape of that interview from March

11  26, 2001.  I'm going to start out by making sure

12  that it's Mr. Otero.

13            THE COURT:  Any objection, Mr. Beck?

14            MR. BECK:  Yes, Your Honor.  It's hearsay.

15  I don't have a problem with it being played for

16  impeachment, if that's what they're doing with it,

17  but it should not come into evidence.

18            MR. SHATTUCK:  I'm going to play it for

19  impeachment.

20            THE COURT:  All right.  Let me instruct

21  the jury that they're not to consider the statements

22  they're going to hear on this tape for the truth of

23  the matter.  You can only consider it to determine

24  whether Mr. Otero is being truthful on the stand

25  right this minute.  So you can't consider the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   statements you're about to hear for the truth of the

 2   matter asserted.

 3             All right, Mr. Shattuck.

 4             MR. SHATTUCK:  Thank you, Judge.

 5             (Tape played).

 6   BY MR. SHATTUCK:

 7        Q.   Is that the interview that you did with

 8   Felipe Gonzalez?

 9        A.   Sounds like it.  But I don't hear me

10   saying anything.

11        Q.   We're going to get to that.  Could we go

12   to time stamp around 540, please?

13             (Tape played.)

14        Q.   Did you hear yourself say, "I didn't see

15   nobody hurt him"?

16        A.   Yeah.

17        Q.   So what you told me just a minute ago

18   wasn't the truth, was it?

19        A.   Yeah.

20        Q.   You did say that, didn't you?

21        A.   I did say that.

22        Q.   And you also said that you didn't even

23   know what happened to him; that you heard about it

24   on television.  You told them that, too, didn't you?

25        A.   Yeah, because at the time I was trying to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    be a convict.

2        Q.   No, you weren't.  Weren't you trying to

3    get lesser time and get moved and get yourself out

4    of the penitentiary because you were tired of being

5    an inmate and you wanted to go home, so you were

6    trying to tell them the truth.  That's what you told

7    them you were going to do, wasn't it?

8        A.   I didn't get shit out of it.  And I still

9    ain't got shit out of it.  So I don't know why

10   you're trying to put something there that wasn't

11   there.

12       Q.   Because you're not telling the truth,

13   that's why.

14       A.   That's bullshit.

15       Q.   Did you tell Felipe Gonzalez on that day

16   that -- the day of the long statement that Eugene

17   was putting himself out, letting everybody know that

18   it was him that did it, and he was telling

19   everybody, "Stay strong; don't do anything."  He was

20   even asking you about evidence, about DNA, and that

21   kind of thing?

22       A.   Yeah.

23       Q.   And you also told him that you didn't know

24   when this happened, and you didn't know how it

25   happened.  Because they asked you, Was it in the

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                         1-800-669-9492
                                                          e-mail: info@litsupport.com



```
 1    morning or at night?  And you said, "I don't know
 2    when or how it happened."
 3              You told them that, didn't you?
 4        A.    Yeah.  I was trying to keep myself out of
 5    it.
 6        Q.    Okay.  We already know that you had been
 7    identified as somebody who could help the
 8    authorities with SNM.  You were trying to get your
 9    time shortened, you were trying to get out early,
10    you were trying to get back with your family.  But
11    now you're telling us that you're trying to be a
12    good convict?
13        A.    At that time I was.
14        Q.    The first time that you told anybody that
15    wrote it down or could hear it or was of any
16    importance that you went and got a shank was today;
17    isn't that correct?
18        A.    No.
19        Q.    It's not in any police reports.  It's not
20    in any 302s from the FBI.  And when you talked to
21    the authorities, they write it all down, don't they?
22        A.    Not all of them.
23        Q.    What?  They make it up?  They just leave
24    you there?
25        A.    No, they either recorded it or they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  listened to what I had to say.

2       Q.   So if it's not written down, it didn't

3  happen; right?

4       A.   What do you mean, if it wasn't written

5  down?

6       Q.   It's pretty plain.  Now, when -- the first

7  time you ever told anybody about seeing Critter

8  throw anything on the roof was today.  No one ever

9  wrote that down.  No one ever recorded it.  The

10 first time you ever told anybody that where it meant

11 anything was today; isn't that correct?

12      A.   Nobody has ever paid no attention to what

13 the fuck I told them.

14      Q.   Maybe there is a reason, huh?

15           Do you recall telling Felipe Gonzalez and

16 the other people, Jim Moore and Cheryl Lackey, that

17 were there at that interview -- the interview is

18 almost over; then you tell them, "I tried to tell

19 you at the beginning I don't know where it happened,

20 I don't know when it happened, or what happened to

21 him.  I just heard wrestling and shuffling around

22 that night, 8:00, the last time I saw him."  Do you

23 remember saying that?

24      A.   I heard a scuffling at 5:00 in the fucking

25 morning.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.
 2             THE COURT:  Mr. Shattuck, would this be a
 3   good place for us to take our morning break?
 4             MR. SHATTUCK:  Sure.
 5             THE COURT:  All right.  We'll be in recess
 6   for about 15 minutes.  All rise.
 7             (The jury left the courtroom.)
 8             THE COURT:  All right.  We'll be in recess
 9   for about 15 minutes.
10             (The Court stood in recess.)
11             THE COURT:  We're going to go ahead and
12   line up the jury.  Anything we need to discuss?
13             Mr. Beck, can you give me the 302 that
14   Mr. Solis -- is the subject of his motion?  And also
15   I think here at the bench you mentioned one or two
16   earlier 302s; is that correct?
17             MR. BECK:  I think for Mr. Otero there is
18   just that one 302.  There is a second 302 that just
19   came out yesterday, and it was disclosed today.
20             THE COURT:  So there's just two, but there
21   wasn't one before the one that Mr. Solis filed the
22   motion on?
23             MR. BECK:  No, I was referring to the
24   April 2001 interview that they've been discussing
25   with the jury just now.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And that -- the date of that

 2    is April 2001.  Okay.  Do I have somewhere in the

 3    record that interview?

 4              MR. BECK:  You mean, do you have a copy of

 5    it?  I'm sure that you do from probably one of the

 6    motions to dismiss.  But we'll get you another copy

 7    of it.

 8              THE COURT:  Or if you just know where it

 9    is in the record, or if you can give me another one,

10    if you'd give it to Ms. Bevel.

11              MR. BECK:  And Mr. Solis was correct,

12    there were no notes for that 302, but the agent did

13    not have any notes.  She just wrote the 302.

14              THE COURT:  She went straight to a 302?

15              MR. BECK:  Right.

16              THE COURT:  And that interview was done on

17    March 21 with the 302 being prepared on the 22nd?

18              MR. SHATTUCK:  Yes, I have it here.

19              MR. BECK:  Yes.

20              THE COURT:  And the reason for it not

21    being produced on the 26th?

22              MR. BECK:  As far as I know, we did not

23    get it until April, when we produced it.

24              THE COURT:  By "us" meaning the

25    prosecutors?
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                       1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. BECK:  Yes.
 2            THE COURT:  All rise.
 3            (The jury entered the courtroom.)
 4            THE COURT:  All right.  Everyone be
 5  seated.
 6            All right.  Mr. Otero, I'll remind you
 7  that you're still under oath.
 8            Mr. Shattuck, if you wish to continue your
 9  cross-examination of Mr. Otero, you may do so at
10  this time.
11            MR. SHATTUCK:  Thank you, Your Honor.
12            THE COURT:  Mr. Shattuck.
13                      EXAMINATION
14       Q.   Mr. Otero, you testified earlier that you
15  guys were on your knees handcuffed with cable ties,
16  zip-ties, whatever they call them?
17       A.   Yes.
18       Q.   And you were out there for 14 hours or so?
19       A.   Close to 14 hours.
20       Q.   What time did you go out there?  They
21  discovered the body at 8:00, so --
22       A.   I'd say about -- around 8:30.
23       Q.   And then you were out there for 14 hours?
24       A.   I figure around 8:30, maybe 8:00.
25       Q.   Then you're out 14 hours, then they
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    separated you, or part of that --
 2         A.    They separated us during --
 3         Q.    -- during the 14 hours.  And then the
 4    whole pod went back to O-1 yellow?
 5         A.    Yeah.
 6         Q.    Everybody who lived there went back?
 7         A.    They walked us back, I remember, yeah.
 8         Q.    Is that when you heard Allen Patterson
 9    talking to you?
10         A.    Allen Patterson?  Yes.
11         Q.    So it was after you went back?
12         A.    Yeah.
13         Q.    I want to make sure of that.  That's when
14    you heard Allen Patterson talking, was after you
15    went back to the cell?
16         A.    I think he might have talked to me while I
17    was in the gym.  He wasn't in the gym, so it
18    couldn't be.
19         Q.    I don't think he was in the gym.  So
20    could -- it would have to be back then; right?
21         A.    They had them all moved together.  How
22    could we not be at the same place?
23         Q.    The point being, you went back that night;
24    correct?
25         A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And you told us earlier that all the guys
 2   were yelling at you when you got back to the cell?
 3   They were telling you to keep your mouth shut.
 4        A.    They weren't yelling at me.  Just talking
 5   loud, and people were just talking to each other.
 6        Q.    All right.  And you're sure you heard
 7   Allen Patterson?
 8        A.    Yes.
 9        Q.    Do you remember talking with FBI Agent
10   Lacia Lopez Richie on the 21st of March 2018?
11        A.    Yes.
12        Q.    And she did a little report on it?
13        A.    Yeah.
14        Q.    You never told her that you went and got a
15   shank, did you?
16        A.    I told her I went to the shower for
17   something.
18        Q.    You never told her that you saw Chris
19   Chavez throw something on the roof, did you?
20        A.    Yes, I did.
21        Q.    You never told her that Allen Patterson
22   threatened you, did you?
23        A.    No.
24        Q.    As a matter of fact, in that statement
25   that you gave to Felipe Gonzalez on the 26th of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    April, 2001, you told him that Allen Patterson stuck

2    to himself and he was a loaner, didn't you?

3         A.   He was always by himself, most of the

4    time.

5         Q.   And you didn't bother to mention that to

6    Agent Richie, did you?

7         A.   It never came across.

8              MR. SHATTUCK:  I don't have any further

9    questions.

10             THE COURT:  Thank you, Mr. Shattuck.

11             Any other defendant have

12   cross-examination.  Mr. Cooper?

13             MR. SHATTUCK:  Thank you, Your Honor.

14             THE COURT:  Mr. Cooper.  I'm sorry, I

15   thought --

16             MR. SINDEL:  We both got up at the same

17   time.

18             THE COURT:  Mr. Sindel.

19             MR. COOPER:  He's older than I am.  So

20   respect.

21             THE COURT:  I hope I don't have to make a

22   fact-finding on that.

23             MR. SINDEL:  Oh, sweet mystery.

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2   BY MR. SINDEL:
 3           My name is Richard Sindel.  How are you
 4   today?
 5      A.   I'm doing all right.
 6      Q.   Good morning.  Can you hear conversations
 7   that are occurring in the blue pod from the yellow
 8   pod?
 9      A.   Not much.
10      Q.   Can you hear noises, for the most part, in
11   the blue pod from the yellow pod, or vice versa?
12      A.   No.
13      Q.   And you can't see into the yellow pod from
14   the blue pod; correct?
15      A.   No.
16      Q.   I also think you said that you were on
17   lockdown after evening or nighttime count, which is
18   around 10:30; is that right?
19      A.   Yes.
20      Q.   And that you then -- around 6:30 is when
21   they popped the cells; is that right?
22      A.   5:30, 6:00.
23      Q.   5:30 or 6:00?  And of course, if they had
24   logs that suggested it was somewhere closer to 6:00
25   or 6:30, you wouldn't have any reason to dispute
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    that, would you?
 2         A.    No.
 3         Q.    Now, the Government showed you Exhibit 93.
 4    Could we have that, please?
 5              You could read and write the English
 6    language; right?
 7         A.    Yes.
 8         Q.    Can you read the person's name you
 9    identified?
10         A.    Chris Chavez.
11         Q.    So his name is right there on the
12    photograph, isn't it?
13         A.    What?
14         Q.    His name is on the photograph you
15    identified; right?
16         A.    Yeah, I've known him.
17         Q.    And it was the same on the other
18    photographs you identified; right?  They all had
19    their names right there for you to read.
20         A.    I know exactly who they are.
21         Q.    They all had their names right there on
22    the photograph for you to read.
23         A.    Yes.
24         Q.    So it wasn't much of a test for you to say
25    who it was, was it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   No.

2    Q.   You also had talked a little bit about

3  using heroin with Mr. Garza that evening; is that

4  right?

5    A.   Yes.

6    Q.   At that time, in March of 2001, were you

7  addicted to heroin?

8    A.   I used to get high.

9    Q.   I'm sorry, you used to get high?  I'm

10 asking you:  Were you addicted to heroin?

11   A.   I've been addicted to heroin since I was

12 14.

13   Q.   So just like from the time you were 14

14 until the present, you've been a heroin addict

15 except for the more -- most recent time?

16   A.   Yes.

17   Q.   And is it true that if you're addicted to

18 heroin, the first thing you want to do in the

19 morning is get your fix; is that true?

20   A.   Right.

21   Q.   You don't want to start feeling bad, do

22 you?

23   A.   No.

24   Q.   So would it be fair to say that the first

25 thing that you wanted to do when you got up was to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   see if you could locate someone with heroin or use
 2   heroin yourself?
 3        A.   I had some myself.
 4        Q.   So you could use what you had in your
 5   cell; is that right?
 6        A.   Yes.
 7        Q.   And is it your normal practice, then, when
 8   you get up, to hit the heroin?
 9        A.   It depends if you want to do a shot or
10   not.  I already had did a shot earlier.
11        Q.   "Earlier" being that night?
12        A.   Yeah.
13        Q.   With Mr. Garza?
14        A.   Yes.
15        Q.   How long does that fix last?
16        A.   About eight hours, ten hours.
17        Q.   All right.  So that by the time that you
18   woke up, it was over?
19        A.   I never slept.
20        Q.   You never slept.  You stayed awake all
21   night?
22        A.   I never slept.  Not enough.
23        Q.   Now, when you were discussing with
24   Mr. Beck your prior convictions, do you remember
25   that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.

 2        Q.    And he was going through the attempted

 3   murder in the first degree, the fact that you

 4   violated your parole, and there was one conviction

 5   for delinquency with a minor; is that right?

 6        A.    Yeah.

 7        Q.    And that's when you took your minor son

 8   with you in order to commit a crime?

 9        A.    Yeah.

10        Q.    He was supposed to drive the getaway car

11   or something?

12        A.    Yeah, he's my 17-year-old son.

13        Q.    Is that part of your teaching experience

14   with him, teach him how to do these crimes so he

15   could end up in the penitentiary like you did?

16        A.    He can take whatever role he wanted.

17        Q.    Well, I'm just asking; you said to us that

18   you've been basically locked up your whole adult

19   life; right?

20        A.    Yes, I have.

21        Q.    And you were teaching your son the same

22   activities; correct?

23        A.    Get a quick buck.

24        Q.    I'm sorry, what?

25        A.    Get a quick buck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    To get a quick buck.  Good idea.
 2              When you went to the gym, and you said
 3   that you guys were handcuffed, did they strip-search
 4   you guys?
 5        A.    Did they what?
 6        Q.    Did they search you, your body?
 7        A.    Yeah.
 8        Q.    Did they make you take your clothes off or
 9   some of your clothes off; correct?
10        A.    Yeah.
11        Q.    They basically wanted to check to see if
12   there were any wounds or injuries on you; right?
13        A.    Yes.
14        Q.    And the entire staff was in a position to
15   search you and to make a determination if you had
16   injuries to your hands, your legs, anywhere on your
17   body; correct?
18        A.    Yes.
19        Q.    And if they wanted to, they could
20   photograph you; correct?
21        A.    Yes.
22        Q.    At one point in time they asked you some
23   questions about whether on March 26, the date of
24   this incident, that you made any statements and you
25   said you were trying to be a good convict.  Do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   remember that?
 2        A.   I was trying to be who I was.
 3        Q.   You were trying to be a good convict.
 4   That's what your words were; right?
 5        A.   Yes.
 6        Q.   Right?
 7        A.   Yes.
 8        Q.   And in terms of being a good convict,
 9   there basically is a code that you learn pretty
10   quickly when you're in prison.
11        A.   Yeah.
12        Q.   And that code is:  You don't tell on
13   anybody; right?
14        A.   Exactly.
15        Q.   No matter whether you're an SNM, whether
16   you're Los Burquenos, no matter -- you may or may
17   not even join a gang; the good convict code is:  You
18   don't tell on anybody.
19        A.   Exactly.
20        Q.   Because if you tell on people, no one
21   wants to be around you; correct?
22        A.   Exactly.
23        Q.   And if you tell on people, you might end
24   up being injured or targeted; right?
25        A.   Exactly.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Regardless of whether you're in a gang;

2    right?

3    A.    Yes.

4    Q.    It's just part of the code.

5    A.    Yes.

6    Q.    I think you said you were trying to keep

7    yourself out of it; right?

8    A.    Yeah.

9    Q.    But within 30 days, you were wanting to

10   get into it so you could see if you could get back

11   out and resume schooling your son.

12   A.    If I can get out and do whatever I got to

13   do, because I knew I would be coming back soon.

14   Q.    You wanted to get out as soon as you

15   could; right?

16   A.    Yeah.

17   Q.    Now, during the time that you've been

18   locked up on this case, have you had the tablet?

19   A.    What?

20   Q.    A tablet?

21   A.    A tablet?

22   Q.    Have you had the discovery?

23   A.    What the hell is a tablet?

24   Q.    You know, a computerized device?

25   A.    Never used one.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Did you have any of the statements that

 2   you'd given to the police?

 3        A.   No.

 4        Q.   I'm sorry, what?

 5        A.   No.

 6        Q.   Did you have any statements given to the

 7   FBI or any other law enforcement?

 8        A.   What do you mean, have I had any

 9   statements?

10        Q.   Have you had them in your possession?

11        A.   No.

12        Q.   No.  Is that your answer?

13        A.   Yeah.

14        Q.   So you never had a tablet?

15        A.   No.  I've never even owned one.  I don't

16   know what it is.

17        Q.   Did anybody from law enforcement or anyone

18   else from the Marshal Service give you a tablet?

19        A.   (Witness shrugs.)

20        Q.   Is that a no?

21        A.   No.

22        Q.   Now, I think you also said that nobody

23   ever paid any attention to what you told them; is

24   that right?

25        A.   Yeah.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Do you remember that?  Did you ever at any

2  time say, "Look, you guys have left things out that

3  I told you"?

4    A.   Yes.

5    Q.   And who did you say that to?

6    A.   I told that to Mr. -- the officer.

7    Q.   Mr. Acee?

8    A.   His -- what's her name?  Lacia?

9    Q.   Nancy Stemo?

10   A.   Lacia.

11   Q.   And when did you tell her, "Look, you guys

12  have left out this really important stuff I told

13  you"?

14   A.   I told her that Archuleta had left out a

15  lot of stuff in my statement.

16   Q.   Did she ever say to you, "Let's sit down

17  and see if we can clear that up"?

18   A.   I thought that's what she was doing.

19   Q.   You thought she was doing it?  Was she

20  taking notes when she was talking to you when you

21  said, "Look, you left stuff out"?

22   A.   I think she was.

23   Q.   Okay.  So those notes -- theoretically,

24  they'd still be available; right?

25   A.   They should.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Yeah.  When you cleaned all this stuff up;
2  right?
3     A.   Yeah.
4     Q.   Correct?  When was it that you sat down
5  and talked with her in order to clear up the fact
6  that they hadn't paid attention to you earlier?
7     A.   At least a month or so ago.
8     Q.   So it would have been within, let's say,
9  April, March?
10    A.   I don't know exactly when, but yeah, it
11 was in Hobbs, New Mexico.
12    Q.   And where were you at?
13    A.   Hobbs.
14    Q.   And she came to see you there?
15    A.   Yeah.
16    Q.   How long did that interview last?
17    A.   Thirty, forty-five minutes.
18    Q.   And as far as you know, was it recorded?
19 Did she have a tape recorder or a digital recorder?
20    A.   Not that I noticed.
21    Q.   So it was just her taking notes?
22    A.   Yeah.
23    Q.   I want to ask you if you remember being
24 interviewed by Tammy Archuleta.  Do you know who she
25 is?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                 1-800-669-9492
                                                 e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    Yeah.

2       Q.    She's the STIU coordinator; is that right?

3       A.    Yes.

4       Q.    Do you remember being interviewed by her

5  on June 16, 2004?

6       A.    Yes.

7       Q.    And at that interview, did you tell her --

8  well, let me rephrase that.  Playboy Munoz.  Who was

9  that?

10      A.    Who?

11      Q.    Playboy Munoz.  I'm not from here, so if I

12 pronounce it bad, you correct me.  M-U-N-O-Z,

13 Frederico?

14      A.    Freddie.

15      Q.    Is that his nickname, Playboy?

16      A.    Yeah.

17      Q.    And did you tell her that there was a

18 green light on Joe Gallegos?

19      A.    From what I heard.

20      Q.    And they told you that he was subject to

21 being hit; correct?

22      A.    Yes.

23      Q.    And that the green light was put on him by

24 Playboy?

25      A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  That's all I have.

 2              THE COURT:  Thank you, Mr. Sindel.

 3              Mr. Cooper, did you have something?

 4              MR. SINDEL:  Your Honor, I have one more

 5   question.

 6              THE COURT:  You may.

 7              MR. SINDEL:  I'm sorry.

 8   BY MR. SINDEL:

 9        Q.   When you were answering questions, you had

10   said that you heard the scuffling in the cell that

11   Mr. Garza was in at 5:00 in the morning; right?

12        A.   5:00, 5:30, around there.

13        Q.   You said 5:00; right?

14        A.   5:00, 5:30, around there.

15              MR. SINDEL:  That's all I have.

16              THE COURT:  Thank you, Mr. Sindel.

17              Mr. Cooper.

18              MR. COOPER:  May I have a moment, Your

19   Honor?

20              THE COURT:  Certainly.

21              MR. COOPER:  May it please the Court.

22              THE COURT:  Mr. Cooper.

23              MR. COOPER:  Thank you, Judge.

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

99

```
1                    CROSS-EXAMINATION
2    BY MR. COOPER:
3         Q.   Mr. Otero, my name is Bob Cooper.  I
4    represent Billy Garcia, and I, too, want to ask a
5    few questions of you.
6              So you went to Southern New Mexico
7    Correctional Facility in June of 2000; isn't that
8    correct?
9         A.   I think that was the date.
10        Q.   And you're not an SNM member?
11        A.   No.
12        Q.   But you were a member of Los Padilla
13   street gang?
14        A.   Yes.
15        Q.   Where is Los Padilla?  Is that --
16        A.   South Valley.
17        Q.   South Valley?
18        A.   Yes, the reservation.
19        Q.   It's, like, almost as far south as you can
20   go and still be in the city and county of Bernalillo
21   and it's bounded on the south side by I-25?
22        A.   Yes.
23        Q.   On the other side of I-25 is Isleta
24   Pueblo?
25        A.   Yeah, the reservation.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.    So it's north of I-25 in that

 2  neighborhood?

 3      A.    Yeah.

 4      Q.    Did you grow up in Los Padillas?

 5      A.    I've been there all my life.

 6      Q.    Okay.  You've known Leroy Lucero, also

 7  known as Smurf, since you were kids; right?

 8      A.    No.

 9      Q.    When did you meet Leroy?

10      A.    I met Leroy when I was in the penitentiary

11  in Cruces, or maybe at the South facility.

12      Q.    And how old were you when you were at the

13  South facility?

14      A.    I've been in there a mess of times.  I

15  think I was 25 the first time I was there.

16      Q.    Okay.  But you've known Smurf for a long

17  time, since you first got to the penitentiary?

18      A.    Yes.

19      Q.    And so when you first got there, you were

20  probably a kid?

21      A.    Yeah.

22      Q.    Okay.  And he was a kid, as well; so

23  you've known him for many, many years?

24      A.    Yes.

25      Q.    Now, Leroy Lucero was an SNM member;
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                      1-800-669-9492



PROFESSIONAL COURT                   e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1   correct?
 2        A.   Yes.
 3        Q.   And in fact, he was a leader of the SNM
 4   and was a leader while he was at Southern New Mexico
 5   Correctional Facility; right?
 6        A.   I don't know how high up he is, but I know
 7   he's up there.
 8        Q.   And he trusted you?
 9        A.   Somewhat.
10        Q.   Okay.  And he let you listen to some SNM
11   conversations, didn't he?
12        A.   Yeah.  Some of the brothers didn't like
13   that.
14        Q.   Okay.  So if he let you listen to them, he
15   probably trusted you?
16        A.   Somewhat.
17        Q.   What is a rat jacket?
18        A.   A rat jacket is if you tell on somebody.
19        Q.   Then you're known as a rat?
20        A.   Yeah.
21        Q.   And people -- it's not really a jacket, is
22   it?
23        A.   No.  It's just something some people put
24   on you.
25        Q.   You knew that Looney had a rat jacket on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   him, didn't you?

 2        A.   No, not that I know of.

 3        Q.   You didn't know that?

 4        A.   I had heard stuff, but I didn't know

 5   exactly what was up with him.

 6        Q.   But you had heard that he had a rat jacket

 7   on him, hadn't you?

 8        A.   Somewhat.

 9        Q.   Somewhat.  You knew that he had -- well,

10   let me back up.  Do you remember giving a statement

11   on June 16, 2004, to individuals at Southern New

12   Mexico Correctional Facility to include maybe Tammy

13   Archuleta, the STIU coordinator?  Do you remember

14   talking to Tammy?

15        A.   Um-hum.

16        Q.   That's a yes?

17        A.   Yes.

18        Q.   And do you remember telling Tammy that

19   inmate Garza had a rat jacket on him?

20        A.   I don't know if it was a rat jacket.  I

21   had heard that he was in another clique.

22        Q.   Okay.  You had heard he was an LC; right?

23        A.   From the two different cliques, yeah.

24        Q.   You can't be a member of Los Carnales and

25   a member of the S; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No.

2      Q.   You can't do that?

3      A.   No.

4      Q.   You can't do it at the same time.  You

5  can't go from one to the other, either, can you?

6      A.   No.

7      Q.   So you knew he had problems because he had

8  previously been an LC, and was trying to be an S?

9      A.   From what I heard, yes.

10      Q.   And you told that to Tammy?

11      A.   Yes.

12      Q.   So you knew that there was a green light

13  on Looney because of that; right?

14      A.   Somewhat.  I didn't know how far it went

15  or whatever.

16      Q.   You know that -- or a little while ago you

17  testified that Smurf and Looney got along okay;

18  right?

19      A.   A little while ago.  This is the first

20  I've ever talked to anybody about it.

21      Q.   But today you told the ladies and

22  gentlemen of the jury that Smurf and Looney got

23  along okay.

24      A.   Yes.

25      Q.   Is that true?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    They got along all right.

 2        Q.    They got along all right?  But isn't it

 3   true that every time that Smurf was around Garza,

 4   he, Smurf, got really nervous and really anxious,

 5   and he wanted to take Garza out himself?

 6        A.    I never noticed that.

 7        Q.    You never noticed it?

 8        A.    No.

 9        Q.    Do you remember giving a statement to

10   Tammy Archuleta back in June of 2004?

11        A.    Yeah.  I remember they used to just -- he

12   just used to aggravate him.

13        Q.    Pardon me?

14        A.    He used to get aggravated.

15        Q.    He used to get aggravated?

16        A.    Yeah.

17        Q.    And to the point where he wanted to take

18   Garza out himself; right?

19        A.    I don't know if he wanted to take him out,

20   but I know he was pissed off with him.

21        Q.    Okay.  If I were to show you the document

22   that Tammy Archuleta wrote, would that refresh your

23   recollection as to whether or not you said that

24   about him?

25        A.    Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. COOPER:  May I approach, Your Honor?
 2            THE COURT:  You may.
 3  BY MR. COOPER:
 4       Q.   So after having looked that this report
 5  that was prepared right after you had a discussion
 6  with Tammy Archuleta, isn't it true that you told
 7  her that Garza was really nervous around him as
 8  inmate Lucero wanted to take out Garza himself?
 9       A.   Yes.
10       Q.   So a minute ago you said that you weren't
11  sure that he was, Lucero, Smurf, was really a
12  leader.  When you read this, did that refresh your
13  recollection as to whether or not he was a leader at
14  the time?
15       A.   I don't know how -- I hope he was, like I
16  say.  All I know is that he was somebody a lot of
17  vatos talked to.
18       Q.   So you had the impression, didn't you,
19  that Smurf wanted to take Garza out?
20       A.   Yes.
21       Q.   And who is Jim Moore?
22       A.   He's the STIU --
23       Q.   He's the STIU coordinator?
24       A.   Or STG at that time.
25       Q.   STG at the time.  And STG -- tell me who
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   STG officers are.

 2        A.   They're like a gang force.

 3        Q.   The gang force?  So they're real active in

 4   trying to learn who the gangs are and who is in the

 5   gang, that sort of stuff?

 6        A.   Yes.

 7        Q.   And they want to try to control the gang

 8   so it doesn't get too big and get out of control,

 9   that sort of stuff?

10        A.   Yes.

11        Q.   And anytime that there was a problem,

12   isn't it true that Jim Moore would go talk with

13   Smurf and with T Bone, and then Smurf and T Bone

14   would squash any problems in the compound?

15        A.   Somewhat, yeah.  Yes.

16        Q.   Okay.  I mean, that's what you told them;

17   right?

18        A.   Yes.

19        Q.   And that Smurf and T Bone would keep the

20   youngsters of SNM in line; right?

21        A.   Yeah.

22        Q.   So they'd squash any problems that were

23   going on.  If Jim Moore had a problem with the S, he

24   would go to Smurf and say, "Hey, control the boys";

25   Smurf would control the boys; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    That sounds to me like a leader.  Doesn't

 3   it to you?

 4        A.    Yeah.

 5        Q.    I mean, he wouldn't go to anybody else at

 6   the S; he would go to Smurf; right?

 7        A.    Right, he went to certain one.

 8        Q.    Yeah, to certain ones.

 9              Mr. Otero, on your screen there's a

10   photograph that has been marked and admitted as

11   Defendants' Exhibit AU for identification purposes.

12   A minute ago you talked about that photograph, and

13   you said that on the left side was Felix Reyes;

14   right?

15        A.    Yes, Looney.

16        Q.    Felix Reyes was also named Looney?

17        A.    Yes, from Surenos.

18        Q.    And so was Garza; right?

19        A.    Yes.

20        Q.    So there were two Looneys.  And they were

21   even in the same pod, weren't they?

22        A.    Yes.

23        Q.    So Felix Reyes was in O-1 yellow?

24        A.    Yes.

25        Q.    The person next to him, that taller man,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   his name is Lorenzo Mora?

2       A.   Yes.

3       Q.   And Lorenzo was also in O-1 yellow; right?

4       A.   Yes.

5       Q.   What about Frank Castillo?  Where was he?

6       A.   P-1.

7       Q.   He was in P-1 next door; right?

8       A.   Yes.

9       Q.   And then you're on the end?

10      A.   Yeah.

11      Q.   So Mr. Otero, the top left-hand corner of

12  this exhibit, Exhibit 75 that's on your screen --

13  that would be the yellow pod; right?

14      A.   Left top?

15      Q.   Top left-hand corner is yellow?

16      A.   Yes.

17      Q.   And the cell that's under that staircase

18  that I made a red mark on -- that was cell 1119;

19  correct?

20      A.   Yes.

21      Q.   And that's where you lived?

22      A.   Yes.

23      Q.   That was your house?

24      A.   Yes.

25      Q.   Next to your house was 1118; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And Looney lived there; correct?

 3        A.    Yes.

 4        Q.    And that's Looney, Rolando Garza?

 5        A.    Rolando Garza.

 6        Q.    Okay.  Do you remember who is in the next

 7   cell?

 8        A.    I think it was Spider.

 9        Q.    Spider.  What's his real name?

10        A.    That I don't know.  I don't remember.

11        Q.    Okay.

12        A.    I know that he was from Pajarito.

13        Q.    So you think the next one was Spider.  And

14   that would be 1117?

15        A.    Yeah.

16        Q.    And then 1116 was Smurf; right?

17        A.    Yes.

18        Q.    And Smurf is Leroy Lucero?

19        A.    Yes.

20        Q.    Leroy Lucero, the leader, who Jim Moore

21   would go to when he had problems with the S; right?

22        A.    Yes.

23        Q.    And then Leroy Lucero would go to the S,

24   "Come on, guys, calmaste, settle down"; right?

25        A.    Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   Do you remember who were in the cells on

 2  top of this diagram?  We have the shower over in the

 3  corner; right?

 4       A.   Yes.

 5       Q.   Who was next to the shower?

 6       A.   That was Critter's house, Chris.

 7       Q.   Okay.  Critter's house is there.  And then

 8  who was next to Chris?

 9       A.   I think the next house was Huero's,

10  Eugene.

11       Q.   Eugene?

12       A.   Eugene.

13       Q.   Okay.  And next to him?

14       A.   That was Trigger's.

15       Q.   And this is all on the bottom floor?

16       A.   No, that's the top.

17       Q.   This is the top?

18       A.   That's the top.  Bottom tier was me,

19  Looney, Spider, Leroy.

20       Q.   Smurf.  Okay.

21       A.   Chacon was in the second one over, and

22  Jesse Ibarra was next door on the other side.  I

23  can't remember who was in the other two cells.

24       Q.   Tell me again, who is next to the shower?

25       A.   I can't remember exactly who that was.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   But the next one was Chacon.  That one or the next

2   one was Chacon's.

3        Q.   Okay.  That's Chacon, and then who is next

4   to Chacon?

5        A.   I can't remember.

6        Q.   Then the next one?

7        A.   Jesse Ibarra.

8        Q.   So Ibarra is in the corner; right?

9        A.   Yes.

10        Q.   Do you know Augustine Saenz?

11        A.   I think that's Spider.

12        Q.   That's Spider; right?  Okay.  So it's you,

13   Garza, Augustine Saenz, Leroy Lucero?

14        A.   Yes.

15             MR. COOPER:  Mr. Otero, I don't have any

16   more questions.  Thank you very much.

17             THE COURT:  Thank you, Mr. Cooper.

18             Any other defendant may have

19   cross-examination of Mr. Otero?  All right,

20   Mr. Beck, do you have redirect?

21             MR. BECK:  I do, Your Honor.

22             THE COURT:  Mr. Beck.

23             MR. BECK:  May we see Exhibit 93, please?

24

25



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    REDIRECT EXAMINATION
 2   BY MR. BECK:
 3        Q.    Mr. Otero, I think Mr. Sindel asked you a
 4   question about this.  Did you know this gentleman as
 5   Christopher Chavez or as Critter?
 6        A.    Both.
 7        Q.    And I think you were just asked about
 8   Spider.  Did you know him as Spider or Augustine
 9   Saenz?
10        A.    I've known his name, but I just don't keep
11   it in my vocabulary, you know what I mean, in my
12   mind.  But yeah, I knew him by Augustine, but --
13        Q.    I guess that gets to my point.  When
14   you're talking in the cells with all of these
15   gentlemen in the pod --
16        A.    Usually by nickname.
17        Q.    And do you go by Joseph Otero in the
18   prison system?
19        A.    No, I go by Jo Jo.
20        Q.    When you talked to the agents and to me
21   about Eugene, what did you call him?
22        A.    Eugene.
23        Q.    Did you call him Huero?
24        A.    Huero.
25        Q.    May we have Exhibit 88, please.  This
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    gentleman -- how did you know him?

2        A.   By Trigger.

3        Q.   You didn't know him by Allen Patterson,

4    did you?

5        A.   No.

6        Q.   May we have Exhibit 113, please?  Can we

7    do a side-by-side with Exhibit 646, please?

8             Mr. Otero, I'm showing you again two

9    offender physical location histories, one of them

10   for Rolando Garza.  And what name did he go by, if

11   you know?

12       A.   Looney.

13       Q.   Looney.  And then next to that I'm showing

14   you Leroy Lucero's.  Do you see here at the bottom,

15   it's kind of blocked out, do you see that Mr. Lucero

16   was housed in Ocean 1 yellow pod from December 2000

17   to March 2001?

18       A.   Yes.

19       Q.   And is that where you were just discussing

20   with Mr. Cooper -- is that where you remember him

21   being housed?

22       A.   Yeah.

23       Q.   And now, again, if we look over here at

24   Mr. Garza's, he was housed in O-1 yellow pod from

25   December 2000 until, again, he was killed on March

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  26, 2001; right?  Do you see that on the left?

2      A.   Yes.

3      Q.   And so does it appear you to that

4  Mr. Lucero and Mr. Garza were housed in the same

5  pod, a couple doors away, for, let's see here,

6  December, January, February, March -- for almost

7  five months together?

8      A.   Yes.

9      Q.   And during that time, to your knowledge,

10  did Mr. Lucero kill Mr. Garza?

11      A.   No.

12      Q.   And then if we look over here on the

13  right-hand side, was he, in fact, actually

14  discharged from prison -- on the next line-up --

15  three days before Mr. Garza was killed?

16      A.   Yeah.

17      Q.   And I think you talked with Mr. Cooper

18  about what you'd said in the past about Smurf.  And

19  I want to make sure I got that right, that he would

20  squash any problems in the S; is that right?

21      A.   They always asked, came to him for

22  information -- or not information, for -- to look up

23  to him.

24      Q.   Okay.  But I guess with Mr. Cooper, it

25  seemed to me he was talking to you about, if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   administration was having problems with the S, he

2   would talk to Smurf, or Leroy Lucero; and Leroy

3   Lucero would sort of fix those; is that true?

4       A.   Yes.

5       Q.   So this is the same Leroy Lucero who was

6   moved out of prison three days before Rolando Garza

7   was murdered; is that right?

8       A.   Yes.

9       Q.   May we have Exhibit 83 on the right side

10  where Mr. Lucero's offender location history is?

11          I'm showing the offender location history

12  for Billy Garcia.  And do you see here in March,

13  right above where I drew that red line, in March of

14  2001, on the 7th, he was moved from PNM North

15  Facility to Southern New Mexico Correctional

16  Facility?

17      A.   Yes.

18      Q.   And then it looks to me like he spent

19  March 8 to March 20th --

20          MR. COOPER:  Your Honor, objection,

21  leading.

22          MR. BECK:  I'll rephrase.

23          THE COURT:  All right.  Why don't you?

24  BY MR. BECK:

25      Q.   Where did Mr. Garcia spend March 8 to

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   March 20th?

 2             MR. COOPER:  Objection, Your Honor.  Lack

 3   of personal knowledge; or hearsay, if we're going to

 4   use this document to make that determination.

 5             THE COURT:  Well, he can use the document.

 6   I won't sustain it.

 7             But you might ask him, for the jury and

 8   counsel's edification, if he is -- does he have any

 9   knowledge other than what this chart is?

10   BY MR. BECK:

11        Q.    Okay.  On this chart, where does it say on

12   this chart that Mr. Garcia spent March 8 through

13   March 20 of 2001?

14        A.    Says right there, Southern New Mexico.

15        Q.    Is that in G pod, 1174?

16        A.    I don't even know where he was housed.

17        Q.    Okay.  Does it say on this chart that on

18   March 20 to March 28, he was housed at SPT, B-1174?

19        A.    That's Lincoln pod.

20        Q.    And let me ask you, at Southern, was there

21   a Lincoln pod and a Paul pod?

22        A.    Yes.

23        Q.    And did you hear rumors about Mr. Wild

24   Bill being at the facility?

25             MR. COOPER:  Objection.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Just asking if he heard; not
 2    what the rumors were.
 3              MR. COOPER:  Leading.
 4              THE COURT:  Well, overruled on leading.
 5    On the rumors themselves, why don't we talk up here
 6    at the bench?
 7              (The following proceedings were held at
 8    the bench.)
 9              THE COURT:  Given that it's already been
10    established that he knows he was there, do we need
11    to get into the rumors?
12              MR. BECK:  I was just responding to the
13    foundation, not offering them for whether they were
14    true.  He said, is there any way he knows.
15              THE COURT:  But what is his -- I mean,
16    he's already testified, I think, that there were
17    rumors.
18              MR. BECK:  Right.
19              THE COURT:  Not that there were rumors,
20    but he knew.
21              MR. BECK:  Right.
22              THE COURT:  So what is the purpose of the
23    rumors?  It can't be his state of mind, because he
24    testified he knew he was there.
25              MR. BECK:  They asked if there was any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  way, aside from the chart.
 2          THE COURT:  Oh, the chart itself.
 3          MR. BECK:  That's what I was doing with
 4  that question.
 5          THE COURT:  Why don't you just ask him.
 6          (The following proceedings were held in
 7  open court.)
 8          THE COURT:  Mr. Otero, do you know --
 9  other than the chart that Mr. Beck has up on the
10  screen or had up on the screen, do you have any
11  other knowledge as to whether Mr. Billy Garcia was
12  at the facility?
13      A.   Yes.
14          THE COURT:  All right.  And does it come
15  from your own personal knowledge, or does it come
16  only from -- well, does it come from your own
17  personal knowledge?
18      A.   I saw him around the compound.
19          THE COURT:  Let's just leave it at that.
20  Does that work?  All right.
21          Let's don't take a break, but let's stand
22  up and stretch a little bit.  We're having a little
23  Monday morning -- take a few seconds.
24          All right.  Everybody be seated.
25          Mr. Beck, if you wish to continue your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   direct, you may do so at this time.

 2   BY MR. BECK:

 3        Q.   If we could bring Exhibit 83 and 646.  So

 4   again, focusing here on the March 2001, it looks

 5   like -- well, let me ask you this.  What is

 6   orientation?

 7        A.   That's where you go for a week or so

 8   before you go to your housing unit.

 9        Q.   Okay.  So is that what happens when you're

10   moved to a new facility?

11        A.   Yeah.

12        Q.   Does it look to you like Mr. Garcia was in

13   orientation in, I think, L pod from March 8 to March

14   20?

15        A.   Yes.

16        Q.   And then it looks like -- does it look to

17   you like he was moved to Paul pod on March 20?

18        A.   Yes.

19        Q.   And is that six days before Mr. Garza was

20   killed and discharged from the Southern New Mexico

21   Correctional Facility?

22        A.   Yes.  Lincoln and Paul units are way

23   across from the compound.  They're separated.

24        Q.   So can we see Exhibit 860, if memory

25   serves me right.  So if we're looking at the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   overhead, if we're looking at Ocean 1 and Paul 1,
 2   are P and L -- where are they on this?
 3        A.   The L units are to you far left at the
 4   top.  Right there.
 5        Q.   Those units?
 6        A.   Lincoln 1 and Lincoln 2.
 7        Q.   Thank you.  Mr. Sindel asked you about --
 8   you've said before you heard a scuffle.  I think
 9   before you heard a scuffle at 5:30 in the morning?
10        A.   Yes.
11        Q.   Are you relying on -- did you look at your
12   watch or are you relying on what time they open the
13   pod doors?
14        A.   Just the time the doors click.  Sometimes
15   they open them early.  Sometimes they open them at
16   5:30, 6:00.  It depends on whatever officer is on
17   the unit.  Some officers, the sergeants will -- the
18   rover will open it right away as soon as he does his
19   bypass, because they call running club like about
20   5:00, 5:30.
21        Q.   So it sounds to me like you weren't
22   looking at your watch or your cellphone for that
23   time; you're relying on when the doors open?
24             MR. SINDEL:  Objection, leading.
25             THE COURT:  Sustained.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MR. BECK:

     Q.   How did you know what time you heard the
sounds?

     A.   Usually that's the time they pop the
doors, about 5:15, 5:00.

     Q.   And so if there is a log sheet that says
what time they opened the doors that morning, would
you rely on that for the timing?

     A.   Yeah.

     Q.   With Mr. Solis you went over a lot of
statements that you've given to law enforcement in
the past.  Do you remember that?

     A.   Yes, sir.

     Q.   I think Mr. Sindel asked you about a
tablet in discovery.  Do you remember that?

     A.   Yeah.

     Q.   Do you know what that is?

     A.   No.

     Q.   Have you been provided your previous
statements to you, the New Mexico State Police
before, in this case?

     A.   Have I ever been given them?

     Q.   Right.

     A.   No.

     Q.   Were you ever a defendant in this case?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not until recently.
 2        Q.   All right.  So do you have the discovery
 3   for this case?
 4        A.   No.
 5        Q.   Were you given your reports from the New
 6   Mexico Corrections Department?
 7        A.   No.
 8        Q.   So do you remember what you said to the
 9   New Mexico Corrections -- or excuse me, to the state
10   police on March 26, 2001?
11        A.   Not totally.
12        Q.   All right.  Would it help refresh your
13   recollection if I showed you the report that the
14   state police wrote?
15        A.   Yeah.
16        Q.   741.
17             MR. BECK:  May I approach, Your Honor?
18             THE COURT:  You may.  When you said 741,
19   that's what it's marked.
20             MR. BECK:  The Bates No.
21             THE COURT:  Oh, the Bates No.
22   BY MR. BECK:
23        Q.   I've shown you Bates No. 741.  Do you see
24   where that has a summary of your interview there?
25   Do you see where that has a summary of your
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    interview on that page?

2        A.    Yes.

3        Q.    And does that refresh your recollection of

4    sort of what you told the police that day?

5        A.    Yes.

6        Q.    Did you tell police on that day that you

7    saw Mr. Chavez, Mr. Patterson, and Mr. Martinez

8    murder Rolando Garza?

9        A.    Yes.

10       Q.    And you may be misremembering.  I will

11   show it to you one more time.  Go ahead and read

12   through that paragraph summary of your statement,

13   and look up at me when your memory is refreshed

14   whether you told them you saw Mr. Garza murdered.

15       A.    I couldn't really see.  I don't have my

16   glasses.

17       Q.    On March 26, 2001, did you tell them that

18   you saw Rolando Garza killed?

19       A.    No.

20       Q.    Is that, as you said before, you were

21   still trying to be an inmate?

22       A.    Yes.

23       Q.    Shortly after that, did you tell STG

24   coordinator Cheryl Lackey -- did you indicate to her

25   that Allen Patterson, Eugene Martinez, and Chris

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Chavez are the inmates who murdered inmate Garza?

2        A.    Yes.

3        Q.    And did you tell her that around July --

4    or in the weeks following March of 2001?

5        A.    Yes, she interviewed me again.

6        Q.    To be fair, did you tell her that you saw

7    them strangling --

8        A.    Yes.

9        Q.    Okay.  In that New Mexico State Police

10   report, was it a verbatim -- was it a transcript of

11   your recording, or was it a summary of what you told

12   them?

13       A.    Just like a summary.

14       Q.    In your experience reading -- have you

15   read discovery in some of the cases of yours before?

16       A.    Yes.

17       Q.    In reading those discoveries, are the

18   police reports transcripts of your conversations

19   with them or summaries?

20       A.    Some are transcripts, some are summaries.

21       Q.    And in your experience in reading over

22   your discovery, when you read over a police report,

23   does it contain every word you told police --

24       A.    No.

25       Q.    -- or a summary?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                           1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No.
 2        Q.    And I think -- so when Mr. -- so when you
 3   told police -- I think you went over this -- in
 4   2001, when you told police that you heard on TV it
 5   was a strangling, did you hear it was -- did you
 6   know it was a strangling because you heard it on TV,
 7   or did you know it was a strangling because you saw
 8   those gentlemen strangle Mr. Garza?
 9        A.    Because I seen it happening.
10        Q.    In 2001, did you want to come and testify
11   against the defendants?
12        A.    Yes.
13        Q.    What -- let me ask you this:  What have
14   you been promised for testifying today?
15        A.    Nothing.
16        Q.    What did you ask for to testify today?
17        A.    Nothing.
18        Q.    Why are you here testifying?  What changed
19   since 2001?
20        A.    Well, right now, to be honest with you,
21   the last person I gave a fuck about in this world
22   passed away in January; that was my mother.  And me
23   and her had a conversation when I was out on parole,
24   and --
25              MR. SINDEL:  Objection, Your Honor,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   hearsay.
 2            THE COURT:  Well, do you need any more
 3   than that?
 4            MR. BECK:  No.
 5   BY MR. BECK:
 6       Q.   Based on that conversation, is that why
 7   you decided to talk to the FBI in recent weeks, and
 8   then to come testify here today?
 9       A.   Yes.
10            MR. SINDEL:  Object to leading.
11            THE COURT:  Overruled.
12            MR. BECK:  Nothing further.  Thank you.
13            THE COURT:  Thank you, Mr. Beck.
14            All right.  Do you have something,
15   Mr. Solis?
16            MR. SOLIS:  I do, Your Honor.
17                     RECROSS-EXAMINATION
18   BY MR. SOLIS:
19       Q.   Hello again, Mr. Otero.  So there are some
20   risks to rehearsing testimony, isn't there,
21   Mr. Otero?
22       A.   What?
23       Q.   Risks to rehearsing your testimony.  There
24   are some.
25       A.   I don't rehearse.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You don't think you might misremember

2 things?

3    A.   I don't misremember things.

4    Q.   Okay.  I wanted you to -- if I could have

5 Government's Exhibit 75, please.

6         Mr. Otero, we reviewed with you on some

7 examination a little while ago this exhibit.  Do you

8 see it?

9    A.   Yes.

10   Q.   And then reviewed with you was the

11 location of several or numerous inmates in that pod.

12 And I wanted to point out to you and you, in turn,

13 point out to the jury if, on the top tier, next to

14 the shower and the mechanical room there, here is

15 Mr. Chris Chavez' house?

16   A.   Yes.

17   Q.   On the top tier; correct?

18   A.   Yes.

19   Q.   And your house was at the bottom over

20 here; is that right?

21   A.   Yes.

22   Q.   Mr. Garza, his house was next door to you,

23 here; is that right?

24   A.   Yes.

25   Q.   And to get there from Mr. Chavez' house,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   there is a stairwell or stair passageway when you

2   come this way down this way, down the stairs and

3   into that area; is that right?

4       A.   You've got to go down the walkway.

5       Q.   Thank you.

6           MR. SOLIS:  No further questions, Your

7   Honor.

8           THE COURT:  Thank you, Mr. Solis.

9           Mr. Beck, any further redirect?

10          MR. BECK:  No, Your Honor.  He may be

11  excused.

12          THE COURT:  Mr. Otero, you may step down.

13          Is there any reason from the defendants

14  that he cannot be excused?

15          Not seeing any, then you're excused from

16  the proceedings.  Thank you for your testimony.

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 5th day of May, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:      (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE