1

1              IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8

9         Transcript of excerpt of testimony of

10                   WILLIAM FARMER

11           April 30, 2018, and May 1, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                        I N D E X

2    EXAMINATION OF WILLIAM FARMER

3    By Ms. Armijo                                    5

4    By Ms. Torraco                                   20

5    By Mr. Benjamin                                  36

6    EXAMINATION OF WILLIAM FARMER

7    By Mr. Benjamin                                  52

8    By Ms. Armijo                                    53

9    REPORTER'S CERTIFICATE                           58

10                    EXHIBITS ADMITTED

11   Government 358 Admitted                          29

12   Government 360, 362, 363, 364, 372, 404, 406,

13   407, 408, 409, 412, 723, 728, 729, 759, 899

14   and 900  Admitted                               7

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                        April 30, 2018
 2              THE COURT:  All right.  So we're going to
 3    call another witness.  Ms. Armijo.
 4              MS. ARMIJO:  Bill Farmer.
 5              THE COURT:  All right.  Mr. Farmer, if
 6    you'll come up and stand next to the witness box on
 7    my right, your left, before you're seated,
 8    Ms. Bevel, my courtroom deputy will swear you in.
 9                        WILLIAM FARMER,
10         after having been first duly sworn under oath,
11           was questioned, and testified as follows:
12              THE CLERK:  Please be seated.  Please
13    state your name and spell your last name for the
14    record.
15              THE WITNESS:  William Farmer.
16    F-A-R-M-E-R.
17              THE COURT:  Ms. Armijo.
18              MS. ARMIJO:  Thank you, Your Honor.  And
19    Your Honor, at this time I would move, I believe
20    without objection -- there is only one that's
21    objected to and we can approach -- but without
22    objection I'm going to move Exhibits 360, 362, 363,
23    364, 372, 404, 406, 407, 408, 409, 412, 723, 728,
24    729, 759, 899, and 900.
25              THE COURT:  All right.  Any objection,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Ms. Torraco?

 2           MS. TORRACO:  Thank you, Your Honor.  If

 3   those are the photographs that Ms. Armijo just

 4   showed me at the break, we have no objection.

 5           THE COURT:  Anybody else have any

 6   objection?

 7           MR. BENJAMIN:  No, Your Honor, I do not

 8   have any objection.

 9           THE COURT:  All right.  Then not hearing

10   or seeing any objection, Government's Exhibits 360,

11   362, 363, 344, 372, 404, 406, 407, 409, 412, 723,

12   728, 729, 759, 899, 900.  Did I get those correct,

13   Ms. Armijo?

14           MS. ARMIJO:  Did you stay 364?  I think

15   you said 344.

16           THE COURT:  That needs to be 364?

17           MS. ARMIJO:  Yes, the numbers should all

18   be, although not sequential, in order, though.

19           THE COURT:  All right.  So with the change

20   from 344 to 364, all those exhibits will be admitted

21   into evidence.

22           (Government Exhibits 360, 362, 363, 364,

23   372, 404, 406, 407, 408, 409, 412, 723, 728, 729,

24   759, 899, and 900 admitted.)

25           THE COURT:  All right, Ms. Armijo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  Thank you, Your Honor.

 2                    DIRECT EXAMINATION

 3   BY MS. ARMIJO:

 4        Q.   Please state your name again, I'm sorry.

 5        A.   My name is William Farmer.

 6        Q.   And Mr. Farmer, how are you employed?

 7        A.   I currently work for the Otero County

 8   Emergency Services.  I used to work for the State

 9   Fire Marshal's Office as a full-time salaried

10   investigator.

11        Q.   Okay.  And when you worked for the New

12   Mexico -- what did you say, fire marshal?

13        A.   The New Mexico State Fire Marshal's

14   Office.

15        Q.   And tell the jury what that is.

16        A.   The New Mexico State Fire Marshal's Office

17   oversees the fire department in New Mexico, all the

18   fire departments, multiple bureaus, providing

19   support.  I was assigned to the Fire Investigations

20   Bureau which conducts fire origin and cause

21   examinations all through the state.

22        Q.   And when was it that you were employed

23   with the New Mexico Fire Marshal's Office?

24        A.   I started in February of 2008, and I left

25   in September of 2017.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And are you still doing, although for a

2  different agency, work as far as fire

3  investigations?

4      A.   Yes, ma'am.  I still conduct fire

5  investigations for Otero County Emergency Services.

6      Q.   And back in 2012, what was your specific

7  title?

8      A.   I was a fire investigator in the Fire

9  Investigations Bureau.  I was responsible for the

10  southern region, which is all -- from Highway 60,

11  the county lines adjacent south from Arizona to

12  Texas.

13      Q.   And do you recall responding to a fire on

14  November 12 of 2012?

15      A.   Yes, ma'am.

16      Q.   And do you recall the area that you were

17  called out?

18      A.   Yes.  We were in the bosque area just

19  south of Highway 60.

20      Q.   Did that include the area that you

21  covered?

22      A.   Yes.

23      Q.   And do you recall approximately what time

24  you arrived on the scene?

25      A.   I'm not sure on the time.  It was -- I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   think I got the call, like, 10:00 or somewhere in

 2   there.  I arrived on scene, drive time afterwards,

 3   sometime around midnight, maybe a little after.

 4        Q.   And when you arrived, was New Mexico State

 5   Police already there, or were they in the process of

 6   arriving, as well, to investigate the scene?

 7        A.   There were some state police officers on

 8   scene, but they were in the process of arriving, as

 9   well.

10        Q.   And as part of your job, do you talk to

11   the fire crew that responded?

12        A.   Yes, ma'am.

13        Q.   And can you tell us who -- which fire crew

14   responded?

15        A.   I believe it was Veguita Fire Department.

16   My contact was with Socorro County Fire Marshal's

17   Office.

18        Q.   Who was the one that responded?

19        A.   I believe it was Veguita Fire Department.

20        Q.   And was that a volunteer fire department?

21        A.   Yes, it was.

22        Q.   How far is their fire department from

23   where the actual fire was?

24        A.   A significant distance.  They're up

25   Highway 60 several miles and then to the north a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   couple more miles.  I don't know the exact mileage,

2   but it's pretty significant.

3        Q.   It's a significant distance?

4        A.   Yes, ma'am.

5        Q.   All right.  When you initially got there,

6   what is the first process that you do?

7        A.   The first process that I do is meet with

8   the on-scene contact, whoever called me as the fire

9   marshal out.  Get a quick debriefing, meet with law

10  enforcement in this case so we're all on the same

11  team, same page, and then conduct a perimeter

12  search, including a site safety survey, to assess

13  for any latent hazards or ditches or something like

14  that that we could fall in, anything that looks like

15  it could be falling, and to conduct, during that

16  search, photo-document the scene and everything

17  around it.

18       Q.   Now, did you, in fact, take photographs?

19       A.   Yes, ma'am, I did.

20       Q.   Okay.  And do we have your photographs

21  today?

22       A.   No, you do not.  I suffered a computer

23  crash while backing up my computer to the server for

24  the State Fire Marshal's Office, and it completely

25  wiped out a whole pile of case files, including this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  case, unfortunately.

 2      Q.   Do you have an independent memory of this

 3  case as you testify today?  Did you -- the

 4  circumstances of this investigation?

 5      A.   Yes, ma'am.

 6      Q.   And was New Mexico State Police there

 7  responding and treating it as a criminal

 8  investigation?

 9      A.   Yes, ma'am.

10      Q.   So is there any priority between your

11  investigation and the criminal investigation?  How

12  does that work?

13      A.   Typically, fire investigation evidence is

14  a little more resilient.  It's not quite as

15  frangible as some of the other evidence that could

16  be on a crime scene.  So we typically follow in

17  right behind -- you know, we collectively, as fire

18  investigators, fall in right behind the state police

19  crime scene team in this case who is doing the

20  search for homicides or any other crimes.  We fall

21  in right behind them and concurrently, where

22  possible.  So as I'm conducting my perimeter search,

23  the state police was also conducting their perimeter

24  search.  And then we kind of step back, let them

25  process their portion until it's good for us to go



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    in without altering any evidence.

2         Q.   Explain what a perimeter search is.

3         A.   A perimeter search is just a walk-around

4    of the outside typically up to 150, 200 feet away

5    from the scene looking for, you know, whatever the

6    outskirts of the scene are, looking for that, and

7    anything that's inside that, you know, we need to

8    expand our scene, we need to contract it down,

9    something like that.

10        Q.   And what were your initial observations of

11   the scene?

12        A.   There was a vehicle that was heavily

13   impacted by fire.  There was a large amount of

14   vegetation surrounding the vehicle that was also

15   impacted by fire radiating upward and outward from

16   the vehicle, and one decedent located to the rear of

17   the vehicle.

18        Q.   All right.  And I am going to show Exhibit

19   Number -- well, let me first show Exhibit Number

20   360.  All right.  Are you familiar with this scene?

21        A.   Yes, that's the vehicle from that scene.

22        Q.   And is it fair to say that there were

23   photographs taken both in the dark and then as it

24   got lighter?  On the 13th of November, there were

25   also photographs taken?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, ma'am.

2    Q.   Okay.  And can you tell when this

3    photograph was taken?

4    A.   This looks to be in the dark sometime in

5    the early stages of the investigation before the sun

6    came up.

7    Q.   And what did you notice about this

8    vehicle?  Is this how the vehicle appeared when you

9    got close in to the perimeter?

10    A.   Yes, ma'am.  This is exactly how the

11    vehicle was found when I arrived on scene.

12    Q.   All right.  And I'm actually going to pull

13    back and now display Exhibit Number 723, please.  Is

14    this one of those daylight pictures we were talking

15    about?

16    A.   Yes, ma'am.  This was taken, it appears,

17    right as the sun was coming up or a little after.

18    Q.   And we see a variety of numbers there.

19    Are those your numbers or are those New Mexico State

20    Police numbers?

21    A.   Those are New Mexico State Police.

22    Q.   And what about the orange flags we see?

23    A.   That also belongs to the state police.

24    Q.   And do we see the vehicle that we saw in

25    the previous picture in this picture?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes, ma'am, in the top right-hand corner.
 2       Q.   And I'm circling the top right-hand
 3  corner.  Is that the vehicle through vegetation?
 4       A.   Yes, ma'am.
 5       Q.   And where would the body be in connection
 6  with this photograph, if you know?
 7       A.   Just directly to the rear of that in the
 8  top right-hand corner, I believe.
 9       Q.   Okay.  Now, is there anything that was
10  significant to you?  And obviously, these cones or
11  markers and flags were not in the picture, but was
12  there anything that we can see in this picture
13  that's of significance to you when you were doing
14  your fire inspection?
15       A.   Yes, there is.
16       Q.   And you can touch the screen and it
17  will -- if you touch the screen and mark, if you
18  need to mark, it will show up.
19       A.   Right in this area here we have a
20  significant amount of fire that has propagated from
21  the vehicle into the surrounding vegetation and
22  radiated upward and outward.  You can also -- it's
23  kind of hard to see in this picture, but the fire is
24  also in this area around here, too.  It spread from
25  the vehicle, not from the vegetation to the vehicle.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  And how were you able to determine

2 that?

3    A.   Fire movement intensity patterns.  As fire

4 burns and comes in contact with combustible

5 surfaces, it leaves very distinct patterns that are

6 recognizable and you can analyze that and interpret

7 that into directionality and the intensity of the

8 fire.

9    Q.   So were you able to determine where the

10 fire started?

11    A.   Yes, ma'am.  The fire originates in

12 multiple points of origin that were completely

13 unconnected.  There is no communication between the

14 two points of origin.  One point of origin is in the

15 backseat of the vehicle, somewhere in the backseat,

16 and then another one directly adjacent to the

17 decedent.

18    Q.   All right.  And I'm going to show Exhibit

19 Number 363 now.  And are we looking at the left-hand

20 side of the vehicle?

21    A.   Yes, that would be the driver's side of

22 the vehicle.

23    Q.   Okay.  And so what is significant about

24 this scene?

25    A.   From the exterior, we're able to see fire

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    movement intensity patterns that have radiated out

2    from the vehicle.  Some of the motion patterns I was

3    speaking of -- this is actually what we would refer

4    to as a V pattern, radiating upwards and outwards

5    from the backseat area.

6            These random spots here are indications of

7    heat shadowing or a fire in the backseat coming

8    through the holes in the structure of the door and

9    impacting the exterior surface of the vehicle.  This

10   is all interior fire.  You'll note the distortion up

11   here on the roof.  That is consistent with a fire

12   originating within a vehicle and impacting the roof

13   first.  As heat rises, it impacts the metal and

14   causes all the distortion because it's expanding and

15   contracting at different rates and creating that

16   distortion.

17           We also see fire patterns here and here

18   basically that are fire entraining out of the

19   windows.  As the windows fail, the fire and smoke

20   has a place to go and a place to suck in fresh

21   oxygen.  Everybody knows that fire needs oxygen to

22   breathe.  It's coming in through those windows, as

23   well as venting all the smoke out.

24           The trunk -- these fire patterns are

25   consistent with the fire inside the vehicle

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    impacting the trunk lid in position.  As the trunk

2    lid is standing up, it is a different geometry than

3    the rest of the car, so the fire is impacting the

4    trunk lid through the back window right here and

5    generating these fire patterns that we also see.

6         Q.   And can you tell whether or not that trunk

7    was open or shut when the fire started?

8         A.   I did not find anything to indicate that

9    it moved from its prefire condition.  All fire

10   patterns are consistent with the trunk being open at

11   the time the fire impacted it.

12        Q.   And the fire -- and the point of origin

13   within the vehicle was the backseat?

14        A.   Somewhere in the backseat.  Fire patterns

15   within the backseat itself were fairly homogenous.

16   They were all pretty well uniform.  So I couldn't

17   narrow it down to a specific point of origin more

18   than just the backseat area.

19        Q.   All right.  And I'm showing Exhibit Number

20   364.  What is it that we're looking at?

21        A.   That would be the hood of the vehicle,

22   looking into the interior passenger compartment.

23        Q.   Okay.  And are the things that we see here

24   inside -- is that where the seats would be?

25        A.   Yes, that's what remains of the seats.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   That is the substructure of the seats after all the

2   combustible material had burned away from it,

3   including the foam padding and whatever covering it

4   had.

5          Also, in this picture you're getting a

6   glimpse into the engine compartment through these

7   holes, and there are combustible materials within

8   the engine compartment that haven't totally

9   consumed, such as aluminum.  Some of these aluminum

10   structures are still intact, whereas on the rear of

11   the vehicle most of the aluminum has gone away.

12      Q.   You talked a little bit earlier about

13   communication.  What did you mean by that?

14      A.   Fire, like any other heat, transfers in

15   three modes, either through convection, conduction,

16   or radiation, or direct flame impingement.  In this

17   case, the fire propagating upward and outward from

18   the vehicle is affecting the vegetation around it

19   and it's moving on and getting bigger and bigger as

20   it goes.  The point of origin adjacent to the seat

21   was in an area that was protected by his body itself

22   that should have been protected from any heat

23   exposure or radiant heat damage and it was not.

24   There was significant fire damage directly in front

25   of him in his, like, lower torso area that should

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492

**BEAN
&ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1  have been protected.

2      Q.   And I'm going to show Exhibit Number 412.

3  All right, now, what is it that we're looking at

4  here?

5      A.   This is the decedent in his condition as

6  we found him at the scene.  If you'll notice the

7  vehicle is here.  I don't know if it's drawing or

8  not.  The vehicle is here.  So radiant heat moves in

9  straight lines.  It's like the warmth of the sun.

10 It's the same principle.  So if anything blocks

11 that, it should be like a shadow.  You should have

12 the heat shadowing similar to what we have on the

13 door of the vehicle.  So his body here should have

14 protected this area from receiving damage, and it

15 did not.  That's a separate and unconnected point of

16 origin.  There is no way that a fire here created

17 this damage, and there is no way the fire here

18 created this damage.

19     Q.   Okay.  And you were pointing to the

20 picture in different places.  So in other words,

21 just for the record, is it your testimony that the

22 fire in the vehicle did not create the damage in the

23 front part of the body:  Is that correct?

24     A.   Yes, ma'am.

25     Q.   And then the damage from -- the fire

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   damage that we see on the body in the front did not

2   cause any damage to the vehicle?

3        A.   Correct.

4        Q.   Okay.  And that's what you meant.

5             Now, what significance was there, as far

6   as when you noticed the body?  Did you do an

7   inspection and eventually were you there when the

8   body was lifted?

9        A.   Yes, I was.  I did an inspection, photo

10  documentation of the body in its location.

11       Q.   Okay.

12       A.   And as the body was removed and rolled

13  over, we examined the underside and then found the

14  area underneath the clothing, as well.

15       Q.   Did you have an opportunity to take soil

16  samples from underneath the body?

17       A.   Yes, ma'am.

18       Q.   What was purpose of taking soil samples?

19       A.   It's policy and procedure for the State

20  Fire Marshal's Office, we take samples from

21  underneath the decedent in all fatal fires.  So we

22  automatically took that soil sample from underneath

23  the decedent.  This also happened to be an area of

24  fire origin, which is commonly where we take the

25  soil samples from.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   If we can, while we have this exhibit up,

 2   412, is there a difference between the damage to the

 3   body in the lower extremities as opposed to his

 4   upper extremities and head area?

 5        A.   Yes, ma'am.  In the area of his feet and

 6   legs, this area back here, there is more significant

 7   damage.  His clothing has been burned.  The body

 8   received more extensive burns up here in the head

 9   area and upper torso area.  There was clothing still

10   intact.  There is a plastic bag over the decedent's

11   head that was not melted and destroyed, which is a

12   relatively light combustible, which should be

13   destroyed fairly easily in a fire.

14        Q.   And what do you do with the final samples

15   once you obtain them?  Do you submit them to the lab

16   for analysis?

17        A.   Yes, we do.

18        Q.   And do you know the results of it?  And if

19   you don't -- do you?

20        A.   Yes.  The samples came back positive for

21   gasoline.

22             MS. ARMIJO:  All right.  And with that I

23   pass the witness, Your Honor.

24             THE COURT:  Thank you, Ms. Armijo.

25             Ms. Torraco, do you have cross-examination
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of Mr. Farmer?

 2            MS. TORRACO:   Thank you, Your Honor.

 3            THE COURT:   Ms. Torraco.

 4                        CROSS-EXAMINATION

 5   BY MS. TORRACO:

 6       Q.   Good afternoon.   How are you?

 7       A.   Good.

 8       Q.   So if I heard you correctly -- I'm going

 9   to repeat what I think that you testified to, and

10   then will you tell me if I'm correct?   But what I

11   heard you testify to was that there was a fire

12   started in the backseat of the vehicle.   That's your

13   professional opinion.   And then there was also a

14   fire -- or gasoline poured on this body and a fire

15   started there; is that correct?

16       A.   Yes, ma'am.

17       Q.   Okay.   So the fire that started in the

18   vehicle -- do you know how much -- was it gasoline?

19   Or do you know what the -- what's the term for what

20   ignites?  Accelerant.   Is that right?

21       A.   Yes, accelerant or flammable liquids used

22   as an accelerant.

23       Q.   So we know that it was most likely

24   gasoline that was poured on the body; correct?

25       A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Was it also gasoline that was poured on

2  the vehicle?

3    A.   That is possible.  I did not narrow it

4  down to a specific point of fire origin, which is

5  consistent with the usage of ignitable liquids.  As

6  ignitable liquids are poured, it generally results

7  in a large-area fire origin.

8    Q.   Say that again in, like, just one step

9  intellectually down.  Remember, I'm the one that

10 didn't know the term accelerant.  So help me out

11 here?

12   A.   As you pour an accelerant, whatever that

13 is, you pour a liquid, it's not in a container and

14 it spreads out, and so if you use, say, gasoline to

15 ignite a fire, typically once the gasoline hits the

16 ground or whatever it's getting up on, it spreads

17 out, depending on how much gasoline there is.  So

18 that is consistent with what we found in the

19 backseat, which is the fire patterns are pretty

20 uniform all the way across the backseat.

21   Q.   Okay.  So that would mean that whoever did

22 this poured enough gasoline to cover the entire

23 backseat cushion.

24   A.   Potentially.  It's hard to say how much

25 gasoline or ignitable liquid was used.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But it was enough to have these back
 2   cushions soaked?
 3        A.   Yes.
 4        Q.   Because you said it was a uniform burn.
 5   It wasn't just a burn just on the right side of the
 6   vehicle or the left side.  It was a uniform burn in
 7   the back; correct?
 8        A.   Yes, ma'am.
 9        Q.   And you also testified that this bag was
10   over his head.  In the photograph, that bag was not
11   on his head.  Is that -- has the body been moved?
12        A.   No, ma'am.  From my recollection, the bag
13   was around his head, in his head area.
14        Q.   Okay.  Well, that's different than over
15   his head.  If you look at that photo again -- which
16   I have no desire to put that photograph up again --
17   but the bag was on the ground by his head.  Is that
18   a fair characterization, or should we publish that
19   picture again?
20        A.   When we rolled the body and removed the
21   bag, the bag was covering the top of his head.
22        Q.   The bag was what?
23        A.   It was covering the top of his head.  It
24   was on both sides.
25        Q.   Covering part of his head, or the entire
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   head?
 2        A.   I don't recall if it was the --
 3        Q.   Okay.  Did it go all the way down to the
 4   neck?
 5        A.   I don't recall where it ended.
 6        Q.   Okay.  Now, the body -- are there
 7   different stages that a body burns in?
 8        A.   Yes.
 9        Q.   Okay.  So I know I've heard, like,
10   first-degree, second-degree burns; right?
11        A.   Yes.
12        Q.   So how would you describe the burning of
13   this particular body?
14        A.   That would typically be for OMI to
15   characterize the degree of burns.
16        Q.   Okay.
17        A.   However, there were some fourth-degree
18   burns on the abdomen area and towards the back of
19   the legs.
20        Q.   Okay.  But his clothes -- some of his
21   clothes were still intact; correct?
22        A.   Yes, ma'am.
23        Q.   And so why would it be that officially the
24   shoulder and head clothing was still intact?
25        A.   Close proximity to the body.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And the socks were also -- part of the
2  socks were still intact; correct?
3      A.    I believe so, yes, ma'am.
4      Q.    And did he have his shoes on?
5      A.    I don't recall about shoes.
6      Q.    And that last picture, I couldn't tell if
7  it was a shoe or a sock.
8      A.    I don't recall.  I'd have to see it.
9      Q.    Okay.  Do you do any studying about the
10 clothing burning patterns?
11     A.    Clothing is ordinary combustibles similar
12 to clothing that are just laying in a house.  So
13 that is within the realm of fire investigations,
14 because the fire movement intensity patterns affect
15 clothing that's on the body the same way they affect
16 clothes that are hanging in a closet or laying on
17 the floor.
18     Q.    So what conclusion do you draw by the fact
19 that the clothing wasn't fully burned?
20     A.    That there was two separate points of --
21 or areas of fire impacting the body.  The area of
22 fire origin directly in front of the decedent, in
23 his lower torso, was in close proximity to him, but
24 did not propagate through the ordinary combustibles
25 that were available, meaning to say that the fuel

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  package was not sufficient to support --

 2       Q.   Or it didn't burn for very long?

 3       A.   Correct.

 4       Q.   Okay.  Isn't it true that a car could

 5  ignite into a ball of flames in as little as four

 6  minutes?

 7       A.   Depending on a lot of factors.  It is

 8  true.  The ignition of the fire has a lot to do with

 9  it.  The fire propagation, ventilation, ambient

10  temperature, humidity.  That can all go into it.

11       Q.   Okay.  We have an exhibit.

12            I'm sorry, Ms. Gilbert, I didn't give you

13  advance warning.  I believe it's 358.

14            I'm supposed to tell her ahead of time and

15  I forgot.

16            While she's putting it up, isn't it true

17  that gas can cause a fire to light up very quickly?

18       A.   Yes.

19       Q.   Isn't that true?

20       A.   Yes.

21       Q.   And it could also have very large flames

22  very quickly?

23       A.   Depending on the amount of fuel used, yes.

24       Q.   So it is possible that in a matter of

25  minutes there is evidence that a car is on fire?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.  Through my own testing as State Fire
 2   Marshal's Office and teaching classes and
 3   instructing at the Academy, we've lit a lot of cars
 4   on fire.  I've seen cars with gasoline go right now,
 5   and I've seen cars lit with gasoline that take
 6   several minutes before fire starts propagating
 7   throughout the interior of the compartment.
 8        Q.    So I'd like to repeat what I think you
 9   said.  When you said they can go right now, you mean
10   they're immediately combustible?
11        A.    There is immediately a large fire within
12   the compartment.
13        Q.    And "immediately" is within 30 seconds.
14        A.    Yes.  Gasoline is very volatile, so in
15   large quantities, when it is ignited, it can
16   propagate very, very rapidly.  Also, if it has the
17   thermal inertia -- you know, the heat to keep going,
18   as it impacts all the combustibles that are around
19   it, it can absolutely cause a fire to propagate very
20   quickly.  That's why it's classified as an
21   accelerant.  But if it impacts the combustibles
22   around it without a lot of thermal inertia, it can
23   take a very long time to ignite the surrounding
24   fire -- or the surrounding combustibles.
25        Q.    When you say "quickly," we're talking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   about within 30 seconds?  I just made that number
 2   up.  I don't even know.  What's quickly?
 3        A.   Sometimes it can take several minutes.
 4   Sometimes it can be very, like, within a few
 5   seconds.  It depends on the amount of fuel used and
 6   ventilation available.
 7        Q.   Okay.
 8             MS. TORRACO:  Could I have just a moment,
 9   Your Honor?
10             THE COURT:  You may.
11   BY MS. TORRACO:
12        Q.   Okay.  I'd like to publish 358, with the
13   Court's permission.  It has been admitted.  I think
14   it's going to come up on the screen.  There we go.
15   In the foreground in almost the center of this
16   photograph, there is vegetation; correct?
17        A.   Yes, ma'am.
18        Q.   And then also -- if I touch this, does
19   it -- let me just see.  It does.
20             So also right here, do you see this
21   vegetation here?
22        A.   Yes, ma'am.
23        Q.   How far away is that from the vehicle?
24   Did you take measurements?
25        A.   I don't recall how far away that was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Most of the measurements for the diagrams were left

2   to state police with the total scan station because

3   it's much more accurate than a school boy with a

4   tape measure.

5        Q.   I notice also right behind the vehicle

6   there is vegetation on those two circles as well; is

7   that correct?

8        A.   Yes, ma'am.

9             MS. ARMIJO:   Your Honor, I don't think

10   this is admitted.

11            THE COURT:   I'm not finding it admitted

12   either.   Why don't we pull it down for a second?

13            MS. TORRACO:   I can either lay a

14   foundation or move to admit it.

15            THE COURT:   Do you have any objection to

16   its admission?

17            MS. ARMIJO:   We do not.

18            THE COURT:   Do you want to just move its

19   admission, Ms. Torraco?

20            MS. TORRACO:   Yes.

21            THE COURT:   Any objection from anyone

22   else?

23            MR. BENJAMIN:   No, Your Honor.

24            THE COURT:   All right.   Government's

25   Exhibit 358 will be admitted into evidence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Government Exhibit 358 admitted.)

 2              MS. TORRACO:  And that was my mistake.  I

 3  believe that the admission was 359, but we can look

 4  at both pictures.

 5  BY MS. TORRACO:

 6      Q.   So the vegetation here that's closer to

 7  the car -- does it look like that was affected by

 8  the fire?

 9      A.   It was affected by the fire.  However,

10  what you see in this picture is examples of the heat

11  shadowing that we were speaking of earlier.  The

12  fire has impacted the side of the vegetation facing

13  the camera less than the side facing away from the

14  camera.

15      Q.   Okay.  Say that again, take it down one

16  step for me?

17      A.   The vegetation that we're looking at, the

18  grass and the weeds and that stuff, is burned less

19  significantly on this side than it is on the other

20  side.  Because of the radiant heat leaving the

21  vehicle and the fire moving in that direction, it

22  impacts the side that it hits first and it's heat

23  shadowing on the back in a protected pattern.

24      Q.   But isn't it true that if the fire had

25  been burning for a significant amount of time, we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   wouldn't be seeing that vegetation?

2        A.   No, ma'am.   That is possible.   However,

3   this vegetation did not burn very effectively at

4   all.   I'm sure the fuel humidity was a big

5   contributing factor into the amount of fire the

6   vegetation burned.

7        Q.   Okay.   But I asked you, isn't it true that

8   if it had burned longer, that would have been

9   burned, and you first said no, and then you said,

10  "Well, probably."

11            Isn't it true that if the fired burned for

12  a longer period of time, a lot of that vegetation

13  would not be present?   I mean, we see wildfires all

14  the time that take over entire areas.

15       A.   Right.   The fire propagation in the big

16  moonscaped pictures that you see from wild land

17  fires where it's just toothpicks and just completely

18  moonscaped, that fire is significantly propagating.

19            On the same fires where you see that

20  picture, if you go back to the area of fire origin,

21  you will see vegetation just like this.   As the fire

22  impacts the vegetation on its way by, it burns the

23  combustibles on this side and keeps traveling.   So

24  unless there was fire coming back this direction,

25  you probably would still be seeing this after the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                              1-800-669-9492
BEAN                                          e-mail: info@litsupport.com
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    fire burned.

2        Q.   So you're telling us and the jury that

3    this vegetation like right here and right here and

4    right here and right here was never going to burn,

5    even if it had burned for an hour?

6        A.   No, ma'am.  I'm telling you that this

7    clump of grass right here that I circled in purple,

8    and these sticks, would not have been any more

9    affected than they were as the fire was moving.

10   These clumps here -- as the fire progresses, of

11   course, it would impact vegetation further along the

12   line.

13       Q.   So let's talk about the ones where I put

14   all the red arrows.  Isn't it true that those would

15   have been burned if the fire had been going for

16   longer?

17       A.   If the fire propagated that far, yes.

18       Q.   So we would expect these that I'm touching

19   my -- having fun on the screen, quite honestly; I've

20   never done this before -- but isn't it true that

21   those would have burned if the fire had lasted a

22   significant amount of time?

23       A.   Depending on the fuel and humidity, it's

24   possible, yes.

25       Q.   And on November 12 of 2012, it hasn't



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1  rained; isn't that true?

2       A.   I don't recall the weather.

3       Q.   And there wasn't significant humidity in

4  this area at that time; isn't that true?

5       A.   That's possible.  The fuel humidity

6  depends on the fuel moisture from it getting

7  watered.  We were in close proximity to the river.

8  I cannot testify to the fuel humidity in the

9  wildland fuel package surrounding the...

10      Q.   Let me repeat what I think that you said.

11 You basically testified that all of this upper

12 vegetation, the higher areas, would disappear with

13 fire.  The lower areas, very close to the ground,

14 would stay; isn't that true?

15      A.   It would at the very least be impacted,

16 yes.

17      Q.   But we don't see impact on this high

18 ground; isn't that true?  On this high vegetation?

19      A.   We're also looking at the side away from

20 the fire propagation.

21      Q.   Well, we're looking at the side where the

22 trunk is.

23      A.   Let me elaborate what I mean.  The stick

24 is like this, or say this microphone.  As the fire

25 is traveling this way, it's impacting this side

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1  first, because that's the side facing the vehicle,

2  the way that the fire is moving.  And we are looking

3  at this side.

4      Q.   Do we have 359 admitted?  So I'd ask that

5  we take a look at 359.  Is this a better angle now?

6      A.   Yes, ma'am.

7      Q.   So if you'll notice, there is still

8  vegetation which is significantly close to the

9  vehicle.  And I've marked those with my hands.  By

10  the passenger -- I'm sorry, the driver rear tire,

11  would you expect that vegetation to be affected by a

12  fire?

13      A.   It is affected by the fire.  But yes, I

14  would be expect it to be impacted, especially right

15  in this area here.

16      Q.   And the first one that you drew with the

17  purple line, the closest to the vehicle -- if this

18  car had burned for any significant amount of time,

19  isn't it true that you would not be seeing that

20  vegetation?

21      A.   That is possible.  If the fire had not

22  burned for a significant period of time, we wouldn't

23  be looking at the significant degree of damage to

24  the vehicle, however.

25      Q.   Okay.  So isn't it true that we've got a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  fire.  Let's say that I've gone camping and I'm

2  irresponsible, and I kind of hose off the fire, but

3  there still can be the embers that still supply heat

4  to the fire; right?

5       A.   Uh-huh.

6       Q.   And so isn't it true that even after the

7  flames are extinguished, there is still some ongoing

8  damage that's occurring to the vehicle; right?

9       A.   After the flames are extinguished, there

10 are hot spots in the vehicle that are embers, there

11 are areas of charcoal.  The majority of the interior

12 of this car is not organic material.  It's all

13 plastics and foam and carpet and CDs and whatever

14 else people have in their car.  With a campfire, you

15 have a large fuel package.  You know, the wood is

16 very, very big, and so it tends to generate larger

17 coals because of the fuel geometry and the length of

18 time that it burns.  If you have a campfire and you

19 put it out within 10 minutes of it burning, you're

20 not going to have a lot of coals.  If you burn the

21 campfire for 12, 14 hours straight, the ground is

22 very hot, the embers are really hot, all the

23 leftover ash is very, very hot.

24            We did have on this scene evidence of

25 smoldering and hot spots within the vehicle that the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  fire department extinguished.

 2      Q.   And what time did the fire department

 3  extinguish the vehicle?

 4      A.   I don't recall, ma'am.

 5      Q.   And was there -- the damage, was it the

 6  fire that was over here or -- when you identified

 7  two different areas, or was it just the vehicle and

 8  the body?

 9      A.   I'm sorry?  Say that again.

10      Q.   Were there only the two spots -- isn't it

11  true that there were only two spots where the fire

12  initiated?

13      A.   There were two separate and unconnected

14  areas of origin, yes.

15      Q.   Okay.  And do we have a picture of the

16  other side of the vehicle?  So at the Academy you

17  guys light cars?

18      A.   We do.  The fire investigations program,

19  we have our own building, burn building, at the

20  Academy where we do all kinds of fire training.

21  It's actually set up to where we sheetrock the

22  inside, add a sprinkler system.  We can sheetrock,

23  tape, texture, set up like a house using furniture

24  from, like, a Goodwill store, something like that,

25  light it on fire, and different scenarios, and then

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   students trace that fire patterns back, teach them

2   how to do investigations.  And we also do the same

3   thing with vehicles.

4        Q.   Okay.  Thank you very much.  Thank you for

5   the education.

6             MS. TORRACO:  I'll pass the witness.

7             THE COURT:  Thank you, Ms. Torraco.

8             MS. TORRACO:  Thank you, Your Honor.

9             THE COURT:  Mr. Benjamin, do you have

10  cross-examination of Mr. Farmer?

11            MR. BENJAMIN:  Yes, Your Honor.

12                 CROSS-EXAMINATION

13  BY MR. BENJAMIN:

14       Q.   Good afternoon, sir.

15       A.   Good afternoon.

16       Q.   We heard about the photos, but I apologize

17  if I missed it.  Did you do a report in this matter?

18       A.   Yes, sir.  I completed a report.  It was

19  in with my case file.  When the computer crash

20  occurred, while backing up to the server, it backed

21  the server up to my computer, not my computer up to

22  the server, and it wiped out several cases.

23       Q.   Okay.  So the report was along with the

24  photos?

25       A.   Yes, sir.  The report, the case file, all

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1    my notes, photographs, everything.

2         Q.    When was that?

3         A.    That was in 2013, I believe.  It was the

4    next summer, so...

5         Q.    So November, the following summer?

6         A.    Right.

7         Q.    Summer of 2013?

8         A.    Yes, sir.

9         Q.    Okay.  You tested a pail -- or you

10   collected a pail of material from underneath the

11   body that was found at the scene; correct?

12        A.    Yes.

13        Q.    You didn't collect a pail underneath the

14   car, though?

15        A.    I don't remember taking a sample

16   underneath the car, which is not unusual.

17        Q.    And if the receipts suggest that there was

18   a pail of material collected from a body but we

19   don't see any other receipts, would that be

20   consistent with your memory?

21        A.    Yes, that would be.

22        Q.    Did you take one or two soil samples below

23   the body?

24        A.    I don't recall.  I don't recall, sir.

25        Q.    I guess what I'm wondering about is, it's

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1  described as a silver pail; correct?

 2       A.   Correct.  It's a one-gallon metal paint

 3  can that we use.

 4       Q.   Okay.  And so there was essentially just

 5  dirt dug up underneath the body.  But you pointed

 6  out that the body had essentially two different

 7  probably burned characteristics.  The top of the

 8  torso wasn't very burned.  It was protected by the

 9  clothing.  Whereas the lower torso was burned; is

10  that fair?

11       A.   Yes, the torso was protected from, like,

12  geometry and the clothing, and you know...

13       Q.   The hood of the jacket or sweater was

14  essentially all but intact; right?

15       A.   I don't specifically recall the hood, but

16  the clothing was apparently intact on top.

17       Q.   And I guess what I'm asking is:  The soil

18  sample that was taken, was that from the center of

19  the body, down by the feet?  Were you able to

20  determine where fuel was poured on this body?

21       A.   The area directly in front of his lower

22  torso.

23       Q.   Okay.

24       A.   You know, the front pelvis area.  Where

25  the most significant damage was is where we took the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



1  sample because that looked consistent with ignitable

2  liquid.  It was a fire pattern that was very unusual

3  and very irregular, and so that's where we took the

4  soil sample from.

5       Q.   And in researching this, did you -- I

6  mean, you were assuming that somebody was pouring

7  gas on it, I think is what your testimony was;

8  correct?

9       A.   Yes, somebody.

10      Q.   And when you asked for that to be tested,

11 did you find out whether it was gas -- when I say

12 gasoline, I'm essentially referring to unleaded --

13 did you find out if that was diesel, or what it was?

14      A.   I believe it came back as gasoline.

15      Q.   And did you review that when it came back?

16      A.   I'm certain I did.

17      Q.   And I apologize, but when you say, "I'm

18 certain I did," that sounds more like:  My norm is

19 to have done it.  But do you remember doing it?

20      A.   I don't remember specifically doing it,

21 no.

22      Q.   Do you also send in items that were

23 collected by the investigation if they were

24 collected outside of the -- the area that we're

25 looking at in the photo we'll call the bosque.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Okay?  If there was other items in this

2    investigation that were recovered, were you

3    responsible for sending those for testing?

4         A.   The New Mexico State Fire Marshal's Office

5    is an assist agency.  We assist local and state

6    jurisdictions with fire investigations.  If the

7    state police -- you know, if we did a fire here in

8    Las Cruces and Las Cruces asked us to send

9    something, we most certainly would.  The same with

10   state police.  However, they are more than capable

11   of submitting their own evidence to the labs, as

12   well.

13        Q.   Who would submit a jacket for testing that

14   wasn't found at the bosque?

15        A.   If they were submitting it for ignitable

16   liquids?

17        Q.   Yes.

18        A.   They would have their own capability of

19   submitting it or they could call us and we would

20   submit it.

21             THE COURT:  Is this a good time for us to

22   take our break for the evening?

23             MR. BENJAMIN:  May I have 30 seconds to

24   see if we can do that, Your Honor?

25             It is a good time.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

```
 1              THE COURT:  All right.  We'll be back at
 2   8:30.  Appreciate your hard work today.  We'll see
 3   y'all in the morning.  All rise.
 4
 5
 6                      May 1, 2018
 7
 8              THE COURT:  All right.  Looks like we've
 9   got everybody, all the defendants in the courtroom.
10   Looks like we've got a lawyer for each defendant in
11   the courtroom.
12              Ms. Torraco, do you need to put something
13   on the record?
14              MS. TORRACO:  Good morning, Your Honor.
15              THE COURT:  Ms. Torraco.
16              MS. TORRACO:  Thank you.  I just wanted to
17   let the Court know that this morning when I was
18   pulling into the parking lot, a pedestrian walked
19   right in front of me and I had to halt my car pretty
20   quickly, only to find out that it was a juror.  So I
21   wanted to make light of it so she didn't think that
22   I was intentionally trying to run her over, and
23   waved, and we kind of chuckled and all that.  So I
24   don't think there was any -- I hope there was no
25   harm, but I want to make sure the Court is aware of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   it.  Thank you, sir.
 2            THE COURT:  Thank you, Ms. Torraco.  Don't
 3   run over my jurors.
 4            (A discussion was held off the record.)
 5            THE COURT:  Do y'all have something to
 6   discuss, Mr. Cooper?
 7            MR. COOPER:  We do, Your Honor.  We have
 8   been working a lot, and Maria and Cori actually were
 9   doing most of it last night until I went to bed,
10   actually.  But we have a script.  We're beyond --
11   we're talking about percentages of time for the
12   Government's direct and our cross.  We're not at a
13   place where we really have come to an agreement, but
14   we've got a list.  We have a script for you.
15            THE COURT:  Okay.
16            MR. COOPER:  And we need to continue to
17   talk.
18            THE COURT:  Okay.
19            MR. COOPER:  Because there are some
20   witnesses that we believe that are still on the
21   Government's intent-to-call list that we think are
22   enterprise, and we're negotiating those, and
23   hopefully we can get some of them away.  If we
24   can't, I think we would like the guidance of the
25   Court to assist us with that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Okay.
 2              MR. COOPER:  But what we've talked about
 3   is giving the Government one more day out of our
 4   time.  So instead of finishing on the 18th, they can
 5   finish on the 21st.
 6              THE COURT:  Is the 18th a Friday?
 7              MR. COOPER:  The 18th is a Friday.  The
 8   21st is a Monday.  And we're talking about that.
 9   None of this is firm yet, but these are the
10   discussions we're having.  Monday the 28th is
11   Memorial Day.  What we would really, really like to
12   do is have our case finished on Friday the 25th,
13   come back on Tuesday, the 29th, and use a day and a
14   half or two days to close, and then give it to the
15   jury.  And so we anticipate -- we would love to give
16   it to the jury on perhaps the 30th, rather than the
17   1st.
18              So we're trying to get to that point, but
19   we have a fair amount of work to do. I wanted to
20   give you a little heads-up, we're making progress,
21   and I think it would be safe to tell the jury today
22   that we are at a point where we will finish.  We
23   just don't have the details --
24              THE COURT:  Okay.
25              MR. COOPER:  -- just quite yet.  And if I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  may approach --

 2          THE COURT:  I would like to see that.  Do

 3  you feel comfortable me saying that, Ms. Armijo?

 4          MS. ARMIJO:  Mr. Beck and have been

 5  working with them, as well.  I think we would like

 6  an extra day so that we -- the United States has

 7  already eliminated several people.  And I think

 8  we've agreed to -- that if we have a certain number

 9  of hours that if we don't use them all, and the time

10  percentage for us will include our redirect, kind of

11  like we do with our closing statements with Your

12  Honor, and that we would have a rolling amount.  For

13  instance, if I averaged an hour with one witness and

14  we go a half-hour, that half-hour is allotted to us

15  if we need it with another witness.  And I think the

16  defense has agreed to that, as well.

17          The issue is, there's a few big players

18  that they say would save a lot of time that they

19  have asked us to look at -- to look over again, and

20  that is where we are at, and so we would like

21  another day so that the three of us on this side of

22  the room can sit down and go over if we really need

23  those witnesses or not and what they bring to the

24  table.  Then by the end of the day, we can then meet

25  with defense counsel and go over that list and see
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  where we are at that point.  Then I think we'd be

2  able tomorrow to tell the Court where we are, if we

3  need assistance, and go from there.  But I think the

4  extra day would certainly help us, Your Honor.

5          THE COURT:  Is there anything I can tell

6  the jury when they come in to try to relieve some

7  stress there?

8          MR. BECK:  I don't think so yet.  And the

9  reason being, the list that we handed to the Court,

10 the script, it's got it lined out in days, and these

11 aren't the order of the days we see going forward.

12 The intent of this -- I mean, it's close, but the

13 intent of this is, we took seven hours for each day

14 and that's why, for instance, in day two, it says .9

15 hours for Jason Van Veghel, because day one to

16 finish him would have been 7.9 hours.

17         THE COURT:  Let me do this:  Let me look

18 at this, and we might talk at the next break.  Let

19 me sort of get fully on top of this.  I won't say

20 anything to the jury right now.

21         One thing that you might think about if I

22 could tell the jury -- I'm not going to press you

23 right this minute, but maybe a little later in the

24 day.  Go ahead and line them up, Ms. Bevel.

25         Could I at least tell them -- because what

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

1   they've got in their head is 150 witnesses here and

2   75 over here, or something roughly like that.  And

3   if I can just tell them that they're not going to

4   hear all those witnesses, I think that might go a

5   long way, and then it will give us a day to try to

6   perfect this or, as I mentioned yesterday, if we

7   want to go on the clock, I mean, I've run chess

8   clocks before, something.  But it sounds like y'all

9   are moving this direction.

10          MR. BECK:  Right.

11          THE COURT:  That's a little less brutal

12   than sometimes a chess clock is.

13          MR. BECK:  I think it's fine for you to

14   tell the jury that.  You can say that I came to that

15   conclusion, Mr. Beck, and they're not going to hear

16   from 245 witnesses thanks to me.

17          MS. HARBOUR-VALDEZ:  With consultation

18   with Cori.

19          MR. COOPER:  Mr. Cooper and Ms.

20   Harbour-Valdez made him come to that conclusion.

21          MR. BECK:  I think that's fine to tell the

22   jury that they're not going to hear from that many

23   witnesses.  The last thing I'll say about this sheet

24   is, if we make it to the 21st, that would be 15

25   days.  And so we're currently at 18 days.  So the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Court can see that we still have some work there.  I

2   mean, that's still 20 percent of the time here that

3   we need to figure out to cut off to make it by that.

4           THE COURT:  Say that again.  I didn't

5   quite absorb that.

6           MR. BECK:  The last page here says that

7   day 18 -- we would finish on day 18 -- to finish our

8   case by the 21st, we would need to finish on day 15.

9   So that's three extra days' time, 21 hours or 20

10  percent of the overall time from now til then that

11  we need to still figure out how to clip off.  That's

12  why we still need the extra days.  We still got work

13  to do.  We're getting much closer, but we still have

14  more work to do.

15          THE COURT:  You're three days over.

16          MR. BECK:  Right.

17          THE COURT:  All right.  Well, I appreciate

18  your work.  I appreciate the good faith.  And let me

19  look at this.  Let me study this and try to get it

20  into my head.

21          MR. COOPER:  And just for the record, Your

22  Honor, I don't think any defendant really wants to

23  do this, and we object to this process.  We have a

24  right, we have a due process right.  We have a fair

25  trial right.  We don't want to in any way waive

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    those rights by doing this.  But we recognize that
 2    we've been ordered to discuss it, but just for the
 3    record we are not --
 4              THE COURT:  I understand.
 5              MR. COOPER:  -- waiving any rights
 6    whatsoever.  Thank you, Judge.
 7              THE COURT:  I understand, appreciate it.
 8    Thank you.  All rise.
 9              (The jury entered the courtroom.)
10              THE COURT:  Good morning, ladies and
11    gentlemen.  Out there in the world, this is known as
12    May Day, but in the United States we call it Law
13    Day.  And so I hope you enjoy your experience on Law
14    Day in 2018.
15              Many years ago, back in the Eisenhower
16    administration, when there was a cold war going on,
17    of course, the tanks and the missiles would all go
18    down Kremlin Square, and Eisenhower thought we
19    needed to contrast our country with May Day, and so
20    he started Law Day.  And so the American Bar
21    Association and the President declared May 1 Law
22    Day, and it was supposed to be the contrast.  This
23    is the way we do things in our country, and other
24    countries do things a different way.  So that's the
25    contrast.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            So I'm a little less familiar with it in
 2   Las Cruces.  But in Roswell and in Albuquerque,
 3   particularly Roswell, they have big celebrations,
 4   big meals and guest speakers and things like that.
 5   So it's a big deal across the country for lawyers,
 6   and judges and members of the bar.
 7            But it is a very special day, and you
 8   know, when we're in a trial like this, you ought to
 9   sit and recognize what a special country it is that
10   we decide issues this way.  And I know that the
11   lawyers and the parties and certainly the Court just
12   appreciates everything you've done, how you've done
13   it, you've gone about your task, and you've just
14   been a wonderful bunch to work with.
15            You've been having a little bit extra
16   breaks here on Friday and Monday, and we've been
17   trying to squeeze some time out to talk with each
18   other.  I know some of you are beginning to worry a
19   little bit about the pace of the case; you have
20   listened to those long witness lists that were read
21   to you at the beginning of the trial by both the
22   Government and the defendants.
23            I've talked to counsel during some breaks
24   and we've stayed in here and gotten in here early,
25   we worked late, especially the counsel have been
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                 e-mail: info@litsupport.com

1  working.  We're working to really keep our word to

2  you to have this case done in the period of time

3  that we were talking about.  We're working very hard

4  to do that.

5            I've been assured by counsel this morning

6  that you're not to going to hear from all those

7  witnesses that are on the witness list.  So on that

8  score, you can take a deep breath and realize we're

9  not working with that sort of number.  We're working

10  with lesser numbers, and I hope to be able to tell

11  you some things in the next couple of days to give

12  you some assurance.

13           I know some of you have run into

14  difficulty with pay at work.  We are all cognizant

15  of that.  We're working hard to try to keep our

16  commitment to you.  You are good citizens and you're

17  giving up your time, and we appreciate it, and we're

18  trying to make our commitment to you.

19           So just rest assured that all those

20  witnesses that you heard during voir dire -- you're

21  not going to see them all.  We're going to be

22  working with a smaller number, and I'm working real

23  hard with counsel, and they're working very hard

24  with the parties and with each other to try to keep

25  the commitment that we made to you.  And so I hope

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that will give you a little more assurance and make
 2   everything more comfortable, and I'll try to keep
 3   you posted as we go how we're going.  So we're
 4   working real hard on that.  So if you've had a
 5   little extra break, wonder why we're slowing down,
 6   we're in here talking about how to keep this case on
 7   track and make sure it moves along in an appropriate
 8   way.
 9            So thank you again for what you're doing.
10   I hope that is somewhat helpful to you, and we'll
11   keep you posted as we get a little bit more firm
12   details.
13            All right.  Mr. Farmer, I'll remind you
14   that you're still under oath.
15            THE WITNESS:  Yes.
16            THE COURT:  Mr. Benjamin, if you wish to
17   continue your cross-examination of Mr. Farmer, you
18   may do so at this time.
19            MR. BENJAMIN:  Thank you, Your Honor.
20            THE COURT:  Mr. Benjamin.
21                WILLIAM FARMER,
22        after having been previously duly sworn under
23        oath, was questioned, and continued testifying
24        as follows:
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                CONTINUED CROSS-EXAMINATION

 2   BY MR. BENJAMIN:

 3        Q.   Have you ever -- actually, let me ask you

 4   this way.  Did you recover any money at the bosque

 5   site?

 6        A.   Any money?

 7        Q.   Yes.

 8        A.   No, sir.

 9        Q.   On or near the body?

10        A.   No, sir.

11        Q.   And have you had experience witnessing

12   money burned or money being recovered after it's

13   been burned or attempted to be burned?

14        A.   Yes, sir.

15        Q.   Can you slide a little bit forward.  You

16   were loud yesterday, but --

17        A.   Can you hear me now?

18        Q.   That's perfect.  If money was rolled up in

19   essentially a roll -- have you ever seen a roll of

20   money?

21        A.   Yes, sir.

22        Q.   If money had been rolled up like that,

23   would you expect to recover it or find some trace of

24   it at the bosque site?

25        A.   Yes, sir.  However, I wasn't looking for
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    money.  I was looking for fire patterns and stuff

2    like that.  Any evidentiary items like that would be

3    recovered by state police.

4        Q.   Okay.  You didn't see any, though?

5        A.   I didn't.

6             MR. BENJAMIN:  Pass the witness, Your

7    Honor.

8             THE COURT:  Thank you, Mr. Benjamin.

9             Any other defendant have cross-examination

10   of Mr. Farmer?

11            All right.  Ms. Armijo, do you have

12   redirect of Mr. Farmer?

13            MS. ARMIJO:  Thank you, Your Honor.

14            THE COURT:  Ms. Armijo.

15                   REDIRECT EXAMINATION

16   BY MS. ARMIJO:

17       Q.   Mr. Farmer, I guess just to make that

18   clear, would you have had an opportunity to check

19   the body or any of the other places for money, or

20   would that have been something that would be left to

21   the New Mexico State Police that were doing the

22   criminal investigation?

23       A.   My examination was completely noninvasive.

24   I didn't search any pockets or remove any clothing.

25   I don't think I even touched the decedent at all;

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  just simply photographing and observing fire

2  patterns.  So that would be left to the New Mexico

3  State Police.

4       Q.   And I know that Ms. Torraco was asking you

5  about accelerants, et cetera, you know, as far as

6  the scene.  Were you able to tell how much

7  accelerant was used, or is that something that

8  you're not able to tell?

9       A.   That's something that you're really not

10 able to tell, due to the completion of the burn.

11 Almost all the combustibles in the vehicle were

12 burned.  So minute fire patterns like that are very

13 hard to detect.

14      Q.   Okay.  And then you just used a term, "due

15 to the completion of the burn."  Do you consider the

16 vehicle a complete burn?

17      A.   Yes, ma'am.  With the exception of the

18 engine compartment, almost all the combustibles were

19 completely consumed by fire.

20      Q.   And that brings me to the next area which

21 Ms. Torraco covered.  Given that you don't know how

22 much accelerant was used, do you know how long it

23 took from the time of a first flame, so to speak, to

24 do the burn that was completed on the vehicle?

25      A.   No, ma'am.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

55

```
 1        Q.    And could it have been a long burn, so to
 2   speak?
 3              MR. BENJAMIN:   Objection, speculation,
 4   Your Honor.
 5              THE COURT:   Well, he's an investigator.
 6   If he knows.   Why don't you ask him if he has enough
 7   knowledge to know.
 8        A.    Could I please hear the question again?
 9   BY MS. ARMIJO:
10        Q.    Okay.   Do you have an indication of
11   whether or not this could have been a long burn, as
12   well?
13        A.    Due to the completion of the -- the
14   complete consumption of all the combustibles, I
15   would say that it burned for a significant period of
16   time, yes.
17        Q.    A significant period of time?   And then in
18   reference to the body, that was not considered a
19   complete burn; is that correct?
20        A.    Correct.
21        Q.    And do you have -- can you explain to the
22   jury, if you know, based on your investigation, why
23   it was not a complete burn?
24        A.    The fuel package around the vehicle, which
25   is everything that is combustible, all the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  vegetation, clothing, and stuff like that, was not

2  significant enough to create a -- you know, a raging

3  fire around the body itself.  The human body is not

4  a good fuel package.  It's made mostly of water, so

5  it doesn't burn very well without other stuff around

6  it.  The lack of combustibles around the body

7  limited the fire damage.

8      Q.  So you just used a term "the lack of

9  combustibles."  So for instance, if I were to be

10  starting a fire in a fireplace and I just put

11  gasoline in there and a little bit of shrub, would

12  it burn for any significant time?

13      A.  No, ma'am.

14      Q.  But if I were to put a log in there and

15  other combustible items, then would it be a longer

16  burn?

17      A.  Yes, ma'am.

18      Q.  All right.  Thank you.

19          MS. ARMIJO:  I pass the witness.

20          THE COURT:  Thank you, Ms. Armijo.

21          All right, Mr. Farmer.  You may step down.

22          Is there any reason that Mr. Farmer cannot

23  be excused from the proceedings?  Ms. Armijo?

24          MS. ARMIJO:  No, Your Honor.

25          THE COURT:  Anybody have any objection to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   him being excused?

2           Not seeing or hearing any, Mr. Farmer,

3   you're excused from the proceedings.  Thank you for

4   your testimony.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                   C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 8th day of May, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com