## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         NO.  CR 15-4268-JB

ANGEL DELEON, ET AL.,

        Defendants.

### ORDER

BE IT REMEMBERED that on this day came on to be considered the Movant New Mexico Corrections Department Expedited Motion to Quash Subpoenas for William Roach and Jesus Sandoval filed on May 7, 2018. The Court after considering the pleadings, response, and argument if any, find that the following ORDER should be entered;

IT IS ORDERED, that the New Mexico Corrections Department hereby is required to disclose any last known addresses that it may have for the former employees.

IT IS ORDERED, that the New Mexico Corrections Department hereby will be determined to have complied with the Subpoenas once those addresses have been provided.

_____
United States District Judge