IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff

v.    No. 15-CR-04268-JB

BILLY GARCIA,

    Defendant.

**ORDER GRANTING WITHDRAWAL OF NEW MEXICO CORRECTIONS DEPARTMENT'S MOTION TO QUASH SUBPOENA FOR RECORDED PHONE CALLS OF FRED QUINTANA (Doc. 2215)**

THIS MATTER having come before the Court on the New Mexico Corrections Department's Unopposed Motion to Withdraw Motion to Quash Subpoena for Recorded Phone Calls of Fred Quintana (Doc. 2215) and the Court being advised that motion has become moot, the Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that New Mexico Corrections Department's Unopposed Motion to Withdraw Motion to Quash Subpoena for Recorded Phone Calls of Fred Quintana (Doc. 2215) is withdrawn as moot.

                                                    _____
                                                    United States District Judge