IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.    No. 2:15-cr-04268-JB

ANGEL DELEON, et al.,

        Defendants.

### ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR BRANDY RODRIGUEZ

**IT IS ORDERED** that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificandum directing the Warden of the **Dona Ana Detention Center,** to surrender Inmate **Brandy Rodriguez**, to the United States Marshal for the District of New Mexico or his representative in order that Inmate may be taken to the United States Courthouse, 100 South Church Street, Las Cruces, New Mexico, to testify in the above-captioned case before the United States District Court Judge James O. Browning on **May 15, 2018.** Inmate **Brandy Rodriguez** is to remain in the custody of the United States Marshal or her authorized representative until her testimony is complete, or as otherwise ordered by the Court.

ORDERED this 14th day of May 2018, in Las Cruces, New Mexico.

_____
United States District Judge