# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         No. CR 15-04268-JB

ANGEL DELEON, et al.,

    Defendants.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR CUSTODY OF INMATE BRANDY RODRIGUEZ

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: Sheriff or Warden of the Dona Ana Detention Center, 1850 North Copper Loop, Las Cruces, NM 88011, and to the United States Marshal or his authorized representative

### GREETINGS:

You are hereby commanded to deliver **BRANDY RODRIGUEZ**, a prisoner in your custody at the Dona Ana Detention Center to the United States Marshal for the District of New Mexico, or her representative.

The United States Marshals Service is commanded to produce BRANDY RODRIGUEZ for testimony before the Honorable James O. Browning at the United States Courthouse, 100 South Church Street, Las Cruces, New Mexico on **May 15, 2018.**

BRANDY RODRIGUEZ will remain in the custody of the United States Marshal or her authorized representative until her testimony is complete, unless otherwise ordered.

WITNESS the Honorable James O. Browning of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico this 14th day of May, 2018.

/s/
MITCHELL R. ELFERS, CLERK

*[signature]*
United States District Judge