**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 5 2018

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. 2:15-cr-04268-JB

ANGEL DELEON, et al.,

    Defendants.

## ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR LORENZO MORA

**IT IS ORDERED** that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Testificandum directing the Warden of the **Northeastern New Mexico Detention Facility,** to surrender Inmate **Lorenzo Mora, No. 53055,** to the United States Marshal for the District of New Mexico or his representative in order that Inmate may be taken to the United States Courthouse, 100 South Church Street, Las Cruces, New Mexico, to testify in the above-captioned case before the United States District Court Judge James O. Browning on **May 16, 2018.** Inmate **Lorenzo Mora** is to remain in the custody of the United States Marshal or his authorized representative until his testimony is complete, or as otherwise ordered by the Court.

ORDERED this 15th day of May, 2018, in Las Cruces, New Mexico.

_____
HONORABLE JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE