IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                                                                   No. 2:15-cr-04268-JB

ANGEL DELEON, et al.,

    **Defendants.**

## EX PARTE WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR CUSTODY OF INMATE LORENZO MORA

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   Sheriff or Warden of the Northeastern New Mexico Detention Facility, 185 Dr. Michael Jenkins Rd., Clayton, NM 88425, and to the United States Marshal or his authorized representative

### GREETINGS:

You are hereby commanded to deliver **LORENZO MORA, NMCD No. 53055**, a prisoner in your custody at the Northeastern New Mexico Detention Facility, to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce LORENZO MORA for testimony before the Honorable James O. Browning at the United States Courthouse, 100 South Church Street, Las Cruces, New Mexico on **May 16, 2018.**

LORENZO MORA will remain in the custody of the United States Marshal or his authorized representative until his testimony is complete, unless otherwise ordered.

WITNESS the Honorable James O. Browning of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico this 15th day of May, 2018.

5/15/18

/S/
_____
MITCHELL R. ELFERS, ACTING CLERK

_____
UNITED STATES DISTRICT JUDGE