1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4               Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7               Defendants.

8

9       Transcript of excerpt of testimony of

10              LEONARD LUJAN

11       April 23, 2018, and April 24, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                        I N D E X

2    EXAMINATION OF LEONARD LUJAN

3    By Mr. Beck                                      4

4    By Mr. Castle                                  114

5    EXAMINATION OF LEONARD LUJAN

6    By Mr. Castle                                  216

7    By Mr. Solis                                   278

8    By Mr. Sindel                                  285

9    By Mr. Burke                                   344

10   By Mr. Beck                                    352

11   By Mr. Castle                                  421

12   By Mr. Sindel                                  444

13   By Mr. Beck                                    480

14   REPORTER'S CERTIFICATE                         489

15                   EXHIBITS ADMITTED

16   Defendants' BV-1 and BV-2 Conditionally admitted 423

17   Defendants' Y2 and Government 885 Admitted      100

18   Defendants' BV-3Admitted                        444

19   Clerk's Exhibit 9 Admitted                      214

20   Government 95, 98, and 99 Admitted                3

21   Government 885 Admitted                         100

22

23

24

25

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                      April 23, 2018

 2           THE COURT:  All right.  Mr. Beck, does the

 3  Government have its next witness or evidence?

 4           MR. BECK:  Yes, Your Honor.  The United

 5  States calls Leonard Lujan.  Your Honor, I think so

 6  we can make good use of our time, the United States

 7  moves to admit Government's Exhibit 95, which is

 8  Mr. Lujan's pen pack, and Government's Exhibits 98

 9  and 99, which are Mr. Lujan's plea agreement and

10  addendum.

11           THE COURT:  All right.  Does anybody

12  object to either one of those any of those three

13  being admitted?

14           Not seeing or hearing any objection,

15  Government's Exhibits 95, 98, and 99 will be

16  admitted into evidence.

17           (Government Exhibits 95, 98, and 99

18  admitted.)

19           THE COURT:  Mr. Lujan, if you'll come up

20  and stand next to the witness box right in front of

21  you, before you're seated my courtroom deputy, Ms.

22  Bevel, will swear you in.  If you'll raise your

23  right hand to the best of your ability there.

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

```
 1                    LEONARD LUJAN,
 2      after having been first duly sworn under oath,
 3      was questioned and testified as follows:
 4            THE CLERK:  Please be seated.  Please
 5  state your name for the record.
 6            THE WITNESS:  Leonard Lujan.
 7            THE COURT:  Mr. Lujan.  Mr. Beck.
 8                  DIRECT EXAMINATION
 9  BY MR. BECK:
10      Q.   Good morning, Mr. Lujan.
11      A.   Good morning.
12      Q.   Are you now or have you been a member of
13  the SNM or Syndicate of New Mexico?
14      A.   I haven't been part of it since 2007.
15      Q.   Before 2007 were you a member?
16      A.   Yes, sir.
17      Q.   When did you become a member of the SNM?
18      A.   In 1993.  Wait, yeah, in -- yeah.
19      Q.   Who brought you into the SNM in 1993?
20      A.   At the time Mario Montoya, and he put
21  word, and he -- I guess he had confronted Julian
22  Romero, Billy Garcia, and Ramon Clark, and I guess
23  those are the ones that gave the okay.
24            MR. CASTLE:  Objection, Your Honor,
25  hearsay.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Are you trying to solicit
 2   this?
 3            MR. BECK:  No, Your Honor.  That's fine.
 4   BY MR. BECK:
 5       Q.   So was it -- how did you earn your bones
 6   to get into the SNM?
 7       A.   Me and Ruben Hinojos -- Mario had asked me
 8   to go and give him esquina, which means help, to hit
 9   somebody, and that's how I -- that was the first
10   time I ever did anything for the S.
11       Q.   When was that?
12       A.   This had to have been around 1993,
13   somewhere around there.
14       Q.   And where did this happen at?
15       A.   This happened at the South Facility at the
16   PNM.
17       Q.   At PNM.  Can we see Exhibit 826, please?
18            Mr. Lujan, do you recognize Exhibit 826 as
19   an aerial view of the Penitentiary of New Mexico in
20   Santa Fe?  It's there to the left on your screen in
21   front of you, a little easier view for you.
22       A.   Yeah, I recognize the whole area there.
23       Q.   And Exhibit 827, please.
24            Do you recognize this as the PNM South
25   facility?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, sir.  It's been a while since I've

2   been there.  But yeah, that pretty much looks like

3   it.  Because the reason I know these facilities is

4   because not only did I do time there, I was also a

5   trustee, and I used to go do the grass, mow the

6   lawns, and all that stuff.  And I was on -- I used

7   to be on the highway crew.

8        Q.   And is this the South facility where you

9   were brought into the gang and earned your bones?

10       A.   Yes, sir.

11       Q.   You said Ruben Hinojos was asking for your

12  help to hit someone.  What does a hit mean?

13       A.   That means you've got to go either stick

14  them or, kind of, pretty much, just -- hit means to

15  pretty much take them out, to kill them.

16       Q.   What do you mean by "stick"?  Stab them?

17       A.   Yeah.

18       Q.   Who is Ruben Hinojos?

19       A.   He's -- at the time he was pretty -- he

20  had a little bit of pull within the SNM Gang.

21       Q.   So he was an SNM member?

22       A.   Yeah.

23       Q.   And what happened?

24       A.   Well, prior, we were in the yard, Mario

25  Montoya had asked me to help him do a hit, and we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   were both -- it was just me and Ruben living in that
2   pod at the time.  And Mario trusted me to help Ruben
3   Hinojos out.  So what we did is, at the time -- in
4   those days, we'd call it suiting up.  And suiting up
5   means putting on your beanie, putting on your
6   gloves, your jacket, everything, everything, and
7   going in there.  And if you had a shank to stick
8   him, or if you didn't have a shank -- which I didn't
9   have a shank at the time -- I jumped up on the bunk
10  and started pounding on the guy while Ruben was
11  sticking him, stabbing him.
12       Q.   So why was this particular inmate singled
13  out to be hit?
14       A.   Apparently he owed money, I guess, for a
15  heroin transaction.  And when we walked into the
16  cell, Ruben told him right away -- Ruben told him
17  right away that -- because he had a real nice ring
18  that had -- that would turn, like, the rainbow
19  colors, almost like, and it was a real nice ring.
20  So he told him just to give up the ring, and when he
21  paid his bill he would get his ring back.  And the
22  guy pretty much said to Ruben, "Do what you got to
23  do."
24            And at that time, that's when I had
25  already jumped on the bunk and started just pounding
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  on him, and Ruben started stabbing him.

2       Q.   And were you caught immediately?  Did COs

3  see what you were doing and catch you immediately

4  after that?

5       A.   No.  We weren't caught right away or

6  nothing.  It was, like, I guess, maybe six hours had

7  passed already, because they found him.  He was

8  already, from what I understand, he was pretty much

9  drowning in his own blood.

10       Q.   Were you then, afterwards, moved up to the

11  North facility at PNM?

12       A.   Yes, sir.

13       Q.   Before joining the SNM, were you a member

14  of a street gang?

15       A.   Yes, sir.

16       Q.   Which gang?

17       A.   Happy Valley.

18       Q.   Where is that?

19       A.   That's right there in the South Valley of

20  Albuquerque.  It's right there off Riverside and La

21  Vega.  It's right -- there's where it all started

22  and stuff, you know?

23            THE COURT:  Mr. Beck, would this be a good

24  time for us to take some sort of break?

25            MR. BECK:  Fine, Your Honor.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Let me poll the
 2   jury.  Do y'all want to take a 15-minute break and
 3   come back and work through the lunch hour and take a
 4   late lunch, or take your lunch break now?  How many
 5   want to do the first, take a late lunch?  Looks like
 6   about everybody.
 7              Does that work for the counsel and the
 8   parties?
 9              MR. BECK:  That's fine.
10              THE COURT:  So we'll be in recess for
11   about 15 minutes and come back in and work through
12   the lunch hour.
13              (The jury left the courtroom.)
14              THE COURT:  All right.  We'll be in recess
15   for about 15 minutes.
16              (The Court stood in recess.)
17              THE COURT:  All right. I think we have
18   attorneys for everybody.  Everybody is back in the
19   room.  Is there anything we need to discuss before
20   we bring the jury in?  Mr. Beck?
21              MR. BECK:  No, Your Honor.
22              THE COURT:  How about you, Mr. Castle?
23              MR. CASTLE:  Your Honor, I filed a motion
24   in limine just a few minutes ago about any more
25   inferences that my client had a hit out on Gerald
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   Archuleta.  We've reviewed the discovery.  There's
2   no personal knowledge of any of that.  There's some
3   rumors.  I think the Court already ruled in the
4   James hearings that hearsay statements, at least one
5   they offered, wasn't admissible.  It's not listed as
6   a bad act or even res gestae.
7              THE COURT:  All right.  Are y'all going to
8   attempt to bring out of any those statements,
9   Mr. Beck?  How about with Mr. Lujan?
10             MR. CASTLE:  I should have asked earlier.
11             MR. BECK:  Yeah, I --
12             THE COURT:  Why don't you approach?
13             MR. COOPER:  Let's approach.
14             THE COURT:  Why don't you approach before
15  you do, and that will give me a few -- I'll try to
16  get a copy of the motion and look at it.
17             All right.  Ready to go?
18                 (The jury entered the courtroom.)
19             THE COURT:  All right.  Everyone be
20  seated.
21             Mr. Lujan, I'll remind you you're still
22  under oath.
23             THE WITNESS:  Yes.
24             THE COURT:  Mr. Beck, if you wish to
25  continue your direct examination of Mr. Lujan, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   may do so at this time.

 2           MR. BECK:  Thank you, Your Honor.

 3           THE COURT:  Mr. Beck.

 4   BY MR. BECK:

 5       Q.   Mr. Lujan, when you were brought into the

 6   SNM in 1993, can you tell the jury a little bit

 7   about the structure?

 8       A.   At that time at the South facility, it was

 9   Ramon Clark, Billy Garcia, Julian Romero, and

10   Dan Dan Sanchez, the older Dan Dan Sanchez, that

11   were pretty much running the show there at the South

12   facility.  And when -- the structure was:  Pretty

13   much everybody was getting high, doing a lot of

14   heroin at the time, and anytime heroin was coming

15   into the facility, no matter who was bringing it in,

16   SNM was going to get a part of it.

17       Q.   Okay, and --

18       A.   And most of the time it was Ramon Clark,

19   Billy Garcia, and Julian Romero that were taking an

20   issue -- a part of that.

21       Q.   Let me ask you a few things there.  So I

22   think you talked about Ramon Clark, Billy Garcia,

23   and Julian Romero.  Was there a jefe or an overall

24   leader of the gang?

25       A.   At that time, they were pretty much all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   equal.  But I think Ramon Clark is the one that had

2   a little bit more pull than anybody there.

3        Q.   How about -- have you heard the name Angel

4   Munoz?

5        A.   Yeah, Angel Munoz was the jefe at that

6   time.  He was the one running the whole show.

7        Q.   So you talked about the leaders at the

8   South facility where you were.  The jefe -- is that

9   the overall leader of the entire SNM Gang?

10       A.   Yes, sir.

11       Q.   Does each facility, then, each different

12  prison, have leaders within that prison?

13       A.   Yes, sir.  Whoever has the keys, the

14  llaves there at the time at that facility, that's

15  pretty much who's running the show.

16       Q.   What are some of the rules of the SNM

17  prison gang?

18       A.   A lot of rules are -- the biggest one is

19  what I'm doing right now, is:  You don't snitch.

20  You know, that's the biggest one.  And --

21       Q.   What happens if you violate that rule?

22       A.   You're going to get hit.  You're either

23  going to get stabbed or get killed.

24       Q.   What's another rule of the SNM Gang?

25       A.   Some of the other rules is:  You don't go

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   without -- you don't go without the structure of the
 2   SNM unless you get permission from somebody higher
 3   up to do something.  If you do something without
 4   permission, then that's another reason for you to
 5   get hit.  And a lot of times -- sometimes you --
 6   depending on what you did wrong, you could either
 7   just get a violation -- and a violation is that you
 8   would just get beat up, you know, a couple of guys
 9   would beat you up.  And after that, it's done and
10   over with; it's over, you know?
11        Q.   I want to talk about a few things you said
12   there.  You talked about you don't do anything
13   without going higher up.  I guess, have you heard
14   the term "put in work" for the SNM?
15        A.   Yeah, you got to put in work for the SNM.
16   If you don't put in work, nobody is going to show
17   you any kind of respect.
18        Q.   Okay.  So when you're putting in work for
19   the SNM, is that what you were talking about, about
20   getting approval from the top?  How does that system
21   work?
22        A.   When you put in work, usually it's from
23   the higher tops, somebody from the higher top
24   actually to do something, and you don't do it, well,
25   then, that's considered a violation; or not taking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what he says.  If you go -- if you go and do it on

2  your own, that's a no-no.  That's a big no-no.

3      Q.   You talked about violations.  Are there

4  different levels of violations for things that

5  happen within the SNM?

6      A.   It just depends.  Like I said, if you're

7  not cooperating, you're not listening to what the

8  higher-ups are saying, it just depends.  You know,

9  the violation is either going to be beat up or

10  they're going to -- they'll stick you, you know.  Or

11  sometimes, too, there's PC.  They'll tell you you've

12  got to get off the yard, you know.

13      Q.   What does PC mean?

14      A.   Protective custody.

15      Q.   So you talked about someone telling you to

16  get off the yard.  How does that interact with PC?

17      A.   They're going to tell you to check it in.

18  When they tell you "check it in," they're telling

19  you to go into protective custody.

20      Q.   What are some of the rules of membership

21  for the SNM?

22      A.   Some of the rules are:  You've got to sit

23  there and, you know, you've got -- if you're getting

24  heroin, if you're getting heroin within the S, no

25  matter if you're a carnal or what, you've got to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  help out the brothers; you've got to sit there --

2  and some brothers are greedy, and they don't want to

3  help other brothers out.  But you know, that's part

4  of it.  Part of it is, if one brother wants to go do

5  a hit and he asks permission from the jefe, from who

6  is calling the shots, and he actually will go give

7  him esquina, well, then, you're supposed to go help

8  that brother out, and make sure that nobody is going

9  to overpower him when you're doing that hit.

10      Q.   What do you mean by give esquina to

11  somebody?

12      A.   That means to give him help when he's

13  going to go do a hit.

14      Q.   I want to talk to you about drugs in the

15  SNM.  I think you touched on this.  What happens

16  when heroin is brought into a pod of SNM members?

17      A.   Most of the time, if heroin is coming in,

18  you sit there and you help out, you help each other

19  out, and stuff like that.  For example, I don't know

20  if I can say it, but let's go to Chris Garcia.  A

21  lot of times, other brothers were protecting him

22  when he would bring in heroin.  So that way, nobody

23  would go in there and bulldog them.  Bulldogging is

24  where you go and overpower and take a portion away

25  from him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Let me ask you about that.  Does the SNM,

2  in your words, bulldog non-SNM members if they have

3  drugs inside the prison?

4    A.   Yes, sir.  I've done it myself.

5    Q.   What happens now if an SNM member brings

6  in heroin into the pod?  Where is he expected to

7  distribute that?

8    A.   Within the brothers, within the structure

9  of the SNMers.  You know, he pretty much -- if he

10  hits 3 or 4, well, he's going to sit there and give

11  every brother that's in that pod -- they're going to

12  get a shot.

13    Q.   In your experience, can someone become an

14  SNM member without putting in work or stabbing

15  someone if they bring in drugs?

16    A.   Yes, sir.

17    Q.   How did you feel about that when you were

18  in the SNM?

19    A.   Me, I didn't really respect it, you know,

20  because me, I'm from the old school of the SNMers.

21  And when you come in back in the old days, you had

22  to hit somebody; you had to earn your bones, you

23  know.  And bringing in heroin, I didn't respect it,

24  because that wasn't earning your bones.

25    Q.   What happens if an SNM member is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                      1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  disrespected in prison, or outside the prison?

2  What's happens if an SNM member is disrespected?

3  What's expected?

4       A.   Well, it depends on who is disrespecting

5  him.  If it's somebody without -- within the

6  organization, well, they'll either tell you to take

7  it into the cell and get it on with each other, and

8  that means fight it out with each other.  Or if it's

9  without the structure, not in the structure of the

10  SNM, well, then if somebody disrespects you, you're

11  either going to stick him or beat him up or -- you

12  know, a lot of times, you know, the SNM at that

13  time -- you know, even probably now, if it's still

14  running or whatever, if somebody disrespects,

15  they're going to leave in a gurney.

16       Q.   And is that incumbent upon all of the SNM,

17  or is it just the person who is disrespecting?

18       A.   It's the person that disrespects.

19       Q.   And what happens if the person who is

20  disrespected can't get to the person who

21  disrespected the S?

22       A.   Then somebody within the SNM is going to

23  try and get to them, or somebody that wants to get

24  back in the good graces of SNM will try to get to

25  them.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Does the SNM have any symbolism?

2    A.   Yeah, there's a lot of symbolisms.  There

3 is charra.  There is the knight and the dagger with

4 the snake.  There is the zia symbol with the S in

5 it.  There is just putting SNM on you.  There's a

6 bunch of different ways of doing it.

7    Q.   What is a charra tattoo?

8    A.   It's a Mexican lady.  It's a Mexican lady.

9    Q.   You talked about the zia symbol with an S

10 on it.  Do you have the tattoo of the zia with an S

11 on it?

12    A.   No, sir.

13    Q.   Why not?

14    A.   I've never put it on me.  I got the

15 Mexican lady on me.  And a lot of the older guys,

16 that's what they have, and that symbolizes it.  A

17 lot of the youngsters don't know what that means,

18 but a lot of the old guys from the old Main and

19 stuff, the Santa Fe Main, that's what they put on

20 them, you know.

21    Q.   When an SNM member hits the streets, gets

22 out of prison, what's expected of that SNM member?

23    A.   Well, when you get out on the streets,

24 you're expected to make sure that the structure is

25 out there bringing in the drugs, making sure that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the carnals that are in the penitentiary -- if

2  they've got old ladies, girlfriends out or wives out

3  on the streets, that they're bringing in the drugs

4  and they're making sure that all that's going down.

5  Or if there is a rival gang, they're making sure

6  that that rival gang is paying what they have to

7  pay, their dues.

8       Q.   Have you ever sold drugs on the street for

9  the SNM?

10      A.   I sold a little bit of heroin, a little

11 bit of shards, meth.

12      Q.   Where did you get those when you got to

13 the streets?

14      A.   At the time, me and Mario Montoya, we

15 would get them from a girl -- her -- I think her

16 name was Patricia.  Her connection was with Mexicans

17 and stuff, and she was Mexican.  And that was our

18 connection.  And a lot of times we would go with

19 her, and we were her pistoleros.  And what that

20 means is, anytime that she would go pick up for

21 anybody, we'd go with her, and I'd be carrying a

22 .38, and Mario Montoya would be carrying a .40

23 Glock.  So we were the ones that would look out for

24 her, to make sure that she got her stuff.  And once

25 she got her stuff, we got our issue out of that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Is Mario Montoya also an SNM member?

2    A.    Yes, sir.

3    Q.    Did you ever get drugs from Christopher

4 Garcia when you went out?

5    A.    Yes, sir.

6    Q.    And did you then sell those drugs?

7    A.    Yes, sir.

8    Q.    You talked about earlier earning your

9 bones, assaulting Joe Kinney in 1993.  Did you

10 participate in an SNM hit at the MDC after that?

11    A.    Yes, sir.

12    Q.    And what is the MDC?

13    A.    MDC is the Metropolitan Detention Center

14 in Albuquerque.

15    Q.    Who did you hit?

16    A.    I hit an LC member, rival gang, and I hit

17 another rival gang out of Texas, from the Texas

18 syndicate.

19    Q.    Let me ask you, the LC -- is that Los

20 Carnales, which was a rival gang of the SNM over the

21 years?

22    A.    Yes, sir.

23    Q.    Were you ordered by someone in the SNM to

24 hit that LC member?

25    A.    At that time, no, I was -- somebody had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    let me know that he was an LCer member, so that's

2    why I hit him, because at that time, it was -- we

3    were going to war with them; we were at war with

4    them.

5         Q.   So is that what you might call an

6    automatic green light?

7         A.   Yeah, it's an automatic green light.

8         Q.   So being an SNM member, is that why you

9    hit the rival gang member?

10        A.   Yes, sir.

11        Q.   And you talked about, later on, I think,

12   hitting someone who was from the Texas syndicate?

13        A.   Yes, sir.  That was Pepe.  I hit him -- I

14   called him to the back of the pod, and I hit him

15   with the bottom of the broom.  And I think I -- he

16   had, like, 300-something stitches.  I --

17        Q.   Why did you assault him?

18        A.   Because he was a rival gang from Texas.

19        Q.   How did you know that?

20        A.   The reason I knew that is because he had a

21   big old tattoo right here.  He had a T and an S.

22   That was the dead giveaway.

23        Q.   Was the Texas Syndicate also a rival gang

24   of the Syndicato de Nuevo Mexico?

25        A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    In 1998, did you commit a murder for the

2    SNM?

3       A.    Yes, sir.

4       Q.    Who did you murder?

5       A.    I murdered Animal, and I think it's Felix

6    Martinez.

7       Q.    Where did that take place?

8       A.    That took place at the old BCDC.  That's

9    the Bernalillo County Detention Center.

10      Q.    Who ordered this murder?

11      A.    At the time, it was Angel Munoz that

12   ordered the murder.

13      Q.    Was he the jefe at the time?

14      A.    Yes, sir.

15      Q.    And who assisted you in this?

16      A.    It was me and Freddie Munoz and Manuel

17   Benito.

18      Q.    Do Frederico Munoz and Manuel Benito go by

19   any other names?

20      A.    Freddie Munoz goes by Playboy, and Manuel

21   Benito goes by Panther.

22      Q.    What happened?

23      A.    You want me to explain the whole thing

24   that happened?  Okay.

25      Q.    Start from the beginning, how you got

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    together with Mr. Munoz and --

2         A.   Prior -- we were there at the Bernalillo

3    County Detention Center.  It was overflow, so they

4    moved us to Milan, over there in Grants.  And while

5    we were there, Angel Munoz was there.  And at that

6    time, we already knew that he was the one who was

7    calling the shots for the whole thing.  Juan Baca is

8    the one that gave him the keys, that gave him the

9    whole show, because Juan Baca walked away, you know.

10        Q.   So when you encountered Angel Munoz in

11   Grants, what happened?

12        A.   Playboy had talked to him.  We talked to

13   him through the window, and everything, and he had

14   ordered Playboy to hit Felix Martinez.  And at the

15   time, I was right there with him, so we ended up

16   getting the same order.

17             Playboy told me that he wants me to help

18   him do this.  And then we talked with Panther, and

19   we all three talked about it, and this and that, in

20   the yard and everything, because we were all

21   together there.

22             Angel Munoz was in a different part, so

23   that's why we talked to him through the window.  And

24   so we got the order.  And it just so happened that

25   we went back to Bernalillo County Detention Center

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and they put us in 2 North.  And we were in 2 North,

2   and I think it was B pod, if I'm correct.  So we

3   were there housed in B pod, and --

4        Q.   What happened when you were housed in 2

5   North, B pod at BCDC?

6        A.   We started talking about hitting him,

7   because at the time we were getting high with him

8   with heroin, and he had tobacco and everything, and

9   we were smoking tobacco and stuff with him, and

10  doing shots of heroin, and this and that.

11       Q.   So you and Mr. Munoz, Mr. Benito, and

12  Felix Martinez were all doing heroin and tobacco

13  together?

14       A.   Yes, sir.  And so me, Freddie, and Manuel

15  Benito -- we talked in the cell about how we were

16  going to do it, and everything.  And me and

17  Manuel -- me and Frederico Munoz sat there, and

18  Frederico Munoz said that he would put the noose

19  around the guy's neck, and everything, have the rope

20  ready and everything.  And because I used to wrestle

21  and stuff in high school and stuff, I told him that

22  I would grab him and everything, and bring him down

23  and stuff.  And we told Manuel Benito, we told him

24  to just be the doorman, you know.

25       Q.   And what is the doorman?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That's to keep watch, to just be at the
 2   cell door and make sure nobody is going to come in;
 3   and just keep watch, you know.  So we decided to go
 4   in there, and we go and we sit -- we go inside his
 5   cell and we ask him to roll tobacco, a frajo, a
 6   cigarette --
 7        Q.   What time of the day was it when you went
 8   into Mr. Martinez' cell?
 9        A.   This had to have been --
10        Q.   If you remember.
11        A.   TV time.  It had to have been a little bit
12   before evening.
13        Q.   And then what happened when you all went
14   into Mr. Martinez' cell?
15        A.   We went in, and Freddie Munoz sat on the
16   edge of the bunk.  I sat on the windowsill.  And if
17   I remember correctly, Manuel Benito was standing on
18   the wall, right there by the door.  And I was
19   reading a book, I was reading a magazine, and
20   Frederico Munoz turns at me and he goes like this,
21   and I do the same thing to him.  And once we did
22   that, we both jumped, and I grabbed Felix Martinez
23   at the waist --
24             MR. SINDEL:  Could we have this narrative
25   interrupted by a question or so?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Well, do Q and A.  But I don't
2    think it's been too bad.  But let's do a little more
3    Q and A.
4              Let Mr. Beck ask another question here.
5              MR. BECK:  Sure.
6    BY MR. BECK:
7        Q.   Mr. Lujan, what happened when Mr. Munoz
8    nodded at you and you nodded him?  What happened
9    next?
10        A.   We both jumped at the same time, and I
11   grabbed Animal from the waist.  And at the same
12   time, Frederico Munoz put the rope around -- the
13   rope was made out of a sheet -- put the rope around
14   his throat, his neck, and I brought him down.  And
15   at the same time, he's holding him and squeezing and
16   holding the rope.  And I'm holding him, and he puts
17   his hands up and -- puts his hands up.  I had to let
18   him go.  So I grabbed his hands.  And I'm not sure
19   if I broke his fingers, or anything, but he let go
20   right away of the rope, so Frederico Munoz could get
21   the noose around real tight.
22        Q.   What happened, then, when Mr. Munoz put
23   the rope around his neck?
24        A.   Well, I went back down to grab, to hold
25   onto him, and Freddie Frederico Munoz was holding on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   tight.  And Freddie Munoz started, he tells him,
 2   "Viva Sindicato," and spits on him -- I think he
 3   spit on him.  And he's holding that rope real tight.
 4   And I'm holding onto him.  At that time he's already
 5   urinating on me and everything.  But his legs are
 6   kicking.
 7           And Manuel Benito comes and holds his feet
 8   down.  And so he's -- his feces, piss, everything,
 9   came out and all that.  And Frederico Munoz says,
10   "My hands are hurting.  My hands are hurting."  And
11   I told him in Spanish, "Damélo," and that means give
12   me.  So I got it.  And I got the rope.  I got the
13   rope, and I tightened it, I think, two or three
14   knots to make sure that he wasn't -- that there was
15   no way that he would be able to get those knots
16   untied in time.
17       Q.   What happened after you tied the knots?
18       A.   After I tied the knots, Frederico Munoz,
19   Playboy, runs out, and Panther runs out -- Manuel
20   Benito -- they run out.  And they run out, I get
21   Felix -- I get Animal's legs, and I put him -- he
22   was already dead.  I already knew he was dead, you
23   know, because he stunk.  His eyes were bulging and
24   his tongue was sticking out.  And I put his feet,
25   his legs on the bunk.  I put the pillow over his
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

28

```
1   face.  And I took some of his hygiene, and I took
2   the little bit of tobacco.  And I think I checked
3   his shoes to see if his syringe and the heroin was
4   there.  And if I'm correct, I found both of them.
5   And I ran out and went into the cell.  And after
6   that, after --
7        Q.   Let me ask you, when did this happen?
8   What year?
9        A.   This was in 1998.
10       Q.   And after you killed Mr. Martinez in his
11  cell, were you found immediately by Corrections?
12  Were you apprehended immediately?
13       A.   No, sir.
14       Q.   What happened after you left the cell?
15       A.   We went into the cell and everything, and
16  I think I came out and I see Mark Lugo, and I told
17  him -- because he had been asking me for my Filas,
18  and they're brand-new Filas.  I told him, "Hey, you
19  want these Filas?"  I'm not sure if he took them.  I
20  think he did take them.  I gave them to him.  I
21  switched shoes with him and I put on his shoes, I
22  think.  So maybe about -- we went and we started
23  watching TV and everything, and we're sitting there
24  watching TV.
25       Q.   Let me stop you for one second.  When you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    say "Filas," were those your shoes?

2         A.   Yes.

3         Q.   After you gave Mr. Lugo your shoes, what

4    happened?

5         A.   After that, all three of us would go sit

6    there, and we're watching TV on the table and

7    everything.  And I think we were playing cards and

8    stuff.

9              And there was two black guys, a father and

10   a son.  And we got word that they were there for

11   rape or something like that; there were charges,

12   they had some bad charges.  And so everybody thought

13   that we were doing that to throw everybody off of

14   the killing.  But that wasn't what happened.  It

15   just so happened that we got word that those guys

16   had that -- them kind of charges, so we went to hit

17   them.  And we started fighting with them.  I went

18   and I grabbed, I think, the broom and everything.

19   And I pulled out a little shank that I had.  If I

20   remember correctly, Freddie Munoz pulled out a

21   shank.  Manuel Benito didn't have one.  And we were

22   going at them guys, but they took off running.  And

23   if I remember correctly, they took off running into

24   D pod, so we didn't get to get them.

25        Q.   How long after this incident and after

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Martinez was killed -- how long was it before

2  they discovered his body?

3      A.   It had to have been a good, I'd say, five,

4  six hours, maybe even longer than that.

5      Q.   Sure.  Did you ever rape Mark Lugo?

6      A.   No, I don't know where Mark Lugo came up

7  with that, but I never messed around like that.

8      Q.   What happened -- what's the rule in the

9  SNM?  You talked about the two black men.  What

10 happens if someone has a rape charge or a sexual

11 offense charge?

12     A.   That's a green light.

13     Q.   Is it an automatic green light, like a

14 rival gang member?

15     A.   It's an automatic green light.

16     Q.   After the Animal murder, before 2001, did

17 you hit another LC member?  Did you stab someone in

18 the neck?

19     A.   Yes -- no, that's the only LC member that

20 I stuck was the one in the neck.  I think I hit him

21 two or three times in the neck and I think four

22 times in the kidney area.

23     Q.   All right.  So is that the one we talked

24 about earlier?

25     A.   Yeah, that's the one we were talking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   earlier.
 2        Q.   Sorry about that.  Did you ever
 3   participate in an assault with an SNM member who
 4   told on another person?
 5        A.   Yes, sir.
 6        Q.   Tell us about that.
 7        A.   Apparently, me and Popeye and Low Down, we
 8   were all there in the west side.
 9        Q.   Are Popeye and Low Down SNM members?
10        A.   Yes, sir.  We were there in the west side
11   jail, the west side county jail in Albuquerque, and
12   we were living in C pod.  And we were sitting there
13   talking.  And Arturo -- not Arturo Garcia, but
14   Arturo, he was a Cuban, but he was an SNM member.
15   He's the one that ratted on Frank Frost and David,
16   Chaparro's brother, for -- I don't know what it was,
17   but he ratted.
18        Q.   Are Frank Frost and Chaparro's brother SNM
19   members?
20        A.   Yes, sir.  He had ratted on them and
21   everything.  So he didn't -- he was up there on his
22   bunk, on the top bunk.  And I know you guys are
23   going to probably think this is hilarious, right,
24   but I grabbed the bottom of the broom and you know,
25   because I got -- I don't know why, the bottom of the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    broom, I guess the bottom of the broom is pretty

2    thick, and if you hit somebody, you're going to hurt

3    them, you know.

4              I grabbed the bottom of the broom, and me

5    and Popeye walked over there, and I just started

6    hitting the guy.  And he fell off the top bunk, and

7    when he fell off the top bunk, that's when Popeye

8    started just pounding on him.  And they had to come

9    in and get him and everything with a stretcher and

10   everything.  They took him out on a stretcher and

11   everything, you know.  He was beat up pretty bad.

12        Q.   We talked about respect in the SNM.  Do

13   SNM members -- in your opinion, does the SNM recruit

14   members who are strong or look strong?

15        A.   Pretty much strong.

16        Q.   Is that an important factor from the SNM

17   perspective?

18        A.   You've got to be a person that is down to

19   do anything; and you know, if you have to do it,

20   you've got to do it.

21        Q.   Is there a time in which you were involved

22   in a situation in which an SNM person or a person

23   who became an SNM member wasn't representing strong

24   and you went and talked to that person about it?

25        A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Q.   Tell us about that.

2          A.   That was Scotty -- I forget his last name;

3    he was from right here, from Cruces.  We were all

4    living in the same pod.  They had just recruited

5    him, brought him in and everything.  But prior to

6    that, we all used to go into one cell -- there would

7    be like ten of us, and we'd all go into that cell

8    and have a free-for-all, and we'd all start punching

9    on each other, and this and that.  And everyone

10   would start spanking him with hangers, and putting

11   pencils in the crack of his butt, and messing around

12   like that.

13          And finally, I just got mad and I told

14   him, "Look, dude.  You're SNM now.  You've got to

15   start representing like you're SNM, man.  You can't

16   let these guys be doing stuff like that.  You've got

17   to stand up to them."

18          And he did.  He started standing up to

19   everybody, and -- you know?

20          Q.   And why were you worried about him not

21   looking strong?

22          A.   Because if he's representing SNM and he's

23   not strong and he's letting people punk him and push

24   him around and everything, then everybody is going

25   to do that to him, and he's just making SNM look

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    bad.

2         Q.   Mr. Lujan, I want to talk to you about

3    some health issues that you've had.  I understand

4    that you've got some physical health problems.  Do

5    you also have mental health problems in your

6    history?

7         A.   Yes, sir.

8         Q.   And what are some of the diagnoses?

9         A.   I suffer from PTSD from when I got shot.

10   I got shot five times at one time in a drive-by.

11   When I hear popping, any kind of popping or slamming

12   or something, I'll jerk; stuff like that.  Sometimes

13   I'll have nightmares.  And I got anger issues, but

14   I've never been diagnosed with bipolar or nothing

15   like that.

16        Q.   Have you been diagnosed with intermittent

17   explosive disorder?

18        A.   Yes, sir.

19        Q.   How about antisocial personality disorder?

20        A.   No, not that I'm aware of.

21        Q.   Have you ever been diagnosed with

22   schizophrenia?

23        A.   No.

24        Q.   Do you have any problems with your memory?

25        A.   No, sir.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   I'm going to show you Exhibit 95 at Bates
 2   No. 8573.  Mr. Lujan, this is your penitentiary
 3   pack.  Have you ever seen a penitentiary pack
 4   before?
 5        A.   No.
 6        Q.   Is that your name and your New Mexico
 7   Corrections Department inmate number?
 8        A.   Yes, sir.
 9        Q.   I'm going to take you to, as I said, Bates
10   8537.  Do you recognize this as a judgment,
11   sentence, and commitment from 2007 for second-degree
12   murder?
13        A.   Yes, sir.
14        Q.   Was this for the murder of Felix Martinez,
15   or Animal, that we talked about earlier?
16        A.   Yes, sir.  Yeah, that's it.
17        Q.   And were you sentenced to 15 years'
18   incarceration for that?
19        A.   Yes, sir.
20        Q.   I'll take you to Bates No. 8534.  Do you
21   recognize this as a judgment and sentence for a
22   probation violation?
23        A.   Yes, sir, I remember that.
24        Q.   And this probation violation, this
25   judgment and sentence, you pled guilty at around the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   same time that you pled guilty to the Animal murder;

2   right?

3        A.   Yes, sir.  When I pled guilty, I think

4   they gave me later habitual.

5        Q.   So the sentence for this probation

6   violation ran concurrent to the time for the Animal

7   murder; is that right?

8        A.   Yes, sir.

9        Q.   And then Bates No. 8531.  Do you recognize

10  this as your judgment, partially suspended sentence,

11  and commitment from 1999 for larceny with a firearm?

12       A.   Yes, sir.

13       Q.   For this guilty plea for larceny with the

14  firearm, were you sentenced to nine and a half years

15  with 18 months suspended for an eight-year sentence?

16       A.   Yes.

17       Q.   Then Bates No. 8529, please.  Do you

18  recognize this as a judgment and sentencing

19  commitment from 1993 for unlawful taking of a motor

20  vehicle?

21       A.   Yes, sir.

22       Q.   And were you sentenced to one year and 18

23  months with 18 months' suspension for a one-year

24  sentence?

25       A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Then Bates No. 8527.  Do you recognize

2  this as a judgment, partially suspended sentence and

3  commitment from 1992 for conspiracy to commit

4  residential burglary?

5       A.    Yes, sir.

6       Q.    And were you sentenced in this case to 18

7  months plus one year as a habitual offender; one

8  year was suspended, for a total sentence of 18

9  months?

10      A.    Yes, sir.

11      Q.    And then Bates No. 8525, please.  Do you

12 recognize this as a judgment and sentence from 1992

13 for attempted residential burglary?

14      A.    Yes, sir.

15      Q.    And when you pled guilty to that, were you

16 sentenced to 18 months' incarceration?

17      A.    Yes, sir.

18      Q.    I want to talk to you about agreeing to

19 cooperate with law enforcement.  When was the first

20 time that you stepped away from the SNM, sort of,

21 and agreed to cooperate with law enforcement?

22      A.    This was in 2007.

23      Q.    In 2007, were you aware that Frederico

24 Munoz or someone was cooperating with law

25 enforcement regarding the Animal, Felix Martinez,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 murder?

2     A.   Yes, sir.

3     Q.   Was that one of the reasons that you

4 decided to come forward and talk about the Animal

5 murder?

6     A.   No, no.  It wasn't because of that.

7     Q.   Why was it you decided to walk away and

8 cooperate?

9     A.   I just -- at the time, I started getting

10 sick and everything, and I was real, real sick, and

11 I just felt that people were stabbing me in the

12 back, you know, left and right.

13     Q.   Why did you feel that way?

14     A.   For one, me and Gerald Archuleta had a big

15 old falling-out, and that's when me and Billy Garcia

16 got real close.  We got closer than what we were,

17 and then at the time --

18     Q.   Let me ask you:  Gerald Archuleta -- is he

19 also known as Styx?

20     A.   Yes, sir.

21     Q.   All right.  And Billy Garcia -- do you see

22 him in the courtroom today?

23     A.   Yes, sir.

24     Q.   What is he wearing?

25     A.   He's right there with the purple or blue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    shirt.

2              MR. BECK:  Let the record reflect that

3    Mr. Lujan identified the defendant Billy Garcia.

4              THE COURT:  The record will so reflect.

5    BY MR. BECK:

6         Q.   So you talked about you started to get

7    close to Mr. Garcia.  What happened?

8         A.   We started getting real, real close.  And

9    at the time when all this had happened, I was in the

10   county jail with Billy Garcia.  And prior to me

11   getting -- the detective coming and charging me,

12   prior to that, me and Billy Garcia were real, real

13   close.  And I was apparently -- apparently, I was

14   his right-hand man and everything.  And, well, we

15   were there in Seg 3 at MDC, and while we were there,

16   Billy Garcia was calling the shots, you know.  And

17   Boxer, Ruben --

18        Q.   Let me ask you a couple of questions

19   before we get there.  Seg 3 at MDC -- is that

20   another pod in the Metropolitan Detention Center?

21        A.   Yes, sir.

22        Q.   By Billy Garcia calling the shots, what do

23   you mean, calling the shots?

24        A.   He was running the show.  He was

25   controlling everything.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   You talked earlier about a key-holder or
 2 the llaves at a facility.  Is that what you mean by
 3 Billy Garcia calling the shots?
 4      A.   Yes.
 5      Q.   What happened at MDC when Billy Garcia was
 6 calling the shots?
 7      A.   When we were there, we were in Seg 3, and
 8 everybody was with Billy running with -- I mean, we
 9 were all together right there.  But everybody was
10 over there, "Amore, amore," telling us love, "We
11 love you, we love you," me and Billy Garcia and
12 Boxer, you know.  So us three, we thought we were
13 tight, tight.  And me and Billy lived right next to
14 each other, and everything, on the top tier and --
15      Q.   Let me ask you, when you say, "Amore,
16 amore," is that a sign of respect within the SNM?
17      A.   Yes, when you tell a brother "Amore,"
18 you're telling him "I've got love for you," you
19 know.
20      Q.   And in Seg 3 of MDC, Boxer and others --
21 were they SNM members?
22      A.   Yes.  I'd say there was like about maybe
23 20 of us there at the time.
24      Q.   "Twenty of us," 20 SNM members?
25      A.   Twenty SNMers.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And why were you at MDC?  Were you going
 2   back and forth to court?
 3        A.   Yes, sir.
 4        Q.   Why were you going to court?
 5        A.   At the time I was going to court in
 6   McKinley County, I think it was.  And they took me
 7   back and forth.  It was in Cibola County.  It was
 8   one of those counties that I was going back and
 9   forth.
10        Q.   And what happened --
11             MR. SINDEL:  Excuse me.  Could we have a
12   timeframe on this, please?  I'm not sure I heard
13   that.
14             THE COURT:  Do you mind getting one?
15             MR. BECK:  Oh, sure.
16   BY MR. BECK:
17        Q.   Was this in the 2007, 2008 time period?
18        A.   This was 2007.
19        Q.   All right.  So when you were in 2007 at
20   MDC with Billy Garcia and they were showing you
21   love, what happened?
22        A.   We were there, and everybody was telling
23   Billy and me and Boxer that they've got nothing but
24   love for us and they're riding with us.  And when
25   they say they're riding with us, that means they're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

42

1  down for us, they're down to do whatever we ask

2  them.  And if Billy sits there and orders something,

3  they're going to do it, you know.  And if not,

4  something is going to happen, you know.

5           So we're there and everything, and

6  everything is going good.  And Gerald Archuleta

7  drives up.  He was in detox for three days, and he

8  drives up to Seg 3.  And when he comes up, they put

9  him upstairs with us.  And he goes to his cell, and

10 then walks to the phone, and when he walks to the

11 phone, he can't get through.  So he comes to my

12 cell.

13     Q.   What does he say to you when he comes to

14 your cell?

15     A.   He comes to my cell and he asks me for a

16 pen.  And when he asks me for a pen, I told him, you

17 know what, like this -- excuse my language and

18 everything, I told him, "What's this shit?"  I said

19 that, "I hear you put a green light on me."  And

20 that means a hit, you know.

21           And he tells me, "No, no, no, I didn't do

22 it."

23           And I told him, I said, "What's this shit

24 that you put that green light on Popeye?"  They gave

25 Popeye a hotshot, you know?


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              So he denies it, and he says, "No, no."
 2              And I told him, "I ain't got nothing for
 3    you."
 4              MR. CASTLE:  Objection, Your Honor,
 5    hearsay.
 6              THE COURT:  Hold on.  I think we're
 7    getting into hearsay.  Sustained.
 8              MR. BECK:  Sure, Your Honor.
 9    BY MR. BECK:
10        Q.   So after Gerald Archuleta, Styx, comes to
11    your cell, what does he do then?
12        A.   He leaves my cell and goes straight to
13    Billy Garcia's cell, and Billy tells him right away,
14    "Get the fuck out of here."
15        Q.   Without telling us what he said --
16        A.   Excuse my language, but that's exactly
17    what he said.
18        Q.   That's all right.  Did he say it in an
19    excited tone of voice?
20        A.   No, like anger; like right there at the
21    cusp of anger.
22        Q.   And so after that exchange with
23    Mr. Archuleta and Mr. Garcia, what happened?
24        A.   A little after that, I get out.  I think I
25    bond out, or I get out on the 30-day rule on one
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   ruling, some kind of ruling, or I bond out.  I get

2   out and I'm out for, I think, 45 days.  And that's

3   what that did -- if I'm correct, it was going back

4   and forth to Cibola County.  Because my mother is

5   the one that bonded me out.  And I was at Cibola

6   County.

7            I get out, and I'm only out 45 days, and I

8   get arrested, and I go back to the county jail, to

9   MDC.  And when I go back this time, I go back, but

10  they put me in Seg 4.

11       Q.   Who was with you in Seg 4?

12       A.   If I remember correctly, Speedy was there,

13  John Martinez.

14       Q.   Were these other SNM members?

15       A.   Yes, sir.

16       Q.   All right.  And what happens when you're

17  locked back up in Seg 4?

18       A.   I'm there in Seg 4.  And then all of a

19  sudden, I think maybe about three or four days after

20  I'm in Seg 4, Billy Garcia -- they move him into Seg

21  4, but they don't put him on the tiers with us.

22  They put him on the long tier, on the long top tier.

23       Q.   So Seg 4 -- this is still another tier?

24       A.   Yeah, it's another pod.

25       Q.   Hold on one second, Mr. Lujan.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Sorry.  I get all --
2        Q.    Is Seg 4 -- is this another tier within
3   the Metropolitan Detention Center?
4        A.    Yes, sir.
5        Q.    And so after they put Mr. Garcia in the
6   cell up there in Seg 4, what happens?
7        A.    They bring him in and they put him up on
8   the top tier.  And I'd say about ten minutes later I
9   get a kite, which means a note.  I get a note, and
10  in the note, in the kite, it says that Billy -- it
11  says Wild Bill --
12       Q.    Hold on one second.  Is this kite or
13  letter -- is that a small note that you get within
14  the prison?
15       A.    Yeah, and it came from Seg 3 into Seg 4
16  through the door that separates the pods.
17       Q.    All right.  And based on what was in this
18  letter or this kite, did you then afterwards talk to
19  Mr. Garcia about it?
20       A.    No.  I told everybody --
21       Q.    Don't tell us what was in the kite.  But
22  what happened after you received the kite?
23       A.    I told all the other brothers that were
24  there on the two short tiers to treat him the same
25  because we don't know what's really going on,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   because --
 2        Q.   You told them to treat Mr. Garcia the
 3   same?
 4        A.   Yeah, to treat him the same, because we
 5   don't know what's going on.
 6        Q.   All right.  And then we started this off
 7   by you saying that you felt like you'd been thrown
 8   under the bus by some other brothers.  What
 9   happened?
10        A.   At that time, I was getting sick, and all
11   that and all that, and throwing up and everything,
12   and this and that.  But the detective that came,
13   that they were going to hit me with that charge of
14   first-degree premeditated capital murder and
15   stuff --
16        Q.   So while you were in Seg 4 at MDC, a
17   detective came and told you that they were looking
18   at you for murder; is that right?
19        A.   Yes, sir.
20        Q.   And what event was that based on?
21        A.   He said they had DNA on me.
22        Q.   For what murder?
23        A.   For the murder of Felix Martinez.
24        Q.   And then what happened?
25        A.   I go back and I tell -- I tell the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  viejo -- that's what I call him a lot of times --

2       Q.   That's what you call who?

3       A.   Billy Garcia.  Most of the time -- I broke

4  out of that habit because I'd been away from it for

5  so long.  I would refer to him as the viejo, and

6  that means old man.

7       Q.   So what happened after the detective came

8  and told you he was looking at you for murder?

9       A.   I told him they were indicting me, they're

10 hitting me with that murder, you know.  And right

11 away he starts telling me to take it to trial, you

12 know.  So I start going to court, and they keep

13 doing -- or they keep canceling the courts every

14 time I would go, you know, and I would go and I

15 would tell Wild Bill, I would tell the viejo -- I

16 would tell him, I would sit there and tell him,

17 "Hey, man, they want to hit me with this murder and

18 everything."

19            And by then I had already found out that

20 Freddie Munoz was going to give evidence -- put

21 state evidence against me.  And Billy just kept

22 telling me:  "Take it to court, take it to trial."

23            And I was, like, you know, why does this

24 guy keep telling me take it to trial?  And I'm

25 telling him this guy is over here going to testify

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   against me.

2         So by then, that's when I started feeling

3   that I thought that he was turning on me and, like,

4   stabbing me in the back, you know.  I was feeling

5   like, you know, what's up with this, you know.

6      Q.   Is it fair to say that you thought that

7   Mr. Munoz would provide damaging testimony against

8   you in that trial?

9      A.   Yes, sir.

10      Q.   And what happened after this discussion

11   with Mr. Garcia?

12      A.   After that, I had been asking Jason Ellis

13   from the STIU there at MDC -- I'd been asking Jason

14   Ellis to move me to Seg 3.  So he did.  He moved me

15   to Seg 3.  I go to Seg 3, and I'm the only one there

16   by myself.

17      Q.   Just to make sure we're clear, what is

18   STIU?

19      A.   That's the gang unit.  That's the gang

20   unit there.

21      Q.   And what happens after the gang unit,

22   STIU, moves you to Seg 3?

23      A.   They move me to Seg 3.  And I'm there by

24   myself, out of the ones that were tight with Billy

25   Garcia, the viejo.  I was the only one who was there



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   that was tight with him.  And I went over there to
2   represent to -- you know, show them that, hey, he's
3   still got somebody backing him up, you know.
4            So I go and I start getting real sick and
5   everything.  And at that time that I was there,
6   Gerald Archuleta, Styx; Boxer, that's -- Boxer is
7   Amador; they call him Amador.  I think that's his
8   name.  And his brother Willie, and Lino, and all of
9   them same guys that were telling Billy and me that
10  they had nothing but love for us were there.  And
11  they were all talking shit to me and coming off the
12  wall, and they would --
13       Q.   So let me ask you.  Had the attitude
14  changed from the time when you and Mr. Garcia were
15  in Seg 3 without Mr. Archuleta till now, afterwards,
16  when Mr. Archuleta was there?
17       A.   I was kind of, like -- I was doubting
18  Billy already.  You know, I was already on that,
19  where I was doubting him, because he kept trying to
20  push me to go to trial on that.
21       Q.   And I think my question was after this,
22  after you went to Seg 3, were now people that were
23  there with Mr. Archuleta, were they sort of
24  disrespecting you?
25       A.   Yeah, they would come to my cell and say
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they were going to hit me.  If the door pops open or
 2    anything, that they were going to hit me.  And that
 3    means that they're going to come in and try to harm
 4    me in some kind of way.  So I would show them -- I
 5    had a pen -- I had a pretty good, nice pen, and that
 6    was my shank.  And I would show it to them and tell
 7    them, "If the door pops, I'm ready."
 8        Q.    And Mr. Lujan, after you saw this in Seg
 9    3, at some point then did you go and want to talk to
10    law enforcement?
11        A.    Yeah, I started getting real sick and
12    everything, and I was vomiting a lot, and
13    everything, and that's -- finally I just got tired
14    and I -- you know what?  It's over, it's done, and I
15    called for Matt Candelaria.
16        Q.    Who is Matt Candelaria?
17        A.    He is the captain over there at MDC.  He
18    don't work there no more.  He's retired, but --
19        Q.    Was he STIU?
20        A.    Yes, sir.  He was -- I think he was the
21    head of STIU.  He was the captain of STIU.  And so I
22    called for him, and everything, and he came and he
23    got me, him and Jason Ellis, and they took me to his
24    office.  And that's when I started telling him, "You
25    know what, Matt, I'm done, dude.  I'm tired of this.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I'm done.  I'm ready to talk.  I'm ready to give up

2    info.  I'm done."  I had enough, you know.

3        Q.   So did you renounce the SNM and provide

4    them information?

5        A.   Yes, sir.  I sat there talking with them

6    for quite a while.  And --

7        Q.   And when was this, approximately, in 2007?

8        A.   This was in 2007.  This had to have been

9    either in, say, about around this time in 2007, or a

10   couple months into 2007 that this started going on.

11       Q.   And after you spoke with Jim Ellis (sic)

12   and Matt Candelaria from STIU, were you then

13   interviewed by attorneys and state police?

14       A.   Yes, sir.

15       Q.   Did you provide them information about

16   things that you had done as an SNM member?

17       A.   Yes, sir.

18       Q.   After that, were you interviewed again by

19   different state police in the presence of

20   prosecutors that same year?

21       A.   Yes, sir.

22       Q.   And then over the years from 2007 until

23   approximately 2015, did you meet with FBI and

24   provide them information on occasion?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And then in December 2015 were you
2  arrested in this case?
3      A.   Yes, sir.
4      Q.   Did you sit down and interview with FBI
5  agents or task force officers on December 3, 2015,
6  when you were arrested?
7      A.   Yes, sir.
8      Q.   And since that time, have you entered an
9  agreement with the United States and pled guilty to
10  the crimes with which you're charged?
11      A.   Yes, sir.
12      Q.   I will show you Government's Exhibit 98.
13  Mr. Lujan, do you recognize this as your plea
14  agreement with the United States in this case?
15      A.   Yes, sir.
16      Q.   And then if we go to the next page, do you
17  see in paragraph 3 that you waived your rights and
18  pled guilty to Counts 1 and 2 of the superseding
19  indictment charging violent crimes in aid of
20  racketeering activity, murder, and aiding and
21  abetting?
22      A.   Yes, sir.
23      Q.   And in paragraph 4A, what sentence are you
24  facing as we stand here today?
25      A.   I'm facing a life sentence.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   All right.  As part of that plea

2   agreement, did you also -- well, let me go to page 7

3   of that plea agreement, paragraph 14.  As part of

4   the agreement here, does the United States agree

5   that if you comply with this plea agreement and your

6   obligations in it, that the United States will not

7   bring any additional criminal charges arising out of

8   the facts forming the basis of that indictment?

9      A.   Yes, sir.

10      Q.   On that day, as part of your guilty plea,

11   did you also enter into an addendum with the United

12   States?

13      A.   Yes, sir.

14      Q.   If we can have Exhibit 99, please.  I want

15   to direct your attention to paragraph 2, Mr. Lujan.

16   What do you agree to do in paragraph 2 of this

17   addendum?

18      A.   Give truthful and complete information and

19   testimony concerning the defendant's participation

20   and knowledge of criminal activities.

21      Q.   Do you understand that if you falsely

22   implicate an innocent person or if you exaggerate

23   the involvement of any person or if you falsely

24   minimize involvement of any person in the crime, you

25   violate this plea agreement?

SANTA FE OFFICE                                                                   MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 820-6349                                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   Yes, sir.

 2          Q.   And you understand that if you do any of

 3   those things, the United States has the right to

 4   rescind the plea agreement and reinstitute

 5   proceedings against you?

 6          A.   Yes, sir.

 7          Q.   And then the next page, please.  Is that

 8   your signature here in the middle line?

 9          A.   Yes, sir.

10          Q.   And if we look at paragraph 6, Mr. Lujan,

11   if you cooperate, do you understand that that

12   paragraph provides that the United States may file

13   what we call a 5K motion to have the Court depart

14   downward from the guideline range or statutory

15   minimum sentence?

16          A.   Yes, sir.

17          Q.   And that would be your mandatory life

18   sentence; right?

19          A.   Yes, sir.

20          Q.   And do you understand that even if we do

21   that, the decision whether to depart downwards as

22   well as any amount of that departure is solely

23   within the discretion of the Court?

24          A.   Yes, sir.

25          Q.   So who makes the final determination of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what final sentence you'll get in this case?
 2         A.    The judge.
 3         Q.    Is that the same judge next to you, who is
 4   listening to your testimony today?
 5         A.    Yes, sir.
 6         Q.    Now, in addition to that plea agreement
 7   with the United States, have you also received other
 8   benefits for your cooperation?
 9         A.    Yes, sir.
10         Q.    Have you been paid for your cooperation?
11         A.    Yes, sir.
12         Q.    Excuse me.  Have you been paid money by
13   the FBI as a confidential informant?
14         A.    Yes, sir.
15         Q.    And have you been paid approximately
16   $1,750?
17         A.    Yes, sir.
18         Q.    Since you entered into that plea agreement
19   and the addendum, have you made telephone calls to
20   family members talking about your agreement to plead
21   guilty?
22         A.    Yes, sir.  I'm not sure if I've talked
23   about any guilty stuff or anything like that.  I
24   might have talked to my cousin.  And I think we
25   might have been talking about her husband.  Because
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   her husband is involved with a lot of this, too, all

2   this RICO Act stuff.  And I might have been nervous

3   and talking with her and stuff at Sandoval County.

4   But I don't remember talking to my mother or my

5   niece about it.  And those are the only three people

6   I ever call.

7        Q.   Okay.  If you did talk to them about some

8   reduced sentence, why would you tell them that you

9   expect to receive a reduced sentence in this case?

10       A.   I don't even -- like I said, I don't even

11  remember mentioning something like that.  But if I

12  did, it might have been when this might have first

13  started.

14            MR. SINDEL:  Your Honor, how could he say

15  what he would have done?  I think that's a

16  conclusion; speculation on the part of the witness,

17  what he would have done.  And he said he didn't

18  remember.

19            THE COURT:  Well, why don't you --

20            MR. BECK:  I think it's a permissible lay

21  opinion under 701.  He can say why he would have

22  done something.  He's the one that knows that.

23            MR. SINDEL:  I also believe it's

24  self-serving.

25            THE COURT:  Well, it may be and I'll let

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you go into it on cross.  But I do think he can say

2    why he did certain things.  Overruled.

3    BY MR. BECK:

4        Q.    Sorry.  So my question to you was:  Why

5    would you have told a close family member that you

6    expected to receive a reduced sentence?

7        A.    Maybe it could have been me hoping that --

8    maybe I wanted that to happen, or you know, I was

9    hoping for that.

10       Q.    And to be fair, do you hope to receive a

11   lesser sentence?

12       A.    Yes, sir.

13       Q.    And what's required of you to have a

14   possibility of a lesser sentence than life?

15       A.    To cooperate.

16       Q.    Is it to give truthful testimony?

17       A.    Yes, sir.

18       Q.    And as of now, unless you complete your

19   cooperation pursuant to the plea agreement we just

20   had, as of now, are there any promises that you'll

21   receive a reduced benefit -- or a reduced sentence?

22       A.    No, sir.

23       Q.    While you've been cooperating, have you

24   had problems with some of the facilities you've been

25   placed in?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, sir.  When I was over there, when we

2    got to Otero County, right away, right as soon as we

3    got off the bus, right away you could feel the

4    tension with me and everybody else that went.  There

5    was, I think, what, 25 of us that went to Otero

6    County.  And you could tell right away that I was

7    the outsider.  And right away, Billy Garcia started

8    hugging everybody.  And at that time he was pretty

9    much -- a lot of the people wanted to get him,

10   wanted to hit him.  They wanted to move on him, too.

11   But that's what tripped me out, because he went and

12   hugged everybody, but yet, he knew he was an

13   outsider, as far as they wanted to hit him, too, you

14   know.

15        Q.   Mr. Lujan, I want to take you to -- since

16   the time you entered that plea agreement in 2017,

17   did you have problems in Deming recently?

18        A.   In Deming, yes, sir, when they let me out

19   to one of the pods, and there was -- the whole pod

20   was nothing but Mexicans.  There was only, I think,

21   five or six of us that spoke English.  And they

22   weren't letting us watch the football games and

23   stuff, and --

24        Q.   What happened then?

25        A.   The officer -- she went to go get a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   schedule, and the Mexicans, they didn't like that
 2   schedule.  So they all gathered up.  And when I seen
 3   that, I took that has a threat.  And when I took
 4   that as a threat, I got my cane and I went at them.
 5   I didn't hit nobody or nothing, but I went at them.
 6        Q.   And in Sandoval Detention Center, after
 7   May of 2017, did you have problems in that facility?
 8        A.   Yes.
 9        Q.   What happened?
10        A.   Over there in that facility, I broke a TV
11   and I broke my tablet.  And then I think I broke
12   another TV, but -- and I cut my wrist.
13        Q.   Why did you do that?
14        A.   I did that a little bit.  I'd been at
15   Deming in Luna County for about six months, so it
16   was, like, about a week before that.  And prior to
17   that I hadn't cut in two years, you know.  And the
18   reason I cut -- what happened is, an officer that
19   used to work at the mental health treatment center
20   where I was, and used to beat me up and stuff when I
21   would be sedated a little bit, they would rough me
22   up a little bit, and this and that.  I didn't
23   remember who he was.  And he started telling me:  Do
24   you remember?  Do you remember?  And I started
25   remembering.  And we just started -- we didn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

1  click.  And so I broke that TV for that one.

2          And me and Sergeant Otero got in a big old

3  argument, and that's the thing that I broke my TV

4  and the tablet.

5      Q.   And then at Cibola County, what happened

6  at Cibola County?

7      A.   In Cibola County I was in a pod where they

8  were supposed to put me where -- I was supposed to

9  be protected, in protective custody, but they had me

10  at Seg for some reason over there.  And they put me

11  at Seg.  And I heard a CO and an inmate talking, and

12  the CO was going to let the inmate come out to move

13  on me, to hit me.

14          And, you know, as you can see, I walk with

15  the cane.  And I've got a lot of multiple surgeries

16  in my stomach and stuff like that.  I'll defend

17  myself if I have to, but I ain't trying to start

18  nothing with nobody.  So I got all paranoid and

19  everything.  And I called the sergeant and I told

20  him.  This happened at about 2:00, 3:00 o'clock in

21  the afternoon.  I told him that I didn't feel

22  comfortable where I was, and everything, that if

23  they could move me, and they didn't want to move me.

24      Q.   So what did you do after they wouldn't

25  move you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   I had to threaten to cut myself.  And

2   finally at 2:00 in the morning they go and put me on

3   watch.  They put me in a turtle suit, and all that,

4   and put me on watch.

5        Q.   What does putting you on watch mean?

6        A.   Well, they put you in the suicidal cell.

7        Q.   Over the years, have you -- and by "over

8   the years" I mean since the time you've been

9   incarcerated, since back in 1993, have you cut

10  yourself, or your medical problems, to try to get

11  moved to different facilities to get medical

12  treatment?

13       A.   I've cut myself, but it isn't to be moved

14  to different facilities.

15       Q.   Why is it?

16       A.   I've cut myself, because a lot of times --

17  first in 2008, I got real sick over there in that

18  PNM North facility.  And when I was there, I was

19  real, real sick, and everything, and nobody wanted

20  to believe me and everything.  So finally, they put

21  me in medical, and they put me there for three days.

22  And I'm throwing up.  I can't keep water or nothing

23  down at all.  They put an IV on me and for three

24  days they put me back there.  And then finally, they

25  see that I'm keeping a little bit of apple juice and
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    stuff like that down.

2            So they put me back in my pod.  And not

3    even 24 hours later, I start vomiting again real bad

4    and everything.  And I call a CO and I tell them,

5    "Hey, look, man, I'm sick, dude.  They've got to do

6    something."

7            And he just walked away and was walking

8    out the pod.  And I grabbed the TV and I threw the

9    TV at the door, and it shattered, and there was

10   glass there.  And I cut my legs, I gashed my legs

11   pretty bad.

12       Q.   What happened after you cut your legs?

13       A.   They took me to St. Vincent's Hospital.

14   And sure enough, when I went to St. Vincent

15   Hospital, I had a minor bowel obstruction, and I was

16   suffering from H pylori.  That's Helicobacter

17   pylori.  It's a disease that gets in your stomach,

18   and if it's not treated on time, and everything, it

19   can turn into cancer.

20       Q.   So is that an example of cutting yourself

21   to seek and receive medical treatment?

22       A.   Yes, sir.  And I've had to do it multiple

23   times.

24       Q.   I want to turn your attention now to the

25   Southern New Mexico Correctional Facility in 2001.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Okay.

2    Q.    Were you incarcerated at the Southern New

3  Mexico Correctional Facility in 2001?

4    A.    Yes, sir.

5    Q.    And approximately when did you move down

6  to the Southern correctional facility?

7    A.    It had to have been in 2000.  Because I

8  was in RDC in '99, and yeah, that's when I met my

9  second wife.  She was a nurse there in RDC, and they

10  found out that she was writing me, and this and

11  that, and she wasn't -- they did a big

12  investigation.  Mr. Roark, the one that's the head

13  of security of Corrections right now, Mr. Roark, he

14  was a lieutenant at the time.  They all did a big

15  old investigation.  They saw that she wasn't

16  bringing me drugs or anything, and so --

17    Q.    So Mr. Lujan, I'm going to show you what's

18  been admitted now as Government's Exhibit 97.

19    A.    Okay.

20    Q.    This is an offender physical location

21  history from the Department of Corrections.  Is that

22  your inmate number and your name at the top there?

23    A.    Yes, sir.

24    Q.    And if we go to page 5 of that, please, so

25  if we look at this document, were you moved to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Southern New Mexico Correctional Facility about

2   April of 2000?

3        A.   Yes, sir.

4        Q.   And I want to talk to you about March of

5   2001.  At that time were you housed in the Paul

6   housing unit, B pod, in 1172?

7        A.   I believe so.

8        Q.   When you were down there in 2001, let's

9   say from the April 2000 time period until the

10  beginning of March, who were the key holders at

11  Southern?

12       A.   At that time, it was Lino G.  I forget the

13  last name.  But it was Lino.  We called him Sexy

14  Walker, because he had -- there was something wrong

15  with his feet, something -- I think he was missing

16  on both feet half of his toes or something like

17  that, and he had a walk that was pretty crazy, so we

18  would call him Sexy Walker.

19            So he was there at Southern.  He was the

20  one that was holding the keys.  And then next to him

21  was Butch.  And after that, it was pretty much them

22  two that was holding the keys, but there was other

23  people that had weight, too.  T Bone was there, and

24  he had weight.  Who else was there at the time?  Let

25  me see.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And are all these SNM members that you're

2    listing?

3    A.   Yes, sir.

4    Q.   At some point in time, did Lino G give

5    away the keys?  Did someone else come and take over

6    the key-holder position?

7    A.   Not that I'm aware of.  At that time, no.

8    Because Sleepy had made a move on somebody without

9    Lino and their permission, without letting Lino G or

10   Butch know that he was going to do that move.  And

11   he went and did the hit anyway and hit that guy,

12   stabbed him.  And that's when Lino G and Butch --

13   they both went and told -- I think it was Captain

14   Armenta at the time.

15   Q.   Mr. Lujan, so I understand that Lino G and

16   Butch and T Bone were down there.  And then as we

17   move to March 2001, did Mr. Garcia arrive at

18   Southern?

19   A.   I think so, yeah.  They put him in L pod

20   at that time.  That was the orientation pod.

21   Q.   What happened when Mr. Garcia came down to

22   Southern?

23   A.   Everyone got nervous right away.

24   Everybody was on their toes because they knew

25   something -- they knew he was pissed off and they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  knew something was going to happen.

 2      Q.   By "everyone being on their toes," do you

 3  mean all of the SNM members?

 4      A.   Yes, sir.

 5      Q.   I think you said they put him in L pod.

 6  What happened?  Why was he put in L pod, and was he

 7  moved out?

 8      A.   L pod was the orientation pod at that

 9  time, and I think you had to be there for, like,

10  three days.

11      Q.   And what happened after Mr. Garcia moved

12  out of L pod?

13      A.   After they moved him out of L pod, they

14  moved him into R pod, if I'm correct.  It was the Ps

15  or the K pods, but I know it was either P-2 or K-2,

16  one of those.

17      Q.   I'm going to show you Government's Exhibit

18  860.  Do you recognize this, Mr. Lujan, as an aerial

19  view of the Southern New Mexico Correctional

20  Facility?

21      A.   Yes, sir.

22      Q.   And where is L pod, if you know?

23      A.   L pod is way, way -- like way over here

24  somewhere.  The old pods are over here and L pod is

25  over here somewhere, and those are the Paul pods.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Then after the Paul pods are the K pods somewhere.

2      Q.   All right.  And I think you said that --

3  where were you housed at this time?

4      A.   Okay.  It had to have been P-2, P-2.  It

5  had to have been P-2, because P-1 is right there.

6      Q.   So if we look at -- I think you said P-2,

7  and here on Government's Exhibit 860 I just circled

8  that in red under where it says "Paul 1"; is that

9  right?

10     A.   Yes, sir.

11     Q.   At some point was Mr. Garcia moved into

12 your pod?

13     A.   Yes, sir.

14     Q.   What happened when Mr. Garcia moved into

15 your pod?

16     A.   When he moved into our pod, everybody that

17 was in there, who -- which was Carlos Mirabal; Blea,

18 who goes by Gumby; Smurf, I don't know his last

19 name.  Scotty was in there.  There was a few others.

20 Carlos Sanchez.  We were all in there in that pod.

21     Q.   Are those SNM members that you just listed

22 off?

23     A.   Yes, sir.  All SNM members.  Pretty much

24 the whole pod was SNM members.  Everybody,

25 everybody -- when he moved in there, right away they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  started hugging him and this and that, and amore,

 2  hugging him, telling him, "I love you, amore," this

 3  and that.  Me, I sat in my cell because I knew he

 4  was going to talk to me.  I knew something was up

 5  right away, you know.

 6       Q.   Let me ask:  What was Mr. Garcia's

 7  position in the SNM at this time?

 8       A.   Oh, as soon as he got to that facility, he

 9  was the man.

10       Q.   Why is that?

11       A.   Probably he was the heavy one, you know,

12  because he had that power, you know.

13       Q.   And so by the man calling the shots, he

14  had that power, do you mean that -- we talked about

15  the key-holder earlier.

16       A.   He was running the show.  He had the

17  llaves.  He had the keys.

18       Q.   So I think you said that you thought

19  Mr. Garcia was going to come and talk to you.  Did

20  he ever go talk to you?

21       A.   Yeah, he came into my cell.  I was sitting

22  there, you know, and I think I was drawing,

23  listening to some music, listening to the radio.

24  And I was just sitting there.  I was sitting on my

25  bunk, if I'm correct.  And he walks in, and the



1  first thing he tells me, excuse my language, but he

2  tells me, "What the fuck?  Hey, I told -- I sent

3  word over here for you to take the keys from Lino G,

4  man, you know."

5      Q.   What did you understand that to mean?

6      A.   Right away, to be the shot-caller at that

7  facility.  "Take away the keys" means to be the

8  shot-caller.

9      Q.   What did he say after he said he sent word

10 for you to take the keys from Lino G?

11     A.   Well, he said that he had sent word.  He

12 had sent a palabra.  That's a word -- palabra,

13 that's how we say word to each other.  And he said

14 he had sent word, palabra, with Earn Dog from the

15 North facility, to me to take the keys away from

16 Lino G.

17         When he said that, I told him I never got

18 that palavra; I never got that word.  Nobody ever

19 told me nothing, you know.  And so we just left it

20 at that and he said, "Amore," this and that, and

21 started just talking, you know.

22     Q.   Was Earn Dog another SNM member at the

23 Southern New Mexico Correctional Facility at that

24 time?

25     A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And was there anyone else in the cell with
 2   you at this point?
 3        A.   No, it was just me and him.
 4        Q.   And what happened in the rest of that
 5   conversation?
 6        A.   We just sat there and just talked about
 7   how -- what was going on over there in Southern, in
 8   the Southern facility, and you know, just
 9   bullshitting, pretty much, you know.  That's
10   because, you know, we didn't get -- after that
11   little bit of conversation, you know, it eased up
12   and, you know, we were just how we always are with
13   each other.
14        Q.   At some point did you and Mr. Garcia talk
15   about people at Southern who needed to be hit?
16        A.   Yeah, we talked a little bit inside my
17   cell about certain people.  He said that we needed
18   to start cleaning house, cleaning the backyard, you
19   know.  And when you say "cleaning house" or
20   "cleaning the backyard," that means start hitting
21   people, your own people, though.  Not anybody else.
22   Just within the organization.  That's it.  Just
23   within the organization.
24        Q.   All right.  What happened after he told
25   you you needed to clean house and clean the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   backyard?

2        A.   We just started talking, and this and

3   that, and we both started talking and we both

4   started saying names and, you know, we would say

5   names.  And either I would sit there and say,

6   "Fucker, he's" -- excuse my language -- "that

7   fucker's a piece of shit, or he's on the leva."  And

8   on the leva, that means that he ain't no good, you

9   know.

10       Q.   So when you're saying that someone is a

11  piece of shit or someone is on the leva, does that

12  mean that they're no good and they need to be hit?

13       A.   Yeah, there's something about them;

14  there's -- you know -- so we just started sitting

15  there and we just started saying about cleaning

16  house and cleaning the backyard and stuff like that.

17            And after that conversation, we just

18  didn't talk about it.  And then the subject -- the

19  subject all of a sudden changed, came to Pancho and

20  Looney.  I don't know how it came to Pancho and

21  Looney, but it came to that, and --

22       Q.   What did you talk about with Pancho and

23  Looney?

24       A.   Right away he said that -- because when we

25  were talking, we were talking about cleaning the

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                             FAX (505) 843-9492
                                                  1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     backyard and cleaning -- he was talking about doing

2     one big old hit at one time, but then all of a

3     sudden he changed his mind, and it came to Pancho

4     and Looney.  And he said that he wanted to wait and

5     get high over the weekend, because I guess he hadn't

6     gotten high over at the North.  I don't know.  But

7     he said that he wanted to wait till after the

8     weekend, because he wanted to get high and shit,

9     because that was his thing.  That was the viejo's

10    thing back then, you know.

11         Q.   And then what would happen after he got

12    high over the weekend?

13         A.   That's when, pretty much, we talked in the

14    yard about Pancho and Looney.  He said that Pancho

15    was a rat, and the conversation before -- before he

16    had even said about Looney being an ex-LCer, word

17    had already got around that Looney was an ex-LCer,

18    so it was already -- you know, Looney was already

19    not on the leva anyway, you know.

20         Q.   So let me stop you there.  When you first

21    talked about Pancho and Looney, did that happen in

22    your cell or out in the yard?

23         A.   I think it was in my cell.

24         Q.   Afterwards, did you then go out to the

25    yard and continue or have another conversation?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                              1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1        A.    Yes, sir.  I'm not sure if it was that
 2   same day or the day after, but it could have been in
 3   that time period that we went out to the yard,
 4   and --
 5        Q.    And is this conversation at the yard -- is
 6   that when Mr. Garcia was talking about Pancho and
 7   Looney and Pancho being a rat and Looney being, I
 8   think you said, an ex-LCer?
 9        A.    Yes, sir.
10        Q.    And what does it mean to be -- I think we
11   know -- what does it mean to be a rat?
12        A.    That's an automatic green light.
13        Q.    What does it mean to be an ex-LCer?
14        A.    That's an automatic green light.
15        Q.    What else did Mr. Garcia tell you in the
16   yard in this conversation?
17        A.    We talked.  He wanted -- he put the
18   brakes -- and in our term -- in our term, when you
19   say "put the brakes," that means a stop, you know,
20   boom, an automatic boom, an automatic no on any kind
21   of green lights.  And all he wanted to concentrate
22   on was Pancho and Looney, was Frank and -- I don't
23   even remember Looney's first name.  But he wanted to
24   concentrate on those.  And he said -- he just kept
25   saying that Pancho was a rat and, you know -- and I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was, like, he said about Pancho being a rat at the

2   Main or something.  And I was like, you know, if

3   that's what -- you know, that's what's up.

4        Q.   And in this conversation did you talk

5   about when and how the murders were going to happen?

6        A.   Yes, sir.

7        Q.   And what did Mr. Garcia say about that?

8        A.   I don't know how it came up or how the

9   conversation started, but he just -- we came to the

10  point where he wanted them strangled.  He wanted

11  them done in the same way that we did Animal, you

12  know.  He wanted them both done that way, in that

13  way.  Because if I remember, because my memory

14  comes -- sometimes, like I told you before, I'll be

15  sitting there, and I won't remember and then all of

16  a sudden it will hit me.

17            I remember before we had talked to Joe

18  Gallegos, and Joe Gallegos wanted to give him a

19  hotshot, and Billy, Wild Bill, told him right away,

20  "No, no," you know.  And then that's when we were --

21  the conversation kept on and kept on about the

22  strangulation part.

23       Q.   Let me ask you that.  You said he wanted

24  to do it the way that you did Animal, you and

25  Frederico Munoz.  Did you strangle Animal?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    And is that what you understood Billy
 3   Garcia to mean?
 4        A.    Yes.
 5        Q.    Did he tell you anything else in this
 6   conversation in the yard?
 7        A.    When we were -- no, he just kept -- he
 8   just kind of, like -- we just did that right away
 9   and talked about it, and --
10        Q.    After this conversation in the yard, did
11   you then go back to your cell and continue talking
12   there?
13        A.    No.  I'm not sure.  I don't think so.  I
14   don't think so.
15        Q.    Did Mr. Garcia ever tell you or order you
16   to then go assign people to kill Pancho and Looney?
17        A.    The last conversation that we had prior to
18   everything happening is when the viejo told me --
19   that's when he had like explained when he wanted it
20   done, and he told me to go ahead and choose who I
21   wanted to do it.  In other words, that's pretty much
22   an order, you know, and if I wouldn't have followed
23   through, then it would have been me to get hit.
24             THE COURT:  Mr. Beck, would this be a good
25   time for us to take our lunch break?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. BECK:  Fine, Your Honor.

2              THE COURT:  All right.  We'll be in recess

3    for about an hour.  All rise.

4              (The jury left the courtroom.)

5              THE COURT:  All right.  We'll be in recess

6    for about an hour.

7              (The Court stood in recess.)

8              THE COURT:  I think we've got an attorney

9    for each defendant, and all the defendants are in

10   the courtroom.

11             On Mr. Castle's motion that he filed, I

12   need to study this more, but it looks like the

13   thrust of it is they're criticizing the Government,

14   and want me to keep out evidence because it's 404(b)

15   and there was no prior evidence.  Is that a good

16   summary?

17             MR. CASTLE:  Yes.  And that they don't

18   have any basis for it other than hearsay or rumor.

19             THE COURT:  I don't have enough from the

20   Government and knowledge to make a ruling on that.

21   So can you give me some -- did you give notice on

22   this?  And it looks like it might be 404(b).  So I'm

23   a little -- I don't have enough, probably, facts to

24   rule on it.  So in your spare time, tell me the

25   basis of it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           MR. BECK:  Sure.  Yes.
 2           THE COURT:  Just approach before you go
 3  into it.
 4           Is there something else I was going to
 5  say?
 6           Okay, all rise.
 7           (The jury entered the courtroom.)
 8           THE COURT:  All right.  We'll need to get
 9  Mr. Lujan in.  And y'all have told him.  Y'all got
10  him moving this way?
11           MR. BECK:  Yes.
12           THE COURT:  All right.  Mr. Lujan, if you
13  want to return to the witness box here, and I'll
14  remind you, Mr. Lujan, that you're still under oath.
15           THE WITNESS:  All right.
16           THE COURT:  All right.  Mr. Beck, if you
17  wish to continue your direct examination of
18  Mr. Lujan, you may do so at this time.
19           MR. BECK:  Yes, Your Honor.
20           THE COURT:  Mr. Beck.
21  BY MR. BECK:
22      Q.  Mr. Lujan, when we left off right before
23  lunch, you were talking about the end of the
24  conversation in the yard.  Before speaking with
25  Mr. Garcia, did you know the information about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Pancho and Looney, and why they needed to be hit?

2        A.   No, I just knew the information about

3   Looney, because it was already before Billy had even

4   got to Southern.   Everybody had already been talking

5   about it, you know.

6        Q.   And Looney, is that Rolando Garza --

7        A.   Yes, sir.

8        Q.   And the information was that he was

9   previously an LC member?

10       A.   Yes, sir.

11       Q.   Now, for Pancho, is that Frank Castillo?

12       A.   Yes, sir.

13       Q.   And what did Mr. Garcia tell you about why

14  he needed to be hit?

15       A.   He just said that he was a rat.   And that

16  was pretty much it, you know.

17       Q.   So did Mr. Garcia, in this conversation in

18  the yard -- did he tell you what time of the day to

19  order the other SNM members to hit these two men?

20       A.   Yeah, he wanted it done early, early in

21  the morning, bright, early.

22       Q.   And so what happened after Mr. Garcia told

23  you to pick teams to go and hit Pancho and Looney?

24       A.   After that, I went -- I think it was the

25  next day, went to education, and Eugene Martinez was

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE                                          1-800-669-9492
                                                    e-mail: info@litsupport.com

 1  in there, and I pulled him over and I took him

 2  around the education, inside the education, because

 3  we had class together, you know.  So I took him

 4  inside the education, and we went around into one of

 5  the halls, and I took him, like, to the back hall.

 6  And I let him know, and I told him, I told him,

 7  "Hey, check this out, man.  I'm choosing you.  Billy

 8  wants this done, and I'm choosing you.  He told me

 9  to choose who I wanted.  And I'm choosing you to

10  take care of Looney, you know."  I told him, "I want

11  you to hit Looney, you know."

12      Q.   Give me one second.  I want to come back

13  to that.  Mr. Lujan, I'm going to show you what's

14  been admitted as Government's Exhibit 110.

15      A.   Okay.

16      Q.   Who is this?

17      A.   That's Eugene Martinez.

18      Q.   Is this the gentleman that you had the

19  conversation with in education?

20      A.   Yes, sir.  He goes by Little Huero.

21      Q.   I want to show you Government's Exhibit

22  860.  Where is the education building in this,

23  Southern?

24      A.   I think, if I'm correct, they were coming

25  from the P's.  It's down here somewhere.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  I can't hear him mumbling.
 2              THE COURT:  I don't think he's saying
 3    anything.
 4         A.   I was trying to figure it out, because
 5    it's been a while since I've been at that facility.
 6    I think, if I'm correct, education is right here.
 7    BY MR. BECK:
 8         Q.   So is that the big building that I've
 9    circled in red?
10         A.   Yes, sir.
11         Q.   And when you talked about having the
12    conversation in the yard with Billy Garcia,
13    Mr. Garcia, about Pancho and Looney, where did that
14    conversation happen?  Where is the yard in this?
15         A.   Okay.  If I'm correct, this is the gym
16    area, and here is the yard over here.  This is the
17    yard.
18         Q.   So that's on the left part of that picture
19    there?
20         A.   Yes, sir.
21         Q.   And did you ever -- did somebody ever tell
22    you that they had you on video talking with
23    Mr. Garcia in the yard that day?
24         A.   Prior to me going to Virginia, being
25    shipped out to Virginia, to Wallen Ridge, when that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  stuff happened with Pancho and Looney, a CO took me

2  and he showed me some of pictures of Frank Castillo

3  after he was killed and everything, and showed me

4  some, and he shared some Copenhagen with me, and

5  everything.  And he mentioned something about being

6  on camera, you know.

7          And at that time, I pretty much believed

8  it, because STG, at that time, they would be up on

9  the gym with the cameras, taking pictures of all of

10 us, watching everything we were doing.

11     Q.   Did you ever see a video of you and

12 Mr. Garcia out in the yard?

13     A.   No, sir.

14     Q.   So the only reason you thought that, it's

15 fair to say, is because the CO told you that?

16     A.   Yes, sir.

17     Q.   Getting back to the conversation with

18 Eugene Martinez in the education building there,

19 what did you tell him?

20     A.   I just told him, I told him that Billy

21 wanted Frank and wanted Looney hit and everything,

22 but he gave me permission to choose who I wanted.

23 He pretty much -- like it was pretty much an order.

24 But we talked about it and he told me to choose who

25 I wanted to choose.  So I told -- I told Eugene, I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  told Little Huero, I told him that I was choosing

2  him, because he lived in that pod with him, you

3  know.

4         Q.   Had Eugene Martinez earned his bones yet?

5         A.   He had did a few things, but he hadn't

6  really earned his bones, from my understanding.  At

7  that time, he hadn't really earned his bones.

8         Q.   Why did you choose Eugene Martinez to do

9  it?

10        A.   Because I'm the type of person that, you

11 know, if you hadn't earned your bones, I'm not going

12 to treat you with the respect that you deserve, you

13 know.  So I chose him so he could earn his bones.

14        Q.   Did you tell him that the order was coming

15 from Wild Bill?

16        A.   Yes, sir.

17        Q.   And what did Eugene Martinez say to you

18 after you told him?

19        A.   At first, he was like a little -- he was a

20 little nervous about it, and everything.  But he

21 said -- he tells me, "Don't even trip.  Don't worry.

22 It will be done, you know."

23             And when I told him, when we talked, when

24 me and Eugene talked, when I talked to him, I told

25 him he can choose whoever he wants to help him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you talk to anyone else about -- well,
 2   let me ask you, who was Eugene living with?  Who was
 3   he tasked to murder?
 4        A.    Excuse me?
 5        Q.    Who was Eugene tasked to hit?
 6        A.    He was part of the Garza murder.
 7        Q.    And then what happened next in relation to
 8   the Pancho and Looney murders?
 9        A.    After that I -- we left, we had our class,
10   and then we had our education, left.  I think it was
11   later on that evening, I think it might have been
12   later on that evening or the afternoon after that, I
13   approached Joe Gallegos.  It was Joe Gallegos,
14   Criminal, and Angel -- not Angel Munoz, it was
15   Angel -- the one on the whatchamacallit -- DeLeon.
16   I think that's his last name.
17        Q.    Angel DeLeon?
18        A.    I approached him.  And if I'm correct, I
19   know Sleepy was with me, Rick Sandoval.  And then I
20   think Huero Troup was standing either next to Joe or
21   right behind Joe.  And I approached them and I left
22   them three -- I talked to Joe personally,
23   face-to-face talking to Joe.  And I told him -- I
24   approached him the same way I pretty much approached
25   Eugene, and told him:  "This is coming from Wild
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Bill you know, but he chose me to choose who I

2    wanted, and I'm choosing you guys."  And I chose Joe

3    Gallegos, Criminal, and Angel.  And I told him that

4    they got to hit Pancho.  And Huero Troup was

5    standing there and he heard everything that was

6    going on.  And if I'm correct, if I remember

7    correctly, I think he even wanted to volunteer.  But

8    I didn't want him to, because I didn't trust him,

9    because at the time he was pretty much on the

10   leva -- and I explained what that meant earlier --

11   and he was pretty much -- a lot of guys didn't

12   really trust him at the time, and stuff.

13        Q.   Mr. Lujan, I'm going to show you

14   Government's Exhibit 860 one more time.  Where did

15   the conversation with Joe Gallegos, Criminal, Angel

16   DeLeon, Edward Troup, and Sleepy, Rick Sandoval,

17   take place?

18        A.   I think if this is P-1, this is P-1 and

19   this is F-2, right in this area it took place.

20        Q.   Do you see Joe Gallegos in court today?

21        A.   Way over there.

22        Q.   What is he wearing?

23        A.   He's wearing a blue shirt and a suit with

24   a tie.

25        Q.   Is he the one that just stood up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, sir.

2            MR. BECK:  Let the record reflect that

3    Mr. Lujan identified the Defendant Joe Gallegos.

4            THE COURT:  The record will so reflect.

5    BY MR. BECK:

6      Q.    Is this the Joe Gallegos that you told --

7    that you told about the Castillo murder in 2001?

8      A.    Yes, sir.  Sometimes I have a hard time

9    recognizing him, because back in them days he had

10   all of his hair; all of us did, you know.

11     Q.    And do you see Huero Troup in the

12   courtroom today?

13     A.    I'm looking.  Let me see.  I really don't

14   see him.  I don't recognize him, to tell you the

15   truth.

16     Q.    Sure.  No problem.

17     A.    I was looking for him and his attorney,

18   because I know what they look like, but --

19     Q.    That's all right.  We'll get there.

20           What happened in this conversation outside

21   of the Paul 1 housing unit?

22     A.    Well, like I said, I approached Joe

23   Gallegos, and it just so happened that Criminal and

24   Angel were right there, you know, and Huero Troup

25   was right there, too, and --

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Sorry.  Go ahead.  You were there in the

2    conversation.  What did you say to them?

3    A.   I told Joe, I told him -- I told him

4    pretty much the same thing as I told Huero, that

5    Wild Bill wanted Pancho hit.  But he gave me

6    permission to choose who I wanted to choose.  So I

7    told Joe, "I'm choosing you."  And I told Criminal

8    I'm choosing him.  And I told Angel the same thing,

9    that I was choosing him, you know.  And Huero Troup

10   was -- if I remember correctly, Huero Troup was

11   standing there, and he wanted to volunteer.  And I

12   told him no.  I told him no.  I remember that.

13   Q.   Did you tell -- did you speak with

14   Criminal, Joe Gallegos, and Angel DeLeon about how

15   and when they were supposed to kill Pancho?

16   A.   Yes, sir.  I told them that Wild Bill

17   wanted it by strangulation early in the morning.

18   And Joe immediately right away said, "Well, let me

19   give him a hotshot.  He don't want us to give him a

20   hotshot?"

21        And I shut him down.  I shut him down

22   right away.  I told him, "No, that's not how he

23   wants it.  He wants it done by strangulation."

24        And then I'm pretty sure I might have used

25   the word "we" want it done by strangulation.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.  What is a hotshot, if you can

2  explain it?

3    A.   A hotshot is pretty much heroin laced with

4  something that will kill you.

5    Q.   And at the time, did you know Joe Gallegos

6  to be somebody who had heroin in prison?

7    A.   Yeah.

8    Q.   You said that you might have said, "We

9  want it done by strangulation."  Let me ask, if you

10 hadn't followed Billy Garcia's orders, and picked

11 teams out to hit Pancho and Garza, what would have

12 happened to you?

13   A.   He probably would have put a green light

14 on me, put a hit on me.

15   Q.   Is that sort of a rule of the SNM you

16 talked about earlier?

17   A.   Yeah, yeah.

18   Q.   At the time, were you a good SNM soldier,

19 and did you want Pancho and Looney murdered?

20   A.   Yeah.  Well, if it came from Billy or

21 anybody that I thought that had a push within the

22 SNM, that were shot-callers or whatever, I would

23 follow what they asked.

24   Q.   I'm going to show you what's been admitted

25 as Government's Exhibit 185.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

88

1    A.    Okay.

2    Q.    Do you recognize who is in that photo?

3    A.    That's Troup, that's Huero Troup.

4    Q.    Is that the Huero Troup you've been

5 referring to that was in the conversation with you

6 and Joe Gallegos and Criminal outside of Paul 1

7 housing unit?

8    A.    Yes, sir.

9    Q.    After you told Joe Gallegos, Criminal, and

10 Angel that you wanted it done by strangulation, what

11 happened?

12    A.    All three of them were already -- like I

13 said, I was choosing people that hadn't earned their

14 bones.  I was choosing people that hadn't earned

15 their bones yet.  And when I told them, they got

16 nervous, they got nervous and everything.  But they

17 said they would do it.  They said they were down.

18 And I said, "All right," you know.  So I just told

19 them that we wanted it done by strangulation, we

20 want it done that way, you know; that that's how

21 Wild Bill wants it done.

22    Q.    I think we talked about before you've

23 given interviews to state police and Corrections and

24 the FBI.  Do you remember that?

25    A.    Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   In 2007, when you were interviewed by APD

2   and the district attorney, did you tell them about

3   this conversation with Joe Gallegos, Criminal, and

4   Angel DeLeon?

5      A.   Yes, sir, I believe so.

6      Q.   All right.  In prison and in the SNM, did

7   you refer to the gentlemen by their names?  For

8   instance, Frank Castillo and Rolando Garza?  Or did

9   you refer to them by their nicknames, Pancho --

10     A.   It was probably by their nicknames,

11  because that's the way I pretty much know everybody.

12  I don't know a lot of the SNMers by their names.  By

13  their nicknames I know them.  Or if I see a picture,

14  I'll know who it is.

15     Q.   So how did you know Joe Gallegos?  Did you

16  know him as Joe Gallegos, or Joe, or --

17     A.   Joe Gallegos, that's Joe.  Everybody just

18  called him Joe.

19     Q.   So the first time you were asked about

20  this, in 2007, did you identify him as Joe Castillo?

21     A.   I might have, because I was nervous in

22  that interview.  I was nervous, and everything,

23  because I had never been through anything like this

24  before.  And I was pretty, pretty nervous.

25     Q.   But is the gentleman -- well, to be fair,

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   you were being asked about Frank Castillo's murder
 2   at that time; right?
 3        A.   Yes, sir.
 4        Q.   And so if you identified him as Joe
 5   Castillo, is that because you were confused?
 6        A.   Yes, sir.
 7        Q.   Do you know that the person you were
 8   referring to is the Joe Gallegos you just pointed to
 9   in court here?
10        A.   Yes, sir.
11        Q.   Do you know that Joe Gallegos has a
12   brother named Frankie G?
13        A.   Yes, sir.
14        Q.   Did you point that out to the interviewer
15   in 2007?
16        A.   I believe so.
17        Q.   So let me make sure I've got this right.
18   Who did you task to hit Looney or Rolando Garza?
19        A.   I asked Eugene Martinez to hit Looney.
20        Q.   And then for Pancho, Frank Castillo, who
21   did you ask?
22        A.   It was -- for Frank Castillo, it was Joe
23   Gallegos, Criminal, and Angel DeLeon.
24        Q.   Did you also put in place teams that would
25   hit those SNM members if they didn't go through with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the murder?

2        A.   Yes, sir.

3        Q.   And do you remember some of the folks who

4    you had --

5        A.   I picked Sleepy, who -- his name is Rick

6    Sandoval.  I picked him.  I picked Smurf.  I picked

7    Gumby.  And I picked -- I picked Scotty.  I can't

8    remember all of them, but those are a few of the

9    names that I picked.

10       Q.   Is Smurf Leroy Lucero?

11       A.   No, not the one from Las Vegas.

12       Q.   A different Smurf?

13       A.   Yeah, the Smurf I'm referring to, he lives

14   in Anthony, New Mexico.

15       Q.   Did you have these other SNM members --

16   I'm going to call them the backup hit teams -- did

17   you have them place shanks in the yard, just in case

18   they would need them?

19       A.   Yes, sir.  They were already on that.

20   And, yes, I had them do that.  Most of the guys that

21   I chose already lived in the pod where me and Billy

22   Garcia were.

23       Q.   What happened next, in your mind, in

24   relation to these murders after you talked to

25   Criminal, Joe Gallegos, and Angel DeLeon?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    After that -- it was the weekend, because

2  I think all this happened maybe Wednesday or

3  Thursday that I started picking those guys, and

4  doing all that.  And that's when the viejo and Billy

5  wanted -- that's when Billy said, "Let's wait till

6  the weekend so I can get high and everything, and

7  have this done Monday morning."

8           I said, "All right."  So I let those guys

9  know pretty much what time they wanted, you know.

10          So Monday morning, get up, and me and

11 Billy, we go to the kitchen and we eat breakfast and

12 we go to -- there's -- in Southern at that time, in

13 the facility, there was like a laundry, and we had

14 to go pick up our toilet paper and all that.  But it

15 hadn't been opened yet.

16          And me and Billy, me and the viejo, we

17 were standing right there, and we were just standing

18 there, kicking back, and all of a sudden, boom, a

19 code went off.  We started seeing COs running over

20 there to the P units.  And we both knew what it was,

21 you know.  And we looked at each other, you know.

22 We just looked at each other.  That's it.  And all

23 of a sudden from the P's, they went to the O units,

24 so we knew it was both simultaneous.  We knew that

25 it got done.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   The P and the O units -- is that where

2  Rolando Garza and Frank Castillo were housed?

3    A.   Yes, sir.  Frank Castillo was in P-1, is

4  where he got hit, and Garza was in I think O-1 or

5  O-2.  I'm pretty sure it was O-1.

6          And right after that they called a

7  lockdown.  And I never saw Billy again.  I didn't

8  see Billy till all this happened.

9          Excuse me.  If I'm correct, I think over

10 there in that pink or purple shirt, like a violet

11 shirt, I think that's Huero Troup right there.

12          MR. BECK:  Let the record reflect that

13 Mr. Lujan identified the Defendant Edward Troup.

14          THE COURT:  The record will so reflect.

15          MR. BECK:  May I have a moment, Your

16 Honor?

17          THE COURT:  You may.

18 BY MR. BECK:

19    Q.   I'm going to show you, Mr. Lujan, what's

20 been identified as Defendants' Exhibit Y2.  Do you

21 recognize who is depicted in that photograph?

22    A.   Yes, that's Angel DeLeon.

23    Q.   Now, I'm going to show you what's been

24 marked for identification purposes as Government's

25 Exhibit 885, and just tell me if you recognize who

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is in that photograph without saying his name.  Just
 2   yes or no?
 3        A.   Yes.
 4             MR. BECK:  All right may we approach, Your
 5   Honor?
 6             THE COURT:  You may.
 7             (The following proceedings were held at
 8   the bench.)
 9             MR. BURKE:  Your Honor, this was a
10   prophylactic objection regarding 885, because that's
11   Jaramillo.
12             THE COURT:  Okay.
13             MR. BURKE:  I don't want anything --
14             THE COURT:  Well, am I at the Rubicon?
15             MR. BURKE:  I think we're certainly
16   inching up on it.
17             THE COURT:  Let me tell you -- and I've
18   been thinking about it all morning, and I read
19   Mr. Davidson's memo over the weekend -- I do think
20   I'm going to conclude that the statute does require
21   in this case the United States to disclose its
22   witnesses three entire business days, not including
23   holidays and weekends, in advance.  I think that's
24   the way I will construe the statute.  So part of the
25   opinion that deals with that construction is going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to make that construction.  And so the Government

2  wouldn't comply with that.

3          As I indicated on Friday -- I think it was

4  Friday -- the thing was struggling with

5  Mr. Davidson, and I pointed out to him what the

6  remedy is.  As we know from the face of the statute,

7  there is no remedy to the violation.  And I,

8  therefore, have to consider what the remedy should

9  be.  I've concluded that exclusion is not an

10  appropriate remedy in this case.  I think that's too

11  Draconian in this case.  I know the defendants have

12  made arguments that they would have approached

13  certain things in this case differently.  But I

14  don't think that they would have approached it

15  differently, because even if the Government had put

16  Mr. Jaramillo upon the witness list as a may-call,

17  they still at that time didn't know what his

18  testimony would be.  So I don't think that they

19  would have done anything or much differently than

20  what they had, in fact, done.

21          I think the remedy that is appropriate

22  here is what I have done so far, and what I will

23  continue to do, if that's necessary and the

24  defendants requested, is push this evidence down so

25  the defendants have more time to deal with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Jaramillo.  I think we're probably to the point

2   that we've done all we can.  But I think that the

3   situation is that this is too high of a cost to --

4   the seeking function, to exclude this witness, and

5   that the violation of the statute can be dealt with

6   by pushing the testimony down to make sure that the

7   defendants are fully prepared to deal with it.  And

8   I think we've probably dealt with that situation.

9   If the defendants think they need more time or want

10  more time, I'll probably bend over backwards to try

11  to accommodate that.  But I don't think exclusion is

12  the appropriate remedy.

13          So while I am going to find that the

14  statute applies, that there was inadvertent

15  violation of the statute, I think the remedy is

16  still left to the discretion of the Court, as it is

17  in many situations of this nature.  And I think

18  juggling the evidence and the sequencing of evidence

19  is more appropriate here than exclusion of a witness

20  of this nature, particularly given that it is a

21  witness that was known to all sides before the trial

22  started.

23          So my ruling will be that I will not

24  exclude him, but I'll continue to work with the

25  defendants, if necessary, to help them, if there is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    any prejudice to them.

2              MR. BURKE:  I want to make a very brief

3    record.  There is no help, no help that this Court

4    can give the defense of Edward Troup that would be

5    satisfactory.  None.  I know to a degree of 100%

6    certainty that I would have given a totally

7    different opening.

8              They lingered and were dilatory in

9    bringing Mr. Jaramillo to the table.  I never

10   expected in the middle of trial they would have

11   given him Kastigar immunity, and make him who is now

12   the pivotal witness in Count 1.  And so the idea

13   that this will be anything but unfair is not right.

14             And what I'd like to do is give another

15   opening statement, and I'd like to have Cori

16   Harbour-Valdez do a different voir dire.  I never

17   expected this.  And I can prove it because we have

18   our list of division of witnesses; we never, ever

19   listed Jaramillo.  We would have tried this case

20   completely differently.

21             I know the Court wants to keep moving, and

22   maybe at the break I can make a further record.  It

23   just is very, very unfair.

24             MR. BENJAMIN:  Your Honor -- and on behalf

25   of Mr. Gallegos, the Court saw my opening, I have



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

98

1    statements that I would have used that would have

2    put -- essentially that I would have dealt with

3    Lujan and Jaramillo side by side on some slides.

4    And my team talked to Mr. Jaramillo in 2016.  And so

5    I just think at this point in time the Court was

6    correct, we relied on this idea that the defense is

7    now being, for lack of a better term, shattered.

8              MR. CASTLE:  Just so my silence is not

9    interpreted as a waiver, I'd like to make my record

10   at a later time.

11             THE COURT:  So I guess the pending issue

12   is, I should go ahead and admit Y2 and 885.

13             MR. BECK:  I think Y2 is in.  Mr. Burke

14   said he was going to object, so I wanted to raise

15   it.  I think we can -- I mean, it's admissible

16   regardless of the outcome of the other issue with

17   Mr. Jaramillo, but that's why I --

18             THE COURT:  Are we certain that Y2 is

19   already in?

20             MR. BECK:  I'm not.  But my assistant is.

21   And she's much better.  But if not, I'll move to

22   admit it now.

23             MR. SINDEL:  Your Honor, if I may be

24   heard.

25             THE COURT:  Let me ask Ms. Bevel, can you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

99

1    see if Y2 has been admitted?

2             Go ahead, Mr. Sindel.

3             MR. SINDEL:  It would be -- the argument

4    that this was inadvertent would be much more

5    convincing to me if they had said -- if they had

6    either requested leave to file a new witness list or

7    made clear that they had omitted that from their

8    list.  But that was never addressed at all.  And I

9    think that if they had come to this Court and said:

10   We would like leave before opening statements to

11   amend our witness list, this Court might have been

12   able to do so without any abuse of discretion, if

13   the Court so chose.  But they never really disclosed

14   it.

15            And to say that having read that name on

16   the second list, when everybody is doing all kinds

17   of work preparing for opening statements, you know,

18   looking at the jurors, trying to, you know, do all

19   that, all those jobs, as if we couldn't hear one

20   name in, what, 184 names, I just don't -- it doesn't

21   really ring true that that was inadvertent.  They

22   could have solved that issue quite easily by being

23   open and candid about it.

24            THE COURT:  So I will go ahead and admit

25   Y2 and 885.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  And Y2 has not been entered
 2   yet.  Thank you.
 3              (The following proceedings were held in
 4   open court.)
 5              THE COURT:  All right.  Mr. Beck, I think
 6   you moved the admission of Y2 and 885, Government's
 7   Exhibits.  I guess that's Defendants' Exhibit Y2;
 8   correct?  And that comes in without opposition.  And
 9   885 comes in with opposition.  But I'll admit them
10   both.
11              (Defendants' Exhibit Y2 admitted.)
12              (Government Exhibit 885 admitted.)
13              MR. BECK:  Yes, Your Honor.
14              THE COURT:  All right.  Mr. Beck.
15   BY MR. BECK:
16       Q.   All right.  Mr. Lujan, I'm going to show
17   you Exhibit Y2 once again.  Mr. Lujan, who is
18   depicted in this photograph?
19       A.   That's Angel DeLeon.
20       Q.   And is this the Angel DeLeon, along with
21   Joe Gallegos and Criminal, who you told to kill
22   Frank Castillo?
23       A.   Yes, sir.
24       Q.   And now I'm going to show you what's been
25   now admitted as Government's Exhibit 885.  Who is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    this?
 2         A.   That's Criminal.
 3         Q.   So is this Criminal, along with Angel
 4    DeLeon and Joe Gallegos, that you told to kill
 5    Mr. Castillo?
 6         A.   Yes, sir.
 7         Q.   After the murders in March of 2001, were
 8    you locked up with Defendant Christopher Chavez?
 9         A.   Yes, sir.
10         Q.   Where did that happen?
11         A.   I believe it was at the North.
12         Q.   At the North?
13         A.   PNM North.  Sorry about that.
14         Q.   So is that at the PNM North facility?
15         A.   Yes, sir.
16         Q.   And where did the conversation take place?
17         A.   I believe it was in the 1-A, 1-A and 1-B
18    rec yard, where we go to rec there.
19         Q.   May we see Exhibit 828, please.
20    Mr. Lujan, do you recognize this as the PNM North
21    facility?
22         A.   Yes, sir.
23         Q.   Where were you in the rec yard when you
24    had this conversation with Mr. Chavez?
25         A.   It was at this, the one right here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  That's the 1-A and 1-B rec yard, if I'm correct.

2      Q.   So that's the top left of the screen where

3  there are some metal cages depicted?

4      A.   Yes, sir.

5      Q.   And did this conversation take place in

6  approximately December 2004?

7      A.   I believe so.

8      Q.   What was the discussion that you and

9  Mr. Chavez had?

10     A.   I think, if I'm correct, he was in the

11 basketball cage, and I was in the little cage next

12 to it, and I told him, "Gracias."  And he knew what

13 I was talking about.  He told me right away that he

14 didn't want to talk about it because he didn't want

15 nobody knowing.  He knew what I was talking about.

16 It was the Looney murder.

17     Q.   So to be fair, in this conversation you

18 told Mr. Chavez, "Gracias," and he said he didn't

19 want anybody to know?

20     A.   And "Gracias" means thank you.

21     Q.   And he didn't tell you that he knew you

22 were talking about the Looney murder?

23     A.   No, he didn't tell me he knew what I

24 was -- no, he just told me straight up that he

25 didn't want nobody knowing nothing.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.  Do you see Mr. Chavez in this

2  room?

3    A.   Yes, sir.  He's back there in the gray

4  suit.

5    Q.   What color tie does he have on?

6    A.   I can't see his tie because he's leaning

7  forward.  I guess it's like a silver, grayish.

8         MR. BECK:  Let the record reflect that

9  Mr. Lujan identified the Defendant Christopher

10  Chavez.

11         THE COURT:  The record will so reflect.

12  BY MR. BECK:

13    Q.   After March of 2001, did you have a

14  conversation with the Defendant Joe Gallegos about

15  what you understood to be the Pancho and Looney

16  murders?

17    A.   Just when I had told him then, because we

18  got locked down.  They locked 16 of us down.  And

19  I'm not sure if he was one of the first 16.  I know

20  Christopher Chavez was.  Who else was?  There was 16

21  of us, and I can't remember exactly which 16.  But

22  I'm not sure if me and Joe had a conversation after

23  the murders, you know.

24    Q.   So you don't remember a conversation at

25  the PNM North Facility?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SINDEL:  I'm going to object to the
 2   leading form.  He says he doesn't remember the
 3   conversation.
 4            THE COURT:  Well, he can probe just a
 5   little bit.  Overruled.
 6   BY MR. BECK:
 7       Q.   If you don't, that's okay.
 8       A.   Yeah, at the North facility, I don't
 9   remember.  I remember having him -- I do remember
10   having a conversation with him over there in Otero
11   County, you know.  And he just asked me -- he just
12   told me if I was staying strong.  And I played it
13   off and told him I was.
14       Q.   All right.  And I may come back to that
15   with you, but we'll go on.
16            MR. BECK:  Your Honor, may we approach?
17            THE COURT:  You may.
18            (The following proceedings were held at
19   the bench.)
20            MR. BECK:  So when earlier Mr. Lujan
21   talked about when he and Mr. Garcia were together at
22   MDC, during that time Mr. Garcia told Leonard Lujan
23   that he had ordered his nephew Baby Zack to hit
24   Styx.
25            THE COURT:  And y'all are covering up your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   screens and everything before you come up here;

2   right?

3           MR. CASTELLANO:  Yes, mine is covered,

4   Your Honor.

5           MR. BECK:  And so we talked earlier about

6   Mr. Castle's motion.  So I'm not -- we're not

7   contending that this is anything other than -- at

8   this point I think it's -- I think it's related to

9   racketeering activity because of the division in the

10  SNM that we've been hearing so much about, and the

11  SNM activity.  But we're not -- at least I don't

12  think -- and Mr. Castellano may correct me if I'm

13  speaking out of turn -- I don't think we believe

14  that there was a conspiracy other than with Baby

15  Zack and Wild Bill to hit Gerald Archuleta.  But I

16  think that this is an admissible statement,

17  admissible as a statement by a party opponent and as

18  racketeering activity against Mr. Garcia.

19          THE COURT:  The only thing I guess I'm

20  concerned about is Mr. Castle's point that this is

21  404(b) evidence, and they didn't get the proper

22  notice from the Government on it.

23          MR. BECK:  Sure.

24          THE COURT:  That's my concern.  How do I

25  get this out of being 404(b) and into something

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 | else?  And I'm not sure I have enough information to
2 | shove it out of 404(b) and into either racketeering
3 | or anything like that.
4 |         MR. BECK:  I think the Court has heard a
5 | great deal of information about Mr. Archuleta sort
6 | of taking the SNM in a direction where it was
7 | against Mr. Garcia and those who followed him;
8 | followed Mr. Garcia, that is.  In this case, it
9 | would be Mr. Garcia's part of the SNM retaliating
10 | against Gerald Archuleta, the leader of the SNM, so
11 | it would be SNM versus SNM hit.  I think it could go
12 | to the disrespect element.  So I think those are
13 | probably the two arenas where this would fit into
14 | racketeering activity.  But I do concede it's a
15 | closer call than we've seen.
16 |         THE COURT:  Let me do this.  Let me think
17 | about it a little bit.  If I decide that I'm going
18 | to let it in, you can bring it up in redirect, and
19 | then I'll give the defendants an opportunity to.
20 | But right at the moment, I want to think about what
21 | you just told me.  Because, you know, before we
22 | started this afternoon, I didn't think there was
23 | enough to shove it out of the 404(b).  Let me think
24 | about it and refresh my memory.
25 |         MR. CASTLE:  Could we just have a little



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   bit more?  What exactly is he going to say?

2           THE COURT:  What do you want him to say?

3           MR. BECK:  I think what he's going to say

4   is that when they were locked up in MDC together,

5   Mr. Garcia, Billy Garcia, told Leonard Lujan that

6   after he talked to Gerald Archuleta about the hit on

7   Julian Romero and the hit on Frank Castillo, then

8   Billy Garcia got his nephew, Baby Zack, to try to

9   hit Styx.

10          MR. CASTLE:  That sounds personal, not

11  SNM-related, even if he --

12          THE COURT:  Well, I'm concerned it may be

13  admissible as 404(b), but then I think we've got a

14  notice issue here.

15          MR. BECK:  Right.  And so I mean, again,

16  where it fits into the SNM and the racketeering

17  activity is:  We've heard a litany of the Billy

18  Garcia side and the Gerald Archuleta side; and that

19  Gerald Archuleta is against the Billy Garcia side.

20  This is the Billy Garcia side against the Gerald

21  Archuleta side.  It came out of the conversation

22  about Frank Castillo and the murder with Frank

23  Castillo and about the hit on Julian Romero, so --

24          THE COURT:  Well, if it works for

25  everybody, particularly Mr. Castle, why don't I not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   let it in now.  Let me think about it with this
 2   additional information.  And if I decide to let it
 3   in, bring it on redirect, and you can recross.
 4            MR. CASTLE:  Sounds like I --
 5            THE COURT:  Kick it down the road a little
 6   bit.  And think about why they're thinking it was an
 7   SNM hit --
 8            MR. CASTELLANO:  There was notice
 9   regarding -- not this witness -- we noticed up that
10   it would come through Gerald Archuleta, who
11   testified about the incident in the last trial.
12            THE COURT:  Here's the problem with
13   that -- and correct me if I'm wrong -- but remember
14   there was a notice filed while you were having your
15   surgery that said everything in the last trial is in
16   this trial.  And while you were not here, I said,
17   "Well, that's not adequate, because those were
18   totally different conspiracies."
19            MR. CASTELLANO:  I agree.  It was noticed
20   in the James statements for this trial.
21            THE COURT:  Which number is it?
22            MR. CASTELLANO:  I'll have to go check.
23            MR. BECK:  I can find that for you.
24            THE COURT:  But this isn't coming in as a
25   co-conspirator statement.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  Right.

 2            THE COURT:  This is coming in -- I don't

 3   know what --

 4            MR. CASTELLANO:  It's a statement by a

 5   party opponent, and I agree with the Court.

 6            THE COURT:  That's right.

 7            MR. CASTELLANO:  I agree with the Court,

 8   but the information itself was noticed up to the

 9   defense, so that much was true.  It just wasn't

10   through this witness.

11            THE COURT:  But was it on the 404(b)

12   letters?

13            MR. CASTELLANO:  I don't think it was in

14   the 404(b).  It was noticed up for the James table

15   that we --

16            THE COURT:  I'm a little reluctant to go

17   that route, given that we put in place this somewhat

18   cumbersome 404(b).

19            MR. CASTLE:  Not 404(b).

20            THE COURT:  Some are and some weren't.

21            MR. BECK:  I hear you.  I think that's

22   fair.

23            THE COURT:  I know that 404(b) can't arise

24   in the middle of the trial.  You can still get it

25   in, but it might be we have to kick it down pretty
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  far if we decide it is 404(b).

 2            MR. CASTELLANO:  The jury has heard a

 3  little bit about the topic from, I think, Mario --

 4            THE COURT:  About what?

 5            MR. CASTELLANO:  About this topic.  When

 6  Mario Rodriguez was in the cages next to Billy

 7  Garcia, Billy Garcia told Mr. Rodriguez there was a

 8  rat in his pod.  And they have a dispute because

 9  Mario Rodriguez said that Baby Zack had ratted on

10  that incident; that Mario Rodriguez was not going to

11  do anything about the information or the request by

12  Billy Garcia.  So we touched on it a little bit, but

13  not directly.

14            THE COURT:  Give me a little bit more time

15  to think about all this, and see how it comes out,

16  whether I'm going to slide it over to 404(b), or

17  slide it into racketeering activity.

18            MR. BECK:  Sounds good.

19            (The following proceedings were held in

20  open court.)

21            THE COURT:  All right.  Mr. Beck.

22  BY MR. BECK:

23       Q.   Mr. Lujan, I think you touched on this

24  earlier, but we went over your plea agreement from

25  May of 2017.  Do you remember that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Plea agreement?

2       Q.    Right.

3       A.    From 2017?

4       Q.    Your plea agreement for this case.

5       A.    My plea agreement is a life sentence.

6       Q.    I'm just asking if you remember when we

7  went over it a couple of hours ago.

8       A.    Yeah.

9       Q.    Since the time that you pled guilty in May

10 2017, have you been housed with other defendants who

11 are cooperating or may be testifying in this trial?

12      A.    Over there in -- over there in Sandoval

13 County, they had me with Robert Martinez and Jo Jo

14 Quintana, Frederico Quintana.  They had me with them

15 for a little while.  And then they shipped them back

16 out to the North, I think.  And then there in --

17 over here where I'm at in Luna County right now,

18 they had me -- at first they had me with Timothy

19 Martinez.  And then Fred Quintana drove up, Paul

20 Rivera drove up, and I think Benjamin Clark.  But

21 I'm not housed with them.  They have me in medical,

22 and they're in Seg.

23      Q.    While you were housed with these other

24 folks, did you all talk about the discovery and the

25 case together?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   I never talked to any of them about the
2  discovery.
3     Q.   We also talked about earlier you
4  cooperated with the FBI over the years.  Do you
5  remember that?
6     A.   Yes, sir.
7     Q.   Including in 2009, I believe; right?
8     A.   Yes, sir.
9     Q.   During that time, were you testifying in
10  any trials or hearings?
11     A.   No, sir.
12     Q.   Were you still paid by the FBI at that
13  time as a cooperating source?
14     A.   Yes, sir.  I asked them one time if they
15  could help me because I was doing pretty bad and all
16  I asked them for was $500, and that's it.
17     Q.   And they paid you at that time?
18     A.   And they paid me.
19     Q.   You had -- did you have a tablet with the
20  discovery on it at some point?
21     A.   Yes, sir.
22     Q.   And describe that for the jury.  What is
23  on the tablet?
24     A.   On the tablet is -- there's names of SNM
25  members that STG and STIU have kept track of.

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   There's letters of people saying this and that of

2   different other people.  My name is mentioned in

3   some of those letters.

4            MR. CASTLE:  Your Honor, I'm going to

5   object and just ask for counsel to perhaps do

6   leading questions.  Otherwise we're going to float

7   into hearsay.

8            THE COURT:  Are you agreeable to that?

9            MR. BECK:  That's fine, Your Honor.

10           THE COURT:  Why don't you lead him then.

11  BY MR. BECK:

12       Q.   On the tablet are there documents that

13  relate to this case?

14       A.   Yes, sir.

15       Q.   Does that include police reports?

16       A.   I believe so.

17       Q.   Does it also include documents from the

18  Corrections Department?

19       A.   Yes, sir.

20       Q.   And it's fair to say that those documents

21  relate to the SNM and things that are being tried

22  here today; right?

23       A.   Yes, sir.

24       Q.   With that tablet, did you break that

25  tablet in January of 2017?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Was that January -- I'm not good at
 3   math -- was that four months before you pled guilty
 4   and cooperated in this case in May of 2017?
 5        A.   Yes, sir.
 6        Q.   Since that time, in January of 2017, have
 7   you had a new tablet?
 8        A.   No, sir.
 9        Q.   Have you looked -- well, fair to say you
10   haven't looked at the discovery that was on that
11   electronic tablet since January 2017?
12        A.   No, sir.
13             MR. BECK:  May have a moment, Your Honor?
14             THE COURT:  You may.
15             MR. BECK:  Pass the witness, Your Honor.
16             THE COURT:  Thank you, Mr. Beck.
17             Mr. Castle.
18                   CROSS-EXAMINATION
19   BY MR. CASTLE:
20        Q.   Mr. Lujan, let's just start with that plea
21   agreement.  And you've told us today that you've
22   been always honest and wanted to take
23   responsibility; right?
24        A.   Yes, sir.
25        Q.   You were charged in December of 2015;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  correct?

2      A.   Yes, sir.

3      Q.   But you didn't plea until May of 2017, a

4  year and a half later.

5      A.   Yes, sir.

6      Q.   And that was so you and your lawyer could

7  work out a deal where you could possibly get out and

8  be free?

9      A.   I've always looked at --

10      Q.   Was that the reason it took so long for

11  you to come into court and say you were guilty, was

12  because you were trying to work out a deal so you

13  could walk out of prison some day and become free?

14  Yes or no?

15      A.   No, sir.

16      Q.   No, sir?

17      A.   No.

18      Q.   Your lawyer is here today; right?

19      A.   He's right there.

20      Q.   The prosecutor asked you some questions

21  about your diagnoses.  Do you recall those

22  questions?

23      A.   Yes, sir.

24      Q.   And I think you told the jury that the

25  only diagnosis, at least mental health diagnosis

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that you can recall is one for post-traumatic stress

2  disorder; is that right?

3       A.   Yes, sir.  And I believe I said that I

4  have --

5       Q.   And explosive disorder or something like

6  that?  That's where you can go be violent against

7  somebody with no provocation whatsoever?

8       A.   It's pretty much been violence against me,

9  sir.

10      Q.   Okay.  Well, let's talk about your other

11 diagnoses.

12      A.   Okay.

13      Q.   You've been diagnosed numerous times with

14 a disorder called malingering.  Are you familiar

15 with that?

16      A.   No, sir.

17      Q.   You're not familiar with that?

18      A.   No, sir.

19      Q.   If I could have page 65.  Well, the pages

20 that I talked about -- Mr. Lujan, while she's

21 getting the documents, you were aware that there was

22 an order where your psychiatric records were turned

23 over to both the Government and the defense; is that

24 your understanding?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you and your lawyer had an opportunity
 2   to go through those and redact anything that you
 3   thought was personal.
 4        A.   Yes, sir.
 5        Q.   So you've had an opportunity to look at
 6   those.  I want to show you the first one.  It's page
 7   65678, dated November 3, 2011.  Okay.  Right here is
 8   an indication they believe you're malingering; is
 9   that correct?
10        A.   I don't even know what "malingering"
11   means.
12        Q.   Okay.  Do you know what being dishonest
13   means?
14        A.   Yeah.
15        Q.   Do you know what being dishonest in order
16   to try to manipulate people means?
17        A.   Yes, sir.
18        Q.   Let's go to the next one.  There is
19   another document, 65676, again finding that you're
20   malingering.  Quote, "He's a very good actor," end
21   quote.  Do you see that?
22        A.   Yes, sir.
23        Q.   Let's go to the next one.  Page 65622.
24   This has actual specific diagnoses here, right; is
25   that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    PTSD.

2        Q.    I'm asking you, does it have diagnoses?

3        A.    Yes, sir.

4        Q.    And one of them is antisocial personality

5   disorder?

6        A.    Yes, sir.

7        Q.    I think you told us on direct that you've

8   never been diagnosed with that.

9        A.    Excuse me, that's the first time I've ever

10  seen that paper.

11       Q.    You've never heard of antisocial

12  personality disorder?

13       A.    I don't even know what that is.

14       Q.    Once again, I'll show you another

15  document, 2012, 66118, indicates you were

16  malingering, and they have antisocial personality

17  disorder.  Do you see that?

18       A.    Yeah.  And if you look at it, it also

19  states that I am doing a hep C treatment at that

20  time, too.

21       Q.    I wasn't asking you questions about hep C.

22       A.    In '11 and '12, that's what I was doing.

23       Q.    Sir, I'm not asking you about your

24  physical maladies.  I'm asking you about your mental

25  health.  Okay?  Let's stay on task.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Okay.
 2        Q.   Another diagnosis, 66117.  It says,
 3   "Malingering for placement," and, of course, once
 4   again, antisocial personality disorder.
 5        A.   Okay.
 6        Q.   You and your lawyer had an opportunity to
 7   review those.  And my guess is, you must have gone
 8   back to the Department of Corrections and asked them
 9   to correct all these horrible diagnoses that aren't
10   true; is that correct?  Did you do that?
11        A.   I think my attorney was doing all that
12   stuff.
13        Q.   Do you recall talking to Agent Acee about
14   this and him asking you if you had made up disorders
15   in order to try to get -- to manipulate things.  Do
16   you remember him asking you about that?  Yes or no?
17        A.   I believe so.
18        Q.   And you told him you did?
19        A.   Yeah.
20        Q.   One of the things that you do is, you go
21   into, what, complain about particular ailments at
22   the prison to try to get some treatment; is that
23   fair?
24        A.   No.
25        Q.   You don't complain about any medical
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   issues?

2       A.   Every time that I have cut, most of the

3   time I've cut, and most of the time I've complained

4   about being sick, I've been sick.  They've had to

5   put me on IVs and everything.

6       Q.   So you've made complaints about physical

7   illnesses for treatment.

8       A.   Um-hum.

9       Q.   Yes.  And what you've asked for on many of

10  those occasions is for medications; correct?

11      A.   No, sir.  I've asked for treatment.

12      Q.   Okay.  You haven't asked for certain

13  psychotropic drugs?

14      A.   No, sir.

15      Q.   Welbutrin?

16      A.   I've never been on Welbutrin.

17      Q.   You've never been on Welbutrin.

18      A.   As far as I know, I never have.  I tried a

19  lot of psych medications, but I don't remember ever

20  being on Welbutrin.

21      Q.   Well, it has a generic name.  Maybe you

22  remember this.  Bupropin.

23      A.   No, I don't remember.

24      Q.   You've never been on that?

25      A.   No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Maybe you know it by its slang name, which

 2  is "poor man's cocaine"?

 3      A.   I've never been on it.

 4      Q.   Do you remember going to the doctors and

 5  asking them and getting opioids, such as Percocets?

 6      A.   No, sir.  The only time I've ever been on

 7  that kind of medication is when I've been on the

 8  streets.

 9      Q.   Okay.

10      A.   I was on -- the last time that I did, when

11  I put a piece of --

12      Q.   Let me do this:  I want to come up here.

13  I've got a computerized copy of your medical

14  records.

15      A.   Okay.

16      Q.   Okay.  And we're going to do some

17  searching together.  Okay?  Do you see on this page,

18  it says you had Percocet medications?  Do you want

19  to scroll up or do you want to take my word for it?

20      A.   Oh, by that, the Percocets, if I remember,

21  it's been times that I've been at LTCU.

22      Q.   Mr. Lujan, I know you want to talk a lot.

23  Okay?  Try to stay on task.  I'm going to ask you

24  specific questions with a yes-or-no answer.

25  Oftentimes I'll ask you if you have an explanation,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  or the Government can, so --

2       A.    Okay.

3       Q.    Did you get Percocet here?

4       A.    I don't recall.

5       Q.    Okay.  Again another page, Percocets.  Do

6  you see that?

7       A.    That's when I got shot and stuff.

8       Q.    Another Percocet -- sir, this is in

9  custody, in prison.  Did you get shot in prison?

10      A.    No.  But due to being sick from

11 everything, the pain.

12      Q.    Okay.  You were requesting Percocets;

13 correct?

14      A.    Yes, sir.

15      Q.    And again Percocets.  Do I need to keep

16 going, or can we agree that you've been asking for

17 Percocets over the years while in Corrections?

18      A.    Not the whole time I've been in prison.

19 There's been times where they've had to send me out

20 for surgeries at UNMH, and stuff like that.  And

21 they put me in LTCU, and they gave me Percocet.

22      Q.    Well, let's talk about the cutting, okay?

23 The cutting isn't because you're trying to harm

24 yourself.  It's so that you go -- they come to your

25 room, take you out of it, and take you to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  hospital where you can get whatever it is you really

2  want from the hospital; right?

3      A.   No, sir.

4      Q.   Well, I think you said on direct that you

5  did the cutting in order to get medical treatment,

6  some kind of medical treatment.  Is that not true?

7      A.   If I may be allowed to show you my

8  stomach, then you'll see what I'm talking about, why

9  I get sick and stuff.

10      Q.   Was that where you were cutting yourself?

11      A.   I believe one time, just one time -- I've

12  had multiple surgeries from the gunshot wound.  I've

13  had my gallbladder removed.  I was on a colostomy

14  bag.

15      Q.   Let me narrow it down.  The parts of your

16  body you were cutting with a piece of glass was your

17  arm.

18      A.   Been my arms and my legs.  And only one

19  time I put a piece of wire in my stomach.  That's

20  it.  That's the only time.

21      Q.   We're talking one time you put this glass

22  and cut your arm open; right?  Yes or no?

23      A.   Yes, sir.

24      Q.   And you didn't do that because you needed

25  your -- you wanted your arm to be attended to; you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  wanted to get some kind of other medical treatment

2  that you claimed you needed for your stomach or

3  somewhere else?

4      A.   Sometimes it was that; sometimes it was

5  that anger.

6      Q.   Okay.  We'll talk about that anger in a

7  little while.  Okay?

8      A.   Yes, sir.

9      Q.   Mr. Lujan, you're the individual who

10 ordered two squads of assassins to murder Rolando

11 Garza and Frank Castillo; correct?

12     A.   Yes, sir, on the orders of somebody.

13     Q.   Okay.  I understand you want to blame

14 somebody else.  What I'm asking you is:  Did you

15 organize two squads of individual to go and execute

16 those two men?  Yes or no?

17     A.   I organized it.

18     Q.   Okay.  And you've already talked about

19 this a little bit, but you've entered into a plea

20 bargain which might allow you to live in the free

21 world again some day; correct?  Did you get that

22 kind of plea bargain or not?

23     A.   I've always just thought of it as doing a

24 life sentence, because that's what it says, a life

25 sentence, you know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So the judge is here right now.  Are you
 2   going to say that you'll never ask him for a reduced
 3   sentence?
 4        A.    It's his decision, not mine.
 5        Q.    Are you ever going to ask for a reduced
 6   sentence while your lawyer is here in this
 7   courtroom?
 8        A.    It's a possibility.
 9        Q.    It's a possibility you will ask him for a
10   lesser sentence; correct?
11        A.    Yeah.
12        Q.    Or ask somebody for more money; right?
13        A.    Well, if that's what you want to think.
14        Q.    Well, you said you got $500 once in 2009.
15        A.    Yeah.
16        Q.    And that was so you could buy a TV?
17        A.    I bought a TV, and I bought some clothes
18   and some things that I needed.
19        Q.    And that's because you destroyed your TV?
20        A.    That TV I had for years.
21        Q.    So the one the Government paid for --
22        A.    As a matter of fact, they lost that TV at
23   PNM.  I had to buy another one.
24        Q.    So the Government paid for a TV.  That one
25   lasted for many years.  Is that what you're saying?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    Yeah, lasted for two years, three years.
2        Q.    The other ones you've purchased, you
3   busted, I think it sounds like.
4        A.    Actually, the ones that I busted had been
5   state property.  Not -- not ones that I purchased.
6        Q.    You mean the Government has purchased?
7        A.    Yeah.
8        Q.    And then I think they said $1,750.  What
9   was the other $1,250 for, and when did they give it
10  to you?
11       A.    I haven't seen $1,250.
12       Q.    So did they give you any other money over
13  the years, other than that $500?
14       A.    No, sir.
15       Q.    Not once?
16       A.    Not once.
17       Q.    So if they disclosed to us it was $1,750
18  they've given you over the years, that wouldn't be
19  true?
20       A.    Since 2017, I think that's when they
21  started giving me money.  And it might have already
22  been that much.
23       Q.    So that would have been after you pled
24  guilty and agreed to testify for them?
25       A.    This was in 2017, when I decided to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   part of the program.

 2        Q.   Okay.  Part of the program, okay.

 3             Now, if I understand your testimony

 4   correctly, you're indicating a number of things.

 5   First, you're claiming that the order to kill

 6   Mr. Garza and Mr. Castillo came down to Southern

 7   from Billy Garcia and no one else; is that right?

 8        A.   Yes, sir.

 9        Q.   So there were no orders that you were

10   aware of, prior to Mr. Garcia arriving, for Garza or

11   Castillo to be murdered?

12        A.   No, sir.

13        Q.   Second, you're indicating that Mr. Garcia

14   asked to you organize these two teams to commit the

15   murders; is that right?

16        A.   Yes, sir.

17        Q.   And my understanding is -- well, you may

18   not have testified to this, but was the purpose

19   supposedly that -- Mr. Garcia's purpose was

20   supposedly asking you to do that so that he wouldn't

21   be caught or held responsible?

22        A.   Could have been, but no, I don't think so,

23   you know.

24        Q.   Whoever it was that gave you orders didn't

25   want to get arrested for this charge; would that be

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  fair?

2      A.   No, that's just the way SNM always worked

3  with different things, you know.

4      Q.   And when somebody above you, your boss or

5  whatever, is telling you to go do this so that they

6  won't get caught, you're not supposed to go blabbing

7  to people about that, are you?

8      A.   No, sir.

9      Q.   But you actually made, it sounds like, a

10 concerted effort to let everybody know that the

11 orders came from Billy Garcia.  Well, let me say,

12 you said to the one guy, Eugene Martinez; right?

13     A.   Yes.

14     Q.   And you told, I think, four people in

15 their presence -- I think you said it was -- well,

16 who were the four people you said were present when

17 you told everybody?

18     A.   Joe Gallegos, Criminal, Angel.  And Huero

19 Troup was in the back, and Sleepy was behind me.

20     Q.   And Huero Troup was somebody you didn't

21 even trust.

22     A.   No.

23     Q.   You're going to tell him Billy Garcia

24 ordered these hits?

25     A.   He wanted to be nosy.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you or did you not?  I know you want

2  to explain things.

3    A.   He wanted to be nosy.

4    Q.   Okay.  In any event, after the murders,

5  Mr. Garcia was immediately removed from the prison;

6  is that right?

7    A.   Yes, sir.

8    Q.   And you remained?  You remained in that

9  prison?

10    A.   Excuse me?

11    Q.   Remained at the prison?

12    A.   Yes, sir.

13    Q.   Did you drop a kite saying it was Billy

14  Garcia who was responsible?

15    A.   No, sir.

16    Q.   I want to ask you a little bit about the

17  SNM as it existed in 2007, okay, the time period you

18  say you had some discussions with Mr. Garcia at the

19  MDC.  At that time Gerald Styx Archuleta was a

20  leader of the largest group of SNM members in 2007;

21  correct?

22    A.   Yes, sir.

23    Q.   In that group under Styx they had a tabla;

24  is that right?

25    A.   A tabla, yeah.  That's the table.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Under Styx they had a tabla; right?

2      A.   Yes, sir.

3      Q.   And you knew who was in that?

4      A.   Yes, sir.

5      Q.   It was Robert -- I think you've told the

6  FBI that it was Robert Martinez, also known as Baby

7  Rob; Frederico Munoz, also known as Playboy; and

8  Juan Mendez, also known as Juanito.  Do you recall

9  that?

10     A.   Yes, sir.

11     Q.    I remember that.  And also part of this

12  Archuleta tabla was a person by the name of Leroy

13  Lucero, also known as Smurf.

14     A.   Yes, sir.

15     Q.   Now, when you were most active in the SNM,

16  you answered to Angel Munoz?

17     A.   Yes, sir.

18     Q.   And after Angel died, you answered to

19  Gerald Styx Archuleta?

20     A.   Yes, sir.

21     Q.   So when did Angel die?  Do you recall?

22  Was it 2003, '04, somewhere in there?

23     A.    No, I think it was later than that.  I

24  think it might have been 2005, 2004, around there.

25     Q.   But it was prior to the time in MDC;

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                           1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   right?

 2        A.   Yes, sir.

 3        Q.   So after he died, you answered to

 4   Archuleta?

 5        A.   Yes, sir.

 6        Q.   But today you're saying, "Actually Billy

 7   and I were against Archuleta," and you were even,

 8   like, accusing Archuleta of murder.  That is your

 9   testimony today; right?

10        A.   Yes, sir, but --

11        Q.   That's fine.  That's fine.  Let's --

12        A.   Okay.

13        Q.   Mr. Archuleta was the sworn enemy of Billy

14   Garcia?

15        A.   Yes, sir.

16        Q.   And are you aware that Gerald Styx

17   Archuleta had a hit out on Billy Garcia since the

18   time that Julian Romero, I guess, stole Archuleta's

19   wife?

20        A.   Yes, sir.

21        Q.   I want to try to establish some dates and

22   facts with you.  Okay?  I think you said on July 6,

23   1998, you and Frederico Munoz strangled Felix

24   Martinez to death; is that right?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Now, that happened at the old jail, the

2  BCDC, Bernalillo County Detention Center?

3      A.   Yes, sir.

4      Q.   On that same day, the law enforcement went

5  and tried to talk to you and ask you what happened.

6  Do you recall that?

7      A.   Yes, sir.

8      Q.   And you refused to talk to them?

9      A.   Yes, sir.

10      Q.   You executed your constitutional right to

11  remain silent?

12      A.   Yes, sir.

13      Q.   At that time I think they also offered you

14  some Copenhagen, and tried to be nice to you.  Do

15  you recall that?

16      A.   (Witness laughs.)

17      Q.   Is there something funny about the

18  proceedings here today, sir?

19      A.   No, it's just the way you came out with

20  the Copenhagen issue, man.  Dude, hey, nobody

21  offered me Copenhagen then, dude.

22      Q.   Well, do you recall testifying about that

23  before?

24      A.   I never testified about anything on that,

25  not one time.  That's why it was nine years before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they caught me.

2         Q.   Now, you've testified a little bit about

3    this today, but I want to make clear:  So you commit

4    the murder in '98; right?

5         A.   Yes, sir.

6         Q.   You plan -- well, get the two teams to

7    kill the two inmates in Southern in 2001; right?

8         A.   Yes, sir.

9         Q.   How many other people -- because it was

10   unclear to me -- how many other people have you

11   killed and stabbed?

12        A.   I've only killed one person.

13        Q.   Okay.  How many people have you stabbed?

14        A.   As far as stabbing, I've only stabbed two

15   other people.

16        Q.   Okay.  Well, we'll talk about that in a

17   few minutes.

18             So what were those two stabbings?

19        A.   One was with that LCer, and the other one

20   was, I think, in McKinley County, and that one had

21   nothing to do with SNM at all.

22        Q.   Let's go back to the dates.  After the

23   2001 murders, the STG officers, or the STIU

24   officers -- I'm not sure what it was that time --

25   came and talked to you again and asked you about the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1   Looney and Garza murders.  Do you recall that?

 2        A.   Yes, sir.

 3        Q.   And you refused to talk to them at that

 4   time.

 5        A.   Yes, sir.

 6        Q.   And they were even showing you pictures of

 7   Looney's dead body; right?

 8        A.   No, sir.

 9        Q.   They were showing you pictures of him when

10   he was alive?

11        A.   No, sir.

12        Q.   I thought you indicated to us just a

13   little while ago that they showed you pictures of

14   Looney.

15        A.   No, sir.

16        Q.   Well, do you recall testifying about this

17   just a little bit over a month ago?  And I'll give

18   you the questions and your answers.  Okay?

19             "Just asking me questions about the murder

20   and stuff.  And I didn't answer none of the

21   questions.  And he showed me some pictures of Frank

22   Castillo and Looney.

23             "Question:  Okay.  Were they asking you --

24             "Answer:  Just simple questions about what

25   happened with Looney, and this and that, and what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   went down, you know, like that.
 2            "Question:  What did you tell them?
 3            "Answer:  I told them, 'I got nothing to
 4   say.'"
 5            Do you recall that?
 6       A.   Yes, sir, but I never said anything about
 7   Looney's pictures.
 8       Q.   Well, didn't you say specifically, "and he
 9   showed me some pictures of Frank Castillo and
10   Looney"?
11       A.   He only showed me pictures of Frank
12   Castillo.
13       Q.   Why don't you look with me.  This is a
14   transcript.  Well, this is a big transcript, but you
15   only testified for part of it.  And do you see where
16   it says, "Okay.  And what were they asking you?"
17            And you:  "Just simple questions about
18   what happened with Looney and this and that, what
19   happened, what went down, you know like that.
20            "What did you tell them?"
21            Whoops, wrong page, I think.  I have the
22   wrong page.  Human error.
23            Here it is, page 59.  Your answer:  "Just
24   asking me questions about the murder and stuff, and
25   I didn't answer none of the questions.  And he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   showed me some pictures of Frank Castillo and

2   Looney."

3        A.   I made a mistake by saying Looney, because

4   it was just Frank Castillo.

5        Q.   Okay.

6        A.   That was my mistake.

7        Q.   So was he showing you pictures of Frank

8   Castillo after he'd been strangled?

9        A.   Yes, sir.

10        Q.   And that was a method that you had used --

11   you and Frederico Munoz used in '98; right?

12        A.   Yes, sir.

13        Q.   Despite showing you those pictures, you

14   didn't tell him anything?  You held strong to

15   yourself?

16        A.   I didn't say nothing.

17        Q.   So at this time -- and this was 2001 --

18   you had gotten away with the '98 murder, and you

19   were getting away with the two murders in 2001; is

20   that right?

21        A.   Yes, sir.

22        Q.   And then something happened in 2007 that

23   kind of changed things for you.  Do you recall what

24   that was?

25        A.   Well, I spoke of that earlier.  And I just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  thought, like, the viejo, Billy, was turning against

2  me, because he wanted me to go to trial, you know.

3  So I just, like, was kind of hesitant with him.

4       Q.   On March 1st of 2007, do you recall the

5  detective that was investigating the murder of Felix

6  Martinez, that he came to you at the MDC, and tried

7  to interview you again about those -- the '98

8  murders.  Do you recall that?

9       A.   Yeah.  He came, and I told him, "I have

10  nothing to say."

11       Q.   Right.  And at the end of that, he told

12  you he was going to take a swabbing of the inside of

13  your mouth because he had DNA that they found on the

14  ligature, and they were going to compare your DNA to

15  that?

16       A.   Yes, sir.

17       Q.   And at that point in time, you'd already

18  described that you had really taken your hand and

19  tied that ligature around his neck so tight that he

20  wouldn't be able to survive; right?

21       A.   Yes, sir.  I tied three knots.

22       Q.   You tied three knots.  So you knew your

23  hands and your DNA would be all over that ligature;

24  correct?

25       A.   I don't know.  I don't know how that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   works.
 2        Q.   During that interview that you had on
 3   March 1st, 2007, do you recall telling the detective
 4   that you barely even knew who Frederico Munoz was?
 5        A.   No, I know who Animal was.
 6        Q.   Do you recall what you said to him?
 7        A.   Frederico Munoz, I've known Frederico
 8   Munoz for a while.
 9        Q.   Do you recall saying to them that you
10   didn't know the murder victim -- who the murder
11   victim was, even.  Do you recall saying that?
12        A.   Oh, Animal -- no, that's not Frederico
13   Munoz.
14        Q.   I know.  I know.  We're going to go
15   through the statement.  Okay?
16        A.   Okay.
17        Q.   You first told him you didn't know who
18   Felix Martinez was; is that correct?
19        A.   I knew who he was, but I never --
20        Q.   I'm asking what you thought on that day.
21   On March 1st, 2007, when they came to interview you
22   again, and they got your DNA, you told them you
23   didn't even know who the victim was, the guy who
24   died, the guy you strangled.
25        A.   It's a possibility that I said that.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   don't remember that.
2        Q.    You knew who Felix Martinez was?
3        A.    I knew who he was.
4        Q.    He was the guy that sponsored and brought
5   Billy Garcia into the SNM; right?
6        A.    I didn't know him by that.
7        Q.    You killed a guy -- you murdered the guy
8   who brought Mr. Garcia into the gang.
9        A.    I didn't know that.
10       Q.    Then you told him you don't know Frederico
11  Munoz very well.
12       A.    No, I knew Frederico Munoz.
13       Q.    I know.
14       A.    We had already been doing time.
15       Q.    Let's just get this down straight now:
16  What I'm asking about is not what the truth is.  I'm
17  asking you what you told the police on March 1st,
18  2007.
19            So do you recall on March 1st, 2007, you
20  were still trying to get away with the murder;
21  right?
22       A.    March of 2007 --
23       Q.    Were you still trying to get away with the
24  murder at that point in time?
25       A.    Yeah, I was.  I always felt --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   "Yes" is fine.

2            THE COURT:  Mr. Castle, would this be a

3  good time for us to take our break?

4            MR. CASTLE:  Yes.  Could I just ask him

5  one more question?

6            THE COURT:  You may.

7  BY MR. CASTLE:

8       Q.   So when they asked you about Frederico

9  Munoz, you told them you didn't know him very well,

10 because you didn't want to get charged with that

11 murder.

12      A.   Yeah.

13      Q.   Okay.

14           THE COURT:  All right.  We'll be in recess

15 for about 15 minutes.

16           (The jury left the courtroom.)

17           THE COURT:  All right.  We'll be in recess

18 for 15 minutes.

19           MR. CASTLE:  One quick request.  Could we

20 have Mr. Lujan brought in before the jury?

21           THE COURT:  Is he going to be leaving?

22           THE MARSHAL:  No.

23           THE COURT:  He's just going to stay here.

24           MR. CASTLE:  That sounds good.

25           (The Court stood in recess.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Anybody got anything they need
 2    to discuss.  Anything I can do for you, Mr. Beck?
 3              MR. BECK:  No, Your Honor.
 4              THE COURT:  How about from the defendants?
 5    Mr. Castle?
 6              MR. CASTLE:  Just really quickly, we
 7    haven't gotten all the different payments that were
 8    made to Mr. Lujan.  My guess is, they were going to
 9    give it to us overnight, so we can --
10              THE COURT:  Is that hard to calculate?
11    Does the Government have to wait till overnight,
12    Mr. Beck?
13              MR. BECK:  I think we produced all of them
14    last week, so --
15              MR. CASTLE:  No, we've asked for receipts,
16    and they've only given us one, so --
17              THE COURT:  Okay.  Are you going to have
18    to do that overnight?
19              MR. BECK:  I think there has just been one
20    updated receipt.  I think that was the production of
21    the one receipt, was the one updated.
22              THE COURT:  All right.  All rise.
23              (The jury entered the courtroom.)
24              THE COURT:  All right.  Mr. Lujan, I'll
25    remind you that you're still under oath.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Mr. Castle, if you wish to continue your

2   cross-examination of Mr. Lujan, you may do so at

3   this time.

4          MR. CASTLE:  Thank you, Your Honor.

5          THE COURT:  Mr. Castle.

6   BY MR. CASTLE:

7      Q.   I just want to get this, see if we can

8   finish this interview.  On March 1st, 2007,

9   Detective Lewis of the Albuquerque Police Department

10  talked to you while you were in jail; correct?

11     A.   Yes, sir.

12     Q.   And at that time he told you he was going

13  to record your statement.  Do you recall that?

14     A.   I don't think it was at the jail.  I think

15  they took me to the courthouse.

16     Q.   Okay.  We're talking about the one where

17  you denied any involvement in the murder of Felix

18  Martinez.

19     A.   Was that when you were talking about when

20  they swabbed me?

21     Q.   Yes.

22     A.   That was the one where Jason Ellis

23  escorted me down there, and he said they were going

24  to hit me with premeditated capital murder.  Yeah, I

25  remember that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   It was at that interview that you said, "I

2    don't know who the victim is, and I barely know

3    Frederico Munoz"; correct?

4    A.   No, I'm not -- I don't think I even really

5    even spoke to that person, that detective, that

6    much.

7    Q.   If I show you a report from that, would it

8    refresh your memory?

9    A.   It might, but --

10   Q.   It's the shaded area here.

11   A.   No, because I've known Frederico Munoz for

12   quite a while before then.

13   Q.   So if, in fact, this report is correct and

14   you denied knowing Mr. Munoz very well, that would

15   have been a lie?

16        THE COURT:  Well, let's let the jury make

17   that determination.  You can ask him if that's

18   accurate or not.

19   Q.   Would that have been the truth?

20   A.   I've known Frederico Munoz for a long time

21   prior to that.

22   Q.   I'm trying to get through this.  On March

23   1st, 2007, when Detective Lewis went to interview

24   you, you denied knowing Mr. Munoz very well?

25   Correct or incorrect?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No, sir.

 2        Q.    And did you say you didn't know who the

 3   victim was?

 4        A.    No, sir.

 5        Q.    Okay.  So that the report is inaccurate?

 6        A.    Um-hum.

 7        Q.    And then you start telling him, Detective

 8   Lewis -- you tell him there was some kind of

 9   altercation that day with some black inmates.  Do

10   you recall that?

11        A.    I never spoke with that detective, not one

12   time.  Because if I remember, I told Jason Ellis,

13   the STIU guy, to take me back to my cell.

14        Q.    So you didn't describe an altercation or a

15   fight with --

16        A.    No, sir.

17        Q.    -- the black inmates?

18        A.    No, sir.  I never spoke to that detective.

19        Q.    And do you recall that you told him that

20   the fight with the black inmates started because you

21   were mad at them because of some child crime?  Do

22   you recall that?

23        A.    No, sir, I never spoke to that detective.

24        Q.    What actually happened was:  This fight

25   with the black inmates was created as a diversion so
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the authorities would think that perhaps one of the

2    African-American inmates had killed Felix Martinez.

3    Wasn't that the plan?

4         A.   No, sir.

5         Q.   That wasn't?

6         A.   No, sir.

7         Q.   It just happened to be a coincidence that

8    you murdered somebody and then got in a fistfight

9    later the same day?

10        A.   Yes, sir.

11        Q.   Now, after that interview on March 1st of

12   2007, did you learn that your DNA matched DNA found

13   on the ligature?

14        A.   No, sir.  I --

15        Q.   You never found out?

16        A.   Not matching or anything.

17        Q.   You haven't known that to this day?

18        A.   To this day, I didn't know it matched.

19        Q.   Huh?  In any event, you did know that

20   Mr. Munoz', Frederico Munoz', DNA also matched?

21        A.   As far as I know, all I knew that he was

22   possibly going to take the stand against me.  That's

23   all I knew.

24        Q.   Let's talk about that a little bit, okay?

25   So you learn on around May 4, 2007, that Frederico

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com



1   Munoz actually went in and pled guilty to the murder

2   of Felix Martinez?  You learned that?

3       A.   No, sir, I didn't know nothing about that

4   till I got to the North facility, and I seen a

5   newspaper clipping where he took -- where he was in

6   front of Judge Murdock.  He was in the newspaper and

7   everything.  That's when I learned that he had

8   testified.

9       Q.   Let me see if I can refresh your memory

10  about that newspaper article.  This is off the

11  internet, so it's not the exact piece of newspaper.

12          MR. CASTLE:  But if I may approach the

13  witness?

14          THE COURT:  You may.

15  BY MR. CASTLE:

16      Q.   This is the article which indicates that

17  Mr. Munoz entered a plea of guilty in front of Judge

18  Murdock.

19      A.   For a life sentence, and run concurrent

20  with his life sentence he was already doing.

21      Q.   Is this the article you read?

22      A.   I got to sit here and read the whole

23  thing --

24      Q.   Sure.

25      A.   -- if you don't mind.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          No, that's not the one I read.

2     Q.   You didn't read this one in the

3  Albuquerque Journal?

4     A.   The one I read had my name on there.  And

5  it had Manuel Benito's name on it, too.

6     Q.   Well, when you were in the jail, it gets

7  around that -- what's happening in court; correct?

8     A.   Yes, sir.

9     Q.   And you were -- your antennae were up,

10 because what Frederico Munoz was pleading guilty to

11 was a murder that you and he had done together;

12 correct?

13    A.   Yes, sir.

14    Q.   And you knew what Frederico had done, he

15 went in and pled, but refused to give your name;

16 right?

17    A.   At the time, rumor was that he had given

18 me up already.

19    Q.   You knew that he hadn't given you up,

20 because they didn't bring you into court and charge

21 you, sir.

22    A.   No, I didn't.

23    Q.   They hadn't charged you.

24    A.   No, I didn't -- the detective just came

25 and Jason Ellis took me downstairs.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Had you been charged or not?

2      A.    They swabbed me, and that was pretty much

3  it.

4      Q.    So when you were telling us earlier they

5  were bringing you back and forth to court on that

6  charge, they didn't bring you back to court on that

7  charge.  They only brought you once to court and you

8  pled guilty.

9      A.    They took me, like, three or four times,

10  and they were canceling the courts.

11      Q.    Okay.  Well, let's go back.  You knew that

12  Mr. Munoz hadn't snitched on you; that's something

13  that you know about?

14      A.    The rumor was that he had already

15  snitched.  You know, I didn't know nothing.  I seen

16  that newspaper clipping, and pretty much, that's

17  when there was already a fallout with me and him,

18  you know --

19      Q.    So let's just go back.  So May 4,

20  Mr. Munoz pleads guilty.  And there are newspapers

21  there at the facility; correct?

22      A.    Um-hum.

23      Q.    And are you telling this jury you didn't

24  want to read the newspaper article at all to see if

25  Mr. Munoz --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I read it --
 2        Q.   Excuse me.  Let me finish.  Whether he had
 3   blamed you for the murder?  You didn't read that
 4   then?
 5        A.   The newspaper clipping that I read, it had
 6   him standing in front of Murdock --
 7        Q.   Sir, hold on.  I'm talking about May 4 --
 8        A.   -- and it had my name and Manuel Benito's
 9   name on it.
10        Q.   I'm talking about May 4, 2007, or the next
11   day.  Did you go and read the articles?
12        A.   No.
13        Q.   You just -- it didn't bother you?
14        A.   No.
15        Q.   You didn't want to know what he did?
16        A.   I just assumed, pretty much, that he was
17   already ratting, you know, because that was the
18   rumor.
19        Q.   He wasn't ratting on you.  Who told you he
20   was ratting on you?
21        A.   Everybody was saying that he was ratting.
22        Q.   Who?
23        A.   Everybody.  Everybody.
24        Q.   Everybody?
25        A.   Everybody that was there with us at that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1  facility.
 2       Q.   So I guess all of them --
 3       A.   At MDC, everybody.
 4       Q.   So I guess everyone at the facility --
 5       A.   Everybody was saying that, because
 6  everybody was trying to say -- well, at that time,
 7  they were saying -- excuse my language -- they were
 8  saying, "Fuck Styx, fuck Styx," and this and that.
 9       Q.   Let's talk about that.  So everybody at
10  the facility -- everybody somehow didn't read the
11  article that said that Mr. Munoz wasn't snitching on
12  you, or anyone?
13       A.   Yes.
14       Q.   His co-conspirator.  Is that --
15       A.   No.
16       Q.   Let's move on.
17            Do you recall, again, about two weeks
18  later, after Mr. Munoz had pled guilty, that
19  Detective Lewis came back another time and tried to
20  talk to you about the murder of Animal, Felix
21  Martinez?  Do you recall another time he did it?
22       A.    No, he only came one time, and I never
23  seen him again.
24       Q.   Well, do you recall on May 15, 2007, him
25  trying to interview you, you refused, and while you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  were walking away you said to him, and I quote,

2  "Fucking snitches in here," end quote?

3      A.   That's a possibility.

4      Q.   Well, let's just clear it up.  Let's see

5  what the report says.  I'm going to show you this,

6  okay?  This is a report.  The investigating officer

7  is Detective Lewis.  Do you see that?

8      A.   Um-hum.

9      Q.   It's a May 15, 2007, date?

10     A.   Um-hum.

11     Q.   And do you see that he met with you at the

12 MDC?  You said you didn't want to be interviewed.

13 And as you were walking away from the interview room

14 to a holding cell in the booking area, you said,

15 "Fucking snitches in here."

16     A.   Possibility.  Possibility.

17     Q.   Well, did you say that or not?

18     A.   Probably so.  If you want a yes out of me,

19 I probably did say it.

20     Q.   So that particular report of Detective

21 Lewis is accurate?

22     A.   Yes, sir.

23     Q.   But the previous one is not?

24     A.   No.

25     Q.   Okay.  Now, after that interview, you went

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   back to MDC; correct?  Or you went back to your

2   cell, or wherever; you went back into population.

3        A.   I went back to my cell.

4        Q.   And there was an inmate in there by the

5   name of Mark Lugo.

6        A.   Yeah.

7        Q.   And Mark Lugo was also in the prison with

8   you in 1998, when the murder of Felix happened;

9   right?

10       A.   It didn't happen in prison.  It happened

11  in the county jail.

12       Q.   I'm sorry, in the county jail, right.  But

13  Mark Lugo was there.  He was your cellmate,

14  actually, at the time you killed Felix Martinez?

15       A.   Yes, sir, he was.

16       Q.   If you can, just wait til I'm done with

17  the question.  It's really hard for her to write

18  everything down --

19       A.   Okay.

20       Q.   -- if we're both talking at the same time.

21       A.   Sorry about that.

22       Q.   So you went back -- let's talk about that.

23  In 1998, after you did the murder with Mr. Munoz of

24  Mr. Martinez, you went back up to your cell, didn't

25  you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I believe so.

 2        Q.    And Mark Lugo was your cellmate; correct?

 3        A.    Yes, sir.

 4        Q.    And you went in there and threatened him

 5   if he told on you for killing Mr. Martinez; correct?

 6        A.    No, sir.

 7        Q.    You don't recall threatening him at all?

 8        A.    No, sir.  Mark Lugo is a childhood friend.

 9   I never threatened him like that.

10        Q.    Do you recall taking your fist, punching

11   him in the face until he fell on the ground, and

12   then raping him?

13        A.    No, sir.

14        Q.    So this childhood friend of yours, I think

15   you said -- I think I wrote down -- "I don't know

16   why Mark Lugo was saying that"?

17        A.    I don't.

18        Q.    Where did you hear about it?

19        A.    Me and him, Mark Lugo, we grew up together

20   in --

21        Q.    When did you hear about the allegation

22   that you raped him?  When did you first hear that

23   that was a claim?

24        A.    When this started, just, I think, maybe

25   two weeks ago, three weeks ago.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    So Detective Lewis never asked you about

2 this, ever?

3      A.    I never heard nothing about it.

4      Q.    Okay.  Let's fast-forward back up to 2007.

5 Mark Lugo is back in the MDC with you; correct?

6      A.    Yes, sir.

7      Q.    And after you get back from this interview

8 where you talk about the snitches being in there, do

9 you recall confronting Mr. Lugo and accusing him of

10 being the snitch that must have told about you?

11     A.    No, sir.

12     Q.    Do you remember saying to him, quote,

13 "Remember what happened to you," meaning when you

14 had raped him?

15     A.    No, sir.

16     Q.    Well, let me go ahead and see what we can

17 show you here again.  Let's go to page 2241.  Again,

18 this is a report of Detective Lewis.

19           Do you see that?  You can't see because

20 they give them a number.  Just accept my word that's

21 Mr. Lugo, that he adopted.  You stated to him,

22 "Remember what happened to you."

23     A.    No, I never made that statement.

24     Q.    Mr. Lugo knew that you had murdered Felix,

25 didn't he?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.   I don't know if he did or not.  I gave him

 2   a pair of my tennis shoes, my Filas, and that was

 3   pretty much it.

 4      Q.   Your clothing was covered in feces and

 5   urine from Mr. Martinez; correct?

 6      A.   I think it was just urine.  He didn't have

 7   feces.

 8      Q.   And you had to get rid of those so that

 9   they wouldn't -- the authorities wouldn't grab them

10   and use them as evidence?

11      A.   Yes, sir.

12      Q.   So you had to flush them down your toilet

13   in your cell?

14      A.   I don't remember flushing anything.

15      Q.   Mr. Lugo knew you had just participated in

16   that murder, didn't he?

17      A.   I think he had suspicions of it.

18      Q.   Well, you two talked about it; right?

19      A.   No, I never talked to him about it.

20      Q.   Going back to the statement you made when

21   you say "Snitches in here," right, you're meaning

22   the MDC, Metropolitan Detention Center; right?

23      A.   Yes.

24      Q.   Mr. Munoz wasn't in that jail.  He was in

25   some prison somewhere else; right?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes, sir.

2      Q.   Billy Garcia was in MDC at that time;

3  right?

4      A.   Yes, sir.

5      Q.   And he was in the same pod that you were

6  in?

7      A.   Yes, sir.

8      Q.   Styx Archuleta was in that same pod?

9      A.   Not at that time.  He was in Seg 3.

10     Q.   Well, you were both -- let me see.  All

11  three of you were in Seg 3 together; correct?

12     A.   When Gerald Archuleta first drove up, I

13  got out.

14     Q.   Well, you ended up having some discussions

15  with Styx you've talked about; right?

16     A.   Yes, sir.

17     Q.   And he was the person you were following?

18  You told us earlier you were loyal to him.

19     A.   Yeah, at one time, I was.

20     Q.   Well, something happened about a month

21  after you made that comment about "Snitches in

22  here."  And let's see if you can recall.  What would

23  happen was that Billy Garcia, you learned, had

24  checked himself in; is that right?

25     A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And what does it mean when you check

2    yourself in?

3    A.   When you PC, you're in protective custody.

4    And like I said earlier, they put him on the long

5    tier.

6    Q.   Protective custody is for either people

7    who have been assaulted or people who are informing

8    on individuals; right?

9    A.   Yeah, or they just -- they just fry them

10   for their lives.

11   Q.   So at that time, you go around to all the

12   different SNM members after Billy had checked

13   himself in to PC, you went around to all of those

14   people and you told them to not treat Billy any

15   different or nothing until we know, and I think the

16   words are, "what the fuck is going on first"?

17   A.   Oh, no, sir, I didn't say it like that.  I

18   said there is only there was only -- on the short

19   tiers, there is only six people on the top, six

20   people on the bottom, and whatever brothers were on

21   the top and the bottom, those are the ones I said,

22   "You don't treat the viejo any different," which

23   means the old man, "till we know what's going on."

24   Q.   So you talked to several SNM members?

25   A.   Yes, sir.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                        1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.    And you say to them, and I quote, "I want
 2  to know what's going on first, you know, before I
 3  make any decisions on what to do."
 4      A.    No, sir.
 5      Q.    Okay, well --
 6      A.    I would never do that with Billy.
 7      Q.    On December 3, 2015, you were arrested for
 8  this charge; right?
 9      A.    For the murder of Animal, yeah.
10      Q.    No, I'm talking about December 3 of 2015.
11  You got roped into this whole --
12      A.    Yes, this RICO Act stuff.
13      Q.    Right.  And when you got arrested, they
14  interviewed you.  Do you recall that?
15      A.    Yeah, two agents, two FBI agents
16  interviewed me.
17      Q.    And they tape-recorded it?
18      A.    Yes, sir.
19      Q.    And do you recall telling them, quote, "I
20  want to know" -- when you're talking about this when
21  Mr. Garcia had checked himself in, you say, and I
22  quote, "I want to know what's going on first, you
23  know, before I make any decisions on what to do."
24            Do you want to see the transcript?
25      A.    If that's what I said, I probably said it,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  because I was nervous.  I mean, you -- they got

2  us -- they got all kinds of people surrounding us

3  with all kinds of firearms, and everything.  And

4  you're going to be nervous.  You're going to be

5  nervous.

6       Q.   They surrounded you with firearms while

7  they were interviewing you?

8       A.   They had everybody.  They had STG,

9  everybody, FBI agents, all kinds of people with

10  firearms, and of course you're going to be nervous.

11  And they just pulled us all in, you know.  I didn't

12  even see who was really there and stuff until I came

13  out.

14       Q.   I'm talking about the interview.

15       A.   That's what I'm telling you.  I was

16  brought in --

17       Q.   They had guns pointed at you during the

18  interview?

19       A.   No, but I was nervous when I was talking

20  to both of them.

21       Q.   Well, let me ask you if this is true or

22  not.  Okay?  Did you say -- go around to other SNM

23  members after Billy had checked himself into PC, did

24  you go around and say, "I want to know what's going

25  on first, you know, before I make any decisions on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   what to do"?  Did you say that to those people or

2   not?

3       A.   No, I don't think so.

4       Q.   What was the decision that you needed to

5   make at that point?  Was it to kill Billy?

6       A.   Just to throw him to me.  At that time, I

7   didn't have that kind of pull to do that.

8       Q.   Was it to maybe blame him for something

9   you did?

10      A.   No.

11      Q.   So what decision would you have had to

12  make at that point?

13      A.   To have all the other brothers throw him

14  crazy and shit, not give him esquina, not to help

15  him out, you know.

16      Q.   And then I think what you told the FBI in

17  December 3, 2015, is right after you said, "I want

18  to know what's going on first, you know, before I

19  make any decisions on what to do," you say, "At that

20  time, that's when the murder came up."

21          Do you recall that?

22      A.   No, sir.

23      Q.   Do you want to look at the transcript?

24  Let's do that actually.  It says here -- this is you

25  talking, right, to the FBI agent.  "So at that time,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  all the brothers that were in Seg 4 -- I mean, I

2  told them, 'Don't treat him no different or nothing

3  till we know what the fuck is going on first, you

4  know.  I want to know what is going on first, you

5  know, before I make any decisions on what to do.'

6  At that time, that's when the murder came up.

7  That's when they came -- and the first FBI agent

8  came and said they were charging me with murder and

9  this and that."  Did you say that?

10      A.   When I referred to --

11      Q.   Did you say that to the FBI agent?

12      A.   When I referred to that --

13      Q.   I'm asking you:  Did you say that to the

14  FBI agent?

15      A.   I might have.  I might have.

16      Q.   The fact is that before you ever told

17  anybody, any law enforcement, that you had committed

18  the 1998 murders or the 2001 murders, the thing that

19  caused you to go to them was because you thought

20  Billy Garcia had snitched on you.

21      A.   No, that wasn't it.

22      Q.   Well, let's talk about it.  Because it was

23  within, I think, two weeks after Billy checked

24  himself into PC that you went and sought out people

25  from the STIU unit to say you wanted to talk.  Do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you recall that?

2       A.   The reason, the reason that --

3       Q.   Did you?

4       A.   -- talked about Billy --

5       Q.   Let's see if you can answer the question.

6  The question was:  Within two weeks after you heard

7  that Mr. Garcia checked himself into PC, did you or

8  did you not then contact STIU and say, "I want to

9  talk"?

10      A.   I'm not quite sure how long it was, you

11 know.

12      Q.   Okay.

13      A.   Am I able to answer your question about

14 Billy should be a snitch?  I never thought about

15 nothing like that.  I thought that he stabbed me in

16 the back, as far as leaving me all by myself dealing

17 with Styx.  That's what that was about.

18      Q.   Let me stop you for a second.  I know you

19 want to tell your story.  We've got some questions

20 here.  You -- in your first interview, you said that

21 Billy knew that you had killed Felix Martinez.  Do

22 you recall that?

23      A.   Yeah.

24      Q.   When he knew that, and he checks himself

25 into the PC, and you think there's snitches in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  MDC, and you thought it was him who was snitching on

2  you?

3      A.   No, sir.

4      Q.   Okay.  You told Billy -- well, strike

5  that.  When you're in the SNM and you believe

6  someone has snitched on you for a murder, what's the

7  consequence?

8      A.   Pretty much death.

9      Q.   Yeah, you get a green light; right?

10     A.   Yeah, you get a green light.

11     Q.   So when you thought Billy Garcia had

12 snitched on you, didn't you put a green light on

13 Billy Garcia?

14     A.   I never thought he snitched on me.

15     Q.   What's a hotshot?

16     A.   Huh?

17     Q.   What's a hotshot?

18     A.   A hotshot is heroin laced with something.

19 I don't even know what you lace it with.

20     Q.   Well, it's something to kill someone;

21 right?

22     A.   Right.

23     Q.   When you talked to the investigators for

24 the first time, do you recall telling them that

25 Billy Garcia was given a hotshot while he was at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  MDC?

2       A.   No, sir.

3       Q.   Do you recall telling him that it wouldn't

4  work?

5       A.   No, sir.

6       Q.   Okay.  Well, let's take a look, if we can.

7  I stand corrected.  Do you remember saying that to

8  them in 2017?

9       A.   No, sir.

10      Q.   You've been given a copy of your reports

11 to look at; right?

12      A.   I've never seen none of this stuff you're

13 bringing up.

14      Q.   Your lawyer didn't let you see any of your

15 previous interviews?

16      A.   I don't -- not this stuff, I don't think.

17 I'm not sure.

18      Q.   Did Mr. Beck not go through any of your

19 statements with you before?

20      A.   I don't know.  You haven't even shown it

21 to me.

22      Q.   Okay.  We'll go through it and see if any

23 of this is wrong.  On January 5, you were

24 interviewed by some members of the FBI, and the

25 United States Attorney's Office; is that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Over at Sandoval County?  Do you recall that, where

2    your lawyer was present?

3         A.   Yes, sir.

4         Q.   Okay.  And that was Mr. Castellano who was

5    there.  Do you recall that?

6         A.   Yes, sir.

7         Q.   And they gave you something called a

8    Kastigar letter, or a letter that said that your

9    words wouldn't be used against you.

10        A.   I believe so.

11        Q.   And you signed it, saying you understood

12   what it meant?

13        A.   Yes, sir.

14        Q.   And they talked to you about the murder of

15   Animal; is that right?

16        A.   Yes, sir.

17        Q.   I don't wear glasses very often, but

18   perhaps I should more often.  I'm going to go to

19   another line of questioning and have somebody else

20   with better eyes find it for me.

21             Sir, did you try to give Billy a hotshot,

22   and he refused to take it?

23        A.   No, sir, I haven't seen Billy since we

24   were at MDC.

25        Q.   I'm talking about 2007.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.    I haven't seen him since then.

2    Q.    Okay.

3    A.    I seen him when he drove up.

4    Q.    We'll talk about that.  On July 25,

5    2007 -- I guess we found it.

6         Do you recall on that January 5, 2017,

7    interview describing an incident in which a person

8    sent a hotshot, a lethal dose of heroin, to Billy

9    Garcia.  Do you recall telling them that?

10   A.    No, sir.

11   Q.    And you then said:  "I don't know who sent

12   it, but I do know that Mr. Garcia did not ingest the

13   drugs, did not take them."

14   A.    No, sir.

15   Q.    Only the person who tried to give

16   Mr. Garcia a hotshot would know that he didn't take

17   it.

18   A.    I don't even know what a hotshot is.  I

19   don't even know what it's made of.  I just know it's

20   heroin and something else.  That's it.

21   Q.    I think you told the Government on direct

22   examination that it's heroin mixed with something

23   that will kill someone.

24   A.    No, I didn't.

25   Q.    You didn't say that?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I said mixed with something that -- I
 2   didn't say kill somebody, but it was something else.
 3   You know, I didn't use the word "kill somebody."  I
 4   just said it was mixed with something else.
 5        Q.   Do you know what dry snitching is, sir?
 6        A.   Yeah.
 7        Q.   That's where you tell the authorities
 8   about something that might not be true to get
 9   somebody in trouble, get them out of your face, get
10   them away from you?
11        A.   Yes sir.  There's all sorts of forms of
12   dry snitching.
13        Q.   Okay.  Well, if they want to get into
14   that, they can ask you some questions about it.
15   Okay?
16             On July 25, you did finally meet with
17   Detective Lewis; right?  Do you remember that?  It's
18   an interview, it's recorded.  And you got to look at
19   that transcript; right?
20        A.   When?
21        Q.   July 25, 2007 -- or I'm sorry, that wasn't
22   the recorded one.  You met with them on July 25 --
23   before you had the recorded one, do you remember
24   having another meeting with Detective Lewis, in
25   which he said -- well, in which you said you wanted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to trade information in return for some

2  consideration.  Do you recall that?

3       A.   I remember when I asked them for

4  protection and to protect my girlfriend at the time,

5  because she was pregnant.  I remember that

6  conversation.

7       Q.   Well, let's take a look at it.  This is

8  this report by Detective Lewis -- and it gives a

9  number, but this is you -- where he met with you,

10  and you told him that you wished to provide

11  information about the SNM Prison Gang and three

12  murders.  But he stated he wished to provide this

13  information in exchange for consideration from the

14  District Attorney's Office.  Did you or did you not

15  ask that?

16       A.   No, sir.  I -- when I asked them for

17  anything, I asked them for protection, and for -- to

18  protect my girlfriend at the time, who was pregnant,

19  for my son.

20       Q.   Well, you ended up meeting with them and

21  doing a recorded interview on August 8, 2007;

22  correct?

23       A.   I guess.

24       Q.   Do you recall -- whenever the date was --

25  doing a recorded interview with them?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yeah.

2        Q.    And the end result of that was that you

3   got a 15-year deal for the killing of Felix Animal

4   Martinez; right?

5        A.    Yes, sir.

6        Q.    And also, the result of that was for nine

7   years after that, the State never charged you with

8   the 2001 murders.

9        A.    There wasn't even -- those murders weren't

10  even thought of then.

11       Q.    Well, okay.  We'll get to that in a

12  minute.

13              When you gave the statement in 2007, the

14  final one, where you're tape-recorded and you talk

15  to them about your murder of Animal and the 2001

16  murders, do you remember that interview?

17       A.    Yes, sir.

18       Q.    When you made that, you said that you came

19  forward because you did it out of anger?

20       A.    Yeah.  I felt that Billy Garcia betrayed

21  me.  That's how I felt.

22       Q.    Okay.

23       A.    You know?

24       Q.    And that's why he was in PC?

25       A.    I don't know why he was in PC.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And in fact, I think you said you
 2   thought -- well, I'll go on.  During that interview,
 3   will you take my word for it, that it's August 8,
 4   2007?
 5             MR. CASTLE:  Will the Government
 6   stipulate?
 7             MR. BECK:  What date?
 8             MR. CASTLE:  August 8, 2007.
 9             MR. BECK:  Yeah, we'll stipulate to that.
10   BY MR. CASTLE:
11        Q.   They first talked to you about the Animal
12   murder; right?
13        A.   In 2007, yes.
14        Q.   Okay.  And one of the first things they
15   told you was that you're going to have to tell them
16   something more than the Animal murder because they
17   already had you dead to rights on the Animal murder?
18        A.   Yes, sir.
19        Q.   So you had to give them something more;
20   right?
21        A.   Yes, sir.
22        Q.   Now, when a detective tells you they want
23   something more, they have to get something that you
24   want, it's important to try to say -- to give them
25   information on somebody about you, not just somebody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  below you; is that fair?

2      A.   Yeah.

3      Q.   And so at that time you told them about

4  the 2001 murders that you orchestrated and planned

5  out; correct?

6      A.   Yeah.  Yes, sir.

7      Q.   And you then said, "Well, but I only did

8  it because I was ordered to do it by Billy Garcia";

9  correct?

10     A.   Yes, sir.

11     Q.   You told them that Billy tells you about

12  the plans in secret, in his cell -- or your cell?

13     A.   In my cell.

14     Q.   You're not supposed to go into other

15  people's cells; right?

16     A.   We always did it, no matter what.

17     Q.   Now, at various times throughout the

18  years, law enforcement has asked you some questions

19  about, you know, who can you tell me will back this

20  story up?  Who can show us what you're saying is

21  true?  Do you recall that over the years?

22     A.   Yeah.

23     Q.   And the first time when you talked to him,

24  you said that, "Well, the authorities are going to

25  know that Billy and I met because they have

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  videotape of the two of us meeting out on the yard."

2  Do you recall that?

3      A.   I don't remember saying exactly that, but

4  I remember saying that they -- STIU or at the time

5  STG takes pictures and that they might have videos,

6  because at that time they were filming everybody.

7      Q.   Well, back in 2007, do you remember a

8  person by the name of Warden Tafoya?  He was the

9  warden at Southern at the time of the 2001 murders;

10  right?

11     A.   I believe so.

12     Q.   Do you recall telling them, "Tafoya and

13  them from the STG said they had me and Billy on

14  camera talking to each other, and if that's true,

15  then why did -- pretty much if they had us on

16  camera" -- and then you go on.  Do you recall

17  telling them that, that Warden Tafoya and some STG

18  officers said they had you guys on video talking to

19  each other out in the yard?

20     A.   No, sir, I don't remember saying that.

21  All I remember is Warden Tafoya and Captain Armenta

22  and them coming to my cell after they shipped Billy

23  out.  And they said that I was going to --

24     Q.   I don't want to know what they said, other

25  than about the video.  Okay?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I didn't say anything about the video.

 2        Q.   Well, the reason you're denying that now

 3   is because you know that we've gone back and found

 4   out that that just isn't true.

 5        A.   I didn't know it until you just said it

 6   now.

 7        Q.   You told them back then, before they were

 8   able to check out your story, that corrections

 9   officers had hand-held video cameras on the roofs,

10   and they would have been able to film you and Billy

11   together; is that right?

12        A.   They had cameras filming everybody.

13        Q.   And they had regular cameras -- not video

14   cameras, but regular cameras -- taking photos of all

15   of this?

16        A.   They had all the video cameras at the

17   time.  They'd be up on the roof taking pictures of

18   everybody, videotaping everybody.

19        Q.   So getting those videos would show you and

20   Billy together.  That's what you were telling them

21   in 2007.

22        A.   Possibility.

23        Q.   But there weren't officers up there

24   videoing you guys all the time.

25        A.   Yeah, they were.  Yeah, they were.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.    Okay.  You made sure that you had, for

2   yourself, an alibi for when the murders took place,

3   didn't you?

4       A.    An alibi of what?

5       Q.    Well, you made sure that you were -- and I

6   think you told us --

7       A.    I was standing right next to Billy, where

8   he's at.

9       Q.    Can you please let me finish my question

10  first?  You said you had an alibi by having

11  breakfast.  And then I think you said you went

12  somewhere else where they were handing out laundry;

13  is that right?

14      A.    Where they hand out the toilet paper and

15  other supplies like that.

16      Q.    Now, you've testified that the two murders

17  were supposed to be done by strangulation; correct?

18      A.    Yes, sir.

19      Q.    That was the method that you and Munoz had

20  done in 1998; right?

21      A.    Yes, sir.

22      Q.    Mr. Billy Garcia wasn't in the Bernalillo

23  County Detention Center in 1998, when those murders

24  were happening?

25      A.    No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So you would be a person there at Southern
 2   that knew exactly how to do the strangulations back
 3   in 2001?  You would have been probably the number
 4   one expert on that; right?
 5        A.   No, because I didn't make no rope.  I
 6   don't even know how to make a rope.
 7        Q.   Okay.  You don't know how to make anything
 8   that could strangle anybody; right?
 9        A.   No, sir.
10        Q.   Aren't you a heroin user?
11        A.   I've used it in the past, but I haven't
12   used it all my life.
13        Q.   And you've shot it up?
14        A.   Yeah.  I've tried it.
15        Q.   You still don't know how to make anything
16   that could be used as a ligature?
17        A.   I've tried it.
18        Q.   All right.  How did you make the ligatures
19   that were used to kill Mr. Castellano and Mr. Garza?
20        A.   I didn't make it.
21        Q.   How did you tell those people to make
22   them?
23        A.   I didn't make it.
24        Q.   Well, what did you tell them?
25        A.   I wasn't supposed to make it or nothing.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Because I didn't make it.

 2        Q.   Did you just say, "Strangle them"?

 3        A.   I didn't tell them to strangle them.

 4        Q.   I thought you said that Billy -- you told

 5   them that Billy said they need to be strangled.

 6        A.   That happened over there at Southern.

 7   Billy is the one that said he wanted it by

 8   strangulation.

 9        Q.   Okay.

10        A.   Billy is the one that said he wanted it

11   done by strangulation.  I didn't say anything about

12   it.  I just agreed with it.

13        Q.   Then you go talk to Eugene Martinez;

14   correct?

15        A.   Yes, sir.

16        Q.   And you tell him it should be done by

17   strangulation; correct?

18        A.   Yes, sir.

19        Q.   Did you tell him how to do it?

20        A.   No, sir.

21        Q.   And then the second team of people -- you

22   said you went over and told them that they needed to

23   strangle the second inmate; right?

24        A.   Yes, sir.

25        Q.   You didn't tell them how to do it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   No, sir.  I just told them that Billy

2  wanted it to be done by strangulation and I just

3  agreed with it.

4     Q.   But somehow these two teams did it exactly

5  the same way you and Munoz did it in 1998.

6     A.   Well, that's them.

7     Q.   Okay.  What was Leroy Lucero's position at

8  Southern before the murders happened?

9     A.   As far as I know, he wasn't even there

10  when I was there.  Smurf wasn't even there.  I think

11  the last time I had seen Smurf was in RDC.

12     Q.   So he wasn't at Southern at all in 2001?

13     A.   I don't remember.  I don't recall.  Just

14  like they said he was there, I don't remember seeing

15  him there, either.

16     Q.   How many SNM members were in Southern in

17  2001?

18     A.   There was about 70 or 80.

19     Q.   You didn't know Leroy Lucero was there?

20     A.   No, I didn't.

21     Q.   Did you know that it was Angel Munoz, the

22  man who brought you into the SNM, that ordered the

23  hits?

24     A.   I never knew about none of that stuff.

25  None of that.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   Okay.  Now, that August 8 interview that
2   we're talking about, that was the fifth time that
3   law enforcement attempted to talk to you about the
4   murder of Animal.  Does that sound about right?
5       A.   Excuse me?  What was that?
6       Q.   The fifth time they tried.
7       A.   When?
8       Q.   When you finally admitted that you had
9   strangled -- or participated in the strangling of
10  Felix Martinez, that was the fifth time they tried
11  to talk to you.
12      A.   I'm not sure.  I'm not sure.
13      Q.   Now, do you recall earlier telling us you
14  never, ever knew that your DNA came back at the
15  crime scene, the Felix Martinez crime scene?  Do you
16  recall saying that?
17      A.   Yes, sir.
18      Q.   That wasn't true, was it?
19      A.   All I remember is them swabbing me, and
20  that's it.
21      Q.   Do you recall right in that interview,
22  page 218, they say, "Your DNA came back at the crime
23  scene."  Do you see that?
24      A.   Um-hum.
25      Q.   So they told you that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    That was in one of the interviews?  I

 2  think that was -- I think that was the first -- the

 3  interview with that first detective.  He said that.

 4        Q.    Right.

 5        A.    Yeah, I guess he thought that I was going

 6  to tell him something, or something, and that's when

 7  I told Jason Ellis, "Take me back."

 8        Q.    This is the interview where you -- on

 9  August 8, 2007, where you finally spilled the beans

10  on yourself; right?

11        A.    That might have been the one when we went

12  to the courthouse.  I'm not sure.

13        Q.    Let's look at it again.  August 8, 2007,

14  you're talking to Troy Davis at the District

15  Attorney's Office.  Do you see that?

16        A.    Yeah.

17        Q.    Okay.  And right in the beginning they

18  said they record everything.  Do you see that?

19        A.    Yes, sir.

20        Q.    And they tell you, "What you're telling us

21  is going to have to rise to a federal level."  Do

22  you see that?

23        A.    I remember I read all that.

24        Q.    Okay.  Then they go on.  I'm going to get

25  to the page that I'm talking about.  In the very
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   beginning, right here is where they're telling you

 2   they have your DNA; right?  Right in the beginning.

 3        A.   I think that when they were telling me

 4   that, I think that's when they had already swabbed

 5   me.  And that's when I had said that -- because they

 6   had already swabbed me, the detective.

 7        Q.   They swabbed you once before, but they

 8   told you it had come back from the lab, and your DNA

 9   was at the murder scene; the gig is up.

10        A.   I didn't know until all that right there.

11        Q.   That's when they said:  "What you've got

12   to give us is going to have to really outweigh what

13   we've got on you"; right?

14        A.   Yes, sir.

15        Q.   And do you remember what your response

16   was?

17        A.   If I remember correctly, I think I told

18   them that I got something bigger than what was

19   there.  And I think I mentioned something about the

20   murders in Las Cruces.

21        Q.   Well, do you remember saying, "You know,

22   I'm going to bring down a lot of top-rank people and

23   stuff."  Do you recall saying that?

24        A.   Not exactly.  But, you know, I might have

25   said that.  I don't remember it exactly.  But it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  been a long time.

 2      Q.   Do you recall -- before you ever gave any

 3  information, do you recall asking them the

 4  following:  "But the thing is, before I reveal any

 5  details on anything or on other stuff, I need to

 6  know that, you know, what's coming my way; you know

 7  what I mean?  Being offered, because you know

 8  what -- I mean, I said already, you know.  But to

 9  get into the detail and everything, you know, I want

10  to know what I'm being offered, too.  Because I know

11  right now I'm facing a life sentence for capital

12  murder.  It's death penalty, you know."  Do you

13  recall that?

14      A.   I think I probably did say that at the

15  time, you know; that was my -- I think my first

16  interview.  And I was a little nervous on that

17  interview.  If you look more into that interview,

18  you see where I'm even laughing a little bit.

19      Q.   I understand you want to explain things.

20  Okay?  But you were nervous because you thought you

21  might be getting the death penalty for what you did

22  to Felix Martinez; right?

23      A.   Probably.

24      Q.   And you also knew that you'd ordered two

25  other murders by this time.

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I wasn't even -- to be honest with you, at

 2   the time, I didn't --

 3        Q.    Did you know --

 4        A.    -- understand.

 5        Q.    -- on August 7, you already knew that

 6   you'd ordered two murders in 2001; right?

 7        A.    Yeah, but you got to understand --

 8        Q.    Yes or no, sir.

 9        A.    I wasn't -- this is the first time I had

10   ever done something like this.  And I didn't really

11   know what was going --

12        Q.    You had a lawyer there, sir.  You had the

13   assistance of a lawyer during this hearing, this

14   meeting; right?

15        A.    Yeah, but --

16              (Simultaneous crosstalk.)

17        A.    That lawyer didn't show up until we were

18   already into the conversations.

19        Q.    So you were so nervous that you said here,

20   "I need to know what I'm getting if I'm going to

21   talk to you guys"; right?

22        A.    Yeah, well, at the time --

23        Q.    Yes or no?

24        A.    -- I probably did say that.

25        Q.    Yes or no?
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

183

```
 1       A.   I probably did.

 2            THE COURT:  Mr. Lujan, we're going to have

 3  to let Mr. Castle finish his question before you

 4  start answering.  My court reporter is having some

 5  trouble --

 6            THE WITNESS:  Okay.

 7            -- getting everybody straight.  So let

 8  Mr. Castle finish, and you can answer.

 9            THE WITNESS:  Okay.

10  BY MR. CASTLE:

11       Q.   You go on in the interview, and say, "A

12  lot of things that I'm going to reveal, you know, I

13  want to know what I got coming, you know."  Do you

14  recall that?  Yes or no?

15       A.   I probably did say it.

16       Q.   And then the investigator tells you, "And

17  now you're going to have to really outweigh that

18  scale so Mr. Davis, the prosecutor there, could go

19  to his bosses so he could work out -- we all work

20  for the same people.  You know that."

21            Do you recall that being said?

22       A.   Yes, sir.

23       Q.   And then you told them, "The thing -- the

24  thing is, Mr. Davis, everything that's being said,

25  everything that's being agreed, I want on paper."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Do you recall that?

2      A.   Yes, sir, I recall that.

3      Q.   And do you recall that after -- you had

4  already asked for the feds to get involved; is that

5  right?

6      A.   I had already asked, because I kept asking

7  for protection and --

8      Q.   Did you ask for the feds to get involved?

9  Yes or no?

10     A.   I probably did.

11     Q.   Okay.  Now, do you recall that what they

12  said is, "And the other thing, if we get -- you

13  know, if you get us details, we can get the feds

14  involved, too.  They have all the money."

15     A.   Yeah, I believe that's what they said.

16     Q.   And you've gotten money; right?

17     A.   Yeah.

18     Q.   Okay.  At that time, in that interview, do

19  you recall telling them that you were a captain in

20  the SNM?

21     A.   Yes, sir.

22     Q.   But since that time, you've denied that

23  you held that kind of rank.

24     A.   Well, yeah, because in the SNM --

25     Q.   Well, do you recall that you've denied

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that since then?

 2        A.   Yes, sir.

 3        Q.   During that interview, in 2007, they asked

 4   you some questions about Angel Munoz.  Do you recall

 5   that?

 6        A.   Yes, sir.

 7        Q.   And you told them that you'd done some

 8   drug-dealing and importation of drugs with Mr. Angel

 9   Munoz?

10        A.   No, sir, I never said anything like that.

11        Q.   Page 223, do you recall saying, "A lot of

12   the context that I've been told and stuff are coming

13   out of New Mexico.  I don't know exactly who they

14   are or nothing like that.  But that right there has

15   never been released to me.  But I know it's coming

16   out of New Mexico.  And the reason I know that is

17   before Angel and Jacobo died" -- which is Jacob --

18   "before they both died and stuff, I'd already had

19   conversations with them as to that."  Do you recall

20   that?

21        A.   Not with Angel.  With Jacobo.

22        Q.   It says, "What's Angel's last name?"  And

23   you say, "Munoz."

24        A.   Yeah.

25        Q.   They also asked you about Gerald Archuleta
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   during that interview.  Do you recall?

2        A.   Yes, sir.

3        Q.   And you said he was the current leader of

4   the SNM?

5        A.   Yes, sir.

6        Q.   Do you recall that it was Angel Munoz who

7   ordered you and Frederico Munoz to do the murder of

8   Animal, Felix Martinez; right?

9        A.   Yes.

10        Q.   That's because if Angel Munoz orders you

11   to do something, you do it?

12        A.   Yes, sir.

13        Q.   Including murder?

14        A.   Yes, sir.

15        Q.   And that never ended until the day he

16   died?

17        A.   Yeah, until the day he died, he stayed in

18   power.

19        Q.   Now, during that interview with the

20   detectives, do you recall telling them, "I know I've

21   got an extensive background and everything, and my

22   background ain't a real violent one other than the

23   murders"?

24        A.   Yes, sir.

25        Q.   When you were making this statement, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   knew in your heart that you were a violent person

2   and committed many violent acts, other than the

3   murders.

4       A.   All I've ever done, pretty much, is just

5   residential burglaries and auto burglaries.

6       Q.   Stabbing the guy in the neck and the

7   spleen; right?

8       A.   Well, that was in jail.  That was in jail.

9   That's not on the streets.  I was referring to the

10  streets when I said that.

11      Q.   Oh.  How old are you, sir?

12      A.   I'm 51.

13      Q.   How many years have you been in prison?

14      A.   I've been in and out since 1986, pretty

15  much.  Almost 30 years now.

16      Q.   When did you go in?  At what age were you?

17      A.   I believe I was 18 years old, 19,

18  somewhere around there.

19      Q.   So when you say, "My background ain't a

20  real violent one," you were just saying when you

21  were zero to 17 years old, you weren't violent; but

22  after that, you have been?

23      A.   Well, when I said that, I was pretty much

24  referring to what I've done on the streets.  I've

25  never -- it wasn't what I was -- what I have done in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   prison and stuff, or in jail.

 2        Q.   Well, I want to ask you a couple of

 3   questions on something you said earlier.  You said

 4   that Mark Lugo didn't know that you had murdered

 5   Felix Martinez.  Do you recall that?

 6        A.   I don't know if he did or not.  I'm pretty

 7   sure he probably did.  But I don't know if he did or

 8   not.  He didn't say nothing.

 9        Q.   Do you remember telling him to leave so

10   that you and Frederico Munoz could make some -- do

11   some plans there about the killing?  Do you recall

12   that?

13        A.   I remember telling him to leave the room

14   for a minute.

15        Q.   The detectives, when you were talking

16   about the Animal murder, do you recall they asked

17   you why you did it?

18        A.   I think they did ask me why I did it.

19        Q.   And your response was, just like it is

20   today with the 2001 murders, that someone made you

21   do it.

22        A.   No.  I told them -- I think I explained

23   exactly why I did it, why we did it.  Because at

24   that time, because if I can speak and say the whole

25   thing --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       Q.   Let's hold off.  If they want you to, they
 2   can ask you some questions.
 3       A.   All right.
 4       Q.   Do you recall that you said that you did
 5   that murder because you were naive?
 6       A.   I don't remember saying that.
 7       Q.   Okay.  Well, let's go --
 8            MR. BECK:  May I have a document number?
 9            MR. CASTLE:  Page 249.
10   BY MR. CASTLE:
11       Q.   Do you see that says -- you're saying, "So
12   I was being naive and manipulated at the time."  Do
13   you see that?
14       A.   If I said it, I must have messed up, but
15   you know --
16       Q.   What do you mean by "naive"?
17       A.   I don't know -- I've never meant to say
18   that, to tell you the truth, because I've never been
19   naive on anything.  I've always known what was going
20   on.
21       Q.   The detectives asked you why you did it.
22   And you said, "At the time that I did do it, I had a
23   lot of anger, you know.  I was angry with a lot of
24   shit.  I had just suffered multiple gunshot wounds
25   and everything, you know.  At the time I had a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    post-traumatic stress disorder and stuff.  I'm not

 2    trying to give that as an excuse or anything, but at

 3    that time I didn't give a fuck about nothing, excuse

 4    my language, but at that time I didn't, so I was

 5    being naive and manipulated at the time."

 6             Do you recall saying that?

 7        A.   When I said that statement --

 8        Q.   Do you recall saying that statement?

 9        A.   I recall the statement.

10        Q.   Okay.  So let me ask you some questions

11    What does "naive" mean to you?

12        A.   Naive means that -- dumb, being dumb.

13        Q.   You didn't know any better?

14        A.   Yeah, didn't know no better or nothing.

15        Q.   You knew better than to commit murder.

16        A.   Yeah.  Just like I said, I had a lot of

17    anger at that time.

18        Q.   So really, the murder was about you

19    getting to express your anger.

20        A.   No.

21        Q.   That's what you said.

22        A.   That's -- I was angry when I did it.

23        Q.   And so it was anger that made you do

24    whatever it is you did with Mr. Lugo?

25        A.   No, I never did nothing with Mr. Lugo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   They asked you about the 2001 murders in
2  that same interview; right?
3      A.   Excuse me?
4      Q.   In that interview that we've been
5  discussing, they talked to you about the 2001
6  murders down in Southern; right?
7      A.   Yes, sir.
8      Q.   By 2001, were you still naive?
9      A.   No.
10     Q.   So between '98 and 2001, you stopped being
11 so naive?
12     A.   Yeah, I guess I just -- I didn't have that
13 anger that I had anymore.
14     Q.   You're still being treated for that anger;
15 right?
16     A.   Yeah, but the anger I have now doesn't --
17     Q.   I'm just asking yes or no.
18     A.   Yes.
19     Q.   You put Eugene Martinez in charge of one
20 murder; right?
21     A.   Yes, sir.
22     Q.   And do you recall what you said exactly to
23 him, word for word?
24     A.   I pretty much just told him that --
25     Q.   No, no.  I'm asking if you remember word

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  for word.

 2      A.   Yes, pretty much.

 3      Q.   Okay.  Do you remember saying to him --

 4  going over to him and saying that you wanted to

 5  "break bread like Jesus said, I'm the messiah"?

 6      A.   I never said that.

 7      Q.   You never said that to Eugene Martinez?

 8      A.   Never once said that to Eugene.

 9      Q.   That would be pretty horrible, huh,

10  planning a murder and using Jesus' name, and saying

11  you were the messiah?  That would be pretty

12  horrible.

13      A.   Yeah, I wouldn't say something like that.

14      Q.   Well, what you were trying to tell him was

15  that you were going to take over the yard there at

16  Southern?

17      A.   No, sir.

18      Q.   Well, you and Eugene have talked a lot

19  since the 2001 murders, haven't you?

20      A.   No, sir.

21      Q.   Well, let's go back.  Those officers back

22  in 2007, they asked you about Eugene.  You're

23  talking about Eugene.  They asked you:  "Did he give

24  you any specifics on, like, how it happened, or what

25  was done?"

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1              And you go, "Um-hum."
 2              And then they ask you:  "Did Eugene
 3  Martinez ever talk to you after the murders
 4  occurred?"
 5              And you said, "Yeah.  Oh, yeah, me and
 6  Eugene have talked a lot."
 7              Do you recall telling them that?
 8       A.   I haven't seen Eugene in a lot of years.
 9  All these guys have been on the streets.
10       Q.   Well, let's take a look, page 268.  Did I
11  misquote it, or did they ask you:  "Did Eugene
12  Martinez ever talk to you after the murder?"
13              And you say, "Yeah.  Oh, yeah, me and
14  Eugene have talked a lot."
15       A.   I must have misspoken on that, because I
16  haven't seen none of these guys in years.
17       Q.   Well, you and Eugene have talked many
18  times about how to fake being crazy in order to get
19  what you want, haven't you?
20       A.   I haven't seen Eugene in years.
21       Q.   So the answer is no?
22       A.   No.
23       Q.   Now, when you made that first statement,
24  if I understand you correctly, what you're saying is
25  that you had two teams to kill the guys; right?  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  then you had two other teams to kill them in case
 2  they didn't do your orders; is that right?
 3       A.   Not necessarily kill them, but move on
 4  them.
 5       Q.   So you had four total teams; right?
 6  That's what you're saying?
 7       A.   Three -- wait, yeah, maybe -- yeah, four.
 8       Q.   Four, okay.  But when this first interview
 9  happened, you didn't mention that there was a team 3
10  and a team 4, kind of backup folks to try and kill
11  the first two teams, did you?
12       A.   It was only three, now that I'm thinking
13  about it.  It was only three.
14       Q.   Well, I think you indicated there was a
15  more recent statement that there was a third team
16  that was to kill the individuals who were ordered to
17  do the murder of Garza, and then there was another
18  team, a fourth team, that was supposed to kill the
19  murderers of Mr. Castillo, if they didn't do that?
20       A.   No, sir.
21       Q.   You didn't say that?
22       A.   No, sir.  It was three.
23       Q.   And the names of those people, I think --
24  who did you say they were?  The backup teams?
25       A.   Sleepy, who was Rick Sandoval; Smurf --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Let's stop at Rick Sandoval.  There was no

 2   inmate by the name of Rick Sandoval that was even in

 3   Southern New Mexico Correctional Facility at the

 4   time --

 5        A.    Well, my --

 6        Q.    Let me finish.  On March 25 or 26 of 2001,

 7   there was no person by the name, was there?

 8        A.    Yeah.

 9        Q.    There was?

10        A.    He was there.

11        Q.    We're going to be able to find that in the

12   records?

13        A.    Right.

14        Q.    And then you said it was somebody by the

15   name of Smurf, but it wasn't Leroy Lucero, Smurf?

16        A.    No, it was the one that was from Anthony,

17   New Mexico.  And then Gumby.

18        Q.    Was it Daniel Archuleta?  Was that the

19   Smurf you say, Daniel Archuleta?

20        A.    I think that might be him.  I'm not quite

21   sure.

22        Q.    He wasn't in the prison at that time?

23        A.    I saw his picture, you know.  And the

24   other one was Gumby; his last name was Blea, I

25   think.  And then Scotty.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Scotty who?

 2        A.   I don't know his last name.  But I know he

 3   was from here, from Las Cruces.  And he's the one

 4   that --

 5        Q.   These are people that you tasked to

 6   murder; right?

 7        A.   Um-hum.

 8        Q.   And you can't give us their names?

 9        A.   Like I told you earlier, I don't know a

10   lot of their names.  I just know their nicknames and

11   stuff, and stuff like that.

12        Q.   Did you tell them to strangle, like you

13   did the first two crews, or did you tell them a

14   different way?

15        A.   In a different way.

16        Q.   Okay.  Which way?

17        A.   By sticking them.  They had already had

18   their shanks in the yard.

19        Q.   We asked actually a little bit about the

20   violence a few minutes ago, where you had told them

21   that you weren't violent, except for the murders.

22   Okay?

23             Do you recall the first person that you

24   did was -- you did a hit on a guy who you couldn't

25   even give them their name.  It was a white boy.  Do
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                           1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you recall that?

2       A.   Yeah.

3       Q.   Did that man die?

4       A.   No.

5       Q.   Was he stabbed?

6       A.   Yeah.

7       Q.   Is that the person that you say was

8  drowning in their own blood?

9       A.   That --

10      Q.   You've got to wait till I'm done, sir.  Is

11 that the person you said was drowning in their own

12 blood six hours later?

13      A.   Yes, sir.

14      Q.   In that plea agreement that the Government

15 had you do, did they make you admit to that murder

16 as part of your plea agreement?

17      A.   No, sir.

18      Q.   I'll talk to you about another act of

19 violence.  Do you recall punching a woman who was a

20 friend of Carla, punching her in the nose?  Do you

21 recall that?  Putting her in the hospital?

22      A.   My sister?

23      Q.   Your sister is Carla.  But her friend.

24      A.   No, I don't remember punching any of her

25 friends.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   You don't recall making a phone call where
2  you said -- you know Christy?  Who is Christy?
3    A.   That's my niece.
4    Q.   "I've done some fucked-up shit, you know.
5  I've done some fucked-up shit.  But I never put a
6  woman in the hospital or nothing like that, you know
7  what I mean?  I've never fucking cut open eyes or
8  nothing except for -- except for fucking Carla's
9  friend.  I broke her fucking nose.  But it was her
10 fault.  She dug her nails into me, you know."
11        Do you recall saying that on a phone call?
12   A.   No, I don't even know -- nobody, Carla,
13 other than a girl that I dated from Questa, and me
14 and her -- and that was when we were young kids, and
15 teenagers and stuff.  I never touched her.
16        And I hit one girl when we were out
17 drinking and stuff.  But her name ain't even Carla.
18   Q.   I know.  It's Carla's friend.  You drew
19 back -- I think these are your words, "I drew back
20 and fucking clocked her, you know."
21   A.   No.
22   Q.   That's not your words?  If I give you a
23 transcript of that phone call -- let me see if I
24 can -- January 27, 2015, you're calling Christy.
25   A.   Yeah.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I want you to read down here.  Let me know

2    when you're done, and I can switch the page.

3    A.   There are only two Carlas that I know.

4    Q.   I'll switch the paper.  Read it here.

5    Okay.  So you're talking to your niece, and you said

6    you "drew back and fucking clocked her."  "I just

7    drew back, clocked her," and then you said, "I

8    didn't mean to hit her that hard.  But oh, well, ha

9    ha."

10   A.   Oh, I know what incident you're talking

11   about now.

12   Q.   So this phone call happened; right?

13   A.   Yeah, I talked on that, talked about that.

14   Q.   All right.  You've already talked about

15   this Texas Syndicate guy.  His name was Pepe?

16   A.   Yes.

17   Q.   And you stabbed him so many times that it

18   required 300 stitches to put him back together.  Do

19   you recall that?

20   A.   I never stabbed him.

21   Q.   What did you do?

22   A.   I hit him with the bottom of the broom in

23   the head.

24   Q.   Did it cause -- well, you stabbed him with

25   the bottom of the broom; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.    No, sir.

 2      Q.    Did he end up having lacerations, cuts to

 3 his body?

 4      A.    I hit him with the bottom of the broom.

 5 There was no stabbing.

 6      Q.    Did you open up cuts and lacerations on

 7 his body?  Yes or no?

 8      A.    With the bottom of the broom, yes, sir.

 9      Q.    Lots of blood?

10      A.    Probably.

11      Q.    Do you recall in 1999, while at the

12 Central New Mexico Correctional Facility, you and a

13 guy by the name of John Martinez, also known as

14 Speedy -- you assaulted an inmate by the name of

15 Dominic.

16      A.    Yeah.

17      Q.    You know that we have your prison records;

18 right?

19      A.    I know.

20      Q.    And the Government had them, right, and

21 you know the Government has them?

22      A.    Yes.

23      Q.    And one of the things they told you to do

24 was admit on the stand the things that everyone

25 already knows about.  Do you recall that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yeah, I remember doing that.

2      Q.   When you did this assault, you were

3  extorting younger inmates for drugs, mainly heroin.

4  Do you recall that?

5      A.   Yes, sir.

6      Q.   You threw him to the ground; right?

7  Dominic?

8      A.   Yes, sir.

9      Q.   And you took his pants down.  Do you

10  recall that?

11      A.   Yes, sir.

12      Q.   And you took your hand, and you inserted

13  it in his rectum to see if he had any heroin in

14  there?

15      A.   I didn't do that.

16      Q.   Well, then you got a syringe and injected

17  the heroin you got from his rectum and put it in

18  your body.

19      A.   I did some heroin, but I didn't get it

20  from him, from the rectum.  Speedy did that.

21      Q.   Do you recall telling -- I think this was

22  an interview you did on February 27, 2014, and it

23  was with a U.S. Attorney there by the name of Jack

24  Burkhead.  Do you remember that?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And Mr. Burkhead did a pretty -- well, and

2  the FBI agent that was with him did a pretty long

3  interview of you; right?

4      A.   Yes, sir.

5      Q.   They were able to talk to you personally,

6  one-on-one?

7      A.   Yes, sir.

8      Q.   No one prepped you prior to that meeting,

9  did they?

10     A.   No, sir.

11     Q.   And so they got to see you without any

12 preparation; right?

13     A.   Yes, sir.

14     Q.   And they were asking you questions about

15 lots of things, including the 2001 murders, and also

16 the assault on Dominic; right?

17     A.   Yes, sir.

18     Q.   And when you talked to them, do you recall

19 telling them that you threw Dominic to the ground,

20 found a small amount of heroin in his asshole, or

21 rectum.  You slapped Dominic around for a while.

22 Then you got a syringe and injected the heroin in

23 front of him?

24     A.   Yeah, but I didn't say that I put my hand

25 in his rectum, or my finger or anything in his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  rectum.  I said I took him down and everything, and

2  slapped him around and took his heroin.

3       Q.   Who was the person that did that?

4       A.   John, Speedy.

5       Q.   Okay.  Did you say that in this interview

6  with Mr. Burkhead from the U.S. Attorney's Office?

7  Do you want to take a look?

8       A.   You're going to show me what you're going

9  to show me, and you know it's --

10            MR. BECK:  Is there a Bates number?

11       A.   I didn't insert my hand into nobody's

12  rectum.

13       Q.   You just work with people who do that?

14       A.   I guess.  If that's what Speedy wanted to

15  do, you know.

16       Q.   Do you recall in 1999 through -- somewhere

17  in the 1999-to-2000 range, while still at the

18  Central facility, you assaulted a person by the name

19  of Frederick Maes?

20       A.   Yes, sir.

21       Q.   And you conducted that hit in the chow

22  hall right in front of everyone; right?

23       A.   Yes, sir.

24       Q.   So that corrections officers and all the

25  inmates would see how violent and brave you are?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   That wasn't what it was about at all.

2        Q.   I want to talk to you about this time that

3   you were working as a pistolero or armed bodyguard.

4   That was in 2005 or '06.  Do you recall that?

5        A.   Yes, sir.

6        Q.   But you've never really been able -- this

7   was for a drug trafficker from Mexico; right?

8        A.   Yes, sir.

9        Q.   But throughout all the years you'd been

10  questioned about that, you've never identified the

11  person who you were running -- or, I guess doing

12  protection for, so they could bring drugs into this

13  country?

14       A.   The one that can identify her better than

15  I could is Mario Montoya.

16       Q.   But you've never identified that person;

17  correct?

18       A.   I don't know her exact name.  I forgot her

19  exact name.

20       Q.   Well, while you were working for -- you

21  forgot her last name because you know what would

22  happen if you told the authorities or anyone who it

23  was from the Mexican cartels that were going to

24  bring drugs into this country.

25       A.   No, that's not it at all.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, you do recall that while you were

2    doing that, you were carrying a .40 caliber Glock;

3    is that correct?

4    A.   No, sir.  I think -- I believe I said a

5    .38.

6    Q.   Well, Mr. Burkhead asked you about that

7    also, page 688 again.  Do you recall telling them

8    that while waiting in the car, an unknown vehicle

9    approached the vehicles.  Both you and Montoya,

10   meaning Mario Montoya, became paranoid.  And before

11   Lujan knew it, shots were exchanged.  Lujan had a

12   .40 caliber Glock pistol and returned fire.

13   A.   Oh, that was when we went -- did that one

14   pickup.

15   Q.   Did you have a .40 caliber Glock pistol?

16   A.   Yeah, on that one.

17   Q.   Those are pretty -- what does a .40

18   caliber gun do?

19   A.   I don't know, because I never shot one,

20   and I never really owned one.  That was just that

21   night that I went with Mario and that girl to pick

22   up.

23   Q.   Okay.  So your testimony is you just

24   happened to have a .40 caliber Glock pistol that

25   day, but don't know anything about it, and don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   know what it does?

 2        A.    Exactly.

 3        Q.    You've told us about you being shot;

 4   right?

 5        A.    Yes, sir.

 6        Q.    That was while you were doing a drug deal;

 7   right?

 8        A.    No, sir.

 9        Q.    Well, again, when you're talking to

10   Mr. Burkhead, you said you were shot approximately

11   six times during separate gang and drug

12   altercations?  You didn't say that to him?

13        A.    No, sir.

14        Q.    You didn't say that to Special Agent Lance

15   Roundy and U.S. Attorney Jack Burkhead?

16        A.    No, sir.  There is a police report that

17   will prove that none of that happened like that for

18   a drug deal.

19        Q.    Do you want to see it?  It's in the

20   report.  Let's go ahead and look.

21        A.    I got the police reports to back that up.

22        Q.    Okay.  This 2014 report was in your tablet

23   that you ended up destroying in January of 2017;

24   right?

25        A.    Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So you had time to look at this.  Do you

2     see here that they put in here that "Lujan stated

3     that while on the streets several years ago, he was

4     shot approximately six times during separate gang

5     and drug altercations"?

6     A.   See, that's --

7     Q.   Does it say that?

8     A.   It says that there, but that's a mistake.

9     I got police reports that will dispute that.

10    Q.   All right.  At the time that you did that

11    interview, they asked you -- I'm not sure why -- but

12    they asked you if you were under any kind of

13    medications.  Do you recall?

14    A.   At the time of my shooting?

15    Q.   No, at the time of the interview.

16    A.   I think so.

17    Q.   And you tell them you're on Tegretol,

18    Haldol, Remeron, and then maybe some medication for

19    thyroids?

20    A.   Yes, sir.  I was on a lot more medication

21    then.

22    Q.   We'll talk about medication in a little

23    while.  I just want to finish up with the violence.

24    A.   Okay.

25    Q.   You also tried to kill another inmate by

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    the name of Joe Kenney.  Do you recall?

2        A.   Yes, sir, I remember that.

3        Q.   And the only thing that stopped you was

4    that other inmates, like, yelled to the COs before

5    you could actually kill him?

6        A.   Yes, sir.

7        Q.   You had a 10-inch shank?

8        A.   Yes, sir.

9        Q.   That's about that long; right?

10       A.   Yes, sir.

11       Q.   They didn't make you admit to that as part

12   of your plea bargain, did they?

13       A.   No.

14       Q.   Nah.  They didn't even have you admit it

15   here when they were questioning you, did they?

16            THE REPORTER:  I'm sorry, did you say yes

17   or no?

18            MR. CASTLE:  I think he just giggled.

19       A.   I said yes.  I kind of giggled, you know.

20   BY MR. CASTLE:

21       Q.   Is there something humorous about wanting

22   to cut open another human being with a 10-inch

23   shank?

24       A.   It's just some of the stuff you're coming

25   out with is, you know, not true.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Well, is that true or not?

2        A.   The Joe Kenney stuff, yeah.  But that

3   stuff with me getting shot and stuff, that's, you

4   know --

5        Q.   One of the things -- well, do you remember

6   when you -- that 2007 -- in 2007, you finally

7   admitted that you murdered Animal; right?  And you

8   went to court and you entered a plea of guilty --

9   you went to court, at least; right?

10       A.   Yes, sir.

11       Q.   And you worked out a deal for 15 years; is

12  that right?

13       A.   Yes, sir.

14       Q.   And one of the things you did is, you and

15  your attorney made sure that you did a certain kind

16  of plea, where you wouldn't have to admit you

17  actually did anything.  Do you recall that?

18       A.   Yes, sir.

19       Q.   You didn't have to admit that you actually

20  killed Animal and -- yes?

21       A.   Yes, sir.

22       Q.   And you didn't have to admit that you

23  killed or planned the murders of these two people in

24  2001; right?

25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's a special plea called an Alford

2   Plea; right?

3    A.   Yes, sir.

4    Q.   And the reason you all worked on that,

5   made sure the judge didn't know what you actually

6   did, is because you were afraid that if he knew that

7   you had killed or participated in killing three

8   human beings, that he wouldn't give you 15 years in

9   prison.

10    A.   That's not what it was about.

11    Q.   Okay.  So why didn't you confess to the

12   judge and say, "Judge, you know what, I'm guilty"?

13    A.   Because I followed what my attorney wanted

14   to do, and that's all.

15    Q.   Well, the deal was for 15 years.  That's

16   so you could get 50 percent of the time off; right?

17    A.   Yes, sir.

18    Q.   That means that, really, all you were

19   going to get was seven and a half years for killing

20   three -- or either killing or ordering the deaths of

21   three different people; right?

22    A.   No, sir.

23    Q.   Well, you didn't get prosecuted for the

24   2001 murders at all; right?  And you got this

25   seven-and-a-half-year sentence on the Animal murder;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?

 2        A.   Yes, sir.

 3        Q.   And that's all you were going to serve,

 4   until the feds came calling in 2015; right?

 5        A.   Yes, sir.

 6        Q.   You were about to get out into the free

 7   world?

 8        A.   Yes, sir.

 9        Q.   You had killed that seven-and-a-half-year

10   sentence, just about; right?

11        A.   Yes, sir.

12        Q.   And unfortunately for you, the federal

13   indictment came down?

14        A.   Yes, sir.

15             MR. CASTLE:  Your Honor, this would be a

16   good time to break.  Others in the courtroom would

17   like me to break right now.

18             THE COURT:  All right.  We'll shut her

19   down for the evening.  I appreciate everybody's hard

20   work, being back and ready to go this morning.  If

21   you'll do that again in the morning and we'll try to

22   be ready for you and keep the case moving.

23             Thank you for all your hard work.  We'll

24   be in recess until 8:30 in the morning.

25             (The jury left the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  Anything we need
 2   to do before we take our leave?
 3            MR. BECK:  I think the only thing is the
 4   receipts that they were asking for are Bates No.
 5   71000 through 71016.
 6            THE COURT:  Does that help out?
 7            MR. CASTLE:  Here's what it is, so we can
 8   be very clear:  They've given Mr. Lujan $1,950 over
 9   the years.  We only have one receipt for him that
10   says a $200 payment.  It really matters when it
11   happened, because it might be tied to times of
12   testimony or times that he was cooperating.  And so
13   we've asked -- the pages they just gave us are for
14   other individuals; they're not for Mr. Lujan.  We've
15   given them, by email, the one that we have on
16   Mr. Lujan.  We don't have all the original payments.
17            There is another reason I'd like to bring
18   it up, and I don't want to do it in front of
19   Mr. Lujan.
20            THE COURT:  Okay.  Do you understand the
21   concern?  Can you address it or not?
22            MR. BECK:  We can see if we can track down
23   the receipts.
24            THE COURT:  All right.  And we'll take it
25   up in the morning.  All right.  Y'all have a good
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   evening, a good night.
 2               (Court was in recess.)
 3
 4                        April 24, 2018
 5
 6               THE COURT:  All right.  Let's go on the
 7   record.  It looks like we've got all the defendants
 8   and the counsel for each defendant.
 9               Mr. Benjamin is wanting to make some
10   objections this morning.  Anything else I can do for
11   you, Ms. Armijo?  Mr. Castellano?
12               MS. ARMIJO:  No, Your Honor.
13               THE COURT:  While we're waiting for Mr.
14   Benjamin --
15               MR. BECK:  Your Honor, yesterday I asked
16   for the reports of Mr. Otero that we've been
17   referring to, and I just put together a package,
18   just gave one to Mr. Chavez's attorney, of the
19   reports, NMCD statements, and then the 302 for the
20   Court.  So --
21               MR. SOLIS:  Those are the items we
22   discussed yesterday or the day before?
23               MR. BECK:  Yes.
24               THE COURT:  All right.  Anything else we
25   need to discuss?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1              I'll have Ms. Bevel make a copy of what
 2   Mr. Beck gave me, and I'll attach it.  I believe
 3   it's going to be Clerk's Exhibit 9.
 4              (Clerk's Exhibit 9 admitted.)
 5              THE COURT:  Did you want to say something,
 6   Mr. Sindel?
 7              MR. SINDEL:  I do, Your Honor.  The good
 8   news is that Mr. Benjamin will not be here for the
 9   first part of this morning; he has another
10   commitment.  The bad news is that Mr. Benjamin will
11   not be here this morning because he has another
12   commitment.
13              THE COURT:  All right.  He had wanted to
14   say something this morning, is the reason I was
15   looking for him and calling on him.  All right.
16              All rise.
17              (The jury entered the courtroom.)
18              THE COURT:  All right.  Everyone be
19   seated.  Good morning, ladies and gentlemen.  Thank
20   you for being back on time and ready to go.  I
21   appreciate counsel, as well as the parties, all
22   being here, ready to go.  I guess Ms. Bevel has told
23   you and told counsel and all the parties that we
24   figured out what we can do with coffee, and so the
25   great coffee mystery has been solved.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            The bottom line is, you and counsel and
 2   the parties can bring coffee in, and we'll try to
 3   get you some cups, maybe bring some sodas in, in the
 4   afternoon, if you don't want to do coffee, and some
 5   candy and stuff.  I guess they have a rule that
 6   because of the decorum of the court, it's not --
 7   they generally tell jurors not to bring them in.
 8   But I talked to them and asked them to have
 9   discretion, and they said "Yes."  And given the
10   amount of time we're spending together, and maybe
11   some stretches are a little harder, sometimes, to
12   pay attention and things, I think we'll lift the
13   rule for this case.
14            So Ms. Bevel has told the jury and I think
15   she has told the counsel and the parties, as well.
16   So we'll try not to turn it into a picnic, but I
17   think we're keeping the decorum pretty well here.
18   So we've all got a lot of work to do together and
19   live together, so we're going to suspend that rule
20   for a while.
21            All right.  Do we have Mr. Lujan moving in
22   this direction, Mr. Beck?
23            MR. BECK:  We do, Your Honor.
24            THE COURT:  All right.  We'll wait just a
25   moment for him.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            All right.  Mr. Lujan, if you'll return to
 2   the witness box.  And I'll remind you that you're
 3   still under oath.
 4            THE WITNESS:  Can I have some help over
 5   here, please?  Thank you.
 6            THE COURT:  All right.  Mr. Castle, if you
 7   wish to continue your cross-examination of
 8   Mr. Lujan, you may do so at this time.
 9            MR. CASTLE:  Thank you, Your Honor.
10            THE COURT:  Mr. Castle.  INDEXX
11                   LEONARD LUJAN,
12       after having been previously duly sworn under
13       oath, was questioned, and continued testified as
14       follows:
15            CONTINUED CROSS-EXAMINATION
16   BY MR. CASTLE:
17       Q.   Mr. Lujan, I'm going to ask you a series
18   of questions that can normally be answered by most
19   people with "Yes" or "No," and I'm going to ask you
20   if you can try to do that so we can get through this
21   exam.  Okay?
22       A.   Okay.
23       Q.   I want you to look at your screen.  It
24   will be on everyone's screen.  Here, I just want to
25   clear up some dates a little bit so that the jury
```



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    can keep track of everything.  It was July 6th of

2    1998 -- go to the first slide -- that the murder of

3    Mr. Felix Martinez happened; is that right?

4        A.  Yes, sir.

5        Q.  And at that time, you refused to be

6    interviewed?

7        A.  Excuse me?

8        Q.  You refused to be interviewed by the -- by

9    the detectives at that time; is that correct?

10       A.  Yes, sir.

11       Q.  Okay.  Then in March of 2001, Mr. Garza

12   and Mr. Castillo were murdered; is that right?

13       A.  Yes, sir.

14       Q.  And then on March 1st of 2007, Detective

15   Lewis tried to interview you, and I believe it's

16   your testimony that you refused to talk to him; is

17   that correct?

18       A.  Yes, sir.

19       Q.  And that's also the time that they swabbed

20   your mouth for DNA?

21       A.  Yes, sir.

22       Q.  And then on May 4, 2007, was when Mr.

23   Frederico Munoz entered his plea of guilty to the

24   murder of Felix Martinez; is that your memory?

25       A.  I never knew anything about that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You never knew that he pled guilty?

2      A.   No, sir.  I didn't know anything about his

3  case.

4      Q.   Okay.  May 15th, I believe we said

5  yesterday, was when the detective attempted to

6  interview you and while you were walking away, you

7  said something about snitches in here; is that

8  right?

9      A.   Yes, sir.

10     Q.   Then if we could go to the next slide.  It

11  was on June 20th of 2007 -- does that sound about

12  right? -- that Billy Garcia moved from the SNM pod

13  to protective custody, that you received a kite from

14  someone saying that Mr. Garcia PC'd, and that you

15  wanted to know what's going on before you make any

16  decisions; is that right?

17     A.   No, sir.

18     Q.   Is the date wrong?

19     A.   No, sir.  It's what's being said there.

20     Q.   Okay.  That was the quote that I showed

21  you yesterday and you agreed you said?

22     A.   Um-hum.

23     Q.   Okay.  And then at some time -- it's kind

24  of an unknown date -- when you were at MDC, I

25  believe a Matt Candelaria and a Jason Ellis came and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    talked to you; is that right?

2        A.   Yes, sir.

3        Q.   Also you couldn't give us a date, but

4    sometime when you were in MDC, someone attempted to

5    kill Billy Garcia with a hotshot; is that right?

6        A.   I don't know nothing about that, sir.

7        Q.   But you did tell the detectives about

8    that, right?  I showed it to you yesterday.

9        A.   No, sir.

10       Q.   You didn't say that they made that up?

11       A.   No, sir.  I don't know nothing about that,

12   sir.

13       Q.   Okay.  So you do recall, I showed you in

14   the report, right?

15       A.   I remember you showing me something about

16   it yesterday.

17       Q.   Okay.  Then there was a date, July 5,

18   2007, I think we showed you yesterday, there was a

19   time when Detective Lewis talked to you, and you

20   wanted to talk about three murders in exchange for

21   consideration by the District Attorney's Office.  Do

22   you recall that?

23       A.   Yes, sir.  I recall that.

24       Q.   Okay.  And then it wasn't until August 8,

25   2007, that you went and made your formal taped

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

 

1-800-669-9492
e-mail: info@litsupport.com

1  interview with Detective Lewis and others about the

2  1998 and 2001 murders?  Does that sound right?

3         A.   Yes, sir.

4         Q.   Thank you.  Before you went to the

5  Southern facility in 2000, you had served time at

6  the Central New Mexico Correctional Facility; is

7  that right?

8         A.   Yes, sir.

9         Q.   And when you were there, you served time

10 with Leroy Lucero?

11        A.   Yes, sir.

12        Q.   When did you get to Southern, do you

13 recall?

14        A.   I believe early 2000, somewhere around

15 there.

16        Q.   And when you arrived there, till you left

17 there -- I think you left in August of 2001; is that

18 right?

19        A.   Yes, sir, I believe so.

20        Q.   And that's when they shipped you out of

21 state, to Virginia?

22        A.   Yes, sir.

23        Q.   During that time, your testimony yesterday

24 was that Leroy Lucero never was at Southern?

25        A.   Prior to me going out of state, I was in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the PNM North for like about three or four months.

2        Q.   I'm talking about Southern, the Southern

3    facility, Southern New Mexico Correctional Facility.

4    Well, we'll move on.

5            I want to talk to you generally about the

6    SNM Gang.  Okay?

7        A.   Okay.

8        Q.   You didn't ask to renounce your SNM

9    membership until 2017; is that right?

10       A.   I had asked since about, I'd say, 2012,

11   2014, to go to Clayton.  And to go to Clayton, you

12   had to renounce.  And what happened over there, it

13   was in Los Lunas --

14       Q.   Let me just cut you off for a second.  So

15   you're saying you asked in 2012?

16       A.   Yeah, somewhere around there; 2012, 2014,

17   I had.

18       Q.   And they didn't let you renounce until

19   2017?

20       A.   An incident took place, so they didn't let

21   me do it.

22       Q.   They wouldn't let you?

23       A.   No, because I had did something to

24   somebody.

25       Q.   Sir, we have all your Department of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Corrections records.  There is no indication that

2   you tried to renounce until 2017.

3        A.   I believe it was Lieutenant Montoya or

4   something like that, that I asked.  He was the one

5   that was running the STIU there in Los Lunas.

6        Q.   Even though you had made statements

7   against other SNM members, including Mr. Garcia, in

8   2007, you're saying that in 2012 you tried to

9   renounce, and they wouldn't let you?

10       A.   They were holding -- it was not APA

11  programming.  They were having a program there, and

12  a situation took place where I --

13       Q.   I'm asking you a question, okay?  Even

14  though you had given statements against Billy Garcia

15  and other SNM members in 2007, is it your testimony

16  that they, the Department of Corrections, wouldn't

17  let you renounce your membership until 2017?  Is

18  that "Yes" or "No"?

19       A.   This was in 2012, 2014, when I tried.  But

20  in 2017 is when I officially renounced.

21       Q.   Okay.  So until then, you were an SNM

22  member, correct?

23       A.   I wasn't part of it.  I didn't hang around

24  with nobody.  I didn't even talk to hardly anybody.

25  I just completely just stayed away.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Stayed away from all SNM members after

2  2007?

3    A.   Yes, sir.  I didn't have no association

4  with them at all.

5    Q.   Do you recall telling the FBI that you

6  decided to stay in the SNM after 2007 -- and I quote

7  -- "if you were still a member, you could collect

8  intelligence for yourself and for the Government"?

9         Do you recall telling the FBI that?

10   A.   I don't remember that.

11   Q.   Mr. Lujan, in fact, you haven't actually

12  renounced certain parts of your membership in the

13  SNM, have you?

14   A.   I haven't been part of it for years.

15   Q.   I mean, for example, you still want to

16  kill people?

17   A.   No.  I haven't been part of that for

18  years.

19   Q.   Well, let me ask you:  Do you remember

20  that interview you had December 3, 2015, the day

21  that you got arrested on the charges in this case?

22   A.   Yes, sir.

23   Q.   Do you remember the interview that was

24  conducted with you by the FBI agents?

25   A.   I remember some of it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Okay.  Do you remember telling them that

2  you still had a vendetta against Freddie Munoz for

3  telling what you thought he told on you?

4    A.    Yeah.  I've always thought that.

5    Q.    And you actually told the FBI there:  If

6  you and him would come face-to-face, he's going to

7  have to answer to you, if you know what I mean.

8          Do you recall telling them that?

9    A.    No, sir.  But I've always -- I can sit

10  there and tell the truth and say that I thought that

11  me and him would fight.

12    Q.    Okay.

13    A.    We would fight.

14    Q.    Okay.

15    A.    Because of the animosity that's always

16  been there after all this stuff happened with

17  Animal.

18    Q.    Okay.  So the animosity is, you believe

19  Mr. Freddie Munoz snitched on you?

20    A.    Yes.

21    Q.    And so you want to essentially do a hit on

22  him?

23    A.    No, sir.

24    Q.    Or just beat him up?

25    A.    I just always thought that if we came

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   face-to-face, we would fight.
 2         Q.   Okay.  Is that the concept of renouncing
 3   your membership, is to beat up another guy who you
 4   think snitched on you?
 5         A.   No, sir.  But I would protect myself if I
 6   had to.
 7         Q.   "Yes" or "No" is fine.
 8              I want to talk about the various people
 9   that you have indicated participated in the murders
10   in 2001.  Okay?
11              Did you or did you not, in one of your
12   interviews, indicate that you enlisted the help of
13   an individual by the name of Casey to commit the
14   2001 murders?
15         A.   No, sir.
16         Q.   Okay.  Let me show you your January 23,
17   2009, interview.  And all these interviews that
18   we're talking about, those are with the FBI or the
19   U.S. Attorney's Office?
20         A.   The one you're mentioning, I believe.
21         Q.   I'm not talking about the one I'm
22   mentioning.  All the interviews you've participated
23   in have been with the FBI or the U.S. Attorney's
24   office?  "Yes" or "No"?
25         A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   You've never consented with one to the

2  defense; is that correct?

3     A.   I'm not sure.

4          MR. CASTLE:  May I approach the witness?

5          THE COURT:  You may.

6     Q.   Right here where it's highlighted, do you

7  see where it says that -- where you're talking to

8  him, you say that you enlisted the help of other

9  members, including Casey and Sleepy Sandoval?  Do

10 you see that?

11    A.   Yes, sir.

12    Q.   And then also in that interview, you said

13 you enlisted the help of Jeremiah Baca?

14    A.   Yes, sir.  And I believe Jeremiah is

15 deceased.

16    Q.   So that's somebody who we can't even

17 confirm whether or not you enlisted him, right?

18    A.   Yes, sir.

19    Q.   You didn't mention those people's names

20 yesterday when the Government was asking questions?

21 You didn't mention their names, did you?

22    A.   No, sir.

23    Q.   That's fine.  Then in 2014, do you recall

24 that was when you said that you hired some backup

25 people to kill the first people if they didn't carry

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    out your orders?  Do you recall that?

2         A.   Yes.

3         Q.   I know the names you gave them was Sleepy,

4    Smurf, Gumby, and Oso.  Do you recall that?

5         A.   I never included Oso for anything.

6         Q.   Okay.  Let's take a look.  Showing you a

7    report, it's on FBI letterhead.  Do you see that?

8    It's an interview on February 27, 2014, with you.

9    Do you recall that?  Do you see that?

10        A.   I don't remember -- I never included Oso

11   on there.

12        Q.   You see here, it says, "Additionally,

13   Lujan confessed to ordering other SNM Gang members

14   to take care of or kill the individuals who chose to

15   murder Garza and Castillo if they failed to carry

16   out the order."  Do you see that?

17        A.   Yes, sir.

18        Q.   "Lujan met personally with individuals

19   known as named Sleepy, Smurf, Gumby, and Oso in the

20   pod and explained to them that the murders were to

21   take place, and they were to kill anyone who failed

22   to follow through with the order."

23             Do you see that?

24        A.   Yes, sir.

25        Q.   And you gave us a different -- I guess a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1 different list of people yesterday?  Well, Sleepy.

2 Did you say Sleepy or Smurf, or both, yesterday?

3   A. I said Sleepy, Smurf, Gumby, Scotty.  I

4 never mentioned Oso, because I never gave Oso that

5 order.

6   Q. Okay.  You've also, on other occasions,

7 said that the people involved was Rick Sandoval.  Do

8 you recall that?

9   A. Yes, sir.

10   Q. Now, in reference to Eugene Martinez, I

11 think you said you met up with him at some location

12 that you pointed out on a map, to give him the

13 orders; is that right?

14   A. Yes, sir.

15   Q. Now, you've given a couple of different

16 stories about where that meeting was, so I'm going

17 to talk to you about that.  Where are you saying

18 today that you met him?

19   A. In education.

20   Q. Okay.  So the school?

21   A. Yes, sir.

22   Q. Okay.  Do you recall indicating previously

23 that it was -- I'm losing my place -- let's move on.

24     In 2001, when the murders took place, you

25 were a shot-caller, correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

229

```
 1        A.   Not really.  I was just -- as far as I
 2   knew, I was just Billy Garcia's right-hand man.  I
 3   didn't know anything about being a heavy shot-caller
 4   or anything like that.
 5        Q.   So you were his right-hand man the five
 6   days that he was at Southern, during general
 7   population at Southern?
 8        A.   For a while already.
 9        Q.   Okay.  Well, you were asked this before by
10   the FBI on September 12, 2007, and do you recall the
11   following:
12             The question was, "Where was your standing
13   at that time in 2001 with the SNM?"
14             And your answer was, "I was the
15   shot-caller."
16             And they said, "Shot-caller?"
17             And you said, "Yeah."
18        A.   Yeah.
19             MR. BECK:  Objection, Your Honor.
20        A.   I remember that interview.
21             THE COURT:  Hold on.  Go ahead, Mr. Beck.
22             MR. BECK:  I don't believe he was
23   interviewed by the FBI in 2007.
24             MR. CASTLE:  We have on page 336 -- I'm
25   sorry.  Rich Lewis.  I apologize.  Thank you for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that correction.

2    BY MR. CASTLE:

3         Q.   Do you recall telling Detective Lewis, in

4    your first interview that you consented to --

5              UNIDENTIFIED VOICE:  Norman Rhoades.

6              MR. CASTLE:  I'm sorry, Your Honor.

7    Norman Rhoades.  Okay.  Everybody is helping me here

8    today.  It takes a village to get me through these

9    things.

10   BY MR. CASTLE:

11        Q.   Do you recall in 2007 an interview with

12   Norman Rhoades, in which you said you were the

13   shot-caller at Southern at the time of the 2001

14   murders?

15        A.   Yes, sir, I remember saying that.

16        Q.   And the reason you had become a

17   shot-caller was because of your actions in murdering

18   Felix Martinez in 1998, correct?

19        A.   Yes, sir.

20        Q.   You were actually a shot-caller for the

21   SNM from 1998 all the way to 2005, right?

22        A.   I think -- I believe so.

23        Q.   In fact, when the FBI talked to you on the

24   day of your arrest, you told them that you were a

25   shot-caller with the SNM from 1998 to 2005?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes, sir.  Excuse me.  I'm seeing you a

2  little blurry because of my meds.  They gave them

3  late last night and I'm seeing a little blurry, so I

4  hesitate a little bit.

5      Q.   I was up late last night, too, and my eyes

6  are a little blurry, as well.  What kind of

7  medications are you on, sir?

8      A.   I'm taking Tegretol, Gabapentin, thyroid

9  medication, Prilosec.  And I take Flomax for my

10  prostate.  That's some more new medication.

11      Q.   Tegretol can change the way you think and

12  the way you feel; correct?

13      A.   I'm aware of what's going on; it's just

14  sometimes it will have me see blurry if I take it

15  too early, close to each other.

16      Q.   Let's get back to the question.  You were

17  the shot-caller for the SNM between 1998 and 2005,

18  correct?

19      A.   Yes, sir.

20      Q.   And you're not blurry on that concept?

21      A.   No.

22      Q.   And do you recall that after Lino left

23  Southern, you became one of the shot-callers there

24  at Southern?

25      A.   Yeah, once Billy left.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   No, no.  I'm asking you after Lino left,

2   Lino Giron?

3     A.   No.  I didn't even know when Lino left.

4     Q.   Okay.  Let's see what you said previously.

5   Do you recall telling Agent Rhoades, in September of

6   2007, that you became a shot-caller after Lino left?

7   Do you recall that?

8     A.   I might have misspoken on that, but I

9   remember the interview on that.

10     Q.   Well, let's talk about when Lino left.

11   That was -- do you recall that was on February 5,

12   2001, about a month and a half before the murders?

13     A.   No, I don't remember when he left.

14     Q.   Do you recall that -- do you know a person

15   by the name of Big Jake?

16     A.   Yes, sir.

17     Q.   Big Jake Armijo?

18     A.   Yes, sir.

19     Q.   He's an SNM member?

20     A.   Yes, sir.

21     Q.   And did you also know a person by the name

22   of Nick Chavez, who is also known as T-Bone, who was

23   an SNM member?

24     A.   Yes, sir.

25     Q.   And do you recall Big Jake coming down in

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 January, around January 18th of 2001, with the news

2 that both Pancho and Garza needed to be murdered?

3      A.   No, sir, I don't remember that.

4      Q.   Well, do you remember that for whatever

5 reasons, the Department of Corrections moved Lino

6 Giron, Jake Armijo, and Nick Chavez all out of

7 Southern New Mexico on February 5th, on the same

8 exact day?  Do you recall that happening?

9      A.   No, sir.

10      Q.   Those guys were the shot-callers at

11 Southern, at least through part of 2001; correct?

12      A.   I don't remember them even being there.

13      Q.   Well, when you're an SNM --

14      A.   I remember T-Bone being there, because we

15 were in the same pod at that time.

16      Q.   When you're an SNM member, when you're at

17 a facility, you know who the other shot-callers are,

18 don't you?

19      A.   Yes, sir.

20      Q.   That's something you want to make sure,

21 because you don't want to get on the wrong side of a

22 shot-caller?

23      A.   Yes.

24      Q.   Like you?  You wouldn't want to get on the

25 wrong side of you; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes, sir.

2    Q.    So you knew that Lino and Nick Chavez,

3  T-Bone and Big Jake, were all shot-callers there

4  before they left?

5    A.    I'm having a hard time remembering Jake,

6  when he was there.  But I remember when Lino and

7  T-Bone were there.

8    Q.    So in any event, as far as the 2001

9  murder, your testimony is that Billy Garcia came and

10  had a conversation with you in your cell; is that

11  right?

12    A.    Yes, sir.

13    Q.    And you indicated that he was mad at you

14  because Earn Dog hadn't given you the news that you

15  were supposed to take over the whole facility?

16    A.    Yes, sir.

17    Q.    Earn Dog is an inmate by what name?

18    A.    Ernesto.  I don't know his last name.

19    Q.    Ernesto Guerrero?

20    A.    I'm not sure.  If I saw his picture, I

21  could point him out right away.

22    Q.    Well, do you recall telling investigators

23  that it was Ernesto Guerrero?

24    A.    No, sir, I don't remember that.

25    Q.    Okay.  Let's go to, if I can -- okay, it's

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    a person by the name of Ernie or Ernesto; is that

2    right?

3          A.    No.  It's Ernesto, I think.

4          Q.    And his nickname was Earn Dog?

5          A.    Yes.

6          Q.    Was he in your pod?

7          A.    At one time, over there at the North.

8          Q.    Okay.  But he was there at the time of the

9    2001 murders?

10         A.    Yes, sir, he was.

11         Q.    Okay.  So we'll be able to find his name

12   on the rosters?

13         A.    Yes, sir.  He was living, I believe --

14   because we were in blue pod.  I believe he was in

15   red pod.

16         Q.    Now, at different times -- well, let me

17   ask you:  You've indicated that Mr. Garcia ordered

18   the murder of two people, is that right?

19         A.    Yes, sir.

20         Q.    But at different times, you've indicated

21   that he ordered the murders of as many as ten

22   people?

23         A.    Well, when he --

24         Q.    "Yes" or "No"?

25         A.    When he first got there --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   "Yes" or "No," sir?

2    A.   Yes, sir.

3    Q.   Yes.  In different conversations with the

4 FBI, you've said two; in other ones, you've said up

5 to ten; is that right?

6    A.   Yes, sir.

7    Q.   Where did you say earlier you had met with

8 Mr. Garcia on the yard?

9    A.   We talked in my cell and in the yard.

10   Q.   Okay.  What yard?

11   A.   Over there in Southern, at the Southern

12 New Mexico Correctional Facility, in the yard there.

13   Q.   The baseball fields?

14   A.   Yes, right there by the baseball field.

15   Q.   Okay.  At different times, you've said it

16 was near the basketball fields.  Do you recall that?

17 The basketball courts, I mean.

18   A.   No.  One of the baseball fields is right

19 next to the basketball field, the basketball court.

20   Q.   And that's where you said to the

21 detectives in 2007 that the Warden and an STG

22 officer said they had you guys on film, meeting?

23   A.   Yes, sir, I might have said that.  Because

24 at the time, they had the cameras.

25   Q.   I don't need an explanation.  That's what

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you said, right?

2        A.   Yes, sir.

3        Q.   You have testified one time before this

4   trial, is that right?

5        A.   No, sir.

6        Q.   Well, you testified one time, on March 15,

7   2018, in a courtroom.  Do you recall that?  A little

8   over a month ago, a month and a half ago?

9        A.   That was a mental health evaluation, from

10  my understanding, you know.  That's what I thought

11  that was for, to get my mental health records and

12  stuff from Corrections.

13       Q.   Well, let me ask you about this.  Do you

14  recall being asked and telling people in this

15  courtroom that prior to being charged in this case,

16  that the Government gave your lawyer a letter or a

17  document that said that you would never be

18  prosecuted, ever?  Do you recall that, telling us

19  that?

20       A.   Yes, sir.

21       Q.   And I think what you said was that you had

22  a lawyer by the name of Daniel -- no.  Actually, no.

23  You said you had a lawyer by the name of Daniel

24  Tallon, that he gave you a letter from the

25  Government, meaning the people on my left, that said

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that you would not be prosecuted anymore for the

2  2001 murders.

3          Do you recall telling us here in this

4  courtroom that?

5      A.   Yes, sir.

6      Q.   Now, you're aware that there is no such

7  letter because it wasn't ever given to you by the

8  Government or anyone?

9      A.   We came to the North facility, and I

10 believe he had me sign a letter or something, and

11 told me something about it six months prior to all

12 this happening.

13     Q.   So you're still sticking by the story?

14 What year would that have been?

15     A.   So you're telling me that I didn't have an

16 attorney at that time?

17     Q.   What year does this conversation happen?

18     A.   This is -- okay, we got the RICO Act in

19 2015, so I think it was five or six months prior to

20 this happening.

21     Q.   Okay.  So the summer of 2015?

22     A.   Somewhere around there.

23     Q.   Okay.  And so you're sticking to the story

24 that in the summer of 2015 there was a written

25 document by the Government that said, "We're not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    prosecuting Leonard Lujan for the 2001 murders"?

2         "Yes" or "No"?

3    A.    I might have mistaken a written document,

4    but he did come to the facility, the North facility,

5    and told me that they weren't going to prosecute me.

6    But he did say that they could later on.  If they

7    wanted to, they could, but they weren't going to

8    prosecute me right now.

9    Q.    Well, do you recall telling us and

10   testifying that your lawyer came out to the facility

11   and gave you a letter that said:  They didn't want

12   to prosecute me no more?

13        Do you recall saying that to us?

14   A.    Yes, sir.

15   Q.    There is no such letter, is there?  You

16   don't have that in your property?  It doesn't exist,

17   does it?

18   A.    No, sir, not, that I'm aware of.  But I

19   know he came to the facility, and I think he had me

20   sign a letter or something.

21   Q.    If he has a letter that promised you that

22   the Government wouldn't prosecute you, you would

23   have given it to your lawyer, your new lawyer, the

24   one you got in December, 2015, right?

25   A.    I believe so.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Yeah, because then you wouldn't be

2   prosecuted at all.  You'd have a promise by the

3   Government that they wouldn't prosecute you, and

4   you'd be scot-free, you'd be out on the streets

5   right now, right?  "Yes" or "No"?

6    A.   I'm not an attorney.

7    Q.   Okay.  There is no letter, is there?

8    A.   Well, they came and told me that I was

9   going -- Daniel Tallon came and told me that they

10  could come later and do it if they wanted to.

11    Q.   There is no letter, is there?

12    A.   I'm not sure if they gave me a --

13    Q.   Just answer the question.

14    A.   It appears --

15    Q.   The question is:  Is there a letter or

16  isn't there?

17    A.   I guess there is not.

18    Q.   You guess there is not?  Or you know there

19  is not?

20    A.   I guess there is not.  That's what I'm

21  sticking to.

22    Q.   Well, okay.  So when you testified in

23  March of 2018, you were up right there in that same

24  chair, right?

25    A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And the Judge had you raise your hand and
2    swear to tell the truth under oath?
3    A.   Yes, sir.
4    Q.   And that wasn't the truth, that you had a
5    letter from the Government promising you that you
6    wouldn't be prosecuted, correct?
7    A.   At the time, I believed it was.
8    Q.   Okay.  So you believed something that
9    never happened, happened?
10   MR. BECK:  Objection, Your Honor.  Was
11   that a question?  Counsel is testifying.
12   MR. CASTLE:  It is.  I'll withdraw it.
13   Q.   One of your goals in taking this deal that
14   you took is to get to some better federal
15   facilities, something that's a little bit better for
16   you, correct?  "Yes" or "No"?
17   A.   I would like to go to a medical facility
18   because I've got a lot of medical issues.
19   Q.   So you've in fact testified that you're
20   hoping to go to a Bureau of Prisons facility that
21   has better doctors than you think you have here in
22   New Mexico, right?
23   A.   Yes, sir.
24   Q.   Okay.  And you've also indicated that
25   you're hoping for a lower sentence so you could go

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   out into the free world?

2       A.   Yes, sir.

3       Q.   In fact, when you were first interviewed

4   after the arrest, do you recall the FBI agents

5   saying to you the following, when they're talking to

6   you about how much time you might get, "Three months

7   before getting out with this stuff.  Now would be a

8   good time to be looking at working deals that you

9   can make."

10           Do you recall them saying that?

11      A.   I don't remember.

12      Q.   Do you recall them telling you, "You're

13  definitely on the right side of this one.  We're

14  going to do everything we can to make sure that

15  everybody in a position of authority knows how

16  valuable you can be?"

17           Do you recall that?

18      A.   I don't remember.  I don't remember that.

19      Q.   Do you recall them saying, "You bet, sir.

20  I wish we could do more right now, but the system

21  takes time to work it out, so just hang in there.

22  Don't lose faith in us.  We will make it work"?

23           Do you recall that?

24      A.   No, sir.

25      Q.   Okay.  Do you recall them saying, "It's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going to be a little bit of pain at first"?

2       A.   No, sir.

3       Q.   Okay.  Well, let's go look at the

4  documents, if we can.

5            The FBI, said, "You're being recharged."

6            You say, "Oh, I know."

7            And the FBI said, "Three months before

8  getting out with this stuff.  Now would be a good

9  time to be looking at working deals that you can."

10            And then they say, "You're doing the right

11  thing."

12            And then they say again, "Yeah, you are

13  definitely on the right side on this one.  We're

14  going to do everything we can to make sure that

15  everybody in a position of authority knows how

16  valuable you can be."

17       A.   I don't remember that conversation, sir.

18       Q.   Okay.  You're not denying it exists,

19  though, right?

20       A.   No, sir.

21       Q.   Okay.  So the other comments that I read

22  to you, you don't deny that that happened, right?

23       A.   No, sir.

24       Q.   I think yesterday you said that your plea

25  was in May of 2017.  I think it was actually March

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

244

```
 1   of 2017.  Does that sound about right?
 2        A.   Yes, sir.
 3        Q.   And after you took that deal, do you
 4   remember making a phone call to a person by the name
 5   of Candy?
 6        A.   Yeah.  That's a friend of the family's.
 7        Q.   Okay.  And do you recall what you said to
 8   her?
 9        A.   Not exactly.
10        Q.   Okay.
11        A.   I think I only called her once.
12        Q.   Okay.  Do you recall telling her, "I was
13   one of the last ones that was holding out.
14   Everybody had already pled out because they're all,
15   you know, they're big snakes, and they're still big
16   snakes"?
17             Do you recall telling her that?
18        A.   I might have.
19        Q.   Do you recall also saying, "Payback's a
20   bitch"?
21        A.   I might have said that, too.
22        Q.   "Yeah, they're fucking throwing me under
23   the bus.  Gotcha.  Hey, you know, so I said, 'All
24   right.'"
25        A.   I might have said that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   What you're saying there is, you're going

2  to do something because you're mad and you want to

3  pay someone back?  "Yes" or "No"?

4     A.   Yes, sir.

5     Q.   And then you said to Candy, "I'm not going

6  to lie to you.  I'm not going to lie to you.  A lot

7  of them vatos turned and stabbed me in the back and

8  ratting me out and this and that, you know."

9          Do you recall saying that to her?

10    A.   Yes, sir.  I believe I said that, yeah.

11    Q.   That wasn't the truth, was it?

12    A.   Some of it was.

13    Q.   Some of it wasn't?

14    A.   Some of it wasn't.

15    Q.   So when you say, "I'm not going to lie to

16 you" --

17         MR. CASTLE:  Never mind.  Strike that.

18    Q.   Then what you tell Candy, if you can

19 recall, "They'll give me some love and show me some

20 love, and hopefully I'll just get 10 or 15, and

21 maybe I might be probation, you know."

22         Do you recall telling her that?

23    A.   Yes, sir.

24    Q.   I want to talk to you about a different

25 phone call you made.  And you had indicated by 2012

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you had renounced the ways of the SNM, you left all

2    that in your past, right?

3         A.   Yes, sir.

4         Q.   The idea of like killing people was done;

5    you were done with doing that?

6         A.   Yes, sir.

7         Q.   Well, do you recall a phone call you made

8    in September of 2014 to your niece, Christy?

9         A.   I made a lot of calls to her.

10        Q.   Well, do you remember saying to her in one

11   of the calls, "Hey, man, fucking just because

12   they're my brothers doesn't mean I won't stick one

13   of them fuckers, you know"?

14        A.   I don't recall saying something like that.

15        Q.   Okay.  Well, let's look at the transcript,

16   okay?

17        A.   Okay.

18        Q.   I'm going to show you a transcript of a

19   phone call dated September 11, 2014, a phone call

20   with Christy and Leonard Lujan.  You're allowed to

21   call from the jail and call people that you're on a

22   list, correct?

23        A.   Yes, sir.

24        Q.   And this is your niece?  She's younger?

25        A.   Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   And you're telling her, "Oh, hey, man,
2  fucking just because they're my brothers don't mean
3  I won't stick one of them fuckers" -- then you laugh
4  -- "you know"?
5       A.   I don't remember that conversation.   I
6  don't remember ever telling her something like that.
7       Q.   Now, you actually talked about some of the
8  bad things you've done in prison or jail, in prison,
9  correct?
10      A.   Yes, sir.
11      Q.   Do you recall an incident just in the last
12  couple years where you mixed some extremely hot
13  water with some Vaseline?  Do you recall that?
14      A.   Yes, sir.   That's one.
15      Q.   You recall it, right?
16      A.   Yes, sir.
17      Q.   And the reason you did that, why you put
18  the Vaseline in the hot water, is so that if you
19  threw it on another human being on their skin, the
20  hot water -- the scalding hot water would stick to
21  their body and it wouldn't fall off, so it would
22  create maximum pain and maximum burning to their
23  flesh, correct?  "Yes" or "No"?
24      A.   Yes, sir.
25      Q.   And what you did is, you tossed it on

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 820-6349                               FAX (505) 843-9492
                                                   1-800-669-9492
                                               e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    another inmate and let them suffer, correct?

2         A.   Yes, sir.

3         Q.   And then you had to be taken out of your

4    cell in essentially a straightjacket because of what

5    you'd done to that other inmate?

6         A.   No, sir.

7         Q.   You know we have your records, correct?

8         A.   Yes, sir.

9         Q.   So these FBI officers would talk to you

10   about the 2001 murders.  You gave them details of

11   how the murders occurred; is that right?

12        A.   Not exactly details how they occurred.

13        Q.   Well, you gave them --

14        A.   I didn't even know that.

15        Q.   Well, you have stated in an interview with

16   the FBI -- well, do you recall them coming back to

17   you and asking you how you knew the details?

18        A.   No, sir.

19        Q.   Okay.  Do you remember them asking you,

20   and you telling them, that the way you knew the

21   specific details of the murders was through

22   conversations you had with people who participated,

23   and also eyewitnesses who saw what happened during

24   the two or three years after the murders?  Do you

25   recall telling them that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   No, sir, because I didn't know nothing

2 about it.

3    Q.   I'm going to talk with you about the

4 interview you had with a U.S. attorney by the name

5 of Jack Burkhead and the FBI on April 17th of 2014?

6         MR. CASTLE:  And I'm going to refer you to

7 page 687, counsel.

8    Q.   Do you recall telling them you'd learned

9 of the specific details of the murders through

10 conversations with participants and eyewitnesses

11 during the following two to three years after the

12 murders?

13    A.   No, sir.

14    Q.   You didn't say that to them?

15    A.   No, sir.

16    Q.   So that would be another instance of where

17 the FBI wrote down information about what you're

18 telling them that was false?

19    A.   Yes, sir.

20    Q.   After Mr. Garcia left Southern, you were

21 still the shot-caller there, right?

22    A.   Yes, sir.

23    Q.   And, in fact, your standing even was

24 higher at that point because you'd just carried off

25 two simultaneous murders at the facility, correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                           e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   I believe so, yes, sir.

2      Q.   Did you brag about it?

3      A.   No, sir.

4      Q.   You kept quiet?

5      A.   No, pretty much they locked 16 of us up,

6  and that's when everybody decided that that's what

7  it was.

8      Q.   But you were the only one that got moved

9  out of state, correct, to Virginia?

10     A.   Not at that time.

11     Q.   Well, Virginia was where they moved Lino

12 out to, correct?

13     A.   I don't even know.

14     Q.   You didn't see Lino when you were in

15 Virginia?

16     A.   No, sir.  I didn't go to Virginia till, I

17 think, three or four months later.

18     Q.   After he went?

19     A.   After those murders all happened.

20     Q.   Well --

21     A.   It might have been even later than that.

22     Q.   Now, you indicated that Mario Montoya was

23 your sponsor to get into the SNM; is that right?

24     A.   Yes, sir.

25     Q.   And when you were in -- well, when you did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that interview in 2007 you told them, the police,
 2   that Mario had confessed to you that he had
 3   committed a murder; is that right?  Do you recall
 4   that?
 5        A.   I believe that's the one of Shane Dix.
 6        Q.   Yes.  So in 2007 when you're at MDC, not
 7   only are you talking to Styx about a murder that you
 8   think he did, but you're apparently talking to Mario
 9   Montoya about a murder that he did?
10        A.   I never approached Styx about a murder.
11        Q.   Is that true or not?
12        A.   The one with Popeye.
13        Q.   Let me ask you about Eugene Martinez.  Is
14   he or was he a friend?
15        A.   I met Eugene there in Southern.
16        Q.   Was he and is he a friend?
17        A.   We weren't close or anything.
18        Q.   Well, do you recall telling the FBI that
19   he was a good guy and that he was a friend?
20        A.   Yeah, I always knew that he was a good guy
21   and everything, you know.  But we weren't real, real
22   close.
23        Q.   Do you recall one of the interviews
24   with -- I think again it's Mr. Burkhead -- no.  This
25   was with Mr. Castellano and, it looks like, FBI
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  agents.  Do you recall telling them that you've had

2  conversations with Eugene Martinez after -- in fact,

3  after you were indicted in this case?  Do you recall

4  that?

5       A.   I believe we talked there in Otero County.

6       Q.   Right.  So yesterday I think you told us

7  you hadn't talked to Eugene since the murders, but

8  that wasn't true, was it?

9       A.   I just talked to him in Otero County when

10  all of us got picked up.

11       Q.   So you did talk to him?

12       A.   I haven't seen none of these guys since

13  then.

14       Q.   And then what you did is, you told Eugene

15  Martinez, "If you go to trial, tell them that I am

16  mental."  Do you recall saying that to him?

17       A.   Me and him had -- he asked me about --

18       Q.   I'm asking you:  Do you recall saying to

19  Mr. Martinez" --

20       A.   Yeah, we talked about it.  Yes, sir.

21       Q.   -- "if you go to trial, tell them I am

22  mental"?

23       A.   No, not me.

24       Q.   Page 42600?

25       A.   I never -- I never told him anything



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    mental.

2          THE COURT:  Hold on just a second.  Can

3    you repeat the page number?

4          Q.   42600.  This is a report, January 5th,

5    members of the FBI and members of the United States

6    Attorney's Office.  Do you see that?

7          A.   Um-hum.

8          Q.   And your lawyer was there, right?

9    Mr. Castellano was there?

10         A.   Um-hum.

11         Q.   That's when they gave you this letter that

12   said that anything you tell them, you'd be

13   immunized; they couldn't use those words that you

14   told against you, right?  Do you remember that?

15         A.   Um-hum.

16         Q.   And you reviewed the letter, signed it, et

17   cetera?

18         A.   Um-hum.

19         Q.   And do you recall being asked about

20   Eugene, and you telling them when you were housed at

21   Otero, that you spoke with Eugene Martinez and told

22   him, "If you go to trial, tell them I am mental"?

23         A.   On that part --

24         Q.   Did you say that to them or not?

25         A.   I never said me.  It was him to use the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    mental card.  It was never towards me.

2         Q.   And then you told them you were not

3    mental, but you would act as if you were at

4    different times to manipulate the system.  Do you

5    recall telling them that?

6         A.   I don't remember that conversation.  But

7    it was --

8         Q.   That's in quotes, "manipulate the system,"

9    end quote.  Do you see that?

10        A.   Yeah.

11        Q.   Okay.  Do you do that?

12        A.   No.

13        Q.   You don't know?  No, you don't.  Okay.

14             And then you told them, and I quote, and

15   it is in quotes, "I would do it to get help or deal

16   with my anger issues."

17             That's in regards to manipulating the

18   system.  Do you see that?

19        A.   Yes, sir.

20        Q.   Were you suffering -- were you mental in

21   '98 when you murdered Mr. Martinez?

22        A.   No.  I knew what I was doing.

23        Q.   Were you mental and suffering from anger

24   issues in 2001 when you planned the other two?

25        A.   No.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   I want to show you your mental health

2   records from right around the time of the murders.

3   Okay?

4           MR. BECK:  Which murders are those,

5   Mr. Castle?

6           MR. CASTLE:  2001 murders.

7      Q.   This one is April 2, 2001.  It's page

8   65148.  Okay.  That would have been what?  Six or

9   seven days after the murders that you planned and

10  orchestrated, right?  April 2, 2001?

11     A.   I believe so.

12     Q.   What they have to do when they lock

13  everybody down, they have to come in and do an

14  assessment to make sure that the people they lock

15  down aren't going crazy, right?

16     A.   Yes, sir.

17     Q.   And you, your mood and affect was upbeat

18  and jovial.  Do you see that?

19     A.   I don't even know what jovial means.

20     Q.   Okay.

21     A.   I know what upbeat means.

22     Q.   Upbeat.  So you were feeling good seven

23  days after you planned and orchestrated the death of

24  two human beings?  "Yes" or "No"?

25     A.   It's been a long time.  So I probably was.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Another one, July 2nd, page 66770.  That

2  would have been what?  Three or four months after?

3  I think this is a quote from you when they asked you

4  how you're doing:  "I've been pretty mellow."

5          Does that sound about right?

6     A.   Yes, sir.

7     Q.   At times, sir, you have -- in order to get

8  the kind of medications that you wanted, you told

9  people at the Department of Corrections that you are

10  suffering from hallucinations?

11     A.   No, sir.

12     Q.   Well, let's go back and look.  65499.

13  Here's a document.  Do you see it's dated, right

14  after MDC?

15     A.   Um-hum.

16     Q.   And you reported to a nurse that you were

17  having visual hallucinations.  You told them that

18  you were -- you actually acted out in front of a

19  nurse, that you were talking into a sink of water

20  while you were flooding the medical unit there at

21  the Department of Corrections.  Do you recall doing

22  that?

23     A.   No, sir.

24     Q.   You did that to get certain medications?

25  Do you recall that?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 820-6349                                FAX (505) 843-9492
                                                   1-800-669-9492
                                              e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No, sir.
 2        Q.    Well, after some of these episodes, either
 3   while you were cutting yourself or telling them that
 4   you were having hallucinations, do you recall
 5   getting medications such as Compazine?
 6        A.    I don't even know what that medication is.
 7        Q.    How about Vicodin?
 8        A.    I know what Vicodin is, but I don't
 9   remember getting it, other than when I came back
10   from the hospital.
11        Q.    How about Ativan?
12        A.    I've been with the Ativan shots and the
13   Haldol shots when I get angry.
14        Q.    How about Remeron?
15        A.    Yes, I've been --
16        Q.    Just "Yes" or "No"?
17        A.    Yes.
18        Q.    Phenergan?
19        A.    Phenergan.
20        Q.    Phenergan?  Okay.  Darvocet?
21        A.    Darvocet, no.  I don't remember ever being
22   on Darvocet.
23        Q.    Vistaril?
24        A.    Vistaril, yes, sir.
25        Q.    Artane?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, sir.

2        Q.   All these medications, what they do is

3   actually can get you high, right?

4        A.   They kind of put you to sleep.

5        Q.   Okay.  But you get them, and it's common

6   among inmates that they get these medications and

7   they kind of save them up and do them all at once so

8   they can get really high in the facility, right?

9        A.   Yes, sir.

10        Q.   And one of your, I think, manipulations is

11   to tell people you're crazy so you can get these

12   medications so you can get high?

13        A.   No, sir.

14        Q.   So what was it, when you were talking to

15   Mr. Castellano and the FBI agents, what were you

16   trying to tell them when you said you would fake

17   certain things to manipulate?  What were you trying

18   to manipulate?

19        A.   I don't remember that conversation.  And

20   I've never stored up medications.

21        Q.   Okay.  Well, have you ever faked things so

22   you could manipulate?

23        A.   No, sir.

24        Q.   So that would just be something that they

25   made up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    Probably, yeah.  Yes, sir.

2     Q.    Okay.  Haldol is another medication?

3     A.    Yes, sir.

4     Q.    And that's used for mood disorders such as

5  schizophrenia or schizoaffective disorder or bipolar

6  disorder, right?

7     A.    The majority of time that they've given me

8  the Haldol has been when I've had episodes of anger

9  and they've to put me in the rubber room.

10     Q.    The rubber room?

11     A.    Yes, sir.

12     Q.    And I think the prosecutor asked you about

13  schizophrenia.  Do you recall him asking you about

14  that?

15     A.    I think so.  I'm not too sure.

16     Q.    That's because you've claimed to the

17  Department of Corrections, on different times, that

18  you've been diagnosed with schizophrenia?

19     A.    No, sir.

20     Q.    You've never been diagnosed with

21  schizophrenia?

22     A.    No, sir.

23     Q.    Just antisocial personality disorder and

24  malingering?

25     A.    If that's what they've diagnosed me with.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   You know, I've only seen the one that I have there

2   in my property.

3        Q.   Well, let's talk about antisocial

4   personality disorder for a minute.  I think I showed

5   you -- what? -- about a half dozen or more documents

6   saying that you were diagnosed with antisocial

7   personality disorder?  Do you recall seeing those

8   yesterday?

9        A.   I think you showed me two, yesterday.

10       Q.   Okay.  Mr. Lujan, I'm going to show you

11  one, two, three, four, five, six, seven, eight,

12  nine.  Take some time looking at those, and when

13  you're done, let me know.

14            MR. BECK:  Objection, Your Honor;

15  foundation.  I don't know that this witness has seen

16  those before.

17            MR. CASTLE:  I'll ask him afterwards.

18       A.   The only one that I can say for honest, be

19  honest with and say, is the one with the hep C.  I

20  did the hep C treatment.

21       Q.   Okay.

22       A.   And that's why I walk with a cane and

23  stuff.

24       Q.   Sir, why don't you take a look at all of

25  them.  I don't think it's possible you could have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  looked at all of them in those few seconds.  Let's

2  take a look at all of them.

3            THE COURT:  As to your objection,

4  Mr. Beck, I will allow him to look at them, and then

5  we'll listen to the question that Mr. Castle has.

6  So I'll overrule the objection at this time.

7  BY MR. CASTLE:

8       Q.   Maybe I can make it quicker.  We've

9  highlighted the portions we want to look at.

10  They're not in yellow; they're in dark gray.  Do you

11  see that?

12       A.   I've always -- if I can answer, I've

13  always had problems with this, and --

14       Q.   Well, there's no question yet.  Okay?  So

15  now that you've had an opportunity to look at all

16  those documents, do those documents contain

17  diagnoses of mental health professionals after

18  they've sat down with you and interviewed you and

19  determined what your needs are?  Are they all --

20       A.   Yes, sir.

21       Q.   And the diagnoses that's uniform in all

22  these different evaluations are antisocial

23  personality disorder and --

24            MR. BECK:  Objection, Your Honor.

25            THE COURT:  Hold on.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  Hearsay.

2          THE COURT:  Hold on, Mr. Lujan.

3          MR. CASTLE:  It's admissible under 803 sub

4    (4), and it describes his medical history under sub

5    (4)(B).

6          THE COURT:  Why don't y'all approach.

7          (The following proceedings were held at

8    the bench.)

9          MR. BECK:  I don't think a foundation has

10   been laid, and I don't think you can lay it with

11   this witness.

12         THE COURT:  What is the foundation you're

13   looking for?

14         MR. BECK:  I think he would need to

15   testify that they were made by someone that Mr.

16   Lujan reported this information.

17         THE COURT:  What are these documents?  Are

18   these --

19         MR. CASTLE:  They're clinical assessments

20   and diagnoses from mental health professionals at

21   the Department of Corrections.

22         THE COURT:  Well, if he lays a foundation

23   that Mr. Lujan talked to professionals at the

24   Corrections Department and that he was evaluated for

25   these things, I think he's come very close to doing

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                  1-800-669-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

263

 1   that in his testimony over the last two days.

 2           What more do you need from him?

 3           MR. BECK:  I don't think Mr. Lujan is a

 4   proper person to authenticate documents made by the

 5   medical facility.  The medical doctor may or the

 6   custodian of records may.

 7           THE COURT:  Are you going to try to move

 8   the admission of these documents?

 9           MR. CASTLE:  No.

10           THE COURT:  You're just trying to get his

11   statement?  Well, I think you'll probably have to

12   lay some foundation a little clearer, that he sat

13   down with Corrections Department people, and he was

14   diagnosed, and he knows that to be the case, sort of

15   tracking the language of 803(4).

16           MR. CASTLE:  Okay.

17           THE COURT:  I'm not sure, though, he can

18   just sit there and read out of the document.  So

19   what are you trying to get him to do?

20           MR. BECK:  803(4) relates to the statement

21   made for medical diagnoses, not the diagnoses that

22   someone else told him.  That would be hearsay.  The

23   diagnoses that's told to him is hearsay.  The

24   statement that he makes for purposes of medical

25   diagnoses could come in under the hearsay exception

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  if records that contain those statements were

2  properly authenticated by the custodian of records

3  or someone with knowledge.  Mr. Lujan is neither of

4  those.  The diagnoses that were made to him would

5  not come in under 803(4).

6          MR. CASTLE:  I don't think the Government,

7  in their direct, brought up what his mental health

8  diagnoses were.  They asked him about schizophrenia

9  and other things, so they opened the door.  But I

10  think also it is his understanding of what his

11  disorders are.

12          MR. BECK:  I think he can ask that.

13          MR. CASTLE:  I could just go to that and

14  ask him.

15          THE COURT:  All right.  Let's try that.

16          (The following proceedings were held in

17  open court.)

18          THE COURT:  All right.  Mr. Castle.

19  BY MR. CASTLE:

20      Q.  Before we get to these documents, are you

21  aware that antisocial personality disorder is a

22  mental condition in which a person consistently

23  shows no regard for right and wrong and ignores the

24  rights and feelings of others?

25      A.  Yeah, I know what it means.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And that fits you, right?  Like a glove?
 2        A.   No, because I've done some goods, too.  It
 3   hasn't always been bad.
 4        Q.   Okay.  Do you agree that people with
 5   antisocial personality disorder tend to antagonize
 6   and manipulate or treat others harshly or with
 7   callous indifference; they show no guilt or remorse
 8   for their behavior?
 9             THE COURT:  Mr. Beck?
10             MR. BECK:  Objection to foundation.
11             MR. CASTLE:  I'm asking -- sorry.
12             MR. BECK:  Objection to foundation.  He's
13   not qualified to give that opinion.
14             THE COURT:  Well, if he knows from his
15   being evaluated.  Overruled.
16   BY MR. CASTLE:
17        Q.   Okay.
18        A.   No.  Because I have remorse.  I have
19   remorse.
20        Q.   Okay.  Well, have you been told, after all
21   the different evaluations, what they think is wrong
22   with you, if anything?
23        A.   Sometimes they sit there and say that --
24        Q.   Well, I'm asking if they do tell you.
25        A.   -- moderate bipolar, all kinds of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  different stuff.  But they've never sat there and

 2  said one specific thing, you know, other than just

 3  the PTSD.

 4      Q.   The purpose of the evaluations, right, is

 5  so they can do a psychiatric evaluation and then

 6  give you recommendations on things that you need to

 7  work on, correct?

 8      A.   Yes, sir.

 9      Q.   So the way these evaluations work is, they

10  get your history; they talk to you; they look at

11  your records?

12      A.   Yes, sir.

13      Q.   They have a medical file or psychiatric

14  file, and then they have a diagnosis, and they tell

15  you what the diagnosis is so you can then address

16  your problems, right?

17      A.   Yes, sir.

18      Q.   And what they told you on numerous --

19           MR. BECK:  Objection, Your Honor; hearsay.

20      Q.   Well, after they told you, you knew that

21  you were suffering from the conditions of antisocial

22  personality disorder and malingering, correct?

23           MR. BECK:  Objection, Your Honor; hearsay.

24           THE COURT:  I think you can ask the

25  question as to what he understands his diagnoses to

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  be or what he understands he's suffering from,

2  without asking what the doctors told him.

3  BY MR. CASTLE:

4      Q.   You now understand, and have through the

5  years, that you suffer from those two conditions I

6  just stated?  "Yes" or "No"?

7      A.   Yes, sir.

8      Q.   You talked yesterday about cutting

9  yourself a bit, right?

10      A.   Yes, sir.

11      Q.   And would I be correct that you do that to

12  manipulate the system, to try to get something else

13  that you want?

14      A.   No, sir.  It's because there is a lot of

15  times where I've been sick, and I've had to cut.

16  And me, I don't consider it manipulation if I'm

17  trying to get something where I need medical help.

18      Q.   Okay.  So some other kind of medical need,

19  you think you need to get it addressed, so you end

20  up cutting yourself so that they'll come to your

21  cell, right?

22      A.   So they'll take me to Medical and address

23  the medical issue that's going on.  Because there

24  has been times where I've had bowel obstructions.

25  There has been a lot of stuff that's gone wrong with

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   me.

2       Q.   But instead, what they end up doing is

3   putting you in the rubber room?

4       A.   No, there has been times where they've had

5   to send me out to the hospital.

6       Q.   Well, let's talk about the rubber room.

7   The rubber room is a room where all the walls are

8   padded so that you can't slam yourself into the wall

9   and harm yourself, right?

10      A.   Yes, sir.

11      Q.   One time, in order to try to get your

12  medical help, do you recall, in 2008, taking a

13  shampoo bottle and doing something to it, and then

14  cutting a foot-long section open on your arm,

15  letting the blood come out, and then smearing the

16  blood all over your body -- all over your arms, I

17  mean?  Do you recall that happening?

18      A.   No, sir.  I never did something like that.

19      Q.   67369.  I show you two documents.  Do you

20  recall that you were frustrated about your TV, which

21  you had damaged yourself, twice?

22          Because it wasn't yet repaired, he used a

23  shampoo bottle cap to scrape both your arms to the

24  point of dripping blood.  This is on November 12,

25  2008.  And then you smeared the blood all over your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   arms.

2        Do you recall that incident?

3        A.   I don't recall the shampoo cap.  You know,

4   there has been a few times where I've --

5        Q.   Done that?

6        A.   Been around with blood all over me.

7        Q.   That was November 12, 2008, right?

8        A.   In 2008, I remember only just cutting my

9   legs to get to the hospital.

10       Q.   Okay.  But on this occasion you weren't

11  doing it for some kind of bowel obstruction; it was

12  because you were demanding that the Department of

13  Corrections repair the TV that you had broken on two

14  occasions, and you were demanding it.  When they

15  wouldn't do it for you, you decide to do this thing

16  and cut yourself up and smear blood; is that right?

17       A.   I don't recall that.  I don't recall that

18  incident, sir.

19       Q.   If such an incident occurred, would you

20  consider that manipulation?

21       A.   Yeah.  Yes, sir.

22       Q.   Do you recall another incident where you

23  took a TV, smashed it, used the glass.  And the

24  reason you -- when you took that glass, again, you

25  cut your body open?  And the reason you did that was

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                     1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    because you were mad because you felt one of the

2    corrections officers had disrespected you?

3         A.   I believe I've done that before.

4         Q.   On that incident, they took you to the

5    infirmary to sew you up, right?

6         A.   I think they took me to the hospital.

7         Q.   Well, do you recall that you were taken to

8    the infirmary, and then you tried to attack one of

9    the people that were trying to help you?

10        A.   I believe that was the lieutenant at the

11   North facility.

12        Q.   Well, it was a unit manager at the

13   treatment team.  You tried to injure or attack that

14   person.  And then they put you back in your cell,

15   and you started banging your head against the cell

16   door window.  Do you recall that?

17        A.   No.  I don't think I ever attacked the

18   unit manager in all the years I've been in mental

19   health.

20        Q.   I'm going to show you three documents,

21   67331, 67402, and 67306.  December 15, 2008.  All

22   these documents refer to an incident on that date.

23             You were upset.  It says you felt

24   disrespected.  You went back to your room.  Okay?

25   Then you started to make yourself vomit.  You broke

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    your TV.  You used the glass to cut yourself with.

2    While you were in the infirmary to be sutured, you

3    took offense to something someone said, and had to

4    be taken down by the officials.  You then got placed

5    in the rubber room.  You tried to injure the unit

6    manager and treatment team.  And then you were

7    banging your head hard on the cell door window

8    afterwards.

9            Do you recall that happening?

10        A.   I don't recall ever attacking a unit

11   manager.  I remember a Captain, and --

12        Q.   Do you think maybe that when you banged

13   your head against the window, it might have made it

14   so you couldn't remember the incident anymore?

15        A.   When you bang your head, you're going to

16   knock yourself out or something.  That's a pretty

17   rough injury there.

18        Q.   Yeah.  I imagine the unit manager doesn't

19   forget it, though, huh?

20        A.   No.

21        Q.   You've also been -- you're aware that you

22   have an anger issue, right?

23        A.   Yes, sir.

24        Q.   Do you act violently when you're stressed

25   out?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.   No, not when I'm stressed out; mostly when
 2 somebody has done me wrong.   When somebody has done
 3 me wrong.
 4      Q.   Okay.
 5      A.   Or like went into my cell and maybe tore
 6 some family pictures or something, I'm going to
 7 confront them on it.
 8      Q.   Well, you've talked to treatment people
 9 about this over the years, right?
10      A.   Yes, sir.
11      Q.   Do you recall that you have told them that
12 you react violently when you feel disrespected?
13      A.   Yes, sir.
14      Q.   And that you act violently when you feel
15 stressed out?
16      A.   Not so much stressed out.
17      Q.   Well, let's see what you told them.
18      A.   It's always mostly if somebody does me
19 wrong.
20      Q.   65020.   Do you recall telling the clinical
21 person that you act violently when you're stressed
22 out and provoked?
23      A.   I don't remember ever saying that.   I
24 remember a lot of times if somebody does me wrong or
25 something, I'm going to stand up for myself.   You

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   know, I'm not going to just let somebody mistreat
 2   me.
 3        Q.   But this clinical person, you told them
 4   that at one point in your life, in 1996, you were
 5   pronounced dead.  And you also indicate you have
 6   flashbacks; that you used to hit walls; and that at
 7   one time you used to cut to relieve your emotions.
 8             Is that what you told them?
 9        A.   I believe in 1996.
10        Q.   Well, did you tell them that, is what I'm
11   asking?
12        A.   I probably did, sir.
13        Q.   Okay.
14        A.   But that was during the time that I got
15   shot and stuff.
16        Q.   I understand.  I understand you want to
17   say things.  If the Government wants you to explain,
18   they can.
19        A.   Okay.
20        Q.   You've at times flooded your cell so that
21   you'd get attention, right?
22        A.   I flooded before.
23        Q.   You've fake suicide in times past?
24        A.   I've tightened nooses around -- I've put
25   pads around my neck before.  I've put the sheet
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   around my neck before, out of anger.

 2        Q.   Kind of like you did with Animal?

 3        A.   No, sir.

 4        Q.   Okay.  Let me talk to you about another --

 5   well, do you portray yourself to these mental health

 6   officials as a victim of circumstances rather than

 7   actually being a perpetrator of criminal conduct?

 8        A.   I don't understand the question, sir.

 9        Q.   Well, do you tell these professionals from

10   time to time that the crimes you committed, you were

11   just a victim of circumstances?

12        A.   No, sir.

13        Q.   Do you tell them that you deny actually

14   any guilt for it?

15        A.   No, sir.  I've always been responsible for

16   whatever I do.

17        Q.   I'll show you 65258.  Did you or did you

18   not present yourself as the victim of circumstances,

19   rather than the offender; that you rationalized your

20   offenses, denied any guilt for them, with an excuse

21   ready for each crime committed?  Did you or did you

22   not describe that to this --

23        A.   No, sir.

24        Q.   Okay.  We've talked about this time when

25   you were here and testified on March 15, 2018 and,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    took the oath, correct?

2        A.   Yes, sir.

3        Q.   At that time, you were asked about whether

4    you'd received any money from the Government,

5    correct?

6        A.   Yes, sir.

7        Q.   And at that time, you said the only money

8    that you ever requested or ever received was the

9    $500 for that -- that you spent on TV and clothes,

10   correct?

11       A.   Yes, sir.

12       Q.   But since that time, you're aware that the

13   defense has asked for the full set of payments, and

14   we now know that you received $1950 in payments,

15   right?

16       A.   Yes, sir.  I wasn't in the program yet.

17       Q.   Okay.  And you'd received not just the 500

18   that you testified under oath about, but you've been

19   receiving payment after payment on an almost monthly

20   basis from the FBI since the time that you agreed to

21   be a witness in the case?

22       A.   No, sir.  It's every three months.

23       Q.   Okay, every three months.  But you didn't

24   tell us about that when you were under oath the last

25   time?  You only told us after the defense requested

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the record, right?

 2        A.   I believe so.

 3        Q.   The last area I want to talk to you about.

 4   You've already said to us that the last time you

 5   talked to Billy Garcia was in 2007 at MDC, correct?

 6        A.   Yes, sir.

 7        Q.   But that wasn't the last time you talked

 8   to Billy Garcia.  Do you recall being arrested in

 9   2015?

10        A.   2013?

11        Q.   December 3rd of 2015.  We've talked about

12   that, on this indictment?

13        A.   Just when -- yeah, this indictment here.

14        Q.   And you were housed at Otero County prison

15   facility.  Do you recall that?

16        A.   Yes, sir.

17        Q.   And you saw Mr. Garcia there, right?

18        A.   Yes, sir.

19        Q.   And as you walked by Mr. Garcia, you said

20   to him, "Payback's a bitch, Viejo"?

21        A.   No, sir.  We got in an argument.

22        Q.   Okay.  Let me show you.  You know there

23   are guards --

24        A.   I said that to him because that was in an

25   argument, because we were both arguing.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Stop.  Okay?

 2        A.   All right.

 3        Q.   You're aware that there are guards,

 4   corrections officers, at the prisons; correct?

 5        A.   Yes, sir.

 6        Q.   And they can overhear, sometimes, what the

 7   inmates say to each other, correct?

 8        A.   Yes, sir.

 9        Q.   It's 70505.  Do you recall being

10   interviewed just -- April 8th, so that would have

11   been -- what? -- two weeks ago or something like

12   that?  Do you recall that?

13        A.   Yes, sir.

14        Q.   And this time, was it a pretrial interview

15   conducted with -- let me see who it was with.  It

16   was with Mr. Beck here and an FBI agent by the name

17   of Nancy Stemo; is that right?

18        A.   Yes, sir.

19        Q.   They asked you about this, seeing

20   Mr. Garcia at Otero County prison facility, didn't

21   they?

22        A.   Yes, sir.

23        Q.   And you then told Billy Garcia, and it's

24   in quotes here, "Payback's a bitch, Viejo"?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And that means payback's a bitch, old man?

2        A.    Yes, sir.

3              MR. CASTLE:  I have no other questions.

4              THE COURT:  Thank you, Mr. Castle.

5              Any other cross-examination?  Mr. Solis?

6                    CROSS-EXAMINATION

7   BY MR. SOLIS:

8        Q.    Good morning, sir.

9        A.    Good morning.

10       Q.    I'll be brief, Mr. Lujan.  I just want to

11  follow up on a few of the questions that were posed

12  to you early in your testimony yesterday and here

13  towards the end by Mr. Castle.  And I think Mr. Beck

14  addressed some of them, as well, when he started his

15  examination.  And it has to do with your mental

16  health evaluations and the diagnoses.  Okay?

17       A.    Okay.

18       Q.    All right.  Of course, initially you only

19  admitted to the intermittent explosive disorder.  I

20  think you, in response to Mr. Castle's questioning,

21  you said that was a diagnosis.  Do you remember

22  that?

23       A.    Yes, sir.

24       Q.    But then you didn't admit to the

25  antisocial personality disorder until he obviously

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   demonstrated that was a disorder.  Do you remember
 2   that?
 3        A.   Yes, sir.
 4        Q.   And I noticed you were very up on your
 5   mental -- rather, your physical medical history.  In
 6   fact, you described to the jury, with some detail,
 7   the various stomach ailments and the numbers of
 8   surgeries and how the ailment you have has got a
 9   proclivity to result in cancer, I think you said.
10   Do you remember that, sir?
11        A.   Yes, sir.
12        Q.   So you're up on your history?
13        A.   Yes, sir.
14        Q.   As it pertains to your medical and mental
15   health, right?
16             THE COURT:  Mr. Solis, can we take this up
17   after our morning break?
18             MR. SOLIS:  Sure, Your Honor.
19             THE COURT:  All right.  We'll be in recess
20   for about 15 minutes.
21             All rise.
22             (The jury left the courtroom.)
23             THE COURT:  All right.  We'll be in recess
24   for about 15 minutes.
25             (The Court stood in recess.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  I think we've got
 2  all the defendants back in, a lawyer for each
 3  defendant.  Do you want to line them up?
 4            All right.  Anything we need to discuss
 5  before we bring the jurors in?  Mr. Castellano?
 6  Mr. Beck?
 7            MS. CASTELLANO:  No, Your Honor.
 8            THE COURT:  How about from the defendants,
 9  anything we need to discuss?
10            (The jury entered the courtroom.)
11            THE COURT:  All right.  Mr. Lujan, I'll
12  remind you that you're still under oath.  Mr. Solis,
13  if you wish to continue your cross-examination of
14  Mr. Lujan, you may do so at this time.
15            MR. SOLIS:  Thank you, Your Honor.
16  BY MR. SOLIS:
17      Q.   Mr. Lujan, I think we ended where, of
18  course, you were up on your medical history,
19  physical and mental?
20      A.   Yes, sir.
21      Q.   And we all are.  You get an MRI, you know
22  what the results are.  You inquire.  You get a
23  stomach test, or whatever it is they're testing,
24  blood testing usually first, then you're up on that.
25  They do a mental health evaluation, you're up on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that, too, right?

 2        A.   Yes, sir.

 3        Q.   So you knew what the antisocial

 4   personality diagnosis was?

 5        A.   No, sir.  Because I got a paper in my

 6   property, and it just has about the mood disorder,

 7   anger management, and the PTSD.

 8        Q.   So right now, you persist that you didn't

 9   know?

10        A.   Yes, sir.

11        Q.   Until Mr. Castle pointed it out to you?

12        A.   Yes, sir.

13        Q.   That's still your testimony?

14        A.   Yes, sir.

15        Q.   So was it you were denying it because you

16   knew that -- I think Mr. Castle went over some of

17   the criteria that -- well, strike that.

18             You knew that antisocial personality has

19   personality traits that characterize it?  You knew

20   that, didn't you?

21        A.   I didn't even know what antisocial

22   personality was.

23        Q.   And you knew, and Mr. Castle reviewed with

24   you, that callousness is one?

25             MR. BECK:  Objection, Your Honor;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  foundation; asked and answered.  He says he doesn't

2  know.

3          MR. SOLIS:  He can say whether he knows or

4  doesn't know.

5          THE COURT:  I think he can, too.

6  Overruled.

7  BY MR. SOLIS:

8      Q.  Did you know about callousness?

9      A.  I don't even know what callousness means.

10      Q.  It means hard.  I think Mr. Castle

11  reviewed with you that it means lack of concern --

12          MR. BECK:  He's testifying.

13          MR. SOLIS:  All right.

14          THE COURT:  Don't testify.

15  BY MR. SOLIS:

16      Q.  Did you know it was the lack of feeling or

17  concern for others?  Did you know that?

18      A.  No, sir.

19      Q.  Okay.  Did you know another personality

20  trait was manipulativeness?

21      A.  I know what manipulative is.

22      Q.  Did you know it was defined as the

23  frequent use of subterfuge to influence or control

24  others?

25          MR. BECK:  Objection, Your Honor.  This is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just testifying.  Asked and answered.
 2           THE COURT:  Well, he can ask the question.
 3   Overruled.
 4   BY MR. SOLIS:
 5       Q.   Did you know that?
 6       A.   Yes, sir.
 7       Q.   So you knew what that meant?
 8       A.   Yes.
 9       Q.   And you knew that it also included the use
10   of seduction or charm, glibness, ingratiation, to
11   achieve one's end?  You knew it included that?
12       A.   I didn't know the whole meaning like that.
13       Q.   And did you know another character trait
14   of that antisocial personality disorder was
15   deceitfulness?  Did you know that?
16       A.   No, sir.
17       Q.   Did you know that it was defined, or is
18   defined, as dishonesty and fraudulence?  Did you
19   know that?
20       A.   No, sir.
21       Q.   Did you know it was also defined as
22   misrepresentation of self, embellishment, or
23   outright fabrication when relating events?  Did you
24   know that's the definition of deceitfulness?
25       A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Did you know deceitfulness is a character

2  personality trait of antisocial personality?

3    A.    No, sir.

4    Q.    All right.  Now, I'm going to end, and I

5  want us all to take a breath here.  Just take a

6  pause here, a mental pause.  We want to really

7  absorb, because I think this encapsulates what we're

8  trying to accomplish.

9    A.    All right.

10    Q.    Under oath, you said there yesterday that

11  Mark Lugo is a liar?

12    A.    Yes, sir.

13    Q.    So Mark Lugo is a grown man, right?

14    A.    Yes, sir.

15    Q.    And Mark Lugo went to probably two or

16  three other grown men -- maybe once, maybe twice,

17  probably more times -- and he explained to them, a

18  grown man to two other or three other grown men,

19  that you stuck your penis in his anus, and he's

20  lying?

21    A.    Yes, sir.

22        THE COURT:  Well, I think the jury is

23  going to have to make those determinations.  He can

24  say that his version is inconsistent or those

25  things, but I think it's the jury that should make

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that.
 2            MR. SOLIS:  Thank you, Your Honor.
 3            THE COURT:  So strike that question and
 4   that answer.
 5            MR. SOLIS:  No further questions.
 6            THE COURT:  All right.  Thank you, Mr.
 7   Solis.
 8            All right.  Further cross-examination?
 9            MR. SINDEL:  Yes, Your Honor.
10            THE COURT:  Mr. Sindel.
11                    CROSS-EXAMINATION
12   BY MR. SINDEL:
13       Q.   Good morning, Mr. Lujan.
14       A.   Good morning.
15       Q.   My name is Richard Sindel.  I represent
16   Mr. Gallegos.  And I'm going to ask you a series of
17   questions.
18       A.   Okay.
19       Q.   I would appreciate it if you would confine
20   yourself to answering those questions.  You can do
21   that, can't you?
22       A.   Yes, sir.
23       Q.   Now, when Mr. Castle was questioning you,
24   there were a number of times when you either denied
25   what was in an FBI 302 or FBI report, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes, sir.

2       Q.   You know what an FBI 302 is, right?

3       A.   Not really.

4       Q.   Not really?  Let's just try this.  Did you

5  have a tablet at one point in time?

6       A.   Yes, sir.

7       Q.   Did that tablet have certain reports that

8  were prepared by the FBI?

9       A.   I read some of them, but I --

10       Q.   I didn't ask you what you read.  I asked

11  you if they contained reports that were prepared by

12  the FBI?

13       A.   I guess it was from the FBI.

14       Q.   Well, when it says, you know, "We

15  interviewed him," and this is an FBI form 302, and

16  the FBI interviewed him, is that such a leap, to

17  make a determination that that is an FBI report?

18       A.   I believe so.

19       Q.   Okay.  So you read them, right?

20       A.   Yes, sir.

21       Q.   They were available to you?

22       A.   Yes, sir.

23       Q.   And when was it that you first told

24  Mr. Beck or Mr. Castellano or Ms. Armijo or anyone

25  else, "Hey, all these reports are wrong"?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I don't even remember exactly.

2        Q.    Ever doing it, did you?

3        A.    No, sir.

4        Q.    You never did it, did you?

5        A.    No, sir.

6        Q.    And even when there were situations in

7   which Mr. Castle showed you quotations within

8   transcripts, you said you never said it, right?

9        A.    I don't remember saying some of that

10  stuff.

11       Q.    Well, you said you never said it, didn't

12  you?

13       A.    Yes, sir.

14       Q.    And even though it was there in black and

15  white for you to read, you continued to say, "I

16  never said that," right?

17       A.    Yes, sir.

18       Q.    Well, maybe it would help if you heard it.

19  Okay?  How about that?

20       A.    Okay.

21       Q.    And I think you said, in response to

22  Mr. Castle's questions, that you had never talked to

23  Detective Lewis on March 1st of 2007 concerning

24  strangling Mr. Martinez at the jail facility,

25  correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2             MR. SINDEL:  Your Honor, at this time I'd
 3   like to play Exhibit BV5, the interview by Detective
 4   Lewis of the witness here, beginning at 357 on that
 5   interview, along with the identification.
 6             MR. BECK:  Your Honor, I'm just not sure
 7   what the purpose is.
 8             MR. SINDEL:  It's the --
 9             THE COURT:  Hold on.
10             MR. BECK:  I understand that he said it
11   may help, but I don't think he's asked a question
12   about the May 2007 interview.
13             THE COURT:  Well, what is the purpose?  Is
14   it to impeach?  Refresh memory?
15             MR. SINDEL:  Impeach.
16             THE COURT:  What has he said so far that
17   --
18             MR. SINDEL:  He said he didn't do an
19   interview.
20             MR. BECK:  He didn't say that.  He
21   admitted that he -- he said it probably sounds like
22   something, he walked away and said -- I think it was
23   "F those snitches" or something.
24             THE COURT:  Well, his last answer was
25   "Yes, sir," so I think he gave you the answer you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    wanted.

2              MR. SINDEL:  Well, I believe I asked him

3    if he was asked, during the course of Mr. Castle's

4    cross-examination, whether or not he ever gave any

5    statements concerning the murder of Mr. Martinez in

6    the jail facility on March 1st of 2007.  That's what

7    we want to play.  He had said to Mr. Castle he had

8    not done that.

9              THE COURT:  Well, ask your question, and

10   then I'll see if it needs to be impeached.  Right

11   now he said, I think, "Yes, sir" to everything

12   you've asked him.

13   BY MR. SINDEL:

14        Q.   Did you in fact give an interview?

15        A.   No, sir.

16        Q.   Okay.

17        A.   Not to an APD officer or nothing right

18   after that murder, no, sir.

19        Q.   On March 1st, 2007, you didn't do that,

20   right?

21        A.   No, sir.

22             THE COURT:  All right.

23             (Audio played.)

24        Q.   Do you recognize your voice?

25        A.   Yes, sir, I remember that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Okay.  Go ahead.  Thank you.

2           (Audio played.)

3      Q.   Is that your voice?

4      A.   Yes, sir.

5      Q.   So you are laughing?

6      A.   It sounds like it.

7      Q.   Do you know Frederico?

8      A.   Prior to us killing Animal, no, I didn't

9 know him.

10     Q.   When he asked you, "Do you know Frederico

11 Munoz?" you said, "That name sounds familiar,"

12 right?

13     A.   Yes, sir.

14     Q.   This was the guy whose cell you went into

15 and strangled the life out of, right?  His name

16 sounds familiar?

17     A.   I didn't know Animal prior to any of that.

18     Q.   So it was, just as far as you know, a

19 stranger to you?

20     A.   Yeah, pretty much, you know.

21     Q.   "I didn't know him at all."  Right?  That

22 was what you said in that statement, right?

23     A.   Yes, sir.

24     Q.   And in 1998 was the first time you'd ever

25 met him; was that true?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, sir.

2        Q.   Then you said, "I'm a lot older than he

3   is.  He's a youngster."  Right?

4        A.   I was referring to Frederico Munoz.

5        Q.   Frederico Munoz.  Was he the individual

6   who had participated with you in killing

7   Mr. Martinez?

8        A.   Yes, sir.

9        Q.   And then you said you never even met Felix

10  Martinez, correct?

11       A.   Yes, sir.

12       Q.   That wasn't true, was it?

13       A.   I'd never met him.

14       Q.   Up until he asked you if you ever went

15  into his cell, and you said, "No"?

16       A.   Up until then, I'd never met him.

17       Q.   Had you ever gone into his cell?

18       A.   Maybe.  I think one time prior to us

19  killing him.

20       Q.   Okay.  Well, did you meet him when you

21  went into his cell?

22       A.   I believe so.

23       Q.   So you had met him before, before you had

24  decided to choke the life out of him, right?

25       A.   Yeah, I met him, but I didn't know him.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

292

1      Q.   You tried to convince the detective that

2  was questioning you that this was all over some

3  Black inmates who you said molested a child, right?

4      A.   No, sir.  Those were two completely

5  different incidents.

6      Q.   "Yeah, all that started was because one

7  was a child molester and one raped somebody over

8  something like that."  Do you remember saying that?

9      A.   They were the father and the son.

10     Q.   And you said that on the tape, right?

11     A.   Yes, sir.

12     Q.   "Yeah, all that started."  Right?

13     A.   Yes, sir.

14     Q.   Now, you also, I think, had said in

15  response to questions from Mr. Castle that you had

16  talked to Sleepy, Smurf, Gumby, and Oso, and

17  basically had given them instructions that if

18  Mr. Gallegos did not carry out your orders, he was

19  to be killed?

20     A.   Yes, sir.  But I never --

21     Q.   They put the shanks in the yard?

22     A.   I never said anything about Oso, but I did

23  say about the other ones.

24     Q.   Well, is Samuel Gonzalez Gumby?

25     A.   I think so or -- but it's Blea.  I'm not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  sure.  Gonzalez?

 2      Q.   I believe you testified that this

 3  conversation with Gumby and the others, that

 4  occurred on the Sunday prior to the murders of

 5  Mr. Castillo and Mr. Garza?

 6      A.   I believe so, yes, sir.

 7      Q.   Were you aware that Gumby was no longer

 8  even at the institution at the time that you claimed

 9  you talked to him?

10      A.   He was there.  All of them were there at

11  the time.

12      Q.   So if his housing records reflect that he

13  was discharged on March 18th, they'd been wrong?

14      A.   He was there when everything went down.

15      Q.   He'd have been gone, wouldn't he?

16      A.   No, not as far as I remember.  We were all

17  still sitting in the same pod.  We were all still in

18  the same pod.

19      Q.   You had talked about a murder or assault

20  that you had done in McKinley County, correct?

21      A.   Yes, sir.

22      Q.   What happened then?

23      A.   It was just an assault.  It was a guy

24  that -- he was a child molester and everything, and

25  I blocked the cell door and came out.  And he tried

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to block me from sticking him with a chair, and I
 2   believe I got him like three or four times.
 3       Q.   You stuck him?
 4       A.   I believe I got him.
 5       Q.   And that had nothing to do with the SNM,
 6   right?
 7       A.   No.
 8       Q.   That was all personal?
 9       A.   That was just because he was a child
10   molester.
11       Q.   And you had also, I think, testified that
12   you -- if someone disrespects you, you have to kill
13   them?
14       A.   No, sir.  If somebody disrespects me, I'm
15   going to hit them or something, but not kill them
16   right there on the spot.  You're going to attack.
17   It just depends on how they disrespect you.
18       Q.   You're going to attack them, right?
19       A.   Yeah, pretty much.
20       Q.   That basically applies to anybody who
21   disrespects you?
22       A.   That's rules of being in prison.
23       Q.   Is that the code of a convict?
24       A.   Pretty much.
25       Q.   So that would be pretty much true for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

295

1  anyone in prison, right?

2       A.   Yes, sir.

3       Q.   That if you're disrespected, you have to

4  take some action, right?

5       A.   Yes, sir.

6       Q.   Is that the truth on the outside, as well?

7       A.   No, sir, because I don't mess around like

8  that on the outside.

9       Q.   All right.  That's not part of the SNM

10 code to do that on the outside?

11      A.   No.  If it has to do with the SNM, well,

12 then, that's part of the code.

13      Q.   And that's part of the convict code?

14      A.   Yes, sir.

15      Q.   The convict code that you and other

16 convicts live by, right?

17      A.   Yes, sir.

18      Q.   Because that's sort of what you have to do

19 to get by there when you're behind the walls, right?

20      A.   Yes, sir.

21      Q.   But when you go out, you no longer have to

22 live with that code?

23      A.   If you're part of SNM, you have to.  You

24 have to live by all code at all times.

25      Q.   All right.  So then if your mother

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                             1-800-669-9492
                                                      e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   disrespects you, do you stick her?

 2        A.    No.   That's your mother.

 3        Q.    What if your sister disrespects you?  Do

 4   you stick her?

 5        A.    No.

 6        Q.    But if your brother disrespects you, do

 7   you stick him?

 8        A.    No.   That's family.   That's family.

 9        Q.    What about if a waitress disrespects you?

10   Do you stick her?

11        A.    Nah.

12        Q.    It is only when you're disrespected as a

13   member of the SNM, right?

14        A.    Yes, sir.

15        Q.    And they disrespect you as a member, not

16   as a human being, right?

17        A.    Yes, sir.

18        Q.    Now, I think you testified that you don't

19   have any tattoos that are SNM tattoos, right?

20        A.    No, sir.

21        Q.    Those would give you away, wouldn't they?

22        A.    No.   I testified that I have the charra on

23   my back, the Mexican woman on my back.

24        Q.    But you don't have an SNM tattoo of any

25   kind, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    No.

2      Q.    Because you don't want to be a giveaway

3  that you're an organizational member, do you?

4      A.    My tattoo on my back gives me away.

5      Q.    It's not a Zia, is it?

6      A.    No, sir.

7      Q.    It doesn't have an "S" in it, does it?

8      A.    No, sir.

9      Q.    Those are typical tattoos that are

10 reserved for members of the SNM, right?

11     A.    Yes, sir.

12     Q.    And if you're not a member of the SNM,

13 you're not supposed to wear it?

14     A.    No, sir.  It doesn't matter.  There are

15 some people that wear it; some people that don't.

16     Q.    But you're not supposed to, right?

17     A.    You know, it just depends.

18     Q.    Well, is the reason that you don't have

19 that tattoo is, you don't want people to know you're

20 a member of the SNM?

21     A.    People knew I was SNM for a long time.

22     Q.    Isn't it true that you were afraid that

23 people might find out that you're a member of the

24 SNM?

25     A.    No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Bates 65298.  See if you can tell me

2  whether or not there are certain things that

3  occurred during the course of your frequent

4  psychiatric evaluations that were an accurate

5  description of your personality.  Okay?

6      A.    Okay.

7      Q.    And that you also basically, at times,

8  were interviewed in connection with your psychiatric

9  treatment, right?

10     A.    Yes, sir.

11     Q.    They would sit down with you and talk to

12  you about your circumstances?

13     A.    Yes, sir.

14     Q.    And occasionally, they would test you?

15     A.    Yes, sir.

16     Q.    All right.  And, you know, one of the

17  tests -- see if this describes you accurately.

18     A.    Okay.

19     Q.    This person presents himself as the victim

20  of circumstances, rather than the offender.  Isn't

21  that an accurate description of what you've been

22  doing here for the last two days?

23     A.    I don't believe so.

24     Q.    Haven't you always basically claimed that

25  you were a victim of circumstance?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, sir.
 2        Q.   And is this true:  "He rationalizes the
 3   offense and denies any guilt for it, with an excuse
 4   ready for each crime committed"?
 5             Is that a true statement about who you
 6   are?
 7        A.   No, sir.
 8        Q.   You're self-centered and do not listen to
 9   criticism or advice.  Is that a true statement about
10   who you are?
11        A.   No, sir.
12        Q.   Your judgment is faulty and so is your
13   impulse control.  Is that a true statement?
14        A.   No, sir.
15        Q.   And that you're an easy target for
16   manipulative peers.  Is that a true statement?
17        A.   No, sir.
18        Q.   So Wild Bill Garcia never manipulated
19   right?
20        A.   No.
21        Q.   But you're not an easy target?
22        A.   We're friends.
23        Q.   You're not an easy target, right?
24        A.   No.  We're friends.
25        Q.   So in terms of those tests that were done
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and the results of those interviews and everything,

2  you would basically say none of those things apply

3  to you, correct?

4       A.   No.  You know, I take responsibility for

5  whatever I do.

6       Q.   There is no question in front of you right

7  now.  Okay?  I mean, I know just how much you want

8  to talk, but just wait till there is a question.

9  All right?

10           And would it be true, as a result of the

11 testing and the evaluations and your consultations

12 with the members, that you are easily scared by

13 other residents and may become passive or a crybaby

14 in nature?

15      A.   No, sir.

16      Q.   That's not true, either?

17      A.   I didn't start getting like that until I

18 got real sick and everything.

19      Q.   There is a history of family -- there is a

20 family history of mental disorders, too, in your

21 family, right?

22      A.   Yes, sir.

23      Q.   That's one of the things that the

24 psychiatrist and the psychologist were evaluating,

25 right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    I believe so.
 2          Q.    And you also had a history of taking
 3    psychotropic drugs?
 4          A.    While I was in prison, yes, sir.
 5          Q.    And three attempted suicide attempts?
 6          A.    I believe so.
 7          Q.    Including one where you tried to hang
 8    yourself with a sheet?
 9          A.    Yes, sir.
10          Q.    Did you make the sheet into a rope?
11          A.    No, sir.
12          Q.    Was it just flat?  I mean, did you put it
13    around your neck?
14          A.    I just tore the sheet up and wrapped it
15    around my neck and tied some knots.
16          Q.    And is that similar to the knots that you
17    tied in the sheet that you used to extinguish the
18    life of Mr. Martinez?
19          A.    It was just regular knots.  That's all.
20          Q.    On a sheet?
21          A.    Yeah.
22          Q.    Wrapped around his neck?
23          A.    Around my neck, when I did it.
24          Q.    And around his neck, too?
25          A.    I didn't put no rope around his neck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Well, that's what broke his fingers.

2       A.    I tied knots.

3       Q.    You broke his fingers so he couldn't -- so

4  as he tried to gasp for breath, right?

5       A.    Excuse me?

6       Q.    You broke his fingers, or you thought you

7  did, as he tried to stop his impending death?

8       A.    When I pulled his fingers away, I didn't

9  know if I broke them or not.

10      Q.    And for that particular crime, you were

11 sentenced to 15 years, right?

12      A.    Yes, sir.

13      Q.    Now, I think you've testified that you and

14 Mr. Munoz met several times to talk about how you

15 were going to do this crime?

16      A.    Yes, sir.

17      Q.    And that you went in there, and there was

18 something with tobacco and heroin, right?

19      A.    Yes, sir.

20      Q.    And the whole purpose was to rock him to

21 sleep, let him feel comfortable, Mr. Martinez?

22      A.    No.  The purpose was, he was rolling a

23 tobacco cigarette so we could all smoke.

24      Q.    Right.  And then you were saying, "This is

25 what we're going to do.  We're going to smoke, we're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going to have a little heroin, and just have a good

2  old time"?

3       A.   It wasn't like that.

4       Q.   It wasn't like that?

5       A.   No, sir.

6       Q.   Well, did he know you were going to attack

7  him?

8       A.   No, sir.

9       Q.   Did you give him any kind of warning that

10 you were about to attack him?

11      A.   No, sir.

12      Q.   But that was your plan, right?

13      A.   Yes, sir.  It wasn't my plan.  It was both

14 of ours.

15      Q.   All right.  So you, in combination with --

16 well, I thought you said you never really talked to

17 Munoz when you talked to the detective, right?  That

18 wasn't true, was it?

19      A.    No, I didn't talk to him when I first met

20 him and stuff.  I didn't know who he was.

21      Q.   I didn't say that, did I?  You had talked

22 with Munoz several times before you met with the

23 detective on March 1st, 2007?

24      A.    Not as friends, because I didn't know who

25 he was.  I didn't know him.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    I didn't ask you that as friends.  Did you
2  talk to Frederico Munoz before March 1st, 2007?
3      A.    I believe so.
4      Q.    Well, I mean, did you guys plan what you
5  were going to do in that cell at that jail facility?
6      A.    In my cell, we did.
7      Q.    Sitting down together, making a plan?
8      A.    Yes, sir.
9      Q.    And when you finally went to the police
10 and said, "Here's what we did, here's what I did,"
11 that was after you were pretty well -- well, let's
12 say your goose was cooked, wasn't it?  There was
13 DNA, right?
14     A.    I didn't know if there was or not.
15     Q.    Well, you knew they'd swabbed you for DNA?
16     A.    Yes, sir.
17     Q.    You knew that you had handled the sheet,
18 correct?
19     A.    Yes, sir.
20     Q.    You knew that you had also handled his
21 body, correct?
22     A.    Yes, sir.
23     Q.    So you knew that certainly it was very
24 possible that DNA would be there?
25     A.    Yeah, there was a possibility.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                             1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    Q.   And you also believed that Mr. Munoz was

2  cooperating against you?

3    A.   Yes, sir.

4    Q.   And you knew that other people were

5  cooperating against you?

6    A.   I didn't.  I just thought that it was just

7  Freddie Munoz.

8    Q.   Okay.  Well, didn't you think or weren't

9  you concerned that Mr. Lugo was going to testify

10  against you?

11    A.   No, sir.

12    Q.   So when Mr. Lugo said that you forced him

13  and took him up and looked at his body, was that

14  true?

15    A.   No, sir.

16    Q.   And when he said that his head looked like

17  a beach ball, was that true?

18    A.   No, sir.

19    Q.   And when he said that you then took him

20  back to the cell and beat him, was that true?

21    A.   No, sir.

22    Q.   And when he said that you raped him, was

23  that true?

24    A.   No, sir.

25    Q.   So none of those things happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.

 2        Q.    But you were aware, were you not, that he

 3   was quote-unquote "cooperating," right?

 4        A.    No, sir.

 5        Q.    Well, didn't you see the police reports in

 6   connection with that?

 7        A.    I didn't see nothing until the tablet.

 8        Q.    Well, you've seen the police reports,

 9   right?

10             (Mr. Benjamin entered the proceedings.)

11        A.    Not on the whole case.  No, I didn't get

12   my discovery or nothing.  I didn't know anything,

13   really, what was going on, on my discovery in that

14   case.

15        Q.    Did you have a lawyer?

16        A.    Yes, sir.  I was told that the case was

17   sealed or something like that.  That's what I was

18   told.  So I just believed it and took the 15 years.

19        Q.    Well, you know what discovery is, don't

20   you?

21        A.    Yes, sir.

22        Q.    Discovery is basically the process in

23   which you, as a defendant in a case, can look over

24   police reports?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And look over the evidence that they have

2  against you?

3    A.   Yes, sir.

4    Q.   And then it can help you make a decision

5  about how you want to proceed?

6    A.   Yes, sir.

7         MR. SINDEL:  May I have a moment, Your

8  Honor?

9         THE COURT:  You may.

10         MR. SINDEL:  May I approach the witness?

11         THE COURT:  You may.

12    Q.   I'm going to show you Bates 2240.  Does

13  that appear to be the Albuquerque Police Department

14  supplementary offense report?

15    A.   This is the first time I've ever seen

16  that.

17    Q.   Do you see that number down there?

18    A.   Yes, sir.

19    Q.   That's a Bates number?

20    A.   Yes, sir.

21    Q.   That means it's part of the discovery that

22  you had on the tablet, right?

23    A.   I've never read it.  When I had the

24  tablet, I only had the tablet, I think, maybe two

25  months, three months, when there was only 10,000

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  pages of stuff.

 2       Q.   Okay, 10,000 pages.  Tell me what that

 3  page number is.

 4       A.   2240.  I never read it.

 5       Q.   That's well within 10,000, isn't it?

 6       A.   Yes, sir.

 7       Q.   And I think you also said that you

 8  destroyed that tablet, right?

 9       A.   Yes, sir.

10       Q.   You broke it up?

11       A.   Yes, sir.

12       Q.   Smashed it?

13       A.   Yes, sir.

14       Q.   In January of 2017?

15       A.   Yes, sir.

16       Q.   Or 2018?

17       A.   It was '17, I believe.

18       Q.   So by that time, this document was there?

19       A.   I've never seen that.

20       Q.   I know you said that.  I just don't --

21  well --

22       A.   I've never read it.  I've never seen it.

23       Q.   Let's just talk a little bit about the

24  discovery process.  Your attorney who represented

25  you on this, correct, did he ever come to you and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  say, "Look, here's the evidence against you; you

2  probably need to plead guilty"?

3       A.   No, sir.

4            MR. CLARK:  Objection, Your Honor;

5  attorney-client privilege.  That's not been waived

6  in this matter.

7            THE COURT:  All right.  Go ahead and enter

8  your appearance so that the jury knows who you are.

9            MR. CLARK:  Good morning, ladies and

10 gentlemen.  My name is Dean Clark.  I represent

11 Leonard Lujan.

12           THE COURT:  All right.  So let's respect

13 the attorney-client privilege and not ask questions

14 that invade it.

15           MR. SINDEL:  All right.

16 BY MR. SINDEL:

17      Q.   Let me ask you this:  Did Mr. Clark

18 represent you in connection with this case?

19      A.   No, sir.

20      Q.   Okay.  So he doesn't have anything to do

21 with this Albuquerque case, right?

22      A.   No, sir.

23      Q.   So let me ask you this:  Did the attorney

24 bring you any discovery?

25      A.   No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Was there -- when you decided to plead

2  guilty, was that as a result of your understanding

3  of what the case was against you?

4    A.   It was my understanding that -- I just

5  thought that Frederico Munoz was turning against me

6  and stuff, and that's when I went with Troy Davis, I

7  think it was, the District Attorney and everything.

8  And Troy Prichard was my attorney.  And I never seen

9  no discovery or nothing.

10        We sat in that room.  That's when I gave

11  that first statement.  And after that, they offered

12  me the 15 years and I took the 15 years.  But I've

13  never seen the discovery.

14    Q.   That attorney certainly wasn't doing his

15  job?

16    A.   Exactly.

17    Q.   Whew.  And if you wanted to, you could

18  say, "Look, I want to set aside my plea of guilty?"

19  You know how to do that, don't you?

20    A.   No.

21    Q.   You know what a writ of habeas corpus is,

22  don't you?

23    A.   Yeah, I know what that is.

24    Q.   You know what post-conviction remedies

25  are, don't you?



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   No, sir.

 2       Q.   You don't know that you can go back into

 3  court and say, "I had a lousy lawyer who didn't tell

 4  me what he was supposed to tell me"?

 5       A.   That, I know.  Now that you're saying it

 6  the way like that, I understand that.

 7       Q.   Okay.  And you can go into court and say,

 8  "My lawyer didn't even show me the police reports,"

 9  correct?

10       A.   Um-hum.

11       Q.   You have to say "Yes" or "No."

12       A.   Yes, sir.

13       Q.   And that you can go back in and tell them,

14  "I want to withdraw my plea of guilty because I had

15  a lousy lawyer"?

16       A.   Yes, sir, I believe you can do that.

17       Q.   "And because he didn't do his job"?

18       A.   Yes, sir.

19       Q.   "And because he never even showed me what

20  Mr. Sindel is showing me, this police report"?

21       A.   Yes, sir.  I've never seen that.

22       Q.   Yeah, even though it was on the tablet,

23  right?

24       A.   I never even seen it on the tablet.

25       Q.   You didn't know it was on the tablet,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   right?

2       A.   I've never seen it.

3       Q.   Did you ever receive any information --

4            MR. BECK:  Objection, Your Honor; hearsay.

5            THE COURT:  Well, let me hear the question

6   first, then I'll make a determination.

7       Q.   You said the first time you ever knew

8   anything about Mr. Lugo was when?

9       A.   After we did the murder, I approached Lugo

10  and I gave him my Fila tennis shoes and switched

11  shoes with him.  Because he had asked me prior,

12  about a couple weeks prior, about the Filas.  He

13  wanted them and stuff, and I told him, "No."  And so

14  after we did the murder, I went ahead and gave him

15  the Filas because I was paranoid, you know, so I

16  switched shoes with him.  If I'm correct, we

17  switched shoes.

18           But as far as discovery, I've never seen

19  the discovery.

20      Q.   So you didn't know at any time that

21  Mr. Lugo had said that you had taken him up to the

22  cell?

23      A.   No.

24      Q.   Right?

25      A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You didn't know at any time that Mr. Lugo

2  had said, which is in this report, that you had

3  raped him?

4    A.   No, sir.

5    Q.   And you didn't know that you said to him,

6  "If you tell on me, the same thing that happened to

7  Mr. Martinez is going to happen to you"?

8    A.   No, sir.  I never seen that, none of that.

9    Q.   Until recently?

10    A.   Until just now.

11    Q.   Well, you've been told?  Obviously, you've

12  been told about what Mr. Lugo said about you, right?

13    A.   Yeah, just recently.  I've been told, you

14  know, within, I think, a week, a week or two.

15    Q.   Did Mr. Beck --

16    A.   Other than that, I've never seen that or

17  nothing.

18    Q.   Did Mr. Beck or any members of the

19  prosecution team tell you about that?

20    A.   I think it was me and Mr. Beck talked

21  about it, and he had asked me about that.

22    Q.   Did Mr. Beck review with you at any time

23  some of the questions he might ask you?

24    A.   I think he asked me if I had done that to

25  Mark Lugo and I told him "No," and that's pretty

SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                    Albuquerque, NM 87102
(505) 989-4949                                                                               (505) 843-9494
FAX (505) 820-6349                                                                    FAX (505) 843-9492
                                                                                       1-800-669-9492
                                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   much as far as it went.
 2        Q.   Did Mr. Beck review with you some of the
 3   questions he would ask you during the lengthy direct
 4   examination of you?
 5        A.   I'm not sure.  I'm not sure.  I don't
 6   remember.
 7        Q.   You don't remember?
 8        A.   Yeah.
 9        Q.   The other day, you said you have a great
10   memory?
11        A.   Yeah, but --
12        Q.   Is that true?
13        A.   We're talking and -- I mean, I can't
14   remember every exact thing that me and him talked
15   about.
16        Q.   Well, did he talk to you at all about the
17   subject matters he was going to --
18        A.   He said --
19        Q.   Just wait for my question.  Did he talk to
20   you at all about the subject matters that he was
21   going to go through when you were examined in front
22   of this jury?
23        A.   I believe so, concerning that, about Mark
24   Lugo, I think he did.
25        Q.   Mark Lugo.  Was there anything else he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  talked about?

2       A.    We talked about other things concerning

3  the case.

4       Q.    Did he talk to you about some of the

5  questions that he might ask you?

6       A.    I believe so.

7       Q.    You believe so?

8       A.    Well, I think so, yes.  Yes, we did.

9       Q.    "I believe so."  "I think so."

10            He did, didn't he?

11      A.    Yes.

12      Q.    Why can't you just say he did?

13      A.    Because I'm trying to answer your

14  question.  I'm sitting here, trying to answer your

15  question.

16      Q.    Why don't you answer it by saying, "Yeah,

17  he did"?

18      A.    Okay.  Well, then, yeah, he did.

19      Q.    Okay.  So getting back to where we started

20  with Martinez, it was pretty clear, from your

21  assessment of the circumstances you were in, that

22  your goose was cooked, right?

23      A.    Yeah, pretty much.  Yes, sir.

24      Q.    Even though you had never seen any report,

25  you made that determination, right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.

 2        Q.   And so you said, "Look, I think I'll just

 3   go ahead and talk to Detective Lewis and see what I

 4   can work out"?

 5        A.   No, sir, that's not exactly what was going

 6   on in my mind.  I just, at the time, I got tired of

 7   everything that was going on.

 8        Q.   Did you tell them that you wanted into the

 9   Witness Security Program when you talked with them

10   on March the 1st -- I'm sorry -- on August the 8th,

11   2007?

12        A.   Yes, sir.

13        Q.   Did you tell them at that point in time

14   that you wanted to know exactly what they could do

15   for you?

16        A.   Yes, sir.

17        Q.   And did you tell them at that time that

18   whatever they were going to do for you, you want it

19   in writing?

20        A.   Yes, sir.

21        Q.   And that was right at the very beginning

22   of that investigation or that interview, right?

23        A.   I believe so, yes, sir.

24        Q.   And you said, "Look, you know, I want to

25   know exactly what you can do for me before I talk to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you," right?

2        A.   Yes, sir.

3        Q.   Because you wanted to find out if they

4   could get you into the Witness Security Program?

5        A.   Yes, sir.

6        Q.   Because you wanted to find out whether or

7   not they could help you with your murder case of

8   Mr. Martinez, right?

9        A.   No, sir.

10       Q.   So you weren't at all concerned about

11   that?

12       A.   It had nothing -- it wasn't about that.

13       Q.   Let me ask you if you remember being

14   asked, "On the other stuff, I need to know that, you

15   know, what's coming my way."

16            Do you remember answering that question?

17       A.   I believe that I probably might have asked

18   them that question.

19       Q.   You want to know what's coming your way,

20   right?

21       A.   Yeah, I probably did ask them.

22       Q.   And you want to know it before you reveal

23   any details?

24       A.   Yeah, but -- yeah.

25       Q.   Is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.   Yes, sir.

 2        Q.   I'm not going to tell you nothing until I

 3   know what's coming my way, right?

 4        A.    It wasn't -- it wasn't like that.  It

 5   wasn't like that.  It just came out that way.

 6        Q.   May I approach?

 7             THE COURT:  You may.

 8        Q.   Did you say to them, "You know, but the

 9   thing is, before I reveal any details on anything,

10   on other stuff I need to know that, you know, what's

11   coming my way"?  Right?

12        A.   Yeah.

13        Q.   Those were your words?

14        A.    It's been a while, so -- yeah, they

15   probably were my words.  So yeah.

16        Q.   Have you had a chance to review any of the

17   transcripts of the interviews that you had with the

18   FBI or with Detective Lewis or any of the other

19   police officers?

20        A.   Yes, sir.

21        Q.   And so you know that this is in there,

22   right?

23        A.   Yes, sir.

24        Q.   So when you say, "I don't remember it,"

25   you know today, when I ask you these questions, that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  all that stuff is in there?

 2      A.   Yes, sir.

 3      Q.   And you said, "Before I go into any

 4  detail, I want to know what I'm being offered"?

 5      A.   Yes, sir.

 6      Q.   "Because I know right now I'm facing a

 7  life sentence for capital murder.  It's death

 8  penalty, you know"?  Right?

 9      A.   Yes, sir, I remember saying that.

10      Q.   So, I mean, does that tell me or tell

11  anyone listening to it that your goose is cooked?

12      A.   If you refer to it that way.

13      Q.   It's your words, isn't it?

14      A.   Yeah, pretty much.

15           MR. SINDEL:  May I approach?

16           THE COURT:  You may.

17      Q.   "I want to know what -- what I got coming,

18  you know"?  Right?

19      A.   Yes, sir.

20      Q.   And they tell you, "We've got you for

21  first degree," right?

22      A.   Yes, sir.

23      Q.   And you say, "Yeah, I know"?

24      A.   Yeah, I remember saying that.

25      Q.   And you say, "I want it on paper"?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah.

 2        Q.   That was right before you began giving any

 3   statements at all about what happened in Martinez's

 4   cell when you and Munoz choked the life out of him,

 5   right?

 6        A.   I didn't choke the life out of him.   I

 7   tied the knots.

 8        Q.   Well, you were part and parcel of the

 9   whole process?

10        A.   I'm not the one that choked him.   I just

11   tied the knots.

12        Q.   You pried his fingers away from the noose

13   that was around his neck, didn't you?

14        A.   Yes, sir.

15        Q.   To make sure he would die?

16        A.   Yes, sir.

17        Q.   And you also, when it looked like he might

18   be unconscious or dead -- you didn't know -- you're

19   the one that tied the knots?

20        A.   Yes, sir.

21        Q.   So if somehow or another he revived

22   himself, he still couldn't escape death, could he?

23        A.   Yes, sir.

24        Q.   That was the purpose of those knots,

25   right?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And did you indicate to them when they

 3   were interviewing you, "Look, I don't want to get

 4   screwed in the end"?  Right?

 5        A.   Yes, sir.  Yes, sir.

 6        Q.   Because you didn't initially trust them,

 7   did you?

 8        A.   No.  No, sir.

 9        Q.   And you were afraid that they may have

10   cooperators that were working with him that were

11   lying, right?

12        A.   It's a possibility.

13        Q.   Well, you've already told this jury that

14   one of the cooperators was lying, Mark Lugo, right?

15        A.   Yes, sir.

16        Q.   So just because someone is cooperating

17   with the Government doesn't mean they're telling the

18   truth, does it?

19        A.   Yeah.  Yes, sir.

20        Q.   And the other day when you said you don't

21   have problems with your memory, that's not accurate,

22   is it?

23        A.   Well, everybody doesn't remember

24   everything.

25        Q.   I didn't ask you that.  Did you in fact
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    tell interviewing officers and FBI agents that you

2    had problems with your memory?

3         A.   No, sir.

4         Q.   Never?  You're sure of that?

5         A.   I might have.  I might have told them

6    that.  I don't remember, though, on that.  You know,

7    I might have.  I could have.

8         Q.   All right.  So we're going from "No" to "I

9    might have" to "I could have."  How about if you

10   just go "I did"?

11        A.   Well, then, I did.

12        Q.   Okay.  And you said that in particular you

13   would have memory problems because of your

14   medication?

15        A.   Yes, sir, if I was on heavy medication at

16   that time.

17        Q.   And you told them that that affects your

18   memory, right?

19        A.   At that time, yes.

20        Q.   And that you get confused, right?

21        A.   At that time, yes.

22        Q.   Now, the deal that you eventually worked

23   out for the resolution of the Martinez case was 15

24   years?

25        A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's somewhat similar to the sentences

2   you got for residential burglary or stealing a motor

3   vehicle, right?

4    A.   No.  At the time that I got those

5   sentences, it was for an eight-year habitual and I

6   think firearm enhancement or something like that.

7    Q.   Right.  But in other words, a 15-year bit,

8   that's nothing to you, is it?

9    A.   That's a lot of time to me.

10    Q.   You knew that you were getting one heck of

11   a deal, right?

12    A.   When they offered the 15, I said, "Oh,

13   yeah, I'll take the 15."

14    Q.   "I'll snatch that 15"?  Right?

15    A.   Yeah.

16    Q.   Rather than life?

17    A.   Yes, sir.

18    Q.   Rather than death?

19    A.   Yes, sir.

20    Q.   All those things were options?

21    A.   Yes, sir.

22    Q.   And you know that in this particular case,

23   that a life sentence is a sentence that could be

24   imposed on you?

25    A.   Yes, sir.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And that in the federal system, you're

2  aware that if you get life, you don't get out, do

3  you?

4      A.   Yes, sir.

5      Q.   So you're hoping that you can convince the

6  Judge and the prosecutor that your performance here

7  is good enough to give you some benefit?

8      A.   Yes, sir.

9      Q.   A time cut?

10     A.   Yes.

11     Q.   So you can hit the streets again?

12     A.   Yes, sir.

13     Q.   And so you can get back at Mr. Munoz if

14  necessary?

15     A.   No, sir.

16     Q.   So you have -- in your plea agreement,

17  there is a reference to a motion for a 5K relief,

18  right?

19     A.   Yes, sir.

20     Q.   And that particular motion you understand

21  is completely up to these people over here?

22     A.   Yes, sir.

23     Q.   You have to perform to their satisfaction

24  in order to get that motion?

25     A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    And if you get that motion, the Judge can

2   say, "Look, I'm not going to give you life; I'm

3   going to give you something less than life"?

4     A.    Yes, sir.

5     Q.    And they can also make a recommendation to

6   the Court as to what they think your performance was

7   worth?

8     A.    Yes, sir.

9     Q.    And there was another mention, I noticed

10  in the plea agreement, for a 3553.  Do you remember

11  that?

12    A.    I don't know what a 3553 is.

13    Q.    Well, were you in a position at any

14  time -- I'm not asking you what you had.  I'm asking

15  you:  Were you in a position to discuss with your

16  lawyer the terms of the plea agreement?

17    A.    Yes, sir.

18    Q.    Were you in a position to discuss with the

19  prosecutor what the terms of the plea agreement is?

20    A.    Yes, sir.

21    Q.    And if the plea agreement said that they

22  also could file a 3553 to reduce your sentence,

23  wouldn't it have been a good idea to know what they

24  were talking about?

25    A.    I probably didn't understand it.  That's

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   probably what happened there.

2        Q.   Well, did you understand that the

3   obligation of the prosecution was to explain to you

4   the terms of the plea agreement, right?

5        A.   Yes, sir.

6        Q.   To be fair?

7        A.   Yes, sir.

8        Q.   And did you understand that the role of

9   your attorney was to make sure you understood what

10  the terms of the plea agreement was?

11       A.   Yes, sir.

12       Q.   So that if a 3553 can be filed in addition

13  to a 5K, would that be a second chance for you to

14  get your sentence reduced?

15       A.   I believe so.

16       Q.   So if the 3553 is the icing on the

17  prosecution's case, you certainly would want to take

18  advantage of that, wouldn't you?

19       A.   Yes, sir.

20       Q.   You got me there.  So all of these things

21  were basically the incentive for you to come into

22  court, talk about your psychiatric history, talk

23  about your murderous past, all of these things,

24  because you might get a sentence cut, right?

25       A.   No, that wasn't what it was about, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   I didn't get in this program or nothing right away

2   or nothing like that, or any of this right away or

3   nothing.  When this first started, I wasn't even

4   going to testify or nothing against nobody.  I

5   didn't want nothing to do with none of this.

6       Q.   All right.  You know, you told them back

7   in August of 2007 -- we already went through it --

8   "I want to know what's coming to me"?  Right?

9       A.   That was back then.

10      Q.   And you said, "I got plenty to give you, I

11  can tell you a lot, but I need to know the details

12  of what's coming to me"?  Right?

13      A.   Yes, sir.

14      Q.   But now, that's totally changed, right?

15      A.   Well --

16      Q.   The scales have fallen from your eyes?

17      A.   No, I don't look at it that way.

18      Q.   You look at it as a chance to hit the

19  streets again?

20      A.   No.  I haven't -- I haven't looked at it

21  that way because, for me, I mean -- you know, you

22  said I don't have remorse.  Well, I do have remorse.

23      Q.   I didn't say a word about -- did I use the

24  word "remorse?"

25      A.   You guys have been saying it since we've

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  been here.

 2       Q.   Did I say the word "remorse" at any time

 3  to you?

 4       A.   No, sir.

 5       Q.   And whether you do or not, that's all

 6  inside you, correct?

 7       A.   Yes, sir.

 8       Q.   So would you be willing, then, to stand up

 9  in front of the prosecution and in front of the

10  Court and say, "You know what?  I have remorse, and

11  I would just like to spend the rest of my life in

12  prison because I feel bad"?

13       A.   Well, if that's what -- if that's what the

14  Judge decides, that's what he decides.

15       Q.   Well, is that what you're going to ask him

16  for?

17       A.   I'm going with whatever the prosecution is

18  going to put out there; and whatever the Judge

19  decides, well, I can live with that.

20       Q.   I'm not asking if you can live with that.

21  Would it be in any sense a disappointment to you if

22  you had to die in prison, if that happens?

23       A.   Yes, sir, it would.

24       Q.   You're fine with that, right?  That's what

25  you're telling this jury?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   No.  It would be a disappointment to be in

2    prison for the rest of my life, especially with all

3    my medical conditions.

4    Q.   Because that's what you bargained for in

5    the plea agreement, is the chance not to --

6    A.   Yes, sir.

7    Q.   -- die in prison, right?

8    A.   Yes, sir.

9    Q.   Unlike some of the people that you've

10   dealt with in the past, Mr. Martinez and others,

11   right, who did die in prison at your hands?

12   A.   Yes, sir.

13   Q.   You told Detective Lewis when you talked

14   with him, page 21, "My background ain't a real

15   violent one, other than the murders."

16        Is murder violent?

17   A.   Yes, sir.

18   Q.   Is assault with intent to do bodily harm

19   violent?

20   A.   Yes, sir.

21   Q.   Is getting into a fire fight on behalf --

22   as a pistolero on behalf of Leysha, a drug dealer,

23   was that violent?

24   A.   Yes, sir.

25   Q.   And did you also tell them that you had

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    carried a Glock 40 with you to a meeting involving

2    Leysha and some other drug dealers?

3         A.   It's not exactly how you're trying to

4    portray it.

5         Q.   Did you carry a Glock 40?

6         A.   I had a Glock 40, trying to get the truck

7    get out of the sand.  That's why I had it in my

8    hand.  Because Mario Montoya was driving.  He's the

9    one that had the 40, but I --

10        Q.   You had a Glock 40?

11        A.   I had it in my hands.  I had it, yes, sir.

12        Q.   Did you tell them that there also was

13   shots exchanged between the two cars?

14        A.   No, sir.  I never --

15        Q.   You're positive?

16        A.   I never said that.  I never said anything

17   about any shots being fired.

18        Q.   When you went back to your cell after

19   strangling or helping strangle Mr. Martinez to

20   death, was Mr. Lugo there?

21        A.   I'm not sure.  I think he might have been.

22   I think that's when I gave him the tennies and

23   switched tennies with him, and I think he had walked

24   out or something, you know.

25        Q.   Yeah.  And he also would have seen the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                               e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   urine that was on your clothes as Mr. Martinez's
 2   life left his body?
 3        A.   I'm not sure if he saw the urine or if he
 4   even paid attention to it.
 5        Q.   He was probably pretty scared, wasn't he?
 6        A.   I don't know why he would be scared.
 7        Q.   Oh, no, just being a cell mate of somebody
 8   who would strangle someone to death until they lost
 9   control of their bowels and bladder, why would that
10   bother him?
11        A.   We were childhood friends and everything.
12   I used to go hunting and stuff with him.  So I don't
13   know why he would be scared.
14        Q.   Did you talk to Detective Lewis about your
15   concern that people were coming in against you,
16   saying they'd witnessed some events leading up to
17   the murder of Martinez?
18        A.   I might have.  I'm not sure.
19        Q.   Did you tell him that if people were
20   coming in on you and trying to cooperate, they were
21   lying?
22        A.   Yes, sir.  I think so, yes, sir.
23        Q.   You said, "These guys who are kind of
24   coming in, you know, they're lying to you; I'm
25   telling you, don't believe them"?  Right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, sir.

2      Q.    Then would it be that your concern was

3  that, you know, once inmates see that there is a

4  chance that they can make a deal, they're going to

5  come swarming into that case like a pack of wolves?

6      A.    Probably.

7      Q.    Because, you know there's that fresh meat

8  of a possible deal sitting out there, right?

9      A.    Yes, sir.

10      Q.    And you're concerned that someone might

11  take advantage of that situation and say, "Look, I'm

12  going to tell them I saw something," even if they

13  didn't?

14      A.    It wasn't like that, sir.

15      Q.    You're worried that it could be?  Do you

16  remember saying this:  "That's why I'm telling you,

17  whoever's coming at you guys, saying they know what

18  took place and stuff, they're bullshitting"?  Right?

19      A.    Yeah, because there was only three people

20  that knew the truth about everything that took place

21  in that cell.

22      Q.    So you're telling them that you know from

23  your experience that people will try to climb on

24  that gravy train?

25      A.    I don't think I pertained it to in that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   way.  I'm not sure I pertained it in that way.
 2        Q.   "You know" -- I'm sorry, page 35.  "You
 3   know, so that's why I'm saying whoever is telling
 4   you guys this or that or whatever, they're lying to
 5   you guys"?  Right?
 6        A.   I think what that says --
 7             MR. BECK:  Objection, Your Honor; hearsay.
 8             THE COURT:  It sounds like you are
 9   eliciting statements for the truth, so I'll sustain.
10        Q.   Were those your words that you said?
11        A.   Can you repeat the question, please?
12             MR. BECK:  Objection, Your Honor; hearsay.
13             THE COURT:  Sustained.
14             MR. SINDEL:  Your Honor, I believe these
15   are his words that he has spoken.
16             MR. BECK:  They're out-of-court
17   statements.
18             THE COURT:  They're out-of-court
19   statements being offered for the truth.  Sustained.
20   BY MR. SINDEL:
21        Q.   Let me ask you this:  Was that your state
22   of mind at the time, that people could come in and
23   testify against you even though it wasn't true?
24        A.   Yeah.  You know, yeah.
25        Q.   And then at the interview that you had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    with Detective Lewis on August 8, 2007, you also

2    went into what you said happened in the March 2001

3    incident involving Garza and Castillo, correct?

4         A.   Yes, sir.

5         Q.   You told them that you went to try and

6    secure people that could follow through on your

7    orders, right?

8         A.   They weren't my orders.

9         Q.   They were your orders?

10        A.   No, sir.

11        Q.   You ordered people to do certain --

12        A.   I chose them.  I chose them because

13   somebody else gave an order.

14        Q.   Well, did anyone else that you know of

15   talk to Mr. Chavez or Mr. Martinez about what they

16   were supposed to do, beside you?

17        A.   No.  I talked to Eugene and I told --

18        Q.   You're the one, right?

19        A.   Yeah, I talked to Eugene.

20        Q.   You gave them the orders, didn't you?

21        A.   No.  I chose them because somebody else

22   gave the order.  And if I wouldn't have done that,

23   well, it would have been my goose cooked.

24        Q.   You were the one that made arrangements

25   that if they didn't do what they were supposed to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  do, they were going to be killed, right?

2     A.   Yes, sir.

3     Q.   And you're the one that made the

4  arrangements to have shanks buried out in the

5  recreation yard so that if someone didn't accomplish

6  the task that you had assigned to them, they would

7  be killed?

8     A.   Yes, sir.

9     Q.   Page 49.  Do you remember that when you

10 first said you talked to Joe, you said it was Joe

11 Castillo, right?

12    A.   Yeah.  I got confused there.  But I've

13 always known it's Gallegos, because --

14    Q.   You volunteered that you changed your

15 mind, right?

16    A.   No.  It's just I got a little confused on

17 the last name, that's all.

18    Q.   Well, did anyone tell you that wasn't the

19 right last name?

20    A.   No, actually nobody did.

21    Q.   Did they ever suggest to you that it might

22 be Joe Gallegos and not Joe Castillo?

23    A.   I think later on in the interview they

24 did, after -- I think after a few times I said the

25 name and then I remembered the name.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Q.    Didn't they suggest to you that the name

2  is Joe Gallegos?

3    A.    They might have.  Yeah, they might have.

4  You know, like I said, later on in the interview I

5  think the name came up or I remembered it or they

6  might have suggested it.

7    Q.    They did suggest it, didn't they?

8    A.    But I knew the last name.  I just --

9    Q.    They did suggest it?

10   A.    I just slipped up with it.

11   Q.    They did suggest it, didn't they?

12   A.    Yeah.

13   Q.    Yes?

14   A.    After reading the report, yeah, I think

15  they did.

16   Q.    And didn't you tell them that you thought,

17  well, that Joe Gallegos had a green light on him?

18   A.    At the time, yes, I did.

19   Q.    And did you tell them that that green

20  light would not be lifted, that he would still have

21  a green light on him regardless of what he did?

22   A.    No, sir.

23   Q.    Never?

24   A.    No, sir.

25   Q.    Let me ask you if you remember an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   interview that was conducted in January of 2017,

 2   where FBI Agent Acee, FBI Agent Stemo, AUSA

 3   Castellano, and AUSA Matthew Beck were all present?

 4        A.   I think that's the first time I met

 5   Mr. Beck.

 6        Q.   You remember that?

 7        A.   Yeah, I remember that interview.

 8        Q.   They went over with you certain reports

 9   that you had given in the past, right?

10        A.   Yes, sir.

11        Q.   And they asked you certain questions about

12   the hit team that you had secured, in order to

13   monitor what went on with the March 26, 2001,

14   incident, right?

15        A.   Yes, sir.

16        Q.   Did you tell them at that time that if any

17   of the original men backed out of the mission, the

18   second team would do the killing and kill whoever

19   failed to follow orders?

20        A.   Yes, sir.

21        Q.   So, in fact, these individuals who you had

22   sent and tasked with this obligation or job, they

23   were doing it so they didn't get killed, right?

24        A.   Yes, sir.  I think pretty much --

25        Q.   You've answered the question.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Okay.

 2        Q.    The second team was made up of Rick

 3   Sandoval, also known as Sleepy; Smurf; Anthony; and

 4   Gumby?  Right?

 5        A.    No.   Smurf is from Anthony, New Mexico.

 6   That's why it says "Anthony."  And Gumby is -- I

 7   thought his last name was Blea, but you corrected

 8   me, and it's Gonzalez, and he's from southwest

 9   Albuquerque.

10        Q.    42601.

11              MR. SINDEL:  May I approach, Your Honor?

12              THE COURT:  You may.

13        Q.    This is a report.  There is a date of

14   January 5, 2017 -- I can show you the first page if

15   you want to, in order to make sure we have you

16   acclimated -- correct?  You've seen this report,

17   haven't you?

18        A.    I believe so.

19        Q.    Okay.  Not "believe so."  You have,

20   haven't you?

21        A.    Yes, sir.

22        Q.    And does it say in there the names that I

23   read out for the people who were in the -- who were

24   tasked with killing any individual who didn't follow

25   your orders?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, it does.

2        Q.    And does it indicate Gumby?

3        A.    Yes, it does.

4        Q.    And you said Smurf and Gumby were new to

5    the SNM?

6        A.    Yes, sir.

7        Q.    And did you indicate in there that Joe had

8    been chosen because he had been greenlighted and was

9    considered no good?

10       A.    Yes, sir.

11       Q.    Is that what it says?

12       A.    Yes, sir.

13       Q.    And that he was expendable?

14       A.    I'm not sure if I used that word, because

15   I really don't even know what expendable means.

16       Q.    That means that's something you can throw

17   in the trash when you're done with it.

18       A.    Oh, okay.

19       Q.    That would be true, wouldn't it?

20       A.    Yes, sir.

21       Q.    That's how that was communicated, right?

22       A.    That's what that means.

23       Q.    Something you could just throw away when

24   you were done, right?

25       A.    Yeah.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        Q.    Have you ever heard the phrase "torpedo"?

 2        A.    Yeah, I know what "torpedo" means.

 3        Q.    That's basically what Joe was, a torpedo,

 4   right?  To be used up?  To be used up?

 5        A.    No.  He just had to earn his bones, you

 6   know.  He had to earn his bones because of that

 7   green light.

 8        Q.    Does it say there that "Lujan" -- that's

 9   you?

10        A.    Uh-huh.

11        Q.    -- "figured he was expendable" -- trash --

12   "and the gang could use him and then hit him later"?

13              Does it say that in there?

14        A.    I'm not sure I said that.

15        Q.    Does it say that in there?

16        A.    It says that, yes, sir.

17        Q.    Now, we've heard you over and over again

18   say, "I didn't say that," or "Maybe I didn't say

19   that," or "I don't believe I said that"?  Right?

20   We've heard that hundreds of times in the last two

21   days, right?

22        A.    Yeah.

23        Q.    So when you saw this -- because you've

24   told us you read it?

25        A.    Yeah.



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Did you say, "Wait a minute; I didn't say

2  that"?

3      A.    Yeah, because I -- me, personally, I

4  wouldn't use "expendable" because I don't know what

5  it means.

6      Q.    I didn't ask you if you used "expendable."

7      A.    Yeah, you did.

8      Q.    No, I didn't.

9      A.    A while ago.

10     Q.    And you already said -- I asked you if you

11 thought it was someone you could throw away.  That

12 was the term I used, wasn't it?

13     A.    No.  You used "expendable."

14     Q.    When you told me, "I don't know what

15 expendable means," then I said, "Something you could

16 throw in the trash"?  Right?

17     A.    Yes, sir.

18     Q.    When I asked you, "Did you say that

19 Gallegos, we could use him and then hit him later"?

20 Yeah, you did, didn't you?

21     A.    Yeah.

22     Q.    Because that was the whole idea of this

23 thing, that these guys, if they did anything at all,

24 they had to do it or get killed?

25     A.    Yes, sir.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And whatever they would decide to do, they
 2   would decide to do it to stay alive?
 3        A.    Yes, sir.
 4              MR. SINDEL:  May I have a moment, Your
 5   Honor?
 6              THE COURT:  You may.
 7        Q.    There are a lot of things that you told a
 8   lot of people, right?
 9        A.    Yes, sir.
10        Q.    Over the course of this investigation?
11        A.    Yes, sir.
12        Q.    And what you just told me is the truth as
13   you know it?
14        A.    Like I said, I've given --
15        Q.    What you just told me is the truth as you
16   know it?
17        A.    No, sir, because I've given multiple
18   interviews.
19        Q.    What you just said under oath to this jury
20   is the truth as you know it?
21        A.    No, you're coercing me to say the truth,
22   that I did that.
23        Q.    I would not want to coerce you.
24        A.    That's what you're doing.
25        Q.    How did I coerce you?  Did I bend your arm
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   here?
 2         A.    You said about expendables and all this
 3   and all that, trying to confuse me, sir.
 4         Q.    What you just told me --
 5         A.    No, I've given multiple interviews to
 6   different agencies and different FBI agents.
 7         Q.    And you never backed off the idea that you
 8   were going to kill these guys if they didn't do what
 9   you ordered?
10         A.    No.  Each time I've given an interview,
11   they've all been different wordings, but consistent.
12         Q.    It has been consistent, right?  You've
13   never backed off from the idea that you would kill
14   them if they didn't do what you said?
15         A.    I wouldn't kill them.
16         Q.    Well, somebody would kill them?
17         A.    Yes, sir.
18         Q.    And you've never backed off the idea that
19   Mr. Gallegos was trash that could be hit later?
20   You've never backed off that, either?
21         A.    I never said them words, though.
22         Q.    You said the words, "We could use him and
23   hit him later," right?
24         A.    Yes, sir.
25               MR. SINDEL:  That's all I have.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Thank you, Mr. Sindel.
2              Any other defendant have -- Mr. Lahann?
3   Anybody else have cross-examination of Mr. Lujan?
4              Mr. Burke, do you want to go next?
5              MR. BURKE:  Please.
6              THE COURT:  All right.
7              Mr. Burke.
8              MR. BURKE:  May I approach the witness,
9   Your Honor?
10             THE COURT:  You may.
11                  CROSS-EXAMINATION
12  BY MR. BURKE:
13      Q.   211.  I'm showing you the first Lewis
14  interview.  Okay?
15      A.   Okay.
16      Q.   August 8, 2007?
17      A.   Yeah.
18      Q.   In this statement, referring to Pancho,
19  you selected Criminal, along with Angel and Joe,
20  correct?
21      A.   Yes, sir.
22      Q.   You never mentioned Edward Troup?
23      A.   No, sir.
24      Q.   September 12, 2007, 329.  You remember
25  this one, as well?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes, sir.

2       Q.   Same group?  There's Criminal.  That's

3  Michael Jaramillo, right?

4       A.   Yes, sir.

5       Q.   No Troup?

6       A.   Yes, sir.

7       Q.   During the September 12th one -- I'm going

8  to just read this:  "Copy of photo line-up cards

9  displayed to Leonard Lujan, 9/12 '07."

10           I read that correctly?

11      A.   Yes.

12      Q.   And you did get shown some photos?

13      A.   Yes, sir.

14      Q.   And here was one of the photo spreads.  Do

15  you recognize anybody there?

16      A.   Yeah.

17      Q.   Who do you recognize?

18      A.   Troup.  I can't remember who that is.

19  But, yeah.

20      Q.   Okay.  And so even though you were shown a

21  picture of Edward Troup on September 12, 2007, you

22  never mentioned his name then, right?

23      A.   Yes, sir.

24      Q.   Okay.  Now, here is June 12, 2009.  I've

25  read that date correctly?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Um-hum.

 2        Q.    This is an FBI report.  And you say,

 3   "Lujan then directed Joe, an individual he knows

 4   only as Criminal" -- that's Jaramillo?

 5        A.    Um-hum.

 6        Q.    -- "and Angel"?  Right?

 7        A.    Yes, sir.

 8        Q.    No Troup?

 9        A.    No, sir.

10        Q.    Okay.  Then we move forward to December 3,

11   2015.  I read that date correctly?

12        A.    Yes, sir.

13        Q.    All right.  And then on that date you

14   said, "Lujan selected Angel and Joe."  You couldn't

15   remember the full names, right?

16        A.    Um-hum.

17        Q.    And you didn't mention that time Troup?

18        A.    No, sir.

19        Q.    And you didn't mention Jaramillo?

20        A.    No, sir.

21        Q.    Do you know why you didn't mention

22   Jaramillo?

23        A.    Just like I've been to so many interviews

24   that -- you know what I mean?

25        Q.    Let me see if I can help you.  Here is the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    indictment.  You were named in here?

2        A.   Yeah.

3        Q.   The first five names are Angel, Joe,

4    Edward, you, and Billy, right?

5        A.   Yes, sir.

6        Q.   But no Jaramillo.  That's kind of funny,

7    wasn't it?

8        A.   Yes, sir.  There is a few people in there

9    that I can't imagine weren't -- should have been in

10   there.

11       Q.   Yes, but especially Jaramillo because you

12   had said --

13       A.   I had already --

14       Q.   What do you think happened there?

15       A.   I'm not -- I don't know.  I can't tell

16   you.

17       Q.   So the Government, when they indicted,

18   they just left Jaramillo out, I guess?

19       A.   I guess so.

20       Q.   And then so here is the Count 1.  You

21   remember this?  This is pretty scary stuff,

22   actually, because you've got Angel, you've got Joe,

23   you've got Edward, there you are, and there's Billy,

24   and then they've got the death penalty stuff?

25       A.   Yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Right here.  So this is the death penalty

2  indictment originally.  But once again, no

3  Jaramillo.  Okay?  No Troup?

4    A.   No.  No, sir.

5    Q.   Okay.  And then this was kind of

6  interesting.  Then you had this interview, and it

7  was just before trial, April 8, 2018.  Do you

8  remember that?

9    A.   Yes, sir.

10    Q.   And here's Matthew Beck, and then there is

11  an FBI agent.  Oh, by the way, do you see that 302?

12    A.   Yes, sir.

13    Q.   That's where that 302 comes from.

14    A.   Oh, okay.  All right.  Okay.

15    Q.   And then Agent Stemo is on the phone?

16    A.   Okay.

17    Q.   And your lawyer concurred with the

18  interview.

19    A.   Okay.

20    Q.   And so you're in a room alone with Matthew

21  Beck, right?

22    A.   Yes, sir.

23    Q.   And someone is on the phone, but your

24  lawyer is not there, and he's asking you questions?

25    A.   Yes, sir.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And he's telling you what questions he's
 2   going to ask you on the stand?
 3        A.   Yes, sir.
 4        Q.   Okay.  And then, for the very first time,
 5   you say, "Edward Troup and Rick Sandoval, a/k/a
 6   Sleepy, were present for the conversation with Joe
 7   but were not involved"?  Right?
 8        A.   Yes, sir.
 9        Q.   Okay.  But that was the first time you
10   ever mentioned Edward Troup?
11        A.   Yes, because that's when I started
12   remembering because, I mean, it's been a long time,
13   you know?
14        Q.   Right.
15        A.   I started remembering certain things.  And
16   like I said, I didn't tell Troup to do anything, you
17   know.  But he knew what was going on, I think.  And
18   if I remember, Sleepy was next to me.
19        Q.   So what's kind of interesting, though, is
20   that you never mentioned Troup for 17 years?
21        A.   Yeah.
22        Q.   Seventeen years.  And you do have trouble
23   with your memory?
24        A.   Yeah, there's some times.
25        Q.   Because of drugs and stuff?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yeah.   I've been on so much psych

2    medications and I hit my head so many times.   But it

3    comes and goes.   Memory comes and goes, and

4    sometimes, boom, it will just like -- it will --

5    Q.    Or you'll just sort of make something up,

6    maybe?

7    A.    No, sir.

8    Q.    Do you think that it was your antisocial

9    personality disorder that led you to mention Edward

10   Troup for the first time 17 years after the fact?

11   A.    No, sir.

12   Q.    No?

13   A.    No, sir.

14   Q.    Let me give you another possibility.

15   Could it have been the $200 you received on April

16   16, 2018, after we started the trial?   Would have

17   been a reason that you might have remembered --

18   A.    No, sir.

19   Q.    -- Edward Troup for the first time?

20   A.    No, sir.

21   Q.    Okay.

22   A.    Because I've always told my lawyer, from

23   the gate, that I'm not in this for the money.   You

24   know, I appreciate the Government helping me and

25   everything, but I'm not in this for the money.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And it just so happens they gave you 200

2    bucks after the trial started, just before you

3    testified?

4    A.   Right.  And that's the thing is, sometimes

5    I'll be laying in bed sometimes, and I'll remember

6    something that -- you know.

7    Q.   Sure.

8    A.   Just like last night when we left from

9    here, I remembered a couple of names that will come

10   up in the trial, you know.

11   Q.   Well, maybe if you get some money, you can

12   tell them.

13        MR. BURKE:  That's all I've got.

14        MR. BECK:  Objection, Your Honor.

15        THE COURT:  Sustained.  Let's not comment

16   and make arguments yet.  There will be time for that

17   in closing.

18        All right.  Thank you, Mr. Burke.

19        Anyone else have cross-examination of

20   Mr. Lujan?  All right.

21        Mr. Beck, do you have redirect of

22   Mr. Lujan?

23        MR. BECK:  I do, Your Honor.  Thank you.

24        THE COURT:  Mr. Beck.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

<pre>
 1                 REDIRECT EXAMINATION

 2  BY MR. BECK:

 3      Q.   Mr. Lujan, I've got a lot of notes to go

 4  over with you, but I'll start with what's most

 5  recent in my memory.  April 8, 2018, do you remember

 6  meeting with me, with Ms. Stemo on the phone?

 7      A.   Yes, sir.

 8      Q.   And I asked you about -- I asked you to --

 9  I reviewed one of your transcripts?  Did I review

10  one of your transcripts with you?

11      A.   Yes, sir.

12      Q.   Did I ask you to think hard about what had

13  happened those days, and then we'd talk about --

14  what happened in 2001, and then we'd talk about what

15  we're going to talk about here in trial?

16      A.   Yes, sir.

17           MR. SINDEL:  Your Honor, I'm going to

18  object to the leading form of the question, that

19  Mr. Beck testified what he did or he said.

20           THE COURT:  I think he's sufficiently

21  knowledgeable about the topic, so now that he knows

22  the topic, let's try not to lead.

23  BY MR. BECK:

24      Q.   Is that when you told me about the

25  conversation that you had, where Mr. Troup and
</pre>

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Sleepy were present, when you talked with Criminal,

2    Angel DeLeon, and Joe Gallegos?

3        A.   Yes, sir.  That was the first time that I

4    had mentioned either one of those guys.  Because I

5    remember at the time that all that was going on,

6    Mr. Troup, he was what we call a leva, and that

7    means that he's not -- a lot of people don't trust

8    him in the organization because of some of the stuff

9    that he was doing at the time.  And at the time, he

10   was burning people, and he was just doing dumb stuff

11   and chafa stuff.  And I don't know the exact word

12   for chafa.  But that was the stuff he was doing, you

13   know, and a lot of people were hesitant to be around

14   him or anything.

15          And I remember at that time Sleepy was

16   doing a transaction with Chris Garcia, and I told

17   Sleepy, because Sleepy didn't really want to go and

18   confront him.  And I told Sleepy, "Go tell him.  He

19   owes you and everything."  So Sleepy went, and

20   Sleepy came back.  And at that time, that's when we

21   were talking and everything.

22          And I remember Huero Troup wasn't like

23   sitting right next to Joe.  He was like a little bit

24   away from him, you know.  He wasn't right-right on

25   him, but he was far enough where he heard what was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going on.

2      Q.   Did you order Edward Troup to murder Frank

3  Castillo?

4      A.   No, sir.  Never.  I never told Edward

5  Troup to kill anybody, do anything to anybody.

6      Q.   And did you just confirm that with

7  Mr. Burke, when all the statements that you've

8  given -- well, I think Mr. Sindel said, and I wrote

9  it down:  You said a lot of things, told a lot of

10 people.

11          Have you remained consistent that you

12 never ordered Edward Troup to do the murder?

13     A.   Yes, sir.

14          THE COURT:  Mr. Beck, would this be a good

15 time for us to talk to the jury about what we're

16 going to do for breaks and lunch?

17          MR. BECK:  Fine, Your Honor.

18          THE COURT:  What would the jury like to

19 do?  Take a 15-minute break?  Work through the lunch

20 hour and take a late lunch?  How many want to do

21 that?  It looks like most people.  Does that work

22 for the lawyers?  The parties?

23          All right.  Let's take about a 15-minute

24 break and we'll come in, and take a late lunch

25 and work through the lunch hour.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All rise.
 2              (The jury left the courtroom.)
 3              THE COURT:  All right.  We'll be in recess
 4    for about 15 minutes.
 5              (The Court stood in recess.)
 6              THE COURT:  All right.  I think we've got
 7    all the defendants back in.  Who are we missing
 8    here?  Am I missing somebody?  So I think we've got
 9    all the defendants and an attorney for each one.
10              Anything we need to discuss before --
11    Mr. Lahann?
12              MR. LAHANN:  Your Honor, on the matter of
13    lunches, I do feel compelled to point out that Las
14    Cruces has some of the finest lunch trucks you're
15    going to find in any city.  Unfortunately, they
16    start packing up and leaving the Downtown Mall on
17    Wednesdays at about 1:15, 1:30.
18              So we would ask that Wednesdays be an
19    early lunch day so that everybody can take advantage
20    of the lunch trucks.
21              THE COURT:  All right.  Well, I'll mention
22    that to the jury tomorrow, that we'll break to take
23    advantage of the lunch trucks, take an earlier lunch
24    tomorrow.  All right.
25              All rise.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    (The jury entered the courtroom.)
 2                    THE COURT:  All right.  Everyone be
 3       seated.
 4                    All right.  Mr. Lujan, I'll remind you
 5       that you're still under oath.  Mr. Beck, if you wish
 6       to continue redirect of Mr. Lujan, you may do so at
 7       this time.
 8                    MR. BECK:  Thank you, Your Honor.
 9                    THE COURT:  Mr. Beck.
10       BY MR. BECK:
11            Q.   Again, we were talking about Mr. Sindel
12       saying that you said a lot of things that you've
13       told to a lot of people.  Have you remained
14       consistent in the statements that you've given to
15       law enforcement?
16            A.   Yes, sir.  I might have said different
17       words and stuff, but -- I mean, there's words that I
18       know I didn't say because -- I'm intelligent, but
19       I'm not that smart, you know.  But I've been pretty
20       consistent with everything I've said.  I've never
21       faltered from the truth of anything, you know.
22            Q.   And then Mr. Burke -- we were talking
23       about the -- you were talking with him about the
24       December 3, 2015, interview when you said that for
25       Castillo, you told Angel and Joe to do that.  Do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  remember?

2       A.   Yes, sir, and.

3       Q.   Do you remember exactly what you were

4  asked and what you were told by law enforcement in

5  that interview?

6       A.   When I first -- when they started asking

7  me, I think they were sitting there, and --

8       Q.   Hold on one second, Mr. Lujan.  My

9  question was:  Do you remember exactly word-for-word

10 what was said between you and law enforcement there?

11      A.   No.

12      Q.   Would looking at a transcript of that

13 conversation help you remember what was said?

14      A.   Yes, sir.

15           MR. BECK:  May I approach, Your Honor?

16           THE COURT:  You may.

17           MR. BECK:  I'll direct counsel to page 16

18 of the December 3, 2015, interview.  I don't have a

19 copy, so I'm going to go off memory here.

20 BY MR. BECK:

21      Q.   I want you to focus on that section that's

22 been highlighted in gray in that transcript that I

23 was provided yesterday.

24      A.   Okay.

25      Q.   Let me know when you've read that portion.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Just look up at me when your memory is refreshed.

2          MR. BURKE:  Your Honor, can we approach?

3          THE COURT:  You may.

4          (The following proceedings were held at

5   the bench.)

6          MR. BURKE:  I could be wrong, but I don't

7   think I've ever received a copy of this transcript.

8          MR. BECK:  I don't know whether you have.

9   Mr. Castle just gave it to me last night.  Actually,

10  I think it might have been this morning that he gave

11  me a copy of the transcript.

12         MR. BURKE:  It's a transcript of what?

13         MR. BECK:  I think it's the December 3,

14  2015, interview when he was arrested.

15         MR. CASTLE:  What happened was, we had not

16  gotten the December 3, 2015, audiotape until, I

17  think, after trial started and then -- or right

18  before it started, and we had someone try to

19  transcribe it as fast as we could.  So I did not

20  distribute a copy to Mr. Burke.  I know I should

21  have, but in the chaos, I just did not give it to

22  him.  I apologize for that.

23         MR. BURKE:  That's not exactly right.

24  This isn't exactly right.  I didn't get a transcript

25  from the Government, and I didn't get it from my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  co-defendant, and now he's being questioned with it.

2          THE COURT:  How long is the transcript?

3          MR. CASTLE:  I gave him a copy.

4          MR. BURKE:  And I would say I would never

5  ask the questions without reading a transcript.  I'm

6  diligent to have done that if anybody had provided

7  it to me.

8          THE COURT:  How long is the transcript?

9          MR. BECK:  I think it's 36 pages.  I don't

10 think he's going to be surprised by the questions or

11 the answers.  I'm just going over, he didn't say

12 anything about Troup.

13         MR. BURKE:  Does he mention him in there?

14         MR. BECK:  No.

15         MR. BURKE:  Never mind.  I was thinking --

16 because if the 302 just left him out, then I would

17 not have asked that question.

18         MR. CASTELLANO:  That's why I said I don't

19 think you're going to be surprised.

20         MR. CASTLE:  We can do a search of that to

21 you.

22         MR. BURKE:  Never mind.  At the end, we

23 can make a copy.  I'd like to have a look at it at

24 some point.

25         THE COURT:  But you're okay right now?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BURKE:  Yes.
 2            (The following proceedings were held in
 3  open court.)
 4            THE COURT:  All right.  Mr. Beck.
 5  BY MR. BECK:
 6       Q.   Mr. Lujan, as I said, I'm going off memory
 7  here, but did the agent or task force -- well, was
 8  it an FBI agent or task force officer who was asking
 9  the questions?
10       A.   I think it was an agent.
11       Q.   Did the agent ask you, when you talked
12  about who you tasked with the Castillo and Garza --
13  or Pancho and Looney -- murders, did he ask you the
14  question in a way that suggested, "Tell me who you
15  tasked with this.  I already know, but just go ahead
16  and tell me"?
17       A.   No, he didn't tell me exactly like that.
18  He pretty much -- when we talked, he just told me to
19  ask -- to tell him what all went on, and that's when
20  I had told him about taking Little Huero, because we
21  had -- me and Little Huero had the same class
22  together in Education.
23            And I took -- I called Little Huero, and I
24  told him, "Come with me."  And I took him to the
25  other side of Education, because in Education there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  is the hallway here and some of the rooms, and then

2  there's a hallway like this, and then there's rooms

3  in the back, and there's a hallway that goes down

4  there.  Nobody goes down there, hardly.

5       Q.   And did you explain that to the agent at

6  that time?

7       A.   Yes, sir.

8       Q.   So my question was:  When you looked over

9  this interview, did it coincide with your memory of

10  what happened in 2015?

11      A.   Yes, sir.

12      Q.   All right.  And it looked like a

13  transcript, to you, that had your answers in them?

14      A.   Yes, sir.

15      Q.   And so the agent asked you, "Who did you

16  have do the hits?  I know you gave that already.  I

17  just want to match that up with my brain, with what

18  I read?"

19           Is that what the agent said to you?

20      A.   Yes, sir, I think he did say that.

21      Q.   Okay.  And is that when you responded --

22  and, again, you looked at this.  If you need it

23  again to refresh your memory, let me know.

24           Is that when you responded by giving the

25  names Huero Martinez and Angel and Joe?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 820-6349                               FAX (505) 843-9492
                                                   1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.
 2        Q.    Did he ask you -- did he then say, the FBI
 3   agent say, "Okay, we have most of this already"?
 4        A.    Yes, sir, I think he did say that.
 5        Q.    Did he ask you, "Did you task anyone else?
 6   Is there anyone else out there who you tasked?"  Or
 7   did he move on at that point?
 8        A.    For Pancho, I had already told -- I had
 9   told him that it was --
10        Q.    Hold on a minute, Mr. Lujan.  I'm getting
11   you there.
12        A.    Yeah, I'm getting confused there.
13        Q.    No problem.  No problem.  And as I said,
14   if you need to look at this, let me know, if you
15   need to refresh your memory.  But did the FBI agent
16   say, "Okay, yeah, we have most of this already,"
17   instead of asking you if there was anyone else or if
18   you asked anyone else?  Is that what the FBI officer
19   asked you?
20        A.    Yes, sir.
21        Q.    Mr. Burke -- again, I just want to finish
22   up on this, and then we'll go somewhere else.
23   Mr. Burke asked you why not Jaramillo, and I think
24   you said that there were a few people in that 2015
25   indictment that should have been in there, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   weren't?

2       A.   Yes, sir.

3       Q.   What did you mean?

4       A.   I meant like Chaparro.  I was like:  Why

5   wasn't he in there?  Because he was a heavy

6   shot-caller, you know.  Who else?  There was Felipe

7   Cordova.  Why wasn't he in there?  He was a heavy

8   shot-caller, you know.  Who else can I remember

9   right off the top?

10      Q.   And let me -- that's fine.  So there were

11  a number of those people you thought were involved

12  but weren't on that indictment; is that right?

13      A.   They were heavy shot-callers.  Why weren't

14  they involved in the indictment?

15      Q.   Getting back to you, you were asked a lot

16  of questions about the Animal murder in 1998.  Do

17  you remember that?

18      A.   Yes, sir.

19      Q.   And when were you indicted and arrested

20  for the 1998 murder of Animal?

21      A.   The detective came, and he said that they

22  were going to hit me with the charges for the murder

23  and everything, and then he swabbed me.  And that's

24  when I told Jason Ellis, "You know what?  Take me

25  back to my cell."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And I think we heard about that.  What

2  year was that?

3    A.   This was in, I'd say, either late '98,

4  early '99.

5    Q.   All right.  When were you actually,

6  then -- my question was:  When were you actually

7  indicted for the Animal murder?

8    A.   I think in '99.

9    Q.   When did you plead guilty to the Animal

10  murder?

11    A.   In '99.  Because if my memory serves me

12  correct, that's when they took me, in '99, that's

13  when they took me to RDC, which is in Los Lunas.

14    Q.   Let me ask you the question this way:

15  Remember when, just a few minutes ago and with me on

16  direct, you were talking about getting 15 years for

17  the Animal murder?

18    A.   Yes, sir.

19    Q.   And when was that, that you got 15 years

20  for the Animal murder?

21    A.   I got that in either early '99 or late

22  '98, if I remember correct.

23    Q.   Was there a judgment and sentence for

24  Animal?

25    A.   I've never seen a judgment and sentence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   You don't remember seeing one yesterday?

2        A.   I've never seen one, not even in the

3   tablet.

4        Q.   If you saw one, would that help refresh

5   your recollection when you were indicted and pled

6   guilty?

7        A.   It probably would help me, but I've never

8   seen the actual -- until the attorney came and

9   showed me, you know.

10           MR. BECK:  May I have a moment, Your

11   Honor?

12           THE COURT:  You may.

13           MR. BECK:  May we have Exhibit 97, page

14   8537.  95.  Sorry.  I can't even read my own

15   handwriting.

16   BY MR. BECK:

17       Q.   All right.  Mr. Lujan, this is your pen

18   pack.  We looked at it briefly yesterday on direct

19   examination.

20       A.   Yes, sir, I remember seeing that

21   yesterday.

22       Q.   Okay.  And do you recognize this as the

23   judgment, sentence, and commitment in September of

24   2007 with Troy Davis and Troy Prichard there?

25       A.   Yes, sir.  Yeah, that's the paper I had,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

                                                                   e-mail: info@litsupport.com
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  my legal stuff.

2      Q.   And is that when you pled guilty to the

3  murder of Animal?

4      A.   Yes, sir.

5      Q.   Does this refresh your recollection as to

6  when you were indicted and then pled guilty to the

7  murder of Animal?

8      A.   I think prior to this, I think maybe two,

9  two-and-a-half months prior to this, I was indicted.

10     Q.   Okay.  So was 2007 the first time you were

11 indicted for Animal?

12     A.   Yes, sir.

13     Q.   And I think you talked about Frederico

14 Munoz, and that was part of the reason you believed

15 you were indicted and found guilty of Animal?

16     A.   Yes, sir.

17     Q.   Why is that?

18     A.   Because at the North facility, it was

19 rumored already that he was talking.  And then I

20 think it was Julian Romero --

21          MR. SINDEL:  Your Honor, that's hearsay.

22          THE COURT:  Are you trying to solicit

23 this?

24          MR. BECK:  I'm not offering it for the

25 truth of the matter asserted, Your Honor.  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   offering it for his state of mind.

2            THE COURT:  Well, why is that important?

3   Maybe you need to approach and tell me why that's

4   important.

5            MR. BECK:  Sure.  If we may approach, I

6   can tell you why it's important.

7            THE COURT:  Okay.

8            (The following proceedings were held at

9   the bench.)

10           MR. BECK:  Your Honor, it's important

11  because the reason that Leonard Lujan was indicted

12  and pled guilty was because there was a cooperator

13  in the case, Frederico Munoz, which was the reason

14  he pled guilty.  So the reason that there may have

15  been people left off of the indictment, or on the

16  indictment, that he didn't know about is because we

17  have cooperators in this case.

18           So it's important to bring out that that's

19  the reason he was found guilty, that's the reason

20  he's pled guilty, that's reason he never named Huero

21  Troup, that's the reason that Troup was named for

22  the first time in this indictment.

23           THE COURT:  Well, I guess I'm -- what is

24  this rumor that Munoz was talking about Julian

25  Romero?  What is that?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

368

```
 1              MR. BECK:  I wish I knew.
 2              THE COURT:  What testimony -- can we give
 3    a limiting instruction on the fact that there is a
 4    rumor; they can't consider it for the truth, just
 5    the impact it had on Mr. Lujan's decision?
 6              MR. SINDEL:  I mean, it's fairly
 7    incredulous, first of all, that he never saw the
 8    police reports in connection with this case, because
 9    there is a number of people who come in cooperating
10    against him, and Munoz is not one of them.  But
11    there is Mark Lugo and other people who eventually
12    will be discovered.
13              But I don't know if that's an objection.
14              THE COURT:  Let me give the limiting
15    instruction.  And why don't you lead him so we don't
16    get into the Julian Romero and --
17              MR. CASTLE:  I think all he has to ask is:
18    Did you think that Mr. Munoz was informing on you?
19              That's his state of mind.  Does he not
20    know of it?  It's also based on hearsay.  I think we
21    are contesting that that was his state of mind, Your
22    Honor, because Mr. Munoz made a very public plea on
23    May 4, 2007, in which he said he would refuse to
24    identify his co-conspirators, so that will be a
25    contested fact in this trial.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And so I don't believe getting in evidence
 2   as to what he thought is admissible under the rules
 3   of evidence.
 4              MR. SINDEL:  In fact, Mr. Munoz
 5   specifically testified, "It was me, and me alone,
 6   who designed and carried out this plan, and no one
 7   else participated."
 8              THE COURT:  Well, I think that's going to
 9   require me to make a factual determination and weigh
10   the evidence.  I'll give a limiting instruction;
11   tell the jury not to consider it for the truth; they
12   can only consider it for why Mr. Lujan did what he
13   did.
14              (The following proceedings were held in
15   open court.)
16              THE COURT:  All right.  I'm going to allow
17   Mr. Lujan to testify as to any rumor about
18   Mr. Frederico Munoz, but you cannot consider it for
19   the truth of the matter, whether Mr. Frederico
20   Munoz, whatever he's going to say the rumor was.
21   But you can consider it for the impact that it had
22   on Mr. Lujan as to why he made certain decisions,
23   such as his decision to plead.
24              So you can only consider it for that
25   limited purpose, and not for the purpose of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   truth of the matter.
 2            Mr. Beck.
 3   BY MR. BECK:
 4        Q.   Mr. Lujan, I was asking you:  Was one of
 5   the reasons that you pled guilty and you believe you
 6   were indicted in 2007 because there was a rumor that
 7   Frederico Munoz was cooperating with law
 8   enforcement?
 9        A.   Yes, sir.  And then --
10        Q.   All right.  Hold on one second.  Just
11   listen to the question.  Before that time, to your
12   knowledge, had there been anyone else cooperating
13   with law enforcement on the Animal murder?
14        A.   No, not that I -- not to my knowledge, no.
15        Q.   Was Frederico Munoz one of only three
16   people in the cell with Animal when you all murdered
17   him?
18        A.   Yes, sir.
19        Q.   Did you think that would be damaging
20   testimony against you?
21        A.   Yes, sir.
22        Q.   And is that why in 2007, having never
23   before been indicted in the nine years since that
24   murder, you pled guilty?
25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   In your opinion, could Mr. Munoz,
 2   Frederico Munoz, corroborate other witnesses or
 3   other evidence that you had been in that cell
 4   murdering Animal?
 5        A.   Yes, sir.
 6        Q.   I want to go back and talk to you about a
 7   few of the things you discussed with Mr. Castle last
 8   night and this morning.
 9        A.   Okay.
10        Q.   He discussed with you, I think, a
11   statement.  Well, let me see; I might have written
12   it down.  I think he went back over it this morning.
13   Yeah, it was on the PowerPoint he had this morning.
14             I think on June 20, 2007, this is when you
15   got back into MDC and Mr. Billy Garcia showed up.
16   Do you remember that?
17        A.   Yes, sir.
18        Q.   Mr. Castle asked you about a statement
19   that you wanted to know -- you told others in the
20   pod that you wanted to know what was going on before
21   you made any decisions?
22        A.   Yes, sir.
23        Q.   And what was that about?
24        A.   What happened is, I was already living in
25   Seg 4 at MDC.  I was already living there.  And what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1   happened is, all of a sudden Billy Garcia comes from

2   Seg 3 and moves into Seg 4, and they put him on the

3   long top tier.  And most of us that were SNMers were

4   living on the two bottom -- the top tier and the

5   bottom.  There was only six on top, six on bottom,

6   and that's usually where STIU would put us, right

7   there in those cells.  And they put Billy in the

8   long top tier.

9           So, you know, I'd say about maybe 10

10  minutes later, a kite goes under the door, and it's

11  addressed to me.  And the kite says that Billy had

12  PC'd.  And I told Speedy and them right away, I told

13  them, "Hey, you don't treat the viejo any different.

14  You don't treat him any different until we know

15  what's going on."

16          And that's all that was ever said.  I

17  never said anything else.

18      Q.   Why did you think that they may treat him

19  different?

20      A.   Because once there is a kite like that,

21  and the way they put him on the long tier.  On that

22  long tier was guys that were PC and that were

23  neutral and stuff like that.  And --

24      Q.   Let me ask you, what does PC mean?

25      A.   Protective custody.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And what happens if an SNM member goes

2  into PC?  What's the SNM rule about what SNM members

3  are supposed to do?

4    A.   Oh, that's an automatic green light.

5  That's an automatic green light.

6    Q.   So why were you telling other SNM members

7  to wait until you find out what's going on in

8  relation to Billy Garcia?

9    A.   Because I was real close with Billy.  I

10  wasn't going to move on Billy, you know.

11    Q.   Did you think other SNM members were going

12  to move on Billy?

13    A.   Yeah.  That's why I told them, "Until we

14  know what's going on, you treat him the same."

15    Q.   Did you think it was because he was

16  cooperating on the Felix Animal Martinez murder?

17    A.   No, I didn't know exactly what was going

18  on there.  Because at that time, that's when we were

19  fighting.  We were fighting.  Well, Billy was

20  fighting for power against Gerald Archuleta.

21    Q.   And which side of that did you fall on?

22    A.   I fell with Billy.  I was there with Billy

23  the whole time, the viejo all the time.  You know, I

24  was by his side the whole time.  I never turned away

25  from him, nothing.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   I want to press you a little bit on this.

2  Was Billy Garcia in the cell with you, with Animal

3  Martinez?

4      A.   No.  No, sir.

5      Q.   Did he order the Animal Martinez murder?

6      A.   No, sir.

7      Q.   Are those two of the reasons that you

8  might not have been worried about him cooperating

9  with law enforcement?

10      A.   Yes, sir.  Well, I've known Billy for a

11  lot of years, and I knew he wasn't going to be doing

12  something like that.

13      Q.   We talked about statements, the lots of

14  statements that you've given over the years to law

15  enforcement.  What have you said about being Billy's

16  right-hand man in all those statements?

17      A.   I've always -- I've always said the same

18  thing.  I was his right-hand man, and I would have

19  done anything he ever asked me to do.  And that's

20  just the way it was.  Whoever was holding the llaves

21  like that, whoever was running the show at that

22  time, that's who you fell under, you know.

23           And if you were his right-hand man, that

24  means you're tight with him.  You're going to sit

25  there and make sure that everything is running okay

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  and making sure that nobody is going to override his

 2  authority.

 3       Q.   Mr. Castle asked you about whether you

 4  were the only one who knew that Mr. Garza and

 5  Mr. Castillo could be murdered in the exact same way

 6  that you and Frederico Munoz murdered Animal.  Do

 7  you remember that questioning?

 8       A.   I remember him asking the question, and if

 9  I remember, I told him that there was other people

10  that knew about it.

11       Q.   Did you instruct or tell Huero Martinez

12  and Angel DeLeon and Joe Gallegos and Criminal

13  exactly how to murder -- exactly how to murder Frank

14  Castillo and Rolando Garza in the exact same way

15  that you murdered Animal?

16       A.   I told them -- I told them that because

17  that's how Billy wanted it done, the viejo, Billy

18  Garcia, wanted it done that way.

19       Q.   I'm going to show you what's been admitted

20  as Government's Exhibit 133.  Do you recognize this

21  as a picture of Frank Castillo or Pancho?

22       A.   Yes, sir.

23       Q.   Do you see there is a mesh bag or a

24  laundry bag over his neck there?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Did you strangle Animal with a mesh
2  laundry bag?
3      A.    No, sir.
4      Q.    And so when Mr. Castle asked you if you
5  were the only one who knew they could do it in the
6  exact same way, was it done in the exact same way as
7  you murdered Animal?
8      A.    No, sir.
9      Q.    How did you and Mr. Munoz murder Animal?
10     A.    With a rope.  Frederico Munoz made a rope
11 out of the sheet, and that's how it was done.
12     Q.    Did he braid the sheet together to make
13 that rope?
14     A.    Yes, sir, just like braiding hair.
15     Q.    Mr. Castle asked you about getting the
16 feds involved, and I think this was in relation to
17 the August 2007 interview.  Do you remember the
18 questions about that?
19     A.    Yes, sir.
20     Q.    In the August 2007 interview, do you
21 remember if you were the first one who talked about
22 it, or if the APD agent or the attorney was the
23 first one?
24     A.    I think it was me and the APD agent.  Me
25 and him are the ones that talked in the first

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   interview and stuff.  And if I remember --

2       Q.   Would it help refresh your memory to look

3   at a transcript of that 2007 interview?

4       A.   Sure.  Excuse me that my nose is all

5   stuffy.  I have a head cold.

6       Q.   I'm going to direct your attention to

7   Bates No. 212.  It's the August 8, 2007, interview.

8   What I want you to do, Mr. Lujan, is go ahead and

9   read this.

10          There's not a lot, but go ahead and read

11  where it says "Okay" on that page down to the

12  bottom.

13      A.   Okay.

14      Q.   Don't read it out loud.  Just go ahead and

15  read it to yourself.

16      A.   I thought you wanted me to read it out

17  loud.

18      Q.   Sorry?

19      A.   It's okay.  Sorry about that.

20      Q.   And look up at me when your memory is

21  refreshed whether it was you or someone else who

22  first mentioned federal involvement.

23      A.   Okay.  That's -- I'll wait till you get

24  there.

25      Q.   So in this August 8, 2007, interview was

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    it you or someone asking questions who first

2    mentioned federal involvement?

3         A.   Yes, sir.

4         Q.   Who was it?  You or someone else?

5         A.   It was the APD officer, I think.

6         Q.   And to be fair, does he say in here that

7    last time that you had talked, you had mentioned

8    federal involvement?

9         A.   Yes, sir.

10        Q.   And why does he say that last time you

11   talked, you mentioned federal involvement?

12        A.   Because I was --

13             MR. CASTLE:  Calls for speculation, Your

14   Honor.

15             THE COURT:  Overruled.

16        Q.   Let me ask you a better question.  Why

17   does he say in this interview that you had mentioned

18   federal involvement?

19        A.   Because I was worried pretty much about my

20   girlfriend at the time, because she was pregnant,

21   and I knew -- I knew that once I started talking,

22   that there was going to be a green light on me.  And

23   I was worried about my girlfriend, and she was

24   pregnant from my son, you know.

25        Q.   Mr. Lujan, who had put the green light on

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                       1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you?

2       A.   Any SNM member would have hit me if they

3  had the opportunity.

4       Q.   And you read over this transcript just

5  now, at least the page that I showed you, right?

6       A.   Yes, sir.

7       Q.   And you've read over this transcript

8  before?

9       A.   Yes, sir.

10      Q.   It's accurate as far as your recollection

11  of what happened?

12      A.   Yes, sir.

13      Q.   And isn't it true that Richard Lujan -- or

14  excuse me.  Sorry, Mr. Lujan.  Rich Lewis, the APD

15  officer, says, "Um, I know last time you talked

16  about federal involvement and going into the Witness

17  Security Program"?

18      A.   Yes, sir.

19      Q.   Is that why you talked about getting the

20  federal government involved?

21      A.   Yes, sir.

22      Q.   Mr. Castle asked you if you knew if it was

23  Angel Munoz who ordered the murders, yesterday.  Do

24  you remember that?

25      A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.   Do you remember that you told him you
 2   didn't know that?
 3        A.   I might have mistaken it.  But it was when
 4   we were in Milan.  He ordered Playboy, and Playboy
 5   involved me with the murder, you know.  But Angel
 6   didn't give me the direct order.
 7        Q.   I think we're getting confused on murders
 8   here.
 9        A.   Okay.
10        Q.   He asked you if you knew that Angel Munoz
11   order the murders of Frank Castillo and Rolando
12   Garza?
13        A.   No, I remember him asking me that
14   yesterday, and I told him no, I didn't know anything
15   about that.
16        Q.   Who was the first person who told you
17   about the Frank Castillo and Rolando Garza murders?
18        A.   The ones that had ordered it.  The first
19   time I had even heard of them getting hit was, it
20   came from Billy Garcia.  He was the one that wanted
21   it done.
22        Q.   I think he also asked you a question about
23   it being the first time, yesterday in court during
24   your direct testimony, it being the first time that
25   you said anything about Mr. Billy Garcia talking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about murdering other people in March 2001.  Do you

2    remember that question by him?

3         A.   Yes, sir.

4         Q.   And let me ask you, have you mentioned

5    that before?

6         A.   Yes, sir, I have.

7         Q.   Do you remember exactly what you said

8    about it in the August 2007 interview with Rich

9    Lewis?

10        A.   If I remember correctly, I said that when

11   Billy first got there and everything, and got into

12   the pod and everything, he had wanted -- because

13   there was a lot of guys on the line at the time, a

14   lot of SNMers that weren't no good, and he wanted

15   all of them to be hit at one time, bumped.  And then

16   he changed his mind and turned around and

17   concentrated on Pancho and Looney, on Frank Castillo

18   and Garza, you know?

19             So he turned around and changed his mind

20   because he said he wanted us -- he wanted our

21   backyard to be clean.

22        Q.   And so, let me come back to that.

23             So you did -- maybe not in those same

24   words, but you did say on August 7, 2007, in the

25   first interview with police, that Billy Garcia

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  wanted other people hit?

2      A.   Yes.

3      Q.   But then went to Frank Castillo and

4  Rolando Garza?

5      A.   Yes, sir.

6      Q.   Was your next interview with law

7  enforcement in September of 2007?

8      A.   Yes, I believe so.

9      Q.   And in that September 2007 interview, did

10 you again tell law enforcement that there was

11 supposed to be hits on quite a few of them on that

12 same day, but for some odd reason Wild Bill wanted

13 just them two done first?

14     A.   Yes, sir.

15     Q.   And I think we talked about this earlier,

16 and you talked with Mr. Castle, that interview

17 included State Police officer -- State Police agent

18 Norman Rhoades.  Do you remember that?

19     A.   Yes, sir, I remember the name.

20     Q.   All right.  And was he at that first

21 August 2007 interview?

22     A.   I think he was.  I'm not too -- no, I

23 don't think he was.  I think he was at the other

24 one.

25     Q.   And is that why there was another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   interview just a month after the August 2007
 2   interview, so that Mr. Rhoades could be there?
 3          MR. SINDEL:  Your Honor, objection.
 4     A.   Yes, sir.  I think that's the one that
 5   took --
 6          THE COURT:  Hold on just a second.
 7          MR. BECK:  One second.
 8          THE WITNESS:  Sorry about that.
 9          MR. SINDEL:  What's the foundation for
10   this?
11          THE COURT:  Why don't you lay some
12   foundation for that.
13   BY MR. BECK:
14     Q.   Why did you have another interview,
15   another recorded interview, just one month after the
16   August 8, 2007, interview?
17     A.   When I had that interview, that's when the
18   District Attorney -- I think Troy Davis -- wanted to
19   give me a deal.  If I gave information, that he
20   wouldn't go seek the death penalty or a life
21   sentence on me, and he would give me a deal for the
22   15 years?
23          And if I'm correct, that conversation
24   was -- it took place in Judge Murdock's conference
25   room, in his chambers.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Sure.  So I think you answered this, but
 2 was Norman Rhoades at the first interview in August
 3 of 2007?
 4      A.   Yes, sir.
 5      Q.   All right.  And you've looked over this
 6 August 2007 interview a number of times, right?
 7      A.   Yes, sir.
 8      Q.   And it's accurate to that interview?
 9      A.   Yes, sir.
10      Q.   And I'm going to show you that interview,
11 and tell me if you see Norman Rhoades' name in that
12 interview.
13      A.   Okay.
14           MR. SINDEL:  Are you going to show the
15 entire interview?
16           THE COURT:  Are you showing him the entire
17 interview?
18           MR. BECK:  Yes.  I handed him the
19 transcript.
20 BY MR. BECK:
21      Q.   Mr. Lujan, in looking over that transcript
22 in August of 2007, on the first page it spells out a
23 couple of people's names, doesn't it?
24      A.   Yes, sir.
25      Q.   Whose names does it spell out?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   It says Rich Lewis.  Me.

2        Q.   It also has Troy Davis' name spelled out

3   on the first page?

4        A.   Yes, sir, it does.

5        Q.   Then elsewhere, are those names marked by

6   "LL," "TD," and "TL"?

7        A.   Yes.  Troy Davis' name?  "LL"?  Because

8   when we go further down I see where it says "LL,"

9   and then "RL," and then it says -- those are

10  punctuation marks or question marks or something.

11       Q.   So does it say -- does it have

12  abbreviations for anyone except for you, "LL"; Rich

13  Lewis, "RL"; and Troy Davis, "TD"?

14       A.   That's it.

15       Q.   So does that refresh your recollection

16  whether Mr. Rhoades was at that first interview?

17       A.   I don't think he was.

18       Q.   All right.

19       A.   I don't think he was there.

20       Q.   And I'm handing you the September 12,

21  2007, interview which starts on page 329.  Now, does

22  that look the same?  It spells out the names of who

23  is talking?

24       A.   It looks the same.  And right away, you

25  see Norman Rhoades' name on it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    So Norman Rhoades was at the second

2  interview?

3    A.    Yes, sir.

4    Q.    But he was not at the first?

5    A.    No, sir.

6    Q.    Do you know that Norman Rhoades was the

7  lead State Police agent for the Frank Castillo

8  murder?

9    A.    No, I'm not sure.  He identified himself

10 as a State Police, but maybe I wasn't paying

11 attention the right way.  But I didn't know if he

12 had -- for the Frank Castillo murder.  I wasn't

13 paying attention on that part.

14    Q.    All right.  So do you remember that --

15 well, I already asked you about other people.

16         Do you remember that in this September 12,

17 2007, interview -- let me ask you a question:

18         With Norman Rhoades there, this interview

19 focused primarily, if not solely, on the 2001

20 murders?  Do you remember that?

21    A.    If I am correct, is that the one that took

22 place in Los Lunas?

23    Q.    In Albuquerque.

24    A.    In Albuquerque?  Okay, I remember.  Well,

25 there was a third one there.  What was the question



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 again?  I don't want to get too confused.

2       Q.   The question was:  Do you remember that

3 this interview with Agent Rhoades focused almost

4 primarily, if not solely, on the 2001 murders?

5       A.   Yes, sir, I remember.

6            MR. SINDEL:  Objection to leading.

7       A.   There was one interview, before I had went

8 back into prison and everything.  And if I remember

9 correctly, there was an interview where it was

10 solely talking about -- we were just talking about

11 the murders right here in Southern.

12       Q.   Do you remember talking with Mr. Sindel a

13 moment ago about Joe Gallegos and you thought there

14 was a green light on him?

15       A.   Yes, sir.

16       Q.   Do you remember talking about -- and he

17 asked you about a torpedo.  Do you remember that?

18       A.   Yes, sir.  He asked me -- he said a

19 different word; then he said "torpedo" afterwards.

20       Q.   Right.  And do you remember talking in

21 this September 2007 interview about why you chose

22 Criminal, Angel DeLeon, and Joe Gallegos?

23       A.   Yes, sir.

24       Q.   And do you remember exactly what you said

25 in that interview?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

388

```
 1        A.   I said there was Joe Gallegos and his
 2   brother, Frankie.  I think that's what I said.  I
 3   told them that there was paperwork or something on
 4   them from back when they were younger, and that they
 5   had to earn their bones and, you know, they had
 6   green lights on them, if I remember correctly.
 7        Q.   Did you say that, "It was Criminal and
 8   Angel, were two of them.  There was Gallegos.  They
 9   were going to get hit, but the thing was, that's the
10   only way they could stop theirs"?
11        A.   Yeah.  That's the only way they could stop
12   that green light, you know.  They were going to get
13   a pass if they would have taken care of what they're
14   going to do.
15        Q.   Is that true in the SNM, that if someone
16   has a hit on them, or a green light, they can then
17   go and put in work and that green light may be taken
18   off?
19        A.   Yes, sir.  There is times where -- there
20   is times where you could -- you could get a pass.
21   And there are some times that they wouldn't let you
22   have a pass.  They would make you think you're
23   getting a pass.
24        Q.   And you talked about there being paperwork
25   on -- there being paperwork on Joe Gallegos and his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   brother, Frankie.  Do you remember that?

2        A.   Yes, sir.

3        Q.   Did you actually say that on page 279 in

4   the August 2007 first interview?

5        A.   I believe so, yes, sir.

6        Q.   Do you remember exactly what you said

7   about Mr. Joe Gallegos and his brother, Frankie G,

8   in 2007?  Or do you not remember?

9        A.   I remember.

10       Q.   It's a "Yes" or "No" question, Mr. Lujan.

11  Do you remember exactly what you said?  Or would

12  looking at the transcript help refresh your memory?

13       A.   Let me see the transcript, please.

14       Q.   Sure.

15            MR. BECK:  May I approach, Your Honor?

16            THE COURT:  You may.

17       Q.   I'm going to show you Bates No. 274

18  through 275.

19       A.   Okay.  I think that's the part where I'm

20  talking about the heroin thing.  Let me see.  Yeah,

21  this is.

22       Q.   All right.  Let me ask you a couple of

23  questions about that, Mr. Lujan.  Did it start with

24  Rich Lewis asking you, "Concerning Mr. Castillo, who

25  did you speak about that?"  Is that how it started?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.  And --

 2        Q.    Okay.  And hold on.  Let me ask you the

 3   next question.  Again talking about SNM members, did

 4   you talk to them and know them by their full first

 5   and last name, or by the name that they went by in

 6   the gang?

 7        A.    Some by their full name, some by

 8   nicknames.

 9        Q.    How did you know Mr. Joe Gallegos?  By

10   Joe?

11        A.    By his full name.

12        Q.    Okay.  Did you know him as Joe or Joe

13   Gallegos?

14        A.    We usually called him Joe.

15        Q.    So after Mr. Lewis asked you, "Concerning

16   Mr. Gallegos" -- or excuse me.

17        A.    Excuse me?

18        Q.    I got confused.  Sorry.

19        A.    I'm all stuffy.

20        Q.    That's all right.  After Mr. Lewis asked

21   you, "Okay, concerning Mr. Castillo, who did you

22   speak to about that?" did you say --

23             MR. SINDEL:  Well, Your Honor, he's

24   reading from a transcript which this individual he

25   said, "Would it refresh your recollection?"  Reading
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  from it does not refresh his recollection.  It tells

2  him what he wants him to say.

3           Objection to the leading form of the

4  question and suggesting in the question exactly what

5  is the testimony he's trying to elicit.

6           MR. BECK:  I'm impeaching what he said

7  here because I'm not offering it for the truth.  I'm

8  offering it because it's not correct.

9           THE COURT:  Well, I don't think you can

10 lead anyway.  So sustain the objection.

11          MR. BECK:  Okay.

12 BY MR. BECK:

13     Q.   When he said, "Concerning Mr. Castillo,

14 who did you speak to about that?" what did you say?

15     A.   When I first started talking about what

16 was going on, I might have got the name wrong, but I

17 know it was Joe Gallegos, you know.

18     Q.   Sure.  Let me ask you this question,

19 Mr. Lujan:  Is that transcript in front of you a

20 record on a matter that you once knew about, but now

21 cannot recall exactly what you said in that

22 interview accurately?

23     A.   Yes, sir.

24     Q.   And was it made or adopted by you on that

25 last page where it says it's -- go ahead and look at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   that last page.

 2       A.   Yeah.

 3       Q.   Go ahead.  And the very last page of the

 4   document, not the page that I showed you, the very

 5   last paper of the document --

 6       A.   I'll get there.

 7            MR. BENJAMIN:  What was the page again?

 8       A.   All right.  Are you saying 301?

 9       Q.   Is that the very last page of the

10   document?

11       A.   I think so.

12       Q.   I don't have it in front of me.  Do you

13   see that there is a certification on the last page

14   of the document?

15       A.   Are you sure it's 301?

16       Q.   I don't think it is 301.

17       A.   The last page.  Oh, okay.

18       Q.   So at the time or near the time when this

19   was fresh in your memory, this transcript, did you

20   adopt it by reading through it and saying it was

21   accurate?

22       A.   Yes, sir.

23            MR. SINDEL:  Your Honor, I'm going to

24   object.  The certification doesn't have his

25   signature on it.  It is the signature of the person



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  who prepared the transcript.  And there is nothing
 2  to indicate that he reviewed it for accuracy, other
 3  than the sheer statement by Mr. Beck.
 4            THE COURT:  Well, I think the question is
 5  asking whether he did review it at the time, so let
 6  him ask the foundational question.
 7            MR. SINDEL:  I'd like foundation, when,
 8  where.
 9            THE COURT:  All right.
10  BY MR. BECK:
11       Q.   And when you adopted this by reading
12  through it, you did that, right?
13       A.   Yes, sir.
14       Q.   And you've read through it again since
15  that time?
16       A.   Yes, sir.
17       Q.   And does it accurately reflect your
18  knowledge when it was recorded in 2007?
19       A.   Yes, sir.
20            MR. SINDEL:  Your Honor, I'm going to
21  object to it accurately reflects his knowledge.  It
22  only reflects his words.
23            THE COURT:  Well, that may be the case,
24  but I am not sure that's quite the distinction for
25  the evidentiary rule.  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  Your Honor, at this time the

2  United States moves to admit under Rule 803(5), as a

3  recorded recollection, the August 8, 2007 interview.

4          THE COURT:  Well, it doesn't permit it to

5  be admitted by the Government.  It can be admitted

6  by the defendants, but not by the Government.

7          MR. BECK:  Right.  It may be read into

8  evidence.

9          THE COURT:  So that's the way it works.

10          MR. BECK:  Right.

11  BY MR. BECK:

12      Q.   Now, going back to the question that I

13  asked you, after Rich Lewis asked you, "Concerning

14  Mr. Castillo, who did you speak to about that?" how

15  did you answer him?  Did you answer him, "I talked

16  to Joe, Joe Castillo, Joe Castillo from Belen"?

17      A.   Yes, sir.  I might have.  Yes, sir, I

18  think that's what I said exactly.

19      Q.   Okay.  Did you say, "Criminal.  I don't

20  know his real name, but his name is Criminal"?

21      A.   Yes, sir, I did.

22      Q.   And then, "Angel, a little dark-complected

23  guy"?

24      A.   Yes, sir.

25      Q.   "Those three.  I talked to all three of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   them in front of, at the time, K units, in front of

2   the K units right there."  Is that what you said?

3       A.   Yes, sir.

4       Q.   All right.  Then going down, continuing,

5   you talk about, "And me and Castillo had the

6   discussion.  Me and Castillo had the discussion that

7   he wanted him to -- he had told me, well, he does

8   not want us to give him a hotshot or what, and I

9   told him, no, no, no."  Did you say that?

10      A.   Yes, sir.

11      Q.   And then going down, Mr. Lewis asked you,

12  "So you spoke to all three.  This Joe, are you sure

13  the last name Castillo"?

14          MR. SINDEL:  Your Honor, I'm going to

15  object.  I still don't believe that Mr. Beck can

16  read from this particular document unless he's been

17  able to establish that this individual, Mr. Lujan,

18  doesn't remember what he said.

19          THE COURT:  No, I think we have to take it

20  a question at a time.  You're going to have to

21  establish that he cannot testify today fully and

22  accurately about these events.  So I think you're

23  going to have to do it a question at a time.

24          MR. BECK:  Okay.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   BY MR. BECK:
2        Q.   Did Mr. Lewis ask you then:  You spoke to
3   all three.  Joe.  Are you sure his last name is
4   Castillo?  Do you remember that?
5        A.   Yes, sir.  And at the time, I --
6        Q.   Hold on.  Hold on.  In response to that,
7   did you tell Mr. Lewis that the person whom you
8   were referring to as Joe Castillo had a brother,
9   Frankie G?
10            MR. SINDEL:  Again, Your Honor --
11       A.   Yes, sir.
12            MR. SINDEL:  -- he hasn't asked him
13   whether he --
14            THE COURT:  Are you reading from a
15   transcript now?
16            MR. BECK:  I'm not.  I just asked him if,
17   in response that, he said that the person he was
18   referring to is Joe Castillo.
19            THE COURT:  These are just general
20   questions now.  Overruled.
21   BY MR. BECK:
22       A.   Yes, sir, I asked him that.
23       Q.   And did you identify this person whom you
24   were referring to as Joe Castillo as someone who had
25   been busted in Los Lunas?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   All right.  And did you say further -- did

 3   you say to him that there were three Castillo

 4   brothers?

 5             MR. SINDEL:  I think the question is,

 6   "What did you say to him about the Castillo

 7   brothers?"  Not "Did you say this?"

 8             THE COURT:  I think it's the same

 9   objection you raised, Mr. Beck, so I think you just

10   need to ask him what his knowledge is, and not have

11   him talk about statements out-of-court.  So

12   sustained.

13   BY MR. BECK:

14        Q.   Do you remember if you told him that there

15   were three Castillo brothers?

16        A.   Yes, sir.

17        Q.   And what did you tell him?

18        A.   I told him, when I told him all this, I

19   might have got the name wrong of the Joe.  But I

20   knew it was them from Belen.  I knew it was all

21   three brothers from Belen because that's where

22   they're from, and they're from East Side Locos, and

23   they were pushing all the dope and everything right

24   there and stuff, you know.

25        Q.   Okay.  So the person that you may have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   mistakenly called Joe Castillo was, if I have this

2   right, someone from Belen who has three brothers,

3   including Frankie G?

4       A.   Yes, sir.

5       Q.   And that they were pushing dope in Belen?

6       A.   Yes, sir.

7       Q.   And is that the same person who you

8   identified yesterday as Joe Gallegos, here in court?

9       A.   Yes, sir.

10      Q.   Mr. Castle asked you about a report from

11  January 23, 2009, with the FBI.  I think you said in

12  this report this was the first time that you

13  identified Casey and Jeremiah Baca as being involved

14  in the murders.  Do you remember that question?

15      A.   On that interview, Jeremiah Baca, he

16  wasn't no part of none of those things.

17      Q.   Do you remember Mr. Castle asking you

18  about that?

19      A.   Yes.  Yeah, I think it was yesterday that

20  he asked.

21      Q.   And do you remember exactly what was shown

22  to you in that 302?

23      A.   He showed me a transcript, but I don't

24  know exactly what it said that I had stated.

25      Q.   Mr. Lujan, would it refresh your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   recollection of what was in that 302 if I showed it
 2   to you?
 3        A.   Yeah.
 4        Q.   I'm going to approach with the 2009 302
 5   that was -- I think it's page 686.  I don't have
 6   Bates numbers.
 7             MR. BECK:  May I approach, Your Honor?
 8             THE COURT:  You may.
 9        Q.   I'm going to direct your attention to
10   these middle two paragraphs here.
11        A.   Okay.
12        Q.   Why don't you read over those and go ahead
13   and look up at me.
14        A.   Okay.
15        Q.   Mr. Lujan, do you remember Mr. Castle
16   asking you about how this was the first time you
17   talked about Casey and Jeremiah Baca and Sleepy
18   being involved in the murders?
19        A.   Yes, sir.
20        Q.   And in those reports, did you talk about
21   Casey and Sleepy being involved in the murders?
22        A.   No, sir.
23        Q.   Did you talk about Casey and Sleepy being
24   the backup team?
25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And is that what we talked about yesterday
 2   on direct?
 3        A.   Yes, sir.
 4        Q.   Did you also talk about the backup team in
 5   the August of 2007 interview and the September of
 6   2007 interview?
 7        A.   Yes.
 8        Q.   Did you also talk about it in the 2014
 9   interview with Jack Burkhead?
10        A.   Yes, sir, I believe so.
11        Q.   Did you also in those -- well, let me ask
12   you:  In that report, does it identify Casey as
13   "Casey"?  Or does it identify as "Casey, last name
14   unknown, possibly Sleepy"?
15        A.   Casey -- if I remember correctly, Casey is
16   Gerald Archuleta's nephew.
17        Q.   And how is it identified in that report?
18        A.   It says "Casey."  It just says "Casey."
19   That's all, from what I can see.  Let me go over it.
20   Okay.  "Casey, last name unknown."
21        Q.   Then when it gets to Jeremiah Baca, how
22   does it identify him in that?
23        A.   Jeremiah Baca is Criminal, and that's the
24   wrong name.
25        Q.   Does it say "Jeremiah Baca, a/k/a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Criminal"?

 2       A.   Yes, sir.

 3       Q.   So the person identified as Jeremiah Baca,

 4  is it safe to say in that report it's actually

 5  identified as "Jeremiah Baca, a/k/a Criminal"?

 6       A.   Yes, sir.

 7       Q.   And who were you referring to as being

 8  involved in that murder when Mr. Castle asked you

 9  about it?

10       A.   Just Criminal.

11       Q.   And so it wasn't yesterday in court was

12  the first time that you talked about the backup

13  teams?  Just so we're clear, those are in almost

14  every one of these statements; is that right?

15       A.   Yes, sir.

16       Q.   Mr. Castle went through a list of your

17  murders with you last night.  Do you remember that?

18  Excuse me.  I think he referred to them as

19  "murders," but they were murders and assaults; is

20  that right?

21       A.   Yes, sir.

22       Q.   And the first one he talked about with you

23  was the first person, a white boy who was drowning

24  in their own blood.  Do you remember that?

25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Who was that?

 2        A.    I don't remember his name or nothing, but

 3   I know we were there at the South facility, and

 4   that's when Mario Montoya approached me and asked me

 5   to give this carnal esquina, who was Rubin Hinjosa,

 6   at the time, because I was the only one that lived

 7   in there.

 8        Q.    Let me ask you about that.  Is Mario

 9   Montoya an SNM member?

10        A.    Yes, sir.

11        Q.    Is Rubin Hinjosa an SNM member?

12        A.    Yes, sir.

13        Q.    Was that an SNM hit?

14        A.    Yes, sir.

15        Q.    He then asked you about the Texas

16   syndicate guy.  Do you remember that?

17        A.    Yes, sir.

18        Q.    Do you remember him asking about 300

19   stitches?

20        A.    Yes, sir.

21        Q.    Did you assault him with the end of a

22   broomstick, causing 300 stitches, because he was a

23   rival gang member of the SNM?

24        A.    Yes, sir.

25        Q.    He asked you about in 1999 and an assault
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

403

1    of Dominic.  Do you remember that?

2         A.   Yes, sir.

3         Q.   And this was -- he asked you if this was

4    an inmate you were extorting for drugs.  Do you

5    remember that?

6         A.   I wasn't extorting him.

7         Q.   And do you remember him asking you that

8    question?

9         A.   Yes, sir.

10        Q.   Did you participate in this hit, in this

11   assault, with a man named John Martinez, Speedy?

12        A.   Yes, sir.

13        Q.   Was he an SNM member?

14        A.   Yes, sir.

15        Q.   Was this an SNM hit?

16        A.   Yeah -- no.

17        Q.   It was not?

18        A.   No, it wasn't an SNM hit.  What happened

19   is, I was there on the blue side, and Smurf, Leroy

20   Lucero, was on the green, they were in the green

21   suits.  And he was calling the shots on the RDC

22   side, and I was calling the shots.  And Dominic, the

23   one that we assaulted that day, I had approached him

24   earlier in the day and told him that if he could

25   front me three papers of heroin.  And he told me he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  didn't have none.  He said he was out, you know.  So

2  I took it -- I told him, "All right, that's cool,"

3  you know.  But later on that evening for dinner, he

4  was out passing heroin to everybody, you know,

5  giving papers to everybody.  So I took that as a

6  disrespect towards me, you know.

7         So what I did is, I didn't even tell

8  Sleepy.  Sleepy just came with me, and I took off

9  walking to Dominic's unit.  And I walked in there,

10  and he was already sitting at the table, playing

11  cards and playing poker and stuff.  And I told him,

12  "Hey, go to your cell right away," you know?  So he

13  goes to his cell.

14         And when he goes to his cell, all of a

15  sudden Speedy punches him and he falls on the bed.

16  When he falls on the bed, I gave him a little few

17  hits too.  And somehow he got turned around, and

18  Speedy pulled down his pants, and I was holding him

19  down.  And Speedy pulled down his pants and stuck

20  his finger in -- excuse my language and

21  everything -- stuck his finger in his asshole to see

22  if the heroin was in his asshole.  And it wasn't.

23         So we started taking off his shoes and

24  everything, and sure enough, the syringe and some

25  heroin was in his shoe.  And so we let him get

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    dressed and everything.  And he had two gold chains,

2    and I told him to give me those gold chains, you

3    know.  So I took his gold chains from him.

4            And after that, I sat there and I did a

5    shot of heroin and Speedy done a shot of heroin, and

6    we left the cottage right there, and we gave the

7    cottage to Dominic and left him with his syringe and

8    everything.  But I took his chains and everything

9    and I told him, "Don't ever lie to me again."

10           But it wasn't an SNM hit.  It was just --

11      Q.   Let me ask you about that.  Speedy.  He

12   was also an SNM member?

13      A.   Yes, sir.

14      Q.   Does the SNM extort other inmates out of

15   drugs if they bring them in?

16      A.   Yes, sir.

17      Q.   Was Dominic an SNM member?

18      A.   No, sir.  He was from the Los Padilla

19   rival gang.

20      Q.   And did you and Speedy, SNM members,

21   extort Dominic out of drugs and his gold chains that

22   day?

23      A.   Yes, sir.

24      Q.   And so did Dominic also disrespect you by

25   not giving you heroin and telling you that he did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   not have it?

2        A.   Yes, sir.

3        Q.   And after that, that was when you and

4   another SNM member then went and assaulted him?

5        A.   Yes, sir.

6        Q.   Does the SNM, in your opinion, look

7   favorably upon inmates that are violent?

8        A.   Yes, sir.  The stronger you are and the

9   more down you are -- it's called "down" to do

10  anything, the more you'll do anything, then those

11  are the ones they're looking at to bring into the

12  organization.

13       Q.   Does "do anything" include assaulting

14  other inmates if they disrespect you?

15       A.   Yes, sir.

16       Q.   Does "do anything" include assaulting

17  anyone who disrespects you?

18       A.   Yes, sir.  Not family members.

19       Q.   Not family?

20       A.   Not kids or anything like that, women or

21  --

22       Q.   Other gang members?

23       A.   Other gang members and -- you know.

24       Q.   Drug dealers?

25       A.   Yeah, drug dealers, things like that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So would someone who has more violent

2  assaults and more violent murders in their history

3  be looked upon more highly in the SNM?

4      A.   Yes, sir.

5      Q.   Is that how someone may become a leader,

6  or I think you said a high member of the S?

7      A.   Yes, sir.  You get more respect.  You get

8  more respect, and people look more up to you and

9  stuff like that.  And if you're there -- if you're

10  there at any facility or whatever, then if you're

11  there, then the other guys will fall under you, and

12  whatever you ask them to do, they'll go and do.

13      Q.   Mr. Castle, in that discussion, also asked

14  you about being a pistolero or an armed bodyguard in

15  2005, 2006.  Do you remember that?

16      A.   Yes, sir.

17      Q.   And were you and Mario Montoya the two

18  armed bodyguards for this drug dealer?

19      A.   Yes.

20      Q.   Did you get into a gun fight, as the armed

21  bodyguards?

22      A.   No, sir.

23      Q.   Okay.  Was Mario Montoya also an SNM

24  member?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

408

```
 1        Q.    For Animal, he asked you about that.   Do
 2   you remember that, the Animal murder?
 3        A.    Yes, sir.
 4        Q.    Was that an SNM murder?
 5        A.    Yes, sir.
 6        Q.    And I think last he asked you about the
 7   two murders in 2001, Garza and Castillo.   Do you
 8   remember that?
 9        A.    Yes, sir.
10        Q.    Were those SNM murders?
11        A.    Yes, sir.
12        Q.    He asked about a letter that you testified
13   about having in 2014.   Do you remember that?   A
14   letter that you said -- I think you thought the
15   United States said it wasn't going to prosecute you.
16    Do you remember that?
17        A.    Yes, sir.
18        Q.    And do you have that letter today?
19        A.    No, sir, I don't.
20        Q.    Did you -- do you remember when Mr. Castle
21   showed you a number of times the 2014 letter or
22   report with an Assistant U.S. Attorney named Jack
23   Burkhead?
24        A.    I think I remember seeing that, and I
25   think that's the one that Daniel Tallon showed me,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    because he had came, Mr. Tallon came.  He was my

 2    attorney at the time.  He came to the North facility

 3    because he had been representing me for a few months

 4    already, and he came to the North facility, and he

 5    had shown me a piece of paper.  And I don't remember

 6    if I signed it or if he gave me a copy or what, but

 7    --

 8         Q.   Hold on one second.  So you remember that

 9    report?

10         A.   Yeah.

11         Q.   Would it refresh your memory to take a

12    look at it?

13         A.   Yes, sir.

14         Q.   I'm going to approach you with the 2014

15    report that starts at Bates 684.  I think one of the

16    attorneys, Mr. Burke, showed you why it's called a

17    302.  Do you see "302" up in the corner of that

18    document?

19         A.   Yes, sir.

20         Q.   Does that start off with listing who was

21    there, including you?  Is your name on there?

22         A.   Yes, sir.

23         Q.   And the United States Attorney, Assistant

24    U.S. Attorney, Jack Burkhead?  Do you see that on

25    there?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, sir.

2    Q.   And a Federal Public Defender or Jason

3  Bowles?  Do you see that on there?

4    A.   Yes, sir.

5    Q.   What date was that?

6    A.   The date was 4/17/2014.

7    Q.   So that was in 2014?

8    A.   Yes, sir.

9    Q.   I'm going to approach you with another

10  report that they showed you from 2017.  I don't have

11  the Bates numbers in front of me.

12       MR. CASTLE:  Your Honor, I'm going to

13  object.  I don't believe there has been a foundation

14  that they've show him this report.

15    Q.   Did Mr. Castle show you that 2014 report

16  from Mr. Burkhead?

17    A.   Yes.  I think -- I believe I have seen

18  this.

19    Q.   Okay.

20       MR. CASTLE:  I thought you were referring

21  to the FBI.

22       MR. BECK:  That's all right.  Sorry.

23    Q.   And I'm going to approach you with the

24  report.  I don't have the Bates No., but it's the

25  January 5, 2017, interview that Mr. Castle showed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you earlier this morning.

2         A.   It --

3         Q.   Hold on just a second, Mr. Lujan.   Did

4    Mr. Castle show you that 2017 interview this

5    morning?

6         A.   I believe so, yes, sir.

7         Q.   And is that another document that in the

8    corner says "FD-302"?

9         A.   Yes, sir, it does.

10        Q.   Does the first paragraph appear the same

11   as the other 302 report you just saw, in that it has

12   the date of the interview and who was present?

13        A.   Yes, sir.

14        Q.   And does that include for those who were

15   present, your attorney, Mr. Clark?

16        A.   Yes, sir.

17        Q.   And does it include Assistant U.S.

18   Attorneys, I think maybe myself and Mr. Castellano?

19        A.   Yes, sir.

20        Q.   What was the date of that interview?

21        A.   January 13, 2017.

22        Q.   I think the date --

23        A.   Oh, the date of the interview was January

24   5, 2017.

25        Q.   You spoke earlier about not agreeing to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  testify, and then later agreeing to testify in this

2  case.  Do you remember that?

3       A.   Yes, sir.

4       Q.   And was it around the beginning of January

5  2017 when you changed your mind from not agreeing to

6  testify, to agreeing to testify in this case?

7       A.   Yes, sir.

8       Q.   I'm going to approach you now with a

9  document.  It's a letter from the United States

10  Department of Justice to your attorney.  It says,

11  "Terms of agreement of debriefings of Leonard

12  Lujan."  It's Bates No. 61798.  It's a Kastigar

13  letter.

14            Mr. Lujan, on the second page of that

15  document, on the back there, does your signature

16  appear on that page?

17       A.   Yes, sir, it does.

18       Q.   And is Mr. Clark's signature also there?

19       A.   Yes, sir.

20       Q.   And is Mr. Castellano's signature also

21  there as the Assistant United States Attorney?

22       A.   Yes, sir.

23       Q.   And what's the date on the front of that

24  document?

25       A.   January 3, 2017.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Is that two days before your January 5,

2    2017, interview?

3    A.    Yes, sir, it is.

4    Q.    I'm going to have you read over the second

5    paragraph in that document.

6    A.    Okay.

7    Q.    Look up at me once you're done.

8    A.    Okay.

9    Q.    So in that letter from the FBI, what does

10   it say about the terms of your debriefings with the

11   United States Government, the FBI, and our office?

12   A.    It said it won't be used against me.

13   Q.    And that letter, is that letter from the

14   federal government to you?

15   A.    Yes, sir.

16   Q.    Was that provided to you just two days

17   before this 2017 report you just looked at?

18   A.    Yes, sir.

19   Q.    And do you remember that in 2014 you

20   interviewed with another Assistant U.S. Attorney,

21   Jack Burkhead, and an FBI agent in 2014?

22   A.    Yes, sir.

23   Q.    And you were talking about a letter in

24   2014 that said the United States wasn't going to

25   pursue its case against you.  Is this something like

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that letter you just saw from 2017 you were thinking

2   of?

3        A.   Yes, sir.  And if I may be correct on it,

4   I'm not sure if it was the U.S. Attorney or if it

5   was the District Attorneys that weren't going to

6   prosecute me, but Daniel Tallon told me that they

7   weren't going to prosecute me; but later on down the

8   road, if they wanted to, they could.

9        Q.   But in 2014 when you thought you had that

10  letter, you did interview or debrief with an FBI

11  agent and U.S. Attorney?

12       A.   Yes, sir.

13       Q.   Do you remember a lot of attorneys asking

14  you about your medical records?

15       A.   I've got a lot of attorneys asked me a

16  bunch of stuff already.  But, yeah, it's been a lot

17  of my medical record.

18       Q.   Do you remember questions from Mr. Castle

19  and Mr. Sindel about presenting as a victim of

20  circumstances?

21       A.   I believe so.

22       Q.   And rationalizing offense and denying

23  guilt from it?

24       A.   Yes, sir.

25       Q.   For the Felix Animal Martinez murder, were

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you ordered to participate in that murder?

2       A.   Yes, sir, through Frederico Munoz and

3   Angel Munoz, is the one that gave the order.

4       Q.   How about in 2001, with the Frank Castillo

5   and Rolando Garza murders?

6       A.   Yes, sir, through Billy Garcia.

7       Q.   To be fair, as a good SNM member, did you

8   want to participate in those murders?

9       A.   Yes, sir.  I was just following what I had

10  to do.

11          MR. SINDEL:  Objection, Your Honor.

12          THE COURT:  Hold on.  Hold on, Mr. Lujan.

13          MR. SINDEL:  First of all, self-serving.

14  And second of all, Mr. Beck keeps using the phrase

15  "to be fair."  I think he can ask questions without

16  characterizing what he thinks he's doing.

17          THE COURT:  Let's eliminate that phrase.

18  Sustained.

19  BY MR. BECK:

20      Q.   Did you also want to participate in the

21  murders?

22      A.   In the murders, it was -- you had to.  If

23  you didn't do it, then you were going to be the one

24  greenlighted, if that's a good answer, the proper

25  answer, you know.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   As an SNM member, did you want to put in

2  work for the SNM?

3      A.   Yeah.  Yes, sir.

4      Q.   Is that one of the reasons you

5  participated in it?

6      A.   Yes, sir.

7      Q.   Mr. Solis and Mr. Castle discussed about

8  some things about antisocial personality disorder.

9  Do you remember that?

10     A.   Yes.

11     Q.   And that you don't have remorse for your

12 actions?

13     A.   Yes, sir.

14     Q.   Do you have remorse?

15     A.   Yes, sir.

16     Q.   At a court proceeding in March of 2017

17 when you pled guilty in this case, did you apologize

18 to Mr. Frank Castillo's sister about his murder?

19     A.   Yes, sir.

20     Q.   I'm sorry?  I didn't hear that.

21     A.   Yes, sir.

22     Q.   Mr. Sindel asked you a couple of questions

23 about your previous statements to law enforcement.

24 Do you remember those questions?

25     A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And he played a recording of your March
 2  2007 interview with the State Police?
 3       A.   Yes, sir.
 4       Q.   Do you remember that?
 5       A.   Yes, sir.
 6       Q.   Were you truthful with police during that
 7  interview, fully truthful?
 8       A.   Yes, sir.  When I gave that interview, I
 9  was kind of like shaky with Freddie Munoz and then
10  Manuel Benito because the detectives kept -- I was
11  living in --
12       Q.   Hold on, Mr. Lujan.  Let me ask you a
13  question.  In that recording that we listened to,
14  where you said you didn't know anything about Felix
15  Martinez's murder, was that truthful?
16       A.   No.
17       Q.   And then Mr. Sindel asked you about later
18  on in some of these interviews, you said you had to
19  know -- get something in writing.  Do you remember
20  that?
21       A.   Yes, sir.
22       Q.   And that you had to give them something
23  big to get out of or to get a better deal in the
24  Felix Martinez murder.  Do you remember that?
25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And after that, after you talked about
 2   that, did you then provide them the information
 3   about the 2001 murders?
 4        A.   Yes, sir.
 5        Q.   Is that where you started being
 6   consistent, even though you've told a lot of people
 7   a lot of things, where you started being consistent
 8   about who participated in those?
 9        A.   Yes, sir.
10        Q.   Did you do that and want the deal so that
11   you could get out of prison at some point, instead
12   of living the rest of your life in prison or
13   possibly being put to death?
14        A.   Yes, sir.
15        Q.   Is that why you kept asking to have
16   something in writing?
17        A.   It was for that, and my girlfriend.
18   Because I was worried about her because she was
19   pregnant at the time.
20        Q.   You did -- you did -- you were asking for
21   a deal other than spending your life in prison?
22        A.   Yes, sir.
23        Q.   Mr. Sindel asked you about this case, and
24   he asked you -- I wrote this down, "If you perform
25   to the United States' satisfaction to get that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    motion today, could you get out of prison earlier?"

2          Do you remember that question from him?

3     A.    I remember that earlier.

4     Q.    And what's your understanding about the

5    possibility of not -- well, let me ask you this

6    question first:  As we sit here today, what sentence

7    are you facing?

8     A.    A life sentence.

9     Q.    Is that mandatory?

10    A.    Yes, sir.

11    Q.    In the federal system, does that mean

12   there is no possibility of parole?

13    A.    Yes, sir.

14    Q.    And when Mr. Sindel asked about performing

15   to get a motion, to your understanding did he mean

16   what we're calling a 5K motion?

17    A.    I understand what a 5K is, but I really

18   don't -- really, not all the way, you now.  I've

19   talked about it with my attorney a few times but,

20   you know, I still have a hard time understanding it.

21    Q.    May I have Exhibit 98, please?

22          Mr. Lujan, is this your plea agreement

23   with the United States for this case?

24    A.    Yes, sir, it is.

25    Q.    All right.  And then if we go to the next

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   page, please.  And does this reflect what you and I

2   just talked about, that right now you face a

3   mandatory life imprisonment sentence?

4        A.   Yes, sir.

5        Q.   If we can go to the next exhibit, Exhibit

6   99, please.  To the next page, please.

7            Here in paragraph 6, is this, "The United

8   States may move, pursuant to 5K1.1, to have the

9   Court depart downward," is that what we've all been

10  referring to, is that 5K motion?

11      A.   Yes, sir.

12      Q.   And is that the only possibility you have

13  of not serving the rest of your life in prison?

14      A.   Yes, sir.

15      Q.   If we can go to the previous page.

16  Paragraph 2 in this document, Mr. Lujan, read

17  through that and look up at me when you're done.

18      A.   Okay.

19      Q.   Do you understand that if you don't abide

20  by that paragraph, that the United States can

21  rescind the plea agreement entirely or institute

22  proceedings against you?

23      A.   Yes, sir.

24      Q.   And what does that paragraph require of

25  you to perform to the United States' satisfaction to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  get that motion?  What does that paragraph require

2  of you?

3        A.   To give truthful information and not to

4  falsely accuse anybody of anything or anything like

5  that, or you guys will proceed with -- throw away

6  the plea bargain.

7            MR. BECK:  No further questions, Your

8  Honor.

9            THE COURT:  Thank you, Mr. Beck.

10            Anything else from anyone?

11            MR. SINDEL:  I do.

12            THE COURT:  Go ahead, Mr. Sindel.

13            MR. SINDEL:  I think Mr. Castle would --

14            THE COURT:  All right.  Mr. Castle.

15                  RECROSS-EXAMINATION

16  BY MR. CASTLE:

17        Q.   Mr. Lujan, you've talked about this backup

18  team; isn't that right?

19        A.   Yes, sir.

20        Q.   Okay.

21            MR. CASTLE:  I'm going to move for the

22  admission of Exhibits BV-1 and BV-2, which are

23  inmate population reports at the Southern New Mexico

24  Correctional Facility for March 25th and March 26th.

25  They are Bates pages 21535, it starts there for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BV-1; and 21550 for BV-2.

2           MR. BECK:  Objection to hearsay.

3           THE COURT:  Why don't you approach.

4           (The following proceedings were held at

5  the bench.)

6           THE COURT:  How are these different from

7  reports we've had earlier?

8           MR. CASTLE:  These show all the inmates

9  that were in the facility on those dates.  I can

10  enter them at this point in time under conditional

11  admission, and I will call the Department of

12  Corrections official we've endorsed the custodian to

13  get these documents in.  These are part of

14  discovery, and I do not believe -- they are

15  regularly kept, and under 803, I believe (6) or (8)

16  and I can't remember which one -- that the

17  Government has a legitimate argument that these are

18  not accurate.

19           MR. BECK:  I mean, if Mr. Castle thinks

20  they'll be authenticated, then I think conditional

21  admission it fine.

22           THE COURT:  All right.

23           (The following proceedings were held in

24  open court.)

25           THE COURT:  All right.  So the Court is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   going to conditionally admit these.  We may need a
 2   person from the Corrections Department later to lay
 3   the foundation, but for the present time they'll be
 4   conditionally admitted as BV-1 and BV-2 in evidence.
 5              (Defendants' Exhibits BV-1 and BV-2
 6   conditionally admitted.)
 7              THE COURT:  Mr. Castle, can we take the
 8   lunch break at this point?
 9              MR. CASTLE:  I think the Court knows that
10   I never want to miss that.
11              THE COURT:  All right.  We'll be in recess
12   for about an hour.
13              (The jury left the courtroom.)
14              THE COURT:  All right.  We'll be in recess
15   for about an hour.
16              (The Court stood in recess.)
17              THE COURT:  All right.  It looks like
18   everybody is back, all the defendants are back,
19   everybody has a lawyer.  I think we're a little
20   short on jurors, so we don't have all our jurors
21   back.
22              Is there anything we need to discuss
23   before we bring the jurors in?  Mr. Castle?
24              MR. CASTLE:  Your Honor, there was a -- I
25   don't remember the motion number, but it was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  concerning some mental health records of other

2  witnesses, and the Court -- we did an order to show

3  cause, and then some lawyers have not objected and

4  some have objected.  We were wondering if the Court

5  could perhaps put that on the top of one of its

6  lists?

7           THE COURT:  What do I do with that?  I

8  mean, I'm not sure what I do.  Do you?

9           MR. CASTLE:  We're going to ask the Court

10  to order it.  Because the inmates were told that

11  HIPAA doesn't apply.  I think we put that law in our

12  motion.  And it does apply.  And so we're asking

13  that those materials be disclosed and that that be

14  done under the same protection order that we had

15  before.

16           THE COURT:  All right.  Let me try to move

17  it up.

18           MR. CASTLE:  Okay.  Thank you.

19           THE COURT:  Anything else?

20           Mr. Benjamin, did you want to say anything

21  this morning?

22           MR. BENJAMIN:  Yes, Your Honor.  I

23  apologize that I wasn't here.

24           THE COURT:  No, that's fine.  If you want

25  to use this time to put anything on the record,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you're welcome to do so.

2          MR. BENJAMIN:  Your Honor, I didn't know

3  if the Court -- Mr. Burke and I yesterday tried to

4  make a record regarding what we would have done

5  differently in opening.  I don't know if the

6  Court -- I guess I just have that desire, and it's

7  at the Court's convenience.

8          THE COURT:  Well, go ahead while we're

9  waiting for the jury.

10         MR. BENJAMIN:  If I can grab my notes,

11 Your Honor?

12         THE COURT:  Okay.  I guess the scenario

13 that I keep envisioning, though, is if the

14 Government had put Mr. Jaramillo on the "may call"

15 list and you still didn't know what he was going to

16 say, why you would have changed anything.

17         MR. BENJAMIN:  Your Honor, I think

18 Mr. Lujan is probably the perfect example.  He's on

19 the stand, but I will use him by way of example.  In

20 opening statement, Mr. Castle used a letter from him

21 and then contrasted that as to what he expected the

22 evidence to show.

23         Regarding Mr. Joe Gallegos, the Court

24 noticed that I led with a 911 call.  This was a 911

25 call that the defense had obtained, and it was not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   obtained by the Government.  In my estimation, going

2   into this trial, the most dangerous count for

3   Mr. Joe Gallegos was Count 16, and that references

4   Count 13.  And so I led with that information

5   because that was what I wanted to have first and

6   foremost in the jury's mind.  Had I had

7   Mr. Jaramillo alive and in play, I think I would --

8            THE COURT:  But given that -- well, let's

9   you and I talk about this when we have a little more

10  time.

11           MR. BENJAMIN:  Yes, Your Honor.

12           THE COURT:  All rise.

13           (The jury entered the courtroom.)

14           THE COURT:  All right.  Mr. Lujan, I'll

15  remind you that you're still under oath.

16           THE WITNESS:  Okay.

17           THE COURT:  Mr. Castle, if you wish to

18  continue your recross, you may do so at this time.

19           MR. CASTLE:  Thank you.

20           THE COURT:  Mr. Castle.

21           MR. CASTLE:  May I approach the witness,

22  Your Honor?

23           THE COURT:  You may.

24  BY MR. CASTLE:

25      Q.   Mr. Lujan, I'm going to show you an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

427

```
1   exhibit that has been conditionally admitted as
2   BV-1.  Do you see this as the inmate population
3   report for the Southern New Mexico Correctional
4   Facility?
5        A.   Yes, sir.
6        Q.   And it's total inmate population as of
7   March 25, 2001.  Do you see that?
8        A.   Yes, sir.
9        Q.   And then also, BV-2 is the same kind of
10  report, but it's for March 26, 2001.  Do you see
11  that?
12       A.   Yes, sir.  It's a little blurry.
13       Q.   Okay.  You have that.
14       A.   No, these ones are -- these are discards.
15  And you're saying --
16       Q.   Well, these reports are done in
17  alphabetical order; is that right?  Is that what it
18  looks like?
19       A.   Yes, sir.
20       Q.   You indicated earlier that the third
21  squad, or whatever you call it, the backup squad of
22  people were people you enlisted from your own pod.
23  Do you recall saying that?
24       A.   Yes, sir.
25       Q.   Now, your pod -- let's take a look for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   your name.  The Bates No. is BV-1, starting at

2   21535; and BV-2 is starting at 21550.  Your pod was

3   5-BB, is that right?  That's where your name is,

4   right here, 5-BB?

5        A.    Yeah.  And I think that I was in blue pod.

6        Q.    Okay.  Now, we're going to go through.

7   What I've done is highlighted it for you so we can

8   do it easily.

9        A.    Okay.

10        Q.    The names of the people that were in 5-BB

11   pod.  One of the first people is Mr. Garcia, Billy

12   Garcia, right?  He was in your pod?

13        A.    Yes, sir.

14        Q.    Let's go through and see who they are.

15   Well, we'll do March 25th first.  March 26th.  I'm

16   sorry.  Stop me when you see one highlighted.

17        A.    Right there.

18        Q.    Okay.  The first person is Jamie Cortez;

19   is that right?  Or Jaime Cortez?

20        A.    Jaime, yeah.  That's what we called him,

21   Jaime.

22        Q.    Reno Curtis was in their cell block?

23        A.    Um-hum.

24        Q.    Billy Garcia?

25        A.    Um-hum.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Marvin Harper; Theodore Hernandez; Flavio
 2   Jaramillo, correct?
 3        A.   I think that's --
 4        Q.   Well, is that Theodore?  I'm just pointing
 5   out the names, sir.
 6        A.   That's Smurf.
 7        Q.   Oh, that's now Smurf?  Theodore Hernandez
 8   is now Smurf?
 9        A.   I don't remember.  Because I think that's
10   Smurf.
11        Q.   Okay.  You told us before it was Daniel
12   Archuleta.
13        A.   Huh?  No.  Because seeing it, I told you
14   he was from Anthony, New Mexico.  I didn't tell you
15   who he was.  I guess you said Smurf.
16        Q.   Okay.  Well, let's keep going.  Martin
17   Ludie.  And there's your name?
18        A.   Yes.
19        Q.   Then there's Carlos Mirabal?
20        A.   Yes, sir.
21        Q.   Ernie Montoya; Edward Perales; Carl
22   Sanchez?
23        A.   Yes, sir.
24        Q.   Timothy Thyberg; Patrick Vigil; David
25   Vigil; and Frank Llanes?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1        A.    Okay.

2        Q.    Nobody changed in and out of your pod

3   between the two dates, between the 25th and the

4   26th?

5        A.    No.

6        Q.    Okay.  Now --

7        A.    I'm not aware that anybody changed out of

8   that pod.

9        Q.    Now, you said earlier that Daniel

10  Archuleta was one of the people in the hit squad.

11  Can you see that there is no Daniel Archuleta at all

12  in Southern New Mexico Correctional Facility during

13  these dates?

14       A.    I was -- I might have been a little

15  confused with the name, but I --

16       Q.    I'm just asking you --

17       A.    But I also mentioned Anthony.

18       Q.    Sir, hold on.  The question was --

19       A.    I said Anthony, New Mexico.

20       Q.    Sir, the question was:  Was there a Daniel

21  Archuleta in there?  Take a look.  I'll leave these

22  with you.  Is there a Daniel Archuleta in there?

23            While you're looking, why don't you look

24  for Jeremiah Baca and Samuel Gonzales.

25       A.    Jeremiah Baca wasn't living with us at the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   time.
 2        Q.   Okay.  Would I be correct -- first of all,
 3   that's a roster of everybody at Southern, not just
 4   in your pod?
 5        A.   Yeah.
 6        Q.   No Samuel Gonzalez, no Daniel Archuleta,
 7   and no Jeremiah Baca, correct?  "Yes" or "No"?
 8        A.   Yes, sir.
 9        Q.   Right.  None of those three people in the
10   second document either, right?
11        A.   No, sir.
12        Q.   Now, Mr. Beck, I think, corrected me when
13   he said that you hadn't said that Jeremiah Baca was
14   involved in the murder, but you've said that
15   Mr. Jeremiah Baca was supposed to be one of the
16   people who was the backup crew?
17        A.   Yes, sir.
18        Q.   Now, we heard a few minutes ago that if
19   you told something in court that wasn't true, that
20   you would lose your 5K chance at a reduced sentence.
21   Do you remember that?
22        A.   Yes, sir.
23        Q.   And if you blame somebody for something
24   they didn't do, you'd lose that, right?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Now, you've told them in the past that

2  Jeremiah Baca was part of the backup crew, right?

3     A.   Yes, sir.

4     Q.   And after you told them that, did they

5  withdraw the 5K part of your plea agreement?

6     A.   I'm not aware of that.

7     Q.   And you said Mr. Baca was in your unit,

8  your pod?

9     A.   I never said that.

10     Q.   Well, you said the backup crew was picked

11  from your pod?

12     A.   Yeah, but I didn't say the whole backup

13  crew was picked from my pod.

14     Q.   Now, you said -- I think it was just a

15  misstatement, but there was a question about whether

16  you had talked to me last night.  You didn't talk to

17  me last night.  I've never met you outside the

18  courtroom, right?

19     A.   No, we talked yesterday.

20     Q.   There were some questions about this long

21  top tier that Mr. Garcia was on, right?

22     A.   Yes, sir.

23     Q.   That's the PC, right?  Protective custody

24  area?

25     A.   It's for PCs and people that are neutral,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  they ain't no -- they're no longer members of any

 2  gangs or anything like that.

 3       Q.   So dropouts?

 4       A.   Yeah.

 5       Q.   So you've told us time and time again that

 6  you were ordered to kill Animal and you were ordered

 7  to do the 2001 or orchestrate the 2001 murders, and

 8  that you did it because if you didn't do it, you'd

 9  be killed.  Do you remember saying that?

10       A.   Yeah, anybody in SNM if they didn't do

11  something.

12       Q.   Well, there is always an option, sir.

13  There was always an option of you to go to PC,

14  protective custody, correct?  "Yes" or "No"?

15       A.   Yeah.

16       Q.   And you could have gone into the dropout

17  program, correct?

18       A.   Yes, sir.

19       Q.   So you made an independent choice to not

20  go into PC or the dropout program; but to instead

21  commit murder.  Correct or incorrect?

22       A.   I guess if that's what -- how you want to

23  receive it, you know, if you want to say it like

24  that.

25       Q.   That was your choice, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   My choice was to follow an order that was

2  given to me.

3     Q.   When you were just questioned, you were

4  questioned a number of times about how every time

5  you've made a statement, you've been consistent.  Do

6  you remember those questions?  Ever since August of

7  2007?

8     A.   Yes, sir.

9     Q.   And I think one example they gave you was,

10 you've always consistently said that you were Mr.

11 Garcia's right-hand man.  Do you remember that?

12 That was the example they used?

13    A.   Sure.  To that effect, yes, sir.

14    Q.   Okay.  Let's go through your statements

15 real quickly, if we can.  The first one is on August

16 8th.  And I'm going to search for "right-hand," and

17 let's see if you said it to anybody.  You said

18 Freddie Munoz was Angel's right-hand man during that

19 interview, correct?

20    A.   I might have said that, but that was

21 probably --

22    Q.   Well, did you say that or not?

23    A.   I meant to say probably Gerald Archuleta

24 because that's who Frederico Munoz was.

25    Q.   Okay.  Let's just go through and see if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you said that you were Mr. Garcia's right-hand man.

2  I'm just going to keep going.  Tell me when you're

3  finished.  You don't have to say it out loud.  Just

4  read it.

5           So nowhere in that interview do you say

6  you were Billy Garcia's right-hand man, do you?

7       A.   Probably not in the first one.

8       Q.   Let's go to the second one.  The second

9  one was on September 11th, and I believe that was

10 with -- I'm sorry.  That's a different one.

11 September 11th. I'm sorry.  September 12th.  Let's

12 look for "right-hand" in that one again.  It doesn't

13 show it?  It doesn't come up at all, right?  You

14 didn't say it that day, either?

15      A.   No.

16      Q.   Let's go on.  The next time you talked was

17 November 12th of 2007.  Let's see if you said

18 "right-hand man," you were his right-hand man in

19 there.  It didn't show up there, either, did it?

20      A.   No.

21      Q.   Let's go to October 12th.  No, I'm sorry.

22 That's not a report.  Well, you talked lots of

23 times, right?

24      A.   Yes, sir.

25      Q.   It wasn't until very recently that you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   said you were his right-hand man, correct?  "Yes" or

 2   "No"?

 3        A.   If I'm correct, I think it was in, I

 4   think, the 2014 interview, somewhere around there

 5   that I said that.

 6        Q.   So that's when you first said it?

 7        A.   I think.

 8        Q.   You have a very good memory on that part.

 9   You brought that up for the first time in 2014?

10        A.   I believe so.

11        Q.   So when you told the Government, when they

12   used that as an example, saying you were always

13   consistent, that's not true?  The first time you

14   brought that up was 2014; is that right?

15        A.   Yes, sir.

16        Q.   And that was in that interview with the

17   U.S. Attorney, correct?

18        A.   Yes, sir.

19        Q.   Now, you've told us today and yesterday

20   that you went to court numerous times or several

21   times on your -- on the Animal murder, and you were

22   going back and forth several times before you

23   actually made your statement; is that right?

24        A.   Before I took the plea bargain?

25        Q.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.

 2        Q.    Actually, let me show you a document.

 3   It's RV-3.

 4              MR. CASTLE:  I'm moving for its admission.

 5   I've given it -- I think the Government is not

 6   objecting.

 7              MR. BECK:  What is it?

 8              MR. CASTLE:  Oh, it's BV.

 9   BY MR. CASTLE:

10        Q.    Let me show you a copy of the Court file,

11   BV-3.  Why don't you look through this.  I'll point

12   out some dates.

13        A.    Can you slow down?

14        Q.    Yes.  No worries.  Take your time.  Why

15   don't you go through it.

16        A.    These are dates I went to court?

17        Q.    Just take a look.

18        A.    This is what --

19        Q.    Let's talk about this for a second, okay?

20        A.    Okay.

21        Q.    Actually, the first time you went to court

22   on this was September 13, 2007, about a month after

23   you made your statement to the police; September

24   13th, where you were charged by information with

25   second-degree murder.  Do you see that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, sir.

2      Q.    And you worked on the agreement to do

3  that; is that right?

4      A.    Prior to that, I had went to court I think

5  about two or three times prior to any of this.

6      Q.    You went to court on a case that didn't

7  exist prior?

8      A.    When I went to court, they always canceled

9  the courts.

10     Q.    Okay.

11     A.    When I would go, they would cancel it on

12 me.

13     Q.    What happened here is, you had an

14 agreement to second-degree murder; is that correct?

15     A.    Yeah.

16     Q.    On September 14th.  But then you backed

17 out of it because the deal wasn't good enough for

18 you.  And the next day, the District Attorney's

19 Office went in and they upped the charge to

20 first-degree murder.  Do you see that?  September

21 14th, they upped it to first-degree murder?  Do you

22 see that?

23     A.    Um-hum.

24     Q.    And then you finally worked out a deal

25 five days later, again to second-degree murder; is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that right?

2        A.   Yes, sir.

3        Q.   And we've talked about the 15 years, but I

4   want to talk about something that you haven't talked

5   about, nor have you indicated.  You actually worked

6   out a deal where those 15 years would be concurrent

7   to two other convictions you were currently serving,

8   06-CR-5126 and 07-01016.  Do you see that?

9        A.   Yes, sir.

10       Q.   Those were two other cases you were

11  convicted of.  And so what does "concurrent" mean?

12       A.   They're running together.

13       Q.   So how many years were you serving on

14  those cases?

15       A.   I don't quite remember exactly.  I

16  think -- if I were correct, I think they're the ones

17  that I was doing the nine years for and the eight

18  years habitual.

19       Q.   Okay.  So in essence, your murder sentence

20  was much lower than even the 15, because you were

21  already serving a nine-year sentence?

22       A.   If you look at my good time sheets from

23  the penitentiary, I was just doing time on the

24  murder.

25       Q.   Okay.  So that was a plea bargain.  You

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    asked for it to be concurrent on two charges you

2    weren't serving time on.  Is that what you're trying

3    to tell us?

4        A.   Yeah.  I was doing time on the 15 years.

5    That's why I'm telling you if you look at my

6    penitentiary good time sheets, you'll see that

7    that's what I was doing.  I was doing the time for

8    the murders.

9        Q.   Is it your testimony that the prosecutor

10   and your lawyer had worked that out, and worked it

11   out so that your 15 years was concurrent with two

12   other cases; they were just mistaken that you were

13   serving time on other cases?

14       A.   If they were running concurrent in the

15   penitentiary system, the higher charge is the one

16   that's the time you're going to do.

17       Q.   Okay.  So it might say --

18       A.   It's concurrent case.

19       Q.   So it might say only that you're doing

20   time on the murder case; but really, you're doing it

21   on all the cases together, correct?

22       A.   Possible.

23       Q.   So if you ran a nine-year sentence

24   concurrent with a 15, then really --

25       A.   You're doing the 15.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                          1-800-669-9492
                                                               e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Right.  So you only got six years extra?

2    A.   No.  I was already almost eight years into

3  the 15 years.

4    Q.   Eight years into it?

5    A.   Yes, sir.

6    Q.   You served that, and then you had one year

7  left, it sounds like?

8    A.   I was three months left to parole.

9    Q.   Now, I think there were some questions

10  about one of the ways that someone might be able to

11  rise in the SNM was based upon violent activities

12  they did.  Do you recall that question?

13    A.   Yes, sir.

14    Q.   And you said yes, that's one of the ways,

15  right?

16    A.   Yes, sir.

17    Q.   That's how you rose in the SNM, through

18  your violence?

19    A.   Yes, sir.

20    Q.   It wasn't through your charisma or your

21  leadership or intelligence or anything of that

22  nature; it was through violence, and violence alone?

23    A.   Yes, sir.

24    Q.   Now, there was some considerable effort to

25  show you some -- I think it's called a Kastigar

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   letter?
 2        A.   Yes, sir.
 3        Q.   The letter that you were talking about,
 4   that you claimed you got, that said you'd never be
 5   prosecuted, you have always maintained that that
 6   letter was given to you by a lawyer by the name of
 7   Daniel Fallon, correct?
 8        A.   No, sir.  Daniel Tallon.
 9        Q.   Tallon.  Okay.  Tallon?
10        A.   Yes, sir.
11        Q.   Okay.  Now, when you saw the Kastigar
12   letter that you got, it didn't have his name on it,
13   did it?
14        A.   I believe it did.
15        Q.   Well, let's retrieve it.  This is a letter
16   they showed you before the lunch break?
17        A.   Yes, sir.
18        Q.   And that's with Mr. Clark, who is your
19   attorney, the attorney that's here in court with
20   you?
21        A.   Yes, sir.
22        Q.   And he objected on your behalf.  In 2014
23   when you met with Mr. Burke, let's take a look at
24   that and see if it was Mr. Tallon.
25        A.   No.  Prior to Dean Clark, representing me,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   it was Dan Tallon.

 2       Q.   The only question at hand is:  Was this

 3   with Mr. Tallon?  The answer is "No," right?

 4       A.   No.

 5       Q.   So have you given to the prosecution or

 6   the Government any letter that says you weren't

 7   going to be prosecuted, from Mr. Tallon?

 8       A.   No, I've never given them a letter saying

 9   that, but that's -- he came to see me in the state

10   penitentiary over there at the North facility, and

11   you can go and look at the records.  Anytime an

12   attorney comes to visit you or anything like that,

13   it is on record, because they have to put their name

14   on record and everything that they came in to visit

15   you.

16       Q.   Sir, I've got to correct one thing, and I

17   apologize to counsel and to the jury.  It appears

18   there was a Jeremiah Baca in the facility in 2001;

19   is that right?

20       A.   Yeah.

21       Q.   But not in your pod?

22       A.   No.

23       Q.   Okay.  The pod he was in was Looney's pod,

24   right?

25       A.   I believe so.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

444

```
 1              MR. CASTLE:  No other questions.
 2              THE COURT:  Thank you, Mr. Castle.
 3              Mr. Sindel, do you have recross of
 4    Mr. Lujan?
 5              MR. SINDEL:  I do, Your Honor.
 6              MR. CASTLE:  I'm sorry.  I didn't move for
 7    the admission of BV-3, which is the court file.
 8              THE COURT:  Do you have any objection to
 9    that, Mr. Beck?
10              MR. BECK:  No objection.
11              THE COURT:  Any other defendant have any
12    objection?  Not seeing any or hearing any, BV-3 will
13    be admitted into evidence.
14              (Defendants' Exhibit BV-3 admitted.)
15              MR. CASTLE:  Do you have BV-3 up there?
16              THE WITNESS:  No, sir.
17              MR. CASTLE:  Can we check Agent Acee's
18    pocket?
19              THE COURT:  Mr. Sindel.
20              MR. SINDEL:  May I approach, Your Honor?
21              THE COURT:  You may.
22                    RECROSS-EXAMINATION
23    BY MR. SINDEL:
24         Q.   I think this is sorted out, but I want to
25    make sure, Sammy Gonzalez you knew as Sleepy, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.   That was the other -- I think that
 2   was the other Sleepy.   There was two Sleepys there
 3   at the time.
 4        Q.    Who was the other Sleepy?
 5        A.    Rick Sandoval.
 6        Q.    What was Sammy Gonzalez's nickname?
 7        A.    Sleepy, I think, too.
 8        Q.    Sleepy?
 9        A.    I think there was two of them.
10        Q.    And you said that you had talked with
11   Sammy Gonzalez on March 25th, which was the Sunday
12   prior to the Monday when you heard the Code Red,
13   right?
14        A.    No, sir.   Rick Sandoval.
15        Q.    You said Rick Sandoval.   So you didn't
16   talk with Sammy Gonzalez?
17        A.    No, sir.
18        Q.    Your testimony, when I questioned you
19   about whether you talked to Sammy Gonzalez just
20   today, you're now saying you never did, right?
21        A.    No.
22        Q.    You never did?
23        A.    There was two Sleepys there.
24        Q.    You said today you never talked to Sammy
25   Gonzalez, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, not about any of the stuff that was

2  going on.

3      Q.   Did you talk to him about anything?

4      A.   No.

5      Q.   Did you meet with him?

6      A.   No.

7      Q.   No?  That's because you know now, he's not

8  even there, correct?

9      A.   No, sir.

10     Q.   You do know that, right?

11     A.   As far as when I was there in Southern,

12  there was two Sleepys.  One was Rick Sandoval, and I

13  think I might have got the name right -- wrong.  And

14  Sammy Gonzalez, I think Sammy Gonzalez might not

15  even be Sleepy.  That might be Gumby.

16     Q.   All right.  So let's try Gumby.  Did you

17  talk with Gumby on March 25th?  Is that right?

18     A.   Yeah.

19     Q.   So March 25th, whether his name is Sleepy

20  or Gumby, you talked to Sammy Gonzalez?

21     A.   Yes, sir.

22     Q.   So can you look through these records,

23  BV-2 and the BV-1, and see if you can find Sammy

24  Gonzalez there?  It is alphabetical, you know?

25     A.   Yeah, I know.  That's what I'm looking

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    for.

2         Q.    A, B, C, D, right?  Is there a Victor

3    Gonzalez?

4         A.    A Victor.

5         Q.    Is there an Esteban Gonzalez?

6         A.    Yes, sir.

7         Q.    Is there a Francisco Gonzalez?

8         A.    Yes, sir.

9         Q.    Is there a Cisco Gonzalez?

10        A.    Yes, sir.

11        Q.    Is there a Daniel and a John Gonzalez?

12        A.    Yes, sir.

13        Q.    Is there a Sammy Gonzalez?

14        A.    No, sir.

15        Q.    What date is that on?

16        A.    On 3/26/2001.

17        Q.    Let's take a look at the date you said you

18   talked to him and see if it's in there.

19        A.    No.

20        Q.    Did you talk to him on the phone?

21        A.    No, sir.

22        Q.    Did you talk to him while you were

23   hallucinating?

24        A.    No, sir.

25        Q.    I'm going to show you what's previously

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  admitted as Government's Exhibit 814.  This is the

2  offender physical location history.  Okay?  So you

3  can look down and see where everybody was at one

4  particular point in time.  And there is a name at

5  the top of it, right?

6       A.   It says "Samuel Gonzalez."

7       Q.   All right.  So let's go and refer, if you

8  would, to page 3.

9       A.   Page 3.  Okay.

10      Q.   Now, does it show there on page 3 that on

11 March 18th he was in SP-2, at B-2248, 2248 being the

12 cell number?  Do you see that on March 18th?

13      A.   Yeah.  I see what you're looking at.

14      Q.   March 18th to March 18th, that's where he

15 is.  And then the next entry shows that on March

16 18th he's discharged until July 5th, isn't that

17 correct?

18      A.   Yes, sir.

19      Q.   And then on July 5th he comes back, and

20 he's put in the intake in 1103, right?

21      A.   Yes, sir.

22      Q.   So from March 18th to July 5th, 2001, he's

23 not even in the institution, is he?

24      A.   Yes, sir, it shows that right there.

25      Q.   And it shows that on the other one, right?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   So were you sleeping when you talked to Sleepy, or
 2   not?
 3        A.    Wait.  Gonzalez is Gumby.
 4        Q.    Gonzalez being Gumby, Gonzalez being
 5   Sleepy.  You said you talked to him, whatever his
 6   nickname, was on March 25th, right?
 7        A.    Um --
 8        Q.    And it couldn't be possible, if these
 9   records are accurate, right?
10        A.    I talked to a lot of people that day, and
11   sometimes it's a little confusing.  But I know who
12   Gumby is.  If you show me his picture, I'll point
13   him out right away.
14        Q.    Okay.  Let's just see.  How many people
15   that day did you talk about killing somebody?
16        A.    I didn't --
17        Q.    Hard to remember?
18        A.    I talked to Eugene Martinez.
19        Q.    I said how many?  I didn't say names.
20        A.    How many people?
21        Q.    How many people did you talk to about
22   killing somebody on March 25th?
23        A.    One, two, three, four, five, six -- there
24   was like about seven that knew about that.
25        Q.    And Gumby was one of them?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Both murders.

 2       Q.    Gumby was one of them?

 3       A.    Yes, sir.

 4       Q.    And Sleepy was one of them?

 5       A.    Yes, sir.

 6       Q.    Now, when Mr. Beck -- do you know what I

 7  mean by spoon feeding?

 8       A.    Oh, man.

 9       Q.    Like a little baby, you make sure they get

10  the food in their mouth?

11       A.    Yeah, I know a little bit.

12       Q.    So I want to ask you some questions.  When

13  you were answering Mr. Beck's questions, you said

14  that your judgment on the murder-second case was in

15  1998 or 1999, right?

16       A.    Somewhere around there, I think.

17       Q.    Is that correct?

18       A.    It might have been in '99.

19       Q.    1990?

20       A.    No, '99.

21       Q.    Okay.  So it was either 1998 or 1999.

22  That was the judgment on the murder-second that you

23  were doing 15 years on and that you were scheduled

24  to be released a couple -- somewhere in late 2015,

25  right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   December -- wait.  They started in

2  December, so three months later would be January,

3  February -- March of 2016.

4    Q.   All right.  So, I mean, you were right on

5  the edge of walking out that prison door when they

6  came with this federal indictment, right?

7    A.   Yes, sir.

8    Q.   And so from 1999, that's the time that you

9  were in custody on the murder-second, according to

10  your memory?

11    A.   Yes, sir.

12    Q.   Your memory that's good now, right?

13    A.   Yes, sir.

14    Q.   And I think you had said to him that you'd

15  never seen the judgment and sentence before, just

16  like you told me you'd never seen any of the

17  discovery before you entered a plea of guilty?

18    A.   I've seen the judgment and sentence.  I've

19  had the little box, I think, that they just showed

20  me a minute ago, where it shows how much time I had

21  and everything.  But I've never seen the actual

22  discovery of the Animal murder.

23    Q.   And you've never seen -- I just want to

24  get this right.  This was a death penalty case, you

25  had a lawyer, and you never saw any police report,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    right?

2          A.    Never saw any of that.

3          Q.    And you never knew what was going down the

4    pipe against you when you talked to the police in

5    August of 2007?

6          A.    No, sir.

7          Q.    So when you talked to them, you still had

8    no idea, no clue what the evidence was?

9          A.    No, sir.

10         Q.    Have you had attorneys on -- you've

11   testified -- I'm sorry.  Let me rephrase that.

12               You testified, in response to Mr. Beck's

13   direct examination the first day you were on, about

14   all the cases that you had, the burglary, the car

15   theft, all those things.  You had an attorney on

16   every one of those cases, didn't you?

17         A.    Yes, sir.

18         Q.    And did all of those attorneys, on those

19   relatively minor in the felonies, give you police

20   reports?

21         A.    Yes, sir.  I had a full disclosure of

22   discovery.

23         Q.    All right.  So the only case that you

24   never got full disclosure on was the most serious

25   case that had ever been brought against you?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   And did you ever write a letter to the
 3   Court or file any kind of pleadings saying, you
 4   know, "I'm in the dark here"?
 5        A.   No, sir.
 6        Q.   "This is a death penalty case.  I need to
 7   know"?
 8        A.   No, sir.
 9        Q.   You just sat back, right?
10        A.   From what I understood, the discovery was
11   sealed, so that's why I didn't even bother, you
12   know.
13        Q.   Discovery was sealed?
14        A.   I got -- I had just got a rumor that it
15   was sealed, and I just didn't bother looking at it.
16   But I never seen it.
17        Q.   When Mr. Castle showed you the record from
18   the Court, did you see anything in there when you
19   reviewed it?
20        A.   Yes, sir.
21        Q.   Saying that those records were sealed?
22        A.   No, sir.
23        Q.   Did you ever think that maybe going to
24   trial, not knowing what the discovery was because it
25   had been sealed, would have been unfair?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

454

```
 1        A.    It never occurred to me.
 2        Q.    Even though you knew that you had a right
 3   to appeal circumstances if your lawyer wasn't doing
 4   his job?
 5        A.    Yeah, I knew I could appeal.
 6        Q.    And you knew you that you could appeal if
 7   the lawyer didn't give you discovery?
 8        A.    I didn't know about that part.
 9        Q.    Well, let me ask you.  So if I understand
10   it right, when you were being questioned on August
11   8, 2007, by Detective Rich Lewis -- you remember
12   what I'm talking about, right?
13        A.    Yes, sir.
14        Q.    You had no idea what the discovery was?
15        A.    No, sir.
16        Q.    And you just went ahead and told him,
17   without having any clue from him what the evidence
18   was against you?
19        A.    Yes, sir.
20        Q.    Is that correct?
21        A.    Yes, sir.
22        Q.    I'm going to show you page 6.
23              MR. BECK:  Is that the interview with Mr.
24   Lewis?
25              MR. SINDEL:  Yes.  I'm sorry.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   This is the interview that you had with

2  Rich Lewis on August 8, 2007, right?  Do you see

3  that?

4    A.   Yes.

5    Q.   And he's asking you the questions, and

6  you're doing the answers, right?  He says, "I plan

7  to talk to you about the homicide from 1998, the

8  Frederico Martinez (sic) strangling," correct?

9    A.   Yes, sir.

10    Q.   And you say, "I agree, I agree, yeah, I

11  know."

12    A.   Yes, sir.

13    Q.   And then it says, "Your DNA came back,"

14  right?

15    A.   He swabbed me.  They swabbed me.  He had

16  swabbed me, and he had told me my DNA had came back.

17    Q.   Yeah.  So you knew that on August 8, 2007,

18  when you were answering his questions, right?  Your

19  DNA came back?

20    A.   Yes, sir.

21    Q.   So when you said you didn't know anything

22  about the discovery or any other information,

23  including what Mr. Lugo said about your activities

24  with him, right?

25    A.   No, I didn't know Mr. Lugo was accusing me

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      of what he was accusing me of.

2           Q.   You didn't know any of that stuff?

3           A.   I knew about the DNA part because they

4      swabbed me.

5           Q.   Well, they can swab you and it can come

6      back negative, right?

7           A.   Yeah.

8           Q.   It wasn't you?

9           A.   Yeah.

10          Q.   But you knew it came back positive,

11     because you said, "Um-hum," right?

12          A.   I didn't know it came back positive.

13          Q.   Well, you said your DNA came back?

14          A.   Yeah.

15          Q.   What did you take that to mean?

16          A.   That's all he said.  But it didn't cross

17     my mind.  It didn't cross my mind.

18          Q.   You're sitting here, being interviewed?

19          A.   It did not cross my mind.  Don't try to

20     put things in my head.

21          Q.   I don't want to coerce the truth out of

22     you.

23          A.   That's what you're trying to do.  It

24     didn't cross my mind.  I never saw the discovery.

25     This isn't true, right here.  I never saw the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   discovery.
 2        Q.    Does he also say, "At the crime scene,
 3   multiple witnesses, including people involved"?
 4   Right?  He's telling you what they have, right?
 5        A.    Yeah.
 6        Q.    And you say, "Well, I already know who's
 7   going to testify and everything," right?
 8        A.    Yeah.  And that's when I was referring to
 9   Frederico Munoz.
10        Q.    And how did you know he was going to
11   testify?
12        A.    Because when I was in -- when I was in
13   BCDC, the old BCDC, in 3 Southeast, I could see out
14   the window, and I would see the detectives taking
15   him out sometimes, and taking out Manuel Benito
16   sometimes.
17        Q.    And those were the two guys?
18        A.    Yes.
19        Q.    "So I already know who's going to testify
20   and everything," right?  That's what you said.
21        A.    Yes, sir.
22        Q.    And there is a note there, "On the
23   Martinez murder, he knows his goose is cooked,"
24   right?
25        A.    I never seen that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   Do you remember on September 12, 2007,
 2  saying, in response to questions that were asked of
 3  you when Mr. Rhoades was present, that you didn't
 4  want anybody to collaborate the story or give you
 5  guys something else?  "Like I was telling you,
 6  somebody might be telling you guys different just so
 7  they can get away with what they're doing, so that
 8  they don't get so much time and stuff."
 9           Do you remember that statement?
10       A.   Yes, sir.
11       Q.   And that's talking about people jumping on
12  the gravy train, right?
13       A.   Yes, sir.
14       Q.   When you talked in response to Mr. Beck's
15  question, you were concerned that the stress and
16  everything might be too much for your pregnant
17  girlfriend?
18       A.   I was concerned about her safety because
19  she was pregnant, and I didn't want nobody to harm
20  her.
21       Q.   Harm her?  Well, did you say this, "I'm
22  going to testify, and she knows" -- I'm sorry, page
23  5.  "I'm going to testify, and she knows what's
24  going on there, but I haven't let her know too much
25  because she's pregnant and I don't want her to lose
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the baby"?

2        A.   Yeah, I said that.

3        Q.   Is that what you said?

4        A.   Yes, sir.

5        Q.   And as you were going through and

6   providing them with details, they said something

7   about you being able to go back and get on with your

8   life, didn't they?

9        A.   I don't remember that.

10       Q.   Page 19.  You're talking there at the top

11  about -- or they're saying, "You know, if you get us

12  details, we can get the feds involved too," right?

13       A.   Yes, sir.

14       Q.   You want that, don't you?

15       A.   Yes, sir.

16       Q.   They've got --

17       A.   I asked for it.

18       Q.   -- all the resources, right?

19       A.   Yes, sir.

20       Q.   They can get you into WITSEC, right?

21       A.   Yes, sir.

22       Q.   They can pay you money?

23       A.   I wasn't even thinking about that at the

24  time.  I didn't know nothing about that kind of

25  stuff.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

460

1     Q.   They've got all the "resources."  Is that
2  the word they used there?
3     A.   Yeah.
4     Q.   And then at the very bottom they say,
5  "Let's get into the details, and you can get on or
6  get you back with your life," right?
7     A.   Yes, sir.
8     Q.   That's what you wanted, right?
9     A.   Um --
10    Q.   To get back to your life?
11    A.   I was looking more out for my girlfriend
12  than me, you know.
13    Q.   Is that the word --
14    A.   I wasn't thinking about the feds.  I'd
15  never dealt with the feds.  How could I know about
16  the feds, if I've never dealt with them?  That was
17  the first time I've ever did anything like that.
18    Q.   Did they talk to you at that interview
19  about getting the feds involved?
20    A.   Yes, sir.
21    Q.   And did you at that interview say, "I want
22  to have everything in writing"?
23    A.   Yes, sir.
24    Q.   "And I want to see what the details are,"
25  right?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I believe I even asked them that I wanted

 2   a copy for my girlfriend and I wanted a copy for my

 3   mother.

 4        Q.   Okay.  Well, that's just fine.  And they

 5   concluded this little bit of discussion with, "And

 6   let's move on, get you back with your life," right?

 7   Right?

 8        A.   Could have been.

 9        Q.   You saw it?

10        A.   Could have been.

11        Q.   I'm going to talk to you -- I mean, first

12   of all, it's been clear from your testimony, a

13   couple things.  First of all, if they don't do what

14   you want or what you've ordered them to do, they can

15   get killed, right?

16        A.   I didn't order nobody to do anything.  I

17   chose them.

18        Q.   I'll rephrase it just like you want it.

19   If they didn't do what you told them to do, it was

20   clear in your mind, clear in theirs, they'd get

21   killed, right?

22        A.   I just chose them to do whatever they were

23   going to do, and I picked them, and that's it.  I

24   didn't order anybody to do anything.

25             MR. BECK:  Objection, Your Honor; outside
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   the scope.
 2        A.   I just picked them.
 3             THE COURT:  Overruled.
 4        Q.   And it was clear in your mind, because you
 5   had set the thing in motion, that if they didn't do
 6   what you said for them to do, they were going to get
 7   hit and killed?
 8        A.   That was the plan.
 9        Q.   That was the plan, right?
10        A.   Discussed by me and Mr. Billy Garcia.
11        Q.   That was the plan that you talked to them
12   about, right?
13        A.   Yes, sir.
14        Q.   And that's the plan that you gave to
15   Sleepy, Smurf, Gumby, and Oso?
16        A.   I never -- I never involved Oso.  Carlos
17   Mirabal was never involved.
18             MR. SINDEL:  May I approach?
19             THE COURT:  You may.
20        Q.   FBI 302?
21        A.   Um-hum.
22        Q.   Left-hand corner, right?  Investigation on
23   2/27/2014, right?
24        A.   Yes.
25        Q.   This is -- everybody has been talking to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you about this one, right?
 2        A.   Yes, all day long.
 3        Q.   And all yesterday, too?
 4        A.   Yeah.
 5        Q.   And in the debriefs you've had with the
 6   Government?
 7        A.   Yes, sir.
 8        Q.   And when you sat down and talked with
 9   Mr. Beck and Mr. Castellano and Mr. Acee and
10   Ms. Armijo, they talked about it, right?
11        A.   They talked about it.
12        Q.   They talked about every single interview
13   you've done, correct?
14        A.   Yes, sir.
15        Q.   They've shown you all the paperwork in
16   getting you ready?
17        A.   Yes, sir.
18        Q.   Getting you ready and rehearsed?
19        A.   I already knew all this stuff.  I pretty
20   much knew everything, you know.  I knew all this
21   stuff.  I've been doing this already since 2007.
22   I've already been interviewed, I don't know how many
23   times.  So I've known a lot of it.
24        Q.   I guess I'm confused.  I thought you took
25   your tablet and smashed it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    I did.

2    Q.    But you still had this paperwork, right?

3  Or you had it in your mind?  Is that it?

4    A.    Not the exact paperwork.  I mean, yeah,

5  they showed me their paperwork and stuff, and they

6  went over it with me, you know.

7    Q.    And then you could change anything you

8  wanted and say, "You know, that is not right,"

9  right?

10    A.    Yeah, I could have changed.  I could have

11  said what had occurred.  But throughout the whole

12  time that I've been giving interviews, I've been

13  consistent.  Yeah, there has been some stuff that

14  wasn't said right and some stuff that was wrong, but

15  it's been consistent.

16    Q.    You've answered the question?

17    A.    Yes, sir.

18    Q.    You are consistent, right?

19    A.    Yes.

20    Q.    You are right down the line, right?

21        Page 3, that paragraph?

22    A.    That shouldn't have been there.

23    Q.    If you were consistent --

24    A.    Because I never asked Oso for nothing or

25  to do nothing.  Because Oso was one of the ones that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was trying to act like he was all hard core and

2    calling shots.

3         Q.   All right.  You've answered the question.

4    Please.  Is Oso's name there?

5         A.   Yeah, it's there.

6         Q.   And is Mirabal's name there?

7         A.   That's Carlos Mirabal.

8         Q.   That's his last name, right?

9         A.   Yes, sir.

10        Q.   So in all this time that you've read

11   everything, memorized everything, and you've

12   rehearsed everything, did you ever say, "Oso

13   shouldn't be there," except here in court?

14        A.   I might have made a mistake and not said

15   it, but he wasn't involved with nothing.

16        Q.   You might have made a mistake and not said

17   it.  Okay.  And also Mr. Beck asked you, Mr. Castle

18   asked you, and I asked you about this situation with

19   the drug trafficker Leysha, right?

20        A.   Um-hum.

21        Q.   And one time you said you didn't carry the

22   Glock, and then later you said you did carry the

23   Glock, right?

24        A.   I did carry the Glock.

25        Q.   But you never shot it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, I never shot it.  I don't know nothing

2  about Glocks.  I don't know about .40s.  I'd never

3  handled one until that night, and the only reason I

4  handled it is because Mario got the truck stuck in

5  the sand and he was trying to drive out.

6      Q.   I don't want to hear about the truck in

7  the sand and driving off.  What I want to know is

8  whether or not you had that Glock in your hand that

9  night?

10     A.   Yeah.

11     Q.   And you say you don't know anything about

12 a Glock; is that right?

13     A.   I had it in my hand for maybe about five

14 minutes, and that was it, until we got the truck

15 unstuck, and gave it right back to Mario.

16     Q.   If you want to shoot a Glock, how do you

17 do that?

18     A.   You just press the trigger, I guess.  But

19 I didn't never shoot a .40.  I've never shot a .40.

20     Q.   I'm going to show you, out of that same

21 302, February 27, 2014.  Are you talking about

22 acting as a pistolero or armed bodyguard?

23     A.   Yes, sir.

24     Q.   So I guess this Leysha, who is connected

25 with the Mexican drug cartels, is going to get a guy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  who doesn't even know how to shoot a gun?

2       A.   I had a .38.  When I came out of the truck

3  I had the Glock in my hand, the .40 caliber in my

4  hand, because I was just out there just to make sure

5  that nobody drove up on us.  Because she was already

6  blinking the lights.

7       Q.   Well, what was it that you understood

8  would be different about the way the mechanism for

9  firing a .38 from the mechanism of firing a Glock

10  .40?

11       A.   I don't know what the difference would be,

12  just the higher caliber.  That's it.

13       Q.   Okay.  You still pull the trigger, don't

14  you?

15       A.   Yes.

16       Q.   So she's got these two very qualified

17  bodyguards to help her.  And does it say there on

18  this second page, page 689, "Montoya became

19  paranoid, and before Lujan knew it, shots were

20  exchanged," correct?  Does it say that?

21       A.   That shouldn't be there because --

22       Q.   Does it say that?

23       A.   It says it.

24       Q.   "Lujan had a .40 caliber Glock pistol and

25  returned fire."  Does it say that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yeah, it says that, but I never did.  I
 2  never returned fired.  It says what it says there.
 3       Q.   Does it say, "exchanging bullets with an
 4  unknown assailant"?
 5       A.   Yeah.
 6       Q.   And does it say, "Lujan was unsure whether
 7  anyone was injured during the altercation"?
 8       A.   Yes, sir, it says that.
 9       Q.   How many times did you say to Mr. Beck or
10  Mr. Castellano or Ms. Armijo or Agent Acee, "We need
11  to get this straight"?
12       A.   I never caught it.  To be honest with you,
13  I never caught it or I would have asked them to
14  straighten that out.
15       Q.   Oh.  I thought you were totally
16  consistent?
17       A.   I'm talking about the story with the
18  murder that happened --
19            MR. BECK:  Your Honor, I'm going to object
20  to counsel's comments at the sidebar.
21            THE COURT:  Well, I think it was a
22  question.  Overruled.
23  BY MR. SINDEL:
24       Q.   You said you were consistent about the
25  story you've been telling, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I'm talking about the murders that

 2  happened in Southern New Mexico Correctional

 3  Facility.

 4      Q.   Everything else is just throw away?

 5      A.   No.  A lot of it is all the same, you

 6  know.  But when it comes to that, what you just

 7  showed me there, I should have caught it.

 8      Q.   Well, I got the distinct impression that

 9  you pretty well memorized everything, but I guess

10  not, right?

11      A.   No.

12      Q.   And then in the most recent or one of the

13  more recent ones that you had, the FBI 302 dated

14  January 5, 2017, which was sort of a summary going

15  through all the other reports and all the

16  information that you have provided, it gave you a

17  chance to clean up any problem, right?

18      A.   We talked several times in the past, I

19  think, three weeks, two or three weeks.

20      Q.   I'm talking about January 5, 2017.

21      A.   I'm trying to remember that, as I don't

22  know if that's the interview with Bryan Acee over

23  there in Sandoval County.

24      Q.   Well, it's with -- you know, at the U.S.

25  Attorney's Office in Sandoval County detention

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  facility.

2      A.   Yes, sir.

3      Q.   You remember that, right?

4      A.   Yes, sir.

5      Q.   And it says, "Lujan said he had been

6  reviewing the same reports on his tablet device,"

7  right?

8      A.   Yes, sir.

9      Q.   That's before you decided to destroy it?

10     A.   Yes, sir.

11     Q.   "And noted some errors"?

12     A.   There were some errors that I noticed.  I

13  had them written down on some tablets and stuff, but

14  I have already turned them over to my attorney.

15  Those were notes that I had taken off the tablet,

16  but --

17     Q.   Did you turn those over to the prosecution

18  team?

19     A.   I don't know if my attorney gave them to

20  --

21     Q.   I asked if you did, sir.

22     A.   I didn't, sir.

23     Q.   So you don't know if your attorney did

24  right?

25     A.   No, I don't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But you gave it to your attorney, I assume

2    with the assumption that it would eventually make

3    its way into the hands of these people?

4      A.   Yes, sir.

5      Q.   Did you remember if you made the change

6    about being a pistolero?

7      A.   No, I don't remember that.

8      Q.   Did you remember making the change about

9    Oso?

10     A.   No.

11     Q.   And do you remember indicating at that

12   interview of January 5, 2017, that when you're

13   talking about Joe Gallegos, it says, "The green

14   light stays until there are no more jobs, thus a

15   member cannot ever be made good again"?

16          Do you remember saying that?

17     A.   No, I don't remember ever saying that.

18     Q.   Saying that, I said.

19     A.   I didn't say it.

20     Q.   Is it true?

21     A.   No, sir.

22          MR. SINDEL:  May I approach, Your Honor?

23          THE COURT:  You may.

24          MR. BECK:  What are you showing him, Mr.

25   Sindel?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  42605.

 2   BY MR. SINDEL:

 3        Q.   Talking about Mr. Gallegos and assigning

 4   people with various tasks or missions, right?  Acee

 5   asked you how members of the SNM who were considered

 6   no good could restore themselves in the eyes of the

 7   gang and be considered good again, correct?

 8        A.   Yes.  By putting in work, having to do a

 9   hit or putting in work.

10        Q.   "The green light stays until there are no

11   more jobs, thus a member cannot ever be made good

12   again," right?  Is that what it says?

13        A.   That's a misprint.  That's a misprint big

14   time, because I never said something like that.  I

15   never said something like that.

16        Q.   Boy.  When was it that you first made

17   steps to correct this major misprint?

18        A.   I never said something like that.

19        Q.   You never made a step to correct it,

20   right?

21        A.   When they're sitting there questioning me,

22   asking me this and that, I'm sitting and I'm telling

23   them what's going on, what happened, this and that.

24   And, you know, if they're going tag team or

25   whatever, and they're going too fast, I mean, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    stand corrected.

2         Q.   Were they tag-teaming?

3         A.   Yeah, on the computers and stuff.

4         Q.   If I'm getting it right, you get to see

5    this?

6         A.   I haven't seen the tablet, dude.  The

7    tablet I seen, I had for three months.

8         Q.   Well, I'm also --

9         A.   You said up to page 10,000, right?  There

10   is more things in that tablet than I have seen

11   because they've added more.

12        Q.   I know.  But you said you saw your reports

13   that had to do with you, and you reviewed them?

14        A.   Yeah, with the murders.

15        Q.   And you were consistent, right?

16        A.   Yeah, with the murders.

17        Q.   Right.

18        A.   But I never mentioned something like that.

19        Q.   You never said that?

20        A.   No.

21        Q.   They got it wrong, and you didn't correct

22   it?

23        A.   No.  It's my fault.  I should have

24   corrected it.

25        Q.   Oh, you should have.  Joe Gallegos is no



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

474

```
 1   good, and Smiley Andrew Gallegos is a sex offender,
 2   and his brother has to take them out or get out of
 3   the SNM?
 4        A.   Well, as far as this guy, I don't even
 5   know who he is.  I heard when all this case came up.
 6   I don't know who Andrew Gallegos is.
 7        Q.   Then why is it that there --
 8        A.   The only ones I know are the Gallegoses,
 9   is Joe and Frankie.
10        Q.   Is that a quote from you?
11        A.   No.
12        Q.   Do you see quotation marks around that?
13        A.   No.
14        Q.   You didn't correct that either, did you?
15        A.   No.
16        Q.   As far as you were concerned, there was
17   nothing they could ever do to get good again, right?
18   Just like you said earlier, right?
19        A.   Excuse me?
20        Q.   Never mind.  You know, they asked you --
21   Mr. Beck asked you whether or not you came into
22   court and said you were sorry, right?
23        A.   Yes, sir.
24        Q.   Do you remember that?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And that was when you were facing the

2    judge, correct?

3    A.   Yes, sir.

4    Q.   And can you even guess how many times

5    defendants come into court and plead guilty and face

6    sentences and say they're sorry?  I mean, would it

7    surprise you that it happens almost every time?

8         MR. BECK:   Objection, Your Honor.  Counsel

9    is testifying.

10        THE COURT:   No, I think it's still a

11   question.  Overruled.

12   Q.   Would it surprise you if virtually every

13   single defendant who comes before the Court says,

14   "I'm sorry"?

15   A.   I don't know.  I've never been in trial.

16   Q.   Well, would it surprise you, sir?

17   A.   I don't know if it would.

18   Q.   But what you wanted to do was, you wanted

19   to tell the judge, "This life is behind me; I'm not

20   this guy anymore; I'm a much better human being,"

21   right?

22   A.   I didn't want to tell the judge nothing

23   like that.  I asked if I can address the family, and

24   I turned around and apologized to them.

25   Q.   And that was to leave an impression on the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 family and the judge, correct?

2     A.   No, sir.  Because, see, me and Frankie --

3 me and Frankie Castillo grew up together, and I knew

4 his family, you know, and I felt bad about it.

5     Q.   So was the impression you wanted to give

6 his family and the judge that you have left the

7 life, the gang life, behind?

8     A.   I had left the gang life before that, way

9 before that.

10     Q.   Did you want to leave the impression that

11 you had left the gang life behind?

12     A.   No.  That's not what it was about.

13     Q.   So you would be fine if you were to tell

14 the judge, "Look, as soon as I get out of here, I'm

15 going right back to a gang"?

16     A.   No.

17     Q.   You weren't going to say that, were you?

18     A.   No, sir.

19     Q.   Because you wanted to convince everybody

20 that you were a different person than you were when

21 you killed all those people, right?

22     A.   It's not that at all, no.

23     Q.   Well, so you haven't changed, have you?

24     A.   I'm a human being, you know.  I have

25 remorse, you know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   But what I'm trying to figure out is --

2    A.   You're trying to put words in my mouth.

3    Q.   -- you haven't changed.

4         MR. BECK:  Your Honor, I'm going to object

5    to that comment.

6         THE COURT:  Let's don't make comments like

7    that, Mr. Sindel.

8         MR. SINDEL:  I apologize.  And I apologize

9    to you, Mr. Lujan.

10        THE COURT:  Well, you've done it a couple

11   of times, so cut it out.

12   Q.   Have you changed?

13   A.   Yes, sir.  I've been a Christian for a

14   while.

15   Q.   That was a "Yes" or "No" answer.

16   A.   Well, yes, I changed.

17   Q.   And you've renounced the code that you

18   initially agreed to and that was part of the gang,

19   right?

20   A.   Yes, sir.  I don't even like being around

21   these guys.

22   Q.   You answered the question.

23   A.   Yes, sir.

24   Q.   And when you sat down and you were

25   interviewed by the FBI on December 3, 2014, they

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    asked you -- let me ask you if you remember this

2    question and this answer, page 20:

3            "THE AGENT:  Did you ever try to take any

4    action against Freddie for giving you up?"

5            And your response --

6       A.   Well --

7       Q.   Wait.  You can just wait.  Your response

8    was, "Not yet"?

9       A.   Yeah.

10      Q.   And the agent said, "Not yet?"

11           And you said, "I won't let that go.  I

12   won't let it go.  Me and him come face-to-face, I'm

13   going to answer to him, and he's going to answer to

14   me."

15           Right?  Is that what you said?

16      A.   I said that was my comment.

17      Q.   Is that what you said?

18      A.   I'd say about a week or two weeks ago --

19      Q.   Sir, can you just say "Yes" or "No"?

20      A.   I just answered.  You're asking me

21   something about if I have remorse, so can I please

22   answer?

23      Q.   I didn't ask you that.  I asked you if you

24   had said that.

25      A.    That's what you asked.  You asked if I

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   said that, but you're saying -- you're referring if
 2   I had any remorse.  And two weeks ago, about a week
 3   and a half ago, two weeks ago, Gerald Archuleta and
 4   Freddie Munoz were sitting at a table with me, and I
 5   apologized.
 6        Q.   Sir, there is no question in front of you.
 7             MR. SINDEL:  Your Honor, I'd ask --
 8   nonresponsive.
 9             THE COURT:  Mr. Lujan, I'm going to strike
10   your answer.
11        A.   That's not cool, dude.
12             THE COURT:  Mr. Lujan, I'm talking.  Look
13   at me, Mr. Lujan.  When I talk, you don't talk.
14             THE WITNESS:  Right.
15             THE COURT:  Now, I'm going to strike your
16   answer because it was nonresponsive.
17             THE WITNESS:  Okay.
18             THE COURT:  Listen to Mr. Sindel's
19   question.  Answer it.  If Mr. Beck wants anything
20   further, he can ask the question.
21             THE WITNESS:  Okay.
22   BY MR. SINDEL:
23        Q.   Those are the words you said, correct?
24        A.   Yeah.
25             MR. SINDEL:  That's all I have.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Thank you, Mr. Sindel.
 2            MR. SINDEL:  Thank you, Your Honor.
 3            THE COURT:  Mr. Beck, any redirect?
 4                  REDIRECT EXAMINATION
 5  BY MR. BECK:
 6       Q.   Mr. Lujan, since December 3, 2015, have
 7  you spoken to Mr. Frederico Munoz?
 8       A.   Yes, sir.
 9       Q.   What happened?
10       A.   We spoke like about -- I'd say about a
11  week and a half ago, two weeks ago.  I spoke with
12  him and Gerald Archuleta.  I apologized to both of
13  them, and we squashed our beef, and we left it at
14  that.  And, you know, he's in a different facility,
15  and I'm in a different facility and, you know, I
16  just -- there's no need, with all the -- excuse my
17  language -- with all the bullshit anymore.  We're
18  both in the same boat.
19       Q.   All right.  I'm going to hand you an FBI
20  report from an interview you did in January 2009 and
21  one from June 2009.
22            MR. BECK:  May I approach, Your Honor?
23            THE COURT:  You may.
24       Q.   Mr. Munoz -- sorry.  Mr. Lujan, in that
25  January 2009 FBI 302 report, is that where it says
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   "Jeremiah Baca, a/k/a Criminal"?

2        A.   Yes, sir.

3        Q.   And are you telling the FBI that that's

4   who you told to kill Mr. Castillo, along with -- who

5   else do you tell them?

6        A.   I told Criminal.  And I didn't tell

7   Jeremiah Baca to kill anybody.  Just Criminal, Angel

8   DeLeon, and Joe Gallegos.

9        Q.   What I'm asking is, in that 302, who does

10  it say you told them about?

11       A.   It was Billy Garcia, at the direction of

12  Billy Garcia.

13       Q.   Let me ask you, does it say that you told

14  Jeremiah Baca, a/k/a Criminal, and Joe LNU, who the

15  source believes has the possible last name of

16  Castillo?

17       A.   Yes, sir.

18       Q.   And then does it also say you enlisted the

19  help of Angel LNU?

20       A.   Yes, sir.

21       Q.   And do you know that capital letters LNU

22  mean last name unknown?

23       A.   Yes.

24       Q.   And then does it say, "Joe LNU (possibly

25  Castillo) suggested they do a hotshot"?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   I'm showing you now the June 2009 FBI 302

 3   report.  And does that say, "At the direction of

 4   Garcia, Lujan then directed Joe Gallegos, an

 5   individual he knows only as Criminal, and Angel LNU

 6   to carry out the murders by means of strangulation"?

 7        A.   Yes, sir.

 8        Q.   Does that indicate to you that when you're

 9   talking to the FBI in those reports, you referred to

10   Joe, Angel, and Criminal, and couldn't recall their

11   full or even their real names?

12        A.   Yes, sir.

13        Q.   Are there multiple people within the SNM

14   who have the same, what I'm going to call monikers

15   or nicknames?

16        A.   Yes, sir.

17        Q.   Are there multiple people with the

18   nickname "Smurf"?

19        A.   Yes, sir.

20        Q.   Are there multiple people with the

21   nickname "Shadow"?

22        A.   Yes, sir.

23        Q.   Are there multiple people with the

24   nickname "Huero"?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Is Eugene Martinez's nickname "Huero"?

2       A.    Yes, sir.

3       Q.    Is Edward Troup's nickname "Huero"?

4       A.    Yes, sir.

5       Q.    Are there multiple people in the SNM even

6    with the nickname "Dan Dan"?

7       A.    Yes, sir.

8       Q.    And when you talk to other SNM members as

9    an SNM member, do you talk to them by their full and

10   proper names, or do you talk to them by their

11   nicknames?

12      A.    Mostly their nicknames.

13      Q.    I'm going to show you what's been admitted

14   as Government's Exhibit 181.  Is that the person who

15   you told the FBI you talked to about killing Mr.

16   Castillo?

17      A.    Yes, sir.

18      Q.    At times in the past, do you think you've

19   called him by only "Joe" or "Joe Castillo" or "Joe

20   Gallegos"?

21      A.    It been mostly "Joe."

22      Q.    But seeing this picture and seeing him in

23   court here, is that the person that you told?

24      A.    Yes, sir.

25      Q.    May we see Exhibit 180.  I think you were

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   shown Samuel Gonzalez's offender criminal location
 2   history by Mr. Castle a couple minutes ago.  Do you
 3   remember that?
 4        A.   Yes, sir.
 5        Q.   Do you see that this is the physical
 6   location history for Joe Lawrence Gallegos?
 7        A.   Yes, sir.
 8             MR. SINDEL:  Your Honor, this is outside
 9   the scope of the recross.
10             THE COURT:  How is this tied to the
11   recross?
12             MR. BECK:  This is tied to both Mr. Sindel
13   and Mr. Castle going into identifying Mr. Gallegos
14   as different people and identifying the people in
15   the reports as different people.
16             MR. SINDEL:  Your Honor, I don't believe I
17   brought up a single thing about it being Joe
18   Gallegos is different people.  That was something in
19   cross, but it wasn't in recross.
20             THE COURT:  Well, I think it's close
21   enough to the recross.  I'll allow it.  Overruled.
22   BY MR. BECK:
23        Q.   I'm going to show you Exhibit 181 again.
24   I'm looking down at the entry from December 2000
25   until August of 2001.  Do you see that Joe Gallegos
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was in Paul 1 green pod?

2         A.   Yes, sir.

3         Q.   Is that where Mr. Castillo, Frank

4    Castillo, was killed on March 26, 2001?

5         A.   I believe so, yes, sir.

6         Q.   I'm going to show you Government's Exhibit

7    885.  And who is that?

8         A.   That's Criminal.

9         Q.   All right.  What's his name?

10        A.   I don't know his full name.

11        Q.   Is that the Criminal that you told to kill

12   Frank Castillo?

13        A.   Yes, sir.

14        Q.   I'm going to show you Government's Exhibit

15   881.  Do you see that this is the offender physical

16   location history for Michael Paul Jaramillo, Jr.?

17        A.   Yes, sir.

18        Q.   And if we look, do you see -- sorry.  Do

19   you see that above that line that I just drew, that

20   from March 1, 2001, to June 28, 2001, he also was

21   housed in the Paul 1 green pod?

22        A.   Yes, sir.

23        Q.   Is that where Frank Castillo was murdered

24   on March 26, 2001?

25        A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        Q.    I'm going to show you Government's Exhibit
 2   110.
 3              MR. CASTLE:  Your Honor, I don't believe
 4   this is within the scope of recross.  This is
 5   essentially closing argument.
 6              THE COURT:  I don't recall this, either.
 7   Sustained.
 8   BY MR. BECK:
 9        Q.    Who did you tell or who did you task to
10   kill Rolando Garza?
11        A.    I approached Eugene Martinez.
12              MR. CASTLE:  Objection.
13              THE COURT:  Mr. Lujan, sustained.
14   BY MR. BECK:
15        Q.    I think Mr. Castle went over whether you
16   stayed consistent that you were Garcia's right-hand
17   man.  Do you remember those questions?
18        A.    Yes, sir.
19        Q.    And were you?  Up until the time that you
20   left the SNM Gang, were you Garcia's right-hand man?
21        A.    Yes, sir.
22        Q.    I'm going to show you FBI 302 from April
23   2014.
24              MR. BECK:  May I approach, Your Honor?
25              THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Bates No. 687.  In April 2014, does that
 2   indicate you told the FBI that you were Garcia's
 3   right-hand man?
 4        A.    Yes, sir.
 5        Q.    And were you indicted in this case, along
 6   with Mr. Garcia, in December of 2015?
 7        A.    Yes, sir.
 8        Q.    Was that April 2014 interview with the FBI
 9   over a year before the indictment in this case with
10   Mr. Billy Garcia?
11        A.    I believe so.
12        Q.    And I'm going to show you page 19 from the
13   transcript of your December 2015 interview with the
14   FBI.  Does that interview reflect that you told the
15   FBI again in 2015 that you're Billy Garcia's
16   right-hand man?
17        A.    Yes, sir.
18        Q.    And were you telling them that in the
19   context of talking about the Gerald Styx Archuleta
20   versus Billy Garcia divide in the SNM?
21        A.    Yes.
22             MR. BECK:  Nothing further, Your Honor.
23             THE COURT:  Thank you, Mr. Beck.
24             All right.  Mr. Lujan, you may step down.
25   Is there any reason that Mr. Lujan cannot be excused
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

488

 1    from the proceedings?  Mr. Beck?

 2              MR. BECK:  No, Your Honor.

 3              THE COURT:  Any objection from the

 4    defendants?  Not seeing or hearing any, you are

 5    excused from the proceedings.  Thank you for your

 6    testimony.

 7              THE WITNESS:  Thank you.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages

8    constitute a true transcript of proceedings had

9    before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12   hand on this 13th day of May, 2018.

13

14            _____

15            Jennifer Bean, FAPR, RMR-RDR-CCR
              Certified Realtime Reporter
16            United States Court Reporter
              NM Certified Court Reporter #94
17            333 Lomas, Northwest
              Albuquerque, New Mexico 87102
18            Phone:        (505) 348-2283
              Fax: (505) 843-9492
19            License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

