1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.             NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10                 JASON VAN VEGHEL

11                  May 1, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1          I N D E X

2   EXAMINATION OF JASON VAN VEGHEL

3   By Mr. Castellano                               3

4   By Ms. Torraco                                 28

5   By Mr. Sindel                                  44

6   By Mr. Castellano                              96

7   REPORTER'S CERTIFICATE                        116

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1

2            THE COURT:  All right.  Does the

3  Government have its next witness or evidence?

4            MR. CASTELLANO:  Yes, Your Honor, the

5  United States calls Jason Van Veghel.

6            THE COURT:  Mr. Van Veghel, if you'll come

7  up and stand next to the witness box on my right,

8  your left, before you're seated, my courtroom

9  deputy, Ms. Bevel, will swear you in.

10                   JASON VAN VEGHEL,

11      after having been first duly sworn under oath,

12      was questioned, and testified as follows:

13            THE CLERK:  Please be seated.  Please

14  state your name and spell your last name for the

15  record.

16            THE WITNESS:  Jason Van Veghel.

17            THE COURT:  Mr. Van Veghel.  Mr.

18  Castellano.  All right.  Mr. Castellano.

19            MR. CASTELLANO:  Thank you.

20                   DIRECT EXAMINATION

21  BY MR. CASTELLANO:

22      Q.   Good morning, Mr. Van Veghel.  I want to

23  take you back to November 12 and 13 of 2012.  And do

24  you remember that time period?

25      A.   Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, during that time, where were you
 2   living?
 3        A.    I was living at the beginning of Payton
 4   Road in a motor home behind a friend of mine's
 5   house.
 6        Q.    Let me have you move a little bit closer
 7   to the microphone, please, to make sure the jury can
 8   hear you.  And at some point, you said you were
 9   living in a mobile home?
10        A.    It was a motor home.
11        Q.    And did you end up staying in that motor
12   home?
13        A.    No.  My girlfriend was in jail at the time
14   and so I -- we didn't have propane, so I was staying
15   with Joe at his house.
16        Q.    When you say "Joe," who are you referring
17   to?
18        A.    Joe Gallegos.
19        Q.    You also mentioned a girlfriend being in
20   jail.  What was her name?
21        A.    Karen Cartwright.
22        Q.    How was it that you found yourself at Joe
23   Gallegos' place?
24        A.    We were recycling metal together, and it
25   was cold.  He had a wood stove, so I would stay
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there.
 2        Q.   And so did he allow you to stay at his
 3   place?
 4        A.   Yeah.
 5        Q.   When you said you didn't have any propane
 6   in November, is that basically the winter months?
 7        A.   Yes.
 8        Q.   And was it cold in your place without
 9   having propane?
10        A.   Yes.
11        Q.   You mentioned scrapping metal with Joe
12   Gallegos.  Did you ever do that with Andrew
13   Gallegos, as well?
14        A.   Sometimes.  He wouldn't really help.  He
15   didn't like to really scrap metal, I don't think,
16   not much.
17        Q.   And during that period of time, were you
18   also using drugs?
19        A.   Yes.
20        Q.   What kind of drugs were you using?
21        A.   Heroin.
22        Q.   Were you using any other kind of drugs?
23        A.   Methamphetamine.
24        Q.   Now, when you scrapped metal, what did you
25   do with some of that money?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Buy heroin.

2      Q.   And is that something that you and Joe

3  Gallegos would do together?

4      A.   Yes.

5      Q.   Now, during the November 12 time period,

6  is that one of the times you were staying at Joe

7  Gallegos' house?

8      A.   Yes.

9      Q.   And you mentioned a second ago that you

10  had been using drugs.  During that time period, had

11  you been up for some period of time?

12      A.   Yes.

13      Q.   Why was that?

14      A.   Because I was trying to raise the money to

15  pay the bond to get my girlfriend out of jail, and

16  we were just scrapping metal.  So I stayed awake.

17      Q.   During that period did you go to sleep at

18  Joe Gallegos's house?

19      A.   Yes.

20      Q.   In which room did you sleep?

21      A.   I slept in Andrew's room.  It would be on

22  the north end of the trailer.

23      Q.   You mentioned sleeping in Andrew's room.

24  Do you remember, when you went to sleep that night,

25  whether or not Andrew was also in the trailer or

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  slept in that room with you?

 2       A.    Nobody.  I was in there by myself.  I

 3  don't recall if he was still there or not.  I don't

 4  remember.  I was really tired and I fell asleep.  I

 5  don't even know.

 6       Q.    You mentioned falling asleep.  At some

 7  point did you wake up?

 8       A.    I was woken up.

 9       Q.    And would you have woken on your own, had

10  you not been woken up?

11       A.    No, probably not.

12       Q.    Who was it who woke you?

13       A.    Joe.

14       Q.    Did you have any idea what time it was

15  when he woke you?

16       A.    I didn't know what time it was.  It was

17  still dark outside.  I don't know exactly the time.

18       Q.    Did he ask you to do anything?

19       A.    Yeah, he asked me to clean up the living

20  room and tear up the carpet, and to clean -- just

21  clean over here, he said, pointing towards the air

22  compressor.  So I did that.

23       Q.    Did he give you anything when he made that

24  request of you?

25       A.    Yeah, he gave me some heroin, told me to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    get well.

2         Q.    Okay.   Now, can you explain that to the

3    members of the jury, when he said he told you to get

4    well?

5         A.    Just whenever you wake up, usually, after

6    sleeping and you're doing heroin, you don't feel

7    good when you wake up.   So you do some to get well,

8    you call it, I guess.   I don't know.   Just to get

9    better.

10        Q.    And then once you use the heroin, does

11   that help you feel better and get on with your day?

12        A.    Yeah.

13        Q.    And during those times, were there times

14   when you would use multiple times a day when you

15   weren't feeling well?

16        A.    Yeah.

17        Q.    So what did you do in response to his

18   request that you help clean up?

19        A.    I tore up the carpet and I cleaned up

20   the -- I was cleaning up, just did what he asked me

21   to do.

22        Q.    And can you describe for the members of

23   the jury how much of the carpet space was used in

24   the trailer that you pulled up?

25        A.    There was only like half of the room had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   carpet in it.  There was -- like, the other half

2   was -- I don't know if it was missing, or if it

3   was -- there was only half of it.  I'm not sure how

4   it was before, but it was just half carpet and half

5   wood.

6        Q.   And when you were pulling up the carpet,

7   did you have to move any furniture to remove the

8   carpet?

9        A.   Yeah, I had to move, like, a hutch that

10  had some knickknacks and stuff in it.  And so I just

11  kind of moved it and pulled the carpet up.  Just

12  moved the furniture around so I can get it up, you

13  know, the carpet.

14       Q.   And was the carpet tacked down in any way

15  to the floor?

16       A.   In the corners, on the side of the walls,

17  it still had the tack strip down on it.

18       Q.   What did you do when you finished pulling

19  up the carpet?

20       A.   I just rolled it up and threw it on the

21  front porch.  Dragged it outside and put it on the

22  front porch.

23       Q.   Did you clean anything else inside the

24  house?

25       A.   Yeah, I cleaned.  There was -- I cleaned

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com



```
 1   up around the air compressor.  There was a couple
 2   drops of blood on the air compressor hose.
 3        Q.   You said it was on the hose?
 4        A.   Yeah.
 5        Q.   Did you clean anything else?
 6        A.   Yeah.  There was a broken table leg on the
 7   floor, on the carpet, and I threw it in the
 8   fireplace.
 9        Q.   And as best you can, explain what the
10   table leg looked like?
11        A.   Square.  A regular table leg, but it was
12   broken in half.
13        Q.   And did you remember that table leg being
14   there before?
15        A.   No.
16        Q.   Was there anything else that you cleaned?
17        A.   There was, like, one drop of blood or
18   could have been paint.  I'm not sure.  It was on the
19   freezer right by the front door.
20        Q.   Now, you mentioned there was blood on the
21   air compressor hose, but then you weren't sure about
22   the freezer.  What was the difference between what
23   was on the air compressor hose and the freezer?
24        A.   The freezer was just one drop and it was
25   dry, so it didn't wash off with the rag.  So there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was a grinder sitting there, so I used the grinder
 2   and just grinded it off.
 3        Q.   Did Joe Gallegos explain to you why he
 4   wanted that area cleaned?
 5        A.   No.
 6        Q.   And at some point do you remember
 7   seeing -- after you finished cleaning, do you
 8   remember seeing Joe and Andrew Gallegos?
 9        A.   Sometime later they came back and picked
10   me up, and I went with them to Belen, and we stayed
11   at a friend of their's house, and smoked meth and
12   they smoked meth.
13        Q.   Was this now November 13 of 2012?
14        A.   I don't recall.
15        Q.   Let me ask you this.  In terms of your
16   drug use over the years, what drugs have you used?
17   You mentioned heroin and methamphetamine.  What are
18   the other substances?
19        A.   I've used crack cocaine.  I used powdered
20   cocaine.  I used mushrooms.  I've used acid.  That's
21   about it.  Marijuana.
22        Q.   Do you sometimes have problems with your
23   memory?
24        A.   Yes.
25        Q.   And to what do you attribute the memory
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    issues?

2        A.   To my drug use.

3        Q.   And is it easier for you to remember

4    events than it is to remember dates?

5        A.   I would say, yes.

6        Q.   Okay.  I want to take you back now to

7    going over to a friend's house.  Do you remember

8    what her name was?

9        A.   Margaret Calles.

10       A.   Did anyone call her any other names?  Does

11   she have a nickname?

12       A.   Green Eyes.

13       Q.   So you mentioned that you and the Gallegos

14   brothers all used methamphetamine?

15       A.   Yeah.  Yes.

16       Q.   Do you recall how long you stayed at

17   Margaret Calles' house?

18       A.   It was probably till the next morning, I

19   guess, when the sun started to come up, I guess.

20       Q.   Do you remember doing anything else at

21   Margaret Calles' place?

22       A.   I left.  Joe asked me to go pick up his

23   dog at his house that night.  So I went in his truck

24   and went and picked up his dog.  And on the way

25   back, there was a sheriff that turned around and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    followed me for a little while.  And then when I got

2    back to Margaret's house with the dog, he said that

3    he heard the -- on the scanner that the police --

4              MS. TORRACO:  Hearsay.

5              THE COURT:  Hold on.  Are you trying to

6    solicit these statements?

7              MR. CASTELLANO:  I am, Your Honor, as a

8    statement by a party opponent.

9              THE COURT:  Are we still -- I thought he

10   was about to testify about something that somebody

11   else said.  Am I wrong?

12             MR. CASTELLANO:  You are correct, Your

13   Honor.  I believe he'll say it was one of the

14   Gallegos brothers.

15             MS. TORRACO:  I thought it was the police

16   scanner.

17             THE COURT:  Yeah, I thought it was the

18   police, as well.  Why don't you ask the next

19   question so I can track who is saying what and see

20   if we have a hearsay within a hearsay problem.

21   BY MR. CASTELLANO:

22        Q.   Okay.  You mentioned somebody saying

23   something to you.  Who was that person?

24        A.   Joe.

25        Q.   And what did Joe tell you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
 1        A.    That he heard on the scanner that the
 2   police had run the plates of the truck.
 3        Q.    And what truck were you driving?
 4        A.    He had an extended-cab Chevy pickup, white
 5   pickup.
 6        Q.    And did that concern anybody?
 7             MR. SINDEL:  I'll object, Your Honor.
 8   "Anybody?"  That's hearsay, Your Honor, first of
 9   all, and how he would know that.  It's speculation.
10             THE COURT:  Well --
11             MR. CASTELLANO:  I'll rephrase.
12   BY MR. CASTELLANO:
13        Q.    Did either Joe or Andrew Gallegos express
14   concern to you that the vehicle had been run?
15        A.    Yeah, I guess.  I don't really understand
16   the question.
17        Q.    At some point did you and the Gallegos
18   brothers leave that residence?
19        A.    Yeah.  It was before the sun came up, or
20   about the time the sun came up in the morning.  I
21   had to go.  I had left some papers, the bond -- I
22   paid the bond for my girlfriend, and I had to pick
23   up those papers so I could go wait for her to be
24   released at the jail.  So we went back to his house
25   to pick up that paperwork so he could drop me off at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the jail and wait for them to release Karen.

2      Q.   And when you were at Margaret Calles'

3  place, how many of the Gallegos brothers' vehicles

4  were there?

5      A.   Two of them.  He has a white flatbed

6  pickup and the white extended-cab pickup.

7      Q.   Okay.  Now, when you were driving back,

8  did the three of you go in one of those vehicles, or

9  two of the vehicles?

10     A.   We all went in the flatbed pickup.

11     Q.   And do you remember if that's a single cab

12  or a double-cab truck?

13     A.   It's a single cab.

14     Q.   Do you recall anything happening when you

15  were leaving the residence and driving back?

16     Q.   Andrew pulled out a watch and some car

17  keys, and Joe told him to get rid of that.  And he

18  threw them out the window, out the passenger window.

19     Q.   Okay.  Just to make sure we have our

20  players correct, who had the watch and the keys?

21     A.   Andrew.

22     Q.   And then who said to get rid of them?

23     A.   Joe.

24     A.   And then who threw them out of the truck?

25     Q.   Andrew.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Did you know anything about those keys or
2  that watch that were thrown out of the vehicle?
3     A.   No, I didn't.
4     Q.   What happened next?
5     A.   We went back to Joe's house and I picked
6  up the bond paperwork and we went to the jail and
7  dropped me off.
8     Q.   I want to show you Government's Exhibit
9  886, and I'm circling -- there are two vehicles in
10 this picture.  I'm circling the vehicle on the left.
11 Do you recognize that vehicle?
12    A.   Yeah.
13    Q.   Whose vehicle is that?
14    A.   That's Joe's flatbed pickup.
15    Q.   Is that the one you were driving in that
16 day?
17    A.   Yeah.
18    Q.   And you mentioned it's only a single cab.
19 Were the three of you in the cab that day?
20    A.   Yes.
21    Q.   Who was driving?
22    A.   Joe was driving.  I was sitting in the
23 middle, and Andrew was in the passenger seat.  It
24 was all the same seat, but...
25    Q.   You mentioned earlier that you put some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   carpet on the front porch?

2       A.   Yes.

3       Q.   Whatever happened to that carpet?

4       A.   I don't recall.  I don't even really know,

5   because I wasn't there.  I was at the jail the whole

6   day, waiting for Karen to be released.  But when I

7   came home -- she didn't get released that day,

8   however, so I walked and got a ride about halfway

9   there to the residence that I was staying at

10  sometimes.  It's around the corner from Joe's.  But

11  whenever I got back to Joe's that evening, the

12  carpet wasn't there no more.  I don't know what

13  happened to it.

14      Q.   Did you ever see it again?

15      A.   No.

16      Q.   At some point, do you remember being

17  invited -- well, at some point that day being

18  invited with the Gallegos brothers to what I'll call

19  a family gathering?

20      A.   Yes.

21      Q.   Did they have a special type of name for

22  the gathering?

23      A.   They call it a matanza.

24      Q.   What happened there?

25      A.   We just ate some food, and then they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   brought home a leg of the pig, wrapped in that

2   sweatshirt.

3       Q.   At some point in time do you remember

4   someone named Danny Orndorff, or Sleepy, going by

5   the Gallegos residence?

6       A.   Yes.

7       Q.   What do you remember about him being

8   there?

9       Q.   He came by and he said that he had been

10  talking to Adrian's girlfriend, and that the cops

11  would be coming to raid the house later, he said.

12      Q.   All right.  What happened as a result of

13  you or the others hearing that information?

14      A.   Joe got some rifles and a couple guitars

15  and told me to stash these.  So I took them to the

16  trailer, the motor home where I was staying, and I

17  just stashed them there.

18      Q.   What do you remember about those firearms?

19      Q.   They were all in cases, and some of them

20  had scopes on them, and one of them was a small -- I

21  recall I think it's a .22 rifle.  Maybe it didn't

22  have no scope.  I think it was sawed off or cut --

23  the barrel or stock was cut on it.

24      Q.   When you said it was sawed off or cut, did

25  it look shorter than a normal rifle?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, it looked shorter than a normal
 2   rifle.
 3        Q.    What eventually happened to those guns?
 4        A.    Andrew and Joe ended up going to jail and
 5   Joe Gallegos' daughter told me to get rid of the
 6   guns and put the money on his books at the jail.
 7   And I didn't want to do that, so a friend -- a
 8   mutual friend of his and mine, I asked him if he
 9   would take care of that, so I didn't have to deal
10   with that.
11        Q.    And did you turn those firearms over to
12   somebody else?
13        A.    Yes.
14        Q.    Which daughter was it who asked you to get
15   rid of the weapons?
16        A.    I don't know.  I don't remember.  I
17   think -- I'm not sure what his daughters' names are.
18        Q.    But whose daughter was it?
19        A.    It was Joe's.
20        Q.    You mentioned not being able to get your
21   girlfriend out of jail.  Did you eventually get her
22   out of jail?
23        A.    Yeah.  The next day I went back to the
24   jail and she was released about 4:00 or 5:00 that
25   day.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And what happened once she was released?

 2        Q.    We started walking, and I called Joe, and

 3   he came and picked us up.

 4        Q.    Did he pick you up at the jail or did he

 5   pick you up somewhere else?

 6        A.    We had already began walking towards the

 7   house, towards Los Chavez.

 8        Q.    Did you go anywhere on the way home?

 9        A.    We stopped at the Allsup's to get

10   cigarettes, and Joe wanted to pay his cable bill.  I

11   think he picked up a money order.

12        Q.    Did he have cash to do that?

13        A.    Yeah.

14        Q.    Did you eventually return to Joe and

15   Andrew's trailer?

16        A.    Yes.

17        Q.    What happened once you returned?

18        A.    We went and ran some errands, I guess.  We

19   went with Anthony.  Karen and I, we call him Anton.

20   We went with him to go visit his son, I think,

21   because he had MS and he was dying.  So we went and

22   visited him.  And then later that day we went back

23   to Joe's house and I dropped Karen off there, and I

24   went with Anthony to his house.  And then that's

25   when the state police served the search warrant
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    there.

 2         Q.   So did the state police begin searching

 3    that residence whenever you were away from the

 4    residence?

 5         A.   Yes.

 6         Q.   Where were the Gallegos brothers at that

 7    time?

 8         A.   I don't know.  I think they went -- they

 9    said they were going to go to Albuquerque or

10    something.

11         Q.   Did they indicate to you how long they

12    would be staying in Albuquerque?

13         A.   No.

14         Q.   Were you allowed to stay in their trailer

15    while they were gone?

16         A.   Yeah.  He said that we could stay there.

17         Q.   How did you know the state police were

18    searching the home if you weren't there?

19         A.   Karen called me and she told me that.

20              MS. TORRACO:  Objection, hearsay.

21              MR. CASTELLANO:  It is hearsay.  I'll move

22    to another question, Your Honor.

23              THE COURT:  All right.

24    BY MR. CASTELLANO:

25         Q.   Once she called you, did you then return

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to the residence?

2       A.   No, I walked from Anthony's house down to

3  the stop sign on Miller Road.  It's the same -- one

4  of the main roads that goes to Joe's house.  And the

5  state police brought Karen over there, and they

6  talked to me there.

7       Q.   And do you remember giving a statement to

8  the state police on a couple of occasions?

9       A.   Yeah, I remember speaking with them.

10      Q.   Do you remember also speaking to the FBI

11  about what you're telling the jury today?

12      A.   Yeah.

13      Q.   At some point were you present at the

14  Gallegos residence in 2016 when the FBI executed a

15  warrant at that residence?

16      A.   Yeah.  At that time I was staying around

17  the corner at a friend of mine's house.  I was

18  living there, and there were some older people and I

19  was helping them.  And the FBI came and asked me to

20  go back to Joe's house.  And I went over there, and

21  just showed them where I stayed in -- the room I

22  stayed in, and where the carpet was, just the stuff,

23  just to corroborate my statements.

24      Q.   So when they were searching the residence,

25  were you able to walk around and point things out to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

 1   them?

 2       A.   Yeah.

 3       Q.   And were you able to point out Andrew's

 4   bedroom as well as Joe's bedroom?

 5       A.   Yes.

 6       Q.   Did you point out for them the area where

 7   you had removed the carpet?

 8       A.   Yes.

 9       Q.   As well as the area where you cleaned the

10   blood?

11       A.   Yes.

12       Q.   Did you ever know Joe Gallegos to carry or

13   have handcuffs with him?

14       A.   Yeah, Joe has -- he had some handcuffs he

15   would keep in the door pocket of his pickup.

16       Q.   How did you know they were there?

17       A.   Because I was always cautious of him maybe

18   trying to put them on me someday.

19       Q.   So had you seen them in the vehicle?

20       A.   Yes.

21       Q.   I want to go back to your heroin use for a

22   second.  When did you first start using heroin?

23       A.   Whenever I went to prison for a stolen

24   vehicle.

25       Q.   And about when was that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    1999.
 2        Q.    And before that time, had you not used
 3   heroin?
 4        A.    No, I would never have used it had I not
 5   gone to prison.
 6        Q.    And did you go to prison first time you
 7   were convicted, or did you go on a probation
 8   violation?
 9        A.    It was a probation violation for
10   absconding my probation.
11        Q.    Do you have any other convictions
12   involving stolen vehicles?
13        Q.    I think I have one more.  I don't really
14   recall because whenever I paroled from prison, I
15   paroled straight to the county jail, and I sat there
16   in solitary confinement for six months, and then
17   they released me.  But the reason why I paroled to
18   the jail was because they said there was another
19   stolen vehicle or something.  So I'm not exactly
20   sure how that went.  But I was released after I did
21   half of my parole in the jail, and I did the other
22   half of the parole on the streets and I was done.
23   So I don't really know.
24        Q.    And do you have another conviction related
25   to forgery related to checks?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    About when was that?

 3        A.    That was last year, I think it was.

 4        Q.    I want to ask you about one more

 5   conviction related to what I'll call child

 6   endangerment?

 7        A.    Yes.  I was living in Pennsylvania at the

 8   time, and the police were looking for a friend of

 9   mine, and he happened to be at my house.  So they

10   served a search warrant, and they -- his girlfriend

11   had traded purses with -- I'm going to call her my

12   daughter, because I raised this little girl.  She

13   put her purse in her room and took one of Katie's

14   purses.  And then when they served a search warrant,

15   they found her purse and it had syringes and stuff

16   in her purse, and it was in my daughter's room, so

17   they charged us with child endangerment.

18        Q.    Because there were drugs and things of

19   that nature in your daughter's room, you were

20   charged with that?

21        A.    Yes.

22        Q.    Going back to heroin, I want to ask you if

23   you knew anybody named Adrian Burns?

24        A.    I didn't personally know the guy.

25        A.    Were you aware that he was dealing heroin?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  I object, Your Honor.  It
 2   calls for conclusion and hearsay.
 3              THE COURT:  Well, let's ask if he knows,
 4   first of all, and if he doesn't, then we can move
 5   on.
 6   BY MR. CASTELLANO:
 7       Q.   Do you know from your dealings with the
 8   Gallegos brothers that Adrian Burns dealt heroin?
 9       A.   Yes.
10       Q.   How do you know that?
11       A.   Before the Gallegos brothers ever scored
12   from him, I had never even seen the guy before.  But
13   I've heard the name Babylon numerous times prior to
14   that.  And after we recycled some metal one day, we
15   went to the Allsup's in Los Lunas, and he bought
16   some heroin from Adrian Burns, I guess, Babylon.  I
17   don't know.
18       Q.   And did either Joe or Andrew Gallegos ever
19   share heroin with you through your working with the
20   scrap metal?
21       A.   Yeah.
22              MR. CASTELLANO:  May I have a moment, Your
23   Honor?
24              THE COURT:  You may.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTELLANO:

2      Q.   Mr. Van Veghel, when Andrew Gallegos threw

3  the keys and the watch out the window, was that

4  still 2012?

5      A.   I don't recall.  My memory of dates is

6  bad.  If it was around the time when Karen was

7  getting out of jail, then yes.

8      Q.   And did you also help the FBI try to find

9  those keys and that watch?

10     A.   Yes.

11     Q.   How did you do that?

12     A.   I just pointed out the area where -- down

13  the road that we were driving down when he threw

14  them out.

15     Q.   And how many years was this after Adrian

16  Burns died?

17     A.   Probably maybe a year or two.  I'm not

18  sure.

19     Q.   And are you aware of whether or not the

20  keys or the watch were ever found?

21     A.   I have no idea.

22         MR. CASTELLANO:  Your Honor, I pass the

23  witness.

24         THE COURT:  Thank you, Mr. Castellano.

25         Mr. Sindel, Ms. Torraco?

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                     FAX (505) 843-9492
                                                                        1-800-669-9492
                                                            e-mail: info@litsupport.com



```
 1              MS. TORRACO:  May I have just a moment?
 2              THE COURT:  Certainly.  Ms. Torraco.
 3              MS. TORRACO:  Thank you very much, Your
 4    Honor.
 5                      CROSS-EXAMINATION
 6    BY MS. TORRACO:
 7         A.   Good morning, Mr. Van Veghel.
 8         A.   Good morning.
 9         Q.   You don't sound too good this morning.
10         Q.   I'm fine.
11         Q.   You're not feeling good?
12         Q.   No, I'm fine.
13         A.   You are fine?  Are you usually this
14    bright-eyed and alert in the mornings?
15         A.   Yeah.
16         Q.   You really are?  Did you use heroin or
17    meth last night?
18         A.   No.
19         Q.   Did you use any drugs last night?
20         A.   No.
21         Q.   When is the last time you used meth?
22         A.   Probably -- I don't -- I can't recall.
23    It's been a while.  I use methadone so I could stay
24    clean.
25         Q.   Oh.  So you want this jury to believe that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you're now clean from methamphetamines?  Have you

2   used methamphetamines in the last week?

3        A.    No.

4        A.    Is it your testimony that you no longer

5   use drugs?

6        A.    No, methadone is a drug.

7        Q.    Okay.  So you don't use any other illegal

8   substances?

9        A.    No.

10       Q.    Okay.  And so your eyelids are always kind

11   of droopy and you're always kind of --

12       A.    That's what methadone does to you.

13       Q.    And that's also what meth does to you;

14   isn't that true?

15       A.    No, it's not true.

16       Q.    Okay.  So you went to a matanza that was

17   hosted by the Gallegos family; isn't that true?

18       A.    I don't know if they were relatives or

19   not.

20       Q.    Isn't it true that the Gallegoses had a

21   matanza on November 11, 2012?  Do you recall that?

22       A.    I don't recall the date, but yeah.

23       Q.    Okay.  Around the time of Adrian Burns'

24   death, isn't it true that the Gallegoses hosted a

25   matanza?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   They were guests.  They weren't hosts.
 2        Q.   Okay.  Isn't it true that the Gallegos
 3   brothers are the ones that slaughtered the pig?
 4        A.   I'm not -- I don't -- I don't think they
 5   slaughtered the pig.  I'm not sure.
 6        Q.   Well, how is it that you remember all
 7   these other details and you can't remember something
 8   about what happened on Veterans Day of 2012?
 9        A.   I can't tell you how my brain works.  I
10   can just tell you what I can remember.
11        Q.   Okay.  So you do remember the matanza or
12   you don't remember the matanza?  I'm not really
13   clear.
14        A.   Yeah, I remember the matanza.
15        Q.   Okay.  And you remember that there was a
16   pig that was roasted; correct?
17        A.   Yes.
18        Q.   And do you remember -- isn't it true that
19   that was at the Gallegos home?
20        A.   No.
21        Q.   Okay.  Where was it?
22        A.   It was in Belen.
23        Q.   Okay.  And is it your testimony that
24   you're the one that brought home the pig that night?
25        A.   No.
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                        1-800-669-9492
                                                            e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      Q.   You're saying you brought home a pig from
 2 another day?
 3      A.   No, I didn't bring home the pig at all.
 4      Q.   I thought your testimony was you brought
 5 home the pig head, you wrapped it in a sweatshirt.
 6      A.   I said it was wrapped in a sweatshirt, not
 7 that I wrapped it in a sweatshirt.  It was in a
 8 sweatshirt.
 9      Q.   Who got the pig head at the end of the
10 party?
11      A.   The pig head?  Is that what you said?
12      Q.   That's what I said.  Is that what you
13 said?
14      A.   I don't know.  Your guess is as good as
15 mine.
16      Q.   Who brought home the pig?
17      A.   Joe did, put it in the truck.
18      Q.   Okay.  Joe put it in his truck?
19      A.   He didn't bring home the whole pig.  Just
20 the leg of a pig.
21      Q.   And it was wrapped in a sweatshirt?
22      A.   Yes.
23      Q.   And he brought it home in his truck to his
24 trailer?
25      A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And was it the next day, then, that the

2 Burns body was found?

3    A.   I don't know.  I don't know the dates.  I

4 know that it was -- all I know is that that

5 sweatshirt is -- that the state police found the

6 bloody sweatshirt in his house when they served the

7 search warrant.

8    Q.   And you are saying that that was the

9 bloody shirt that the pig was wrapped in; is that

10 correct?

11    A.   I think -- that's what I heard.  I'm not

12 sure.

13    Q.   Okay, well, you testified this on direct.

14    A.   I'm still testifying it.

15    Q.   I know, but you testified that the bloody

16 pig, whatever, was wrapped in a sweatshirt?

17    A.   Yes.

18    Q.   And that is still your testimony; correct?

19    A.   That's right.

20    Q.   And it was taken by Joe Gallegos; correct?

21    A.   Yes.

22    Q.   So when you say that there was blood or

23 paint on the freezer, you don't know whose blood

24 that is.  Isn't that true?

25    A.   Of course, no, I don't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And the same thing with the blood on the
 2   air compressor.  You don't know whose blood that is.
 3        A.    Of course not.
 4        Q.    And could it have been paint?
 5        A.    Unless they were painting in the room, and
 6   the room wasn't red.  I don't think it was paint.
 7        Q.    Well, then, why did you testify earlier
 8   that the freezer had blood or paint on it?
 9        A.    Because it was dried.  You didn't hear me
10   say that?
11        Q.    I heard you and I read it.
12        A.    Okay.
13        Q.    So I'm not concerned about my testimony,
14   my accuracy.  I'm concerned about yours, Mr. Van
15   Veghel.
16              MR. CASTELLANO:  Objection, Your Honor.
17        Q.    Could you please tell the jury --
18              THE COURT:  Well, why don't we just not
19   argue and let's see if the witness will cooperate
20   with you.
21              MS. TORRACO:  Thank you, Your Honor.
22              THE COURT:  Sustained.
23   BY MS. TORRACO:
24        Q.    Would you please tell the jury how you
25   know it was blood on the air compressor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't.  It was wet.
 2        Q.   Thank you.  And did you -- I don't recall
 3   that you testified that there was blood on the
 4   carpet.  Isn't it true that there was no blood on
 5   the carpet?
 6        A.   I don't know.  I didn't see no blood on
 7   it, but I couldn't tell you if there was or not.
 8        Q.   Okay.  But by the naked eye, looking at
 9   the carpet in Joe Gallegos' trailer, isn't it true
10   that there was no blood apparent on that carpet?
11        A.   I don't know.  I didn't see blood on the
12   carpet.
13        Q.   Okay.  And you don't know why Joe Gallegos
14   told you to rip up the carpet, if he did; isn't that
15   true?
16        A.   I don't know why.  I was asleep.  I was
17   woken up and asked to do this.  I didn't have any
18   idea why.
19        Q.   Were you doing meth around that time?
20        A.   Yes.
21        Q.   And isn't it true that when you're doing
22   meth, your perception of reality is slightly
23   altered?
24        A.   No.  Some people, I guess.
25        Q.   Isn't that true that's why you do meth, so
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you can escape from reality?

2         A.   No.

3         Q.   So now you're testifying that Andrew

4    Gallegos pulled out a watch and a set of keys; is

5    that true?

6         A.   Yes.

7         Q.   What kind of watch was it?

8         A.   I don't know.  I didn't see it that close.

9    It was just a silver watch.

10        Q.   It was silver?  And what kind of keys?

11        A.   Car keys.

12        Q.   Okay.  How do you know they weren't house

13   keys?

14        A.   Because there was a little key fob on it,

15   the thing that you use to undo the alarm or whatever

16   on a car.

17        Q.   I'm sorry, it was for an alarm?

18        A.   I could see -- house keys and car keys,

19   they're different.

20        Q.   And how many keys were on that ring?

21        A.   More than one.

22        Q.   Were there more than two?

23        A.   There was -- I couldn't tell you exactly

24   how many keys were on it.

25        Q.   And were you doing meth at the time that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                               1-800-669-9492
                                                       e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    you supposedly saw Andrew with keys and the watch?

2        A.   Yes.

3        Q.   Okay.  And so isn't it true that you were

4    under the influence of methamphetamines when this

5    happened?

6        A.   Yes.

7        Q.   And is your testimony that there was a key

8    fob on that ring?

9        A.   Yes.

10       Q.   And do you know that some houses have key

11   fobs?

12       A.   Not that I -- I guess I'm not from that

13   rich part of the neighborhood.

14       Q.   And isn't it true that at some point there

15   was a fear that there was a stolen vehicle on the

16   property of Joe Gallegos?  Isn't that true?

17       A.   I don't know.

18       Q.   Isn't it true that sometimes you and Joe

19   Gallegos would cut up cars, old abandoned cars?

20       A.   Yes.

21       Q.   Okay.  And isn't it true that you don't

22   know which keys that key ring went to?

23       A.   That's true.

24       Q.   And in fact, you don't know whose watch

25   that was.  Isn't that true?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's true, too.
 2        Q.    Isn't it true that since you were under
 3  the influence of methamphetamines, you don't even
 4  know exactly what they had; isn't that true?
 5        A.    What do you mean?
 6        Q.    Where were you when Andrew pulled out a
 7  watch and a ring of keys?
 8        A.    Driving on the back road going back to
 9  Joe's house so I could pick up the paperwork to go
10  wait at the jail.
11        Q.    What day was this?
12        A.    I don't remember the date.  It was the day
13  before the police raided the house.
14        Q.    And this was after the matanza?
15        A.    The day after.
16        Q.    And the day after the matanza is the day
17  that Adrian Burns died, so it was --
18        A.    It was before the matanza.
19        Q.    It was before the matanza?
20        A.    The matanza was the same day, later that
21  day.
22        Q.    So it was the morning of the matanza?
23        A.    It was the morning of the matanza, yes.
24        Q.    You're sure about that?
25        A.    Positive.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.    Okay.  Did you discuss your testimony with

2    anyone who is sitting over here at this table?

3       A.    Yes.

4       Q.    And who with the Government have you

5    discussed your testimony with?

6       A.    Bryan.  I think it's Randy.

7       Q.    Agent Bryan Acee?

8       A.    Yes.

9       Q.    And also with the prosecutor,

10   Mr. Castellano?

11      A.    Yes.

12      Q.    When did you discuss your testimony with

13   them?

14      A.    I'm not sure the dates exactly.

15      Q.    You don't have to give me the dates.  You

16   can just tell me approximately and tell the jury

17   approximately when you talked to them.  Did you meet

18   with them yesterday?

19      A.    Yes.

20      Q.    Did you meet with them before yesterday?

21      A.    Yes.

22      Q.    And did they pay for your hotel down here?

23      A.    Yes.

24      Q.    And have they given you any extra money

25   for coming down?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTELLANO:  Objection, Your Honor.
 2   That's actually a witness fee.
 3            MS. TORRACO:  Well, they can clear that
 4   up.
 5            THE COURT:  I'll let you deal with it.
 6   Overruled.
 7            MS. TORRACO:  Thank you very much, Your
 8   Honor.
 9   BY MS. TORRACO:
10       Q.   Did they actually give you money for
11   coming down here?
12       A.   No.
13       Q.   Are you expecting to get money?
14       A.   They said that they were going to pay for
15   my food and gas and everything, yeah.
16       Q.   Okay.  So you're expecting to get some
17   reimbursement for your expenses?
18       A.   Yeah.
19       Q.   And did you stay at a nice hotel last
20   night?
21       A.   Did I stay what?
22       Q.   At a nice hotel?  I can't ask you which
23   hotel, but I imagine it was a pretty nice one,
24   wasn't it?
25       A.   It was just a hotel with a bed and a TV.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Was it better than Joe Gallegos' place?

2    A.   Yeah.  This one had cable.

3    Q.   And what did you eat last night for

4  dinner?

5    A.   I ate food.

6    Q.   Could you specifically tell the jury what

7  you had for dinner last night, please?

8    A.   I don't really recall.  Pizza.  I think it

9  was pizza, yeah.

10    Q.   Who did you go to dinner with?

11    A.   With my girlfriend.

12    Q.   Who is your girlfriend?

13    A.   That doesn't concern this case.

14         MS. TORRACO:  Your Honor, I'd ask that the

15  witness be instructed to answer this question.

16         THE COURT:  Well, what's the relevance of

17  it?

18         MS. TORRACO:  He's referred to his

19  girlfriend several times throughout his direct

20  testimony, and I'd like to know if it's the same

21  girlfriend.

22    A.   No, it's not.

23         MS. TORRACO:  And I think it may be

24  relevant, especially if she's involved in this case.

25    A.   She's not involved in this case and I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   not going to tell you her name.

2           THE COURT:  Unless you can give me more

3   relevance, I won't compel it.

4           MS. TORRACO:  Okay.

5   BY MS. TORRACO:

6       Q.   Why is it, Mr. Van Veghel, that you don't

7   want to tell who your girlfriend is?

8       A.   Because it doesn't concern you.

9       Q.   So your girlfriend got to stay in the

10  hotel with you last night?

11      A.   Yeah.

12      Q.   And would you guys consider that a nice

13  treat?

14      A.   Sleeping on a bed?

15      Q.   Isn't it true that taking your girlfriend

16  to a hotel for the night was a nice treat?

17      A.   It was --

18      Q.   Yes or no?

19      A.   No.

20      Q.   Okay.  And you said something about you

21  were on parole or probation.  Are you currently on

22  parole or probation?

23      A.   No.

24      Q.   Do you currently have any pending charges?

25      A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Do you know Morgan Ramirez?

2      A.    Yeah.

3      Q.    Were you involved in the recent arrest for

4   murder?

5      A.    No.

6      Q.    Do you hang out with Morgan Ramirez?

7      A.    No.

8      Q.    Are there any pawn shops in the Belen and

9   Los Lunas area?

10     A.    I don't know.  I haven't pawned anything

11   in -- ever.

12     Q.    Okay.  And how long have you lived in that

13   area?

14     A.    My whole life.

15     Q.    So the blood that you did say that was on

16   the air compressor -- isn't it true that that blood

17   could have very easily been the pig's blood?

18     A.    No, I doubt that.  It was before that.

19   No, yeah, it was before the matanza.

20     Q.    Oh, it was before the matanza that you saw

21   this blood?

22     A.    I imagine it was, because it was -- I'm

23   not good with dates.

24     Q.    Well, it's important, so --

25     A.    The pig's blood -- because the pig's blood

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

1   was on the sweater.  The pig wasn't bleeding at

2   Joe's house.

3       Q.   So first of all, when did you see the

4   blood?  When did you see the blood on the

5   compressor?

6       A.   When Joe woke me up and asked me to clean

7   up, pull up the carpet and clean up over here, he

8   said.

9       Q.   And was that the day before or after the

10  matanza?

11      A.   I think I already answered this question.

12      Q.   I know, but I don't remember the answer so

13  I get to ask you again.

14          MR. CASTELLANO:  Objection, asked and

15  answered.

16          THE COURT:  Overruled.

17      A.   I don't recall.

18  BY MS. TORRACO:

19      Q.   You don't recall?

20      A.   What's the question again?

21          MS. TORRACO:  If I may have a moment,

22  please, Your Honor?

23          THE COURT:  You may.

24  BY MS. TORRACO:

25      Q.   So what did you use to clean up the blood?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Just a rag or -- just a rag that was
 2   laying somewhere near there.  Just trash probably.
 3        Q.    Isn't it true that you did not use
 4   hydrogen peroxide?
 5        A.    No.  No.  I didn't use no peroxide.
 6              MS. TORRACO:  Thank you.  Pass the
 7   witness.
 8              THE COURT:  Thank you, Ms. Torraco.
 9              Mr. Sindel, do you have cross-examination
10   of Mr. Van Veghel?
11              MR. SINDEL:  Yes, Your Honor.
12              THE COURT:  Mr. Sindel.
13                      CROSS-EXAMINATION
14   BY MR. SINDEL:
15        Q.    Good morning, sir.
16        A.    Good morning.
17        Q.    I represent -- my name is Richard Sindel.
18   I represent Mr. Gallegos.  I'd like to ask you some
19   questions, and I'd like to start out particularly
20   with the situation about your past criminal
21   activity.  Okay?
22        A.    Okay.
23        Q.    All right.  You said that you were
24   initially on probation for stealing a motor vehicle,
25   but your probation got violated; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I did not.

 2        Q.    Why is it that you were on probation and

 3   went to prison?

 4        A.    It did get violated, yeah.

 5        Q.    Why did you just answer the question that

 6   it didn't get violated?

 7        A.    I thought you were talking about my

 8   parole.  Sorry.

 9        Q.    Well, did you hear me use the word

10   "probation"?

11        A.    Yes.

12        Q.    When I asked you why your probation was

13   violated, you said it wasn't violated; right?

14   Right?

15        A.    Yeah.

16        Q.    Okay.  So if you just listen to the

17   questions, we can get through this process.  All

18   right?  Are you okay with that?

19        A.    You ask the question one time, I'll answer

20   it one time, and we'll get through it just fine.

21        Q.    Why was your probation violated?

22        A.    Because I absconded.

23        Q.    So you basically took off?

24        A.    I just didn't report.

25        Q.    You didn't report.  Right?  You knew you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  were supposed to, if you wanted to stay on
 2  probation, and you knew if you didn't report, you
 3  might very well be violated.
 4       A.   I was young and it was 100 miles --
 5       Q.   Just answer the question, sir.  Did you
 6  know you would be violated?  I didn't ask you how
 7  old you were.
 8       A.   I didn't ask you how old you were, either.
 9       Q.   I know.  We're not going to argue now, are
10  we?
11       A.   Are we?
12       Q.   Would you just answer my question, sir?
13       A.   Ask me the question again.
14       Q.   Okay.  When you absconded, you knew that
15  was a violation of condition of your probation.
16       A.   Yes.
17       Q.   You knew that if your probation got
18  violated, you'd go to prison?
19       A.   I didn't know I was going to go to prison,
20  but, yes.
21       Q.   I mean, the alternative was either to
22  continue you on probation when you were knowingly
23  violating its conditions, or send you to prison;
24  right?
25       A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Okay.  So the judge made the decision you

2    needed to go to prison?

3    A.    No.

4    Q.    Correct?

5    A.    I was sent to a 60-day evaluation, and the

6    psych doctors and people there decided that I needed

7    to go to prison.

8    Q.    So you got evaluated by a doctor to

9    determine whether or not it was appropriate to send

10    you to prison?

11    A.    I guess that's how it works.  I don't

12    really know.  But I know that whenever I got back

13    from the 60-day evaluation, they determined that I

14    go to prison.

15    Q.    Okay.  Was it the judge that actually

16    ordered you to go to prison?  Or did a doctor all of

17    a sudden take over the role?

18    A.    The judge handed down the sentence.  I

19    think it was the judge, but they took -- the doctors

20    recommended it, I guess.

21    Q.    So the doctors recommended that they -- at

22    least in their opinion there was nothing they could

23    do for you other than to send you to prison?

24    A.    Right.

25    Q.    Now, you also said, I think, that you were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  convicted of forgery of a check; is that right?

 2       A.   I didn't forge no check, but a check was

 3  given to me, and the guy who gave it to me I guess

 4  forged it.  So the cop just decided to charge me

 5  with forgery.

 6       Q.   Okay.  So that was a situation where you

 7  got charged when you didn't really do anything

 8  wrong; correct?

 9       A.   Correct.

10       Q.   And it was just a dirty cop, a crooked

11  cop?

12       A.   No.

13       Q.   Well, you said the cop decided to charge

14  you even though you didn't do anything?

15       A.   The guy that wrote the check was with me

16  and he told the cops that it was him that gave me

17  the check.  He still decided to charge me with it.

18  So he did, and that's how it went.

19       Q.   Did you go to trial as a result of that?

20       A.   No, I got -- I got unsupervised probation

21  because they knew that I was innocent; I didn't do

22  anything wrong.

23       Q.   Well, if you were innocent, why did you go

24  to probation?  You should have walked out of that

25  courtroom a free person; right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Well, maybe I didn't want to fight.

 2        Q.   Maybe you didn't want to fight it.  So did

 3   you enter a plea of guilty?

 4        A.   I don't recall if it was guilty or what,

 5   but I know that they gave me probation.

 6        Q.   Well, do you know from your involvement

 7   within the legal system that if you don't plead

 8   guilty, you have the right to a trial?

 9        A.   I could have went to trial, but -- I

10   wanted to take it to trial because I was innocent,

11   and they all knew I was innocent, so they just gave

12   me unsupervised probation so they could, you know,

13   get it over with.

14        Q.   Did you have a trial?

15        A.   Did I just say I had a trial?

16        Q.   I don't know.  I couldn't understand

17   exactly what you were saying.  Did you say you had a

18   trial?

19        A.   No, I didn't.

20        Q.   Okay.  You pled guilty; right?

21        A.   I guess I did.

22        Q.   I don't want you to guess.  I mean, did

23   you stand --

24        A.   What does this have to do with this case?

25        Q.   What?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    What does this have to do with this case?

 2        Q.    Sir, just please answer the questions.  If

 3   they don't think that it doesn't have anything to

 4   do, they have a right to object.  Okay?

 5              Did you plead guilty to that crime?

 6        A.    I don't recall.

 7        Q.    Then there was a situation of child

 8   endangerment, I think, and you said basically there

 9   was a circumstance where your daughter was in a room

10   where there were drugs?

11        A.    She wasn't in the room where there was

12   drugs, but it was her room.  The police found this

13   girl's purse in there, and it had syringes in it.

14        Q.    Had syringes in it?

15        A.    The drugs weren't in her room, but it had

16   syringes.

17        Q.    Syringes that are used for injecting

18   drugs?

19        A.    Yeah.

20        Q.    Syringes that are used for injecting

21   heroin?

22        A.    Yes.

23        Q.    Syringes that are used for injecting

24   methamphetamine?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   And that's how you introduce those

2  substances into your body, isn't it?

3       A.   Sometimes.

4       Q.   You inject them so you get the maximum

5  effect of the drug?

6       A.   I guess you could say that.

7       Q.   I guess you could say that; right?

8       A.   I guess I could, too.

9       Q.   And that's true, isn't it?

10      A.   Yeah.

11      Q.   So now, when you were charged with child

12 endangerment involved your daughter when she was

13 around syringes or drugs, did you plead guilty to

14 that or did you have a trial?

15      A.   I don't recall.

16      Q.   Well, you certainly were able to recall

17 the circumstances which you claim happened.  Can you

18 tell us whether you pled guilty or not?

19      A.   I can't remember if I pled guilty or not.

20      Q.   Did you go to court?

21      A.   Yes.

22      Q.   Did you have a lawyer?

23      A.   Yeah.

24      Q.   Did you stand in front of the Court and

25 say, "You know, I let my young daughter be around

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   people who were using drugs"?

2       A.   I didn't say that.  I'm sure I didn't say

3   that.

4       Q.   Did they say, "Were there drugs around

5   where your daughter was staying?"

6       A.   It was in 2006.  I don't remember.

7       Q.   When you told this jury what you claimed

8   happened that resulted in that charge, you could

9   remember that; right?

10      A.   Well, of course.

11      Q.   Well, it seems to me that if you were

12  standing in front of a judge admitting to having

13  endangered your own daughter, you might remember

14  that.  But you don't; right?

15      A.   Right.

16      Q.   You were using drugs that day when you

17  went to court?

18      A.   No.

19      Q.   Well, how long had you quit using drugs

20  that day when you went to court for endangering your

21  daughter's life?

22      A.   About three months.

23      Q.   And when did you start using drugs again?

24      A.   I don't recall.

25      Q.   Well, isn't it true that you've been using

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    drugs habitually ever since 1999?

2         A.    Yeah.

3         Q.    And you've been using heroin and

4    methamphetamine?

5         A.    That's correct.

6         Q.    And you've been injecting them for maximum

7    effect?

8         A.    Correct.

9         Q.    How long has it been you claim that you're

10   on methadone?

11        A.    About almost three years now.

12        Q.    Do you go to a clinic?

13        A.    Yes.

14        Q.    How often?

15        A.    Every day.

16        Q.    You have to go daily to a methadone

17   clinic, don't you?

18        A.    You don't have to.  I could -- I mean, my

19   urines are clean.  I could bring home all -- the

20   whole month's supply, if I wanted to.  But I travel

21   so far to get there that I go every day.  That way,

22   I can get the reimbursement checks for the gas.

23        Q.    So you get reimbursement checks for taking

24   the methadone; right?

25        A.    For the gas reimbursement, travel.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                            1-800-669-9492
BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

1     Q.   And you're also in the situation where you
2 have to either take it at the clinic or you have to
3 take it when you go home.
4     A.   Correct.
5     Q.   And if it wasn't for the methadone, you
6 might very well be injecting heroin again?
7     A.   Possibly.
8     Q.   Did the police ever show you any
9 photographs of any handcuffs?
10     A.   No.
11     Q.   Did they ever show you any photographs
12 that they had developed as part of their
13 investigation?
14     A.   No.
15     Q.   Was Karen at the matanza?
16     A.   No.
17     Q.   She was still in jail?
18     A.   Yes.
19     Q.   She was in jail for drugs?
20     A.   I'm not sure what her charges are.  I
21 think it could have been a forgery or something.
22     Q.   Could have been forgery?
23     A.   I'm not sure.
24     Q.   When you do a forgery, when you pass a
25 check, you have to look somebody in the eye and tell

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    them that that check is good, don't you?  The whole

2    idea behind passing a bad check is to convince

3    somebody that it's a legitimate check; right?

4        A.   I guess.  I don't know.

5        Q.   Did you get money for this fake check?

6        A.   I'm not Karen.

7        Q.   I'm not what?

8        A.   I'm not Karen.  She's the one with those

9    charges, not me.

10       Q.   I'm asking when you passed a check.

11       A.   I didn't pass it.  I wasn't trying to pass

12   a bad check.  I was told the check was good, and it

13   was written out to me.

14       Q.   Did you get money for the check?

15       A.   No.

16       Q.   Did you get anything for the check?

17       A.   Yeah, I got thrown in jail.

18       Q.   Did you get -- did you try to use that

19   check?

20       A.   I took it to the bank to try and cash it,

21   and I ended up going to jail.

22       Q.   So you were trying to convince the people

23   at the bank that they could trust you; right?

24       A.   No.

25       Q.   You were trying to convince them that the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  check was good?

2      A.   No.

3      Q.   Did you say, "Look, I got this forged

4  check here.  Would you mind giving me some money for

5  it?"

6      A.   Yeah, that's what I said.

7      Q.   Okay.  And so then you ended up getting

8  arrested because you had confessed right there in

9  front of the bank; right?

10     A.   Yeah, they told me that this is not a

11 bank.  This is the jailhouse.

12     Q.   All right.  So you went to the jailhouse

13 to cash the check?  Pretty good idea, huh?  Just

14 saving gas.

15         MR. CASTELLANO:  I'm going to object.

16 Pursuant to Rule 609, he's admitted to the prior

17 conviction.

18         THE COURT:  Agreed.  Sustained.

19 BY MR. SINDEL:

20     Q.   Do you remember when it was that Karen got

21 out of jail?

22     A.   The same day that the search warrant was

23 served on Joe's house.

24     Q.   What day was that, sir?

25     A.   I don't know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Well, had you guys been -- when Karen got

2    out, did you guys celebrate by using heroin?

3      A.   I guess you could say that.

4      Q.   Did you guys celebrate by injecting heroin

5    and methamphetamine?  I guess you could say that?

6      A.   I guess you could say that.

7           (Mr. Granberg entered the courtroom.)

8      Q.   But you don't remember particularly what

9    day she got out?

10     A.   No, I don't.

11     Q.   If the records reflect that she got out on

12   November 14, 2012, at around 12:46 in the afternoon,

13   would you have any reason to doubt that?

14     A.   No.

15     Q.   Now, you talked a little bit about your --

16   she asked you -- Ms. Torraco asked you some

17   questions about when it was that you were last

18   interviewed by the people at the prosecution table,

19   and you said you didn't remember initially; right?

20   Right?

21     A.   I guess so.

22     Q.   And then later on you said, "Well, it was

23   yesterday."

24     A.   Well, she asked me the questions and I

25   agreed, yeah.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Yeah.  And so at least when you were

 2   standing up there on the witness stand, you had said

 3   you didn't remember something that had just occurred

 4   yesterday; right?  Right?

 5        A.    I don't remember the exact times, but

 6   yeah.

 7        Q.    She just asked the day.  She didn't ask

 8   the time; right?

 9        A.    I don't know.

10        Q.    When Karen was locked up, would you say

11   you focused your efforts on trying to get her out?

12        A.    Yeah.

13        Q.    Were you still using heroin --

14        A.    Yes.

15        Q.    -- cocaine, acid --

16        A.    No.

17        Q.    -- or crack or any of the other things

18   while she was in jail?

19        A.    Heroin.

20        Q.    And when you say you needed to not be

21   sick, or to get well, I think is the word you used;

22   right?

23        A.    Right.

24        Q.    Because if you're addicted to heroin, you

25   start to get withdrawal symptoms?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.

 2        Q.    And that feels pretty bad, doesn't it?

 3        A.    Yes.

 4        Q.    And then basically you're focusing -- your

 5   goal is to try and get well?

 6        A.    Well.

 7        Q.    And the way you get well is, you inject

 8   heroin?

 9        A.    Yes.

10        Q.    Now, as I understand it, at least, while

11   you were there using heroin, you were also working

12   to try and secure additional money so she could get

13   out on bond?

14        A.    Right.

15        Q.    You had to put cash up to get her out on

16   bond; right?

17        A.    Yes.

18        Q.    And Mr. Gallegos was helping you raise

19   that cash.

20        A.    Yes.

21        Q.    And the way you guys were raising that

22   cash was cutting up metal?

23        A.    Correct.

24        Q.    Cutting up cars?

25        A.    Recycling.
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                         1-800-669-9492
                                                             e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And that's hard physical labor?

 2        A.    Yeah.

 3        Q.    You use a lot of tools, cutting torches,

 4   things like that, in order to get the metal from the

 5   cars?

 6        A.    That's correct.

 7        Q.    And was that where the area -- did the

 8   compressor -- was the compressor used in trying to

 9   secure this metal so you could sell it?

10        A.    No.

11        Q.    What was the compressor used for?

12        A.    Putting air in tires.

13        Q.    In terms of the metal, were there

14   situations in which you were trying to strip copper

15   and secure different kinds of metals because some

16   was more valuable than others?

17        A.    That's correct.

18        Q.    And when Mr. Gallegos stripped copper,

19   where did he do that?

20        A.    Wherever the copper was.

21        Q.    I mean, was it in the house?  Was it in

22   the yard?

23        A.    Depends on how much copper it is.

24        Q.    I'm sorry, what?

25        A.    It depends on the copper is wire or if --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   it could be different types of copper in different

2   places, you know.

3       Q.   So whenever he would find copper, he would

4   strip it; correct?

5       A.   I guess if it belonged to him.  I'm not

6   too sure, you know.

7       Q.   Well, I guess what I'm trying to say is,

8   during this process when he was trying to help you

9   raise money so your girlfriend could get out, he was

10  dividing the metals up so he could sell it for a

11  particular price; right?

12      A.   Right.

13      Q.   You understood that some metals are more

14  valuable than others?

15      A.   Yes.

16      Q.   And copper is one of those that's more

17  valuable, perhaps, than just steel?

18      A.   Oh, yes.

19      Q.   So -- and that whole process, like you

20  said -- that's hard labor?

21      A.   Yes.

22      Q.   And you know, you could cut yourself, you

23  could hurt yourself, because you're around a lot of

24  sharp edges and tools; right?

25      A.   That's correct.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Have you looked at any photographs or

2   reviewed any reports that you have made in

3   connection with your testimony here today?

4      A.    I looked at my own testimony, yes.

5      Q.    Your own testimony.  Now, when you say

6   your testimony, are you talking about statements

7   that you've made to --

8      A.    Yes.

9      Q.    You got to let me finish the question; all

10  right -- to the police; right?

11     A.    Yes.

12     Q.    Did you happen to hear a taped statement

13  that you had done back in December of 2015?

14     A.    No.

15     Q.    Do you remember being picked up and taken

16  into custody by two officers with the New Mexico

17  State Police, one a woman, one a man?

18     A.    Yes.

19     Q.    Okay.  And was that -- to the best of your

20  recollection, was that December 16, 2015?

21     A.    I don't recall.

22     Q.    Well, was it in December of 2015?

23     A.    I don't recall.

24     Q.    Was it in the year 2015?

25     A.    I don't recall.  I'm not good with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    numbers.  I don't recall dates.  If it says it on

2    the paper, then I'm sure it's true.

3        Q.    Mr. Castellano began his investigation or

4    his interrogation of you with the date December --

5    or November 12th; correct?

6        A.    Yes.

7        Q.    He started with that date; right?

8        A.    I guess so.

9        Q.    And you said you remembered that date;

10   right?

11       A.    I guess so.

12       Q.    Do you remember that date, or did you just

13   follow his lead?

14       A.    If it says it on the paper, then that's

15   the date.  I'm not -- I don't -- I don't know.

16       Q.    Well, I'm just sort of asking you, you

17   know, for a year.  Can you even tell me the year

18   that Officer Madrid picked you up and took you in to

19   the station house to question you?

20       A.    No, I don't know.

21       Q.    But you do remember being questioned;

22   right?

23       A.    Yeah.  Yes.

24       Q.    Do you remember telling them during that

25   interrogation about a friend of yours named Anthony

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                1-800-669-9492
                                                         e-mail: info@litsupport.com



1  Chavez?

2       A.   Yes.

3       Q.   And you told them that the family he was

4  with was trying to poison him?

5       A.   That's true.

6       Q.   And that, in fact, they'd poisoned their

7  own son by accident?

8       A.   I was told that, yes.

9       Q.   And you wanted them to try to investigate

10 that; right?

11      A.   He asked me to ask -- to tell him, so I

12 did.

13      Q.   Well, you went there and they asked you

14 about certain activities that you knew about the

15 Gallegos brothers, and you volunteered this stuff

16 about Anthony Chavez; right?

17      A.   Anthony asked me to tell the police that

18 they were trying to kill him, and they were.

19      Q.   Okay.  So Anthony told you that?

20      A.   Yes.

21      Q.   Did they actually kill their son?

22      A.   I don't know.

23      Q.   Do you know whether or not the police who

24 you told about this crime actually --

25      A.   I don't have any idea.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   -- investigated it?

2     A.   I don't have any idea.

3     Q.   You were never contacted later to say,

4  "Hey, look" --

5     A.   No.

6     Q.   You've got to wait for the question.

7  Okay?  Here's the thing.  She has to write down this

8  dialogue we're having.

9     A.   Okay.

10     Q.   So if you answer the question before I

11  finish it, it makes it much harder for her.  Okay?

12     A.   Sorry.

13     Q.   You may not care about me, but you do need

14  to care about her.  Okay?

15     A.   Okay.

16     Q.   Did you tell the police at that time that

17  they were dipping his insulin needles in PCP?

18     A.   No.

19     Q.   So you never said anything to them, quote,

20  "He was in a coma for almost two months at their

21  house because they were getting his insulin syringes

22  and dipping them in PCP"?

23     A.   No, I said that they were dipping them in

24  human feces, is what he told me.

25     Q.   Feces.  Was that interview that you had on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  December 16, 2015, recorded?

2       A.   I don't know.

3       Q.   Did they indicate to you, "Look, we're

4  going to record this interview"?

5       A.   I don't remember.

6       Q.   Have you ever listened to it at any time

7  since --

8       A.   No.

9       Q.   You have to wait.

10      A.   I'm sorry.

11      Q.   That's the rule.  Okay?

12      A.   I'm sorry.

13      Q.   Do you remember at that time that they

14  read you your Miranda rights -- you know what I mean

15  by that phrase, don't you?

16      A.   Yes.

17      Q.   And you've heard that before; right?  Your

18  Miranda rights?

19      A.   Yes.

20      Q.   It's been given to you on other cases that

21  you've been involved in; correct?

22      A.   Correct.

23      Q.   And do you remember if they read to you

24  your Miranda rights and told you that you had a

25  right to remain silent?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   I don't remember.

2      Q.   Well, if they had read your Miranda

3  rights, would it include that you had a right to

4  remain silent?

5      A.   Yes.

6      Q.   Would it include the right that at any

7  time you wanted to stop questioning, you could?

8      A.   Yeah.

9      Q.   And would it include the fact that you had

10  a right to have a lawyer present during any

11  questioning?

12      A.   Yes.

13      Q.   Did you tell them that -- in answer to

14  your questions about what happened at Mr. Gallegos'

15  house, "I didn't do nothing"?

16      A.   I don't recall.  I didn't do nothing.

17      Q.   Did you tell them anything about your

18  friend having to go to the Allsup's, and the

19  paramedics were called by Mr. Gallegos to revive

20  him?

21      A.   Yes.

22      Q.   Do you remember saying that to them?

23      A.   Yes.

24      Q.   Do you remember telling them that the

25  Valencia County cops were crooked?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And do you remember telling them that the
 3   Los Lunas cops were crooked?
 4        A.    I don't recall that, but --
 5        Q.    Do you remember if they agreed with you
 6   that those cops were crooked?
 7        A.    I don't remember that, either.
 8        Q.    Do you remember if they asked you if you'd
 9   been taking anything before they picked you up to
10   interview you?
11        A.    No.
12        Q.    Do you remember telling them, "I took a
13   couple of shots"?
14        A.    I don't remember that.
15        Q.    "Are you on anything right now?"  Do you
16   remember that question?
17        A.    No.
18        Q.    You said, "I took a couple of shots."  Do
19   you remember that answer?
20        A.    No.
21        Q.    Do you remember, "About how long ago?"
22   And your answer was, "Right before you guys came to
23   talk to me"?
24        A.    I don't remember that.
25        Q.    Do you remember if they asked you if you'd
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ever seen Joe -- they called Joe "Joe Lawrence" a
 2   lot.  Do you remember that?
 3       A.   Yes.
 4       Q.   Do you remember, they asked you if you'd
 5   ever seen him violent or anything?
 6            MR. CASTELLANO:  Objection, calls for
 7   hearsay.
 8            THE COURT:  Sustained.
 9   BY MR. SINDEL:
10       Q.   Were these statements that you made in
11   response to their questions?
12       A.   I don't know.  I don't know.
13       Q.   Did you ever tell them that you'd never
14   seen him violent?
15            MR. CASTELLANO:  Objection.  Calls for
16   hearsay.
17            THE COURT:  Sustained.
18   BY MR. SINDEL:
19       Q.   Had you ever seen Mr. Gallegos violent?
20       A.   Yes.
21       Q.   And when was that?
22       A.   I don't recall the date.
23       Q.   What year?
24       A.   I don't recall.
25       Q.   Month, decade?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Probably the last decade.

2      Q.    And when does the last decade stretch --

3  from when to when?

4      A.    Ten years.

5      Q.    From when to when?

6      A.    From 2010 to 2020, I guess.

7      Q.    All right.  And do you remember the

8  circumstances where you claim now that you've seen

9  him violent?

10      A.    Yeah.

11      Q.    Did you tell them at the time that you

12  were interviewed that you'd never seen him violent?

13      A.    I don't recall.

14      Q.    Well, if that was in 2015, would that have

15  been within the last decade?

16      A.    Yeah.

17      Q.    So at least at that point in time, you had

18  told them in 2015 you'd never seen him violent;

19  right?

20      A.    I guess you're -- I guess so.

21      Q.    And at that time Mr. Gallegos was locked

22  up, wasn't he?  He was in jail; right?

23      A.    Yes.

24      Q.    And he hasn't gotten out since, as far as

25  you know; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yeah.  Yes.

 2        Q.   So at least in December 2015, you couldn't

 3   recall any incidents where he appeared to be

 4   violent?

 5        A.   Correct.

 6        Q.   Did you ever indicate that you were not

 7   afraid of Mr. Gallegos?

 8        A.   Correct.  I didn't have any reason to be,

 9   I guess.

10        Q.   And when they asked you whether or not you

11   had cleaned up anything in the apartment, did you

12   say to them, "No, that's bullshit.  I didn't clean

13   up nothing"?

14        A.   I don't recall.

15        Q.   Did you say, "Well, I didn't fucking do

16   nothing"?

17        A.   I don't recall.

18        Q.   Do you remember saying to them, "I need a

19   lawyer now"?

20        A.   I don't recall.

21        Q.   Well, let me see if you can remember this.

22   Do you remember saying to them:  "What did the

23   evidence show?  What evidence?"

24             And the officer said, "I'm going to tell

25   you."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              And you said, "I'm not going to say
 2   that" --
 3              MR. CASTELLANO:  Objection.  Calls for
 4   hearsay.
 5              THE COURT:  I think we're dealing with
 6   impeachment here, so overruled.
 7   BY MR. SINDEL:
 8       Q.   "I'm not going to say that.  Fuck that
 9   shit.  I need a lawyer now."
10       A.   I don't recall.
11       Q.   Is it possible that those are the words
12   that you used when you were being recorded?
13       A.   I don't recall.
14       Q.   Did they at any time give you a lawyer?
15       A.   No.
16       Q.   Did you at multiple times during the
17   course of that interrogation request a lawyer?
18       A.   What interrogation is this?
19       Q.   December 15, 2016, Janice Madrid from the
20   New Mexico State Police.
21       A.   I didn't have no lawyer, no.
22       Q.   Did you ask for one?
23       A.   I don't recall.  I don't remember.
24              THE COURT:  Mr. Sindel, is this a good
25   time for us to take our morning break?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. SINDEL:  It would be, Your Honor.

2    Thank you.

3          THE COURT:  Let's be in recess for about

4    15 minutes.  All rise.

5          (The jury left the courtroom.)

6          THE COURT:  All right.  Everyone be

7    seated.  A few things, comments back, feedback on

8    the document that was given me.

9          Mr. Cooper, Ms. Harbour-Valdez, if you'll

10   give Ms. Bevel a clean copy, I think we need to file

11   this in some way.  I'll file it under seal, because

12   I think we'll do that.  But I do think we need to

13   get it of record.

14          I appreciate this.  I think this is a

15   good-faith response to the Court's concerns.  I

16   don't feel blown off.  But we've got to get it

17   across the line.  I'm feeling a lot of pressure here

18   on the second day of the fourth week, and so we need

19   to bring this to a conclusion.  So let's not let up.

20   I think we have to get this across the goal line.  I

21   know I'm asking for a lot, but work with me.

22          I'm a visual guy, and so I probably need

23   to have something in a different format.  So think

24   about doing sort of a spreadsheet, boxes for each

25   day with a calendar.  It can be multiple pages or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  something, but leave the weekends blank so we know

2  what week we're working on, and maybe turn the page

3  sideways or however we need to do it.  We can print

4  it off on legal paper, and then we can revise it,

5  but sort of a spreadsheet format.

6           We're going to have to get there.  So I'm

7  going to push you to do it.  Let's go ahead -- the

8  next chart I see, let's start replacing day 1 with

9  days and dates so we know what we're looking at.

10          On day 2, I'm having some difficulty

11  reading and understanding it.  If you just look at

12  the times there, you can't get that much time in a

13  day.  So you'll have to sort of explain at some

14  point to me what is going on.  If we really push it,

15  we can get seven and a half hours a day.  Probably a

16  normal day, we're getting between seven and a

17  quarter.  So I'm not sure exactly what y'all told

18  me, but like for day 1 you're doing 6.4.  I think we

19  can do better than that.

20          The second day is probably too much.  So

21  we can talk about that, whether we ought to be

22  calendaring or using seven and quarter or seven and

23  a half.

24          For example, just look at day 2, Rayna

25  Blea.  You've got 1.0, cross 2.0, then you give it a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  zero, so you'll need to explain that to me at some

 2  point.

 3          Let's see.  I had one other comment, and

 4  it's got Mr. Burke next to it, so I'm not sure what

 5  I was going to say.  Oh, I do know what I was going

 6  to say.  Mr. Burke, on the motions that Mr. Castle

 7  wanted me to rule on, I ruled on them, so I gave him

 8  what he wanted.  But I'm not going to give him the

 9  other half of what he wanted, and that is that I

10  move to the opinions on those.  So I wanted you to

11  know that I'm giving the oral ruling that Mr. Castle

12  wanted, but I'm not going to turn to those.  I'm

13  going to ask y'all in a little bit what you want me

14  to work on.  But I'm not going to do what he asked

15  there and turn immediately to it.

16          All right.  Let's take our break, then we

17  can come back in.  If we have a few minutes, I may

18  get some feedback from you.

19          (The Court stood in recess.)

20          THE COURT:  All right.  All the defendants

21  are back in the courtroom, and I think we have an

22  attorney for each one.

23          Did you have something to discuss,

24  Mr. Beck?

25          MR. BECK:  No, Your Honor, I was going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  answer Your Honor's questions about day 2.  The

2  numbers at the end reflect the updated anticipation

3  of the United States' presentation of evidence.  So

4  for instance, Daniel Orndorff, Rayna Blea, and DNA

5  expert will be stipulation.  We expect those people

6  will not testify.

7          THE COURT:  Okay.  When you put a zero at

8  the end, you're saying, okay, you're slotting these

9  witnesses, but you think the end result will be that

10 they will be a zero.

11         MR. BECK:  Right.

12         THE COURT:  Let's try another one just so

13 I make sure I understand the chart.  Let's say

14 Brandon Chavez down in day 3.  Same thing?

15         MR. BECK:  Same thing.  We expect he will

16 not be called as a witness.

17         MS. HARBOUR-VALDEZ:  And then, Your Honor,

18 underneath it, like, Jose Gomez, the Government

19 reduced it from 1.25 to an hour.  So the last number

20 is the Government's updated estimate as of 6:00 this

21 morning.

22         THE COURT:  Would that one hour include,

23 those, your cross?

24         MS. HARBOUR-VALDEZ:  No, it's still two

25 hours' cross.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Well, why don't we do this?
 2  When we reformat this -- and I know I'm demanding a
 3  lot -- but when we reformat this, maybe for that
 4  sort of thing you could put it after -- like, Jose
 5  Gomez 1.25, you could put in parens 1.0, so I can
 6  know where the dispute is.
 7            MR. BECK:  Sure.
 8            THE COURT:  All right.  All rise.
 9            (The jury entered the courtroom.)
10            THE COURT:  Mr. Sindel, if you wish to
11  continue your cross-examination of Mr. Van Veghel,
12  you may do so at this time.
13  BY MR. SINDEL:
14      Q.   On December 6, (sic) 2015, when you were
15  interviewed by Officer Madrid, or Agent Madrid, did
16  you ever tell her that you never saw blood on
17  anything?
18      A.   I was probably scared at the time.
19      Q.   Did you tell her --
20      A.   I don't recall.
21      Q.   -- quote, "I never saw blood, nothing like
22  that"?
23      A.   Yes.
24      Q.   "I'll tell you guys the truth.  Okay?"  Do
25  you remember that statement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't remember my exact statements.
 2   That was a long time ago.  But if I said that, that
 3   was probably because I was scared.
 4        Q.    Did you say to them, "Look, I'm scared and
 5   I'm going to say I never saw blood on anything"?
 6        A.    No.
 7        Q.    Did you tell them that you tore up the
 8   carpet and that was it?
 9        A.    I don't recall exactly what I told them.
10        Q.    Did you ever ask the prosecution, "Look, I
11   gave this taped statement to these police officers.
12   It might help me remember if I listened to it
13   again"?
14        A.    I don't recall that.
15        Q.    When you say you don't recall, did you do
16   it, or did you not do it?
17        A.    I don't know.
18        Q.    So you may have asked them if you could
19   listen to the taped statement you made on December
20   15?  Do you remember if they said, "No, you can't"?
21        A.    No.
22        Q.    Do you know of any reason why someone
23   would say you could not listen to what you told the
24   officers was, "I'll tell you guys the truth"?
25        A.    I don't know.  I don't know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Let me ask you this.  Can you remember

2  ever listening to your voice on a tape with two

3  officers from the New Mexico State Police

4  Department?

5    A.   No.

6    Q.   If they had told you your Miranda rights

7  and your right to have a lawyer and you asked for a

8  lawyer, they violated those rights; they didn't give

9  you a lawyer; correct?

10   A.   I guess you could say that.

11   Q.   And if they told you, when they gave you

12  your rights, "Anytime you want to stop questioning,

13  all you have to do is tell us you want to stop and

14  we will stop"; correct?

15   A.   Yes.

16   Q.   But you said over and over again, "I don't

17  want to answer any more questions"; right?

18   A.   I guess so.

19   Q.   And they kept questioning you; correct?

20   A.   I guess so.

21   Q.   So it was clear at least that when they

22  gave you this commitment or promise, your Miranda

23  rights, that they weren't going to keep their part

24  of that deal; correct?

25   A.   I guess.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you ever, in that house or trailer, on
 2   November 12 see a body?
 3        A.    No.
 4        Q.    Did you ever see Mr. Burns on November 11
 5   or November 12?
 6        A.    I don't recall dates.  I seen him deliver
 7   drugs there one time.
 8        Q.    All right.  And was that the time that you
 9   cleaned up the carpet?
10        A.    No.
11        Q.    As I take it, at least, you didn't clean
12   up any blood off the carpet; right?
13        A.    All I did was roll up the carpet and put
14   it on the front porch.
15        Q.    Just pull it up off the floor, roll it up,
16   and put it on the porch?
17        A.    Yes.
18        Q.    Because there wasn't any blood to clean
19   up, was there?
20        A.    I wasn't looking for blood.  I didn't
21   know -- I was just rolling up the carpet.  I just
22   did what I was told.
23        Q.    Did you see any blood on the carpet as you
24   rolled it up?
25        A.    No, I wasn't looking.  It was dark carpet.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   It was dark carpet.

 2        Q.   Was it during the daytime?  You said he

 3   woke you up.  Was it morning?

 4        A.   It was dark outside.

 5        Q.   Did you tell the police officers on

 6   December 15, 2016, that he woke you up early in the

 7   morning?

 8        A.   I don't recall that.  I recall saying it

 9   was dark when I was woke up.  I don't know the time.

10   I don't know.

11        Q.   Well, do you remember if the sun came up

12   that day?

13        A.   It did the next morning.

14        Q.   All right.  And did you tell them that

15   you -- they woke you up about the time the sun was

16   coming up?

17        A.   No.

18        Q.   You say that you couldn't say for sure

19   whether there was blood on the carpet because it was

20   so dark, but you told this jury that you could see a

21   spot of blood on the freezer; is that right?

22        A.   The freezer is white.  The blood is red.

23        Q.   And you told them you could see a spot of

24   blood on the compressor.

25        A.   The hose was orange, bright orange.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.    And so what color is the carpet?

2    A.    Black, brown, dark color.  Same color as

3  this here.

4    Q.    And did you see any indications that you

5  can recall of any blood on that carpet as you

6  cleaned it up?

7    A.    There was so much debris on the carpet.

8  And I wasn't looking for blood, so I didn't -- I

9  just rolled up the carpet and put it on the porch.

10    Q.    Did you tell the police on December 15,

11  quote, "There was, I mean, no blood or nothing on

12  the carpet, dude"?  Do you remember saying that?

13    A.    If that's what your paper says, I guess I

14  must have.

15    Q.    Do you want to see what I'm reading from?

16    A.    Not really.

17    Q.    Do you believe me when I'm reading those

18  words?

19    A.    I don't know.

20    Q.    I mean, I'll show it to you.

21    A.    I don't need to see it.

22    Q.    Okay.  Do you remember saying, "I did not

23  have to clean up, dude"?

24    A.    I don't remember.

25    Q.    Do you remember, as they kept questioning

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you, even though you said, "I don't want to answer

2   any more questions," that you said to them, quote,

3   "What do you want me to do?  What do you want to

4   hear?"  Do you remember that?

5       A.   No.

6       Q.   Is it possible that you said that?

7       A.   I guess.

8       Q.   And then as they were sitting there

9   interrogating you, even though you asked for them to

10  stop, did you feel that you wanted to supply them

11  with, quote, "What do you want to hear?"

12      A.   No, I don't remember that.

13      Q.   Do you want to see it here in black and

14  white?

15      A.   No.

16      Q.   As I take it, at least, this carpet that

17  you pulled from the floor and rolled up -- you just

18  left it there on the front porch; is that right?

19      A.   Yes.

20      Q.   You had said here it was dark.  Do you

21  remember answering questions from them and saying,

22  quote, "I slept in the bed and then I woke up, and

23  they came and woke me up in the morning"?  Do you

24  remember saying that?

25      A.   Yeah, I guess so.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And that's when they woke you up and had
2   you lift or tear up the carpet?
3      A.   Correct.
4      Q.   And to get you well again, because you'd
5   spent the night without drugs, that he gave you some
6   heroin?
7      A.   Correct.
8      Q.   And you popped that heroin into your
9   system with a syringe; right?
10     A.   Right.
11     Q.   Just like you always do?
12     A.   Just like I used to do it.
13     Q.   Excuse me?
14     A.   Like I used to do it, yes.
15     Q.   Did they ask you whether or not Joe
16  Gallegos or his brother seemed frantic that morning
17  when they woke you up?
18     A.   I think they did ask me that, yeah.
19     Q.   Do you remember saying, "No, they didn't
20  even look like anything happened.  They didn't look
21  like they did anything wrong.  Seriously"?  Do you
22  remember saying that?
23     A.   Yeah.  I guess that's what happens when
24  you don't have a conscience.
25     Q.   I didn't ask you a question, sir.  You

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                         1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   know how to answer questions, don't you?
2       A.   I'm not asking you a question.  I'm making
3   a statement.
4       Q.   You're not to make a statement.  You're to
5   answer questions.  This isn't a speech; correct?  Do
6   you understand that?
7       A.   Continue.
8            MR. SINDEL:  Your Honor, I'd ask that be
9   struck as nonresponsive.  There was no question
10  pending.
11           THE COURT:  It will be struck.  The jury
12  will disregard it.
13  BY MR. SINDEL:
14      Q.   Did you see Adrian Burns at the house the
15  night before you tore up the carpet?
16      A.   No.
17      Q.   I'm going to ask you whether you saw
18  anything that discolored the carpet.  Did you say
19  that "I saw nothing, no nothing, just dirt"?
20      A.   I don't recall.
21      Q.   Is it possible you said that?
22      A.   Possible.
23      Q.   And this table leg that Mr. Castellano
24  asked you to describe -- did you see any blood on
25  that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Did you see anything, human hair on that?
 3        A.    I didn't look.
 4        Q.    Did you see anything on that that
 5   suggested to you that it had been used as a weapon
 6   of any kind?
 7        A.    It's a table leg.  It should have been on
 8   the table, and it was broken in half.
 9        Q.    Did you see anything on the table leg that
10   suggested to you that it had been used as a weapon?
11        A.    Yeah.  It was broken in half.
12        Q.    All right.  Do you know how it got broken
13   in half?
14        A.    No, I don't.
15        Q.    Do you know what table it came off of?
16        A.    No, I don't.
17        Q.    Did you ever see that table leg on a
18   table?
19        A.    No, I didn't.
20        Q.    You didn't see anybody get hit with a
21   table leg, did you?
22        A.    I was asleep.  I didn't see anything.
23        Q.    I'm sorry, what?
24        A.    I was asleep.  I did not see anything.
25        Q.    So the answer is no, you never saw anyone?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct.
 2        Q.   Now, I think you said at one point in time
 3   after Karen got out of the jail, you and she cleaned
 4   up the apartment; is that right?
 5        A.   When Joe had gotten out of jail, he came
 6   and asked me to clean his trailer.  It's not an
 7   apartment.
 8        Q.   I'm sorry, you're right.  The trailer.
 9   And she got out, as we noticed, the early afternoon
10   of November 14; right?
11        A.   Correct.
12        Q.   And that was before the police came to
13   search the trailer; right?
14        A.   Correct.
15        Q.   And you guys picked things up, cleaned
16   things up, tidied up; correct?
17        A.   Correct.
18        Q.   Can you pull up for me Government's
19   Exhibit 432.
20             Can you tell us what part of the trailer
21   we're looking at there in that exhibit?  You can
22   look right next to you.  Do you see it?  There you
23   go.  What part of the trailer are we looking at?
24        A.   That's right when you first --
25        Q.   Pull the microphone closer, please?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's whenever you first walk in.

 2        Q.    I'm sorry, what?

 3        A.    When you first walk into the trailer

 4   looking at --

 5        Q.    So where is the front door?  Is it behind

 6   you as you walk in, look at this scene?

 7        A.    No, it's in front of you.

 8        Q.    All right.  So can you see the front door

 9   in that photograph where you said the front door is

10   in front of you?

11        A.    No.  The front door is like where the

12   picture is taken from.

13        Q.    So the front door is behind the person

14   taking the picture?

15        A.    Correct.

16        Q.    So the view that you have there is looking

17   from the front door towards the rear of the trailer?

18        A.    Towards the side, the kitchen.

19        Q.    Toward the kitchen?  Is this the kitchen

20   there, with the pots and pans and stuff?

21        A.    Yes.

22        Q.    And can you see there where -- the

23   underlayer of the lower -- underneath the carpet,

24   whatever you call that stuff, it's been pulled back

25   and the wood is exposed?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.

 2      Q.   Did you do that?

 3      A.   No.

 4      Q.   Did the police do that when they came in

 5 for their search?  There is a little button.  See at

 6 the base there.  It should show a green light.

 7      A.   It's on.

 8      Q.   Do you see it?  So that wasn't like that

 9 when -- after you cleaned up; correct?

10      A.   No.

11      Q.   Did the trailer look like this after you

12 and Karen had so diligently cleaned it?

13      A.   No.

14      Q.   So who wrecked the place?

15      A.   That is probably after -- I don't know who

16 wrecked the place.  That's not -- that looks like

17 probably before or after, I don't know.  Whenever we

18 cleaned it up, there was -- it was -- the trash cans

19 were dumped out.  It was just a mess.

20      Q.   This photograph was before or after what?

21      A.   I don't know.  Before or after the search

22 warrant was --

23      Q.   You didn't take this photograph; right?

24      A.   No, I've never taken a photograph in that

25 house.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Would it be fair to conclude that this

2    photograph was taken by the police?

3    A.   I guess so.  I guess, yeah.

4    Q.   And what I'm asking you is:  After you

5    guys had so diligently cleaned the trailer, is this

6    what it looked like?

7    A.   I don't recall.

8    Q.   Could we see 433, please?

9         Do you recognize this portion of the

10   trailer?

11   A.   Yes.

12   Q.   And this -- is this sort of, quote,

13   unquote, the living room area?

14   A.   Correct.

15   Q.   And can you see right in this spot right

16   here what appears to be dust on those shelves, right

17   in there?

18   A.   Yeah.

19   Q.   Dust; right?

20   A.   Yes.

21   Q.   Dust; right?

22   A.   Correct.

23   Q.   Dust; right?

24   A.   Yes.

25   Q.   And this was taken apparently by the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   police after you and Karen had so diligently cleaned

 2   up; correct?

 3        A.   That looks like when Sean's son was living

 4   there.  They must have been cleaning it up then.

 5        Q.   That looks like -- I'm sorry, I couldn't

 6   understand you.

 7        A.   When Sebastian was living there.

 8        Q.   So this wasn't taken by the police at all,

 9   was it?

10        A.   Yes, it was.  I'm sure, I guess.

11        Q.   Sebastian.  That's the first time I heard

12   his name.  When did Sebastian start living there?

13        A.   After -- I don't know exactly the dates,

14   but --

15        Q.   After what?

16        A.   Joe's girlfriend's son was staying there.

17        Q.   Was he staying there on November 12?

18        A.   No.

19        Q.   Was he staying there on November 13?

20        A.   No.

21        Q.   Was he staying there on November 14 when

22   Karen --

23        A.   No.

24        Q.   You've got to wait.

25        A.   Sorry.  No one was staying in November at
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com

1   all.

2       Q.   You got to wait.  Okay.  Was he staying

3   there on November 14, when you finally got your

4   girlfriend out of jail?

5       A.   No.

6       Q.   Was he staying there on November 15, when

7   the police came in with the search warrant?

8       A.   No, he wasn't staying there in November at

9   all.

10      Q.   Okay.  So this photograph was taken before

11  Sebastian ever arrived; right?

12      A.   I don't know when the photograph was

13  taken.

14      Q.   Okay.  If that photograph has been

15  identified as a photograph taken by the police on

16  November 15, would that be how the apartment looked

17  after you guys had cleaned it up?

18      A.   Possibly.  I don't recall.

19      Q.   When you see all this stuff on the floor;

20  correct?  Right there, right there, right there,

21  right there, right there; correct?

22      A.   Correct.

23      Q.   And can we see Exhibit 434, please?

24           Does this photograph depict the

25  compressor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And is that compressor located anywhere

 3   near where you pulled the carpet up?

 4        A.   No.

 5        Q.   This is the compressor here; is that

 6   right?

 7        A.   I don't know if -- that's the compressor,

 8   yes, but I don't know if that's the compressor.

 9        Q.   Do you see that big red thing in front of

10   it?

11        A.   I see it.

12        Q.   Is that the compressor?

13        A.   I don't think that was the same

14   compressor, but that is the same compressor hose.

15        Q.   Okay.  So someone changed the hose out or

16   changed the compressor out, as far as you know, but

17   left the hose; is that right?

18        A.   Correct.

19        Q.   That's what you understand?  When was it

20   that they hauled the old compressor out and brought

21   the new compressor in?

22        A.   Ask them.  I don't know.

23        Q.   I'm asking you, sir.

24        A.   How would I know that?

25             MR. CASTELLANO:  Speculation.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Overruled.
 2              MR. CASTELLANO:  And foundation.
 3              THE COURT:  I think he said he doesn't
 4    know, so we'll let the answer stand.  Overruled.
 5    BY MR. SINDEL:
 6         Q.   Let's not ask when.  Do you remember them
 7    taking the old compressor out and putting a new
 8    compressor in?
 9         A.   No.
10         Q.   And also in that particular photograph, is
11    that the freezer you said you saw a drop of blood
12    on?
13         A.   Yes.
14         Q.   And what, if anything, did you do with the
15    rag after you cleaned up --
16         A.   I don't recall.
17         Q.   -- that one drop of blood?
18         A.   I don't recall.  I must have threw it in
19    the trash.  I'm not sure.  Could have put it in the
20    fireplace.  I don't remember.
21         Q.   Is the fireplace in the living room?
22         A.   No.
23         Q.   Where is the fireplace located?
24         A.   It's located in the back by Joe's bedroom
25    in a little addition he built onto that trailer.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And the fireplace was there at the time

2  that the police came and searched the house on

3  November 15; is that right?

4      A.   That's right.

5      Q.   Do you know whether they took anything out

6  of the fireplace at any time?

7      A.   I don't know.

8      Q.   You said you had seen Mr. Gallegos with

9  some handcuffs; right?

10     A.   Yes.

11     Q.   A pair of handcuffs?

12     A.   Yes.

13     Q.   You said it was in his truck; right?

14     A.   Yes.

15     Q.   And that was the only handcuffs you'd ever

16  seen; correct?

17     A.   Yes.

18     Q.   You can take that off.  Thank you.

19          You said in response to Mr. Castellano's

20  questions that your memory has been affected by your

21  continued drug use and drug abuse over the course of

22  your life since 1999; correct?

23     A.   Correct.

24     Q.   And when I asked you a number of questions

25  about the interview you had with the police in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   December of 2016, you could barely recall the
 2   interview, couldn't you?
 3        A.   Correct.
 4        Q.   And that's because, like you told them,
 5   you had taken two shots before you got there; right?
 6        A.   Probably, yes.
 7        Q.   Two shots would have been two hits of
 8   heroin; right?
 9        A.   Yes.
10             MR. SINDEL:  That's all I have.
11             THE COURT:  Thank you, Mr. Sindel.
12             Any other defendant have cross-examination
13   of Mr. Van Veghel?
14             All right, Mr. Castellano, do you have
15   redirect of Mr. Van Veghel?
16             MR. CASTELLANO:  Yes, sir.  Thank you.
17             THE COURT:  Mr. Castellano.
18                     EXAMINATION
19   BY MR. CASTELLANO:
20        Q.   Okay, Mr. Van Veghel, are you here
21   pursuant to a subpoena?
22        A.   Yes.
23             MR. SINDEL:  Objection, outside the scope
24   of the cross-examination.
25             THE COURT:  Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   BY MR. CASTELLANO:
2        Q.   And as part of being subpoenaed as a
3   witness, is it your understanding that the
4   Government pays for a hotel and what's called per
5   diem?
6        A.   Yes.
7        Q.   And is that what you're getting as part of
8   being a witness in this case?
9        A.   Yes.
10       Q.   You mentioned earlier that you didn't want
11  to mention your girlfriend's name.  Are you
12  concerned about people knowing her name?
13            MS. TORRACO:  Objection, leading.
14            THE COURT:  Sustained.
15            MS. TORRACO:  Can we approach?
16            THE COURT:  Well, we're not going to go in
17  that area.  You can approach, if you want, but we're
18  just not going to go there.
19  BY MR. CASTELLANO:
20       Q.   Do you know Morgan Ramirez?
21       A.   Yes.
22       Q.   How did you know her?
23       A.   She was Joe's girlfriend prior to Shauna
24  being his girlfriend, I guess.
25       Q.   So did you know another girlfriend of his
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    named Shauna?

 2        A.    Yes.

 3        Q.    Is that the person you said was --

 4    Sebastian was her son?

 5        A.    Sebastian was her son, yes.

 6        Q.    When you were talking about Shauna, how

 7    much later in time is Shauna as a girlfriend as

 8    opposed to Morgan?

 9        A.    Oh, probably -- I'm not exactly sure the

10    amount of time.

11        Q.    But is she someone you knew as a

12    girlfriend after Morgan Ramirez?

13        A.    Yes.

14        Q.    How did Joe feel about Morgan Ramirez?

15        A.    I don't know.

16        Q.    You were asked about your prior

17    convictions and whether you pled guilty to them.  Do

18    you know the difference between a guilty plea, a no

19    contest plea, or an Alford plea?

20        A.    No, not really.

21        Q.    Okay.  So do you recall whether it was any

22    of those types of pleas when you pled to these

23    charges, your prior charges?

24            MR. SINDEL:  Your Honor, I don't know how

25    he can answer that question if he doesn't even know

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   what it is.
 2            THE COURT:  Well, if he can answer it.
 3            MR. SINDEL:  Your Honor, I also believe
 4   there is no foundation for this particular question.
 5            THE COURT:  Well, these are things that he
 6   did.  If he doesn't understand it, he can explain.
 7   Overruled.
 8   BY MR. CASTELLANO:
 9       Q.   Do you know the difference between those
10   three different types of pleas?
11       A.   No.
12       Q.   So do you recall if it was any one of
13   those that you may have pled to when you pled guilty
14   to your prior charges?
15       A.   I might have pled no contest, and I don't
16   even know what that means, but...
17            MR. SINDEL:  Your Honor --
18            THE COURT:  Sustained.  I'm going to
19   strike that answer.  It's not like he has any
20   knowledge there.  So the jury will disregard that.
21   BY MR. CASTELLANO:
22       Q.   In terms of the timeline, you were asked
23   whether Karen was in jail for the matanza.  Do you
24   remember that?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

100

1    Q.   Was she still in jail at that time?

2    A.   I think so.  I think she was, yes.

3    Q.   And was she still in jail when you pulled

4    up the carpet and put it on the porch?

5    A.   Yes.

6    Q.   Let me ask if these are two separate

7    incidents.  Is the incident where you pulled up the

8    carpet, one incident, different than when you and

9    Karen cleaned the house?

10   A.   Yes.

11   Q.   When was the time that you and Karen

12   cleaned the house?

13   A.   After Joe was released from jail, when the

14   Socorro County judge released her for lack of

15   evidence or something.

16   Q.   Was it fair to say that he'd been --

17        MR. SINDEL:  Your Honor, I couldn't quite

18   understand.

19        THE COURT:  He said after Joe was released

20   from the jail, when the Socorro County judge

21   released her.

22        MR. SINDEL:  Oh, okay.

23   BY MR. CASTELLANO:

24   Q.   So was this a time after Joe was arrested

25   and released from jail?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   When Joe was released from jail, he came

2    to the motor home that I was staying at, and asked

3    me to come help him clean up his trailer.

4       Q.   Was that a time after the police executed

5    a warrant at his place?

6       A.   Yes.

7       Q.   And you were asked if you recall that

8    Karen was released on November 14.  Do you remember

9    that, either way?

10      A.   I don't remember the dates, but, yes.

11      Q.   You were also asked about this interview

12   with state police on December -- in December of

13   2015.  Do you remember being asked about that?

14      A.   Yes.

15      Q.   And do you recall the portion where there

16   is discussion of an attorney from that interview?

17      A.   I don't really recall the interview at

18   all.

19      Q.   Would it help to refresh your recollection

20   to take a look at that report?

21      A.   Yes.

22           MR. CASTELLANO:  May I approach, Your

23   Honor?

24           THE COURT:  You may.

25           MR. SINDEL:  I'm sorry, he's going to use



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   a report that this individual never prepared or

2   never reviewed to refresh his recollection.

3         THE COURT:  Why don't you do this:  Let's

4   you and Mr. Castellano come up here to the podium

5   and put a white piece of paper, clip it, or

6   something, over the substance.  If he can't remember

7   the interview at all, I'll allow him to refresh it

8   with looking at the title of it, and see if that

9   helps him refresh his memory as to whether or not he

10  was involved in the interview.  Then if we need to

11  get into substance, we can go to the substance

12  later, but...

13        (The following proceedings were held at

14  the bench.)

15        THE COURT:  Let's do this, since the

16  question on the table is if he doesn't recall the

17  interview at all.  Show him the first page, and then

18  why don't you show him -- Ms. Bevel, do you have any

19  of those -- these right here that are long?  I'll

20  just use two of these.  Show him the front page.

21  Show him that right there.  Then you can ask him to

22  put it down and ask him now does he recall, and

23  we'll take it a step at a time.

24        MR. SINDEL:  Your Honor, what I understand

25  is that what Mr. Castellano is interested in is this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    situation in which she says, "I informed him he

2    couldn't place what he was saying on paper and he

3    agreed to speak without his lawyer present."  That's

4    not an accurate reflection of what's in the

5    transcript.  I do have it transcribed.  There are

6    multiple -- at least six situations which he asked

7    for a lawyer.  It is one of the things where the

8    cops are saying, "If you won't answer the questions,

9    we can't put it down on a piece of paper and take it

10   to the prosecuting attorneys."  I think that the way

11   it's worded in there is not his words; it's her

12   words.  And I don't think it's proper to refresh his

13   recollection with --

14              THE COURT:  Do you have any problem with

15   phrasing it the way that Mr. Sindel is saying it?

16              MR. CASTELLANO:  Well, I do, because

17   that's not the point of refreshing recollection.

18   You can refresh recollection with anything.

19              THE COURT:  I agree with that.  It's just

20   the problem here is that I don't want him seeing it

21   before he says his memory needs to be refreshed.

22   But here's -- I think Mr. Sindel's concern is the

23   way that he is characterizing what occurred on the

24   tape, the transcript accurate, and can you just

25   track the language that's in the tape and transcript

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    rather than what's here in the 302, or whatever this

2    supplemental report is.

3            MR. CASTELLANO:  Well, the point I'm

4    making is there is no doubt he did invoke his right

5    to an attorney and there is no doubt the state

6    police told him that they couldn't put down what he

7    said on paper, which is reflected in the reports.

8    And after they tell him that, he approaches them and

9    says, "Okay, I want to tell you the truth about what

10   happened."

11           So regardless of the number of times that

12   he invoked, ultimately he's the one who reapproached

13   state police and said, "I do want to make a

14   statement at this point," and then gives them

15   information about pulling up the carpet and things

16   of that nature.  So we're talking about different

17   things here.

18           MR. SINDEL:  First of all, in the

19   transcript -- there is no break in the transcript in

20   terms of reapproaching.  He never leaves -- they

21   never grant him his rights to remain silent even

22   though he says he doesn't have anything more to say.

23   And when he asks for a lawyer, they don't grant him

24   one.  They tell him, "If you want us to put it down,

25   you have to answer our questions."  He never says,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you know, "I want to go ahead."  It's they --
 2             THE COURT:  So we have a transcript or an
 3   audio?
 4             MR. SINDEL:  Both.
 5             THE COURT:  Both.  Why don't we do this:
 6   It seems to me that it would be fairer for your
 7   questions to track the transcript, which is what
 8   you're saying; correct?
 9             MR. SINDEL:  Correct.
10             THE COURT:  Than it is to track some
11   summary.
12             MR. CASTELLANO:  What the summary says,
13   they told him they couldn't put it on paper.  I mean
14   the summary says --
15             THE COURT:  I just think that's unfair.
16   If we've got a transcript, you can track the
17   language of the transcript.  But I don't think some
18   characterization of it is fair.  It seems to me
19   they've got a transcript.  That's the fairest thing;
20   not some report that's characterizing it.  So if you
21   want to track the questions and the language that's
22   in the transcript, I'll let you do that.  But I
23   think that a supplemental report deviates from it.
24   That seems to me to be manufacturing evidence and
25   makes me uncomfortable.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. CASTELLANO:  I need to borrow the

2    transcript from defense counsel.

3            THE COURT:  Do you have one?  Do you have

4    one you can share?

5            MR. SINDEL:  Yeah, there is quite -- I'll

6    have to look and note it and mark it for him.  Why

7    doesn't he go ahead with his examination and then

8    I'll be doing that, because there's a number of

9    times.

10           THE COURT:  Okay.  If you've got a copy of

11   the transcript, Ms. Bevel can copy it, and you can

12   help him.

13           MR. SINDEL:  I can do that.

14           THE COURT:  Ms. Bevel -- are you going to

15   hand her a copy?

16           MR. SINDEL:  I am.  I do want to make it

17   clear, what happens is that he's picked up by the

18   police, he's taken in their car to the police

19   station.  That entire event is recorded.  There is

20   really nothing of consequence that occurs until

21   around 22 minutes in.  Plus there's a lot of

22   recording and I hope you can verify that's in the

23   car, so you can hear.  So I don't want there to be

24   any question that we start our transcript at a

25   certain spot because I simply --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Let me ask this.  What are you
 2  looking at right this minute to look at the
 3  transcript?  Is it on your computer?
 4              MR. SINDEL:  No, I have it on paper.  I
 5  can give it to you.
 6              THE COURT:  All right.
 7              MR. SINDEL:  I just don't want any
 8  question that I only started the transcript at 22
 9  minutes in.  Well, there was nothing before that.
10  Okay?  So -- and I know if you've listened to it,
11  you've heard -- you can't understand a word --
12              THE COURT:  Well --
13              MR. SINDEL:  -- before they get to the
14  police station.
15              THE COURT:  Is this what Mr. Benjamin is
16  bringing up here?  Are you bringing the transcript?
17              MR. BENJAMIN:  Yes, Your Honor.  I don't
18  know if it's going to feed through a copier.
19              THE COURT:  You don't know what?
20              MR. BENJAMIN:  He's got the paper tabs on
21  it.
22              MR. SINDEL:  I have it on a computer
23  without all these notes and tabs.  Why don't I email
24  it to the clerk right now?
25              THE COURT:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  That will be easier.

 2              THE COURT:  Can you give us five minutes

 3    to come back.  Do you have more stuff, or are you

 4    about done?

 5              MR. CASTELLANO:  A little bit.

 6              THE COURT:  All right.  He's going to

 7    email it to you.  We'll print out that transcript

 8    and just take it over to Mr. Castellano, and if you

 9    need a minute to look at it --

10              MR. CASTELLANO:  I will, Your Honor.

11              THE COURT:  Okay.

12              MR. SINDEL:  Thank you.

13              (The following proceedings were held in

14    open court.)

15              THE COURT:  All right, Mr. Castellano.

16              MR. SINDEL:  May I have just a second?

17              THE COURT:  You may.

18              MR. SINDEL:  All right, Your Honor.  Thank

19    you.

20              THE COURT:  All right.  Mr. Castellano.

21              MR. CASTELLANO:  Thank you, Your Honor.

22    BY MR. CASTELLANO:

23         Q.   When the state police pulled you in, were

24    you nervous or scared when you spoke to them?

25         A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   What were you concerned about?

2     A.   That Joe and Andrew would think that I was

3  ratting on them.

4     Q.   Was that a concern to you?

5     A.   Yes.

6     Q.   So when you told them the things that you

7  told them -- and I'm referring to the state

8  police -- what was going through your mind when you

9  first started speaking to them?

10    A.   That they were going to try and charge me

11  for something, that I didn't even know that I did

12  anything wrong.  If I did anything wrong, what, you

13  know.

14    Q.   And then do you remember the point when

15  you asked for an attorney?

16    A.   No, I don't remember.  I don't remember

17  exactly when.

18    Q.   Do you remember a point where you agreed

19  to tell them what happened?

20         MR. SINDEL:  I object to the leading form

21  of the question and I also believe this matter has

22  been resolved.  He said he didn't even remember the

23  interview.

24         THE COURT:  This is another foundational

25  question.  I'll allow this.  Overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2    BY MR. CASTELLANO:

3      Q.   At what point do you recall, without even

4    looking at the transcript -- at what point do you

5    recall agreeing to say something to the state

6    police?

7      A.   I don't remember exactly when.

8      Q.   Do you remember if, on that occasion, you

9    told the state police about tearing up the carpet

10   from the house?

11          MR. SINDEL:  I'm going to object to the

12   leading form of the question.

13          THE COURT:  Overruled.

14     A.   Yeah, I remember I told them the role that

15   I played, I guess.  I just told them what happened.

16   I don't even know what had happened.  But I told

17   them what I did.  I pulled up the carpet and stuff.

18     Q.   You were asked about seeing blood on the

19   carpet.  What do you remember about the lighting

20   conditions in that trailer?

21     A.   It's dark.  It's real dark in there.

22     Q.   And were you looking for blood when you

23   pulled up the carpet?

24     A.   No.

25     Q.   Did you think anything about blood until

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you saw something on the freezer and on the

2   compressor hose?

3        A.    No.

4        Q.    Let me show you Government's Exhibit 434.

5              I'm circling what I'll call a red

6   compressor with an orange hose.  Do you see that,

7   sir?

8        A.    Yes.

9        Q.    I think you mentioned when the defense

10  attorney was questioning you that there was -- you

11  could see a contrast between the orange and what you

12  thought was blood, something red on the hose.  Do

13  you remember that?

14       A.    Yes.

15       Q.    And how -- did it look like blood?

16       A.    Yes.

17       Q.    And did it wipe away as if it was still

18  wet?

19       A.    Yes.

20       Q.    Now, I want to compare that to what you

21  saw on the freezer, which I'm circling here.  Is

22  that the white freezer in the lower right-hand

23  corner of the picture?

24       A.    Yes.

25       Q.    How was what you scraped off the freezer

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 different from what you scraped off the hose?

2       A.    What I scraped off the hose was wet.  And

3 on the freezer it was just one drop, and it was dry.

4       Q.    And then did you have to do more than just

5 use a rag to wipe that away?

6       A.    Yeah, it wouldn't just wipe away.  There

7 was a grinder sitting there, so I turned it on and

8 grinded it off the freezer.

9       Q.    When you were in jail, do you remember

10 being arrested on a warrant?

11       A.    That was for that check forgery?  Yes.  I

12 remember that.

13       Q.    You were asked about that.  Which jail

14 were you in?

15       A.    The Valencia County Detention Center.

16       Q.    And when you were in that jail, did anyone

17 approach you about ratting on Joe?

18       A.    Yes.

19             MR. SINDEL:  Your Honor, he's testified

20 that he was arrested on the check in 2006.  That was

21 what his testimony was.

22             THE COURT:  Well --

23             MR. SINDEL:  I object to the

24 characterization.  It's also leading.

25             THE COURT:  Overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTELLANO:  He testified that the
 2   trial litigation was in 2006.
 3            MS. TORRACO:  Objection.
 4            THE COURT:  It's overruled.
 5            MS. TORRACO:  I have a different basis.
 6            THE COURT:  All right.
 7            MS. TORRACO:  This is beyond the scope of
 8   direct and both crosses.  In the earlier direct, we
 9   should have been allowed to go into this.
10            THE COURT:  Overruled.
11   BY MR. CASTELLANO:
12       Q.   Did anybody approach you in the jail about
13   ratting on Joe?
14       A.   Yes.
15            MR. SINDEL:  Objection, hearsay.
16            THE COURT:  Overruled.
17   BY MR. CASTELLANO:
18       Q.   What was the answer, sir?
19       A.   Yes.
20       Q.   And did that concern you?
21       A.   Yes.  It was another inmate from a
22   different cell during the count period.  They
23   traded -- each traded with a different -- with the
24   inmate that was my celly, and he was in there, and
25   he started asking --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           THE COURT:  Hold on.  I think -- are you

2    trying to elicit any more on this?

3           MR. CASTELLANO:  No, Your Honor.

4           THE COURT:  All right.  Let's stop here.

5           And you can only consider this for the

6    impact that it had on Mr. Van Veghel's mind.  You

7    can't consider it for the truth of the matter.  So

8    it's just for the impact that it had on

9    Mr. Van Veghel.

10           Mr. Castellano.

11           MR. CASTELLANO:  Thank you, Your Honor.

12    BY MR. CASTELLANO:

13       Q.   Mr. Van Veghel, did someone approach you

14    after you had been cooperative with the FBI?  Was it

15    after that time?

16       A.   Yes.

17           MR. CASTELLANO:  Your Honor, I pass the

18    witness.

19           THE COURT:  All right.  Thank you,

20    Mr. Castellano.

21           All right, Mr. Van Veghel, you may step

22    down.  Is there any reason that Mr. Van Veghel

23    cannot be excused from the proceedings?

24    Mr. Castellano?

25           MR. CASTELLANO:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            THE COURT:  How about from the defendants?

2            MR. SINDEL:  No, Your Honor.

3            THE COURT:  All right.  Ms. Torraco?  All

4  right.

5            Not hearing any objection, you are excused

6  from the proceedings.  Thank you for your testimony.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11     In testimony whereof, I have hereunto set my

12 hand on this 13th day of May, 2018.

13

14     _____

15     Jennifer Bean, FAPR, RMR-RDR-CCR
       Certified Realtime Reporter
16     United States Court Reporter
       NM Certified Court Reporter #94
17     333 Lomas, Northwest
       Albuquerque, New Mexico 87102
18     Phone:        (505) 348-2283
       Fax: (505) 843-9492
19     License expires:  12/31/18

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com