1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5       vs.              NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9        Transcript of excerpt of testimony of

10               SHAUNA GUTIERREZ

11               May 3, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                          I N D E X

2     EXAMINATION OF SHAUNA GUTIERREZ

3     By Ms. Armijo                                      4

4     By Mr. Benjamin                                    52

5     By Mr. Benjamin                                    88

6     By Ms. Armijo                                      99

7     By Mr. Benjamin                                   108

8     By Ms. Armijo                                     114

9     REPORTER'S CERTIFICATE                            116

10                      EXHIBITS ADMITTED

11    Defendants' BQ Admitted                            88

12    Government 750 Admitted                            21

13    Government 946 Admitted                            50

14    Government 950 and 951 Admitted                    27

15    Government 953, 954 and 955 Admitted               29

16    Government 957 Admitted                            38

17    Government 958 and 959 Admitted                    39

18    Government 960 and 961 Admitted                    41

19    Government 966 Admitted                            16

20    Government 969 Admitted                           102

21

22

23

24

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Ms. Armijo, does
 2  the Government have its next witness or evidence?
 3              MS. ARMIJO:  Yes, Your Honor.  Shauna
 4  Gutierrez.  It may take a moment to switch them out.
 5              Your Honor, while we're waiting, may we
 6  approach?
 7              THE COURT:  You may.
 8              (The following proceedings were held at
 9  the bench.)
10              MS. ARMIJO:  I don't know that we need
11  everybody.  But I had spoken to Mr. Benjamin about
12  this.  We'll probably be in the middle of Shauna
13  Gutierrez's testimony, and we have a medical
14  examiner coming this afternoon.
15              THE COURT:  All right.
16              MS. ARMIJO:  So he did not object to him
17  getting on the stand, just because he's an expert;
18  we wanted to get him in and out.
19              MR. BENJAMIN:  Thinking about a doc being
20  paid more.
21              THE COURT:  It's called professional
22  courtesy.  We'll take him out of line.
23              MR. BENJAMIN:  I have no objection at all.
24              (The following proceedings were held in
25  open court.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right, Ms. Gutierrez.  If
2    you'll come on in and stand next to the witness box,
3    before you're seated, my courtroom deputy, Ms. Bevel
4    will swear you in.  If you'll raise your right hand
5    to the best of your ability there.
6                    SHAUNA GUTIERREZ,
7         after having been first duly sworn under oath,
8         was questioned, and testified as follows:
9              THE CLERK:  Please be seated.  Please
10   state your name and spell your last name for the
11   record.
12             THE WITNESS:  Shauna Gutierrez.
13   G-U-T-I-E-R-R-E-Z.
14             THE COURT:  Ms. Gutierrez.  Ms. Armijo.
15             MS. ARMIJO:  Thank you, Your Honor.
16                    DIRECT EXAMINATION
17   BY MS. ARMIJO:
18        A.   Ms. Gutierrez, how old are you?
19        A.   I'm 38.
20        Q.   I think you're going to -- that was kind
21   of a test question, because I think you're going to
22   have to move it up and move forward.
23        A.   I'm 38.
24        Q.   All right.  And where did you grow up?
25        A.   Los Lunas, New Mexico.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

```
 1        Q.    Do you have any kids?
 2        A.    I have six kids.
 3        Q.    And at some -- now, you know why you're
 4   here today?
 5        A.    I do.
 6        Q.    And did you actually -- were you actually
 7   charged in this case and have you pled guilty?
 8        A.    Yes, I have.
 9        Q.    Now, prior to your involvement in this
10   case -- and let me ask you this question.  Were you
11   involved with drugs in your life?
12        A.    Yes, I was.
13        Q.    And when did you start using drugs?
14        A.    I started using drugs between maybe five
15   years ago.  That's when I started.
16        Q.    Okay.
17              MR. SINDEL:  Could we pull the
18   microphone --
19              THE COURT:  She'll just have to talk
20   louder.  I think we've got her positioned as well as
21   we can.
22              If you'll just talk as loud as you can,
23   Ms. Gutierrez.
24              THE WITNESS:  All right.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

```
1  BY MS. ARMIJO:
2       Q.   And did you -- you indicated that was
3  about five, six years ago?
4       A.   About five, six years ago I started doing
5  meth.
6       Q.   Did you always stay in Los Lunas your
7  whole life or --
8       A.   No, I've lived in Las Vegas, New Mexico.
9  I was going to college out there.  And I've also
10 lived in Colorado.
11      Q.   And do you have a prior marriage?
12      A.   Yes, I've been married and divorced twice.
13      Q.   And prior to your drug usage, did you have
14 any criminal history or anything else?
15      A.   Not at all.
16      Q.   And what happened to get you involved in
17 drugs?
18      A.   I was diagnosed with ADD, and I got hooked
19 on Adderall.  And Adderall was my gateway drug.  I
20 started using meth.  It was easier to get than
21 Adderall.  And it just went out of control for me
22 from there.
23      Q.   And you stated that you -- did you -- at
24 that time were you back in Los Lunas?
25      A.   Yes, I was.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1          Q.   Did you start a relationship with somebody
 2   named Joe Lawrence Gallegos?
 3          A.   Yes, I had.
 4          Q.   And when was that, approximately?
 5          A.   That was approximately -- it was around
 6   2015.  It was after my accident.
 7          Q.   Okay.  And do you recall what part of the
 8   year in 2015, if it was summer or spring or winter?
 9          A.   I started going out with him September 21,
10   actually, to be precise.
11          Q.   September 21.
12          A.   It was the day before my son's birthday.
13          Q.   All right.  And had you met him before
14   then?
15          A.   Yes.  I started talking to him on
16   Facebook.  I was responding to some of his poems
17   that he had done on Facebook.  And that was around
18   Mother's Day of 2015, when I started talking to him.
19          Q.   And did you kind of develop a relationship
20   through then?
21          A.   We started talking a lot more, and then we
22   started texting each other, and then we started
23   hanging out September 21, and it went from there.
24          Q.   When you say "hang out together," did you
25   basically, for all intents and purposes, live with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   him?

 2        A.   I lived with him a short time after that.

 3   I was living in Albuquerque when we started hanging

 4   out, but it was probably around October when I

 5   actually moved in.

 6        Q.   Do you remember the address or area of

 7   where you were residing?

 8        A.   In Los Lunas with him?

 9        Q.   Yes.

10        A.   04 Erin Court.

11        Q.   And who else lived there?

12        A.   It was just him.

13        Q.   Now, I'm going to -- do you see Joe

14   Gallegos in the courtroom today?

15        A.   Yes, I do.

16        Q.   Do you see the gentleman that stood up?

17        A.   (Witness nods.)

18        Q.   Is that a yes?

19        A.   Yes.  Sorry.

20        Q.   Did you have feelings for Joe Lawrence --

21   did you call him Joe or Joe Lawrence?

22        A.   I called him Joe.

23        Q.   Did you have feelings for Joe?

24        A.   Yes, I did.

25        Q.   And is it difficult being here today?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It is.
 2        Q.    Do you know any of his family members,
 3   specifically brothers?
 4        A.    No, I met Smiley, his brother Andrew,
 5   through this whole court proceeding.  But that's it.
 6   I didn't really know his brothers.
 7        Q.    Okay.  And you say Smiley?
 8        A.    Andrew, Andrew Gallegos.
 9        Q.    And you met him through the course of --
10        A.    Through all the proceedings, the court
11   proceedings.
12        Q.    All right.  Now, you talked about 4 Erin
13   Court; is that correct?
14        A.    Yes.
15        Q.    And when you say you started a
16   relationship, is it fair to say it was a romantic
17   relationship?
18        A.    Yes, it was.
19        Q.    And did you know Joe's family as far as
20   his kids?
21        A.    Yes, I met his daughter and his son.
22        Q.    Okay.  And what is his daughter's name?
23        A.    Angela.
24        Q.    And what about his son's name?
25        A.    His son's name is Joe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Did you know a person named Brandy
 2  Rodriguez?
 3      A.   Brandy, yes, I did.
 4      Q.   And I'm going to show on the screen
 5  Exhibit Number 895.  Who is that individual?
 6      A.   That's Brandy Rodriguez.
 7      Q.   And do you know -- how do you know Brandy
 8  Rodriguez?
 9      A.   I met her through Joe.
10      Q.   Was there a name that she called Joe?
11      A.   She always called him "jefe."
12      Q.   Jefe?
13      A.   Yes.
14      Q.   Do you know what "jefe" means?
15      A.   Father.
16      Q.   And did Joe ever call her something other
17  than Brandy?
18      A.   Everybody calls her Huera.
19      Q.   Huera?
20      A.   Yes.
21      Q.   What was the relationship between Joe and
22  Brandy?
23      A.   He was like a dad to her.  He helped raise
24  her.
25      Q.   Was she close with the family?

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes, she was.

2       Q.   Do you know if she knew Andrew Gallegos?

3       A.   Yes, she did.

4       Q.   And how do you know that?

5       A.   I know that they have a kid together.  I

6    mean, she's part of the family.  She's -- she's been

7    there for a long time, I mean, and they would

8    communicate with each other.

9       Q.   Now, do you know of a name that Andrew

10   Gallegos would call Brandy, a nickname?

11      A.   Lizard.

12      Q.   Now, I'm going to go to December 3, 2015.

13   Do you recall where you were early that morning?

14      A.   Yes.  That was the night that you guys

15   came in and got Joe.

16      Q.   When you say "you guys" --

17      A.   The feds.

18      Q.   -- you're not referring to me

19   specifically?

20      A.   Not you specifically.

21      Q.   Okay.  The federal government?

22      A.   Yes.

23      Q.   Is that when Joe was arrested?

24      A.   That was when Joe was arrested, yes.

25      Q.   Were you with him when Joe was arrested?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I was.
 2        Q.   Now, before December 3 of 2015 -- I guess
 3   you said you started the relationship late
 4   September.  Were you primarily with Joe during that
 5   time from --
 6        A.   Yes.
 7        Q.   -- October, November, through December?
 8        A.   Yes, I was.
 9        Q.   December 3 to be exact?
10        A.   Yes.
11        Q.   And did Joe ever make any comments to you
12   about a person named Jason?
13        A.   Yes, he did.
14        Q.   Okay.  Now who is Jason?
15        A.   Jason.  He was a mutual friend of both of
16   ours.  He lived down the road.  Jason Van Veghel.
17   He -- he's been around for a while in Los Chavez
18   where we all live.
19        Q.   And what comment did Joe make to you?
20        A.   We were on our way home one night, and out
21   of nowhere Joe told me, "If I ever go to jail, it
22   will be because of Jason."
23        Q.   And what did you say in response to that?
24        A.   I didn't really say anything.  He didn't
25   give anything more.  I didn't ask any questions.  It
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  was one of those things where you just -- you don't
 2  ask questions.
 3       Q.   Had you seen Jason or were you near his
 4  house?  What prompted --
 5       A.   His house is close to where Joe's is.  And
 6  you can see it turning down the road to where we
 7  were living.  So just out of nowhere, that's when he
 8  made that comment.
 9       Q.   And then Joe was arrested on December 3,
10  2015; is that correct?
11       A.   That's correct.
12       Q.   And did your relationship with Joe
13  continue after his arrest?
14       A.   It did for a couple of months over the
15  phone, yes.
16       Q.   And that was going to be my next question.
17  Did you have phone conversations with him?
18       A.   Yes, we did.
19       Q.   Did you have -- would he send letters?
20       A.   Yes, he would.
21       Q.   Would he send letters to you to give to
22  other people?
23       A.   Yes, he would, to give to his daughter.
24       Q.   And at some point in time, were you aware
25  that he had been pending charges in reference to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   different incident?
 2        A.   I knew he had a state charge, but I didn't
 3   know what it was about.
 4        Q.   And after his arrest, would he ask you to
 5   do certain things on phone calls from --
 6             MR. BENJAMIN:   Objection, Your Honor.
 7   Vague.
 8             THE COURT:   Overruled.
 9        A.   Can you please clarify?
10   BY MS. ARMIJO:
11        Q.   Sure.  Would he tell you -- and I'm just
12   saying in general, were there things that he would
13   ask you to do, just in general?
14        A.   Yes, in general, mostly keep up the house,
15   make sure I did the skirting, so I could stay warm,
16   and things like that.
17        Q.   Okay.  Now, did you know of a person by
18   the name of Paul Rivera?
19        A.   Yes, I do.
20        Q.   And do you know a person named Santos
21   Gonzalez?
22        A.   Yes, I do.
23        Q.   And I'm going to go now to -- well, first
24   off, I'm going to show you -- are you familiar with
25   Joe Gallegos' handwriting?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1      A.   Yes, I am.
 2      Q.   Are you aware of whether or not, in
 3   addition to you, through your conversations with him
 4   after his arrest, if he was writing to other people?
 5      A.   Yeah.  He did write to Brandy, also.
 6      Q.   All right.
 7           MS. ARMIJO:  May I approach the witness,
 8   Your Honor?
 9           THE COURT:  You may.
10   BY MS. ARMIJO:
11      Q.   Ms. Gutierrez, I'm showing you
12   Government's Exhibit 966, and I'm going to ask you
13   if you can recognize that handwriting.
14      A.   Yes, I do recognize it.  It's Joe's
15   writing.
16      Q.   It's Joe's writing?
17      A.   Um-hum.
18           MS. ARMIJO:  The United States would move
19   for the admission of 966.
20           THE COURT:  Any objection?
21           MR. BENJAMIN:  Your Honor, I think the one
22   thing that's missing is foundation, how they
23   received it.
24           THE COURT:  I think there has been a
25   sufficient foundation for it.  So I'll admit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government's Exhibit 966.

2             (Government Exhibit 966 admitted.)

3             MR. BENJAMIN:  Ms. Armijo, what was the

4  Bates number?

5             MS. ARMIJO:  The Bates No. is 21839

6  through 21840.  But what is marked, Your Honor, is

7  the original.

8  BY MS. ARMIJO:

9        Q.   All right.  Ms. Gutierrez, can you see

10 what's on the screen?

11       A.   Yes.

12       Q.   All right.  And is this addressed to who?

13       A.   To Huera.

14       Q.   And have you had an opportunity to read

15 this letter?

16       A.   I kind of glanced over it.  It's really

17 hard to read his writing sometimes.

18       Q.   Okay.  And I'm going to go here towards

19 the middle.  And does this say, "You know, Shauna is

20 a good one"?  Is that in reference to you?

21       A.   Yes, it is.

22       Q.   Okay.  And "She is very smart but dingy."

23 Is that in reference to you?

24       A.   Yes, it is.

25             THE COURT:  Ms. Armijo, before we get too

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   far into the letter, could we take our 15-minute

2   break and come back and work through the lunch hour?

3           MS. ARMIJO:  Yes, Your Honor.

4           THE COURT:  All right.  So we'll take a

5   15-minute break and we'll take a late lunch.

6           All rise.

7           (The jury left the courtroom.)

8           THE COURT:  All right.  We'll be in recess

9   for about 15 minutes.

10          (The Court stood in recess.)

11          (The jury entered the courtroom.)

12          THE COURT:  All right.  Ms. Gutierrez,

13  I'll remind you that you're under oath.

14          Ms. Armijo, if you wish to continue your

15  direct examination of Ms. Gutierrez, you may do so

16  at this time.

17          MS. ARMIJO:  Thank you, Your Honor.

18          THE COURT:  Ms. Armijo.

19  BY MS. ARMIJO:

20      Q.   Ms. Gutierrez, we were just going over

21  Government's Exhibit 966.  I believe before the

22  break I believe where we were talking, "She is very

23  smart but dingy."  Is that in reference to you?

24      A.   Yes, it is.

25      Q.   Then does he say, "I never expected that

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                             1-800-669-9492
                                                             e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  from her.  Just so you know, you can trust her.  And

2  I'd like for you to back her up."

3       A.   Right.

4       Q.   And then it says, "She hates to ask for

5  anything, so step up and help her."  Do you see

6  that?

7       A.   Yes, I do.

8       Q.   All right.  Just so we can go to the back

9  of this, it says -- do you know how he signs his

10  letters?

11      A.   I don't know what that says.

12      Q.   Okay.  Does that look like "siempre"?  Do

13  you know Spanish?

14      A.   It looks like it, because they say

15  "siempre."

16           MR. BENJAMIN:  Objection, Your Honor,

17  leading.

18           THE COURT:  Overruled.

19  BY MS. ARMIJO:

20      Q.   And then what's the next word?  Do you

21  see?

22      A.   It looks like, "Siempre con usted."

23      Q.   And do you know what that means in

24  English?

25      A.   "Simply with" -- I'm not sure.  "Simply

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    with you."
 2         Q.   Now, after -- and you were having phone
 3    conversations with Joe Gallegos from December
 4    through January; is that correct?
 5         A.   That's correct.
 6         Q.   I want to go through the end of February
 7    of 2016.
 8         A.   Okay.
 9         Q.   And just so we're clear, I'm going to
10    use -- the defense has already marked it as an
11    exhibit.  Is this your plea agreement here?  This is
12    Exhibit Number BQ-1.
13         A.   Yes, it is.
14         Q.   And is this your plea agreement?
15         A.   Yes, it is.
16         Q.   Did you plead guilty on March 29th of
17    2018?
18         A.   Yes, I did.
19         Q.   Is that your signature in the back?
20         A.   Yes, it is.
21         Q.   Is that your attorney's signature in the
22    back?
23         A.   Yes, it is.
24         Q.   And do you know if Mr. Castellano signed
25    this plea agreement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, he did.

2        Q.    And did you read this plea agreement?

3        A.    I did.

4        Q.    And specifically did you plead to the

5    counts for which you were charged in the indictment?

6        A.    Yes, I did.

7        Q.    And looking at it, does it indicate that

8    you pled guilty to -- and I'm looking at page 2 --

9    violent crimes in aid of racketeering, specifically

10   a conspiracy to murder?

11       A.    Yes, I did.

12       Q.    And did you also plead guilty to another

13   violent crimes in aid of racketeering, an attempted

14   murder, assault resulting in serious bodily injury,

15   and assault with a dangerous weapon?

16       A.    Yes, I did.

17       Q.    And did you plead guilty to Count 16,

18   which was a witness tampering count?

19       A.    Yes, I did.

20       Q.    And do you know who the victim was in

21   reference to this incident?

22       A.    Yes, I do.

23       Q.    And who was that?

24       A.    Jose Gomez.

25       Q.    And Jose Gomez.  Were you present during

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   this attack?

 2       A.   No, I wasn't.

 3       Q.   Now in reference to this incident, do you

 4   also have an agreement with the United States as far

 5   as the term of years that you would be facing when

 6   you're sentenced?

 7       A.   Yes, I do.  It was a maximum of seven, a

 8   minimum of six.

 9       Q.   Do you see there -- and I'm looking at

10   page 6 again of your plea agreement -- that you're

11   looking at a range of six to seven years,

12   approximately?

13       A.   Yes.

14       Q.   Now, did you also sign an addendum for

15   purposes of possible cooperation?

16       A.   Yes, I did.

17           MS. ARMIJO:  Your Honor, at this time I

18   would move in Exhibit 750.

19           THE COURT:  Any objection?

20           MR. BENJAMIN:  No, Your Honor.

21           THE COURT:  Not seeing or hearing any

22   objection, Government's Exhibit 750 will be admitted

23   into evidence.

24           (Government Exhibit 750 admitted.)

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MS. ARMIJO:
 2      Q.   And is this the addendum to your plea
 3  agreement?
 4      A.   Yes, it is.
 5      Q.   And what is your understanding of this
 6  addendum?  What is your belief as to how it would
 7  work, if at all?
 8      A.   That if I chose to cooperate, that I would
 9  be used like right now, for this proceeding.
10      Q.   Okay.  And does it -- is it your belief
11  that you have to testify truthfully?
12      A.   Yes, it is.
13      Q.   And it was something that was a difficult
14  decision for you to make?
15      A.   Yes, it is.
16      Q.   And does this indicate -- I'm looking at
17  Exhibit Number 750 -- March 29 of 2018?
18      A.   Yes.
19      Q.   And that's when you signed and you pled
20  guilty in this case?
21      A.   It is.
22      Q.   Now, going back to calls, have you had a
23  chance to listen to various calls?  Let me ask a
24  couple other questions.  Other than this case, do
25  you have any criminal felony convictions?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I don't.

 2        Q.    Do you have a pending warrant out of

 3  Los Lunas?

 4        A.    I do.

 5        Q.    And what's the charge in that case?

 6        A.    It's for a res burg.  A residential

 7  burglary.

 8        Q.    Okay.  And you have not been convicted of

 9  that?

10        A.    I have not been convicted, no.

11        Q.    So you don't have any convictions?

12        A.    I have no convictions.

13        Q.    And do you still have your tablet?

14        A.    I do.

15        Q.    Was it provided to you as part of the

16  discovery in this case?

17        A.    Yes, it was.

18        Q.    And you haven't in any way abused your

19  tablet?

20        A.    No, I haven't.

21        Q.    And have you been signed up with the FBI

22  officially?

23        A.    No, I haven't.

24        Q.    So you are not receiving any money from

25  the FBI?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I'm not receiving any benefits, no.

 2      Q.   Have you had an opportunity to listen --

 3  have we met in preparation for you to testify?

 4      A.   Yes, we did.

 5      Q.   As part of that, did we go over phone

 6  conversations that you had with Joe Gallegos?

 7      A.   Yes, we did.

 8      Q.   Did you go over transcripts, as well?

 9      A.   I went over transcripts.  I listened to

10  phone clips.  That's pretty much it.

11      Q.   Did you have an opportunity to meet with

12  your attorney alone and go over all that for your

13  court testimony?

14      A.   Yes, we did.

15           MS. ARMIJO:  Your Honor, at this time I

16  would move for the admission of Government's Exhibit

17  Number -- let me do it this way.

18      A.   Did you have phone conversations with him

19  on December 17 of 2016?

20      A.   Yes, I had.

21      Q.   Did you listen to those conversations?

22      A.   I did.

23      Q.   And are those two clips that you listened

24  to where you recognized the voices?

25      A.   Right, yes.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. ARMIJO:  At this time, Your Honor, the
 2   United States would move for the admission of
 3   Exhibits 950 and 951.
 4              THE COURT:  All right.  Any objections to
 5   950 and 951?
 6              MR. BENJAMIN:  Your Honor, as a foundation
 7   issue, no.  But I don't know whether they're
 8   relevant or whether they're 401, simply because I
 9   haven't received them.  I have hundreds of calls,
10   but I don't know what 950 and 951 are.
11              THE COURT:  Why don't you approach and
12   I'll make the decision as to relevancy.
13              (The following proceedings were held at
14   the bench.)
15              THE COURT:  What are these going to say?
16              MS. ARMIJO:  And Your Honor, these are the
17   first two of several clips that I have.  I have
18   indicated to Mr. Benjamin on break that I had
19   several clips.  And he never at that time said:
20   "Can I listen to them."  I certainly would have --
21              THE COURT:  What are they going to say?
22              MS. ARMIJO:  The first two clips I have,
23   the importance and relevance of that is where Joe
24   Gallegos talks about disrespecting and in reference
25   to like being disrespected.  The first clip that
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   I'll play is 951.  He's talking about he said, "Let
 2   the homies know," he talks about the homies are --
 3   the homies know, you know, which ones to ask.  So
 4   he's telling us specifically to ask homies to do
 5   something on his behalf.
 6               THE COURT:  I think there's enough
 7   relevancy there to admit them.
 8               MR. BENJAMIN:  Your Honor, I've listened
 9   to these calls.  And more importantly, they've
10   provided summaries of these calls.  And I realize
11   that the Court is going to say there is cause, but
12   these are stretching the interpretation of
13   relevance.  Most of these calls -- and I realize at
14   this point in time the Court is inclined to admit
15   them.  But for instance, they're specific calls that
16   were provided in March, conversations with
17   Ms. Gutierrez.  They and I are not listening to the
18   same -- I'm looking at her list, and it doesn't look
19   like she's going to admit any March calls.  That was
20   the example.  It's on the top of my head, Your
21   Honor.
22               THE COURT:  It doesn't look like any of
23   those are going to be admitted.  Let's take them one
24   at a time.
25               Hi, Ms. Arellanes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2   open court.)
 3              THE COURT:  All right.  So I'll admit
 4   Government's Exhibits 950 and 951 into evidence.
 5              (Government Exhibits 950 and 951
 6   admitted.)
 7              MS. ARMIJO:  Actually, if we could first
 8   play Exhibit Number 951 first.
 9              (Tape played).
10   BY MS. ARMIJO:
11      Q.   All right.  Now, we heard two voices
12   there.  Just for the record, it's a male and a
13   female.  Do you know whose voices those are?
14      A.   Yes, it's my voice and Joe's voice.
15      Q.   Okay.
16              (Tape played.)
17      Q.   All right.  This is part of a conversation
18   you had with him --
19              THE COURT:  Hold on.
20              MR. BENJAMIN:  Your Honor, I would reurge
21   my relevance objection, and essentially vague, and
22   additionally relevance and vague, based upon having
23   read the transcript now.
24              THE COURT:  All right.  Overruled.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   I'm going to go back up to lines 4 and 5,
 3   not to play, but so you can see it there on the
 4   screen.  Do you see that?
 5        A.   Yes, I do.
 6        Q.   And does Joe Gallegos tell you, "Let the
 7   homies know, you know, which ones to tell"?
 8        A.   Yes, he does.
 9        Q.   And just -- is this part of a 20-minute,
10   approximately, conversation?
11        A.   Yes, it is.
12        Q.   I'm also going to play -- now, this is
13   December 12 of 2015.  Did you have two different
14   conversations?
15        A.   Yes, I did.
16        Q.   I'm now going to play Exhibit Number 950.
17             (Tape played.)
18        Q.   All right.  And again, who was talking
19   there?
20        A.   It was Joe and I.
21        Q.   And in reference to the last lines there,
22   does Joe talk about disrespecting somebody?
23        A.   Yes, he's talking about me being
24   disrespected, and him being disrespected, because
25   somebody keeps breaking into the house.  And this is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   what the whole conversation is about.  It's about
 2   somebody breaking in.  And he wants me to confront
 3   them so that it will stop.
 4        Q.   And did you have another conversation with
 5   him on December 5th of -- sorry, January 5th of
 6   2016?
 7        A.   Yes, I did.
 8        Q.   And also on January 6, did you talk to
 9   him, as well?
10        A.   Yes, I did.
11             MS. ARMIJO:  And Your Honor, I don't know
12   if you want us to approach at this point.
13             MR. BENJAMIN:  Your Honor, can I get a
14   running objection?
15             THE COURT:  You may.  Thank you,
16   Mr. Benjamin.
17             All right.  Did you want to admit -- move
18   them, then?
19             MS. ARMIJO:  Yes.  953, 954, and 955.
20             THE COURT:  All right.  Any other
21   objection?  Not hearing any, Government's Exhibits
22   953, 954, 955 will be admitted into evidence.
23             (Government Exhibits 953, 954, and 955
24   admitted.)
25             THE COURT:  Ms. Armijo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  And Your Honor, I was
 2   reminded by Mr. Castellano, can you instruct the
 3   jury as to the recordings, that they will not have
 4   the transcript, and that the recordings are what
 5   will go back?
 6              THE COURT:  Let me get the wording.
 7              During this trial you may have heard sound
 8   recordings of certain conversations.  These
 9   conversations were legally recorded.  They are a
10   proper form of evidence, and may be considered by
11   you as you would any other evidence.
12              You were also given transcripts on the
13   screen of those recorded conversations.  Keep in
14   mind that the transcripts are not evidence.  They
15   were given to you only as a guide to help you follow
16   what was being said.  The recordings themselves are
17   the evidence.  If you noticed any differences
18   between what you heard on the recordings and what
19   you read in the transcripts, you must rely on what
20   you heard, not what you read.  If you could not hear
21   or understand certain parts of the recordings, you
22   must ignore the transcript as far as those parts are
23   concerned.
24              Ms. Armijo.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   When Joe Gallegos was arrested, do you
 3   recall approximately what time that was in the day?
 4        A.   It was about four or five o'clock in the
 5   morning.
 6        Q.   And what were you doing?
 7        A.   I was sleeping.
 8        Q.   And do you recall what he was doing?
 9        A.   He was setting up the cameras outside.
10        Q.   What kind of cameras?
11        A.   Like home surveillance kind of cameras.
12        Q.   How is it that you were woken up that
13   morning?
14        A.   A loud bang.  They were throwing
15   concussion grenades at the house.  That's how I woke
16   up.  And he went running into the room to let me
17   know that the cops were here.
18        Q.   Okay.  And what happened at that point?
19        A.   At that point he was letting me know that
20   the cops were here.  I was waking up.  He shut the
21   door for a few minutes.  He handed me a handgun to
22   put away, and gave me some of the drugs to hide and
23   stash, and then we walked out of the bedroom with
24   our hands up.
25        Q.   And after he was taken into custody, at
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    this point did you actually have a phone

2    conversation in reference to him about the firearms?

3         A.    Yes, I did.

4              MS. ARMIJO:  At this time I'd like to play

5    953.

6              (Tape played.)

7         Q.    All right.  And I stopped it right here

8    where it says, "Yeah," and it says, "Okay, yeah, I

9    gave you that one that night."  And before it says,

10   "I traded a little double."  Do you know what this

11   is in reference to?

12        A.    Yes, it's the handgun that he had me put

13   away that night when the cops came.

14        Q.    And what's the "little double"?

15        A.    It was a handgun that he had also, but he

16   traded it?

17             (Tape played).

18        Q.    All right.  And you asked a question:

19   "The other one" -- I'm sorry, you asked the

20   question:  "I'm also -- how many bigger ones are

21   there?"  What are you referring to?

22        A.    I'm referring to rifles, muzzle loaders to

23   be exact.  I purchased a muzzle loader.  And he was

24   showing me how to load it and how to work it.

25        Q.    And is that what he says in reference to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                                                     e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   the other one, the other one was already --

 2        A.    That's the one, because it was already

 3   loaded.

 4        Q.    Okay.

 5              (Tape played.)

 6        Q.    And up there previously in the transcript

 7   there where it's line 08, are you saying the one

 8   that was easier to hit somebody in the head with

 9   instead of doing all that?

10        A.    Yeah, I'm talking about the muzzle loader.

11        Q.    Okay.  Was it significant in size?

12        A.    No, it was just, you have to load it with,

13   like, these little beebees.  And you have to pack it

14   in.  It's complicated.  By the time you do all that,

15   it is easier to hit somebody in the head with it

16   than to load it and shoot it.

17        Q.    Is that what you were talking about?

18        A.    That's what I was referring to, yes.

19        Q.    And then did you have another conversation

20   with him on January 6?

21        A.    Yes, I did.

22        Q.    All right.  If we could go to Exhibit

23   Number 954.

24              (Tape played.)

25        Q.    And in this conversation, are you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   three-waying a call?
 2        A.   Yes, I am.
 3        Q.   And who is Carson?
 4        A.   He's a friend of mine that lives in
 5   Los Lunas, as well.
 6        Q.   Okay, and so do you get him on the phone?
 7        A.   Yes, I do.
 8        Q.   Okay.
 9             (Tape played.)
10        A.   Now, is that Carson's voice that we hear?
11        A.   Yes, it is.
12        Q.   And was that Joe talking about he's
13   disrespecting?
14        A.   Yes, it is.  It's somebody that's coming
15   into the house constantly and breaking into the
16   house and stealing.
17        Q.   Okay.  And there is a reference to Morgan.
18   Do you know who Morgan is?
19        A.   She was an ex-girlfriend of Joe's.
20        Q.   Do you know her last name?
21        A.   Ramirez.
22        Q.   Okay.  And is that -- is this in
23   reference -- is that Morgan who is being referenced?
24        A.   Yes, it's her and George coming into the
25   house constantly and breaking in.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you ever see them do it?
 2        A.    I haven't seen them do it, but there's a
 3   lot of things that make me feel like it was them.
 4        Q.    You have a conversation about it, but did
 5   you ever check to see?
 6        A.    He had a lot of things that looked like
 7   that belonged to Joe.  But it's hard to say if those
 8   tools were exactly Joe's.  But there was --
 9        Q.    What is George's last name?
10        A.    Bond.
11        Q.    Okay.  And so when -- up there -- and
12   we'll go on -- it says the "little homie 007"?
13        A.    We're referring to George Bond.
14        Q.    George Bond?
15        A.    Yes.
16        Q.    Do you know if George Bond is in the gang?
17        A.    He's in a gang, yes.
18        Q.    Do you know what gang he is in?
19        A.    He's Sureno.
20        Q.    All right.  And if we could continue.
21              (Tape played.)
22        Q.    And then did you continue talking to him
23   after he talked to George?
24        A.    You mean after he talked to Carson?
25        Q.    After he talked to Carson.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, I did.   There should be another phone
2   call.
3        Q.    If we could play 955.
4              (Tape played.)
5        Q.    All right.  Was that Joe saying, "I get
6   all my homies from the prison back from in what it
7   was 15 years ago"?
8        A.    He's talking about when he used to be
9   locked up.
10       Q.    I'm just talking -- is that what he's
11  referring to?
12       A.    Yes, it is.
13       Q.    Now, did you also have a conversation with
14  him on January 12?
15       A.    Yes, I did.
16             MS. ARMIJO:  And at this time I'd move for
17  the admission of 957.
18             THE COURT:  Same position, Mr. Benjamin?
19             MR. BENJAMIN:  Yes, Your Honor.
20             MS. TORRACO:  Your Honor, could we
21  approach on this?
22             THE COURT:  You may.
23             (The following proceedings were held at
24  the bench.)
25             MS. TORRACO:  I think there is more of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  gang coming up.  Your Honor, on behalf of Andrew

2  Gallegos, I'm very concerned about the spillover

3  effect of hearing these types of statements from Joe

4  Gallegos and the jury then using them against

5  Andrew, because Andrew is associated with him on

6  Counts 4 and 5.  I know you've given one limiting

7  instruction, and we appreciate that.  We would ask

8  that you give a limiting instruction after every

9  single one of the audio recordings.

10         I know in federal court it's not

11  appropriate to just orally raise motions for

12  severance.  But I think I've raised those many

13  times, and I would ask that that be a standing

14  motion.  This is so prejudicial against Andrew, who

15  is not even associated on this count.  Thank you.

16         THE COURT:  All right.  I'll give a

17  limiting instruction after each call.  If I forget,

18  let me know.

19         And I'll deny any motion to sever.

20         MS. TORRACO:  Thank you very much.

21         (The following proceedings were held in

22  open court.)

23         THE COURT:  All right.  I will give you

24  this instruction.  I'll give it after each one of

25  these calls, because they are calls involving

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Joe Gallegos.  But you cannot use the words of

 2   Mr. Gallegos, Mr. Joe Gallegos, against any other of

 3   the defendants and any other gentlemen in this case.

 4   So you can only use these calls in your

 5   deliberations of the charges against Mr. Joe

 6   Gallegos and not of the other gentlemen, any of the

 7   other defendants.

 8             All right.  Ms. Armijo.

 9             MS. ARMIJO:  All right.  Your Honor, and I

10   believe --

11             THE COURT:  So no other objection on

12   Government's Exhibit 957, I will admit Government's

13   Exhibit 957 into evidence.

14             (Government Exhibit 957 admitted.)

15             THE COURT:  Ms. Armijo.

16             MS. ARMIJO:  Thank you.  May we play it?

17             (Tape played.)

18   BY MS. ARMIJO:

19        Q.   All right.  And are we back to hearing

20   your voice and Joe Gallegos?

21        A.   Yes, you are.

22        Q.   Okay.  And at the beginning of this you

23   talk about, "Huera called me last night and she said

24   she got your letter"; right?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Do you recall that?

 2      A.   Yes, I do.

 3      Q.   Who are you referring as far as Huera?

 4      A.   To Brandy Rodriguez.

 5      Q.   All right.  And was this on January 12 of

 6  2016?

 7      A.   Yes, it is.

 8      Q.   All right.

 9           (Tape played.)

10      Q.   All right.  Do you know from your phone

11  conversations whether or not Joe believed that

12  Morgan was a, quote, snitch?  Do you recall that?

13      A.   I don't recall that.

14      Q.   Did you have a conversation on January 14,

15  2016?

16      A.   I believe so.

17           MS. ARMIJO:  At this time, Your Honor, I'd

18  like to move for the admission of Exhibit Number 958

19  and 959.

20           THE COURT:  Any other objections on those

21  other than what I've heard, Mr. Benjamin?

22           MR. BENJAMIN:  No, Your Honor.  Thank you.

23           THE COURT:  All right.  So Government's

24  Exhibits 958 and 959 will be admitted into evidence.

25           (Government Exhibits 958 and 959
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    admitted.)

2          THE COURT:  And again, on these calls you

3    can only use these calls in your deliberations

4    against Joe Gallegos and not against any other

5    defendants.

6          All right, Ms. Armijo.

7    BY MS. ARMIJO:

8    Q.   Now, who is Jackie?

9    A.   Jackie is an ex-girlfriend of George.

10   Q.   And is there -- I guess let's play this

11   and then we can talk about it.  Let's play Exhibit

12   Number 959.

13          (Tape played.)

14   Q.   Which one was the snitch; do you know?

15   A.   Jackie.

16   Q.   Okay.  And the Morgan that is referred

17   to -- is that Morgan Ramirez still?

18   A.   Yes, it is.

19   Q.   And was Morgan Ramirez tied to George?

20   A.   They hung out all the time.

21   Q.   Then did you have a conversation with Joe

22   Gallegos on the 20th of January?

23   A.   Yes, I did.

24          MS. ARMIJO:  And at this time I'd like to

25   move in Exhibit Numbers 960 and 961.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Same objection, Mr. Benjamin?
 2              MR. BENJAMIN:  Please, Your Honor.
 3              THE COURT:  Any other comments from
 4   defendants?  Then Government's Exhibit 960 and 961
 5   will be admitted into evidence.
 6              (Government Exhibits 960 and 961
 7   admitted.)
 8              THE COURT:  And again, with these calls,
 9   they can only be used in your deliberations against
10   Mr. Joe Gallegos and not against any of the other
11   defendants.
12              Ms. Armijo.
13   BY MS. ARMIJO:
14       Q.   Now, you mentioned that you knew that at
15   some point Joe was facing some state charges; is
16   that correct?
17       A.   That's correct.
18       Q.   Do you know who his lawyer was?
19       A.   Yes, it was Brandon McDonald.
20       Q.   And had Joe asked you to do anything in
21   reference to that?
22       A.   Yes.  He wanted me to get ahold of his
23   lawyer to find out what was going on with the state
24   case because he wanted it to go away.
25       Q.   He wanted the state case to go away?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah, he was hoping it would go away.
 2        Q.    And was Jose Gomez the victim in that
 3   case?
 4        A.    I believe so.  I'm not sure.
 5        Q.    Okay.  If we could play first 960.
 6              (Tape played.)
 7        Q.    And is he asking you to get ahold of him
 8   here?
 9        A.    Yes, he is.
10              (Tape played.)
11        Q.    And when he says, "Get ahold of him.  That
12   would be good, cause if all my shit is gone," is he
13   referring to his case?
14        A.    I believe so, yes.
15              (Tape played.)
16        Q.    And is that you telling him after he
17   refers to that that you got him?
18        A.    Yes, it is.
19        Q.    All right.
20              (Tape played.)
21        Q.    And in the same conversation, which was
22   January 20, does he also talk to you -- hold on.  Do
23   you refer to Huera and -- well, let me ask you.  Do
24   you know if Huera grew up there, would she have
25   grown up in the same area as Joe Gallegos lived?
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    A.   I believe so.  I'm not sure.

2    Q.   All right.  Lastly we're going to play

3 clip 961.

4         MR. BENJAMIN:  Objection, foundation and

5 speculation, based upon the last answer from the

6 witness, Your Honor, if this is attempting to elicit

7 that.

8         THE COURT:  Well, I think that was a

9 foundation question.  She doesn't know.  But what

10 does that have to do --

11        MR. BENJAMIN:  Well, I think the witness

12 is the individual that's supposed to be testifying,

13 Your Honor, and now we're going to hear an audio

14 call that the witness wasn't able to lay a

15 foundation for.

16 BY MS. ARMIJO:

17    Q.   Is this part of a phone conversation that

18 you had with Joe Gallegos?

19    A.   If it was on the 20th, yes, it is.

20    Q.   It's the continuation of the same call?

21    A.   Just a different clip; right?

22    Q.   Yes.

23    A.   Yes, it is.

24        THE COURT:  I think the call is in

25 evidence and we're just going to hear a clip of it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Overruled.
 2              (Tape played.)
 3         Q.   Okay.  Is he talking to tell you about,
 4    "Tell Huera about Dan Dan, and he's next door"?
 5         A.   Yes.
 6         Q.   And do you know who Dan Dan is?
 7         A.   Yes.  He's a defendant in the case.
 8         Q.   Was he charged in this case?
 9         A.   Yes, he was.
10         Q.   Do you know his last name?
11         A.   Sanchez.
12         Q.   All right.
13              (Tape played.)
14         Q.   And there is a mention of an Oso right
15    there?
16         A.   Um-hum.
17         Q.   Was he saying that Huera was hanging
18    around with Oso?
19         A.   Yes.
20         Q.   Do you know Oso's name?
21         A.   Paul Rivera.
22         Q.   All right.  Now, and those calls were in
23    December and January of 2016?
24         A.   Yes, they were.
25         Q.   Now, we already talked about you having
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  pled guilty --

2          THE COURT:  On the calls, let me just

3  remind the jury that they can't use any of the calls

4  against any other defendant, other than Mr. Joe

5  Gallegos, and they can't be used against any of

6  the -- discussion of the charges against any of the

7  other defendants.

8          All right, Ms. Armijo.

9      Q.   Going to February 27 of 2016, do you

10 recall where you were that morning?

11     A.   Yes, I do.

12     Q.   Where were you?

13     A.   I was in a few different spots in that

14 morning.  I was walking, I was at a friend of

15 mine's, and then I --

16     Q.   Let me be more specific.  You know what

17 you were charged and pled guilty for; correct?

18     A.   Yes, I do.

19     Q.   At some point in time did you have a

20 conversation with Brandy Rodriguez?

21     A.   Yes, I did.

22     Q.   And where was that conversation at?

23     A.   That was at 04 Erin Court.

24     Q.   Okay.  Were you living there?

25     A.   Yes, I was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Had you been out -- and when you had this
 2   conversation, what part of the day was it?
 3        A.   It was morning.
 4        Q.   And who else was at 4 Erin Court when you
 5   had this conversation with Brandy Rodriguez?
 6        A.   Santos Gonzalez and Paul Rivera.
 7        Q.   And just so that we're clear, the Brandy
 8   Rodriguez that you spoke to that morning -- is that
 9   the same person that you have been referring to as
10   Huera in the phone conversations with Joe Gallegos?
11        A.   Yes, it is.
12        Q.   Did you have a conversation with Brandy
13   Rodriguez?
14        A.   Yes, I did.
15        Q.   And what did you tell her in reference to
16   Jose Gomez' location?
17             MR. BENJAMIN:  Objection, hearsay, Your
18   Honor.
19             THE COURT:  I think this is one of the
20   ones I've already ruled on; correct?
21             MR. BENJAMIN:  Your Honor, we just renew
22   our prior objection.
23             THE COURT:  I understand.  Overruled.
24        A.   I was letting her know where Jose Gomez
25   was, and we were just talking shit about him.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. ARMIJO:
 2        Q.   So did you tell her where you believed he
 3   was at at that present time?
 4        A.   Yes, I did.
 5        Q.   And after you told them, then, when -- you
 6   told Brandy or did you tell all three of those
 7   people?
 8        A.   I said it in general, so I said it to all
 9   three.
10        Q.   And after you told all three, did they
11   leave for Erin Court?
12        A.   Yes, they did.
13        Q.   And where did they go, if you know?
14        A.   They went to Charlene Parker's house,
15   where Jose Gomez was.
16        Q.   How did they get there?
17        A.   They used my truck.
18        Q.   Did you stay back?
19        A.   Yes, I did.
20        Q.   When they left the house, do you know if
21   they had anything that could be used as a weapon?
22        A.   I didn't see anything.
23        Q.   Now, at some point did they come back?
24        A.   Yes, they did.  They came back rather
25   quickly, actually.  They weren't gone very long.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I'm not going to ask you anything that
 2   they said, but what was their demeanor like?
 3        A.    They were in a rush to get out of there.
 4   They wanted me to take them home.
 5        Q.    Did you notice anything as far as her
 6   appearance or anything?
 7        A.    They looked fine to me.  They just were in
 8   a rush to get out of there.
 9        Q.    Now, and that was February 27 of 2016?
10        A.    Yes, it was.
11        Q.    Now, at some point were you aware that --
12   after that date, were you aware that you were wanted
13   by the FBI?
14        A.    I was aware that -- the same day that they
15   came looking for me, yes.
16        Q.    Do you recall approximately when that was?
17        A.    I think it was April 21.
18        Q.    Were you aware that other people -- when
19   you say, "They came looking for me," do you know
20   where the FBI went?
21        A.    They went first, I think, to 4 Erin Court,
22   and then they went to a place in Belen the same day
23   looking for me.
24        Q.    And were you aware that they were looking
25   for you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, I was afterwards, yes.

2        Q.    Did you turn yourself in?

3        A.    No, I didn't.

4        Q.    How long was it before you were arrested?

5        A.    It was about four months.

6        Q.    Were you aware of any news media regarding

7   your arrest?

8        A.    Yes, I was.

9        Q.    And did you turn yourself in?

10       A.    No, I didn't.  I intended to, but I never

11   did.

12       Q.    Were you aware -- did you have an idea of

13   what it was in reference to?

14       A.    I knew what it was in reference to.  I

15   just didn't understand why and how I was implicated.

16   It just didn't make sense to me.  I have trust

17   issues with cops, and I wasn't going to turn myself

18   in until I knew what was going on exactly.

19       Q.    So you never turned yourself in?

20       A.    I never did.

21       Q.    And eventually you were arrested; is that

22   correct?

23       A.    Yes, I was.

24       Q.    Have you been in custody ever since then?

25       A.    Ever since then, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And up until March 29 of this year, were

2  you pending trial with Joe Gallegos?

3    A.   Yes, I was.

4    Q.   And do you recall if there was a court

5  hearing in which -- well, let me ask you this.  Were

6  there pretrial hearings involved in this case in

7  which you would be present with Joe Gallegos and

8  other defendants who were pending charges?

9    A.   Yes.

10    Q.   Did you have an opportunity to actually,

11  you and Joe Gallegos, to kiss?

12    A.   Yes, I did.

13        MS. ARMIJO:  All right.  Your Honor, at

14  this time I would move for the admission of 946.

15        THE COURT:  Any objection on 946?

16        MR. BENJAMIN:  No, Your Honor.

17        THE COURT:  Not hearing any other

18  objection, Government's Exhibit 946 will be admitted

19  into evidence.

20        (Government Exhibit 946 admitted.)

21  BY MS. ARMIJO:

22    Q.   All right.  And I'm going to actually stop

23  the video real quick so they can get some

24  perspective here.  Is the date 3/14 of 2018?

25    A.   I'm not sure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Can you look up there and see at the top
2  of the exhibit, is there a date there?
3      A.   Yes, there is.
4      Q.   Okay.  Does it look like it's March 14 of
5  2018?
6      A.   Yes, it is.
7      Q.   Are you allowed to have physical contact
8  with another inmate?
9      A.   No, we're not.  The opportunity arose, and
10  we took it.
11      Q.   All right.  Go ahead.  Now, who is the
12  woman that we see?
13      A.   That's me.
14      Q.   All right.  And was that -- who were you
15  kissing?
16      A.   Joe Gallegos.
17      Q.   Did you get in trouble for that?
18      A.   Yes, I did.  We both did.
19      Q.   Fine.  Do you know who Frankie Gallegos
20  is?
21      A.   I know that's his brother, Joe's brother.
22      Q.   Do you have any contact with him or did
23  you ever email him?
24      A.   I spoke with him on the phone.
25      Q.   When did you speak to him on the phone?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   He would call just to see what was going

 2   on with Joe and see how Joe was doing being locked

 3   up.

 4        Q.   Was this after Joe's arrest?

 5        A.   This was after Joe's arrest, yes.

 6        Q.   Did you ever relay any messages between

 7   the two?

 8        A.   No.  Just, "Your brother said, 'Hang in

 9   there, and it's going to be okay.'"  That was about

10   it.

11             MS. ARMIJO:  May I have a moment, Your

12   Honor?

13             THE COURT:  You may.

14             MS. ARMIJO:  Pass the witness.  Thank you,

15   Your Honor.

16             THE COURT:  Thank you, Ms. Armijo.

17             Mr. Benjamin, do you have

18   cross-examination of Ms. Gutierrez?

19             MR. BENJAMIN:  Yes, Your Honor.

20             THE COURT:  Mr. Benjamin.

21                  CROSS-EXAMINATION

22   BY MR. BENJAMIN:

23        Q.   I guess I can't say morning, ma'am.  How

24   are you doing?

25        A.   Good.  How are you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Okay.  Kind of picking up on the last line

2  of questioning, do you remember the first time you

3  talked to me?

4     A.   Yes, I do.

5     Q.   Okay.  When was that?

6     A.   It was for the arraignment for Joe.

7     Q.   Right.  Actually, I guess I was wrong.  I

8  didn't remember that time.

9     A.   Actually, it was before that, because we

10 planned to meet up for the arraignment for Joe.

11    Q.   Okay.  You're right.  I had forgotten

12 that.  But we've had, essentially, contact over

13 probably the last two and a half years, probably; is

14 that fair?

15    A.   That's correct.

16    Q.   And forgive me, but I think I need to

17 point out, because it doesn't come out when Ms. Bean

18 talks about it, but we just saw the picture of you

19 kissing Mr. Gallegos; correct?

20    A.   That's correct.

21    Q.   And at the beginning, you talked about

22 essentially -- or I'm sorry, one of the questions,

23 early on, we could see you were visibly emotional;

24 correct?

25    A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

54

1       Q.   Fair to say you still have feelings for

2   Joe Gallegos?

3       A.   I do.

4            MR. BENJAMIN:  Your Honor, if I may, I

5   forgot a marker.  I was going to grab a marker, and

6   then I'm going to need the easel.

7            THE COURT:  You may.

8            MR. BENJAMIN:  Your Honor, may I approach

9   the easel?

10           THE COURT:  You may.

11  BY MR. BENJAMIN:

12      Q.   We've heard a lot of names, so I want to

13  straighten out some of the names.  Okay?

14      A.   Okay.

15      Q.   I'm going to ask you, except for George

16  Bond, I'm going to ask you a couple other people's

17  names.  I'm just going to get their first name,

18  because I don't think we necessarily need their last

19  names.

20      A.   All right.

21      Q.   Who is your son?

22      A.   My son.

23      Q.   Yes.

24      A.   Sabastian.

25      Q.   Thanks.  I think that's spelled right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    How do you spell it?

 3        A.    S-A-B-A-S-T-I-A-N.

 4        Q.    I apologize.  I've see it written a whole

 5   bunch.  I haven't written it.

 6              And you know George Bond; correct?

 7        A.    Yes, I do.

 8        Q.    And we saw him referred to in the

 9   transcript as 007?

10        A.    Yes.

11        Q.    And that comes from the movie?

12        A.    Right.

13        Q.    Just in case anybody missed that; right?

14        A.    Okay.

15        Q.    Who is George Bond's child?

16        A.    That would be my daughter-in-law, my son's

17   girlfriend, Nina, stepdaughter.

18        Q.    That's his stepdaughter?

19        A.    That's his stepdaughter.

20        Q.    But essentially you refer to as his

21   daughter; right?

22        A.    Right.

23        Q.    And you said Sabastian and Nina are in a

24   relationship?

25        A.    In a relationship; they have a baby.
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                             FAX (505) 843-9492
                                                                                  1-800-669-9492
                                                                     e-mail: info@litsupport.com



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   How long have you known George?

2      A.   I've known him for about maybe four years,

3  about four years or so.

4      Q.   Okay.  And fair to say that there's

5  probably been a lot of ups and downs in that

6  relationship?

7      A.   Oh, yes.  Oh, yes.

8      Q.   George is an interesting character?

9      A.   He's interesting, yes.  He's a character.

10      Q.   And there was a lot of jail calls that

11  were played.  I don't necessarily want to replay

12  them, but if there is something out of the jail call

13  that you need, please let me know.  Okay?

14           On January 5th of 2016, there was a call

15  that essentially got wrote down, "He'll watch my

16  back" and it was a call where you did -- describe

17  what a three-way call is, please.

18      A.   A three-way call is where somebody calls,

19  like -- I wasn't in jail at the time, so Joe would

20  call me, and then I would conference-call another

21  party and get them on the line with us.

22      Q.   And that's something that happens probably

23  regularly for people in jail; right?

24      A.   Oh, yes.  Yes.

25      Q.   So you called Carson, who wasn't in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   custody, either?

 2        Q.   That's right.

 3        Q.   And we heard some testimony -- I'm sorry,

 4   audio about George Bond; right?

 5        A.   That's correct.

 6        Q.   And Joe was a little upset with George;

 7   right?

 8        A.   Oh, yes.

 9        Q.   Why?

10        A.   Because we believed that George was the

11   one coming into the house and robbing.

12        Q.   Okay.  And there were calls that were

13   talking about who was getting in the house?

14        A.   Yes, there was a spot that only he knew

15   about, that only George knew about, and that's how

16   they were getting in.

17        Q.   And we heard kind of a brief snippet.

18   Having listened to all these calls, is it fair to

19   say that probably during the month of January, that

20   took up most of your air time?

21        A.   Yes, it did.

22        Q.   You were upset because it was cold?

23        A.   Right.

24        Q.   And you were going around and every

25   time -- tell me if I mischaracterize this -- but

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  every time you turn around, something was missing

2  from the trailer?

3       A.   Every time, yes.

4       Q.   And Nina and Sabastian were together at

5  this time; right?

6       A.   Yes, they were.

7       Q.   And so this is somebody that's a family

8  member or quasi family member that's stealing from

9  you; right?

10      A.   Yes.

11      Q.   And how did Joe feel about that?

12      A.   Joe was not happy about it.  He was not

13 happy about it at all.  Neither one of us were.

14      Q.   Okay.  Did you find George Bond parked

15 outside the house at one time?

16      A.   Yes, I did.

17      Q.   How many times?

18      A.   There was one that I remember.  He was

19 actually there -- he wanted to fight with my son.

20      Q.   Okay George is somewhat -- a lot older?

21      A.   George is older -- not too much older, but

22 he's older, and he can be violent.

23      Q.   In listening to your calls, is it fair to

24 say you also seemed to try to keep Sabastian off to

25 the side and away from some things?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.
 2        Q.   And so I think I asked you that, but how
 3   often did you talk to Joe?
 4        A.   We talked every day except for weekends.
 5        Q.   And how long were the calls?
 6        A.   They were about 20 minutes.  Sometimes we
 7   talked once or twice.
 8        Q.   When you say they were 20 minutes, is
 9   there a reason?
10        A.   Yeah, because he was in jail.  And they
11   only let you talk about 15, 20 minutes.
12        Q.   Right.  And then they shut off?
13        A.   Then they shut off, yes.
14        Q.   And so Joe didn't -- on the same call we
15   heard him talking about Morgan, and you identified
16   that as Morgan Ramirez; right?
17        A.   That's correct.
18        Q.   She's another one that can get under his
19   skin?
20        A.   Oh, yes.
21        Q.   Have you ever personally met Morgan?
22        A.   Yes, I have.
23        Q.   So personally, and then also just having
24   been in a relationship with Joe, you know that?
25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Is it fair to stay that Joe thought Morgan

2  was stealing from him, as well?

3     A.   Yes.

4          MS. ARMIJO:  Objection, foundation.

5     Q.   To the extent that you --

6          THE COURT:  You might ask her how she

7  knows that.

8     Q.   How do you know that, or why do you think

9  that?

10    A.   They were always together, and --

11    Q.   Let me stop you real quick.  They --

12    A.   George and Morgan were always together.

13    Q.   Okay.

14         THE COURT:  Overruled.

15    Q.   I'm going to jump to 959, which was a call

16 on January 12.  And that probably doesn't mean a

17 whole lot to you.  But that call starts out with

18 George -- and then it says "UI," which is

19 unintelligible -- "homies two face"; right?

20    A.   Right.

21    Q.   You had described George as being in a

22 gang.  What gang was George in?

23    A.   Sureno.

24    Q.   Okay.  And that's different than the SNM;

25 right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Oh, yes.

2      Q.   Okay.  And so when he says, "George a

3  homie," that's not saying that he's an SNM member?

4      A.   That's correct.  The homie means a friend.

5      Q.   And talking about that same call, are you

6  aware of why Joe may have been excited or worked up

7  about Jackie?

8      A.   Yeah, I'm aware.

9      Q.   Okay.  There is a personal side to that;

10  right?

11      A.   There is a personal side, yes.

12      Q.   What is that?

13           MS. ARMIJO:  Objection, calls for hearsay

14  and foundation.

15           THE COURT:  Well, you'll have to lay some

16  foundation and see if she knows from some source

17  other than a hearsay source.

18  BY MR. BENJAMIN:

19      Q.   Are you personally aware of what the

20  reason is, the history between Jackie, George, and

21  Joe?

22      A.   Yes, I'm aware of it.

23      Q.   Okay.  And what is that?

24      A.   Joe used to see Jackie.  And George kind

25  of took Jackie from the house, saying that she was a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   snitch.  So Joe --
 2        Q.   Then what happened?
 3        A.   Joe let her go.  And George and Jackie
 4   ended up falling in love.
 5        Q.   Okay.
 6        A.   He kind of stole his girl.
 7        Q.   Okay.
 8             MS. ARMIJO:  Objection, foundation.  If
 9   she saw that personally.  I don't know.
10             THE COURT:  Why don't you ask that
11   question?
12   BY MR. BENJAMIN:
13        Q.   Are you aware of these facts personally,
14   or something that somebody told you?
15        A.   A little bit of both.
16        Q.   And you've known George, you said, for how
17   long?
18        A.   For about four years.
19        Q.   Okay.
20             MS. ARMIJO:  Your Honor --
21             THE COURT:  I think what we'll have to do
22   is hear the answer again.  She'll have to tell us
23   exactly what it was she saw personally, and then the
24   rest I'll have to exclude.
25             MR. BENJAMIN:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. BENJAMIN:
 2        Q.   Let me ask you this way.  Have you seen
 3   Joe and Jackie interact?
 4        A.   No, I haven't.
 5             MR. BENJAMIN:  I'll withdraw.
 6             MS. ARMIJO:  Then Your Honor, I move to
 7   strike.
 8             THE COURT:  If you don't want to ask the
 9   question the way I asked you to, I'll have to strike
10   her entire answer.
11             MR. BENJAMIN:  I apologize.  I didn't
12   write down the answer.  I'll withdraw it.
13             THE COURT:  All right.  Well, then,
14   Ms. Gutierrez' answer to the lengthy one immediately
15   before that last one is struck from the record and
16   you'll disregard it.
17             All right.  Mr. Benjamin.
18   BY MR. BENJAMIN:
19        Q.   There was a call that we heard where
20   you -- on January 20th of 2016 that was identified
21   and entered as 960, where you were asked to contact
22   a Brandon McDonald that was identified as Joe's
23   attorney; right?
24        A.   That's correct.
25        Q.   Are you aware of why Joe wanted you to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   reach out to him at that time?

2        A.   Because he was worried that a warrant was

3   out for him, or something like that, so he wanted me

4   to let the lawyer know he's in federal custody and

5   wanted to find out what was going on with the state

6   case.

7        Q.   An update?

8        A.   An update, yes.

9        Q.   Okay.  Was there anything in 960 that was

10  related to the SNM?

11       A.   I don't recall.

12            MR. BENJAMIN:  Are you able to play 960?

13  Request permission to publish 960.

14            THE COURT:  That was one of the calls;

15  correct?

16            MR. BENJAMIN:  Yes, and that was entered.

17            THE COURT:  You may.

18            (Tape played.)

19  BY MR. BENJAMIN:

20       Q.   Is there anything in there SNM-related?

21       A.   No, there isn't.

22       Q.   I apologize.  You had to solely listen to

23  it.  We don't have the Government's transcript of

24  that.

25            So do you remember making a call on

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    January 13 -- and you have probably no idea what

2    happened on that day -- where you mentioned that you

3    had run into a Tiny?

4         A.   Yes, I remember that.

5         Q.   Who was with you that day?

6         A.   I was at a friend's house, and my son and

7    my daughter-in-law were there also.

8         Q.   And that's Sabastian and Nina?

9         A.   That's Sabastian and Nina.

10        Q.   And who is Tiny?

11        A.   Jose Gomez.

12        Q.   And you ran into him?

13        A.   I ran into him.  Yes, I did.

14        Q.   And did you have a conversation?  I'm

15   asking for a yes or no.

16        A.   Yes, I did.

17        Q.   And then ultimately you talked about that

18   with Joe; right?

19        A.   Yes, I did.

20        Q.   Do you remember what you -- what happened

21   on that phone call?

22        A.   Yes, I had let him know that I had ran

23   into him.

24             MS. ARMIJO:  Objection, hearsay.

25             MR. BENJAMIN:  Your Honor, I move to admit

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   this under the Rule of Optional Completeness.  And I

 2   would ask to supplement this.  I'm having technical

 3   difficulties right now.  I only have a transcript.

 4   I would ask to move this under the Rule of Optional

 5   Completeness, Your Honor.

 6               THE COURT:  What are you moving to admit?

 7               MR. BENJAMIN:  An excerpted transcript

 8   from January 13, 2016, between Shauna and Joe

 9   Gallegos, talking about Jose Gomez.

10               THE COURT:  And this is not one of the

11   ones that is admitted?

12               MR. BENJAMIN:  No.

13               THE COURT:  Why don't you approach and

14   I'll find out what it's going to say.

15               (The following proceedings were held at

16   the bench.)

17               (The following proceedings were held at

18   the bench.)

19               MR. BENJAMIN:  I just have a transcript.

20               THE COURT:  Okay.  What is it that she

21   said that relates to that that you feel like needs

22   to be complete?

23               MR. BENJAMIN:  There was essentially the

24   last call that was played, and I don't have the

25   number, but it was a call that talked about Oso, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that was on January 20.  And they played that call,

2    and she asked him specifically if that Oso was

3    somebody that was involved in the assault on -- or

4    if Oso, as being Paul Rivera, was somebody involved

5    in the assault on Jose Gomez; and I believe left the

6    impression with the jury that that call in some way,

7    shape, or form talks about the assault on Jose

8    Gomez.  This call was just a couple days prior to

9    that, and she discusses why, what happened, and that

10   she saw Jose Gomez.  And as the Court read that Joe

11   Gallegos says:  "Just leave him alone.  Leave him

12   alone.  Yeah."  Once again calls somebody a piece of

13   shit.  "Just leave him alone."

14          So as I told the Court, I'm going to move

15   to admit this.  I had this transcribed, like the

16   Government has, and I'm having trouble with my

17   technical side, so...

18          THE COURT:  What is y'all's thoughts about

19   it?

20          MS. ARMIJO:  Well, it's a different call

21   entirely.  And I don't think he can move the call in

22   because it's his client's statement and this

23   witness' -- it's hearsay as to him moving it in.

24          THE COURT:  Well, I know that, but under

25   the Rule of Completeness, is there an argument as to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  why that should not come in to complete the jury's

2  understanding of what they're talking about?

3          MS. ARMIJO:  Yes, I think it's an entirely

4  different call.  And it's days later.  And it's just

5  a tiny portion.  And it's other things they're

6  talking about.  So I don't think it's directly

7  related to any of the portions that we have talked

8  about.

9          THE COURT:  Well, it does strike me as

10 stretching the Rule of Completeness to bring in a

11 telephone call a couple days later.  I'm not able to

12 really determine whether they're related or not.

13         MR. BENJAMIN:  This is just a

14 clarification for the record.  I'm not sure it

15 affects the Court's reasoning.  It was a couple days

16 earlier.

17         MS. ARMIJO:  I think it was seven days

18 earlier.

19         MR. BENJAMIN:  But the issue -- it

20 specifically talks about the offense that

21 Mr. Gallegos is charged with.

22         THE COURT:  I'm not sure the Rule of

23 Completeness is really intended to kind of

24 supplement either a writing or a conversation that

25 far out.  It's more related to when you take

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  snippets out of a call that you should make sure

2  that it's complete.

3          So I'm going to deny the motion -- the

4  request to admit the transcript and not admit it

5  into evidence.

6          MR. BENJAMIN:  And Your Honor, am I able

7  to still ask her a question?  And that goes to

8  admitting it to the record.  I'm planning on asking

9  her whether she made a statement on or about --

10         THE COURT:  You can't just elicit it if

11  you're trying to impeach her for something, but I

12  don't think you can just elicit her out-of-court

13  statements for the truth of the matter, and I don't

14  think you can elicit Joe Gallegos' statements.  It

15  may be difficult for you.

16         MR. BENJAMIN:  Your Honor, so we're not

17  doing it at the bench now, I'd just like to make a

18  better argument later regarding this just as part of

19  the record, Your Honor.

20         THE COURT:  Okay.

21         (The following proceedings were held in

22  open court.)

23         THE COURT:  Mr. Benjamin.

24  BY MR. BENJAMIN:

25     Q.   And I'd like you to take a second before

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492
                                                       1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1  you answer, because I think there is going to be an

2  objection.  But I think I've phrased this

3  sufficiently.

4        Based upon the calls that you had with Joe

5  Gallegos and the call specifically on the 13th, was

6  it your understanding that Joe Gallegos did not want

7  you to interact or deal with Tiny?

8        MS. ARMIJO:  Objection.

9        THE COURT:  Sustained.

10       MS. ARMIJO:  Objection.  Calls for

11 hearsay.  We ask that his question be struck.

12       THE COURT:  I won't strike the question,

13 but there is no answer to it, so I'll sustain the

14 objection.

15 BY MR. BENJAMIN:

16    Q.   Moving to the next call at 961 that was on

17 January 20, 2016, who did you say Dan Dan was?

18    A.   Daniel Sanchez.

19    Q.   And how is he related?

20    A.   He's related to Brandy Rodriguez.  They're

21 cousins.

22    Q.   Okay.  And you described Joe -- Brandy

23 having a close relationship with the Gallegos

24 family; correct?

25    A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.    And are you aware of where the Gallegos
 2   family originated from?
 3       A.    No.  I thought they were just always there
 4   in Los Chavez.
 5       Q.    Okay.  Let me ask you some kind of
 6   questions from the beginning, so we'll kind of start
 7   a little bit back.
 8             Whose birthday is on September 21?
 9       A.    On September 21, that's my daughter-in-law
10   Nina's.
11       Q.    You were nervous when you took the stand
12   earlier today?
13       A.    Yes, very.  I'm still nervous.
14       Q.    And that's fair.  Would it surprise you
15   that when you were asked that question the first
16   time, you said that was Sabastian's birthday?
17       A.    It's the day before his birthday, my
18   son's, September 22.
19       Q.    Whose birthday is February 27?
20       A.    On February or September?
21       Q.    February 27.
22       A.    That's my younger son's birthday.
23       Q.    Okay.  So Sabastian's birthday is the day
24   before, the 20th?
25       A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   One statement that came out was that

 2   before December 3, 2015, you were asked about a time

 3   that you and Joe were driving and he said something

 4   about Jason?

 5        A.   That's correct.

 6        Q.   And I think the statement was, "If I ever

 7   go to jail, it will be because of Jason"; right?

 8        A.   That's correct.

 9        Q.   Are you aware of an ice cream truck that

10   Jason was involved with?

11        A.   I'm sorry?

12        Q.   Are you aware of an ice cream truck that

13   Jason was involved with?

14        A.   No.

15        Q.   Getting back to the phone calls -- and

16   this wasn't one of them that was played -- but what

17   was one of the other favorite topics on the phone

18   calls?  Fair to describe that as feeding the dogs?

19        A.   Feeding the dogs and putting the skirting

20   on the trailer.

21        Q.   I'm going to ask you this -- and I'm not

22   trying to imply into this, but who do you think Joe

23   liked more?  The dogs or you, probably?

24             MS. ARMIJO:  Objection.

25             MR. BENJAMIN:  I don't know what the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   answer will be, Your Honor.
 2           THE COURT:  It's not for the truth of the
 3   matter.  I think she can answer this question.
 4   Overruled.
 5       A.   He loves his dogs.
 6   BY MR. BENJAMIN:
 7       Q.   That is fair.  Thank you.  He was very
 8   vocal about that at multiple different times; right?
 9       A.   Yes, very.
10       Q.   Do you know where the Government got this
11   letter?
12       A.   It's part of the discovery.
13       Q.   But I mean, outside of it being something
14   that -- we've all learned about Bates stamps and
15   everything else-
16       A.   I'm not sure, actually.
17       Q.   That's fine.
18           I'm going to direct you to something that
19   you were questioned about.  And do you know what
20   that word is?
21       A.   Dingy.
22       Q.   Dingy?  Could it be clingy?
23       A.   Dingy.  That's me.
24       Q.   Okay.  I think I made a mistake earlier,
25   so I'm going to ask you:  How many children do you
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 820-6349                                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   have?

 2        A.   I have six.

 3        Q.   So Sabastian is the oldest; right?

 4        A.   Sabastian is the oldest.

 5        Q.   Do you remember telephone calls between

 6   you and your mom -- actually, I probably need to be

 7   a little more specific -- on or around March of

 8   2018?

 9        A.   I'm sure I did.

10        Q.   And do you remember telling your mom that

11   "They have nothing" --

12             MS. ARMIJO:  Objection, hearsay.

13             THE COURT:  If it's being offered for the

14   truth, sustained.

15   BY MR. BENJAMIN:

16        Q.   You pled guilty in this case; correct?

17        A.   I did.

18        Q.   And when you plead guilty, you're

19   admitting to the conduct that the Government is

20   alleging; right?

21        A.   That's correct.

22        Q.   And that means that you're agreeing that

23   you did something wrong.  In this case, committed a

24   conspiracy to commit murder; right?

25        A.   That's right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1          Q.   Do you remember on or about March of 2018
2   telling your mother --
3               MS. ARMIJO:  Objection, hearsay.
4               THE COURT:  It sounds like it's going to
5   be.  If you want to approach, you can, but --
6               (The following proceedings were held at
7   the bench.)What is the statement?
8               MR. BENJAMIN:  "They have nothing on me.
9   They have nothing on me.  I mean, the people are
10  saying that, but they're not credible."  I think
11  it's in direct contradiction to a guilty plea.
12              THE COURT:  I think to elicit those would
13  be for the truth of the matter, so I will sustain
14  the objection.
15              MR. BENJAMIN:  I would suggest that her
16  action -- that I should be allowed to impeach her
17  based on this is because her actions are different
18  than these statements.
19              THE COURT:  I think you have to set her up
20  before you can impeach her with the statements.  She
21  so far hasn't said anything other than she's
22  admitted so...
23              MR. BENJAMIN:  That's where I'm at, Your
24  Honor.  "They have nothing on me" is directly
25  contradicted by the guilty plea.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Set it up a little better and
 2   maybe I'll let you ask the question.
 3              (The following proceedings were held in
 4   open court.)
 5   BY MR. BENJAMIN:
 6        Q.   And you pled guilty on March 29 of 2018;
 7   right?
 8        A.   Correct.
 9        Q.   And just so we're on the same page, that
10   was a little over a month ago?
11        A.   Right.
12        Q.   And you had a tablet; right?
13        A.   That's correct.
14        Q.   And the excerpts of the calls that we
15   heard today -- you were able to review those calls
16   sufficiently before testifying today?
17        A.   Yes, I was.
18        Q.   And you were able to -- I think it's still
19   up -- you were able to review -- you said you
20   reviewed this letter briefly, but you were able to
21   review this letter as much as you wanted; right?
22        A.   That's right.
23        Q.   And they asked you to review it.  And then
24   you read it, and I think you said "briefly," but you
25   were able to read it as much as you wanted to;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 nobody was telling you to start and stop, next,

2 next, next; right?

3    A.   Right.

4    Q.   But in making a guilty plea, you made a

5 decision to accept what the Government was saying

6 about it.  And that's different than the belief that

7 you had on or about March 18 of 2018; right?  Or

8 March of 2018?

9    A.   Can you rephrase that?

10    Q.   Okay.  Prior to the middle of March, your

11 belief was that there was nothing incriminating in

12 the phone calls?

13    A.   In the phone calls?

14    Q.   Yes.

15    A.   That's correct.

16    Q.   And we could almost expand it a little bit

17 farther than that, to just about everything; right?

18    A.   I need you to clarify.

19    Q.   Your belief at or about that time was that

20 there wasn't any evidence to link you to this;

21 right?

22    A.   I believe so.

23    Q.   Okay.  And you were offered deals at

24 different points in time; right?

25    A.   A couple times, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And one time you were going to plead

2  guilty, and then decided to withdraw it pretty much

3  on the day that you were supposed to enter the plea;

4  right?

5    A.   That's correct.

6    Q.   And you were feeling a lot of pressure to

7  enter into that plea?

8    A.   I was feeling a lot of pressure in

9  general, all the way around, yes.

10    Q.   That's fair.  You were facing a very, very

11  serious indictment; correct?

12    A.   That's correct.

13    Q.   But there were external pressures on you

14  outside of the evidence in the case that were

15  affecting your decision to plead or not to plea;

16  right?

17    A.   That's correct.

18    Q.   One of those was your children?

19    A.   That's correct.

20    Q.   Okay.  If you entered a guilty plea, you

21  were told that you would receive a much lower

22  sentence than if you were convicted at trial?

23    A.   Haven't been promised any of that.  I'm

24  hoping to get a reduction in my sentence.

25    Q.   Well, if I direct you to 749, if we look

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   at page 4 of document 749, this is your plea

2   agreement; right?

3       A.   Correct.

4       Q.   And if you want to see a different

5   portion, let me know.  But you face charges on three

6   different counts; correct?

7       A.   Correct.

8       Q.   Okay.  The first count carries a maximum

9   sentence of 10 years, the next one is 20 years, and

10  then the next one is 30 years?

11      A.   That's right.

12      Q.   And it just happens to be that way, not

13  because it's Count 1, 2, and 3; right?

14      A.   Right.

15      Q.   Excuse me.  It's Count 16.  But number 3

16  is the most serious offense that you have?

17      A.   Right.

18      Q.   And you have, as you said, no criminal

19  history, but you do face up to 30 years in

20  custody -- or you faced up to 30 years in custody on

21  that; right?

22      A.   That's correct.

23      Q.   But the Government, in paragraph 15, has

24  in fact promised without any cooperation before even

25  coming in here today, that they were only going to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   seek a sentence of 72 to 84 months; right?

2       A.   Right.

3       Q.   Okay.  So that is -- fair to say that is

4   something that you were promised?

5       A.   Yes.

6       Q.   Okay.  And do you know what that works out

7   to in years?

8       A.   Six to seven.

9       Q.   And for some reason, the federal sentences

10  always are in months; right?

11      A.   Right.

12      Q.   So it is correct to say that you're

13  starting off with a promise of six to seven years,

14  and it will be better, depending on how you testify.

15  Or that's your expectation; right?

16      A.   That's correct.

17      Q.   And that expectation comes from a document

18  that's called the addendum to the plea agreement?

19      A.   Right.

20      Q.   Because we've heard about this a lot, so

21  I'm going to kind of cover it a little quicker than

22  some others.  But if there is something I do too

23  quick, let me know.

24      A.   Okay.

25      Q.   You're testifying.  Okay?  Yes?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    I'm sorry.  You have to answer verbally
 3   sometimes -- or actually, all the time.  The
 4   Government is going to file what's referred to as a
 5   5K; right?
 6        A.    Correct.
 7        Q.    And that simply -- are you aware that's a
 8   portion of the United States sentencing guidelines,
 9   and that's just a section out of those guidelines?
10        A.    Right.
11        Q.    And that says that Ms. Shauna Gutierrez
12   assisted the Government by doing this; right?
13        A.    That's correct.
14        Q.    They spell that out, and then when they've
15   spelled it out, the judge can then sentence you.
16   That's a request to sentence you lower; right?
17        A.    Correct.
18        Q.    And they represented that that's what they
19   intend to do?
20        A.    Right.
21        Q.    And so there is no doubt that you believe
22   that that's what they intend to do; correct?
23        A.    Right.
24        Q.    Much like you intend to ask for the lowest
25   sentence that you can get; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Right.
 2        Q.   That makes sense.  But that's the way the
 3   system is set up.
 4             And then you're also seeking a sentence
 5   under 18 USC 3553, and that portion there -- or that
 6   says 3553(a).  Are you aware of all of what 3553(a)
 7   is?
 8        A.   No.  If I could read it over real quick.
 9             THE COURT:  Mr. Benjamin, why don't we
10   take this up over lunch?
11             MR. BENJAMIN:  Your Honor, may I approach
12   her with the two documents so she can review them
13   over lunch?
14             THE COURT:  All right.  We'll be in recess
15   for about an hour.
16             (The jury left the courtroom.)
17             THE COURT:  All right.  We'll be in recess
18   for an hour.
19             (The Court stood in recess.)
20             THE COURT:  All right.  I think we've got
21   each of the defendants in the courtroom and an
22   inventory for each defendant.
23             Let me do two things:  I need to hear from
24   Mr. Sindel.  But I asked Ms. Gilbert in the break
25   for the transcript that you had up here,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Mr. Benjamin.

2              MR. BENJAMIN:  Yes, Your Honor.

3              THE COURT:  I still feel comfortable with

4    my ruling that this is not admissible for

5    completeness.  But when I reread what you have

6    highlighted there, and then your little note, which

7    I think now I understand what you interpret it to

8    say, that's just not hearsay.  So I think if you

9    want to get it in, I think you can get it in.  But I

10   don't think it's under the Rule of Completeness.  I

11   just don't think those are hearsay statements.

12             MR. BENJAMIN:  Understood, Your Honor.

13             THE COURT:  So if you want your transcript

14   back, if you want to admit it, I'll let you admit

15   it.

16             Mr. Sindel.

17             MR. SINDEL:  Yes, Your Honor.  I'm sure

18   that all of us have felt a little more like

19   accountants than lawyers trying to work out all

20   these numbers.  But every night after court, the

21   defense teams meet together and we talk about

22   cross-examinations, and we try to figure out how to

23   shorten them, we try to make sure there's no

24   overlapping, and that the subjects are covered in

25   the most concise way possible.  And the reason for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

84

1    that is:  We're very concerned about the amount of

2    time that may be available to us to present our

3    case.  And if we get down to crunch time -- and

4    that's a hard decision for all the lawyers to make.

5              So we would like to make sure that the

6    Court says if we have leftover time from

7    cross-examination from our efforts to shrink that

8    time that's spent, it goes to either the defense, so

9    they could put on additional evidence; or to the

10   jury so they get the matter quicker, rather than to

11   the Government.

12             THE COURT:  Well, I'm not in a position to

13   agree to that yet, because I'm still looking at your

14   charts.

15             MR. SINDEL:  You have five minutes.

16             (The Judge unzips his robe.)

17             (Laughter).

18             MR. SINDEL:  Good one.

19             MR. BENJAMIN:  Counsel is on his own on

20   this one, Judge.

21             THE COURT:  Why don't y'all talk and see

22   if that's built into the proposal that you're

23   making.  This morning everybody kind of told me,

24   "Just relax.  Give us a little bit of time, and we

25   think we're on track."  I don't have a problem with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that in theory.  But I think probably y'all ought to
 2   talk and see if that's part of the grand bargain
 3   here.  Does that make sense?
 4            MR. SINDEL:  Yes, sir.
 5            THE COURT:  Talk about it and see what you
 6   think.  I mean, I've done --
 7            MR. SINDEL:  I won't trade you coats.
 8   Thank you.
 9            THE COURT:  I'm working on my financial
10   disclosures, and it's a lot less than everybody in
11   the room -- well, not everybody.
12            MR. SINDEL:  That's bad.
13            THE COURT:  Y'all talk.  If y'all agree,
14   I'm still looking at your proposal here.  There is
15   kind a built-in chess clock on this, and I
16   understand how that would work.
17            Anything else we need to discuss?
18            MS. ARMIJO:  No, Your Honor.
19            (The jury entered the courtroom.)
20            THE COURT:  Everyone be seated.  Give us
21   just a moment to get Ms. Gutierrez back in here.
22            MS. ARMIJO:  No, Your Honor.
23            THE COURT:  Is this where we're going to
24   take up the doctor?
25            MS. ARMIJO:  This is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Is it Dr. Paul?
 2              (Testimony of Ian Paul, M.D.)
 3              (Continuation of testimony of Shauna
 4   Gutierrez.)
 5              THE COURT:  All right.  Are we going to
 6   bring Ms. Gutierrez back on the stand?
 7              MS. ARMIJO:  Yes, Your Honor.
 8              THE COURT:  All right.
 9              All right, Ms. Gutierrez.  If you'll come
10   up and resume your place in the witness box, I'll
11   remind you that you're still under oath.
12              THE WITNESS:  Thank you.
13              THE COURT:  Mr. Benjamin, do you wish to
14   continue your cross-examination of Ms. Gutierrez?
15              MR. BENJAMIN:  Your Honor, if I may just
16   have one second?
17              THE COURT:  Certainly.
18              MR. BENJAMIN:  May we approach, Your
19   Honor.
20              (The following proceedings were held at
21   the bench.)
22              MR. BENJAMIN:  Your Honor, I edited the
23   audio.  I was going to move to admit essentially
24   what will be Bravo Quebec, BQ.
25              THE COURT:  BQ.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BENJAMIN:  That was all I was given by
 2  Ms. Gilbert.  "Just leave him."
 3            MS. ARMIJO:  I guess we're trying to see
 4  what --
 5            MR. BENJAMIN:  It's a command.  It's not
 6  hearsay.
 7            MS. ARMIJO:  Oh.
 8            THE COURT:  I just don't see it being
 9  hearsay.  It's commands or it can't be being offered
10  for the truth, calling somebody the S word there.
11            All right.  Anything else?
12            MR. BECK:  What is it?  I think, "Just
13  leave him" would be offered for the truth of the
14  matter asserted.  "Just to leave him," I think that
15  can be an applied assertion.
16            THE COURT:  I think it's more of a
17  command, given what I think, probably the tone of
18  voice and those sort of things.  Anything else?
19            MS. ARMIJO:  Well, yes, because I think,
20  Your Honor -- I think there may be more to it, so I
21  guess I may later, on the rest of it --
22            THE COURT:  You've got a lot more liberty.
23            MR. BENJAMIN:  It's January 13.
24            (The following proceedings were held in
25  open court.)All right.  Any other objection to BQ?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

88

```
 1            MS. ARMIJO:  No, Your Honor.

 2            THE COURT:  Not hearing any, Defendants'

 3   Exhibit BQ will be admitted into evidence.

 4            (Defendants' Exhibit BQ admitted.)

 5            MR. BENJAMIN:  Your Honor, I move to

 6   admit -- I apologize, the Court just admitted it,

 7   but I move to publish.

 8            THE COURT:  You may.

 9                 SHAUNA GUTIERREZ,

10       after having been previously duly sworn under

11       oath, was questioned, and continued testifying

12       as follows:

13                 CONTINUED CROSS-EXAMINATION

14   BY MR. BENJAMIN:

15            (Tape played.)

16       Q.   That was you; correct?

17       A.   Yes, it was.

18       Q.   And that was -- Joe Gallegos is the other

19   voice?

20       A.   Yes, it is.

21       Q.   And he was talking about Tiny; right?

22       A.   That's correct.

23       Q.   And do you know when that call was made?

24       A.   Sometime in December.

25       Q.   January 13, 2016?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Was it January 13?  I'm sorry, I'm not
 2   good with the date.
 3        Q.   We heard you testify that you made calls
 4   on a daily basis; right?
 5        A.   That's correct.
 6        Q.   And there's quite a few of them, aren't
 7   there?
 8        A.   There was quite a few.
 9        Q.   I believe right before the break I'd asked
10   you if you felt pressured into making a plea.
11        A.   Correct.
12        Q.   Let me refer back to January 13 for one
13   second.  He told you to leave him alone; right?
14        A.   That's correct.
15        Q.   You understood that as a command?
16        A.   That's correct.
17        Q.   You felt pressure not to enter -- excuse
18   me.  You felt pressure to enter a plea at about the
19   middle to end of March of 2016 (sic)?
20        A.   That's correct.
21        Q.   And at one point, the middle of March, you
22   were going to enter a plea; right?
23        A.   That's right.
24        Q.   You withdrew and changed your mind?
25        A.   That's right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I guess it's probably not fair to
 2   characterize it as withdrawing, but it never got
 3   anywhere, other than just talking about it?
 4        A.    Yes.
 5        Q.    You didn't go through with it; right?
 6        A.    That's right.
 7        Q.    And when you go to enter a plea,
 8   essentially you notify the other side and you notify
 9   the Court that you're going to do that, and then you
10   have a formal setting; is that fair?
11        A.    That's right.
12        Q.    But in your experience, people talk about
13   it a lot; right?
14        A.    That's correct.
15        Q.    And there was pressure because of your
16   family?
17        A.    That's right.
18        Q.    And you stated you have six kids and
19   you're concerned about them?
20        A.    That's correct.
21        Q.    There was pressure in that your lawyer was
22   not going to try the case?
23        A.    I'm sorry?  Can you repeat that?
24        Q.    You were pressured because your lawyer was
25   not going to try the case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    You mean if I took the plea?

2    Q.    No, no.  Before you took the plea?

3    A.    No, she was going to try it.

4    Q.    She was pressuring you because of money;

5  right?

6    A.    No, she wasn't pressuring me because of

7  money.

8    Q.    On or about March of 2018, did you make a

9  statement that says, "And so she's trying to scare

10  the hell out of me.  Come to find out she is maxed

11  out on her budget.  So I don't know if she just

12  doesn't want to do this anymore because she's maxed

13  out on her budget, or what the hell is going on"?

14    A.    That's all speculation.  I was speculating

15  at that point.

16    Q.    Who were you talking to?

17    A.    My mother.

18    Q.    I'm sorry?

19    A.    To my mom.

20    Q.    Could it have been Nina?

21    A.    It could have been.  I talked to my mom

22  and to Nina.

23    Q.    Okay.  You decided in the middle of 2018,

24  in the middle of March, that you had -- you're a

25  religious person?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I am.
 2        Q.   -- that you decided that there was a sign,
 3   and that's why you didn't want to enter a plea?
 4        A.   Yes, that's what I had felt.
 5        Q.   Right.  And then a little bit later,
 6   something changed?
 7        A.   That's right.
 8        Q.   So it was a serious decision; right?
 9        A.   A very serious decision.
10        Q.   And it was a decision that was influenced
11   by a lot of factors that are not related to the
12   evidence in the case?
13        A.   That's correct.
14        Q.   Because you asserted and have continued to
15   assert that you are not a member or an associate of
16   the SNM; is that right?
17        A.   That's fair.
18        Q.   Do you know when you were arrested?  And
19   I'm just looking for an approximate --
20        A.   August 3.
21        Q.   Or I could get an exact date.  And you
22   were staying with an individual at that time; right?
23        A.   Yes, I was.
24        Q.   And you were arrested, and that
25   individual's name is Bill; right?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    That's correct.

 2        Q.    The FBI found you there; right?

 3        A.    That's correct.

 4        Q.    And they didn't arrest him.

 5        A.    They didn't at the time.

 6        Q.    There was drugs found in the house?

 7        A.    Yes, there was.

 8        Q.    And a significant amount of drugs; right?

 9        A.    That's correct.

10        Q.    And then there was also a weapon found in

11   the house; right?

12        A.    Yes, there was.

13        Q.    And you claimed ownership of the drugs?

14        A.    Yes, I did.

15        Q.    Special Agent Acee didn't seem to believe

16   you; right?

17        A.    That's right.

18        Q.    And then he specifically told you that he

19   wasn't going to arrest Bill for the weapon; right?

20        A.    That's right.

21        Q.    Okay.  Would you consider that a benefit?

22        A.    I never thought about it that way.  I'm

23   not sure.

24        Q.    Okay.  It could be, or it just depends on

25   how you view it; right?
```

SANTA FE OFFICE                                                             MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   That's right.

2      Q.   You believe you're probably going to get

3  out soon; right?

4      A.   I pray so.

5      Q.   Okay.  You haven't had a lot of money

6  placed on your books; right?

7      A.   That's correct.

8      Q.   And one of the reasons is that you think

9  that if you can resolve an outside matter, you may

10  be able to get out; right?

11      A.   Can you clarify for me?

12      Q.   Okay.  You're not only being held on this

13  matter.  We heard about a state, essentially,

14  warrant; right?

15      A.   That's correct.

16      Q.   And I think Ms. Armijo said that, but

17  that's essentially just a failure to appear on what

18  was a case that was open; right?

19      A.   That's correct.

20      Q.   So you failed to appear probably because

21  you were in custody; right?

22      A.   That's correct.

23      Q.   My favorite line is usually when somebody

24  tells me that's not their fault.  They're there.  So

25  I see both sides of that; is that right?



SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                1-800-669-9492
PROFESSIONAL COURT                            e-mail: info@litsupport.com
REPORTING SERVICE

 1      A.    That's right.

 2      Q.    So you can't clear that while we're being

 3 held here; right?

 4      A.    That's right.

 5      Q.    So one of the items that you believe -- if

 6 you can clear that, you'll be able to get out?

 7      A.    Maybe to a halfway house.

 8      Q.    Okay.  And that's what you're looking for;

 9 right?

10      A.    That's right.

11      Q.    And a halfway house, if we talked about

12 it, is something where you live there; there's a lot

13 of rules?

14      A.    That's right.

15      Q.    You have to -- usually you're restricted

16 to the halfway house for some certain amount of

17 time.  Has anybody explained the rules to you?

18      A.    Not too much with the halfway house, no.

19      Q.    You understand that you're probably going

20 to be locked down and not allowed to do what you

21 want; is that right?

22      A.    Yes.

23      Q.    But it's not prison and it's not jail,

24 which is huge?

25      A.    Right.

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And a little bit easier to be visited?

 2        A.    That's correct.

 3        Q.    You didn't like Paul Rivera, did you?

 4        A.    No, I didn't.

 5        Q.    Why?

 6        A.    Just something about him that rubbed me

 7   the wrong way.  I didn't like how he was always --

 8   he seemed, like, to be leaching off of Brandy

 9   Rodriguez all the time.  And it was just kind of

10   creepy, the way he hung around so much.

11        Q.    And I just want to confirm.  Did you say

12   mooching?

13        A.    Mooching, like living there, while she's

14   taking care of everything.

15        Q.    Okay.  And that was -- do you know how Joe

16   felt about --

17        A.    Didn't care for him either.

18              MS. ARMIJO:  Objection, hearsay,

19   foundation.

20              MR. BENJAMIN:  I think that that was

21   actually --

22              THE COURT:  There is plenty of foundation.

23   But I don't know how she'd know without him telling

24   her.  So I'll sustain.

25              MR. BENJAMIN:  That was admitted in one of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the jail calls, Your Honor.

 2           THE COURT:  Well, that may be, but I'll

 3   sustain it here.

 4   BY MR. BENJAMIN:

 5       Q.   Okay.  On the 27th of February, you went

 6   to Albuquerque; right?

 7       A.   That's right.

 8       Q.   And then you came back?

 9       A.   I came back.

10       Q.   And where did you go when you came back?

11       A.   I went to the house to pick up my son's

12   gift.  And I actually turned around and went back to

13   Albuquerque.

14       Q.   Okay.  Why?

15       A.   Because it was my son's birthday.

16       Q.   Do you remember where Oso went that day?

17       A.   Oso followed me to Los Lunas.  I think he

18   was following me to make sure I wasn't talking.

19       Q.   Okay.

20           MR. BENJAMIN:  May I have a second, Your

21   Honor?

22           THE COURT:  You may.

23           MR. BENJAMIN:  If I could have 30 seconds,

24   I think I'm just about wrapped up, Your Honor.

25           THE COURT:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. BENJAMIN:
 2        Q.   Did you and Brandy butt heads at times?
 3        A.   Not really butt heads.  It's just -- I
 4   don't know how to explain it.  It was -- I don't
 5   know how to explain it.  We didn't really butt
 6   heads.  We just didn't click.
 7        Q.   So you weren't close?
 8        A.   We weren't close.
 9        Q.   And there was a rumor -- and to the extent
10   you're aware of this, I'd like to get a yes or no
11   question first -- whether you -- are you aware of
12   who Hope Velasquez is?
13        A.   Yes, I am.
14        Q.   And who is she?
15        A.   She was somebody that was hanging out with
16   Jose Gomez that one night.
17        Q.   Did you ever date Jose Gomez?
18        A.   No.
19        Q.   Okay.  Did you ever hang out with him and
20   do drugs with Jose Gomez?
21        A.   No, never.
22        Q.   And did Hope Velasquez tell people that
23   you had?
24        A.   Yes, she did.
25             MS. ARMIJO:  Objection, hearsay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I think that would be being

 2    offering for the truth.  Sustained.

 3              MR. BENJAMIN:  And Your Honor, if I may

 4    have one second, I think -- I would say it's for

 5    state of mind.

 6              THE COURT:  I don't see that.  Sustained.

 7    BY MR. BENJAMIN:

 8        Q.   Okay.  And at one point you were concerned

 9    with how that would be interpreted if that got back

10    to your boyfriend; right?

11              MS. ARMIJO:  Your Honor --

12              THE COURT:  Sustained.

13              MR. BENJAMIN:  That's all, Your Honor.

14              THE COURT:  Any other defendants have

15    questions of Ms. Gutierrez?

16              All right.  Ms. Armijo, do you have

17    redirect of Ms. Gutierrez?

18              MS. ARMIJO:  Yes.

19                   REDIRECT EXAMINATION

20    BY MS. ARMIJO:

21        Q.   Now, the portion of the call that

22    Mr. Benjamin admitted into evidence was on January

23    13; correct?

24        A.   That's correct.

25        Q.   But the call where we saw and we heard Joe
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Gallegos talk to you about his defense attorney --

2  that was on January 20; correct?

3       A.   I believe so.

4       Q.   And in that call he says it would be good

5  to make the state case go away; do you recall?

6       A.   Yes, I do.

7       Q.   Now, you were asked about Bill, and when

8  you were arrested.  Do you recall?

9       A.   Yes, I do.

10      Q.   And who is Bill?

11      A.   He was a friend of mine.

12      Q.   And were you romantically involved with

13  Bill at that time?

14      A.   Yes, I was.

15      Q.   And when you were told he wouldn't be

16  arrested, were you told he wouldn't be arrested that

17  day?

18      A.   It was more like:  "We didn't arrest him."

19  It wasn't -- they didn't say whether they were going

20  to or not.

21      Q.   All right.  And do you know if he was

22  later actually indicted and charged in a separate

23  case?

24      A.   In a separate case, yes, I believe so.

25      Q.   All right.  So there certainly was no

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1  benefit for you, because he ultimately ended up

2  getting charged; is that correct?

3       A.   That's correct.

4       Q.   You mentioned with Mr. Benjamin, George,

5  and he is a Sureno; is that correct?

6       A.   That's correct.

7       Q.   Now, you were asked about whether or not

8  you thought the Government had anything on you.  And

9  in phone calls that you had -- did you plead guilty

10 of your own free will?

11      A.   Yes, I did.

12      Q.   Did you plead guilty after talking to your

13 attorney and reviewing the evidence?

14      A.   Yes, I did.

15      Q.   Now, you also -- you were talking with

16 Mr. Benjamin about the majority of your calls being

17 about taking care of the house.  Do you recall that?

18      A.   Yes, I do.

19      Q.   And do you also recall that Mr. Benjamin

20 was asking you about whether or not you were

21 discussing SNM?  Do you recall that?

22      A.   Yes, I do.

23      Q.   Okay.  Are you aware of a call on December

24 30th in which you actually do discuss the SNM and

25 the case that he's charged?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   I don't recall.
2             MR. BENJAMIN:  Your Honor, objection,
3   mischaracterization.  I referred to a specific call,
4   the call with Brandon McDonald.
5             THE COURT:  All right.  Let's let
6   Ms. Armijo ask her question.
7             MS. ARMIJO:  Your Honor, at this time I
8   move for the admission of 969.
9             THE COURT:  This is another call?
10            MS. ARMIJO:  Yes.
11            THE COURT:  Same objection, Mr. Benjamin?
12            MR. BENJAMIN:  Yes, Your Honor.  And
13   outside of the scope of cross, as well, Your Honor.
14            THE COURT:  What's this tied to on
15   anything in cross?
16            MS. ARMIJO:  It's tied to the fact -- the
17   characterization of the nature of the calls between
18   Ms. Gutierrez and Mr. Gallegos, and also the
19   impression that there was not discussion about SNM.
20            THE COURT:  All right.  I'll admit.
21            Anybody else have an objection?
22            Not hearing any further objection,
23   Government's Exhibit 969 will be admitted into
24   evidence.
25            (Government Exhibit 969 admitted.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1           MR. BENJAMIN:  And Your Honor, if I may

 2    clarify.  The call that I was referring to and asked

 3    about was actually Exhibit 960.

 4           THE COURT:  All right.

 5    BY MS. ARMIJO:

 6       Q.   And Ms. Gutierrez, before we play that,

 7    are you aware of the overall -- that there are

 8    additional charges other than what you are here in

 9    court today and these defendants are here in court

10    today?

11       A.   Can you clarify?

12       Q.   Are you aware of the charge regarding

13    Gregg Marcantel?

14       A.   Yes, I am.

15       Q.   And who is Gregg Marcantel?

16       A.   He was part of the prisons, Secretary --

17    part of the prisons.

18           MR. BENJAMIN:  Your Honor, object.  Can we

19    approach?

20           THE COURT:  You may.

21           (The following proceedings were held at

22    the bench.)

23           MR. BENJAMIN:  Your Honor, I'm taking the

24    position I don't believe I opened the door or

25    exceeded anything in my question.  My question

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    specifically referenced -- and I asked her about the

2    call with Brandon McDonald.  The Court granted a

3    severance.  These are essentially two separate

4    cases.  And this is going to open, for lack of a

5    better term, the floodgates for some issues.  If the

6    Court is allowing the call to be played, I'd ask it

7    be out of the presence of the jury because we can't

8    take back what's in the call.  I don't know what

9    happened on December 30th.

10            THE COURT:  What's going to happen in this

11   call?  I assume you're going to play a portion.

12            MS. ARMIJO:  A portion of the call where

13   he is directing or commanding her to go and get dirt

14   on Gregg Marcantel.  And he specifically says, and

15   we believe you can hear "dirt on him in Louisiana."

16   He was run out for being crooked.  So he keeps

17   telling her about things that she should do as far

18   as the SNM and the case related to them.

19            MR. BENJAMIN:  Is the SNM in there?

20            MS. ARMIJO:  That's part of what the

21   charges are in reference to.  Because he talks about

22   this whole thing, "I'm going to write it down

23   tonight and send it, though," and again he's

24   commanding her, telling her to do things for him;

25   not specifically the SNM.  But basically the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   impression that was left with all the calls -- and I
 2   believe she said, "I just took care of the trailer
 3   and took care of the dogs."  She was doing more than
 4   that.
 5           MR. BENJAMIN:  I would argue that, one,
 6   the client is investigating his case.  At this point
 7   in time he's had his indictment for 27 days at this
 8   point in time.  And he's allowed to assist in the
 9   preparation of his defense.  And think the only
10   phrase that comes to mind is --
11           THE COURT:  If you want to argue that,
12   you're free to.  But I do think that it's tied
13   enough to SNM cases that I'll say -- allow it.  So
14   I'll admit.  See if there is anybody else that
15   has --
16           MR. BENJAMIN:  Your Honor, and just so I'm
17   clear, I don't know as I necessarily need this, but
18   is the Court ruling that I opened the door to this
19   or this is just tight enough and close enough on its
20   own?
21           THE COURT:  Well, Marcantel has already
22   been mentioned in this case several times.
23           MR. BENJAMIN:  I understand, Your Honor.
24           THE COURT:  So I do think the sweeping
25   sort of impression that there was no discussions
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   about SNM -- I do think this rebuts that.

 2            MR. BENJAMIN:  And Your Honor, understand,

 3   I don't have the transcript.  It was given to us at

 4   lunch.  But I think that one was given, one of them

 5   was, but this transcript doesn't mention SNM.  It

 6   mentions an alleged ^ actually at this point in

 7   time.  He's a victim of the SNM.  But I think --

 8            THE COURT:  I think I have a good sense as

 9   to the transcript there.

10            MR. BENJAMIN:  Okay.

11            THE COURT:  Do you have a number on that?

12            MS. ARMIJO:  969.

13            THE COURT:  Is this the one I already

14   admitted?

15            MS. ARMIJO:  Yes.

16            (The following proceedings were held in

17   open court.)

18            THE COURT:  All right Ms. Armijo.

19            MS. ARMIJO:  All right.  If we could play

20   969.

21            (Tape played.)

22            MS. TORRACO:  Your Honor?

23            THE COURT:  Yes.

24            MS. TORRACO:  Could we get a limiting

25   instruction?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  These statements
 2   by Mr. Joe Gallegos can only be used in your
 3   deliberations of the charges against Mr. Joe
 4   Gallegos, not against any of the other defendants.
 5   BY MS. ARMIJO:
 6       Q.   While we're having technical difficulties,
 7   really quick, did you hear that portion?
 8       A.   Yes, I did.
 9       Q.   Do you know who it was that you were
10   discussing there?
11       A.   Yes, it was -- I don't know exactly his
12   position, but he is part of the prisons.  He was in
13   charge of all of them.
14       Q.   Okay.  And were those -- was he related
15   to -- as part of other charges related to this
16   investigation?
17       A.   Yes, it is.
18       Q.   And is Joe telling you to do something
19   there in reference to it?
20       A.   Yes, he is.
21       Q.   And what is he telling you?
22       A.   He's wanting me to research and find out
23   more about this guy.
24       Q.   Did he ask you to find dirt on him?
25       A.   Yes, he did.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  All right.  That's all I
 2   have.
 3              THE COURT:  Thank you, Ms. Armijo.
 4              MR. BENJAMIN:  May I have a brief recross,
 5   Your Honor?
 6              THE COURT:  Yeah, you've got a little more
 7   time.  Go ahead.
 8                     RECROSS-EXAMINATION
 9   BY MR. BENJAMIN:
10       Q.   Are you aware if that individual's name is
11   in the indictment that Joe has?
12       A.   Marcantel?
13       Q.   Yes.
14       A.   What do you mean?  Can you --
15       Q.   When was Joe taken into custody?
16       A.   He was taken in in December 2015.
17       Q.   And this is at the end of December 2015;
18   right?
19       A.   That's correct.
20       Q.   And he has a copy of his indictment,
21   because when you are arraigned, you get a copy of
22   your indictment; right?
23       A.   That's correct.
24       Q.   And he's asking you to investigate the
25   basis of, essentially, some charges; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    That's correct.

2        Q.    When you're in custody, do you have access

3   to the internet?

4        A.    No, you don't.

5        Q.    Can you do research?

6        A.    No, you can't.

7        Q.    Where were you located on the day that

8   this call was made?

9        A.    I was on the streets.

10       Q.    Did you have the internet?

11       A.    Yes, I did.

12       Q.    Okay.  And he was asking you to do

13   research; right?

14       A.    That's correct.

15       Q.    And having been subject to this, you're

16   probably an expert in this at this point in time,

17   but what is the purpose of cross usually?  When we

18   talk about when we're going to cross-examine

19   somebody, a lot of times people dig up dirt in order

20   to cross-examine somebody; right?

21       A.    That's correct.

22       Q.    That's a lot of times people's

23   convictions, other information; right?

24       A.    That's right.

25       Q.    Are you familiar with that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

110

1          A.    Yes.

2               MR. BENJAMIN:  Okay.  Pass the witness.

3               THE COURT:  Thank you, Mr. Benjamin.

4               Are you going to have anything further,

5    Ms. Armijo?

6               MS. ARMIJO:  Just one question.

7               THE COURT:  Why don't we take it up then

8    after the break then, okay?  All right.  We'll be in

9    recess for about 15 minutes.  All rise.

10              (The jury left the courtroom.)

11              THE COURT:  All right.  We'll be in recess

12   for 15 minutes.

13              (The Court stood in recess.)

14              THE COURT:  Let's go back on the record.

15   I think we've got all the defendants in the

16   courtroom.  We've got an attorney for each

17   defendant.

18              Let me go back, before Mr. Benjamin sits

19   down.  Right at the end I sustained a hearsay

20   objection when Mr. Benjamin sought to ask

21   Ms. Gutierrez a question eliciting an out-of-court

22   statement.  And here's what I remember the question

23   being -- we can look it up, but I think Mr. Benjamin

24   can tell me -- but it was something along the lines

25   of:  Didn't a third party -- and I believe that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   third party is Hope Velasquez; right?

 2           MR. BENJAMIN:  Yes, Your Honor.

 3           THE COURT:  -- say that you, meaning

 4   Ms. Gutierrez, and Jose Gomez were really tight and

 5   did drugs together.  And I sustained the objection.

 6           I was thinking about it during the break.

 7   And you tell me if I'm wrong, but I think you were

 8   trying not to elicit that out-of-court statement for

 9   the truth of the matter.  You're not trying to prove

10   that Ms. Gutierrez and Jose Gomez were really tight

11   and did drugs together; right?

12           MR. BENJAMIN:  No, Your Honor.

13           THE COURT:  You're trying to show that Mr.

14   Gutierrez and Mr. Gomez -- that's not what you're

15   trying to prove.  You're trying to elicit it and

16   explain why under -- if I understand your theory of

17   the case, that Ms. Gutierrez conspired to assault

18   Mr. Gomez, perhaps because Mr. Gomez was spreading

19   lies about her and/or disprove rumors that

20   Ms. Gutierrez had heard.  Am I getting close to what

21   you're trying to use that statement for?

22           MR. BENJAMIN:  Yes, Your Honor.  I think I

23   said her state of mind, to disprove -- or not so

24   much to prove or disprove, but to deal with a rumor.

25           THE COURT:  Okay.  But you're not trying
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to prove that ---

2           MR. BENJAMIN:  She used drugs or

3  something, no.

4           THE COURT:  Well, I think offering those

5  statements for that limited purpose would tend to

6  exculpate Mr. Joe Gallegos, and would not be offered

7  for the truth.  So before you leave the stand, I'll

8  give you a chance to resume and ask that question

9  that I sustained the objection to.

10          MR. BENJAMIN:  Thank you, Your Honor.

11          THE COURT:  All rise.

12          (The jury entered the courtroom.)

13          THE COURT:  All right.  Everyone be

14  seated.  All right.  Mr. Benjamin, I was going to

15  let you ask another question.

16          MR. BENJAMIN:  Yes, Your Honor.

17          THE COURT:  Mr. Benjamin.

18  BY MR. BENJAMIN:

19      Q.   I'd asked you who -- and may I have -- the

20  Court said one question.  I was going to ask, just

21  so that we're back and oriented --

22          THE COURT:  You may.

23      Q.   Who is Hope Velasquez?

24      A.   Hope Velasquez is a friend of Jose Gomez'.

25      Q.   Okay.  And this next question will be just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    a yes or no at this point.  She was spreading -- you

2    testified that you didn't use drugs with Jose Gomez;

3    correct?

4         A.   That's correct.

5         Q.   You weren't involved with him

6    romantically?

7         A.   Right.  Not at all.

8         Q.   Not at all.

9              There was a rumor that you were using

10   drugs and romantically involved with him?

11        A.   There was a rumor, yes.

12        Q.   And that was not true, in your opinion;

13   right?

14        A.   That's not true.

15        Q.   Okay.  And you passed that information on

16   to Joe Gallegos; correct?

17        A.   Yes, I did.

18        Q.   And it was in order to tell him so that he

19   didn't hear it from somebody else; right?

20        A.   That's correct, yes.

21             MR. BENJAMIN:  Pass the witness.

22             THE COURT:  Thank you, Mr. Benjamin.

23             Ms. Armijo, do you want to conduct

24   redirect?

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    REDIRECT EXAMINATION
 2  BY MS. ARMIJO:
 3       Q.   And Ms. Gutierrez, are you aware of the
 4  indictment in this case?
 5       A.   Yes, I am.
 6       Q.   Isn't it true that the indictment just has
 7  victims' initials and not names?
 8       A.   That's correct.
 9       Q.   All right.  So the indictment does not say
10  "Gregg Marcantel"; correct?
11       A.   That's correct.
12            MR. BENJAMIN:  Objection, Your Honor.
13  Outside the scope.
14            THE COURT:  I think it's tight.
15  Overruled.
16            MS. ARMIJO:  All right.  That's all I
17  have.  Thank you.
18            THE COURT:  Thank you, Ms. Armijo.
19            All right.  Ms. Gutierrez, you may step
20  down.
21            Is there any reason that Ms. Gutierrez
22  cannot be excused from the proceedings, Ms. Armijo?
23            MS. ARMIJO:  No, Your Honor.
24            THE COURT:  How about from the defendants?
25  Any objection to her being excused?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BENJAMIN:  No, Your Honor.

2          THE COURT:  Not seeing or hearing any, you

3  are excused from the proceedings.  Thank you for

4  your testimony.

5          THE WITNESS:  Thank you.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4            C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 13th day of May, 2018.

13

14            _____

15            Jennifer Bean, FAPR, RMR-RDR-CCR
              Certified Realtime Reporter
16            United States Court Reporter
              NM Certified Court Reporter #94
17            333 Lomas, Northwest
              Albuquerque, New Mexico 87102
18            Phone:        (505) 348-2283
              Fax: (505) 843-9492
19            License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com