1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8

9         Transcript of excerpt of testimony of

10                    PAUL RIVERA

11                   May 3, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

| | I N D E X | |
|---|---|---|
| EXAMINATION OF PAUL RIVERA | | |
| By Mr. Castellano | | 3 |
| By Mr. Lahann | | 37 |
| By Mr. Sindel | | 39 |
| By Mr. Roberts | | 71 |
| By Mr. Blackburn | | 74 |
| By Mr. Castellano | | 92 |
| By Mr. Sindel | | 99 |
| By Mr. Castellano | | 101 |
| REPORTER'S CERTIFICATE | | 103 |
| | EXHIBITS ADMITTED | |
| Government 577 Admitted | | 5 |
| Government 580 and 581 Admitted | | 28 |

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  All right.  Mr. Castellano,
 2   does the Government have its next witness or
 3   evidence?
 4                MR. CASTELLANO:  Yes, Your Honor, the
 5   United States calls Paul Rivera.
 6                THE COURT:  Mr. Rivera, if you'll come up
 7   and stand next to the witness box, before you're
 8   seated, if you'll raise your right hand, my
 9   courtroom deputy, Ms. Bevel, will swear you in.
10                     PAUL RIVERA,
11        after having been first duly sworn under oath,
12        was questioned, and testified as follows:
13                THE CLERK:  Please be seated.  Please
14   state your name and spell your last name for the
15   record.
16                THE WITNESS:  Paul Rivera.
17                THE COURT:  Mr. Rivera.  Mr. Castellano.
18                MR. CASTELLANO:  Thank you, Your Honor.
19                     DIRECT EXAMINATION
20   BY MR. CASTELLANO:
21        Q.   Good morning, Mr. Rivera.
22        A.   Good morning.
23        Q.   Please tell the members of the jury
24   whether you are or ever have been a member of the
25   SNM Gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

```
 1        A.    Can you repeat that one more time?
 2        Q.    Yes.  Are you now or have you ever been a
 3   member of the SNM Gang?
 4        A.    I have been.
 5        Q.    And how did you become a member of the
 6   gang?
 7        A.    I became a member by hanging around
 8   members that made it sound like it was something
 9   good.
10        Q.    And as a result of them making it sound
11   like something good, did they convince you to join
12   the gang?
13        A.    Yes.
14        Q.    And did someone have to raise their hand
15   for you to join the gang?
16        A.    There was like five people had to vote.
17        Q.    What do you remember about who those
18   people were?
19        A.    Rupert Zamora, Robert Martinez, Gerald
20   Archuleta, and Vincent Lucero.
21        Q.    And about when did that happen?
22        A.    1990.
23        Q.    Was that inside prison or outside of
24   prison?
25        A.    Inside.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   I want to talk to you a little bit about
 2   your criminal history.
 3             MR. CASTELLANO:   At this time, Your Honor,
 4   I move for the admission of Government's Exhibit
 5   577.
 6             THE COURT:   Any objection from the
 7   defendants to Government's Exhibit 577?
 8             MR. SINDEL:   No, Your Honor.
 9             THE COURT:   Not seeing or hearing any
10   objection, Government's Exhibit 577 will be admitted
11   into evidence.
12             (Government Exhibit 577 admitted.)
13             MR. CASTELLANO:   May I publish to the
14   jury, Your Honor?
15             THE COURT:   You may.
16   BY MR. CASTELLANO:
17        Q.   Mr. Rivera, I'm going to show you the
18   fourth page of that exhibit, which is 9103 at the
19   bottom of the page.  And do you see here under your
20   name, "filed in 1990"?  Do you see that, sir?
21        A.   Yes, sir.
22        Q.   Do you see the crimes of residential
23   burglary and resisting and evading and obstructing
24   an officer?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    As part of that plea agreement, do you see

2 that in Count 2, residential burglary, it was

3 dismissed by the State as part of your deal?

4     A.    Yes.

5     Q.    Turning to the next, which is on page 9106

6 at the bottom, do you see that you were sentenced in

7 1992 for the crime of residential burglary?

8     A.    Yes.

9     Q.    On page 9108 -- Mr. Rivera, when I say

10 that, when I refer to the page, I'm referring to

11 this at the bottom.  Do you see that?

12     A.    Yes, sir.

13     Q.    And do you see in that case, that was

14 filed in 1994, you had a conviction for possession

15 of heroin?

16     A.    Yes.

17     Q.    Turning to the next document on page 9111,

18 do you see a judgment, partially suspended sentence,

19 and commitment?

20     A.    Yes.

21     Q.    And when it says "commitment," were you

22 committed to the Corrections Department?

23     A.    Yes.

24     Q.    And do you see your charges here for

25 burglary and forgery?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And the next part talks about habitual
 3   offender.   Do you recall whether your sentence was
 4   enhanced because of the prior convictions that you
 5   had?
 6        A.    It was enhanced, yes.
 7        Q.    Next is page 9113.   Do you see you were
 8   sentenced in 1997 for conspiracy?
 9        A.    Yes.
10        Q.    And turning to the next page, I'll ask you
11   on the next page if you see convictions for
12   possession of drug paraphernalia and criminal
13   solicitation.
14        A.    Yes.
15        Q.    And then what's your understanding of a
16   supplemental criminal information?   Is that where
17   they file and you have prior convictions and they
18   use it to enhance your sentence?
19        A.    I'm not sure.
20        Q.    Do you see on paragraph 4 where it says
21   supplemental criminal information?
22        A.    Yes.
23        Q.    You admitted to being the person who was
24   convicted of these other crimes?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   Do any of those crimes carry a minimum

2   term, or are they all maximum terms up to a certain

3   amount?

4       A.   Up to a certain amount.

5       Q.   And on page 9116, do you see your

6   conviction for possession of a controlled substance

7   which was, once again, heroin?

8       A.   Yes.

9       Q.   In 2010?

10      A.   Yes.

11      Q.   And then on the next page is there also an

12  indication of possession of a controlled substance,

13  which was oxycodone?

14      A.   Yes.

15      Q.   And burglary?

16      A.   Yes.

17      Q.   Was the oxycodone in a pill form or how

18  was it?

19      A.   Pill form.

20      Q.   Now, during those times, were you a drug

21  user or were you addicted to drugs?

22      A.   I was a drug user and addicted.

23      Q.   So these look like property crimes.  Were

24  you committing crimes in those days to support your

25  habit?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And do you still consider yourself a

 3   person who is addicted to drugs?

 4        A.    Yes.

 5        Q.    Even while this case has been pending, can

 6   you tell the members of the jury whether you've used

 7   drugs?

 8        A.    I have used drugs.

 9        Q.    What drugs have you used?

10        A.    Suboxone and meth.

11        Q.    Where did you obtain those drugs?  In a

12   jail facility?

13        A.    In a jail facility.

14        Q.    Approximately how many times have you used

15   Suboxone even while pending in this case?

16        A.    Like about over a year.

17        Q.    And how many times did you use Suboxone?

18        A.    Maybe like over 30 times.

19        Q.    And while you've been in custody?

20        A.    Yeah.

21        Q.    And how many times have you used

22   methamphetamine while in custody?

23        A.    Three times.

24        Q.    So were there times when you were on the

25   streets and not in prison?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    I want to ask you if at some point you
 3   were on the streets and responsible for taking over
 4   a certain territory of New Mexico.
 5        A.    Yes.
 6        Q.    Where were you supposed to be responsible?
 7        A.    In Espanola, New Mexico.
 8        Q.    And why was that?
 9        A.    To organize everybody that was out there
10   into one group.
11        Q.    And what else were you supposed to be
12   doing on the streets?
13        A.    Making money and send it in; sending in
14   drugs and money into the facility.
15        Q.    Who were you supposed to send the drugs
16   and money to?
17        A.    To Robert Martinez and Arturo Garcia.
18        Q.    Why them?
19        A.    At that time, they were the ones that were
20   the leaders.
21        Q.    And were you able to do what you were
22   asked?
23        A.    No.
24        Q.    Why not?
25        A.    Because everybody was strung out and on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



11

1  their own little mission and wouldn't...

2      Q.   What happened to you as a result of you

3  not being able to send money and drugs to Robert

4  Martinez and Arturo Garcia?

5      A.   There was a green light put on me.

6      Q.   How did you know there was a green light

7  put on you?

8      A.   I was told by people that were coming out

9  of the facilities.  They were living in northern New

10 Mexico.

11          MR. BLACKBURN:  Objection, Your Honor,

12 hearsay.

13          THE COURT:  Well, you might establish who

14 is saying these things so I can make that

15 determination.

16          MR. CASTELLANO:  I'll ask a different

17 question, Your Honor.

18 BY MR. CASTELLANO:

19     Q.   It was your understanding that you had a

20 green light.  Did something actually happen to you

21 as a result of the green light?

22     A.   Yes.

23     Q.   What happened to you?

24     A.   I got assaulted at a gas station.

25     Q.   How were you assaulted?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    With pipes, bars.

2      Q.    Where were you hit?

3      A.    In the head.  In the head, the body; but

4  mostly in the head.

5      Q.    As part of being in the SNM Gang, have you

6  ever been stabbed?

7      A.    Yes.

8      Q.    How many times were you stabbed?

9      A.    I got stabbed 33 times.

10      Q.    Who was that person who stabbed you?

11      A.    There was four of them.

12      Q.    Were they a member of your gang or a

13  different gang?

14      A.    They were a member of another gang.

15      Q.    What gang was that?

16      A.    Los Carnales.

17      Q.    What was the relationship between SNM and

18  Los Carnales?

19      A.    At that time, there was no relationship;

20  it was a war.

21      Q.    Between those two gangs?

22      A.    Yes.

23      Q.    And did anybody retaliate against the Los

24  Carnales for the assault on you?

25      A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What happened?
 2        A.    They went after one of their leaders,
 3  Leroy Mascarenas.
 4        Q.    Who went after him?
 5        A.    That was Arturo Garcia.
 6        Q.    What happened to Leroy Mascarenas?
 7        A.    He got stabbed pretty good.
 8        Q.    I want to take you to the 2015 time
 9  period.  Do you recall if you were in prison or on
10  the streets during that time?
11        A.    I was on the streets.
12        Q.    And were you go undergoing any drug
13  treatment at that time?
14        A.    I was going to Agave Substance Abuse in
15  Los Lunas.
16        Q.    For what purpose?
17        A.    I was going for AA, NA, and for
18  psychological treatment.
19        Q.    Were you placed on any substance to try
20  and kick your heroin habit?
21        A.    The methadone.
22        Q.    Did you meet anybody while you were doing
23  the drug treatment program?
24        A.    I met Brandy Rodriguez.
25        Q.    And where was this drug treatment program?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                    1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

14

1    In what city?

2         A.    It was in Los Lunas.

3         Q.    And what kind of treatment was this?  Were

4    you inpatient or were you outpatient, making visits?

5         A.    It was an outpatient.

6         Q.    How often were you going to treatment?

7         A.    I was going three times a week.

8         Q.    You said you met Brandy Rodriguez there?

9         A.    Yes.

10        Q.    How was your relationship with

11   Ms. Rodriguez?

12        A.    We got pretty close over the time.

13        Q.    And when you say "close," were you friends

14   or were you more than friends?

15        A.    We were friends.

16        Q.    And did you ever hang out with her and her

17   family?

18        A.    Yes.

19        Q.    What types of things would you do if you

20   hung out with her and her family?

21        A.    Just stay around with the kids and take

22   them where they needed to go in her vehicle.

23        Q.    And in which part of the state was she

24   living?

25        A.    At that time she was living in Tome.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   For those people who don't know where that

2  is, where is Tome?

3    A.   It would be in Los Lunas.

4    Q.   At that time were you both on methadone?

5    A.   No, just me.

6    Q.   Were you both trying to stay clean at that

7  time?

8    A.   Yes.

9    Q.   And so at some point in time did you have

10 discussions about the pending case against Joe

11 Gallegos?

12   A.   Yes.

13   Q.   During the time that you were hanging out

14 with her, did you find yourself at Joe Gallegos'

15 trailer?

16   A.   Yes.

17   Q.   And was he there at that time?

18   A.   No.

19   Q.   Where was he?

20   A.   He was locked up.

21   Q.   And who all went over to the trailer?

22   A.   It was me, Brandy, her two children.

23   Q.   Did the children stay around at the

24 trailer?

25   A.   No, we got there.  She told them to take

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                  1-800-669-9492



```
 1    the vehicle and do what they needed to do, and they
 2    left.
 3         Q.    Who else was at the trailer eventually?
 4         A.    Shauna Gutierrez.  And then afterwards
 5    Santos showed up, and his girlfriend, Alex.
 6         Q.    During that time period was anybody
 7    talking about someone referred to as Tiny?
 8         A.    Yes.
 9         Q.    What were the discussions about Tiny?
10              MR. SINDEL:  Your Honor, I'm going to
11    object as hearsay.
12              THE COURT:  What are you trying to get out
13    and what are you trying to prove?
14              MR. CASTELLANO:  The co-conspirator
15    statements, Your Honor, pursuant to the Court's
16    ruling.
17              THE COURT:  All right.  If these are on
18    the chart, then I've already ruled on them.
19              All right.  Mr. Castellano.
20              MR. SINDEL:  May that just be a continuing
21    objection?
22              THE COURT:  It may, Mr. Sindel.
23              MR. SINDEL:  Thank you.
24    BY MR. CASTELLANO:
25         Q.    What were the discussions about Tiny in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the trailer?
 2        A.   They found out -- Shauna found out where
 3   Tiny was, and they wanted to go -- for us to go make
 4   a statement to him so he don't testify against Joe.
 5        Q.   And when these conversations first
 6   started, who was it mostly doing the talking?
 7        A.   Shauna.
 8        Q.   At some point, did Brandy agree that you
 9   guys should go find Tiny?
10        A.   Yes.
11        Q.   Did you know Tiny by any other names?
12        A.   No.
13        Q.   Was that the only name you knew?
14        A.   That's the only name I knew.
15        Q.   And did you agree to do something with
16   those two or for those two at that time?
17        A.   Yes.
18        Q.   What did you agree to do?
19        A.   To go assault Tiny.
20        Q.   Why was that?
21        A.   So he wouldn't testify.
22        Q.   Against who?
23        A.   Against Joe Gallegos.
24        Q.   Now, at that time did you know Joe
25   Gallegos to be an SNM Gang member?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    And at that time what was your status with
 3   the gang?
 4        A.    At that time my status was no good.
 5        Q.    And did you share that information with
 6   anyone who was in that trailer?
 7        A.    No.
 8        Q.    What happened as a result of these
 9   conversations about Tiny?
10        A.    It landed up to the assault of Tiny.
11        Q.    Did you guys leave the trailer at some
12   point?
13        A.    Yes.
14        Q.    At that point did you even really know
15   Tiny?
16        A.    No.
17        Q.    Who left the trailer?
18        A.    It was me, Brandy, Santos, and that was
19   it.
20        Q.    Where was Shauna whenever you guys left?
21        A.    She stayed at the trailer.
22        Q.    And in what vehicle did you travel in?
23        A.    In Santos' truck.
24        Q.    Do you remember what color that truck was?
25        A.    I believe it was green.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

```
 1        Q.   And if you remember about --
 2             THE COURT:  Mr. Rivera, if you'll kind of
 3   sit up closer to the microphone, I think we'll be
 4   able to hear you better.  Thank you, Mr. Rivera.
 5        Q.   At that time about how long was the drive
 6   from Joe Gallegos' trailer to the place you ended
 7   up?
 8        A.   Not even five minutes.
 9        Q.   Was it pretty close?
10        A.   Pretty close.
11        Q.   Mr. Rivera, I'm going to show you
12   Government's Exhibit 550.  Do you recognize what's
13   in that photograph, sir?
14        A.   No.
15        Q.   Okay.  Let me turn to Exhibit 569.  Do you
16   recognize what's in that photo?
17        A.   Yes.
18        Q.   What's in that photo?
19        A.   That's the trailer where the assault
20   occurred.
21        Q.   Did you know whose trailer that was?
22        A.   Just by name.
23        Q.   What was the name?
24        A.   Charlene.
25        Q.   And who took you to over to that trailer?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Brandy.

 2        Q.    Was she driving?

 3        A.    Yes.

 4        Q.    Let me show you Exhibit 552.  Do you

 5   recognize that trailer?

 6        A.    Yes.

 7        Q.    Is that the same house?

 8        A.    Yes.

 9        Q.    If you can, tell the jury what happened

10   once you arrived at that house.

11        A.    When we got there, we went up the stairs.

12   I knocked on the door a couple times.  She answered

13   and I asked where Tiny was, and I pushed the door

14   open.  I pushed her out of the way.  And I went, and

15   at that time he was standing at the bedroom door.

16        Q.    Let me stop you there.  When you went over

17   there, did you have any weapons with you?

18        A.    Yes.

19        Q.    What did you have?

20        A.    I had a wooden table leg from a table.

21        Q.    Where did you get that?

22        A.    At Joe's place.

23        Q.    And did anyone else have any weapons?

24        A.    Santos.

25        Q.    What was he carrying?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    A machete.

2        Q.    And you said you just kind of pushed your

3    way into the house?

4        A.    Yes.

5        Q.    And what was going through your mind at

6    this time in terms of whether you were getting

7    pumped up or getting adrenaline going for this

8    assault?

9            MR. SINDEL:  Object to the leading form of

10   the question.

11           THE COURT:  Overruled.  You can answer,

12   sir.

13       A.    To give him a message.

14   BY MR. CASTELLANO:

15       Q.    And how were you feeling as you were

16   entering the house?

17       A.    Adrenaline, just wanting to prove a point.

18       Q.    And were you under the influence of any

19   substances at that point in time?

20       A.    At that point, yes.

21       Q.    What were you under?

22       A.    At that point I was under heroin.

23       Q.    I want to show you Exhibit 553.  Do you

24   recognize that room?

25       A.    No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   Let me show you Exhibit -- and how quickly
 2  did you move through the house to the point where
 3  you found Jose Gomez?
 4       A.   It just took a couple seconds; pretty
 5  fast.
 6       Q.   Let me show you Exhibit 561.  Do you
 7  remember that room?
 8       A.   Yes.
 9       Q.   What happened in that room?
10       A.   That's where Tiny was assaulted.
11       Q.   Now, when you went over there with
12  weapons, did you know or believe that those were
13  weapons that could cause death?
14       A.   Yes.
15       Q.   And tell us, please, how Tiny was
16  assaulted.
17       A.   When I went into the bedroom I hit him in
18  his face with my fist.  And he went over the bed.
19  And then I went around the side.  He was on the
20  floor.  And I hit him a few times with the thing in
21  the head.
22       Q.   You said "the thing."  What was --
23       A.   The wooden leg from the table.
24       Q.   And did anyone else hit him?
25       A.   And after that, Santos hit him a couple of
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

```
 1   times with the machete in the head.  And then Brandy
 2   kicked him a few times.
 3       Q.   And as she kicked him, do you remember her
 4   saying anything to the person you knew as Tiny?
 5       A.   After she kicked him, she squatted and
 6   said, "You better not testify against my jefe or
 7   I'll kill you."
 8       Q.   Let me show you Exhibit 556.  I'm circling
 9   something on the floor by a carpet.
10       A.   Yes.
11       Q.   Do you see what that is, sir?
12       A.   Yes.
13       Q.   What is that?
14       A.   Blood.
15       Q.   Did -- after Tiny was hit in the head, is
16   it fair to say he was bleeding a fair amount?
17       A.   Yes.
18       Q.   And Exhibit 560.  Do you think he was
19   bleeding enough to stain the carpet with his blood?
20       A.   Yes.
21       Q.   Let me show you now Exhibit 563.  Do those
22   look like the injuries caused by Tiny being struck
23   in the head?
24       A.   Yes.
25       Q.   Let me show you Exhibit 565.  Do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

24

```
 1   recognize that person?

 2        A.   Yes.

 3        Q.   Who is that person?

 4        A.   Tiny.

 5        Q.   And I think you mentioned -- did you

 6   strike him in the head or the face before you hit

 7   him in the head?

 8        A.   Yes.

 9        Q.   I'm going to circle something around his

10   eye.  What do you see there?

11        A.   A swollen eye.

12        Q.   Do you know if that was caused by you or

13   anybody else in this assault?

14        A.   That was caused when I hit him when I

15   first went through the door.

16        Q.   Even though you were in bad standing with

17   the gang, did you understand by assaulting this

18   person known as Tiny that you were helping an SNM

19   Gang member?

20        A.   Yes.

21             MR. SINDEL:  I'll object, Your Honor, as

22   being leading.  Calls for a conclusion.  There is no

23   foundation.

24             THE COURT:  Overruled.

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:

 2        Q.    What was your answer, sir?

 3        A.    Yes.

 4        Q.    And who would you be helping by committing

 5   this assault?

 6        A.    Joe.

 7        Q.    Joe who?

 8        A.    Gallegos.

 9        Q.    And what eventually happened to Tiny?  Did

10   you leave him in the room?  Did you stay with him?

11        A.    I left him in the room.

12        Q.    And when you left the room, was anyone

13   else in the room with him?

14        A.    Santos Gonzalez.

15        Q.    What was Tiny's condition when you left

16   the room?

17        A.    When I left the room, he was still alive.

18        Q.    And how do you think he was still alive?

19        A.    He was talking to Santos.

20        Q.    And why did you leave the room at that

21   point?

22        A.    To see where Brandy and Charlene were at.

23        Q.    And did you eventually find them?

24        A.    Yes.  They were in the kitchen.

25        Q.    What were they doing when you found them?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    They were talking.  She was trying to calm

 2   down Charlene a little bit.

 3        Q.    Brandy was?

 4        A.    Yes.

 5        Q.    What eventually happened to Tiny?

 6        A.    He got away.  I seen him running through

 7   the back of the trailer.

 8        Q.    And when Brandy Rodriguez told him:  "You

 9   better not testify against my jefe or I'll kill

10   you," do you know who she was referring to when she

11   used that term?

12              MR. SINDEL:  I object, Your Honor.  It

13   calls for a conclusion on the part of this witness.

14              THE COURT:  If he understands what the

15   reference is to, I'll let him testify.  He can give

16   his understanding.

17   BY MR. CASTELLANO:

18        Q.    What was your understanding, sir?

19        A.    It was done for Joe Gallegos.

20        Q.    Why do you think that when she used the

21   term "jefe," she was referring to Joe Gallegos?

22        A.    That's what she's called him several times

23   before.

24        Q.    What did all of you do once Tiny ran from

25   the house?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    We took off in the truck.

 2        Q.    Where did you go?

 3        A.    We went to a little embankment by Walmart

 4   to throw my weapon away.

 5        Q.    Which Walmart was this?

 6        A.    They only have one Walmart.

 7        Q.    In which town?

 8        A.    I believe it's Belen.

 9        Q.    And tell us about this embankment and what

10   happened there.

11        A.    I gave Santos the wooden piece of the leg

12   and he threw it in the river.

13        Q.    And you mentioned the machete earlier.

14   What happened to that weapon?

15        A.    He kept it.

16        Q.    Where did you go after the embankment?

17        A.    We went back to Joe's place.

18        Q.    What happened over there?

19        A.    When we got there, Brandy told Shauna the

20   incident happened and she said that Joe would be

21   happy.

22        Q.    Who said Joe would be happy?

23        A.    Shauna.

24        Q.    Just so I understand this, did Brandy

25   Rodriguez explain to Shauna Gutierrez what happened?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    And is that when Shauna said that Joe
 3   would be happy?
 4        A.    Yes.
 5        Q.    As a result of what happened out there
 6   that day, did you agree to plead guilty to your
 7   charges?
 8        A.    Yes.
 9        Q.    And did you agree to cooperate and come to
10   court to tell the jury what happened?
11        A.    Yes.
12              MR. CASTELLANO:   Your Honor, at this time
13   I move the admission of Government's Exhibits 580
14   and 581.
15              MR. SINDEL:   No objection.
16              THE COURT:   All right.   Not hearing any
17   objection, Government's Exhibits 580 and 581 will be
18   admitted in evidence.
19              (Government Exhibits 580 and 581
20   admitted.)
21   BY MR. CASTELLANO:
22        Q.    Mr. Rivera, I'm going to begin with
23   Exhibit 580.   Do you recognize this document as your
24   plea agreement?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And do you recall whether you pled guilty
2  on February 1st of 2017?
3      A.   Yes.
4      Q.   And before that time, had you met with the
5  FBI and the prosecutors to submit to what's called a
6  debrief or to talk about what happened?
7      A.   Yes.
8      Q.   Turning to the next page of that document,
9  did you understand that you were pleading guilty to
10  two counts, one being violent crimes in aid of
11  racketeering for a conspiracy to murder the person
12  known as Tiny to you, and to violent crimes in aid
13  of racketeering for a number of charges in that
14  count, including attempted murder, assault resulting
15  in serious bodily injury, and assault with a
16  dangerous weapon?
17      A.   Yes.
18      Q.   When you pled guilty, did you understand
19  and were the penalties explained to you that for the
20  first charge, it was a maximum term of imprisonment
21  of 10 years?
22      A.   Yes.
23      Q.   And for the second charge that your
24  maximum exposure was up to 20 years?
25      A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And were these the charges that you were
 2   originally charged with?
 3        A.    Yes.
 4        Q.    If you remember, at the time that you pled
 5   guilty, was there another count in the indictment
 6   for witness intimidation?
 7        A.    Yes.
 8        Q.    And do you recall whether these are the
 9   charges that you pled to from your case, Counts 14
10   and 15?
11        A.    Yes.
12        Q.    On page 4 of that document there is a
13   portion here in paragraph 8 which says, "Defendant's
14   admission of facts."  At that time in the plea
15   agreement, did you have a statement of facts where
16   you told the Court who took your plea how you were
17   guilty for these crimes?
18        A.    Yes.
19        Q.    Let me turn your attention next to
20   Government's Exhibit 581.  Do you see that this is
21   called an addendum to the plea agreement at the top
22   of the document?
23        A.    Yes.
24        Q.    What is your understanding of what this
25   document does or what it means?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    That if I'm cooperating, I need to tell
2  the whole truth.
3      Q.    Do you understand that under your
4  agreement, you're not supposed to falsely implicate
5  anybody who is innocent of crimes?
6      A.    Yes.
7      Q.    Or minimize anyone else's involvement?
8      A.    Yes.
9      Q.    And as part of that agreement in paragraph
10  3, do you understand that if you're called as a
11  witness to state or federal cases, that you will
12  agree to provide testimony?
13      A.    Yes.
14      Q.    Turning to the next page of that document,
15  do you understand there is an agreement pursuant to
16  two provisions, one called the 5K1.1, and the other
17  18 United States Code section 3553(e)?
18      A.    Yes.
19      Q.    And what's your understanding of what
20  those two provisions can do for you?
21      A.    A downward departure and minimize my
22  sentence.
23      Q.    And so do you understand that if you
24  provide truthful testimony in your case, that your
25  sentence can be reduced?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Do you also understand that that could be
 3   reduced if the United States files a motion on your
 4   behalf laying out what your cooperation was?
 5        A.    Yes.
 6        Q.    Ultimately who has the final say about
 7   what your sentence will be?
 8        A.    Judge Browning.
 9        Q.    You see on the last page that's solely
10   within the Court's discretion?
11        A.    Yes.
12        Q.    As a result of your cooperation, are you
13   hoping that your sentence will be reduced?
14        A.    Yes.
15        Q.    I'm going to ask you about some of the
16   people on trial here, and I want to ask you if you
17   know Joe and Andrew Gallegos?
18        A.    Yes.
19        Q.    Do you know Joe Gallegos to be an SNM
20   member?
21        A.    Yes.
22        Q.    Did you know him to be a member of any
23   other gang?
24        A.    East Side Locos.
25        Q.    What about Andrew Gallegos or Smiley?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Same thing.
 2        Q.    What did you understand about Brandy's
 3   gang ties, or was she a member of any gang that you
 4   knew?
 5        A.    The East Side Locos.
 6        Q.    And do you know any of the Gallegoses'
 7   other brothers?
 8        A.    Yes.
 9        Q.    Who do you know?
10        A.    Frankie Gallegos.
11        Q.    Did you know him to be a member of any
12   gangs?
13        A.    Yes.
14        Q.    Which ones?
15        A.    SNM and East Side Locos.
16        Q.    You mentioned Arturo Garcia earlier.   What
17   was his position?
18        A.    Leader.
19        Q.    And do you know Edward Troup?
20        A.    Yes.
21        Q.    And do you know whether or not he's an SNM
22   Gang member?
23        A.    He's an SNM Gang member.
24        Q.    What about Billy Garcia?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What about Christopher Chavez?

 2        A.    Yes.

 3        Q.    And what about Allen Patterson?

 4        A.    Yes.

 5        Q.    Do you know Allen Patterson by any other

 6   names?

 7        A.    Trigger.

 8              THE COURT:  Mr. Castellano, would this be

 9   a good time for us to take our morning break?

10              MR. CASTELLANO:  Yes, Your Honor.

11              THE COURT:  Let's be in recess for about

12   15 minutes.  All rise.

13              (The jury left the courtroom.)

14              THE COURT:  All right.  We'll be in recess

15   for about 15 minutes.

16              (The Court stood in recess.)

17              (The jury entered the courtroom.)

18              THE COURT:  All right.  Everyone be

19   seated.  All right, Mr. Rivera, I'll remind you that

20   you're still under oath.

21              Mr. Castellano, if you wish to continue

22   your direct examination of Mr. Rivera, you may do so

23   at this time.

24              MR. CASTELLANO:  Yes, sir.  Thank you.

25              THE COURT:  Mr. Castellano.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:
 2        Q.   Mr. Rivera, when you agreed to cooperate
 3   in this case, do you recall if the FBI signed you up
 4   as a confidential human source?
 5        A.   Yes.
 6        Q.   As a result of you providing information
 7   to the FBI, did you receive payments from the FBI?
 8        A.   Yes.
 9        Q.   And you recall if you received
10   approximately $1,650 in payments?
11        A.   Yes.
12        Q.   Now, when you were one of the defendants
13   charged in this case, did you receive what was
14   called a tablet?
15        A.   Yes.
16        Q.   And did the tablet have the discovery from
17   this case?
18        A.   Yes.
19        Q.   At some point what happened to your
20   tablet?
21        A.   My tablet was got into, to get porn and
22   music.
23        Q.   All right.  Did someone help you reset
24   that tablet?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    What happened once the tablet was reset?
 2   Did the information disappear?
 3        A.    It disappeared.
 4        Q.    About how long was that?
 5        A.    A little over a year ago.
 6        Q.    And since that time, have you had access
 7   to the information that was on that tablet?
 8        A.    No.
 9        Q.    Once it was reset, what did you do with
10   it?
11        A.    I put porno and music on it.
12        Q.    Did you say you put porn and music?
13        A.    Yes.
14        Q.    And was that adult pornography you looked
15   at on the tablet?
16        A.    Yes.
17        Q.    And how were you able to access the
18   internet with the tablet?
19        A.    Through Wi-Fi.
20        Q.    Where did the Wi-Fi come from?
21        A.    Walmart.
22        Q.    So was there a Walmart near the jail
23   facility where you were being housed?
24        A.    Yes.
25        Q.    Now, when you used drugs while in jail in
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                      1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   this case, and reset the tablet, did you have

 2   permission from anybody to do so?

 3        A.   No.

 4        Q.   Do you have any nicknames that you go by?

 5        A.   Oso.

 6             MR. CASTELLANO:  I pass the witness, Your

 7   Honor.

 8             THE COURT:  Thank you, Mr. Castellano.

 9             Mr. Lahann, do you have cross-examination

10   of Mr. Rivera?

11             MR. LAHANN:  Thank you, Your Honor.

12             THE COURT:  Mr. Lahann.

13                  CROSS-EXAMINATION

14   BY MR. LAHANN:

15        Q.   Mr. Rivera, you never did any time with

16   Mr. Patterson, did you?

17        A.   No.

18        Q.   Never once.  You didn't know him before

19   you got to Estancia, did you?

20        A.    In Estancia.

21        Q.   And that was after you already had a green

22   light on you from the SNM; isn't that right?

23        A.   Yes.

24        Q.   And you're saying that the SNM is sharing

25   all their secrets with you in Estancia?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

38

```
 1         A.    Yes.
 2         Q.    You gave a statement to FBI agents on May
 3   8, 2016.  Do you remember that?
 4         A.    Yes.
 5         Q.    You never once mentioned Allen Patterson,
 6   did you?
 7         A.    No.
 8         Q.    You gave a statement to Special Agent
 9   Neale on October 20, 2016.  Do you remember that?
10         A.    Yes.
11         Q.    You never once mentioned Allen Patterson,
12   did you?
13         A.    No.
14         Q.    You gave a statement to Agent Stemo on
15   December 2, 2016.  Do you remember that?
16         A.    Yes.
17         Q.    You never once mentioned Allen Patterson,
18   did you?
19         A.    No.
20         Q.    You entered a plea agreement on February
21   1st, 2017.  Do you remember signing that?
22         A.    Yes.
23         Q.    You never once mentioned Mr. Patterson in
24   that agreement, did you?
25         A.    No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You gave a statement to Mr. Castellano
 2   before the trial started, on March 28, 2018.  You
 3   never mentioned Allen Patterson, did you?
 4        A.   No.
 5        Q.   On April 28, weeks after this trial
 6   started, that was the first time you mentioned Allen
 7   Patterson, isn't it?
 8        A.   Yes.
 9        Q.   And it's because Mr. Castellano told you
10   how bad the case was going against Mr. Patterson,
11   wasn't it?
12        A.   Yes.
13             MR. LAHANN:  Thank you.
14             THE COURT:  Thank you, Mr. Lahann.
15             Anyone else have cross-examination of
16   Mr. Rivera?  Mr. Sindel?
17                  CROSS-EXAMINATION
18   BY MR. SINDEL:
19        Q.   Porn and music.  That helped pass the
20   time, didn't it?
21        A.   Yes.
22        Q.   So you're pretty good with computers and
23   stuff, that you were able to figure out how to
24   access the internet with the tablet; right?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

40

```
 1        Q.    And you were pretty smart and pretty
 2   conniving to figure out how to download porn; right?
 3        A.    Yes.
 4        Q.    And in terms of what porn you watched,
 5   that's -- we have to rely on your word, don't we?
 6        A.    Yes.
 7        Q.    Now, there was a mention, I think, of you
 8   being part of East Side Locos; is that right?
 9        A.    No.
10        Q.    But you said that Brandy was an East Side
11   Loco?
12        A.    Yes.
13        Q.    And Mr. Gallegos was an East Side Loco;
14   correct?
15        A.    Yes.
16        Q.    Do you know the Burquenos, the prison
17   gang?
18        A.    Yes.
19        Q.    Is that a prison gang?
20        A.    Yes.
21        Q.    That also exists on the outside?
22        A.    Yes.
23        Q.    So the Burquenos operate both on the
24   streets and in prison; right?
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Would you call them a dangerous prison

 2   gang?

 3        A.   No.

 4        Q.   Would you just say they're just like a

 5   boys' club?

 6        A.   No.

 7        Q.   So they actually -- they commit crimes,

 8   don't they?

 9        A.   Yes.

10        Q.   And they come back into the prison system

11   and they maintain their gang relationships; right?

12        A.   Yes.

13        Q.   It's part of what they do within the

14   prison system; right?

15        A.   Yes.

16        Q.   The other thing is that there was a

17   mention by Mr. Castellano concerning a 5K and a

18   3553.  Do you remember that?

19        A.   Yes.

20        Q.   And do you understand that a 5K motion is

21   a motion that is filed at or near the time you enter

22   the plea of guilty and prior to any sentence that

23   the Court imposes?

24        A.   Yes.

25        Q.   So that that motion says, you know, this
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492
                              BEAN                                               1-800-669-9492
                          & ASSOCIATES, Inc.                        e-mail: info@litsupport.com
                          PROFESSIONAL COURT
                             REPORTING SERVICE

```
 1  guy performed well for the Government and we think
 2  he should get some benefit; correct?
 3       A.   Yes.
 4       Q.   And you know what a PSR is --
 5       A.   Yes.
 6       Q.   -- or a presentence report.  Have you read
 7  yours?
 8       A.   Yes.
 9       Q.   It would be pretty stupid of you not to
10  read it and understand it and know about it,
11  wouldn't it?
12       A.   Yes.
13       Q.   I mean, it's vital to what is going to
14  happen in your future; right?
15       A.   Yes.
16       Q.   Whether you're going to go to prison for
17  20 years or 25 years or 30 years, or get probation,
18  all of that stuff will be contained within the
19  presentence report?
20       A.   Yes.
21       Q.   So when you read the presentence report,
22  do you know what I mean when I talk about the
23  sentencing guidelines?
24       A.   Yes.
25       Q.   You know, you're a smart guy.  You figured
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  out how to trick these tablets.  You understand how

2  the sentencing guidelines work; right?

3       A.   Yes.

4       Q.   And there's a table that's used in the

5  sentencing guidelines; correct?

6       A.   Yes.

7       Q.   And on the left side of that table, as it

8  goes from top to bottom, it talks about the offense

9  characteristics.

10      A.   Yes.

11      Q.   That's the offense.  Across the top is the

12 criminal history.

13      A.   Yes.

14      Q.   Then you take the criminal history and the

15 offense characteristics, and then you come down and

16 you look on the table and it will tell you

17 approximately how many months the Sentencing

18 Commission believes is appropriate under the

19 sentencing guidelines.

20      A.   Yes.

21      Q.   And in your situation, your criminal

22 history category is 6; right?

23      A.   Yes.

24      Q.   That's the highest criminal history

25 category there is under the guideline system;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

44

 1   correct?

 2        A.   Yes.

 3        Q.   And your criminal history is as bad as it

 4   can get under that system; right?

 5        A.   Yes.

 6        Q.   And if you go down the left side for your

 7   offense conduct, are you aware that the sentencing

 8   guidelines, without the 5K and the 3553, could

 9   result in a sentence of 30 years or more?

10        A.   Yes.

11        Q.   And you certainly don't want to do 30

12   years in prison, do you?

13        A.   No.

14        Q.   So that's why you're here, to try to avoid

15   that complication; correct?

16        A.   Yes.

17        Q.   And then you also know if you perform

18   appropriately and the Government files their 5K

19   motion and the judge sentences you, you have the

20   opportunity through the Government to go back a

21   second time; right?

22        A.   Yes.

23        Q.   Under 3553.  And you can say, "Look, you

24   know, I got a reduction from the 30 years I was

25   looking at, but I think I want more."  And you could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ask the Government to give you more under that
 2   provision.
 3            MR. CASTELLANO:  I'll object, Your Honor.
 4   That misstates the law.
 5            THE COURT:  Overruled.
 6   BY MR. SINDEL:
 7       Q.   Correct.  That's what you understand,
 8   right?  Don't look over there.  Look either here or
 9   at the jury.  They won't give you any guidance over
10   there.  Okay?
11            All right.  That's what you understand the
12   law to be; correct?
13       A.   No.
14       Q.   What do you understand it to be?  What do
15   you understand it to be?
16       A.   Repeat it again.
17       Q.   No.  You tell me.
18       A.   I don't understand it.
19       Q.   You don't understand it.  So when you put
20   your name to that plea agreement, did you understand
21   it?
22       A.   Yes.
23       Q.   When you put your name and signed your
24   name on that addendum, did you understand it?
25       A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Okay.  So what does it mean?

2        A.    If I cooperate, I get a downward

3    departure.

4        Q.    All right.  And what does it mean when it

5    talks about a departure under 18 USC 3553(a)?

6        A.    Cooperation.

7        Q.    Is that the same as the 5K, or is it more,

8    a little more icing on that cake?

9        A.    More.

10       Q.    Okay.

11            MR. CASTELLANO:  Your Honor, I need to

12   make a correction.  It's not 3553(a).  It's 3553(e).

13   A different provision of the statute.

14            THE COURT:  I'll let you deal with that on

15   redirect.

16   BY MR. SINDEL:

17       Q.    3553(a), (b), (c), (d), (e), whatever, you

18   understand that's a second bite at the apple?

19       A.    Yes.

20       Q.    At any time when you were in prison and

21   you -- I think you said you entered the SNM in 1990;

22   is that right?  In the '90s?

23       A.    Yes.

24       Q.    Did Gallegos, Mr. Gallegos, Joe Gallegos

25   sponsor you in the SNM?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492


```
1        A.   No.
2        Q.   Did he train you in the code of conduct of
3    the SNM?
4        A.   No.
5        Q.   Did he give you any sort of guidance as to
6    how you were to conduct yourself in the SNM?
7        A.   No.
8        Q.   Now, we've heard the phrase tabla.  Do you
9    understand that that means -- those are the people
10   that were sort of in charge and made many of the
11   decisions that the other members were supposed to
12   follow?
13       A.   Yes.
14       Q.   And there was also an indication of
15   shot-callers; right?
16       A.   Yes.
17       Q.   And to your knowledge, was Mr. Joe
18   Gallegos a member of the tabla?
19       A.   No.
20       Q.   Was Mr. Joe Gallegos the jefe of SNM?
21       A.   No.
22       Q.   Was Mr. Joe Gallegos a shot-caller?
23       A.   No.
24       Q.   And you also understood that it was up to
25   those people within the SNM to make a determination
```



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   of what the members were to do?

2        A.   Yes.

3        Q.   And especially concerning whether someone

4   was green lighted?  You know what that phrase means;

5   right?

6        A.   Yes.

7        Q.   And whether there was supposed to be a hit

8   on somebody?

9        A.   Yes.

10       Q.   And that was the procedure; that was the

11  process; correct?

12       A.   Yes.

13       Q.   And if you went outside that procedure or

14  process, that was a violation of the code of the

15  SNM?

16       A.   Yes.

17       Q.   So if you were an SNM member, the jefe

18  number 1, the tabla number 2, shot callers number 3

19  in the hierarchy, do you know what I mean by

20  hierarchy?

21       A.   Yes.

22       Q.   That was how it went, from top to midlevel

23  and then the soldiers and torpedoes?

24       A.   Yes.

25       Q.   Now, you had referenced I think in 1996

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    there was a conviction for forgery; right?
 2         A.   Yes.
 3         Q.   You went into a bank and tried to pass
 4    checks off as legitimate and they were not; correct?
 5              MR. CASTELLANO:  Objection, Your Honor.
 6    Pursuant to Rule 609 he's admitted to the
 7    conviction.
 8              THE COURT:  I'll give you a little
 9    latitude to give a brief description of it, but not
10    the details of it.
11              MR. SINDEL:  Okay.
12              THE COURT:  So if you want to get what the
13    conviction is, you can.
14              MR. SINDEL:  I will do that, Your Honor.
15              THE COURT:  But no details.
16    BY MR. SINDEL:
17         Q.   The forgery, you went into a bank with
18    fake checks or something to that effect; right?
19         A.   Yes.
20         Q.   And when you do a forgery, you have to
21    look somebody in the eye and try and convince them
22    you're telling the truth; right?
23         A.   Yes.
24         Q.   And you know it's not like a residential
25    burglary where you sneak into some poor guy's or
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  some poor family's home and take all their stuff;

 2  right?

 3       A.   Yes.

 4       Q.   This is an eyeball-to-eyeball crime, isn't

 5  it?

 6       A.   Yes.

 7       Q.   And you have to be convincing, don't you?

 8       A.   Yes.

 9       Q.   And you were caught leaving the bank after

10  you had done the crime; correct?

11            MR. CASTELLANO:  I'll object now pursuant

12  to 609.

13            THE COURT:  Sustained.

14  BY MR. SINDEL:

15       Q.   You also had a crime for criminal

16  solicitation.  And you have to excuse me.  I'm not

17  from New Mexico.  I didn't -- I don't know what that

18  is.  Could you tell me what criminal solicitation

19  is?

20       A.   Hanging around the place I was at.

21       Q.   So if you hang around an Allsup's, you

22  could be charged with a crime?

23       A.   Yeah.

24       Q.   Okay.  And if you hung around a school,

25  you could be charged with a crime?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    So then you had to be awful careful about
 3   where you congregate; right?  Because you could end
 4   up charged with a crime and going to prison for
 5   hanging around a Dairy Queen.  Yes?
 6        A.    Yes.
 7        Q.    You have to say out loud.
 8        A.    Yes.
 9        Q.    Now, you also, in response to
10   Mr. Castellano's pointed examination, said that
11   while you were in prison, you used Suboxone and
12   methamphetamine; right?
13        A.    Yes.
14        Q.    Now, we've heard a lot of testimony about
15   Suboxone, and that if I understand it right --
16   thankfully, I don't need to personally -- that it is
17   used within the medical community to help people
18   overcome addiction.
19        A.    Yes.
20        Q.    Okay.  But that's not why you were using
21   it, is it?
22        A.    No.
23        Q.    So if you take Suboxone and you're not
24   trying to overcome a heroin addiction, it can give a
25   tremendous feeling of being high?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    That's why you take Suboxone in prison:
 3   Not to get better, but to get higher; correct?
 4        A.    Yes.
 5        Q.    To forget for a moment who you are and who
 6   you're surrounded by; right?
 7        A.    Yes.
 8        Q.    And then when you take methamphetamine,
 9   you inject it, don't you?
10        A.    Yes.
11        Q.    When you take heroin, you slide that stuff
12   in your arm or leg or ankle or hand; right?
13        A.    Yes.
14        Q.    By a needle.  Did you inject the
15   methamphetamine while you were in prison?
16        A.    Yes.
17        Q.    Waiting to come in here and cooperate with
18   the Government?
19        A.    Yes.
20        Q.    With a syringe?
21        A.    No.
22        Q.    But did you inject it in your body?  I
23   thought you said you injected it.
24        A.    I did.
25        Q.    I would ask you how, but I don't think I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    want to know.
 2            Now, when you were at the trailer with
 3    Shauna and Brandy and Santos, did the SNM come up at
 4    any time in your preparation to go to Tiny's house?
 5        A.   Yes.
 6        Q.   Before you even left; right?
 7        A.   Yes.
 8        Q.   That's what your testimony is; right?
 9        A.   Yes.
10        Q.   So that even before you climbed into that
11    green or blue or gray truck, you knew that this was
12    all about the SNM; right?
13        A.   Yes.
14        Q.   And you know you have to say that in this
15    case, don't you?
16        A.   No.
17        Q.   Because they've asked that, haven't they?
18    You know you have to tie this in to the SNM; right?
19        A.   No.
20        Q.   Well, isn't that what you're trying to do
21    here?
22        A.   No.
23        Q.   No.  All right.  Well, let's see.  Was
24    there an interview that you did on October 20, 2016,
25    with the FBI and with Mr. Castellano and with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

54

1  Mr. Beck and with Maria Armijo, all the people lined

2  up over here?  Do you remember that?

3      A.   Yes.

4      Q.   And you were going to be forthcoming with

5  them, weren't you; correct?

6      A.   Yes.

7      Q.   Because you'd been lying to the FBI

8  before?

9      A.   No.

10      Q.   You never did?  Are you sure you want to

11  say that, right there on the witness stand?

12      A.   When I first fell, yes, I did.

13      Q.   You lied, didn't you?  One time, two

14  times, three times, up to four times; right?

15      A.   No.

16      Q.   Three?

17      A.   No.

18      Q.   Are you sure you want to answer that

19  question?  You're under oath.  You can go to prison

20  if you lie.  Remember the interview that you

21  conducted with the FBI agents?

22      A.   Okay.

23      Q.   It was tape-recorded.  You lied to them,

24  didn't you?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So when you went to this interview in
 2   October, you wanted to make sure that you were
 3   telling the truth; right?
 4        A.   Yes.
 5        Q.   "I'm coming clean, I'm taking a shower in
 6   justice"; right?
 7        A.   Yes.
 8        Q.   So on October 20, 2016, did you tell all
 9   these people lined up over here that you did not
10   know why Rodriguez wanted to confront Gomez?
11        A.   Yes.
12        Q.   Was that true?
13        A.   Yes.
14        Q.   You just told the jury that before you
15   even left, she had been talking about the SNM;
16   right?  Isn't that what you said; right?
17        A.   Yes.
18        Q.   What's the truth?  What you told the FBI
19   on October 20, 2016, with these people present, or
20   what you claim to be saying occurred here in the
21   courtroom?
22        A.   It was talked about twice.
23        Q.   It was talked about twice?
24        A.   Yes.
25        Q.   And did you tell them about talking about
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                          PROFESSIONAL COURT          e-mail: info@litsupport.com
                          REPORTING SERVICE

```
 1   it twice back in October of 2016?

 2        A.   Yes.

 3             MR. SINDEL:  May I approach, Your Honor?

 4             THE COURT:  You may.

 5   BY MR. SINDEL:

 6        Q.   October 20, 2016; right?

 7        A.   Yes.

 8        Q.   This is an interview.  Jose Gomez assault;

 9   right?

10        A.   Yes.

11        Q.   And this is an interview with you, isn't

12   it?

13        A.   Yes.

14        Q.   And it starts off talking about how you

15   know Brandy and how you met her at the treatment

16   facility; and you were still using when you went to

17   Agave, weren't you?

18        A.   No.

19        Q.   I thought you said she wasn't but you

20   were.  Am I wrong about that?

21        A.   I was on the methadone.

22        Q.   Okay.  You're on the methadone now?  You

23   weren't using?

24        A.   Yes, I was on the methadone, not using.

25        Q.   And does it say in there that you did not
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  know why Rodriguez wanted to confront Gomez?  It's

 2  only about 11 words.  Are you done reading?

 3       A.   Yes.

 4       Q.   Does it say that?

 5       A.   Yes.

 6       Q.   Does it say in that paragraph or anywhere

 7  else that this was done on behalf of the SNM, the

 8  whole Jose Gomez assault?

 9       A.   No.

10       Q.   But you told this jury that it was

11  mentioned, and I think you said at least twice;

12  right?

13       A.   Yes.

14       Q.   You didn't say it then, did you?

15       A.   No.

16       Q.   Did you tell them here, before you walked

17  into this courtroom and raised your right hand, that

18  "You know what?  I didn't tell the truth back then."

19  Did you say that to them?

20       A.   No.

21       Q.   Did you tell them when they prepped you

22  and prepared and debriefed you for your testimony

23  here, "Back in October I didn't tell the truth about

24  it"?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Did you tell them that?

 2        A.   Yes.

 3        Q.   Okay.  And when was it that you told them

 4   that?

 5        A.   I don't recall the date.

 6        Q.   Well, can you give me a month?  A year?

 7        A.   Yes.

 8        Q.   A decade?

 9        A.   No, not a decade.  A year.

10        Q.   Give me a year when you told them.  It's

11   got to be sometime between 2016 and 2018.  There's

12   only two; right?

13        A.   Yes.

14        Q.   And did they tell you that they were

15   obligated --

16             THE COURT:  When you talk, pull that

17   microphone a little closer to you so that we hear

18   you, Mr. Rivera.

19        Q.   When you told them in 2017, "Look, I lied

20   about this when I said that I didn't know it was

21   connected with the SNM," did they tell that you they

22   had a legal obligation to make sure that the defense

23   knew about that lie?

24        A.   Yes.

25        Q.   They told you that they would come forward
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and say, "We need you to know that back in October

 2   of 2016 Mr. Rodriguez -- or Mr. Rivera told a lie

 3   about the SNM being involved."  They told you that?

 4        A.   No.

 5        Q.   Did they tell you that they had come clean

 6   with us about changes that you made in your

 7   statement?

 8        A.   No.

 9        Q.   So you had no idea?  Why did you just say

10   you did know that?  You don't have to make things up

11   here.  Just say it like it happened.  I can't hear

12   you.

13        A.   The answer was no.

14        Q.   What?

15        A.   No.

16        Q.   Part of this, the same report -- let me

17   just make sure you know.  Do you see up here on the

18   corner on the left side it says "302"?  You know

19   what a 302 is, don't you?

20        A.   No.

21        Q.   Well, when you were looking on the tablet

22   before you decided to go to these porn sites, there

23   were 302s on that, weren't there?

24        A.   I never reviewed it.

25        Q.   Okay.  But you would see reports similar
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

60

1  to this; right?

2      A.    Yes.

3      Q.    And reports about you; right?

4      A.    Yes.

5      Q.    And so that you could take a look on this

6  magic tablet, when you weren't looking at porn, and

7  you could say, "I saw this 2016 report"; right?

8      A.    No.

9      Q.    Well, when was it they took the tablet

10 from you?

11     A.    2017.

12     Q.    Okay.  And so was this report prepared

13 before 2017?

14     A.    Yes.

15     Q.    Did you ever say, "Look, I saw this report

16 on the tablet; it's wrong"?

17     A.    No.

18     Q.    Are you aware that because you had lied to

19 the FBI in the past, they might not reward you for

20 coming in here to testify?

21     A.    No.

22     Q.    Did that ever concern you, that maybe if

23 you had lied to them in the past, it might affect

24 the judge's decision about how long you were going

25 to go to prison?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    Never even concerned you; right?

 3        A.    No.

 4        Q.    Because they were going to cover you;

 5   right?

 6        A.    No.

 7        Q.    They were going to file that 5K; right?

 8   Right?

 9        A.    No.

10        Q.    They weren't?  So if you say now, "I lied

11   at this time," are you concerned you might lose that

12   reward, your 30 pieces of silver?

13        A.    No.

14        Q.    There in that same 302, there is an entire

15   section devoted to the Syndicato de Nuevo Mexico;

16   right?  The SNM?

17        A.    Yes.

18        Q.    Is there anything in that section -- and

19   you can read it if you want -- about the fact that

20   the attack on Mr. Gomez was inspired or related to

21   the SNM?

22        A.    No.

23              MR. SINDEL:  May I approach, Your Honor?

24              THE COURT:  You may.

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. SINDEL:

 2       Q.   Do you see here on the front of this

 3  document it says "Paul Rivera statement"; right?

 4       A.   Yes.

 5       Q.   That's you; right?

 6       A.   Yes.

 7       Q.   And here is -- and there are some titles

 8  here.  Special Agent Neale.  Do you remember being

 9  interviewed by Special Agent Tom Neale?

10       A.   Yes.

11       Q.   Do you remember being interviewed also at

12  the same time by Agent Joe Sainato?

13       A.   Yes.

14       Q.   And do you remember and also present was

15  Sergeant Nate?

16       A.   Yes.

17       Q.   Oh.  And it's May 8; right?

18       A.   Yes.

19       Q.   It says that right there.  And that was

20  2016, wasn't it?

21       A.   Yes.

22       Q.   About five months before you gave that

23  statement, your 302 that didn't mention the SNM;

24  right?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Mr. Solis entered the courtroom.)
 2      Q.   And at the conclusion of that interview,
 3 that's when they asked you to write out a statement?
 4      A.   Yes.
 5      Q.   "Tell us everything that happened"; right?
 6      A.   Yes.
 7      Q.   "Make it as clear as you can and include
 8 all the facts"; right?
 9      A.   Yes.
10      Q.   Now, this interview -- it went on for 116
11 pages; correct?
12      A.   Yes.
13      Q.   Do you know if at any time you mentioned
14 that the attack on Mr. Gomez was inspired by the
15 SNM?
16      A.   No.
17      Q.   Not once; right?
18      A.   No.
19      Q.   So thus far, at least as I get it right,
20 the first time you said that is here; is that right?
21      A.   No.
22      Q.   Can you point me to any document of all
23 the different interviews that you've given that says
24 that this attack was related to the SNM?
25      A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

64

1        Q.   That in front of you right now is dated
2   May 8, 2016; right?
3        A.   Yes.
4        Q.   And you recognize the handwriting?
5        A.   Yes.
6        Q.   Whose handwriting is that?
7        A.   It's mine.
8        Q.   And there is an indication in there like
9   you said that Brandy said something about
10  "testifying against my jefe"; right?
11       A.   Yes.
12       Q.   Is there in your written statement that
13  you made at the conclusion of a several-hour
14  interview with the FBI on May 8, 2016, anything
15  about SNM?
16       A.   No.
17       Q.   The hit or the attack or whatever you want
18  to call it was inspired by the SNM?
19       A.   No.
20       Q.   I'm going to ask you again.  Can you give
21  me or this jury a date when you decided to change
22  everything you had said in the past?
23       A.   No.
24       Q.   You had talked about a jefe; right?
25       A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Do you remember telling the agents on May

 2   8, 2016, that in Belen, New Mexico, everybody is a

 3   jefe?

 4        A.    No.

 5        Q.    This is that same interview, May 8, 2016.

 6   Do you indicate, Mr. Rivera, that everybody is a

 7   jefe out there in Belen and Los Lunas?

 8        A.    No.

 9        Q.    Those aren't your words?

10        A.    Not everybody.  But Joe is.

11        Q.    Are those your words?

12        A.    No.

13        Q.    So whoever then -- do you see here at page

14   117 a certification or certificate --

15        A.    Yes.

16        Q.    -- from the reporter who took this down?

17        A.    Yes.

18        Q.    And it certifies that the above-captioned

19   transcript was prepared by this reporter?

20        A.    Yes.

21        Q.    The recording was of good quality;

22   correct?

23        A.    Yes.

24        Q.    And that the foregoing pages are a true

25   and correct transcription of the recorded
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   proceedings.  Do you see that?

2        A.   Yes.

3        Q.   But apparently she's lying and you're not?

4             THE COURT:  Well, let's not ask him who is

5   lying.

6             MR. SINDEL:  I'm sorry.

7             THE COURT:  You can ask if it's not what

8   he said, but --

9   BY MR. SINDEL:

10       Q.   Apparently she's wrong and you're right?

11       A.   Yes.

12       Q.   Do you see here on page 5 where it says,

13  "Were you ever part of SNM?"

14       A.   Yes.

15       Q.   Did you say these words?  "At one time I

16  was.  I was brought in.  That was in 1990"?

17       A.   Yes.

18       Q.   She got those words right; right?

19       A.   Yes.

20       Q.   You're only saying she's wrong about the

21  jefe.  Apparently she put that in when you never

22  said it.

23       A.   Yes.

24       Q.   Do you remember that particular interview

25  describing the truck as a blue truck?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2              MR. SINDEL:  May I approach?
 3              THE COURT:   You may.
 4   BY MR. SINDEL:
 5        Q.    Can you read that to yourself, page 45?
 6   Does it call it a blue truck?
 7        A.    Yes.
 8        Q.    Is that what you said at that time, or did
 9   she get that wrong?
10        A.    Yes.
11        Q.    She got it wrong?  Just two words.  "Blue
12   truck."
13        A.    I said yes.
14        Q.    She got it wrong.  Because the next page,
15   after she got it wrong, you had said it was a green
16   truck; right?
17        A.    Yes.
18        Q.    Just like you said here today under oath?
19        A.    Green truck.
20        Q.    So then why is it that the FBI agent
21   corrects you and says, "Was it a green truck," if
22   that's what you said and she got it wrong?
23        A.    Yes.
24        Q.    It says there, "Was it a green truck?"
25   Right?
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                           1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And so we're clear, you were driving the
 3   truck; correct?
 4        A.   Yes.
 5        Q.   Was it a green truck?
 6        A.   Yes.
 7        Q.   So did you, in fact, initially say it was
 8   a blue truck?  Apparently so; correct?
 9        A.   Yes.
10        Q.   She got it right then.
11             You told about a time when the SNM had
12   basically attacked you; right?
13        A.   Yes.
14        Q.   With the golf club or some kind of thing,
15   caused some serious injury to your head?
16        A.   Yes.
17        Q.   And was it at that point in time when you
18   said, you know, "I'm renouncing this, I've had
19   enough of this, this is bull"; right?
20        A.   Yes.
21        Q.   So you weren't in a position to want to do
22   anything on behalf of the SNM after that attack,
23   were you?  You renounced them.
24        A.   Yes.
25        Q.   Do you remember telling the FBI agents
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that questioned you in May of 2016 that Brandy and
 2   Shauna were bumping heads over their relationship
 3   with Mr. Joe Gallegos?
 4        A.   Yes.
 5        Q.   And that there was a certain tension
 6   between the two of them --
 7        A.   Yes.
 8        Q.   -- surrounding that relationship?
 9        A.   Yes.
10        Q.   And although you have said -- and I don't
11   challenge it -- that you and Brandy were not
12   intimate, I think you said you were very close
13   friends; right?
14        A.   Yes.
15        Q.   She was keeping that under wraps, wasn't
16   she?
17        A.   Yes.
18        Q.   She was concerned that that might cause
19   people jealousy or suspicion?
20        A.   Yes.
21        Q.   One of the benefits that you're hoping to
22   receive is being placed in a particular institution
23   within the federal system; right?
24        A.   Yes.
25        Q.   You're hoping -- because they've made it
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   clear to you that you might be assigned to a
 2   particular institution under the program that's
 3   called the WITSEC program; right?
 4        A.   Yes.
 5        Q.   And you know, at least from what you've
 6   been told, that's a pretty good deal, isn't it?
 7        A.   Yes.
 8        Q.   Do you remember the agents that
 9   interviewed you in May of 2016 telling you it was
10   like a resort?
11        A.   Yes.
12        Q.   It was the cushiest place you could go
13   within the federal system; right?
14        A.   Yes.
15        Q.   And they would even help you remove your
16   tattoos.
17        A.   Yes.
18        Q.   And they told you that they could -- that
19   they, in fact, had worked with murderers in the past
20   and gotten them jobs on the street.
21        A.   Yes.
22        Q.   Got them a chauffeur's license so they
23   could chauffeur people around; right?
24        A.   No.
25        Q.   Didn't they say they got them a CDL?  Do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  you know what a CDL is?
 2        A.    Yes.
 3        Q.    Is a CDL a chauffeur's driver's license?
 4        A.    To drive trucks?
 5        Q.    Or a chauffeur; right?  Correct?
 6        A.    Yes.
 7        Q.    And they told you they could do that for
 8  you?
 9        A.    Yes.
10        Q.    And just like the agent said, "So if
11  that's a route you're willing to go, dude, federal
12  WITSEC is nice"; right?
13        A.    Yes.
14        Q.    "It's a fucking resort"; right?
15        A.    Yes.
16        Q.    And that's what you want, isn't it?
17        A.    Yes.
18              MR. SINDEL:  That's all I have.
19              THE COURT:  Thank you, Mr. Sindel.
20              Any other defendant.  Mr. Roberts?
21              MR. ROBERTS:  Just a few questions, Judge.
22              THE COURT:  Mr. Roberts.
23                    CROSS-EXAMINATION
24  BY MR. ROBERTS:
25        Q.    You were asked earlier about a statement
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you made also in May 2016; is that right?

 2        A.   Yes.

 3        Q.   And at that time you were asked on

 4   numerous occasions during that interview -- and you

 5   realized that interview was recorded; is that right?

 6        A.   Yes.

 7        Q.   And at that time you wanted to tell the

 8   truth; is that right?

 9        A.   Yes.

10        Q.   Because you wanted to make an impression

11   on the officers that you were speaking with; is that

12   right?

13        A.   Yes.

14        Q.   You didn't want to tell them anything that

15   wasn't true; right?

16        A.   Yes.

17        Q.   And at that time you were asked numerous

18   times whether or not Andrew Gallegos, Smiley, was an

19   SNM member.  And at that time you said you didn't

20   know Smiley; right?

21        A.   Yes.

22        Q.   You actually never met Andrew Gallegos; is

23   that right?

24        A.   Yes.

25        Q.   In fact, you'd never even heard of him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  until when all you guys were rounded up by Agent

2  Acee and put in Estancia; is that right?

3       A.   Yes.

4       Q.   So before that you knew nothing about him.

5       A.   No.

6       Q.   And the only -- so they asked you, let's

7  see, on page 22, "How about his brother, Smiley?"

8            You said, "I don't know him.  I never met

9  him"; right?

10      A.   Yes.

11      Q.   And they asked you on page 58 the same

12  question.  "How about Smiley?"  And you said, "Never

13  met him"; right?

14      A.   Yes.

15      Q.   And in fact, not until we get to page 103,

16  where they asked you again, after several more

17  times, and at that point you said, "He's an SNM."

18           And they said, "You've heard that; right?"

19           And you said, "Yes, I've heard he is."

20      A.   Yes.

21      Q.   So that's what you've heard; right?

22      A.   Yes.

23      Q.   You don't have any independent fact that

24  he's an SNM member; is that right?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So it's just hearsay that you have; right?
 2        A.   Yes.
 3        Q.   So that's what your testimony is in front
 4   of this jury, is hearsay as to his membership; is
 5   that right?
 6        A.   Yes.
 7             MR. ROBERTS:  No further questions.
 8             THE COURT:  Thank you, Mr. Roberts.
 9             Mr. Blackburn, do you have
10   cross-examination of Mr. Rivera?
11             MR. BLACKBURN:  Thank you, Your Honor.
12             THE COURT:  Mr. Blackburn.
13                    CROSS-EXAMINATION
14   BY MR. BLACKBURN:
15        Q.   Mr. Rivera, you testified that you entered
16   the adult state prison system in about 1990;
17   correct?
18        A.   Yes.
19        Q.   And you did that at the Main facility in
20   Santa Fe; is that correct?
21        A.   Yes.
22        Q.   And that was the old penitentiary as we
23   know it; is that correct?
24        A.   Yes.
25        Q.   And even though you entered that system in
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                           1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

1    1990, you had already been a member of the juvenile

2    system for quite some time, had you not?

3         A.   Yes.

4         Q.   You had about three or four prior

5    adjudications for -- as a juvenile starting when you

6    were at the age of 15 and 16 and 17 for all sorts of

7    felony --

8              MR. CASTELLANO:  Your Honor, I'll object,

9    pursuant to Rule 609.  It's also outside the scope

10   of the rule.

11             THE COURT:  Well, follow 609.  If they're

12   not permissible felonies, then let's not mention

13   them, or they have to qualify for 609.

14   BY MR. BLACKBURN:

15        Q.   So you had been in the juvenile system

16   since you were at the age of, like, 14; isn't that

17   correct?

18        A.   Yes.

19        Q.   And you had been doing drugs since the age

20   of 12, had you not?

21        A.   Yes.

22        Q.   And you have been addicted to something,

23   no matter whether it was alcohol, marijuana,

24   Suboxone, heroine, methamphetamine, since basically

25   your entire adult life; isn't that correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And when you first entered the

 3   penitentiary, in 1999, you said that you became a

 4   member of the SNM; isn't that correct?

 5        A.    No.

 6        Q.    You did not?  When did you become a member

 7   of SNM?

 8        A.    1990.

 9        Q.    I thought that's what I said.  I'm sorry.

10   I'm mistaken.  I thought I asked you in 1990 that

11   you became a member of SNM?

12        A.    Yes.

13        Q.    And the person that brought you in at the

14   time, one of the people that brought you in, you

15   said earlier was Gerald Archuleta; right?

16        A.    Yes.

17        Q.    Styx; right?

18        A.    Yes.

19        Q.    And another person that did that was a guy

20   by the name of Michael Zamora?

21        A.    Yes.

22        Q.    And his name was Oso; right?

23        A.    Yes.

24        Q.    And that's what you are.  Oso; right?

25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And another person that brought you in,
 2   was it Vincente Ramirez?  Is that who it was?
 3        A.   Vincente Lucero.
 4        Q.   One of the main people that brought you in
 5   was a guy named Robert Martinez, Baby Rob; isn't
 6   that true?
 7        A.   Yes.
 8        Q.   And Baby Rob was one of the ones that you
 9   basically hung with initially when you were SNM;
10   wasn't that true?
11        A.   Yes.
12        Q.   And you were his go-fer, were you not?
13        A.   Yes.
14        Q.   You washed his clothes, you did his
15   laundry?
16        A.   No.
17        Q.   You didn't do any of that stuff?  No?  But
18   at the same time, when you entered the prison in
19   1990, you were a member of Los Carnales, were you
20   not?
21        A.   No.
22        Q.   You had been a member of Los Carnales?
23        A.   No.
24        Q.   You had never been a member of Los
25   Carnales?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.
 2        Q.   The reason why you were stabbed in 2004
 3   was because you had been a member of Los Carnales,
 4   and now you were hanging with the SNM.  Isn't that
 5   true?
 6        A.   No.
 7        Q.   You had a tattoo on your leg from Los
 8   Carnales; isn't that true?
 9        A.   No.
10        Q.   You hid that from everybody.  Isn't that
11   true?
12        A.   No.
13        Q.   Well, did Los Carnales -- were they the
14   ones that stabbed you in 2004?
15        A.   No.
16        Q.   Did you not tell the Government that the
17   people that stabbed you were Los Carnales?
18        A.   In 1995, yes.
19        Q.   Okay.  So you were a member of -- well,
20   you were a member at one point in time as a juvenile
21   and when you first entered the system of Los
22   Carnales, were you not?
23        A.   No.
24        Q.   You knew that Los Carnales was a rival
25   gang member to SNM, did you not?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Yes.
 2         Q.    Okay.  Now are you telling us at that
 3    point in time that Los Carnales was not the one who
 4    stabbed you?
 5         A.    They were.
 6         Q.    They stabbed you; right?
 7         A.    Yes.
 8         Q.    They stabbed you because you were a
 9    traitor.
10         A.    No.
11         Q.    Why did they stab you?
12         A.    Politics.
13         Q.    Politics.  Politics, because they just
14    decided, "Hey, there is Oso, walking down the street
15    there in the penitentiary, in Main, so we're going
16    to take him out"?
17         A.    No.
18         Q.    You were allegedly the nonviolent guy;
19    right?
20         A.    Yes.
21         Q.    You didn't do anything for SNM, did you?
22         A.    No.
23         Q.    Except do their drugs; right?
24         A.    Yes.
25         Q.    You were high from the day you got there
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    until probably today; isn't that true?

2         A.   Yes.

3         Q.   And you -- at some point in time, you had

4    a confrontation with Baby Rob, did you not?

5         A.   Yes.

6         Q.   And Baby Rob put the hit on you, did he

7    not?

8         A.   Yes.

9         Q.   And he put the hit on you because when you

10   left prison, he wanted you to give him some type of

11   drugs, and you didn't do that, did you?

12        A.   Yes.

13        Q.   Because you hired some idiot out there who

14   wouldn't give you any money at all and wouldn't

15   provide you with any drugs; right?

16        A.   No.

17        Q.   And you tried to blame that on him, did

18   you not?

19        A.   No.

20        Q.   And the reason why -- you got hit up in

21   Espanola, New Mexico; right?

22        A.   Yes.

23        Q.   And you said that that's when you got hit

24   in the head?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And after that, you renounced being an SNM
 2   member; is that correct?
 3        A.   Before that.
 4        Q.   Okay.  Before that.  So you were already
 5   out on the streets before you renounced; right?
 6        A.   Yes.
 7        Q.   All right.  And that was in 2007?
 8        A.   Yes.
 9        Q.   And now you -- but you kept coming back
10   and forth to prison, did you not?
11        A.   Yes.
12        Q.   And you continued to say you were an SNM
13   member, even though you renounced, did you not?
14        A.   No.
15        Q.   You hid that from everybody, did you not?
16        A.   Yes.
17        Q.   And eventually -- you go back and forth.
18   You're in and out of prison most of your life, are
19   you not?
20        A.   Yes.
21        Q.   How old are you?
22        A.   46.
23        Q.   And you went in when you were 19; right?
24        A.   Younger.
25        Q.   You went in when you were 17?
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com

1        A.   Yes.

2        Q.   All right.  And what is the longest amount

3   of time you have been out of prison?

4        A.    Three or four years.

5        Q.   Three or four years.  All right.  So when

6   you were arrested -- you were arrested in March of

7   2016, were you not, on this particular case?

8        A.   Yes.

9        Q.   And we've heard from other people you gave

10  statements to the Government and to the FBI

11  basically the day you were arrested, did you not?

12       A.   Yes.

13       Q.   All right.  So the day you -- basically

14  the day you were arrested, you started cooperating;

15  is that correct?

16       A.   Yes.

17       Q.   But even though you started cooperating

18  when you were arrested, you had been indicted, but

19  they put you with all of these guys, did they not?

20       A.   Yes.

21       Q.   But you didn't tell them that, number one,

22  you had already renounced, that you continued to

23  hide from them; but you didn't tell anybody, "Oh,

24  when I got picked up by the Government, I told them

25  about you guys."  You never said that, did you?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    No.

 2          Q.    All right.  But then you kept that facade

 3    until February of 2017, did you not?

 4          A.    Yes.

 5          Q.    Okay.  And it was on February of 2017 when

 6    you entered your plea; is that correct?

 7          A.    Yes.

 8          Q.    All right.  580.  Can you pull that up?

 9                So as Mr. Castellano showed you earlier,

10    the date that you appeared in front of the judge to

11    admit to the crimes that you have discussed was on

12    February 1st of 2017; is that correct?

13          A.    Yes.

14          Q.    Or at least that's the day it was filed.

15    It may have been the day before, but it was around

16    that time, was it not?

17          A.    Yes.

18          Q.    Thank you.  And after that date, you were

19    taken to a different facility, were you not?

20          A.    Yes.

21          Q.    And from that point in time on, you have

22    been transferred to various facilities, have you

23    not?

24          A.    Yes.

25          Q.    And every time you were transferred to a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    facility, you were always with somebody else who was

2    cooperating, were you not?

3          A.   Yes.

4          Q.   And you had your tablet the entire time,

5    did you not?

6          A.   No.

7          Q.   Well, let me back up.  You had your tablet

8    until April of 2017, did you not?

9          A.   Yes.

10         Q.   And it was in April of 2017, so three or

11   four months after you pled guilty, after you

12   continued to work for the Government, that you lost

13   your tablet; is that right?

14         A.   Yes.

15         Q.   And the reason why you lost your tablet

16   was because you and your friends that were with you

17   out there in Sandoval County -- Mr. Billy Cordova,

18   Mr. Gerald Archuleta, Mr. Timothy Martinez, and

19   Mr. Jerry Armenta -- figured out how to fix those

20   tablets so that you could wipe them out, get rid of

21   all your information, and get Wi-Fi on them,

22   couldn't you?

23         A.   Yes.

24         Q.   Okay.  And you used -- you guys took your

25   tablets and were able to use -- because Sandoval

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   County Detention Center is located right across the

 2   street from the Walmart in Bernalillo, New Mexico;

 3   correct?

 4        A.   Yes.

 5        Q.   And you were able to use their free Wi-Fi,

 6   either theirs or McDonald's, to be able to use Wi-Fi

 7   on your tablets; right?

 8        A.   Yes.

 9        Q.   All of you guys; right?

10        A.   Yes.

11        Q.   And you had to fight for time as to who

12   was going to be able to get to the right place so

13   that you could use your tablet to get Wi-Fi;

14   correct?

15        A.   No.

16        Q.   You didn't have to do that?

17        A.   No.

18        Q.   All of you got it?

19        A.   Yes.

20        Q.   All right.  And you used your tablet at

21   the time to be able to access tons of pornography;

22   right?

23        A.   Yes.

24        Q.   And I mean, if we were to look at your

25   tablet, it goes on for hours and hours and days, and
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1    images of pornography on your tablet, does it not?

2         A.   Yes.

3         Q.   Every sort of type; right?  Is there child

4    pornography on there?

5         A.   No.

6         Q.   That's the one thing you didn't do; right?

7    But you did every other thing known to God and

8    mankind with that pornography, did you not?

9         A.   Yes.

10        Q.   And you also were able to access a

11   Facebook account; right?

12        A.   Yes.

13        Q.   You set up your own Facebook.

14        A.   Yes.

15        Q.   So you could communicate with everybody in

16   every state; right?

17        A.   Yes.

18        Q.   And tell them who you are?

19        A.   Yes.

20        Q.   And use a facade; right?

21        A.   Yes.

22        Q.   And create a new identity; right?

23        A.   Yes.

24        Q.   All right.  And all this time that you

25   were doing that, you were doing that while you were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   high on either methamphetamine or Suboxone; right?

 2        A.   Yes.

 3        Q.   You guys were bringing that in.  You and

 4   all of these guys, you and Billy Cordova and Gerald

 5   Archuleta and Tim Martinez and Jerry Armenta and

 6   Jerry Montoya were high as kites the entire time you

 7   were there; right?

 8        A.   Yes.

 9        Q.   Whether it was Suboxone or whether it was

10   meth; right?

11        A.   Yes.

12        Q.   And when you even -- at the same time,

13   you're getting $1,650 from the Government to be able

14   to do your drugs, view your porn, and listen to your

15   music; right?

16        A.   Yes.

17        Q.   And when you weren't doing it in Sandoval

18   County, they decided to move you to the North

19   facility, did they not?

20        A.   No.

21        Q.   You went to the North facility first.

22        A.   Yes.

23        Q.   So you did it at the North facility;

24   right?  You didn't mess with your tablet until you

25   got to Sandoval County; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   But despite the fact that they took you to
 3   the North facility, supposedly they took you to the
 4   North facility and you were still doing drugs up
 5   there; right?
 6        A.   Yes.
 7        Q.   You guys were getting the drugs in; right?
 8        A.   Yes.
 9        Q.   You got them in from the guards; right?
10        A.   No.
11        Q.   You got them in from family members?
12        A.   No.
13        Q.   Who did you get them in from?
14        A.   From other inmates.
15        Q.   Other inmates that were with you in the
16   North facility; right?  So then you go to Sandoval
17   County and you come up with this brilliant idea, or
18   somebody does, as to how to be able to use your
19   tablet to get Wi-Fi; right?
20        A.   Yes.
21        Q.   And you knew you guys were not supposed to
22   do that, did you not?
23        A.   Yes.
24        Q.   You knew that this judge had ordered that
25   there was not to be any Wi-Fi on those tablets;
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?

 2        A.    Yes.

 3        Q.    And if you screwed with those Wi-Fi's on

 4   those tablets, you were going to lose them; right?

 5        A.    Yes.

 6        Q.    That was crystal clear from this Court,

 7   was it not?

 8        A.    Yes.

 9        Q.    But you guys did that; right?

10        A.    Yes.

11        Q.    And all of you got Suboxone there; right?

12        A.    Yes.

13        Q.    And then when that didn't work, when they

14   decided to move you, they moved you again to

15   Lovington; right?

16        A.    Yes.

17        Q.    And you were in Lovington just about in,

18   like, November of last year; right?

19        A.    Yes.

20        Q.    Lea County, New Mexico?

21        A.    Yes.

22        Q.    Right?  And you were with Jerry Montoya;

23   right?

24        A.    Yes.

25        Q.    And not only did you at that point in time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   decide -- well, you didn't have your tablet anymore;
 2   right?
 3        A.   No.
 4        Q.   They took that away from you; right?
 5        A.   Yes.
 6        Q.   You lost your privileges?
 7        A.   Yes.
 8        Q.   And at that point in time the Government
 9   said, "Hey, we're done with you.  You don't get no
10   more money"; right?
11        A.   Yes.
12        Q.   You got booted off your contract; right?
13        A.   No.
14        Q.   You're still getting money?
15        A.   No.
16        Q.   When was the last time you got money from
17   the Government?
18        A.   It's been a while.
19        Q.   But when you moved to -- when they took
20   you to Lovington, when they took you to the Lea
21   County facility at Lovington, New Mexico, you didn't
22   stop there, did you?
23        A.   No.
24        Q.   No matter where you went, you continued to
25   get it, did you not?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And you and Jerry Montoya devised a scheme
 3   to be able to get a guard to bring in to you
 4   cellphones, Suboxone, and methamphetamine; isn't
 5   that true.
 6        A.    No.
 7        Q.    You didn't?
 8        A.    No.
 9        Q.    You didn't have a cellphone?
10        A.    No.
11        Q.    Who did?
12        A.    Jerry Montoya.
13        Q.    Jerry Montoya did; right?
14        A.    Yes.
15        Q.    But you also -- you knew he had that
16   cellphone, did you not?
17        A.    No.
18        Q.    You didn't ever know that?  You knew he
19   had the methamphetamine, because that's what you
20   used with him; right?
21        A.    Yes.
22        Q.    Did you also get Suboxone?
23        A.    Yes.
24        Q.    Did you know who it was coming from?  Did
25   you know it was the guard he was dating?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

92

```
 1        A.    No.

 2        Q.    You didn't know how it came in?

 3        A.    No.

 4        Q.    You just knew it was coming in from Jerry

 5   Montoya?

 6        A.    Yes.

 7              MR. BLACKBURN:   Thank you, Your Honor.   I

 8   have nothing further.

 9              THE COURT:   Thank you, Mr. Blackburn.

10              Any other defendant have cross-examination

11   of Mr. Rivera?

12              All right, Mr. Castellano, do you have

13   redirect of Mr. Rivera?

14              MR. CASTELLANO:   Yes, Your Honor.

15              THE COURT:   Mr. Castellano.

16                   REDIRECT EXAMINATION

17   BY MR. CASTELLANO:

18        Q.    Mr. Rivera, when you broke the rules, were

19   there consequences for that?

20        A.    Yes.

21        Q.    And in other words, did you ever get your

22   tablet back?

23        A.    No.

24        Q.    And you said you haven't been paid money

25   in quite some time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And did you understand that if you broke

 3   rules, there would be consequences?

 4        A.   Yes.

 5        Q.   Now, do you really know the difference

 6   between 5K and 3553(e)?

 7        A.   No.

 8        Q.   Defense counsel asked you about that.

 9        A.   No.

10        Q.   Do you understand that 3553(e) applies

11   upon motion of the Government, the Court then has

12   the authority to impose a sentence below a mandatory

13   minimum sentence?  Did you know that?

14        A.   Yes.

15        Q.   And do you understand that's upon motion

16   of the Government, so that works together with 5K?

17        A.   Yes.

18        Q.   So would you call that a second bite of

19   the apple, or is that something that happens at the

20   same time, as far as you know?  Do you know?

21        A.   No.

22        Q.   Okay.  I think you mentioned earlier that

23   you know Cunte?

24        A.   Yes.

25        Q.   Who is Cunte?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

94

```
 1        A.    Frankie Gallegos.
 2        Q.    Does he have any kind of authority in the
 3   S?
 4        A.    No.
 5        Q.    Do you know where he's currently housed?
 6        A.    No.
 7        Q.    Do you remember telling myself and one of
 8   the agents about a conversation you had with Brandy
 9   Rodriguez and how she was upset about Joe's legal
10   situation?
11        A.    Yes.
12        Q.    What was she upset about?
13        A.    They wanted to give him the death penalty.
14        Q.    At that point, was that something that he
15   was potentially facing?
16        A.    Yes.
17        Q.    And was that from these charges --
18        A.    Yes.
19        Q.    -- against the SNM?
20        A.    Yes.
21        Q.    And is that documented in a report?
22        A.    Yes.
23        Q.    When you talked about WITSEC, do you think
24   you need protection?
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    And when they talked about driving school,
2   is that so you can support yourself with your own
3   job?
4        A.    Yes.
5        Q.    And in March of this year, do you remember
6   talking to the FBI and admitting to them that in May
7   you had minimized your own involvement?
8        A.    Yes.
9        Q.    And do you recall that was documented in
10  the report?
11       A.    Yes.
12       Q.    Did you also make a correction from a
13  prior statement about what was used rather than a
14  metal pipe?
15       A.    Yes.
16       Q.    What was that?
17       A.    It was a leg from a wooden table.
18       Q.    Is that what you told the jury today?
19       A.    Yes.
20       Q.    Do you remember what you wrote in your
21  statement from May of 2016 about Brandy and Shauna
22  discussing the hit coming from Joe Gallegos?
23       A.    Yes.
24       Q.    Do you remember your statement in May of
25  2016, as far back as almost two years ago, when you
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com

1  indicated that Brandy had kicked Tiny and said,

2  "Don't testify against my jefe or I'm going to kill

3  you"?

4       A.   Yes.

5            MR. SINDEL:  Just for the record, I'd like

6  to make a repeated and continuing objection to this

7  line of questioning as hearsay.

8            THE COURT:  I think this is dealing with a

9  prior consistent statement, so overruled.  I can

10 give the jury an instruction that you can't consider

11 these prior statements for the truth of the matter.

12 You can only consider them for determining whether

13 Mr. Rivera is telling the truth today to the jury.

14 So you can't consider them for the truth of the

15 matter, but just for the purpose of determining

16 whether he's telling the truth today.

17           Mr. Castellano.

18           MR. CASTELLANO:  Thank you, Your Honor.

19 BY MR. CASTELLANO:

20      Q.   Mr. Rivera, do you recall in your

21 handwritten statement from May of 2016 that you

22 indicated the truck was green, maybe?

23      A.   Yes.

24      Q.   In October of 2016, if you recall, do you

25 remember that you told the FBI you learned the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  attack on Gomez was motivated by Gomez's cooperation

2  on a previous assault by Gallegos?

3       A.   Yes.

4            MR. SINDEL:  I'm just going to object to

5  the continuing leading form of all these questions.

6  He's basically reading what he wants the witness to

7  say and testifying.

8            THE COURT:  I'm not sure how else to deal

9  with these, so I'll overrule.

10 BY MR. CASTELLANO:

11      Q.   Okay.  So the question was:  Do you recall

12 giving that information in October of 2016 that you

13 learned the attack on Gomez was motivated by Gomez'

14 cooperation with law enforcement on a previous

15 assault by Gallegos?

16      A.   Yes.

17      Q.   Was that Joe Gallegos?

18      A.   Yes.

19      Q.   Do you recall also telling the FBI in

20 October of 2016 that Gallegos had called Gutierrez

21 numerous times from prison and encouraged her to

22 have Gomez assaulted?

23      A.   Yes.

24            MR. SINDEL:  Your Honor, may that be a

25 continuing --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  It may.  It may.
 2  BY MR. CASTELLANO:
 3      Q.   Now, for the most part, when you were
 4  giving statements to the FBI, was that related to
 5  the SNM generally?
 6      A.   No.
 7      Q.   And did you also provide information
 8  primarily on the assault on Tiny because that's what
 9  you were charged with?
10      A.   Yes.
11      Q.   And more recently, in preparation for
12  trial, were you then asked about people who were
13  going to be at trial?
14      A.   Yes.
15      Q.   So do you recall, if I went down the list
16  and asked you, who you knew to be SNM Gang members?
17      A.   Yes.
18      Q.   And when I talked to you, did I tell you
19  how the case was going against Allen Patterson?
20      A.   No.
21      Q.   Did I discuss the trial with you at all or
22  what any other witnesses said?
23      A.   No.
24      Q.   Now, when you were asked about whether
25  Andrew Gallegos was SNM and you said you heard it
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



99

```
1   from other people, were those other people SNM
2   members?
3        A.   Yes.
4        Q.   Was that when you were housed with them in
5   Estancia?
6        A.   Yes.
7        Q.   And the same question about Allen
8   Patterson.  You said that you didn't know him from
9   before.
10       A.   Yes.
11       Q.   And did you also learn the same
12  information when you were housed with him and others
13  at Estancia?
14       A.   Yes.
15            MR. CASTELLANO:  Pass the witness, Your
16  Honor.
17            THE COURT:  Thank you, Mr. Castellano.
18            MR. SINDEL:  Your Honor, I think that I
19  have some time left.
20            THE COURT:  You've got about two minutes.
21            MR. SINDEL:  You watch.  Don't take it off
22  for me trying to get there.
23                    RECROSS-EXAMINATION
24  BY MR. SINDEL:
25       Q.   We've been talking about this October 28th
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   statement.  Did you indicate in that particular

2   statement, October 28, 2016 (sic), that there was no

3   discussion of any motivation to go there until after

4   you returned from the assault?

5       A.   Yes.

6       Q.   So before the assault, there was nothing

7   that you discussed concerning any motivation; right?

8       A.   Yes.

9       Q.   Okay.  And then on March 27, 2018, which

10  Mr. Castellano referred to, that was a situation in

11  which you were asked to clarify anything that you

12  had said that was wrong; correct?

13      A.   Yes.

14      Q.   And at that time you said, "Look, I didn't

15  use a metal piece of a fence to beat him over the

16  head.  I used a wooden table leg"; right?

17      A.   Yes.

18      Q.   And you also said that initially you had

19  attempted, I think your word was, to weasel out of

20  criminal consequences; right?

21      A.   Yes.

22      Q.   You didn't say anything at that time about

23  being wrong about the SNM; correct?

24      A.   Yes.

25      Q.   You didn't change that or ask them to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    correct that, did you?  I can show it to you, if you
2    want me to.
3         A.   Yes.
4         Q.   You didn't do that, did you?
5         A.   Yes.
6         Q.   You did do that?  I'm not sure --
7         A.   I didn't understand the question.
8         Q.   Okay.  I'm saying that on October 27, 2018
9    (sic) when they asked you to clarify anything in
10   your initial statements that was wrong, you
11   clarified the wooden leg and that you had attempted
12   to weasel out of the criminal consequences; right?
13        A.   Yes.
14        Q.   But you didn't say anything in that
15   clarification about the SNM, did you?
16        A.   No.
17             MR. SINDEL:  Thank you, Your Honor.
18             THE COURT:  Thank you, Mr. Sindel.
19             Anything else, Mr. Castellano?
20             MR. CASTELLANO:  Yes.  Two questions, Your
21   Honor.
22             THE COURT:  Mr. Castellano.
23                  REDIRECT EXAMINATION
24   BY MR. CASTELLANO:
25        Q.   Mr. Rivera, when you went over to assault
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Tiny, did you know that he was a witness against Joe
 2  Gallegos?
 3       A.   Yes.
 4       Q.   And by assaulting him, did you know that
 5  that could essentially help Joe Gallegos, because it
 6  would be one less witness against him?
 7       A.   Yes.
 8            MR. CASTELLANO:  I pass the witness, Your
 9  Honor.
10            THE COURT:  Thank you, Mr. Castellano.
11            All right, Mr. Rivera.  You may step down.
12            Is there any reason that Mr. Rivera cannot
13  be excused from the proceedings?  Mr. Castellano?
14            MR. CASTELLANO:  No, Your Honor.
15            THE COURT:  How about from the defendants?
16  Mr. Sindel?
17            MR. SINDEL:  No, Your Honor.
18            THE COURT:  Not hearing any objection, you
19  are excused from the proceedings.  Thank you for
20  your testimony.
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

UNITED STATES OF AMERICA

STATE OF NEW MEXICO


C-E-R-T-I-F-I-C-A-T-E

    I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

Official Court Reporter for the State of New Mexico,

do hereby certify that the foregoing pages

constitute a true transcript of proceedings had

before the said Court, held in the District of New

Mexico, in the matter therein stated.

    In testimony whereof, I have hereunto set my

hand on this 16th day of May, 2018.


        _____
        Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
        United States Court Reporter
        NM Certified Court Reporter #94
        333 Lomas, Northwest
        Albuquerque, New Mexico 87102
        Phone:        (505) 348-2283
        Fax: (505) 843-9492
        License expires:  12/31/18

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com