1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5      vs.              NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8

9        Transcript of excerpt of testimony of

10                 BENJAMIN CLARK

11                  May 4, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
 1                        I N D E X

 2   EXAMINATION OF BENJAMIN CLARK

 3   By Mr. Beck                                    7

 4   By Mr. Blackburn                              76

 5   By Mr. Burke                                 136

 6   By Mr. Granberg                              162

 7   By Mr. Sindel                                187

 8   By Mr. Beck                                  233

 9   By Mr. Burke                                 250

10   By Mr. Sindel                                251

11   REPORTER'S CERTIFICATE                       253

12                   EXHIBITS ADMITTED

13   Government 190 Admitted                       15

14   Government 281 Admitted previously            44

15   Government 294 and 295 Admitted               70

16   Government 299 Admitted                       14

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  I think we've got

 2  all the defendants, and we've got an attorney for

 3  each one of the defendants.  How is everybody doing?

 4  Everybody doing okay?

 5            MS. HARBOUR-VALDEZ:  Halfway point.

 6            THE COURT:  This is about the time you

 7  wish you had gone into coaching or ministry or

 8  something.  But I admire you.  You know, not many

 9  people in our profession do what you're doing, and I

10  have a lot of appreciation, admiration for you.  I

11  know you're working some very late nights.  I've

12  been thinking about you and just hoping everybody is

13  all right.  Mr. Castle, especially you.  You're

14  going through some tough times.

15            Are you doing all right back there, Mr.

16  Davidson?

17            MR. DAVIDSON:  Yes, Your Honor.

18            THE COURT:  Feeling all right, Mr.

19  Blackburn?

20            MR. BLACKBURN:  Fine.

21            THE COURT:  Everybody doing okay?

22            MR. CASTLE:  We are doing some coaching

23  some clients, maybe a witness or two.

24            THE COURT:  Ms. Harbour-Valdez sent an

25  email to me, a script.  It looks like everybody is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   on the same page, the proverbial same page, so I'll
 2   take a look at it.  Ms. Harbour-Valdez, in the
 3   future, if you wouldn't mind just every morning
 4   shooting me one of these, and you can just leave off
 5   the historical and just give me the current.
 6             It looked to me like, looking at the
 7   chart, Mr. Sindel, you prevailed and your colleagues
 8   are going to go with somebody beside Mr. Jaramillo
 9   this morning; is that correct?
10             MR. SINDEL:  I appreciate that.  Thank
11   you.
12             THE COURT:  I will try to give you
13   rulings.  I worked last night and this morning on
14   getting a chart to you with the 15 James statements
15   on the Jaramillo.  So as soon as I get that
16   finalized today -- I hope it's this morning --
17   you'll have that in your hands.  I'm aware that
18   there has been a motion filed by -- is it by Troup?
19             MS. HARBOUR-VALDEZ:  Yes, Your Honor.
20             THE COURT:  So I'm working on that this
21   morning.  So that's what I'll be doing while we're
22   doing it.
23             Do we have all the jurors here?
24             THE CLERK:  Yes, Judge.
25             THE COURT:  We had one that was a little
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




1  slow.  Why don't you go ahead and line them up.

2         MR. SHATTUCK:  Your Honor, I had one

3  issue.  This morning I believe the Government is

4  going to call Benjamin Clark first.  And in a

5  statement that Benjamin Clark gave to the

6  Government, he indicated that Allen Patterson -- he

7  heard from Eugene Martinez that Allen Patterson was

8  involved in the Garza killing.  He heard it from

9  Eugene Martinez, and he says he also heard it from

10  Edward Troup, but Edward Troup wasn't even in the

11  same cell block.  It's hearsay under 801.  Mr.

12  Martinez wasn't asked about the issue on the stand,

13  to give us an opportunity to cross-examine him on

14  it, and I'm going to object to him --

15         MR. BECK:  Hold on one second.

16         THE COURT:  Hold on just a second.  We'll

17  come get you.

18         MR. SHATTUCK:  And I'm going to object.

19  It's hearsay on hearsay.

20         THE COURT:  Okay.  Are you going to try to

21  get that statement in?

22         MR. BECK:  I think he's right.  I don't

23  think we can get it.

24         THE COURT:  Are you okay with that, Mr.

25  Shattuck?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SHATTUCK:  Yes.
 2              THE COURT:  Do you have anything,
 3  Mr. Beck?
 4              MR. BECK:  You brought up the two points I
 5  had, the motion in limine and the James statement.
 6              THE COURT:  So I'll try to get the chart
 7  to you pretty quickly, and then I don't know how
 8  long it's going to take me on Troup's, but I'm
 9  working on it this morning.
10              MS. HARBOUR-VALDEZ:  Thank you, Your
11  Honor.
12              THE COURT:  All right.  If you'll just
13  stand there, we're going to bring the jury in.
14              Did the defendants have anything else to
15  discuss?
16              MR. SHATTUCK:  I need to talk to Mr. Beck.
17              THE COURT:  All rise.
18              (The jury entered the courtroom.)
19              THE COURT:  Good morning, ladies and
20  gentlemen.  Did you get your donuts?  I took a small
21  sampling and everybody agreed they were the best in
22  Las Cruces.  So unless we hear otherwise, that's
23  what Ms. Bevel will get you.  She also told me that
24  you all wanted her to do a two-pod coffee rather
25  than a one-pod, so we're strengthening up on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   caffeine.  I understand.

 2              Well, it's Friday.  Good Friday morning to

 3   you.  Thank you for all you're doing for us, and I

 4   appreciate your hard work for us.

 5              All right.  Mr. Clark, if you will stand

 6   and Ms. Bevel, the courtroom deputy, will swear you

 7   in, if you'll raise your right hand to the best of

 8   your ability there.

 9                        BENJAMIN CLARK,

10       after having been first duly sworn under oath,

11       was questioned, and testified as follows:

12              THE CLERK:  Please be seated.  State your

13   name and spell your last name for the record.

14              THE WITNESS:  Benjamin Clark, C-L-A-R-K.

15              THE COURT:  Sit right there, and you might

16   pull the microphone up close to your mouth.  Thank

17   you, Mr. Clark.

18              Mr. Beck.

19              MR. BECK:  Thank you, Your Honor.

20                    DIRECT EXAMINATION

21   BY MR. BECK:

22       Q.   Good morning, Mr. Clark.

23       A.   How you doing, Mr. Beck?

24       Q.   Fine, Mr. Clark.  Are you now -- we had

25   some problems with the computer yesterday, so it's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   working now.  Are you now or have you ever been a

 2   member of the Syndicato de Nuevo Mexico prison gang?

 3        A.   Yes, I have.  Yes, I am.

 4        Q.   When were you brought into the SNM?

 5        A.   '97, '98.

 6        Q.   Where were you?

 7        A.   I was in Southern New Mexico Correctional

 8   Facility.

 9        Q.   And who brought you into the gang?

10        A.   Ruben Hinojos; James, Night Owl; and Flaco

11   from Espanola.

12        Q.   How were you recruited to join the SNM?

13        A.   I was looked at for a while first, see if

14   I was worthy of becoming a member.  And once the SNM

15   saw that I was worthy.

16        Q.   In your opinion, how did they see you were

17   worthy?  What did you do, do you think?

18        A.   Well, I was doing a lot of bad stuff, you

19   know.  I was fighting a lot, and I had already

20   stabbed somebody.  I had already broke some guy's

21   neck in Texas, you know.  I was a bad guy, you know.

22        Q.   And those assaults and the stabbing and

23   breaking the neck -- did that all happen in prison?

24        A.   That all happened in prison, yes.

25        Q.   Before you joined the SNM -- well, let me

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                1-800-669-9492
                                                     e-mail: info@litsupport.com

```
 1    ask you this.  Where were you when you joined the
 2    SNM prison gang?
 3         A.   I was in Southern New Mexico Correctional
 4    Facility when I actually joined.  I was being looked
 5    at from somebody from out of state in Arizona, in
 6    Florence, by another guy, Julian Martinez.  And he
 7    was the one pushing for me to become SNM.  There was
 8    other people that wanted me to become SNM, as well.
 9    They thought I was a down youngster, you know.
10         Q.   And what did you know about the SNM at the
11    time?
12         A.   I knew they were killers, they ran the
13    prison, they ran the drugs.  They ran everything.
14         Q.   Before you joined the SNM prison gang,
15    were you a member of a gang on the streets?
16         A.   Yes, I was South Side Royal Knights from
17    Las Cruces.
18         Q.   And when did you join that gang?
19         A.   1993.  '92, '93.  My family has always
20    been from that gang, you know, so it was just an
21    easy step.
22         Q.   Have you ever heard of earning your bones
23    or earning your huesos?
24         A.   Yes.
25         Q.   What does that mean?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That means stabbing people or killing
 2   people.  You got to draw blood.  It's a big deal,
 3   you know.  It's not something -- it's not something
 4   that -- it's not like beating somebody up, you know.
 5   You have to hurt somebody real bad.  You've got to
 6   try to kill them.  That's earning your bones.
 7        Q.    And is that a requirement to become sort
 8   of a fully respected member of the SNM?
 9        A.    You have to do that to become a fully
10   respected SNM member.  Otherwise, you're still a
11   prospect.
12        Q.    What did you do to earn your bones?
13        A.    I stabbed Junior, Leroy Torrez.  He was
14   one of the leaders of the SNM at the time.
15        Q.    Where did that take place?
16        A.    In Santa Fe, South facility.
17        Q.    And who ordered that hit?
18        A.    It came from the top, Angel, Felipe
19   Cordova, Marty Barros, Gerald Archuleta, Rupert
20   Zamora.  They sent word to the South from the North
21   facility.
22        Q.    Is that -- you said Angel.  Is that Angel
23   Munoz?
24        A.    Yes, Angel Munoz.
25        Q.    And what was his position in the gang at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the time that he called it?

2        A.    He was Number 1.

3        Q.    What are some of the rules in the SNM Gang

4    that you know of?

5        A.    Well, I'm breaking the biggest rule.

6        Q.    Which is?

7        A.    Don't rat.

8        Q.    You talked about earning your bones.

9    What's that rule?

10        A.    That's -- okay.  So if the SNM gives me a

11    mission, and they say, "Look, I want this guy dead,"

12    if I don't do it, I'm breaking the rules; they're

13    going to kill me.

14        Q.    Do you -- within the SNM, do you have a

15    way to refer to that, refer to what happens if you

16    don't go through with that?  Or if a member PCs,

17    what do you call that?

18        A.    I don't understand.

19        Q.    Sure.  What does PC mean?

20        A.    Protective custody.  It means you left,

21    you left, you asked the cops to help you be safe, to

22    get away from where you're at.  They have a

23    different facility for that.

24        Q.    Have you ever heard the term "dropping a

25    flag"?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    Yeah, dropping a flag, yes.

 2        Q.    What does that mean?

 3        A.    It means you drop the flag, it means you

 4  didn't do what you were supposed to, you bowed down,

 5  you know.  Okay, so let's say I'm by myself, and

 6  there's four or five guys that are my enemies, and

 7  they come hit me up, and they're, "You're SNM."

 8             And I'm, like, "No, man, I ain't SNM."

 9  You know, I'm dropping the flag.  I'm dropping the

10  bandera, you know.  I'm not representing what I'm

11  supposed to represent.  And by doing that, I'm

12  giving myself a death sentence with my friends,

13  because I'm expected to be something, to do

14  something, to be somebody, to do something; you

15  know, I'm expected to get killed by my enemies, if I

16  have to get killed by my enemies.  It's a big deal

17  to drop the flag.

18        Q.    So is it a rule in the SNM that you

19  represent SNM no matter what?

20        A.    Yes.

21        Q.    As a member of the SNM where does it rank

22  in a list of priorities?

23        A.    That's your number one priority.  That's

24  your everything.  Comes before family, comes before

25  friends, it's your life.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Does the SNM have any symbols or tattoos
2   associated with it?
3      A.   Yes.  It's the New Mexico symbol with the
4   S inside of it.  A few of us started getting the sun
5   god.
6      Q.   What does the sun god represent?
7      A.   It's the Mayan calendar.  It's the sun
8   god.  It just represents the sun, like the Zia, and
9   then the tongue is supposed to be a dagger.  And in
10  the Mayan culture, that dagger is used to pierce
11  blood, and the blood is supposed to keep the world
12  moving around.  So for me, I had pierced blood.  I
13  had earned my bones, and for me, that's what that
14  symbol represented.  Then there was a couple other
15  guys that -- we felt the same way.
16     Q.   Who were some of those guys who felt the
17  same way and got the tattoo?
18     A.   Jesse Trujillo; Edward Troup has one;
19  Javier Alonso.  Let me see.  Isaac Saavedra.
20     Q.   And are all those SNM members?
21     A.   Yes, those are all my brothers.
22     Q.   And you said Edward Troup.  Do you see
23  Edward Troup in the courtroom?
24     A.   Yes, he's sitting over there next to the
25  lady in red with glasses on.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1          MR. BECK:  Let the record reflect

2    identification of defendant Edward Troup.

3          THE COURT:  The record will so reflect.

4    BY MR. BECK:

5      Q.   I'm going to show you a couple of photos

6    here, Mr. Clark.  I think they're in evidence.  I'm

7    going to start with 297.  Is that a picture of you

8    taken when you were arrested in this case in

9    December of 2015?

10     A.   Yes, sir.

11     Q.   I'm going to show you Exhibit 299, which

12   is not in evidence, so one moment.

13         MR. BECK:  Your Honor, the United States

14   moves to admit Government's Exhibit 299 without

15   objection.

16         THE COURT:  Any objection from the

17   defendants?  Not seeing or hearing any, Government's

18   Exhibit 299 will be admitted into evidence.

19         (Government Exhibit 299 admitted.)

20   BY MR. BECK:

21     Q.   I'm going to show you what's now been

22   admitted as Government's Exhibit 299, Mr. Clark.

23   What's in this photograph?

24     A.   That's the Mayan sun god tattoos on my

25   arm.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                     1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   So this is your arm, the tattoo you were

2   just showing the members of the jury; right?

3       A.   Yes, sir.

4       Q.   And is this, what I've just drawn an arrow

5   to, is that the dagger tongue you were referring to?

6       A.   Yes, sir.

7            MR. BECK:  May I have a moment, Your

8   Honor?

9            THE COURT:  You may.

10            MR. BECK:  Your Honor, the United States

11   moves to admit Government's Exhibit 190, I think

12   without objection.

13            THE COURT:  Any objection?  Not hearing or

14   seeing any objection, Government's Exhibit 190 will

15   be admitted into evidence.

16            (Government Exhibit 190 admitted.)

17   BY MR. BECK:

18       Q.   I'm going to show you Government's Exhibit

19   185, Mr. Clark.  Do you recognize that as Mr. Troup,

20   whom you just pointed out?

21       A.   Yes, sir.

22       Q.   I'm going to show you Government's Exhibit

23   190 now.  Let me ask you, we saw a photo of your --

24   the tattoo on your arm.  When you were arrested on

25   December 3rd of 2015, did the agents and officers

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492



1    who arrested you take pictures of all your tattoos?

2         A.   Yes, sir.

3         Q.   Did they do that with all the defendants

4    that they arrested at that point?

5         A.   I believe so.

6         Q.   Do you recognize what's in Exhibit 190?

7         A.   That's a tattoo on Edward Troup's wrist.

8         Q.   Is that the sun god with the dagger tongue

9    like yours?

10        A.   Yes, sir.

11        Q.   I want to talk to you a little bit about

12   the SNM's drug trafficking activities.  Did the SNM

13   traffic in drugs in prison and on the streets?

14        A.   Yes, sir.

15        Q.   And have you participated in drug

16   trafficking as a member of the SNM?

17        A.   Yes, sir.

18        Q.   What is a hitter?

19        A.   That's someone that hits drugs.  You know,

20   a hit -- you get a hit, catch a lick.  You know what

21   I mean?  The hitters are the ones that have access

22   to drugs on the streets that people help them get

23   drugs into the facilities.  That's a hitter.

24        Q.   While you were a member of the SNM in

25   prison, were you considered a hitter?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, I was.

2        Q.    Did you bring drugs into facilities where

3    you were incarcerated?

4        A.    Yes, I did.

5        Q.    How did you do that?

6        A.    Different ways.  I had COs bring me drugs

7    at times.  Paid officers.  The latest way was mostly

8    through the mail.  We would traffic in Suboxones.

9    It's a drug that is supposed to help you get off of

10   heroin or opiates, but it gets you high, and we

11   would paste them on envelopes or on legal papers.

12   We would make double copies, cut out squares, glue

13   the Suboxones onto the paper, and then use the copy

14   of the same paper, a little square, and glue that on

15   top of that, and we would get in 60 Suboxones at a

16   time.  One Suboxone would go for $100 in prison, at

17   least $100.  Now it's about $150, and you could buy

18   them on the streets for $5 each.

19       Q.    How did you and other inmates exchange

20   money?  Did they hand you cash?  Was there some way

21   you did it on the outside?  How did that happen?

22       A.    We had our people on the outside send

23   money.  There's different ways, you know.  You could

24   have them send money to your books.  Or the way that

25   I would do it was, I would have them Western Union

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                   1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  money to my family, or we had green dot cards from

2  Walmart, and we would have people get green dot

3  cards, and they would send their money to our green

4  dot card, and it was a little cleaner transaction

5  because there was nobody listening or watching with

6  that transaction.

7       Q.   As an SNM member, if you brought drugs

8  into the facility where there were other SNM

9  members, what were you supposed to do with the

10  drugs?

11      A.   Well, supposed to give some back to the

12  brothers.  You know, you give an issue back to the

13  brothers, and you make your money.  You know?  And

14  with that money, you take care of your brothers that

15  are around you.  You know what I mean?  We're all

16  drug addicts, so everybody wants to get high, so you

17  give about a third back to the ride.

18      Q.   Do you know an SNM member named Arturo

19  Garcia?

20      A.   Yes.  Yes, I do.

21      Q.   Does he go by any other names in the SNM?

22      A.   Shotgun.  Shotgun, Shorty, Chopper number

23  2, Governor.

24      Q.   What was his position in the SNM?

25      A.   He was top dog.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                            1-800-669-9492
                                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Have you ever heard of the tabla?

 2        A.    Yes, I have.

 3        Q.    Did Mr. Arturo Garcia have a position on

 4   the tabla?

 5        A.    Yes, he did.

 6        Q.    Have you ever brought in drugs into the

 7   facility with Arturo Garcia?

 8        A.    Yes, I have.

 9        Q.    Tell the jury about that.

10        A.    Back in 2004, we brought in a quarter

11   ounce of cocaine.  The CO ended up doing the

12   cocaine, and so we stabbed -- we had the guy stabbed

13   that was supposed to bring in the drugs, because he

14   didn't bring in our dope.

15        Q.    And who was that guy that you got stabbed?

16        A.    His name was Bandit.  He was a Sureno.

17        Q.    And who ordered that stabbing?

18        A.    Me and Arturo.

19        Q.    And who stabbed Bandit?

20        A.    Spider.

21        Q.    Does Spider go by the name David Calbert?

22        A.    Yes, he does.

23        Q.    Was he an SNM member?

24        A.    Yes, he was.

25        Q.    And where was he stabbed?  At what
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  facility was he stabbed?

 2       A.   At the North facility, lockdown facility.

 3  He got out of his cuffs -- well, he jumped over his

 4  cuffs.  He had a shank.

 5       Q.   When you say, "He jumped out of his cuffs

 6  and had a shank," who was that?

 7       A.   Spider.  He had a shank looped around his

 8  neck, and he squatted down, jumped over his

 9  handcuffs, pulled out the shank, and stabbed Bandit

10  in the neck pretty bad, and then he stabbed him in

11  the stomach, and he got him pretty good.  He almost

12  killed him.

13       Q.   Does the SNM engage in, to your knowledge,

14  extorting inmates for money?

15       A.   We have.

16       Q.   All right.  Do you know an inmate named

17  Sammy Chavez?

18       A.   Yes, I do.

19       Q.   Tell us about -- did the SNM extort money

20  out of Sammy Chavez?

21       A.   Arturo Garcia did.

22       Q.   Tell us about that.

23       A.   Well, it's a long story.  It's hard to

24  explain because --

25       Q.   How did it start for you, when you found
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                            1-800-669-9492
                                                     e-mail: info@litsupport.com



1  out that Arturo Garcia was extorting money out of

2  Sammy Chavez?

3      A.   Well, we were having a power struggle

4  within the SNM after I stabbed Junior.  Chaparro was

5  trying to take over the SNM.  He was one of the

6  tabla members at the time.  And Gerald Archuleta,

7  Styx, was on the other side with Angel Munoz and

8  Marty Barros and Felipe Cordova.  So when I stabbed

9  Junior, who was a high-ranking -- he was on the

10  tabla -- he was a high-ranking SNMer -- it started a

11  war.  Chaparro sent Miguel to Hobbs, to the facility

12  I was at, and had Miguel order a hit on me.  So

13  Sammy Chavez tried to stab me.  He didn't succeed.

14  He showed me the knife and he took off running.

15      Q.   What happened after Sammy Chavez tried to

16  stab you?

17      A.   He ended up picking up nine years.  He

18  threw the shank under someone's cell door.  The guy

19  gave it back to the CO and testified against Sammy

20  for throwing the shank under his door.  We ended up

21  at the North facility and I was on a different crew.

22  You know, I'm with different guys in the SNM.  So

23  even though he tried to stab me, he didn't do

24  nothing.  I was still good with my brothers.  I was

25  putting in work, you know, I was stabbing people, I

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  was having people killed.  And I talked to Arturo

2  Garcia and Gerald Archuleta about Sammy Chavez, and

3  I told them I wanted to kill him.

4      Q.   And what did they say when you told them

5  you wanted to kill Sammy Chavez?

6      A.   They told me not to kill him.

7           MR. GRANBERG:  Objection, hearsay.

8           THE COURT:  Is he talking about Arturo

9  Garcia?

10          THE WITNESS:  Yes, I'm talking about

11  Arturo Garcia.

12  BY MR. BECK:

13      Q.   So what did Arturo Garcia say when you

14  told him you wanted to kill Sammy Chavez?

15      A.   He told me not to kill him; that Sammy was

16  sending him money.  He told me to do it for him.

17      Q.   So how much money, if you know, was Sammy

18  Chavez sending Arturo Garcia so that you would not

19  kill him?

20      A.   He was probably sending about 50 bucks a

21  month.  His grandma was sending it.  He gave a gold

22  necklace to Samuel Silva.  They were my friends.

23  They were my road dogs.  And he used them to come

24  talk to me, to stop me from having him killed.

25      Q.   At some point, if you know, did that

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492
                                                                               1-800-669-9492



```
 1   payment stop?

 2        A.   Yes, my understanding is when Sammy got

 3   out --

 4             MR. BLACKBURN:  Objection, Your Honor.  He

 5   doesn't have personal knowledge.

 6        Q.   Sure.  Did Arturo Garcia -- let me ask a

 7   different question.  Did Arturo Garcia tell you that

 8   those payments stopped?

 9        A.   No.

10        Q.   Okay.

11        A.   James Garcia told me.

12        Q.   Okay.  That answers my question.  Is James

13   Garcia an SNM member?

14        A.   Yes.  That's Daffy.

15             MR. BECK:  May I have a moment, Your

16   Honor?  I seem to have lost one thing.

17        Q.   I'm going to now Government's Exhibit 826.

18   Mr. Clark, do you recognize this as an aerial

19   depiction of the Penitentiary of New Mexico in

20   Santa Fe?

21        A.   Yes.  Yes, sir.

22        Q.   And so when you talked about getting to

23   the facility with Sammy Chavez and Arturo Garcia,

24   which facility was that?

25        A.   We were at the North facility.
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                  1-800-669-9492
                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1       Q.   And is that depicted on Government's

 2   Exhibit 826 at the top where it's labeled the North

 3   facility?

 4       A.   Yes, sir.

 5       Q.   And I'll show you Government's Exhibit

 6   828.  Do you recognize this as a close-up of the PNM

 7   North facility from the aerial view?

 8       A.   Yes, sir.

 9       Q.   And what level inmates are housed at the

10   PNM North facility here?

11       A.   Level 6, maximum security.

12       Q.   I'm going to show you Government's Exhibit

13   291, which is a penitentiary pack.

14            MR. BECK:  Your Honor, may we approach?

15            THE COURT:  You may.

16            (The following proceedings were held at

17   the bench.)

18            MR. BECK:  Your Honor, it was brought to

19   my attention by Mr. Blackburn -- I think it was

20   Mr. Blackburn -- a couple things on Ben Clark's J&S

21   for the charge for which I believe he's still

22   incarcerated, in '97, his defense attorney was Jeff

23   Lahann.  I didn't realize that until today.  I have

24   concerns.  It appears to me that Jeff Lahann is not

25   cross-examining him.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                           BEAN                               e-mail: info@litsupport.com
                         & ASSOCIATES, Inc.
                         PROFESSIONAL COURT
                           REPORTING SERVICE

```
1              MR. SHATTUCK:  We're not going to
2    cross-examine him.
3              MR. BECK:  I didn't realize it, or we
4    would have taken care of it earlier.  At least for
5    the present time, he's on the stand, we're where we
6    are, and I don't want to show this to the jury
7    because I don't want the jury to see Jeff Lahann's
8    name on the J&S for the present time.
9              MR. SHATTUCK:  We could redact it.
10             THE COURT:  Okay.
11             MR. BECK:  I'm happy to, and I will.  But
12   when I told her to put it on the screen, I realized
13   that wasn't going to work, so I'm going to ask
14   him --
15             THE COURT:  Can you just use the Elmo?
16   Got a blackout -- Ms. Bevel, do you have one of
17   those blackout pens, real heavy-duty Magic Marker?
18   Why don't you switch over to the Elmo?
19             MR. BECK:  Sure.
20             THE COURT:  And you're independently
21   making a call here; if you need to cross, you'll
22   cross?
23             MR. SHATTUCK:  If we need to cross at all,
24   I will do it.
25             THE COURT:  Mr. Lahann is purposely not
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   here.  We may have to sort this out later, but right
 2   now keep moving.  Okay.  Does that work?
 3             MR. BECK:  That works.
 4             THE COURT:  All right.  Thank you.
 5             MR. BLACKBURN:  That was an issue that
 6   came up.  We talked to Mr. Beck this morning to say
 7   that we thought he needed to redact that.  That's
 8   how it came up.
 9             THE COURT:  I saw y'all over there.
10             MR. BLACKBURN:  That's when it happened.
11             MR. SHATTUCK:  And we're not going to mess
12   with it and we did a lot of talk on it before and we
13   don't think there is any problem.
14             (The following proceedings were held in
15   open court.)
16             THE COURT:  All right, Mr. Beck.
17   BY MR. BECK:
18        Q.   Mr. Clark, I'm showing you Government's
19   Exhibit 291, which is your pen pack from the New
20   Mexico Corrections Department.  Have you ever seen
21   this document before?
22        A.   I don't think I have.
23        Q.   And that's your name and your New Mexico
24   Corrections Department inmate number on the front of
25   that document?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

27

1     A.   Yes, sir -- no, I haven't seen this.

2     Q.   I'm going to turn to page Bates 8706 of

3  this document.  Have you seen this document before?

4     A.   Yes, I have.

5     Q.   Is this a judgment, sentence, and

6  commitment for a guilty plea by you?

7     A.   Yes, it is.

8     Q.   And after your guilty plea, were you

9  convicted of multiple counts of armed robbery?

10    A.   Yes, I was.

11    Q.   And was that in 1997 that you were

12  convicted?

13    A.   Yes, it was 1997.

14    Q.   Were you sentenced for Count 1 to a term

15  of imprisonment of nine years?

16    A.   Yes, I was.

17    Q.   And to Count 3 for a term of imprisonment

18  nine years?

19    A.   Yes, I was.

20    Q.   Were those run consecutively for 18 years

21  total, for cause number CR 96-597?

22    A.   Yes, it was.

23    Q.   And then were you also, for Count 1 in

24  cause number 96147, sentenced to nine years?

25    A.   Yes, I was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Is that to run consecutive?

2       A.    Yes.  Yes, it was.

3       Q.    So is that a total of 27 years'

4  imprisonment?

5       A.    Yes, sir.

6       Q.    And is that the total term of imprisonment

7  that you were sentenced to in 1997 for this guilty

8  plea?

9       A.    Yes, it was, sir.

10      Q.    Is that 27-year sentence the sentence that

11  you were serving when you were arrested in this case

12  in December of 2015?

13      A.    Yes, it was.

14      Q.    I want to talk to you about some other

15  crimes for the SNM that you've been involved in.  In

16  2005 were you involved in an assault of John Bruner?

17      A.    Yes, I was.

18      Q.    And who called that assault?

19      A.    Arturo Garcia and Gerald Archuleta.

20      Q.    Is Gerald Archuleta also known as Styx?

21      A.    Yes, he is, sir.

22      Q.    Why was there a hit called on John Bruner?

23      A.    In 1999 a guy by the name of John Price --

24  and I don't remember the guy's name -- but they

25  killed one of our brothers.  And one of them was

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    from Utah.  John Bruner was from Utah.  They were

2    from the same click.  They were Aryan -- Aryan

3    Nation or something.  Supreme white power.  And we

4    were at war with these guys.

5          We had the opportunity to get John Bruner.

6    He happened to be in our pod.  I sent word to Arturo

7    Garcia and Gerald Archuleta.  They sent me letters

8    back telling me to hook him up with Little Mama,

9    which was a term that we used to have someone

10   stabbed.

11         So I made a shank.  I gave it to Mauricio

12   Varela.  He stabbed John Bruner in the back two or

13   three times.  He ran upstairs and gave me the shank.

14   I stuck it inside the wall.  I had made a hole in my

15   wall, inside the vent, and I threw it in the vent

16   and the shank disappeared.

17       Q.   I'm going to show you Government's Exhibit

18   827.  Do you recognize this as the South facility at

19   the Penitentiary of New Mexico in Santa Fe?

20       A.   Yes, sir, I do.

21       Q.   And in which pod were you in 2005 when the

22   hit on John Bruner happened?

23       A.   We were in U pod.

24       Q.   Do you know where that is in Government's

25   Exhibit 827?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I do.
 2        Q.   You can touch your screen and circle it on
 3   there.
 4        A.   Okay.  So this is 3B.  And it's in that
 5   building right there.
 6        Q.   You said that John Bruner and John Price
 7   killed an SNM member.  Was that SNM member --
 8        A.   John Bruner didn't.  Paul Payne and John
 9   Price.  Paul Payne was from Utah.  They were part of
10   an Aryan organization, and John Bruner was from
11   Utah.  They were out-of-state compacts, and they
12   started a Supreme White Power in New Mexico, which
13   was another Aryan offshoot of whatever Aryan gang
14   that they were a part of.  And they started that in
15   New Mexico.  We were at war with these guys pretty
16   badly.  They stabbed a few of us, we stabbed a few
17   of them, and then they killed our brother,
18   Presidente, that had been in Hobbs in 1999.
19        Q.   So if I understand, then, it wasn't John
20   Bruner who participated in killing Presidente?
21        A.   No, but he was part of the organization
22   that killed our brother.
23        Q.   So as an SNM member, were you expected
24   to --
25        A.   We were expected to kill him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Because they were a rival gang member; is
 2  that right?
 3      A.   Yes, because -- and they killed our
 4  brother.
 5      Q.   You said that you sent a letter to Arturo
 6  Garcia to let him know Mr. Bruner was there; is that
 7  right?
 8      A.   Yes, I did.
 9      Q.   And I think you talked a little bit about
10  this, but to your knowledge, does the Corrections
11  Department scan and review SNM members' mail
12  outgoing and in going at facilities?
13      A.   I believe they do.
14      Q.   So how did you communicate to Arturo
15  Garcia that Bruner was there and how did he
16  communicate that he should be taken out?
17      A.   Well, like I said, I wrote him a letter
18  and I told him, "Yeah, the homie John Bruner, he's
19  from Utah, Paul Payne told me.  Do you want me to
20  holler at him, something like that?  You know what I
21  mean?"
22           It's different language, you know, for
23  different things.  But I let him know that John
24  Bruner was with us.  And he sent me a letter back.
25  He sent me, like, two or three letters back because
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   we were taking our time with it, and telling me,

2   "Hey, the first one, hook the homie up with Little

3   Mama."  The last one was something like, "Why hasn't

4   Little Mama talked to homie?"

5        Q.   What does "hook up with Little Mama" mean?

6        A.   That means to stab somebody.  That means

7   to hit them.  That means to kill them.  Little Mama

8   was our term for our shanks.  We'd make a shank and

9   we'd name it Little Mama, and when you hook them up

10  with Little Mama, you're hooking him up with Little

11  Mama, putting Little Mama inside of him.

12       Q.   I want to talk to you about just one other

13  crime that you participated in for the SNM in 1999.

14  Did you -- were you involved in a crime with an

15  inmate known as Steven Martinez?

16       A.   Yes, I was.

17       Q.   What happened?

18       A.   He was claiming to have ordered the hit on

19  RB, Ronnie Baca, who was another guy that got killed

20  by the SNM.  And he had PC'd at the Main.  He was a

21  known confidential informant.  Julian Romero was

22  running the facility at the time, and he told me to

23  PC him, beat him up, and PC him.  It got out of hand

24  and we almost killed him.

25       Q.   So was one of the reasons Steven Martinez

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was targeted by the SNM because he was claiming that

2    he had called a murder or a hit that he really

3    hadn't?

4         A.   Yes.

5         Q.   We talked about your arrest in 2015.  Were

6    you arrested in connection with this case and your

7    participation in the murder of Fred Sanchez?

8         A.   Yes, I was.

9         Q.   Did you agree to cooperate -- when did you

10   agree to cooperate with the federal government in

11   this case?

12        A.   On December 3, the same date.

13        Q.   Why did you agree to cooperate?

14        A.   I was already done with the SNM.  I walked

15   away the year before.  I tried to go to the RPP

16   Program, which is a return to prison population, and

17   it's renouncing your ties to being a part of the

18   gang.

19        Q.   What's required to go into the RPP

20   Program?

21        A.   I have to be debriefed on my involvement

22   in the SNM.

23        Q.   Before you were -- before you decided

24   to -- sorry.  What year was this that you tried to

25   get into RPP?



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.                                        1-800-669-9492
PROFESSIONAL COURT                                   e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        A.    I believe in 2014.

 2        Q.    And what happens to an SNM member when

 3   they go -- try to go into the RPP and are debriefed

 4   by corrections officers?

 5        A.    I gave myself a death sentence.

 6        Q.    Were you accepted into the RPP Program?

 7        A.    No, I wasn't.

 8        Q.    So let me ask you this question.  Before

 9   2014, approximately how many assaults and stabbings

10   had you participated in for the SNM?

11        A.    I can't tell you.  There's just too many.

12        Q.    Before 2014 at some point were you a

13   high-ranking member in the SNM?

14        A.    I was a member of the tabla at one point.

15        Q.    Did you debrief in 2014 with the

16   corrections officers trying to get into RPP?

17        A.    Somewhat.

18        Q.    Why do you think you weren't accepted to

19   RPP?

20        A.    They thought I was going to go into their

21   program and stab other SNM members.

22        Q.    Since cooperating with the federal

23   government in this case, were you signed up as a

24   confidential human source?

25        A.    Yes, I was.
```

SANTA FE OFFICE                                               MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And were you paid for information that you

2   gave to the federal government about the SNM and

3   other matters?

4      A.    I was given some money.

5      Q.    Was that approximately $750?

6      A.    Somewhere around there.  I can't say for

7   sure, but it sounds about right.

8      Q.    Were you provided other benefits as a

9   confidential human source in this case?

10     A.    Not really.  I mean --

11     Q.    Let me ask this.  Did you get to attend a

12  holiday party with family members where there was

13  pizza and drinks?

14     A.    Yes.  Yes, we did.

15     Q.    And did you participate in philosophy

16  classes at the Penitentiary of New Mexico?

17     A.    Yes, I did.

18     Q.    And were you allowed tier time with other

19  inmates, even though you were a Level 6 inmate?

20     A.    Yes, I was.

21     Q.    Did these payments as a confidential human

22  source -- let me ask, were you -- at some point was

23  your confidential human source status revoked by the

24  FBI?

25     A.    Yes, it was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Why was that?

2      A.    I was given a contact visit with my girl,

3  and we kissed and touched too much, and I got booted

4  out of the confidential human source.

5      Q.    Were you allowed to -- well, were you

6  allowed contact visits when you were cooperating?

7      A.    Yes, I was.

8      Q.    And were you allowed to kiss and touch

9  your girl?

10     A.    We were allowed to have one kiss before

11 and after the visit, but --

12     Q.    Did you go beyond that?

13     A.    We went beyond that.  We kissed and

14 touched and petted each other for the duration of

15 the visit.

16     Q.    While you've been -- since you agreed to

17 cooperate before testifying here today, have you

18 done drugs while you were incarcerated?

19     A.    Yes, I have.

20     Q.    What drugs did you do?

21     A.    I've done Suboxone, meth.  I've had the

22 opportunity to do other drugs, but I just don't get

23 into them.

24     Q.    Did you do heroin and weed when you were

25 incarcerated in Sandoval County?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yeah, I did.  I had.  But I don't smoke

 2   weed, so -- I got weed, but I don't smoke weed.

 3        Q.   Did you provide -- let me ask, did you

 4   provide drugs to other inmates incarcerated with

 5   you?

 6        A.   Well --

 7        Q.   I guess what I'm asking is:  If you had

 8   weed and you didn't smoke weed, what did you do with

 9   it?

10        A.   I gave it to the guys.

11        Q.   And are those other SNM members who were

12   cooperating with the federal government in these SNM

13   cases?

14        A.   Yes, it is.

15        Q.   And did you know that -- did the federal

16   government know that you were bringing in drugs and

17   doing drugs?

18        A.   I wasn't bringing in drugs, but I was

19   getting drugs.  And no, they didn't know, but they

20   found out later, eventually.

21        Q.   Did you have a tablet in connection with

22   this case?

23        A.   Yes, I did.

24        Q.   And what was the purpose of the tablet, to

25   your understanding?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It was for our discovery of our case.

 2        Q.    At some point did you tamper with and

 3   reset that tablet?

 4        A.    Yes, I did.

 5        Q.    What happened to the discovery on the

 6   tablet when you did that?

 7        A.    It got erased.

 8        Q.    And what did you do with your tablet after

 9   it was reset?

10        A.    I logged on to Wi-Fi, to Walmart Wi-Fi.  I

11   accessed porn, I got on Facebook, and I got on

12   G-mail.

13        Q.    Did you know you were abusing the tablet

14   when you did that?

15        A.    Yes, I did.

16        Q.    At some point did you tell Special Agent

17   Acee that the cooperators, including yourself, had

18   tampered with the tablets?

19        A.    Yes, I did.  I knew I was doing wrong and

20   I went to Mr. Acee and I told him, "Look, we're

21   messing up.  This is what's going on.  I tampered

22   with my tablet."

23        Q.    And what happened after that?

24        A.    I sent Mr. Acee an email showing him the

25   tablet was compromised and our tablets were
```

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                    Albuquerque, NM 87102
(505) 989-4949                                                                                    (505) 843-9494
FAX (505) 843-9492                                                                    FAX (505) 843-9492
                                                                                          1-800-669-9492
PROFESSIONAL COURT                                                            e-mail: info@litsupport.com
REPORTING SERVICE



BEAN & ASSOCIATES, Inc.

```
 1  confiscated.
 2       Q.   Since your tablets were confiscated, have
 3  you received them back?
 4       A.   No, I haven't.
 5       Q.   Mr. Clark, I'd like to turn your attention
 6  to June of 2007.  Where were you incarcerated in
 7  June of 2007?
 8       A.   I was in the Southern New Mexico
 9  Correctional Facility.
10       Q.   Which pod were you in?
11       A.   In the beginning I was in J-1 green pod,
12  which is now 1-A.
13       Q.   I'm going to show you -- I'm going to show
14  you Exhibit 649.  Do you recognize this as an aerial
15  view of the Southern New Mexico Correctional
16  Facility?
17       A.   Yes, I do.
18       Q.   Let me ask you.  You talked about housing
19  unit 1-A green pod.  Where is that in Exhibit 649?
20       A.   Okay.  This is 1-A, and this is green pod.
21       Q.   And in June of 2007, sort of the middle of
22  June, were you housed in 1-A blue pod?
23       A.   I mean blue pod.  Excuse me.  I was in
24  green pod in 2014, '13, and '12.  So you know, I've
25  been in that facility a long time.  So I get
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  confused with the colors.

 2      Q.   I'll show you Government's Exhibit 281.

 3  Actually, that's fine.  Do you recognize Exhibit 281

 4  as a diagram of housing unit 1-A at Southern?

 5      A.   Yes, I do.

 6      Q.   And I think you pointed before to this

 7  portion and called it green pod.  Is that actually

 8  blue pod?

 9      A.   That's where I was housed at, yes.  Sorry.

10      Q.   Which cell were you housed in in June of

11  2007?

12      A.   I was on the bottom tier, right here.

13      Q.   And I'm going to show you Government's

14  Exhibit 249.  Do you recognize what's depicted in

15  Exhibit 249?

16      A.   Yes, I do.

17      Q.   And what is that?

18      A.   That's blue pod.

19      Q.   Which cell were you in in June of 2007?

20      A.   This one right here.

21      Q.   So you circled the bottom tier, second

22  from the left; is that right?

23      A.   Yes, sir.

24      Q.   What cell number is that?

25      A.   110.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   I'm going to take you back to Exhibit 281.
 2  In June of 2007, was housing unit 1-A at Southern an
 3  SNM housing unit?
 4      A.   Yes, the whole 1-A was all SNM.
 5      Q.   At the time in the SNM -- let me ask you,
 6  are there leaders at each prison?
 7      A.   Yes, there is.
 8      Q.   And then within each prison are there
 9  leaders in each pod?
10      A.   Yes, there is.
11      Q.   And so you were in blue pod.  Who was the
12  leader in yellow pod or who were the leaders?
13      A.   At that time it was Loco, Paul Silva.
14      Q.   And then how about green pod?
15      A.    It was Frankie G, Frankie Gonzalez; and
16  Ernest Guerrero, Ern Dog.
17      Q.   Are these leaders referred to by any other
18  names within the SNM?
19      A.   Yes, I just mentioned them.
20      Q.   Have you ever heard the term llaveros or
21  key holders?
22      A.   Yes, they were the llaveros, yes.
23      Q.   And then in blue pod, in your pod, who
24  were the leaders or who was the leader?
25      A.   I was the leader in blue pod.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com



1    Q.   While you were the leader at Southern New

2  Mexico Correctional Facility, did you ever -- let me

3  ask you this.  What is -- when I say paperwork, what

4  is paperwork to you?

5    A.   Okay.  So when someone does what I'm

6  doing, when they make statements to the police, it

7  comes out on paperwork, the statement that they

8  made.  That shows that they're a rat.  They violated

9  the rules, and according to our rules, that guy has

10  to die.

11    Q.   At some point when you were at Southern

12  New Mexico Correctional Facility in June of 2007 or

13  around the summer of 2007, did you receive paperwork

14  on someone you knew as Fred Dawg or Fred Sanchez?

15    A.   Yes, I did.

16    Q.   Who is Fred Dawg or Fred Sanchez?

17    A.   He was a respected member from the SNM.

18  He was on and off the tabla for years.  He had

19  murdered someone in the late '80s, I believe in the

20  joint; a Texas syndicate member.  He was my friend.

21    Q.   How did you come to receive paperwork for

22  Fred Sanchez?

23    A.   Kyle Dwyer brought the paperwork and he

24  gave it to me.

25    Q.   Who is Kyle Dwyer?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He's an SNM member.  He's also known as

 2   Loco.

 3        Q.    How did he give you the paperwork?  What

 4   happened?

 5        A.    He arrived at the facility and he was

 6   trying to give the paperwork to Ruben Hernandez.  I

 7   intervened.  I got the paperwork and I told him,

 8   "What are you doing, giving this to these guys?

 9   You're supposed to give it to me."

10        Q.    Why did you not want Ruben Hernandez to

11   take the paperwork?  Why did you want to take it?

12        A.    Because I didn't believe he was solid.  In

13   fact, I knew he was weak, and I didn't want him to

14   know about anything going on deep within the SNM.

15        Q.    I want to take you back to Exhibit 249.

16   Where was Kyle Dwyer in this photograph?  Where was

17   Kyle Dwyer when you received the paperwork from him?

18        A.    Kyle Dwyer was in 101.  Ruben Hernandez

19   was in 109, and we were right here in front of his

20   cell when he gave me the paperwork.

21        Q.    Was he in orientation when he gave you the

22   paperwork?

23        A.    Yes, he was in orientation.

24        Q.    What's orientation?

25        A.    They stay in their cell for three days to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  see if they get along with the guys in the pod.  And

2  after three days, they'll release them in the pod.

3           THE COURT:  Mr. Beck, that 281 that you

4  had up.  I don't think that's in evidence.  Does

5  anyone object?  Do you want to move it into

6  evidence?

7           MR. BECK:  I saw it on the transcript from

8  last night as moved in with Norman Rhoades.

9           THE COURT:  We only went up to 264 with

10 Mr. Rhoades.  So I don't think we had 281.  Any

11 objection to 281?  Do you want to move it?

12          MR. BECK:  Yes, Your Honor.  The United

13 States moves 281.

14          THE COURT:  Not hearing any objection,

15 Government's Exhibit 281 will be admitted into

16 evidence.

17          (Government Exhibit 281 admitted

18 previously.)

19          MR. BECK:  I apologize, Your Honor.  There

20 was a lot on that list, and I thought I wrote them

21 down last night, but...

22 BY MR. BECK:

23    Q.   When you received the paperwork from Mr.

24 Dwyer, what did he tell you about the paperwork when

25 you grabbed it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He told me Arturo said to take care of
 2  this.
 3        Q.    And who did you understand him to be
 4  referring to when he was referring to Arturo?
 5        A.    Chopper Number 2, Shotgun Shorty.
 6        Q.    Do you see Arturo Garcia in the courtroom
 7  today?
 8        A.    Yes, I do.
 9        Q.    Where is he?
10        A.    He's in the back, wearing glasses and a
11  gray suit.
12        Q.    Is he close to the gallery or close to
13  you?
14        A.    He's closer to the -- he's back right over
15  there.
16              MR. BECK:  All right.  Let the record
17  reflect the identification of the defendant Arturo
18  Garcia.
19              THE COURT:  The record will so reflect.
20  BY MR. BECK:
21        Q.    What did you do with the paperwork once
22  you received it?
23        A.    I read it, and I passed it to Paul Silva,
24  Loco.  I told him to read it, not to show nobody,
25  and to show Ern Dog, and to pass it to Ern Dog and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Frankie G.  He subsequently read it, showed

2    everybody in his pod, and then passed the paperwork

3    to Frankie G, who read the paperwork and showed

4    everybody in his pod.  And then they sent paperwork

5    back to me, and I gave it back to Kyle Dwyer and

6    told him to get rid of it.

7         Q.   I'm going to show you Government's Exhibit

8    247.  Do you recognize this as 1A-B pod?  We looked

9    at the left before, but I'm going to call this the

10   right side, 1A-B pod.

11        A.   Yes.

12        Q.   How did you pass the paperwork, I think

13   you said, to Paul Silva?

14        A.   Okay.  Right down here there is a door

15   that connects to the pod next door to yellow pod,

16   and I slid it under the door to Paul Silva.  I

17   talked to him, told him, "I got paperwork on Fred

18   Dawg here.  Check it out."

19        Q.   Put that back up.  So you circled the

20   bottom portion of this, and I see that there is a

21   cage in front of it.  On the top portion of

22   Government's Exhibit 247, there is a blue door with

23   an exit sign by it.  Do you see that?

24        A.   Yes, sir.

25        Q.   And what does that door connect to?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yellow pod.
 2        Q.   Is that door that we see on the top of
 3   Exhibit 247 identical to the door that you were
 4   trying to circle, other than it's on the top instead
 5   of the bottom?
 6        A.   Yes, it's the exact same thing.
 7        Q.   Is that a common way for members in one
 8   pod to talk to the members in the other pod?
 9        A.   Yes, that's typically how we did it.  If
10   we had our friend next door, we'd go talk to them at
11   the door.
12        Q.   And if you recall, was there a gap under
13   the door that allowed you to pass paperwork or notes
14   to each other?
15        A.   Yeah, it was a pretty big gap.
16        Q.   I'm going to show you Government's Exhibit
17   281.  So we're looking back at this diagram in 281.
18   I'm going to circle the arrows on the top and left
19   side that point to inner pod doors.  Is that the
20   door, the one on the left side, that you passed the
21   paperwork to Paul Silva?
22        A.   Yes, it is.
23        Q.   And how did Paul Silva pass the paperwork
24   to Ern Dog and Frankie G?
25        A.   The exact same way I passed it to him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So it was your understanding that it

2   worked its way into yellow pod there, and then

3   worked its way over to green pod?

4    A.   Yes, sir.

5    Q.   Eventually, I think you said, did the

6   paperwork return to you?

7    A.   Yes, it did.

8    Q.   And what did you do with it?

9    A.   I gave it back to Kyle Dwyer and I told

10  him to get rid of it.

11    Q.   What happened when Paul Silva, Ern Dog,

12  Frankie G and you saw the paperwork?  What happened

13  to Fred Dawg's status at that time?

14    A.   At that time he was marked out.

15    Q.   What does that mean?

16    A.   It means that we put a green light on him.

17  He was sentenced to death.

18    Q.   What do you remember about the paperwork?

19    A.   I remember -- I didn't really think it was

20  that bad, you know.  This guy by the name of Kiko --

21  I don't remember his real name.  His nickname was

22  Kiko.  He changed it to Frito later on, after he

23  went back to prison.  But he beat up a girl at a

24  party pretty bad.  From what the paperwork sounded,

25  he beat her up pretty bad, he smashed her down, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    she was bleeding, the cops came, and they arrested

2    Fred Sanchez.  And Fred said, "Hey, man, I didn't

3    have nothing to do with this.  This youngster beat

4    this girl up."

5              MR. GRANBERG:  Objection.

6              THE COURT:  Hold on.  Are you trying to

7    elicit this?

8              MR. BECK:  I'm not.

9              THE COURT:  Why don't you ask another

10   question then?

11   BY MR. BECK:

12       Q.   So when you looked at the -- let me ask

13   you this.  Did it appear to you to be a police

14   report?

15       A.   Yes, it was.

16       Q.   And where was it from?  What city in New

17   Mexico?

18       A.   Roswell, New Mexico.

19       Q.   And what city is Fred Sanchez, or Fred

20   Dawg, from, as far as you know?

21       A.   Roswell, New Mexico.

22       Q.   Did the paper indicate that -- I know you

23   said you thought it wasn't really much, but did it

24   indicate that Fred Sanchez had given statements to

25   law enforcement?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1      A.    Yes, it did.

2      Q.    What's the repercussion for that in the

3  SNM?

4      A.    The same thing they're going to try to do

5  to me.  It's a death sentence.

6      Q.    At some point -- let me ask you this.  Was

7  Fred Sanchez, or Fred Dawg, in housing unit 1-A at

8  Southern with you at that time?

9      A.    No, he was at the New Mexico Penitentiary

10 South facility.

11     Q.    At some point did Fred Sanchez show up at

12 the Southern New Mexico Correctional Facility?

13     A.    Yes, about two months later, a month and a

14 half later, something like that.

15     Q.    What did you think when Fred Sanchez

16 showed up?

17     A.    I thought, Oh, shit.

18     Q.    Why is that?

19     A.    Because we had to kill him.

20     Q.    What happened when he showed up?

21     A.    I talked to Jesse real quick.  Jesse

22 Trujillo was my neighbor, and I told him, "Send

23 Ruben and Raymond Rascon."  I really didn't have a

24 lot of time to talk, because I got locked up.  I had

25 maybe five, ten seconds.  I didn't really have a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   whole lot of time.
 2        Q.   So you told Jesse Trujillo to send -- what
 3   did you tell Jesse Trujillo?
 4        A.   To send Ruben and Cheeky, Raymond Rascon.
 5        Q.   Is -- Ruben Hernandez?
 6        A.   Yes.
 7        Q.   Why did you tell -- what did you mean,
 8   "Send Ruben and Raymond Rascon"?
 9        A.   To do the hit.
10        Q.   Why did you tell Jesse Trujillo to send
11   those two?
12        A.   Because I knew they wouldn't kill him.
13        Q.   Why -- you said you only had ten minutes
14   or five minutes to talk.  Why is that?
15        A.   Because I was getting locked up.
16        Q.   What do you mean by "getting locked up"?
17        A.   I was getting moved to segregation, a
18   different housing unit.
19        Q.   Why were you getting moved to segregation?
20        A.   Because I was in communication with Arturo
21   Garcia on the people that were housed at the
22   facility in our unit.  I sent him names of everybody
23   that was housed there, people that were SNM and
24   people that weren't SNM.  The code to use Little
25   Mama was getting too hot; the cops knew about it
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    already.  So I told him to change the code to a,

2    So-and-so is here.  How is his family doing?  And

3    that would be -- you know, something to that effect.

4    How is his family doing?  And that would be the code

5    to move on this guy if we needed to move on him.

6         Q.   Have you ever heard the term "roll call"?

7         A.   Yeah, roll call is just who is there, who

8    is with you.

9         Q.   Is that what you were sending to Arturo

10   Garcia?

11        A.   Yes.  He asked.  He asked it specifically

12   from Frankie Gonzales, Frankie G.  He sent him a

13   letter.  Frankie showed me the letter.  He didn't

14   want to send the information out because he didn't

15   have access.  I had a CO bringing me in cigarettes

16   and I had COs working for me at Southern New Mexico

17   at the time, and they figured I would be able to get

18   the information out without the officers knowing

19   about it.

20        Q.   Did you receive a communication back from

21   Arturo Garcia after you sent him the roll call?

22        A.   No, I never got no communication back

23   because the letter got intercepted in the mail.  We

24   were supposed to send it to Arturo's wife at the

25   time.  I had my friend, Ernest Tillerson, Bobcat --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  he got out.  I didn't want to use the cops in no way
 2  to get this information out.  So I gave him the
 3  letter, he took it out of the facility when he went
 4  home, e-mailed the letter to Arturo's wife.
 5          MR. BLACKBURN:  Objection, Your Honor,
 6  foundation.
 7          THE COURT:  Establish how he knows these
 8  things from a nonhearsay source.
 9          MR. BECK:  Sure.
10      A.   I know these things because I set it up.
11  I made it happen.
12  BY MR. BECK:
13      Q.   Sure, and I guess the question is:  Who
14  told you that these letters were intercepted on the
15  outside by his girlfriend?
16      A.   The officers told me it was intercepted,
17  because his girlfriend sent it back to the facility.
18      Q.   Okay.  That's enough, Mr. Clark.
19          So after you sent that letter and then the
20  letter was intercepted, is that why you were being
21  moved to segregation?
22      A.   Yes, for -- yes, it was.
23      Q.   And when were you moved to segregation?
24      A.   The same day that Fred Sanchez arrived at
25  Southern New Mexico Correctional Facility.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Is that why you only had a couple of
2   minutes to speak with Jesse Trujillo?
3        A.   Yes, it was.
4        Q.   What happened after you told him to use
5   Raymond Rascon and Ruben Hernandez?  What happened
6   next?
7        A.   From what was told to me by Edward
8   Troup --
9            MR. BURKE:  Excuse me, hearsay.
10           THE COURT:  Well, this would not be
11  hearsay from Mr. Troup.  Overruled.
12  BY MR. BECK:
13       Q.   What did Mr. Troup tell you about what had
14  happened?
15           MR. BURKE:  Excuse me.  Could we get a
16  time for this conversation, this alleged
17  conversation?
18           THE COURT:  Do you mind doing that,
19  Mr. Beck?
20           MR. BECK:  I don't.
21  BY MR. BECK:
22       Q.   Did you speak with Edward Troup about the
23  Fred Dawg Sanchez murder in 2007?
24       A.   Yes, I did.
25           MR. SINDEL:  Your Honor, excuse me.  I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   don't mean to interrupt.  I guess it was an

2   accident.  But could we have a limiting instruction

3   here, please?

4           THE COURT:  Why don't y'all approach and

5   tell me -- is this on the chart?

6           MR. BECK:  I don't know that this one is

7   on the chart.  I think it was probably part of a

8   different motion, but we can approach.

9           THE COURT:  Do you have any problem with

10  the limiting instruction on this?

11          MR. BECK:  No, I don't.

12          THE COURT:  Let me give it, then.  It

13  sounds like this is a statement from Mr. Troup, and

14  you can only use this statement in your deliberation

15  of the charges against Mr. Troup and not any other

16  defendant.

17          MR. BURKE:  Your Honor, I want to object.

18  We went through the exercise of vetting these.  So

19  if it hasn't been vetted through the process that we

20  went through, then I would object.

21          THE COURT:  All right.  Overruled.

22          Mr. Beck.

23  BY MR. BECK:

24      Q.   Real quickly, Mr. Clark, I'm going to show

25  you Government's Exhibit 828.  Do you recognize this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  as a photo of the PNM North facility?

 2       A.   Yes.

 3       Q.   After you were put in Southern New Mexico

 4  Correctional Facility, were you then moved in 2007

 5  up to the North facility at PNM?

 6       A.   Yes, I was.

 7       Q.   And at the North facility at PNM, did you

 8  have a conversation with Edward Troup about the Fred

 9  Dawg Sanchez murder?

10       A.   Yes, I did.

11       Q.   What did Mr. Troup tell you about what

12  happened after you left 1-A blue pod in 2007, in

13  June?

14       A.    That they were going to try to make the

15  Rascon brothers kill Fred Sanchez.  Brian Rascon and

16  Raymond Rascon.  But Frankie Gonzalez and Ernest

17  Guerrero went to the door, front door, and told him

18  and Javier Alonso, "Why the F isn't it done?  If

19  this doesn't get done, then we're going to go in

20  there and do Fred Dawg, and then we're going to do

21  you."

22       Q.   And what did Mr. Troup tell you happened

23  after they were told that?

24       A.    They, being Javier Alonso and Edward

25  Troup, decided to kill Fred Sanchez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What did he tell you they did after they

2    decided to kill Fred Sanchez?

3    A.   They waited till Saturday, which was the

4    day we went to gym.  I had ordered ice cream and

5    Cokes and stuff.  I had told the gym officer when

6    they locked me up to give it to Jesse Trujillo, who

7    was a distant family relation of mine.  And they

8    wanted to eat the ice cream before they killed Fred

9    Sanchez.

10    Q.   And what did Mr. Troup say about whether

11    he and Javier Alonso did do anything to Mr. Fred

12    Sanchez?

13    A.   Well, he said Javier grabbed him, threw

14    him on the floor, put the rope around his neck,

15    stood on his back, Troup fell on his legs.  He said

16    that Fred Sanchez didn't fight at all.  And Javier

17    rode Fred Sanchez like a horse, their words,

18    slamming his head into the floor while he was

19    strangling him.  After Fred Sanchez was dead, that

20    Javier picked up Fred Sanchez, put him on the bunk,

21    face down, ass up, meaning he just got boned.  He

22    told me that Jesse Trujillo went into the room,

23    cleaned up, swept and mopped the floor, flushed the

24    guillotine down the toilet.  That's how they killed

25    Fred Sanchez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Did you ever have a conversation with

2 Arturo Garcia about the Fred Dawg Sanchez murder?

3    A.   Yes, I did.

4    Q.   And what did Arturo Garcia tell you about

5 the Fred Sanchez murder?

6         MS. BLANCO:  Objection, foundation.  Can

7 we have a timeframe on this?

8         THE COURT:  Do you mind that, Mr. Beck?

9         MR. BECK:  I don't.

10 BY MR. BECK:

11    Q.   Where was it that you had a conversation

12 with Arturo Garcia about the Fred Sanchez murder?

13    A.   We were in --

14         MR. SINDEL:  Can we have a limiting

15 instruction?

16         THE COURT:  This is just a where question.

17 Let's hold off.

18         Go ahead, Mr. Beck.

19    A.   We were in 3A at the time.  Arturo was in

20 S12.  I was in T8, pod S12.  That's the cell number.

21 I was in T pod, cell 8 at the time.

22    Q.   And approximately when was this?

23    A.   This was around February of 2008,

24 February, March, somewhere around that time.

25    Q.   And what did Arturo Garcia tell you about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the Fred Dawg Sanchez murder in 2008?

2          THE COURT:  Let me -- before I do --

3          MR. BECK:  I do.

4          THE COURT:  Do you agree with the limiting

5  instruction?

6          MR. BECK:  Yes.

7          THE COURT:  So the statements that are

8  going to be made here are statements Mr. Arturo

9  Garcia made to Mr. Clark.  You can only use these in

10 the consideration of the charges against Mr. Arturo

11 Garcia and cannot be used in your deliberation of

12 the charges against the other gentlemen.

13         All right.  Mr. Beck.

14 BY MR. BECK:

15     Q.  So in that conversation with Mr. Arturo

16 Garcia at the North facility, what did he tell you

17 about the Fred Dawg Sanchez murder?

18     A.  Well, we had the COs move me to the shower

19 on the S pod, top tier, and it's located right next

20 to the cell that Arturo was housed in, S12.  Arturo

21 was giving me a gram of heroin at the time.  We

22 discussed the letter that got intercepted, why I got

23 locked up, and my initial report.  And he asked me,

24 "So you got that -- you got that message about

25 Fred?"

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          And I said, "Yeah, obviously.  He's dead."
 2          And that was our conversation.
 3     Q.   Did Arturo Garcia say anything to you
 4  after you told him that, "Yeah, obviously, Fred Dawg
 5  is dead"?
 6     A.   He said, "You did good, brother."
 7     Q.   Have you met with federal agents and us
 8  prosecutors several times throughout this case to
 9  give statements about your involvement in the SNM?
10     A.   Yes, because I've been into so much.  I've
11  been so deep in the SNM.
12          MR. BURKE:  Excuse me.  It was a yes-or-no
13  question.
14          THE COURT:  Overruled.
15          MR. BURKE:  It didn't call for narrative.
16          THE COURT:  Overruled.
17  BY MR. BECK:
18     Q.   So I asked, over the pendency of this
19  trial, have you given several statements to the FBI
20  and us prosecutors?
21     A.   Yes, I have.
22     Q.   Why?
23     A.   Because I've been involved in so much
24  stuff in the SNM, it's hard to remember everything
25  that I've done.  We're constantly on a mission,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    discussing different things that we have to do to

2    make our organization stronger.  So I've been

3    involved in so much stuff, it's hard to remember

4    everything at one sitting.  Stuff comes up that I

5    remember, and I relay it back to the federal

6    government.

7         Q.   Did you and I meet together with Task

8    Force Officer Cupit in March, just before this trial

9    began?

10        A.   Yes, we did.

11        Q.   Did we talk about the defendants going to

12   trial in this case and statements that they've given

13   to you over the years?

14        A.   Yes, we did.

15        Q.   Was that the first time we talked about

16   that?

17        A.   Me and you, I believe so.

18        Q.   Did you tell me about -- did you tell me

19   about conversations you've had with Eugene Martinez?

20        A.   Yes, I did.

21        Q.   Did you also tell me about a conversation

22   that you had with Mr. Troup again, related to the

23   Looney and Pancho murders in 2001?

24        A.   Yes, I did.

25        Q.   Where were you when you had this

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    conversation with Mr. Troup?

2         A.    I was in -- I was in T pod, in 3A.

3         Q.    Approximately what time was this?

4         A.    This was in 2004, over the summer.

5         Q.    Was there anyone else beside and Mr. Troup

6    in this conversation?

7         A.    Eugene Martinez.

8         Q.    I'm going to show you Government's Exhibit

9    110.  Is that the Eugene Martinez that was in this

10   conversation with you?

11        A.    Yes, sir.  That's Burrito.

12        Q.    I'm going to show you again Government's

13   Exhibit 828.  Do you recognize -- you talked earlier

14   about S pod at the North.  Do you know where S and T

15   pod are in this picture?

16        A.    Yes, I do.

17        Q.    Where are those?

18        A.    This is 3A.  This is Q pod.  This is R

19   pod, this is S pod, this is T pod.

20        Q.    And over the years when you're locked up

21   in the North facility here, is it like the South

22   facility where they keep SNM members together?

23        A.    Well, at the North they split us apart,

24   but there are so many of us, we always end up

25   bunched up together.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   In the summer of 2004, when you were

 2   talking with Troup and Eugene Martinez, what did

 3   Troup tell you?

 4        A.   He said, "I really didn't do nothing.  All

 5   I did was close the door."  He said, "I wasn't

 6   involved in it."

 7        Q.   And what did you understand him to be

 8   referring to in 2004 when he said, "I didn't do

 9   nothing.  I just closed the door"?

10        A.   Pancho's murder.

11        Q.   Do you know Pancho as Frank Castillo?

12        A.   Yes, I do.

13        Q.   Did he say anything to Eugene Martinez?

14        A.   Knowing Gene, we were all laughing and --

15        Q.   Did he say anything to you or to Eugene

16   about Eugene Martinez?

17        A.   We were all talking together.  Can you put

18   that thing up again?

19        Q.   Sure.  828, please.

20        A.   They would take us to the yard.  This is

21   the yard, and the --

22        Q.   When you say, "This is the yard," did you

23   just circle the cages to the right, on the right

24   bottom of the screen next to the pods in

25   Government's Exhibit 828?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1      A.   Yes, I had.

 2      Q.   What happened when they took you to the

 3 yard?

 4      A.   Okay.  So in this yard, you've got cages

 5 that are all next to each other.  There's bunched up

 6 cages here and here.  And we were all bunched up in

 7 the back here, me, Troup, and -- me, Edward and

 8 Eugene.  And you know, we were just chopping it up,

 9 we're talking.  And Eugene brings up killing.

10          MR. GRANBERG:  Objection, hearsay.

11      Q.   Sorry, yeah, don't tell us what Eugene

12 said.  I think you told us what Mr. Troup said.  Did

13 he say anything to you and to Eugene about --

14          THE COURT:  "He" being Mr. Troup?

15          MR. BECK:  Mr. Troup.  Sorry.  Thank you,

16 Your Honor.

17 BY MR. BECK:

18      Q.   Did Mr. Troup say anything to you and

19 Eugene about Looney?

20      A.   Yes, he did.

21      Q.   What did he say?

22      A.   He said -- he was just clowning.  He said,

23 "Yeah, you got him good, brother," or something like

24 that.  He was clowning on him, and brought up how

25 Looney got killed.
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                  1-800-669-9492
                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And did you know Looney to be Rolando

2  Garza?

3    A.   Yes, I did.

4    Q.   Did you also tell me about the

5  conversation you had with Joe Lawrence Gallegos?

6    A.   Yes, I did.

7    Q.   Do you see Joe Lawrence Gallegos in the

8  courtroom?

9    A.   Yes, I do.

10   Q.   Where is he?

11   A.   He's in the back over there.

12   Q.   Did he just stand up for you?

13   A.   Yes, he did.

14        MR. BECK:   Let the record reflect the

15  identification of Joe Lawrence Gallegos, Your Honor.

16        THE COURT:   The record will so reflect.

17  BY MR. BECK:

18   Q.   And when did this conversation with

19  Mr. Joe Lawrence Gallegos take place?

20   A.   In 2004.

21   Q.   And where did this take place?

22   A.   In the yard.

23   Q.   The same yard that we just saw?

24   A.   Yes.

25   Q.   Have you ever heard that referred to as

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                           1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1   Jurassic Park?

2       A.   Yes, I have.

3       Q.   And what did Joe Lawrence Gallegos tell

4   you in 2004?

5       A.   I brought up Arturo Garcia had produced

6   paperwork on Joe Lawrence about shooting or

7   something like that on his house, or something,

8   where Joe Lawrence made a statement, and saying it

9   was some guys over there in a certain car, the 18th

10  Streeters, and Arturo was trying to get Joe Lawrence

11  killed.

12          I told Joe Lawrence I didn't believe that

13  that paperwork was true.  And he told me, "After

14  everything I've done for the SNM, after killing

15  Pancho," he said, "this guy wants to do this to me."

16          I said, "No, man.  I've got your back,

17  Joe.  Don't even trip."

18          And then we started talking about how

19  Pancho got killed.

20      Q.   And what did Joe Lawrence say?

21      A.   He said that Angel DeLeon held him down

22  with the monkey grip or gorilla grip, something like

23  that, and that it was easy; that Angel held him so

24  tight that it was easy for him to kill Pancho.

25      Q.   All right.  Let me ask, did you have a

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492



```
 1   conversation with Christopher Chavez, or Critter?

 2        A.   Yes, we did, a brief conversation.

 3        Q.   And where did this conversation take

 4   place?

 5        A.   It was in the yard in 2002, and I was just

 6   meeting him.  I was just meeting him.  And I just

 7   said, "Oh, you're one of the guys that were involved

 8   in that shit in Cruces."

 9             And he said, "No, we're not supposed to

10   talk about that.  We're not supposed to talk about

11   that."

12             And that was our conversation.

13        Q.   And what did you -- what were you

14   referring to when you said, "You're one of those

15   guys who killed in Las Cruces"?

16        A.   The double homicide.

17        Q.   And did you think that Mr. Chavez

18   understood that's what you were talking about when

19   you said --

20             MR. GRANBERG:  Objection, speculation.

21             THE COURT:  He can give what his

22   understanding was.  Overruled.

23   BY MR. BECK:

24        Q.   Sorry, so --

25        A.   Well, I was pointed to him through guys in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  my pod, who was Joe Lawrence, Mauricio Varela,

2  Samuel Silva.  You know, these were SNM members in

3  my pod, and they were telling me about --

4      Q.   Hold on one second, Mr. Clark.

5           THE COURT:  Hold on.

6      Q.   So when you were pointed to him and you

7  were told, "You're one of the guys that did the

8  killing in Las Cruces," he said, "Shut up.  You're

9  not supposed to say anything," did you understand

10 him to be referring to the murder of --

11     A.   Yeah.  "We're not supposed to talk about

12 that."  That's what he said.  "We're not supposed to

13 talk about that."  It was actually one of the smart

14 ones.

15          MR. GRANBERG:  Objection, Your Honor, that

16 question was never asked.

17          THE COURT:  Overruled.

18 BY MR. BECK:

19     Q.   Let me ask you -- hold on one second.

20 Sorry.  Do you see Mr. Chavez here in the courtroom?

21     A.   Yes, I do.  He's right there.

22     Q.   And what is he wearing?

23     A.   He's wearing a striped red-and-black tie.

24          MR. BECK:  Let the record reflect

25 identification of defendant Christopher Chavez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1           THE COURT:  The record will so reflect.

 2   BY MR. BECK:

 3       Q.   Do you know defendant Billy Garcia?

 4       A.   Yes, I do.

 5       Q.   Does he go by any other names?

 6       A.   Wild Bill.

 7       Q.   Do you know him to be a member of the SNM?

 8       A.   Yes, I do.

 9       Q.   Do you know the defendant Allen Patterson?

10       A.   Yes, I do.

11       Q.   Do you know him by any other names?

12       A.   Trigger.

13       Q.   Do you know him to be an SNM member?

14       A.   Yes, I do.

15       Q.   Do you know the defendant Andrew Gallegos?

16       A.   No, I don't.

17       Q.   As part of your cooperation in this case,

18   did you enter into a plea agreement with the United

19   States?

20       A.   Yes, I did.

21       Q.   I'm going to show you Government's Exhibit

22   294.

23           MR. BECK:  I did move this in evidence,

24   did I not?

25           THE CLERK:  294?  Hold on.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  At the beginning.

 2              MR. BECK:  All right.  Thank you, Your

 3   Honor.  Sorry.  At this time the United States moves

 4   into evidence Government's Exhibits 294 and 295.

 5              THE COURT:  Any objection from the

 6   defendants to these two?  Not seeing or hearing any,

 7   Government's Exhibits 294 and 295 will be admitted

 8   into evidence.

 9              (Government Exhibits 294 and 295

10   admitted.)

11              MR. BECK:  Thank you.  Let's show 294.

12   BY MR. BECK:

13      Q.   Do you recognize this?

14      A.   Yes, I do.

15      Q.   Is this your plea agreement with the

16   United States?

17      A.   Yes, it is.

18      Q.   If we could turn to the next page, please.

19   Did you plead guilty to Count 3 of the indictment

20   which charged violent crimes in aid of racketeering

21   activities, murder, and aiding and abetting?

22      A.   Yes, I did.

23      Q.   Is Count 3 the murder of Fred Dawg

24   Sanchez?

25      A.   Yes, it is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    For pleading guilty to that count, do you
 2   currently face a mandatory term of life
 3   imprisonment?
 4        A.    Yes, I do.
 5        Q.    I'm going to show you Government's Exhibit
 6   295.  Have you seen this document before?
 7        A.    Yes, I have.
 8        Q.    Is this the addendum to your plea
 9   agreement?
10        A.    Yes, it is.
11        Q.    Do you understand that -- in paragraph 2,
12   what do you understand you're required to do to
13   possibly benefit from this plea agreement?
14        A.    Yes, I do.
15        Q.    What do you understand you're required to
16   do?
17        A.    Tell the truth.
18        Q.    And does that include not exaggerating
19   anyone's involvement or implicating anyone who is
20   not involved?
21        A.    Yes, it does.
22        Q.    And the next page, please.  Do you
23   understand that if you abide by this plea agreement,
24   the United States may move in its discretion with
25   the U.S. Attorney for a downward departure under
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   5K1.1?
 2        A.   Yes, I do.
 3             MR. BLACKBURN:  Your Honor, it's leading.
 4             THE COURT:  Don't lead.
 5   BY MR. BECK:
 6        Q.   If the United States does that and moves
 7   under 5K1.1, who makes the ultimate decision in what
 8   sentence you'll serve?
 9        A.   Mr. Judge Browning.
10        Q.   And I want to go back to Exhibit 294,
11   please, and page 4.  Do you recognize this as your
12   plea agreement and there is a portion redacted out
13   here?
14        A.   Yes, I do.
15        Q.   And in that portion, does it talk about
16   your role in the Fred Dawg murder and why you're
17   pleading guilty?
18        A.   Yes, it does.
19             MR. BLACKBURN:  Your Honor, I object to
20   relevance.
21             THE COURT:  Overruled.
22   BY MR. BECK:
23        Q.   And is that substantially what you told us
24   today about your participation in the murder?
25        A.   Yes, it is.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And did you -- in your opinion, did you

 2   aid and abet the murder by passing the paperwork?

 3        A.   I had Fred Dawg killed.

 4             MR. BECK:  May I have a moment, Your

 5   Honor?

 6             THE COURT:  You may.

 7             MR. BECK:  No more questions, Your Honor.

 8             THE COURT:  All right.  Thank you,

 9   Mr. Beck.

10             Who is going to go first?

11             MR. BLACKBURN:  I am, Your Honor.

12             THE COURT:  Mr. Blackburn.  Do you want us

13   to take our break at this point, and then do you

14   want to get started?  What do you want to do?

15             All right.  We'll be in recess for about

16   15 minutes.  All rise.

17             (The jury left the courtroom.)

18             THE COURT:  All right.  We'll be in recess

19   for about 15 minutes.

20             (The Court stood in recess.)

21             THE COURT:  All right.  I think we've got

22   all the attorneys in the room, all the defendants.

23   So I think we've got all the defendants and an

24   attorney for each one.

25             I did get done with the chart.  It's not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   filed yet.  I'll give you a docket number.  I think

 2   it was sent to you, Ms. Harbour-Valdez.

 3            MS. HARBOUR-VALDEZ:  It's been circulated,

 4   Your Honor.

 5            THE COURT:  Did you send it to the

 6   Government, as well?

 7            MS. HARBOUR-VALDEZ:  She just sent it to

 8   the defense teams.

 9            THE COURT:  Why don't you send it to the

10   Government, too.

11            THE CLERK:  I did, Your Honor.

12            THE COURT:  So we'll get a docket number

13   and put that on in a moment.

14            Did you have something?

15            MR. BECK:  We just redacted 291, so I was

16   just going to move it in the record.

17            THE COURT:  Any objection to 291 redacted?

18   All right, 281.

19            You were correct, Mr. Beck, so I'm going

20   to take it off today.  It was admitted yesterday

21   with Mr. Rhoades.  It was the first exhibit.

22            THE CLERK:  Then also, Judge, yesterday

23   Maria asked you to admit 387, and what she actually

24   showed was 397.  We need to clarify that.

25            THE COURT:  Ms. Armijo asked me to move



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   387 but she showed on the screen 397.  Any objection
 2   to substituting 397 for 387?
 3              MR. BENJAMIN:  Just for clarification,
 4   Your Honor, what is 397?
 5              MR. BECK:  It's the burned belt.
 6              MR. BENJAMIN:  No, Your Honor.
 7              THE COURT:  So 387 will be pulled out, 397
 8   will be in.  I won't admit 281 today because it was
 9   admitted yesterday.  Does that clear up everything?
10              All right.  Before we're seated,
11   Mr. Moore, show everybody your Star Wars shirt.  May
12   the 4th be with you.
13              For those of you who are not Star Wars
14   fans, today is May 4th.  If you don't get it, talk
15   to your partner.  He'll explain it to you.
16              Mr. Skousen, I understand you have some
17   good Law Day news.  Your son passed the bar?
18              MR. SKOUSEN:  My son-in-law.
19              (Applause.)
20              THE COURT:  So he learned that last night.
21   And what a Law Week it is for you; right?
22              MR. SKOUSEN:  Yes, thanks.
23              THE COURT:  Congratulations.
24              MR. SKOUSEN:  Thank you.
25              THE COURT:  All right.  Mr. Clark, I'll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   remind you that you're still under oath.

 2             THE WITNESS:  Yes, sir.

 3             THE COURT:  Mr. Blackburn, if you wish to

 4   conduct cross-examination of Mr. Clark, you may do

 5   so at this time.

 6             MR. BLACKBURN:  May the 4th be with you.

 7                  CROSS-EXAMINATION

 8   BY MR. BLACKBURN:

 9        Q.   Mr. Clark, I want to start where Mr. Beck

10   left off with you.  I think the last statement that

11   you said as we were getting ready to leave the

12   courtroom was you were talking about your plea

13   agreement and what was indicated in the factual

14   basis of the plea agreement.  And I think that you

15   indicated to Mr. Beck that a portion of what was in

16   that particular part that's been redacted out

17   relates to the issue relating to Fred Dawg, and I

18   think you said that what was in there was a

19   statement that said, "I had Fred Dawg killed"; isn't

20   that correct?

21        A.   Yes, I believe so.

22        Q.   Well, that's what you said a while ago --

23        A.   Yes.

24        Q.   -- that the redaction was basically the

25   part that said, "I had Fred Dawg killed"; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And of course, you made that statement

 3   also in one of your numerous interviews with the

 4   Government, but in particular, as Mr. Beck stated,

 5   the last one that you did on March 20 of 2018; isn't

 6   that correct?

 7        A.   I believe so.

 8        Q.   Well, you do recall, as you indicated, you

 9   did a number of interviews, sit-downs, or

10   discussions with the prosecution and members of the

11   FBI, did you not?

12        A.   Yes, I have.

13        Q.   I think, in fact, in one of the

14   interviews, you had three or four agents from the

15   FBI, you had two or three agents from the STIU, you

16   had three or four members of the prosecution staff.

17   You probably needed a conference room the size of

18   the convention center here for that particular 302;

19   is that correct?

20        A.   No, it wasn't the size of this room.

21        Q.   All right.

22        A.   But we did have that meeting.

23        Q.   All right.  So it's true, is it not,

24   though, that you met recently with Mr. Beck to go

25   over your testimony; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, it is.

2      Q.    And that meeting occurred a week ago; is

3  that correct?

4      A.    Yes.

5      Q.    I think, like, March 20, 2018, just a few

6  days before this trial started, did it not?

7      A.    Yes.

8      Q.    And of course, that was just to go over

9  and talk to you again about what was going to happen

10 at the trial and what questions may be asked, or to

11 see if you had anything else you wanted to add or

12 subtract from your statements; correct?

13     A.    Yes, it was.

14     Q.    And it was at that particular interview,

15 after several of them, was the first time that you

16 told Mr. Beck this conversation about how you only

17 had a few seconds to be able to tell Jesse Trujillo

18 through the vent in the wall that you told them to

19 have Cheeky, Raymond Rascon, and Bull Hernandez do

20 the assault; is that correct?

21     A.    Yes, it was.

22     Q.    So you started cooperating basically I

23 think you said the day you were arrested; is that

24 correct?

25     A.    Yes, it was.

SANTA FE OFFICE                                                                        MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                       1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                          e-mail: info@litsupport.com

1    Q.   And through all of those interviews, four,

2    five, six interviews, it was at the last interview

3    just recently that you told them about the situation

4    concerning that when Sanchez arrived, number one,

5    you saw him, right; is that true?

6    A.   Yes, I saw him.

7    Q.   So you saw Mr. Sanchez when he came in

8    because you were on your way to --

9    A.   Segregation.

10    Q.   -- segregation; right?  And before you

11    left, you were able to speak to Mr. Trujillo through

12    the vents in the wall; right?

13    A.   Yes, I was.

14    Q.   To be able to tell them that you had now

15    authorized them to go forward with the hit; correct?

16    A.   Yes, I was.

17    Q.   All right.  And the paperwork had already

18    been -- according to you, had already been delivered

19    some two months earlier; right?

20    A.   Yes.

21    Q.   And if paperwork is delivered on somebody,

22    as you have indicated, and you are informing against

23    other members of the SNM, that's an automatic green

24    light; right?

25    A.   Yeah, they're going to kill me when they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   get a chance.

2        Q.   Well, they're going to kill him, right,

3   when they get a chance; right?

4        A.   They did kill him.

5        Q.   But that was because you finally gave the

6   orders to Jesse to go ahead and have those two

7   people do it, who you thought were going to screw it

8   up and only stab him, as opposed to kill him; right?

9        A.   Sure.

10        Q.   But that would have gotten you also in hot

11   water, would it not?

12        A.   No.

13        Q.   I thought that my understanding was that

14   what you told us earlier was that the SNM has a rule

15   that if you rat on somebody, in particular another

16   SNM member, that that is an automatic green light;

17   right?

18        A.   Of course.

19        Q.   And a green light, are you saying, means

20   assault as opposed to kill?

21        A.   No, it means kill but --

22        Q.   Okay.

23        A.   I could have worked my way out of it.  I

24   could have said, "They tried to kill him, they

25   didn't kill him."  Everybody gets away with it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   But you did work your way out of it,
 2   because you left that facility, you left that
 3   particular pod, and you put yourself in protective
 4   custody so that you would not be in that cell when
 5   Sanchez arrived; right?
 6        A.   That's totally wrong.
 7        Q.   All right.  Well, you saw Fred Dawg there,
 8   didn't you?
 9        A.   Yes.  Right.
10        Q.   And you knew he was coming into that
11   particular pod, didn't you?
12        A.   No, I didn't.
13        Q.   You knew he was going to be in one of the
14   SNM pods, did you not?
15        A.   We didn't have no foreknowledge.
16        Q.   You were surprised when he showed up;
17   right?
18        A.   Yes, I was.
19        Q.   Because this green light had been on him
20   for the better part of a couple of months and he
21   wasn't there; correct?
22        A.   Yes.
23        Q.   He was coming back from something in the
24   Roswell situation, was he not?
25        A.   I can't tell you what he was doing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.  How long had you been -- you

2   had been at that facility, the Southern New Mexico

3   facility, for over a year, had you not, at that

4   time?

5      A.   No, maybe about seven months.

6      Q.   Seven months.  All right.  When you came

7   to that facility, to Southern New Mexico, you came

8   from the South?

9      A.   I progressed through the level system.

10     Q.   So you had gone from the North to the

11  South, and then you were on your way down to

12  Southern New Mexico?

13     A.   Yes, I was.

14     Q.   So you saw him come in, and you're the one

15  who eventually, when you saw him, you told -- as we

16  discussed, you told Mr. Trujillo who should take

17  care of this; correct?

18     A.   Yes.

19     Q.   And as you said, you had Fred Dawg killed;

20  correct?

21     A.   Pretty much.  I was following orders.

22     Q.   Well, that's not what you said.  You said

23  that you're the one who had him killed, because he

24  just arrived; correct?  Is that correct?

25     A.   I was following orders I was given.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Let's go back.  You were in custody
 2   because of a series of armed robberies that you
 3   committed in --
 4        A.    1996.
 5        Q.    -- 1996 and 1997; is that correct?
 6        A.    1996.
 7        Q.    1996; right?
 8        A.    Yes.
 9        Q.    And those were committed here in Las
10   Cruces, were they not?
11        A.    Yes, they were.
12        Q.    And on April 17, 1996, April 21, 1996,
13   August 18, 1996, and August 14, 1996; is that
14   correct?
15        A.    I can't tell you the dates.  I don't have
16   the paper in front of me.  But I was convicted of
17   five armed robberies.  Three of them ran
18   consecutive, two of them were ran concurrent, for a
19   total of 27 years.
20        Q.    And at the time, you were only, like, 17
21   or 18 years of age, were you not?
22        A.    Yes, I was.
23        Q.    And they gave you an adult sentence as
24   opposed to a juvenile sentence, did they not?
25        A.    Yes, they did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And that's when you first went into the
2  prison; correct?
3     A.   I've never gotten out.
4     Q.   That was my next question.  Since the day
5  that you went in, since you were arrested on those
6  issues back in 1996, you have been in custody the
7  entire time; is that correct?
8     A.   Yes, I have.
9     Q.   And at the time you said that you were a
10  member of a local gang here in Las Cruces; correct?
11     A.   Yes, I was.
12     Q.   And that was the -- I'm sorry, let me look
13  at this again.
14     A.   South Side Royal Knights.
15     Q.   South Side Royal Knights.  Do you have a
16  tattoo that relates to that particular gang?
17     A.   Yes, I do.
18     Q.   Do you also have a tattoo of Surenos?
19     A.   Yes, I do.
20     Q.   So when you entered into the system, you
21  were actually a Sureno?  Is that safe to say?
22     A.   Sure.
23     Q.   And just to be clear, those armed
24  robberies are really not the only convictions that
25  you have, are they?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    As an adult?

 2        Q.    As an adult, yes.

 3        A.    I have another conviction for possession

 4   of deadly weapon or firearms or explosives in the

 5   prison facility.

 6        Q.    And that just occurred in March of 2014;

 7   is that correct?

 8        A.    Yes, it is.

 9        Q.    A conviction for possession of a deadly

10   weapon or explosive by a prisoner here in Southern

11   New Mexico; right?

12        A.    Yes, it was.

13        Q.    And they gave you nine years.  The judge

14   gave you nine years on that particular sentence, but

15   he ran everything together with what you're serving;

16   correct?

17        A.    He suspended nine years, gave me five

18   years' probation.

19        Q.    So even though you were convicted on that,

20   you don't have to serve any extra time?

21        A.    No.

22        Q.    So in December of 2015, you were arrested

23   as it relates to this charge; correct?

24        A.    Yes, I was.

25        Q.    And you were initially indicted with the
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   same -- in the same indictment that most of these
 2   individuals are in here today; is that correct?
 3        A.   Yes, I was.
 4        Q.   And you were charged with, as Mr. Beck
 5   pointed out, Count 3, which was murder in aid of
 6   racketeering; correct?
 7        A.   Yes, sir.
 8        Q.   And at the time that that indictment came
 9   down, you and the majority of the defendants were
10   charged with the death penalty, were you not?
11        A.   Yes, we were.
12        Q.   And eventually that changed, though, did
13   it not?
14        A.   Yes, it did.
15        Q.   All right.  And when you were arrested,
16   initially you gave a lengthy tape-recorded statement
17   to the officers that arrested you; correct?
18        A.   I don't know if it was tape-recorded, but
19   I gave them a statement.
20        Q.   All right.  And do you remember who that
21   was, who you talked to at the time?
22        A.   I don't remember the first two guys'
23   names, but I remember eventually Mr. Acee came in
24   and talked to me.
25        Q.   Okay.  So you were arrested in December of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   2015.  Not only was there an individual from the FBI

2   by the name of Dougherty and a Dona Ana County

3   individual, but also Mr. Acee was there at some

4   point in time.  Is that what you're saying?

5       A.   Yes, sir.

6       Q.   And you told them you had joined the SNM

7   in about 1997; is that correct?

8       A.   Like I've always said '97, '98.

9       Q.   Basically when you got there; is that

10  correct?

11      A.   No, not -- I had already been in prison

12  for six, seven months, maybe a little longer.

13      Q.   Okay.  And at the time you were arrested,

14  where were you being housed at on this particular

15  incident?

16      A.   I don't understand.

17      Q.   At the time that they arrested you for

18  this indictment, what facility were you at?

19      A.   I was at the North facility.

20      Q.   And you told us that you got your -- you

21  earned your bones from a stabbing as it relates to a

22  gentleman by the name of Junior; right?

23      A.   Leroy Torrez, yes, it was.

24      Q.   I'm sorry, Leroy Torrez.  And you were

25  told to do that by Angel Munoz; is that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   The word came from the North, and it was a
 2 validated hit.
 3      Q.   All right.  And when was that?  1997,
 4 1998?
 5      A.   November 1998.
 6      Q.   So as you talked about before, you sort of
 7 made your way up to the -- what you said at one
 8 point in time in 2007, 2008, 2009, that you were one
 9 of the top members of the hierarchy of SNM; is that
10 correct?
11      A.   It was later on in 2009, 2010, 2011.
12      Q.   Well, when you were in Southern in 2007 as
13 it relates to the situation with Fred Dawg, you were
14 in charge of that particular pod, were you not?
15      A.   Yes, of that pod.
16      Q.   That pod; right?  And before you got
17 there, somebody else was in charge of that pod, and
18 you took over when you arrived, because you had more
19 seniority and hierarchy and you became the head of
20 that particular blue pod; right?
21      A.   Yes.
22      Q.   And you made it very clear to everyone in
23 that pod that if anything came down or came through
24 there relating to any SNM stuff, it was to go to you
25 first; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, it was.

2      Q.   We're not going to play this of going to

3   Ruben Hernandez or going to anybody else as you

4   later talked about.  That stuff had to come directly

5   to you; correct?

6      A.   Yes, it did.

7      Q.   And Kyle Dwyer had been there for the

8   better part of a couple of months himself, had he

9   not?

10      A.   The first day he got there, he gave me the

11   paperwork.

12      Q.   All right.  So he was an SNM member, was

13   he not?

14      A.   Yes, he was.

15      Q.   So he knew the rules; right?

16      A.   Yes, he did.

17      Q.   And some of those rules are that, as you

18   said, you cannot testify, you cannot be a rat and

19   testify about any other gang member of SNM; correct?

20      A.   Anybody, period.

21      Q.   Anybody, period.  So if somebody is an

22   informant that's of the LC or some other gang, does

23   that also mean that that allows you to do a hit on

24   them also?

25      A.   Well, it's prison politics at that point,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you know.

2        Q.   Okay.

3        A.   Their people take care of their people.

4   Our people take care of our people.

5        Q.   That's as long as you're at peace.  But if

6   you're at war, you get to take care of their people

7   also?

8        A.   If we're at war, we just stab them on

9   sight; right.

10        Q.   So one of the other things is, besides

11   that, is sort of like what we'd call automatic green

12   lights; right?

13        A.   Yes.

14        Q.   Okay.  Another one is:  There will be not

15   be any child molesters or informants; right?

16        A.   Sure.

17        Q.   There will not be anyone who is allowed to

18   make a move on another SNM member's wife,

19   girlfriend, or significant other; is that correct?

20        A.   Yes, it is.

21        Q.   And those are automatic green lights that

22   everybody knows when they're part of SNM; correct?

23        A.   Yes, it is.

24        Q.   And if you don't act, if you don't act, if

25   a member does not act on that particular green

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  light, then that person can also have a green light

2  on him; is that correct?

3      A.   Yes, it is.

4      Q.   So if they know -- if an SNM member knows

5  that that person is a rat or if they're taking

6  somebody else's wife or something, and they know,

7  and they don't act on it, then there can be

8  repercussions to them; correct?

9      A.   Sure.

10     Q.   All right.  And you don't bow down to

11 anyone else in another gang; right?

12     A.   Yes.

13     Q.   And you don't disrespect your brothers;

14 correct?

15     A.   Yes.

16     Q.   Now, in 2009, as you indicated, you had

17 risen to sort of hierarchy of this SNM; is that

18 correct?

19     A.   Yes, sir.

20     Q.   And you were trying to organize SNM in a

21 different way, were you not?

22     A.   I was trying to organize it the way the

23 brothers told me to do it.

24     Q.   All right.  And while you were in the

25 process of doing that, trying to run the way things

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT              e-mail: info@litsupport.com
REPORTING SERVICE

1  should have run, based upon what the older crew

2  wanted to do as opposed to the younger crew,

3  something happened; right?

4       A.   I don't know what you're talking about.

5       Q.   Well, that was what you were trying to do

6  at that particular time; right?

7       A.   That's what I was trying to do, yes.

8       Q.   But what happened was:  The administration

9  screwed that up, and they brought somebody else back

10 from Nevada who sort of took over everything and

11 screwed that up for you; isn't that true?

12      A.   Yes, it is.

13      Q.   That was an individual by the name of Pup;

14 right?

15      A.   Yes, sir, it was.

16      Q.   So when he came back, you lost control of

17 that little theories or --

18      A.   No.

19      Q.   -- organization that you had and you got

20 out.

21      A.   No.  Where I was at, things ran the way

22 they were supposed to run.

23      Q.   Did you not tell the agents when you

24 talked with them on December 3, 2015, that when Pup

25 returned, it divided the crews and you lost control

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  and you became the odd man out?

2      A.   Eventually that happened.

3      Q.   Did you not tell them that?

4      A.   I did tell them that.

5      Q.   All right.  And as a result of that

6  particular situation, you renounced your membership

7  to SNM.  Isn't that what you told them?

8      A.   I renounced my membership because I saw my

9  friend get killed, and I watched him die, and I

10 didn't want to see that anymore.

11     Q.   Did you not tell the agents on December 3,

12 2015, that when Pup returned, divided the crews, you

13 lost control, and you renounced your membership to

14 SNM as a result of the violence that was sparking?

15     A.   I mean, you could --

16     Q.   Did you not tell them that on December 3?

17 I'm sorry.  Do you want to see --

18     A.   Yeah, I would like to see.

19          MR. BLACKBURN:  May I approach, Your

20 Honor?

21          THE COURT:  You may.

22     A.   That's their statement.  It was more than

23 that.  It was more likely.

24 BY MR. BLACKBURN:

25     Q.   Okay.  So basically what their statement

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   is, or what they wrote down, what these agents wrote
2   down, the FBI agents who go to school to learn how
3   to write down all these things whenever a person
4   gives a statement, what they wrote down was
5   basically that as a result of what we have just
6   discussed, that you renounced your membership; is
7   that correct?  That's what they wrote down?
8       A.   Yes.
9       Q.   All right.
10      A.   There is a lot more to why I renounced my
11  membership, but I renounced my membership.
12      Q.   And you have consistently stated that the
13  New Mexico Department of Corrections is a
14  crooked-running ship; right?
15      A.   Yes, I have.
16      Q.   And you have consistently stated that
17  there are so many problems with the Department of
18  Corrections that something needs to be done to
19  organize or reorganize that particular organization;
20  correct?
21      A.   I don't think I've stated it like that.
22  But yeah, I mean --
23      Q.   Well, one of the things that, sort of,
24  that you have always objected to or complained about
25  is that it is not unusual for the Department of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Corrections to take a known informant that has a
 2   green light on them and put them into a cell with a
 3   bunch of people that they know he's going to get
 4   hit; right?
 5       A.   That's not uncommon.
 6       Q.   That's a commonplace occurrence up in the
 7   Department of Corrections; is that right?
 8       A.   Yeah, it is.
 9       Q.   Because every time the SNM would try and
10   get to a Level 3 or a Level 4, they would --
11   corrections facilities would put somebody back in
12   there and then you guys would go up to Level 6 all
13   over again; right?
14       A.   That sounds about right.
15       Q.   Well, that's what you told them on
16   December 3, 2015; isn't that true?
17       A.   I don't remember.
18       Q.   Do you want to look to see?
19       A.   Sure.
20            MR. BLACKBURN:   May I approach, Your
21   Honor?
22            THE COURT:   You may.
23   BY MR. BLACKBURN:
24       Q.   All right.  Does that refresh your memory?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So you did tell them that about the time
 2   that they would get to a Level 3, that the
 3   administration would do something to push somebody's
 4   button; right?
 5        A.   Yes, they would.
 6        Q.   All right.  Now, when you're in a Level 6,
 7   as I understand, you're very limited in your
 8   movements and you're very limited in any benefits
 9   that you get; right?
10        A.   Yes, it is.
11        Q.   So you're limited to, like, three showers
12   per week; right?
13        A.   Before we had five showers a week, and
14   then eventually it turned to three showers a week.
15        Q.   So they cut it down further?
16        A.   Yes.
17        Q.   And you were only allowed to have one
18   phone call per month and one visitor per month?
19        A.   Yes.  After Javier Molina was killed,
20   that's what they did to us.
21        Q.   And that was in 2014; correct?
22        A.   Yes.
23        Q.   And the institution controls your movement
24   most of the time, but whenever you're in a Level 6,
25   they really control your movement, do they not?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, they do.
 2        Q.    So it's sort of important that you can get
 3   down to a Level 4 or to Level 3 where you have more
 4   tier time; right?
 5        A.    Yes, sir.
 6        Q.    You have the ability to make more phone
 7   calls; right?
 8        A.    Yes, sir.
 9        Q.    The ability to have more showers, more
10   perks, to take classes, things like that; right?
11        A.    Yes, sir.
12        Q.    Which is basically the same thing that
13   happened whenever you signed up to be a cooperator
14   for the Government.  When you signed up to help as a
15   confidential informant, you got those type of
16   benefits back, did you not?
17        A.    Sure.
18        Q.    Okay.  Pizza parties?  Got some of those?
19   One?
20        A.    Well, one, yeah.
21        Q.    Got some money to put on your -- got some
22   money to put on your -- $750 to put on your
23   commissary or on your phones; right?
24        A.    Sure.
25        Q.    Using -- or having the ability to continue
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to have contact with your loved ones who are out at

2  home or working or something is really a pretty big

3  deal to you guys when you're in custody; right?

4      A.   Yes, it is.

5      Q.   I mean, to be able to have daily contact

6  or unlimited contact to find out what's going on

7  with your son, your daughter, your wife who is sick,

8  how much you're charging for menudo, stuff like

9  that, all that is really important to you guys;

10 right?

11     A.   Yes.

12     Q.   And those phone calls get a little

13 expensive, do they not?

14     A.   Sure.

15     Q.   The Securus system that the institution

16 uses where you have to pay a certain amount of money

17 for each phone call is pretty difficult for somebody

18 who is in custody and whose family is trying to do

19 everything to make ends meet as opposed to trying to

20 help you out; right?

21     A.   Sure.

22     Q.   At some point in time I believe you

23 said -- or even though you said you started

24 cooperating immediately, you also pled not too long

25 after that; right?  In November of 2016.  Is that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    what --

 2         A.   Is that what it says on the paperwork?

 3         Q.   If we could put up 294, is that what it

 4    was?  The plea agreement?  I'm sorry, I should have

 5    told you that.  Okay.  Can you see that, Mr. Clark?

 6    November 15, 2016?

 7         A.   Yes, sir.

 8         Q.   If we can flip to the last page, if you

 9    don't mind, and see the signatures.

10              Okay.  So you see your signature and your

11    attorney's signature on there, do you not?

12         A.   Yes, sir.

13         Q.   Now, after November 15 of 2016, or even

14    before that, you had been given more benefits by the

15    Government because of your cooperation and now the

16    fact that you had entered into this guilty plea; is

17    that correct?

18         A.   Yeah, sure.  Not by the Government but by

19    the institution, the Department of Corrections.

20         Q.   The institution, because the Government --

21    well, if you had some issue that you had to deal

22    with, it's true, is it not, that you would contact

23    your wife and have her call Bryan or to call one of

24    the other members of the STIU, but mostly Bryan

25    Acee; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Not necessarily.  I talked more to Sapien,
 2  Sergio Sapien.
 3       Q.    You were allowed to have a pizza party,
 4  were you not?
 5       A.    Yes, we were.
 6       Q.    And you were also allowed to have contact
 7  visits, were you not?
 8       A.    Yes, I was.
 9       Q.    And there came a situation where you were
10  eventually terminated by Mr. Acee, were you not,
11  from being a confidential informant?
12       A.    Sure.
13       Q.    Do you know why you were terminated?
14       A.    Yes.  I was kissing and touching my
15  girlfriend too much.
16       Q.    Too much?
17       A.    Through the whole visit.
18       Q.    Well --
19       A.    There was heavy petting involved.
20       Q.    Heavy petting?  Is that what you call it?
21       A.    Sure.
22       Q.    Well, it was one step short of having
23  almost a full sexual act, was it not?
24       A.    Sure.  You could say that.
25       Q.    Now, as a result, you know that that was
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    against the rules; right?
2         A.   Yeah, I broke the rules.
3         Q.   And as a result of that, you were taken
4    off being an informant; right?
5         A.   Yes, I was.
6         Q.   You were not allowed to have any more
7    money; is that right?
8         A.   Yes, sure.
9         Q.   And you were transferred to another
10   facility, were you not?
11        A.   Yes, I was.
12        Q.   Now, you were not happy with that
13   particular situation because you did not violate the
14   rules as much as four or five of your cohorts; is
15   that right?
16        A.   I violated the rules.  I mean, I wasn't
17   happy because I got punished, but --
18        Q.   But you got punished the same as the
19   people --
20        A.   I knew I got punished --
21        Q.   You got punished the same as the people
22   who had actual sex in those rooms with their
23   children watching, did you not?
24        A.   Yeah, I did.
25        Q.   And they did that on more than one
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   occasion; right?  But you got the same punishment.
 2            MR. BECK:  Objection, foundation and
 3   hearsay.
 4            THE COURT:  Well, lay some foundation how
 5   he knows this information.
 6            MR. BLACKBURN:  Okay.
 7   BY MR. BLACKBURN:
 8       Q.   Well, you know that three or four other
 9   individuals, including Mr. Armenta and Mr. Rivera, I
10   believe -- well, Mr. Armenta for one; right?
11            THE COURT:  Why don't you find out if he
12   knows from any sources other than people telling him
13   that.
14   BY MR. BLACKBURN:
15       Q.   You were aware that other people were also
16   punished in the same way; is that correct?
17       A.   Yes, I was.
18       Q.   As a result, you were moved from that
19   facility?
20       A.   Yes.
21       Q.   And there was concern about how that was
22   going to affect your sentence with the judge; right?
23       A.   Of course.  I broke the rules, you know?
24   I had to get punished.  All right?
25       Q.   So at the same time you were still
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   breaking the rules by using drugs, were you not?

2       A.   Yes, I was.

3       Q.   So that was another rule you were

4   breaking.  You didn't let the FBI know that, did

5   you?

6       A.   Yeah, I did.  I told them.

7       Q.   Who did you tell?

8       A.   I told Bryan Acee I was doing drugs.

9       Q.   And when did you tell him that?

10      A.   When I told him about the computer.

11      Q.   All right.  But you had been doing drugs

12  for a lot longer than before you told him; is that

13  correct?

14      A.   A couple months.

15      Q.   And you and other people that were in the

16  cooperating pod out at Sandoval County; correct?

17      A.   Yes, sir.

18      Q.   And who were some of the other individuals

19  that you were with in that pod out there in Sandoval

20  County?

21      A.   Do you want me to name all of them?

22      Q.   Well, who were the other cooperators?  I

23  mean, you had Jerry Armenta; right?

24      A.   Jerry Armenta, Jerry Montoya, Ruben

25  Hernandez, Gerald Archuleta.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1        Q.   Paul?

2        A.   Paul Rivera.

3        Q.   Paul Rivera.  What is his -- is he Oso?

4        A.   Yes.

5        Q.   All right.

6        A.   Freddie Munoz and Timothy Martinez.

7        Q.   All right.  So all of you guys were in

8   like one little area out there; right?

9        A.   We had our own pod.

10       Q.   You had your own pod.  Did you have a

11  nickname for that pod?

12       A.   No.

13       Q.   Okay.

14       A.   D pod, I think.

15       Q.   D pod.  At some point in time you knew, as

16  you just said, that that was going to -- because you

17  broke the rules, you know that the Government is

18  supposed to file a 5K for your cooperation; is that

19  correct?

20       A.   Yes, sir.

21       Q.   All right.  Now, you also know, when we

22  looked at your plea agreement a while ago, that you

23  pled to what you said was a life sentence; isn't

24  that correct?

25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But you knew that by reading your -- you

2  knew that if you went to trial and you got

3  convicted, you were looking at a life sentence, and

4  if you pled, you were going to get a life sentence

5  also; is that correct?

6      A.   Yes, sir.

7      Q.   So the only way that you, under the

8  circumstances, could avoid a life sentence was to

9  cooperate and hope that they would give you that 5K;

10  isn't that correct?

11      A.   I cooperated for my own reasons.

12      Q.   All right.  Well, you weren't going to

13  give them something for nothing, were you?

14      A.   I was hoping I would get something out of

15  it.

16      Q.   And you did.  You got an opportunity to

17  have -- for you to cooperate, testify, have them

18  write a letter to this judge, or a motion with the

19  judge, asking that the judge reward you for your

20  cooperation in this case; right?

21      A.   Yeah, sure.

22      Q.   And you know that under the circumstances,

23  that the only way your sentence can be reduced is if

24  they filed that motion and the judge agrees with

25  that; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, sir.

2     Q.   All right.  So you had sort of lost favor

3  with the Government at the time because, one, you

4  were doing drugs that was against the rules, and

5  two, you had been kicked off of the cooperation

6  program because of this issue that happened with the

7  contact visit; correct?

8     A.   Yes, sir.

9     Q.   All right.  But despite the fact that you

10 all were -- knowing that you had broke the rules,

11 that didn't prevent you from continuing to break the

12 rules, did it?

13    A.   What do you mean?

14    Q.   All right.  You had a tablet; right?

15    A.   Sure.

16    Q.   So you had a tablet, so that all of these

17 documents that we're looking at in the courtroom

18 today would be put on the tablet so you could look

19 at them?

20    A.   Sure.

21    Q.   So you could see the photograph when you

22 were arrested and you could see the photographs of

23 everybody that was arrested, you could look at

24 written documents.  All of that information was on

25 that tablet, was it not?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, it was.

2        Q.    So whenever we sit here and I tell

3   Mr. Beck, looking at Bates No. 41944, that was a

4   number that would be in that tablet, wasn't it?

5        A.    Sure.

6        Q.    So that everybody that you were in custody

7   with had the ability to look at everybody else's

8   statement, did they not?

9        A.    Yes.

10       Q.    And you could compare them, couldn't you?

11       A.    Yes, sir.

12       Q.    And you could go over and look at Timothy

13   Martinez' and say, "Hey, that's not what -- you

14   didn't tell me you said that"; right?

15       A.    Sure.

16       Q.    Or they could come over and tell you, "Why

17   did you do this?"  Is that correct?  "Why did you

18   make this statement here when it didn't happen?"

19       A.    I don't know.  I don't know if anybody

20   told me that, but yeah, you could do that.

21       Q.    You could do that.  But you all got to

22   share; right?  Because all of you guys are together,

23   all of the cooperators are together, hanging out in

24   the same pod, and sort of at one point in time

25   sharing each other's tablets; right?

SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                   FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1      A.    No.

2      Q.    Didn't share the tablets?

3      A.    Yeah, we shared the tablets, but I mean,

4  for the most part everybody is selfish, greedy, you

5  know.

6      Q.    Well, that selfishness and greediness was

7  what, in the end, occurred for you to be able to

8  pick up the phone or have your lawyers pick up the

9  phone and call Mr. Acee to come out so that you

10 could tell them what everybody else in the pod was

11 doing; right?

12     A.    No, I knew I was doing wrong, and before

13 it got out of hand, I wanted Mr. Acee to know,

14 "Look, man, I'm doing wrong.  This is what I'm

15 doing, and I'm going to stop.  I'm letting you know

16 what's going on."

17     Q.    Well, you waited for about three months

18 before you decided it got out of hand and called

19 him, did you not?

20     A.    About two months.

21     Q.    Two months.  And in that time when you

22 were deciding whether it was out of hand, a majority

23 of the individuals in that pod had figured out how

24 to reset their tablets, wipe the tablets clean, and

25 use Wi-Fi; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    And you could put games on there, could

 3   you not?

 4        A.    Yes, sir.

 5        Q.    You could download pornography on there?

 6        A.    Yes, sir.

 7        Q.    You could even, to the extent that you

 8   could create a G-mail address as Benjamin -- I don't

 9   remember what your -- what was your e-mail address;

10   do you recall?

11        A.    BenjaminCycClark, or something like that.

12        Q.    BenjaminCycClark at G-mail dot com.  So

13   you didn't have worry too much afterward about using

14   the phone.  You could actually send emails to your

15   wife; right?  Or to your -- she's not your wife;

16   she's your girlfriend; right?

17        A.    Yes, sir.

18        Q.    You call her your wife, do you not?

19        A.    Sure.

20        Q.    So that eliminates a lot of -- you don't

21   have that money issue anymore.  You don't have the

22   money coming in from the FBI.  What a better way

23   just to send emails to them; right?

24        A.    Yes.

25        Q.    And you also were able to hook up your own
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    Facebook account; right?

 2        A.   Yes, I was.

 3        Q.   And to create -- post something and have

 4    people like you and send out photos and all that

 5    stuff; right?

 6        A.   I only had like three friends.

 7        Q.   Three friends?  The other three guys in

 8    the pod with you, were they your friends?

 9        A.   No, just my girl, my mom, and my brother.

10        Q.   Okay.  Only those guys liked; right?

11    Everybody had a Facebook account in there, did they

12    not?

13        A.   Yeah, sure.

14        Q.   So you weren't friends with your own

15    comrades in there?

16        A.   No, I didn't want to be friends with my

17    own comrades.  I just wanted to talk to my family.

18        Q.   All right.  But after two months you had

19    your lawyers -- you had your lawyers send an email

20    to Mr. Acee to come out and meet with you guys;

21    right?

22        A.   Yes, sir.

23        Q.   All right.  And your lawyers and Mr. Acee

24    came out, and you told them what was going on;

25    correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, I told them I was messing up and I

2  wanted to come clean about what was going on.  I was

3  trying to stay out of trouble.

4      Q.   You also ratted out everybody else in the

5  pod, did you not?

6      A.   I just said we're all doing the same

7  thing.

8      Q.   All right.

9      A.   I didn't go into specifics about

10  everybody.  I just laid out what was going on.

11      Q.   But you -- and you told Mr. Acee -- well,

12  when you went to that meeting, you didn't take your

13  tablet with you, did you?

14      A.   No, but can you bring up the statement

15  that I said?  Can you bring up the actual document

16  that I gave -- that Mr. Acee put out?  That's what I

17  said.

18      Q.   What happened was, you told him, "I don't

19  have my tablet here, but to show you what I can do,

20  I'll send you an email tonight"; right?

21      A.   Mr. Acee asked me to send him an email,

22  and I sent him an email.

23      Q.   So Mr. Acee asked you to send him an email

24  and you did; right?

25      A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   You also enlisted Jerry Armenta to do

2  that, too; right?

3       A.   Yes, I asked him.

4       Q.   So you guys could show to him that you

5  guys had manipulated these tablets so that you could

6  use them for your own benefit; right?

7       A.   Yes.

8       Q.   All right.  So as a result of that, you

9  lost that privilege also, did you not?

10      A.   Yes, I did.

11      Q.   Now, you recall shortly after that

12  occurred that you had one of these -- you decided

13  that "I need to talk to them again, because I may

14  have forgot something," as you said earlier on

15  direct, and you had your lawyers set up another

16  interview with the Government again; right?  Or with

17  Mr. Acee again, did you not?

18      A.   I don't recall.

19      Q.   Do you remember on August 30, 2016, having

20  another debrief that was with Ms. Armijo,

21  Mr. Castellano, Mr. Beck, and it was here in Las

22  Cruces, and it was at your request to provide

23  additional information?

24      A.   What year was that?

25      Q.   Well, it was about three months after the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    issue with the tablets.  So it was in August of
 2    2016.  Would you like to see that?
 3         A.   I didn't have an interview with them in
 4    August of -- wait up.  Hold up.  I'm a little bit
 5    lost on the time lines here.
 6         Q.   Well, so am I.
 7              MR. BLACKBURN:  May I approach?
 8         Q.   Would this help you refresh your memory?
 9              THE COURT:  You may.
10         Q.   All of this is occurring even before you
11    were pleading, because we know you didn't plea until
12    November of 2016; correct?
13         A.   So we didn't get the tablets until 2017.
14         Q.   2017?  Let me show you this particular
15    document that we're talking about.  So in August of
16    2016 you asked that your lawyer set up another
17    interview so you could give them some more
18    information; correct?
19         A.   Yes.
20         Q.   And you're correct.  The tablet situation
21    was in 2017.
22              Now you stated, going back to the Fred
23    Sanchez situation, that Kyle Dwyer delivered some
24    paperwork down to the facility in Las Cruces;
25    correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    Okay.  And when he brought the paperwork
 3   down, as you were showing on the screen earlier,
 4   when you were looking at the photos of the pods, he
 5   was trying to pass that information or that
 6   paperwork to Ruben Hernandez; is that correct?
 7        A.    Yes.
 8        Q.    That was a no-no; right?  That was against
 9   the rules, because that stuff was supposed to go to
10   you; right?
11        A.    I didn't want him to have it, so I stepped
12   in and took it.
13        Q.    But the rule was, as you said earlier,
14   that everything that comes into that pod is supposed
15   to be given to you because you're the one in charge
16   in that pod; right?
17        A.    Yes.
18        Q.    All right.  So when he comes down and he's
19   passing that to -- there wasn't any meeting or
20   anything like that, right, about, "Give us this
21   here, give us here"?
22        A.    No.
23        Q.    All right.  And you knew by looking at
24   that and you discussed it, it had to do with some
25   situation that happened in Roswell; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

115

```
 1       A.   Yes.

 2       Q.   And you knew Fred Sanchez?

 3       A.   Yes, I did.

 4       Q.   You had known him for a number of years;

 5  right?

 6       A.   Yes, he was my friend.

 7       Q.   He was your friend.  And you knew that as

 8  soon as that paperwork got there and Kyle Dwyer gave

 9  that paperwork and you passed it around, that that

10  put a green light on him; is that correct?

11       A.   Yes, sir.

12       Q.   And despite that, you still, two months

13  later, gave an order to Jesse Trujillo as to how you

14  wanted this to go down; correct?

15       A.   Yes.

16       Q.   And it's only based upon what Mr. Dwyer

17  said that you knew that supposedly this was given to

18  you, sent down by Mr. Garcia; is that correct?

19       A.   Yes, sir.

20       Q.   All right.  But you also know that

21  paperwork can come down in a number of ways, like

22  crooked COs; right?

23       A.   Sure.

24       Q.   It's not unusual for them to do something

25  like that and give it to somebody and have it go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   down; right?

2        A.    No.

3        Q.    You were not a witness to the issues that

4   happened in that particular pod that day, were you?

5        A.    No, I wasn't.

6        Q.    Okay.  And you continued to stay at the

7   North facility -- or at the Southern facility for a

8   few more months, did you not?

9        A.    Yes, I did.

10       Q.    And most of the individuals that were in

11  that pod were taken back to Santa Fe, were they not?

12       A.    Yes, sir.

13       Q.    But as a result of that situation, you

14  were written up by the administration, were you not?

15       A.    Yes, I was.

16       Q.    Okay.  And they took away your good time?

17       A.    Yes, they did.

18       Q.    And they put you back in segregation

19  again; right?

20       A.    Yes, they did.

21       Q.    And they inflicted mental distress upon

22  you, did they not?

23       A.    Yes, they did.

24       Q.    And you obviously were not happy about

25  that situation, were you?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

117

```
 1        A.   Of course not.
 2        Q.   So you filed a series of writs of habeas
 3   corpus, did you not?
 4        A.   Yes, I did.
 5        Q.   And so the only relief that an inmate has
 6   on occasions from something that is discipline given
 7   to you by the administration is to go through the
 8   appeal process, and if you're not successful, you
 9   file a writ of habeas corpus; right?
10        A.   Yes, sir.
11        Q.   And you're asking a judge to say what
12   these individuals are doing to me is wrong and I
13   want my rights restored; right?
14        A.   Sure.
15        Q.   And first of all, you filed a couple of
16   them in state court, did you not?
17        A.   Sure, I filed a writ.  I filed a writ of
18   certiorari and then I filed with the federal courts.
19        Q.   And when you went through that process and
20   you lost, you filed the fed writ, did you not?
21        A.   Yes, I did.
22        Q.   And you swore under oath to the statements
23   that you gave in that particular statement, didn't
24   you?
25        A.   No.  I never made no statements on the --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  on the habeas corpus.  I was going off the papers

2  that the CO supplied.

3      Q.   Okay.  Well, your argument was that you

4  had been discriminated against because two unnamed

5  informants were saying that you were involved in

6  that; right?

7      A.   Yes, sir.

8      Q.   And you felt that that was unfair because

9  they wouldn't disclose to you the informant but at

10 the same time, what the informants said was not

11 true, in your opinion; right?

12     A.   It wasn't accurate.

13     Q.   It wasn't accurate.  And you asked that

14 the discipline that the Department of Corrections

15 gave you be overturned and that the 2,202 days of

16 accumulated good time and the 365 days of good time

17 for a total of 2,567 days were rewarded back to you;

18 right?

19     A.   Yes, sir.

20     Q.   And you asked for compensatory damages for

21 one dollar, did you not?

22     A.   Sure.

23     Q.   And you also asked for punitive damages in

24 the amount of $150,000 against each of the

25 individuals that you listed, the five individuals

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  that you listed as defendants; right?

 2       A.   No, I don't remember that.  I can't

 3  remember exactly what I filed.  But on a writ of

 4  habeas corpus, you're not getting damages.  The most

 5  you can get is -- the most you could do is just have

 6  them reput in something on -- against the Department

 7  of Corrections.

 8       Q.   So you did not ask that you be given

 9  punitive damages --

10       A.   I might have.  I just don't remember.

11       Q.   Would you like to see?

12       A.   Sure.

13            MR. BLACKBURN:  May I approach, Your

14  Honor?

15            THE COURT:  You may.

16       A.   I spent a lot of time on that, if I

17  remember.

18  BY MR. BLACKBURN:

19       Q.   Yes, there are multiple pages up there.

20  You put a lot of work into this beast.

21            Okay, filed in United States District

22  Court on January 18, 2012.

23       A.   That was the federal.

24       Q.   Yeah, the federal one.  That's what I

25  mean.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I thought you were talking about the

2 state.

3      Q.   Nah, you won't get any money out of the

4 state.  You want money out of the feds, don't you?

5      A.   Yeah.

6      Q.   Let's get the big bucks there.  You sued

7 the warden, another warden, the disciplinary

8 officer, and the secretary of operation; is that

9 correct?

10     A.   Sure.

11     Q.   And you ask over here on this particular

12 page that you wanted all this good time be given

13 back to you.

14     A.   Sure.

15     Q.   You wanted punitive damages in the amount

16 of $150,000 against each defendant.

17     A.   Yes, I did.

18     Q.   "And any additional relief that this Court

19 deems just, proper, and equitable"; right?

20     A.   Sure.

21     Q.   And you signed it under oath, you declare

22 under penalty of perjury that you are the plaintiff,

23 you have read this complaint, and the information

24 contained herein is true and correct, pursuant to 28

25 USC Section 1746 and 18 USC Section 1621; right?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.    Sure.

2       Q.    That's your name; right?

3       A.    Sure.

4       Q.    January 8, 2012; right?

5       A.    Yes, sir.

6       Q.    Now, do you remember that you told them in

7  this habeas petition that you -- that you didn't

8  even know -- you had no knowledge that Freddie

9  Sanchez was in the Southern New Mexico Correctional

10 Facility when the crime was committed or when the

11 crime occurred, and you did not order the murder of

12 Freddie Sanchez; is that correct?

13      A.    I can't remember exactly what I wrote.

14      Q.    Would you like to see it again?

15      A.    Sure, I'd like to see it.

16      Q.    Paragraph 6.  Did you not say, "The

17 petitioner" -- that's you; is that right?

18      A.    Yes.

19      Q.    -- "was in close custody segregation at

20 the time of the murder, had no knowledge that Fred

21 Sanchez was in the Southern New Mexico Correctional

22 Facility when the crime occurred, and did not order

23 the murder of Fred Sanchez."

24      A.    Yeah.

25      Q.    That was wrong.  That wasn't true, was it?

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                               FAX (505) 843-9492
                                                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1       A.   No, that wasn't true.

2       Q.   That wasn't true, and you're still trying

3   to get $150,000 in punitive damages against five

4   individuals, over a million dollars, based upon

5   false or perjured testimony?

6       A.   When you're in the game, you play the

7   game.

8       Q.   Well, you just said a mouthful right

9   there, Mr. Clark.

10          MR. BENJAMIN:   Objection, Your Honor.

11          MR. BLACKBURN:   I'm sorry.

12          THE COURT:   Don't comment on it.

13          MR. BLACKBURN:   I won't, Your Honor.

14          THE COURT:   Sustained.

15   BY MR. BLACKBURN:

16       Q.   Also, you indicated that based upon the

17   fact that you had been in custody since 1997 and

18   this happened in 2007, that what the Department of

19   Corrections did to you at that time caused you to be

20   diagnosed with psychiatric problems and general

21   anxiety disorder and that you had faced a long term

22   of problems based upon their actions.  Do you

23   remember that?

24       A.   Yes, I do.

25       Q.   But you already had all those psychiatric

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  problems before this happened in 2007 or 2012;

2  right?

3      A.   Yeah, some problems.  But not general -- I

4  wasn't diagnosed with general anxiety disorder until

5  after that.

6      Q.   Until after they stuck you here for so

7  many days; right?

8      A.   Yeah.

9      Q.   You'd have felt a lot better if you'd have

10  had that $150,000 in punitive damages from those

11  five people, so you could get you some treatment or

12  some extra Suboxone; right?

13      A.   Sure.

14      Q.   When you say, "Sure," I just want to make

15  sure the record is correct and we understand when

16  you say, "Sure," you mean yes; right?

17      A.   Yes, sir.

18      Q.   You can say sure.  I mean --

19      A.   Yes, sir.

20      Q.   Thank you.  You indicated also, Mr. Clark,

21  that the way that you communicated with Mr. Arturo

22  Garcia was through the prison mail; right?

23      A.   Some through the prison mail, some through

24  the streets.

25      Q.   But I think most of your testimony this

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  morning dealt with how you dealt with him through

2  letters, because I think you even said in one of

3  your debriefings Arturo writes all the time; right?

4       A.   Yes.

5       Q.   And you know all the time that the prison

6  reads your mail constantly; right?

7       A.   That's why we made codes.

8       Q.   Right.  But you do the mail, they collect

9  the mail, and they have their own little unit up

10  there that tries to decode your codes; right?

11      A.   Yes.

12      Q.   So they're always, like -- they're like

13  the cops; they're just right behind you all the

14  time, right, chasing you, so that they can break

15  your codes; right?

16      A.   Yes, sir.

17      Q.   And they take all of those letters, do

18  they not, and they put them in your STIU file, don't

19  they?

20      A.   Not every single one.

21      Q.   No, I agree, not every one.  That's a fair

22  statement.  But they put a lot of them in there, do

23  they not?

24      A.   I can't say what they do, because that's

25  what they do, and I don't know what they do.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1        Q.   All right.  Well, you thought that under
 2   the circumstances that --
 3             MR. BLACKBURN:  May I have a just a
 4   second, Your Honor?
 5             THE COURT:  You may.
 6   BY MR. BLACKBURN:
 7        Q.   Mr. Clark, one of the things that you
 8   indicated in your testimony, in your debriefing,
 9   that when you were dealing with the codes, you also
10   had -- you would change your name or your -- so you
11   wouldn't put Cyclone.  That's what you go by; right?
12        A.   Yes.
13        Q.   You would change it to a different name;
14   right?
15        A.   Yes.
16        Q.   And so the name that you decided to use
17   was Shaq; right?
18        A.   Yes, that was a name they gave me, yes.
19        Q.   And that way, you could be able to see if
20   you could fool or slide by the people that are
21   reading your letters in the institution, meaning the
22   STIU or the department; is that right?
23        A.   Are you talking about a particular letter
24   or just letters in general?
25        Q.   In general.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Letters in general, I would write them
 2   directly and write my name.
 3        Q.    When you would write letters to your wife,
 4   you would put your name; right?
 5        A.    Sure.
 6        Q.    I'm sorry, with your significant other,
 7   you would put your name; right?
 8        A.    Sure.
 9        Q.    But at the same time, when you would write
10   to somebody else, you would use Cyclone; right?
11        A.    Yes.
12        Q.    But you used Shaq on a few occasions
13   because you were trying to get around the STIU
14   finding out who you were; right?
15        A.    Yes.
16        Q.    All right.  So that was sort of your
17   secret code; right?
18        A.    Yes.
19              MR. BLACKBURN:  Could you pull up the
20   first picture, 10263?  I'll move the admission.
21              MR. BECK:  I do have an objection to it
22   coming into evidence as an exhibit, but I don't have
23   a problem with him using it for demonstrative
24   purposes.
25              THE COURT:  Will that work?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BLACKBURN:  That's fine.
 2              THE COURT:  Do you want to identify it for
 3  the record?
 4              MR. BLACKBURN:  Yes, it is Bates number --
 5  out of the STIU file.  It's Bates No. 10263.  It's a
 6  picture.
 7              THE COURT:  All right.
 8  BY MR. BLACKBURN:
 9       Q.   Okay.  Who is that?
10       A.   That's me, sir.
11       Q.   Oops.  They've got your name on there,
12  Shaq; right?
13       A.   Yes, sir.
14       Q.   And your gang affiliation, so they know
15  that you're Shaq; right?
16       A.   After 2007, they knew I was Shaq.
17       Q.   Well, let's go to picture number 10269.
18  Actually, it's a report.  Same thing there; right?
19       A.   Yes.
20       Q.   That's your number; right?
21       A.   Yes, sir.
22       Q.   48387?
23       A.   Yes, sir.
24       Q.   And they've got your name there, Shaq;
25  right?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    After you signed your plea agreement, you
 3   still -- and even though the Government sort of
 4   booted you off the cooperating program and took
 5   benefits away from you, you still continued to
 6   cooperate, did you not?
 7        A.    Yes, sir.
 8        Q.    All right.  And you were concerned about
 9   how much time this case is taking, weren't you?  You
10   were upset that this case was taking too long
11   because you wanted to go home; right?  You
12   repeatedly told your wife and others that you would
13   be home by Christmas of 2016, didn't you?
14        A.    Well, I thought I was going to be home by
15   Christmas of 2016.
16        Q.    So that was like a couple of months after
17   you pled guilty, and you thought that you were going
18   to go home in 2016?
19        A.    I thought I had a chance to go home in
20   2016.
21        Q.    So that would have been -- based upon this
22   life sentence that you were -- that you were, you
23   know, facing, and the judge has the discretion, that
24   you would have gotten a sentence of two months;
25   right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    No, I was hoping my prison time was over.

2       Q.    Your prison time as it relates to your

3  other state sentence; right?

4       A.    And I didn't know if I had a chance to get

5  out.

6       Q.    But those were big discussions about being

7  home by December of 2016; right?

8       A.    Yeah.

9       Q.    Because you wanted to buy a new house;

10  right?

11      A.    Sure.

12      Q.    And at the time you were still getting

13  your money from the Government, weren't you?

14      A.    I wasn't worried about money from the

15  Government.  I could do my own stuff.

16      Q.    Then when you realized that you weren't

17  going to get out and you realized that you broke the

18  rules, you were telling your wife and your mom,

19  well, that you thought that maybe you'd be home --

20  it may be a couple years; right?

21      A.    I don't know.  I might have said that.

22      Q.    Well, that's what you want; right?

23      A.    Of course that's what I want.  Who doesn't

24  want that?

25      Q.    Sure.  And you'll do anything to get those

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    couple of years, won't you?

 2        A.    No.

 3        Q.    Okay.  Well, you've always indicated that

 4    you want to be the top dog and you want to get

 5    what's right for you and what's right for your

 6    family.  And you know that you have to put a

 7    performance on for these individuals in order to get

 8    them to write that letter; right?

 9        A.    I've got to tell the truth.

10        Q.    Well, you've already got two or three

11    strikes against you by breaking the rules on the

12    contract that they set up for you, did they not?

13        A.    Well, if I've got to do prison time, I've

14    got to do prison.  But I'll tell the truth.

15        Q.    That's why, under the circumstances,

16    Mr. Clark, every time after you were -- either lost

17    your privileges because of the tablet or you lost

18    your privileges because of the sex act that

19    occurred, every time that you talked to the

20    Government afterwards, things changed, did they not?

21        A.    It got worse for me.

22        Q.    It got worse for what you said to all the

23    individuals in the 302s; isn't that right?

24        A.    No.

25        Q.    No.  You never said anything about the --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on some of these issues that you talked to Mr. Beck

2   on just before trial, did you not?  Things changed;

3   right?

4       A.   I remembered things -- I mean, you don't

5   remember everything in an interview setting, you

6   know, and you could sit here and talk to me about

7   something that happened five years ago, and there's

8   details that are going to be left out, and then

9   later on, "Oh, I forgot, I didn't put -- didn't tell

10  them about this."

11      Q.   But Mr. Clark, you have nothing but time

12  on your hands.

13      A.   Sure.

14      Q.   Right?  And you know, when you're going to

15  go do these interviews, that it's important to tell

16  the Government everything you know about what you're

17  going to testify about.  Everything you need to

18  know.  And there were just things like, oh, that was

19  the first time I told them about this, or that was

20  the first time I told them about that.  I need to

21  come back and tell you this because I forgot; right?

22      A.   Sure.

23      Q.   But it's true, is it not, that under the

24  circumstances after you had these issues with the

25  sex acts in Santa Fe, with your sexual contact, and

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  the loss of your tablet, by doing all of these

2  things, setting up all these internet deals and

3  Facebooks, that thereafter you met with them more

4  and added a lot every time, did you not?

5       A.   I had met with them twice.  I met with

6  Bryan Acee, and then I met with Beck before this

7  trial.

8       Q.   Okay.  Well, you met with them four times

9  before that, and you never told them this.  But all

10 of a sudden now, the last two times, you sound like

11 you've got the money that you needed, and you had

12 some treatment or something, and now you have all

13 these memories of things that you never, ever, ever

14 said before; isn't that correct?

15      A.   No, that's not correct.  I met with them

16 two times before, and then I met with Bryan Acee,

17 and then I met with Mr. Beck.

18      Q.   All right.  So let's go through this.  You

19 met with them on -- can you get this here?

20      A.   April 2016, February.

21      Q.   You met with them on April 2016, but you

22 had met with them on December 3, 2015; right?

23      A.   On December 3 we were being indicted.

24      Q.   No, December 3 you were being picked up,

25 and that was the first time you met Mr. Acee, when

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  you were with the other gentlemen that came to pick

2  you up and take you down when you could get your

3  picture.  That was the first interview that you ever

4  had with them; isn't that correct?

5        A.   Well, it was greeting, more like.

6        Q.   A greeting?

7        A.   Well, we were talking about people

8  cooperating with the Government.

9        Q.   That was the time you were arrested.  Let

10  me ask the question.  That was the time that you

11  were arrested, on December 3, 2015, and that's when

12  you were upset that Pup came in and you lost all of

13  your power and you spoke to them.  That was the

14  first time you talked with them; right?  We went

15  through that 302; right?

16        A.   Sure, we did.

17        Q.   And then you remember talking to them in

18  April of 2016, do you not?

19        A.   Yes, I do.

20        Q.   Then you talked with them again in August

21  of 2016, did you not?

22        A.   Yes, sir.

23        Q.   Then you talked with them after you did

24  your plea agreement in November, did you not?  And

25  then you talked with them --

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1       A.   We didn't have a meeting in November after

2   my plea agreement.  I came down here to have my plea

3   agreement and I went back to prison.

4       Q.   All right.  Then you talked with them on

5   April 6 of 2017 when you had the meeting with

6   Mr. Acee to give him the discussion about the

7   tablets, did you not?

8       A.   Yes, sir.  I had two debriefs and then I

9   talked to Mr. Acee about the tablet.

10      Q.   And then in the end, you met with them and

11  your biggest, lengthiest, and the time that changed

12  the most was when you met with them on March 20,

13  2018, when you knew this trial was coming up in a

14  week; isn't that correct?

15      A.   I just had additional information.  He

16  asked me if I remembered anything else, and I told

17  him everything I remembered, you know?  I mean, I've

18  been thinking about this for months and months and

19  years, and --

20      Q.   Well, you conveniently left out for the

21  three -- for the number of times you had been at

22  Sandoval County, you forgot to tell him until -- the

23  Government and Mr. Acee, you forgot to tell them

24  that you had a shank while you were in federal

25  custody in your possession.  You had never told that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   until that day; right?

2        A.   I told Mr. Acee that, that, when I talked

3   to him in April.

4        Q.   In April of 2016?

5        A.   Yes, I did.

6        Q.   Had you already told him before that there

7   were drugs that were coming in there, such as

8   Suboxone, heroin, methamphetamine, and marijuana,

9   and that you were a drug user?  You had told him

10  that before?

11       A.   I told him at that point.

12       Q.   Okay.  So that was something new; right?

13  And that was the first time that you admitted to

14  helping other cooperators get drugs into the

15  facility, and you did it by -- you remember the time

16  that the drugs got stuck under the door; right?

17       A.   Yes.

18       Q.   That was the first time you told him that;

19  right?

20       A.   Yes.

21       Q.   And on that particular date, the biggest

22  change in conversation you had and the concentration

23  on that date was your relationship with Arturo

24  Garcia; right?  That's when you went into great

25  depth; right?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.

 2      Q.   The first time?

 3      A.   The first time about our relationship,

 4 yes.

 5           MR. BLACKBURN:  Thank you.  I'll pass the

 6 witness.

 7           THE COURT:  Thank you, Mr. Blackburn.

 8           Mr. Castle, do you want to go next?

 9           MR. BURKE:  Thank you for the compliment,

10 Your Honor.

11                   CROSS-EXAMINATION

12 BY MR. BURKE:

13      Q.   Mr. Clark, I would like to begin, in a

14 way, where Mr. Blackburn left off, and I want to ask

15 you about the letter that was discussed to Arturo,

16 that was discussed already by both people.  But I'd

17 like to have you explain it to the jury.

18      A.   All right.

19           MR. BURKE:  May I approach, Your Honor?

20           THE COURT:  You may.

21           MR. BECK:  Mr. Burke.

22 BY MR. BURKE:

23      Q.   I can read most of this, but not all of

24 it.  So would you mind reading it to the jury?

25      A.   Sure.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       MR. BECK:  Your Honor, I'm going to object

2  to hearsay.

3       THE COURT:  All right.  I don't know what

4  the document is.

5       MR. BURKE:  Your Honor, these are his own

6  words in his own hand.  They've been described.  So

7  it would be best if the jury knew exactly what the

8  words were.

9       THE COURT:  I think if they're being

10 offered for the truth of the matter, then sustained.

11      MR. BURKE:  They're being offered to show

12 how it was that he was taken out of the pod and not

13 in the pod when Mr. Sanchez was brought into the

14 pod.

15      THE COURT:  That sounds --

16      MR. BURKE:  They're not being offered just

17 for the truth of the matter asserted.

18      THE COURT:  It sounds like they are.

19 Sustained.

20      MR. BURKE:  Your Honor, may we approach?

21      THE COURT:  You may.

22      (The following proceedings were held at

23 the bench.)

24      MR. BURKE:  Your Honor, this is his letter

25 that got him rousted out of the cell.  The jury gets

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to know the context, why he was taken out of his

2  cell and the pod.  And he's acknowledged that it's

3  his.  I don't want to read it to him.

4          THE COURT:  Well, but he can't read it

5  either.  I mean, it's just --

6          MR. BURKE:  Why can't he?

7          THE COURT:  Well, it's an out-of-court

8  statement being offered for the truth of the matter.

9          MR. BURKE:  I think this is a

10  truth-seeking function here.  I really don't

11  understand.  These are his words in his hand that

12  the jury need to understand, yes, he was taken out

13  of the cell.  I'm really not being argumentative.

14  Maybe I am, but...

15          THE COURT:  This is hearsay.  If you want

16  to -- if you, you know, impeach him with it, but

17  right now he hasn't denied anything that I can see

18  to impeach.

19          MR. BURKE:  Let me make another try.  He

20  has said -- he has made up some story about how it

21  was sent out and then sent back in, but this was

22  seized by the SIS.  So that was a little fib that he

23  told, so I should be able to impeach him.

24          THE COURT:  I think those are facts.

25          MR. BURKE:  But I think it's best if we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just let the jury hear what the words were.
 2            THE COURT:  Well, I think we better follow
 3   the rules, and it's an out-of-court statement being
 4   offered for the truth.  Sustained.
 5            (The following proceedings were held in
 6   open court.)
 7            THE COURT:  All right.  Let's take our
 8   second morning break.  We're going to work through
 9   the lunch hour and we'll take a late lunch.
10            All rise..
11            (The jury left the courtroom.)
12            THE COURT:  All right.  We'll be in recess
13   for about 15 minutes.
14            (The Court stood in recess.)
15            THE COURT:  All right.  I think we've got
16   all the defendants, an attorney for each defendant.
17   Let's come to order.
18            Looking at your letter, the two sentences
19   you want, the first sentence looks to me like a
20   command, so it wouldn't be hearsay.  The second
21   looks like his planned state of mind.  That's not
22   hearsay.  So I think you can ask these questions.
23            MR. BURKE:  Thank you very much, Your
24   Honor.
25            THE COURT:  You can have him read it if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you want to.

 2              All rise.

 3              (The jury entered the courtroom.)

 4              THE COURT:  All right.  Everyone be

 5   seated.

 6              All right, Mr. Clark, I'll remind you that

 7   you're still under oath.

 8              THE WITNESS:  Yes, sir.

 9              THE COURT:  Mr. Burke, if you wish to

10   continue your cross-examination of Mr. Clark, you

11   may do so at this time.

12              MR. BURKE:  Thank you, Your Honor.

13   BY MR. BURKE:

14       Q.   Mr. Clark, in that letter you did say,

15   "Send me message by the code if you want someone

16   gone"; correct?

17       A.   Yes, sir.

18       Q.   And that is the letter that had been

19   seized by STIU a couple of days before?

20       A.   Yes, sir.

21       Q.   All right.  And then you said, "Our code

22   will be how is" and you actually have a parens and a

23   name and, "how is he doing"; is that correct?

24       A.   Yes, sir.

25       Q.   Let me just ask you a couple more
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    questions about this letter.  You say in the letter,

2    "Send me message by the code," and this is a letter

3    apparently that you believe was to go to Arturo

4    Garcia; right?

5         A.   Yes, sir.

6         Q.   But it was intercepted, so Arturo Garcia,

7    who I do not represent -- but he would not have

8    received this letter?

9         A.   His wife sent it in the mail.

10        Q.   No, but see, if it was seized by STIU,

11   then it wouldn't have gotten off-site away from the

12   prison; correct?

13        A.   It didn't get sent out from Southern New

14   Mexico Correctional Facility.  It was sent out from

15   the streets to Art Arturo's wife, who then sent it

16   into the North facility, where it was seized.

17        Q.   I'm sorry, what were the circumstances of

18   this letter being seized, then?

19        A.   My friend, Bobcat, Ernest Tillerson, went

20   home.  I gave him the letter --

21        Q.   I'm sorry for interrupting, but you gave

22   him the letter during a visit?

23        A.   No, he was in the pod with me.  He lived

24   in the pod with me.  He went home from prison.  He

25   took the letter with him and mailed to it Arturo's

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    wife.  Arturo's wife --

2         Q.   Were you told this?

3         A.   I know this has happened, because I'm the

4    one that made it happen.

5         Q.   I know.  But I'm asking if you know it

6    because you were told that?

7         A.   No, we got busted when the letter got sent

8    into the North facility where Arturo was at.

9         Q.   Okay.  And this is the first time that

10   that explanation has been given to any of us.

11        A.   No, it's not.

12        Q.   Who did you tell this to?

13        A.   I told it to Mr. Beck.  I think I told it

14   in the debrief, as well.  I'm pretty sure I did.

15        Q.   You know, that's so funny, because when I

16   showed this letter to Mr. Beck, he said that he had

17   not seen it before.

18        A.   I don't know.  But I know I talked about

19   it.

20        Q.   All right.  And the first time that you

21   actually spoke about this incident was actually

22   right after it happened.  Do you remember when there

23   were the pod interviews and they came to everybody,

24   including you, even though you were no longer in the

25   pod?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Sure.

2        Q.    And even that very first time that you

3   spoke, do you remember saying, "You guys created a

4   powder keg by putting all the SNM in one unit."

5             I'm sorry, 1530.  Discovery 1530.

6             Does that sound right to you?

7        A.    Yes, sir, I did say that.

8        Q.    All right.  And you didn't mention

9   anything about paperwork or any of that sort of

10  thing?

11       A.    No, sir, I didn't.

12       Q.    And that is -- that's what you believed at

13  the time, they had created a powder keg?

14       A.    Yes, I did.  That's what I believed.

15       Q.    Because they had all the SNM guys in one

16  unit, three pods?

17       A.    Yes, sir.

18       Q.    Thank you.

19             Now I wanted to follow up on some

20  questions about the habeas corpus, as well.  Would

21  it refresh your memory to see your signature on a

22  verification so that you would know you actually did

23  write out some facts, some facts, and verify them?

24       A.    Yeah, sure, if I could see the facts and

25  the signature.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.

```
 1              MR. BECK:  Mr. Burke?

 2              THE COURT:  Mr. Burke, do you want to show

 3   it to Mr. Beck?

 4              MR. BURKE:  Oh, it's the same.

 5   BY MR. BURKE:

 6        Q.   Is that your signature?

 7        A.   Yes, sir, it is.

 8        Q.   I'm going to go back there and then ask

 9   you some questions about this, unless you'd like me

10   to ask you from here.

11        A.   Yeah, it would be easier, so I can see.

12        Q.   You really were offended that they were

13   taking away all of this good time based on

14   confidential information?

15        A.   Yes, I was.

16        Q.   And you felt that was a due process

17   violation and an equal protection violation?

18        A.   Yes, sir, I did.

19        Q.   All right.  Would it be bad to have things

20   taken away from you based on what informants say?

21        A.   Sure.

22        Q.   All right.  And they took away all of the

23   petitioner's good time and they put in disciplinary

24   segregation.

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And it's true that that is worse, harder

2  than ordinary prison life?

3      A.   That's a significant hardship compared to

4  prison life.

5      Q.   And that's why when Mr. Blackburn was

6  asking you questions about seeing your family and

7  getting some tier time and having some money on the

8  books, that's not nothing.  That's something.

9      A.   That's all you got in prison.

10     Q.   And then the facts -- I'm going to get

11 around to asking you about that.

12     A.   Yes, sir.

13     Q.   So you stated there, you know, under oath,

14 "Petitioner never having any knowledge that Fred

15 Sanchez was at Southern."

16     A.   The knowledge -- I was using the way the

17 system ran at the time.  And it showed that I was in

18 segregation on that day that he showed up.

19     Q.   You actually went over to the infirmary

20 for a bit, didn't you?

21     A.   Yes, sir, I did.

22     Q.   And then "Due to these fatal errors

23 petitioner was used as a scapegoat."

24     A.   Yes, sir.

25     Q.   All right.  And that's how you feel?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    At the time that's how I felt.

2        Q.    Okay.  Thank you.

3              How close to finishing your sentence in

4    2007 were you, if you hadn't been caught up in this?

5        A.    Somewhere around 2010, 2011, I should have

6    been out.

7        Q.    And so they took away, like, five years,

8    right?

9        A.    Yeah, five years plus the year I lost on

10   segregation.

11       Q.    Where you don't get good time?

12       A.    Yes.  About six years total.

13       Q.    Six years.  So based on the testimony of

14   informants, you basically lost six years of freedom?

15       A.    Yes.

16       Q.    All right.  I'm going to switch subjects a

17   little bit.

18             On Fred Sanchez, I want to talk about the

19   paperwork just a little bit.  You hadn't seen this

20   in the discovery before, but it's now your memory --

21   maybe it was; I didn't see it -- there was a

22   specific case referred to in the discovery where

23   Fred Sanchez was alleged to have thumped somebody or

24   beaten some young lady, and he said, "It wasn't me.

25   It was Kiko or somebody else"; correct?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1      A.   Yes, sir.

2      Q.   All right.  And that was an active case

3  that we could find, maybe, if it existed?

4      A.   Yes, sir.  It does exist.  He got a lot of

5  time for it.

6      Q.   And Ruben Hernandez -- he actually had the

7  paperwork in his hands, and I'm getting the

8  impression that you kind of grabbed it away from him

9  and said, "Not you, bub.  I got it."

10     A.   Yes, sir.

11     Q.   All right.  And then as far as orientation

12 goes you would have expected -- I mean, you actually

13 said, "Three days' orientation is the rule"?

14     A.   Yes, sir.

15     Q.   So if Mr. Sanchez arrived, he would be

16 three days in orientation; correct?

17     A.   Should have been, yes.

18     Q.   What's the reason for that?

19     A.   Just to see how he gets along in the pod.

20     Q.   Mr. Blackburn asked you about your

21 original statement on the day of your arrest,

22 December 3, 2015, and I want to ask you a couple of

23 questions about that, as well.  Do you recall saying

24 that you were upset when Sanchez was killed?  SNM

25 members would come to you and you said, "I don't

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  want to know about it.  Don't talk to me."

 2       A.   I would tell them that, and they would

 3  still tell me everything.

 4       Q.   Okay.  I see.  But in here, December 3,

 5  2015, you don't mention a single statement that

 6  Mr. Troup allegedly made to you?

 7       A.   I wanted to see what the FBI was going to

 8  do with me at that time, because I was at war with

 9  the SNM.  I dropped out.  They were going to kill

10  me, you know.  And I wanted to see if they are going

11  to protect me from death or if I was going to be

12  thrown in with the dogs and have to fight for my

13  life.

14       Q.   And yet here's a statement where you said,

15  "Clark, along with the other members, said they

16  didn't know anything but Robert" -- and I think you

17  must have meant Ruben --

18            MR. BECK:  Objection, Your Honor, to

19  hearsay.

20       Q.   Did you say, "Two members, Robert

21  Hernandez and Lorenzo, last name unknown" --

22            MR. BECK:  Objection, Your Honor.

23            THE COURT:  What are you reading out of,

24  Mr. Burke?

25            MR. BURKE:  I'm sorry.  1577, December 3.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Why don't you bring it to me
 2  so I can see what this is?
 3              (The following proceedings were held at
 4  the bench.)
 5              THE COURT:  What statement?
 6              MR. BURKE:  The last thing where he says
 7  that he's got two names there, I think it should be
 8  Ruben Hernandez.
 9              THE COURT:  What statement are you trying
10  to impeach?
11              MR. BURKE:  That he knew they may have
12  been informants.
13              THE COURT:  What did he testify?  What was
14  the statement that he said?
15              MR. BURKE:  He said -- I believe he said
16  no one said anything, but here he is knowing about
17  two informants.  That's the only thing I want to
18  ask.
19              THE COURT:  Do you have any argument that
20  it's not impeachable?
21              MR. BECK:  Yeah, I don't think he's
22  testified inconsistently.  I think he can ask, I
23  think, you know, that two members were making
24  statements.
25              THE COURT:  Try.  See if he gives it to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you.  If he does, then we'll move on.  If he

2    doesn't, I'll probably let you impeach him.

3            MR. BURKE:  Okay.

4            (The following proceedings were held in

5    open court.)

6            THE COURT:  All right, Mr. Burke.

7            MR. BURKE:  Thank you, Your Honor.

8    BY MR. BURKE:

9        Q.   Mr. Clark, you had heard, even as of then,

10   that Ruben Hernandez and Lorenzo Torres might be

11   making statements; correct?

12       A.   I did say that -- I believe I said that.

13   I might have.

14       Q.   All right.  And the truth is -- or maybe I

15   should put it differently.  You really afterwards

16   didn't want to know anything about what happened

17   with Fred Sanchez, did you?

18       A.   I didn't want to know anything about any

19   of the murders I know about.

20       Q.   Yeah, but in real life.  Not just in the

21   informant world, after this happened, you're put in

22   segregation, and you weren't there when it happened.

23   You would have preferred to have nothing to do with

24   this; right?

25       A.   Yes, I would have.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492

PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

1    Q.   And it felt wrong to you that here you

2    were, pulled out on the basis of a letter, and you

3    didn't have anything to do with the crime itself;

4    right?

5    A.   Yes.

6    Q.   And then not only did you not have

7    something to do with the crime itself; you kind of

8    tried to prevent it, didn't you?

9    A.   Yes, sir.

10   Q.   And the way you were trying to prevent it

11   was by assigning it, according to your testimony

12   today, through Jesse Trujillo to Ruben Bolo

13   Hernandez and Raymond Cheeks Rascon; correct?

14   A.   Yes.

15   Q.   And that was your way to protect your

16   friend?

17   A.   Yes.

18   Q.   And you knew -- at least you testified

19   that you knew, and it makes sense, that the

20   paperwork had circulated in to you, yellow, then in

21   to green, and made its way back, and it had been

22   destroyed.

23   A.   I circulated it, yes.

24   Q.   Well, you shoved it under the door.  You

25   didn't really know what happened after that, but



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com

1   you're make an educated guess; right?

2       A.   Yes, sir.

3       Q.   And it comes back, and you're sitting

4   there going, This whole unit is thinking this guy

5   who is coming here is a snitch, but you didn't want

6   it to happen.

7       A.   That's correct.

8       Q.   So you intervened with your own passing of

9   the paperwork in a way.  You tried to stop it;

10  right?

11      A.   At that point he wasn't there.  I was

12  doing my job as an SNM Gang member.

13      Q.   Oh, I know.  But you were trying to stop

14  it by assigning it to people who wouldn't do it;

15  right?

16      A.   Yes.

17      Q.   And what happened are things that happened

18  afterwards; right?

19      A.   Yes.

20      Q.   All right.  I'll come back to that.

21           You mentioned on direct examination the

22  conversation that you allegedly had with Mr. Troup

23  and Eugene Martinez in Jurassic Park in 2004?

24      A.   Yes, sir.

25      Q.   Do you remember saying during the initial

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1  interview about that, "On April 12, 2016, when Troup

2  saw Patterson enter the room to help, Troup went

3  down to the doorway of Garza's cell."  Do you

4  remember saying that?

5       A.   I don't really remember saying that.

6       Q.   Would you like to see this?

7       A.   Sure.  Okay.

8       Q.   You said --

9            MR. SHATTUCK:  Your Honor, excuse me.  We

10  would ask for a limiting instruction on that

11  question.

12           THE COURT:  Any objection, Mr. Beck?

13           MR. BECK:  I don't think that it's being

14  offered for the truth of the matter.

15           THE COURT:  I don't think it's being

16  offered for the truth, either; it's just being

17  offered to impeach a statement that he made earlier.

18  So I think it's not coming in for the truth.  So the

19  jury will be aware of that.  We'll talk about that

20  in closing, and I can instruct them now that it's

21  not coming in for the truth; it's coming in to

22  determine whether Mr. Clark is telling the truth on

23  the stand today.  So I'll deny the limiting

24  instruction, other than the one that I just gave.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. BURKE:

2      Q.   I'm going to go over it again, Mr. Clark.

3  "When Troup saw Patterson entering the room to help,

4  Troup went down to the doorway of Garza's cell.

5  Troup closed the door so that no one would see what

6  was occurring inside.  Troup remained by the door

7  keeping watch.  Troup told Clark that Looney, Garza,

8  almost got away."  Do you remember that?

9      A.   I remember saying that.

10     Q.   Do you remember that?

11     A.   Yeah, I remember.

12     Q.   You were trying to put Edward Troup into

13  the Garza homicide?

14     A.   We were talking for hours at that point.

15  I was a little confused.

16     Q.   You were a little confused?

17     A.   Yes.

18     Q.   You were trying to put Edward Troup into

19  the Garza homicide, weren't you?

20     A.   No, we talked about these homicides.

21     Q.   You have some college, don't you?

22     A.   A little bit.

23     Q.   You're certainly not an unintelligent

24  person.  You know full well, don't you, Mr. Clark,

25  that a person's memory is most acute and it's best

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  closer to the incident; true?

2       A.   Closer to the incident when it happened?

3       Q.   Yes, sir.

4       A.   Yes.

5       Q.   People's memories do not improve over

6  time, do they?

7       A.   No, sir.

8       Q.   And this would be -- you've had some drug

9  issues; right?

10      A.   Sure.

11      Q.   And I think you even take some

12 psychotropic medication from time to time; right?

13      A.   Yes, sir.

14      Q.   And your memory is not just going to get

15 better over time, is it?

16      A.   No, sir.

17      Q.   You tried to put Edward Troup in the Garza

18 homicide, didn't you?

19      A.   We talked about the murders that happened.

20 Me, Eugene, and Troup.  And I remember what happened

21 and --

22      Q.   Mr. Clark, even when you pled, you were

23 adamant that you had no role other than passing

24 paperwork.

25      A.   True.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

    1       Q.    You were very adamant.

    2       A.    Yes, sir.

    3       Q.    And you did not say that you ever had

    4   another role?

    5       A.    Well, I did.  I said I was the facilitator

    6   of what was going on in that facility.

    7       Q.    And when you entered your plea, you

    8   remember taking an oath and being in front of the

    9   judge and saying what happened; right?

   10       A.    Yes, sir.

   11       Q.    And when you did that, you said -- you

   12   made no statements about -- other than the general

   13   statement about passing paperwork, you didn't have

   14   any details about what happened, did you?

   15       A.    About what happened to them in the murder?

   16       Q.    Yes.

   17       A.    I did give details in my statement.

   18       Q.    We'll talk about that in a second.  I need

   19   to ask you some questions.  Since you've been

   20   incarcerated after the plea, you've had Suboxone,

   21   meth and heroin?

   22       A.    Not every day.  I've tried meth one time.

   23   That was the first time I've ever done it.

   24       Q.    And Suboxone and heroin is available to

   25   you guys in the informants' pod?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



```
 1        A.    It's available to everybody who's
 2   incarcerated.
 3        Q.    I don't get that.  Is that available
 4   through the family?
 5        A.    It's available from people that come in
 6   from the streets.  People send in mail.  And if you
 7   got money, you could buy it.
 8        Q.     Put stamps or commissary or --
 9        A.    Legal mail, books, regular mail.  You hide
10   it in the letter.
11        Q.    When was the last time you had any drugs?
12        A.    That was in Otero County at the time, I
13   believe.
14        Q.    And do you take any prescribed drugs now?
15        A.    Yes, I do.
16        Q.    What's that?
17        A.    Buspar.
18        Q.    And what's that for?
19        A.    Anxiety.
20        Q.    Do you remember the presentence
21   investigation?  You probably remember that.
22        A.    Sure, I do.
23        Q.    And you again stated that the
24   administration --
25             MR. BECK:  Objection, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Hearsay.
 2            MR. BURKE:  I'll reword it, Your Honor.
 3            THE COURT:  All right.
 4   BY MR. BURKE:
 5       Q.   Even long after the plea, you were still
 6   very emphatic, aren't you, even now, about the
 7   administration creating the dangerous situation that
 8   occurred; right?
 9       A.   Yes, sir.
10       Q.   How did they do that?
11       A.   Well, they put known informants with the
12   guys, with us, and they wait for us to find out, and
13   we always do the same thing:  We kill them.
14       Q.   Do you feel like the administration set up
15   Fred Sanchez?
16       A.   Yeah, I do.
17       Q.   Do you feel that they're just as
18   responsible as anybody else for the death of Fred
19   Sanchez?
20       A.   Yes, I do.
21       Q.   And is this a pattern of the Corrections
22   Department?
23       A.   Yes, it is.
24       Q.   And is what they're doing isolating SNM
25   people until finally there's none left because they
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   just kill each other off?

 2       A.   I don't know.  I can't say that, but --

 3       Q.   You don't want to go that far.  But it

 4   seems to be a pattern?

 5       A.   Sure.

 6       Q.   Do you see or have any communication with

 7   Javier Alonso?

 8       A.   No.

 9       Q.   When was the last time you saw him?

10       A.   In Sandoval County.

11       Q.   Okay.  So a while ago?

12       A.   Yeah.

13       Q.   But your understanding is that Javier

14   Alonso grabbed Sanchez from behind and stood on his

15   back strangling him?

16       A.   Threw him on the floor, wrapped the

17   guillotine around his neck, stood on his back,

18   pulling up -- slamming his head into the ground just

19   like he told me he did.

20       Q.   And then it's your understanding that it

21   was Jesse Trujillo who cleaned up the cell and found

22   the cord and trashed it or got rid of it somehow?

23       A.   We called Jesse Trujillo HazMat because he

24   cleaned up all the messes.

25       Q.   And it's your memory or your belief that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Jesse Trujillo cleaned up after what Javier Alonso
 2   did?
 3        A.   He went in there, swept and mopped and
 4   flushed the toilet.
 5        Q.   All right.  I do want to ask you about
 6   that phone call where you said, just a year before
 7   last, where you thought you were going to get out by
 8   Christmastime; do you remember that?
 9        A.   Sure.
10        Q.   And I understand what you said, when
11   you're in the game you play the game and all of
12   that.  But I'm trying to figure out what it is
13   you're hoping to get out of things like putting
14   Edward Troup on the Garza homicide.  What are you
15   hoping to get, sir?
16        A.   Look, we talked about the double homicide.
17        Q.   No, my question is:  What are you hoping
18   to get?
19             MR. BECK:  Objection, Your Honor.
20             THE COURT:  I'll let Mr. Burke control the
21   witness.  Overruled.
22   BY MR. BURKE:
23        Q.   Why are you doing this?  I mean, why are
24   you pleading -- why did you plead to a crime that
25   you didn't commit because you had set up a situation
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   where it wouldn't happen?  What are you hoping to
 2   get?  Are you hoping to get --
 3              MR. BECK:  Objection, Your Honor.
 4   Misstates the evidence.
 5              THE COURT:  Overruled.
 6   BY MR. BURKE:
 7        Q.   Is it because you want to go to a federal
 8   facility?
 9        A.   I mean, I'm hoping to get a better
10   sentence.  But we're guilty of the crimes that we
11   did.  We're murderers.  SNM are murderers.
12        Q.   Speak for yourself, please.
13        A.   I'll speak for -- I'm telling you what SNM
14   does.
15        Q.   I'm really asking you about you,
16   Mr. Clark.  Do you feel bad that you stabbed so many
17   people over the years, and you just want to come
18   clean?  Is that why you're doing this?
19        A.   I'm tired of seeing people die.
20        Q.   You're tired of what?
21        A.   Seeing people die.  I'm tired of watching
22   my friends kill my friends.  You know, I mean --
23        Q.   Do you want to spend, like, the rest of
24   your life in federal custody?
25        A.   If I have to spend the rest of my life in
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  federal custody, I have to spend the rest of my life

2  in federal custody.

3       Q.   But you're hoping to get home by

4  Christmas?

5       A.   I'm hoping for a better sentence, but if I

6  have to spend my life in prison, I'll spend my life

7  in prison.

8            MR. BURKE:  That's all I have.

9            THE COURT:  Thank you, Mr. Burke.

10           Anyone else have cross-examination of Mr.

11  Clark?

12           Mr. Granberg.

13                CROSS-EXAMINATION

14  BY MR. GRANBERG:

15       Q.   Mr. Clark, what is your moniker?  What is

16  your moniker?  What is your nickname?

17       A.   Cyclone.

18       Q.   How did you get that?

19       A.   I got it in my neighborhood, my gang.

20       Q.   When you were a child?

21       A.   Yes, sir.

22       Q.   Let's go back to that.  Back in 1996 you

23  committed about five armed robberies; is that right?

24       A.   Yes, sir.

25       Q.   And on one of the armed robberies, you

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

```
 1  went into a convenience store armed with a knife and
 2  you stole from the convenience store clerk?
 3            MR. BECK:  Objection, Your Honor.
 4            THE COURT:  Sustained.
 5  BY MR. GRANBERG:
 6       Q.   So you pled to that charge; correct?
 7       A.   Yes, sir, I did.
 8       Q.   And you received 27 years?
 9       A.   Yes, sir, I did.
10       Q.   But before you pled, you absconded to Los
11  Angeles; is that right?  You ran to Los Angeles?
12       A.   Sure.
13       Q.   And in Los Angeles, you were charged with
14  a robbery there, as well, weren't you?
15       A.   It got dismissed.  It was a street fight.
16       Q.   But while you were in Los Angeles, you're
17  charged with robbery.  Then they extradited you back
18  to New Mexico; is that right?
19       A.   Sure.  The charges got dismissed because
20  it was a street fight.
21       Q.   Okay.  And next you came back to Las
22  Cruces and you pled to 27 years with two years of
23  parole at the end; right?
24       A.   Yes, sir.
25       Q.   And then in March 2014, you were also
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   charged in possession of a shank; is that correct?

2       A.   Sure.

3       Q.   And that was here in Las Cruces?

4       A.   Yes, sir.

5       Q.   What is a shank?

6       A.   It's a knife.

7       Q.   And what is the purpose of having a shank?

8       A.   To stab somebody.

9       Q.   To kill someone?

10      A.   Sure.

11      Q.   And then on May 29, 2014, you assaulted

12  another inmate named Jose Maldonado; is that

13  correct?

14      A.   Yes, sir, I did.

15      Q.   Did you receive any sort of penalties when

16  you assaulted him?

17      A.   I went to the Seg.

18      Q.   Okay.  And then on December 3, 2015, you

19  were arrested for this case; is that correct?

20      A.   Yes, sir.

21      Q.   And when you were arrested, where were you

22  housed for the next few months?

23      A.   I was housed initially in here in Otero,

24  and then they moved me to Western.  I stayed in

25  Western New Mexico Correctional Facility for three

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

```
 1   or four months, five months.
 2        Q.    And were you housed with other SNM
 3   members?
 4        A.    Sure.
 5        Q.    Do you remember who you were housed with?
 6        A.    Jerry Armenta, Robert Martinez, Frederico
 7   Munoz, Eric Duran, and Joe Fred Quintana.
 8        Q.    And Joe Quintana or Fred Quintana -- all
 9   those names you just listed are cooperators in this
10   case; isn't that right?
11        A.    Yes, sir.
12        Q.    Now, your arrest in 2015 stemmed from the
13   2000 (sic) murder of Fred Sanchez; right?
14        A.    Yes, sir.
15        Q.    And in your own plea agreement, in your
16   own words, you pled guilty to -- you aided and
17   abetted the murder by passing the paperwork
18   resulting in his murder; right?
19        A.    Yes, sir.
20        Q.    You pled guilty on November 15, 2016.
21   Does that sound correct to you?
22        A.    Yeah, that sounds correct.  It was on the
23   paperwork.
24        Q.    Like we mentioned before, you've entered
25   into a plea agreement in this case, and you're
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  expecting to receive some sort of benefit at the

2  end; correct?

3      A.   Yes, sir.

4      Q.   Now, would it be fair to say that the

5  greater your assistance that you give to the

6  Government, the greater the 5K reward you get?

7      A.   I don't know how none of that works, you

8  know.  I'm doing what I'm doing.

9      Q.   But if you don't cooperate, you get zero;

10  right?

11      A.   I'm doing what I'm doing for me.

12      Q.   You're doing what you're doing for you, so

13  you can get the most personal gain you can get out

14  of this; correct?

15      A.   It's not about gain.  It's about making

16  things right.

17      Q.   Are you doing this for free?

18      A.   If that's what it costs, that's what it

19  costs.

20      Q.   But you're expecting something out of

21  this, aren't you?

22      A.   If I get something out of it, that would

23  be good.  But if I've got to do life -- I've been in

24  prison 22 years.  This is all I know.  If I've got

25  to do life in prison, I'll do life in prison.



SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com

```
 1       Q.   If this is all you've got, you have
 2  nothing to lose; isn't that right?
 3       A.   I mean --
 4       Q.   You have nothing to lose?
 5       A.   Either way, I want to go home, but I'm
 6  trying to make things right.  A lot of people died
 7  because of us, and I'm trying to make it right.
 8       Q.   But you have nothing to lose; is that
 9  right?  Yes or no?
10       A.   I have everything to lose.  I have my
11  family to lose.
12       Q.   Yes or no?  Yes or no?
13       A.   What do you mean?
14       Q.   Do you have anything to lose?  Yes or no?
15       A.   Yes, I do.
16       Q.   What are you losing?
17       A.   I could lose my family.  I've got
18  everything to lose.  You know, I've got my life to
19  lose.
20       Q.   You're already looking at life in jail;
21  isn't that right?
22       A.   Sure.
23       Q.   So you have nothing to lose by this.  It's
24  a gain/gain.  It's a win/win.
25       A.   Look.  I walked away from the SNM before
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 this case even started.

2     Q.   Well, we'll get to that.  We'll get to

3 that.  So you were housed over in Sandoval County

4 with all the other cooperators, as well; correct?

5     A.   That's correct.

6     Q.   Sandoval County is over by -- I'm not too

7 familiar, but it's over by Albuquerque?

8     A.   Yes, sir.

9     Q.   Now, you were housed there and there was a

10 pizza party; is that right?

11     A.   No, that was at the North facility.

12     Q.   Oh, okay.  That was a different occasion.

13 Okay.  Okay.  So then on November 19, 2016, you were

14 charged with some sort of a misconduct in the

15 prison; right?  For some sort of sexual violation?

16     A.   Oh, in the North facility?

17     Q.   Yes.

18     A.   That was in January of that year.  That

19 year I got report, yes.

20     Q.   If I show you a document, would it refresh

21 your recollection?

22     A.   Sure.  I believe we were transferred out

23 of the North facility in January, as well.  January

24 or February.

25     Q.   I know it was reported in January, but

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   when did it actually occur?
 2        A.    November 19, 2016.
 3        Q.    So isn't November 19, 2016, four days
 4   after you pled guilty to this charge?
 5        A.    What does that report state?  Can I see
 6   that again, please?
 7        Q.    Do you want to look at it again?
 8        A.    Yes.
 9        Q.    Do you see what I'm saying?
10        A.    Yes, sir.
11        Q.    So this incident happened four days after
12   you pled guilty?
13        A.    Yes, sir.
14        Q.    And because of that, you lost your CHS
15   status; correct?
16        A.    I believe so.
17        Q.    But did you do that as some sort of reward
18   for yourself after coming here -- maybe not here to
19   this courtroom, but appearing in front of this judge
20   and pleading guilty to this charge?
21        A.    Well, I just -- we were together and human
22   urges took over.
23        Q.    You did -- but you allowed yourself to do
24   this four days after you pled guilty?
25        A.    Yeah, I did.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    So is it true that you're a drug user?

2        A.    I'm a drug addict, yes.

3        Q.    An addict?

4        A.    Yes.

5        Q.    Do you use Suboxone?

6        A.    On occasion, yes.

7        Q.    Do you use marijuana?

8        A.    No.

9        Q.    How about heroin?

10       A.    I used heroin, but not anymore.

11       Q.    How about methamphetamines?  You used

12  once; is that right?

13       A.    I tried it, yes.

14       Q.    What about -- and excuse me for my

15  pronunciation, but Clonidine?

16       A.    What?

17       Q.    Clonidine?

18       A.    Is that a medication?  Clonidine.

19       Q.    Yes, I'm sorry.

20       A.    Yes, okay.

21       Q.    And do you use that, or you take that?

22  You're prescribed that?

23       A.    I'm not prescribed it right now, but I've

24  been prescribed it in the past.

25       Q.    How about gabapentin?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes, I've been prescribed that.

2       Q.   What about Welbutrin?

3       A.   I've been prescribed that, as well.

4       Q.   All of those are antianxiety medications,

5  pain relievers, or what are those?

6       A.   Gabapentin is used for anxiety, pain

7  reliever.  Welbutrin is for depression, anxiety.

8  And clonidine was to help me sleep.  I wasn't

9  sleeping.

10      Q.   And you need a prescription to get those;

11  correct?

12      A.   Yes, sir.

13      Q.   Are you taking those anymore?

14      A.   No.

15      Q.   So the doctors have taken you off of

16  those?

17      A.   Yes, they took me off those long ago.

18      Q.   Isn't it true that when you combine those

19  medications, it tends to result in a good high?

20      A.    At first it does, but if you take it the

21  way you're supposed to take it --

22      Q.   I'm talking about you taking it not the

23  way you're supposed to, in conjunction with

24  Suboxone, in conjunction with heroin.  When you take

25  in it conjunction with those drugs, does it result



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                               1-800-669-9492
                                                       e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   in a good high?
 2        A.   It could.
 3        Q.   Is that why you're not prescribed it
 4   anymore?
 5        A.   No.  Actually I took myself off the meds
 6   before we left.
 7        Q.   Oh, okay.  So isn't it true that you're
 8   also a drug dealer?  Is that right?
 9        A.   I used to deal drugs at times.
10        Q.   And you stated that there's two main ways
11   you get drugs into the prison; correct?
12        A.   Yes.
13        Q.   One is through your girlfriend or a ruca
14   to send drugs in through legal mail?
15        A.   Sure.
16        Q.   What is a ruca?
17        A.   A girl.
18        Q.   A girl?
19        A.   Somebody you have --
20        Q.   That's a girl.  Yeah.  A girl.  It's a
21   derogatory nickname for a girl, right?
22        A.   We're in prison.  We're derogatory.
23        Q.   And was Ms. Perez a ruca?
24        A.   No.
25        Q.   Did you get drugs into the prison through
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    her?
 2         A.    No, I wouldn't use her.
 3         Q.    And did you get drugs into the prison
 4    through correctional officers, as well?
 5         A.    Yes, I did.
 6         Q.    Do you have any tattoos?
 7         A.    I sure do.
 8         Q.    Is it true that you have a portrait of a
 9    grim reaper on your chest?
10         A.    Yes, I do.
11         Q.    And then you have a portrait of another
12    grim reaper wearing a mask and carrying an AK-47?
13         A.    Yes, I do.
14         Q.    Is that true?
15         A.    Yes, sir.
16         Q.    And they're both on your chest?
17         A.    Yes, sir.
18         Q.    Now, you stated you left the SNM; right?
19         A.    Yes.
20         Q.    Do you remember what year you left the
21    SNM?
22         A.    2014.
23         Q.    2013?
24         A.    '14.
25         Q.    '14.  Are you committed to that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Javier Molina got killed in 2014.  I
 2   believe by the end of, I think, November --
 3   September, November.  I think -- I'm pretty sure
 4   that's the date.
 5        Q.   May I refresh your memory with this?
 6        A.   Sure.
 7        Q.   So this is an interview you had with the
 8   FBI in 2016.  Here's page 2.  What's this say here?
 9        A.   Well, it looks I was in the unit.  It says
10   I got out of --
11             THE COURT:  Mr. Clark, why don't you talk
12   into the microphone?
13        A.   It says I got out of the SNM in 2013.  And
14   what I told the FBI is I stepped down from the tabla
15   in 2013, before Javier's murder.
16        Q.   Okay.  So you started to get out in 2013?
17        A.   Yes.
18        Q.   So you started the process in 2013; does
19   that sound right?
20        A.   Yes, sir.
21        Q.   You started this process because you're
22   tired of the SNM; correct?
23        A.   I was tired of people dying.
24        Q.   You wanted to get away and stop being a
25   hunter; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    You said that you didn't have it in your
 3   heart anymore and you're a different man from 20
 4   years ago; correct?
 5        A.    Yes.
 6              MR. BECK:  Objection, hearsay.
 7              THE COURT:  If he'll admit it right now,
 8   then I don't think you need to say it again.  So
 9   sustained.
10   BY MR. GRANBERG:
11        Q.    So if you were getting out in 2013, you
12   wanted to change your life; correct?
13        A.    Yes, sir.
14        Q.    But in 2014, you committed an assault on
15   Jose Maldonado in Dona Ana; correct?
16        A.    There was circumstances around that.
17        Q.    But you assaulted him; right?
18        A.    I sure did.
19        Q.    And you also were convicted of that shank
20   in 2014, as well; correct?
21        A.    I sure -- I think I was convicted -- was
22   it '14 or '15?
23        Q.    It was '14.  Do you want to see it?
24        A.    Yeah.
25        Q.    Okay.
```



SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    You know what?  I think I was convicted in
 2   2015, because I was assaulted in January of 2015 in
 3   Dona Ana County, and it was after that I took a
 4   plea.
 5        Q.    If I were to tell you that you were, I
 6   guess, arrested for it, for lack of a better term,
 7   in 2014 but you pled to it in 2015, would that sound
 8   about right?
 9        A.    Yes, sir.
10        Q.    Okay.  But either way, you were carrying
11   the shank, this lethal weapon, after you had decided
12   to change your life and leave the SNM; correct?
13   Correct?
14        A.    I needed protection.
15        Q.    Is that a yes?
16        A.    Yes, sir.
17        Q.    Do you remember when you were brought into
18   the SNM?
19        A.    Yes, I do.
20        Q.    Is it an important moment in any -- in
21   your life?
22        A.    It was at the time.
23        Q.    And would you remember the five people
24   that sponsored you forever and ever?
25        A.    I didn't even really know a couple of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   guys that sponsored me.  The one I knew the most was
 2   Ruben Hinojos.  He was the main one at the facility
 3   at the time.
 4       Q.   Okay.  During Mr. Beck's direct you stated
 5   that Julian Martinez, Night Owl, Ruben Hinojos, Mark
 6   Fresquez, and James last name unknown sponsored you
 7   in; is that right?
 8       A.   Yes.
 9       Q.   Do you remember answering that same
10   question during a March 20 interview, March 20,
11   2018, interview and giving a different answer?
12       A.   No.
13       Q.   No?  If I show you something, will it
14   refresh your recollection?
15       A.   Yes.
16       Q.   So Mr. Clark, you could see this is your
17   March 20 interview this year.  What does it say
18   right here?
19            MR. SOLIS:  We can't hear, Your Honor.
20            THE COURT:  Why don't you pull the
21   microphone a little closer to you, Mr. Granberg.
22   BY MR. GRANBERG:
23       Q.   What does it say here?
24       A.   This has to do with the assault on Leroy
25   Torrez, and these are the guys that ordered the
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   assault.  And by earning my bones, that confirms my

 2   membership into the SNM.

 3        Q.   What does it say right here?  Can you read

 4   this sentence?

 5        A.   It says, "Clark says that his first SNM

 6   assault was Leroy Torrez at PNM South Facility."

 7        Q.   You're reading the wrong part, Mr. Clark.

 8   What does it say starting right here?

 9        A.   "Clark says that Phillip Cordova, Gerald

10   Archuleta, Michael Rupert Zamora and Marty Barros

11   sponsored his membership in the SNM."

12        Q.   So those are five totally different names

13   from the list you gave Mr. Beck?

14        A.   Those five names were the names I gave

15   that ordered the hit on Leroy Torrez.

16        Q.   It says here that "Clark says that Phillip

17   Cordova, Gerald Archuleta, Michael Rupert Zamora,

18   and Marty Barros sponsored his membership into the

19   SNM"?

20        A.   I earned my bones --

21             MR. BECK:  Your Honor, for completeness,

22   I'd ask that he read the sentence before that.

23             THE COURT:  Do you mind doing that, Mr.

24   Granberg?

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MR. GRANBERG:

2        Q.   It says, "Clark says that his first SNM

3   assault was of Leroy Torrez at PNM South, and that

4   is how he earned his bones, his bones membership

5   into the SNM."

6             But those five people are different from

7   the sponsors you listed in Mr. Beck's direct; isn't

8   that correct?

9        A.   They're different, but they ordered the

10  hit on Leroy Torrez.

11       Q.   But you're saying there that they

12  sponsored your membership?

13       A.   That's inaccurate.

14       Q.   Okay.  That's what it says there.

15       A.   It's what I've said earlier.  That's what

16  I'm saying now.  They ordered the hit on Leroy

17  Torrez.  I helped stab him, like, 17 times.  I mean,

18  we did what we --

19       Q.   Mr. Clark, clear as day it says that they

20  sponsored your membership, clear as day.

21       A.   I became a member when I earned my bones.

22       Q.   Do you remember an SNM member by the name

23  of Eugene Martinez?

24       A.   Yes, I do.

25       Q.   Isn't it true that when he was arrested,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                               1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  December 3, 2015, that Eugene told you that he and

2  Angel DeLeon committed the Garza murder?

3      A.   When?  Say that again.  Excuse me?

4      Q.   Isn't it true that when you were arrested

5  for this on December 3, 2015, he made a statement to

6  you?

7      A.   No, that's not true.

8      Q.   That's not true?

9      A.   No.  He made a statement to me about that

10 in 2004.

11          MR. GRANBERG:  Your Honor, may I approach

12 the witness?

13          THE COURT:  You may.

14 BY MR. GRANBERG:

15     Q.   Okay, Mr. Clark, can you read this

16 sentence highlighted by my finger?

17     A.   "Martinez and DeLeon told Clark that they

18 killed one of the guys."

19     Q.   What does it say right here?

20     A.   "Martinez originally was the one that

21 jumped on the guy's back, but Martinez was too small

22 and almost got off.  Martinez almost got off

23 Martinez off of him until DeLeon tackled him in the

24 bed when they finally finished him off."

25     Q.   And this is his statement to you; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   What year is that?  What statement is
 2 that?
 3      Q.   This was from the statement you gave the
 4 day you were arrested.
 5      A.   Oh, right.  And like --
 6      Q.   So is there any doubt in your mind that
 7 Eugene Martinez gave a statement to you the day you
 8 were arrested?
 9      A.   Like I said before, and I'll say again,
10 the statement I made when I was arrested is
11 inaccurate.  The statement, the debriefs I made
12 after, are my statements.
13           MR. GRANBERG:  Your Honor, I'm going to
14 object as nonresponsive.
15           THE COURT:  I'll grant it and strike it
16 from the record as nonresponsive.
17           MR. BECK:  Your Honor, I think that was
18 responsive as to the question.
19           THE COURT:  Well, I don't think so.
20 Overruled.
21 BY MR. GRANBERG:
22      Q.   Now, Mr. Clark, you stated in your most
23 recent interview, March 20, 2018, that you had an
24 encounter with Christopher Chavez; right?
25      A.   Who?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Did you not hear me?  You stated in your

2  most recent interview, March 20, 2018, that you had

3  an encounter with Christopher Chavez in 2002;

4  correct?

5      A.    When I first met him, yes.

6      Q.    And this was at PNM North?

7      A.    Yes.

8      Q.    Level 6?

9      A.    Level 6.

10      Q.    Does that sound about right?

11      A.    He was in H pod.  I was in G pod.

12      Q.    Okay.  And your statement is, you said,

13  "Hey, you're the one that did those killings in

14  Cruces"; correct?

15      A.    You're one of the guys that did those

16  things, yeah.

17      Q.    And he said to you, allegedly, "Shut up.

18  You're not supposed to talk about it"; is that

19  right?

20      A.    Yes.

21      Q.    He never told you that he killed anyone;

22  right?

23      A.    He never told me nothing.

24      Q.    But you know, you make this statement on

25  the most recent FBI interview dated March 20, 2018.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  But you don't mention it in any of your previous

2  interviews, do you?

3       A.   I didn't remember.  I was just thinking

4  back on all the stuff.

5       Q.   You didn't say it; right?

6       A.   I didn't say it, no.

7       Q.   You waited until trial; correct?

8       A.   He asked me if I remembered anything else

9  and I remembered that.

10      Q.   So the closer we get to trial, the better

11  your testimony gets; correct?

12      A.   The more years you get to think on it, on

13  what happened, the more you recall stuff.

14      Q.   Well, Mr. Clark, you've testified that you

15  had access to email; right?  You could call Agent

16  Acee through the prison system.  You can email him.

17  If you had something to add, you could have added it

18  years ago; isn't that right?

19      A.   Say that again.  I don't understand your

20  question.

21      Q.   My question was:  You had access to email

22  previously; right?

23      A.   Yes, sir, I did.

24      Q.   And you had access to Agent Acee

25  previously; correct?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir, I did.

 2        Q.   So if you had something to add, you could

 3   have done that long ago; isn't that right?

 4        A.   Yes, sir, I did.  If I remembered it, I

 5   could have.

 6        Q.   You could have done it a long time ago,

 7   but you didn't.

 8        A.   Yes.

 9        Q.   So one of the things you said during

10   Mr. Blackburn's examination struck a chord with me.

11   It was what you said -- when you said, "When you're

12   in the game, you've got to play the game"; right?

13        A.   Yes, sir.

14        Q.   What does that mean?

15        A.   It means when you're heavy involved in the

16   SNM, you do what you got to do to get through.

17   We -- we --

18        Q.   You got to do what you got to do to get

19   through?

20        A.   Yes.

21        Q.   How are you playing that game today?

22        A.   I'm not playing the game today.  I gave up

23   the game before we even started this.

24        Q.   So how is there --

25        A.   I gave up.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   How is there a difference between lying on

2  a sworn petition for habeas relief and lying here in

3  court?  How there is a difference, if you're doing

4  one, you're not doing the other?

5    A.   I didn't say nothing on the habeas

6  petition.  The habeas petition was based on due

7  process in the hearing that I received.  It wasn't

8  based on a statement I made.

9    Q.   You were filing for $150,000 in relief;

10  correct?

11    A.   In federal court, yes.

12    Q.   In federal court.  You were abusing that

13  process, weren't you?

14    A.   No, I wasn't.  I was going through the

15  process from the state court to the federal court.

16    Q.   The habeas process exists to address

17  legitimate concerns; isn't that correct?

18    A.   That was a legitimate due process

19  violation.

20    Q.   You had a beef with two corrections

21  officers; correct?

22    A.   I had a beef with the way the due process

23  was processed in the Department of Corrections, how

24  they did the reports.

25    Q.   So if you're lying on this federal habeas

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  petition, what stops you from lying to this jury?

2      A.   I wasn't lying.  I had filed a federal

3  habeas.

4           MR. GRANBERG:  Pass the witness.

5           THE COURT:  Thank you, Mr. Granberg.

6           Any other defendant have cross-examination

7  of Mr. Clark?  Mr. Sindel?

8           MR. SINDEL:  Thank you, Your Honor.

9           THE COURT:  Mr. Sindel.

10          MR. SINDEL:  You're going to miss the best

11 part.

12          (Mr. Solis leaves the courtroom.)

13          MR. BECK:  Your Honor, may we approach,

14 briefly?

15          THE COURT:  You may.

16          (The following proceedings were held at

17 the bench.)

18          MR. BECK:  I just wanted to comment on

19 Billy's sticky notes.  May we have a copy of the

20 habeas petition, please, just so I can --

21          MR. BLACKBURN:  You can have mine.  It's

22 all marked up.

23          MR. COOPER:  In the good places.

24          MR. BECK:  As long as it's got sticky

25 notes.  Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2   open court.)
 3              THE COURT:  All right, Mr. Sindel.
 4                   CROSS-EXAMINATION
 5   BY MR. SINDEL:
 6        Q.   Thank you.  My name is Rick Sindel, and I
 7   represent Mr. Joe Lawrence Gallegos.  And I am aware
 8   that this courtroom is basically littered with the
 9   bodies of dead horses.  But I'm kind of a
10   belt-and-suspenders guy, so I may touch on some
11   things that have been touched on before, and if you
12   bear with me, if you bear with me, we'll get this
13   process moving.  Okay?
14        A.   Yes, sir.
15        Q.   Now, you started out your examination and
16   you were talking about the rules of the SNM;
17   correct?
18        A.   Yes.
19        Q.   And I think one of them that we've heard
20   before and stuck with me again is that if you fail
21   at a mission, then you also will be subjected to
22   possible death?
23        A.   Yes, sir.
24        Q.   You can be killed, and you called it
25   dropping the flag; is that right?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Sure.

2        Q.    Okay.  So if you get a command, an order,

3    a directive, however you want to word it, and you

4    don't follow through, you may actually end up dead?

5        A.    Yes, sir.

6        Q.    And I believe at one point in time, you

7    discussed this with my client, Joe Lawrence

8    Gallegos; correct?

9        A.    I had a discussion with him.

10       Q.    You had a discussion with him about the

11   fact that Arturo Garcia was spreading materials that

12   may have identified him as an informant; right?

13       A.    Yes, sir.

14       Q.    And you discussed the fact that you know

15   he may have a green light; right?

16       A.    Yes.

17       Q.    And that he -- like you said, once you get

18   a green light, you can't get that green light off,

19   can you, unless maybe you're a drug dealer and you

20   bring drugs into the prison, something like that;

21   right?

22       A.    Yes, sir.

23       Q.    So certain guys, they get some grease and

24   they're able to avoid the consequences of these

25   rules.  But for the most part, the idea is that if

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

1  you fail in any regard, you're going to be killed;
2  correct?
3      A.   That's pretty close to the truth.
4      Q.   And if you're an informant, you're going
5  to be killed?
6      A.   Yeah.
7      Q.   And it doesn't just stay in the prison
8  system; right?  It goes on in the outside world;
9  right?
10     A.   Yes, sir.
11     Q.   Because I think your friend Mr. Sanchez,
12 as I understand it -- you correct me when I'm
13 wrong -- but that his sin, his violation, consisted
14 of providing information to police concerning a
15 beat-down of a woman at a party; right?
16     A.   Yes, sir.
17     Q.   That obviously didn't have to do with the
18 prison; right?
19     A.   No, sir.
20     Q.   And your understanding of the reason that
21 my client, Mr. Gallegos, may have been green-lighted
22 was the fact that when someone shot at him and his
23 brother, he told the police about it?
24     A.   Yes, sir.
25     Q.   That's a pretty good rule.  Now, let me

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   give you an example.  Okay?  You're an SNM member,
 2   or someone is, and you're sitting there and you're
 3   watching your mom wheel across the street with a
 4   walker.  And some guy comes barreling down the road
 5   and runs over her.  And you, no doubt, get a license
 6   plate number, you get a make and model on the car,
 7   you get a pretty good look at the guy driving, and
 8   you -- the police come, the ambulance takes the body
 9   of your mother away.  Can you tell them about what
10   you saw without risking death?
11        A.   It's a dirty world, man.  SNM are dirty
12   people.
13        Q.   Under those circumstances, you're
14   basically shuttered to silence?
15        A.   Pretty much.
16        Q.   Right.  Pretty stupid, too; right?
17        A.   Why do you think I'm sitting here?
18        Q.   So I would take it that the inspiration
19   behind the brotherhood, if you want to call it that,
20   is not really brotherhood; it's fear; correct?
21        A.   Sure.
22        Q.   There is some discussion about you -- all
23   the people whom were working for the Government that
24   are behind bars were all sort of housed in the same
25   area, the same unit, the same pod; is that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.

 2        Q.    Okay.  And you know, I want you to be

 3   comfortable, but when you come forward, hold off on

 4   your answer until you're right there at the mic.

 5   Okay?  All right.

 6              So you guys are sort of housed together in

 7   this sort of packrat, pack of rats, all together

 8   with your tablets; right?

 9        A.    Yes, sir, we are.  A bunch of rats.

10        Q.    And you are capable of talking to the

11   other people about the progress in the case?

12        A.    Sure, we are.

13        Q.    I'm sorry, what?

14        A.    Sure, we are.  Just like...

15        Q.    And you know, you're able to say, you

16   know, I saw on my tablet what you're telling the

17   cops about what happened; right?

18        A.    I haven't had my tablet for a couple

19   years.

20        Q.    Well, but you did have your tablet up

21   until 2017 when you decided to surf the net for porn

22   and use it for email; right?

23        A.    Sure.

24        Q.    And so before that time, you were able and

25   capable, along with everybody else in this pack of
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.                          1-800-669-9492
PROFESSIONAL COURT                         e-mail: info@litsupport.com
REPORTING SERVICE

 1  individuals, to look at the tablets and see what Joe

 2  was saying, what Frank was saying, what Ben was

 3  saying, what Leonard was saying; all those guys;

 4  right?

 5      A.    Sure.

 6      Q.    And they could see what you're saying.

 7      A.    Obviously.

 8      Q.    And you know, it's a lot easier to put the

 9  pieces of a puzzle together when you have directions

10  of how they fit, isn't it?

11      A.    I made my statement before all that.

12      Q.    You made many statements; correct?  You

13  started on December 3, 2015, and you continued

14  periodically to make statements up until the last

15  statement that you made, at least as far as I know,

16  March 20 of 2018, when Mr. Beck went through the

17  information that you had previously provided; right?

18      A.    Like I stated, the debriefs that I made

19  after December 3 are the accurate debriefs.

20  December 3's debrief, I don't know why it's all

21  garbled, but every debrief after that is what I

22  said.

23      Q.    Well, the December 3, 2015, garbled

24  initial brief was on your tablet at one time; right?

25      A.    Yeah, it was.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Yeah, it was.

2    A.   Yeah.

3    Q.   And you could have looked at that tablet

4  and either by e-mail, by letter, by phone, or any of

5  the other sit-downs said, "You know what?  That

6  statement is all wrong"; right?

7    A.   We didn't get our tablets until August or

8  September of 2016.

9    Q.   Right.

10    A.   I had a debrief --

11    Q.   You didn't finish your debrief --

12    A.   -- on April of 2016, and then I asked to

13  come in again at a later time.

14    Q.   You didn't finish your debriefing until

15  March of 2018.

16    A.   Right.

17    Q.   You didn't lose your tablet for abusing it

18  until 2017.

19    A.   Sure.  I had it.

20    Q.   Did you have access to a phone during that

21  period of time?

22    A.   Yes, I did.

23    Q.   Did you have access -- did they allow you

24  pencils and paper?

25    A.   Sure, they did.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com

1    Q.   And did you also have access at one point
2    in time illegally to email?
3    A.   Yes, sir, I did.
4    Q.   And you also were having regular visits at
5    that point in time with your girlfriend, which was
6    important to you; right?
7    A.   I would get a visit, like, every four or
8    five months.
9    Q.   Well, would you have visits with anyone
10   else?  Did you have communications with anyone else?
11   A.   No.  I talked to my mom, and my girl, and
12   occasionally a friend here or there.  But mostly to
13   my mom and my girl, every day.
14   Q.   And your communications with your mom was
15   on the phone; right?
16   A.   Sure.
17   Q.   And your communications with your girl was
18   on the phone; correct?
19   A.   Yes, sir.
20   Q.   And at any time could you have said,
21   "Look, I need to talk to Acee or Armijo or
22   Castellano or Mr. Beck.  I need to talk with him to
23   clarify things"; right?  Right?
24   A.   I believe I went to my attorney to talk to
25   Mr. Acee one time.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                                          e-mail: info@litsupport.com
REPORTING SERVICE

1      Q.    Okay.  I forgot him.  You could also say

2  to your attorney, "You need to get in here.  I need

3  to be able to meet with these guys to clear up some

4  things, because I don't want bad facts floating

5  around the courtroom"; right?

6      A.    It was nothing like that.

7      Q.    What?

8      A.    It was nothing like that.  I talked to --

9      Q.    Wait, just a second.  It was nothing like

10 that?

11     A.    Yes.

12     Q.    Did you talk to your mom regularly?

13     A.    Yes, sir, I did.

14     Q.    Did you talk to your girl regularly?

15     A.    Yes, sir, I did.

16     Q.    Did you have access to all the means of

17 communication that we have talked about?

18     A.    Yes, sir, I did.

19     Q.    And did you have access -- that's not

20 funny right now; maybe later -- did you have access

21 to your attorney?

22     A.    Yes, I did.

23     Q.    And any one of those means of

24 communication you could have utilized in trying to

25 make sure that the facts that were presented in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  court were accurate; right?

2       A.   The facts I gave are the facts I

3  remembered.

4       Q.   I'm saying to you, you could have

5  clarified when things you saw were wrong.

6       A.   I didn't see my tablet.  I haven't seen my

7  tablet.  What I've given them is what I remembered.

8       Q.   All right.  I know you've been talking

9  about haven't seen the tablet.  We've already

10  established that you've had the tablet for a

11  significant period of time before you abused it.

12  And you did not, during that period of time, as far

13  as anyone here knows, try to contact these people to

14  clarify your concerns about the garbled mess you

15  referred to as the December 3, 2015, interview;

16  right?

17       A.   Well, if you look at the April 2016, which

18  was five months later, you'll see what I said.

19       Q.   I'm looking at the one dated December 3,

20  2015, right now.

21       A.   I didn't --

22       Q.   We will talk about the April one when I

23  get to it.  Okay?

24       A.   Sure.

25       Q.   Can I take it that this woman that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  sometimes, I guess, call wife, girlfriend, whatever,

2  is that a girlfriend you had since you were 17, or

3  have you met her since you've been in prison?

4       A.   The families know each other.  I met her

5  in prison.

6       Q.   When Mr. Beck questioned you, he went

7  through your plea agreement; correct?

8       A.   Yes, sir, he did.

9       Q.   And he talked to you about the facts that

10  are in your plea agreement that you admitted to when

11  you entered the plea?

12       A.   He showed me the plea agreement.  I know

13  what it says, so --

14       Q.   All right.  Does it say the name Joe

15  Lawrence Gallegos anywhere in those facts as set out

16  in the plea agreement?

17       A.   In the plea agreement I was pleading to

18  the murder of Fred Sanchez.

19       Q.   That's not my question, sir, is it?  Okay?

20  Just answer my question.  You'll have an opportunity

21  if they decide that they need to ask you additional

22  follow-up.  Okay?  Does the name Joe Lawrence

23  Gallegos --

24       A.   No, sir.

25       Q.   Well, I was going to finish the question,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    but I guess that's the answer.

2             And so in the facts that you were

3    responsible for admitting in the plea agreement, it

4    doesn't mention anything about any incident

5    involving Joe Lawrence Gallegos; correct?

6             A.   My plea agreement is solely on the Fred

7    Sanchez murder.

8             Q.   Okay.  Well, is that an answer that it

9    doesn't have anything to do with Mr. Gallegos, then?

10            A.   Yes, sir.

11            Q.   Okay.  Another one of these horses that's

12   laying around here is the situation with the

13   correctional officers there.  And we've heard over

14   and over again that they can be a primary source for

15   drugs being introduced into the facility; right?

16            A.   Yes, sir.

17            Q.   And they also can even provide messages

18   back and forth for SNM members?

19            A.   Some do.

20            Q.   And they can also bring messages in to

21   some of the members; right?

22            A.   Yes, sir.  It can happen.

23            Q.   And in the 70,000 pages of discovery we

24   received, there were incidences where they actually

25   brought in weapons to the penitentiary to give to

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   the inmates; is that right?
2        A.    Yes, sir.  That's happened in the past.
3        Q.    Firearms; right?
4        A.    I don't know about that specifically,
5   but --
6        Q.    Okay.  So that's disturbing enough, but
7   what I'm trying to figure out is:  Isn't the door
8   from one pod to the other sort of off limits when
9   it's locked?
10       A.    No.
11       Q.    No.  So you could sit by that door the
12  entire time you're on the tier and slide messages
13  back and forth to each other from the green -- wait,
14  wait, wait, wait -- from the green pod to the yellow
15  pod?
16       A.    Sure, you can do that.
17       Q.    Well, do you think that the administration
18  or the correctional officers are aware of this
19  requirement for paperwork --
20       A.    Of course they are.
21       Q.    -- that the SNM has?
22       A.    Of course they are.
23       Q.    Yeah, because I mean, there's a lot of
24  what they call confidential human sources, which I
25  guess is different than how I see things, but that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  provide information all the time concerning the

2  activities that are going on in the penitentiary;

3  right?

4       A.   Sure.

5       Q.   And one of those things they would say is,

6  you know, there is this requirement for paperwork

7  from the outside to see whether we can verify, for

8  example, that Mr. Sanchez was giving the police a

9  report or cooperated with the police in a report

10 when a young girl was beaten.  And they would know

11 that those were sort of the things that the prison

12 gangs might be looking for to verify cooperation or

13 whether or not someone is informing; right?

14      A.   Sure.

15      Q.   So I'm thinking -- I'm just trying to

16 visualize it, because I haven't seen it.  But if

17 you're sliding it under the door, you're kind of

18 either on your hands and knees or sitting there or

19 whatever; right?

20      A.   You can bend over.  It's just like one of

21 these doors right here.  Just bend over, slide it.

22      Q.   You've got to bend over, pick it up,

23 somebody has got to bend over, slide it down or --

24      A.   Slide it through the cracks on the side of

25 the door, if you want to.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

201

1      Q.   Okay.  Is that how you got the material on

2  Mr. Sanchez that you utilized before determining his

3  last three days here on earth?

4      A.   No, it was given to me directly through a

5  food port.

6      Q.   Through a food port?

7      A.   Yes.

8      Q.   All right.  So somebody who was supposed

9  to be delivering the trays was also delivering

10  material that could be used to kill another human

11  being?

12      A.   No, I popped the food port and -- well, I

13  didn't pop the food port.  Ruben popped the food

14  port, and he was handed the paperwork from Kyle

15  Dwyer, which I intercepted from Ruben Hernandez.

16      Q.   All right.  So the food port -- we heard

17  the guards say that they had keys to the food port.

18  Is that true or not?

19      A.   Yeah, but you could use a piece of sheet

20  to pop it open.

21      Q.   A piece of sheet, like a bed sheet?

22      A.   Yes, sir.

23      Q.   Okay.  Well, I mean, we're learning

24  something every day.  The security sounds pretty

25  tight over there.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  Objection, Your Honor.

 2            MR. SINDEL:  I'm sorry.  I'll withdraw

 3   that.

 4   BY MR. SINDEL:

 5       Q.   Is the security tight over there in the

 6   prison?

 7       A.   (Laughs.)  Security is not tight anywhere.

 8       Q.   Okay.  So just so I understand, the guards

 9   would be -- you know, as you guys are hanging around

10   the doors, the guards would be well aware of what's

11   going on if they had their eyes open and not looking

12   at video games on their phones; right?

13       A.   They've got two COs for -- I don't know.

14       Q.   Sixteen people?

15       A.   No, 48 people.

16       Q.   Well, the control guy looks over the three

17   different pods; right?

18       A.   Yes, sir.

19       Q.   And the rover, when he's there, he's

20   there; right?

21       A.   Yes, sir.

22       Q.   So what you're saying that is they're so

23   significantly understaffed that they can't keep eyes

24   on what's going on within the units?

25       A.   Pretty much.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   You also said -- and I was, like, wow --
2  that "The COs are working for me"?
3     A.   Yeah, we had some COs working for us.
4     Q.   And that's because they're actually being
5  paid; right?
6     A.   Yes, sir.
7     Q.   In reading all the 302s that were prepared
8  as a result of your interviews and also in thinking
9  back over your testimony here today, you mentioned a
10 number of names.  You did not mention the name
11 Michael Jaramillo; correct?
12    A.   I don't remember.
13    Q.   Do you know who he is?
14    A.   Sounds familiar.
15    Q.   I'm sorry, what?
16    A.   Sounds familiar.
17    Q.   Okay.  But he wasn't, at least as far as
18 you can recall from the time that you had your
19 tablet or from the time that you had conducted
20 various interviews with the people over here on this
21 side of the room, he was not a name that you
22 mentioned, was he?
23    A.   No, he was not.
24    Q.   Do you know him personally?
25    A.   I don't believe so.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                              1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

204

```
 1        Q.    Now, March 20, 2018, Mr. Beck comes in to
 2   talk with you along with all the other members of
 3   the prosecution team.  And do you know at that point
 4   in time who is going to trial in this case?
 5        A.    I knew before.
 6        Q.    I'm sorry, what?
 7        A.    I knew before.  We're all co-defendants.
 8        Q.    Okay.  But I mean, there were a lot of
 9   co-defendants that aren't sitting here in this room.
10   But did you know who might be sitting here in this
11   room when you were to give your testimony here in
12   the first part of May?
13        A.    This year?
14        Q.    Yes.
15        A.    Yeah.
16        Q.    So looking around the room, it was no
17   surprise to see those people; right?
18        A.    No.
19        Q.    And then when Mr. Beck went through his
20   presentation or his discussion with you on March 20,
21   2018, he made sure to touch on all those people;
22   correct?  He discussed what you knew about
23   Mr. Troup; right?
24        A.    Sure.
25        Q.    And he asked you what you knew about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Gallegos; right?

2          A.    Sure.

3          Q.    What you knew about Mr. Garcia; right?

4          A.    Yes, sir.

5          Q.    What, which was nothing, that you knew

6    about Andrew Gallegos; right?

7          A.    Yes.

8          Q.    He went through each one of them and then

9    you popped him with whatever you claim to know;

10   right?

11         A.    Yes, sir.

12         Q.    I think you said in giving your interview

13   on December 3 of 2015 you wanted to see what the FBI

14   was going to do; right?

15         A.    Yes, sir.

16         Q.    What -- maybe what you could get, what was

17   available to you if you were to provide information

18   that they wanted; right?

19         A.    I was trying to see if I was going to get

20   protection.

21         Q.    Well, let me ask you this.  Of all the

22   people that are there in the pack of informants that

23   you have been living with for the last, what, three

24   years now, since December of 2015 -- you watched

25   them go come and go; right?  Right?  You've got to

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                           FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                                              e-mail: info@litsupport.com
REPORTING SERVICE

```
 1   say it one way or the other.  I'm sorry, you have to
 2   use your mouth.
 3         A.   Yeah, sure.
 4         Q.   How many are dead?
 5         A.   How many are housed with the defendants?
 6         Q.   How many are dead?
 7         A.   How many are housed with the defendants?
 8         Q.   How many are dead?
 9         A.   The same that are housed with the
10   defendants, zero.
11         Q.   How many have been attacked?
12         A.   None.
13         Q.   See?  Okay.  And there is no reason --
14   there is no basis for anyone to be housed with the
15   defendants; right?
16         A.   I don't understand.
17         Q.   Well, I mean, you're going to be running a
18   prison facility, you don't have to house people
19   together that have issues, do you?
20         A.   (Laughs.)
21         Q.   That's enough.  Okay?
22         A.   What have we just been talking about?
23   What have you just been talking to me about, how
24   people are housed?
25         Q.   Well, do you think, then -- you tell me.
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Do you know -- do you think, then, that the people
 2   there that run the New Mexico Department of
 3   Corrections are going to put you guys together so
 4   someone's life is in danger?
 5        A.   Yes, I do.
 6        Q.   I'm sorry, what?
 7        A.   Yes, I do.  I believe that will happen.
 8   I've seen it happen.  How many people are dead right
 9   now?  How many people are in this murder case right
10   now?
11        Q.   I'm asking you, is that something that you
12   believe they'll do in order to eliminate or
13   exterminate you and other people that are part of
14   the pack?
15        A.   There's three people dead you guys are
16   defending right now.  I mean --
17        Q.   Yes or no.  I don't want to hear your
18   editorials.  Just answer the question, please.
19   Nonresponsive.
20        A.   How many people are dead?
21             THE COURT:  Mr. Clark.
22             THE WITNESS:  I'm sorry.
23             THE COURT:  I'll strike your answer.  The
24   jury will disregard it.  Listen to Mr. Sindel.
25   Answer his questions.  Then if Mr. Beck wants to
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com

```
 1   bring something else out, he'll bring it out.
 2            THE WITNESS:  Okay.  I'm sorry.
 3            THE COURT:  Mr. Sindel.
 4   BY MR. SINDEL:
 5       Q.   I understand it's a hard process to be
 6   answering a bunch of questions from a bunch of
 7   horse-beaters, but the point really I'm trying to
 8   make is:  Do you believe that the people that run
 9   the institution will purposely put your life in
10   danger?
11       A.   Yes, I do.
12       Q.   Do you think that stems from the fact that
13   you've pretty significantly condemned their work
14   ethics and the individuals who work for them?
15       A.   I don't understand that.
16       Q.   Well, do you think that the fact that you
17   have said in this courtroom numerous times under
18   oath that not only do they subject you to danger,
19   but they're constantly bringing in drugs, weapons,
20   conveying messages, I mean, every possible thing you
21   can think of that a correctional officer should not
22   do; right?
23       A.   Sure.
24       Q.   And that's part of what goes into your
25   thinking; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's exactly what goes into my thinking.

 2        Q.    Now, I'm going to call your attention to

 3   the 302 that we've talked about before of December

 4   of 2015.  Okay?  Did you say at that time that in

 5   2002 there was a double homicide at Southern New

 6   Mexico Correctional Facility?

 7        A.    I believe I touched on it a little bit.

 8        Q.    Okay.  And you said it was in 2002?  That

 9   was your memory at that time?

10        A.    No, I said it was in 2001, but it's marked

11   down as 2002.

12        Q.    So you -- how do you know it's marked down

13   as 2002?

14        A.    Because that's what's written on the

15   paper.

16        Q.    Well, I thought you haven't seen the paper

17   for a long time.

18        A.    I haven't seen it, but you guys have been

19   showing it to me all morning.

20        Q.    Who else showed you a paper that had to do

21   with a 2002 incident?  No one; right?

22        A.    The attorney.

23        Q.    Me; right?

24        A.    Yes.

25        Q.    When did I approach with you a piece of
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    paper today?

2         A.    You haven't, but the other attorneys have.

3         Q.    Well, when was it that they approached you

4    about that particular section?  Can you remember?

5         A.    You're talking about the December 3rd,

6    2015, with every attorney that's talked to me.

7         Q.    Yeah, but I'm talking to you about a

8    particular portion of it, and you said it was a

9    small portion; right?  That was your words.

10        A.    My words were in 2001.

11        Q.    All right.

12        A.    Double homicide.

13        Q.    But you know as you sit there right now

14   that it says 2002; right?

15        A.    Yes, sir, I do.

16        Q.    And not because you read it today, but

17   because some others brought it to your attention;

18   correct?

19        A.    It's been shown to me over and over today.

20        Q.    No one showed you that portion of it, did

21   they?

22        A.    They showed me the whole paper.

23        Q.    Who is "they"?

24        A.    The other attorneys.  I don't know.  I

25   can't remember their names at this point but...

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.   Well, did you say then, just we're clear,
2    in December of 2015 that the double homicide
3    occurred in 2002?
4        A.   I believe I said 2001, because I know when
5    it happened.  I know when all these homicides
6    happened.
7        Q.   You said in 2001 -- okay, and we've gone
8    through this a million times.  But you've never
9    corrected it until this moment when you're sitting
10   there.
11       A.   Look at the --
12       Q.   Right?
13       A.   Look at the debrief.
14       Q.   Right?
15       A.   Look at the debrief from April, and I'd
16   say 2001.  I said 2001 consistently to every
17   debrief.
18       Q.   When did you say they got it wrong on the
19   2015?
20       A.   In April, when I got debriefed.
21       Q.   Would that be April 2016?
22       A.   Sure.
23            MR. SINDEL:  May I approach?
24            THE COURT:  Why don't we do this after
25   lunch?  All right, Mr. Sindel?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. SINDEL:  Sure.

2           THE COURT:  Before everybody goes, I don't

3    want to do this at the end of the day and hold

4    everybody up.  Let me remind you of a few things

5    that are especially important.  It's been a while

6    since I gave you these instructions.

7           We're going to be breaking for the weekend

8    at the end of the day.  Until the trial is

9    completed, you're not to discuss this case with

10   anyone, whether it's members of your family, people

11   involved in the trial, or anyone else, and that

12   includes your fellow jurors.  If anyone approaches

13   you and tries to discuss the trial with you, please

14   let me know about it immediately.

15          Also, you must not read or listen to any

16   news reports of the trial.  Don't get on the

17   internet, do any research for purposes of this case.

18          And finally, remember that you must not

19   talk about anything with any person who is involved

20   in the trial, even if it doesn't have anything to do

21   with the trial.  If you need to speak with me, give

22   a note to one of the court security officers or

23   Ms. Bevel.  I've been trying not to repeat these.

24   But we've been going a while, and I haven't done in

25   it a while, so I wanted to do it before we got away

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   today.
 2             All right.  We'll be in recess for about
 3   an hour.  All rise.
 4             (The jury left the courtroom.)
 5             THE COURT:  All right.  The chart for the
 6   James statements for Michael Jaramillo is now filed
 7   at document 2206 and I'll try -- it's off my desk.
 8   The clerk is looking at it on the motion that Troup
 9   has filed.  So I'll try to get that filed here
10   shortly, if it's not already.
11             All right.  See you all in about an hour.
12             (The Court stood in recess.)
13             THE COURT:  I think we've got all the
14   defendants in the courtroom.  Looks like we have an
15   attorney for each defendant.  I do think we have now
16   Mr. Troup's -- I did get the opinion entered so it's
17   docketed at 2207.  I will now turn to -- unless
18   y'all think of something better to do, I'm going to
19   take the chart I gave you this morning at 2206, put
20   it into the opinion I've been work on Jaramillo, and
21   get that out.  So if anybody has anything more
22   urgent for me to work on this afternoon or over the
23   weekend, let me know before we get out of here
24   today.  Otherwise, I'll try to finish that up and
25   then we'll start the week clean.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                     1-800-669-9492
                                                                     e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1            Anything we need to discuss, Mr. Beck?

 2            MR. BECK:  No, Your Honor.

 3            THE COURT:  How about from the defendants?

 4   Anything?  If you don't mind, Ms. Harbour-Valdez,

 5   just each day give me a clean -- I don't need

 6   historical.  I'm still looking at the chart.  If

 7   you'd on Monday morning give me a clean one, and

 8   we'll see where we are.

 9            MS. HARBOUR-VALDEZ:  Okay.  I will do

10   that, Your Honor.

11            THE COURT:  The jurors are a little slow

12   getting back.  We need about three.

13            All right.  We may have a little bit of a

14   delay getting the witness up, but we'll have

15   Mr. Clark up here in just a moment.

16            I'll introduce you to Christin Solis.

17   She's -- I think Ms. Bevel introduced the jury to

18   her, and I'll introduce her to everybody else.

19   She's one of the -- what's your title down here in

20   Las Cruces.

21            MS. SOLIS:  I'm Judge Wormuth's courtroom

22   deputy.

23            THE COURT:  Ms. Solis has worked with me

24   in a lot of hearings and cases over the years, so

25   she feels like my relief when I come down here

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   because she works with me so much.  But she's going

2   to take over this afternoon.  Ms. Bevel had an

3   appointment right at 5:00, so she's trying to get

4   back to Albuquerque to make that.  We're ready.

5              All right, Mr. Clark.  If you'll resume

6   your place in the witness box, and I'll remind you

7   you're still under oath.

8              THE WITNESS:  Yes, Your Honor.

9              THE COURT:  All right, Mr. Sindel.  If

10  you'd like to resume your cross-examination of

11  Mr. Clark.

12  BY MR. SINDEL:

13       Q.   I would like to talk to you, Mr. Clark,

14  about the conversations you claim to have had with

15  my client, Mr. Gallegos, in 2004.

16       A.   Yes, sir.

17       Q.   And you've already sort of briefly touched

18  upon it.  You said the first time you mentioned it

19  in any debrief was December 3, 2015; correct?

20       A.   Yes, sir.

21       Q.   And the date was wrong but we've beaten

22  that horse, so I'd like to ask you a couple more

23  questions.  At the time that you had -- you claimed

24  to have had this conversation, were you in the

25  North?  Was it PNM North?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.    Yes, sir.  We were both at PNM North.

 2          Q.    Were you both in the same pod?

 3          A.    No, we were in different housing units.

 4          Q.    Different housing units.  When you go out

 5     to recreate, is it one pod at a time?

 6          A.    At that time, if there was room, they

 7     would mix units together.

 8          Q.    And that was totally discretionary, then,

 9     with the correctional staff; is that right?

10          A.    Yes, sir.

11          Q.    And when you're talking about a recreation

12     yard, you're not talking about a place like a

13     playground at a school; correct?

14          A.    We're talking about cages next to each

15     other.

16          Q.    I've heard them called dog runs, something

17     like that?

18          A.    Some people call them that.

19          Q.    So they're small units and if you are not

20     next to each other, you won't be able to talk very

21     easily?

22          A.    Yes, sir.

23          Q.    Now, who else was present for this

24     conversation you claim to have had with

25     Mr. Gallegos?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Just me and Mr. Gallegos.

2        Q.    And this was during -- this is phone rec

3   or some other different kind of rec?

4        A.    Just regular rec.

5        Q.    Hourly rec?  And that happens once a day?

6   Once an hour?  For an hour?

7        A.    Yes, sir.  Once a day, five times a week.

8        Q.    Now, in December 2015, do you remember --

9   well, let me ask you this.  Was it Angel DeLeon, a

10  Mexican national, and Eugene Martinez from

11  Albuquerque, along with someone named Ben Gallegos

12  who committed the two murders?

13       A.    No.  Can I see that paper again, please?

14       Q.    Sure.

15            MR. SINDEL:  May I approach, Your Honor?

16            THE COURT:  You may.

17  BY MR. SINDEL:

18       Q.    I'll tell you right now, so you know, I

19  would never ever misread anything to you.  But I

20  want you to be comfortable.

21       A.    Okay.  I didn't --

22       Q.    Just wait.  You're going to read this

23  section right here.

24       A.    Okay.

25       Q.    Don't read it aloud.  Read it to yourself.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.   I didn't write this.  I didn't write this
2   report, sir.
3        Q.   You have to wait for a question.
4        A.   Yeah, okay.
5        Q.   Did you indicate at that time that three
6   people you said were responsible; two of them were
7   Angel DeLeon and Eugene Martinez; correct?  Two
8   people.
9        A.   Two people that were involved in the
10  double homicide.
11       Q.   And then you also said someone named Ben
12  Gallegos; right?
13       A.   No, I said --
14       Q.   Is that in the paper?
15       A.   That's in the paper, but I didn't write
16  this paper.
17       Q.   All right.  So they got it wrong?
18       A.   They got it wrong.
19       Q.   And we went through all the
20  back-and-forth, back-and-forth about your efforts or
21  nonefforts to correct it; correct?
22       A.   I did correct it in April of 2016 when --
23  that was my actual debrief of everything that I
24  know.
25       Q.   This is not a debrief.  Is that your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   situation?

 2        A.   This was from when we first saw the

 3   agents -- I don't even know who this agent is.  The

 4   agent I've talked to mostly is Bryan Acee.  He

 5   showed up at the end of this conversation I had with

 6   this man, but I didn't write this down.  I didn't

 7   sign nothing on it.  Most of that stuff is wrong.

 8        Q.   Did you sign the other FBI 302, sir?

 9        A.   I don't remember.

10        Q.   Well, how about if you --

11        A.   But I'm pretty sure she recorded it.

12        Q.   You think they're audio-recorded?

13        A.   I'm pretty sure they are.

14        Q.   Okay.  So that would make sure it's

15   accurate; right?

16        A.   I'm just telling you in April 2016.

17        Q.   Can you see the second paragraph, last

18   line there?  What does it say?

19        A.   It refers to the recording of this

20   interview and verbatim transcript of same.

21        Q.   So it was recorded; right?

22        A.   I don't know, sir, but --

23        Q.   Does it say there it's recorded?

24        A.   It says there it's recorded.

25        Q.   Okay.  And this was FBI Agent Dougherty;

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   correct?

 2        A.   Sure.

 3        Q.   And Lieutenant Bobby Holden from the Dona

 4   Ana County Sheriff's Office?

 5        A.   Yes, sir.

 6        Q.   And then you got your rights, and you

 7   signed off on what they referred to as an FD395.

 8        A.   On the waiver of my rights, yes, sir.

 9        Q.   And that's the only signature as far as

10   you know of that's on this particular document?

11        A.   Yes, sir.

12        Q.   And then when you had -- let's see.  You

13   lost your tablet in April of 2017; correct?

14        A.   Somewhere around there, sir.

15        Q.   So that prior to that time did you see any

16   302 that you had signed off on?

17        A.   No, sir.

18        Q.   Now, does it then say in this particular

19   302 that Martinez and DeLeon both jumped on the

20   individual that they murdered?

21        A.   It sure does say that, sir.

22        Q.   And then Martinez was originally on top,

23   jumped on the guy's back, and DeLeon had to finally

24   tackle him to get him down.

25        A.   That's what it says, but that's not what
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  happened.
 2      Q.   Well, you don't even know what happened,
 3  right, because you weren't there; right?
 4      A.   I know I was told what happened.
 5      Q.   And you don't even know if that's true, do
 6  you?
 7      A.   The guys that did it told me.
 8      Q.   Do you know that's true?
 9      A.   I don't know if it's true or not.
10      Q.   You saw it with your eyeballs?  No?
11      A.   No, I didn't.
12      Q.   So as I understand it, then, what you
13  basically took on to do was to clarify what had
14  actually happened in the -- five months later in
15  April 12, 2016; correct?
16      A.   Yes, sir.
17      Q.   And I think at that time was the time that
18  you talked about having received paperwork on
19  Mr. Gallegos; is that right?
20      A.   I believe so.
21      Q.   And that's the conversation that you claim
22  took place in the cages; right?
23      A.   Yes, sir.
24      Q.   No one else was around?
25      A.   No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   As far as you know, no one else heard it?

 2      A.   Yes, sir.

 3      Q.   And also at that time and in every other

 4   conversation, there was no mention of anyone named

 5   Michael Jaramillo; correct?

 6      A.   I can't remember exactly.

 7      Q.   Do you want me to show you the 2016

 8   report?

 9      A.   No, I never mentioned Michael Jaramillo.

10      Q.   And his other name was Criminal.  There

11   was no mention of anyone named Criminal; right?

12      A.   No, sir.

13      Q.   In terms of trying to clear up some of

14   these issues that you had with these reports, when

15   you had been blessed with some of the things that

16   the Government gave to the cooperators, one of the

17   benefits was unlimited phone calls, wasn't it?

18      A.   Yes, sir.

19      Q.   And you could make unlimited phone calls

20   to your girlfriend or your mother or, if necessary,

21   your attorney if your attorney was available; right?

22      A.   Sure.

23      Q.   And did you also in those phone calls ask

24   your mother to patch you in to three-way calls?

25      A.   On occasion.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.    All right.  I mean, you know that those

 2  calls are taped; right?

 3      A.    Yes, sir, they are.

 4      Q.    Wouldn't surprise you at all if we have

 5  those tapes, would it?

 6      A.    Oh, no.  Not at all.

 7      Q.    Not at all.  So I mean, there were times

 8  when you say, "Mom, patch me in to the attorney, I

 9  want to leave a message," or something to that

10  effect?

11      A.    Sure.

12      Q.    And you'd ask your mom, "Look, I need to

13  talk to the attorney.  Can you leave him a message

14  or her a message"; right?

15      A.    Yes, sir.

16      Q.    So there was a number of places, as we

17  talked about before, for you to communicate

18  concerning what you claim are mistakes in the

19  December 3, 2015, the 302; right?

20      A.    Yes, sir.

21      Q.    All right.  So did you ever -- let me ask

22  you this.  Have you ever referred to what is going

23  on with the investigation in this prosecution as the

24  Government playing a lot of head games?

25      A.    I might have said that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     Q.    And they're using other people's
 2  statements against you?
 3     A.    Sure.
 4     Q.    And that those statements are lies?
 5     A.    Some of them were.
 6     Q.    And that, in fact, in your petition for
 7  the habeas corpus that you filed in federal court,
 8  one of the issues you had was that informants had
 9  lied on you; right?
10     A.    Yes, sir.
11     Q.    It's no surprise to you that some people
12  who claim to be cooperators who are informants or
13  whatever nice word you want to use can lie; right?
14     A.    Absolutely, correct.
15     Q.    And just signing off on a piece of paper
16  doesn't make anything the truth, does it?
17     A.    No, sir, it doesn't.
18     Q.    And did you ever tell your -- let me
19  rephrase that.  Have you ever referred to this as
20  the dirtiest game I've ever seen?
21     A.    I might have.  I don't know.  I'm not
22  sure.
23     Q.    March 22, 2017?
24     A.    That was a long time ago.
25     Q.    I know it was.  I'm just asking you.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I talk to my mom, you know, three or four

 2 times a week.  I talk to my girl every single day.

 3 I mean, it's kind of hard to remember every single

 4 conversation I have with her.

 5      Q.   I'm not asking you to do that.  Okay?  I'm

 6 just asking if you remember referring to this

 7 process as the dirtiest game I've ever seen.

 8      A.   I don't remember saying that.

 9      Q.   Do you remember indicating that all the

10 players are dirty, the feds, the dudes involved,

11 everybody is bad?

12      A.   I don't remember saying that.  I might

13 have said that but...

14      Q.   It wouldn't surprise you if you said it --

15      A.   It wouldn't surprise me.

16      Q.   -- in a moment of frustration; right?

17      A.   Sure.

18      Q.   And do you recall in a phone conversation

19 to your mother saying something about you tried to

20 tell Bryan and Maria.  And Bryan is Acee; correct?

21      A.   Yes, sir.

22      Q.   And Maria is Armijo; right?

23      A.   Right.

24           MR. SINDEL:  And I apologize for saying it

25 wrong.  It's this St. Louis thing.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                           1-800-669-9492
                                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Okay, so do you remember saying something
 2   about their golden boys?
 3        A.    Sure.
 4        Q.    And who were you referring to when you
 5   were talking about their quote, unquote, golden
 6   boys?
 7        A.    Timothy Martinez and Freddie Munoz.
 8        Q.    Do you remember saying something like that
 9   "They needed to talk to their golden boys and tell
10   them this is a team effort"?
11        A.    Sure, I might have said that.
12        Q.    Yeah, and you're thinking, rah, rah, let's
13   get together because we're a team; right?  We should
14   act as a team, work together; right?
15        A.    Not necessarily work together, but we're
16   all living together, and there's no -- there's
17   nothing good about stepping on each other.
18        Q.    Tell them that this is a team effort;
19   right?  Do you remember that?
20        A.    Yeah, sure.  I don't recall it exactly,
21   but I might have said that.
22        Q.    "No one person is trying to take all the
23   glory"; right?
24        A.    I might have said that.
25        Q.    And do you remember around that same
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   period of time complaining because there were

2   certain kites that had been put out on you

3   concerning bringing contraband into the facility?

4        A.   Sure, because I wasn't bringing contraband

5   into the facility.

6        Q.   And that there were some people that were

7   in that pack of people that were trying to make you

8   look bad?

9        A.   Sure.

10        Q.   And that they were trying to make

11   themselves look better so they could get a better

12   deal?

13        A.   That's what it seemed like.

14        Q.   That's the way it is, isn't it?

15        A.   That's what it seemed like.

16        Q.   And that those same guys are trying to

17   throw you under the bus?

18        A.   That's what it felt like.

19        Q.   There are a lot of buses in this

20   particular situation, aren't there?

21        A.   I suppose so.

22        Q.   Now, one of the things -- you know, we've

23   talked about the 5K and blown off through all those

24   things.  There were discussions that you had

25   concerning the possibility of being moved to another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   place; right?

2       A.   What are you talking about?

3       Q.   Move to another state, move to another

4   part of the country?

5       A.   I don't recall that.

6       Q.   So you don't recall any conversations in

7   that regard?

8       A.   Maybe move to another facility, but I

9   don't recall being -- saying anything about being

10  moved to another state or --

11      Q.   What about getting help getting a job?

12      A.   Sure.  Yeah, that if I ever made it out,

13  they would help me get a job.

14      Q.   And at one point in time, I think you

15  answered questions that you were hoping to get out

16  by December of 2016?

17      A.   I was really hoping I'd finish my time and

18  I was hoping to get out.

19      Q.   And theoretically you were thinking, "I

20  can walk away from this thing because I'm done with

21  that 27-year sentence"; right?

22      A.   That's what I thought.

23      Q.   And so at any point in time did you

24  believe that you could -- that the federal

25  government would help you get a job?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    If I ever got out, yeah.

 2        Q.    And that they would be able to relocate

 3   you?

 4        A.    If I ever got out, yes.

 5        Q.    And that they would be able to, you know,

 6   basically give you a new identity?

 7        A.    I wouldn't go that far.  I would like to

 8   keep in contact with my family, you know.

 9        Q.    Well, let me ask you, do you remember a

10   conversation that you had on May 21, 2016, with a

11   woman I'm going to only identify as Jeanette; right?

12        A.    That was a long time ago, man.

13        Q.    Well, I'm just asking you, is that

14   Jeanette who you had daily conversations with?

15        A.    Yes, sir.

16        Q.    And do you remember telling her, "We could

17   get new identities and everything, babe.  We can."

18              And she said, "I'm going to be Jennifer.

19   I'm going to be Jennifer, like I would tell the

20   kids."

21              Do you remember that?

22        A.    We might have been messing around,

23   clowning with each other or something.  I was

24   telling her what's available under the witness

25   protection program.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You were telling her what you thought you

2   would get; right?

3      A.   What I could get.

4      Q.   You also were telling her what they had

5   told you was possible; right?

6      A.   Sure.

7      Q.   "We'll even get -- they'll hook us up with

8   good jobs, a place to live"; right?

9      A.   Sure.

10      Q.   "And shit, they might even -- they could

11   hire you as anything.  Any federal job, babe";

12   right?  You were telling her that they had told

13   you --

14      A.   Some things that I had read, you know,

15   some things that I had looked up on my own involving

16   the witness protection program, some --

17      Q.   Did you tell her that, "Hey, I read this,

18   I looked it up"?

19      A.   No, I just --

20      Q.   Let me -- wait, wait, wait, wait, wait.

21   She's got to get the question down before she gets

22   your answer in.  Okay.  "Hey, they could hire you as

23   anything, any federal job, babe"; right?  Did you

24   tell her that?

25      A.   I'm pretty sure I did.  I mean --



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    You are telling her, "Dream on"; right?
 2   You're telling her that is a future here; right?
 3        A.    Sure.
 4        Q.    And she says she doesn't want to go
 5   anywhere where there's snow but she said, "Well,
 6   they could even move us to California"; right?
 7        A.    It's possible.
 8        Q.    And that "They can help take off all my
 9   tattoos"; right?
10        A.    I don't remember that, but they could have
11   said it, yeah.
12        Q.    So you were telling her you had big dreams
13   because what you had learned and what you had been
14   told by the prosecution and the members that sit at
15   this table; right?
16        A.    Exactly.  Big dreams.  I had big dreams.
17        Q.    I understand that.  There is nothing wrong
18   with that.  And when you said that when you're in
19   the game, you play the game -- do you remember
20   saying that?
21        A.    I'm not in the game anymore.  I stepped
22   out of the game three years ago.
23        Q.    Do you remember saying that, sir?
24        A.    Yes, sir.
25        Q.    "When you're in the game, you play the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   game"; right?

 2        A.   Yes, sir.

 3        Q.   And you know coaches who can take you out

 4   if you're not performing are on this side of the

 5   room, aren't they?

 6        A.   Sure, they are.

 7             MR. SINDEL:  That's all I have.

 8             THE COURT:  Thank you, Mr. Sindel.  Any

 9   other defendant have cross-examination of Mr. Clark?

10             All right.  Mr. Beck, do you have any

11   redirect?

12             MR. BECK:  I do, Your Honor.

13             MR. SHATTUCK:  Your Honor, may we approach

14   before he begins?

15             THE COURT:  You may.

16             (The following proceedings were held at

17   the bench.)

18             MR. SHATTUCK:  I know it's not going to

19   happen, but I just want to make sure that -- during

20   one of the crosses, Mr. Patterson's name was

21   mentioned, and it was the area we talked about,

22   earlier in the day, not bringing up.

23             THE COURT:  Are you planning to bring up

24   Mr. Patterson?

25             MR. BECK:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. SHATTUCK:  I just wanted to make sure.

2   All right.  Thanks.

3          (The following proceedings were held in

4   open court.)

5          THE COURT:  All right, Mr. Beck.

6                  REDIRECT EXAMINATION

7   BY MR. BECK:

8      Q.   Mr. Clark, you were just speaking with

9   Mr. Sindel about some phone conversations you had.

10  Do you remember that?

11     A.   Yes, sir.

12     Q.   And he asked you about a conversation you

13  had with your mom about the cooperators lying; do

14  you remember that one?

15     A.   Yes, sir.

16     Q.   Did you tell your mom that you told Jesse

17  Trujillo to have Cheeky and Ruben Hernandez hit Fred

18  Sanchez?

19     A.   No.

20     Q.   Why not?

21     A.   Because that's not her business.

22     Q.   Why were you and Jeanette talking about

23  getting out in 2016 and moving to California?

24     A.   Because my time was finished, and I was

25  hoping that we -- I could get out, you know.  I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

234

```
 1   hoping there was a way to get out.  But once I knew
 2   there was no way to get out, we talked about it and
 3   I told her, "It could be years, you know.  So if you
 4   want to stay on, stay on.  If you don't, go ahead
 5   and leave."
 6         Q.   I think early on you were asked about the
 7   hit on Junior, early on in your cross-examination,
 8   and that it was called by Angel Munoz.
 9         A.   Sure, yes, it was, and a few other more on
10   the tabla.
11         Q.   Was Angel Munoz the jefe at that time?
12         A.   Yes, he was.
13         Q.   Did he personally come and tell you
14   directly to hit Leroy Torrez?
15         A.   No, he did not.
16         Q.   Did you understand from those who told to
17   you do it that it was coming from Angel Munoz?
18         A.   Yes, it came from the North on a
19   disciplinary hearing.  They brought the guy back to
20   the South facility.  He called one of the guys at
21   the South facility as a legal rep to represent him
22   on a misconduct report, and they passed the word
23   like that.
24         Q.   May we have Exhibit 826, please.  And
25   again, the North facility is up here on the top, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the South facility is on the bottom; right?

2        A.   Yes, sir.

3        Q.   Generally throughout the time you've been

4    an SNM member, where are the members of the tabla

5    incarcerated?

6        A.   At the North facility, sir.

7        Q.   And in order -- well, what was Leroy

8    Torrez' position at that time in the SNM?

9        A.   He was running the South facility.

10       Q.   And so in order to hit someone who had the

11   keys at the South facility, where would that have to

12   come from in the SNM?

13       A.   It would have to come from the top.

14       Q.   You were asked a lot of questions about

15   Fred Dawg and your role in that.  Do you remember

16   that?

17       A.   Yes, sir, I do.

18       Q.   What was Fred Dawg's position in the SNM?

19       A.   He was a high-ranking SNM Gang member.

20       Q.   Had he been a high-ranking SNM member for

21   a long time?

22       A.   Yes, sir.  He had been on and off the

23   tabla for years.

24       Q.   So in your experience with the SNM, could

25   you have called that hit by yourself?



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    Not at that time.  I needed the tabla's

2    permission.

3       Q.    And in June of 2007 was Arturo Garcia on

4    the tabla?

5       A.    He was the head of the tabla at that time.

6       Q.    When you passed the paperwork to yellow

7    and green pod, did you tell them that that order and

8    that paperwork came from Arturo Garcia?

9       A.    No, I just passed the paperwork and told

10   them to look at it.

11      Q.    Okay.  I think you were asked about a

12   nickname that you had for the pod you were staying

13   in in Sandoval County and you said "D pod."  Do you

14   remember that?

15      A.    Yes.

16      Q.    Why did you call it D pod?

17      A.    Because I think it was D pod that we were

18   living in.

19      Q.    So was there a nickname for that?

20      A.    No, it was just D pod.

21      Q.    Would the letter that Mr. Burke showed

22   you -- do you remember talking about that letter?

23   And I can show it to you if you need to see it.

24      A.    Yes, sir, I remember talking about that.

25      Q.    Did I ever show you this letter when you

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    and I met in March?

2         A.    Not at all.

3         Q.    Did I tell you about the letter in that

4    meeting, or did you tell me about it?

5         A.    I told you about that letter.

6         Q.    But I think you said you mentioned that

7    before -- you'd mentioned that before -- let me go

8    back.  Do you remember Mr. Burke asking if today was

9    the first time we've ever heard that?

10        A.    Yes, sir, I do.

11        Q.    And did you say that you remembered saying

12   that before?

13        A.    Yes, sir, I did.

14        Q.    I'm going to show you your March 20,

15   2018 -- the 302 FBI report of March 20, 2018, at

16   Bates No. 68265.  Go ahead and read the paragraph

17   labeled "Arturo Garcia."

18        A.    "Benjamin Clark" --

19        Q.    Just to yourself.  And then after you do

20   that, tell me if that report talks about the

21   interception of that 2007 letter on the outside.

22        A.    Yes, it does, sir.

23        Q.    So was that -- and I think you said when

24   you and I met -- was that March 20, 2018, was that

25   the 302 from when you and I met?



SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                        Albuquerque, NM 87102
(505) 989-4949                                                                                        (505) 843-9494
FAX (505) 843-9492                                                                              FAX (505) 843-9492
                          BEAN & ASSOCIATES, Inc.                                    1-800-669-9492
                          PROFESSIONAL COURT                                 e-mail: info@litsupport.com
                          REPORTING SERVICE

1      A.   Yes, sir.

2      Q.   And I'm showing you your April 2016 302

3   report, the 302 report, your debrief.  Do you see

4   who wrote this report?

5      A.   Agent Bryan Acee.

6      Q.   And you talked a lot about this one today.

7   I'm showing you Bates No. 41975, the second page of

8   that report.  Go ahead and look at the fourth

9   paragraph from the bottom.  Read that to yourself

10  and tell me if, in April 2016, you also talked about

11  that 2007 letter being intercepted on the outside.

12     A.   Yes, sir, I did.

13     Q.   So a number of times today I think you

14  talked today about giving a lot of statements to law

15  enforcement.  Do you remember that?

16     A.   Yes, sir, I do.

17     Q.   And as we've gone through this process

18  today, if there are things that you didn't quite

19  remember saying or you didn't remember how they were

20  worded, your memory, the lawyers have helped refresh

21  your memory with these reports; right?

22     A.   Yeah, they did.

23     Q.   Is it fair to say that some of this stuff

24  was a long time ago?

25     A.   Yeah, it was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Now, I want to talk to you about a couple
2   of these statements.  And again because we can, if
3   your memory needs refreshing, just let me know.  But
4   when did you -- I think you said this before, but
5   just to remind us, when did you receive the tablet?
6        A.   August, September of 2016, somewhere
7   around there.  Maybe October.  It was later in the
8   year.
9             MR. BECK:  Will the defense stipulate that
10  in April of 2016 Mr. Clark and the defendants have
11  not had the tablet?  "Sometime in April of 2016, the
12  defendants did not have their tablets."
13            MR. SINDEL:  Well, they did have it for
14  part of April.
15            MR. BECK:  April 2016, not '17.
16            MR. SINDEL:  Okay.  I guess I got
17  confused.
18            MR. BECK:  Sure.  I think -- let me ask.
19  BY MR. BECK:
20       Q.   Your tablets were confiscated in April of
21  2017; right?
22       A.   Yes.
23       Q.   But in April of 2016 did you have a
24  tablet?
25       A.   No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did you have the discovery at all?

2      A.   I didn't have nothing.

3      Q.   You went over -- I think you were asked

4  about a statement -- I think Mr. Burke asked you a

5  statement about Edward Troup and what occurred with

6  the Garza or Looney or Castillo murder.  Do you

7  remember that set of questions?

8      A.   Yes, sir, I do.

9      Q.   And he asked you whether you were trying

10  to implicate Troup in the Garza murder.  Do you

11  remember those?

12      A.   Yes, sir, I do.

13      Q.   I'm going to hand you your April 2016 302

14  that Bryan Acee wrote.  So April 2016, this was four

15  months before you received the tablets in discovery;

16  right?

17      A.   Yes, sir.

18      Q.   And in that April 2016 302 does it say

19  what year and where that conversation took place?

20      A.   No, sir.  Oh, yeah.  It does.  Late 2004.

21      Q.   Does it also say where it took place?

22      A.   At the North facility.

23      Q.   All right.  May we please see side by side

24  Government's Exhibit 293 and Government's Exhibit

25  184?  And if we can go to the 2004 time period.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              So Mr. Clark, this is your offender
2     physical location history.  And you see these
3     numbers down here at the bottom, 59, 703 and 43795?
4         A.   Yes, sir.
5              MR. BECK:  Will the defendants stipulate
6     that those Bates numbers were disclosed after April
7     of 2017?
8         A.   Yes, sir.
9              MR. BECK:  Not you.  But I'm glad you'll
10    stipulate to that.  I think that's a yes, Your
11    Honor.
12        Q.   And the reason I did that, did you ever
13    see the offender location history in your tablet?
14        A.   No, sir.
15        Q.   So if we look now at the 2004 time period,
16    I'll start on the right here because that's a little
17    bit easier for me.  Do you see above that -- do you
18    see in that time period where Edward Troup was
19    located in the 2004 time period?
20        A.   Yes, he was located at the North facility.
21        Q.   All right.  And then down here at the
22    bottom in 2009, from March to October, where were
23    you located?
24        A.   In the North facility, in the same pod, T
25    pod.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And what does it say?  I think you went
 2   over this with Mr. Burke, but what does it say in
 3   that -- hold on one second.
 4            MR. BECK:  Your Honor, I'm going to lead
 5   him through this a little bit.
 6            THE COURT:  All right.
 7   BY MR. BECK:
 8        Q.   Does it say that --
 9            MR. COOPER:  Page number?
10            MR. BECK:  Page 41977, page 4 of the 2016
11   report.
12   BY MR. BECK:
13        Q.   Does it say that Troup told you that
14   Looney and Garza almost got away?
15        A.   Yes, sir, it does.
16        Q.   And Martinez said Looney almost got away,
17   but Troup closed the door.
18        A.   Yes, sir.
19        Q.   And then Troup added, "I just closed the
20   door."
21        A.   Yes, sir.
22        Q.   And this is a conversation between you and
23   Mr. Eugene Martinez; right?
24        A.   Yes, sir.
25        Q.   I'm going to show you your March 2018 --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   well, and let me ask this.  Is that correct?  Is

2   that what happened?

3        A.   No, that's not what happened, but it's

4   correct that we had that conversation.

5        Q.   And I'll get to that.  So I'm going to

6   show you your March 20, 2018, 302, pages 68263,

7   68264.  Go ahead and read the bottom of that page

8   and then on to the next page and look up at me after

9   you've read that.

10       A.   Okay.

11       Q.   Okay.  And what -- in that report does it

12  say the conversation that you had with Eugene

13  Martinez and Troup?  What did Troup say in that

14  conversation?

15       A.   In my pod, all I did was the shut the

16  door.

17       Q.   Did Troup joke around with Eugene Martinez

18  that Looney almost got away from you?

19       A.   Yes, he did.

20       Q.   So in that conversation -- and this

21  happened in 2004; is that right?

22       A.   Yes, sir, it did.

23       Q.   And how many years ago is that, if we're

24  in 2018?

25       A.   14 years ago.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    In that conversation when you and Eugene
 2   and Troup were talking, were you talking about
 3   Looney and the 2001 murder?
 4        A.    Yes, sir, we were.
 5        Q.    And in 2001, was Castillo also murdered,
 6   Frank Castillo?
 7        A.    Yes, sir.
 8        Q.    And so in the time period between -- well,
 9   in April 2016, did you have your tablet then?
10        A.    No, sir.
11        Q.    And when were you arrested for this case?
12        A.    December 3, 2015.
13        Q.    And let me show you in your report from
14   that day -- and I think you've talked a lot about
15   this report with everyone, but I'm going to show you
16   the portion you went over with a lot of the
17   attorneys about the 2001 homicides, page 1576.  In
18   that 2015 interview with police, did you say you
19   thought one of the victims' names from 2001 was
20   Frank Martinez?
21        A.    Frank Gonzalez.
22        Q.    Frank Gonzalez.  And that's not Frank
23   Castillo or Rolando Garza?
24        A.    No.
25        Q.    So my question is:  Since you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    arrested in December of 2015, up until today, did

2    looking at the discovery help refresh your

3    recollection as to who was involved and what?

4         A.   Yeah, somewhat it did.

5         Q.   But is it fair, even without those, even

6    without the discovery in the reports, you still got

7    the dates and locations of these conversations

8    right; is that fair?

9         A.   Yes, sir, I did.

10        Q.   And even today, you've needed your memory

11   refreshed a little bit from your reports here in

12   court?

13        A.   Yes, sir, I have.

14        Q.   2004 -- well, I think you went over with

15   Mr. Sindel just now the discussion that you had with

16   Joe Gallegos in 2004.  Do you remember those talks?

17        A.   Yes, sir, I do.

18        Q.   And I'm going to approach you with page 5

19   of your 2016 report.  On page 5 of that 2016 report,

20   does it say where and when the conversation that you

21   had with Joe Gallegos about the Castillo murder

22   happened?

23        A.   Yes, sir, it does.

24        Q.   What does it say on that 2016 report?

25        A.   We were in the yard together.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   In what year?

 2        A.   2004.

 3        Q.   At what facility?

 4        A.   At the North facility.

 5        Q.   And again, did you have your tablet or any

 6   discovery in April of 2016?

 7        A.   No, sir.

 8        Q.   All right.  May we please see Exhibit 293

 9   and Exhibit 180 side to side.  In the year 2004 time

10   period, again, do you recognize this as your

11   offender physical location history and Joe Lawrence

12   Gallegos' offender physical location history?

13        A.   Yes, sir.

14        Q.   Did you ever see these on the tablet any

15   time you had it?

16        A.   No, sir.

17        Q.   If we look at 2004, for Mr. Joe Gallegos,

18   from January 2004 until September 2004, where was

19   he?

20        A.   At the North facility.

21        Q.   All right.  And was he in 2A L pod?

22        A.   Yes, sir.

23        Q.   All right.  And in March until October of

24   2004, where were you?

25        A.   At the North facility.
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                    1-800-669-9492
                                           e-mail: info@litsupport.com

 

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   All right.  Is that the North facility

2   where you said in 2016 you had the conversation in

3   the yard?

4      A.   Yes, sir.

5      Q.   In December 3, 2015, was that a debrief or

6   was that a post-arrest interview?

7      A.   That was a post-arrest interview.

8      Q.   And do you remember talking about your

9   co-defendants that were indicted in these murders at

10  that December 3, 2015, interview?

11     A.   Somewhat.  I can't really recall.

12     Q.   Might the report help you?

13     A.   Yes, sir, it would.

14     Q.   I'm going to give you that 2015 report and

15  I'm going to approach you, starting at Bates No.

16  1576 and going on to 1577.

17     A.   Thank you.

18     Q.   So here in 1576, and while I'm here, does

19  this report say it was in 2002?

20     A.   Yes, sir, it does.

21     Q.   And I think when Mr. Sindel asked you how

22  you knew that, do you remember that Mr. Granberg

23  pointed out the middle part of this paragraph just

24  before Mr. Sindel walked up to you?

25          MR. SINDEL:  I'll object to the leading

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   question.

 2            THE COURT:  Overruled.

 3   BY MR. BECK:

 4        Q.   Did Mr. Granberg ask you about Eugene

 5   Martinez and DeLeon telling you about a hit?  Mr.

 6   Granberg is Mr. Christopher Chavez's attorney.

 7        A.   Yes, sir, I believe he did.

 8        Q.   And at the top of that paragraph that he

 9   showed you, does it say 2002?

10        A.   Yes, sir.

11        Q.   So at the end of that paragraph on page

12   1577, does that help refresh your memory whether you

13   talked about any of the co-defendants that were

14   charged alongside you in this case?

15        A.   Yes, sir, it does.

16        Q.   Okay.  And then at the bottom of that,

17   2007, does that talk about the Fred Sanchez

18   information?

19        A.   Yes, sir, it does.

20        Q.   And does that help refresh your memory

21   whether you had any idea there were even

22   co-defendants in this case?

23        A.   Yes, sir, it does.

24        Q.   So at this time, in 2015, after your

25   post-arrest interview, did you have any idea that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    you even had co-defendants arrested in the same

 2    indictment?

 3         A.   Not really.

 4         Q.   Did you actually say for both of those

 5    that no charges had been filed on either the Freddie

 6    Sanchez murder or the Garza and Castillo murder?

 7         A.   Yes, sir, I did.

 8         Q.   So did you have any idea that these were

 9    even charged?

10         A.   No, sir, I didn't.

11         Q.   Did you provide law enforcement a lot of

12    the same information about what you'd been told by

13    the defendants and what you did in the Fred Sanchez

14    murder?

15         A.   I gave them a little information, but I

16    didn't want to open up my -- everything I knew,

17    because I wasn't sure if I was going to be safe or

18    if I was going to be protected by law enforcement at

19    that time.

20              MR. BECK:  May I have a moment, Your

21    Honor?

22              THE COURT:  You may.

23              MR. BECK:  No further questions, Your

24    Honor.

25              THE COURT:  All right, Mr. Clark.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Did you have something, Mr. Burke?
 2              MR. BURKE:  Your Honor, I do, and I'm
 3   pretty sure that I have some time left.
 4              THE COURT:  You have a little bit of time.
 5                    RECROSS-EXAMINATION
 6   BY MR. BURKE:
 7       Q.   So let me see if I can summarize this in a
 8   few questions and your answers.  In the April 2016
 9   discussion of the 2001 homicides, you had Edward
10   involved in Garza; right?
11       A.   That's what it said, yes.
12       Q.   And then after you reviewed the
13   Government's paperwork, you realized that wasn't
14   very valuable to them, so you switched it to
15   Castillo.
16       A.   No, I just started recalling some of the
17   conversations a little bit more.
18              MR. BURKE:  That's all I have.
19              THE COURT:  Thank you, Mr. Burke.
20              All right.  Anything further, Mr. Sindel?
21              MR. SINDEL:  I could ask from here.
22              THE COURT:  You can ask from there.  I
23   think we can hear you.
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    RECROSS-EXAMINATION
 2   BY MR. SINDEL:
 3        Q.   Before you got tablets, did you have paper
 4   discovery?
 5        A.   No, sir, we didn't.
 6        Q.   "We didn't" or "you didn't"?
 7        A.   I didn't.
 8        Q.   Your lawyer didn't give it to you?
 9        A.   No, sir.  It wasn't allowed.
10        Q.   Were you allowed to review it?
11        A.   I didn't review anything.
12        Q.   Were you allowed to review it?
13        A.   I don't know.
14             MR. SINDEL:  That's all I have.
15             THE COURT:  Thank you, Mr. Sindel.
16             All right, Mr. Beck.  Any further
17   redirect?
18             MR. BECK:  No, Your Honor.
19             THE COURT:  All right.  Mr. Clark may step
20   down.
21             Is there any reason that Mr. Clark cannot
22   be excused from the proceedings, Mr. Beck?
23             MR. BECK:  No, Your Honor.  He may be
24   excused.
25             THE COURT:  How about from any of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   defendants?   Anybody?

2           All right.   Not hearing any objection, you

3   are excused from the proceedings.   Thank you for

4   your testimony.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 22nd day of May, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com