1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10                 SAMUEL GONZALEZ

11                  May 4, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                          I N D E X

2    EXAMINATION OF SAMUEL GONZALEZ

3    By Mr. Castellano                              3

4    By Ms. Harbour-Valdez                         34

5    By Mr. Blackburn                              45

6    By Mr Castellano                              76

7    REPORTER'S CERTIFICATE                        82

8                   EXHIBITS ADMITTED

9    Government 812 Admitted                        5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com

3

1            THE COURT:  All right.  Mr. Beck, does the

2    Government -- Mr. Castellano, does the Government

3    have its next witness or evidence?

4            MR. CASTELLANO:  Yes, Your Honor.  The

5    United States calls Samuel Gonzalez.

6            THE COURT:  Mr. Gonzalez, if you'll come

7    up and stand next to the witness box right in front

8    of you.  If you'll raise your right hand to the best

9    of your ability, Ms. Solis, my courtroom deputy,

10    will swear you in.

11                    SAMUEL GONZALEZ,

12        after having been first duly sworn under oath,

13        was questioned, and testified as follows:

14            THE CLERK:  Have a seat, please.  State

15    and spell your last name for the record.

16            THE WITNESS:  Samuel Gonzalez.

17            THE COURT:  Mr. Gonzalez, why don't you

18    pull your chair up to the microphone as much as you

19    can.  And if you pull the microphone a little bit

20    towards your mouth, that would be great.  All right.

21            Mr. Gonzalez.  Mr. Castellano.

22            MR. CASTELLANO:  Thank you, Your Honor.

23                    DIRECT EXAMINATION

24    BY MR. CASTELLANO:

25        Q.   Good afternoon, Mr. Gonzalez.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

```
 1        A.    Good afternoon.
 2        Q.    Can you tell the members of the jury
 3   whether you are, or ever have been, an SNM gang
 4   member?
 5        A.    I was an SNM Gang member.
 6        Q.    How did you become a member of that gang?
 7        A.    How did I become one?
 8        Q.    Yes.
 9        A.    I became one in 2000.  I got brought in by
10   a couple guys.
11        Q.    Do you remember their names?
12        A.    Before then, I was on probation, so I got
13   brought in by Lino G, T-Bone, and I was blessed by
14   Angel Munoz and Jacob Armijo.
15        Q.    And just so it's clear, was that Jacob
16   Armijo, known as Big Jake?  Or was that Jacobo
17   Armijo?
18        A.    Jacobo.
19        Q.    And which facility were you when that
20   happened?
21        A.    Las Cruces.
22        Q.    Was that known as Southern New Mexico
23   Correctional Facility?
24        A.    Yes, sir.
25        Q.    And at any point during the time you were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in did you ever have to earn your bones?

2        A.   I did, but I didn't.

3        Q.   Can you explain that?

4        A.   When you get in, you're supposed to either

5    stab or be involved in a murder or an assault.  At

6    the time, I didn't.

7        Q.   So you -- is it fair to say you were never

8    tasked with assaulting somebody to earn your bones?

9        A.   Well, my name never came up.

10       Q.   So it didn't happen?

11       A.   No.

12       Q.   You mentioned this happened in the

13   Southern New Mexico Correctional Facility.  How is

14   it that you found yourself in prison?  Was it for a

15   conviction of some sort?

16       A.   So I got out in 1999.  On January 26th of

17   2000, I got in a vehicular homicide.

18       Q.   I'm going to show you here --

19            MR. CASTELLANO:  Let me first admit this

20   exhibit.  Thank you.  Your Honor, at this time I

21   move the admission of Government's Exhibit 812.

22            THE COURT:  Any objection from any of the

23   defendants?  Not hearing or seeing any, Government's

24   Exhibit 812 will be admitted into evidence.

25            (Government Exhibit 812 admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTELLANO:

2       Q.   Okay.   Mr. Gonzalez, I'm going to show you

3  Government's Exhibit 812.   That's what we've been

4  referring to as a pen pack or a penitentiary packet.

5  And I'm going to show you the fourth page of that

6  exhibit.   I want to ask you if, in 1996, you had a

7  conviction for aggravated assault against a peace

8  officer with a deadly weapon?

9       A.   Yes, sir.

10      Q.   And then did you also have a conviction

11  for criminal damage to property over $1,000?

12      A.   Yes, sir.

13      Q.   And at that time, using the telephone to

14  terrify, intimidate, threaten, harass, or offend?

15      A.   Yes.

16      Q.   Did you plead no contest to aggravated

17  assault against a household member?

18      A.   I did.

19      Q.   Turning to the next page, it looks like --

20  just for clarification, let me go back one page.

21  And is that an amended judgment?

22      A.   Yes.

23      Q.   Let me go to the next page and ask you if

24  this is related to the same case on page 53592 on

25  the bottom.   Does this look like the same charges,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  but the other document was just an amended document

2  for this conviction?

3      A.   Yes.

4      Q.   Turning to page 53595 of that same

5  exhibit, did you also plead guilty to trafficking by

6  possession with intent to distribute cocaine?

7      A.   I did, but that was in 1995.

8      Q.   Turning to page 53598, did you have a

9  conviction for the crime of forgery?

10     A.   I did.

11     Q.   And then on page 53601 of that same

12  document, Exhibit 812, this is the crime you were

13  telling us about, the homicide by vehicle?

14     A.   Yes.

15     Q.   Was that for a reckless type of driving?

16     A.   Yes.

17     Q.   And there was a child abuse charge?

18     A.   I had my family with me.

19     Q.   As a result of having your family, were

20  you charged because a child was in the vehicle?

21     A.   Yes.

22     Q.   Do you remember how many years you were

23  sentenced to as a result of that conviction?

24     A.   They gave me 31 years and suspended six.

25  So a total of 25 years.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8

```
 1        Q.    Have you been in prison ever since that
 2   time?
 3        A.    I've been in prison for 18 years and five
 4   months.
 5        Q.    About how much longer do you think you
 6   have before you're released?
 7        A.    Four years and a half.
 8        Q.    And if you complete any programs, might
 9   that sentence be shortened at all?
10        A.    It can be.
11        Q.    What type of program would shorten that
12   sentence?
13        A.    Well, I'm in the RPP Program.
14        Q.    Can you explain what that program is to
15   the members of the jury?
16        A.    It's a program for being renounced.  It's
17   SNM Gang members or any gang members.  While in that
18   program, you have to debrief; you have to be
19   legitimately away from the gang; they have programs
20   for you to rehabilitate.  And that's the reason why
21   I would get time knocked off my sentence if I do
22   good and complete all these programs.
23        Q.    Now, were you ever charged in this case?
24        A.    No.
25        Q.    And at some point in, I believe, 2017 did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   law enforcement approach you to see if you'd be
 2   willing to give a statement to them?
 3        A.    In 2017?
 4        Q.    Yes.  Let me double-check my dates.
 5        A.    Yes.
 6        Q.    February 22nd of 2017?
 7        A.    Yes.
 8        Q.    And at that point, did you agree to give a
 9   statement to them?
10        A.    I did.
11        Q.    And when you entered the RPP Program, what
12   year was that?
13        A.    January of 2015.
14        Q.    And when you entered that program, were
15   you also required to give a statement?
16        A.    Yes.
17        Q.    What was the purpose of giving that
18   statement?
19        A.    To show the RPP and the administration
20   that I was legitimately for the program; I was done
21   with the gang.
22        Q.    After you gave that statement, were you
23   accepted into the program?
24        A.    Not right away.
25        Q.    About how long did it take?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.   I did this in May of 2014, and I didn't

2   get accepted until January of 2015.

3        Q.   Then where were you spending your time

4   between the time you applied to the program and when

5   you were accepted?

6        A.   I was in Level 6.

7        Q.   Is that PNM North?

8        A.   I was at Las Cruces and PNM North and PNM

9   South.

10       Q.   Where were you housed on June 17th of

11  2007?

12       A.   I was housed in Las Cruces, SNMCF, blue

13  pod.

14       Q.   Sir, I'm going to show you a location

15  history, which is Exhibit 814.  I'm going to show

16  you the second page.  Do you see where I've

17  underlined there where it says "Southern New Mexico

18  Correctional Facility"?

19       A.   Yes.

20       Q.   And then it looks like November 28th of

21  2006 until June 27th of 2007, it shows here Southern

22  housing unit A-1?  Was it housing unit 1-A?

23       A.   Yeah, I just remember it being in blue

24  pod.  They changed it all up.

25       Q.   Do you remember if you were in cell 107,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   which I'm circling here?
 2        A.   Yes, I was.
 3        Q.   And at that time, was it an SNM housing
 4   unit?
 5        A.   Yes.
 6        Q.   I"m going to show you now Government's
 7   Exhibit 281.  Does that diagram look familiar to
 8   you?
 9        A.   Yes.
10        Q.   I'm circling here blue pod up above that
11   yellow pod, into the upper right green pod.  Does
12   that look familiar?
13        A.   Yes.
14        Q.   And did you tell us that you were in the
15   blue pod?
16        A.   I was in blue pod.
17        Q.   I'm now going to show you Government's
18   Exhibit 247, and I'll ask you if you recognize
19   what's in that exhibit?
20        A.   It's blue pod.
21        Q.   And is this where you were living?
22        A.   Yes.
23        Q.   Do you see your cell or your house on this
24   exhibit?
25        A.   I can't see very good on this.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Do you have a little bit of a glare there?

2        A.   I could see it up on that one at the top.

3        Q.   I'm circling the second door from the

4   right.  Do you recall if that was 107?  Or were you

5   somewhere else?

6        A.   That's it.

7        Q.   I'm going to show you now Government's

8   Exhibit 248.  Is that just another view of the pod?

9        A.   Yes.

10       Q.   And finally, Exhibit 249.  So I'm circling

11   a couple of tables kind of in the center of the

12   picture.  Was that kind of a common area for you and

13   the other inmates?

14       A.   Yes.

15       Q.   And then I'm basically drawing an arrow up

16   some stairs.  Was that the way to get upstairs to

17   your cell?

18       A.   Yes, sir.

19       Q.   In June of 2007, did you know somebody

20   named Freddie Sanchez?

21       A.   I did.

22       Q.   Let me show you Government's Exhibit 284.

23   Do you recognize that person?

24       A.   I do.

25       Q.   Who is that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

13

```
 1        A.    That's Freddie Sanchez.

 2        Q.    Did you know him by any other names?

 3        A.    Fred Dawg.

 4        Q.    And do you recall Fred Dawg getting killed

 5   in the blue pod?

 6        A.    I do.

 7        Q.    What do you remember about how soon he got

 8   killed after he actually arrived in the pod?

 9        A.    He was there for a few days.

10        Q.    And before he arrived, were you aware of

11   whether or not he might be in harm's way if he was

12   placed in that pod?

13        A.    I did.

14        Q.    What led you to believe that?

15        A.    Because they brought -- someone from up

16   North brought some paperwork down.

17        Q.    Who was the person who brought the

18   paperwork?

19        A.    It was brought down by Kyle Dwyer.  He was

20   given paperwork by another inmate.

21        Q.    And do you know what happened to the

22   paperwork after Kyle Dwyer brought it?

23        A.    He gave to it another inmate.

24        Q.    Who was that person?

25        A.    Benjamin Clark.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.  And were you part of any discussions about

2 that paperwork once it arrived?

3      A.  No.

4      Q.  Do you know what happened to the paperwork

5 after Ben Clark had it?

6      A.  It was shown to the other guys in the

7 other pod.

8      Q.  Can you explain to the jury how the

9 paperwork travels from one pod to the next?

10     A.  There's common doors.  Paperwork could get

11 slid through one pod; and then the other pod,

12 someone would go slide it to the other pod

13 underneath the door.

14     Q.  Is that very hard to do?

15     A.  No.

16     Q.  I'm going to go back to Exhibit 281.  Do

17 you see this line between blue pod and yellow pod?

18 I'm drawing a line at about 9:00, if this were a

19 clock.  Do you see that line that I drew there?

20        So is that basically a solid wall and then

21 a door between blue pod and yellow pod?

22     A.  Yes.

23     Q.  I'm drawing the area from blue pod to

24 yellow pod.  Can the paperwork travel under that

25 door to the next pod?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

15

```
 1        A.   Yes, it can.
 2        Q.   And does the same thing apply to traveling
 3   from the yellow pod to the green pod?
 4        A.   Yes.
 5        Q.   When you say "paperwork," what are you
 6   referring to when you say "paperwork"?
 7        A.   Documentation of that person telling.
 8        Q.   And is that a problem within the SNM?
 9        A.   It is.
10        Q.   Why?
11        A.   You're not supposed to do it; you're not
12   supposed to tell.
13        Q.   Would that be considered a serious
14   infraction of the SNM rules?
15        A.   It is.
16        Q.   And were you an SNM member at that time?
17        A.   I was.
18        Q.   Did the SNM have any rivals at that time?
19        A.   Yeah, a few rivals.
20        Q.   Was the Los Carnales gang one of those?
21        A.   Yes.
22        Q.   What about the Burquenos?
23        A.   Yes.
24        Q.   Did you know where the paperwork came
25   from?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.    From the North.

 2       Q.    When you say "the North," what does that

 3   mean?

 4       A.    PNM, PNM North.

 5       Q.    How did you know that?

 6       A.    Just by what they told me.

 7       Q.    So were there discussions about this

 8   paperwork in the pod?

 9       A.    There was.

10       Q.    And were these discussions before Freddie

11   Sanchez was killed?

12       A.    Yes.

13       Q.    And so what did you learn about the

14   paperwork?

15            MR. BLACKBURN:  Objection, Your Honor;

16   hearsay, foundation.

17            THE COURT:  Is this going to come from

18   people's conversations with him?

19            MR. CASTELLANO:  It is, Your Honor.  And I

20   think the Court ruled on it.

21            THE COURT:  Is this on the chart?

22            MR. CASTELLANO:  It is.  But we may want

23   to approach.

24            THE COURT:  Why don't we print out that

25   chart.  Y'all go ahead and approach.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  (The following proceedings were held at
 2     the bench.)
 3                  THE COURT:  Is it coming out a little
 4     differently than what it was in the 302?
 5                  MR. CASTELLANO:  No, I wanted to make sure
 6     that I read the Court's ruling correctly before I
 7     ask this.
 8                  THE COURT:  Do you have my chart?
 9                  MR. CASTELLANO:  I do, Your Honor.  It's
10     one of the earlier ones that came out.
11                  THE COURT:  Which statement is it?
12                  MR. CASTELLANO:  Statement Number 62.  And
13     when we --
14                  THE COURT:  This is the operative one,
15     though?
16                  MR. CASTELLANO:  Right.
17                  THE COURT:  I've only given you one of
18     them, right?
19                  MR. CASTELLANO:  Yes.
20                  THE COURT:  Okay.  What is he going to say
21     about that?
22                  MR. CASTELLANO:  He's going to say what
23     people told him about the paperwork, and how he knew
24     where it came from.
25                  THE COURT:  So this is a little different
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                   1-800-669-9492
                                                        e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    because -- okay, I see.  All right.  What is the

2    question going to be?

3             MR. CASTELLANO:  I'm going to ask him what

4    the discussions were about the paperwork in the pod.

5             THE COURT:  What's he going to say?

6             MR. CASTELLANO:  I think he'll say that it

7    came from Arturo Garcia, from what I remember.

8             THE COURT:  He's going to say what?

9             MR. CASTELLANO:  I believe he will say it

10   came from Arturo Garcia, from the discussions.

11            THE COURT:  That's what this one said, and

12   I approved that.  So if he doesn't say Arturo

13   Garcia, then we may not be able to come within the

14   co-conspirator statement.

15            MR. CASTELLANO:  We may not.  That's why I

16   wanted to approach, because I know when I briefed

17   62, it referred to an action, and I think the Court

18   ruled.

19            THE COURT:  But I also said associated

20   statements approving the Sanchez murder, an approval

21   that the statements made in furtherance.  Let me

22   turn that off, ask him from here, and see what he

23   says.  Do you want to?

24            MR. CASTELLANO:  Sure.

25            (The following proceedings were held in

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   open court.)
 2            THE COURT:  All right.  Mr. Castellano is
 3   going to ask his question from here.  Do you want
 4   the question back?
 5            The question you asked is, "And so what
 6   did you learn about the paperwork?"
 7            And I guess the question here that maybe
 8   you should ask first, "Who told you about the
 9   paperwork?"
10       A.   Who told me about the paperwork?
11   BY MR. CASTELLANO:
12       Q.   Yes.
13       A.   Nobody really told me about the paperwork.
14   It's just -- I just knew it was there.
15       Q.   And did you know who sent the paperwork
16   from PNM down to Southern New Mexico Correctional
17   Facility?
18       A.   That was Kyle Dwyer, is the one that
19   brought the paperwork.  He had gotten it from a guy
20   named Cheech.
21       Q.   And did you know where Cheech got it from?
22            MR. BLACKBURN:  Well, I'm going to object
23   because that's going to call for hearsay, and it's
24   not in the Court's ruling.
25            THE COURT:  Why don't you just ask him,
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   did anybody specifically give him that information?
 2   BY MR. CASTELLANO:
 3       Q.   Did anyone specifically give you that
 4   information?
 5       A.   At the time, Benjamin Clark.
 6            THE COURT:  I think that's within the
 7   scope of what I allowed, so I'll overrule the
 8   objection.
 9            Anything else on that?
10            MR. CASTELLANO:  Yes, and that would be
11   where the paperwork originated from up North, before
12   Cheech?
13            THE COURT:  Go ahead and ask him if he
14   knows.  This will be a yes/no question, Mr.
15   Gonzalez.
16   BY MR. CASTELLANO:
17       Q.   If you know, Mr. Gonzalez, do you know
18   where the paperwork was, before the person known as
19   Cheech?
20            THE COURT:  This is just a yes/no.
21       A.   Yes.
22            THE COURT:  Go ahead.
23       Q.   Who was the person who told you that
24   information?
25       A.   That it came?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Yes.

2      A.    Benjamin Clark.

3            THE COURT:  Okay.  Keep going.

4      Q.    Mr. Gonzalez, what did Mr. Clark tell you

5  about who gave the paperwork to Cheech?

6      A.    Arturo Garcia.

7            MR. BLACKBURN:  Foundation.

8            THE COURT:  Well, it came from that

9  source, so we know where it came from.  All right.

10           MR. CASTELLANO:  Thank you, Your Honor.

11           THE COURT:  All right.  Mr. Castellano.

12           MR. CASTELLANO:  Thank you, Your Honor.

13  BY MR. CASTELLANO:

14     Q.    If you remember, about how long did this

15  paperwork circulate before Mr. Sanchez was killed?

16     A.    It circulated just right away.  Once the

17  guys saw it, it was given back.

18     Q.    And about the time that Mr. Sanchez was

19  killed, did anything happen to Benjamin Clark?

20     A.    Yes.  He got locked down.

21     Q.    And what does that mean, to get locked

22  down?

23     A.    Going in Seg, segregation.

24     Q.    And for segregation purposes, did he

25  remain in the pod, locked in his cell?  Or was he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   moved to another location?

 2        A.   He was moved to another location.

 3        Q.   And did you see him get moved out?

 4        A.   Yes.

 5        Q.   And how close in time did he get moved out

 6   and did Mr. Sanchez move into the pod?

 7        A.   It was the same day.

 8        Q.   During the discussions in the pod, was

 9   there a discussion about who was supposed to kill

10   Mr. Sanchez?

11        A.   Yeah, there was.

12        Q.   Who was supposed to kill him?

13        A.   The Rascon brothers.

14        Q.   And I can't ask you what they said, their

15   words, but did they have a discussion with you about

16   Freddie Sanchez?

17        A.   They did.

18        Q.   What did you tell them as a result of that

19   discussion?

20        A.   If it was me, I would go do it.

21        Q.   You said if it was you, you would go do

22   it?

23        A.   Yes.  Because if they didn't do it, then

24   they're going to get moved on.

25        Q.   And were you aware of whether or not the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Rascon brothers ever did kill Freddie Sanchez?

2      A.   They didn't.

3      Q.   Do you know who killed Freddie Sanchez?

4      A.   I do.

5      Q.   Who was that person or those people?

6      A.   Javier Alonso and Edward Troup.

7      Q.   How do you know that?

8      A.   Because they told me.

9      Q.   Did they tell you they were going to do it

10 beforehand, or did they tell you afterwards?

11     A.   Afterwards.

12     Q.   What did Mr. Troup tell you?

13     A.   Just when it was done, he came up to my

14 cell door, and all he said was, "Got that fucker.

15 Fuck that rat."

16     Q.   Did you know who he was referring to?

17     A.   Sanchez.

18     Q.   Do you remember how long it was after Mr.

19 Sanchez was killed before his body was discovered?

20     A.   I would say like for a day, I think.

21     Q.   And why do you think it was that long?

22     A.   He was covered up like he was asleep; made

23 it look like, when the officers make the rounds,

24 make it look like he's asleep.

25     Q.   And were you ever able to see inside his



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   cell?
 2        A.   I never went down there to go look.
 3        Q.   Since he was there for maybe a day or so,
 4   could you tell us whether or not the pod ever began
 5   to smell?
 6        A.   It did.
 7        Q.   What did it smell like?
 8        A.   I can't explain it.  It smelled -- it
 9   smelled awful.
10        Q.   What did people in the pod do to try to
11   cover up that smell?
12        A.   Burn bread.
13        Q.   And you didn't go down there.  I think you
14   showed us or told us you were on the top tier.  Was
15   Freddie Sanchez on the top tier or the bottom tier?
16        A.   He was on the bottom tier.
17        Q.   How did you know that Freddie Sanchez was
18   discovered?
19        A.   By the officer pretty much like screamed
20   out loud.
21        Q.   Who was the officer?
22        A.   Officer Mintz.
23        Q.   When he screamed out loud, did he sound
24   pretty excited?
25        A.   Surprised.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What did he say?

 2        A.    He just called a code on the radio, like

 3   in a loud tone.

 4        Q.    What happened after he made that call?

 5        A.    We all got locked down.  All the officers

 6   came.

 7        Q.    Now, did you guys have food ports in that

 8   pod?

 9        A.    Yes.

10        Q.    Were you ever able to open them?

11        A.    Yes.

12        Q.    How could you open them?

13        A.    Shoelace.

14        Q.    Explain that to the jury, since they've

15   haven't seen the food ports.

16        A.    The other guy on the other side would put

17   the shoelace through the opening of the food port,

18   and I've got the string on the other side, and you

19   jiggle the lock until the lock opens.

20        Q.    I asked about the food port.  Did you ever

21   see anything through the food port?  Did anyone ever

22   show you anything?

23        A.    Yes.

24        Q.    Who showed you something?

25        A.    Javier Alonso.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



```
 1        Q.    What did he show you?

 2        A.    His wrists.

 3        Q.    What did you notice about his wrists?

 4        A.    He had like markings on them.

 5        Q.    And when you say "markings," how best can

 6   you describe them?

 7        A.    Like he had something wrapped real tight

 8   and just -- like how these cuffs are.  You just have

 9   markings.

10        Q.    So something going around his wrists that

11   left a mark?

12        A.    Yes.

13        Q.    Did he seem concerned about those marks?

14        A.    Yeah.

15        Q.    Now, about the time or before the time

16   that Freddie Sanchez was killed, did you ever notice

17   anything about the cameras, what was going on with

18   the cameras?

19        A.    They were being covered.

20        Q.    Who was covering the cameras?

21        A.    Ruben Hernandez.

22        Q.    How was he trying to cover the cameras?

23        A.    With his crutch.

24        Q.    Did you see any other attempts to try to

25   cover the cameras?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   A couple of times.

 2          Q.   What did you see on each of those

 3   occasions?

 4          A.   He was trying to put just a cover over the

 5   cameras.

 6          Q.   And why did it take more than one time?

 7          A.   They would fall off.

 8               THE COURT:  Mr. Castellano, would this be

 9   a good time for us to take our afternoon break?

10               MR. CASTELLANO:  Yes, Your Honor.

11               THE COURT:  All right.  We'll be in recess

12   for about 15 minutes.

13               All rise.

14               (The jury left the courtroom.)

15               THE COURT:  Up here at the bench, I know

16   there were some people -- I think it was Mr.

17   Blackburn and others maybe -- talking about personal

18   knowledge.  But remember, there is no personal

19   requirement, personal knowledge requirement when

20   it's a statement under 801(d)(2).  Once I determine

21   it's a co-conspirator statement, anybody can offer

22   it.  So he doesn't have to have personal knowledge

23   of the facts behind it.  So that was the reason for

24   that ruling.

25               All right.  We'll be in recess about 15
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   minutes.
 2              (The Court stood in recess.)
 3              MS. HARBOUR-VALDEZ:  We do have one issue
 4   before the jury comes back.
 5              THE COURT:  All right.  I think we have
 6   all the defendants in the courtroom and an attorney
 7   for each defendant.
 8              Ms. Harbour-Valdez.
 9              MS. HARBOUR-VALDEZ:  Your Honor, we had
10   provided a stipulation to Ms. Armijo yesterday
11   morning for DNA stipulation for Counts 1, 2, and 3.
12   She told me she'd get back to me today.  We haven't
13   heard back.  And the reason we raise it is because
14   Mr. Benjamin spoke to --
15              MR. BENJAMIN:  I spoke to the DNA -- I
16   don't know what they are -- forensic person, Your
17   Honor.  She's the one who would be called to
18   testify.  And she has a vacation the week of the
19   defense case, and so we're going to need to squeeze
20   her in at some point in time, in the Government's
21   case.
22              MS. HARBOUR-VALDEZ:  If the stipulation --
23              THE COURT:  Do you have a problem with
24   that, Ms. Armijo?  I think what they're saying is,
25   if you don't agree to the stipulation, can they
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  present their DNA tech in your case because the

2  person has a vacation the week of their case.

3          MS. ARMIJO:  As long as it's not counted

4  against our time, that's fine.

5          THE COURT:  Can y'all work that out, try

6  to work out a schedule so that --

7          MS. ARMIJO:  Okay.  The stipulation, I

8  have some issues with some of the general

9  statements, and that's where I actually was.  I was

10 actually talking to one of the analysts, and she

11 agreed with me that she could not say whether she

12 agreed with it.  So what I have done is set up

13 times -- and they don't like to talk on weekends;

14 imagine that.  So I actually have set up times to

15 talk to them, but Eve is not available to talk to me

16 until Monday.

17          And so I don't have any problem if we need

18 to get her in.

19          THE COURT:  All right.

20          MS. ARMIJO:  But I'm still working and

21 trying to reach a resolution.

22          THE COURT:  All right.  So we're going to

23 continue to work on the stipulation; and we have an

24 agreement that you can call the witness in the

25 Government's case, avoid the vacation; and then

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    we'll work on squaring up on the time.

 2              MS. HARBOUR-VALDEZ:  Very good.

 3              MR. BENJAMIN:  Just for clarification,

 4    Your Honor, I inferred vacation.  She didn't say

 5    "vacation."  She said, "I'm out and unavailable."

 6              THE COURT:  All right.  All rise.

 7              (The jury entered the courtroom.)

 8              THE COURT:  All right.  Mr. Gonzalez, I'll

 9    remind you that you're still under oath.

10              Mr. Castellano, if you wish to continue

11    your direct examination of Mr. Gonzalez, you may do

12    at this time.

13              MR. CASTELLANO:  Yes, sir.  Thank you.

14              THE COURT:  Mr. Castellano.

15    BY MR. CASTELLANO:

16        Q.   So Mr. Gonzalez, other than the statements

17    that Mr. Troup said about getting that rat, did he

18    say anything else to you about the murder?

19        A.   No, just that.

20        Q.   I also want to ask you if Mr. Troup ever

21    made any statements about the 2001 murders out of

22    Southern New Mexico Correctional Facility?

23        A.   He said he was involved in one of the

24    murders.

25        Q.   Did he give you any details, other than
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    saying he was involved in one of the murders?

2         A.   He just told me he was involved.

3         Q.   I want to ask you real quickly about your

4    drug use over the years.  Can you tell us what

5    substances you've used?

6         A.   Cocaine, Suboxone, and heroin.

7         Q.   How many times did you use heroin?

8         A.   Not very much, because I'm not really a

9    heroin addict.  I'm more of a cocaine addict.

10        Q.   And when was the last time you used any

11   kind of controlled substances?

12        A.   The last time I used Suboxone was in

13   March.

14        Q.   And why did you use in March?

15        A.   All this court stuff, all stressed out.

16        Q.   So were you going to be called as a

17   witness in a separate proceeding?

18        A.   I was, for sentencing.

19        Q.   And did that stress you out?

20        A.   It did.

21        Q.   As a result, did you use Suboxone?

22        A.   Yes, I did.

23        Q.   Before that time, when was the last time

24   you used controlled substances like that?

25        A.   About three years.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

32

```
 1        Q.    Why did you leave the SNM?

 2        A.    When?

 3        Q.    Why?

 4        A.    I left because of the last murder.  I saw

 5   someone getting murdered, and I was just done with

 6   it.  The person that got killed was a close friend

 7   of mine.

 8        Q.    Who was that person?

 9        A.    Javier Molina.

10        Q.    And when did that happen?

11        A.    In 2014.

12        Q.    Were you in the same pod or a different

13   pod as Javier Molina?

14        A.    I was in a different pod.

15        Q.    How did you know he got killed?

16        A.    Well, the doors opened, and I followed the

17   officers out the door, and I saw the blue door open,

18   and I saw him on the floor getting stabbed.

19        Q.    I'm showing you Government's Exhibit 281.

20   Now, you said in 2007 you were in the blue pod.  In

21   2014 when Javier Molina was killed, which pod were

22   you in?

23        A.    Yellow pod.

24        Q.    I'm circling yellow pod.  Is that where it

25   was?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    Yes.

2      Q.    You can touch your screen.  If you can,

3  show us how you were able to see from yellow pod to

4  blue pod, where you saw Mr. Molina.

5      A.    I don't know if I can do it.

6      Q.    Let me ask you this:  Is there a door like

7  this, where I've indicated?

8      A.    Yes.

9      Q.    Is there a line of sight from yellow pod

10 towards the door of blue pod?

11     A.    There is.  You could see.

12     Q.    And what did you see when the door opened?

13     A.    I seen one of the guys on -- stabbing

14 Javier Molina.

15     Q.    Who was the guy doing the stabbing?

16     A.    Kreaper.  I don't know him by his name.

17     Q.    Was that an SNM-on-SNM hit?

18     A.    It was.

19     Q.    Once that happened, about how long was it

20 before you decided you were leaving the SNM?

21     A.    The next day.

22           MR. CASTELLANO:  May I have a moment, Your

23 Honor?

24           THE COURT:  You may.

25           MR. CASTELLANO:  Thank you, Your Honor.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   I'll pass the witness.
 2            THE COURT:  Thank you, Mr. Castellano.
 3            Ms. Harbour-Valdez, do you have
 4   cross-examination of Mr. Gonzalez?
 5            MS. HARBOUR-VALDEZ:  Just briefly, Your
 6   Honor.
 7                     CROSS-EXAMINATION
 8   BY MS. HARBOUR-VALDEZ:
 9       Q.   Mr. Gonzalez, I want to follow up where
10   you left off.  That was the first time you'd
11   actually spoken to STIU, was the next day after the
12   Javier Molina murder, right?
13       A.   Yes.
14       Q.   And you were actually pretty upset with
15   the SNM at that time, weren't you?
16       A.   I was upset.
17       Q.   You were upset because there was someone
18   in the pod that you didn't get along with, and you
19   wanted permission to hit that person, right?
20       A.   I did.
21       Q.   And was that Lupe Urquizo?
22       A.   It was.
23       Q.   And you were very upset that they didn't
24   give you permission to hit him?
25       A.   I was.
```



SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So you started giving statements in March
 2   of '14, right?
 3        A.    I did.
 4        Q.    You actually wrote out quite a long story?
 5        A.    I sure did.
 6        Q.    For the STIU.  And nowhere in that
 7   statement did you mention anything about what we've
 8   heard today, did you?
 9        A.    I can't recall.
10        Q.    Well, I've got the first one here.  Would
11   you like to see it?  Would that help refresh your
12   recollection?
13        A.    Yeah.
14              MS. HARBOUR-VALDEZ:  May I approach, Your
15   Honor?
16              THE COURT:  You may.
17        Q.    It's 12963.  And nowhere in that statement
18   from March of '14 did you mention anything that you
19   told us about today, did you?
20        A.    No.
21        Q.    And then you gave another statement, I
22   believe a few days later, and that's when you talked
23   about being upset with Mr. Urquizo; is that correct?
24        A.    Well, I started talking about him like
25   right away.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.    With STIU right away?

 2        A.    Yes.

 3        Q.    Did STIU also inform you a few days later

 4   that they'd received a couple of kites about you?

 5        A.    Yeah.  That's why I landed up getting

 6   locked down, is because of the kites.

 7        Q.    And then you went back to the North,

 8   right?

 9        A.    I stood in Las Cruces for a few months,

10   and then I went to the North.

11        Q.    And you were transferred to an RPP pod in

12   the North?

13        A.    I did.

14        Q.    And then finally, I think you told us on

15   direct that you had applied for the RPP in what?

16   2014?

17        A.    Yes, ma'am.

18        Q.    And then you were finally accepted

19   sometime in '15 to actually go to a different

20   facility?

21        A.    January of '15.

22        Q.    So when you went into RPP, you had to

23   provide a statement?  I think you told us about that

24   on direct.

25        A.    Yes.
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

1       Q.    And do you recall what you told the STIU

2   investigators in that statement about what happened

3   down at Southern in 2007?

4       A.    I told them everything, everything I knew

5   about -- what I knew about SNM.

6       Q.    And did you provide a written statement

7   that time?

8       A.    I think I did both.

9       Q.    And you didn't tell them what you told us

10  here today, though, correct?

11      A.    About the murder?

12      Q.    Right.

13      A.    I did tell the STIUs.

14      Q.    Well, in your statement, it's a little bit

15  different than what you've told us here today?

16      A.    Well, the statement and me saying is

17  different.  I told the STIUs personally what

18  happened.

19      Q.    Well, I have a copy of your written

20  statement.  Would you like to review that to see if

21  that refreshes your memory?

22      A.    I already read it.

23      Q.    It's a different one.

24      A.    I know which one it is.

25      Q.    Okay.  And you disagree with me that it's

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   different than what you've said here today?

 2        A.   I'm not sure if I said it or not.  I mean,

 3   I'm just saying that I sat down with STIU and I told

 4   them everything that I knew.

 5        Q.   In your written statement, did you tell

 6   them everything that you know?

 7        A.   I probably didn't.

 8        Q.   In fact, in your written statement you

 9   only said that Mr. Troup guarded the door; is that

10   correct?

11        A.   Guarded the door?

12        Q.   Right.

13        A.   I never said that.

14             MS. HARBOUR-VALDEZ:  May I approach, Your

15   Honor?

16             THE COURT:  You may.

17        Q.   I've highlighted the relevant section for

18   you.  That does, in fact, say that Edward Troup

19   guarded the door, correct?

20        A.   It does say that.

21        Q.   And then you had a very long sit-down

22   session in February of 2017, correct?

23        A.   Yes.

24        Q.   And that was about a -- what? --

25   three-hour interview?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And you were asked a series of questions

 3   by STIU Officer Cupit?

 4        A.    Cupit and FBI.

 5        Q.    Agent Sainato from the FBI?

 6        A.    Right.

 7        Q.    And they had a questionnaire there, right,

 8   and they asked you questions off that questionnaire?

 9        A.    Yes.

10        Q.    Right?

11        A.    Yes.

12        Q.    And you provided some info?

13        A.    Yes.

14        Q.    When that interview started, it sounded

15   like you had gotten into some trouble in the days

16   before that.  Do you recall that?

17        A.    Yes.  I was in Seg.

18        Q.    What is Seg?

19        A.    Lockdown.

20        Q.    Why were you in lockdown?

21        A.    I got in trouble for threats and

22   possession of dangerous contraband.

23        Q.    And who were you threatening?

24        A.    An STIU officer.

25        Q.    Okay.  And this was still in the RPP
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Program?

2      A.   It was.

3      Q.   And that's at a separate facility, right?

4  Clayton?

5      A.   In Clayton.

6      Q.   Tell me a little bit about RPP.  How long

7  of a program is it before you actually complete it?

8      A.   It's supposed to be an 18-month program,

9  but it's not.  It's longer.

10     Q.   Okay.  And it's lengthened when you have

11 violations like you had?

12     A.   Well, yeah.

13     Q.   So how much time was added on to your time

14 in the program for threatening a CO?

15     A.   Just I already had finished the program,

16 so I had to go do my Seg time.  And I landed up

17 staying in the program for an extra year so I could

18 get the lump sum that I was supposed to be awarded.

19     Q.   And what was that lump sum that you were

20 awarded?

21     A.   It was for being -- good behavior.

22     Q.   How much time was taken off of the

23 sentence?

24     A.   It hasn't got tooken off yet.

25     Q.   Okay.  Do you have any expectations of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  what is going to be offered?

2      A.   Not right now, because I've been traveling

3  the state.

4      Q.   What does that have to do with how much

5  lump sum?

6      A.   I haven't completed the program, so I have

7  to start it over when I get there.

8      Q.   Okay.  I misunderstood.  I thought you

9  said you had completed the RPP Program.

10      A.   Yeah, I completed it.  But for me to get

11  lump sum, I have to stay an extra 18 months, for me

12  to get the lump sum.

13      Q.   So it's complete, the program, plus 18

14  months?

15      A.   Well, yeah.

16      Q.   Okay.  And a question about that:  My

17  calculation, it looked like with all of your good

18  time -- because you were sentenced to like 31 years

19  total, right?

20      A.   I was.

21      Q.   And then six years was suspended, and

22  there was some good time taken off.  So it looks

23  like you were due to be released -- I'm sure you'll

24  correct me if I'm wrong -- 2022?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And so --
 2        A.   I still get out in 2022, because I didn't
 3   have no good time for them to take.
 4        Q.   I'm sorry?
 5        A.   I didn't have -- the good time that they
 6   took away was only four days a month, so I only lost
 7   12 days.
 8        Q.   So the good time they took away from you,
 9   was that for the threats to the CO?
10        A.   Yes.
11        Q.   And then you also had a possession of a
12   dangerous weapon?
13        A.   It wasn't a weapon.  It was a tool for me
14   to engrave on jewelry boxes.
15        Q.   So contraband, though?
16        A.   It was.
17        Q.   Okay.  So you lost your good time because
18   of that, but you're still allowed to complete the
19   program?
20        A.   Yes.
21        Q.   So you're expecting to get out with a
22   reduction in what year?
23        A.   If everything works out, in 2022.
24        Q.   But it would have been 2025 without that?
25   Is that my understanding?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    If I don't get no good time, I get out in
 2   2024.
 3        Q.    2024.  Okay.  So a pretty good benefit,
 4   four years off, correct?
 5        A.    Four months.  Four months off your
 6   sentence for completing RPP.
 7        Q.    Okay.  I'm sorry.  I misunderstood, then.
 8   Four months off.
 9              And will you complete that program at the
10   same facility?
11        A.    I hope I can.
12        Q.    So in that interview in February, that
13   very lengthy interview, I think that's some of what
14   Mr. Castellano was asking you about today, so I
15   don't know if I need to talk about anything there.
16   But I do want to talk to you about another meeting
17   that you had with the Government, and that was in
18   March.
19              Do you recall that one, March of this
20   year?  And you entered into an agreement under
21   what's called a Kastigar letter?
22        A.    In March?
23        Q.    In March of this year?
24        A.    Yes.
25        Q.    Why do you think you needed a Kastigar
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  letter?
 2       A.   I don't want to get -- it was just part of
 3  the deal that we had, you know what I mean?  Like I
 4  don't want to get charged for no crimes, which I
 5  know I never did to begin with.  It's just for --
 6  you know what I mean?  I've been in SNM since 2000,
 7  2014, so just that's why I signed it.
 8       Q.   But if you've already told the STIU
 9  everything you know, you couldn't be charged now,
10  could you?
11       A.   I don't know.
12       Q.   Is there something else you haven't told
13  them, that you're worried about?
14       A.   No.
15       Q.   Let me ask you a question about the day in
16  the pod.  You've talked about the cameras being
17  covered by Mr. Hernandez.  That wasn't the first
18  time the cameras had been attempted to be covered,
19  was it?
20       A.   That's the only one that I know of.
21       Q.   Are you sure about that?
22       A.   Yeah.
23            MS. HARBOUR-VALDEZ:  No further questions,
24  Your Honor.
25            THE COURT:  Thank you, Ms. Harbour-Valdez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Any other defendant?  Mr. Blackburn.
 2                  CROSS-EXAMINATION
 3   BY MR. BLACKBURN:
 4       Q.   Let me the start off where
 5   Ms. Harbour-Valdez finished.  You said that if you
 6   complete everything you're supposed to, you could be
 7   getting out in 2022, correct?
 8       A.   Yes, sir.
 9       Q.   All right.  And in March of this year you
10   received this Kastigar letter that she was asking
11   you about, right?
12       A.   Yes.
13       Q.   All right.  And that Kastigar letter was
14   given to you and your attorneys by the U.S.
15   Attorney's Office, correct?
16       A.   It was.
17       Q.   And they told you that there was a
18   possibility that you could be charged with other
19   crimes, right?
20       A.   They didn't really say that.
21       Q.   Well, then, why would they give you a
22   Kastigar letter, if you have nothing to hide?
23       A.   My lawyer asked for one.
24       Q.   So are you telling us from the time that
25   you were involved in the SNM, from the time you
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                    BEAN                                      1-800-669-9492
                    & ASSOCIATES, Inc.          e-mail: info@litsupport.com
                    PROFESSIONAL COURT
                    REPORTING SERVICE

1    entered until 2014, you did not commit any crimes

2    while you were with the SNM?

3         A.   I didn't.

4         Q.   You didn't sell no drugs, buy no drugs, do

5    anything, you didn't stab anybody, you didn't do

6    anything as part of the membership SNM, right?

7         A.   No.

8         Q.   All right.  So why would you need a

9    Kastigar letter?

10        A.   Just to be on the safe side.

11        Q.   Well, if you didn't do anything wrong, why

12   do you need protection?

13        A.   Just like I said, just to be on the safe

14   side.

15        Q.   So when you went to the -- is it safe to

16   say that by going to the RPP Program and doing all

17   of those programs, that it makes your memory better?

18        A.   Not necessarily.

19        Q.   Okay.  And when do you think -- well, when

20   you were in prison, how many drugs did you do?

21        A.   I don't know how much I did but, I did

22   some drugs while in prison.

23        Q.   Just maybe like one line every five years

24   or something like that?

25        A.   I did a little bit more than that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.   You did drugs every day, didn't you, when
 2   you were in prison?
 3        A.   Every day?  No.
 4        Q.   Well, maybe you skipped a Saturday or a
 5   Sunday, right?
 6        A.   Like I said, I did them.
 7        Q.   All right.  And how did you get the drugs?
 8        A.   Bought them.
 9        Q.   Okay.  So you paid for drugs?  You paid
10   for narcotics while you were in prison, right?  Is
11   it against the law to do drugs while you're in
12   prison?
13        A.   Of course.
14        Q.   So I thought you said you didn't do
15   anything wrong while you were in custody?
16        A.   It's not like murdering nobody.  It's just
17   --
18        Q.   Okay.  So you did do something wrong,
19   correct?
20        A.   Yes.
21        Q.   So you have been addicted to cocaine for
22   how long?
23        A.   Since I was 15.
24        Q.   Since you were 15.  And that's your drug
25   of choice?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    What is your second drug of choice?

 3        A.    Weed.

 4        Q.    So cocaine and weed.  And are you addicted

 5   to weed also?

 6        A.    Not really.

 7        Q.    Are you an addict?

 8        A.    A cocaine addict.

 9        Q.    But you said that you haven't done -- you

10   did drugs recently, but that was Suboxone, correct?

11        A.    It was.

12        Q.    Okay.  So you went from cocaine to

13   Suboxone; is that right?

14        A.    Yeah.

15        Q.    How often do you do Suboxone?

16        A.    Like I said, I just did it that one day.

17        Q.    The first time you ever did Suboxone in

18   your life was March 1st or March 2nd because you

19   were having to come testify at a hearing; is that

20   right?

21        A.    No.  I just did that because I was all

22   stressed out because I had to come in and do a

23   testimony.

24        Q.    So you had to testify at a trial in March,

25   so you did drugs then.  That was not the first time
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   you did Suboxone, right?
 2        A.    No.
 3        Q.    Okay.  How many times did you do Suboxone?
 4        A.    Not a lot, because that's not my drug of
 5   choice.
 6        Q.    Okay.  So more than ten times?
 7        A.    Around there.
 8        Q.    More than 50 times?
 9        A.    More than 50?  No.
10        Q.    And when did you start doing Suboxone?
11        A.    In 2006.
12        Q.    All right.  And when you were in the RPP
13   Program, are you supposed to do drugs?
14        A.    No.
15        Q.    And you're supposed to be drug-free.  What
16   are they going to do with the fact that you did some
17   Suboxone last month?
18        A.    They're not going to do nothing, because I
19   wasn't in that facility.
20        Q.    All right.  So do you know Arturo Garcia?
21        A.    I just know who he is.
22        Q.    You never met him before in your life?
23        A.    One time.
24        Q.    Where was that?
25        A.    South.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.    What year was that?

2       A.    Right after -- in 2007.

3       Q.    2007 in the South?

4       A.    South.

5       Q.    Okay.

6       A.    2007, 2008, around there.

7       Q.    Can you give me a better timeframe?

8       A.    I can't tell you exactly what day, but it

9   was around that time.

10      Q.    All right.  So 2008?  Is that what you're

11  saying?

12      A.    Around there.

13      Q.    And what were you doing at the South?

14      A.    Getting shipped out to the South for the

15  Fred Dawg murder.

16      Q.    So the Fred Dawg murder was in June of

17  2007, and they shipped you up to the South

18  immediately?

19      A.    Yes.

20      Q.    You weren't at the North?

21      A.    We went to the North first.

22      Q.    How long were you at the North?

23      A.    About a week.

24      Q.    All right.  And then you were at the South

25  for how long?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Twenty-six months.

 2        Q.    At that point in time you saw Mr. Garcia,

 3   is that right?

 4        A.    Yes.  He was in housing unit 2-A, and I

 5   was in housing unit 2-B.

 6        Q.    Can you pick him out in the courtroom

 7   today?

 8        A.    Right there.

 9        Q.    Over there?

10        A.    The guy with the glasses.

11        Q.    How did you meet him?

12        A.    By the door.  Because I was a porter, so I

13   would clean from 2-B.  I would go to 2-A to go clean

14   the pods, and that's how I met him.

15        Q.    So you met him one time the entire time

16   you were with SNM, right?

17        A.    One time.

18        Q.    So did you ever meet Agent Acee?

19        A.    No.

20        Q.    Okay.  You have nothing to do with him?

21        A.    No.

22        Q.    The FBI -- you had nothing to do with any

23   of the stuff that they interviewed you on; is that

24   correct?

25        A.    They just interviewed me when I was in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1  RPP.

2       Q.    But not Mr. Acee, right?

3       A.    No.

4       Q.    The first time you met Mr. Acee was today,

5  right?

6       A.    Yes.  He came and introduced himself right

7  here.

8       Q.    So the first statement that you gave, that

9  Ms. Harbour-Valdez talked to you about, you did not

10 mention anything in there about the issues that you

11 talked about today in the 2007 murder, did you?

12      A.    No, I didn't.

13      Q.    All right.  And then the second statement

14 that you gave, you did talk a little bit about

15 the -- with RPP, you did talk a little bit about the

16 2007 murder, but not much, right?

17      A.    No.

18      Q.    All right.  So then the first time that

19 you really talked about the -- you really talked

20 more about the 2000 murders was when you did the

21 February of 2017 statement; is that right?

22      A.    Um-hum.  Yes.

23      Q.    All right.  And at that time, even though

24 that was a some three-hour long interview, your

25 discussion about what happened in 2007 was just a

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   minor part of that interview; is that correct?

 2        A.   Pretty much.

 3        Q.   Because they were asking you about stuff

 4   that goes all the way back to when you were

 5   sponsored in 2000; is that right?

 6        A.   They were asking me stuff before I was

 7   even born.

 8        Q.   Okay.  Maybe they wanted to see if you did

 9   something before you were born, I guess.  All right.

10   But there was very little about 2007, right?

11        A.   Yes.

12        Q.   All right.  And you said that you knew

13   Fred Dawg.  How did you know Fred Dawg?

14        A.   By doing time with him.

15        Q.   Where did you do time with him at?

16        A.   Up at the North.

17        Q.   How long were you at the North?

18        A.   Not as long as he was.  Just a few months.

19        Q.   All right.  Have you spent most of your

20   last 10 years of your prison time down in Southern

21   New Mexico?

22        A.   Yes.

23        Q.   Did you know he was from Roswell?

24        A.   I did.

25        Q.   Where are you from?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Albuquerque.
 2        Q.    When you gave the statement in February of
 3   2017, when you were talking about the 2007 murders,
 4   you said that Javier Rubio and Ernest Guerrero were
 5   the pod leaders at that particular time; is that
 6   correct?
 7        A.    They were the leaders in green pod.
 8        Q.    They were the leaders in green pod.  Who
 9   was the leader in the blue pod?
10        A.    Benjamin Clark.
11        Q.    But Benjamin Clark had just gotten there,
12   had he not?
13        A.    We both got there together.
14        Q.    When did you both get there together?
15        A.    The beginning of 2007.
16        Q.    So you and Clark, you guys showed up at
17   the same time?
18        A.    We did.  We came from the South.
19        Q.    So when you and Clark came down in 2007,
20   did Clark become head of that particular pod?
21        A.    He did.
22        Q.    All right.  And he made it very clear, did
23   he not, with his style, of making sure that
24   everybody in that pod knew that he was the one that
25   was in charge, did he not?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    He did.

 2        Q.    All right.  So no one stepped out of line,

 3   right?

 4        A.    No.

 5        Q.    Because he was head honcho, right?

 6        A.    In that pod.

 7        Q.    In that pod, right.  And there was no

 8   question that everybody else in that pod knew that

 9   and they had to take orders from him, correct?

10        A.    Yes.

11        Q.    No one passed anything around without

12   giving it to him first, right?

13        A.    Yes.

14        Q.    It wasn't like you had to have meetings or

15   anything, but you knew that -- he made it clear that

16   he was the man in charge, right?

17        A.    Yeah.  I knew that.

18        Q.    So you're aware of some of the rules of

19   SNM, are you not?

20        A.    Yes.

21        Q.    So you know that if you become a rat or

22   you cooperate with law enforcement, then you have an

23   automatic green light on you, right?

24        A.    Yes.

25        Q.    All right.  And once a green light is put
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on somebody, then that's automatic, and it's up to

2    the other SNM members to take charge and do whatever

3    they need to do as it relates to that person, right?

4         A.   Not necessarily just SNM; anybody that's

5    locked up.

6         Q.   Anybody that's locked up, right?  But in

7    particular SNM, right?

8         A.   Yes.

9         Q.   But under the circumstances, Benjamin

10   Clark always wanted people know that he was in

11   charge and he would be the one that would order

12   those hits; isn't that true?

13        A.   Yes.

14        Q.   And, in fact, you told everybody and you

15   told the agents that you talked to in February of

16   2017 that it was Benjamin Clark who was the one who

17   gave the orders and approved the hit on Freddie

18   Sanchez; isn't that true?

19        A.   Yes.

20        Q.   And you also told them in 2007 -- or in

21   your interview in February of 2017, that at the

22   time, you thought that there was just one set of

23   papers that ever showed up; is that right?  The

24   paperwork, right?

25        A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          Q.   And you thought there was only one set and

2     it came from Joe Martinez, right?

3          A.   Yes, Cheech.

4          Q.   From Cheech, right?

5          A.   Cheech.

6          Q.   All right.  And that was delivered down to

7     the facility, right?

8          A.   Yes.

9          Q.   All right.  And then Clark put the hit on

10    Sanchez, right?

11         A.   Yeah.

12         Q.   But when he -- but when Sanchez showed up,

13    when Fred Dawg showed up, Clark wasn't even there in

14    the pod, was he?

15         A.   He got locked down the same day.

16         Q.   He got locked down on purpose?  Or because

17    he did something?

18         A.   I don't know what he did.  He just got

19    locked down.

20         Q.   But you knew he wasn't there?

21         A.   Yes.

22         Q.   So he had been there for all this time,

23    and he was in charge.  Now, he was the one who saw

24    the paperwork?

25         A.   He did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   All right.  Did you see anybody give him
 2   that paperwork?
 3        A.   Kyle Dwyer.
 4        Q.   Okay.  You saw?  You actually saw Dwyer do
 5   that?
 6        A.   I seen him give him a yellow envelope.
 7        Q.   Okay.  And tell us how that went down.
 8   How did Dwyer go about giving it to him?  Was he
 9   just walking around the pod, and he was waving it up
10   in the air?
11        A.   He called Benjamin to the door, because he
12   was on orientation.
13        Q.   All right.
14        A.   He gave him the paperwork.
15        Q.   So he came in, Dwyer comes in.  He comes
16   in to do orientation; he has the paperwork; and he
17   calls Clark over; and he gives him the paperwork?
18   Right?
19        A.   Yeah.
20        Q.   All right.  Where was Ruben Hernandez at
21   the time?
22        A.   I'm not sure where he was, but he lived
23   downstairs next to Benjamin Clark.
24        Q.   All right.  So you didn't see Ruben or
25   anybody in that area, like trying -- Dwyer trying to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  give it to anybody else, did you?
 2       A.   No, because the only ones that could see
 3  it is the ones that had the keys in the pods.
 4  That's it.
 5       Q.   So there was no issue about Dwyer trying
 6  to give it to the wrong person, right?
 7       A.    No, because he knew that Benjamin had the
 8  keys in blue pod.
 9       Q.   So because Benjamin had the keys there,
10  then automatically he had to give them to them, and
11  he would get in trouble if he gave it to anybody
12  else, right?
13       A.   I'm sure he would, yeah.
14       Q.   But you didn't get to see the paperwork,
15  did you?
16       A.   No.
17       Q.   You weren't one of the leaders there, were
18  you?
19       A.   No.
20       Q.   So that wouldn't have gone to you?  You
21  would have gotten in trouble, right?
22       A.   I don't know if I'd have got into trouble,
23  but they weren't going to give it to me anyway.
24       Q.   Well, Clark would have been pissed off if
25  you saw it before he saw it, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

60

```
 1        A.    Probably would have.
 2        Q.    Okay.  But that's not the way it happened.
 3   You said Dwyer gave it directly to Clark, right?
 4        A.    Yes.
 5        Q.    And then Clark passed it around?
 6        A.    Yes.  He passed it to other guys in the
 7   other pods.
 8        Q.    To the other pod, right?  All right.  Did
 9   you see that happen?
10        A.    I seen when he went down to yellow door
11   and slide something under yellow door.
12        Q.    All right.  And who's in charge in yellow
13   pod?
14        A.    At the time, I can't remember.
15        Q.    But when it came back around, it was clear
16   at that point in time that Clark ordered the hit be
17   done, correct?
18        A.    He did.  He said to make sure it got done.
19        Q.    All right.  And who did he tell that to?
20        A.    He told the Rascon brothers.
21        Q.    And then he got taken away, right?
22        A.    He got locked down.
23        Q.    Then you said that, moving forward --
24   well, let me go back.  At any point in time did you
25   state that there was some type of smell in the pods
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  as a result of the body?

2        A.    Yes, I did.

3        Q.    And who did you tell?

4        A.    Who did I tell that to?

5        Q.    Yeah.

6        A.    When I got interviewed.

7        Q.    Okay.  So in any of these interviews on

8  February 22, 2017, is there -- can you point?  Have

9  you looked at that?  Can you tell me where it says

10 in here that the place smelled and you had to burn

11 bread?

12       A.    I can't recall if it's written down in

13 there, but I know I said it.

14       Q.    So those guys that were taking all these

15 notes and took six pages worth of notes, they're

16 pretty bad note-takers, right?

17       A.    I'm not saying they're bad note-takers.

18       Q.    It's nowhere in there, right?

19       A.    There are over 300 questions.

20       Q.    Okay.

21       A.    The ones that are more important, you know

22 what I mean?

23       Q.    You told them -- but it seems pretty

24 important that you would talk about the paperwork

25 being passed around, wouldn't it?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                       e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yeah.

 2        Q.    Have you looked at this?  You didn't say

 3   it.  You take my word for it?  I'll show it to you.

 4        A.    I'll take your word for it.

 5        Q.    No, no.  I'll show it to you.

 6        A.    All right.

 7              MR. BLACKBURN:  May I approach, Your

 8   Honor?

 9              THE COURT:  You may.

10        Q.    Does this look like -- you've seen these

11   before, have you not?

12        A.    Yes.

13        Q.    So this is the statement that you gave

14   them February 22nd of 2017; is that correct?

15        A.    Yes.

16        Q.    And that's where you talked about Benjamin

17   Clark being the leader of that pod, right?

18        A.    Yes.

19        Q.    And you talked a lot about all sorts of

20   other stuff, membership rules, drug trafficking.

21   And here's the part where we get to about Fred

22   Sanchez, and about Ben Clark was the one who ordered

23   the murder.  Do you see anything in there that talks

24   about the paperwork being passed around, or anything

25   about how it smelled in there and you had to burn
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   bread or anything?
 2        A.   It says right there, where the paperwork
 3   is.
 4        Q.   Okay.  It says the paperwork is delivered.
 5   Where does it say that the paperwork was passed
 6   around?
 7        A.   I can't see it.
 8        Q.   Where does it say that the body smelled so
 9   bad or the place smelled so bad that you had to burn
10   bread to make the smell go away?
11        A.   It doesn't say that.
12        Q.   It doesn't say that, huh?  You'd better
13   talk to these guys that write this, huh?
14        A.   What?
15        Q.   Never mind.
16             So we didn't say it then, but then you
17   have your interview in preparation for this case,
18   right?
19        A.   I did.
20        Q.   All right.  So you didn't have an
21   interview in preparation for the time you testified
22   at the other hearing, where you had to do the drugs
23   because you were stressed out on that, did you?
24        A.   No.
25        Q.   They didn't come and talk to you when you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   had to testify at that hearing, did they?

 2        A.   That I had to testify?

 3        Q.   Yeah.

 4        A.   I didn't testify.

 5        Q.   Okay.  Well, there was a possibility that

 6   you were going to be called as a witness, right?

 7        A.    For the defense team.

 8        Q.   All right.  But did the prosecution or did

 9   the FBI come talk to you about your testimony then?

10        A.   No.

11        Q.    All right.  But now that you're going to

12   be here and testify on this case, they came and

13   talked to you, did they not?

14        A.   They sure did.

15        Q.   So they had left you alone for the better

16   part of a year; and all of a sudden, about a week

17   ago, on March 29th, they came over and talked you

18   to, right?

19        A.   A week ago?  No.

20        Q.   Well, March 29th.  We've been here for so

21   long, I've got the months confused at this point in

22   time.  But March 29th, you remember that, right?

23        A.   Maybe they came and talked to me because

24   they knew I wasn't going to help no defense team on

25   it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    All right.
 2        A.    Since I'm an ex-SNM Gang member.
 3        Q.    Did you invite them over to talk?
 4        A.    No.
 5        Q.    But you knew you were going to be called
 6   as a witness in this case, did you not?
 7        A.    I didn't know until they brought me to Las
 8   Cruces.
 9        Q.    And they brought you to Las Cruces, and
10   they took the statement from you, right?
11        A.    I got shipped out of Clayton in March of
12   this year, on the 22nd, and then --
13        Q.    Brought here?
14        A.    Yes.
15        Q.    You were in Clayton?
16        A.    I was in Clayton.
17        Q.    And you were brought here, and then they
18   took you over, and you did a statement at the U.S.
19   Attorney's Office; is that right?
20        A.    Yes.
21        Q.    Or someplace?  You were here, right?  All
22   right.  And at that time you met the U.S. Attorneys
23   in this case, right?
24        A.    I did.
25        Q.    Okay.  Because every time that you talked
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to somebody before, whether it was when you first

2    talked back in 2014, or February 20th of '17, you

3    only talked to the FBI or the task force officers,

4    correct?

5         A.   Yes.

6         Q.   So the first time that you ever met the

7    prosecution was on March 29th; is that correct?

8         A.   Yes.

9         Q.   All right.  And at that time, who did you

10   meet with, at the time?  Do you recall?

11        A.   Randy and Ms. Armijo.

12        Q.   Okay.  So you met with Mr. Castellano and

13   Ms. Armijo; is that correct?

14        A.   Yes, sir.

15        Q.   And that was the first time, right?

16        A.   Yes.

17        Q.   And you also had one of the FBI agents

18   there at the time, right?

19        A.   Yes.

20        Q.   Do you remember what his name was?

21        A.   I can't pronounce his last name.

22        Q.   Okay.

23        A.   Sainato or something.

24        Q.   But not Mr. Acee?

25        A.   No.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And they wanted to go over with you some
 2   of the statements that you had given, did they not?
 3        A.   Yes.
 4        Q.   And they wanted to make sure that you were
 5   aware what you were going to be testifying about,
 6   and the purpose of your testimony, and how this
 7   would sort of happen when you came over, right?
 8        A.   Yes.
 9        Q.   All right.  So you know that every time
10   that you have been asked to do something, to give
11   statements in this case, that you always know you
12   have to be as truthful as possible, right?
13        A.   Yes.
14        Q.   But this time, one of the things that
15   happened was, they showed you your statement back in
16   February of 2017, and they asked you some questions,
17   and you said not all of that is correct, right?
18        A.   Yes, because they had wrong names.
19        Q.   They had the wrong names, right?
20        A.   Yes.
21        Q.   And so you had to change all that around,
22   right?
23        A.   Yeah.  Well, I've got to be truthful.
24        Q.   Right.  But one of the first things you
25   did was, you said, "Wait, hold on, hold on.  Let me
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    talk about this paperwork," right?  That came down

2    in 2007?  That was one of the other things you

3    changed, right?

4         A.   That I told them let's talk about the

5    paperwork?

6         Q.   They asked you, probably.  I doubt that

7    you got to just volunteer, because that was

8    something that they wanted to know, right?

9         A.   They just talk about everything.

10        Q.   All right.  But how long did you talk to

11   them?

12        A.   We were there for a few hours.

13        Q.   Okay.  So when you did this report, when

14   you did this interview where you talked for three

15   hours, that was about -- in February of 2017, that

16   was a six-page report that was single-spaced, right,

17   that I just showed you a while ago?

18        A.   That was over 300 questions.

19        Q.   And then whenever you met with the U.S.

20   Attorney's Office here just on March 29th, you

21   talked with them for about the same amount of time,

22   right?

23        A.   We talked for a few hours.

24        Q.   Okay.  And it's only like two pages,

25   right?  It's only like one page, right?  Have you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  seen it?  Have you seen this report?

2      A.    Yeah, I think I have.

3      Q.    So do you have copies of these?

4      A.    No.

5      Q.    Pardon me?

6      A.    No.

7      Q.    Did they give them to your attorney?

8      A.    I'm not sure.

9      Q.    Have you gone over these reports?  When

10 did you go over these reports?

11     A.    Just when we were over there.

12     Q.    Okay.  But there was a report that was

13 written on March 29th.  Have you seen this report?

14     A.    I can't remember.

15     Q.    Would you recognize it?

16           MR. BLACKBURN:  May I approach, Your

17 Honor?

18           THE COURT:  You may.

19     Q.    Have you seen that one?

20     A.    Yes.

21     Q.    Okay.  So the report that was written by

22 the FBI from the interview on March 29, 2018, and

23 dated March 30, 2018, when did you see that one?

24     A.    Right now, I just seen that.

25     Q.    Oh, just now?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   Today, when I showed it to you right now,

 3   is the first time you've ever seen that, correct?

 4        A.   When I was over there, I seen all kinds of

 5   different types of paperwork.

 6        Q.   Okay.

 7        A.   I can't tell you exactly what paperwork I

 8   saw.

 9        Q.   They didn't write this report before you

10   gave them the statement, did they?

11        A.   Like I said, I seen paperwork there, and I

12   can't recall which ones that I saw.

13        Q.   All right.  But when you were talking to

14   the US Attorneys for the first time on March 29,

15   2018, you told them that there was two copies of the

16   paperwork on Fred Sanchez; isn't that correct?

17        A.   There was.

18        Q.   All right.  Which is different than what

19   you told those individuals back in February of 2017,

20   that there was only one set of paperwork, right?

21        A.   I told you, there is 300 questions that

22   they're asking me.  So whatever questions they're

23   asking at that time, I was answering.  So if they

24   didn't bring up that question, how am I going to

25   answer that question, if they didn't ask me?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But they did ask you that question in
 2   2017.  I just showed it to you.  You said that that
 3   was the one that Fred Dawg was killed in 2007; and
 4   that Gonzalez and Joe Martinez delivered the
 5   paperwork; and Ben Clark ordered the murder.
 6             You did talk about the paperwork, right?
 7        A.   Yeah, but I didn't -- I didn't say there
 8   was two sets.  I just remember just saying about the
 9   paperwork.  That was it.
10        Q.   But there were two sets.  That's what
11   you're telling us now, right?
12        A.   There was a few sets.
13        Q.   So there was one set that you knew came
14   from Cheech; is that right?
15        A.   It came from Kyle Dwyer.
16        Q.   Okay.  But there were two sets?  One came
17   from Cheech, and one came from --
18        A.   Yes.
19        Q.   -- Kyle Dwyer, right?
20        A.   Yes.
21        Q.   The one that came from Cheech, you do not
22   know where that one ended up, did you?
23        A.   No.
24        Q.   The one that came from Kyle Dwyer, you do
25   know where that ended up, right?
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                       1-800-669-9492
                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.

 2        Q.   But you don't know where Dwyer -- one came

 3   from Cheech, and one came from Dwyer; is that

 4   correct?

 5        A.   Yes.

 6        Q.   But the one from Cheech that you said may

 7   have come from Arturo, no one has ever seen?  You

 8   don't know where that's at?

 9        A.   The reason why I said it came from him is

10   because --

11        Q.   Because Ben Clark told you, right?

12        A.   He told me.

13        Q.   So if Ben Clark is the only one that told

14   you that, you have no other source of knowledge,

15   other than what Ben Clark told you, because he's the

16   one that's in charge, right?

17        A.   Yes.

18        Q.   And he's the one that told you how this

19   paperwork came down, right?

20        A.   Yes.

21        Q.   He was the one that told you that there

22   was two separate copies, right?

23        A.   Yes.

24        Q.   He was the one that told you that this

25   came from Roswell, from issues that happened with
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                        e-mail: info@litsupport.com

```
 1    Fred Dawg as it relates to a situation --

 2         A.   Not from Roswell.  He said it came from up

 3    North.

 4         Q.   But it related to a situation that

 5    happened in Roswell; is that correct?

 6         A.   Yes.

 7         Q.   But everything came from Ben Clark, the

 8    guy that's in charge and always in charge, right?

 9         A.   Yes, in that pod.

10         Q.   In that pod.  All right.  Now, is this the

11    same -- but you did see, at some point in time,

12    Dwyer giving that to Clark?

13         A.   I did.

14         Q.   Without anything dealing with Ruben

15    Hernandez, right?

16         A.   That what?

17         Q.   It came directly from Kyle Dwyer's pod or

18    cell, handed to --

19         A.   To Ben Clark.

20         Q.   -- to Ben Clark, right?

21         A.   Yes.

22         Q.   Now, and you also stated that you were

23    unaware, or Clark told you that he was unaware,

24    because you got your information from Clark, that

25    you were unaware who gave Dwyer the copy of that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  paperwork, right?
 2       A.   Like I said, he told me that that's who he
 3  got it from, was from Arturo.
 4       Q.   Well, I thought he told you that the
 5  one -- that no one knows where it ended up.  The one
 6  that was from Cheech was given to Cheech from
 7  Arturo, but you do not know where that ended up; but
 8  the one that Kyle Dwyer delivered to Benjamin Clark,
 9  you are not sure who gave Dwyer the copy of that
10  paperwork; isn't that correct?
11       A.   I never said that.  I said that he got the
12  paperwork from Kyle Dwyer, that came from Arturo
13  from up North.
14            MR. BLACKBURN:  May I approach the
15  witness, Your Honor?
16            THE COURT:  You may.
17       Q.   Isn't it true, sir, that on March 29th,
18  according to this document that was written by the
19  FBI, that you said, "The other copy was carried to
20  Southern New Mexico by Kyle Dwyer and delivered to
21  Benjamin Clark.  Gonzalez was not sure who gave
22  Dwyer the copy of the paperwork?"
23            Isn't that what it says?
24       A.   That's what it says.
25       Q.   But that's not true?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Okay.  So, gosh, two times in a row, they
 3   screwed this up, right?
 4        A.    I don't know.  I'm telling you what I
 5   know.
 6        Q.    Okay.  You did say up here that one copy
 7   was given to Cheech by Arturo, but you do not know
 8   where that one ended up, right?
 9        A.    I didn't.
10        Q.    All right.  Now, while I'm up here, does
11   it say anything about the paperwork being passed
12   around or anything, that you guys reviewed it,
13   passed it around from the red pod to the yellow pod
14   to the green pod?
15        A.    No, because I didn't review it.
16        Q.    Does it say anything about the place
17   smelling up real bad and you having to burn bread?
18        A.    No.
19        Q.    So you didn't tell them that?  Or you told
20   them that, right?
21        A.    I can't remember if I told them that, but
22   I know I told the investigators in RPP that.
23        Q.    Have you used drugs today?
24        A.    No.
25        Q.    So it's not the same stressful as whenever
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you're going to be called over by a defense
 2   attorney, as opposed to being called over by --
 3        A.   It's stressful.
 4        Q.   When was the last time you used?
 5        A.   March.
 6        Q.   That was the last time?
 7        A.   That was the last time.
 8             MR. BLACKBURN:  May I have a second, Your
 9   Honor?
10             THE COURT:  You may.
11             MR. BLACKBURN:  Nothing further, Your
12   Honor.
13             THE COURT:  Thank you, Mr. Blackburn.
14             Any other defendants have
15   cross-examination of Mr. Gonzalez?  All right.
16             Mr. Castellano, do you have redirect of
17   Mr. Gonzalez?
18             MR. CASTELLANO:  Yes, sir.
19             THE COURT:  Mr. Castellano.
20                  REDIRECT EXAMINATION
21   BY MR. CASTELLANO:
22        Q.   Mr. Gonzalez, when the FBI agent and a
23   task force officer visited with you in February of
24   2017, were you ever provided a copy of that report?
25        A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.   Did you ever receive any paperwork from
2   this case at all?
3       A.   Nothing.
4       Q.   And when you sat down with us in March of
5   this year, did you get a chance to then review the
6   February 2017 paperwork?
7       A.   Like I was telling the lawyer, we went
8   over paperwork.
9       Q.   And then once you reviewed the paperwork,
10  did you notice a discrepancy in what you told them
11  before about paperwork on Fred Sanchez?
12      A.   Yes.  I told that to the investigating
13  officer that was there.
14      Q.   Was that the first time you actually had a
15  chance to look at your previous statement?
16      A.   Yes.
17      Q.   When you met with us in March of this
18  year, did you know you were going to be a witness,
19  or did we ask you at that time if you were willing
20  to be a witness?
21      A.   Well, you asked.  And at the time, I
22  didn't really want to.
23      Q.   And then after we spoke, did you agree
24  that you would be a witness?
25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.   When you came to court today, did you know
 2   you were coming to court?
 3          A.   No.
 4          Q.   How did you get here?
 5          A.   The STIUs brought me.
 6          Q.   They just brought you to court?
 7          A.   Yeah.
 8          Q.   Had anyone spoken to you since March of
 9   this year?
10          A.   About coming to court?
11          Q.   Yes.
12          A.   They just said that I would be coming to
13   court, but I didn't know when.
14          Q.   Did you meet me in March of this year?
15          A.   I did.
16          Q.   Was that the first time you'd ever met me?
17          A.   The first time.
18          Q.   Was that the last time we'd spoken?
19          A.   Not -- just -- until today.
20          Q.   And so as a result of our discussions in
21   March, is that when you agreed that you would be a
22   witness in this case?
23          A.   Yes.
24          Q.   When you gave your statement in February
25   of 2017, did you tell the FBI that the paperwork had
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    come from Arturo Garcia?

2        A.    Yes, I did.

3        Q.    And did you also tell them about the

4    statements that Edward Troup said about Mr. Sanchez

5    being a rat?

6        A.    I did.

7        Q.    What did you say about Jesse Trujillo and

8    what he did?

9        A.    He cleaned up the room.

10       Q.    When we met with you in March of this

11   year, were you promised anything?

12       A.    No.

13       Q.    Did you receive any benefits?

14       A.    Nope.

15       Q.    And actually, when we brought you from

16   Clayton, did that actually hurt your status in the

17   RPP Program?

18       A.    It did.

19       Q.    What happened?

20       A.    I have to start the program all over

21   again.

22       Q.    Okay.  And how close were you to finishing

23   the program when we actually pulled you out of

24   there?

25       A.    Like I said, I was done with the program,

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   but I had to start over so I could get the lump sum.

 2   And then since I was traveling the state because of

 3   this whole case, it messed up the whole program, so

 4   now I've got to start over.

 5         Q.   So rather than receiving a benefit, did we

 6   actually put you behind in the program?

 7         A.   What was that?

 8         Q.   Rather than receiving a benefit, when we

 9   pulled you out of there did we actually put you

10   behind in that program?

11         A.   You did.

12         Q.   And did someone at least say that they

13   would try to contact the Corrections Department so

14   that you wouldn't be punished from getting pulled

15   from the program?

16         A.   They said that they'll call and let them

17   know, you know what I mean?  That's what they'd do,

18   but --

19         Q.   Okay.  Other than that, did anyone tell

20   you they would try to help you in any way?

21         A.   No, nothing.

22              MR. CASTELLANO:  I have no further

23   questions, Your Honor.

24              THE COURT:  Thank you, Mr. Castellano.

25              All right.  Mr. Gonzalez, you may step
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   down.   Is there any reason that Mr. Gonzalez cannot

2   be excused from the proceedings?   Mr. Castellano?

3              MR. CASTELLANO:   No, Your Honor.

4              THE COURT:   How about from the defendants?

5   Not seeing or hearing any objection, you are excused

6   from the proceedings.   Thank you for your testimony.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

82

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 20th day of May, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:      (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com