1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4              Plaintiff,

5       vs.           NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7              Defendants.

8

9      Transcript of excerpt of testimony of

10              RUBEN HERNANDEZ

11         May 4, 2018, and May 7, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
1                          I N D E X

2    EXAMINATION OF RUBEN HERNANDEZ

3    By Mr. Beck                                      5

4    EXAMINATION OF RUBEN HERNANDEZ

5    By Mr. Beck                                     33

6    By Mr. Burke                                    58

7    By Mr. Blackburn                                89

8    By Mr. Sindel                                  111

9    By Mr. Beck                                    135

10   By Mr. Burke                                   143

11   By Mr. Sindel                                  144

12   By Mr. Beck                                    146

13   REPORTER'S CERTIFICATE                         147

14                     EXHIBITS ADMITTED

15   Defendants' BR-1, -2, and -3 Admitted          84

16   Government 281-A Admitted                      38

17   Government 313 Admitted                         9

18   Government 316 and 317 Admitted               140

19   Government 647 Admitted                        84

20   Government 648 Admitted                        51

21   Government 967 and 968 Admitted                32

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      May 4, 2018
 2              THE COURT:  Mr. Beck, does the Government
 3  have its next witness or evidence?
 4              MR. BECK:  Yes, Your Honor.  The United
 5  States called Ruben Hernandez.
 6              MR. BURKE:  Your Honor, may we approach?
 7              THE COURT:  You may.
 8              (The following proceedings were held at
 9  the bench.)
10              MR. BURKE:  Your Honor, I was slipped a
11  note, indicating that you might show a video, and I
12  think we're going to need to talk about what that
13  is, you know, what portion of it or what length it
14  is.  Because we don't -- we're not really sure,
15  because it comes from -- I'm sure they're not
16  showing the 12 hours; and then we would have some
17  concerns about completeness.  This might be an issue
18  that we should talk through, not in the presence of
19  the jury.
20              Here comes the witness.
21              THE COURT:  What's your thoughts on this?
22              MR. BECK:  Frankly, I don't know a whole
23  lot.  It's a video of the cell when he put the paper
24  towels over the camera.  I don't know how much we
25  intend to show.  I didn't know I was bringing it in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   until this morning.  But I think we intend to show
 2   probably a couple minutes, somewhere between five
 3   and 15, of him covering and uncovering the cameras
 4   of the cell.
 5            THE COURT:  He's the one that had the
 6   crutches?
 7            MR. BECK:  Yes.
 8            THE COURT:  Is that something that's
 9   coming up pretty quick?
10            MR. BECK:  I doubt it.  I would be very
11   surprised if we get to it tonight.
12            MR. BURKE:  Okay.
13            THE COURT:  Can you look at it over the
14   weekend?
15            MR. BURKE:  We can figure it out.
16            THE COURT:  It sounds like a short clip.
17            MR. BECK:  It may or may not be.  I'm not
18   calling those shots.
19            THE COURT:  Does that work for you, Mr.
20   Burke?
21            MR. BURKE:  Yes.
22            (The following proceedings were held in
23   open court.)
24            THE COURT:  All right.  Mr. Hernandez, if
25   you'll raise your right hand to the best of your
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                        1-800-669-9492
                                                          e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   ability there, Ms. Soliz, my courtroom deputy, will
 2   swear you in.
 3                       RUBEN HERNANDEZ,
 4        after having been first duly sworn under oath,
 5        was questioned, and testified as follows:
 6             THE CLERK:  Please state your name, and
 7   spell your last name for the record.
 8             THE WITNESS:  H-E-R-N-A-N-D-E-Z.
 9             THE COURT:  Mr. Hernandez, if you'll scoot
10   your chair up just a little bit so that your mouth
11   is pretty close -- there we go.  All right.
12             Mr. Beck.
13             MR. BECK:  Thank you, Your Honor.
14                    DIRECT EXAMINATION
15   BY MR. BECK:
16        Q.   Good afternoon, Mr. Hernandez.  Are you
17   now, or have you ever been, a member of the
18   Syndicato de Nuevo Mexico prison gang?
19        A.   Yes, sir.
20        Q.   When did you join the SNM?
21        A.   About a year prior to going to Southern,
22   when this incident occurred.
23        Q.   And by "this incident," do you mean the
24   Fred Sanchez murder?
25        A.   Yes, sir.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

```
1        Q.   So were you brought into the SNM about a
2   year before that time?
3        A.   Yes, sir.
4        Q.   Where were you when you were brought in?
5        A.   It started in the county jail, and then I
6   started -- my buddies started telling me -- they
7   gave me their blessings.  And as I went from
8   facility to facility, each one, each facility I
9   would go to, the person that was in charge there
10  would give me a blessing.
11       Q.   Were you brought in, or at least
12  partially, by an SNM member named Smurf?
13       A.   Partially, yes, sir.
14       Q.   And where was that?
15       A.   That was at the North.
16       Q.   Was that the PNM North facility in Santa
17  Fe?
18       A.   Yes, sir.
19       Q.   Was it Smurf, Leroy Lucero, who taught you
20  about the SNM Gang and its rules?
21       A.   Yes, sir.
22       Q.   Why did you join the SNM prison gang?
23       A.   For protection from the other gangs.
24       Q.   Why did you feel like you needed
25  protection?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

7

```
 1      A.   Because I told on somebody from the other
 2 gang.
 3      Q.   Is there any SNM rule about telling on
 4 somebody even if they're from a rival gang?
 5      A.   Yes, sir.
 6      Q.   What is that rule?
 7      A.   They can kill you, stab you, beat you up.
 8 It's their choice.  But they don't -- it's a no-no.
 9      Q.   Before you joined the SNM, were you a
10 member of any street gang?
11      A.   Yes, sir.
12      Q.   What gang is that?
13      A.   The West Side Locos.
14      Q.   And where is the West Side Locos Gang?
15 Where were you?
16      A.   Clovis, New Mexico.
17      Q.   When did you leave the SNM prison gang?
18      A.   The next day after Freddie Sanchez was
19 killed.
20      Q.   So you left the gang the day after Freddie
21 Sanchez was killed?
22      A.   Yes, sir.
23      Q.   Have you ever heard the term "earning your
24 bones" or "earning your huesos"?
25      A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          Q.    What does that mean?

2          A.    It means you have to stab somebody to get

3     your place in the SNM.

4          Q.    And how did you earn your bones to get

5     into the SNM?

6          A.    I hadn't earned any bones.

7               THE COURT:  Mr. Hernandez, I'm going to

8     ask you to move back just a little bit. People will

9     be able to hear you a little better.  Try that.

10         A.    I hadn't earned any bones.  I never

11    stabbed anybody for them, so --

12         Q.    I'm going to show you a couple photos.

13              MR. BECK:  And before I do that, let me

14    find out if they're in evidence, 319 through 322?

15         Q.    Hearing yes, I'll start by showing you

16    319.  Do you recognize who is in that photograph?

17         A.    Yes, sir.

18         Q.    Is that you?

19         A.    Yes, sir.

20         Q.    And here on December 3rd, 2015, were you

21    arrested in connection with this case?

22         A.    Yes, sir.

23         Q.    I'm going to show you Government's Exhibit

24    320.  What is this a photograph of?

25         A.    That's my nickname right there.  Smoke.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



PROFESSIONAL COURT                                    e-mail: info@litsupport.com
REPORTING SERVICE

9

```
 1   Cosmic is not on the inside.
 2        Q.   Are these tattoos on your arm?  I should
 3   ask a better question.
 4        A.   Yes, sir.
 5        Q.   And you said your nickname.  What nickname
 6   do you go by, or did you go by in the SNM?
 7        A.   They called me Bolo.
 8        Q.   I'll show you Government's Exhibit 321.
 9   Is this another photo of the tattoos on your right
10   arm?
11        A.   Yes, sir.
12        Q.   And Government's Exhibit 322.  What is
13   this a tattoo of?
14        A.   My street gang.
15        Q.   Does "WSL" stand for West Side Locos?
16        A.   Yes, sir.
17             MR. BECK:  I'm going to move to admit
18   Government's Exhibit 313, which is Mr. Hernandez's
19   pen pack.
20             THE COURT:  Any objection from any
21   defendant?  Not seeing or hearing any, Government's
22   Exhibit 313 will be admitted into evidence.
23             (Government Exhibit 313 admitted.)
24   BY MR. BECK:
25        Q.   Will you please put up Government's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Exhibit 313.  Thank you.

2            Mr. Hernandez, do you recognize -- have

3    you ever seen this document before?  And if you're

4    having trouble seeing it, it's there on the monitor

5    to your left.  It may help a little bit.  And if you

6    haven't, that wouldn't surprise me.

7        A.   No, sir, I haven't.

8        Q.   Is that your name and your Corrections

9    Department number there that I've circled in red on

10   313?

11       A.   Yes, sir.

12       Q.   I'm going to take you to what I think is

13   the fourth page of that document, at Bates No. 8716.

14   Do you recognize and have you seen this document

15   before?

16       A.   Yes, sir.

17       Q.   And in June of 1995 were you sentenced,

18   for violating your parole, to 18 months in prison?

19       A.   I was on probation, I believe, and I

20   violated the probation, and they sent me to prison.

21       Q.   Probation.  Sorry.  Yes.

22       A.   Yes.

23       Q.   And is this the order sending you to

24   prison for that?

25       A.   Yes, sir, I believe so.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I'm going to show you Bates No. 8721 of

2    Government's Exhibit 313.  Is this a judgment,

3    sentence and commitment from 2005 for a plea of no

4    contest to delivery of a counterfeit substance

5    within a drug-free school zone?

6    A.   Yes.

7    Q.   And for this, were you sentenced to three

8    years incarceration?

9    A.   I don't know how many years.  I know I had

10   a few felonies there, and they gave me, with all of

11   them together combined, a total of 12 years.

12   Q.   Okay.  And so I'll show you Government's

13   Exhibit 313 at page 8723.  Do you recognize this as

14   a judgment, sentence and commitment that was filed

15   on the same day as the one we just looked at, for

16   possession of a firearm or destructive device by a

17   felon, and breaking and entering?

18   A.   Yes, sir.

19   Q.   And I'll show you Government's Exhibit 313

20   at Bates 8725.  Is this a judgment, sentence, and

21   commitment filed on the same day, in this case for

22   burglary of a dwelling house?

23   A.   Yes, sir.

24   Q.   And on this -- I think you just mentioned

25   this.  Does it reflect that you're being sentenced

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in four different cases here for these judgments and

2  commitments?

3       A.   Yes, sir.

4       Q.   And then finally, Government's 8728.  Do

5  you recognize this as another judgment, sentence,

6  and commitment that was filed on the same day,

7  January 24, 2005?

8       A.   Yes, sir.

9       Q.   And in this one, based on a guilty plea,

10 did you plead guilty to aggravated burglary with a

11 deadly weapon, and conspiracy to commit a violent

12 felony, possession of a firearm, destructive device

13 by a felon?

14      A.   Yes, sir.

15      Q.   And if we can go to the next page.  So in

16 this fourth simultaneous judgment and sentence, does

17 this reflect that you were sentenced to nine years

18 in Count 1, 18 months in Count 3, 18 months in Count

19 5, all to run consecutively for a total term of 12

20 years?

21      A.   Yes, sir.

22      Q.   And was that sentence run concurrently

23 with the other three judgments that we just looked

24 at?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Thank you.  That last judgment and
 2  sentence of 12 years, is that the term that you were
 3  serving when you were arrested on this case?
 4        A.    No, sir.
 5        Q.    Why were you in prison when you were
 6  arrested on this case?  Or were you?
 7        A.    Oh, yes, I was in prison.  Yes, sir.
 8        Q.    What is the nature or purpose of the SNM?
 9        A.    To control where they're at, drugs,
10  respect, power, whatever they can get.
11        Q.    And what's the nature or what types of
12  crimes does the SNM commit?
13        A.    Murder, kidnapping, burglaries,
14  drug-dealing, assaults, stabbings.  Almost any crime
15  you can think of.
16        Q.    At some point after you were charged in
17  this case on December 3rd of 2015, did you agree to
18  cooperate with law enforcement?
19        A.    Yes, sir.
20        Q.    When was that?
21        A.    The day they arrested me.
22        Q.    After that time, were you signed up as a
23  confidential human source by the FBI?
24        A.    I don't know if I was signed up.  I had --
25  they talked with me, but I never signed.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   remember signing anything, no.
 2        Q.   Did you ever receive payments for the
 3   information that you provided to the FBI?
 4        A.   No, sir.
 5        Q.   Did you receive money on your books for
 6   information you provided to the FBI?
 7        A.   Yes, sir.
 8        Q.   And did you also receive -- did you
 9   receive any other benefits from your cooperation,
10   including additional jail calls for a Level 6
11   inmate?
12        A.   No, sir.
13        Q.   At some point was the money that was put
14   on your books as a CHS, did that stop?
15        A.   Yes, sir.
16        Q.   And why did that stop?
17        A.   Because of my tablet.
18        Q.   What happened with your table?
19        A.   My tablet had Wi-Fi.
20        Q.   How did your tablet come to have Wi-Fi on
21   it?
22        A.   One of the guys in the pod with us said he
23   knew how to put Wi-Fi on there, so I asked him to
24   put it on there for me.
25        Q.   And when you were able to get Wi-Fi on
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    your tablet, what happened to the discovery on your
 2    tablet?
 3         A.   It was erased.
 4         Q.   What did you do with your tablet when you
 5    accessed Wi-Fi?
 6         A.   I went onto Facebook.
 7         Q.   Did you do anything else on the internet
 8    when you had Wi-Fi on your tablet?
 9         A.   I tried.  I didn't know how to get on
10    there.  The guy that did it for me, he was showing
11    me, but in my room the signal wasn't strong enough.
12    And so if I wanted anything, he would download for
13    me.  But mostly just Facebook.
14         Q.   Who was the person who downloaded stuff
15    for you and showed you how to get into your tablet?
16         A.   Roy Martinez.
17         Q.   When you reset your tablet, did you know
18    that was a violation of the Court's order?
19         A.   Yes.
20         Q.   Did you also, during the time that you
21    agreed to cooperate, from the time you were arrested
22    until today, did you also do drugs while
23    incarcerated?
24         A.   Yes, sir.
25         Q.   What did you do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    I did some meth.

2      Q.    With whom did you do meth?

3      A.    With Benjamin Clark.

4      Q.    Did you do any other drugs while you were

5  cooperating?

6      A.    Yes, sir.

7      Q.    What else did you do?

8      A.    Suboxone.

9      Q.    And with whom did you do Suboxone?

10     A.    With Benjamin Clark and a couple of --

11  almost everybody that was in the pod.

12     Q.    Were you allowed to do Suboxone and meth?

13     A.    Was I allowed to?  No, I wasn't supposed

14  to.

15     Q.    I want to take you to June of 2007.  Where

16  were you incarcerated in June of 2007?

17     A.    That would be in Las Cruces.

18     Q.    And which pod were you in here in Las

19  Cruces?

20     A.    The blue pod.

21     Q.    I'm going to show you Government's Exhibit

22  649.  Mr. Hernandez, do you recognize Government's

23  Exhibit 649 as an aerial view of the Southern New

24  Mexico Correctional Facility?

25     A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   In June of 2007 were you housed down here
2  in the bottom left, in housing unit 1-A?
3      A.   Yes, sir.
4      Q.   I'm going to show you Government's Exhibit
5  281.  In June of 2007 you were an SNM member, right?
6      A.   Yes, sir.
7      Q.   As an SNM member, did you know who were
8  the keyholders or llaveros in the SNM pod here at
9  Southern?
10     A.   When I first got there, in my pod I
11 thought it was -- I thought it was Brian Rascon.
12 And then the one that was running the whole unit was
13 Ern Dog.  And I don't know Ern Dog's real name, but
14 Ern Dog and Frankie Gonzalez.
15     Q.   And which pod were Ern Dog and Frankie
16 Gonzalez in?
17     A.   They were -- I don't know.  I can't
18 remember the color, but it was -- they were in green
19 pod.
20     Q.   And I think you said this earlier.  In
21 Government's Exhibit 281, you were down here in the
22 bottom left in blue pod; is that right?
23     A.   Yes, sir.
24     Q.   Was there a keyholder, llavero, in yellow
25 pod?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I'm not for sure, but I think it was Loco.

2        Q.    And do you know Loco's name?

3        A.    Paul.

4        Q.    Is it Paul Silva?

5        A.    Yes, sir.

6        Q.    Was Ben Clark incarcerated with you down

7   here in 2007?

8        A.    Yes, sir.  But when I first got there, he

9   wasn't here.  He wasn't there but a few months.

10       Q.    And what happened when Mr. Clark arrived?

11       A.    When he got there, I didn't know who he

12  was.  But everybody showed him respect, and when he

13  said something, they listened.

14       Q.    And I just want to make sure I heard you.

15  Did you say when he said something, everyone

16  listened?

17       A.    Yes, sir.

18       Q.    I'm going to show you Government's Exhibit

19  249.  Do you recognize this photo as the inside of

20  the blue pod in housing unit 1-A?

21       A.    Yes, sir.

22       Q.    And in June of 2007, which cell were you

23  in?

24       A.    I was in the cell right under that

25  stairway there, on the left side.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    All right.  So I'm going to circle on the
 2   left side of Government's Exhibit 249, right below
 3   the 1-A, where it says "1A-B pod" on the left.  Was
 4   that the cell you were in?
 5        A.    Yes, sir.
 6        Q.    Is that cell 109?
 7        A.    Yes, sir.  I don't remember the number.  I
 8   just remember that was home for a year.
 9        Q.    And who was housed next to you?
10        A.    They put Cyclone next to me, Benjamin
11   Clark.
12        Q.    So is that the cell just to the right of
13   the cell that you were in?
14        A.    Yes, sir.
15        Q.    At some point in June of 2007, after
16   Cyclone or Benjamin Clark arrived, did you come to
17   find out that there was paperwork that entered the
18   blue pod?
19        A.    Yes, sir.
20        Q.    What is paperwork?
21        A.    Somebody telling in black and white, court
22   papers saying that they told on somebody, or a
23   statement that was written.
24        Q.    And what does it mean if there is
25   paperwork of a statement of somebody telling, in an
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    SNM pod?

2         A.   It means you're no good.  That means

3    you're --

4         Q.   And what happens if someone is no good?

5         A.   They get hit.

6         Q.   How did you come to find out that there

7    was paperwork in the blue pod in June of 2007?

8         A.   I heard Kyle Dwyer talking about it a few

9    times, talking about there was -- he felt bad about

10   it, but it was either him or them, and it wasn't

11   going to be him.

12        Q.   And so when did Kyle Dwyer arrive?  Was it

13   before or after Ben Clark came to Southern?

14        A.   It was after Ben Clark.

15        Q.   I'm going to show you Government's Exhibit

16   249 again.  Do you remember what cell Kyle Dwyer

17   moved into?

18        A.   I believe it was in the cell directly on

19   top of the steps.

20        Q.   Is that the cell at the top left-hand

21   corner?

22        A.   Yes, sir.

23        Q.   Is that the cell that was right above

24   yours?

25        A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   At one point when you were in Mr. Dwyer's
 2  cell, were you in there with Ben Clark, and did you
 3  see paperwork?
 4      A.   There was a point where I remember Ben
 5  Clark handing the paperwork back to Kyle.  And he
 6  told Kyle that everybody that needed to see the
 7  paperwork had seen it.  And Kyle took it in his
 8  room, and I don't know what he did with it after
 9  that.
10          THE COURT:  Mr. Beck, would this be a good
11  place to end the evening?
12          MR. BECK:  It would be a perfect place to
13  end, Your Honor.
14          THE COURT:  All right.  I know that many
15  of you will be traveling.  I sit as a board member
16  on the Board of Directors for the Federal Judges
17  Association, so I'm going to spend the night and get
18  up at 2:00 a.m. and drive to El Paso and fly to
19  Washington, D.C.  So you'd better hope the judge is
20  back on Saturday night.
21          I won't praise you and thank you like I do
22  every Friday night, but I ditto those, and in the
23  words of the week, "I love you, bro."  Have a good
24  weekend.
25          All rise.
```



SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com

```
 1              (The jury left the courtroom.)

 2              THE COURT:  All right.  I appreciate your

 3    hard work.  Y'all have a good weekend.  See you on

 4    Monday morning.

 5

 6                      May 7, 2018

 7              THE COURT:  All right.  It looks like

 8    we've got everybody, all the defendants in the room,

 9    and attorneys for everybody.  So we'll go on the

10    record.

11              Good morning, everyone.  I appreciate

12    everybody being back and ready to go.

13              I did get a couple of motions overnight, I

14    guess, that were filed yesterday.  One is on Ruben

15    Hernandez, so I had Ms. Bevel step over to Mr. Beck

16    and ask him, is this areas that the Government is

17    going to get into.  And the answer is yes, Mr. Beck?

18              MR. BECK:  Yes, Your Honor.

19              THE COURT:  So I do need to look at this

20    and make a ruling on it.  And Tim Martinez you don't

21    know yet, but you'll let me know as soon as you know

22    on that one?

23              MR. BECK:  Yes.

24              MR. BURKE:  Your Honor, may I inquire?

25    There was a run-on sentence, I believe, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Ms. Harbour-Valdez and I mentioned in the Ruben
 2   Hernandez one.  Is it the Government's intention to
 3   get into all of that?  There is sort of a merger of
 4   two different concepts in that sentence, if I
 5   remember correctly.
 6              MR. BECK:  I think it's a statement from
 7   Edward Troup about having more bodies and what he
 8   would have done in May.  So there are two things
 9   there.  We do intend to get into both.
10              MR. BURKE:  And I have to say, that's
11   outrageous.  There is no evidence of another body.
12   There has never been an investigation of another
13   body.  There is no -- nothing about it.  And the
14   informants sit there together and they come up with
15   this stuff, and then we can't defend against it.
16              THE COURT:  I'm looking at your motion.
17   Where is the sentence you're talking about,
18   Mr. Burke?
19              MR. BURKE:  I think it was -- we put it in
20   the beginning of the motion where Ruben Hernandez
21   allegedly heard -- I think he heard Edward Troup was
22   talking to Ben Clark and there was a discussion
23   about another body.  And then he rolls into another
24   body at the Main.
25              THE COURT:  Okay.  So that's not one of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   the bodies that we have in this case?  That's
 2   something else?
 3           MR. BURKE:  No, it's just something the
 4   informants dreamed up as they're out there doing
 5   drugs together.
 6           THE COURT:  Okay.  Well, let me take a
 7   look at your motion.  I'll try to be ready.  When do
 8   you think this will come up?  It may be coming up
 9   pretty quick.
10           MR. BECK:  Yeah, pretty quickly.  I think
11   that ultimately it depends on, if we're getting the
12   video in through Ruben Hernandez, then that will
13   give us some time.  If the video is not coming in
14   through Ruben but through Javier Alonso, we'll
15   probably get to it in the next 15, 20 minutes.
16           THE COURT:  Is there an issue about the
17   video coming in?
18           MR. BURKE:  There is, Your Honor.  And let
19   me talk to the Court about that.  You'll recall that
20   I raced up to the bench on Friday because we had had
21   a note slipped to us, Ms. Harbour-Valdez and I, that
22   Ruben Hernandez would be the foundation witness for
23   the video.  And I want to describe the history of
24   the video.
25           First of all, the video was never listed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   as an exhibit until the start of trial.  Document

2   1979, which was the Government's exhibit list filed

3   on March 26, 2018, had crime scene videos for

4   Rolando Garza and Frank Castillo, but no mention of

5   a video for Fred Sanchez.

6            Then on the day the trial started, April

7   9, document 2088 the Government listed 647 and 648,

8   which are described as video of assault of victim

9   Sanchez.  So we, Ms. Harbour-Valdez and I, scrambled

10  to find out what that video was, because it was not

11  listed as an exhibit until trial had started.  And

12  we did finally, after a back-and-forth -- we got the

13  video, I think it was Thursday, the 12th of April,

14  and it was a grainy video from one of the three

15  cameras.  The Court will recall from the Molina

16  homicide how there are three cameras, I believe near

17  the bubble.  I believe that the positioning of the

18  cameras had changed from 2007 to 2014.  So the ones

19  that you remember would have been in a slightly

20  different position.  But there are three cameras.

21            The camera that was being used for the

22  exhibit was grainy and very difficult to see.  And

23  our reaction as defense lawyers, Ms. Harbour-Valdez

24  and I, was, okay, it's late.  We were thinking of

25  filing a motion to strike that exhibit; and we did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  have it in discovery, so it wasn't a total surprise.

2  It's just that, you know, you let us know after

3  trial starts that you're going to use it after not

4  letting us know before.  We didn't file a motion to

5  strike, because we felt we could get ready.

6         Then on Friday afternoon I come up to the

7  bench and say, "Well, what are you going to do?

8  What are you using?"  And if my memory is that --

9         THE COURT:  When you say, "What are you

10  using" --

11         MR. BURKE:  The video that you're going to

12  try to get in through Ruben Hernandez.  Because if

13  it's the grainy one that we had been put on notice

14  about, okay, all right, we'll do that.  We've

15  received no reports about Ruben Hernandez reviewing

16  the video.  I have no reports on that.  And so we

17  said, "Well, send us what you're going to use, and

18  we'll make our decision about what to do about that

19  over the weekend."

20         And I believe that Ms. Armijo said, "We'll

21  send it to you, the video that's actually going to

22  be shown to Ruben Hernandez."

23         And then Friday, after court, they give us

24  four videos and say, "It will come from this."

25         We say, "No, no, no, no.  We want the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  exhibit.  Give us the exhibit that you're going

2  to -- and then we can defend against that and

3  prepare for that."

4        We don't -- we just got it at 8-whatever,

5  8:00.  We haven't seen it because we don't have a

6  laptop to look at it.

7        So the state of the evidence is:  We don't

8  know what they're going to show him; we don't know

9  how he's a foundation witness.  What's he going to

10 say about where the videos have been?  We don't know

11 exactly which cameras it comes from.  The cameras

12 are numbered channels 3, 4, and 5.  We don't know

13 that -- it's supposedly a compilation.

14       I know it's 8:30, and the jury is here,

15 but we're not ready to defend against this.  So --

16       THE COURT:  Well, before you try to put

17 the video in, approach, Mr. Beck, and I'll hear

18 everybody out on that.

19       MR. BURKE:  And so the Court knows, we

20 want a postponement before we -- so we have time to

21 cross-examine.  So that's what we want.

22       THE COURT:  Do you need this video through

23 Mr. Hernandez?

24       MR. BECK:  No.  I think both Ruben

25 Hernandez and Javier Alonso can testify that it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   fairly and accurately depicts what was --

 2             THE COURT:  So you can get it in through

 3   Javier?

 4             MR. BECK:  But I think he's coming up this

 5   afternoon.

 6             THE COURT:  Do the defendants now know

 7   which of the videos you're going to show?

 8             MR. BECK:  Yes.

 9             MR. BURKE:  No, we haven't had a chance to

10   look at it yet.

11             THE COURT:  But you know which one it is

12   now?

13             MR. BURKE:  Well, we know there is three

14   cameras.  One was lousy; I think one didn't work at

15   all.  I don't know.  But one was good.  We do not

16   know what they're using.

17             THE COURT:  Well, be real clear, Mr. Beck,

18   telling which one of the exhibits you're going to

19   use.

20             MR. BECK:  Sure.  There's two exhibits.

21   The two exhibits, 647 and 648.  647 is all three

22   camera angles together, three videos side by side.

23   648 is channel 5, the grainy video that actually

24   stays on for the beginning of the assault.

25             THE COURT:  Which one are you going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    use?
2            MR. BECK:  We're going to enter both of
3    them into evidence.  And I think we'll play both of
4    them.  Because, frankly, the most damning portion
5    against Mr. Troup is video 5, the grainy video, 648.
6    So we're going to play both of them.
7            THE COURT:  Would it be possible, since it
8    sounds like Mr. Burke is prepared and has been
9    prepared for 648, the grainy one, that you only use
10   the grainy one as to Troup, and then you deal with
11   647 through Mr. Alonso?
12           MR. BECK:  You mean this morning in 648?
13           THE COURT:  Well, it sounds like Mr. Burke
14   is saying that Troup has had 648; they hadn't moved
15   to strike it.  And if that's the one that's most
16   useful against Mr. Troup, just use it against
17   Mr. Troup and not use 647; let that come in through
18   Mr. Alonso.
19           MR. BECK:  That's fine.  We can do that.
20           THE COURT:  Could you work with that,
21   Mr. Burke?
22           MR. BURKE:  Well, I don't know.  We
23   haven't received a report about what he's looked at.
24   And it would be really good if we had time to look
25   at the exhibit that they want to show so that we can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   make a decision.

2           THE COURT:  I thought you had seen the

3   grainy one.

4           MR. BURKE:  The grainy one we have.

5           THE COURT:  We've got a commitment that's

6   all they'll use with Hernandez.

7           MR. BURKE:  But it would still be good, as

8   defense lawyers, for us to see what it was that they

9   had intended to use, make a decision about:  Maybe

10  that's the way to go, is to use the good one.  Maybe

11  they're onto something.

12          And I want to add -- I don't think they're

13  being sneaky.  There is no question they work very

14  hard.  But we're not prepared.

15          THE COURT:  Well, how long is it going to

16  take to look at a video?

17          MR. BURKE:  I don't know.  How long is it?

18          MR. BECK:  I think the 647, the video, is

19  two hours.  We plan to play snippets from 30 minutes

20  of the video.

21          MR. BURKE:  And we don't know that.  We're

22  entitled to know what the snippets are, what the

23  exhibit -- because that's the exhibit --

24          THE COURT:  Well, 647 is not coming in

25  through Mr. Hernandez.  And we'll deal with Mr.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Alonso when it comes up.  I think you knew about the
 2   grainy one, so --
 3            MR. BURKE:  We did.
 4            THE COURT:  -- we'll let that one come in
 5   through Mr. Hernandez, and then we'll deal with the
 6   other one.  Maybe at that point you'll have a chance
 7   to look at it.  And I'll try to look at these
 8   comments this morning.
 9            MR. BURKE:  All right.  Thank you.
10            THE COURT:  All rise.
11            (The jury entered the courtroom.)
12            THE COURT:  Everyone be seated.
13            Good morning, ladies and gentlemen.
14   You're back, batteries and all.  I understand that.
15   That's always my fear, that I'll be at the airport
16   in El Paso and leave the lights on for the weekend.
17   But I'm glad everybody is back.  I'm back.
18            I can tell you they don't celebrate Cinco
19   de Mayo in Washington, D.C.  So I'm going to
20   postpone my celebration with my clerks until after
21   the trial.  We'll pick up that.
22            It was cloudy, a little bit rainy, but the
23   weather cooperated.  And I'm glad to be here.  Glad
24   you're back, as well.
25            All right.  Mr. Beck, do y'all have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Hernandez moving toward the witness box?
 2              MR. BECK:  Yes, I think so, Your Honor.
 3              Your Honor, while Mr. Hernandez works his
 4   way up, the United States moves to admit
 5   Government's Exhibits 967 and 968, which are
 6   pictures of the control tower in housing unit 1A-B
 7   pod.
 8              THE COURT:  Any objection from any other
 9   defendant?  All right.  Government's Exhibits 967
10   and 968 will be admitted into evidence.
11              (Government Exhibits 967 and 968
12   admitted.)
13              THE COURT:  All right.  Mr. Hernandez, if
14   you'll come on in and stand next to the witness box.
15   Well, you've already been sworn in.  I'll remind you
16   that you're still under oath.
17                   RUBEN HERNANDEZ,
18        after having been previously duly sworn under
19        oath, was questioned, and continued testifying
20        as follows:
21              THE COURT:  All right.  Mr. Beck, if you
22   wish to continue your direct examination of Mr.
23   Hernandez, you may do so at this time.
24              MR. BECK:  Thank you, Your Honor.
25              THE COURT:  Mr. Beck.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              CONTINUED DIRECT EXAMINATION
 2  BY MR. BECK:
 3      Q.   Good morning, Mr. Hernandez.
 4      A.   Good morning.
 5      Q.   So I think where we left off Friday is we
 6  were talking about when you were with Kyle Dwyer and
 7  Ben Clark with the paperwork for Fred Sanchez.  Do
 8  you remember that?
 9      A.   Yes, sir.
10      Q.   I want to take you to the day that Fred
11  Sanchez arrived in 1-A blue pod.  Do you remember
12  that day?
13      A.   Yes, sir.
14      Q.   What happened when Fred Sanchez moved in
15  that day?
16      A.   When he moved in, I didn't know that he
17  had moved in right away.  The first thing I noticed
18  was Ben Clark was taken out.
19      Q.   At some point, that day or the day after,
20  was there a meeting in the pod?
21      A.   Yes.  I don't remember exactly at what
22  point the meeting was, but it was -- I remember Fred
23  being in his room for orientation still, and --
24      Q.   And what is orientation?
25      A.   I guess they leave them in there for a few
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

1   days to see if they can make it on that line there.

2       Q.   So who was at the meeting in the pod while

3   Fred was in orientation?

4       A.   That would be everybody except for me:

5   Troup, Brian Rascon, Raymond Rascon, Jesse Trujillo,

6   and Alonso.

7       Q.   So did you say that's everyone except for

8   you and Fred?

9       A.   And Fred, yes, sir.

10      Q.   Did you ask to go to the pod?  Were you

11  invited to the pod?  Excuse me, not to the pod.  To

12  the meeting.  What happened?

13      A.   I noticed everybody in the room.  I was by

14  one of the tables.  I started to go over toward the

15  bars, and Jesse went out there and told me that it

16  didn't have anything to do with me; the less I know,

17  the better.

18      Q.   After the meeting that you didn't go to,

19  what happened next?  Let me ask you this first.

20  What did you think the meeting was about?

21      A.   I thought it was about me.

22      Q.   All right.  And why did you think it was

23  about you?

24          MR. BLACKBURN:  Your Honor, could you ask

25  the witness to please speak up?  We can't hear him.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  You can't go too close, or all
 2  we get is kind of your breath; and you've got to
 3  stay right about the same distance.  There you go.
 4            Let's try that, Mr. Blackburn, and tell me
 5  if that doesn't work.
 6  BY MR. BECK:
 7       Q.   Sorry.  So one more time, what did you
 8  think the meeting was about?
 9       A.   I thought it was about me.
10       Q.   And why?
11       A.   Because I told on somebody in the past,
12  and I was walking on eggshells for a long time,
13  wondering when they were going to find out what I
14  had did.
15       Q.   What happened after this meeting?
16       A.   That day I don't remember.  Right offhand
17  I can't remember what happened right after the
18  meeting.
19       Q.   Let me take you to Saturday, June 16,
20  2007.  At some point did your pod go to the gym?
21       A.   Yes.
22       Q.   What happened in the gym?
23       A.   We were in the basketball court and I
24  remember Jesse telling Brian to do it now; they
25  should do it now.  And Brian said no.  Jesse said
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  they were all in the room.  I believe it was the

2  pool table room, and that they were in there; that

3  was perfect.  And Brian said no.

4       Q.   I'm going to show you Government's Exhibit

5  649.  This is the overhead of Southern that we've

6  looked at before.  I've circled in the bottom left

7  portion housing unit 1-A.  Is that where you all

8  lived together at that time?

9       A.   Yes, sir.

10      Q.   When you say you went to the gym, is that

11 right across, there's a gym inside?

12      A.   Yes, sir.

13      Q.   And I'm going to show you what -- I'm

14 going to switch to the overhead here, and I'm going

15 to show you what's been admitted as Government's

16 Exhibit 281, but I'm going to mark this up with you

17 and we'll enter it into evidence differently if

18 we're able to.

19           Let me ask you first:  Do you remember

20 where people on the bottom tier of housing unit 1-AB

21 pod were housed at the time of Freddie Sanchez's

22 murder?

23      A.   Okay.  One more time?

24      Q.   Sure.  Do you remember where people in the

25 pod were housed in the bottom tier?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Where they were housed?

 2        Q.   In which cells people were housed.

 3        A.   Yes, sir.

 4        Q.   Let's start down here in the blue pod.

 5   Let's start right here closest to the wall.  Who was

 6   in that cell?

 7        A.   Downstairs, that's my cell, I believe.

 8        Q.   Who was housed to your left here?

 9        A.   Ben.

10        Q.   At the time -- so I want to talk about

11   June 16, 2007.

12        A.   There was nobody in there.  I believe it

13   was empty.

14        Q.   Because he had been moved out?

15        A.   Yes, sir.

16        Q.   And who was housed in the cell which would

17   have been next to Mr. Clark?

18        A.   Jesse Trujillo.

19        Q.   And who was housed next to Jesse Trujillo?

20        A.   Alonso; Javier Alonso.

21        Q.   All right.  We'll switch over.  Across

22   from the mechanical room and the shower, who was

23   housed in this cell?

24        A.   That would be Fred Sanchez.

25        Q.   And who was housed next to him?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                        BEAN                                     1-800-669-9492
                   & ASSOCIATES, Inc.              e-mail: info@litsupport.com
                   PROFESSIONAL COURT
                    REPORTING SERVICE

```
 1        A.    I believe it was Raymond Rascon.

 2        Q.    Who was housed next to Raymond?

 3        A.    I think that was Brian, his brother.

 4        Q.    And who was housed next to Brian?

 5        A.    Troup.

 6        Q.    And I'm going to put the date here.  That

 7  was June 16, 2007; right?

 8        A.    Yes, sir.

 9              MR. BECK:  And Your Honor, I will offer

10  this as Government's Exhibit 281-A.

11              THE COURT:  Any objection?

12              Not seeing or hearing any objection,

13  Government's Exhibit 281-A will be admitted in

14  evidence.

15              (Government Exhibit 281-A admitted.)

16  BY MR. BECK:

17        Q.    And so earlier when you said that there

18  was the meeting with everyone except you and Mr.

19  Sanchez, that would have been Alonso, Trujillo,

20  Raymond Rascon.  Brian Rascon, and Troup; is that

21  correct?

22        A.    Yes, sir.

23        Q.    After the gym and the conversation between

24  Jess Trujillo and Mr. Rascon, what happened next?

25        A.    I remember going back to the pod.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    remember there had been a shakedown.

2         Q.    When you say they did a shakedown, what is

3    a shakedown?

4         A.    The COs search your room.

5         Q.    And did that happen while you all were at

6    the gym?

7         A.    Yes.

8         Q.    Was anything taken of note?

9         A.    Yes, sir.

10        Q.    What?

11        A.    I remember there was cups on the table.

12   When we came back, they weren't there anymore.

13        Q.    What happened when you returned back to

14   the pod and saw there was a shakedown?

15        A.    I don't remember right away, but I

16   remember making my way up there, upstairs.  I would

17   go upstairs, park my crutches at the top of the

18   steps, and hop along.  And I was talking with

19   Conrad.

20        Q.    Okay.  Was Conrad another inmate in

21   housing unit 1-AB pod?

22        A.    Yes, sir.

23        Q.    And when you were talking to him upstairs,

24   how were you talking to him?

25        A.    Through the food port.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Were you talking to him through the food
2  port because only one tier has tier time at a time?
3    A.   Yes, sir.  We would go out at certain
4  hours of the day for so many hours.
5    Q.   And what happened while you were talking
6  to Conrad?
7    A.   Conrad asked me what was going to happen.
8  And I told him that Brian had said that to just
9  relax; that they found the cups in the shakedown.
10 And then we talked about something else.  I can't
11 remember.  But then I remember he gave me -- I was
12 trying to get a tape from him, Ozzmosis, Ozzy
13 Osbourne.  I had been trying to buy it from him for
14 a couple of days.  And he just gave it to me.  He
15 says, "Here, bro."  I remember that was it.
16   Q.   You talked to Conrad about Brian and the
17 cups.  Why is that?  What were the cups?
18   A.   The cups were supposedly supposed to be
19 for the camera.
20   Q.   So the cups were to be used to cover the
21 camera?  Is that what you said?
22   A.   Yes.
23   Q.   And if you could speak up just a little
24 bit and back up a little bit from the microphone, I
25 know we're having trouble, but I want to make sure

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  everyone can hear you.

2          What happened after you got the Ozzmosis

3  tape from Conrad?

4      A.   I went to my room and put it on.  I had my

5  radio connected to my TV.  I had it rigged up where

6  I could play the radio and you could hear it on the

7  TV.  So I went in and put the tape in and pushed

8  "play."

9      Q.   What happened after you started playing

10 the Ozzmosis tape?  What happened next?

11     A.   I noticed Jesse calling me out of the

12 room.  I went out there and he told me to cover the

13 bubble.  He was holding paper towels.

14     Q.   Okay.  So when Jesse called you out of the

15 room and told you to cover the bubble, I'm going to

16 show you what's now been admitted as Government's

17 Exhibit 967.  Do you recognize what's in

18 Government's 967 here?

19     A.   Yes.

20     Q.   Is that the inside of the blue pod?

21     A.   Yes, sir.

22     Q.   When you say "cover the cameras on the

23 bubble," where is the bubble?

24     A.   The bubble is on the far left side around

25 the corner of that wall there.  You can't see it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

42

1  It's on top of the door.

2       Q.   Is that sort of the control tower I've

3  circled on the left?  Is that what you refer to as

4  the bubble?

5       A.   Yes, sir.

6       Q.   Let me show you Government's Exhibit 968.

7  Is that a better view of what you considered the

8  bubble?

9       A.   There's that one and there's one right on

10 top of the door, I believe.

11      Q.   Okay.

12      A.   Of the exit door.

13      Q.   At the time, in June 2007, were there

14 cameras attached to the bubble here?

15      A.   The cameras.  There is a camera.  There

16 was camera on that far side, again, right under the

17 window, and then right there in that left corner.

18      Q.   Okay.  If you can touch your screen -- can

19 you touch your screen with your handcuffs on?  You

20 don't have handcuffs on.  Sorry.  Mark where the

21 cameras were for the jury on 968.

22      A.   (Witness complies.)

23      Q.   So you marked on the control tower one

24 dot, then another dot where it looks like there is

25 some paint removed there?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   Yes, sir.

2     Q.   And there were two cameras on this side.

3  Is that all the cameras on the control center in

4  2007, or was there another one?

5     A.   I want to say there was two cameras, but I

6  just remember the one on top of the door

7  specifically.

8     Q.   Okay.  When you say there was one on top

9  of the door, are you talking about the door in this

10  picture, or a door that we don't see?

11     A.   There is a door we don't see on this side

12  here.  It's the exit door.

13     Q.   So where the light is coming in on the

14  bottom of Government's Exhibit 968, is that the

15  entry and exit door to the pod?

16     A.   Yes, sir.

17     Q.   And what's behind the door that we see on

18  Government's Exhibit 968?

19     A.   That's a caustics closet.

20     Q.   When Jesse Trujillo called you out of your

21  cell and told you to cover the cameras, what

22  happened next?

23     A.   I covered them.  I covered the one by the

24  door.  Then I went to the side and I tried to cover

25  the one on the side, but I couldn't reach it.  Jesse

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   got the broom and covered the one on the side.   I

2   went back to the door.   I stayed at the door.   Jesse

3   told me, "If somebody comes in, use your crutch and

4   block the door."

5          I remember standing there for a little

6   bit; the song being over.   I remember hearing

7   somebody -- somebody sounded like they got stabbed

8   in the throat, like they were choking on their own

9   blood.   I remember hearing Troup's voice:   He

10  thought we wouldn't find out.

11      Q.   What happened after you heard Troup's

12  voice, Mr. Hernandez?

13      A.   It went quiet.   Jesse, after a while, told

14  me (speaks Spanish), "Uncover the cameras."   And I

15  uncovered them.   I remember I uncovered the first

16  one on the door.   I went to the side, and I was

17  having trouble uncovering the side, but I got it.

18  And I remember while I was having trouble, Troup was

19  already upstairs, walking back and forth, and I

20  remember he told me, "I ain't fucking with that

21  shit," referring to the camera, because I was having

22  trouble uncovering it.   And I had asked Jesse to

23  help me.   And Jesse didn't help me uncover it.

24      Q.   After you uncovered the cameras, did you

25  ever look into Mr. Sanchez' cell?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I went back to my room.  I started to go
 2   in my room.  On the way down the stairs, I looked to
 3   the side, and I seen Alonso tucking in Fred, trying
 4   to tuck the blanket under him, and prop his arm up,
 5   the way a parent does when your kid goes to sleep,
 6   tucking in their child.  That's what it looked like
 7   he was doing.  Then I went in my room.
 8        Q.   After you saw Mr. Sanchez, did Mr. Troup
 9   later say something to you?
10        A.   He did, but it wasn't right away.
11        Q.   What did he say to you?
12        A.   He told me -- this wasn't till -- when he
13   told me that, he told me that I was "next,
14   motherfucker," but it wasn't right away.
15        Q.   All right.  At some point later, did one
16   of the Rascon brothers bring something to your cell?
17        A.   Brian brought -- we went to lockdown.
18   Brian brought a towel to my cell.
19        Q.   What did you do with that towel?
20        A.   I put the towel in my room on my bed.
21        Q.   When you went into lockdown that night,
22   had they found Mr. Sanchez' body?
23        A.   No, sir.
24        Q.   What did you do that night?
25        A.   I cried all night, prayed all night.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What happened the next day?
 2        A.    Well, that night Brian came and told me
 3   that he wanted me to go and move the body into a
 4   fetal position and wipe down the scene.  He said
 5   that the reason for moving the body was because it
 6   would take them -- they would think he was asleep if
 7   they seen the body moved, and that the longer that
 8   it took them to find him, it would be harder for
 9   them to solve the crime.
10        Q.    Mr. Hernandez, I'm going to show you --
11   well, let me ask you this.  On Friday here at the
12   courthouse did you have the opportunity to review a
13   video tape?
14        A.    Yes, sir.
15        Q.    And did that video tape fairly and
16   accurately represent the events that occurred in the
17   blue pod on June 16, 2007?
18        A.    Yes, sir.
19              MR. BECK:  Your Honor, the United States
20   moves at this time to enter into evidence and play
21   for the jury Government's Exhibit 648.
22              THE COURT:  Anything else on that,
23   Mr. Burke?
24              MR. BURKE:  Yes.  May we approach?
25              THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (The following proceedings were held at
 2    the bench.)
 3                MR. BURKE:  I still don't know what he's
 4    going to play, because 648 is long, and so he's not
 5    going to play the whole thing.
 6                THE COURT:  How long is what you're going
 7    to play?
 8                MR. BECK:  I think 648 is shorter.  I
 9    think it starts at 1822, and we're going to play
10    that through about 1834, 35, I think, is when the
11    camera gets covered.
12                MR. BURKE:  But the tape itself is hours
13    long.  It's not just 15 minutes or 20 minutes.  It's
14    a long --
15                MS. HARBOUR-VALDEZ:  12-hour blocks.
16                MR. BECK:  I think Exhibit 648 is shorter.
17    I think it's about 1822 until about 1850, if memory
18    serves me correct.  So that would be about -- I'm
19    not good at math -- a 38-minute video.
20                MR. BURKE:  Just so the record is clear,
21    647 and 648 are 12-hour tapes.  So if you want to
22    say 648-A or 648-B, you know, then that would make a
23    clearer record.  The exhibits we received are
24    12-hour chunks; right?
25                THE COURT:  What I understand is -- and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   correct me if I'm wrong -- 648 is an excerpt of the
 2   grainy tape?
 3              MR. BECK:  Right.
 4              MR. BURKE:  Now, it is -- I'm sorry for
 5   interrupting.
 6              THE COURT:  What you received all along is
 7   the full-length grainy tape?
 8              MR. BURKE:  Yes.  So we never got the
 9   exhibit.  We got the long version.
10              THE COURT:  Do you have any problem with
11   this excerpt coming in, given that you've had the
12   full grainy one all along?
13              MR. BURKE:  I'd like my co-counsel to
14   weigh in.
15              MS. HARBOUR-VALDEZ:  I just don't know how
16   he lays the foundation:  Where this video has been
17   for the past 11 years; in whose custody; has it been
18   in -- I get that he may say it accurately depicts
19   that day, but I mean, I think there's some more
20   foundation that needs to be made.
21              THE COURT:  Can we conditionally admit it?
22   Do you have some witness that can do the chain of
23   custody on this tape?
24              MR. BECK:  That's unnecessary.  I mean,
25   that's not a requirement for admission of a video
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  tape.  There is a Tenth Circuit case I think from

2  1999, United States against Mills.  I can get the

3  citation quickly.  It's in my notes right there.  It

4  says that all that's required for a video tape, like

5  a photograph, is that a witness can say it fairly

6  and accurately represents what's on the tape.  Chain

7  of custody isn't required for a video tape, just

8  like it's not for a photograph.

9           THE COURT:  I think that's probably true.

10 If he can admit that this is a fair and accurate

11 representation, I think it's fine.  We're not going

12 to bring in the other videos through Mr. Hernandez,

13 so you'll --

14           MR. BURKE:  Not so fast.  We are going to

15 bring in some other videos as impeachment.

16           THE COURT:  That's fine.

17           MR. BURKE:  Because we don't know what

18 this is going to be.  But once we see it, we may --

19           THE COURT:  I think I pretty much know

20 what --

21           MR. BURKE:  Exactly.

22           THE COURT:  It's an excerpt of a longer

23 tape that you've seen?

24           MR. BURKE:  Correct.

25           THE COURT:  Let's go ahead and admit 648.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    We'll play the others.  If not, I'll hear your

2    argument on 647.

3            While I've got y'all here -- and I'll

4    break it down with Hernandez -- it says the

5    statement that he made that "Troup was having coffee

6    and bragged about taking someone out."  I think

7    that's probably enough to allow a reasonable juror

8    to conclude that it was, you know, the Sanchez or

9    the Castillo murders.  So I'd be inclined to allow

10   that.

11           The second statement I have a little bit

12   more of a problem with.  You may have some more

13   evidence.  But looking at that Martinez memo -- and

14   I'm not sure you adopt that -- I think this might

15   fall into a 404 category.  You're going to have to

16   articulate noncharacter purpose for the evidence

17   regarding that he committed one at Old Main, because

18   we've had these down in Southern.  And I think that

19   first statement is probably okay.

20           Then I think you might have a notice

21   problem.  I'm not sure this 302 is going to be

22   enough notice.  So unless you can really tie these

23   in some way, and looking at the Martinez motion that

24   Troup filed, it seems to me you may have another

25   murder.  But we don't know anything about it.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Yes.

 2              THE COURT:  I'd be inclined to keep the

 3    second statement out here.  So you probably need to

 4    lead him.  I'll let you get the first one in, not

 5    the second.  And then on Martinez, unless you got

 6    some evidence that links it up to SNM and

 7    racketeering, I'd be inclined to keep that out.

 8              MR. BECK:  Sure.

 9              MR. BURKE:  I'll try to remember not to

10    object to your leading questions.

11              THE COURT:  If you do, I'll let him do it

12    non leading.  No telling what happens; right?

13              (The following proceedings were held in

14    open court.)

15              THE COURT:  All right.  Mr. Beck, I'll

16    admit 648 into evidence.

17              (Government Exhibit 648 admitted.)

18    BY MR. BECK:

19        Q.    So 648 is about to come up on your screen

20    in front of you there.

21              (Tape played.)

22        Q.    Please press pause.  Mr. Hernandez, what

23    are we looking at here in the video that's

24    Government's Exhibit 648?  Where is this showing us?

25    I'm not asking you to pick out everything in there;
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   just where is this video showing?
 2        A.   This is in the pod, in blue pod on the
 3   side -- it looks to me on the side camera by the
 4   caustics door.
 5        Q.   And the events that happened after the gym
 6   on June 16, 2007 -- did they happen around --
 7   sometime between 6:00 and 7:00 at night?
 8        A.   Yes, sir.
 9        Q.   Please press play.
10             (Tape played.)
11        Q.   Please press pause.  All right.  So we've
12   seen some people walking around in the background of
13   this.  Let me ask -- I'm going to draw a line here.
14   You can't see it very well under where we see 1A-B
15   pod.  It looks like some light coming in there.
16   What's underneath that?
17        A.   That right there is an exit door, and then
18   right next to it on the left side is --
19             THE COURT:  It's all right for you to
20   really study the screen.  But when you talk, turn
21   back to the microphone.  Thank you, Mr. Hernandez.
22        A.   On the left side, that's the shower, I
23   believe, and on the right side there is an exit door
24   there, and then further to the right is Fred
25   Sanchez's room, and then on the room to the left
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   side of the shower is Javier Alonso's room.
2           THE COURT:  Are you needing to object,
3   Mr. Burke, or just standing?
4           MR. BURKE:  No, I'm just watching.  Sorry,
5   Judge.
6           THE COURT:  That's fine.  I just didn't
7   want to ignore you.
8   BY MR. BECK:
9       Q.   Please press play.
10          (Tape played.)
11      Q.   Please press pause.  So I'm showing the
12  clock on the top left says 18:24:14:437, and we just
13  saw something happen in front of the camera.  What
14  happened?
15      A.   That's me trying to cover it.
16      Q.   And what's pictured down here in the
17  bottom right?  What were you trying to cover it
18  with?
19      A.   Paper towels.
20      Q.   Please press play.
21          (Tape played.)
22      Q.   Please press pause.  There are two
23  gentlemen in the front of this screen at
24  18:24:46:234.  Who are those two gentlemen?
25      A.   The one on the left side is me, and the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



54

```
 1   one on the right is Jesse.
 2        Q.   Please press play.
 3             (Tape played.)
 4        Q.   And do you know who is walking around on
 5   the back of the bottom tier, who those people are?
 6        A.   When I went to cover the camera, the first
 7   one I seen, Raymond Rascon on the left side of the
 8   bottom tier going back and forth.
 9        Q.   Please press pause.  So here at
10   18:25:11:031, we saw someone walk out here on the
11   left.  Do you know who that is?
12        A.   That looks to be like Raymond Rascon.
13        Q.   All right.  Please press play.
14             (Tape played.)
15        Q.   Please press pause.  So there at
16   18:25:55:000, did we just see you try to cover the
17   camera again?
18        A.   I believe so, yes, sir.
19        Q.   Please press play.
20             (Tape played.)
21        Q.   Please press pause.  So now at
22   18:26:15:625, what happened?
23        A.   I went to the door.
24        Q.   Let me ask, did you now cover the camera
25   completely?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

55

1      A.    No.   That was Jesse.   I had went around
2   the corner already, and then Jesse hid the camera.
3      Q.    So at this point when Jesse covers the
4   camera, what are you doing?
5      A.    I'm going to the door and I put my face in
6   the door.
7      Q.    I'm going back to 18:24:34:234.   Please
8   press play.
9             (Tape played.)
10      Q.    Please press pause.   Mr. Hernandez, did
11   you just see someone come from the right side of the
12   screen to the left side of the screen with what
13   looked like a red folder in their hand?
14      A.    No, sir.   I didn't pay attention to it.
15      Q.    Back it up just a couple seconds, please.
16             (Tape played.)
17      Q.    Please press pause.   Do you know who --
18   right there, do you know who that person is?
19      A.    That looks like Troup.
20      Q.    And then if we can go forward to about
21   18:38.   That's just a guess.   Scan forward a little
22   more, please.
23             (Tape played.)
24      Q.    So we're at 18:39:30.   I think you said
25   before, but at some point did you and Jesse remove

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

56

```
 1   all of the paper towels off of the cameras?
 2        A.   Yes, sir.
 3             (Tape played.)
 4        Q.   Is that what we just saw happen at
 5   18:39:47?
 6        A.   Yes, sir.
 7        Q.   Mr. Hernandez, did you and I -- well, let
 8   me ask, after -- the day after the Fred Sanchez
 9   murder on the 16th, did you meet with New Mexico
10   State Police officers?
11        A.   Yes, sir.
12        Q.   After you met with the state police, did
13   you talk to them that day?
14        A.   I did, yes, sir.
15        Q.   And after you met with state police
16   officers, were you quickly moved from the Southern
17   New Mexico Correctional Facility?
18        A.   Yes, sir.
19        Q.   Is that when you renounced and left the
20   SNM Gang?
21        A.   Yes, sir.
22        Q.   Do you remember that you and I met
23   together at the end of last month to prepare for
24   your testimony here today?
25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And is that the time when I asked you
 2  about both the Fred Sanchez murder and whether you
 3  knew any of the defendants in this trial?
 4       A.   Yes, sir.
 5       Q.   Did we talk about statements that you have
 6  had over the years from people in this trial?
 7       A.   Which?
 8       Q.   If you remember.
 9       A.   Statements concerning this?
10       Q.   Right.
11       A.   If I had wrote any?
12       Q.   If you had ever talked to any of the
13  defendants in this trial over the years about things
14  they've done.
15       A.   Oh, yes, sir.  But I never have, no, sir.
16       Q.   And at some point were you talking with
17  Ben Clark in front of Huero Troup's room on a stoop?
18       A.   Ben Clark?
19       Q.   Did you remember a conversation you had
20  with Ben?
21       A.   Yeah, I remember them talking about --
22  they were talking about in the past, something about
23  Mama Bear and Rabbs.
24       Q.   Hold on one second.  Let me ask you a
25  couple of questions about that.  Let me ask you, was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it common for you and other SNM members to talk

2  about things they had done in the past?

3      A.   They would talk about things that they

4  did.  But they were talking in ways that they knew,

5  you know -- like they would say certain things and

6  they would remember what that certain thing meant

7  or --

8      Q.   Before you get into any of those certain

9  things, did -- during this conversation with Ben

10  Clark and Edward Troup, did Troup brag about taking

11  someone out?

12     A.   He said that he had done it before.

13          MR. BECK:  May I have a moment, Your

14  Honor?

15          THE COURT:  You may.

16          MR. BECK:  Nothing further, Your Honor.

17          THE COURT:  Thank you, Mr. Beck.

18          Mr. Burke, do you have cross-examination

19  of Mr. Hernandez?

20          MR. BURKE:  I do, Your Honor.  Thanks.

21          THE COURT:  Mr. Burke.

22                CROSS-EXAMINATION

23  BY MR. BURKE:

24     Q.   Just a quick question on that last thing.

25  When was this conversation that you supposedly heard



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    between Edward and Benjamin Clark?

2         A.    What?

3         Q.    When was the conversation you allegedly

4    heard involving Edward Troup and Benjamin Clark?

5         A.    That was maybe a month before this.

6         Q.    Okay.  Because, you know, you've been

7    through your statements, you know; you never

8    mentioned that until a month ago; right?

9         A.    Yeah.

10        Q.    Yeah.  Let me ask you a couple of

11   questions about -- you mentioned orientation.  How

12   long does orientation usually last?

13        A.    Anywhere from one to three days.

14        Q.    Okay.  When did Mr. Sanchez arrive in your

15   pod?

16        A.    I don't remember what day.

17        Q.    Could it be the 14th?  Does that sound

18   right?

19        A.    I'm guessing.

20        Q.    Yeah, and when did Ben Clark leave?

21        A.    It was the same day that Freddie showed

22   up.

23        Q.    Okay.  And so were they there at the same

24   time?

25        A.    I don't know if they were or not.  I

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                   Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                                   FAX (505) 843-9492
                                                                                     1-800-669-9492

PROFESSIONAL COURT                                                e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

60

1   didn't even know Freddie was in the pod yet.  I just

2   seen Ben first.

3        Q.   Was there word in the pod that Freddie was

4   coming?

5        A.   I hadn't heard.  No one told me anything.

6        Q.   No one knew he was coming; he just showed

7   up on the 14th?

8        A.   I don't know if they knew or not.

9        Q.   You had the paperwork in your hands at one

10  time through the food port of Kyle Dwyer's cell;

11  right?

12       A.   No, sir.

13       Q.   So if to someone said that, they'd just be

14  mistaken?

15       A.   Well, if they did, I don't remember having

16  the paperwork in my hands.  I remember when the

17  paperwork was handed back to Kyle.  That's all I

18  remember.

19       Q.   And did you know the paperwork related to

20  Fred Sanchez?

21       A.   I didn't, no, sir.

22       Q.   Did you think it was related to you?

23       A.   I was hoping it wasn't.

24       Q.   Okay.  And then so when there was this

25  time when the guys went to rec and Jesse says to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Brian -- Jesse Trujillo says to Brian, "Let's do it

2   now," did you think they were going to hit you then?

3       A.   No, sir, I didn't.

4       Q.   By that time, you knew it was somebody,

5   not you; it was somebody else; right?

6       A.   No, I didn't know what they were talking

7   about at the time.

8       Q.   So "Do it now," it was just a mystery to

9   you?

10      A.   Brian said, "No, not now."  That's all.

11      Q.   And that was a mystery to you.  You didn't

12  know who would be involved; right?

13      A.   I had a feeling something was going to

14  happen.  I just didn't know what.

15      Q.   Did you have a feeling it involved Fred

16  Sanchez?

17      A.   I didn't know.

18      Q.   You didn't know?

19      A.   At that point.

20      Q.   That was the same day that it happened.

21  You didn't know?

22      A.   I didn't know who he was.  I met him as

23  soon as he got there.

24      Q.   You met him when he got there.  Were you

25  both from -- did you have some acquaintance in the

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                     1-800-669-9492
                                                                     e-mail: info@litsupport.com



```
 1   past?
 2        A.   No, I never met him before.
 3        Q.   You know that you said that you knew him
 4   from the past.
 5        A.   No.
 6        Q.   Is that a mistake?
 7        A.   Yeah, that is a mistake.  I didn't know
 8   him from the past.
 9        Q.   Now, the cups on the table -- they were to
10   block cameras; right?
11        A.   Yes, sir.
12        Q.   And the COs saw the cups, and that must
13   have been a big alarm for everybody, because you
14   would only be blocking the cameras if something was
15   going to happen; right?
16             MR. BECK:  Objection, foundation and
17   speculation.
18             THE COURT:  Well, I think he knows
19   something about this.  Overruled.
20   BY MR. BURKE:
21        Q.   Do you know why there were cups, what they
22   were going to be used for?
23        A.   I didn't know what they were going to be
24   used for.
25        Q.   You didn't know that the cups were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    supposedly going to be used?

 2         A.   No, they told me John made the cups and

 3    was going to do something with them.  I didn't know

 4    what.

 5         Q.   When you say "John," do you mean John John

 6    Montano?

 7         A.   Lucero.

 8         Q.   He lived in the upper tier?  Who were some

 9    of the other people on the upper tier?

10         A.   I remember the guy from California, Tiny;

11    Conrad, Kyle, Lawrence.

12         Q.   Lawrence Torres, the old man?

13         A.   Yes, sir.

14         Q.   Gumby?  He was up there?

15         A.   Gumby, yes, sir.  That's right.

16         Q.   I want to show you a diagram.  You did a

17    diagram today.  I want to show you a diagram you did

18    a month ago.

19              MR. BURKE:  May I approach the witness?

20              THE COURT:  You may.

21    BY MR. BURKE:

22         Q.   A month ago you did a diagram, and I'm

23    going to show it to you.  That's your handwriting,

24    is it not?

25         A.   I think so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    You have on this side Fred Coquito.
 2   That's actually Brian Rascon; right?
 3        A.    Yes.
 4        Q.    Not Raymond, like you said today; right?
 5        A.    It's Raymond.
 6        Q.    So you had that wrong.  And then you have
 7   Troup in the third cell; right?
 8        A.    Yes, sir.
 9        Q.    But that was actually Cheeky's cell;
10   right?
11        A.    I believe so, yes, sir.
12        Q.    And then Troup was on the end; right?
13        A.    I believe so, yes.
14        Q.    So two out of four you got wrong --
15        A.    Yes, sir.
16        Q.    -- a month ago.  And how was it that you
17   were able to now have this clarity here today?
18        A.    Looking back through the camera -- I mean
19   the video that I seen.
20        Q.    Well, the doors don't have the names on
21   them, do they?
22        A.    When I was looking at everybody walk
23   around, I remembered.
24        Q.    So seeing them walk around helped you
25   remember?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, sir.

2        Q.    Okay.  Thank you.  Mr. Hernandez, you're

3  45; right?

4        A.    45 in about a week and a half or two.

5        Q.    All right.  You pled guilty in this case;

6  correct?

7        A.    Yes, sir.

8        Q.    And as part of the plea of guilty, you had

9  a presentence investigation report; correct?

10       A.    Yes, sir.

11       Q.    And you've reviewed that?

12       A.    Parts of it, yes, sir.

13       Q.    And I am going to go through some of the

14 things that were stated there to see if it refreshes

15 your memory about the number of felonies that you

16 have.  And I'm going to go through them

17 chronologically.  Okay?

18       A.    Yes, sir.

19       Q.    In '92, distribution of a controlled

20 substance when you were 19.  Do you remember that?

21       A.    Yes, sir.

22       Q.    In '95, when you were 21, battery and

23 false imprisonment.  Do you remember that one?

24       A.    Yes, sir.

25       Q.    '98, attempted harboring or aiding a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    felon.  Do you remember that one?

2         A.   Yes, sir.

3         Q.   2001, when you were 27, larceny at the age

4    of 27.  Do you remember that?

5         A.   Yes.

6         Q.   And then at the age of 30, 2003,

7    aggravated burglary, conspiracy to commit assault

8    with intent to commit a violent felony.  Do you

9    remember that one?

10        A.   Yes.

11        Q.   Let me just move ahead and then we might

12   come back to that one.  Delivery of a counterfeit

13   substance within a drug-free school zone at the age

14   of 30.  You were convicted of that?

15        A.   Yes, sir.

16        Q.   Then you were convicted of possession of a

17   firearm or destructive device by a felon in 2003?

18        A.   Yes, sir.

19        Q.   Burglary in 2003; correct?

20        A.   Yes, sir.

21        Q.   And then we jump over to 2013, possession

22   of a firearm by a felon.  That's when you were 40;

23   correct?

24        A.   Yes, sir.

25        Q.   And moving ahead, residential burglary was



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   your tenth.  Escape or attempt to escape from jail,

 2   that was your 11th; correct?

 3        A.   Yes, sir.

 4        Q.   And then breaking and entering for number

 5   12; right?

 6        A.   Yes, sir.

 7        Q.   Then the pleading to this would be your

 8   13th felony?

 9        A.   Yes, sir, I think.

10        Q.   Unless the Probation Department missed

11   one; correct.

12             Now I want to talk to you a bit about some

13   other discussions that were in the presentence

14   report.  And let me ask:  You've had some

15   difficulties with your mental health, haven't you?

16        A.   Yes, sir.

17        Q.   And are you on medication today?

18        A.   No, sir.

19        Q.   But you actually have had mental health

20   hospitalizations; true?

21        A.   MHTC in prison.

22        Q.   You used psychotropic medications?

23        A.   I have, yes, sir.

24        Q.   You've tried to commit suicide?

25        A.   I have.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   You've been diagnosed with PTSD, anxiety
 2   and bipolar disorder; correct?
 3        A.   Yes, sir.
 4        Q.   All right.  And what you are doing now is,
 5   you understand that you will be going -- you're in
 6   prison now.  You will be going to prison again, and
 7   you want to improve your situation; is that correct?
 8        A.   What do you mean, improve my situation?
 9        Q.   You want to be in the federal facility, do
10   you not, instead of the state?
11        A.   I've never said that, no, sir.
12        Q.   Are you in federal custody now?
13        A.   Yes, sir.
14        Q.   All right.  Thank you, sir.
15             I want to talk a little bit about -- you
16   mentioned this -- the thing about being an
17   informant.  That's when you went into Jose Lopez'
18   house with Lorenzo Chavez; isn't that correct?
19        A.   Yes, sir.
20        Q.   And you were going to be the muscle, but
21   Lorenzo Chavez actually shot and killed Jose Lopez?
22        A.   I was outside in the car.
23        Q.   The reports say you were right there,
24   standing right there being the muscle man?
25        A.   No, I was in the car.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

```
 1        Q.    Okay.  But he was a Los Carnales; right?
 2        A.    He was a LCer, yes, sir.
 3        Q.    And you -- in order to get out of more
 4   trouble, you were an informant against him; right?
 5        A.    I told on him, yes, sir.
 6        Q.    And you were concerned that that could
 7   bring some trouble down on you when you got to
 8   prison; is that true?
 9        A.    It was going to be trouble down on me,
10   yes.
11        Q.    All right.  And that's why you joined the
12   SNM?
13        A.    That's one reason, yes, sir.
14        Q.    All right.  And then another incident I
15   did want to talk to you about, we have seen that
16   you're limping there.  The reason you're limping is
17   that you shot yourself with a shotgun; right?
18        A.    Yes, sir.
19        Q.    And you had used that shotgun in
20   burglaries; isn't that true?
21        A.    No, sir.
22              MR. BURKE:  May I approach the witness?
23              THE COURT:  You may.
24   BY MR. BURKE:
25        Q.    This is a report from the police
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   department at that time.  Okay?  And you see -- I'm

 2   just asking you if it refreshes your memory.  It

 3   says, "The shotgun was used to strike him on the

 4   side of the head."  This was in a burglary.  Does

 5   that refresh your memory?

 6        A.   Yes, sir.  The burglary that happened was

 7   the shotgun that was used in the burglary, but I

 8   was -- I drove.  I drove the vehicle.  It was my

 9   vehicle, and I drove.

10        Q.   Okay.  You were in the car, but you let

11   somebody use the shotgun that you eventually shot

12   yourself with?

13        A.   No, it was their shotgun.  I gave them a

14   ride, dropped them off.  When they did what they

15   did, I picked them back up.  And when it was all

16   over, I had the shotgun.

17        Q.   And lo and behold, you shot yourself with

18   it?

19        A.   Yes, I had it on the floorboard between --

20   my pickup, between the door and the driver's seat.

21   When I hit the curb, I had one in the chamber, and

22   it went off.

23        Q.   Would you just take a quick look,

24   Mr. Hernandez, at your location history?  It looks

25   like you have been in federal custody for the last
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  couple of years; correct?
 2       A.   Yes, sir.
 3       Q.   And who are you in custody with?
 4       A.   Which time?
 5       Q.   Now.
 6       A.   Now?  Who am I in custody with?
 7       Q.   Yes, now.
 8       A.   Right now I'm in Otero.  I'm in an
 9  isolation cell.
10       Q.   And who else is there that might have been
11  SNM members?
12       A.   There is one more, Eugene Martinez, and
13  then another one.
14            MR. BECK:  Your Honor, objection.
15            THE COURT:  Why don't you approach on
16  these questions here?
17            (The following proceedings were held at
18  the bench.)
19            THE COURT:  You're concerned about the
20  location?
21            MR. BURKE:  Oh.  The real reason I was --
22  he's with Timothy Martinez, and they've had a
23  chance --
24            THE COURT:  And you already got that.
25            MR. BECK:  Yeah.  Avoid the location.  I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    get why you want to ask.

2              THE COURT:  Do you need anything else?

3              MR. BECK:  The bell has been rung.  I

4    think if he wants to ask if he's housed with any

5    other SNM members, that's fine.  I think there may

6    be others, and I think it's fair to get into that.

7    We were both not on our feet fast enough.  I

8    understand why he's asking.

9              MR. BURKE:  I'll ask about Clark.

10             THE COURT:  You can ask maybe who else.

11   Well, I see.

12             MR. BECK:  The bell has already been rung.

13             MR. BURKE:  He did some drugs with Ben

14   Clark.  I'll ask a leading question.

15             THE COURT:  Maybe don't go back into

16   location.

17             MR. BURKE:  That's right.

18             (The following proceedings were held in

19   open court.)

20             THE COURT:  All right.  Mr. Burke.

21             MR. BURKE:  Thank you, Your Honor.

22   BY MR. BURKE:

23        Q.   Without telling us where, Ben Clark is out

24   there; correct?

25        A.   No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Who were you doing drugs with out there?

 2        A.    That was in Sandoval County.

 3        Q.    No, no, you're not supposed to say where

 4   you were.  Who have been some of the people you've

 5   done drugs with since you went into federal custody,

 6   as we've established?

 7        A.    Ben Clark, Paul Rivera, Jerry Martinez.

 8   Solomon -- I don't remember his last name.

 9        Q.    That's fine.  Let me ask you, sir, when

10   Ben Clark came to the pod, he was established as the

11   keyholder; correct?

12        A.    When he came to the pod, at first I didn't

13   know who he was.  We had a talk about that.  And he

14   told me who he was, and he said that him and Ern Dog

15   had exchanged messages, and that Ern Dog told him

16   that he'll step down; he could do whatever he

17   wanted.  Ben informed me he told Ern Dog to go ahead

18   and do what he's doing.  But when Ben Clark talked,

19   people listened.

20        Q.    So he was the keyholder in the pod when he

21   got there?

22        A.    In my pod, I would probably say yes.

23        Q.    And before that, the keyholders were you

24   and Brian Rascon?

25        A.    No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BURKE:  May I approach?

 2            THE COURT:  You may.

 3  BY MR. BURKE:

 4       Q.   Have you ever stated that you were the

 5  keyholder along with Brian Rascon?

 6       A.   No, sir.

 7       Q.   It says here -- why don't you read it.

 8  Let me ask you this.  You did not say that Kiko and

 9  you were in charge of blue pod until Ben Clark

10  arrived?

11       A.   No, sir.  That would be impossible.  I was

12  just a person, and for me just barely getting there,

13  there would be no way for me to be a keyholder.

14       Q.   So the FBI wrote that down wrong then; is

15  that correct?

16       A.   I don't know who wrote it wrong.  But

17  there is no way for me to be a keyholder like that,

18  for me to just go in the pod and be a keyholder.

19            THE COURT:  Mr. Blackburn?

20            MR. BLACKBURN:  Number one, I couldn't

21  hear, Your Honor.  But if Mr. Burke could give us

22  the Bates number.

23            MR. BURKE:  68482.

24            THE COURT:  And here's what he said,

25  Mr. Blackburn:  "I don't know who wrote it wrong,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   but there is no way for me to be a keyholder like
 2   that, for me to just go in the pod and be a
 3   keyholder."  Is that helpful?
 4           MR. BLACKBURN:  Yes, Your Honor.
 5           THE COURT:  Mr. Burke.
 6           MR. BURKE:  Thank you, Your Honor.
 7   BY MR. BURKE:
 8       Q.  You know, Mr. Hernandez, when you were
 9   told to cover the cameras, you knew what that was
10   for; correct?
11       A.  Yes, sir.
12       Q.  And you went along with that; right?
13       A.  I covered the cameras, yes, sir.
14       Q.  And then you were hurt, and so you decided
15   the next day to resign from the SNM, and you were
16   going to make a statement; is that correct?
17       A.  Somebody got killed; yes, sir.
18       Q.  And then I have that statement and I'm
19   going to ask you about that.  Okay?  That was a
20   statement to the warden, Robert Ulibarri, and the
21   STIU administrator, Anthony Romero.  You remember
22   that?
23       A.  I remember writing it, yes, sir.
24       Q.  And you stated that when Sanchez arrived,
25   you could feel tension --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1            MR. BECK:  Objection, Your Honor.
 2   Hearsay.
 3       Q.   Do you remember stating that you could
 4   feel tension in the pod?
 5            MR. BECK:  Objection, hearsay.
 6            THE COURT:  I think that's still --
 7   sustained.
 8   BY MR. BURKE:
 9       Q.   All right.  Who was it that you say you
10   remember going into cell 113?
11       A.   Cell 113?  I don't remember which cell
12   that is.
13       Q.   I will represent to you that Fred Sanchez
14   was in 113.  Then let me ask a leading question.
15   Isn't it true, sir, that you saw Raymond Rascon go
16   into the cell with Alonso?
17       A.   I seen -- I remember seeing Raymond Rascon
18   walking back and forth with a beanie on, holding it
19   and breathing hard.
20       Q.   Then he went into the cell with Alonso;
21   correct?
22       A.   I don't remember seeing that, no, sir.
23            MR. BURKE:  May I approach, Your Honor?
24            THE COURT:  You may.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. BURKE:

2        Q.   Having read that statement, sir, does it

3    refresh your memory that it was Raymond Rascon who

4    left the cell with Javier Alonso?

5        A.   I still don't remember him coming out of

6    the cell, sir.  I remember Raymond walking back and

7    forth.

8        Q.   But you see that was your first and

9    immediate statement, that Raymond Rascon left the

10   cell with Alonso?

11       A.   Yes, sir.

12       Q.   All right.  And that was actually your

13   first statement.  You then made an additional

14   writing.

15       A.   Yes, sir.

16       Q.   Do you recall your written statement?

17       A.   Some of it.  Somewhat, yes, sir.

18       Q.   All right.  And your written statement,

19   which was in 2007, was the same:  Raymond Rascon;

20   correct?

21       A.   I would have to look at it again.

22           MR. BURKE:  May I approach, Your Honor?

23           THE COURT:  You may.  We're not hearing

24   anything.  What did you say, Mr. Hernandez?

25       A.   That there -- I remember Cheeky's not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    coming out of the room, but coming from that

2    direction.

3    BY MR. BURKE:

4         Q.    Mr. Hernandez, do you remember in 2010

5    talking to the STIU about this matter?  Have you

6    seen that statement?

7         A.    I don't remember that, no, sir.

8         Q.    Let me ask you, what happened to you after

9    2007?  Where did you go?

10        A.    I went to the North facility.

11        Q.    And you were in segregation?

12        A.    Yes, sir.

13        Q.    And you weren't assaulted or anything?

14        A.    No, sir.

15        Q.    Do you remember stating in 2010 to the

16   STIU -- do you remember stating that it was Brian

17   Rascon?

18             MR. BECK:  Objection, Your Honor.

19   Hearsay.

20             THE COURT:  Are you trying to impeach a

21   prior statement?

22             MR. BURKE:  Yes.

23             THE COURT:  I think he is.  So I'll allow

24   this.  Overruled.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    BY MR. BURKE:

2         Q.    All right.  Brian Rascon and Jesse

3    Trujillo were the ones giving directions; true?

4         A.    Brian and Jesse, yes.

5         Q.    And it was Jesse Trujillo who told you to

6    do the covering of the cameras; correct?

7         A.    Yes, sir.

8         Q.    Where have you been since 2010, sir?

9         A.    Where have I been?

10        Q.    Yeah.

11        A.    I went to Los Lunas.  I was sent from

12   several different places.

13        Q.    And you haven't been assaulted or

14   anything?

15        A.    I have been assaulted in the county jails,

16   yes, sir.

17        Q.    But we have no record of that.

18        A.    It happened, yes, sir.

19        Q.    Let me ask you, when you saw the

20   indictment, who were the people that were named as

21   people involved in the killing of Fred Sanchez?  It

22   was you, Alonso, and Edward Troup.  Do you recall

23   seeing that?

24        A.    Yes, sir.

25        Q.    Was that quite a surprise, that Jesse

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Trujillo and Raymond Rascon and Brian Rascon weren't
2  named in the indictment?
3       A.   Yes, sir.
4       Q.   And the reason it was a surprise is that
5  everybody was involved; right?
6       A.   If I say that, that's --
7       Q.   You don't want to say that because you'd
8  be afraid?
9       A.   No, it's because I don't know who actually
10 got on top of him and killed him.  I mean, I didn't
11 see that.
12      Q.   All right.  You didn't see it, and you
13 don't know who did it, and so you're focusing on who
14 actually did the killing now; is that right?
15      A.   I don't understand.  What do you mean?
16      Q.   Everybody on the lower tier was involved
17 in this, weren't they?
18      A.   At the time when it all first happened, I
19 thought, yes.
20      Q.   Well, everybody had a role; correct?
21      A.   Yes, sir.
22      Q.   All right.  And so it was a surprise that
23 you were the only one who was covering the cameras
24 who got named; not Jesse and not the other folks;
25 right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   All right.  And have you talked to the
 3   prosecutors about that?
 4        A.   No, sir.
 5        Q.   All right.
 6             MR. BURKE:  Your Honor, may we approach?
 7             THE COURT:  You may.
 8             (The following proceedings were held at
 9   the bench.)
10             MR. BURKE:  Your Honor, I now want to
11   impeach him with some video, but I have to get it
12   keyed up so...
13             THE COURT:  Do you want to take a break?
14             MR. BECK:  Can I get a copy of the police
15   report you used for the shotgun?
16             MR. BURKE:  Sure.  Absolutely.
17             THE COURT:  Anything else?
18             MR. BECK:  That's it.
19             THE COURT:  I'll go ahead and send them
20   out, then.
21             (The following proceedings were held in
22   open court.)
23             THE COURT:  All right.  We're going to tee
24   up some video.  So rather than you waiting, we'll
25   just take our recess.  All rise.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

82

```
 1              (The jury left the courtroom.)
 2              THE COURT:  All right.  Anything we need
 3   to discuss, Mr. Beck, Mr. Castellano, Mr. Burke?
 4              MR. BECK:  No, Your Honor.
 5              MR. BURKE:  No, thank you.
 6              THE COURT:  All right.  We'll be in recess
 7   for about 15 minutes.
 8              (The Court stood in recess.)
 9              THE COURT:  All right.  I think we've got
10   all the attorneys and defendants in the courtroom.
11   Anything to discuss before we bring the jury in?
12              MR. BECK:  No, Your Honor.
13              THE COURT:  How about from the defendants?
14   Anything we need to discuss?
15              MR. BURKE:  No, Your Honor.
16              (The jury entered the courtroom.)
17              THE COURT:  Everyone be seated.
18              All right, Mr. Hernandez.  I'll remind
19   you're still under oath.
20              Mr. Burke, if you wish to continue your
21   cross-examination of Mr. Hernandez, you may do so at
22   this time.
23              MR. BURKE:  Thank you, Your Honor.  The
24   Government provided us with some videos that are a
25   little clearer, and I'm going to ask you about them.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   None of them are very long.  Could I ask that BR1 be
 2   displayed?
 3            THE COURT:  Do you want to admit these?
 4            MR. BECK:  Objection.
 5            THE COURT:  So is this Government's
 6   Exhibit 647 coming in, and you're showing portions
 7   of it?
 8            MR. BURKE:  That's basically it, except
 9   it's the clearer one.
10            THE COURT:  Right, 647.  648 was the --
11            MR. BECK:  May we approach, Your Honor?
12            THE COURT:  All right.
13            (The following proceedings were held at
14   the bench.)
15            THE COURT:  So 648 was the grainy one that
16   we admitted.  647 is now the one that's got three
17   different camera angles.
18            MR. BECK:  I think what's going on -- I
19   think Mr. Burke was a little confused.  We have not
20   admitted 647 yet.  I think BR-1, -2, and -3 are
21   portions of the other two camera angles that we will
22   offer under 647.
23            MR. BURKE:  I'll move to admit BR-1, -2,
24   and -3, and ask that they be displayed.
25            THE COURT:  What are we doing with 647?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Do you have any objection to it coming in?  Let it

2  all in at the same time?

3            MR. BURKE:  Yes.

4            (The following proceedings were held in

5  open court.)

6            THE COURT:  All right.  So Mr. Burke is

7  moving Exhibits BR-1, -2 and -3.  The Government is

8  moving Exhibit 647.  Any objection from any other

9  defendant on those?  Not hearing or seeing any,

10 Government's Exhibit 647 will be admitted into

11 evidence.  And Defendants' Exhibits BR-1, -2 and -3

12 will be admitted into evidence.

13            Mr. Burke.

14            (Government Exhibit 647 admitted.)

15            (Defendants' Exhibits BR-1, -2, and -3

16 admitted.)

17 BY MR. BURKE:

18     Q.   So if we could take a look at BR-1 -- and

19 I don't know whether you want to look at the screen

20 or -- it's a little clearer.  I'm going to ask you

21 to watch the lower -- the activity in the lower

22 railing.

23            (Tape played.)

24     Q.   Do you see people moving there, sir?

25     A.   Yes, sir.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And they're coming around to the stairway,
 2   they're going to come up the stairs.  See the
 3   movement there?
 4             (Tape played.)
 5        A.   Yes, sir.
 6        Q.   Do you know who that is?
 7        A.   Jesse.  Looks like Jesse.
 8        Q.   The next one?
 9             (Tape played.)
10        Q.   Now, is that you on your crutches?
11        A.   Yes, sir.
12        Q.   And who is talking to you?
13        A.   That looks like Raymond Rascon.
14        Q.   That's one of the Rascons.
15             Can we stop that?
16             Is that Jesse with the mop?
17        A.   I want to say yes, but I can't tell.
18        Q.   You believe it might be, but you're not
19   100 percent sure?
20        A.   Yes, sir.
21        Q.   Eventually that's the mop that was used to
22   cover the cameras; right?
23        A.   No, sir.  I believe it required a broom.
24        Q.   Continue, please.
25             (Tape played.)
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                      1-800-669-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
1       Q.   Looking at the table, who is in the white
2  shirt?
3       A.   I don't know.  I can't see.
4       Q.   Could it be Edward Troup?  You're not
5  sure?
6       A.    It looks like Edward Troup.  It looks like
7  Edward Troup.
8       Q.   He's seated at the table; correct?
9       A.   Yes, sir.
10           (Tape played.)
11      Q.   And there you are on your crutches;
12 correct?
13      A.   Yes, sir.
14      Q.   Sort of scouting the cameras?  Is that
15 what you're doing?
16      A.   No, sir.
17      Q.   Okay.  But you're going up stairs?
18      A.   Yes, sir.
19      Q.   You're going to talk to Kyle Dwyer or
20 Conrad?
21      A.   I'm not sure who I'm --
22      Q.   That first cell is Kyle Dwyer's?
23      A.   The first cell is Kyle's.
24      Q.   Okay.  And you see that the time is about
25 6:14 and going on; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Let's take a look at BR-2.  There you are.
 3   You're going to go to your cell.  And I want you to
 4   see who it is that joins you there.
 5             (Tape played.)
 6        Q.   Mr. Hernandez, is this what's known as
 7   tier time, people moving around?
 8        A.   Yes, but there's been times when the guys
 9   have done certain things to keep their doors open.
10        Q.   The doors stay open so guys can be out?
11        A.   No, there was some times when they would
12   ask the CO if they could finish cleaning their cell,
13   and they would open the top tier and the guy that
14   was cleaning on the bottom, that was cleaning his
15   cell.
16        Q.   Okay, I understand.  That was not very
17   clear.  But it was Jesse Trujillo who gave you the
18   wet towels that you came out and used to cover the
19   cameras; correct?
20        A.   Jesse Trujillo gave me the towels, yes,
21   sir.
22        Q.   All right.  Let's take a look at BR-3.
23   This is the next morning, sir.  Do you recognize you
24   on the left-hand side?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   You're seated there with Jesse Trujillo?

 2      A.   Yes, sir.

 3      Q.   At this point, Mr. Sanchez is deceased;

 4  correct?

 5      A.   Yes, sir.

 6      Q.   And he is in the cell on the other side;

 7  right?

 8      A.   He is in the cell.

 9      Q.   And you're joking there with Jesse

10  Trujillo?

11      A.   I'm not joking.

12      Q.   Mr. Troup is at the table on the right

13  side?

14      A.   Yes, looks like Troup.

15      Q.   Who is Mr. Troup with?  One of the

16  Rascons?

17      A.   That's Brian.

18      Q.   They look alike don't they?

19      A.   Brian is lighter; Cheeky is darker.

20      Q.   I've asked Ms. Gilbert to move this a

21  little more quickly.

22           (Tape played.)

23      Q.   What's going on upstairs?  Is that second

24  tier being let out?

25      A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   So the second tier sometimes is out with
2   the first tier?
3        A.   Like I said, the only -- when they would
4   let us out, they would tell the CO they either had
5   to clean their cell, but they could have a little
6   bit of time, or they would find an excuse to keep
7   the door open.
8             MR. BURKE:  Okay.  Thank you.  Those are
9   my questions.  That's all I want to do with the
10  videos.
11            THE COURT:  Any other defendant have
12  cross-examination of Mr. Hernandez?  Mr. Blackburn.
13                 CROSS-EXAMINATION
14  BY MR. BLACKBURN:
15       Q.   Mr. Hernandez, you had been at Southern
16  New Mexico for about a year before this incident
17  happened; is that correct?
18       A.   Yes, sir.
19       Q.   Is that yes?
20       A.   Yes, sir.
21       Q.   And you indicated earlier that you were a
22  little concerned at one point in time that -- well,
23  let me back up.  This was basically entirely an SNM
24  pod; is that correct?
25       A.   The whole unit was SNM.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   The whole housing unit; correct?

2        A.   Yes, sir.

3        Q.   And you knew that you had cooperated back

4   in 2012, had you not?

5        A.   Yes, sir.

6        Q.   And you cooperated in 2012 based upon the

7   incident that you spoke with Mr. Burke about, the

8   situation concerning the 1997 situation with Lorenzo

9   Chavez; correct?

10       A.   Yes, sir.

11       Q.   All right.  And now, when you cooperated

12  in 2012, you were an SNM member, were you not?

13       A.   No, sir.

14       Q.   I'm sorry.  When you had cooperated you

15  thought that -- you had already cooperated before

16  the situation happened in 2007; isn't that correct?

17       A.   Yes, sir.

18       Q.   So when you -- when things were happening

19  in Southern New Mexico, you were under the

20  impression that something may be happening to you

21  initially; is that right?

22       A.   I was worried about it.

23       Q.   You were worried.  Okay.  Because you had

24  been an SNM member, you knew the rules, but no one

25  knew that you had sort of cooperated; is that what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    happened?

2        A.    Yes.

3        Q.    Well, actually, somebody did know what

4    happened, did they not?

5        A.    I found out later that I guess Troup was

6    talking with -- Ben Clark told me that Troup told

7    him.

8        Q.    No, let me back up.  You knew -- there

9    were some people that relate to that situation with

10   Lorenzo Chavez.  You knew that he was a high-ranking

11   member of the Los Carnales; right?

12       A.    Yes.

13       Q.    So you knew that the Los Carnales knew

14   what happened and the fact that you were

15   cooperating; isn't that true?

16       A.    I did, but I also knew that they were mad

17   at Lorenzo, too.

18       Q.    So you just were running under the radar

19   for a number of years.  Is that safe to say?

20       A.    Yes.

21       Q.    So let me go forward a little bit.

22   Mr. Burke asked you about individuals that were

23   indicted in this particular case that related to

24   those individuals that were in that pod back in June

25   of 2007.  Were there a lot of other people, like Mr.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Dwyer, other people like that who weren't charged in

2    this case?  Jesse Trujillo?  A lot of people weren't

3    charged as it relates to this matter, were they?

4         A.    Some people aren't, yes, sir.

5         Q.    All right.  And eventually you knew --

6    well, you knew when you were indicted that they had

7    charged everybody with the death penalty in this

8    case, did they not?

9         A.    The judge -- when the judge told me.

10        Q.    The judge told you; right?

11        A.    Yes.

12        Q.    When you did your plea agreement,

13   eventually you did the plea agreement in this case,

14   and that was discussed last week.  When you did your

15   plea agreement, you did not appear in front of this

16   judge, did you?  It was not in front of Judge

17   Browning; right?

18        A.    Yes.

19        Q.    So you appeared in front of another judge

20   in this courthouse, a magistrate judge who took your

21   plea and asked you a bunch of questions; isn't that

22   true?

23        A.    Yes.

24        Q.    And he explained to you what you were

25   doing, but you also knew that in the end, he told

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

93

```
 1  you that he was not accepting your plea yet.  He was

 2  deferring it to this judge; isn't that correct?

 3       A.   I don't remember that, but something to

 4  that effect.

 5       Q.   To that effect.  All right.  And you knew

 6  at that point in time that the judge that you were

 7  going to appear in -- that the judge that would

 8  eventually do your sentencing was going to be this

 9  judge; not the judge that you were in front of;

10  isn't that correct?

11       A.   I didn't know, sir.

12       Q.   All right.  You were at -- you mentioned

13  earlier with Mr. Burke and with the Government last

14  week that you had gotten -- while you were in

15  custody, after you were indicted, that you had done

16  narcotics and drugs with Ben Clark; isn't that

17  correct?

18       A.   Yes, sir.

19       Q.   And he supplied you with Suboxone, did he

20  not?

21       A.   No, sir.

22       Q.   He supplied you with meth and Suboxone,

23  did he not?

24       A.   Meth.  He gave me some meth.

25       Q.   And eventually you were transferred from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that facility to another facility with Jerry
 2   Montoya; isn't that correct?
 3        A.   Yes, sir.
 4        Q.   And when you went to Lovington or Lea
 5   County, there was a situation that happened there
 6   when you received methamphetamine and Suboxone from
 7   Jerry Montoya; isn't that correct?
 8        A.   No, sir.
 9        Q.   Did you receive it from Richard Gallegos?
10        A.   Some Suboxone from Richard Gallegos.
11        Q.   Some Suboxone?
12        A.   Yes.
13        Q.   What about with Mr. Roy Martinez?
14        A.   Some Suboxone.
15        Q.   Suboxone.  All right.  And you knew that
16   group of all of you that went to Lea County, to
17   Lovington, had violated the rules not only as it
18   relates to receiving narcotics into the facility,
19   but also cellphones; isn't that correct?
20        A.   The cellphone incident?  I didn't know it
21   until I got busted.
22        Q.   Well, eventually you found out that the
23   person that you're getting the drugs from, Jerry
24   Montoya, was also having a relationship with the
25   guard to bring in cellphones; isn't that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. BECK:  Objection to foundation.
 2    Hearsay.
 3            MR. BLACKBURN:  I'm sorry.  I'll rephrase
 4    that.
 5    BY MR. BLACKBURN:
 6       Q.   Did you know at some point in time while
 7    you were there in Lea County that Jerry Montoya was
 8    using a correctional guard to bring in cellphones?
 9       A.   I had an idea.  Didn't know for sure.
10       Q.   I didn't hear the last part.  I'm sorry?
11       A.   I had an idea, but I didn't know for sure.
12       Q.   After you did your plea agreement in this
13    case, you and several other individuals were placed
14    in a pod where most of you were cooperating, were
15    you not?
16       A.   Yes, sir.
17       Q.   And you had sort of that little pod area
18    to yourself, and all of you had your tablets, did
19    you not?
20       A.   Yes, sir.
21       Q.   And eventually somebody figured out how to
22    wipe those tablets clean of the discovery, and load
23    Wi-Fi; is that correct?
24       A.   Yes, sir.
25       Q.   And you had had those tablets for a period
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of time in order for each of you -- not only you,

 2    but the other people that you were in custody

 3    with -- to be able to look at the discovery in this

 4    matter; is that right?

 5         A.    About a month and a half, yes, sir.

 6         Q.    About a month and a half.  But you were

 7    able to see a lot of the statements that everybody

 8    had given in this case and the investigation that

 9    the State had done and the Government had done;

10    isn't that correct?

11         A.    No, sir.  I didn't know how to look up.  I

12    tried to look up my own statement by punching in my

13    name.  I didn't know how to pick it up.

14         Q.    So you weren't familiar with how to use

15    the tablet as well as some of the other people, were

16    you?

17         A.    Yes, I wasn't.

18         Q.    But some of those people that were in that

19    pod with you were on their tablet 24/7 because you

20    had the opportunity to do that, and they were

21    looking at their tablets repeatedly; right?

22         A.    Yes, sir.

23         Q.    And who were those people that were doing

24    that besides Ben Clark?  Timothy Martinez?

25         A.    Freddie Munoz, Timothy Martinez, Roy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Martinez.

 2        Q.    Roy Martinez?

 3        A.    Styx -- I forget -- Archuleta.

 4        Q.    Gerald Archuleta.  All right.  So they

 5   were on their tablets constantly, were they not?

 6        A.    Not constantly.  There were certain guys

 7   that had signal in certain rooms, and they were kind

 8   of stingy and wouldn't let you go in the room.

 9        Q.    Let me back up.  I meant to say prior to

10   the time they wiped their tablets clean.  Because

11   once you got the Wi-Fi capacity, you could no longer

12   look at your discovery; isn't that correct?

13        A.    Yes, sir.

14        Q.    But before that happened, a lot of those

15   individuals were always looking at their tablets to

16   look at the discovery, were they not?

17        A.    I don't know.  When I got there, the Wi-Fi

18   thing didn't last too much longer after I got there.

19        Q.    All right.  When you got the Wi-Fi, I

20   think you just said there were issues with being

21   able to connect to a good Wi-Fi outlet, so people

22   were stingy with letting you be able to use -- to be

23   in an area where you could get better Wi-Fi; right?

24        A.    Yes, sir.

25        Q.    And that caused issues because certain
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    people got to use Wi-Fi all the time; right?

2         A.   Yes, sir.

3         Q.   All right.  But you weren't one of those?

4         A.   I didn't have a good connection, no.

5         Q.   No good connection.  So -- but you used

6    that, although you may not have been familiar too

7    long with that tablet, you knew how to use it; you

8    learned how to access Facebook, did you not?

9         A.   Yeah.

10        Q.   You set up a Facebook account, didn't you?

11        A.   Roy Martinez -- I already had a Facebook

12   account set up.  Roy Martinez showed me -- well, he

13   stuck it in my tablet where I could just press a

14   certain button and it would go straight.

15        Q.   Straight to Facebook; right?

16        A.   Yes.

17        Q.   And did you set up an email account?

18        A.   I don't have an email account, no, sir.

19        Q.   But you did do it to such an extent that

20   you were able to send pictures to your wife; right?

21        A.   I sent pictures to the Facebook, yes.

22        Q.   Through Facebook?

23        A.   Through the Messenger, yes, sir.

24        Q.   Through Messenger.  You did not -- well,

25   you also allowed Roy Martinez and Timothy Martinez

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  to put pictures on your tablet, did you not?

2       A.   To put -- they both put some naked

3  pictures.

4       Q.   They both took pictures of their body

5  parts?

6       A.   Yes, sir, they did.  But I didn't know

7  that.

8       Q.   But they put them on your tablet, and you

9  knew they were on your tablet, did you not?

10       A.   No, sir, not until I was looking through

11  it, and I seen a picture of Timothy standing up

12  naked, and then another picture of Roy Martinez,

13  with his genitals in a picture.  And as I was going

14  through, I remember Paul Rivera looking and

15  laughing.  Oh, I was embarrassed kind of, yeah.

16       Q.   Well, yeah, I mean, Timothy Martinez took

17  a fully naked picture of himself, and Roy Martinez

18  took a picture of his penis and put it on your

19  tablet, did he not?

20       A.   Yes, sir.

21       Q.   And you didn't know about that until you

22  saw it later?

23       A.   I didn't know about it, no, sir.

24       Q.   And everybody lost their tablets after

25  that; isn't that true?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes, sir.

2      Q.    And anybody that was cooperating with the

3  Government at that time lost their privileges

4  thereafter; is that correct?

5      A.    Yes, sir.

6      Q.    So from that day forward you didn't get

7  your money; right?

8      A.    No, sir, not from that day forward, no, it

9  was...

10      Q.    Not from what?

11      A.    They cut it off later.

12      Q.    It took them a few months to find out what

13  you guys were doing, did it not?

14      A.    Yes, sir.

15      Q.    So what I understand that you have said

16  today is that the situation as it relates to Fred

17  Sanchez in June, June 16 and June 17, in 2007,

18  actually happened the night before as opposed to the

19  morning that they discovered the body; is that

20  right?

21      A.    Yes, sir.

22      Q.    Because I think you said that you had gone

23  that afternoon and played basketball, and then

24  that's when everybody started talking about what was

25  going to happen; there was a meeting about what was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going to happen; right?

2      A.   The meeting happened while he was in his

3  room.

4      Q.   When he was in his room.  But all of the

5  things that we saw on the video happened on a

6  Saturday afternoon or a Saturday evening around 6:00

7  to 7:00.  Is that right?

8      A.   When we got back from the gym.

9      Q.   When you got back from the gym.  And the

10  body wasn't discovered until like 11:00 the next

11  morning; is that correct?

12      A.   I don't know exactly what time it was, but

13  it was sometime the next day.

14      Q.   Well, we saw you guys down -- we saw a

15  bunch of people in the pod on Sunday morning, and

16  they still had not discovered the body; isn't that

17  correct?

18      A.   Yeah.

19      Q.   And you said you did not know Fred

20  Sanchez.  Is that what you're saying?

21      A.   I had never met him before, prior to this.

22      Q.   I thought that you had made a statement

23  that said that you did not believe that Fred

24  Sanchez -- that no one believed that he was on his

25  way down to Southern New Mexico.  Was that not you?


SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1          A.   I don't recall that.

2          Q.   All right.  So let's -- let me ask you

3   about -- first of all, you were housed in the blue

4   pod, and is it your testimony that the keyholder

5   before of that pod -- before, for a while -- was Ern

6   Dog; right?

7          A.   Ern Dog, yes, sir.

8          Q.   But then I think you made it -- but then

9   Paul Silva -- he was in charge of the yellow pod?

10         A.   I believe so.  I'm not positive, but I

11  believe so.

12         Q.   And as Mr. Burke pointed out earlier,

13  Brian Rascon and you were in charge of the blue pod;

14  right?

15         A.   Brian was.  I wasn't.

16         Q.   But you saw the document that says that

17  you said that you were in charge of the blue pod;

18  right?

19         A.   I saw the document, yes.

20         Q.   Right.  So you told the FBI at some point

21  in time that you were in charge of the blue pod

22  also; right?

23         A.   I don't recall telling them.  No, I don't

24  remember that.

25         Q.   But you saw that document that said --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    I did.

2      Q.    -- that they wrote down that you said that

3  you and Rascon were in charge of the blue pod;

4  correct?

5      A.    Yes, sir.

6      Q.    But there is no question that after

7  Benjamin Clark got back there, that as soon as he

8  arrived, he became the keyholder of the blue pod;

9  isn't that correct?

10      A.    And we talked about this.  He told me that

11  Ern Dog had sent him a message telling him he could

12  have the keys, and he told me he told Ern Dog to go

13  ahead and keep doing what he's doing.

14      Q.    Again, Mr. Hernandez, did you not tell the

15  FBI when you talked with them, just on March 20 of

16  2018, just a few months ago before this trial

17  started, that Benjamin Clark arrived and became the

18  keyholder of the blue pod?  Did you not tell them

19  that?

20      A.    I told them that when he spoke, people

21  listened; it was his presence was enough to be the

22  keyholder.  But again he told me himself that Ern

23  Dog -- he left the keys in Ern Dog's hands.

24      Q.    Did you not tell the agents and basically

25  Mr. Beck when they talked with you on March 20,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Benjamin Clark arrived at Southern New Mexico and

2  became the keyholder of blue pod?  Did you not make

3  that statement to them?

4       A.   I don't remember making that statement,

5  but he was the keyholder; he was the man.

6       Q.   So Clark was in charge, basically?  That's

7  what you're saying?

8       A.   If he wanted to, yes.

9       Q.   Well, Clark was in charge of the situation

10 that relates to the murder of Fred Sanchez, was he

11 not?

12      A.   I don't know.  His presence there was

13 enough for the other guys to want to earn brownie

14 points with him and people looked up to him.  So

15 just his presence there would probably have been

16 enough to do what they had to do.

17      Q.   Well, you know, do you not, that at one

18 point in time Clark was in charge of the paperwork,

19 what he called the paperwork, and he showed it to

20 everybody that he thought needed to know about it.

21 Isn't that true?

22      A.   He gave the paperwork back to Kyle and

23 told him that everybody that had to see it had seen

24 it.

25      Q.   That everybody that had to see it has seen

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   it.  And he told Dwyer to get rid of it, did he not?

2        A.   He gave it to Dwyer.

3        Q.   So he was the one that was controlling the

4   movement of the paperwork; right?

5        A.   I seen him hand the paperwork to Kyle.

6   That was it.

7        Q.   At the end of it?

8        A.   Yes.

9        Q.   Right, but you didn't know anything about

10  how -- you were not involved in Dwyer giving the

11  paperwork initially to Clark; right?

12       A.   Ben told me that he remembers that Kyle

13  gave me the paperwork; that he took the paperwork

14  from me and said, "What are you doing?"  And he got

15  the paperwork, but I don't recall that.  I don't

16  remember that.

17       Q.   So now Ben Clark is refreshing your memory

18  with his statement that he took the paperwork from

19  you, but that's not something that you remember, and

20  it's never something that you've ever told the FBI

21  in your number of interviews; isn't that true?

22       A.   I just don't remember the situation

23  happening.

24       Q.   Well, you talked to the state police, you

25  talked to the STIU guys the day after this happened,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  did you not?

2      A.   Yes, sir.

3      Q.   Okay.  And you didn't tell them that then;

4  right?

5      A.   I don't remember telling that.

6      Q.   And then you wrote a letter to the STIU

7  guys, a letter that Mr. Burke talked about, a

8  two-or-three-page letter that you also gave to the

9  STIU guys; isn't that correct?

10     A.   I remember writing a few letters, yes,

11  sir.

12     Q.   And then two weeks later the state police

13  came and talked with you in Bernalillo -- came and

14  talked to you in Santa Fe, and you gave another

15  statement, did you not?

16     A.   I don't remember giving another statement.

17     Q.   Well, you gave three statements within a

18  two-week period of time, and nowhere in there did

19  you ever say anything about you being in charge, you

20  seeing the paperwork; isn't that true?

21     A.   I don't remember that.  I just remember --

22     Q.   Well, let me ask you, in all the number of

23  statements that you have given, have you ever said

24  that you somehow were involved in the paperwork as

25  it relates to Ben Clark?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         A.   I don't remember telling anybody.  But I
2    remember specifically Ben giving the paperwork back
3    to Kyle and telling Kyle everybody that had to see
4    it had seen it.
5         Q.   I understand that.  But you told us a
6    while ago that Ben Clark told you that initially he
7    got the paperwork from you.  That did not happen;
8    right?
9         A.   Well, he told me that.  I don't remember
10   it happening.
11        Q.   Okay.  Again, despite the fact that he
12   told you that, you don't remember that.  When did he
13   refresh your memory?  Just a couple of weeks ago?
14        A.   No, sir.  He told me this when we were
15   housed in Sandoval.  No, he told me when we were
16   housed in Western.
17        Q.   In where?
18        A.   In Western.
19        Q.   All right.  So since that time you've met
20   with the Government or the FBI about two or three
21   more times, but you've never told them that Ben
22   Clark refreshed your memory or tried to refresh your
23   memory about something you can't recall happening
24   concerning the paperwork; isn't that true?
25        A.   I do remember that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Let me ask you something.  So you showed
2   us on Government's Exhibit 281-A the place where
3   everybody was at, where you were located, and the
4   cells.  Where was Kyle Dwyer at in relation to your
5   cell?
6        A.   I remember him being right above me.
7        Q.   So he's above you.  So if you're talking
8   to Dwyer, how would you talk to Dwyer?
9        A.   I don't remember.  I just remember the
10  door being open and we were talking.  I remember I
11  went in his room and he showed me a picture of his
12  girlfriend.  She was a stripper.  She had on a
13  American flag bikini.  Whenever we came out of the
14  room -- and when we came out of his room, that's
15  when Benjamin gave him the paperwork.  But his door
16  was open.
17       Q.   Gave him the paperwork after it had
18  already been passed around?
19       A.   I believe so.  He told Kyle everybody that
20  had to see it has seen it.
21       Q.   Did you not say in a statement before that
22  that conversation occurred through the food port;
23  that through the food port that Dwyer gave the
24  paperwork back to Clark?
25       A.   I don't remember that.  I remember the
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

109

```
 1   door being opened and he was showing a picture of
 2   his girlfriend, and I remember that.
 3        Q.   I'm sure you have reviewed a number of
 4   times the statements that you have made in this
 5   case, have you not?
 6        A.   I haven't, no, sir.
 7        Q.   You've never looked at them?
 8        A.   No.  I looked at one statement.
 9        Q.   Pardon me?
10        A.   I looked at one.
11        Q.   Which one?
12        A.   It was a handwritten statement.
13        Q.   The handwritten statement that you -- your
14   handwritten letter that you wrote a couple days
15   after this incident occurred?  Is that what you're
16   saying?
17        A.   I don't remember when, but I read one of
18   the statements.
19             MR. BLACKBURN:  Okay.  May I approach,
20   Your Honor?
21             THE COURT:  You may.
22   BY MR. BLACKBURN:
23        Q.   Now, does that refresh your memory?
24        A.   I don't remember through the food port,
25   but I remember.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   But you did say that the time this issue

2  was going on occurred through the food port; that's

3  where this conversation was going on; isn't that

4  correct?

5    A.   That's what it says there, yes, sir.  I

6  don't remember that, though.  I do specifically

7  remember being in his room and he was showing me

8  pictures of his wife and --

9    Q.   Wasn't there a time that -- after all of

10  this happened that basically Dwyer came to your cell

11  and asked you to pass a kite to Gumby; right?

12    A.   I believe I went to his cell.

13    Q.   You were in his cell.  All right.  But

14  that's when the doors were opened, though; right?

15    A.   No, the doors were shut.

16    Q.   All right.

17    A.   I believe they were shut.

18    Q.   During the course of this whole entire

19  investigation or any interview that you ever gave

20  with the FBI or with the U.S. Attorney's Office, you

21  have never said anything about Arturo Garcia, have

22  you?

23    A.   No, sir.

24    Q.   And he had nothing to do with this, did

25  he, as far as you know?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   When the incident was going on, I didn't.
 2   Later on I was told that he was --
 3        Q.   Well, you were told something, but you
 4   yourself know nothing from anything that you saw
 5   under any circumstances; right?  What you were told
 6   was based upon what people saw on the tablets; isn't
 7   that correct?
 8        A.   Yes, sir.
 9        Q.   All right.  Thank you.
10             MR. BLACKBURN:  I have nothing further,
11   Your Honor.
12             THE COURT:  Thank you, Mr. Blackburn.
13             Any other defendant have cross?
14             Mr. Sindel.
15                    CROSS-EXAMINATION
16   BY MR. SINDEL:
17        Q.   Good morning.  My name is Richard Sindel.
18   I represent Joe Gallegos and I noticed that you
19   never mentioned him in any of your testimony;
20   correct?
21        A.   Yes, sir.
22        Q.   There were a couple things that I wanted
23   to address with you, and one was the fact that you
24   testified here that Ben Clark came to you and told
25   you something that you claim you did not remember
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                         (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   happening; right?
 2        A.   Yes, sir.
 3        Q.   And that happened, I think you said, in
 4   Sandoval County?
 5        A.   In Sandoval and in Western.
 6        Q.   And you both at that point in time had
 7   agreed to cooperate; right?
 8        A.   Yes, sir.
 9        Q.   So that at least Ben Clark and maybe the
10   others were getting together and discussing what was
11   about you on your tablet, and what the discovery
12   was, and what they remembered; right?
13        A.   No, sir.
14        Q.   Well, he came to you and said, "Look, this
15   is what happened"; right?
16        A.   We were having a conversation about it,
17   and he had given me -- Kyle had given me the
18   paperwork, and I said, "No, he didn't."
19        Q.   How did he know what you said about the
20   paperwork?  Was it on the tablet?
21        A.   No, what do you mean, how?
22        Q.   How did he know what you were saying about
23   the paperwork?  How did Ben Clark know what it was
24   you were saying?
25        A.   Well, I don't remember what the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  conversation was about or what brought the issue up.

2  But he told me, "Don't you remember I gave you --

3  Kyle gave you the paperwork, and I took it and told

4  Kyle what was wrong with him, that I didn't need

5  it?"

6          And I told him I didn't remember that.

7      Q.   Well, okay.  So then you're in a situation

8  where Ben Clark is trying to at least either remind

9  or convince you of a certain fact involving the

10 investigation of the Sanchez murder; right?

11     A.   Probably trying to remind me, yes, sir.

12     Q.   Okay.  And either remind you or influence

13 you, correct?  And you said, "Well, I just can't

14 remember it.  I don't remember it the way you're

15 telling me."

16     A.   He brought it up.  He asked me.  I told

17 him I didn't remember it.  And we left it at that.

18     Q.   Do you know who else Ben Clark was trying

19 to remind of certain facts he wanted them to testify

20 to?

21     A.   No, sir.

22     Q.   Now, I'm assuming when you said that you

23 were going to cooperate with the Government, they

24 set out certain conditions that you had to abide

25 with; right?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

114

```
 1        A.   When I first started cooperating, that was
 2   from the second day, the day after Fred was killed.
 3   As soon as they took me for questioning, that's when
 4   I started cooperating.  I never said -- well, yeah.
 5        Q.   Yep, yep, yep.  So they said basically
 6   that there are certain conditions they put on people
 7   who agree to cooperate, and one of those is:  You're
 8   not going to violate any federal or state law;
 9   right?
10        A.   What do you mean, not violate?
11        Q.   Don't they indicate to you at some point
12   in time when you've agreed to cooperate that you
13   need to be a good boy, you shouldn't be out there
14   breaking the law?
15        A.   Yes, sir.  They did tell me that.
16        Q.   And you say, "Don't worry, because I'll
17   abide by those conditions"; right?
18        A.   Their specific words were:  "Don't make us
19   look bad."
20        Q.   But I mean, whether those specific words
21   were there, certainly you didn't tell them, "Look, I
22   intend to tell you one thing but do another", did
23   you?
24        A.   What do you mean?
25        Q.   Well, did you tell them that you weren't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    going to use methamphetamine anymore?

2         A.   I did not tell them that, no.

3         Q.   Did you tell them that you weren't going

4    to use Suboxone anymore?

5         A.   I've never done Suboxone, so I got -- I

6    don't know.

7         Q.   Did you tell them you weren't going to be

8    involved in either distributing or using drugs

9    anymore?

10        A.   No, sir, I didn't.

11        Q.   So they never cared if you used

12   methamphetamine; right?

13        A.   They didn't say that.

14        Q.   So that was never any part of your

15   condition as far as you were concerned.   The

16   Government was, at least initially, just fine with

17   you continuing to use illegal narcotic substances?

18        A.   No, sir.

19        Q.   You didn't think that that was all right,

20   did you?   You thought that was a violation of your

21   agreement and understanding with the Government,

22   didn't you?

23        A.   I didn't think about it.   I just did it.

24        Q.   Well, did you think about it afterwards?

25        A.   No, sir.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.  So you just went with the flow

2   of what you wanted to do; right?

3      A.   Yes, sir, I did.

4      Q.   And every agreement that you have made

5   with the Government, you understood that you could

6   violate that if you wanted to; right?

7      A.   I didn't -- yes, I messed up.  I did

8   drugs.

9      Q.   You violated that agreement?

10      A.   Yes, sir, I did.

11      Q.   And you did it willingly and

12   enthusiastically, didn't you?

13      A.   I did it because I like to get high.  I

14   got high.

15      Q.   And when you got the tablets -- I mean,

16   was that the very first time that you'd ever had

17   discovery given to you on a tablet like that?

18      A.   Yes, sir.

19      Q.   And it made reviewing the discovery a lot

20   easier?

21      A.   Somewhat.  I had trouble.  I had trouble

22   with it, yeah.

23      Q.   Well, some of the guys were much better

24   than you, but you eventually learned how to use it?

25      A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                e-mail: info@litsupport.com

```
 1        Q.    And you learned how to use it to the point
 2   where you could contact, I think you said, your wife
 3   on Facebook?
 4        A.    Yes, sir.
 5        Q.    And you contacted other women on Facebook?
 6        A.    Yes, sir.
 7        Q.    Did you send them any of the photographs
 8   that were on your tablet?
 9        A.    Just the picture of me.
10        Q.    Just the picture of you.  And you knew
11   that when you were using Facebook and connecting to
12   the Wi-Fi, that was a violation of the agreement
13   that you had with the Government?
14        A.    Yes, sir.
15        Q.    And you didn't do that by accident; you
16   violated that agreement willingly, didn't you?
17        A.    Yes, sir.  I found an opportunity to talk
18   to my wife for free, and I took the opportunity.
19        Q.    So that when you decide it's in your
20   interest to violate the agreement, you've done so;
21   right?
22        A.    Yes, sir.
23        Q.    I want to ask you a couple of questions
24   about your presentence investigation.  I think you
25   said you reviewed part of that; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I seen parts of it on one of the guys'
 2   tablets.
 3        Q.   Well, didn't you -- didn't your attorney
 4   make that available to you for you to review?
 5        A.   I haven't got that yet.
 6        Q.   Do you remember when it was that you were
 7   initially interviewed by the probation office?
 8        A.   Sometime in the past eight months.
 9        Q.   It was quite some time ago.  It was very
10   shortly after you entered your plea of guilty?
11        A.   I don't remember how long, but yes.
12        Q.   Well, if it indicates on the presentence
13   investigation report that it was prepared on January
14   22, 2018, would you have any reason to dispute that
15   date?
16        A.   When I would talk to the probation or --
17             MR. SINDEL:  May I approach, Your Honor?
18             THE COURT:  You may.
19   BY MR. SINDEL:
20        Q.   I'm going to show you a document, and
21   you're going to need to pull that microphone when
22   you answer that.  Nice glasses.  It's labeled the
23   presentence investigation report; is that right?
24        A.   Yes, sir.
25        Q.   And it has your name, Ruben Hernandez; is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that right?
 2        A.    Yes, sir.
 3        Q.    And there at the bottom it indicates that
 4   it was prepared on January 22, 2018?
 5        A.    Yes, sir.
 6        Q.    And this document has a number of things
 7   in it, including your conviction record; correct?
 8   Various crimes that you've committed over the course
 9   of your lifetime?
10        A.    Yes, sir.
11        Q.    And it has information in there about
12   certain characteristics about you, most of that
13   which is blocked out; right?
14              MR. BECK:  Your Honor, he might ask if
15   he's seen this.  I think counsel is testifying at
16   this point.
17              THE COURT:  Ask him if he's seen this
18   document before.
19   BY MR. SINDEL:
20        Q.    Have you seen this document?
21        A.    No, sir.
22        Q.    You've never seen this document?
23        A.    No.
24        Q.    You just told us you had reviewed parts of
25   the presentence investigation report.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I did.

2      Q.   Was this document in anything?

3      A.   I didn't see that document.  But I seen a

4  page that they showed me.

5      Q.   One page?

6      A.   The guys who were being nasty to me got

7  one page.

8      Q.   Well, has anyone ever talked to you at all

9  about how -- what the presentence investigation is

10  meant to do?

11      A.   People have talked to me about it, but

12  I've not sat down and discussed it with my attorney

13  yet.

14      Q.   Well, at the time that you entered your

15  plea of guilty, did the Court explain to you that

16  there was going to be a presentence investigation

17  report prepared?

18      A.   Yes, sir, he told me that the probation

19  and parole would meet with me.

20      Q.   And they would want to speak to you and

21  they would want to accumulate certain facts about

22  your background.

23      A.   Yes, sir.

24      Q.   And when you went and talked to them, they

25  asked you to sign certain documents that released

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    information about your past?

2        A.   Yes, sir.

3        Q.   Your mental health history?

4        A.   Yes.

5        Q.   Correct?

6        A.   Yes, sir.

7        Q.   And if you did all that, you signed those

8    documents.  Did you -- and the Court told you that

9    the presentence report was going to be an important

10   factor in the Court's making a decision about what

11   sentence you would receive?

12       A.   Yes, sir.

13       Q.   All right.  So you know that there are

14   basically two factors that the Court -- or that the

15   Court may consider in terms of making a sentencing

16   decision?

17            MR. BECK:  Objection, foundation.

18            THE COURT:  Well, if he knows.  You can

19   ask him if he knows that foundational question.

20   BY MR. SINDEL:

21       Q.   Do you know that the Court will be looking

22   at least at a minimum of two more factors in making

23   a determination about what your sentence is?

24       A.   I know now, yes, sir.

25       Q.   And I'm sorry, you said you know now?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Well, when was now?

 3        A.    The other gentlemen that I've been locked

 4  up with would ask their lawyers about it, and then

 5  they would come and tell me.

 6        Q.    You've got to speak up.  I'm sorry, I'm

 7  old and "deef."

 8        A.    The other guys I'm locked up with would

 9  ask their attorneys what was -- what would happen.

10  And they tried to explain to me about the points,

11  and I don't understand all of that, but they tried

12  to talk to me about it.  And the guys were being

13  mean to me, so they showed me a page.  "You're done.

14  You're going to prison forever," but...

15        Q.    Who are the other guys?

16        A.    That would be Roy Martinez and Eugene

17  Martinez.

18        Q.    So this is another set of cooperators that

19  are talking to you about what may happen in your

20  case; right?

21        A.    They told me what could happen, yes, sir.

22        Q.    What could happen.  And they talked to you

23  about the presentence investigation and you knew

24  that the Court would be considering that information

25  as well as how the members of the prosecution team
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    graded your performance on the witness stand; right?

2         A.   I don't understand that.

3         Q.   In other words, you know that they're

4    filing what's called -- or they may file what's

5    called a 5K motion?

6         A.   I heard talk about it.  I don't understand

7    all that yet, but...

8         Q.   When you say, "We talked about it," are

9    you talking about Martinez, Ben Clark, those guys?

10        A.   My lawyer mentioned to me a few times the

11   5K.

12        Q.   Your lawyer -- I don't want to go into

13   your conversations, but did you understand from

14   those conversations that there was a motion that the

15   Court would file to allow -- I'm sorry, that the

16   prosecution would file that would allow the Court to

17   go below your sentencing guidelines?

18        A.   Yes, sir.

19        Q.   And you understood that at least in

20   federal court, the sentencing guidelines were one of

21   the determining factors that the Court must consider

22   in trying to craft a sentence appropriate for the

23   crime you've admitted to committing?

24        A.   I don't understand that.

25        Q.   Did you know that the sentencing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    guidelines played any part in the sentencing
 2    decision that the Court would make?
 3          A.    Yes, sir, I had a good idea it is.
 4          Q.    You knew that.  And you knew that the
 5    presentence report would contain information about
 6    your sentencing guidelines?
 7          A.    I didn't know that.
 8          Q.    You did not know that.  So no one has ever
 9    reviewed that?
10          A.    I have not.  I don't know much about my
11    plea, the plea.  Sorry, but yeah.
12          Q.    So if the report was prepared January 22
13    of 2018, that entire four-to-five-month period, no
14    one has discussed with you its contents?
15          A.    No, sir.
16          Q.    Are you aware that you can file objections
17    to the presentence report?
18          A.    No, sir.
19          Q.    Are you aware that your attorney can point
20    out various facts in the presentence report that are
21    inaccurate?
22          A.    No, sir.
23          Q.    And you certainly can't do that if you
24    haven't seen it, can you?
25          A.    No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   So if the presentence report indicates

2  that --

3          MR. BECK:  Objection to hearsay.

4          MR. SINDEL:  I haven't asked the question

5  yet.

6          THE COURT:  Let me see what the question

7  is.

8  BY MR. SINDEL:

9     Q.   That you went in to Bobby Farnborough's

10 residence armed with a shotgun; that's not what

11 you've testified to here today, is it?

12         MR. BECK:  Objection to hearsay.

13         MR. SINDEL:  It's impeaching, Your Honor.

14         THE COURT:  Well, I agree.  Overruled.

15    A.   I pled guilty to that crime.

16 BY MR. SINDEL:

17    Q.   What?

18    A.   I pled guilty to that crime.

19    Q.   Right.  And it says -- you said that,

20 "Hey, I'm just sitting out in the car.  I don't

21 really know what's going on"; right?  That's what

22 you told them?

23    A.   I gave the guys a ride.

24    Q.   As far as you know, you've never objected

25 or anyone has objected on your behalf to the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   statements that are in the presentence report that

 2   you entered Bobby Farnborough's residence armed with

 3   a shotgun and committed a battery on

 4   Mr. Farnborough; right?

 5        A.   I did not say that, no, sir.

 6        Q.   You didn't say that?

 7        A.   No, sir.

 8        Q.   And you've not objected to that?

 9        A.   No, sir.

10        Q.   And you have not said, "Look, that's in

11   there; that's not correct"?

12        A.   I took a plea for all that, so I just pled

13   guilty to the charge.

14        Q.   Do you know what a criminal history

15   category is?

16        A.   No, sir.

17        Q.   Do you know that the Court, in making a

18   determination of your sentencing guidelines, that

19   they look at your criminal history category?

20        A.   The guys explained something to that

21   effect to me.

22        Q.   And do you know at least in terms of the

23   sentencing that there is an offense level on the

24   left side of the graph and your sentencing category

25   along the top?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't know that, no.  I don't know
 2   anything about that.
 3             MR. SINDEL:  May I approach, Your Honor?
 4             THE COURT:  You may.
 5   BY MR. SINDEL:
 6        Q.    I'm going to show you what's entitled the
 7   Red Rules Book, and you see there on the back page
 8   there is a sentencing table.  Do you see that?
 9        A.    Okay.
10        Q.    You have to speak in the microphone.
11        A.    Yes, sir.
12        Q.    And can you see here along the left side
13   there is a series of numbers?
14        A.    Yes, sir.
15        Q.    And above those numbers it says "offense
16   level"?
17             MR. BECK:  Objection, Your Honor.  Counsel
18   is testifying.
19             THE COURT:  Well, just ask if he's ever
20   seen this chart before.
21   BY MR. SINDEL:
22        Q.    Have you ever seen this chart or a chart
23   similar to it?
24        A.    No, sir.
25        Q.    You've never seen one that indicates your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 criminal history category, either?

2       A.    No, sir.

3       Q.    Are you aware that your presentence

4 investigation report puts your criminal history

5 category at 6, the highest level there is?

6       A.    No, sir.

7       Q.    And are you aware that the presentence

8 report indicates that your offense level is 36?

9             MR. BECK:  Objection to hearsay.

10             THE COURT:  Sustained.

11             MR. SINDEL:  I'm sorry, what?

12             THE COURT:  Sustained.

13 BY MR. SINDEL:

14       Q.    Do you know what your offense level is?

15       A.    No, sir.

16       Q.    Do you care?

17       A.    Yes, sir.  The guys told me that it was a

18 43.

19             MR. BECK:  Objection.

20             THE COURT:  Sustained.

21 BY MR. SINDEL:

22       Q.    Do you know what your offense level is?

23       A.    No, sir.

24       Q.    Was it part of any plea agreement that you

25 signed and prepared?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   My offense level?

2      Q.   Yes.

3      A.   Was it part -- I haven't seen it.  If it

4  was, I didn't see it.  I don't know the offense

5  level, what that is.  The guys told me something

6  about it, 43, or something like that.

7      Q.   I'm sorry, I couldn't hear the last part.

8      A.   The guys told me 43.

9           MR. BECK:  Objection, hearsay.

10           THE COURT:  Sustained.

11  BY MR. SINDEL:

12      Q.   When you are on the tier, do you wear

13  basically the same clothes as the other men on the

14  tier?  Looked like gray pants and T shirts, if you

15  wanted to wear a shirt.  Is everybody pretty well

16  dressed alike?

17      A.   Some people wear cutoff shorts from the

18  uniforms.  Some people wear sweats, sweat shorts.

19      Q.   Were you able -- when they were showing

20  you that exhibit, were you able to identify any

21  facial features?

22      A.   Yes.

23      Q.   All right.  And were you able to determine

24  if people had mustaches or beards from the video?

25      A.   I couldn't see them, no, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Could you determine from the video what
 2 kind of clothing they were wearing that you saw that
 3 the Government showed you?
 4      A.   I could see the gray shorts, a couple T
 5 shirts, and sweaters, whatnot.
 6      Q.   Did you see any logos on any of that
 7 stuff?
 8      A.   No, sir.  If there was, I couldn't see
 9 them.
10      Q.   It was pretty dark, wasn't it?
11      A.   A little bit, yes, sir.
12      Q.   I'm going to call your attention to a
13 report that was prepared by the FBI in February of
14 2012 as a result of an interview with you.  Have you
15 had a chance to look that over?
16      A.   No, sir, by interview --
17           MR. SINDEL:  May I approach, Your Honor?
18           THE COURT:  You may.
19 BY MR. SINDEL:
20      Q.   I'm going to show you -- you can see up
21 here in the left-hand corner, do you see that
22 number, 302.  Do you see that?
23      A.   Yes, sir.
24      Q.   And do you see your name, Ruben Hernandez,
25 there?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    And do you see that there is a date down

 3   here, investigation on February 27, 2012?

 4        A.    Yes, sir.

 5        Q.    Have you seen this document?

 6        A.    No, sir.

 7        Q.    I want you to read this to yourself at

 8   this point in time.

 9            MR. BECK:  Objection, Your Honor.  I don't

10   think his memory needs to be refreshed as to what

11   the document says.

12            THE COURT:  Well, he's asking if he's seen

13   this document.  Have him look at it enough so he can

14   see whether he's seen it before.  So I do think

15   there is a little refreshment here.  Overruled for

16   the time being.

17   BY MR. SINDEL:

18        Q.    Were you able to read that?

19        A.    Yes, sir, I did.

20        Q.    Now --

21            THE COURT:  So let's go back to the

22   question:  Did he see the document?  Because that's

23   the one you're refreshing him on.

24        Q.    Have you ever seen this document before?

25        A.    I don't remember seeing it, no, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Do you recall telling the FBI --
 2             MR. BECK:  Objection to hearsay.
 3             THE COURT:  Well, are you trying to
 4   impeach a prior statement?
 5             MR. SINDEL:  I am, Your Honor.
 6             THE COURT:  What's the statement you're
 7   trying to impeach?
 8             MR. SINDEL:  The statement has to do with
 9   the circumstances surrounding why he acted the way
10   he did in June of 2012 -- or 2007.
11             THE COURT:  I think you're going to have
12   to be more specific than that.  What's the specific
13   statement you're trying to impeach?
14             MR. SINDEL:  Well, let me rephrase the
15   question.
16             THE COURT:  All right.
17   BY MR. SINDEL:
18        Q.   You testified you were asked to
19   participate in the eventual murder of Mr. Sanchez;
20   correct?  That's what you testified to here today?
21        A.   They told me to cover the cameras, yes,
22   sir.
23        Q.   Now, you have to speak up.
24        A.   They told me to cover the cameras.  They
25   asked me to cover the cameras.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did you believe at that time that if

2  you didn't follow that order, you would be targeted

3  by the SNM?

4    A.   Yes, sir.

5    Q.   And did you fear that you would be -- that

6  you could pay for your life if you didn't follow

7  that order?

8    A.   Yes, sir.

9    Q.   And you have said that to people in the

10  past, have you not?

11    A.   I have said --

12         MR. BECK:  Objection to hearsay.

13         THE COURT:  Sustained.

14  BY MR. SINDEL:

15    Q.   Did you believe that to be true, that you

16  could pay for your life if you didn't follow their

17  orders?

18    A.   I believe it could happen, yes, sir.

19    Q.   How much money have you received from the

20  federal government in connection with your testimony

21  here today?

22    A.   Right offhand, I couldn't tell you.  I'm

23  going to guess about $1,100.

24    Q.   $1,100.  And early on in your testimony

25  you said that you were walking on eggshells.  That



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   was the word you used.  Do you remember that?

2        A.   I walked like that for a few months.

3        Q.   And that's because if you don't do what

4   the SNM orders you to do, you could die, you could

5   be murdered; right?

6        A.   I was walking on eggshells because I

7   thought they were going to find out I told on

8   somebody.

9        Q.   And if they found out that you broke a

10  rule by being a informant or refusing to carry out a

11  direct order, you could pay for it with your life?

12       A.   I didn't know if they would kill me, but I

13  know they would assault me in some way.

14       Q.   Well, certainly you said -- I'll rephrase

15  that.  Do you remember ever stating that you feared

16  for your life if you didn't follow a direct order?

17       A.   I don't remember stating that, but I did

18  fear for my life.

19       Q.   Is that true?

20       A.   I feared for my life.

21            MR. SINDEL:  That's all I have.

22            THE COURT:  Thank you, Mr. Sindel.

23            Any other defendant have cross-examination

24  of Mr. Hernandez?

25            All right, Mr. Beck.  Do you have redirect
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of Mr. Hernandez?

 2            MR. BECK:  Yes.

 3            THE COURT:  Mr. Beck.

 4                   REDIRECT EXAMINATION

 5   BY MR. BECK:

 6      Q.   You were asked by Mr. Burke about some

 7   mental illnesses in your presentence report.  Do you

 8   remember that?

 9      A.   Yes.

10      Q.   Were you diagnosed with PTSD, anxiety, and

11   bipolar disorder after June of 2007?

12      A.   It was after this incident, yes, sir.

13      Q.   You were also asked about Ben Clark being

14   the keyholder.  Do you remember that?

15      A.   Yes, sir.

16      Q.   I think you were shown this March 20,

17   2018, FBI 302 report.  Do you remember that?

18      A.   I was shown it?

19      Q.   Yeah.  Do you want me to show it to you

20   again?  Would that refresh your memory?

21            MR. BECK:  May I approach, Your Honor?

22            THE COURT:  You may.

23   BY MR. BECK:

24      Q.   Do you remember being shown this 302

25   report a number of times?  The third page may
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   refresh.
 2         A.   You were asking me if I just recently saw
 3   this?
 4         Q.   Do you remember the other attorneys
 5   showing it to you?
 6         A.   Yes, sir.
 7         Q.   And in that first paragraph under what's
 8   labeled "Fred Sanchez," does it talk about Benjamin
 9   Clark in that paragraph?
10         A.   Yes.
11         Q.   Does it say he became the keyholder of
12   blue pod?
13         A.   Yes, sir.
14         Q.   You talked about Ernest Guerrero.  Do you
15   remember what was his position at Southern at the
16   time?
17         A.   That's Ern Dog; right?
18         Q.   Right.
19         A.   Okay.  He was the keyholder.  When I first
20   got there, he was the keyholder for the whole unit.
21         Q.   And do you remember telling federal agents
22   that in March of 2018?
23         A.   Yes, sir.
24         Q.   I'm going to show you the last page you
25   were shown.  Do you remember being shown a diagram
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    by Mr. Burke and the notes there?

2        A.    Yes, sir.

3        Q.    I'm going to show you in the second page

4    of those handwritten notes the bottom paragraph

5    there.  Do those notes correspond with what you said

6    earlier about Ern Dog holding the keys to the entire

7    Southern facility and not Ben Clark?

8        A.    Yes.

9             MR. SINDEL:  Your Honor, I object.  That's

10   hearsay.  There is no foundation for the handwritten

11   notes.

12            THE COURT:  Why wouldn't this be hearsay?

13            MR. BECK:  I'm asking if it corresponds

14   with what he said earlier, not what it said.

15            THE COURT:  Well, I still think it's

16   hearsay.  Sustained.

17            MR. BECK:  Your Honor, I think I can offer

18   that as a prior consistent statement.

19            THE COURT:  Let me instruct the jury.  If

20   that's all the purpose of it is --

21            MR. BECK:  That's the whole purpose.

22            THE COURT:  Ladies and gentlemen, you

23   can't consider this prior statement that Mr.

24   Hernandez made for the truth of the matter.  You can

25   only consider it in determining whether the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

138

```
1    inconsistent statements that the defendants offered,

2    the consistent statement that Mr. Beck is now

3    offering, the only purpose is to use it to determine

4    whether Mr. Hernandez is telling you the truth on

5    Friday and today.

6              MR. SINDEL:  Mr. Beck, would you mind

7    showing me that just for a second?

8              MR. BECK:  Sure.

9              THE COURT:  Mr. Beck.

10             MR. BECK:  For the record, it's Bates

11   68486.

12   BY MR. BECK:

13        Q.   So Mr. Hernandez, did that correspond with

14   what you testified earlier about Ern Dog being the

15   keyholder at the facility?

16        A.   Yes, sir.

17        Q.   I think you said you were surprised Brian

18   and Raymond Rascon weren't charged in this case; do

19   you remember that?

20        A.   Yes.

21        Q.   Did you see Brian and Raymond Rascon

22   actually enter the cell when you were covering up

23   the cameras?

24        A.   No.

25        Q.   Do you know whether they refused to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   actually do the hit of Fred Sanchez?
 2        A.   I don't know.
 3        Q.   You were asked just now by Mr. Sindel
 4   about what would happen to you if you refused to
 5   cover the cameras.  Do you remember that?
 6        A.   Yes, sir.
 7        Q.   And what would happen to you if you
 8   refused to cover the cameras?
 9        A.   They probably would have got me.
10        Q.   Is that a rule of the SNM?
11        A.   Yes, sir.
12        Q.   Were you told about the rule that not
13   following orders causes a green light when you join
14   a gang?
15        A.   Yes, sir.
16        Q.   And after you were told that rule, did you
17   still join the SNM Gang?
18        A.   Yes, sir.
19        Q.   Now, we talked about your plea agreement
20   and addendum.  But I think on Friday afternoon, in
21   haste, I didn't enter them into evidence.
22             MR. BECK:  So the United States moves to
23   admit Exhibits 316 and 317.
24             THE COURT:  Any objection?  Not hearing or
25   seeing any objection, Government's Exhibits 316 and
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   317 will be admitted into evidence.

2             (Government Exhibits 316 and 317

3   admitted.)

4   BY MR. BECK:

5        Q.   I'm going to show you page 2 of -- well,

6   let me show you the first page first of 316, please.

7   Do you recognize this as your plea agreement in this

8   case?

9        A.   Yes, sir.

10       Q.   I'm going to take you to page 28 of that.

11       A.   Yes, sir.

12       Q.   And does this in paragraphs 3 and 4 show

13  that you're pleading guilty to Count 3, which

14  charges violent crimes in aid of racketeering,

15  murder, and aiding and abetting?

16       A.   Yes, sir.

17       Q.   And in paragraph 4, are you now facing a

18  life prison sentence?

19       A.   Yes, sir.

20       Q.   And did you enter into this plea agreement

21  and plead guilty for your role in covering the

22  cameras during Fred Sanchez's murder?

23       A.   Yes, sir.

24       Q.   I'm going to show you Exhibit 317.  Do you

25  recognize this as the addendum to your plea
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  agreement?

2       A.   This is one of the pages that was on the

3  plea agreement, yes, sir.

4       Q.   Okay.  And the other attorneys talked with

5  you about the possibility to avoid a life sentence.

6  Do you understand that you have that possibility in

7  this case?

8       A.   Yes, sir.

9       Q.   And what's required of you to have that

10 possibility?  To have that even as a possibility,

11 what do you have to do?

12      A.   To testify and obey the laws.

13      Q.   Do you have to testify truthfully?

14      A.   Yes, sir.

15           MR. SINDEL:  I'll object to the leading

16 form of the question.

17           THE COURT:  Don't lead.

18 BY MR. BECK:

19      Q.   And did you enter that plea agreement and

20 addendum to plead truthfully in 2017?

21      A.   Yes, sir.

22      Q.   And in 2017, when you pled guilty and

23 entered that plea agreement, that was before March

24 of 2018; right?

25      A.   Yes, sir.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And in March of 2018 -- well, do you

2  remember being asked by all of these attorneys about

3  watching Ben Clark hand back the paperwork to Kyle

4  Dwyer?

5      A.   Yes, sir.

6      Q.   And you told us about a conversation you

7  had with Ben Clark where he tried to remind you

8  about having the paperwork beforehand.  Do you

9  remember that?

10      A.   Yes, sir.

11      Q.   Was that conversation before you and I met

12  together in March of 2018?

13      A.   Yes, sir.

14      Q.   And then in March of 2018, did you tell me

15  and Task Force Officer Chris Cupit -- what did you

16  tell us about what you remembered about Ben Clark

17  and the paperwork?

18      A.   That he had given the paperwork back to

19  Kyle Dwyer and told Kyle Dwyer, "Everybody that

20  needs to see it has seen it."

21      Q.   And did you tell us that you couldn't

22  recall seeing the paperwork beforehand?

23      A.   Yes, sir.

24      Q.   Was that after the conversation you had

25  with Ben Clark where he asked you about it?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                e-mail: info@litsupport.com

```
 1        A.   Ben Clark had this conversation with me
 2   when we got indicted.
 3             MR. BECK:  Nothing further, Your Honor.
 4             THE COURT:  Thank you, Mr. Beck.
 5             Mr. Burke, do you have something else?
 6             MR. BURKE:  Yes, Your Honor, but I won't
 7   be long.
 8                    RECROSS-EXAMINATION
 9   BY MR. BURKE:
10        Q.   I want to ask you about your very first
11   statement right after it happened.  Okay?  Isn't it
12   true, sir, that you said then that you saw Raymond
13   Rascon enter the cell of Fred Sanchez?
14        A.   I don't remember saying that.
15             MR. BURKE:  May I approach, Your Honor?
16             THE COURT:  You may.
17             MR. BECK:  May I see it, Mr. Burke?
18   BY MR. BURKE:
19        Q.   Now, I have circled this so that's all you
20   need to read, I believe.  But you can read anything
21   you want.  Isn't it true that in your very first
22   statement you said you saw Raymond enter the cell
23   and then exit the cell breathing hard?
24        A.   I don't remember.
25        Q.   "Yes" or "No"?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't remember it, but it's on there,
 2   yes, sir.
 3             MR. BURKE:  All right.  That's all.
 4        A.   On the paper.
 5             THE COURT:  Thank you, Mr. Burke.
 6             Do you have anything else, Mr. Beck?
 7             MR. BECK:  I don't, Your Honor.
 8             THE COURT:  All right.
 9             MR. SINDEL:  Your Honor, I would like --
10             THE COURT:  Do you have something, Mr.
11   Sindel?
12             MR. SINDEL:  Yes, Your Honor.  It will be
13   short.
14                     RECROSS-EXAMINATION
15   BY MR. SINDEL:
16        Q.   When were you housed -- you're in federal
17   custody; right?
18        A.   Yes, sir.
19        Q.   When were you housed in Sandoval County?
20        A.   I don't remember the exact date.
21        Q.   It was 2017?
22        A.   I believe so, yes, sir.
23        Q.   When were you housed in Lea County?  Late
24   in 2017?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And as I reviewed the documents, it says

2  February 1, 2017 was when you pled guilty.  Is that

3  consistent with your memory?

4     A.   I don't remember the date.  I just --

5     Q.   Can I see the plea agreement?  Do you see

6  there in the upper right-hand corner -- correct?

7  See the date?

8     A.   Yes.

9     Q.   February 1, 2017; right?  And page 2 of

10  Exhibit 317.  There is a date on that, February 1st,

11  2017; right?

12     A.   Yes, sir.

13     Q.   Speak up.

14     A.   Yes, sir.

15     Q.   And I think that you just testified just

16  seconds ago that you understood that addendum meant

17  that you have to testify and obey the laws; right?

18     A.   Yes, sir.

19     Q.   And you've already broken that, because

20  you used methamphetamine at Sandoval and Lea County

21  jails; correct?

22     A.   Yes.

23     Q.   You've already broken that agreement,

24  haven't you?

25     A.   Yes, sir.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  That's all I have.

 2              THE COURT:  Thank you, Mr. Sindel.

 3              Any further redirect?

 4              MR. BECK:  Briefly, Your Honor.

 5                   REDIRECT EXAMINATION

 6   BY MR. BECK:

 7       Q.   Can I see Exhibit 317, please?  Do you see

 8   photograph 2 there, Mr. Hernandez?

 9       A.   Yes, sir.

10       Q.   And does that paragraph mean that you

11   agree to testify truthfully and not exaggerate the

12   participation of any person in a crime?

13       A.   Yes, sir.

14       Q.   And is that what you did here today?

15       A.   Yes, sir.

16              MR. BECK:  Nothing further.

17              THE COURT:  Thank you, Mr. Beck.

18              Mr. Hernandez, you may step down.

19              Is there any reason that Mr. Hernandez

20   cannot be excused from the proceedings, Mr. Beck?

21              MR. BECK:  No, Your Honor, he may be

22   excused.

23              THE COURT:  Any objection from the

24   defendants?

25              Not seeing or hearing any, you are excused
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com