1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8

9       Transcript of excerpt of testimony of

10                RAYMOND RASCON

11                 May 9, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

1                    I N D E X

2   EXAMINATION OF RAYMOND RASCON

3   By Mr. Beck                                           3

4   REPORTER'S CERTIFICATE                               21

5                    EXHIBITS ADMITTED

6   Government 326 Admitted                               4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right, Mr. Beck.  Does the
 2   Government have its next witness or evidence?
 3              MR. BECK:  Yes, Your Honor.  The United
 4   States calls Raymond Rascon.
 5              THE COURT:  Mr. Rascon, if you'll come up
 6   and stand next to the witness box on my right, your
 7   left, before you're seated, my courtroom deputy,
 8   Ms. Bevel, will swear you in.
 9                      RAYMOND RASCON,
10       after having been first duly sworn under oath,
11        was questioned, and testified as follows:
12              THE CLERK:  Please state your name and
13   spell your last name for the record.
14              THE WITNESS:  My name is Raymond Rascon.
15   R-A-S-C-O-N.
16              THE COURT:  Mr. Rascon, Mr. Beck.
17              MR. BECK:  May I have a moment, Your
18   Honor?
19              THE COURT:  You may.
20                    DIRECT EXAMINATION
21   BY MR. BECK:
22       Q.   Good afternoon, Mr. Rascon.
23       A.   Good afternoon.
24       Q.   Are you now or have you been a member of
25   the Syndicato de Nuevo Mexico prison gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    I was.   I'm denounced.

 2         Q.    Did you go by any other names in the gang?

 3         A.    My nickname has always been my nickname,

 4    Cheeky.

 5         Q.    I want to talk to you -- have you ever

 6    heard the term earning your bones or your huesos?

 7         A.    Yes.

 8         Q.    And did you ever earn your bones or huesos

 9    for the SNM?

10         A.    No.

11         Q.    Have you ever done any crimes for the SNM?

12         A.    Nope.

13               MR. BECK:   Your Honor, at this time the

14    United States moves to admit into evidence

15    Mr. Rascon's penitentiary pack, which is Exhibit

16    326.

17               THE COURT:   Any objection from any

18    defendant?

19               Not seeing or hearing any objection,

20    Government's Exhibit 326 will be admitted into

21    evidence.

22               (Government Exhibit 326 admitted.)

23    BY MR. BECK:

24         Q.    Mr. Rascon, I'm going to show you what's

25    been admitted as Government's Exhibit 326.  Have you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ever seen this document before?

2        A.   No, not that I remember, no.

3        Q.   I wouldn't expect that you have.  Is that

4   your name and your Corrections Department number

5   there?

6        A.   Yes, sir.

7        Q.   I'm going to take you to Bates No. 69178

8   in this exhibit.  Do you recognize this as a

9   judgment, sentence, and commitment of yours from

10  December of 2004?

11       A.   Yes.

12       Q.   Then I'll turn to the next page.  Did you

13  plead guilty in a series of cases in December of

14  2004 to the crimes of residential burglary,

15  trafficking in controlled substance, distribution of

16  cocaine, trafficking by distribution of cocaine, and

17  bringing contraband into a jail?

18       A.   Yes, sir.

19       Q.   I'm going to show you Bates No. 69181.

20  For those guilty pleas, were you sentenced to a

21  total of 13 years with seven years' suspended for a

22  six-year sentence?

23       A.   Yes, sir.

24       Q.   Then I'm going to take you to Bates No.

25  69184.  In May of 2011 was your probation revoked

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    for absconding from supervision related to those

2    charges?

3         A.   Yes, sir.

4         Q.   And on the next page, were you then

5    incarcerated for the remainder of the term to 730

6    days in prison?

7         A.   I think there is something wrong with that

8    there.

9         Q.   Okay.  We can go back a page.

10        A.   I was sentenced to two years that I owed

11   for the rest on my probation.  I went back and did

12   that.  But this -- oh, well, I got mixed up.

13   Because Geoffrey Scovil represented me, and the

14   report that I got at Southern.

15        Q.   Revocation.  Okay.  What's the next page?

16        A.   Okay.  That's correct.

17        Q.   And so this is the revocation of your

18   probation where you were sentenced to I think you

19   said two years, or about 730 days; is that right?

20        A.   Yes, sir.

21        Q.   Mr. Rascon, I want to take you to June of

22   2007.  Do you remember where you were incarcerated

23   in June of 2007?

24        A.   Yes, at Southern New Mexico Correctional

25   Facility.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          Q.    And do you remember in which housing unit

 2    you were housed?

 3          A.    I don't know.  Was it J pod?  I don't

 4    know.  Was it was blue pod?  I know it was blue pod.

 5          Q.    I'm going to show you --

 6          A.    Probably Jack unit.

 7          Q.    I'm going to show you what's been admitted

 8    as Government's Exhibit 247.  Do you recognize

 9    what's depicted in Government's Exhibit 247?

10          A.    Yes.

11          Q.    And is this the unit you were housed in in

12    June of 2007?

13          A.    Yes.

14          Q.    And over the years did the housing units

15    change at Southern New Mexico Correctional Facility

16    from a lettering system to a numbering system, if

17    you know?

18          A.    I think it had.

19          Q.    Do you remember what cell you were housed

20    in in June of 2007?

21          A.    Yes, I was in -- I don't know if it was

22    the same number, but I was housed in --

23          THE COURT:  Hold on just a second.  You'll

24    have to stay near that microphone.  Pull it toward

25    you.  It will move.  All right.  Try that.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

8

```
 1            THE WITNESS:  Okay.  Well, this one says
 2   cell 114.  That was the cell I was in.
 3   BY MR. BECK:
 4       Q.   I think if you press the button so the
 5   green light comes on.  Did you say 114?  That's the
 6   cell that you were in?
 7       A.   Yes, sir.
 8       Q.   And I'm going to go ahead and circle it on
 9   Exhibit 247.  Is that circling 114 there on the
10   lower tier -- is that the cell that you were in?
11       A.   Yes, sir.
12       Q.   I'd like to talk to you about June 16 of
13   2007.  Please leave that up.  Thank you.  Who was
14   housed here next to you in cell 113?
15       A.   Fred Sanchez.
16       Q.   And who was housed here in cell 115 on the
17   other side of you?
18       A.   My brother, Brian Rascon.
19       Q.   I'm going to show you Government's Exhibit
20   284 now.  Do you recognize who is depicted in that
21   photograph?
22       A.   Yes, sir.  That's Fred Sanchez.
23       Q.   Is that the Fred Sanchez that was housed
24   next to you on June 16, 2007?
25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   In that housing unit and on your lower

 2   tier, were Javier Alonso and Edward Troup housed in

 3   that lower tier with you at the time?

 4        A.   Yes, sir.

 5        Q.   What was your relationship with Mr. Alonso

 6   and Mr. Troup at that time?

 7        A.   It was all right, but I didn't trust them.

 8        Q.   Why is that?

 9        A.   Because I knew they were out to get me.

10        Q.   What do you mean by out to get you?

11        A.   There was a green light on me.

12        Q.   Why, in your opinion, was there a green

13   light on you?

14        A.   Because I didn't take somebody's side to

15   turn against somebody else.

16        Q.   And who were those two people?

17        A.   I didn't take Styx' side to turn against

18   Julian Romero.

19        Q.   So if there was a division between Gerald

20   Archuleta and Julian Romero, which of those two

21   sides did you fall on?

22        A.   Julian Romero's.

23        Q.   How did you know Julian Romero?

24        A.   I was born in Barelas neighborhood in

25   Albuquerque, and that's where he was born.  That's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   where he was from.  So I've known him since I was a
 2   kid.
 3        Q.   Were you housed in the blue pod that we
 4   just saw before Fred Sanchez came into the housing
 5   unit?
 6        A.   Yes, sir.
 7        Q.   How did the other inmates act towards
 8   Mr. Sanchez, in your opinion, when he came in and
 9   was housed with you all?
10        A.   Fake.
11        Q.   What do you mean by fake?
12        A.   Some gave him the cold shoulder.  Some,
13   they talked to him, but you could tell.
14        Q.   What could you tell?
15        A.   You could tell that they didn't like him.
16   I could tell.
17        Q.   At some point after he moved into the
18   housing unit, did you have a conversation with
19   Edward Troup about anything related to Mr. Sanchez?
20        A.   Yes, I had a conversation with him and
21   Alonso.
22        Q.   What happened?
23        A.   They told me that I was going to have to
24   take him out.
25        Q.   And where did this happen?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    In Edward Troup's cell.

 2        Q.    What happened when they told you that you

 3   were going to have to take him out?

 4        A.    I told them, "No.  F no."  I was short.  I

 5   wasn't going to do something stupid like that.

 6        Q.    Then what happened?

 7        A.    I went to my brother's room and told my

 8   brother they asked me to do that.  Me and my brother

 9   got ready.  I told my brother, "They're going to

10   probably going to come in on me."

11              And when we were in the room, that's when

12   I heard shoes squeaking and banging on the wall.

13   Something was going down.

14        Q.    And when you -- let me get this straight.

15   When you heard the squeaking and banging, where were

16   you and your brother?

17        A.    We were in my brother's cell.

18        Q.    If we could have 247 one more time.

19              So if I understand you correctly, you were

20   in cell 115 here?

21        A.    Yes, sir.

22        Q.    And where did you hear the squeaking and

23   banging coming from?

24        A.    I know it was coming from over there.

25   That's the only place it could have come from, from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Fred's cell, but I didn't see it.  I just heard it.

2       Q.   What did it sound like to you?

3       A.   It sounded like squeaky shoes.  It sounded

4  like somebody was getting in, like, a fight.

5       Q.   At the time this was going on, did you

6  observe anyone out here in the -- what I'm going to

7  call the large room of the tier?

8       A.   I think Bolo and Jesse were out there.

9  But I wasn't paying attention to them.  At that

10 time, I was preparing myself in case they ran in on

11 me.  Me and my brother were.

12      Q.   So if at the time -- if you saw Bolo, is

13 that Ruben Hernandez, Bolo --

14      A.   Ruben Hernandez, yes, sir.

15      Q.   -- and Jesse Trujillo in the main part of

16 the tier, if you and your brother were in your

17 brother's cell, who else was out in the tier at the

18 time that you weren't accounting for at that time?

19      A.   Well, it was Alonso and Troup.

20      Q.   And third, I guess --

21      A.   And Fred Sanchez.

22      Q.   What happened after you heard the

23 struggling and shoes squeaking?

24      A.   What happened was, I stood in there.  Me

25 and my brother were waiting for somebody to run in

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    on us.  We took apart the broom.  He had one end,
 2    one piece, and I had the other.
 3         Q.   At some point did the struggling and noise
 4    stop?
 5         A.   Yeah, it stopped.
 6         Q.   What happened then?
 7         A.   Nothing.  Seemed like everything went back
 8    to normal.  But people were still just running
 9    around, I guess.  I mean, yeah, that's what
10    happened.  People were just getting back to --
11    running around.  I was still in my brother's cell.
12         Q.   I want to show you Government's Exhibit
13    648.
14         A.   I can't see it clear.
15         Q.   Yeah, this isn't very clear.  I just want
16    to ask you a couple of questions about this video.
17         A.   Actually, you can't see nothing.  If you
18    want to come and look at this, I really can't see
19    nothing.
20         Q.   I'll ask you a couple of questions about
21    it, and if you can't answer, you can't answer; and
22    if you can, you can.
23              (Tape played.)
24              Please press pause.  So the video right
25    now is at 18:25:11:640.  Did you see someone here in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the left side of that screen in what looks like a

 2    skull cap or some kind of cap on?

 3        A.   I can't see it here.  I wasn't paying

 4    attention to it on there.

 5            MR. BECK:  May I approach, Your Honor?

 6            THE COURT:  You may.

 7    BY MR. BECK:

 8        Q.   I don't think yours is much better than

 9    ours.  Do you see someone down underneath where it

10    says pod 1-A B on the left with sort of a cap on

11    right there?

12        A.   I can't see it on here.  Can you point it

13    out?

14        Q.   If you don't see it, that's fine.

15            Please press play.

16            (Tape played.)

17        Q.   Press pause.

18            Do you see a person walking underneath

19    1A-B?

20        A.   Yeah, I do see something.

21        Q.   Just keep your eye on him.  It's at

22    18:25:29.  Keep your eye on him.

23            Please press play.

24            (Tape played.)

25        Q.   All right.  Press pause.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              So now at 18:25:57, did you see the person
 2   in the skull cap and someone else just enter the
 3   room underneath 1A-B pod?  Did you see that?
 4        A.   The one with the skull cap looked kind of
 5   like Alonso.  Looked like he went and took off the
 6   cap.
 7        Q.   All right.  And so in this video did you
 8   see two gentlemen down here in the main area of the
 9   pod at some point?  And if you didn't, that's --
10        A.   In the day room area?
11        Q.   Yes.
12        A.   I think I seen both of them.  Hernandez.
13   I can't see the other person.  It's very dark on
14   this.
15        Q.   That's all right.  Is that where you saw
16   Bolo and Jesse Trujillo when you and your brother
17   were in your cell?
18        A.   Yes.
19        Q.   And thank you.  That's fine.
20              And if we can see Government's Exhibit 247
21   one more time, please.
22              THE COURT:  Why don't we take this up
23   after the break, Mr. Beck?
24              MR. BECK:  We can.  That's fine.
25              THE COURT:  Let's be in recess about 15
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

16

```
 1   minutes.  All rise.
 2            (The jury left the courtroom.)
 3            THE COURT:  All right.  We'll be in recess
 4   for about 15 minutes.
 5            (The Court stood in recess.)
 6            THE COURT:  All right.  It looks like
 7   we've got all the attorneys -- or all the defendants
 8   in the courtroom, all the attorneys here.  Anything
 9   we need to discuss before we bring the jury in,
10   Mr. Beck, Mr. Castellano?
11            MR. BECK:  Not from the Government.
12            THE COURT:  How about from the defendants?
13   Any topics?
14            MS. HARBOUR-VALDEZ:  No, Your Honor.
15            THE COURT:  All right.  All rise.
16            (The jury entered the courtroom.)
17            THE COURT:  All right.  Everyone be
18   seated.
19            All right, Mr. Rascon, I'll remind you
20   that you're still under oath.
21            Mr. Beck, if you wish to continue your
22   direct examination of Mr. Rascon, you may do so at
23   this time.
24            MR. BECK:  Thank you, Your Honor.
25            THE COURT:  Mr. Beck.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    BY MR. BECK:

2        Q.   Mr. Rascon, I'm just going to briefly show

3    you Government's Exhibit 648 where we left off.

4    We're going to start it here at 18:25:34.

5             Please press play.

6             (Tape played.)

7        Q.   All right.  Again, here, did you see two

8    people, one with the first skull cap on enter the

9    cell under where it's marked 1A-B pod there?

10       A.   Yes, I did.

11       Q.   All right.  Will you please show us

12   Government's Exhibit 247?

13            Now, Mr. Rascon, here under 1A-B pod --

14       A.   Um-hum.

15       Q.   -- which cell -- who lives in the house or

16   the cell under where it says 1-A-B pod in

17   Government's Exhibit 247?

18       A.   My brother, Brian Rascon.

19       Q.   Now, after June 16, 2007, do you remember

20   when the CO found Fred Sanchez's body?

21       A.   Yes.

22       Q.   What do you remember about that?

23       A.   I remember I was still asleep in my cell,

24   and I heard the CO scream.  He yelled or something.

25   And then all of a sudden, all the COs come running

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

18

1  in, "Lockdown, lockdown," and I never had a chance

2  to get out of my cell.

3          So then I see the medical examiners and

4  they brought in a stretcher and all that kind of

5  stuff.

6      Q.   After that, were you moved to the North

7  facility at the Penitentiary of New Mexico?

8      A.   Yes, sir.

9      Q.   At some point did you hear -- were you out

10 in the yard with Edward Troup?

11     A.   Yeah, I was out in the yard.  He was in

12 the yard also.

13     Q.   All right.  I'm going to show you

14 Government's Exhibit 828.  Do you recognize this as

15 an aerial view of the PNM North facility in Santa

16 Fe?

17     A.   I don't know how it looks from the air,

18 but...

19     Q.   When you were in the yard together, were

20 you in Jurassic Park?  Is that what it's called?

21     A.   No, we were in between the pods.  They

22 have these little yards with little cages in between

23 the pods.

24     Q.   And that was at the North or the South

25 facility?

SANTA FE OFFICE                                                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                                  Albuquerque, NM 87102
(505) 989-4949                                                                                                    (505) 843-9494
FAX (505) 843-9492                                                                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It was at the North.

 2        Q.    Okay.  Do you recognize where that is on

 3   this diagram?

 4        A.    I can't tell you that exactly, no.

 5        Q.    When you were in the yard with Mr. Troup

 6   after the murder, did you hear him say something?

 7        A.    Yeah, I heard -- somebody was passing by,

 8   and I heard him say, "Guess who's not breathing."

 9        Q.    And who did you understand Mr. Troup to be

10   referring to?

11        A.    He had to be referring to Fred Sanchez.

12              MR. BECK:  May I have a moment, Your

13   Honor?

14              THE COURT:  You may.

15              MR. BECK:  Nothing further, Your Honor.

16              THE COURT:  Thank you, Mr. Beck.

17   Cross-examination?

18              MS. HARBOUR-VALDEZ:  No, thank you, Your

19   Honor.

20              THE COURT:  Ms. Harbour-Valdez.  Anyone

21   else have any cross-examination?  Hold on a second.

22   All right.

23              MR. BLACKBURN:  No, Your Honor.

24              THE COURT:  No?  Anybody else?

25   Mr. Cooper?  Mr. Sindel?  Anyone else?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              All right, Mr. Rascon.  You may step down.

2              Is there any reason Mr. Rascon cannot be

3     excused from the proceedings?  Mr. Beck?

4              MR. BECK:  Not from the Government.

5              THE COURT:  Any other defendant have any

6     objection to him being excused?

7              Not seeing or hearing any, you are

8     excused.  Thank you for your testimony.

9              THE WITNESS:  Thank you, Your Honor.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4           C-E-R-T-I-F-I-C-A-T-E

5    I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11    In testimony whereof, I have hereunto set my

12  hand on this 20th day of May, 2018.

13

14              _____

15              Jennifer Bean, FAPR, RMR-RDR-CCR
                  Certified Realtime Reporter
16              United States Court Reporter
                  NM Certified Court Reporter #94
17              333 Lomas, Northwest
                  Albuquerque, New Mexico 87102
18              Phone:      (505) 348-2283
                  Fax: (505) 843-9492
19              License expires:  12/31/18

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com