1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF NEW MEXICO

3  UNITED STATES OF AMERICA,

4               Plaintiff,

5      vs.            NO:  CR-15-4268 JB

6  ANGEL DELEON, et al.,

7               Defendants.

8

9      Transcript of excerpt of testimony of

10                BILLY CORDOVA

11          May 9, 2018, and May 10, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

2

```
1                      I N D E X

2    EXAMINATION OF BILLY CORDOVA
```
```
3    By Mr. Castellano                          4

4    By Mr. Blackburn                          64

5    By Mr. Burke                              87

6    By Mr. Cooper                             97

7    EXAMINATION OF BILLY CORDOVA

8    By Mr. Cooper                            159

9    By Mr. Granberg                          209

10   By Mr. Sindel                            220

11   EXAMINATION OF BILLY CORDOVA

12   By Mr. Sindel                            239

13   By Mr. Lahann                            250

14   By Mr. Roberts                           253

15   By Mr. Castellano                        282

16   REPORTER'S CERTIFICATE                   300

17                 EXHIBITS ADMITTED

18   Government 787 Admitted                    3
```
```
19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      May 9, 2018

 2

 3              THE COURT:  All right.  Mr. Castellano,

 4   does the Government have its next witness or

 5   evidence?

 6              MR. CASTELLANO:  Yes, Your Honor, the

 7   Government calls Billy Cordova.  I think he's being

 8   moved up to the courtroom now.

 9              THE COURT:  All right.

10              MR. CASTELLANO:  While we're waiting, Your

11   Honor, I'll move the admission of Government's

12   Exhibit 787, which is Billy Cordova's pen pack.

13              THE COURT:  All right.  Not seeing or

14   hearing any objection, Government's Exhibit 787 will

15   be admitted into evidence.

16              (Government Exhibit 787 admitted.)

17              THE COURT:  Mr. Cordova, if you'll come in

18   and stand next to the witness box right in front of

19   you, before you're seated, my courtroom deputy will

20   swear you in.  If you'll raise your right hand to

21   the best of your ability.

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

```
 1                    BILLY CORDOVA,
 2       after having been first duly sworn under oath,
 3       was questioned, and testified as follows:
 4            THE CLERK:  Please state your name and
 5  spell your last name for the record.
 6            THE WITNESS:  My name is Billy Cordova.
 7  B-I-L-L-Y, C-O-R-D-O-V-A.
 8            THE COURT:  Mr. Cordova.  Mr. Castellano.
 9            MR. CASTELLANO:  Thank you, Your Honor.
10                 DIRECT EXAMINATION
11  BY MR. CASTELLANO:
12       Q.   Good afternoon, Mr. Cordova.
13       A.   Good afternoon, sir.
14       Q.   Can you tell the members of the jury
15  whether you are or ever have been an SNM Gang
16  member?
17       A.   Yes, sir, I've been an SNM Gang member.
18       Q.   And when did you first become an SNM Gang
19  member?
20       A.   In 2003, but I was a prospect of SNM since
21  2000.
22       Q.   Can you explain to us what the difference
23  is between being a prospect and being a member?
24       A.   A prospect is an individual that is
25  grooming, is thinking of becoming an SNM member.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Before you became a prospect, were you a
 2   member of any other gangs?
 3        A.    Yes, sir.
 4        Q.    What gang was that?
 5        A.    My street gang, Juarez Park.
 6        Q.    And what were they tied to?
 7        A.    They were tied to -- back to, like, the
 8   Juarez Cartels.  It's originally from Juarez,
 9   Mexico.
10        Q.    When did you first join that gang?
11        A.    At the age of eight years old.
12        Q.    How did you come into that gang?
13        A.    I grew up with a bunch of individuals in
14   my neighborhood, in the War Zone -- that's what it's
15   called -- in Southeast, Northeast part of
16   Albuquerque, New Mexico.
17        Q.    And what would you describe as the War
18   Zone in terms of the street boundaries?
19        A.    It's from Marquette to Southern, and from
20   Louisiana to Wyoming, that four-block radius.
21        Q.    When you were part of the street gang,
22   what were some of the things you did in that gang?
23        A.    Everything from selling narcotics to armed
24   robberies, to attempted murders, to practically
25   everything a gangster does.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And how did you come into the gang?
 2        A.   Individuals in my neighborhood, I started
 3   hanging around with them and doing crimes with them,
 4   and they put me through a few tests.  And later on
 5   they ranked me in.
 6        Q.   How did they rank you in?
 7        A.   Four individuals jump you, and beat you up
 8   for a minute.
 9        Q.   How old were you at that time?
10        A.   I was eight years old.
11        Q.   During the time you were running around
12   with the -- with your street gang, were you ever
13   introduced to somebody named Angel Munoz?
14        A.   Yes, sir.  I was introduced to him in
15   2000, when I had just got out of New Mexico Boys
16   School, Springer, for juveniles.
17        Q.   How old were you at that time?
18        A.   I was 15, 16 years old.
19        Q.   And did you do anything for him at that
20   time, or did you take anything to him?
21        A.   Yes, I met him through another individual,
22   my baby's mom's brother -- Baby Zack had just got
23   out of Hobbs, New Mexico, prison.  And I started
24   rocking drug dealers for him; tying people up, even
25   taking them to him, people who owed him money.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And was that on the streets or in prison?
 2        A.   It was in the streets.
 3        Q.   So at that time, was Angel Munoz on the
 4   streets?
 5        A.   Yes, he was living in Martineztown on
 6   Walter and Mountain, I believe.
 7        Q.   And who was he?
 8        A.   He was -- well, what we refer as jefe, one
 9   of the founders of the SNM organization.
10        Q.   And when you met him on the streets, did
11   he have any kind of protection with him or around
12   him?
13        A.   Yes.  I believe one of the individuals was
14   Jake Armijo, Big Jake.  Another, I think it's
15   Jacobo, I think, was one of the members.  I was
16   around him.  He dressed like a paisa cacherro.
17        Q.   When you use the term paisa, how would you
18   describe --
19        A.   Like cowboy boots and a cowboy hat, like a
20   big old Mexican.
21        Q.   Like a Mexican cowboy?
22        A.   Yes, sir.
23        Q.   Now, once you were introduced to Angel
24   Munoz, did anyone start grooming you to become a
25   member of the SNM Gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  It was Baby Zack, Reynaldo Garcia.

 2        Q.   Is Baby Zack related to anyone in the

 3   courtroom?

 4        A.   Yes, sir.  He's related to Billy Garcia,

 5   also known as Wild Bill.

 6        Q.   Do you see that person in the courtroom

 7   today?

 8        A.   Let's see.  Yes, sir, he's --

 9             MR. COOPER:  We'll stipulate, Your Honor.

10        A.   -- right there in the blue shirt and

11   glasses.

12             THE COURT:  Does that work for you,

13   Mr. Castellano?

14             MR. CASTELLANO:  Yes, Your Honor.  Thank

15   you.

16   BY MR. CASTELLANO:

17        Q.   About when is the time that Baby Zack

18   started grooming you for membership into the SNM?

19   About what year?

20        A.   2000, 2001.

21        Q.   Where were you when you were approached

22   about becoming a member?

23        A.   I was in BCDC County in 6 West.  I was a

24   juvenile being tried as an adult.

25        Q.   What year was that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    That was in 2003.

2      Q.    And when you say BCDC, is that what was

3  known as the Bernalillo County Detention Center?

4      A.    Yes, sir.

5      Q.    You were 16 at the time?

6      A.    No, sir.  I was I think 18, 19.  I picked

7  up an offense as a juvenile, but I was tried as an

8  adult; took a while for me to get convicted and

9  stuff.

10      Q.    And who brought you into the gang

11  officially?

12      A.    It was William Baca, a/k/a Duke; Daffy,

13  his name is Netavio Garcia.  And Bad Boy; he's dead

14  now, from South side.

15      Q.    When you first joined the gang, did

16  anybody explain the rules to you?

17      A.    Yes, sir.

18      Q.    What were some of those rules?

19      A.    Those were blood in, blood out.  Once

20  you're in the organization, there is only one way

21  into the organization, to be a full-fledged carnal,

22  to earn the SNM on you, or other tattoos; you had to

23  stab people, murder people.  Once you get in, the

24  work don't stop; you keep on putting in work,

25  anything you can do for the onda; no ratting, no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 talking to law enforcement; no -- don't let nobody

2 disrespect you.

3     Q.   What would happen if there was an act of

4 disrespect?  What was the response supposed to be?

5     A.   An assault or murder.  The intent is to

6 try to kill the person if they disrespect you.

7     Q.   And were you ever familiar with the term

8 leaving a brother flojas?

9     A.   Yes.  If you leave a brother -- what it

10 is, if you leave a brother stranded during a

11 mission -- what we call mission is putting in work

12 for the SNM -- you're subject to be green lighted,

13 which is marked for death.

14     Q.   So if a brother went on a mission and you

15 didn't back him up, was that a problem?

16     A.   Oh, yeah.  You're put on a green light

17 list and probably murdered.

18     Q.   And where was the SNM supposed to be in a

19 person's life?  What place was it supposed to take?

20     A.   Comes first.  SNM is our everything, our

21 religion, our beliefs; comes before your family,

22 your kids, even before yourself.  It's what we call

23 onda; it's our destiny.

24     Q.   Okay.  I'm going to go over some of your

25 criminal history.  I'm going to show you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Government's Exhibit 787.  I'm going to turn your

2    attention to page 23103.  Okay.  Do you see in 2002,

3    January, there is a guilty plea, previously accepted

4    by the court in 2001, for aggravated burglary, which

5    is aggravated because you were armed after entering

6    the residence?

7         A.   Yes, sir.

8         Q.   And among the other crimes here, do you

9    see a number here which is YR 010032?

10        A.   It's a youthful offender number from the

11   juvenile facility.  I was a juvenile at the time the

12   crime was committed.

13        Q.   Is that what you were referring to, you

14   were a juvenile, but because of these offenses you

15   were punished as an adult?

16        A.   Yes, sir.

17        Q.   Let me turn your attention to Bates 23106.

18   Do you see the matter coming before the Court in

19   January of 2007?

20        A.   Yes, sir.

21        Q.   Let me turn your attention to the next

22   page.  Do you see a conviction here for resisting,

23   evading, and obstructing an officer?

24        A.   Yes, sir.

25        Q.   Was that a misdemeanor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, sir.

2      Q.   Where did that crime occur?

3      A.    It occurred in MDC county jail.  I

4 received a huila from the guy that brought me into

5 the SNM -- a huila is a kite from the streets --

6 indicating that there was an SNM dropout in Seg Unit

7 that I was supposed to get at, and I did.  I started

8 an argument with the STIU officers, which placed me

9 in segregation there.  I took the keys from the --

10      Q.   What was the problem with that person?

11      A.    He was an SNM dropout.  He was a target

12 for the SNM.  So what I did is, I got into the seg

13 unit, manipulated the system; got into the seg unit,

14 assaulted a cop; got control of the control center;

15 popped their doors, and we stabbed him and beat him

16 up.

17      Q.   Did that person survive that assault?

18      A.   Yes, sir.

19      Q.   Sounds like pretty serious conduct, having

20 stabbed somebody.  Do you know why you were only

21 convicted of resisting, evading, or obstructing an

22 officer?

23      A.   Because he refused to testify and because

24 the CO made a mistake, so there was what you call

25 like a technicality in the case.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   So as a result of what happened there, did
2   it result in a misdemeanor conviction?
3        A.   Yes, sir.
4        Q.   Let me turn your attention next to page
5   23111.  Do you see a conviction having come before
6   the court in 2008, for resisting, evading, or
7   obstructing an officer, and in parentheses it says
8   "a correctional officer"?
9        A.   Yes, sir.
10       Q.   Was that for conduct occurring in 2007?
11       A.   Yes, sir.
12       Q.   And since it was a correctional officer,
13  was that another act of resisting inside of a jail
14  or prison facility?
15       A.   Yes, it was a prison facility.  One of the
16  officers was heard to hang around one of the other
17  groups, and one of the other officers that was
18  having domestics with what we call our organization
19  at another facility.  So I took it upon myself to
20  assault him.
21       Q.   Let me turn your attention to page 23113.
22  Do you see this filed with the Court on July 1 of
23  2011?
24       A.   Yes.
25       Q.   Let me turn your attention next to the
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.                                     1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

1    next page.  Do you see convictions here for

2    aggravated battery, and does HH stand for household

3    member?

4         A.    Yes, sir.

5         Q.    And does GBH stand for great bodily harm?

6         A.    Yes.

7         Q.    And another conviction for possession of a

8    controlled substance, being heroin?

9         A.    Yes, sir.

10        Q.    Okay.  Mr. Cordova, you had mentioned

11   before that the SNM had to come first; is that

12   correct?

13        A.    Yes, sir.

14        Q.    I want you to tell the jury about this

15   aggravated battery against a household member.  Who

16   was the victim of that crime?

17        A.    It was my wife.  She had broke the rules

18   of the organization, so a violation was required for

19   her and one of the other SNM members.  So I severely

20   beat her, causing great bodily harm.

21        Q.    So was this the result of another incident

22   of what happened between two brothers before?

23        A.    Yes.  We didn't want it to turn into

24   another Styx and Julian viaje, where that started a

25   war; brothers were getting stabbed and murdered over

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    it, because one of the brothers disrespected another

2    brother with his wife.

3         Q.    You used the term "viaje."  What did you

4    mean by that?

5         A.    It means a situation.

6         Q.    Now, who either asked you or ordered you

7    to hurt your wife in order to avoid a Styx and

8    Julian Romero situation?

9         A.    I had a conversation with Styx and with

10   Arturo Garcia.

11        Q.    And was the other person -- was your wife

12   talking to another SNM Gang member?

13        A.    Yes, sir.

14        Q.    So as a result of your wife talking to

15   another member, was this once again to avoid

16   something that happened between Styx and Julian?

17        A.    Yes.

18        Q.    And did you hurt your wife pretty badly?

19        A.    Yes, sir.

20        Q.    What happened to your wife, Mr. Cordova?

21        A.    I broke her jaw, broke her ribs, broke her

22   arm in a couple of places, gave her some internal

23   bleeding, and broke the top bridge of the inside of

24   her teeth, her mouth.

25        Q.    All right.  So about how long did it take

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    her to recover from those injuries?

 2         A.    Months.

 3         Q.    And once again, did you do that because it

 4    was expected of you by virtue of your membership as

 5    an SNM Gang member?

 6         A.    Yes.

 7         Q.    What did the possession of heroin have to

 8    do with the other charge here?

 9         A.    Me and another SNM member were trafficking

10    narcotics to further the organization of the SNM on

11    the streets.  He got caught one day. I got busted

12    four days later.

13         Q.    Now, it's not in your penitentiary packet,

14    but I'm going to ask you about another conviction of

15    yours.  Around the January 2016 timeframe, were you

16    pending sentencing for another case?

17         A.    Yes.

18         Q.    What had you been charged with initially?

19         A.    Manslaughter.

20         Q.    Were you charged with manslaughter or was

21    that the result of your trial?

22         A.    I was charged with first-degree murder,

23    willful and deliberately.  I was facing life plus 44

24    on that case.

25         Q.    And did you take that case to trial?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   What was the result?

 3        A.   I got manslaughter, seven years.

 4        Q.   So were you -- and where were you being

 5   housed at that time?

 6        A.    In prison, back and forth from the county

 7   jail, also in MDC county.

 8        Q.   And so did MDC replace the old BCDC as the

 9   jail?

10        A.   Yes, sir.

11        Q.   And in December of 2015, do you remember a

12   certain event taking place at MDC with SNM Gang

13   members?

14        A.   Yes, sir.  It was a gang sweep.  We were

15   getting hit with the RICO Act by the FBI.

16        Q.   As a result, did you begin seeing your

17   brothers come into the jail?

18        A.   Yes, sir.  One day I was coming back -- I

19   was in the middle of my murder trial -- I was coming

20   back in.  And the whole unit was full of my

21   brothers.  They told me they were being hit with a

22   RICO Act.

23        Q.   And following that time, in January of

24   2016, did you have a meeting with anybody from the

25   FBI?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.

 2        Q.   How did that meeting take place?

 3        A.   Bryan Acee pulled me out with the STIU

 4   there at the county jail and explained to me that

 5   SNM is being targeted for RICO Act for numerous

 6   murders and assaults and other things of organized

 7   activity.

 8        Q.   And did you agree to talk to him on that

 9   day?

10        A.   Yes, sir.

11        Q.   And was that -- would you consider that a

12   violation of the SNM rules at that time?

13        A.   Of course.

14        Q.   Why did you agree to talk to him?

15        A.   Because I was just -- I was tired of the

16   lifestyle.

17        Q.   Did you understand that you could

18   potentially be charged as a result of the SNM

19   members being arrested?

20        A.   Yes, sir.

21        Q.   After you met with Agent Acee, did you

22   agree to speak further with the FBI?

23        A.   Yes, sir.

24        Q.   And did you agree to cooperate with the

25   FBI?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    And within a month of your agreement to

 3   cooperate, what were you doing for the FBI?

 4        A.    I was conducting recordings on murder

 5   investigations that were being conducted within the

 6   organization by the FBI.

 7        Q.    And did you record people in a prison

 8   facility?

 9        A.    Yes, I recorded one at a Level 6 facility,

10   and I recorded another one in Level 4, tier time

11   facility.

12        Q.    How were you able to do that?

13        A.    With a recorder through the vents.

14        Q.    And did you record them making certain

15   statements about a murder?

16        A.    Yes, sir.

17        Q.    After that time, did you continue being a

18   cooperator for the FBI?

19        A.    Yes, sir.

20        Q.    And did they sign you up as a confidential

21   human source?

22        A.    Yes.

23        Q.    As a result of you recording people and

24   giving information, did they begin putting some

25   money on your books?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   Do you remember that after all the

 3   expenses and the payments, that you received

 4   approximately $950 from the FBI?

 5        A.   Yes, sir.

 6        Q.   At some point in time, did the payments

 7   from the FBI stop?

 8        A.   Yes, sir.

 9        Q.   What was -- why did they stop?

10        A.   Because I had violated rules and

11   regulations inside the prison facility.

12        Q.   So were you still in a prison setting?

13        A.   Yes, sir.

14        Q.   As a result of being in the prison

15   setting, were you allowed to have contact visits

16   with family?

17        A.   Yes, sir.

18        Q.   And what happened during the contact

19   visits?

20        A.   Me and my wife were having sexual

21   relations in the visit.

22        Q.   And do you know whether or not those were

23   recorded on video?

24        A.   Yes, sir.

25        Q.   And were those eventually discovered when
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   somebody saw the video?

 2       A.   Yes.

 3       Q.   About how many times do you remember

 4   having sexual relations with your wife?

 5       A.   A few times.

 6       Q.   And was anyone else in the room on some of

 7   those occasions?

 8       A.   Yes, sir.

 9       Q.   Who was there?

10       A.   My daughters.

11       Q.   How old were they?

12       A.   At the time 11 and 12.

13       Q.   Now, were your daughters able to see you

14   having sex with your wife?

15       A.   No, I believe not, but --

16            MR. GRANBERG:  Objection, Your Honor.

17   Calls for speculation.

18            THE COURT:  If he knows --

19       A.   No.

20            THE COURT:  -- he can answer the question.

21       A.   No, we'd set up a board game.  I would put

22   my yellow prison shirt over her lap, and I would --

23   we'd be facing away from them, and I would take her

24   pants down from behind.  That's how we do it, like

25   that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:
 2        Q.   Was your wife sitting on your lap during
 3   these sexual encounters?
 4        A.   Yes, sir.
 5        Q.   And then you said -- did you cover her lap
 6   so no one could see what you were doing?
 7        A.   Yes, sir.
 8        Q.   And as a result of this happening, did
 9   you -- were you also punished by the Corrections
10   Department?
11        A.   Yes.
12        Q.   If you recall, what was the punishment you
13   received from them?
14        A.   Six months in the hole and a year loss of
15   all privileges.
16        Q.   And can you tell the members of the jury
17   whether or not the FBI contacted anyone to
18   investigate that conduct?
19        A.   Yes, they contacted CYFD and they
20   investigated it.
21        Q.   And were you eventually charged as a
22   result of that conduct?
23        A.   No, sir.
24        Q.   Did they also contact State Police?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And then in January of 2017 were you
 2   notified that you were being closed as a
 3   confidential human source?
 4      A.   Yes, sir.
 5      Q.   I'm going to go back to some of your time
 6   as a gang member and ask you if you ever tried
 7   taking drugs into prison facilities.
 8      A.   Yes, sir.
 9      Q.   Who would you get the drugs from?  Let me
10   ask you specifically about someone named Chris
11   Garcia.
12      A.   Yes, sir.  He was one of our distributors.
13   He was real big, heavy in the narcotics game.  Real
14   heavy.  And he would produce us with narcotics when
15   we got out to the streets, help us get on our feet,
16   those that wanted to distribute narcotics, and
17   introduce narcotics into facilities through staff or
18   through visits.
19      Q.   And who were some of the people you got
20   drugs in to?
21      A.   I got drugs in to numerous people:
22   Dan Dan Sanchez, Sleepy, Cyclone.  I know when I was
23   in prison, I even hit with drugs.  That was on my
24   own terms, with Arturo Garcia, when we were at the
25   South.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You mentioned somebody named Cyclone?

 2        A.   Yes, sir.

 3        Q.   Was that person known as Benjamin Clark?

 4        A.   Yes, sir.

 5        Q.   And what types of drugs were you moving

 6   into the facility?

 7        A.   Heroin and cocaine.

 8        Q.   And was drug distribution part of what the

 9   SNM did when you were a member?

10        A.   Yes, because it's a form of power in the

11   prison system.

12        Q.   When you were on the streets, I want to

13   ask you about one particular incident.  Was there

14   somebody dealing drugs in the same area where you

15   were either living or dealing drugs?

16        A.   Yes.

17        Q.   Was that person a Los Carnales gang

18   member?

19        A.   Yes, sir.

20        Q.   Please tell the members of the jury how

21   you learned somebody was dealing in the

22   neighborhood, for starters.

23        A.   We call our brothers our carnals.  Chris

24   Garcia had called me up on the phone and he tells me

25   I need to contact another SNM Gang member and need
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    to speak with him.  At that time I contacted Boxer,

2    also known as Anatascio Amador.  And I went to go

3    meet him for the first time and he explained the

4    situation, that there was another rival gang member

5    extorting other drug dealers and trying to

6    distribute narcotics within our stomping grounds,

7    which is what we control.

8         Q.    So did you find out who that person was?

9         A.    Yes, sir.

10        Q.    And what happened after you learned who

11   that person was?

12        A.    We gave him a hotshot of heroin, which he

13   died.  And later on we went back, picked up the

14   body, and disposed of the body.

15        Q.    What does that mean, to give someone a

16   hotshot of heroin?

17        A.    Give them a bad dose, where they OD.  We

18   gave it through somebody that we knew real good,

19   that was distributing narcotics for us.  We gave it

20   through one of our dealers and he made sure he got

21   it, and when he OD'd, we went back and retrieved the

22   body and disposed of it.

23        Q.    Who was the person who gave that first

24   hotshot?

25        A.    It was a brother, one of our carnals,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                      e-mail: info@litsupport.com
REPORTING SERVICE

1  Smoky from Santa Fe, his little brother.

2       Q.   Did you send him into the house to give

3  this person the drugs?

4       A.   No.  I was -- we were in my Cadillac.

5  When we rolled up, the windows were tinted so they

6  couldn't see who I was.  Boxer gave him the hot dose

7  of heroin and told him to make sure he gets this.

8  Then we gave him another different-colored balloon

9  of heroin for himself, for doing the job for us.

10 And about 30 minutes later he called us back up,

11 told us that the guy dropped in the bathroom, he

12 OD'd.  We went back and checked him to make sure he

13 was dead.  He was dead.  We retrieved the body, put

14 it in my trunk, and went and dropped him at a nearby

15 church.

16      Q.   Did you ever know what happened to that

17 person?

18      A.   That person was discovered by the coroner

19 of Albuquerque Police Department.

20      Q.   Were you ever -- before you told the FBI

21 what happened, had anyone ever caught you for that

22 crime?

23      A.   No.  I was never apprehended for the

24 murder.

25      Q.   Were you ever arrested or prosecuted for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that crime?

2        A.   No, sir.

3        Q.   I want to ask you about some of your time

4   in the SNM and people you talked to over the years.

5   You mentioned previously you knew about this

6   division within the gang regarding Gerald Archuleta

7   and Julian Romero?

8        A.   Yes, sir.

9        Q.   And was that about one man sleeping with

10  another man's wife?

11       A.   Yes.

12       Q.   Did you ever have a discussion with Billy

13  Garcia about that topic in 2004?

14       A.   Yes, sir.

15       Q.   Where were you?

16       A.   MDC Seg 3, on the top long tier.

17       Q.   When you say "Seg 3," what does that refer

18  to?

19       A.   It's an STG unit, the same unit, the same

20  pod that I assaulted the other dropout, SNM member.

21  It's kind of like a lockdown pod, but we get tier

22  time, go out and talk to each other in front of each

23  other's doors and stuff.

24       Q.   Who else was in the facility at that time

25  as far as SNM Gang members?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I know that Ramon Rascon was on our tier,

2  also known as Cheeky.  He was Wild Bill's neighbor,

3  I believe.  And Frederico Munoz, also known as

4  Playboy, was on the bottom tier.

5      Q.   Do you know why Playboy was there at that

6  time?

7      A.   He was there for assassinating another

8  rival gang member, also known as LC.

9      Q.   LC?  Is that Los Carnales?

10      A.   Yes.

11      Q.   Is that the murder that people refer to as

12  the barbershop murder?

13      A.   Yes, sir.

14      Q.   And tell us about the discussion you had

15  with Billy Garcia about the Julian and Styx

16  situation?

17      A.   Well, I had got word from one of the guys

18  that brought me in, my sponsors, telling me to have

19  Playboy's back because we're riding with Styx on the

20  Julian and Styx llaves, which is a situation.

21      Q.   At that point, had you started taking

22  sides?

23      A.   I went to Wild Bill first, because he was

24  one of the shot-callers within the organization at

25  the time.  And I'm discussing what should I do with

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492

 

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  that situation.  He tells me, "Carnal, stay out of

2  it."  And --

3      Q.   Just so it's clear, who told you to stay

4  out of it?

5      A.   Billy Garcia, also known as Wild Bill.

6      Q.   He tells you to stay out of it.  What

7  happens next?

8      A.   Well, I'm new in the organization, so I'm

9  not understanding why he's saying stay out of it

10 when he just had two brothers assassinated in Las

11 Cruces, New Mexico, prison.  One of them was

12 assassinated for being a fence-jumper which was an

13 LC member first, then became SNM.  The another one

14 was assassinated for being accused of -- for

15 cowardice within the organization.

16     Q.   Do you know that from having conversations

17 with Billy Garcia?

18     A.   Well, I asked him.  I asked him, "What's

19 the difference, carnal?"

20     Q.   Just so you explain, he tells you, "Don't

21 get involved."  And how did the 2001 murders play

22 into this conversation?

23     A.   Well, when he tells me don't get involved,

24 I tell him, "What's the difference?  Looney and

25 Pancho broke the rules, and Julian broke the rules."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          And he says, "Carnal, this is the

2   difference.  Before you come into the organization,

3   you're a man first.  We don't accept victims, vatos

4   that can't stand up for themselves.  If you can't

5   stand up for yourself, we're not going to stand up

6   for you because that's not what we're about."  He

7   says, "Looney and Pancho -- Looney was a

8   fence-jumper, so that was an onda thing.  Now, with

9   Styx and Julian, it's a personal -- it's a personal

10  disrespect."  He says, "Within the organization

11  we're not allowed to put hands on each other, but

12  since he disrespected him as a man, we'll all step

13  back and we'll let them two kill each other.  Now,"

14  he says, "as far as Pancho and Looney, I had Looney

15  hit because he was a fence-jumper, and Pancho showed

16  acts of cowardice that left brothers flojas in

17  Western when we hit some LCers in the gym.  So

18  that's why."

19          Q.   What's a fence-jumper?

20          A.   Somebody that is from one organization and

21  then tries to come into another organization.

22          Q.   So when Julian Romero slept with Gerald

23  Archuleta's wife, was it still considered an act of

24  disrespect within the gang?

25          A.   Yes, it's an act of disrespect but it's on

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492

PROFESSIONAL COURT                       e-mail: info@litsupport.com
REPORTING SERVICE

1  a personal level, as one man disrespecting another

2  man.

3       Q.   Is that the way that Mr. Garcia explained

4  it to you in terms of something that those two

5  should just handle on their own?

6       A.   Yes.

7       Q.   Approximately what year was that?

8       A.   2004.

9       Q.   I want to move forward to another time

10 when you were housed with Christopher Chavez and

11 someone named Joe Martinez.  Do you remember about

12 what year that was?

13      A.   Yes, sir.  That was in 2006 and '07 at the

14 South.

15      Q.   What do you remember about your

16 conversation with Christopher Chavez?

17      A.   Christopher Chavez was a porter at the

18 South Level 5.  At this time, I'm still in solitary

19 confinement because of our gang membership working

20 our way to get out to a Level 4; right?  Well, he's

21 a porter and --

22      Q.   What does a porter do?

23      A.   A porter cleans the pod.

24      Q.   All right.  Did you have a chance to visit

25 with him?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes.  My food port was open, and we got a
2   chance to meet each other, introduce each other.
3   And he heard I was a good carnal, that I earned my
4   bones, and that I was down.  And he was introducing
5   himself, and he was telling me that he was down,
6   too; and that he's earned his bones, too, in that
7   Looney and Pancho viaje in 2001, and that he was
8   down for the onda.
9       Q.   What did he say about people going to
10  sleep?
11      A.   He said, "In here, carnal, if you do
12  something, if you have to stab him, do it.  But if
13  we're out, and we can get things done, just strangle
14  him, put him to sleep.  Because by the time they
15  find them, sometimes they'll even find them two days
16  later or hours later.  And it's the best way for you
17  to get away and not be found.  You know, you can go
18  shower and clean up the evidence afterwards."
19      Q.   And did you come across somebody named Joe
20  Martinez around that timeframe?
21      A.   Yes, sir.
22      Q.   Was he known by any other names?
23      A.   Yes, Cheech.
24      Q.   I want to ask you if Cheech showed you
25  anything regarding another SNM Gang member.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1      A.   Yes, he showed me Fred Sanchez's

2  paperwork, also known as Fred Dawg.

3      Q.   If you know, what was the purpose of

4  showing you that paperwork?

5      A.   Because I was real close to Fred Dawg.

6      Q.   Did you know where the paperwork came

7  from?

8      A.   It came from the North.

9      Q.   Do you know who was housed at the North

10  during that time?

11     A.   Yes.  There was several brothers, but at

12  that time we knew the tabla was at the North.

13     Q.   And what did it mean to have the tabla?

14     A.   The tabla are the advisors, the

15  shot-callers for the organization that call the

16  hits.  Anything with policies being changed,

17  anything big that's going on within the

18  organization, they're the ones that call it.

19     Q.   Who was on the tabla at the North at that

20  time?

21     A.   It was Arturo Garcia, Michael Zamora,

22  Robert Martinez, Gerald Archuleta, and Juanito

23  Mendez.

24     Q.   What did it mean when he showed you

25  paperwork on Fred Dawg?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

34

```
 1        A.    That means that he broke the rules, he was
 2   a rat, so that was an organization thing.
 3        Q.    And what did you do in response to
 4   learning that Fred Sanchez was a rat?
 5        A.    Well, I tried to get him one day in the
 6   yard, but I didn't succeed.  COs tackled me.
 7        Q.    What did you try to do?
 8        A.    Well, I took a homemade shank out to the
 9   yard, keistered in my rectum, pulled it out of my
10   rectum, placed it around my neck, had a handcuff
11   what call a slip key.  Slip it where the teeth of
12   the handcuffs are, and the handcuff comes right out.
13   And I came around the yard because we were in
14   separate cages, trying to get him, trying to stab
15   him, and the COs tackled me.
16        Q.    And did you yourself try to kill Fred
17   Sanchez on that day?
18        A.    Yes.
19        Q.    And was that something you were doing
20   pursuant to SNM rules?
21        A.    Yes, sir.
22        Q.    Were you successful on that occasion?
23        A.    I failed.
24        Q.    Do you know where Fred Sanchez went after
25   he was at that facility?
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                    1-800-669-9492
                                              e-mail: info@litsupport.com

1    A.    He came down to Southern, Cruces.

2    Q.    And if you recall, about how much longer

3 after that was Fred Sanchez killed?

4    A.    Probably within a week, week and a half,

5 if that.

6    Q.    I want to turn your attention now to a

7 conversation you had with Edward Troup.  Do you

8 remember approximately when that was?

9    A.    Yes, sir.

10    Q.    What timeframe?

11    A.    It was 2014, around February or March.

12    Q.    And where you were located at that time?

13    A.    Me and him were together doing time at the

14 Southern New Mexico Correctional Facility in yellow

15 pod.  I was on the bottom tier -- he was on the

16 bottom tier, I was on the top tier.

17    Q.    And were you someone who would give Troup

18 drugs during that time period?

19    A.    Yes, we would both share drugs and get

20 high together.

21    Q.    What was Mr. Troup and Ben Clark's

22 relationship at that time?

23    A.    Well, when we would run out of drugs, Ben

24 Clark would send in drugs sometimes.  He was the

25 only one -- he gave us help to like that.  He said,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    yeah, that's my boy.  I took care of business for

2    him in the past, so he shows me a lot of love.  At

3    that time he started running me down, I'm not happy

4    with Fred Dawg.

5         Q.   Let me stop you there.  Who did work for

6    who?

7         A.   Huero Troup did work for Benjamin Clark,

8    Cyclone.

9         Q.   And why did Mr. Troup get involved?

10        A.   Yeah, he said he got involved because the

11   Rascon brothers were taking too long to handle

12   business on Fred Dawg, so him and another brother

13   took it upon themselves and assassinated him.

14        Q.   Did he mention who the other brother was?

15        A.   No, but he was more or less like, like

16   leaning it towards Wineo.

17        Q.   Did he use any term to describe the Rascon

18   brothers?

19        A.   He said -- excuse my language when I say

20   this -- but he said they're chafa, they're a bunch

21   of pussies.

22        Q.   What does the term "chafa " mean?

23        A.   Excuse my language, but it means they

24   ain't worth a fuck.

25        Q.   Is that a term that was used within the

SANTA FE OFFICE                                                                                   MAIN OFFICE
119 East Marcy, Suite 110                                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                         Albuquerque, NM 87102
(505) 989-4949                                                                                      (505) 843-9494
FAX (505) 843-9492                                                                             FAX (505) 843-9492
                                                                                                   1-800-669-9492
                                                                                         e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   SNM?
 2        A.   Yes, sir.
 3        Q.   Now, you mentioned that you used to deal
 4   drugs for the SNM.  Were you also a drug user?
 5        A.   Yes, sir.
 6        Q.   What types of drugs have you used?
 7        A.   All of them.
 8        Q.   And when was the last time you used drugs?
 9        A.   About six months ago.
10        Q.   Where were you?
11        A.   Clayton, New Mexico, in the Northeastern
12   facility.
13        Q.   And why did you use drugs at that time?
14        A.   I was -- well, today, I'm not proud; I
15   never wanted to leave the organization, becoming a
16   rat and informing.  I'm not proud of what I'm doing
17   here today.
18        Q.   Were you struggling with that at that
19   time?
20        A.   Yes, I was struggling with that on top of
21   a lot of other things.  And there were days I
22   couldn't get out of bed.  You know, what I did meant
23   a lot to me, being a gangster, being an SNMer.  I
24   was proud of who I was during that time.  There was
25   some days I woke up, I didn't know who I was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    anymore.  I never ratted on nobody.  You never see a

2    statement, never see me talk to the STIU.  I never

3    made a statement to law enforcement.

4         Q.    Before you met Agent Acee, had you

5    cooperated with law enforcement before?

6         A.    No, sir.

7         Q.    Now, I also want to ask you whether an

8    attorney at a pretrial hearing asked you a question

9    about your drug use.  Do you recall that?

10        A.    Yes, sir.

11        Q.    And were you under oath at that time?

12        A.    Yes.

13        Q.    Do you remember what you said about the

14   last time you'd used drugs?

15        A.    Yes.

16        Q.    What do you recall about that?

17        A.    I didn't understand the question.  I told

18   him, no, it's been a while.

19        Q.    And at that time was that true?

20        A.    No, sir.

21        Q.    After you testified, did you meet with me

22   for your testimony in another proceeding?

23        A.    Yes, sir.

24        Q.    And at that time, did I ask you when the

25   last time you used drugs was?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    And did you tell me?

 3        A.    Yes, sir.

 4        Q.    And as a result was that inconsistent with

 5   what you had said on the stand?

 6        A.    Yes, sir.

 7        Q.    And was that information disclosed to the

 8   defense attorneys?

 9        A.    Yes, sir.

10        Q.    And was that brought out in court in other

11   proceedings?

12        A.    Yes, sir.

13        Q.    And did you learn at that time that you

14   had said something inconsistent with the way you

15   were testifying?

16        A.    Yes.

17        Q.    What did you do as a result of learning

18   that you misunderstood this question?

19        A.    I apologized to the Court.

20        Q.    Is that because this is the Court, and

21   that's kind of a big deal?

22        A.    Yes, sir.

23        Q.    So when you first answered that question

24   when you were on the stand, did you understand it?

25        A.    No, sir, I didn't understand the question.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And did you later clarify when you had

2   actually last used?

3             MR. COOPER:  Your Honor, I'm going to

4   object to the leading nature of these questions.

5             THE COURT:  Sustained.  Sustained.

6   BY MR. CASTELLANO:

7        Q.   So was that information then provided to

8   the defense attorneys so they would know about it?

9        A.   Yes, sir.

10       Q.   And the time you said you last used in

11  Clayton, is that the same answer that you've

12  previously talked about?

13       A.   Yes, sir.

14       Q.   You mentioned struggling, even today, as

15  somebody who is sitting on the stand.  Is that

16  something that's difficult for you as basically a

17  lifetime gang member?

18            MR. ROBERTS:  Leading.

19            MR. COOPER:  Objection.

20            THE COURT:  Sustained.

21  BY MR. CASTELLANO:

22       Q.   Let me rephrase it.  Is this easy for you?

23            MR. COOPER:  Objection, leading.

24            THE COURT:  Sustained.  Let's let the

25  witness testify right now, Mr. Castellano.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. CASTELLANO:
 2       Q.   How do you feel about testifying?
 3       A.   It's life-shattering for me.  Just imagine
 4  yourself right now, everything you've worked for,
 5  everything you've done in your career, say you go
 6  and pick up a felony case right now, how your family
 7  would look at you if they found out you're a
 8  criminal.
 9       Q.   So what does that do to your identity as a
10  gang member?
11       A.   Right now, that's how I feel.  I feel like
12  everything I've worked hard for -- that was a
13  career, just not -- I wasn't out there being an
14  idiot, a stupid criminal, doing things for no
15  reason.  I was part of an organization, and we did
16  it by reason.
17       Q.   And did that include violent acts?
18       A.   It included violent acts, trafficking
19  narcotics, extortion, whatever we had to do to
20  further the organization.
21       Q.   What was your reason for doing those
22  things at that time?
23       A.   It was to earn recognition inside the
24  organization.
25       Q.   Based on your cooperation with law
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   enforcement, can you ever go back to the gang?
 2        A.    No, sir.
 3        Q.    Do you have gang tattoos?
 4        A.    Yes.
 5        Q.    Where are they on your body?
 6        A.    My whole right arm, my whole left arm, my
 7   neck, my chest, my hands, my face.
 8        Q.    I want to ask you about a tattoo I think
 9   on your left shoulder blade.  What is that?
10        A.    It's Sun Tu (phonetic).  It's the sun god.
11   It's what we say brothers in the organization get
12   tattooed, ones that have spilled blood, murder,
13   stabbing people, had done violent acts for the
14   organization.
15        Q.    Did you know any other brothers who had a
16   similar type of tattoo?
17        A.    Yes, sir.
18        Q.    Who were those people?
19        A.    Cyclone.  I believe Huero Troup.  And
20   Sniper.  There was a few of us that have that, that
21   shed blood for the organization.
22        Q.    And what does it symbolize?
23        A.    It symbolizes the sun god.  It's Mayan.
24   It's -- we use another form, like the Zia, we were
25   started to get noticed real big for the Zia.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Brothers that were earning their bones.  So we

2  wanted to pick out a new tattoo within the

3  organization where brothers can single other

4  brothers out, and put in work and it was Sana Tu

5  (phonetic), it was the sun god.

6      Q.   I want to go back to the time that you

7  were pending the murder charge.  Do you remember

8  that?

9      A.   Yes, sir.

10     Q.   And where were you being housed during

11  that time period?

12     A.   I would be housed in different locations

13  because of my court.  I would be back and forth from

14  PNM North to Central New Mexico Correctional

15  Facility, and at the time it was finally MDC when I

16  was going to trial.

17     Q.   When you were getting moved back and

18  forth, were you ever housed with somebody named

19  Andrew Gallegos?

20     A.   Yes, sir.

21     Q.   Where was that?

22     A.   It was at the Central New Mexico

23  Correctional Facility.  It was 1-B, D pod, I

24  believe.

25     Q.   And do you see that person in the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1   courtroom today?

2       A.   Yes, sir.

3       Q.   Where is he sitting, and what is he

4   wearing?

5       A.   I need glasses, I think.  He's in the

6   back.  I need glasses.

7       Q.   Did you say you need glasses?

8       A.   Yes, sir.

9       Q.   How well can you see across the courtroom?

10      A.   From here to you, I see real blurry.

11      Q.   Let me ask you this.  Who is Andrew

12  Gallegos?

13      A.   Smiley, another SNM member of the

14  organization.

15      Q.   I want to ask you about a conversation you

16  had with him.  What do you remember about a

17  conversation you had with him, including about your

18  case and what was going on?

19           MR. SINDEL:  Your Honor, may we have a

20  limiting instruction at this time?

21           THE COURT:  Do you agree to that,

22  Mr. Castellano?

23           MR. CASTELLANO:  Actually I'm not sure I

24  do, Your Honor.  If we can approach?

25           THE COURT:  Why don't y'all come up and

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  remind me about what he said.

2        (The following proceedings were held at

3  the bench.)

4        THE COURT:  What's the statement here?

5        MR. CASTELLANO:  So they're housed

6  together at the Central New Mexico Correctional

7  Facility.

8        THE COURT:  Is this one of the ones I

9  ruled on?

10       MR. CASTELLANO:  No, because this happened

11  on April 2.

12       THE COURT:  Something new?

13       MR. CASTELLANO:  Yes.

14       THE COURT:  Where does it start?

15       MR. CASTELLANO:  It's on the report Bates

16  stamped 68508.  It's page 3 of 4, the last full

17  paragraph.

18       THE COURT:  "Mr. Cordova told Gallegos

19  about his murder case and Andrew Gallegos told him

20  how to beat a murder case.  We'll whack him.  They

21  sell for us or not at all in Valencia, Socorro."

22  Well --

23       MR. CASTELLANO:  Actually, that's not the

24  full statement.  What I can tell the Court is, I

25  want to ask him about the drug-dealing in Valencia

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and Socorro.  I do not want to ask about the 2004

2   murders.

3            THE COURT:  You just want that last

4   statement, "They sell for us"?

5            MR. CASTELLANO:  Yes, and I have something

6   on the next page.

7            THE COURT:  All right.  Let me rule on the

8   first one there.  I think on that first one, that's

9   a statement against interest, so I'm not going to

10  give a limiting instruction on that.

11           MR. SINDEL:  But it doesn't have anything

12  to do with Joe Gallegos.  It's not part of a

13  conspiracy.

14           THE COURT:  But it's part of the SNM Gang.

15  That's what they do.  They sell drugs.

16           MR. SINDEL:  I believe that's stretching

17  what the statement is about.  He doesn't say

18  anything in here about the SNM Gang or anything else

19  about that being the purpose of it.  And I think

20  that that's --

21           THE COURT:  I'm articulating your theory;

22  correct?

23           MR. CASTELLANO:  Your Honor, it will be

24  further explained on the next page.

25           THE COURT:  All right.  So I won't give a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   limiting instruction on that statement.  But if
2   you're not going to bring in that first, then I
3   suggest you lead him so he doesn't get into the
4   murder cases.
5            Let me see the one on the back.  The whole
6   thing?
7            MR. CASTELLANO:  Yes.
8            THE COURT:  What's in yellow, or the whole
9   paragraph?
10           MR. CASTELLANO:  Actually, the whole
11  paragraph, Your Honor.
12           THE COURT:  Are you starting with A.
13  Gallegos, or is it the sentence that's on the prior
14  page?  "Cunte took the rap because the evidence was
15  on him."  Are you trying to get that in?
16           MR. CASTELLANO:  No, that refers to the
17  2004 murders.
18           MR. SINDEL:  That's Frankie; right?
19           MR. CASTELLANO:  Yes.
20           THE COURT:  This last sentence -- is this
21  a statement by Andrew Gallegos, or is that action
22  that Mr. Cordova was reporting?  I'm not quite sure
23  I understand what he's saying there.
24           MR. CASTELLANO:  That refers to Mr.
25  Cordova's case.  He and his nephew were charged, and
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                            e-mail: info@litsupport.com

```
 1   one thing Andrew Gallegos had suggested to him was
 2   one person could take a heavier charge, get the
 3   other person off, and the person who gets off would
 4   get esquina otherwise --
 5           THE COURT:  But this is something that
 6   you're saying that Mr. Andrew Gallegos said?
 7           MR. CASTELLANO:  Yeah.
 8           THE COURT:  That last sentence?
 9           MR. CASTELLANO:  Yes.  The idea was, one
10   person takes the rap and the other person eventually
11   pays him back somehow.
12           THE COURT:  Is it just this paragraph or
13   is it these other statements, too?
14           MR. CASTELLANO:  The statement in the next
15   paragraph would just go against Andrew Gallegos.  He
16   allowed Mr. Cordova to use his PIN number to make
17   phone calls.
18           THE COURT:  That's not a statement,
19   though, that any limiting instruction --
20           MR. CASTELLANO:  Correct.
21           THE COURT:  That's just action?  All
22   right.
23           MR. CASTELLANO:  The next paragraph says,
24   "We're all from the onda."  That would go against
25   all the Gallegos brothers.  That's the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   second-to-the-last paragraph on that page.
 2           THE COURT:  I may need to give copies of
 3   this to everyone.  But I think -- what was the
 4   statement on this?
 5           MR. CASTELLANO:  It's on the
 6   second-to-the-last page, yes, on page 3 of 4 of that
 7   document.
 8           THE COURT:  And where is it, again?
 9           MR. CASTELLANO:  It is the last full
10   paragraph on that page.  That's the beginning of
11   that statement.  So it's the last paragraph.
12           THE COURT:  Where?  Where is it?  What is
13   it that you want to have him say?
14           MR. CASTELLANO:  The first part is that it
15   talks about drug-dealing in Valencia and Socorro in
16   those counts.
17           THE COURT:  You better show me.  I know --
18           MR. CASTELLANO:  That's the underlined
19   portion there.  I intend to stay away from the
20   discussion of the 2004 murders.
21           THE COURT:  Okay.  Do y'all want copies of
22   this?  Would this help, so you can see where I'm
23   going to give the instruction and where I'm not?
24           MR. SINDEL:  I think so, Your Honor.  But
25   may I say one more thing before you get rid of that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Why don't you make a copy of
 2  this page and this page.  How many copies do we
 3  need?  Make 10 real quick.
 4              MR. SINDEL:  The other thing was that
 5  there is a reference in there I think to the
 6  conclusion that this witness draws and the "they"
 7  refers to Joe Gallegos.
 8              THE COURT:  The what?
 9              MR. SINDEL:  The use of the word "they."
10  He never mentions, as far as I can see from the
11  302 -- Andrew Gallegos never says Joe's name or says
12  it's about Joe.  But this witness assumes that it
13  is.  So I believe that Mr. Castellano can lead him
14  through that to make sure that that reference isn't
15  made.  Because I think it's basically a conclusion.
16  He never once says in anything that I've seen that,
17  yeah, Joe Gallegos worked or did this.
18              THE COURT:  Here's what's going to happen.
19  You're going to get him to say -- you can lead him
20  because Mr. Sindel says you can.  But then I assume
21  you're going to turn around and say, "What did you
22  understand he means by 'they'"?  And he's going to
23  say.  If he doesn't say --
24              MR. SINDEL:  I'm going to be shocked if he
25  doesn't say it, because I think he's been asked that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  before.  But I think that that's just a conclusion
 2  on his part, you know.  It's his opinion.  It's not
 3  necessarily based on any facts that he learned from
 4  either Joe Gallegos or Andrew Gallegos.  So he can
 5  use the word "they."  We're stuck with that.
 6           THE COURT:  Well, I think you can also ask
 7  him what he understood by it.  And you can talk to
 8  him on cross about whether he has any basis for that
 9  conclusion.  But if a person is in a conversation
10  and they're reporting that conversation, later I
11  think they can testify about what they thought the
12  word "they" meant and what they understood it to
13  mean.
14           So on this on these two pages, you'll see
15  where I'll give the limiting instruction and where
16  I'm not.  The ones where I am not giving the
17  limiting instruction seem to me statements that are
18  against interest, and so they're coming under that
19  hearsay exception and not the statement of a party
20  opponent, where I would normally give a limiting
21  instruction.  So it will track that difference.
22           See if I can get these copies for you.
23  Front and back.  How is that for service?
24           MR. SINDEL:  Never been happier.
25           THE COURT:  I can tell.  You can thank me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  real loud when we leave this bench conference;
 2  right?
 3          MR. SINDEL:  I think I'll write it to you.
 4          THE COURT:  Mr. Cooper.  Okay.  Let me
 5  give you your document back, Mr. Castellano.
 6          Is everybody in agreement that we want
 7  Mr. Castellano just to lead through this so we can
 8  break it down and give limiting instructions
 9  appropriately?  I think everybody is shaking their
10  head.  So you can lead through these to get these
11  statements, and then I will try to give the limiting
12  instruction.  If I don't, stand up and tell me.  But
13  I will try to give this the best I can here.
14          All right.
15          MR. SINDEL:  Okay.
16          MR. ROBERTS:  Does it matter when I object
17  to leading questions?  I'll put on the record that I
18  do.
19          THE COURT:  I guess -- well, it's probably
20  not as good for you, but do you want to object?
21          MR. CASTELLANO:  I'm told by the other
22  lawyers that the witness needs to use the restroom
23  pretty badly, Your Honor.
24          THE COURT:  The witness does?
25          MR. BLACKBURN:  He was leaning over

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  talking to us.
 2          THE COURT:  Do you need to use the
 3  restroom?
 4          MR. CASTELLANO:  Sorry, Your Honor.
 5          MR. COOPER:  And he's a youngster.
 6          (The following proceedings were held in
 7  open court.)
 8          THE COURT:  Do you need to go now?
 9          All right.  The witness needs to use a
10  restroom, so we'll take our break now.  All rise.
11          (The jury left the courtroom.)
12          THE COURT:  All right.  We'll be in recess
13  for 15 minutes.
14          (The Court stood in recess.)
15          THE COURT:  Let's go on the record.  I
16  think we've got each defendant, and we've got an
17  attorney for each.
18          I want to make one change.  I misread one
19  line here on the back page, four lines, for some
20  reason I read that as "Even if we did it, we got
21  off."  But I think that says, Even though we did it,
22  we got off."
23          I don't think that portion should have a
24  limiting instruction, so you might break that down,
25  Mr. Castellano, because I think you get a limiting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   instruction for the first three lines, then no
 2   limiting instruction on that sentence, and then
 3   limiting instructions on "Until we get down to 18
 4   months left."  So you have to break out that.  Do
 5   you see what I'm saying?  I just misread that.  For
 6   some reason it clicked in my head that it said,
 7   "Even if we did it."  It says, "Even though."
 8   Everybody got that change?
 9            All right.  Anything we need to discuss
10   before we bring the jury in, Mr. Castellano?
11            MR. CASTELLANO:  No, Your Honor.
12            THE COURT:  Anything from any of the
13   defendants?
14            MS. HARBOUR-VALDEZ:  Your Honor, I have
15   been in contact with Ms. Bevel regarding the motions
16   to quash.  I think we've got it worked out, but
17   she's going to get with me on the next break.
18            THE COURT:  All right.  Sounds good.  All
19   rise.
20            (The jury entered the courtroom.)
21            THE COURT:  All right.  Everyone be
22   seated.
23            All right.  Mr. Cordova, I'll remind you
24   that you're still under oath.
25            THE WITNESS:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Castellano, if you wish to
 2   continue your direct examination of Mr. Cordova, you
 3   may do so at this time.
 4              MR. CASTELLANO:  Thank you, Your Honor.
 5              THE COURT:  Mr. Castellano.
 6   BY MR. CASTELLANO:
 7        Q.   Mr. Cordova, regarding this conversation
 8   with Andrew Gallegos, in which facility were you?
 9        A.   Central New Mexico Correctional Facility,
10   Los Lunas.
11        Q.   I'm going to show you two exhibits side by
12   side.  The first is Exhibit 789, and the next is
13   Exhibit 540.  Okay.  Do you see on the left location
14   history for Andrew Robert Gallegos?
15        A.   Yes.
16        Q.   Do you see on the right side of this
17   screen of Exhibit 789 Billy Cordova?
18        A.   Yes, sir.
19        Q.   And what time period was this?
20        A.   It was in 2015.
21        Q.   Let me show you on the left-hand side I've
22   marked a series of dates in 2015, and do you see
23   next to those dates there is a letter C for Central?
24        A.   Yes, sir.
25        Q.   Okay.  I've marked two areas on each of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

56

```
 1   these during the time period of approximately May to

 2   July of 2015.  Do you see those time periods,

 3   Mr. Cordova?

 4        A.   Yes, sir.

 5        Q.   At one point I'm looking at June 18, 2015,

 6   if I get this right.  Central 1-B, B-107?

 7        A.   Yes, sir.

 8        Q.   And unit 1-B, B-116.  Hopefully I've got

 9   those right.  Do you recall if you were in the same

10   housing unit, or just in the same facility?

11        A.   I was in the same pod with him.

12        Q.   And where did these conversations take

13   place?

14        A.   In the yard.

15        Q.   I want to ask you about a statement he

16   made.  Do you recall if he told you that they sell

17   for us or not at all in Valencia or Socorro?

18        A.   Yes.

19        Q.   And when he referred to "sell," was he

20   talking about drugs or something else?

21        A.   Drugs.

22        Q.   Now, at this point were you pending your

23   murder trial at that point?

24        A.   Yes, sir.

25        Q.   And do you recall if Mr. Gallegos, Andrew
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Gallegos, told you, "Don't plead out; fight it.

2   Look at us.  We got charged for Adrian Burns and

3   were released a few months later."

4        A.   Yes, sir.

5             THE COURT:  All right.  And on this, this

6   is a statement that you can only use in your

7   deliberations of the charges against Mr. Andrew

8   Gallegos.  You cannot use that information in your

9   deliberations as to any of the other gentlemen.

10            All right, Mr. Castellano.

11       Q.   Do you also recall Mr. Gallegos stating,

12  "Even though we did it, we got off"?

13       A.   Yes, sir.

14       Q.   "And all hearsay.  Some people say

15  bulldogging for dope.  Some people say we owed him

16  money.  It's all good."

17       A.   Yes, sir.

18            THE COURT:  That statement -- those

19  statements you can only use against Mr. Andrew

20  Gallegos.  You cannot use those against any of the

21  other gentlemen.

22            Mr. Castellano.

23            MR. CASTELLANO:  And Your Honor, point of

24  clarification.  Is that to be used against both

25  Andrew Gallegos and Joe Gallegos?  Or just Andrew

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

```
 1    Gallegos?

 2              THE COURT:  Just Mr. Andrew Gallegos.  It

 3    can't be used against any of the other gentlemen.

 4    BY MR. CASTELLANO:

 5         Q.   Did Andrew Gallegos also tell you, "They

 6    shot him, bound him, and burned him up"?

 7         A.   Yes, sir.

 8         Q.   And when he used the word "they," who did

 9    you understand him to refer that to?

10         A.   Him and Joe Gallegos, his brother.

11         Q.   Did you understand it to be Joe Gallegos

12    from the conversations you guys had?

13         A.   Yes, sir.

14         Q.   Did Andrew Gallegos also say "They,"

15    referring to law enforcement, "found him bound up in

16    the trunk of a car, burned up in the bosque"?

17         A.   Yes, sir.

18         Q.   "And they didn't have no evidence"?

19         A.   Yes, sir.

20              THE COURT:  Those two statements that

21    Mr. Cordova just testified to you can only use in

22    your deliberations of the charges against Mr. Andrew

23    Gallegos.  You cannot use those against any of the

24    other gentlemen in the courtroom.

25              All right, Mr. Castellano.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did he also say, "They didn't have no

2    evidence"?

3    A.   Yes, sir.

4         THE COURT:  And again, that statement can

5    only be used against Mr. Andrew Gallegos.  It cannot

6    be used against any of the other gentlemen.

7    Q.   And do you recall if Andrew Gallegos also

8    stated that "They walked, nobody ratted, stick

9    together"?

10        THE COURT:  Why don't you break those out.

11   Just ask him about the statement "They walked."

12   Q.   Do you recall if Mr. Gallegos stated that

13   they walked?

14   A.   They stated that they walked because all

15   of them stayed solid.  Nobody told on each other.

16   So without any evidence, without any witnesses, what

17   he was stating to is murder is the hardest crime

18   they can convict on, as long as no one talks, no one

19   rats.

20        THE COURT:  Well, the statement that "they

21   walked."  Let's stop there.  And why don't you then

22   ask him another question, Mr. Castellano?

23   Q.   Do you recall him also stating that,

24   "Nobody ratted, stick together"?

25   A.   Yes, nobody ratted, and that's why they

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



```
 1  beat it a few months later after they were charged
 2  with it.
 3            MR. ROBERTS:  Objection, Your Honor,
 4  nonresponsive.
 5            THE COURT:  Overrule the objection.  But
 6  the statement, "Nobody ratted, stick together," you
 7  can only use that in your deliberation of the
 8  charges against Mr. Andrew Gallegos.  You cannot use
 9  that against any of the other the gentlemen.
10            Mr. Castellano.
11  BY MR. CASTELLANO:
12      Q.   And at this point, were you pending a
13  murder charge with someone else?
14      A.   Yes, sir.
15      Q.   Who was the other person?
16      A.   My nephew.
17      Q.   So in relation to your case, did Andrew
18  Gallegos tell you if there was more evidence on you
19  to take the plea and let the nephew off, referring
20  to your nephew, or vice versa?
21      A.   Yes.
22            THE COURT:  That statement can only be
23  used in your charges against Mr. Andrew Gallegos.
24  That cannot be used against any of the other
25  gentlemen.
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did Mr. Gallegos also tell you that

2  the person that's let off would give the other

3  esquina?

4    A.   Yes, sir.

5    Q.   So if one person has the charges dismissed

6  or the case goes away, what does it refer to, to

7  give someone esquina?

8    A.   In other words, as long as he gets out

9  there and he's productive for me, does whatever I

10 tell him needs to be done on the inside, takes care

11 of it, that will be the arrangement.  I'll take the

12 hit, but when you get out, you take care of whatever

13 I need you to take care of.

14        THE COURT:  And the statement that he

15 attributed to Mr. Gallegos in the answer before can

16 only be used against Andrew Gallegos.  That cannot

17 be used against any of the other gentlemen.

18        Mr. Castellano.

19    Q.   During that time period, did the -- how

20 was the phone system working at the facility in

21 terms of how much use time you had?

22    A.   Well, I was under Interim Level 6 due to a

23 murder investigation that occurred in Las Cruces,

24 New Mexico, in that prison.  So all of us that are

25 under the criminal investigation were housed in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Interim Level 6 at that time, because they had a

2  conflict within the organization.  So we were only

3  allowed four phone calls a month.

4       Q.   And was Andrew Gallegos allowed more phone

5  calls than you were?

6       A.   Yes, because he wasn't Interim Level 6.

7  He was going to be transferred to a facility at

8  Level 4 to Las Cruces, New Mexico.

9       Q.   As a result of you only having a few phone

10 calls a month, did Andrew Gallegos help you with

11 your phone calls in some way?

12      A.   Yes, he gave me his PIN number so I could

13 use it and I could call my people on the streets.

14      Q.   And did that give you more access to phone

15 calls than what you had?

16      A.   Yes, because on my PIN number, after four

17 phone calls, my PIN number shuts off for the month.

18 But his was unlimited, because he was pending

19 transport to a Level 4.  So I got to use as much as

20 I wanted with his PIN number.

21      Q.   And did you actually make phone calls

22 using his account?

23      A.   Yes, sir.

24      Q.   And were you aware at that time that Joe

25 Gallegos, Andrew Gallegos, and Frankie Gallegos were

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   SNM Gang members?

 2        A.   Yes, sir.

 3        Q.   What did Andrew Gallegos say about East

 4   Siders respecting them?

 5        A.   Most of the influential members of the

 6   East Side Gang -- that's where he's from -- are from

 7   the SNM, so they have big influence within that

 8   street gang and they have them pretty much tied down

 9   under their wing.

10        Q.   What did he say about East Siders

11   respecting -- well, acknowledging that they're all

12   from the onda?

13        A.   It means that they pay tribute or they do

14   whatever those brothers from the SNM that are East

15   Siders tell them to do.

16             THE COURT:   And those two statements that

17   Mr. Cordova just attributed to Mr. Andrew Gallegos

18   in his last two answers, those can only be used in

19   your deliberation of the charges against Mr. Andrew

20   Gallegos.  That cannot be used against any of the

21   other gentlemen.

22             Are you about to wrap up, Mr. Castellano?

23             MR. CASTELLANO:   I am, Your Honor.

24   BY MR. CASTELLANO:

25        Q.   Mr. Cordova, were you ever charged in this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

64

1  case?

2      A.   No.

3      Q.   As a result of not being charged, did you

4  ever get discovery on a tablet in this case?

5      A.   No, sir.

6           MR. CASTELLANO:   I pass the witness, Your

7  Honor.

8           THE COURT:   Thank you, Mr. Castellano.

9           Mr. Blackburn, do you want to go first?

10           Mr. Blackburn.

11                   CROSS-EXAMINATION

12  BY MR. BLACKBURN:

13      Q.   Mr. Cordova, you indicated that you

14  basically were an SNM member when you were the age

15  of eight?

16      A.   No, sir.

17      Q.   When did you first join a gang?

18      A.   At the age of eight.

19      Q.   All right.   When was the first time that

20  you actually went to the Penitentiary of New Mexico?

21      A.   2003.

22      Q.   And how old were you at that time?

23      A.   19.

24      Q.   And did you become an SNM member then?

25      A.   I became an SNM member in BCDC County,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right before I went to prison.
 2        Q.   Okay.  And what year was that?
 3        A.   2003.
 4        Q.   All right.  So you have put a lot of work
 5   in in support of the gang, have you not?
 6        A.   Yes, sir.
 7        Q.   That included assaulting people, stabbing
 8   people, trying to kill people, water-boarding
 9   people; right?
10        A.   Yes, sir.
11        Q.   Because you even did some water-boarding;
12   is that right?
13        A.   Yes, sir.
14        Q.   Can you tell us what water-boarding is?
15        A.   Water-boarding is used when, say, we
16   commit a home invasion on other drug dealers that
17   don't want to pay tribute to the SNM.  We tie them
18   down to a chair, we get a towel, we wet it, put it
19   around their face, and we run water down their face.
20   And what it does, it drowns them to the point to
21   where it causes severe pain to their lungs, when
22   they feel like they can't breathe, but it doesn't
23   kill them.  And we control the situation where we
24   can pull it off and put it back on.
25        Q.   And you did that to a number of people,
```



SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  did you not?

 2       A.   Yes, sir.

 3       Q.   So right now you are serving a sentence

 4  until when?

 5       A.   Till 2021 in May.

 6       Q.   I'm sorry, 2021 of what?

 7       A.   Of May.

 8       Q.   So your last conviction -- the conviction

 9  that you're serving the time on is the charge that

10  you went on trial for first-degree murder back in

11  2015, 2016, for which you were found guilty of

12  manslaughter; is that correct?

13       A.   Yes, sir.

14       Q.   Okay.  And what type of -- how many years

15  did you receive on that particular sentence?

16       A.   Seven years, sir.

17       Q.   So seven years for murder.  So basically

18  that's how you get to the point where you're going

19  to get out in a few years; right?

20       A.   Yes, sir.

21       Q.   All right.  Again, what -- May of what?

22       A.   May of 2021, I believe.

23       Q.   So you've only got about three years to

24  go; right?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        Q.   So when you are involved in issues that
 2   relate to gang-related matters at the Penitentiary,
 3   whether it's with another SNM member or whether it's
 4   with a rival gang member, an LC or something like
 5   that, and the institutional guards or somebody catch
 6   you in that act, they put both of you in protective
 7   custody, do they not?
 8        A.   I don't understand the question.
 9        Q.   So whenever the guards catch you, if a
10   guard at a penitentiary actually catches you or sees
11   you doing something to another inmate, after they
12   break up the fight or if they do do that, or
13   stabbing or whatever, they put you in lockdown, do
14   they not?
15        A.   Yes, but that's not protective custody.
16        Q.   They put you in lockdown; right?
17        A.   Yes, sir.
18        Q.   They separate both of you and they put
19   both of you in a lockdown situation; right?  I'm
20   sorry.  It's not protective custody, but it's a
21   disciplinary custody.
22        A.   Yes.
23        Q.   And you stay in there for a considerable
24   period of time, do you not?
25        A.   Yes, sir.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                                    1-800-669-9492
                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1       Q.   And they write up reports on you, on both

 2  of you, or three of you or four of you, and they

 3  separate you and they keep you there until some type

 4  of disciplinary action is resolved; is that correct?

 5       A.   Yes, sir.

 6       Q.   And you have the opportunity to fight that

 7  or not fight it or whatever, and take your

 8  discipline under those circumstances, and then at

 9  some point in time you may be able to get out of

10  that disciplinary segregation; is that right?

11       A.   Yes, sir.

12       Q.   All right.  And the other person that

13  you're involved with, they do the same thing to

14  them; right?

15       A.   Yes, sir.

16       Q.   All right.  And so you indicated that when

17  you were going back and forth from this trial in

18  December of 2015, when you were being housed,

19  pending that trial, you came back one night and you

20  saw a lot of other SNM members arrested and being

21  taken to jail; is that correct?

22       A.   Yes, sir.

23       Q.   That was in, like, December of 2015;

24  right?

25       A.   Yes, sir.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                  e-mail: info@litsupport.com

```
 1        Q.   And you know that a lot of those
 2   individuals had been charged with a crime; right?
 3        A.   Yes, sir.
 4        Q.   They were charged in either a RICO
 5   conspiracy or racketeering conspiracy as it relates
 6   to being a member of SNM and doing acts in
 7   furtherance of the conspiracy; is that correct?
 8        A.   Yes, sir.
 9        Q.   The same thing that you did; right?
10        A.   Yes, sir.
11        Q.   All right.  Now, all of these individuals
12   have been charged, and we've looked at plea
13   agreements on other individuals, but I did not see
14   the Government enter a plea agreement on you today,
15   did I?
16        A.   No, sir.
17        Q.   Did I miss something?
18        A.   No, sir.
19        Q.   I didn't miss something because there is
20   no plea agreement; right?
21        A.   No, sir.
22        Q.   And that's why you're going to be able to
23   get out in about three years and go free; right?
24        A.   Yes.
25        Q.   You'll be back on the streets; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Going back to Albuquerque, right?

 3        A.    No, sir.

 4        Q.    You're not going back to Albuquerque?

 5        A.    No, sir.

 6        Q.    Going somewhere else, but you're going to

 7   be back on the streets; right?

 8        A.    Yes, sir.

 9        Q.    And you did drugs about, what, a few

10   months ago because you couldn't handle the stress of

11   this trial?

12        A.    Not only the trial, but on top of many

13   things.

14        Q.    So there was no plea agreement because you

15   agreed to continue to help the Government as it

16   relates to these cases; right?

17        A.    Yes, sir.

18        Q.    You agreed to cooperate and testify when

19   called upon; right?

20        A.    Yes, sir.

21        Q.    They gave you what was called a Kastigar

22   letter, so you and your attorney could come in,

23   talk, and you know that anything that you would say

24   to them would be like what we call King or Queen for

25   a Day, whatever you tell them will never be used
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   against you; right?
2        A.   I don't know about that, but it won't be
3   used against me.
4        Q.   So long as you testify and as long as you
5   do what the Government requests under the
6   circumstances, you don't have to come in front of
7   this judge or any other judge to be free from these
8   charges, do you?
9        A.   No, sir.
10       Q.   And you fully expect under the
11  circumstances that when all of this is done, you'll
12  be free and you'll be able to leave in May of 2021,
13  if not sooner; correct?
14       A.   Yes.
15       Q.   Because you can earn good time can you
16  not?
17       A.   Yes.
18       Q.   Because you're serving a state sentence.
19  You're not serving a federal sentence.  And so
20  you're entitled still to get good time, are you not?
21       A.   Yes, sir.
22       Q.   So there is nothing to worry about going
23  in front of this judge or any other judge to be
24  sentenced; right?
25       A.   No, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Because there is no sentence?

 2        A.    No, sir.

 3        Q.    There is no plea agreement?

 4        A.    No, sir.

 5        Q.    Despite everything you did on behalf of

 6   the gang since you came in in the 1990s, you walk

 7   free from all of those charges, do you not?

 8        A.    Yes, sir.

 9        Q.    And you intend to get out earlier than May

10   of 2021, do you not?

11        A.    Yes, sir.

12        Q.    And part of that is -- one of the things

13   you agreed to do is, you agreed to basically tape

14   record individuals while you were in custody, did

15   you not?

16        A.    Yes, sir.

17        Q.    You were given a little recorder by the

18   FBI and you were told to go into these particular

19   cells -- let me back up.  You didn't have no say-so

20   where they put you.  They put you into a cell, did

21   they not?

22        A.    Yes, sir.

23        Q.    And the FBI, Mr. Acee and others, gave you

24   a little recorder so you could go in and record what

25   conversations were amongst inmates; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And no one knew you were doing that, did

 3   they?

 4        A.   No, sir.

 5        Q.   And you would put the recorder up to a

 6   vent so that you could listen so you could record

 7   what was going on; right?

 8        A.   Yes, sir.

 9        Q.   Any statements that you would have with

10   the individuals in the other cells; right?

11        A.   Yes.

12        Q.   Now, that didn't involve anybody that's

13   sitting here in this particular case, did it?

14        A.   No, sir.

15        Q.   It involved other individuals; right?

16        A.   Yes, sir.

17        Q.   And you testified against those

18   individuals, did you not?

19        A.   Yes, sir.

20        Q.   And in fact, it was so secretive of what

21   you were doing with the Government that the guards

22   at the prison did not even know that you were

23   cooperating with the Government; isn't that true?

24        A.   Yes.

25        Q.   So even though we have this STIU unit --
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

1-800-669-9492

PROFESSIONAL COURT                                 e-mail: info@litsupport.com
REPORTING SERVICE

 1  you know who they are; right?

 2      A.   Yes, sir.

 3      Q.   They're sort of like the cops of the

 4  prison; right?

 5      A.   Yes, sir.

 6      Q.   Sort of like the gang cops of the prison;

 7  right?

 8      A.   Yes, sir.

 9      Q.   Because they have -- they just deal with

10  the gangs within the prison, do they not?

11      A.   Yes, sir.

12      Q.   All gangs, not just the SNM; right?

13      A.   Yes, sir.

14      Q.   And they were aware of the fact that you

15  had this recording device but not the regular COs

16  that come around; is that correct?

17      A.   To my knowledge, yes.

18      Q.   And under the circumstances, they would

19  have to go in every once in a while, the STIU guys,

20  and they would have to do, like, a fake shakedown of

21  your cell so that they could replace the battery in

22  that recording device; right?

23      A.   No, sir.

24      Q.   They never did that?

25      A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Would they give you a new recording

 2  device?

 3      A.   Yes, sir.

 4      Q.   So they would take out the old recording

 5  device, take that and then you would get another

 6  one; right?

 7      A.   Yes, sir.

 8      Q.   So as a result of all of that, that's why,

 9  under the circumstances and you testifying, you

10  believe that you may be out maybe as soon as this

11  trial is over; right?

12      A.   No, sir.

13      Q.   There is nothing to keep them -- well,

14  there is nothing to keep them from going to the

15  State and asking that you get lump sum credit for

16  good time, is there?

17      A.   We never discussed that, sir.

18      Q.   But that's a possibility; right?

19      A.   I don't know.

20      Q.   You know that that's happened to other

21  individuals where they get credit for lump sum

22  service; right?

23      A.   I don't know.

24      Q.   Well, even under the circumstances at

25  least for all the things that you do, you will be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  back on the streets sometime around May of 2021?

2       A.   Yes, sir.

3       Q.   Three years from now?

4       A.   Yes, sir.

5       Q.   Now, you know that there were issues going

6  on between -- as you testified, between Styx and

7  Julian Romero; right?

8       A.   Yes, sir.

9       Q.   And you took the side that related to

10 Gerald Archuleta or Styx; right?

11      A.   I got a huila.  The person that sponsored

12 me told me, "This is what you need to do."

13           I was close with Billy Garcia and his

14 family.  Billy Garcia was a shot-caller at the time

15 of the SNM, so I went to confide in him and see

16 what's going on with him.

17      Q.   But eventually, despite what you did

18 before, eventually you took the side of Gerald

19 Archuleta; isn't that right?

20      A.   I never took a side.

21      Q.   Never took a side.  But you knew what was

22 going on between those two factions; right?

23      A.   Yes, sir.

24      Q.   And you knew that Gerald Archuleta was out

25 there calling hits quicker than going to McDonald's

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   on a Sunday morning to get coffee; right?

2       A.   I know he was a big influence in the

3   organization.

4       Q.   And he did a lot of hits; right?

5       A.   I don't know.

6       Q.   I thought you knew everything that was

7   going on there.

8       A.   I don't know what was going on with him

9   while he was in the streets.

10      Q.   What about while he was in custody?

11      A.   While he was in custody, he held a lot of

12  weight.

13      Q.   And he gave a lot of hits.  You know he

14  put a hit on the Rascons, did you not?

15      A.   Yes, I knew about that.

16      Q.   And you also know that he had put a hit

17  out on Fred Sanchez; isn't that correct?

18      A.   I know it came from the tabla, but I don't

19  know if it came directly from him.

20      Q.   But you knew he was part of the tabla;

21  right?

22      A.   No.  At that time it was Arturo Garcia

23  that had stepped up, because Styx had stepped out to

24  the streets.

25      Q.   But the hit had been put on him for quite

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   some time; isn't that true?
 2        A.   To my knowledge.   I don't know how long it
 3   was on him.
 4        Q.   You mentioned before that the tabla at the
 5   time involved Baby Rob, Robert Martinez; right.
 6        A.   Yes.
 7        Q.   He was one of them?  Juan Mendez; right?
 8        A.   Yes, sir.
 9        Q.   Oso?  So what was Oso's name?
10        A.   Michael Zamora.
11        Q.   Michael Zamora; right?
12        A.   Yes.
13        Q.   Mr. Garcia.  And also Gerald Archuleta;
14   right?
15        A.   Yes, sir.
16        Q.   Those were part of the tabla; right?
17        A.   Yes, sir.
18        Q.   Now, as it relates to that situation, as
19   it relates to about maybe, I think you said, maybe
20   up to a week or two before the matter occurred with
21   Mr. Sanchez down in Los Lunas, you had a
22   conversation, as you told Mr. Castellano, with
23   Cheech or with Mr. Martinez; right?
24        A.   That was a little before that.  I'd say
25   when he got down in Las Cruces, he got murdered
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   within a week.
 2        Q.   Okay.  But you tried to kill him also, did
 3   you not?
 4        A.   Yes, sir.
 5        Q.   And how long was that before he went to
 6   Las Cruces?
 7        A.   Maybe about a month and a half, two
 8   months.
 9        Q.   So the situation, as I understand what you
10   testified to, was that Cheech had paperwork on Fred
11   Dawg and he showed you the paperwork, did he not?
12        A.   Yes, sir.
13        Q.   And that involved a burglary or something
14   that had to do in Roswell; is that correct?
15        A.   Yes, sir.
16        Q.   And he had given information about another
17   individual, had he not?
18        A.   Yes, sir.
19        Q.   Another individual that was involved in
20   his particular gang, the Roswell gang; right?
21        A.   He was not from the Roswell gang.
22        Q.   Who isn't?
23        A.   Fred Sanchez.
24        Q.   What gang was he from in Roswell?
25        A.   I do not know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Was he from Roswell?

 2        A.   Yes, sir.

 3        Q.   You knew that he had given information on

 4   another gentleman, an SNM gentleman from Roswell,

 5   did you not?

 6        A.   I don't know about all that.

 7        Q.   Albert Cardones?  Do you know him?

 8        A.   Yes, I know who he is.

 9        Q.   Is he from Roswell?

10        A.   Yes, sir.

11        Q.   But anyway, under the circumstances,

12   Cheech showed you that paperwork and told you that

13   that vato is no good; right?

14        A.   Yes, sir.

15        Q.   So you knew at that point in time that

16   that meant to you that you needed to place a hit on

17   Fred Dawg himself; right?

18        A.   Yes, sir.

19        Q.   And you knew Fred Dawg; right?

20        A.   Yes, sir.

21        Q.   So you went ahead and I think, as you

22   testified before, that you went out to the yard

23   because you already had a shank; right?

24        A.   Yes, sir.

25        Q.   And you slipped your cuffs, pulled out the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  shank, and attempted to hit him; right?

 2       A.   Yes, sir.

 3       Q.   But you were unsuccessful; right?

 4       A.   Yes, sir.

 5       Q.   How many times did you stab him?

 6       A.   Never stabbed him.

 7       Q.   Never got close to him?

 8       A.   Never got close to him.

 9       Q.   How close did you get to him?

10       A.   About 15 feet.

11       Q.   And before that, the guards took you down

12  and took you away before you had the opportunity to

13  do that; right?

14       A.   Yes, sir.

15       Q.   But there was no question that Mr. Sanchez

16  knew exactly what was going on; right?

17       A.   Yes, sir.

18       Q.   And now -- so you were an SNM member at

19  the time.  Fred Sanchez was a SNM member at the

20  time, was he not?

21       A.   Yes, sir.

22       Q.   It's not like prison guards don't know or

23  the institution doesn't know that if two people are

24  fighting amongst each other, there must be some

25  situation out there; right?  It's not like that's a
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  secret.  They do know what your rules are, do they
 2  not?
 3       A.   I don't know.
 4       Q.   Don't they validate everybody?  You've
 5  seen all these pen packs and stuff.  You know what a
 6  pen pack is; right?
 7       A.   They validate us because we do violent
 8  acts, murders and stuff.
 9       Q.   But they validate you and they also know
10  what the rules are as it relates to the rules of the
11  gangs about cooperating with law enforcement.
12  That's not a secret at the penitentiary with the
13  STIU, is it?
14       A.   Cooperating with law enforcement?
15       Q.   Sure.
16       A.   Of course they cooperate with law
17  enforcement.  But as far as our organization rules,
18  I don't know if they knew all that.
19       Q.   All right.  But you know, after all of
20  this happened with you and Fred Sanchez, they took
21  Fred Sanchez down to Southern New Mexico, and they
22  put him in a pod that was an all-SNM pod; right?
23       A.   Yes, sir.
24       Q.   Knowing that he was an SNM member;
25  correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    Knowing that this situation had happened
 3   with you a few weeks earlier; right?
 4        A.    Yes, sir.
 5        Q.    And put him in there; right?
 6        A.    Yes, sir.
 7        Q.    You received some money in this case; is
 8   that correct?
 9        A.    Yes, sir.
10        Q.    How much is it; do you recall?
11        A.    Like $900-some.
12        Q.    What was the purpose of that money?  For
13   you to make extra phone calls or something?
14        A.    Living expenses.
15        Q.    Living expenses, being able to have
16   different commissary, things like that; right?
17        A.    Yes, sir.
18        Q.    And now, you were not indicted in this
19   particular case.
20        A.    No, sir.
21        Q.    You obviously were never provided with a
22   tablet in this case, were you?
23        A.    No, sir.
24        Q.    But you were still given certain perks,
25   were you not, as it relates to your cooperation with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the Government; right?

2         A.    What kind of perks?

3         Q.    You got money?

4         A.    Yes.

5         Q.    You got extra tier time?

6         A.    No.  You walk away from the organization,

7    and when you walk away from the organization and you

8    debrief, then they allow you to work your way down

9    to an RPP Program, and at that time that's what I

10   was doing.

11        Q.    But you were with a bunch of these guys,

12   were you not, that were cooperating?

13        A.    Yes.  Some of them were RPP before.

14        Q.    But you guys were all up at the

15   Penitentiary of New Mexico.  You were all together

16   at one point in time, were you not?

17        A.    Yes, sir.

18        Q.    Jerry Armenta was with you?

19        A.    Yes, sir.

20        Q.    Who else was with you?

21        A.    A number of them.  At that time I was only

22   me.

23        Q.    That's when they gave you the opportunity

24   to have a contact visit with your wife; right?

25        A.    At the facility, yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1        Q.    And the contact visit that they gave you
 2   allowed your wife and your children to come in so
 3   that you could have visits; right?
 4        A.    Yes, sir.
 5        Q.    And you took advantage of that, did you
 6   not?
 7        A.    Yes, sir.
 8        Q.    And you knew that was against the rules;
 9   right?
10        A.    Yes, sir.
11        Q.    And you had sex with your wife while your
12   children was sitting in that room, did you not?
13        A.    Yes, sir.
14        Q.    And that didn't happen on one occasion;
15   that happened on several occasions, did it not?
16        A.    Yes.
17        Q.    Four or five; right?
18        A.    Yes, sir.
19        Q.    You've seen the tape, haven't you?
20        A.    Yes, sir.
21        Q.    All right.  And still, yet, your ability
22   by the Government to get out in May of 2021 still
23   exists; right?
24        A.    Yes.
25        Q.    You didn't face any disciplinary for that?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   You didn't face -- the Government didn't
 3   decide -- the only thing the Government did was they
 4   no longer have given you any money; right?
 5        A.   I did six months in the hole and a year
 6   loss of all privileges.  That was the disciplinary
 7   action I received from the facility.
 8        Q.   For having sexual intercourse, you knew
 9   that that was against the rules; right?
10        A.   Yes, sir.
11        Q.   Just like you knew taking drugs is against
12   the rules; right?
13        A.   Yes, sir.
14        Q.   But you still went ahead and violated the
15   rule because the opportunity was there; right?
16        A.   Yes, sir.
17        Q.   Just like the opportunities that are going
18   to exist whenever you get out in May of 2021, if not
19   sooner; right?
20        A.   Those are different opportunities.
21             MR. BLACKBURN:  Thank you.  Pass the
22   witness, Your Honor.
23             THE COURT:  Thank you, Mr. Blackburn.
24             Mr. Burke, do you want to go next?
25             MR. BURKE:  Yes, thank you, Your Honor.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. SINDEL:  No, no, no.

 2            THE COURT:  Am I going to have to rule?

 3            MR. BURKE:  I had a better angle to the

 4   podium, Your Honor.

 5                      CROSS-EXAMINATION

 6   BY MR. BURKE:

 7       Q.   Mr. Cordova, my client, Edward Troup, you

 8   say was talking to you.  I believe you say you were

 9   at Southern in the yellow pod; is that correct?

10       A.   Yes, sir.

11       Q.   I wonder if we could have -- I think it's

12   281.  And Mr. Troup came up and talked to you; is

13   that correct?  Or you talked to him; is that

14   correct?

15       A.   Vice versa.

16       Q.   And you had known him before?

17       A.   Through reputation, yes, sir.

18       Q.   Had you done time with him before?

19       A.   No, sir.

20       Q.   And so even by reputation, you knew that

21   he had a dirty UA and he was on parole, and that's

22   why he was down with you; right?

23       A.   He told me what had happened.  I don't

24   know if it was a dirty urine or not.  I just knew he

25   was back on a parole violation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   It was a parole violation.  And he was
 2   anxious to get out and get back to work and get back
 3   with his family; right?  He told you all that?
 4        A.   I don't know.  He didn't talk about his
 5   family.
 6        Q.   He didn't talk about his family, and he
 7   didn't talk about his job?  He just went straight to
 8   talk about other criminal activities?  That's what
 9   you're telling the jury?
10        A.   What we talk about in there is mostly
11   prison stuff.
12        Q.   Yeah, okay.  When was the first time that
13   you met with Bryan Acee?
14        A.   In January, I believe.
15        Q.   Of what year?
16        A.   2016.
17        Q.   2016, okay?
18        A.   Yes, sir.
19        Q.   And since 2016, do you know how many
20   statements you've given?
21        A.   Probably a lot.
22        Q.   Yeah, maybe five.  Let's just say five.
23   Does that sound right?
24        A.   I don't know.
25        Q.   To the FBI and the New Mexico Corrections
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1   Department investigators and so forth.  And then I
 2   do need to follow up a little bit.  Even though the
 3   New Mexico Corrections Department knew there was a
 4   hit on Mr. Sanchez, they sent him to an SNM pod?
 5        A.   I don't know if they knew there was a hit
 6   on him.
 7        Q.   How close did you get?  15 feet?
 8        A.   Yes.
 9        Q.   Did they not investigate what that was all
10   about?
11        A.   At that time I was suspected and wasn't
12   validated until '09.
13        Q.   Say that again.
14        A.   I wasn't validated until 2009, till about
15   two years later.
16        Q.   Two years later?
17        A.   That's when I was suspected.
18        Q.   Once again, will you tell us also about
19   the paperwork?  There was an informant incident
20   involving Fred Sanchez and Mr. Cardone; is that
21   right?  You saw it; right?
22        A.   I don't know if it was Mr. Cardone.  I
23   can't recall the exact name.  But I know the police
24   officers that pulled him over brought him in for
25   investigation and he gave them some names.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you remember the names or what type of
 2   incident or what city it was?
 3        A.   I remember it was Roswell, but I don't
 4   remember --
 5        Q.   Roswell Police Department?
 6        A.   Yes, sir.
 7        Q.   Okay.  And you mentioned that you were
 8   with Jerry Armenta.  Please tell us the rest of the
 9   informants that you have been with for the last two
10   years.
11        A.   I came across a few.  I really don't talk
12   to them.
13        Q.   Do they have names?
14        A.   Yes.
15        Q.   Would you give us those names, please?
16        A.   Gerald Archuleta.  Benjamin Clark.
17   Mauricio.  Let me see.  Jo Jo Quintana.  People like
18   that.
19        Q.   People who did have access to the tablets;
20   right?
21        A.   I don't know.
22        Q.   You never talked about the cases or
23   anything?  You didn't compare notes about who was
24   saying what?
25        A.   You don't want to compare notes in a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   situation like that.
 2        Q.   Some people don't.  So now I do want to
 3   ask you about the statements, that chronologically
 4   the first statement you made was that you attribute
 5   to Mr. Troup, "When I did the veija in 2001, that
 6   vato was a challenge.  I had to tell the brother,
 7   'Grab his feet for Fred Dawg.'  He wasn't a
 8   challenge."
 9             Do you remember that?
10        A.   Yes, sir.
11        Q.   So in 2001, what Edward Troup did was, he
12   went in the cell and he had the upper torso of
13   someone; is that right?
14        A.   I don't know.
15        Q.   Well, you said that "I had to tell the
16   brother to grab his feet."  So where was Mr. Troup?
17        A.   I don't know.  I think those were just
18   comments he made.
19        Q.   Yeah, but he was in the cell, and
20   instructing somebody else to grab his feet.  That's
21   what you said; right?
22        A.   More than likely, yes.
23        Q.   More than likely?
24        A.   Well, those were the comments he made
25   about the things he did within the organization.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   All right.  So he's in the cell
 2   struggling, and who was it?  Did he tell you who it
 3   was?
 4        A.   No, sir.  He just said that Pancho and
 5   Looney viaje.
 6        Q.   And he's in the cell struggling with
 7   Pancho; right?
 8        A.   Yes, sir.  I don't know who it was.  I
 9   know it was Pancho or Looney.
10        Q.   Or Garza?  You don't know?  He didn't tell
11   you?
12        A.   No, he didn't.
13        Q.   But he was in the cell, struggling away.
14   All right.
15             Can we see that exhibit again?  All right.
16   You were in the yellow pod in 2014; is that correct?
17        A.   Yes, sir.
18        Q.   And Earn Dog was in the green pod; is that
19   correct?
20        A.   Earn Dog was in green pod.
21        Q.   Yeah, you said Troup also stated, "Ernest
22   Guerrero, a/k/a Earn Dog, kept going to the door and
23   pushed the issue when the Rascon brothers took too
24   long.  Guerrero was housed in the green pod from
25   2007."  Do you understand?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, I understand.

 2        Q.    That is what you attribute that statement

 3   to?

 4        A.    No, I said he was in the pod next to him

 5   pushing the issue through the door.

 6        Q.    Okay.  You actually -- may I approach so

 7   you can see that I'm not kidding you?  You said

 8   Guerrero was housed in green pod.

 9             MR. CASTELLANO:  Objection, Your Honor.

10   He doesn't need his memory refreshed at this point.

11   He hasn't said he doesn't recall.

12             MR. BURKE:  He said he was in the next pod

13   and there is a specific color he attributed it.

14             THE COURT:  Ask him first.  He's not yet

15   at the point of refreshing, so I'll sustain the

16   objection.

17             MR. BURKE:  Thank you, Your Honor.

18   BY MR. BURKE:

19        Q.    Do you remember Mr. Troup supposedly

20   saying Guerrero was housed in green pod?

21        A.    He didn't supposedly say anything about

22   green pod.  He said Earn Dog kept on coming to the

23   door, and he was saying that Earn Dog kept on coming

24   to the door and pushing the issue that you guys are

25   taking too long in there, why ain't the Rascon
```



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492
                    BEAN & ASSOCIATES, Inc.
                    PROFESSIONAL COURT                    e-mail: info@litsupport.com
                    REPORTING SERVICE

1    brothers --

2        Q.   May I show you what the FBI says?

3            MR. CASTELLANO:  Your Honor, I think it's

4    still inappropriate.

5            THE COURT:  I think it's sufficient now.

6    Overruled.

7        A.   I see that.

8    BY MR. BURKE:

9        Q.   You said that my client said Guerrero was

10   in the green pod; right?

11       A.   No.

12       Q.   The FBI made a mistake?

13       A.   Maybe.

14       Q.   All right.  Thank you.  Now, you also

15   attribute to Mr. Troup this statement.  "When

16   Cyclone went to Seg --"

17           MR. CASTELLANO:  Objection to hearsay,

18   Your Honor.

19           THE COURT:  Yes, I agree with this.

20   BY MR. BURKE:

21       Q.   Do you remember saying that there was a

22   conversation about Ben Clark?

23           MR. CASTELLANO:  Objection as to hearsay.

24           THE COURT:  Well --

25           MR. BURKE:  This is impeachment, Your

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.
 2              THE COURT:  What statement are you trying
 3   to impeach?
 4              MR. BURKE:  The statement about Cyclone
 5   making an order to Mr. Troup about make sure to
 6   handle it.
 7              MR. CASTELLANO:  He hasn't asked him the
 8   first question.
 9              THE COURT:  I don't think you've asked him
10   yet about that.
11   BY MR. BURKE:
12       Q.   Do you remember Mr. Troup supposedly
13   saying that Ben --
14              MR. CASTELLANO:  Objection to hearsay.
15              THE COURT:  Well, is this --
16              MR. BURKE:  It's an order, and I'm allowed
17   to impeach him, Your Honor.
18              THE COURT:  Let me hear the question and
19   stick just with the --
20              MR. BURKE:  Shall we approach?
21              THE COURT:  Just stick with the order
22   portion for the time being.  Don't add too much to
23   the statement.
24   BY MR. BURKE:
25       Q.   Did Ben Clark say, "Make sure you handle
```

SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                1-800-669-9492
                                                                e-mail: info@litsupport.com



1    it"?

2        A.   That's what Troup told me.

3        Q.   All right.  And you're clear that Ben

4    Clark told my client to handle it?

5        A.   That's what Troup said.

6        Q.   Then the other comment that you -- let me

7    ask you.  "Me and the brother handled it."  Do you

8    remember stating that?

9        A.   That's what Troup told me.

10       Q.   There is no mention of Javier Alonso in

11   here.

12       A.   I understand that.

13       Q.   So you're now speculating, sir?

14       A.   You could say that.

15       Q.   All right.  Just adding something while

16   you're here in front of the jury?

17       A.   No, I'm not adding nothing.

18       Q.   And then did Mr. Troup tell you, he said,

19   "For Fred Dawg it wasn't a challenge."  What was Mr.

20   Troup's role.  Did he tell you that?

21       A.   He didn't give me the specifics.  Just

22   told me.

23            MR. BURKE:  All right.  That's all I have,

24   Your Honor.

25            THE COURT:  Thank you, Mr. Burke.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Anyone else?  Mr. Cooper?

 2              MR. COOPER:  May it please the Court.

 3              THE COURT:  Mr. Cooper.

 4                       CROSS-EXAMINATION

 5    BY MR. COOPER:

 6         Q.   Mr. Cordova, my name is Bob Cooper.  I

 7    represent Billy Garcia.  I'm going to ask you a few

 8    questions here this afternoon.

 9         A.   Yes.

10         Q.   So you became an SNM member in 2003; is

11    that correct?

12         A.   Yes, sir.

13         Q.   Okay.  So you were new to the business in

14    2003?

15         A.   Yes, sir.

16         Q.   And where were you at that point in time?

17    What facility?

18         A.   BCDC County, downtown, the old BCDC

19    County.

20         Q.   So you came into SNM at BCDC.  And how did

21    you earn your bones to become a member there at that

22    point?

23         A.   While on the streets I had already did a

24    number of things for the organization.  While I was

25    there in 6 West, we strangled a guy that was named
```

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                            1-800-669-9492
                                                e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    Richard -- what was it -- Richard -- his name was
 2    Big Head.  He was an LC member.  And we didn't
 3    successfully finish the job because I was new at the
 4    business, but we hurt him really bad.  The brother
 5    seen I had a heart.
 6         Q.   You didn't get prosecuted for that, did
 7    you?
 8         A.   No.
 9         Q.   So in 2003 you're a baby member, a
10    youngster in the SNM?
11         A.   Yes, sir.
12         Q.   You were also close to the family of Billy
13    Garcia?
14         A.   Yes, sir.
15         Q.   At that time?
16         A.   Yes, sir.
17         Q.   You had a lot of respect for Billy, didn't
18    you?
19         A.   Yes, sir.
20         Q.   Billy you know was a shot-caller back in
21    the day?
22         A.   With all respect for him, I still do.
23         Q.   And you know that he was a fairly powerful
24    man in the S at that point in time?
25         A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And in 2003, correct me if I'm wrong, but
 2  you're 19 years old?
 3      A.   Yes.
 4      Q.   So you've been in the S for one year in
 5  2004 and at that point in time Billy Garcia is 50
 6  years old, isn't he?
 7      A.   I don't know his exact age, but --
 8      Q.   He's about my age, don't you think?  Maybe
 9  a little older?
10      A.   He's an older man.
11      Q.   But assume for a minute that Billy in 2004
12  was 50 years old.  In 2004 he appeared to be 50
13  years old, didn't he?  He was a viejo?
14      A.   He was an older man.
15      Q.   Definitely an older man.
16      A.   He worked out harder than some of those
17  youngsters, I'll tell you that.
18      Q.   So he was in good shape?
19      A.   Well taken care of, worked out every
20  morning.  He even got me on some of the calisthenic
21  routines with him.
22      Q.   You're 20 years old?
23      A.   19, sir.
24      Q.   So in 2004, you're 20 and he's 50, and
25  he's been a member of the S for how long, would you

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  say?  30-some years?

2       A.   About that.

3       Q.   So are you telling me that you walk up to

4  this older, well-respected SNM member, Billy Garcia,

5  in his 50s, you're a 20-year-old punk, and you

6  confront him and you have this disrespectful

7  challenge to him and he confesses to you, "Oh, yeah,

8  I did it with regard to Looney and Garza?"  Really?

9       A.   Within the organization, we're encouraged

10  to speak our mind.  People that don't are considered

11  weak links.  The SNM don't take victims.  We take

12  people that speak their mind and stand their ground.

13  And brothers that don't speak their mind on any kind

14  of situation are considered weak.  So if I was

15  challenging a situation that I was having trouble

16  on, and I didn't challenge it and made the wrong

17  decision, that would have been me on the line.

18       Q.   But you weren't being challenged on any

19  decision, were you?

20       A.   Yes, I was.  I was given a huila to ride

21  with Styx.

22       Q.   You were given a huila to ride with Styx.

23  But you were a Styx guy to begin with.  Styx brought

24  you in, didn't he?

25       A.   No, he didn't.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   He didn't?

2    A.   The people that were under him brought me

3 in.

4    Q.   So you started cooperating in January of

5 2016, when Bryan Acee went to BCDC, pulled you out

6 of a cell, said, "I want to talk to you," probably

7 took you to Matt Candelaria's office, you talked a

8 bit, you said you wanted to cooperate; right?

9    A.   It wasn't Matt Candelaria's office.  It

10 was Gallardo's office.  And it wasn't BCDC.  It was

11 MDC at the time.

12    Q.   All right.  I stand corrected.  But Matt

13 Candelaria's STG or STIU, that kind of a guy at MDC?

14    A.   At that time, I don't believe so.  It was

15 Gallardo.

16    Q.   So you're over at Gallardo's office, you

17 visit with him, and he asked you, "Who brought you

18 in?"

19         And isn't it true that you told him that

20 Gerald Archuleta was the guy that brought you in?

21    A.   No, the people under Gerald Archuleta

22 brought me in.

23         MR. COOPER:  May I approach?

24         THE COURT:  You may.

25    A.   The people under him are the sponsors, and

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

 1    it goes to the shot-callers, and the organization

 2    works like this.

 3    BY MR. COOPER:

 4        Q.   Hang on.  Let me get back over here.

 5        A.   All right.

 6        Q.   So tell me again who brought you in?

 7        A.   Oh, this is the way it works in the

 8    organization.

 9        Q.   No, no, no, no, no, no.  Let me ask a

10    question and you answer the question.  Who brought

11    you in?

12        A.   The guys under --

13        Q.   No.  Give me the names.

14        A.   All right.  Daffy.

15        Q.   Daffy?

16        A.   Netavio Garcia.  Yes, sir.

17        Q.   Okay.

18        A.   William Baca, Duke.

19        Q.   He's also known as Billy Baca?

20        A.   Right.  And Bad Boy, which he's deceased

21    now.

22        Q.   Is that Joe Gordon?

23        A.   The way it works their way up to the --

24        Q.   Hang on just a second.

25             MR. COOPER:  May I approach, Your Honor?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                         e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2   BY MR. COOPER:
 3        Q.   So the CHS -- that would have been you --
 4        A.   Yes, sir.
 5        Q.   -- was brought into the Syndicato de Nuevo
 6   Mexico by Billy Baca, also known as Duke; is that
 7   right?
 8        A.   Yes, sir.
 9        Q.   Correct?  Gerald Archuleta, also known as
10   Styx.  Joe Gordon and Netavio Garcia, also known as
11   Daffy?
12        A.   Yes, sir.
13        Q.   So those are the four that was reported in
14   this report --
15        A.   Yes.
16        Q.   -- as the four people that brought you in?
17        A.   Because they okayed it.  See, it goes up,
18   just like you're getting a job.
19        Q.   But it doesn't say that.
20        A.   Yes, because --
21        Q.   That Netavio -- let me ask a question,
22   then you can reply.  Okay?
23        A.   Yes, sir.
24        Q.   So it says that Netavio Garcia, also known
25   as Daffy, and Billy Baca, also known as Duke, were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    two of the guys that brought you in; right?

2         A.   Yes.

3         Q.   It doesn't say, "And then it went up to

4    Gerald Archuleta and Joe Gordon."  Joe Gordon wasn't

5    the big dog, was he?

6         A.   No, they approved me coming into the onda.

7         Q.   But Joe Gordon had no power to approve

8    you.  He wasn't on the same level as Styx, was he?

9         A.   No, he was an older brother with

10   influence.

11        Q.   Not like Gerald Archuleta, was he?

12        A.   No, not like Gerald Archuleta.  But the

13   only one around at that time in the county jail.

14        Q.   So -- in fact, before I forget, let's go

15   back.  A minute ago Mr. Blackburn was talking to you

16   about the tabla, and you named the people on the

17   tabla and he said -- and this was the tabla in what

18   year were you guys talking about?

19        A.   Blackburn was talking about in 2007.

20        Q.   Okay.  In 2007.  And the people were

21   Juanito Mendez?

22        A.   Yes, sir.

23        Q.   Rupert?

24        A.   Yes, sir.

25        Q.   Oso; right?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                          1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1       A.   Yes, sir.

2       Q.   Gerald Archuleta?

3       A.   Yes, sir.

4       Q.   That was three.  Baby Rob Martinez?

5       A.   Yes.

6       Q.   That was four.  And Mr. Garcia.  But

7  that's not this Garcia, is it?

8       A.   No, it's Arturo Garcia.

9       Q.   Okay.  So Billy Garcia was not on the

10  tabla in 2007?

11      A.   No.  At that time politics had changed.

12      Q.   Okay.  So let's get back to this.  You

13  were one of Gerald's guys.

14      A.   No, I was SNM.

15      Q.   But you supported Gerald.

16      A.   I supported any older brother that was in

17  charge.

18      Q.   You supported them or you confronted them?

19      A.   No, I supported them.

20      Q.   Okay.  So you're like the pied piper here,

21  huh?  In 2004, 2005 you're a guy who has been in the

22  business for a year, maybe two years, and you get

23  all these guys to come in and make statements about

24  what they have done or what you say they've done.

25      A.   I'm only saying what they've told me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

106

```
 1   they've done.  That's it.
 2        Q.   Why would they do that to a kid who has
 3   only been in the business for two years?
 4        A.   I'm not a kid.  I was a brother.  I earned
 5   my way up.
 6        Q.   You're a young brother; right?
 7        A.   No, a brother.
 8        Q.   You weren't?
 9        A.   I was a brother.
10        Q.   A brother who had been in the business for
11   one year?
12        A.   Don't matter if you've been in for a day.
13   Once you're made a carnal, you're a brother.
14   There's no age limits in the SNM.  We ain't Boy
15   Scouts.
16        Q.   That's for sure.
17        A.   Believe me, that's for sure.
18        Q.   Tell me.  You've got a tattoo under your
19   left eye of a tear drop?
20        A.   Yes, sir.
21        Q.   What is that?
22        A.   It stands for a number of things.
23        Q.   Tell me what it stands for.
24        A.   It stands for people that have done time,
25   people that have murdered, stuff like that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And in your case, what does it stand for?

 2        A.    For both.

 3        Q.    For both?  So you've murdered people?

 4        A.    Yes, sir.

 5        Q.    How many?

 6        A.    I plead the Fifth on that.

 7        Q.    You can't plead the Fifth.  You've got to

 8   answer me.

 9              THE COURT:  Mr. Samore, why don't you come

10   up and talk to him?  If you need a little more

11   privacy, step out in the corridor.

12              MR. SAMORE:  Why don't we step out in the

13   corridor?

14              THE COURT:  Why don't you take him out in

15   the corridor here?

16              (A discussion was held off the record.)

17              THE COURT:  Mr. Samore, why don't you come

18   up here.  And Counsel, why don't you come up here.

19              (The following proceedings were held at

20   the bench.)

21              THE COURT:  What's he going to do?

22              MR. SAMORE:  I'm going to let him answer

23   the question with the same answer he provided

24   Mr. Acee.

25              THE COURT:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

108

```
 1          MR. SAMORE:  I think that's within -- it's
 2   permissible that he disclose that.
 3          THE COURT:  And what is that answer?
 4          MR. SAMORE:  One.
 5          THE COURT:  All right.  Would that work
 6   for you, Mr. Cooper?
 7          MR. COOPER:  Well, I want to explore that,
 8   because I believe it's more, but I don't think he
 9   has the right to refuse to answer a central part --
10   I mean, this goes to his testimony on direct, and I
11   think he has to answer all these questions.  He's
12   here pursuant to a Kastigar letter.  I think he's
13   got to answer those questions.
14          THE COURT:  You're worried about state
15   prosecutions, aren't you?
16          MR. SAMORE:  Well, Judge, I'm not on this,
17   because I think that's covered in the Kastigar
18   letter.  If he's disclosed that to Mr. Acee, that's
19   my concern.
20          THE COURT:  What is your concern about --
21   maybe you don't.  Do you have any more concerns
22   about --
23          MR. SAMORE:  I don't want to get into any
24   pending incidents.  The murder can be, of course, a
25   lifetime prosecution.  I think that's all that was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  disclosed to Mr. Acee.  If he answered it more than

2  that, I think that's my concern, is that single

3  question.

4          MR. COOPER:  I'm going to explore with

5  him, Your Honor -- just so everybody knows, I'm

6  going to explore with him all of the incidents that

7  I think are out there.

8          THE COURT:  Well, let's do this.  Why

9  don't you --

10          MR. SAMORE:  I think that's why probably

11  invoke the Fifth Amendment and then have the Court

12  rule.

13          THE COURT:  All right.  Why don't you

14  stand over here next to Mr. Cordova, and let's walk

15  through, and then I'll just have to take your

16  instructions one at a time.  And you know, if you

17  get a feel for what he's going to do, what he's not

18  going to do, then --

19          MR. COOPER:  I'll approach, if you want,

20  or --

21          THE COURT:  Well, I'll probably sustain it

22  as long as it looks to me like he could be charged

23  by a state official because the Kastigar is only

24  going to cover him from federal prosecution.  So if

25  it's going to incriminate him at the state level,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1    I'll let him take the Fifth in front of the jury for

2    a while.  But at some point we'll use a rule of

3    reason, okay?  So I'll let you ding him a little bit

4    in front of the jury, but at some point I'll

5    probably use the rule of reason, after you kind of

6    made your point.

7            MR. SAMORE:  Judge, my reasoning is that

8    he's already said generally he has committed

9    murders.  So I think -- and then when Mr. Cooper

10   asks a specific question, I don't think I'm free to

11   say, "No, I haven't," after he's already said he

12   committed the murder.

13           THE COURT:  I appreciate you drawing the

14   line.

15           MR. SAMORE:  I'm drawing the line at the

16   specifics beyond the one.

17           THE COURT:  You're experienced, Counsel.

18   You know what the Fifth is and what the Fifth isn't.

19   Let just take them one at a time, listen to

20   questions, and if you want to instruct him, feel

21   free to instruct him on the record and go from

22   there.

23           MR. SAMORE:  Am I going to be permitted to

24   say at this point he claims the Fifth and then do

25   you want me --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  You can say, "I advise my
 2   client to take the Fifth," and I'll ask him, "Are
 3   you going to follow your counsel's advice?"  And if
 4   he says yes, then I will sustain the objection.  All
 5   right?
 6            MR. SAMORE:  Okay.
 7            MR. SINDEL:  Your Honor, there is also an
 8   issue concerning our ability to confront and
 9   cross-examine.
10            THE COURT:  That's right.  And let's see
11   how far it goes.  I'll have to evaluate that.
12            MR. SINDEL:  I just wanted to --
13            THE COURT:  I understand the issue.
14            MR. BLACKBURN:  I would ask Mr. Castellano
15   if we could see the Kastigar letter.
16            MR. CASTELLANO:  I can look for it and
17   probably get my hands on it pretty quick.  Because I
18   think it may have been disclosed to the defense as
19   part of this discovery before trial.  I know there's
20   a request for Kastigar letters.
21            MR. COOPER:  I still have not seen one,
22   and I've got a staff that's pretty on top of it.
23            THE COURT:  Okay.  You might look for it.
24   I doubt it's much different than any other Kastigar
25   letter.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BLACKBURN:  At least we'll have the
 2   date so we know.
 3            THE COURT:  Sure.
 4            MR. BLACKBURN:  Because we didn't have
 5   that.
 6            MR. SAMORE:  June 16, 2016, as I recall.
 7            MR. CASTELLANO:  That's about right.  I
 8   don't remember the specific date, but that's about
 9   right.
10            THE COURT:  All right.
11            MR. CASTELLANO:  I'll see if I can put my
12   hands on it.
13            MR. SAMORE:  May I speak to him?
14            THE COURT:  Go ahead and talk to him.
15            (The following proceedings were held in
16   open court.)
17            THE COURT:  This is Mr. John Moon Samore.
18   Mr. Samore is Mr. Cordova's attorney, so he's going
19   to be here in case Mr. Cordova needs some advice.
20            I'm glad to have you with us, Mr. Samore.
21            All right, Mr. Cooper.  If you wish to
22   continue your cross.
23            MR. COOPER:  Yes, Your Honor.  Thank you.
24   BY MR. COOPER:
25       Q.  So Mr. Cordova, how many murders have you
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                           1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                e-mail: info@litsupport.com

```
 1  participated in?

 2       A.    One.

 3       Q.    Just one?

 4       A.    Yes, sir.

 5       Q.    And which murder was that?

 6             MR. SAMORE:  And at this time I will

 7  instruct my client to exercise his Fifth Amendment

 8  right under the Constitution and not answer the

 9  question.

10             THE COURT:  Mr. Cordova, are you going to

11  follow your counsel's advice?

12             THE WITNESS:  Yes, Your Honor.

13             THE COURT:  All right.  I'll sustain the

14  objection, Mr. Cooper.

15             MR. COOPER:  Your Honor, I'd like probably

16  to be heard on that objection down the road, and I'm

17  going to continue to ask questions, but I don't want

18  to waive my objection.

19             THE COURT:  All right.  Your objection is

20  preserved.

21             MR. COOPER:  Thank you, Judge.

22             THE COURT:  All right, Mr. Cooper.

23  BY MR. COOPER:

24       Q.    How was that murder that you participated

25  in conducted?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

114

```
 1          MR. SAMORE:  At this time, I again
 2   instruct my client not to answer the question and to
 3   exercise his right under the Fifth Amendment to
 4   remain silent.
 5          THE COURT:  Are you going to follow your
 6   counsel's advice, Mr. Cordova?
 7          THE WITNESS:  Yes, Your Honor.
 8          THE COURT:  I'll sustain the objection.
 9   Mr. Cooper.
10   BY MR. COOPER:
11       Q.   Was that murder of an SNM member?
12       A.   No, sir.
13       Q.   Was that murder of a Los Carnales gang
14   member?
15          MR. SAMORE:  At this time, same
16   instruction exercised.  My client should exercise
17   his right under the Fifth Amendment not to answer
18   the question.
19          THE COURT:  Mr. Cordova, are you going to
20   follow your counsel's advice?
21          THE WITNESS:  Yes, sir.
22          THE COURT:  All right.  I'll sustain the
23   objection.  Mr. Cooper.
24   BY MR. COOPER:
25       Q.   Mr. Cordova, when did this murder that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 participated in occur?

2 　　　　　MR. SAMORE:  Same instruction not to

3 answer the question and exercise his Fifth Amendment

4 rights.

5 　　　　　THE COURT:  Mr. Cordova, are you going to

6 follow his advice?

7 　　　　　THE WITNESS:  Yes, Your Honor.

8 　　　　　THE COURT:  All right.  I'll sustain the

9 objection.

10 BY MR. COOPER:

11 　　Q.　　Mr. Cordova, did the murder that you

12 participated in occur in the state of New Mexico?

13 　　　　　MR. SAMORE:  Same instruction, Judge.

14 　　　　　THE COURT:  All right, Mr. Cordova.  Are

15 you going to follow your counsel's advice?

16 　　　　　THE WITNESS:  Yes, Your Honor.

17 　　　　　THE COURT:  All right.  I'll sustain the

18 objection.  Mr. Cooper.

19 BY MR. COOPER:

20 　　Q.　　Was the murder that you participated in,

21 Mr. Cordova, conducted by strangulation?

22 　　　　　MR. SAMORE:  Same instruction, Judge.

23 　　　　　THE COURT:  Are you going to follow your

24 counsel's advice, Mr. Cordova?

25 　　　　　THE WITNESS:  Yes, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I'll sustain the objection.
 2              MR. COOPER:  May I have one moment, Your
 3   Honor?
 4              THE COURT:  You may, Mr. Cooper.
 5              MR. COOPER:  Your Honor, may we approach?
 6              THE COURT:  You may.  Do you want to
 7   approach as well, Mr. Samore?
 8              (The following proceedings were held at
 9   the bench.)
10              MR. COOPER:  If it's permissible, may I
11   have Mr. Castle here for argument?
12              THE COURT:  Sure.
13              MR. CASTLE:  I believe there is a case on
14   point, Murphy versus Waterfront Commission, which
15   talks about the principle of federalism as applied
16   to grant of use immunity and testifying.  And I
17   believe that case says -- and obviously, I haven't
18   had the time to reread it -- but I believe the case
19   says that was a situation in which a state
20   prosecutor granted use immunity for statements made
21   in a state proceeding and that was binding upon the
22   federal prosecutors so they could not use those
23   statements against him in a federal prosecution.
24              I believe the opposite would obviously
25   apply as well, because the concept of supremacy in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   federal court is higher, so I believe that the

2   analysis is the same.  So I think he is protected

3   from being prosecuted for any state crimes based

4   upon his statements in the courtroom that are being

5   made pursuant to a grant of use immunity under the

6   Kastigar letter.

7           THE COURT:  Let me take a look at the

8   case.  I'll take a look at it.  I thought I've

9   looked at this in the past and didn't agree with the

10  analysis.  What's the cite on the case?

11          MR. CASTLE:  I believe it is 378 U.S. 52.

12  Then upheld again in the Councilman decision, and

13  perhaps I could provide that citation off the record

14  to Ms. Bevel.

15          THE COURT:  All right.  If you get it,

16  just shoot her an email.  I'll look at it.

17          MR. CASTELLANO:  Is that a RICO

18  prosecution?  Do we know the background?

19          MR. CASTLE:  No, this is old enough that

20  RICO wouldn't have been around, probably, but I

21  don't think that has any relevance anyway.

22          THE COURT:  Why do you think that has no

23  relevance?

24          MR. CASTELLANO:  Because some RICO

25  prosecutions are based on state prosecutions.  So I

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    could see potentially where somebody was immunized

2    by the state and potentially wouldn't count as

3    something usable by the state, and possibly,

4    therefore, not usable by the feds.  But if it's

5    pre-RICO, I don't know the context.  That would be

6    my thinking on that, because basically it wouldn't

7    count as a state criminal type of conduct because

8    it's e-mail and therefore the feds probably couldn't

9    use it either, but I really don't know.

10           THE COURT:  Let me take a look at it and

11   see.  There ought to be a pretty good answer on this

12   out there.  This shouldn't be something that we have

13   to guess on.  Let me take a look at it.

14           Do you have other areas you're going to go

15   into?

16           MR. COOPER:  I do, Your Honor, so I will

17   leave this area temporarily, and then we'll come

18   back to it later.

19           THE COURT:  All right.  Let me see if I

20   can get these cases and I'll take a look at them.

21           MR. SINDEL:  Can we assume that this

22   witness will not be excused if everybody runs out of

23   questions this evening?  Because there may be more

24   questions based on what the Court concludes as a

25   result of this --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Either that, or I can recall
 2    him.
 3              MR. SINDEL:  Because I also plan to ask
 4    him some questions that may involve him invoking the
 5    Fifth.  Not to repeat the same questions; I just
 6    want to tell you, so --
 7              THE COURT:  Let's see how it goes.  I'd
 8    probably prefer to just get him down and recall him
 9    subject to recall if y'all need to go into these a
10    little, and he's protected, and we'll do that
11    tomorrow or something like that.
12              MR. SAMORE:  Do you want to continue
13    Mr. Cooper's line of questioning?
14              THE COURT:  I think he's done with this
15    line, but he's got some more questions.  If you want
16    to stay up here, that's fine.  I don't think the
17    rest of them are going to be too problematic.
18              MR. SAMORE:  I'm fine.
19              THE COURT:  Maybe from Mr. Castellano, but
20    there may not be any --
21              MR. COOPER:  Thank you, Judge.
22              THE COURT:  Thank you.
23              (The following proceedings were held in
24    open court.)
25              THE COURT:  Mr. Cooper.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. COOPER:  May we approach,
 2  Mr. Castellano and I, real quick like?
 3              MR. CASTELLANO:  I can skip the gym right
 4  now, Your Honor.
 5              (The following proceedings were held at
 6  the bench.)
 7              MR. COOPER:  I wanted to ask him if he's
 8  disclosed the answers to the questions that I asked
 9  him to either the prosecutors or to the FBI, and I
10  told you I was going to leave the area, but I
11  think --
12              THE COURT:  Okay.
13              MR. COOPER:  -- I think that may help us
14  later on in our analysis, and help us decide where
15  we're going to go down the road.
16              THE COURT:  Just a quick look at the
17  statute before we even get to the law here.  If you
18  look at 6002 it says, "Whenever a witness refuses,
19  on the basis of his privilege against
20  self-incrimination, to testify or provide other
21  information in a proceeding before or ancillary to a
22  court of the United States and the person presiding
23  over the proceeding communicates to the witness an
24  order issued under this title, the witness may not
25  refuse to comply with the order on the basis of his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  privilege against self-incrimination; but no

2  testimony or other information compelled under the

3  order (or any information directly or indirectly

4  derived from such testimony or other information)

5  may be used against the witness in any criminal

6  case."

7          So it doesn't seem to limit it to state or

8  federal.  So you might get Mr. Beck -- you might

9  want to look at this right now, but it seems to me

10  that if I'm looking at 6002 -- and I think that is

11  the Kastigar immunity -- that's going to apply in

12  any criminal case, which I think the case law -- if

13  that's what -- Mr. Castle had those two cases,

14  that's going to include state prosecutions.

15          MR. CASTELLANO:  And does 6002 refer to

16  use immunity?

17          THE COURT:  Mr. Samore?

18          MR. CASTELLANO:  I don't recall if 6002

19  refers to use immunity or another type of immunity.

20          THE COURT:  It says compelled under the

21  order, and then in parens it says, "or any

22  information directly or indirectly derived from such

23  testimony or other information."  I'm beginning to

24  think, because of 6002, if that's the Kastigar

25  immunity, if that's the statutory it's saying --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECKER:  I don't believe that Kastigar

2    provides statutory immunity under 6000.  My

3    understanding of that is that it has to come from

4    the U.S. attorney recommending that we take before

5    the grand jury a grant of statutory immunity.  I

6    don't think that that's happened in this case.

7          MR. COOPER:  6000 or 6002?

8          MR. BECKER:  Et seq., however you say that

9    Latin phrase.

10          MR. COOPER:  Got it.

11          THE COURT:  Okay.  Well, just a quick look

12   at the statute here, assuming Kastigar comes under

13   6002, it does appear to give the immunity and it

14   appears to give use and derivative use in any

15   criminal case.  And it excludes, of course,

16   prosecutions for perjury, but I'm looking at just

17   the statute, but it looks like the case law at least

18   confirms through 6002 that it's going to apply to

19   any criminal case.

20          Now, what Mr. Beck is saying is that 6002

21   is not the Kastigar immunity, and I'll have to now

22   look at that.  But if it fits under 6002, it looks

23   now like it's going to be any criminal case.

24          MR. BECKER:  I think that's right.  I

25   think that's the distinction.  I just briefly looked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    over the head notes in Mr. Castle's case.  I think

2    that's right.  What they said is the grant of

3    immunity under New York laws.  So what a Kastigar

4    letter provides, it provides sort of limited

5    immunity under the U.S. Supreme Court decision in

6    Kastigar that we won't use those statements in our

7    case-in-chief, but it doesn't provide any sort of

8    immunity for otherwise obtaining or definitively

9    obtaining information.  If you were to grant

10   immunity under 6000 et seq. it would have to go

11   before a grand jury before he could actually be

12   granted immunity, in which case he'd be granted

13   immunity even if we had derivative information that

14   could lead to the prosecution.  So 6000 et seq.

15   statutory immunity is much more powerful and

16   stronger than the Kastigar by itself.

17            MR. CASTELLANO:  I think that's right.  I

18   think under the Aryan Brotherhood cases, defense

19   counsel requested that we give statutory immunity to

20   two witnesses, which we did not.

21            MR. CASTLE:  Your Honor, we'd like to have

22   the opportunity to bring the -- I think the other

23   option is:  If they can convince the Court that

24   he's, say, allowed to take the Fifth Amendment in

25   regards to matters that are central to the defense

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in this case, I believe the law is that the witness

2    has to be stricken.

3            THE COURT:  Well, I know that's what

4    Mr. Sindel's point is.  I don't think we're there

5    yet.  But let's explore this.  I think we've got

6    time.  If we need to take him down and bring him

7    back for cross, we can.  But at least for the moment

8    based upon Mr. Beck's research, I'm not inclined to

9    blow privilege right at the moment.

10           MR. COOPER:  So bringing us back to the

11   reason I came back up here.

12           THE COURT:  He's going to ask another

13   question, Mr. Samore.  So if you just want to stand

14   over here and see what you're going to do.  He said

15   that he was done with your area, but he does have

16   one more question.

17           MR. SAMORE:  Okay.

18           MR. COOPER:  Okay.  Thank you.

19           (The following proceedings were held in

20   open court.)

21           THE COURT:  All right, Mr. Cooper.

22           MR. COOPER:  Thank you, Your Honor.

23   BY MR. COOPER:

24       Q.   Mr. Cordova, I asked you a series of

25   questions about the murder that you participated in,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and I asked you five or six questions.  Did the FBI

2    agents that debriefed you -- did they ask questions

3    about the substance of that murder?

4            MR. SAMORE:  At this time I'm going to

5    instruct the witness not to answer that question on

6    Fifth Amendment grounds.  It might incriminate him.

7    And a big factor here is, I haven't had the

8    opportunity to talk to my client about that subject.

9            THE COURT:  All right.  Let's put that

10   aside.  I won't sustain the objection at the present

11   time.  We may come back to it.  But why don't we set

12   it aside, and I'll make a ruling on that a bit

13   later.

14           All right.  Mr. Cooper.

15           MR. COOPER:  Thank you, Judge.

16   BY MR. COOPER:

17       Q.   Mr. Cordova, in December of 2015, you were

18   on trial for the homicide, first-degree murder trial

19   with regard to I believe it was Mr. Gurule?

20       A.   Yes, sir.

21       Q.   Okay.  That's not the murder we've been --

22   I've been asking you about, is it?

23       A.   No, sir.

24       Q.   So you were on trial in Albuquerque.  You

25   were being housed at that time during that trial at

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



```
 1  MDC.  That's Metropolitan Detention Center, no?

 2       A.   No, sir, I was being -- at that time, yes.

 3       Q.   So during the course of that trial, you

 4  were at MDC?

 5       A.   Through the course, yes, while I was on

 6  trial.

 7       Q.   While you were in trial.  And every

 8  morning you'd be transported down to the district

 9  courthouse, you'd go in, you'd do the trial, at the

10  end of the day you'd go back and you'd get your

11  green baloney sandwich, and all that stuff; right?

12       A.   Yes.

13       Q.   So when you went back one day, on December

14  3, in all likelihood, 2015, that's when you saw a

15  lot of your brothers, SNM members, that were in MDC?

16       A.   Yes, my ex-brothers, yes.

17       Q.   Your ex-brothers.  At that time, were they

18  already ex?

19       A.   No.

20       Q.   They were your brothers, weren't they?

21       A.   Yes.

22       Q.   So anyway, you saw your brothers at MDC

23  when you got back from court that day, and you

24  learned -- is that the first time you learned that

25  there was a RICO prosecution?
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                     1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.
 2        Q.   Okay.  And you learned that there were
 3   about 25 individuals, SNM members, that had been
 4   indicted and charged with violent crimes in aid of
 5   racketeering; correct?
 6        A.   Yes, sir.
 7        Q.   And the indictment involved murders that
 8   occurred as far back as 2001?
 9        A.   Yes, sir.
10        Q.   2007, 2014, and some other stuff; right?
11        A.   Yes, sir.
12        Q.   And you knew that those charges could
13   result in the death penalty to each of those people
14   who were charged in the counts that gave rise to the
15   death penalty; right?
16        A.   I didn't know that at that time.
17        Q.   But you soon learned that, didn't you?
18        A.   I heard they got hit with the death
19   penalty, then they dropped it.
20        Q.   Yes, that's right.  Eventually, the
21   Government did not proceed with the death penalty.
22   But in January of 2016, when you made it known that
23   you were ready to cooperate, the death penalty was
24   still on the table, wasn't it?
25        A.   I don't know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   But you thought it was; correct?

2        A.   No, I never thought about it.

3        Q.   You never thought about it?  You never

4   talked to family members about the fact that they

5   could hit you with the death penalty if they charged

6   you with a RICO?

7        A.   No, I didn't.

8        Q.   Okay.  You knew that some of those charges

9   were murder charges?

10       A.   Yes, sir.

11       Q.   And you knew -- you talked on direct

12  examination about it being a RICO case; right?

13       A.   Yes, sir.

14       Q.   And that's a racketeering case?

15       A.   Yes, sir.

16       Q.   What we're here in is not really a true

17  RICO case, but it's close to a RICO.  But in any

18  case, you knew that the Government was continuing to

19  investigate, and they were probably going to bring

20  forth another indictment, charge you people with

21  RICO; right?

22       A.   Yes, sir.

23       Q.   And you were well-respected in 2015, in

24  December of 2015.  By then you're not the youngster

25  anymore.  You've put in a lot of time and a lot of
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   work; no?

 2        A.   Yes, sir.

 3        Q.   So you're a well-respected brother?

 4        A.   Yes, sir.

 5        Q.   And at that point you were a highly ranked

 6   member of the S; right?

 7        A.   No, I was just a bro, just like when I

 8   first came in.

 9        Q.   You're still a soldier?

10        A.   Yes, sir.

11        Q.   But you had more respect than when you

12   first came in?

13        A.   No, that's not the way it works.

14        Q.   No?

15        A.   No.  You earn your bones to come into the

16   onda, so you're respected once you're made a

17   brother.

18        Q.   Okay.  But you were good, weren't you?

19        A.   At being a gangster?

20        Q.   No, no, no.

21        A.   Good at what?

22        Q.   When you talk about a brother who is in

23   trouble, a brother who is a rat, a brother who is a

24   homosexual, a brother who is messing up, he's not

25   good anymore; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   You could say that.

 2        Q.   And if you're still living within the

 3   rules of the onda, still living within the rules of

 4   the S, they term you as good.  You haven't heard

 5   that?

 6        A.   Yes, sir.

 7        Q.   And at the time, in 2015 you were good;

 8   right?

 9        A.   For a vato, yes.

10        Q.   You were a vato?

11        A.   I was a good brother, yes.

12        Q.   A good brother.  And you knew probably

13   every one of those guys that got indicted in the

14   VICAR case, didn't you?

15        A.   Pretty much all of them, yes, sir.

16        Q.   And some of them hadn't even done as much

17   work as you had; right?

18        A.   I don't know about that.  That's not the

19   way it goes in the onda.

20        Q.   And some of them probably had done more

21   work than you; right?

22        A.   Yes, but how I said, once you earn your

23   bones, you never stop earning your bones.  So you

24   can keep on putting in work till the day you die.

25   That's the way it goes with the SNM.  As long as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you're an SNM Gang member, you never stop.

2       Q.   That's right.  You don't stop working;

3   right?

4       A.   Yes, sir.

5       Q.   You continue to put in work, as they say.

6   And putting in work can be stabbing people,

7   assaulting people, killing people, bringing drugs

8   in.  All of that is putting in work; right?

9       A.   Well, it's not putting in work no more.

10  It's called going to work.  Once you become a

11  full-fledged carnal, that means you go to work.  It

12  never stops.  We're all offense.  We're no defense.

13      Q.   Well, I stand corrected.  I'm not an

14  authority on this, obviously, but you go to work

15  every day, and by going to work, sometimes you have

16  to assault people, sometimes you have to stab them,

17  sometimes you beat them up, sometimes you kill them;

18  right?

19      A.   Yes, sir.

20      Q.   And that's going to work?

21      A.   Yes, sir.

22      Q.   That's doing your work?

23      A.   Yes, sir.

24      Q.   And sometimes other brothers are bringing

25  drugs in for the brothers that are there; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Yes, sir.

2       Q.   And that's going to work?

3       A.   Yes, sir.

4       Q.   That's doing work?

5       A.   Yes, sir.

6       Q.   And you're pretty good at both of those

7  things, aren't you?

8       A.   Yes, sir.

9       Q.   You brought in a lot of drugs and you

10  assaulted a lot of people?

11      A.   Yes, sir.

12      Q.   You knew that you probably brought in more

13  drugs -- you knew that you had brought in more drugs

14  than a lot of people that were named on this

15  indictment; right?

16      A.   No, that's not true.

17      Q.   No?

18      A.   No, sir.

19      Q.   So the people named on the indictment

20  brought in more drugs than you brought in?

21      A.   We're all in competition, competing with

22  each other, all trying to outdo each other.  That's

23  how it is in the onda.  One brother does something

24  better, and the other brother's trying to one up

25  you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.  So did you bring in a lot of drugs
 2   or not?
 3        A.   Yes, sir.
 4        Q.   Some guys in the onda don't bring in many
 5   drugs, do they?
 6        A.   No, sir, but they contribute in other
 7   ways.
 8        Q.   I understand that.  And you brought in a
 9   lot of drugs, so that was one of your ways to
10   contribute when you go to work; right?
11        A.   One of them, yes.
12        Q.   And you also committed a lot of assaults,
13   another way to contribute when you go to work?
14        A.   Yes, sir.
15        Q.   Okay.  And some of the guys -- Raymond
16   Rascon, for instance, he said that -- strike that.
17   Some brothers don't put in as much work as other
18   brothers; right?
19        A.   Correct.  There's other ways.
20        Q.   There's other ways.
21        A.   Yes, sir.
22        Q.   Like what?
23        A.   Passing messages, getting into positions
24   other brothers can't get into, and make sure other
25   brothers get and send messages delivered to other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   brothers.  Every brother is good at different

2   things.

3       Q.   And it's good to have, in this

4   organization, people that are good at everything?

5       A.   Yes, sir.

6       Q.   And you're good at everything; no?

7       A.   If you want to say that.

8       Q.   Well, you like to think that you are,

9   don't you?

10      A.   I was a good brother.  I know that.  I was

11  dedicated to the organization.

12      Q.   You were such a good brother that you were

13  being investigated for the Sammy Chavez murder,

14  weren't you?

15      A.   I was being investigated for the Sammy

16  Chavez murder, yes, sir.

17      Q.   And in fact, Bryan Acee told you that he

18  was preparing some overt acts to indict you on a

19  RICO charge for the Sammy Chavez murder; right?

20      A.   He said I was being investigated.  I don't

21  think he said about overt acts.

22      Q.   You know what overt acts are; right?

23      A.   Yes, sir.

24      Q.   Okay.  And he had people that worked with

25  him that were preparing overt acts with regard to

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                            1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1  you; right?
 2       A.   Yes, sir.
 3       Q.   And he told you that, didn't he?
 4       A.   They said they were preparing overt acts.
 5  He said I was being investigated.
 6       Q.   And you knew that he was going to continue
 7  to go out and bring other people in with regard to
 8  this indictment or other indictments; right?
 9       A.   I know there was more to come, but I just
10  didn't know all the specifics.
11       Q.   And in fact, there was more to come;
12  right?
13       A.   Yeah, more came.
14       Q.   More came, didn't it?  And you knew that
15  more was coming.  So we go back.  December 3, 2015,
16  is when the arrests were made, and all these guys
17  come into MDC, you're there, you know that the feds
18  had come after the S; right?
19       A.   Yes, sir.
20       Q.   And you think, "Uh-oh, I brought in a lot
21  of drugs, I've done a lot of assaults; I need to do
22  what I need to do to cut the losses.  I'm a good
23  brother, but I got to take care of myself."
24       A.   That's incorrect, sir.
25       Q.   How did it go?  Tell me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   You get tired.  You get inside an

2  organization, because you think there is trust and

3  there is loyalty and there is honor amongst other

4  dudes who are supposedly brothers.  But once you're

5  in, you see all the brothers just getting used up,

6  thrown aside like it's nothing.  And that's what

7  goes on.  You get to the point where you got to go

8  do deliveries with other brothers in that house, and

9  you're thinking, Am I going to come out alive out of

10  this house?  Pick up other brothers, you ain't want

11  to sit behind you in the back seat of your car.  I

12  had a policy:  Only one brother with me at a time in

13  my car because I couldn't trust four brothers with

14  me in my car, because I don't trust no one sitting

15  behind me.  That's how bad it got within that

16  organization.

17     Q.   Did Popeye have similar feelings?

18     A.   I don't know if Popeye had similar

19  feelings.

20     Q.   Didn't you water-board Popeye?

21     A.   I can't speak on that.  I can't speak on

22  other brothers.  I can only speak on my own

23  experiences.

24     Q.   Didn't you water-board him, torture him?

25     A.   I never water-boarded Popeye.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   You didn't?  Who did you water-board?

2    A.   Competition, drug dealers, people that

3 didn't want to pay rent to the onda.  So we'd go in,

4 we'd do home invasion, they'd tell us where the

5 narcotics were at and the money was at.  We would

6 torture them until they gave us where the products

7 and the money were at.

8    Q.   And you got tired of that, huh?

9    A.   I got tired of always having to carry a

10 shank up your rectum, never knowing when you're

11 going to come out of the tier and the politics are

12 not going to be in your favor that time, and you'll

13 be the next on the list.  I've been in meetings with

14 other brothers talking about killing this brother,

15 and then once another brother leaves that circle,

16 they're talking about killing him.

17    Q.   But it wasn't until after the indictment

18 came down, in December of 2015, that you really got

19 tired; right?

20    A.   I was tired, say, a couple years before

21 that.

22    Q.   You didn't ever take any action; right?

23    A.   I never wanted to go out as being a rat,

24 as being an informant.  I'm not proud of what I'm

25 doing today.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   People can leave the onda by going
2   Christian.  Juan Baca did it.  Who is Juan Baca?
3        A.   And you know, he had juice and there was
4   brothers still plotting to kill him.
5        Q.   Who is Juan Baca?
6        A.   Juan Baca is the main founder.  He was
7   being protected by other brothers that -- who knows
8   why they were protecting him, but there was other
9   brothers who wanted to kill him, yes.
10       Q.   He was the mero mero jefe; right?
11       A.   Yes, sir.
12       Q.   And he decided to walk away because he
13  found the Lord, he just wanted to leave all of the
14  killing, all of the drugs, and he did; right?
15       A.   Yes, sir.
16       Q.   And nobody ever hit him, did they?
17       A.   No, sir.
18       Q.   So you can walk away.  He's living proof;
19  right?
20       A.   There's enemies that you make within the
21  organization.  I walked away when I got out of
22  prison.  What brought me back was a conflict that
23  had to do with my nephew.  It had nothing to do with
24  any gang activity.
25       Q.   Exactly.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Exactly.

2      Q.   Exactly.  You may have difficulties

3  walking away because the LC -- they may not like

4  you, or the AB doesn't like you, or maybe your

5  nephew doesn't like you.  But you can walk away,

6  become a Christian, just like Juan Baca did; right?

7      A.   Why ain't I walking away now?  What's the

8  difference?

9      Q.   Pardon me?

10      A.   Ain't I walking away now?

11      Q.   Yeah, you are.

12      A.   There you go.

13      Q.   So you can walk away; right?

14      A.   I'm walking away right now.

15      Q.   But you didn't choose to walk away until

16  there was a threat that you might be looking at the

17  death penalty?

18      A.   No, the only death penalty I'm looking at

19  is from the SNM and other organizations that are

20  hooked up with them.  That's it.

21      Q.   You've been in custody at least -- well,

22  let me back up.  You agreed to testify -- or you

23  agreed to cooperate and you started cooperating

24  January 4, 2016.  That's the first day that you met

25  with Bryan Acee at MDC; right?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't know the exact date, but it was
 2   around that area.
 3        Q.    Do you want to see a document, or is that
 4   good?
 5        A.    I'm fine.
 6        Q.    You started cooperating January 4 of 2016.
 7   Nobody has assaulted you since that date, have they?
 8        A.    You know how I've been living since that
 9   date?
10        Q.    No, no, no, no, no, no, no.  I don't want
11   to know.  I want an answer to that question.  You
12   have not been assaulted at all since that date, have
13   you?
14        A.    I'm no longer around the SNM.
15        Q.    You're not?
16        A.    No.
17        Q.    I thought you told Mr. Blackburn that you
18   were housed with Jerry Armenta.  With Jerry
19   Martinez.
20        A.    They're all ex-brothers.
21        Q.    Ex-brothers?
22        A.    Exactly.
23        Q.    And they haven't hit you, have they?
24        A.    Why would they when they're ex-brothers?
25        Q.    Anybody else hit you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   No.
 2      Q.   Nobody has hit you.  Have you heard of
 3  anybody who has been hit?  Zero; right?
 4      A.   But I know about brothers that have been
 5  murdered for being rats.
 6      Q.   In fact, you probably have killed some,
 7  haven't you?
 8      A.   I don't want to answer that.
 9      Q.   Why not?  Is this an answer you want to
10  take the Fifth on?
11      A.   Yes, sir.
12      Q.   Okay.  I'll move on.
13           So that first day that you met with Bryan
14  Acee, you talked to him for two hours; right?  From
15  1:00 to 3:00 o'clock?
16      A.   I talked to him for some time.
17      Q.   Who else was there?
18      A.   Some STG officers.
19      Q.   STG from DOC or MDC?
20      A.   Both.
21      Q.   Both?
22      A.   There was Liner from the BCOS.  There
23  was --
24      Q.   BCO what?
25      A.   Bernalillo County Sheriff's Department.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Okay.

2     A.    Liner.  There was Myers and --

3     Q.    Mark Myers?

4     A.    Yes, sir.

5     Q.    Okay.  He's the guy that was going to help

6  you?

7     A.    Help me with what?

8     Q.    Never mind.  Strike that.  Who else was

9  there?

10     A.    To my knowledge, that's it.  My

11  recollection, put it that way.

12     Q.    And how did it happen?  Did you tell a CO

13  that you wanted to talk to the feds, or did he just

14  come pull you out?

15     A.    He came and pulled me out.

16     Q.    Okay.  You didn't know that they were

17  coming?

18     A.    I knew eventually they were coming.  I was

19  preparing my -- in my mind for this.

20     Q.    You were kind of happy they came, no?

21     A.    Not happy.  I don't want to be doing what

22  I'm doing today.

23     Q.    You were relieved?

24     A.    I wouldn't say relieved.

25     Q.    Okay.  If I were to read reports that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  would say that when you first saw them, you had a

2  big smile on your face?

3       A.   When I saw them I had a big smile on my

4  face?

5       Q.   Yeah, when you saw Agent Acee and the

6  people in that room, you heard why they were there,

7  you had a big smile on your face?

8       A.   I don't recall.

9       Q.   No.  So tell me about your tats on your

10 face again.  The tear drop on the left is for a

11 murder?

12      A.   Or doing time.

13      Q.   Or doing time?

14      A.   Yes, sir.

15      Q.   And does it signify, one, two, three

16 prison terms or --

17      A.   Just on doing time, murder, whatever, just

18 doing time.

19      Q.   And then on your right eye you have three

20 dots.  Tell me about those three dots?

21      A.   It's mi vida loca, my crazy life.

22      Q.   You have a crazy life?

23      A.   I did live a crazy life.  Now I live in

24 protective custody.

25      Q.   With other --

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                           1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1        A.    With other protective custody people, yes.

2        Q.    And what is that pod like?  How many cells

3   in that pod?

4        A.    Sixteen, and it sucks.

5        Q.    But you have free rein.  It's just the 16

6   of you; it's not others.

7        A.    I don't have free rein.  I'm in solitary

8   confinement on three-man escort everywhere I go.

9        Q.    And everybody there does that?

10       A.    Pretty much, yeah.

11       Q.    Is that because you're just a bunch of

12  killers?

13       A.    No, because we're in protective custody.

14       Q.    And they put you in protective custody to

15  keep you safe and keep everybody else safe; right?

16       A.    Yes, sir.

17       Q.    Because you have a history of assaulting

18  people; right?

19       A.    Now it's the other way around.  Now it's

20  for my safety of the prison population.

21       Q.    But you have a history of assaulting

22  people, don't you?

23       A.    Oh, yeah, of course, or else I would have

24  never been SNM.

25       Q.    But once you decided to cooperate, you
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   were good with that, you put all that stuff behind
 2   you; right?
 3        A.   It's hard.  It's like, say, you, today,
 4   you try come into one of these guys' life and be an
 5   active syndicato or try to come into one of my shoes
 6   and be in protective custody in prison, you're used
 7   to being free all your life, and you're a lawyer.
 8   You couldn't just transition over a little bit of
 9   time.  It would take years.  It would take some time
10   and a lot of hard work.
11        Q.   How long have you been in prison?
12        A.   This time?
13        Q.   This time.
14        A.   I've been in prison for three years.  I
15   just started my fourth year this year.
16        Q.   And how many -- since the time you were
17   19, when you came in at 19, was that your first
18   prison term?
19        A.   No, I was tried as an adult when I was 16,
20   17 years old.  I came to prison when I was 19, when
21   I was fighting my cases.
22        Q.   So were you in custody from the time you
23   were 16 through the time you were 19, when you
24   finished fighting those cases?
25        A.   Most of it, yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Okay.  What, did you get out and mess up
 2   and have to get back in?
 3        A.    Yes, sir.
 4        Q.    So from the time you're 16 until -- and
 5   you're how old again?
 6        A.    34, sir.  34, sir.
 7        Q.    Sorry?
 8        A.    Adult time, yes, I've been doing time
 9   since then.  I've never been out a whole year.
10        Q.    So from 16 to 34 you've been incarcerated.
11   So it's not the same as if I were to go in; right?
12        A.    No.  I've been incarcerated, to be honest
13   with you, since I was 10 years old.  I've been
14   getting incarcerated.  I've been at YDC, Springer,
15   all that stuff.
16        Q.    So as recently as April 17, you committed
17   another assault, didn't you?
18              MR. SAMORE:  Objection.  Assert the Fifth
19   Amendment privilege at this time on that question.
20              THE COURT:  Are you going to follow Mr.
21   Samore's advice on that?
22              THE WITNESS:  Yes, Your Honor.
23              THE COURT:  I'll sustain that objection.
24   BY MR. COOPER:
25        Q.    Did you assault a correctional officer at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the facility at Southern New Mexico Correctional
 2   Facility on April 17, 2018?
 3              MR. SAMORE:  Objection, instruct the
 4   client, Mr. Cordova, to not answer the question
 5   based on his Fifth Amendment privilege.
 6              THE COURT:  And you'll follow your
 7   counsel's advice, Mr. Cordova?
 8              THE WITNESS:  Yes, Your Honor.
 9              THE COURT:  All right.  I'll sustain the
10   objection.
11   BY MR. COOPER:
12       Q.   When somebody commits an assault inside a
13   prison facility, there is a disciplinary procedure;
14   correct?
15       A.   Yes, sir.
16       Q.   And every inmate at the facility knows
17   that process?
18       A.   Yes, sir.
19       Q.   Have you gone through that process with
20   regard to this particular assault that you committed
21   on April 17, 2018?
22       A.   Yes, sir.
23       Q.   And so that process is complete?
24       A.   Yes, sir.
25       Q.   Have you received a target letter or do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you have any reason to believe you will be

 2   prosecuted for that assault on a correctional

 3   officer on April 17, 2018?

 4       A.   Yes, sir.

 5       Q.   You have?

 6       A.   Yes, sir.

 7       Q.   Do you have reason to believe, or you've

 8   received a target letter?

 9       A.   I received a target letter.

10       Q.   And what does that letter say that you are

11   the target of?  What sort of investigation?

12            MR. CASTELLANO:  Objection, calls for

13   hearsay.

14            MR. COOPER:  I'll withdraw.  Thank you.

15   BY MR. COOPER:

16       Q.   So the target letter informs you that you

17   are the target of a grand jury investigation;

18   correct?

19       A.   Yes, sir.

20       Q.   And this particular target letter informs

21   you that you are the target of a grand jury

22   investigation for having committed an assault or

23   battery, probably on a correctional officer?

24       A.   Yes, sir.

25       Q.   Do you know when the matter is going to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  presented to the grand jury?

2          MR. SAMORE:  If the client can answer that

3  question.  I think I heard the question correctly.

4          THE COURT:  The question was:  Do you know

5  when the matter is going to be presented to the

6  grand jury?

7          MR. SAMORE:  If the client can answer, I

8  think he can tell you.

9      A.   Yes, May 18.

10 BY MR. COOPER:

11     Q.   I'm sorry, Mr. Cordova, I turned away and

12 I didn't --

13     A.   May 18, sir.

14     Q.   May 18?  Okay.  Thank you.  My apologies.

15          THE COURT:  All right.  Would this be a

16 good place for us to take our evening break,

17 Mr. Cooper?

18          MR. COOPER:  It will, Your Honor.  Thank

19 you very much.

20          THE COURT:  All rise.  We'll be in recess

21 until tomorrow at 8:30.  I appreciate everybody's

22 hard work.  Thank you for -- it was a long day, and

23 I appreciate everybody's hard work.

24          (The jury left the courtroom.)

25          THE COURT:  Take a look at this issue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

Case 2:15-cr-04268-JB   Document 2312   Filed 05/23/18   Page 150 of 300
150

```
 1   tonight.  And also we still have Ms. Armijo's
 2   pending request that I knock off some of the
 3   testimony with Mr. Munoz about those questions.  And
 4   if you find -- I guess the question is:  If you find
 5   the material so that you had a good faith subjective
 6   basis for asking the question, is that enough?  I
 7   think what Ms. Armijo is saying is, well, it's clear
 8   that there is no basis, you were mistaken.  Then I
 9   guess the question is:  Do I use that to sanitize
10   the record?  And I'm not sure I know the answer to
11   that.  So we've got two questions to look at
12   tonight.
13            MR. CASTLE:  Just really quickly.  The
14   case I was thinking about on the issue of immunity
15   was actually the Kastigar case.
16            And the second thing is:  I've been doing
17   some searching while we're doing this, and I found
18   the antisocial personality diagnosis for four people
19   right now.  But I have not yet found it for Mr.
20   Munoz, at least this Mr. Munoz' records.  So I'm
21   looking for it now, and I'll keep the prosecution
22   updated, and let them know about it in the morning.
23            THE COURT:  Okay.
24            MR. CASTELLANO:  Your Honor, we are
25   following the rule of not talking to the witnesses
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1    on cross-examination.  I was wondering if we might

 2    be able to talk to Mr. Cordova about the one issue

 3    for which he's invoked the Fifth to see if we can

 4    resolve that.

 5              (Inaudible crosstalk.)

 6              THE COURT:  Is it all right if he talks to

 7    Mr. Samore?

 8              MR. COOPER:  I think he ought to talk to

 9    Mr. Samore and not the witness.

10              THE COURT:  Would that work for you,

11    Mr. Castellano?

12              MR. CASTELLANO:  I wanted to make sure I

13    cleared it.

14              THE COURT:  So you've got permission from

15    everybody for him to talk to Mr. Samore and clear

16    that up.

17              All right, I appreciate everybody's hard

18    work.  Have a good evening.

19              (The Court stood in recess.)

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                      May 10, 2018

2

3            THE COURT:  All right.  I think we've got

4    all the defendants in, and we've got an attorney for

5    each of the defendants.

6            Let me go over a few things.  Exhibit 14

7    to the clerk's minutes when I had -- when I decided

8    what instructions, limiting instructions, to give on

9    various portions of his testimony, I circled things,

10   and there was some highlighting.  So I have attached

11   that as Exhibit 14 to the clerk's minutes so it will

12   be clear what was being discussed.

13           Mr. Davidson brought to my attention last

14   night in the Baca case that the Government has filed

15   a motion to disqualify Mr. Blackburn.  So I guess

16   what I need probably to find out is, James Garcia --

17   have y'all contacted him to see whether he'd waive

18   any conflict?  I don't know if it's waivable, but

19   have y'all talked to him and found out?

20           MR. BLACKBURN:  Well, I haven't.  But I

21   know the last time he was here, his attorney said

22   no.  And now that I have seen the debriefings on the

23   case, I can't imagine under any circumstances that's

24   going to change.

25           THE COURT:  All right.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492



```
1              MR. BLACKBURN:  Even if that happens,
2     there is a new 302 on the interview they did with
3     his wife, which I don't know if they've called her,
4     but it's pretty clear to me that they're not going
5     to waive that conflict, Your Honor.
6              THE COURT:  Okay.  Would you humor me and
7     at least contact his new attorney and just confirm
8     that?
9              MR. BLACKBURN:  I will, Your Honor.
10             THE COURT:  For present purposes, I'll
11    assume that that's not going to happen and I'll act
12    accordingly.
13             MR. BLACKBURN:  I will, Your Honor.
14             THE COURT:  Y'all may have something to
15    say on the invocation of the Fifth Amendment by
16    Mr. Cordova yesterday, but after looking at the
17    letter -- y'all can educate me, but it doesn't look
18    to me like it really is a Kastigar letter according
19    to the case.  It expressly disavows in the second
20    paragraph, derivative use immunity or immunity
21    vis-a-vis any prosecuting entity other than the
22    United States Attorney's Office here in New Mexico.
23    So it seems to me his immunity is much less
24    extensive than Kastigar requires.  So unless
25    somebody has something different -- I know y'all
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    were going to work last night to see if this
2    language could track what he had given to Mr. Acee.
3    But assuming that nothing is worked out informally,
4    it seems to me his Fifth Amendment privileges ought
5    to stand.  And that's the situation.
6              All right.  Mr. Solis, did you have
7    something that you wanted to present to the Court?
8              MR. SOLIS:  Yes, Your Honor.  Only because
9    Agent Cupit is to be a witness today, and that was
10   going to be my witness.  However, I've got a
11   district court sentencing in El Paso, Your Honor.
12   But I did want to talk about the parameters of his
13   testimony.
14             As you know, I filed a motion to exclude
15   the marital communications between our client,
16   Mr. Chavez, and his wife, as a result of a 302 that
17   was provided us.  Not any phone calls, I understand
18   there is not that issue with the jail phone calls.
19   So as a result of that, I suspect, the motion filed
20   and the authority cited and the Court's order
21   basically cited the same authority I cited in that
22   particular motion, they pulled that witness, Yvonne
23   Madrid, and now have Cupit, I think, only to address
24   the jail phone calls that have to do with, frankly,
25   my entry into the case; that is, the Suboxone

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                       1-800-669-9492
                        BEAN
                        & ASSOCIATES, Inc.
                        PROFESSIONAL COURT
                        REPORTING SERVICE              e-mail: info@litsupport.com

1  letters and then the lawyer delivering the letters

2  or Christmas cards with Suboxone.

3          And I think they provided phone calls that

4  have discussions with regard to that, Ms. Madrid and

5  Mr. Chavez, I suspect under the co-conspirator

6  exception to 801.  And so if that's the case, then I

7  just wanted to alert the Court that my understanding

8  is that that should come in and probably will come

9  in, but nothing other than that.  The topic of the

10 302 that resulted in the filing of the motion I

11 filed I think is not to be the topic of that

12 testimony from Mr. Cupit.

13         Is that right, Ms. Armijo?

14         MS. ARMIJO:  Well, I'm not sure what you

15 mean by the 302.  I know that the investigation will

16 be discussed, but her statements -- because we have

17 to at least put it in perspective why these calls

18 are relative -- relevant, I should say.  And I know

19 that there will be another witness who will testify

20 as to that as well.  But we don't plan on getting

21 in -- I don't think that there is going to be any of

22 her post arrest statements coming in at this time,

23 at least not through Special Agent -- or Task Force

24 Agent Cupit.  He will testify about a couple of

25 other things in reference to the prison, but as to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  this investigation, I think it's pretty much the

2  calls and explaining the calls.

3          MR. SOLIS:  If that's the case, then I

4  think Mr. Granberg can handle that.  But I do want

5  one other thing, Your Honor.  When that does come in

6  and I'm not here, if you could instruct the jury

7  that the lawyer involved, if that testimony does

8  arise, in that delivery of those Suboxone-laced

9  cards and letters are not either me or Mr. Granberg,

10  so the jury is not left with the impression that

11  these lawyers assisted in the delivery of Suboxone

12  to Mr. Chavez.

13          THE COURT:  Would you be willing to ask

14  those questions, Ms. Armijo?

15          MS. ARMIJO:  Absolutely, Your Honor.  I

16  don't think that that's anything that we're going to

17  be --

18          THE COURT:  Does that work for you then,

19  Mr. Solis?

20          MR. SOLIS:  As long as the jury is aware

21  that neither I nor Mr. Granberg are involved in that

22  aspect of that.

23          MR. CASTLE:  Your Honor, could we do a

24  record later on the Fifth Amendment issue, or do you

25  want to hear it now?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  No, I think I understand it.
 2    But if you need to make a bigger argument, you can.
 3              MR. CASTLE:  Do you want me to do it right
 4    now?
 5              THE COURT:  No, let's go ahead and bring
 6    the jury in.  I think I understand the way you made
 7    it last night.  But if you need to make other
 8    arguments, then you can.
 9              All rise.
10              (The jury entered the courtroom.)
11              THE COURT:  All right.  Everyone be
12    seated.
13              Good morning, ladies and gentlemen.  Thank
14    you for being back and on time and ready to go.  It
15    will take us a minute to get Mr. Cordova up.
16              Why don't I use this time to have counsel
17    come up here to the bench and we'll let Mr. Castle
18    say what he indicated he needed to say while we're
19    waiting for Mr. Cordova to come up.
20              (The following proceedings were held at
21    the bench.)
22              THE COURT:  Go ahead, Mr. Castle.
23              MR. CASTLE:  Your Honor, we believe that
24    this witness has testified to what has been broadly
25    categorized as enterprise evidence.  He's told the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                             e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    jury, based on his experience in the SNM, that he

2    has -- that there are murderous groups, et cetera,

3    et cetera.  He went on and talked about all of that.

4    That he said, based upon his participation in those

5    events, that's the basis of his testimony.  It was

6    almost like close to expert testimony, but it was

7    lay testimony.

8             The law is well established in Mitchell

9    versus United States, 526 U.S. 314, it states it's

10   well-established that a witness in a single

11   proceeding may not testify voluntarily about a

12   subject and then invoke the privilege against

13   self-incrimination when questioned about the

14   details.

15            It's our position -- I understand the

16   Court's reading of the Kastigar letter, and I can't

17   necessarily disagree with that.  But I think the

18   result here is that the witness is able to give a

19   partial explanation of things without being examined

20   on those.  So we believe that his testimony should

21   be stricken by the Court.  And so that's our

22   argument.

23            THE COURT:  Okay.  Is he here?  Why don't

24   I hear your response when we have more time?

25            MR. CASTELLANO:  Sure.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

**BEAN**
**&ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. COOPER:  Are we expecting his lawyer?
 2            (The following proceedings were held in
 3   open court.)
 4            THE COURT:  Mr. Cordova, if you'll resume
 5   the witness box.  I'll remind you that you're still
 6   under oath.
 7            THE WITNESS:  Yes, Your Honor.
 8            THE COURT:  All right.  Mr. Cooper.
 9            MR. COOPER:  Thank you, Your Honor.
10                  BILLY CORDOVA,
11       after having been previously duly sworn under
12       oath, was questioned, and continued testifying
13       as follows:
14               CONTINUED CROSS-EXAMINATION
15   BY MR. COOPER:
16       Q.   Good morning, Mr. Cordova.  How are you
17   today?
18       A.   Good.  And you, sir?
19       Q.   Doing well.  Thank you.
20            So I want to talk to you about the various
21   times that you have talked with the Government, with
22   the FBI, about cooperating, and the statements that
23   you've given to the Government about your
24   cooperation.  I'd like to talk with you about what
25   your understanding is, what you think you need to do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in order to cooperate.  Okay?  Are you good with

2  that?

3        A.   Yes, sir.

4        Q.   So let's go back for just a minute.  I

5  won't spend a lot of time on it, but you knew that

6  there was an indictment charging about 25 people

7  with violent crimes in aid of racketeering.  You

8  knew that the Government was coming down on the SNM;

9  right?

10       A.   Yes, sir.

11       Q.   So you made the decision to cooperate with

12  the Government to avoid you getting yourself tangled

13  up in that indictment or any of the succeeding

14  indictments that actually did come out; right?

15       A.   That was one of the reasons, yes, sir.

16       Q.   Okay.  And so in order to accomplish that,

17  when you were pulled out of your cell at MDC by

18  Agent Acee, you gave a statement; right?

19       A.   Yes, sir.

20       Q.   And did you -- how did that start?  What

21  did he tell you as to why you were there?

22            MR. CASTELLANO:  Objection, calls for

23  hearsay.

24            THE COURT:  Overruled.

25       A.   I can't recall the exact words, but he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    just stated that he was investigating the SNM and he

2    wanted to stop them from committing more murders.

3    BY MR. COOPER:

4         Q.    Stop you or --

5         A.    The SNM, period.

6         Q.    Okay.

7         A.    And the organization from committing more

8    murders; and that's what he was there for, to keep

9    the community safe and to stop us from hurting each

10   other, hurting other inmates serving time.

11        Q.    And how did you respond to that?  What did

12   you think of him saying that to you?

13        A.    To be honest with you, I was already

14   tired.

15        Q.    Okay.

16        A.    I just -- I even knew the STIU, everybody

17   were surprised that I even cooperated.  Because it

18   wasn't the first time I would have faced a life

19   sentence.

20        Q.    Okay.  So that day you talked to him about

21   certain things; right?

22        A.    Yes, sir.

23        Q.    And you talked to him about putting in

24   work, what that means, and what you did; right?

25        A.    Yes, sir.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

162

```
 1        Q.   You talked to him about some of the
 2   internal conflicts within SNM?
 3        A.   Yes, sir.
 4        Q.   For instance, there is a big conflict
 5   between Styx and -- and Styx kind of represented the
 6   younger generation, wouldn't you say?
 7        A.   No.
 8        Q.   No.  There was a conflict, though, between
 9   him and Julian and Julian was definitely an old
10   timer; right?
11        A.   Yes, sir.
12        Q.   And the people who sided with Julian for
13   the most part were either old timers or people from
14   Barelas; right?
15        A.   To be honest with you, a few people sided
16   with him, but most of the organization sided with
17   Styx, because we felt that was wrong about what he
18   did with his wife.
19        Q.   But you talked about that conflict with
20   Agent Acee; right?
21        A.   More than likely, probably so. I talked to
22   him about a lot of things.
23        Q.   Okay.  And you talked to him about when he
24   left, he established the tabla, and who he put on
25   the tabla; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, sir.

2    Q.   And you talked to him about the All Stars,

3 Leroy Torres and the All Stars?

4    A.   Yes, sir.

5    Q.   You talked to him about Manuel Maldonado,

6 Chaparro?

7    A.   Yes, sir.

8    Q.   And Chaparro is the guy that you hit when

9 you were at MDC.  Didn't kill him, but that was the

10 fight that started the incident where you tried to

11 take over the control area and -- was that right?

12    A.   I did take over the control area.  I took

13 the Seg unit hostage and assaulted a CO; in the

14 process I took the keys from him, got in the control

15 center, popped the doors, yes.

16    Q.   And prior to that -- or that was the same

17 day as there was a fight with Chaparro, wasn't it?

18    A.   Yes, sir.

19    Q.   Okay, and --

20    A.   It wasn't the same day.  It was at the

21 same time.

22    Q.   Same time.

23    A.   That was the whole reason why I was there

24 in Seg, was to gain access to that individual.

25    Q.   And that's Manuel Maldonado?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Also known as Chaparro?

 3        A.    Yes, sir.

 4        Q.    And you believed him to be an informant;

 5   right?

 6        A.    No.  He was a dropout for the SNM.

 7        Q.    Okay.  He was a dropout, and that's why

 8   you guys wanted to hit him?

 9        A.    Yes.

10        Q.    Beat him up pretty bad, didn't you?

11        A.    Yes, sir.

12        Q.    He got stabbed?

13        A.    Yes, sir, a shank bent, but we attempted

14   to murder him, yes.

15        Q.    Okay.  And just didn't succeed; he was

16   able to live; right?

17        A.    Yes, sir.

18        Q.    And it was during that period of time when

19   you took over the STG hostage.  And that was a

20   female; right?

21        A.    Yes, sir.

22        Q.    And you took her arms and you bent them

23   behind her?

24        A.    Yes, sir.

25        Q.    Why did you do that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Because that was required for me from the

2  SNM because I had got a huila, a mensaje, from one

3  of my brothers that brought me in in the streets and

4  told me, "Hey, this dude that we've been trying to

5  get for a while, he's in Seg 3.  If you can get to

6  him, do it."

7          And that's not the first time I got a

8  mensaje and acted on it in the county jail.  I've

9  done it before, and that was all for the

10  organization.

11      Q.   And that was something sanctioned by your

12  leader, Styx; right?

13      A.   Not by Styx.

14      Q.   By who?

15      A.   Supported by some of the brothers within

16  the organization.  It's kind of a code that we live

17  by.

18      Q.   Um-hum.

19      A.   When that code is broken, we know what

20  needs to happen.  We take matters into our own hands

21  and handle things.

22      Q.   So it didn't come down from anybody; it

23  just happened because all of the brothers knew that

24  he was a dropout, so automatically there is a green

25  light on him?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, because the older brothers like Wild
 2   Bill and all them placed a hit on him until he
 3   became an All Star and dropped out.
 4        Q.   Okay.
 5        A.   So he's been green lighted for a long
 6   time, since the '90s.
 7        Q.   Where is it in any of your reports, any
 8   report -- and I'll give them to you.  You can look
 9   at those.
10        A.   I believe you.  But I'm not an FBI agent.
11   I don't write the reports.  You're asking the wrong
12   person about that.
13        Q.   And I want you to tell me anytime, ever,
14   where you think that you may have said that Wild
15   Bill put a hit on Manuel Maldonado.
16        A.   That's what was coming down from the older
17   brothers back then in the '90s.  He's had a hit on
18   him for a long time.
19        Q.   Do you want to see the reports?
20        A.   I'm not an FBI agent.  I don't write
21   reports.
22        Q.   So the FBI agents aren't accurate when
23   they write their reports?
24        A.   Again, you're asking the wrong person.
25        Q.   The very first time you've ever said that
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1    is on May 10th, 2018.  Because I represent Billy, is

2    that why you're doing it?

3         A.    Nothing personal here, sir.

4         Q.    Do you want to take a shot at Billy

5    because I'm being mean to you; is that it?

6         A.    I'm not a coward that way, sir.

7         Q.    So am I a coward?

8         A.    I don't have nothing to say there.

9         Q.    Let's go back to your report.  So you're

10   talking about the internal conflicts, you're talking

11   about who takes control of the SNM, talking about

12   who receives narcotics in prison.  You talk about

13   the fact that in that first interview that you

14   wanted to kill Arturo Garcia because you wanted to

15   seize power; right?

16        A.    The politics had turned against Arturo

17   Garcia at the time.  And a lot of brothers were

18   thinking he should be pushed out of the

19   organization, and resulting in that would be

20   murdering him.

21        Q.    And you talked about the relationship

22   between SNM and Burquenos and Crazy Town, Roswell;

23   right?

24        A.    Yes, sir.

25        Q.    You talked about the disagreement that

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

168

 1    erupted between you and Sleepy; right?

 2         A.   Yes, sir.

 3         Q.   You told Agent Acee -- Agent Acee is not

 4    in here today, this morning, but the same guy that

 5    sits over there at the end of that table; right?

 6         A.   Yes, sir.

 7         Q.   Who is Sleepy?  What's his name?

 8         A.   Enrique Roybal.  He's another SNM member

 9    that was X'd out for the situation that happened

10    with me and my ex-wife.

11         Q.   Your ex-wife, her name is Crystal; right?

12         A.   Yes, sir.

13         Q.   Crystal Salas?

14         A.   Yes, sir.

15         Q.   So you plotted to kill your ex-wife and

16    Enrique Roybal because they were talking to each

17    other, and you thought they had something going;

18    right?

19         A.    No, they did.  It was an intimate

20    relationship, which violated the rules of the SNM

21    organization.  And if I wouldn't have acted, it

22    could have put me at risk.

23         Q.   It probably violates a lot of other rules,

24    too, but we have other rules in society that say if

25    that rule is violated, the consequence is not death;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?
 2        A.   That's not the way the SNM organization
 3   sees it, sir.  We don't care about society rules or
 4   their laws.  We make up our own rules and our own
 5   laws.
 6        Q.   That's evident.
 7        A.   Yes, sir.  That's the way it goes in
 8   prison, with most prison organizations.
 9        Q.   So you were going to kill your ex-wife
10   because of that; right?
11        A.   No.
12        Q.   You thought about it?
13        A.   Yes.
14        Q.   And Styx talked you out of it; right?
15        A.   Yes.
16        Q.   And he said, "Don't kill her, just hurt
17   her"?
18        A.   He just said, "Don't do nothing to her."
19        Q.   Okay.  But that wasn't what happened;
20   right?
21        A.   No, sir.
22        Q.   In fact, tell me how long -- before you
23   assaulted Crystal, how long was it before you -- or
24   when did you get out of prison in relation to when
25   you went after Crystal?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.    Probably about maybe a month.

 2       Q.    Okay.  So you were only home a month and

 3  you weren't living at her house that whole time,

 4  were you?

 5       A.    No, sir.

 6       Q.    Sometimes you'd go over there and stay

 7  there.  Did you have children with her?

 8       A.    Yes.

 9       Q.    How old were they at the time?

10       A.    Young, about six or seven.

11       Q.    And we're talking about November 2010,

12  aren't we?

13       A.    Yes, sir.

14       Q.    She lived there; right?  She had that

15  house before you came out of prison?

16       A.    Yes.

17       Q.    And she lived there with the two kids?

18       A.    Yes.

19       Q.    And you went over to the house and you

20  wanted her to give you some money, and she wouldn't

21  give you the money; right?

22       A.    That's false, sir.

23       Q.    And you then took her car without her

24  permission; right?

25       A.    Again, that is false.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                    e-mail: info@litsupport.com



```
 1          Q.    You didn't steal her car --

 2          A.    No, sir.

 3          Q.    -- and leave?

 4          A.    No, sir.

 5          Q.    Did you leave in her car?

 6          A.    Yes, sir.

 7          Q.    You didn't have permission, did you?

 8          A.    No, sir.

 9          Q.    So let me get this straight.  You take her

10   car without permission, but that's not stealing it?

11          A.    We were married.  I helped her pay for

12   that vehicle.

13          Q.    You weren't living there full time, you'd

14   been in prison for a long time.

15          A.    Yes, sir.

16          Q.    In fact, she'd been having an affair with

17   somebody else?

18          A.    Sleepy, Enrique Roybal.

19          Q.    You didn't have any right to steal that

20   car, did you?

21          A.    I never stole the vehicle, sir.

22          Q.    Okay.  We can differ about that.  When you

23   take her car without her permission, that's an act

24   of dishonesty.  Wouldn't you agree with me?

25          A.    She never said to take it or not take it.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   So you leave and you come back; right?

2      A.   What I was doing was investigating the

3 incident that was going on between her and Sleepy,

4 Enrique Roybal.

5      Q.   Whatever.  So you take the car and you

6 come back?

7      A.   Yes, sir.

8      Q.   And when you come back, you get into the

9 house and you're mad and you punch her in the chest;

10 right?  First thing, first punch was in the chest?

11      A.   I don't remember.

12      Q.   You began to argue with her, you hit her

13 in the chest, and then you started just tearing into

14 her, and you beat the heck out of her like you were

15 beating up some guy in prison; right?

16      A.   Yes, sir.

17      Q.   And you broke her -- you loosened her

18 teeth, you broke the bridge, you cracked some ribs

19 you broke a finger, you hurt her bad.  She was taken

20 away in an ambulance to the hospital, wasn't she?

21      A.   Yes.

22      Q.   Are you proud of that?

23      A.   No, sir.

24      Q.   That's what you had to do; right?

25      A.   I was willing to go to that extent for my

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   organization at the time, yes.
 2        Q.   So that is an act that could be included
 3   in a RICO indictment as an act in furtherance of the
 4   S; right?
 5        A.   I don't know.
 6        Q.   We'll come back to that in a minute.
 7             So you beat her up.  She had to go to the
 8   hospital.  And you told all of that stuff to Agent
 9   Acee; right?
10        A.   Yes.
11        Q.   You never got charged for that, did you?
12        A.   No, sir.
13        Q.   If you had stolen a car -- let me back up.
14   You're familiar with the criminal code in New
15   Mexico.  You know what is against the law.  You know
16   what a fourth-degree felony is, a third-degree, a
17   second, a first.  You know all that stuff, don't
18   you?
19        A.   Do you?
20        Q.   Do you want to trade places?
21        A.   When you're married, and you and your
22   spouse --
23        Q.   No, no, no, no.  Let's answer the
24   question.
25        A.   That's not stealing a vehicle.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Let's leave that for a minute.
 2              You're familiar with the laws in New
 3   Mexico fourth-degree felony, a third-degree, a
 4   second-degree, a first-degree, because you've
 5   committed all of those a number of times, haven't
 6   you?
 7        A.    Yes, sir.
 8        Q.    So you know what the punishment is for
 9   each of those felony degrees; correct?
10        A.    On the state level, yes.
11        Q.    So you get 18 months.  You steal a car;
12   right?
13        A.    Yes, sir.
14        Q.    And you beat somebody up, aggravated
15   battery, great bodily harm; aggravated battery that
16   could result in death.  That's going to get you
17   three years; right?
18        A.    Yes, sir.
19        Q.    Do you think there is any judge in New
20   Mexico -- or this was in Albuquerque -- do you think
21   there is any judge in district court in Albuquerque
22   that wouldn't give you those three years if they
23   read what you did to your wife?
24        A.    I can't say.  I'm not them.
25        Q.    Okay.  I have to believe that you would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  get those, don't you agree?

 2       A.   Yes, sir.

 3       Q.   It's one thing to come over here and beat

 4  me up.  But it's another thing to beat up your wife,

 5  the mother of your children, and you're proud of it,

 6  too?

 7       A.   No, I'm not proud of it.

 8       Q.   So you tell Agent Acee about that stuff.

 9  You tell him about narcotics trafficking that you

10  know of.  You tell him about Chacon, who was an SNM

11  captain on the streets and he was selling heroin,

12  and how you assisted in that operation, and you were

13  doing it for the brotherhood; right?

14       A.   Yes.

15       Q.   You told him about that?

16       A.   Yes, sir.

17       Q.   That's another overt act that could get

18  you into the RICO indictment, isn't it?

19       A.   Yes, sir.

20       Q.   SNM business; right?

21       A.   Yes, sir.

22       Q.   You told him about the Say No More ladies?

23       A.   Zia ladies.

24       Q.   The Zia ladies?

25       A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Say No More, SNM; right?

2     A.   Yes, sir.

3     Q.   You talked to him about programming.  You

4  talked to him about SNM murders.  And he probably

5  asked you the question, "Well, tell me about SNM

6  murders that you know of."  And then you responded,

7  "George Jaramillo."  And George was the president of

8  Rollers Only Gang in Albuquerque, wasn't he?

9     A.   Yes, sir.

10    Q.   And George got killed; right?

11    A.   Yes, sir.

12    Q.   And you told him how you thought that went

13  down; right?

14    A.   Yes.

15    Q.   Who killed him, what his wife may have had

16  to do with that.  You told him all those sorts of

17  things; right?

18    A.   Yes, sir.

19    Q.   And then you talked about the murder of

20  Choo Choo, that was Michael Giron; right?

21    A.   Yes, sir.

22    Q.   And how he was killed by Richard Gallegos,

23  and you told him the details about that; right?

24    A.   Yes, sir.

25    Q.   Then you went on and you told him about


SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                            1-800-669-9492
                                                       e-mail: info@litsupport.com

1    Babalu, how he was killed in Hobbs; right?

2         A.   Yes, sir.

3         Q.   You told him the details about that?

4         A.   Yes, sir.

5         Q.   You did not give him any details

6    whatsoever about any murder that occurred in 2001 at

7    Southern New Mexico Correctional Facility, did you?

8         A.   I don't know any did at that time.  I

9    don't recall.

10             MR. COOPER:  May I approach the witness,

11   Your Honor?

12             THE COURT:  You may.

13   BY MR. COOPER:

14        Q.   Mr. Cordova, have you had the occasion to

15   look at a report that might refresh your

16   recollection as to whether or not you said anything

17   about the Looney and Garza murders?

18        A.   Yes, sir.  Like I said, I'm not an FBI

19   agent.

20        Q.   I know you're not an FBI agent, and you're

21   never going to be one.  But there is nothing in this

22   report, is there, that says that you told Agent Acee

23   about any murders that occurred in --

24        A.   Is there anything in a later report that I

25   stated that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   We're going to get to those.  I'll give
 2   you the opportunity.
 3        A.   We did numerous debriefings.  Also
 4   remember that.
 5        Q.   And I've got them all right here.  We're
 6   going to --
 7        A.   How long was I an SNM member?  Do you know
 8   how much information I had to give them?  It went
 9   over a period of time.
10        Q.   I'm sure it did.  And we're going to talk
11   about when you might have said anything about that.
12   Okay?
13        A.   Yes, sir.
14        Q.   So in this -- and this report actually
15   refers -- it's a report that's written relative to
16   the January 4 and January 7 interviews conducted by
17   Agent Acee.  And you know on the 4th you went from
18   1:00 until 3:00.  So you spent two hours with him on
19   the 4th; right?
20        A.   Yes, sir.
21        Q.   You talked to him about the Shane Dix
22   murder, didn't you?
23        A.   Yes, sir.
24        Q.   You talked to him about George Jaramillo.
25   We've already talked about that.  You talked to him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about the Sammy Chavez murder; right?

2         A.    Yes, sir.

3         Q.    You talked to him about the Anthony

4    Apodaca Popeye murder; right?

5         A.    Yes, sir.

6         Q.    That's the hotshot?

7         A.    Yes, sir.

8         Q.    That was a murder that was -- that you

9    wanted to go retaliate against one of the guys that

10   brought you in.  What was his name?

11        A.    It wasn't retaliation against him.  We

12   didn't know who had murdered Popeye at the time.

13        Q.    Who am I thinking of?  What's the guy's

14   name?

15        A.    Netavio Garcia.  But I never went to

16   retaliate against him.  We were going to retaliate

17   for the murder.  But once we found out it was an

18   inside hit in the organization, we had to leave it

19   alone.  That's what --

20        Q.    You left it alone because Styx said he has

21   to go; right?

22        A.    Styx didn't tell me that.

23        Q.    We're going to get to that, too.

24              You talked about the 2005 hotshot on

25   Julian Mora at MDC.  That was an LC hit; right?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                 1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.

 2        Q.    You talked about a female whose body was

 3   dumped in the South Valley?

 4        A.    Yes, sir.

 5        Q.    You talked about Styx called a hit on

 6   Popeye?

 7        A.    Yes.

 8        Q.    You talked about the fact that Styx called

 9   a hit on Daffy; right?

10        A.    Netavio Garcia?  I don't know about that.

11        Q.    It could be James Garcia, too, couldn't

12   it?

13        A.    Maybe, but I don't recall that.

14        Q.    But would it surprise you that there is a

15   notation in the handwritten notes that says Styx

16   called a hit on Daffy?

17        A.    I can't --

18        Q.    That would have come from you; right?

19   Because nobody else was in the room where you were

20   talking and being interviewed by Agent Acee; right?

21        A.    Didn't come down from Styx.  It came down

22   from Davino on the outside.

23        Q.    Okay.  But I guess my question is that any

24   of these notations come from information that you

25   gave, not that anybody else might have given; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    That I gave?  I'm here telling you the

2    information that I know by firsthand knowledge.

3    Q.    Okay.  And I'm asking the question.  And

4    the question is:  If there is information in this

5    report, would the information necessarily have come

6    from you, or are from some other informant?

7    A.    I don't know.  I didn't write that report.

8    Q.    Is there a reason that you were really

9    cooperative with the people who sit at this table

10   and you're not cooperative with me?  You don't like

11   me, do you?

12   A.    You're asking me questions that I can't

13   answer.

14   Q.    Okay.  You talked about your friends,

15   people that you disliked.  You talked about David

16   Chavez, Wachee.  You talked about Dreamer, Dale

17   Chavez.  You talked about Roo Dog, Rudy Perez;

18   right?

19   A.    Yes, sir.

20   Q.    And --

21   A.    And those weren't people I didn't like.

22   Those were brothers of mine.

23   Q.    You talked about Lazy.

24   A.    Yes, sir.

25   Q.    Carlos Herrera.  You talked about Carlos

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Herrera's mom?
 2        A.   Yes, sir.
 3        Q.   You talked about how you showed her how to
 4   make cards to put 15 to 20 hits of Suboxone on a
 5   card; right?
 6        A.   Yes, sir.
 7        Q.   You showed her how to smuggle the Suboxone
 8   into the prison; right?
 9        A.   Yes, sir.
10        Q.   All of that stuff are acts that get you
11   into the RICO indictment; right?
12        A.   Those are things I admitted to, yes.
13        Q.   Okay.  And you knew at the time you were
14   admitting it to him, you knew that the RICO
15   indictment investigation was pending, and in fact,
16   you know that on April 21, 2016, 12 individuals got
17   indicted and charged with racketeering conspiracy,
18   violent crimes in aid of racketeering and conspiracy
19   to murder.  You know that, don't you?
20        A.   I heard of it.
21        Q.   And you gave all this information because
22   you didn't want to be number 13 in this indictment;
23   right?
24        A.   One of the reasons.
25        Q.   Because you knew that this indictment was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   going to result in a life sentence; right?

 2        A.   Ain't the first time I fought a life

 3   sentence.

 4        Q.   And you're proud of that, too, aren't you?

 5        A.   Well --

 6        Q.   Pardon me?

 7        A.   I'm proud of the honor I had when I was

 8   loyal to the organization, the kind of person I was.

 9   I had morals.  I had standards.

10        Q.   You had morals?

11        A.   Yes, sir.

12        Q.   Really?

13        A.   The way I was, yes, I did; loyal to a

14   cause; which I could have been loyal to something

15   else.  That was a lot better.

16        Q.   You talked about Roo Dog, you talked about

17   Lazy, you talked about Geraldine, you talked about

18   those seven murders that I just read off.  Never

19   once did you talk about the murders in 2001, did

20   you?

21        A.   At that time, I guess not.

22        Q.   Okay.  When you walked back into Crystal's

23   house, didn't she have the expectation that you

24   would not hit her?

25        A.   I don't know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You don't know?

 2        A.   (Witness shakes head.)

 3        Q.   We all should have the expectation that

 4  this is our space and nobody should invade that

 5  space; right?

 6        A.   I agree.

 7        Q.   And for you to walk into her house and

 8  start beating up on her, that invades that space,

 9  and that's an act of dishonesty, isn't it?

10        A.   At that time I felt because she had broke

11  the rules of the organization.

12        Q.   I get it, I get it.  She broke the rules.

13  She wasn't an SNM member, was she?

14        A.   No, sir.

15        Q.   Okay.  So she's not bound by the rules of

16  the organization.  Maybe Enrique was, maybe you are?

17        A.   Well, I let her know part of being with

18  me -- I let her know the truth about the lifestyle

19  and what was expected of her from me before we got

20  married, and she agreed upon it.

21        Q.   And she also told you that "I expect not

22  be abused.  I expect not to be assaulted and

23  killed"; right?

24        A.   She never told me that.

25        Q.   No, but you don't think she felt it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    She got involved at that time with

2  dangerous individuals and involving a very serious

3  organization which she knew breaking the rules could

4  result in death.

5    Q.    And you're very proud of that; right?

6    A.    At this time, no; but then, yes.

7    Q.    But it was dishonest to walk into her

8  house and proceed to just kick the heck out of her;

9  right?

10    A.    At those times, no, because she was

11  dishonest to me, disrespecting me and the

12  organization.

13    Q.    Were you guys married at the time?

14    A.    Yes, sir.

15    Q.    It's not cool, I'll grant you that; if you

16  take a vow to be somebody's husband, to be

17  somebody's wife, you ought to honor that vow.  I get

18  that.  But when you break that vow -- and that vow

19  is broken thousands and thousands of times all

20  across this country, probably?

21    A.    With civilians, yes, sir.

22    Q.    But people don't get killed for that,

23  people don't get beat up for that.

24    A.    Those people are probably not involved in

25  organizations like SNM.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So the next time you met with Agent Acee

2  was February 9, 2016.  And you again talked about

3  the Molina murder.  Were you ever considered

4  somebody that might have something to do with the

5  Molina murder?

6    A.   Yes, sir.

7    Q.   Jesse Sosa.  You talked about him.  You

8  talked more about Geraldine Herrera.  You talked

9  about Carlos and Pup and their wives passing drugs

10  and that sort of stuff.  You talked about the Rascon

11  brothers.  You talked about Pup's plan.  The Zia.

12  You talked about that a little bit.  You talked

13  about Willie Romero and how he smuggles narcotics

14  into federal penitentiaries.  You talked about the

15  Popeye murder.  But on February 9th, you didn't talk

16  about the Garza and Looney murders, did you?

17    A.   No, sir.

18    Q.   Popeye was from Barelas; right?

19    A.   To my knowledge, yes.

20    Q.   Julian Garcia (sic) is from Barelas;

21  right?  I mean Julian Romero.

22    A.   To my knowledge, yes.

23    Q.   Popeye was the main spokesman for the --

24  how do you call -- for the Barelas Gang, for that

25  faction; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    To my knowledge, yes.

2     Q.    Okay.  Because of the Styx/Julian Romero

3  viaje, because of that problem, Styx didn't like the

4  Barelas guys, did he?

5     A.    He never mentioned that to me.  I don't

6  know.

7     Q.    But the Barelas brothers mostly supported

8  Julian.  And everybody else supported Styx, is

9  pretty much what you're saying?

10     A.    What they supported is that Julian broke

11  the rules, and Styx needed to handle it, but they

12  were going to stay out of it because it wasn't an

13  onda issue.  It was a man disrespecting another man.

14  The same way your client felt.

15     Q.    Did -- the same way that my client felt?

16     A.    Yes.  Billy Garcia.

17     Q.    Um-hum.

18     A.    That's what he stated to me in Seg 3, when

19  I went to him.  It's kind of like little brother

20  going to big brother.  You ask him, "Hey, carnal,

21  check this out.  I got a huila Styx sent to me to

22  ride with Styx with Charlie, carnal.  You stay out

23  of that."  I say, "Well, check it out, bro.  Break

24  the rules?"

25     Q.    So he was acting kind of as a peacemaker



```
1   to get you to stay out of things, wasn't he?
2        A.   Well, not a peacemaker.
3        Q.   No.  Sounds like it to me.
4        A.   He was --
5        Q.   Have you ever heard this term:  If you're
6   not with me, you're against me?
7        A.   Yes.
8        Q.   That comes from Styx; right?
9        A.   That comes from the organization, period.
10       Q.   Okay.  And if you're not with Styx, you're
11  against him; right?
12       A.   If you're not with the SNM, you're against
13  us.  That's how we see it.  We're the elite in the
14  prison system.
15       Q.   Popeye was a threat to Julian Garcia
16  (sic).  Poor Julian Garcia.  I shouldn't do that to
17  him.  But was a threat to Julian?
18       A.   Any man who's disrespecting within the
19  organization and takes it, brothers look at him as
20  weak.
21       Q.   So the next time -- that was February 9th.
22  The next time you meet with Acee is February 16.
23  And you met with -- actually, on that date you met
24  with Agent Neale, Sainato, Task Force Officers Cupit
25  and Martin at the Albuquerque FBI office.  Do you
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   remember that, February 16 of 2016?

2       A.   I don't know the exact date, but I know I

3   met with them numerous times.  I don't keep track of

4   dates.

5       Q.   How many times did you meet at the FBI

6   offices?

7       A.   I don't even know, to be honest with you.

8       Q.   Most of the time would they come get you

9   from the jail and transport you to FBI offices?

10      A.   Get me from the prison, yes.

11      Q.   Or from prison?

12      A.   Yes, sir.

13      Q.   Okay.  And here you talked about a

14  conspiracy among SNM members at the Penitentiary of

15  New Mexico to attack correction officers and control

16  or gain control of the control towers, take over the

17  facility.  This was in March of 2015?

18      A.   Yes.

19      Q.   Right?

20      A.   Yes, sir.

21      Q.   That's kind of like what you tried to do

22  when you took over the control room.  I don't know

23  if you were going to take over the whole facility,

24  but you were at least taking over that pod, weren't

25  you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Were you one of the main guys trying to

 3   take over SNM -- or PNM on this conspiracy to take

 4   over the prison?

 5        A.    We have a saying:  One brother goes, we

 6   all go.

 7        Q.    Okay.  And this was in March of 2015;

 8   right?

 9        A.    Again, like I said, I don't take notes.

10        Q.    Billy Garcia was not in custody in March

11   of 2015, was he?  He was on the streets?

12        A.    I don't know.  I don't know.

13        Q.    He got out; right?

14        A.    March of 2015?

15        Q.    Yeah.  He was already out?

16        A.    2015?

17        Q.    Yeah.

18        A.    What are you getting about with that date?

19        Q.    That's when they tried to take over,

20   according to you, the prison; or there was a

21   conspiracy among SNM members at PNM to attack

22   correction officers, gain control of the towers, and

23   take over the facility.  That happened in March of

24   2015?

25        A.    I don't know the exact date, but I know
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    around that year we were planning to do that, yes,

2    sir.

3        Q.   Right after that, Baby Rob renounced and

4    the plan went away; right?

5        A.   I don't know if it went away, but --

6        Q.   Didn't happen?

7        A.   Didn't happen.  Never got the chance.

8        Q.   So on this date, you talked about that,

9    you talked about the murder of Animal by Frederico

10   Munoz and Leonard Lujan; right?

11       A.   Yes, sir.

12       Q.   You talked about some Banditos gang

13   members.  But never once did you talk about the 2001

14   Looney/Garza murders, did you?  You didn't mention

15   Billy Garcia in that report, did you?

16       A.   I guess not.

17       Q.   You then met on July 12, 2016.  You talked

18   about the Sammy Chavez murder, didn't you?

19       A.   Yes, sir.

20       Q.   And you were a suspect in that murder,

21   weren't you?

22       A.   Yes, sir.

23       Q.   In fact, you gave a lot of advice to one

24   of your brothers on how to accomplish that murder,

25   didn't you?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                          e-mail: info@litsupport.com

1       A.   Yes, sir.

2       Q.   You talked about what you needed to do,

3  how he should do it to avoid detection, to avoid

4  getting caught.  You even talked about how he should

5  clean the bullets before he puts them in the

6  magazine; right?

7       A.   Yes, sir.

8       Q.   You didn't want any fingerprints on any of

9  the shells?

10      A.   Yes, sir.

11      Q.   You even talked about how he should, at

12 the end of the thing, take his car to the car wash,

13 spray it with water and soap, wash the outside, and

14 when you put the quarters into the machine, you

15 wanted him to clean the quarters so there would be

16 no fingerprints on the quarters; right?

17      A.   Yes, sir.

18      Q.   I mean, you went to great, great detail,

19 from putting the shells in the firearm to the

20 quarters in the car wash, and everything in between.

21 And you talked a lot about what you needed to do to

22 kill that guy; right?

23      A.   Yes, sir.

24      Q.   And Sammy was eventually murdered, wasn't

25 he?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492
                                                                                1-800-669-9492
                                                                      e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.
 2        Q.   At the time he was murdered, were you in
 3   custody?
 4        A.   Yes, sir.
 5        Q.   So they're not going to get you with
 6   actually doing the deed, are they?
 7        A.   No, sir.
 8        Q.   Sounds like you conspired to commit that
 9   murder, though, doesn't it?
10        A.   Yes, sir.
11        Q.   You talked a little bit about the murder
12   of the unknown Los Carnales gang member; right?
13   Didn't know what his name was, but you and Boxer,
14   Anatascio Amador; right?
15        A.   Yes, sir.
16        Q.   You guys you actually did the deed there,
17   didn't you?
18        A.   Yes, sir.
19        Q.   You knew that he was in the neighborhood,
20   he was dealing drugs he shouldn't have been and he's
21   an LC, and there is an open hit on every LC; right?
22        A.   Yes, sir.
23        Q.   Green light from day one when you see an
24   LC.  If you're at the barber shop, an LC drives up,
25   "Where are you from?"  He says, "LC," you kill him;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    right?

2         A.    It's on sight, you kill him.

3         Q.    On sight.  Every LC should be killed,

4    according to your rules; right?

5         A.    As a matter of fact, those rules were made

6    by your client, Wild Bill Garcia.

7              MR. COOPER:  I'd move to strike that.

8    There is no question.

9              THE COURT:  Well, I'll strike.  It's

10   nonresponsive to the question.  The jury will not

11   consider that additional response.  Mr. Cooper.

12             MR. COOPER:  Thank you, Judge.

13   BY MR. COOPER:

14        Q.    So if an LC drives up to a barber shop,

15   announces he's LC, shows his tats, or whatever, you

16   don't need paperwork coming from someplace to

17   authorize that hit, do you?

18        A.    No.

19        Q.    Boom?

20        A.    That's what the older brothers demanded

21   from us.

22        Q.    Okay.  And likewise, if there is an LC

23   that you know that's selling drugs in the

24   neighborhood and trying to encroach upon your area,

25   you don't need paperwork to hit him.  You do it

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                          1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   without that paperwork, and you do it on sight.
 2   It's a standing order to hit LCs; right?
 3        A.   Yes, sir.
 4        Q.   And the same with snitches?
 5        A.   Yes, sir.
 6        Q.   Here you talk again about the Shane Dix
 7   murder.  In fact, you conspired to murder Shane Dix
 8   too, didn't you?
 9        A.   In a way, you could say, I guess.
10        Q.   Okay.  Christopher Garcia paid you and
11   Mario Montoya to kill Shane Dix; right?  But before
12   you could actually do it, you got arrested and
13   incarcerated, so you couldn't carry out the murder;
14   right?
15        A.   Yes.
16        Q.   But you agreed to do it?
17        A.   Yes, sir.
18        Q.   Michael Giron.  You talked about that
19   murder.  You talked about drug-trafficking history.
20   You moved a lot of dope in your day, didn't you?
21        A.   Yes, sir.
22        Q.   In 2005, you started selling for Chris
23   Garcia, six ounces of crack at a time; then it got
24   to nine ounces at a time; correct?
25        A.   Yes, sir.
```

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1     Q.   In fact, you would go around town -- one
 2 time he gave you $1,500, and you went all around
 3 town and bought up as many Mr. Coffee coffee pots as
 4 you could; right?
 5     A.   Yes, sir.
 6     Q.   And you did that because Chris would make
 7 the crack cocaine; correct?
 8     A.   Yes, sir.
 9     Q.   And you filled up -- $1,500 buys a lot of
10 Mr. Coffees.  Do you remember how many it was?
11     A.   I think that day, about maybe four days,
12 five days, we cooked up about 50 keys of crack.
13     Q.   Fifty kilos of crack?
14     A.   Yes, sir.
15     Q.   A kilo is 2.2 pounds; right?
16     A.   Yes, sir.
17     Q.   So that's over 100 pounds of crack
18 cocaine.  And then you guys sold it; right?
19     A.   Yes, sir.
20     Q.   I have to believe, don't you, that selling
21 100 pounds of crack cocaine over four days -- or
22 making it and then selling it -- and you did that
23 for the S; right?
24     A.   Yes, sir.
25     Q.   That gets you into the RICO conspiracy,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   doesn't it?

 2       A.   Yes, sir.

 3       Q.   So in 2005 you were selling six ounces of

 4   crack, then nine ounces of crack every two or three

 5   days for most of 2005, and up to January and

 6   February of 2006, isn't that true?

 7       A.   Yes, sir.

 8       Q.   Every two or three days you would sell

 9   nine ounces of crack cocaine.  And where would you

10   be selling that?

11       A.   I had my neighborhood, a lot of youngsters

12   from my gang working for me.

13       Q.   A lot of youngsters selling to a lot of

14   youngsters; right?

15       A.   They were selling to drug addicts.

16       Q.   And are you saying that drug addicts are

17   not youngsters?

18       A.   Drug addicts don't have an age.  It can be

19   youngsters.

20       Q.   They don't, they don't.  And when did you

21   first start using drugs?

22       A.   I started using heavy drugs when I became

23   a syndicato.  The mild drugs were, like, doing

24   lines, just smoking bud or drinking, probably about

25   as young as the age of nine, six years old.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Mild drugs, that's --

2       A.    Weed.

3       Q.    Smoking bud, weed, marijuana; right?

4       A.    Yes, sir.

5       Q.    Okay.  When you were nine years old?

6       A.    I was younger than that.

7       Q.    What about crack cocaine?

8       A.    I used crack cocaine probably till I was

9  about 2010, '11.

10       Q.    Okay.  But you know a lot of young kids

11  use crack cocaine -- or used, back in the day;

12  right?

13       A.    Do I know any, or do I know?

14       Q.    Do you know that they did?  A lot of young

15  people used crack?

16       A.    Yeah, of course.  Drug addicts come in all

17  ages.

18       Q.    Okay.  And you weren't very discerning;

19  you would sell to whoever; right?  If they wanted

20  it, you'd sell it to them?

21       A.    Yeah.  Not kids, though.

22       Q.    That's good.  So there was one time when

23  you brought two or three hundred pounds of heroin

24  from Mexico.  Do you remember that?

25       A.    Yes, sir.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    200 to 300 pounds of heroin.  That would
 2   get everybody at PNM high for a long time, no?
 3        A.    I believe it would.
 4        Q.    How long is a long time?  Tell these
 5   people.
 6        A.    I don't know how long a long time is.
 7        Q.    But for a long, long time, two to three
 8   hundred pounds of heroin, and you did that for the
 9   S; right?
10        A.    Correct.
11        Q.    Another way to get you into the indictment
12   that gives you a life sentence; right?
13        A.    Yes, sir.
14        Q.    December of 2015, you again met with the
15   FBI agents.  And this report is almost all about
16   2015?  '17, I'm sorry.  My apologies.  December 15,
17   2017.  We're now in --
18        A.    '18, all right.
19        Q.    Okay.  So just right before this past
20   Christmas; right?
21        A.    Yes, sir.
22        Q.    And this report, and all of the
23   handwritten notes taken by the agents during your
24   meeting with them, there is nothing in here about
25   Billy Garcia, there is nothing in here about the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Looney and Garza murders in 2001; right?

2         A.   I guess not.

3         Q.   Because you didn't talk to anybody about

4    that, did you?  And in fact, in here and each

5    time -- well, let me back up.  This was a telephonic

6    interview.  You must have been housed wherever you

7    are, the Department of Corrections or wherever you

8    were at that time, and Acee and your lawyer, John

9    Samore, were at John's office and they conducted a

10   telephonic interview.  Do you remember that?

11        A.   Yes, sir.

12        Q.   And that is the first time that you ever

13   gave any significant details about the Molina

14   murder; right?

15        A.   No, we'd been talking about that murder

16   for a while.

17        Q.   But not much.  You had mentioned it, but

18   it would be a two-sentence paragraph, two sentence,

19   but you spent a lot of time talking about the Molina

20   murder in this one; right?

21        A.   Yes, sir, I believe so.

22        Q.   You then had another shorter meeting about

23   a couple of defendants in the Molina murder.  You

24   had that on January 24.  Then April 2, 2018, you

25   have another what's called a pretrial interview,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    April 2.  This trial started on April 9.  So it was

2    one week before this trial commenced.  And at that

3    time you put stuff in this report.  You tell Agent

4    Acee one week before this trial commenced, before

5    these people have to come in and sit downstairs and

6    wait to be called up and go through this voir dire

7    and ultimately get selected for this trial, one week

8    before that, you meet with Randy Castellano, Nancy

9    Stemo, and you talk about things.  And it's not

10   until then that you ever mention that you had any

11   conversations with Billy Garcia.  And you say that

12   you had those conversations when you were a young,

13   one-year-into-the-organization kid who went up and

14   in a very disrespectful manner --

15       A.    Not disrespectful.

16       Q.    -- had a conversation with Billy Garcia

17   and Billy said, "Oh, yeah, this is what I did."

18   That just doesn't make sense, does it?

19       A.    A younger brother asking an older brother

20   for guidance, yeah.

21       Q.    And so you had that conversation, you told

22   these people who sit at this table -- you told them

23   one week before we get to trial, "Oh, yeah, this is

24   what Billy said"; right?

25       A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   Do you have hep C?

2       A.   Yes, sir.

3       Q.   Are you positive for HIV?

4       A.   No, sir.

5       Q.   And those were body fluids that you threw

6   at the guard on the 17th.  Let me see if I have it

7   here.

8            MR. CASTELLANO:  April 17, 2018.

9       Q.   On April 17, 2018; right?

10      A.   That's incorrect.  I'm accused of throwing

11  liquid.  I was drinking out of my cup, out of my

12  drinking cup, is what I'm accused of.

13      Q.   You know who Michael Astorga is, don't

14  you?

15      A.   Yes, sir.

16      Q.   And Michael Astorga is the man who was

17  accused of shooting and killing Deputy Sheriff

18  McGrane in Bernalillo County; right?

19      A.   Yes, sir.

20           MR. CASTELLANO:  May we approach on this?

21           THE COURT:  You may.

22           (The following proceedings were held at

23  the bench.)

24           MR. CASTELLANO:  I don't know if I'm

25  necessarily going to object to this line of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   questioning, but I want to let the Court know this
 2   topic deals with Mr. Cordova being present at the
 3   Astorga trial.  Anthony Pup Baca asked him to be
 4   there basically for the purpose of intimidating
 5   jurors and following jurors so they would know about
 6   an SNM presence at the trial.
 7              So it's up to him whether he wants to
 8   bring that up, but it could scare the jurors in this
 9   case, so I just want to --
10              THE COURT:  Can we leave out why he's
11   there?  If you need to get into the other things,
12   but as to why he's there, do you want to get into
13   that?
14              MR. COOPER:  That's why I was going to do
15   it.  I mean, just, but --
16              THE COURT:  For intimidation of the
17   jurors?  Can it be, was he there for intimidation of
18   witnesses or anything?
19              MR. COOPER:  That was the sole purpose, to
20   intimidate jurors.  And quite frankly, Judge, I've
21   struggled with this line of questioning.  I think
22   it's appropriate.  I think it certainly -- he went
23   there for the purpose of trying to do that.  He was
24   then arrested and it ultimately didn't happen.  But
25   that's who this guy is, and I think that I may need
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to explore that.
 2            THE COURT:  Well, if you don't have any
 3   objection; it's your call.
 4            MR. CASTELLANO:  We do not object.  We
 5   think it's a fair question.  We just wanted to let
 6   everybody know the potential impact of the line of
 7   questions.
 8            THE COURT:  It's your call.
 9            MR. COOPER:  May I have just a couple of
10   moments to talk with folks?
11            THE COURT:  Yeah, sure.  Get over there.
12            MR. BLACKBURN:  Who is he going to say
13   told him to go do that?
14            MR. CASTELLANO:  Pup, Anthony Baca.
15            THE COURT:  That's the one person you
16   don't represent.  Just relax.
17            MR. CASTELLANO:  This is non-Arturo, for
18   the record.
19            MR. BLACKBURN:  Well, you never can tell,
20   Judge.
21            THE COURT:  Pop the popcorn and watch.
22            MR. BLACKBURN:  I wish it was that easy.
23            THE COURT:  Why don't y'all stand over
24   there.
25            MR. COOPER:  Thank you, Judge.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2   open court.)
 3              THE COURT:  They're going to huddle just a
 4   moment here.
 5              All right, Mr. Cooper.
 6              MR. COOPER:  May it please the Court?
 7              THE COURT:  Mr. Cooper.
 8              MR. COOPER:  Thank you, Judge.
 9   BY MR. COOPER:
10      Q.    So you know Michael Astorga?
11      A.    Yes, sir.
12      Q.    He was a brother?
13      A.    Yes, sir.
14      Q.    He was charged with the murder of a deputy
15   sheriff in Bernalillo County; correct?
16      A.    Yes, sir.
17      Q.    And is he still a brother?
18      A.    He's an ex-brother.
19      Q.    An ex-brother.  Did he renounce?
20      A.    No.
21      Q.    So you were sent to watch his trial,
22   weren't you?
23      A.    Yes, sir.
24      Q.    And you weren't sent there by Billy
25   Garcia, were you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.  This is, what, 2010?  Yeah.

 2        Q.    And in fact, you were not sent there by

 3   anybody in this room, were you?

 4        A.    No, sir.

 5        Q.    But you were sent there for the sole

 6   purpose of intimidating participants in that trial,

 7   weren't you?

 8        A.    Yes, sir.

 9        Q.    You had no problem in trying to influence

10   the way that trial went; right?

11        A.    No, sir.

12        Q.    Were you ever charged with trying to -- or

13   with conspiring to influence that trial?

14        A.    No, sir.

15        Q.    When you do something like that, that

16   would get you into this indictment; right?

17        A.    Yes, sir.

18        Q.    And a lot of things, SNM-wise, get you

19   into this indictment; right?

20        A.    Yes, sir.

21        Q.    And I'm referring to the RICO indictment.

22   Not the indictment that we're charged with here, but

23   the one that came down April 21, 2016; right?

24        A.    Yes, sir.

25        Q.    And we've talked about overt acts; right?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                              1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    Yes, sir.
2        Q.    And isn't it true that it's an overt act
3    to join an SNM Gang?
4        A.    A violent organization, yes, sir.
5        Q.    And isn't it true that it's an overt act
6    to, while in the custody of New Mexico Corrections
7    Department, assault an inmate?
8        A.    Yes, sir.
9        Q.    Likewise to assault STIU, a corrections
10   officer?
11       A.    Yes, sir.
12       Q.    It's an overt act that subjects you to
13   some penalties RICO-wise for possessing cocaine for
14   sale?
15       A.    Yes, sir.
16       Q.    For possessing a firearm and robbing a
17   victim who could be any employee of any business?
18       A.    To further the organization, yes, sir.
19       Q.    In furtherance of the organization; right?
20       A.    Yes, sir.
21       Q.    And when you try to further the
22   organization, the SNM, and you participate in a
23   driveby shooting targeting a rival drug dealer, that
24   gets you into this RICO indictment, doesn't it?
25       A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

208

```
 1        Q.   When you possess a homemade shank, a
 2   weapon, that gets you into the indictment; right?
 3        A.   Yes, sir.
 4        Q.   When you meet with other SNM Gang members
 5   and develop a plan to murder an inmate -- Chaparro,
 6   for instance -- that gets you into this indictment,
 7   doesn't it?
 8        A.   Yes, sir.
 9        Q.   While you're incarcerated and you
10   formulate a plan to murder a gang member because you
11   believe that he's an informant -- again Chaparro;
12   right -- it gets you into this --
13        A.   I never believed he was an informant.
14        Q.   Excuse me, a dropout.
15        A.   Yes, sir.
16        Q.   So an informant gets you in here.  A
17   dropout murder conspiracy gets you in here; right?
18        A.   Yes, sir.
19        Q.   Beating the heck out of your wife for the
20   S gets you in here, doesn't it?
21        A.   Yes, sir.
22             MR. COOPER:  I have no further questions,
23   Your Honor.  Thank you.
24             THE COURT:  Thank you, Mr. Cooper.
25             Anyone else?  Mr. Granberg.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2   BY MR. GRANBERG:
 3        Q.   Hello, Mr. Cordova.  My name is John
 4   Granberg.  I represent Christopher Chavez.
 5        A.   Nice to meet you, sir.
 6        Q.   Good to meet you, too.
 7             So let me ask some preliminary questions
 8   here.  All right?  You've been a member since 2003;
 9   is that correct?
10        A.   Yes.
11        Q.   But you never really renounced; you just
12   sort of left and started informing, cooperating with
13   the FBI; is that correct?
14        A.   That's considered leaving.
15        Q.   Okay.  And when would you say that date
16   started?
17        A.   Sometime in the beginning of 2016.
18        Q.   2015?
19        A.   '16.  I don't know the exact date.
20        Q.   Okay.  But you never became disillusioned
21   with the SNM, you never became Christian; you just
22   left; correct?
23        A.   Yes, sir.
24        Q.   So you are still essentially a prison
25   gangster; correct?
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.

 2        Q.    You didn't become Christian?

 3        A.    I'm an FBI informant, rat, so due to

 4   prison politics, prison gangs, I'm considered the

 5   worst.

 6        Q.    You are still a wolf in sheep's clothing,

 7   if that's what you're describing?

 8        A.    What I am is, I'm a work in progress that

 9   just don't no longer want to live that lifestyle.

10        Q.    A work in progress?

11        A.    Yes, sir.

12        Q.    You said yesterday that there is no trust,

13   no loyalty in the SNM; correct?

14        A.    Well, that's how they get you in.  They

15   say it's brotherhood.  They say this is what we're

16   about, carnal; you're being honorable by

17   representing the state.  Once you get inside, you

18   see that rule is broken, and you see that everything

19   is done for self-benefits.  They use up all the

20   other street gangs like they're nothing and throw

21   them away, all the youngsters.  They mislead them.

22   In other words, they enslave us into bondage.

23   That's what I was doing to other youngsters.

24        Q.    So does that describe the SNM, or does

25   that describe you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    It describes the organization.

 2        Q.    It also describes you; correct?

 3        A.    It was me at one time, yes, sir.

 4        Q.    And going back to the Astorga trial, you

 5   were there to intimidate participants in the trial;

 6   correct?

 7        A.    Yes, sir.

 8        Q.    Participants would be anyone in this room?

 9        A.    Yes, sir.

10        Q.    So in addition to lack of trust, lack of

11   loyalty, would you consider yourself dangerous?

12        A.    Explain yourself.

13        Q.    Would you describe yourself as a dangerous

14   guy?

15        A.    I can be dangerous, yes, sir.

16        Q.    Would you consider yourself a threat to

17   the community?

18        A.    As of now, no.

19        Q.    Would you consider yourself a threat to

20   society?

21        A.    As of now, no.

22        Q.    You can turn it on and off like a light

23   switch; right?

24        A.    Most of what we do is controlled violence.

25   We do it because of the rules of the organization.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   That's what it requires from us.  We gain respect

 2   out of fear, not out of respect.

 3        Q.   But the SNM doesn't control you.  You

 4   control you; correct?

 5        A.   At one time SNM did.

 6        Q.   So you are the only person that can

 7   control that light switch; correct?  Yes or no?

 8        A.   You're part of an organization.  You're

 9   required to hold yourself to a certain standard.

10        Q.   You're not part of that organization

11   anymore?

12        A.   Exactly.

13        Q.   So it's all up to you.  And you are the

14   only one that controls that switch; correct?

15        A.   Yes, sir.

16        Q.   So let's talk about Christopher Chavez

17   here.  You don't really know him, do you?

18        A.   Do I really know him?

19        Q.   Do you really know him?

20        A.   Yes, I know him.

21        Q.   Really?  How many times have you met with

22   him?

23        A.   Let me see.  I seen him in the streets, we

24   kicked back for a little bit.  I see --

25        Q.   How many times?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    I seen him at the South.  And we lived

2    together a couple months at the South.  He'd come to

3    my food port.  We'd talk all the time.

4        Q.    Give me a number.

5        A.    Numerous times in the yard.  I would see

6    him in canteen.  You know, what a normal brother

7    does is, got out on the streets, saw him on the

8    streets, talked on the streets.

9        Q.    Give me a number.

10       A.    I can't give you a number.  I don't take

11   down notes.

12       Q.    Okay.  You don't take notes of everything.

13       A.    No, I don't.

14       Q.    So according to your statement, your one

15   and only interaction with him was that conversation

16   at the food port; correct?

17       A.    That wasn't my only interaction with him.

18       Q.    According to your statement, that was your

19   one and only interaction with him?

20       A.    No, that's the one time he was explaining

21   and introducing himself.

22       Q.    Well, that's the only time he's mentioned

23   in all these 302s.

24       A.    I don't know what to tell you, sir.

25       Q.    Because the FBI is bad about taking notes;

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

214

1    right?

2          A.    I don't know about that.   I'm not an FBI

3    agent.

4          Q.    So explain to the ladies and gentlemen

5    here, what is a food port?

6          A.    A food port is a slot.   When you're in

7    solitary confinement or a high-risk institution,

8    such as the South and the North, you have food

9    ports, because most of the time you're in your cell

10   24 hours a day, except when the porters come to

11   clean the pod.   And you can pop those food ports;

12   you take a piece of sheet, put it through the food

13   port, and it opens.   And depending what COs are

14   there, some are cool with it, they leave it popped

15   open, and you sit there and have a conversation, and

16   that's how we started getting to know each other

17   better.

18         Q.    So you know how to manipulate the food

19   port; right?   You know how to pop it open, pop it

20   closed whenever you want?

21         A.    More than likely, yes, sir.

22         Q.    And it's probably not the only thing you

23   know how to manipulate in a pod; correct?

24         A.    Probably not.

25         Q.    So you're saying that he was a porter;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   correct?

 2        A.   Yes, sir.

 3        Q.   And he was walking by, and all of a sudden

 4   he saw that your food port was open?

 5        A.   No, sir.

 6        Q.   And you guys started to -- he just decided

 7   to spill his guts?

 8        A.   I was a new brother to the organization,

 9   and brothers were still meeting me, brothers were

10   greeting me.  Because they heard I was a good

11   carnal.  I put in a lot of work for the organization

12   before and when I became a brother.

13        Q.   So he just decided to walk by, saw the

14   food port was open, and just spill his guts about

15   the murder?

16        A.   You're a lawyer, you're part of a firm;

17   right?  When a lawyer comes into your firm, you

18   greet him, you let him know the ins and outs about

19   the organization.

20             MR. GRANBERG:  Your Honor, I'm going to

21   object.

22             THE COURT:  I'll strike the answer as

23   nonresponsive to the question, and the jury will

24   ignore that response.  Mr. Granberg.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. GRANBERG:
 2        Q.   Now, Mr. Cordova, you would agree with me
 3   that when you talk about a murder, it's pretty
 4   memorable, would you say?
 5        A.   In some things are, they're more
 6   intensive.
 7        Q.   I mean, yesterday the lawyers here were
 8   asking questions about a murder, and you refused to
 9   answer.  It was important to you.  Was it important
10   to you?
11        A.   Yes, it was.
12        Q.   So when someone talks about a murder, it's
13   important; correct?
14        A.   Something that gruesome, yes.
15        Q.   And so this conversation allegedly
16   happened in 2007; right?
17        A.   Yes, sir.
18        Q.   But you don't mention it in any of the
19   prior 302s that you had with the FBI; correct?
20        A.   What prior 302s are you talking about?
21        Q.   Well, there is a 302 dated January 4,
22   2016.  You don't mention it there; correct?
23        A.   Probably because we were talking about
24   numerous things, a lot of things, a lot of
25   information I had to give the FBI until we got to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  that point.

 2      Q.   You don't mention it in that 302 dated

 3  July 12, 2016.  You don't mention it there.  Is

 4  there a yes or no there?

 5      A.   Obviously not.

 6      Q.   You had an interview with them on December

 7  15, 2017.  You didn't mention it there, either, did

 8  you?

 9      A.   Interviews were for different

10  circumstances for different cases, and they're

11  asking if you knew anything about this or that, and

12  that's what I would tell them.

13      Q.   Murders are important?

14      A.   I gave them all the stuff.

15      Q.   Murders are important?  It's in your own

16  words there.

17      A.   Yes, sir.

18      Q.   But you don't mention him until a week

19  before trial, a week before trial; correct?

20      A.   Yes, sir.

21      Q.   And you've been an informant here for two

22  and a half years, and you've never mentioned his

23  name in any of these reports until April 2; is that

24  correct?

25      A.   They closed me there for a while and kept

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   a distance, so I had a distance for about a good

2   minute, a good -- almost a year.

3        Q.   Is that correct?  You've been an informant

4   for two and a half years; you never mentioned it

5   until April 2; is that correct?

6        A.   I'm no longer an informant.  They closed

7   me in January --

8        Q.   I'm sorry, perhaps not an informant --

9        A.   -- 2017.

10       Q.   -- but you've been cooperating since 2016;

11  correct?

12       A.   Yes, sir.

13       Q.   And now, we're almost halfway through

14  2018; that's about two and a half years.

15       A.   Yes, sir.

16       Q.   You mentioned electronic recording devices

17  yesterday.  Do you know what I'm talking about?

18       A.   Yes, sir.

19       Q.   You used those in the past?

20       A.   Before this, no.

21       Q.   You've operated them?

22       A.   In this case, yes.

23       Q.   Do you know how they work?

24       A.   Yes, sir.

25       Q.   You've been briefed on how they function;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  correct?

2       A.   Not how they function.  It's an on-and-off

3  switch.  That's all it was.

4       Q.   Do you remember receiving instruction from

5  Agent Acee?

6       A.   It was just batteries and an on-and-off

7  switch.  That's all I know.

8       Q.   Do you remember him instructing you to the

9  effect that if you didn't record it, it didn't

10 happen?

11      A.   To that knowledge, yes.

12      Q.   You didn't make any recordings of Chris

13 Chavez, did you?

14      A.   At that time, no, sir.

15      Q.   There are no recordings that you made of

16 Christopher Chavez; is that right?

17      A.   No, sir.

18      Q.   No trust, no loyalty, no honesty, no

19 integrity.  I think those are two more adjectives.

20 What do you think of those adjectives?

21      A.   If that's what you're placing upon the SNM

22 organization, I would agree with you.

23      Q.   No, those are adjectives I'm placing upon

24 you.

25      A.   If that's your opinion about me, I can't

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   change your opinion about me.
 2        Q.   Dangerous would be one, too; you would
 3   agree?
 4        A.   That's your opinion.
 5        Q.   Danger to society?
 6             MR. GRANBERG:  Your Honor, I'll pass the
 7   witness.
 8             THE COURT:  Thank you, Mr. Granberg.
 9             Who else?  Mr. Sindel?
10                  CROSS-EXAMINATION
11   BY MR. SINDEL:
12        Q.   My name is Richard Sindel.  I represent
13   Joe Gallegos.  Yesterday, when you were talking, you
14   were asked questions about the tear drop on your
15   face.
16        A.   Yes, sir.
17        Q.   And you said it meant prison and murder;
18   right?
19        A.   Either prison time or murder.
20        Q.   Yeah.  And when you put that on your face,
21   when you say to someone, "Put a tattoo of a tear on
22   my face," that's a message, isn't it?  It's a
23   message that everybody in the prison understands;
24   correct?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Those of us who live on the outside might
 2   not get it, but anyone in prison knows that that's
 3   meant to convey a message that you are a killer;
 4   correct?
 5        A.   Doing time.
 6        Q.   Correct?  Correct?
 7        A.   It's halfway correct.
 8        Q.   Halfway correct.  Halfway correct.  It
 9   means you kill in prison.  Is that -- because you
10   also kill on the outside, don't you; right?
11        A.   Correct.
12        Q.   There is no place you can go where you
13   might not commit a murder; right?
14        A.   When I was in the SNM organization, yes.
15        Q.   Yeah.  Now, you were asked some questions
16   about a murder yesterday; right?  And you indicated
17   you took -- you invoked your rights under the Fifth
18   Amendment.  Do you remember that?
19        A.   Yes, sir.
20        Q.   Was that murder done in connection with
21   the SNM?
22        A.   Yes, sir.
23        Q.   And was that -- did someone order you to
24   commit that murder?
25        A.   Yes, sir.
```

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                       1-800-669-9492
                                               e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Did you report to anyone after you had
 2   committed that murder?
 3        A.    Yes, sir.  It got reported back to the
 4   organization.
 5        Q.    Do you know the name of the victim?
 6        A.    No, sir.
 7        Q.    No, sir?
 8        A.    No, sir.
 9        Q.    Well, where did this murder occur?
10        A.    In Albuquerque, New Mexico, on Aztec and
11   Tulane.
12        Q.    Did you talk to law enforcement about this
13   murder?
14        A.    Until now, no.  But now is when I talked
15   to them.
16        Q.    To your knowledge, were they investigating
17   this murder?
18        A.    I don't know to my knowledge, no.
19        Q.    Did they bring you in to talk to you about
20   this murder?
21        A.    To my knowledge, no.
22        Q.    Well, you would know if they brought you
23   in.
24        A.    To talk about this murder?  No.
25        Q.    Was there a kidnapping involved in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  murder?

2      A.   I don't believe so.  We just moved the

3  body from one place to another after he was dead.

4      Q.   Was there drug dealing involved in this

5  murder?

6      A.   Yes, sir.

7      Q.   Have you received some sort of guarantee

8  or immunity concerning this murder?

9      A.   Yes, sir.

10      Q.   When did that happen?

11      A.   2005, sir.

12      Q.   No, when did you get this gift from heaven

13  that you don't have to face the consequences for

14  your deeds?

15      A.   I don't know the exact date, but my lawyer

16  can point it out for you.

17      Q.   Well, I mean, do you know how it is that

18  suddenly you were granted immunity so that you could

19  kill with impunity?

20      A.   That I can kill, I continue killing?

21      Q.   Well, that you could --

22      A.   Or that -- things that I've done for the

23  organization?

24      Q.   Let's just put it this way.  That you can

25  kill someone and not face any legal consequences.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  When was it that you were graced with that

2  particular benefit?

3       A.   I can't answer that question.  I don't

4  like the way it's being pronounced.

5       Q.   Obviously, yesterday you didn't think you

6  had that benefit; right?  That's why you took the

7  Fifth.  That's why you said, "I don't want to answer

8  that question"; that's why your lawyer stood next to

9  you and gave you advice not to answer questions,

10  because you didn't have that immunity; right?

11            You don't have to look back there for an

12  answer.

13       A.   I'm looking at my lawyer.  No, I knew I

14  had the immunity.  I knew I had the immunity.

15       Q.   Well, when your lawyer stood up and

16  said --

17       A.   I didn't know I was going to be questioned

18  in this trial about that.

19       Q.   When your lawyer stood up and suggested to

20  you that you not answer those questions because you

21  could incriminate yourself, you took that advice;

22  right?

23       A.   Yes, sir.

24       Q.   So when was it that the Government told

25  you, "Don't worry.  Too bad you killed somebody in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Albuquerque, but we can give you a pass on that."

2      A.    My lawyer brought me up to knowledge that

3  what I already had testified in prior trial covers

4  me in this trial.

5      Q.    And did he tell you -- or I'm sorry --

6  have you learned that the state government has also

7  decided that you shouldn't be punished for killing

8  someone on the streets of Albuquerque?

9      A.    The State?

10     Q.    Yeah.

11     A.    I don't know about that.

12     Q.    So you still could face punishment, as far

13 as you understand, from the State of New Mexico for

14 slaughtering its citizens; right?

15     A.    I don't know on that.

16     Q.    To the best of your knowledge, the only

17 people that have granted you immunity are the people

18 sitting here at this table; right?

19     A.    Yes, sir.

20     Q.    And they have given you a pass on a number

21 of different crimes, haven't they?

22     A.    Yes, sir.

23     Q.    Was the victim of that particular murder a

24 woman?

25     A.    No, sir?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Was it a child?

2        A.    No, sir.

3        Q.    You're testifying here under oath; right?

4        A.    Yes, sir.

5        Q.    You have taken that oath in the past, have

6   you not?

7        A.    Yes, sir.

8        Q.    The identical oath that you took in front

9   of this jury and before this judge; correct?

10       A.    Yes, sir.

11       Q.    And you have lied, haven't you, under

12  oath?

13       A.    Not understanding the question to the full

14  extent, yes.  I didn't understand the question.

15       Q.    You either lied or you didn't understand;

16  you can't do both; right?

17       A.    Yes, sir, well, I didn't understand the

18  question.

19       Q.    Well, do you remember that there was a

20  hearing that you testified at on December 12 of last

21  year?

22       A.    Last year in December, yes, I remember a

23  hearing, sir.

24       Q.    You were asked a series of questions about

25  your use of drugs in the prison facility or the jail
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   facility; right?
 2        A.   Yes, sir.
 3        Q.   And they asked you -- let me see if you
 4   remember this question and this answer, page 234.
 5   "So one of the times I was UA" -- that's a
 6   urinalysis; right -- "I came up dirty for pills so I
 7   told them I didn't want my pills no more."
 8             Do you remember that answer?
 9        A.   Yes, sir.
10        Q.   And you were asked, "When was that?"
11             And you said, "Answer:  This was back like
12   in July.
13             "Question:  Of this year?"
14             And you said, "Yes, sir."
15        A.   Yes, sir.
16        Q.   Putting aside the prescription pill issue,
17   I'm talking about illegal drugs.  This question,
18   "When was the last time you used an illegal drug?"
19   do you remember that question?
20        A.   To that extent, no, sir.
21             MR. SINDEL:  Should I approach?  May I
22   approach, Your Honor?
23             THE COURT:  You may.
24   BY MR. SINDEL:
25        Q.   I'll show you the transcript from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   proceedings Monday, December 12, 2017, at least a

2   portion of it.

3           THE COURT:  Why doesn't he refresh his

4   memory on the break?  And let's take a break for 15

5   minutes, and we'll come back in and get the answer.

6   All rise.

7           (The jury left the courtroom.)

8           THE COURT:  All right.  We'll be in recess

9   for about 15 minutes.

10          (The Court stood in recess.)

11          THE COURT:  All right.  I think we've got

12  all the defendants in the courtroom and an attorney

13  for each one of the defendants.  Is Mr. Beck here?

14  Do you have anything to discuss before we bring the

15  jury in?  Mr. Castellano?

16          MR. CASTELLANO:  I would say Mr. Beck's

17  may be moot at this point.  Mr. Cordova has

18  testified to those matters.

19          THE COURT:  It looked like it might be

20  becoming moot.  I didn't know if it was clearly

21  moot.

22          All right.  Anything else the Government

23  needs to discuss before we bring the jury in?

24          MR. CASTELLANO:  No, Your Honor.

25          THE COURT:  How about the defendants?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Anybody got anything?

2          MR. CASTLE:  I've got something really

3   quickly, Your Honor.

4          THE COURT:  Before you go, Mr. Castle, let

5   me just ask Mr. Blackburn real quickly on this Baca

6   issue, you mentioned some 302s that you thought

7   probably made it clear that Mr. Garcia would not

8   consent.  I'm just wondering if I need that

9   information to rule on the Government's motion to

10  disqualify.  So if y'all have some information I

11  ought to be looking at to better inform myself of

12  the issues.

13         MR. BLACKBURN:  I will talk to the

14  Government, Your Honor.  And there was just a 302

15  that they -- the day before the trial or after we

16  had the hearing, the Government was meeting with

17  them, taking a debriefing from him to determine

18  whether he would testify in this trial.  They made a

19  determination no, but there was a 302 with him and

20  his wife.

21         I also talked to the Government.  I don't

22  think it makes a difference.  I was just basing my

23  thought process on whether he was not going to waive

24  his -- sounded like the waiver, before when we were

25  here prior.  But after we looked at the 302s, it did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   not lead me to believe that he was going to change

2   his mind.  That's what I meant.

3             THE COURT:  Well, would y'all -- would you

4   give it some thought, whoever on the Government's

5   side is handling this motion to disqualify, and

6   whatever I need.  Because I need to move quickly on

7   that if we're --

8             MR. BLACKBURN:  Judge, I e-mailed his

9   lawyer while we were sitting in court this morning,

10  told him that we needed to know a final answer from

11  him ASAP.  I have not heard back from him, but as

12  soon as I hear from him, I'll let everybody know.

13            MR. CASTELLANO:  That was my understanding

14  the last time we spoke, that he would not be

15  waiving.

16            THE COURT:  I just didn't know which

17  lawyer it was.  As you know, he switched lawyers and

18  I couldn't remember which -- if it was one or both.

19            Anything we need to take up now, Mr.

20  Castle?

21            MR. CASTLE:  Not now, but sometime today I

22  need to --

23            THE COURT:  What is it?

24            MR. CASTLE:  It's concerning Mr. Munoz'

25  antisocial personality disorder issues.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.

 2              MS. ARMIJO:  Your Honor, the medical

 3   examiner is here.  He's Mr. Beck's witness.  I don't

 4   know where Mr. Beck is.  But I believe we had agreed

 5   we would interrupt testimony to present him, because

 6   I think Mr. Cordova will be on for a while.  But I'm

 7   trying to find where Mr. Beck is, because it's his

 8   witness.

 9              THE COURT:  Okay.  Is that the agreement,

10   Mr. Sindel?  I suppose it is.  I don't really

11   remember being consulted about it.

12              MS. HARBOUR-VALDEZ:  Your Honor, I agreed

13   on behalf of the defense since we took another

14   witness out of order for Mr. Sindel's client.

15              MR. SINDEL:  Stabbed in the back.

16              THE COURT:  Are we pretty sure he's ready

17   to go?

18              MS. ARMIJO:  I just need to find out where

19   Mr. Beck is.  He may be meeting with the witness, so

20   I need to find him.

21              THE COURT:  Everybody stand.  Let's get

22   the jury in and get Mr. Cordova out, and tell the

23   jury what we're doing.

24              MR. SINDEL:  So should I sit down.?

25              (The jury entered the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Please be seated.  All right.
 2              You can take Mr. Cordova out, and we're
 3    going to bring in Dr. Zumwalt.
 4              MS. ARMIJO:  Your Honor, we could go ahead
 5    just for a few minutes while I find Mr. Beck.
 6              THE COURT:  All right.  Mr. Cordova, you
 7    remain under oath.  Do you understand that?
 8              THE WITNESS:  Yes, Your Honor.
 9              THE COURT:  Okay.  Go ahead, Mr. Sindel.
10    BY MR. SINDEL:
11       Q.   Okay.  The back and forth of it.  When we
12    broke the last time, you were reviewing a transcript
13    of your sworn testimony on December 12, 2017.
14       A.   Yes, sir.
15       Q.   And I believe that you told this jury
16    right before you reviewed the transcript that you
17    misunderstood the question; correct?
18       A.   Yes, sir.
19       Q.   That's what you said under today's oath.
20    So I just wanted to go through with you the
21    questions and the answers you gave.  The question
22    was at page 235:  "Putting aside the prescription
23    pill issue, I'm talking about illegal drugs.  When
24    was the last time you used an illegal drug?"
25              Now, let's break that sentence down.  Tell
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1    me the words you didn't understand.  Did you

2    understand the word "drug"?

3         A.   Yes, sir.

4         Q.   Did you understand the word "illegal"?

5    Did you understand the word "illegal"?

6         A.   No, sir.

7         Q.   No, sir?

8         A.   I didn't understand the whole question,

9    basically.

10        Q.   Let's just see where we can figure out

11   where it was that your mental capability broke down.

12    Okay?

13        A.   Yes, sir.

14        Q.   "When was the last time?"  Do you

15   understand that phrase?

16        A.   Yes, sir.

17        Q.   Okay.  So the person is asking you, okay,

18   when did you last do something.  When was the last

19   time; right?  That's what that phrase is?

20        A.   Okay.

21        Q.   Okay?

22        A.   Yes, sir.

23        Q.   "You used."  You understand that; right?

24        A.   Yes, sir.

25        Q.   "Used" you could say meant to put into

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   your body; right?
 2        A.   Yes, sir.
 3        Q.   "An illegal drug."  Now, you understand
 4   that to be something other than prescription drugs;
 5   right?
 6        A.   Yes, sir.
 7        Q.   So it would have been something that was
 8   illegal?
 9        A.   Yes, sir.
10        Q.   So there wasn't really any portion of that
11   question you can tell us that you were incapable of
12   understanding; right?  You've answered a bunch of
13   questions here today and haven't said, "I'm so
14   confused."
15        A.   Yes, sir.
16        Q.   You understood that question, didn't you?
17        A.   Yes, sir.
18        Q.   And your answer was:  "An illegal drug,
19   it's been a good minute"; right?
20        A.   That's what it says.
21        Q.   You didn't mean 60 seconds, did you?  Did
22   you?
23        A.   I don't recall so -- I don't remember.
24        Q.   You don't recall?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Well, did you mean that you had been at
 2   least 60 seconds prior to that question drug-free?
 3        A.   No.
 4        Q.   No.  You just used that as a phrase,
 5   didn't you?
 6        A.   More than likely, yes, sir.
 7        Q.   More than likely.  And then the question
 8   was:  "What is a good minute?"  And your answer was,
 9   "A good minute is like about a couple years ago."
10   Do you remember that answer?
11        A.   Yes, sir.  I don't remember, but it's
12   there.
13        Q.   What?
14        A.   I don't recall it, but it's there, so,
15   yes.
16        Q.   And the question was:  "A couple years
17   ago?"
18             And you said, "yes, sir".
19             Do you remember that?
20        A.   Yes, sir.
21        Q.   And then the question was:  "And you
22   haven't used any illegal drugs or nonprescribed
23   drugs intentionally since then?"
24             And you said, "Answer:  Yes, sir."
25             Do you remember that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

236

```
 1        A.    I don't remember it, but it's there so --
 2        Q.    Well, I mean, I can bring it to you.   It
 3   isn't that far.  Do you want to see it again?
 4        A.    No, I understand.
 5        Q.    Did you understand those questions?
 6        A.    Obviously, at that time, no.
 7        Q.    Well, can you tell us -- can you give us
 8   any assistance in telling us what was unclear about
 9   those questions?
10        A.    Probably nothing.
11        Q.    So you're simply saying you misunderstood
12   the question because it doesn't sound so very good
13   when you lie under oath, does it?  That can be
14   another criminal charge, can't it?  Perjury?  Have
15   you ever heard of perjury?
16        A.    Yes, sir.
17        Q.    When you say things under oath that aren't
18   true, you understand that's perjury?
19        A.    Yes, sir.
20        Q.    And of course, they may let you slide on
21   it; right?  You're sure hoping so.
22        A.    I don't think so.
23        Q.    You don't think that you lied under oath
24   at that time?
25        A.    Intentionally, I didn't lie.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

237

```
 1        Q.    Okay.  It was an accident?

 2        A.    Yes, sir.

 3        Q.    So when you said, "A couple of years ago,"

 4   that was an accident?

 5        A.    Yes, sir.

 6        Q.    Whew.  Well, didn't you later admit here

 7   in court and at another proceeding in February that

 8   you had used drugs within a couple of weeks of your

 9   testimony on December 12?

10        A.    Yes, sir.

11        Q.    And that was part of the mistake you made

12   while you would testify under oath?

13        A.    Yes, sir.

14        Q.    The oath to tell the truth and nothing but

15   the truth?

16        A.    Yes, sir.

17             MR. SINDEL:  Your Honor, I'm not sure how

18   the Court wants to proceed.  Mr. Beck is here, and

19   he always takes precedence over me.

20             THE COURT:  How much longer do you

21   think --

22             MR. SINDEL:  I have a little bit.  I think

23   at least 20 minutes.

24             THE COURT:  Do you want to go 20 minutes

25   or stop now?  What would your preference be,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 | Mr. Beck?

2 |         MR. BECK:  I think we should probably just

3 | proceed with Dr. Zumwalt, and we can restart this

4 | then.

5 |         THE COURT:  All right.  You may take

6 | Mr. Cordova out.

7 |         MR. SINDEL:  I will yield the floor.

8 |         THE COURT:  All right.  Thank you,

9 | Mr. Sindel.

10 |         (The testimony of Dr. Ross Zumwalt was

11 | taken.)

12 |         THE COURT:  All right, Mr. Cordova.  You

13 | can go ahead and be seated, and I'll remind you that

14 | you're still under oath.

15 |         THE WITNESS:  Yes, Your Honor.

16 |         THE COURT:  Mr. Sindel, if you wish to

17 | continue your cross-examination of Mr. Cordova, you

18 | may do so at this time.

19 |         MR. SINDEL:  Thank you, Your Honor.

20 |         THE COURT:  Mr. Sindel.

21 |            BILLY CORDOVA,

22 |     after having been previously duly sworn under

23 |     oath, was questioned, and continued testifying

24 |     as follows:

25 |




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              CONTINUED CROSS-EXAMINATION
 2   BY MR. SINDEL:
 3        Q.   When we broke in your testimony in order
 4   to hear testimony from a physician in this case, I
 5   was talking to you about your testimony on December
 6   12, 2017, about your drug use while you were in the
 7   jail facility; right?
 8        A.   Yes, sir.
 9        Q.   And as I recall, you said you basically
10   misunderstood the question; right?
11        A.   Yes, sir.
12        Q.   But you couldn't point to anything that
13   you thought was confusing or vague about the
14   question that caused you to misunderstand it; right?
15        A.   I can't recall.  I don't remember that.  I
16   don't remember the conversation.
17        Q.   You don't remember saying that?
18        A.   No, sir.
19        Q.   I don't want to go through this whole
20   thing again, but was there anything in that series
21   of questions that you now today say you didn't
22   understand?
23        A.   Now that you're reading it to me, no.
24        Q.   So it's pretty much clear as day what you
25   were being asked and what you were answering; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    But you figure that maybe if you say you

 3   didn't understand it, that doesn't sound as bad as

 4   "I intentionally misled the Court"; correct?   I mean

 5   there is a difference between lying and

 6   misunderstanding; right?

 7        A.    Yes, sir.

 8        Q.    You don't want to say to the Court, "I

 9   lied to you," do you?

10        A.    Why are you pointing to this?

11        Q.    Well, you said you misunderstood.   You

12   just can't tell us how or why; right?

13        A.    Yes, I can explain how and why.

14        Q.    Was it because you were on drugs?

15        A.    It's because I was on a 36-hour -- I was

16   on a transfer from across the state.   I hadn't slept

17   in 36 hours.

18        Q.    Did you at any time say during the course

19   of the investigation or the interrogation that

20   occurred on December 12, 2017, "Look, I'm so tired,

21   I just can't do this anymore"?   Yes or no?

22        A.    I don't remember that statement.   I don't

23   know.

24        Q.    Did you ever complain to the Court that,

25   I'm becoming confused because of lack of sleep or
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    some other circumstances that was beyond your

2    control?

3         A.   To my knowledge, no, but I made a concern

4    to my attorney.

5         Q.   Would it be fair to say that at the time

6    that you testified on December 12, 2017, you were

7    using Suboxone?

8         A.   When I testified?

9         Q.   No, around the time that you testified in

10   December of 2017, within a few weeks of you actually

11   getting up and taking the oath, you were using

12   Suboxone?

13        A.   Yes, sir.

14        Q.   Methamphetamine?

15        A.   No, not a few weeks before that.

16        Q.   Well, do you remember being asked certain

17   questions in February of 2018 about your use of

18   drugs while you were incarcerated?

19        A.   Yes, sir, and I stated to them that I had

20   used probably about everything within a few-month

21   period.

22        Q.   And you said Suboxone?

23        A.   Yes, sir, was one of them.

24        Q.   And methamphetamine?

25        A.   Yes, sir.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    And heroin?

 2        A.    Yes, sir.

 3        Q.    And synthetic marijuana?

 4        A.    Yes, sir.

 5        Q.    Now, there were some questions that were

 6   asked of you concerning the situation involving your

 7   wife.  And you, "Well, you know, I did that all for

 8   the S"; correct?

 9        A.    Yes, sir.

10        Q.    Well, when the police were summoned to

11   your home after you had beat the hell out of her,

12   was there a situation in which she told them that it

13   was because you stole her car?

14              MR. CASTELLANO:  Objection, Your Honor,

15   calls for hearsay.

16              THE COURT:  Well, it sounds like it's

17   being offered for the truth of the statement.  So

18   sustained.

19   BY MR. SINDEL:

20        Q.    When you came to her apartment door and

21   knocked on it, did you say you were Darrell?

22              MR. CASTELLANO:  Objection, calls for

23   hearsay.

24              THE COURT:  No, overruled.

25        A.    I don't ever remember that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. SINDEL:

2       Q.   Was Darrell her neighbor?

3       A.   I don't know about that.

4       Q.   Do you remember when you -- she opened the

5  front door, did you throw the car keys at her and

6  hit her in the chest?

7       A.   No, that's not what happened.

8       Q.   Did you yell at her, "You called the

9  police on me"?

10      A.   I don't recall that.

11      Q.   You could have?  You could have?

12      A.   Could have what?

13      Q.   Yelled, "You called the police on me,"

14  because she did, didn't she?

15      A.   To my knowledge, at that time, I didn't

16  know nothing about that.

17      Q.   Well, have you reviewed any of the police

18  reports in connection with this case involving

19  Crystal, your ex-wife?

20      A.   Yes, sir.

21      Q.   Is there anything that you claim was false

22  in those police reports?

23      A.   At that time I wouldn't speak to law

24  enforcement, so I never made a statement.

25      Q.   At that time, you were -- I'm sorry, what?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   In those years, I never spoke to law
 2  enforcement.  I never ever had a statement to give.
 3      Q.   I'm asking whether or not there are
 4  certain things that your ex-wife, Crystal, told the
 5  police.  Did you advise anyone that that was
 6  inaccurate?  Yes or no?
 7      A.   Yes, sir.
 8      Q.   Who?
 9      A.   Again?
10      Q.   Who did you say -- who did you tell --
11      A.   I never told nobody that.  I talked to my
12  lawyer.  My lawyer stated, "Well, we'll fight this
13  all we can," and he asked me, "Did you do it?"
14           And I said, "Yeah, I did it."
15      Q.   Was there anything that you saw in the
16  police report saying that the reason that you beat
17  your wife in front of your children was because of
18  your membership in the SNM?
19      A.   No, sir.
20      Q.   Was there anything that you saw as a
21  result of the police investigation that you beat
22  your wife, broke her ribs, knocked out her teeth
23  because you were a member of the SNM?
24      A.   No, sir.
25      Q.   Have you ever said under oath that when

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you see a weakness in the system, you exploit it?

 2        A.   That's what we did back in the day, yes,

 3   when I was part of the SNM organization.

 4        Q.   Is that what you said, sir?

 5        A.   Yes, sir.   That's our motto.   That was my

 6   motto.

 7        Q.   You had talked about obviously -- I mean,

 8   you'd gotten benefits, you're not part of the

 9   indictment and all those different overt acts that

10   Mr. Cooper asked you about; right?

11        A.   Yes, sir.

12        Q.   And you haven't been charged with any of

13   the murders that you have discussed here; right?

14        A.   No, sir.

15        Q.   In other words, you're not facing life in

16   prison or anything, anything as a result of your

17   acts in the past; correct?

18        A.   Yes, sir.

19        Q.   And there were other benefits that you

20   hope to receive as a result of your performing for

21   the Government; correct?

22        A.   I have no knowledge of that.

23        Q.   You're not aware of that?

24        A.   No, sir.

25        Q.   You've never told anybody that?  Are you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sure you want to say that?
 2        A.   The only thing that was offered to me
 3   after this is done is witness protection.
 4        Q.   Well, do you remember talking to your
 5   mother on December 14, 2016?
 6        A.   What was that conversation about?
 7        Q.   About the benefits that you could receive
 8   for performing on behalf of the Government?
 9        A.   I'm aware about benefits.
10        Q.   What?
11        A.   I'm aware about benefits.
12        Q.   Did you say to her that you're going to
13   get money, feria?
14        A.   For cooperating with the Government I'm
15   going to get money?
16        Q.   Yes.  You've gotten money, haven't you?
17        A.   Yes, I've gotten money.
18        Q.   Did you say that as a result of your
19   cooperation you could get money when you get out of
20   prison?
21        A.   The witness protection program.  They
22   explained it to me.  So more or less that's probably
23   what I was explaining to her.
24        Q.   So you did say that to her?  You could get
25   money if you're in the witness protection program?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

247

```
 1        A.    I want to see what you're reading there.
 2   I want to see it.
 3        Q.    You do?
 4        A.    Yeah, I want to see that, I want to be --
 5   I never made that statement.  If it wasn't
 6   pertaining to the witness protection program, I want
 7   to see it so I can --
 8        Q.    If you see it, will that satisfy your
 9   curiosity?
10        A.    Yes, sir.
11        Q.    Do you recall giving sworn testimony on
12   February 26 and February 23 of this year?  Let go of
13   it.  All right?  Please?  Do you recall that?
14        A.    Yes, sir.
15        Q.    That's the dates that are on there;
16   correct?
17        A.    All right.
18        Q.    Page 423?
19        A.    Part of the witness protection program
20   also states that --
21        Q.    I know.
22        A.    But you didn't add that.
23        Q.    Can you just wait?
24        A.    Yes, sir.  Can you be honest here?
25        Q.    Are you really suggesting --
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                            e-mail: info@litsupport.com

1        A.    I'm asking you.

2        Q.    -- that of the two of us, you're the

3    most --

4        A.    I asked about the witness protection

5    program, and you're over here stating to the jury

6    that it's only money.

7        Q.    Read it.

8        A.    The witness protection program -- check it

9    out.  It says witness protection program, if I was

10   going to it, so the answer is yes, I did tell her

11   that.  Yes, I did tell her that, that the Government

12   was going to line up --

13       Q.    That's all, sir.

14       A.    All right.

15       Q.    And your answer -- is the answer, yes, you

16   did tell her that, your answer is yes; right?

17       A.    Yes, when I explained the witness

18   protection program to her, yes.

19       Q.    And you said yes, you told her you would

20   get money and feria?

21       A.    As part of the witness protection program,

22   they get you set up for the six months of your life.

23       Q.    Did you tell her they could line you up

24   with a job when you got out of prison?

25       A.    Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you also tell her they were going to
 2   get you a place to stay, a pad?
 3        A.    Yes, sir.
 4        Q.    And did you also say that, "Guess what?
 5   They can not only get me a job, money, and a house;
 6   they can get me a car"?
 7        A.    Yes, sir.
 8        Q.    Have you ever talked with Joe Gallegos at
 9   any time about any cases against him?
10        A.    No, sir.
11        Q.    I believe you also said yesterday that you
12   had a situation here on April 17 concerning
13   assaulting a correctional officer?
14        A.    That's right, sir.  I'm accused for
15   throwing liquid I was drinking from a cup on him.
16   I'm accused of.
17        Q.    And was that liquid -- when you went
18   through the proceeding, was that described as yellow
19   and brown in color?
20        A.    That's what it stated on the report.  It
21   could have been my coffee, water, whatever I was
22   drinking at the time.
23        Q.    It could have been urine and feces; right?
24        A.    But it wasn't that.
25        Q.    Feces like what you're throwing around in
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   this court today?
 2           MR. CASTELLANO:  Objection, Your Honor.
 3           THE COURT:  Overruled.
 4           MR. SINDEL:  That's all I have.
 5           THE COURT:  Thank you, Mr. Sindel.
 6           All right, anybody else?
 7           MR. LAHANN:  If I may, Your Honor.
 8           THE COURT:  Mr. Lahann.
 9                 CROSS-EXAMINATION
10   BY MR. LAHANN:
11       Q.   Mr. Cordova, you pled guilty to aggravated
12   battery against a household member causing great
13   bodily harm; is that right?
14       A.   Yes, sir.
15       Q.   And that was to Crystal?
16       A.   Yes, sir.
17       Q.   Your wife at the time?
18       A.   Yes, sir.
19       Q.   The mother of your children?
20       A.   Yes, sir.
21       Q.   Great bodily harm you would agree is
22   defined in New Mexico as an injury to a person which
23   creates a high probability of death or which causes
24   serious disfigurement or which results in permanent
25   or protracted loss or impairment of the function of
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                  e-mail: info@litsupport.com

```
 1   any member of the body or any organ.  That's the way
 2   you understood it; right?
 3        A.   Yes, sir.
 4        Q.   You broke her jaw; is that right?
 5        A.   Yes, sir.
 6        Q.   You broke her arm?
 7        A.   Yes, sir.
 8        Q.   Because she knew what she was getting into
 9   when she married you?
10        A.   Yes, sir.
11        Q.   All part of the code?
12        A.   Yes, sir.
13        Q.   You shot and killed a man named Ray
14   Gurule; is that right?
15        A.   That's incorrect.
16        Q.   You were convicted of shooting Mr. Gurule;
17   is that correct?
18        A.   Yes, sir.
19        Q.   Did you know Mr. Gurule before the night
20   that he died?
21        A.   I didn't know him then, and I never met
22   him.
23        Q.   He was the new boyfriend of your nephew's
24   baby mom; is that right?
25        A.   That's incorrect.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

252

```
1        Q.    Your nephew is Charlie; right?

2        A.    That's correct.

3        Q.    Charlie used to have a relationship with

4   the girl at the scene; is that right?

5        A.    Yes, sir.

6        Q.    And she and Charlie were fighting that

7   night; right?

8        A.    To my knowledge, I don't know what was

9   going on there between them two.

10       Q.    But you showed up with a gun?

11       A.    Incorrect.

12             MR. CASTELLANO:  I'm going to object

13  pursuant to Rule 609.  I think he's admitted this

14  conviction.

15             THE COURT:  If the conviction has been

16  admitted, then sustained.

17  BY MR. LAHANN:

18       Q.    Well, the fact is, Mr. Cordova, you talked

19  about the code, you talked about SNM requires this

20  kind of respect.  But every crime that you're

21  involved in with your wife, with this shooting, it

22  involves women; it involves possession of women.

23  You want to control women, don't you?

24       A.    Incorrect, sir.

25             MR. LAHANN:  No further questions.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Mr. Lahann.  Anyone
 2  else, defendants, that have cross-examination of
 3  Mr. Cordova?
 4              MR. ROBERTS:  I do, Your Honor, but I'm
 5  not sure if the Court is going to break for lunch.
 6              THE COURT:  Well, let's see how long it
 7  takes.  Go ahead, Mr. Roberts.
 8              MR. ROBERTS:  It's going to be more than a
 9  minute.
10              THE COURT:  Go ahead and start.
11                   CROSS-EXAMINATION
12  BY MR. ROBERTS:
13      Q.   Good afternoon, Mr. Cordova.
14      A.   Good afternoon, sir.
15      Q.   I see you're from Roswell?
16      A.   No, sir, I'm from Albuquerque, New Mexico.
17      Q.   Okay.  Did you spend some time in Roswell?
18      A.   No, sir.
19      Q.   Okay.  One of the first questions that was
20  asked to you by Mr. Burke was about maybe returning
21  to Albuquerque, and you said, Not Albuquerque?
22      A.   Yes, sir.
23      Q.   That's because of the witness protection
24  program?  They're going to relocate you; is that
25  right?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Now, I'm going to try not to repeat too
 3   many things, but I do have a few things to get into.
 4   It would be simpler and quicker, if my questions
 5   require a yes-or-no answer, that you answer yes or
 6   no, then we get out of this thing a lot sooner.
 7             THE COURT:  Well, if you're going to have
 8   that many questions, why don't we do it after lunch?
 9             All right.  We'll about in recess for
10   about an hour.  All rise.
11             (The jury left the courtroom.)
12             THE COURT:  All right.  We'll be in recess
13   for an hour.
14             (The Court stood in recess.)
15             THE COURT:  I think we've got all the
16   defendants back, and a lawyer for -- at least one
17   lawyer for each of the defendants.
18             Is there anything we need to discuss
19   before we bring the jury in?  Anything I can do for
20   you, Mr. Castellano?
21             MR. CASTLE:  May I make a brief record,
22   Your Honor?
23             THE COURT:  Okay.
24             MR. CASTLE:  At Ms. Armijo's request, I
25   was searching my materials for evidence of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   antisocial personality disorder in Mr. Munoz'
 2   documents.  We may have thousands of documents.
 3   Some are handwritten, but most of them are
 4   typewritten.  I've done searches on that.  I cannot
 5   find it.
 6            THE COURT:  You can go ahead and bring him
 7   in.
 8            MARSHAL:  The jury is right here.  They're
 9   lining up.
10            THE COURT:  Okay.
11            MR. CASTLE:  I could find it with regards
12   to other people, but not him.  I've gone back -- my
13   preparation for cross-examination doesn't happen the
14   night before, even a couple of days.  It goes over
15   probably two or three months for this particular
16   individual.  I've tried to go back through prior
17   drafts to find out what the source is.  I usually
18   source everything, all my questions.  I don't have a
19   source down here, so this appears to have been an
20   error on my part, at least from my review at this
21   point.
22            I can tell the Court that I had a
23   question -- I had other questions about whether he
24   exhibited certain conditions.  I didn't use those
25   questions, but I was in error there, Your Honor, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    I -- that's all I can tell you.  I hope it doesn't

2    affect my client, but I'll take whatever I need to

3    do here.

4              THE COURT:  All right.  Let me think about

5    it, and I'll hear from you, Ms. Armijo.

6              All rise.

7              (The jury entered the courtroom.)

8              THE COURT:  All right.  Everyone be

9    seated.

10             Why don't we use this time while we're

11   waiting for Mr. Cordova?  Come on up, Ms. Armijo and

12   Mr. Castle.

13             (The following proceedings were held at

14   the bench.)

15             THE COURT:  So did you find the document

16   that had it or --

17             MR. CASTLE:  No, I cannot find a document

18   that has it.  I think I've done a fairly significant

19   search.  I haven't read every handwritten note,

20   because that would take me a long time.  But I can

21   tell the Court that I normally source everything.

22   If I had a source, I would have written that down on

23   my cross-examination.  That's at least my practice.

24   So I think what I did was, I had transposed "do you

25   have" and the -- I transposed the "you have," is my

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

1  thought about what I did there.

2          THE COURT:  Let's go ahead and take the

3  testimony, and I'll come back and hear what you have

4  to say.

5          (The following proceedings were held in

6  open court.)

7          THE COURT:  All right, Mr. Cordova, I'll

8  remind you that you're still under oath.

9          THE WITNESS:  Yes, Your Honor.

10          THE COURT:  Mr. Roberts, if you wish to

11  continue your cross-examination of Mr. Cordova, you

12  may do so at this time.

13          MR. ROBERTS:  Thank you, Your Honor.

14          THE COURT:  Mr. Roberts.

15          MR. ROBERTS:  May it please the Court?

16          THE COURT:  Mr. Roberts.

17  BY MR. ROBERTS:

18      Q.   So let's see, Mr. Cordova.  As I

19  understand it, you've been with the SNM since 2003;

20  is that right?

21      A.   I was a member since 2003, but I've been

22  with them since 2000, 2001.

23      Q.   Okay.  So you've been with them a while?

24      A.   Yes, sir.

25      Q.   Been around the block a few times?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    You know the ropes, been in the judicial

 3   system for a while, as well?

 4        A.    Yes, sir.

 5        Q.    In fact, you considered yourself -- or you

 6   considered the SNM a career; is that right?

 7        A.    Yes, sir.

 8        Q.    And you strived to be good at that career;

 9   right?  You were dedicated at that; is that right?

10        A.    Yes, sir.

11        Q.    Now, you've made several, at least five

12   statements in this case; is that right?

13        A.    I believe so, yes, sir.

14        Q.    And you testified a few times, as well?

15        A.    Yes, sir.

16        Q.    I'm going to refer primarily to your

17   testimony February 22 to the 23rd.  Do you remember

18   that?

19        A.    February 22?

20        Q.    Yeah.

21        A.    What year?

22        Q.    This year.

23        A.    Here?  At the trial?

24        Q.    At the trial, you testified.

25        A.    Yes, sir.  One of them.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    And you were under oath at that time?

2       A.    Yes, sir.

3       Q.    I believe this same courtroom; right?

4       A.    Yes, sir.

5       Q.    Same judge?

6       A.    Yes, sir.

7       Q.    Swore to tell the truth?

8       A.    Yes, sir.

9       Q.    And at that time -- let's see.  At that

10  time you testified that you know how to manipulate a

11  system; is that right?

12      A.    That's how we're schooled in prison.

13      Q.    Let me get the quote just right, that

14  you're schooled -- let's see here.  That that's part

15  of SNM, you're taught that you know how to

16  manipulate the system; is that right?

17      A.    Yes, sir.

18      Q.    And you consider yourself to be pretty

19  good at that when you were an SNM member; is that

20  right?

21      A.    Yes, sir.

22      Q.    That was part of your career; is that

23  right?

24      A.    Yes, sir.

25      Q.    And today you don't -- today you don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

260

```
1   consider yourself a career SNM anymore; is that
2   right?
3        A.   Yes, sir.
4        Q.   Do you consider yourself, let's say, a
5   career Government cooperator; is that right?  That's
6   what you're doing now; right?
7        A.   Not a career cooperator.
8        Q.   That's what took you out of your career,
9   though; right?
10       A.   Yes, sir.
11       Q.   So you didn't start a new career yet?
12       A.   No, sir.
13       Q.   Okay.  You seem pretty confident about
14  your ability to manipulate the system and take
15  advantage of weaknesses in the system; is that
16  right?
17       A.   Yes, sir.
18       Q.   In fact, you testified at that time that
19  one of the reasons that you were only convicted of a
20  few crimes is because of your ability to manipulate
21  the law; is that right?
22       A.   Yes, sir.
23       Q.   So when the RICO indictment came down
24  somewhere around 2016 and you were at -- I believe
25  you were at MDC; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.   Yes, sir.

 2      Q.   You'd been in custody, what, about a

 3  little over a year at that point; is that right?

 4      A.   Yes, sir.

 5      Q.   And that's about the time that Acee came

 6  and saw you; is that correct?

 7      A.   Yes, sir.

 8      Q.   And you'd just been convicted, I believe,

 9  of one murder; is that right?  Manslaughter; right?

10      A.   Yes, sir.

11      Q.   And the jury found you guilty of that

12  manslaughter, even though you don't believe you were

13  guilty of it; is that right?

14      A.   Yes, sir.

15      Q.   You didn't do it; is that right?

16      A.   Yes, sir.

17      Q.   And you were sentenced to seven years;

18  right?

19      A.   Yes, sir.

20      Q.   And you had another trial coming up, I

21  think, right after that, about that time?

22      A.   Yes, sir.

23      Q.   Was that also for murder?

24      A.   No, sir.

25      Q.   What was that for?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    Felon in possession of a firearm.  It was

2    a severed charge from the case. I got it severed so

3    at trial the jury wouldn't know I was a convicted

4    felon.

5        Q.    Okay.  But that was about the time that

6    Agent Acee came and saw you; is that right?

7        A.    Yes, sir.

8        Q.    You had, what, like, a four-hour meeting

9    with him; is that correct?

10       A.    About that time, yes, sir.

11       Q.    And that's when he told you about the

12   possible RICO Act coming down; is that right?

13       A.    Yes, sir.

14       Q.    And at that time, they told you that you

15   were a potential target of that indictment or RICO

16   act; is that right?

17       A.    Yes, sir.

18       Q.    And you saw that opportunity to take

19   advantage of the situation; is that right?  To work

20   something out with him?

21       A.    I wouldn't put it that way.  There was no

22   agreement to what was going to be worked out.

23       Q.    But you saw in your mind an opportunity.

24   You didn't want to be charged in the RICO Act;

25   right?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I was tired.  I didn't want to do no more
 2   time.
 3        Q.    You didn't want to be charged, you didn't
 4   want -- you know, points on you; right, against you,
 5   like you said, to be locked up anymore.  You wanted
 6   to get out.
 7        A.    Yes, sir.
 8        Q.    Right.  Because the RICO Act, you knew at
 9   some point that you were facing either life or the
10   death penalty or you would be possibly facing life
11   or death penalty on the RICO Act; right?
12        A.    Maybe not, though.
13        Q.    Sorry?
14        A.    Maybe not.
15        Q.    Maybe not?  But possibly.  I mean, isn't
16   it true that you told your wife that?
17        A.    Yes, sir.
18        Q.    Yes.  And -- but you told her not only
19   that you would be facing life or the death penalty;
20   that she might also be facing some time, as well;
21   isn't that right?
22        A.    Yes, sir.
23        Q.    But neither one of those things were true;
24   right?
25        A.    No, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

264

```
 1        Q.   You weren't telling your wife the truth at
 2   that point because you didn't know; right?
 3        A.   Yes, sir.
 4        Q.   And when you told her that she could go to
 5   jail, you lied about that, right, to your wife?
 6        A.   Yes, sir.
 7        Q.   And you told her the reason that you were
 8   cooperating with the feds -- that was the reason
 9   that you were cooperating, to save her from doing
10   some time; isn't that right?
11        A.   Yes, sir.
12        Q.   And that was a lie?
13        A.   Yes, sir.
14        Q.   And you told her you were willing to work
15   with the feds to protect her; right?
16        A.   Yes, sir.
17        Q.   And that was a lie.
18        A.   Yes, sir.
19        Q.   And you also told your wife or your mom
20   that you wanted to protect your mom, as well?
21        A.   Yes, sir.
22        Q.   And that was a lie?
23        A.   Yes.
24        Q.   At that point I think your mom was in
25   trouble or something like that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    She wasn't in trouble for smuggling drugs

 3   into the prison?

 4        A.    That case was dismissed.

 5        Q.    But she had been facing some charges

 6   there; is that right?

 7        A.    Not at that time, sir.

 8        Q.    Okay.  Oh, yeah, the case was a state case

 9   that was dismissed; right?

10        A.    Yes, sir.

11        Q.    Do you know when that was dismissed?

12        A.    I think a year before that.

13        Q.    What year would that have been?

14        A.    Maybe 2013, 2014.

15        Q.    Well, these conversations took place in

16   2015, I believe.

17        A.    Yes, sir.

18        Q.    In any case, you told your mom you were

19   going to help her out and part of the deal was she

20   wouldn't be prosecuted.

21        A.    I never made that statement.  About her

22   being prosecuted for the drug possession charges?

23        Q.    You never made that statement?

24        A.    For the drug possession charges?  The

25   contraband to a facility?  No, not that one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So you don't recall making that statement

2  in your testimony?

3    A.   No, sir.

4    Q.   Back then you stated that she was in

5  trouble for trying to bring drugs into the prison.

6  Do you recall making that statement?

7    A.   Can you refresh my memory?  Can I see

8  that?

9    Q.   Start right here.

10    A.   I remember that.

11    Q.   So you made a statement like that, so that

12  was pending at that time, the charges?

13    A.   No, sir.  When they asked me why would she

14  be in any trouble, I told them maybe that would be

15  the only reason why she would be in trouble, but

16  there was no state case pending at that time of the

17  RICO indictment.

18    Q.   But you told her she might get in trouble

19  because of that incident; right?

20    A.   I might have.

21    Q.   And that you would help her out; is that

22  right?

23    A.   I might have.  Is that what it says right

24  there?

25    Q.   I believe so, and that --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   That's a phone conversation?  I didn't

2   mean to interrupt you.  Sorry about that.

3       Q.   Actually, I might have misstated it to

4   you.  The part of it that wasn't true is:  You led

5   her to believe that she may have been facing charges

6   when she really wasn't at that point.  Isn't that

7   true?

8       A.   Yes, sir.

9       Q.   Okay.  Got that straight.  Now, that's

10  because the case -- by that point, the case had been

11  dismissed; isn't that right?

12      A.   Yes, sir.

13      Q.   But you led her down the path of believing

14  that as telling her that was a reason for you

15  cooperating with the Government, to help her out;

16  right?

17      A.   Yes, sir.

18      Q.   So that was also a lie to your mother; is

19  that right?

20      A.   Yes, sir.

21      Q.   So anyway, Acee comes along, and as you

22  stated, you certainly didn't want to get prosecuted

23  for the RICO charges; right?

24      A.   Yes, sir.

25      Q.   Didn't want to do any more time; right?

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   So you made a deal with the Government?
 3        A.   Yes, sir.
 4        Q.   Part of the deal is, you would collect
 5   information, possibly testify for them, and they
 6   would grant you immunity from prosecution; isn't
 7   that correct?
 8        A.   Correct, sir.
 9        Q.   And that was immunity not just from that
10   RICO case which, in fact, you were never indicted
11   for at all; is that right?
12        A.   Correct, sir.
13        Q.   But no other pending charges as well;
14   right?
15        A.   What pending charges?
16        Q.   Well, for instance, you were implicated in
17   some way with the Molina murder that you were aware
18   of; isn't that right?
19        A.   Yes.
20        Q.   So they didn't bring any charges against
21   you on that; is that right?
22        A.   Yes, sir.
23        Q.   And that would have been a RICO case, as
24   well; right?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And I believe there might have been a

2  robbery or something that you were possibly facing,

3  and they didn't prosecute you on that, as well.

4    A.   I was never facing a robbery, sir.

5    Q.   Okay.  We'll take a look at that, as well.

6  I believe back then you testified that you also were

7  involved in some robberies when you first came into

8  the SNM that they didn't prosecute you on; is that

9  right?

10    A.   I was a prospect and while I was a member,

11  yes, sir.

12    Q.   So there were robberies back early on in

13  your career?

14    A.   Yes, sir.  Home invasions, armed

15  robberies.

16    Q.   Okay.  We got that straightened out.

17    A.   Yes, sir.

18    Q.   There was a kidnapping charge that they

19  didn't charge you on; is that correct?

20    A.   Charges I was charged with or --

21    Q.   Possibly charged with.

22    A.   Oh, possibly, yes.

23    Q.   And they didn't do anything on that, as

24  well.

25    A.   Yes, sir.

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    That was part of the deal?

 2        A.    Yes, sir.

 3        Q.    And you've testified previously about the

 4   LC murder where you dumped the body of someone at a

 5   church; is that right?

 6        A.    Yes, sir.

 7        Q.    And they didn't prosecute you on that

 8   either; right?

 9        A.    Correct, sir.

10        Q.    That was also part of the deal?

11        A.    Correct, sir.

12        Q.    So those were some of the benefits, and

13   you got other benefits as well, relocation; you got

14   some money on your books; a few little things;

15   right?

16        A.    Correct, sir.

17        Q.    Now, one of the things that you were

18   required to do to continue to get these benefits was

19   to secretly use a recording device to record some

20   people; right?

21        A.    Correct, sir.

22        Q.    And you willingly volunteered to do that;

23   right?

24        A.    Correct, sir.

25        Q.    And this was in the prison; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Correct, sir.

 2        Q.   And having a recording device in prison --

 3   that's not allowed; right?  I mean, normally it's

 4   not allowed unless you get hooked up; right?

 5        A.   Unless you're working for them or the

 6   Government; correct, sir.

 7        Q.   So you kind of had to sneak around with

 8   this thing in the prison; right?

 9        A.   Correct, sir.

10        Q.   If one of the other inmates or brothers

11   found you with a recorder, that was some serious

12   stuff; right?

13        A.   Probably stab me or kill me.

14        Q.   Probably be the end for you; right?

15        A.   Yes, sir.

16        Q.   So you were required, I believe, to

17   record -- Mr. Perez is one of the persons, at least;

18   right?

19        A.   Correct.

20        Q.   And in order for you to do that, you had

21   to kind of cozy up to him, get friendly with him,

22   get him to talk; right?

23        A.   We were already brothers, so we would

24   talk.

25        Q.   But you kind of had to soften him up.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    think you used the phrase "pressure points."

 2         A.   Yes.

 3         Q.   And you knew how to apply the pressure

 4    points; right?

 5         A.   Correct, sir.

 6         Q.   He had a few things going on with him; he

 7    had some illnesses, and he was kind of concerned

 8    that maybe he was going to get hit; right?

 9         A.   I don't know if he was concerned.  I think

10    he was more protecting his reputation.

11         Q.   And you knew how to use that; right?

12         A.   I didn't use it.

13         Q.   Pressure points; right?

14         A.   Yes, but that was never used.

15         Q.   But in any case, within a few months of

16    you working with Mr. Acee and the secret recording,

17    you got him to say a few things; right?

18         A.   Yes, sir.

19         Q.   And that was done secretly, manipulating

20    the system; right?

21         A.   I would say it as working for the system,

22    not --

23         Q.   Because you were working for Acee?

24         A.   Yes, sir.

25         Q.   But for Mr. Perez?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        A.    I'm manipulating him.

 2        Q.    You manipulated him; right?

 3        A.    Yes, to tell me the truth, yes, sir.

 4        Q.    Because only a few people knew about that;

 5   right?

 6        A.    Yes, sir.

 7        Q.    And you knew it was important to record

 8   everything; right?

 9        A.    Yes, sir.

10        Q.    If it wasn't recorded, it didn't happen.

11   I think that's the marching orders you got from

12   Mr. Acee; is that right?

13        A.    He wanted recordings on that, yes, sir.

14        Q.    And you understand when I say "cozied up

15   to him," I don't mean physically, but you were

16   friendly to him and got him to talk?

17        A.    I understand.

18        Q.    You plotted for several months to get this

19   information, took, what, two months or so, maybe, to

20   get him -- the last -- the recording lasted over a

21   period of about two months?

22        A.    I can't recall how long it took, but it

23   took a little bit.

24        Q.    Okay.  Is this kind of espionage, "I Spy"

25   sort of stuff kind of exciting?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Exciting?

2        Q.    No?  You didn't enjoy it?

3        A.    No.

4        Q.    I believe the phrase used in your

5   participation at some point was "enthusiastic."  You

6   wouldn't say that about your participation?

7        A.    "Enthusiastic" is a way to look at it to

8   get yourself motivated to do it.  But as far as

9   being proud of it, I'm not proud of what I'm doing

10  here today.

11       Q.    Well, certainly not today, but in terms of

12  helping out Mr. Acee, you were feeling pretty good

13  about helping him out; right?

14       A.    Doing the right thing, yes.

15       Q.    And one of the things -- one of the things

16  about being in prison is you have to be careful

17  about who you talk to; right?

18       A.    Yes, sir.

19       Q.    And you've got to make sure you know who

20  you talk to.

21       A.    Yes.

22       Q.    You can't just be saying stuff around

23  anybody; right?

24       A.    Correct, sir.

25       Q.    That can get you in a lot of trouble?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct, sir.
 2        Q.    Get you killed.  As you just stated, in
 3   terms of Mr. Perez, it was a little easier because
 4   you knew him; right?
 5        A.    Correct, sir.
 6        Q.    But it's not always that way, and you
 7   don't know always who to trust; is that right?
 8        A.    Outside of the organization, that's
 9   correct, sir.
10        Q.    Well, even in the organization, you guys
11   are killing each other left and right; right?
12        A.    Yes, sir, on certain -- how do you say
13   it -- certain situations, yes.  Certain situations
14   are a little more trustworthy as far as keeping the
15   code of conduct, of silence.
16        Q.    Now, supposedly in 2015, I believe you
17   stated that Mr. Andrew Gallegos made a statement to
18   you; is that right?
19        A.    Correct, sir.
20        Q.    And there was no recording of that?
21        A.    No, sir.
22        Q.    It's just what you said happened; is that
23   right?
24        A.    Correct, sir.
25        Q.    And isn't it true that you only knew
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Gallegos, Andrew Gallegos, maybe a month?

2        A.   Correct, sir.

3        Q.   Barely knew him; is that right?

4        A.   Correct, sir.

5        Q.   Never met him?

6        A.   Only knew him from reputation, sir.

7        Q.   Reputation, what other people have said?

8        A.   Correct, sir.

9        Q.   But you didn't know anything about him

10  before that point; is that right?

11       A.   No, I knew about him.

12       Q.   Well, you knew about him from other

13  people, but I'm talking about knowing him

14  personally.

15       A.   Yes, sir.

16       Q.   He was in the cell above you; is that

17  right?

18       A.   Correct, sir.

19       Q.   He helped you out by letting you use his

20  phone card; is that right?

21       A.   Correct, sir.

22       Q.   Now, isn't it true that Andrew, for the

23  most part, you observed him mostly just reading his

24  Bible; isn't that right?  You don't recall that?

25       A.   I don't recall that.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

277

```
 1        Q.    And while he was supposedly confessing to
 2   you, he told you everything; is that correct?
 3        A.    Not everything, but just enough.
 4        Q.    But it's pretty significant for him to
 5   only know you a short time and to confess to you
 6   about that; isn't that true?
 7        A.    Significant?
 8        Q.    Yeah.  That's something you'd remember;
 9   right?
10        A.    Yes, sir.
11        Q.    Something you wouldn't forget; is that
12   right?
13        A.    Correct, sir.
14        Q.    Now, you were asked at that hearing back
15   in January -- let's see.  Now, in the pages and
16   pages of documents that you made statements and
17   testimony, you never once mentioned Andrew Gallegos'
18   name; isn't that right?
19        A.    Say that again?
20        Q.    I said before that statement that
21   apparently occurred on April 9 of this year, you had
22   never before mentioned Andrew Gallegos to the
23   Government; isn't that right?
24        A.    No, sir, that's not correct.
25        Q.    It's not in any of your statements?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, I know I told them about a number of
 2   things, and when I mentioned Demon from Belen, him
 3   and his brothers were --
 4        Q.   Him and his brothers?
 5        A.   Yes, sir.
 6        Q.   Let's see here.  I may have to come back
 7   to that.
 8             But now he told you -- I'll come back to
 9   that in a minute.  But he told you, according to
10   you, that this murder that happened in Belen, the
11   body was found in a car, the trunk of the car, by
12   authorities; right?
13        A.   Yes, sir.
14        Q.   And he also said, if I understand, that he
15   was bound, put in the trunk of the car, and set on
16   fire; is that right?
17        A.   He was bound, shot in the back of the
18   head, and put in the trunk of the car and burned.
19        Q.   Okay.  So he was shot in the back of the
20   head.  That's some additional information, I
21   believe, but that's what you recall; is that right?
22        A.   Correct, sir.
23        Q.   And did he tell you anything else?
24        A.   Yes, sir.  He was telling me that as long
25   as my co-defendants stay solid --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. SINDEL:  Your Honor, may we have a
2    limiting instruction here?  There was a complicated
3    statement the other day, but I don't know where this
4    is going.
5            THE COURT:  Well, I lost a little track
6    of -- you're eliciting statements of who,
7    Mr. Roberts?
8            MR. SINDEL:  I think they're all
9    Mr. Andrew Gallegos.
10           MR. ROBERTS:  He said the statement was
11   Andrew Gallegos.
12           THE WITNESS:  Yes, Your Honor.
13           THE COURT:  Well, why don't you approach
14   and tell me the statement again that was --
15           MR. ROBERTS:  I'll withdraw the question,
16   Judge.
17           THE COURT:  All right.
18   BY MR. ROBERTS:
19      Q.   One of the things that he supposedly said
20   is that he controlled the drug business in the Belen
21   Valencia area; is that right?
22      A.   He would extort drug dealers there,
23   bulldog them, take their narcotics, money.
24      Q.   I believe the statement was actually that
25   "They sell for us or not at all in Valencia or
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Socorro County."  That was the statement; right?

2       A.   In 2004 he stated that's how it was.

3       Q.   2004?

4       A.   Yes, in 2004.  That's how it was.  That's

5  how they had it.  2003, something like that.

6       Q.   But this statement supposedly was 2015.

7       A.   Yes, sir.  At that time, that's the murder

8  but on another occasion he was talking about that.

9  He was talking about 2004 on another occasion.

10      Q.   They controlled the drug traffic in

11 Valencia County.

12           MR. SINDEL:  Your Honor, if he's talking

13 about a statement by Mr. Gallegos, can we have a

14 limiting instruction?

15           THE COURT:  I think this was one of the

16 ones I designated as against interests, so no.

17 BY MR. ROBERTS:

18      Q.   Right.  They didn't want anyone else

19 dealing in Valencia/Belen?

20      A.   In 2003, 2004, that's how it was.  That's

21 how they had it.

22      Q.   But it doesn't say anything in here about

23 2004, 2005.

24      A.   Yeah, then I don't know.

25      Q.   You don't know?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't know.  I don't know what's in
 2   there.  I didn't write that.
 3        Q.   Okay.  But one thing you do know is that
 4   it was, as you stated in here, the body was found in
 5   the trunk of the car, burned, and the guy was shot
 6   in the back of the head; right?
 7        A.   Yes, sir.
 8             MR. ROBERTS:  Give me a second, please?
 9             THE COURT:  Certainly.
10   BY MR. ROBERTS:
11        Q.   Now, at that time when you were locked up
12   with the other informants in this case, you said you
13   didn't have a tablet, or your tablet wasn't working,
14   or you erased it, or something like that; is that
15   right?
16        A.   I never had a tablet.
17        Q.   But other people locked up with you had a
18   tablet; isn't that right?
19        A.   No.
20        Q.   So you never saw the discovery in this
21   case when you were locked up?
22        A.   No, sir.
23        Q.   Not once?
24        A.   No, sir.
25        Q.   You've seen the indictment in this case;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  right?

 2       A.   The indictment?  No, I didn't.

 3       Q.   You didn't see that either?  Let me see if

 4  I can get back to that question.

 5            THE COURT:  Are you about to wrap up?

 6            MR. ROBERTS:  Yes, Judge, just a minute.

 7  BY MR. ROBERTS:

 8       Q.   There was a question here where you asked

 9  what else had Andrew said to you and you stated you

10  don't remember what he said at all.

11       A.   On what occasion is that talking about?

12       Q.   It didn't state what occasion.  When they

13  asked you about Andrew, you said don't recall what

14  he said.  You don't recall that?

15       A.   I don't know what you're asking about.

16            MR. ROBERTS:  I don't have any more

17  questions.

18            THE COURT:  Thank you, Mr. Roberts.

19            All right, Mr. Castellano, do you have

20  redirect?

21            MR. CASTELLANO:  Yes, Your Honor.

22                  REDIRECT EXAMINATION

23  BY MR. CASTELLANO:

24       Q.   Mr. Cordova, do you remember entering into

25  what's known as a Kastigar agreement?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, sir.

2      Q.   And how many months had you been

3 cooperating before you even had an attorney in this

4 case; do you remember?

5      A.   It was quite a few months.

6      Q.   So when you agreed to cooperate with the

7 FBI, were you doing that on your own even without an

8 attorney at that time?

9      A.   Correct, sir.

10          MR. CASTELLANO:   May I approach the

11 witness, Your Honor?

12          THE COURT:   You may.

13 BY MR. CASTELLANO:

14     Q.   Do you remember exactly what the Kastigar

15 letter protects you from?

16     A.   Correct, sir.

17     Q.   I'm going to show you paragraph 2.  Do you

18 recognize this as the Kastigar letter?

19     A.   I can't see it that far, sir.  Sorry about

20 that.  Paragraph 2 states that --

21     Q.   Go ahead and read it to yourself and see

22 if it reminds you.

23     A.   All right.

24     Q.   What's the date of the Kastigar letter?

25     A.   The date of the Kastigar letter is June 9,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT          e-mail: info@litsupport.com
REPORTING SERVICE

1   2016.

2       Q.   So had you started talking to the FBI in

3   January of 2016?

4       A.   Correct, sir.

5       Q.   Do you recall that the Kastigar letter

6   only protects you from statements you make during

7   debriefs?

8       A.   Correct.

9       Q.   Does that necessarily immunize you from

10  crimes?  It only refers to statements that you have

11  made.  Does it protect you from other things?

12      A.   No, just statements.

13      Q.   So for example, are you facing a charge

14  before the grand jury right now, potentially a new

15  charge?

16      A.   Correct, sir.

17      Q.   The allegation in the new charge -- the

18  allegation is that you threw a liquid on a

19  corrections officer?

20      A.   Correct.

21      Q.   So did that involve stabbing someone or

22  punching someone, anything like that?

23      A.   No, sir.

24      Q.   When you hurt your wife for the SNM, why

25  did you not tell the police that that was SNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  business?
 2       A.   Because that's ratting.
 3       Q.   So yeah, would you have any reason at that
 4  time to tell law enforcement that that was about the
 5  SNM?
 6       A.   Of course not.
 7       Q.   When you lied to your mom and your wife on
 8  the phone about your cooperation, why did you do
 9  that?
10       A.   It's conflicting with what I'm doing
11  today.  A lot of -- some of these guys here know my
12  family.  That's not where I come from.  My family --
13  I was raised, you could say, raised to be a
14  gangster.  My family despises what I'm doing here
15  today.
16       Q.   Even now, does your family necessarily
17  support you in cooperating with the Government?
18       A.   I lost --
19            MR. COOPER:  Objection, relevance.
20            THE COURT:  Overruled.
21       A.   I lost a lot of relationships because of
22  what I'm doing here today.  Put it that way.
23  BY MR. CASTELLANO:
24       Q.   Yesterday you invoked the Fifth Amendment
25  and refused to answer questions.  Do you remember
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

```
 1    that?

 2         A.    Yes, sir.

 3         Q.    Have you since decided not to invoke the

 4    Fifth and to answer questions put to you?

 5         A.    Yes, sir.

 6         Q.    And part of that -- was part of that

 7    concern about the hotshot that you and others gave

 8    that Los Carnales member on the streets?

 9         A.    Correct, sir.

10         Q.    Did you remember that you had actually

11    testified to those things before?

12         A.    Correct.

13         Q.    And you had revealed that to the

14    Government before?

15         A.    Correct, sir.

16         Q.    Now, defense counsel asked you about at

17    least seven murders.  Do you remember that?

18         A.    Correct, sir.

19         Q.    Were those SNM murders?

20         A.    Correct, sir.

21         Q.    And was that information you were

22    providing to law enforcement about murders?

23         A.    Correct, sir.

24         Q.    And at the point where you gave that

25    information, were all those murders solved?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Some of them, yes, sir.
 2        Q.    And were some of them not solved or
 3   prosecuted?
 4             MR. COOPER:  I object to the leading form
 5   of the question.
 6             THE COURT:  Don't lead.
 7   BY MR. CASTELLANO:
 8        Q.    What was the status of some of those
 9   murders?
10        A.    I believe some were solved and some are
11   still ongoing.
12        Q.    And for some of the ones that are ongoing,
13   did you give the names of law enforcement to
14   participants?
15             MR. COOPER:  Object to leading.
16             THE COURT:  Let's let Mr. Cordova testify,
17   not counsel.
18             MR. CASTELLANO:  Okay.
19   BY MR. CASTELLANO:
20        Q.    Let's ask open-ended questions, then,
21   Mr. Cordova.  Did you -- what are the names you gave
22   to law enforcement?  Are those people involved in
23   the Sammy Chavez murder?
24        A.    What are the names?
25        Q.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Arturo Garcia, Sergio Rodriguez, and James

2  Garcia.

3      Q.   And do you know if some of those people

4  have been charged with that murder?

5           MR. BLACKBURN:  Objection, Your Honor.

6  That's irrelevant.

7           THE COURT:  Well, I think he knows.

8  Overruled.

9      A.   Yes, sir, I believe so.

10 BY MR. CASTELLANO:

11     Q.   Do you remember how long ago it was that

12 you gave information to law enforcement about Edward

13 Troup's involvement in the Fred Sanchez murder?

14     A.   I can't put an exact -- like an exact

15 date.  I know we talked about a lot of information

16 within the organization.

17     Q.   Would it help to refresh your memory to

18 take a look at the report?

19     A.   Correct, sir.  Can I see it?

20     Q.   Yes.

21          MR. CASTELLANO:  May I approach, Your

22 Honor?

23          THE COURT:  You may.

24 BY MR. CASTELLANO:

25     Q.   Okay.  Mr. Cordova, I'm going to show you



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                  1-800-669-9492
                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

289

```
 1   a report.  Do you recall the date that you gave this
 2   information?
 3        A.   2/9/2016.
 4        Q.   And do you recall whether or not you gave
 5   law enforcement the names of the participants in
 6   that murder?
 7        A.   Yes, sir.
 8        Q.   Who were the names you provided back in
 9   2016?
10        A.   It was -- all together who was involved
11   was Huero Troup, Brian Rascon, Raymond Rascon,
12   and -- may I see that?  Cheech.
13             MR. SINDEL:  Your Honor, he may use the
14   report to refresh his memory, but he can't read from
15   it.
16             THE COURT:  Hand it back to
17   Mr. Castellano.
18   BY MR. CASTELLANO:
19        Q.   Let me have you read it quietly to
20   yourself, and I'll ask you about each one of those
21   people.
22        A.   I know what it is.
23        Q.   So what was the issue with the Rascons?
24        A.   The Rascons were going to get given a pass
25   on their misconduct within the organization if they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  took care of Freddie Sanchez.

 2        Q.   And did they take care of Freddie Sanchez?

 3        A.   No, sir.  They were taking too long.

 4        Q.   And then what did you report to law

 5  enforcement about who took care of it after the

 6  Rascons didn't?

 7        A.   Huero Troup and Alonso, Wino.

 8        Q.   Do you recall being asked about a debrief

 9  on December 15 of 2017?

10        A.   Yes, sir.

11        Q.   Do you remember what the specific topic

12  was of that conversation with law enforcement?

13        A.   I believe it was --

14        Q.   If you don't remember, I can refresh your

15  memory.  I know you have a lot of reports here.

16        A.   Yes.  I think it was Crazy.

17             MR. CASTELLANO:  May I approach, Your

18  Honor?

19             THE COURT:  You may.

20  BY MR. CASTELLANO:

21        Q.   I'm going to show you reports dated

22  December 15, 2017, and January 24, 2018.

23        A.   Javier Molina.  Correct.

24        Q.   So here is the question.  In December --

25  read this quietly to yourself.  In December of 2017
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1   were you asked about numerous murders or one
 2   specific murder?
 3        A.   Yeah, Crazy.  Crazy, also known as Javier
 4   Molina.
 5        Q.   And was that a little more than a month
 6   before you were supposed to testify against other
 7   SNM members regarding the Javier Molina murder?
 8        A.   Correct, sir.
 9        Q.   So in anticipation of your testimony in
10   that case, were you then asked specifically about
11   that murder?
12        A.   Correct, sir.
13        Q.   So as this trial approached, were you then
14   asked specifically about the people who were going
15   to be in this trial?
16        A.   Correct, sir.
17        Q.   So on April 2 of 2018, did you provide
18   information about people who were only in this
19   trial?
20        A.   Correct, sir.  It's the same people I
21   offered information in 2016 in that report.
22        Q.   So is that why this information pertains
23   only to these men in court?
24        A.   Yes, sir.
25        Q.   Over the years now, have you provided
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

292

1   information about many other topics related to the

2   SNM?

3         A.   Many.

4         Q.   Does that include the more than seven

5   murders even defense counsel asked you about today?

6         A.   Correct, sir.

7         Q.   You were asked about your conversation

8   with Billy Garcia when he told you about the Pancho

9   and Looney murders.  Do you recall that?

10        A.   Correct, sir.

11        Q.   Now, were you being disrespectful to him?

12        A.   No, sir.  It was more like --

13        Q.   What was the tone of that conversation?

14        A.   I got a huila, which is a message, to ride

15  with Styx.  Okay?  I've always looked up and

16  respected Billy.  So I went to Billy to ask him for

17  advice, like a big brother would do with a little

18  brother in the organization.  I say, "Hey, carnal,

19  check this out.  What do I do with this?"

20             And he's like, nah, he's running me down

21  the rules.  So it's like I'm still getting schooled

22  within the organization.  I'm fresh in the

23  organization now.  So now things are still being ran

24  down to me within the organization.  And I asked

25  him, "Well, what's the difference, if carnals break

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

293

```
 1   the rules for this or for that?  You break a rule,
 2   you break a rule."
 3           And he starts stating, "No, there's
 4   different repercussions for different rules that are
 5   getting broken, different violations."
 6       Q.   So in that way was he schooling you about
 7   some of the rules of the SNM?
 8       A.   Yes.
 9           MR. COOPER:  Objection, leading.
10           THE COURT:  Overruled.
11       A.   Yes, sir, he was.  He was schooling me
12   about the policies and the rules within the
13   organization.
14   BY MR. CASTELLANO:
15       Q.   Now, was that the first time you had ever
16   met Billy Garcia?
17       A.   No, sir.
18       Q.   Had you known him before that time?
19       A.   Yes, sir.
20       Q.   And I think you told us that one of his
21   relatives was actually schooling you up even before
22   you were a member?
23       A.   Yes, my baby's mom's brother, which is his
24   niece and nephew.  His nephew schooled me up on
25   becoming a brother.  He was the one I would call
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

294

```
 1  grooming when I was a prospect, I was a Ziakeeskie.
 2            MR. COOPER:  Objection, Your Honor,
 3  hearsay.
 4            THE COURT:  Well, if he's talking about
 5  the rules, I think that's fair.  Overruled.
 6  BY MR. CASTELLANO:
 7       Q.   And the short question really is:  Was not
 8  only Billy Garcia schooling you up, but even his
 9  nephew, even before you became a member?
10       A.   Yes, sir.
11       Q.   You were asked about tape-recording people
12  in prison.  Do you remember that?
13       A.   Yes, sir.
14       Q.   When you had the conversations with other
15  people in this case where you've testified, did you
16  have a recording device with you in prison?
17       A.   Rephrase that.
18       Q.   So when Edward Troup spoke to you or when
19  Andrew Gallegos spoke to you, did you have a
20  recording device with you?
21       A.   I wasn't working for the FBI yet.
22       Q.   So was that at a time before you were
23  cooperating?
24       A.   Yes.  I wasn't cooperating at that time.
25       Q.   You were also asked about this prior
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  testimony about your drug use.  Do you remember

2  that?

3       A.   Yes, sir.

4       Q.   Now, how is it that the defense attorneys

5  knew that you had used drugs in Clayton?

6       A.   Because you had asked me, and I was being

7  honest, and I told you yes, I did, I did use.  And

8  you said, "Okay, this will have to be disclosed."

9            I said, "I understand."

10      Q.   And then was it disclosed to them?

11      A.   Yes, sir.

12      Q.   And is that how they knew that

13 information?

14      A.   Yes, that's how they knew.

15      Q.   Did you test positive for any urinalysis

16 that was revealed?

17      A.   No illegal drugs, no, sir.

18      Q.   As a matter of fact, pretty much all this

19 information that you were asked about, was that

20 information that you told to the FBI?

21      A.   Yes, sir.

22      Q.   You were asked about water-boarding some

23 people.  Do you remember why you water-boarded some

24 of those people?

25      A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.    What were some of those reasons?

 2         A.    They weren't paying taxes to the

 3   organization.  They were local drug dealers that

 4   either weren't paying taxes or weren't paying

 5   tribute to the organization, so we would go in, we

 6   would rob them.  They wouldn't give us the narcotics

 7   or the money, we would torture them different ways.

 8   One of the ways was water-boarding them until they

 9   gave us the location of narcotics, money, weapons,

10   whatever we were going to retrieve.

11         Q.    Were any of those people suppose to be

12   witnesses against any SNM Gang members?

13         A.    Witnesses?

14               MR. SINDEL:  Object, Your Honor.

15   Obviously calls for hearsay.

16               THE COURT:  Well, lay some foundation for

17   how he would know that.

18   BY MR. CASTELLANO:

19         Q.    Do you remember a name, I think it's maybe

20   Alex Munoz?

21         A.    Yes, sir.

22         Q.    Did you water-board that person?

23         A.    No, sir, not Alex Munoz, sir.

24         Q.    Let me make sure I have the right name

25   here.  While I'm doing that, you were asked when you
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   were supposed to follow or intimidate people from

2   the trial against Michael Astorga.

3        A.   Yes.

4        Q.   Was he referred to as the famous

5   cop-killer?

6        A.   Yes, sir.

7        Q.   And was the person who told you that

8   referred to as Pup?

9        A.   Yes, sir.

10       Q.   Was that Anthony Baca?

11       A.   Yes, sir.

12       Q.   What was his status in the gang?

13       A.   He was at the top of the organization,

14   which we would refer to as one of our jefes, our

15   boss.

16       Q.   Was he above Gerald Archuleta?

17       A.   Yes, sir.

18       Q.   You talked about it for a second on

19   cross-examination.  After you broke the rules and

20   you were cut off as a confidential human source, how

21   long was it that you were even cut off from

22   communication with Special Agent Acee?

23       A.   How long after?

24       Q.   Yes.

25       A.   Immediately, once they found out what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  happened.
 2       Q.   And how long was it before you spoke to
 3  him again?
 4       A.   I hadn't seen him again since that motion
 5  in December.
 6       Q.   So almost a year?
 7       A.   Yes, sir.
 8       Q.   During that timeframe, then, were you
 9  debriefing and giving information to the Government?
10       A.   No, sir.
11       Q.   Even after you were terminated as a
12  confidential human source, can you say whether or
13  not you recorded someone else in a prison setting?
14       A.   Yes, sir.
15       Q.   Who was that person?
16       A.   Gabriel Valdivia.  He's one of our allied
17  gangs that we associate with in the federal prison
18  system, Sureno that was trying be made an MM,
19  Mexican Mafia.
20            MR. SINDEL:  I'm going to object to the
21  relevance of this.
22            THE COURT:  Sustained.  Are you about
23  ready to wrap up, Mr. Castellano?
24            MR. CASTELLANO:  I am, Your Honor.  May I
25  approach the witness?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          THE COURT:  Why don't we wrap up.  Just
2   conclude.
3          MR. CASTELLANO:  No further questions.
4          THE COURT:  Thank you, Mr. Castellano.
5          Mr. Cordova, you may step down.
6          Is there any reason that Mr. Cordova
7   cannot be excused from the proceedings?
8          MR. BURKE:  Your Honor, may I have some
9   recross?
10          THE COURT:  No.  No.  Do you want him
11   reserved for your case?
12          MR. BURKE:  Yes.
13          THE COURT:  You'll be subject to recall,
14   and that means you will need to stay outside of the
15   courtroom, but you can leave the courtroom.  Thank
16   you for your testimony.
17          THE WITNESS:  Thank you, Your Honor.
18
19
20
21
22
23
24
25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 20th day of May, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com