1

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5      vs.              NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9      Transcript of excerpt of testimony of

10              GERALD ARCHULETA

11              May 11, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                        I N D E X

 2    EXAMINATION OF GERALD ARCHULETA

 3    By Mr. Beck                              5

 4    By Mr. Burke                            70

 5    By Mr. Shattuck                         87

 6    By Mr. Blackburn                        88

 7    By Mr. Solis                           159

 8    By Mr. Benjamin                        161

 9    By Mr. Cooper                          187

10    By Mr. Beck                            228

11    By Mr. Lahann                          240

12    By Mr. Blackburn                       240

13    By Mr. Benjamin                        245

14    REPORTER'S CERTIFICATE                 247

15                    EXHIBITS ADMITTED

16    Defendants' BC-1 Admitted              173

17    Government 586 Admitted                 65

18    Government 628 Admitted                 41

19    Government 628 Admitted                238

20    Government 631 and 632 Admitted         46

21    Government 693 Previously admitted     160

22    Government 987 Admitted                 50

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Mr. Beck, do you
 2   have your next witness or evidence?  Or Mr.
 3   Castellano?  Mr. Beck.
 4              MR. BECK:  We do, Your Honor.  The United
 5   States calls Gerald Archuleta.  May we approach,
 6   Your Honor.
 7              (The following proceedings were held at
 8   the bench.)
 9              MR. BECK:  That was a low blow.  Gangstas
10   do need love, too.
11              THE COURT:  What?
12              MR. BECK:  I said, that was a low blow.
13   Gangstas do need love, too.
14              THE COURT:  I'm debating whether that was
15   the high point or the T-shirt.
16              MR. BECK:  The T-shirt was pretty good.
17              MR. BLACKBURN:  I didn't figure anybody
18   would want to see that.
19              MR. BECK:  Mr. Archuleta is here.  I was
20   just wondering if the Court had thought about it.
21              THE COURT:  I've thought about it, but I
22   haven't yet decided.  Why don't you approach when
23   you get ready to do that?  I assume what you're
24   wanting to do is decide whether you want to bring it
25   out or the defendants bring it out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Yep.

 2              THE COURT:  Give me a second.

 3              MR. CASTLE:  The T-shirt from Mike

 4   Tyson -- did that come from Mario Rodriguez by any

 5   chance?

 6              (The following proceedings were held in

 7   open court.)

 8              THE COURT:  All right, Mr. Archuleta, if

 9   you'll come up and stand next to the witness box,

10   before you're seated, my courtroom deputy, Ms.

11   Bevel, will swear you in.

12                    GERALD ARCHULETA,

13       after having been first duly sworn under oath,

14       was questioned, and testified as follows:

15              THE CLERK:  Please state your name and

16   spell your last name for the record.

17              THE WITNESS:  Gerald Archuleta.

18   A-R-C-H-U-L-E-T-A.

19              THE COURT:  Mr. Archuleta, Mr. Beck.

20              Mr. Archuleta, it might be better for you

21   if you'd pull that microphone in front of you so you

22   don't have to be turned around so much, and pull it

23   a little bit closer to the middle of the seat.

24   Let's try that.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    DIRECT EXAMINATION
 2   BY MR. BECK:
 3        Q.   Good morning, Mr. Archuleta.
 4        A.   Good morning.
 5        Q.   When were you brought into the Syndicato
 6   de Nuevo Mexico prison gang?
 7        A.   Around '89, '90.
 8        Q.   Do you go by any other names in the gang,
 9   any nicknames?
10        A.   Yes, I do.
11        Q.   And what were those in this case?
12        A.   Styx and Grandma.
13        Q.   Who brought you into the SNM?
14        A.   I was sponsored by Fernie Hernandez,
15   Robert Martinez, Frank Armijo, a few others.  I was
16   ultimately approved by Billy Garcia, Marty Barros,
17   and Phillip Cordova.
18        Q.   Was one of the other members who sponsored
19   you in or raised their hand for you a gentleman
20   named Freddie or Fred Dawg Sanchez?
21        A.   Fred Dawg Sanchez was one of the
22   individuals that sponsored me.
23        Q.   Is that the same Fred Dawg who died in
24   prison in 2007?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   How did you earn your bones in the gang?

2     A.   There were several ways.  I started by

3 tagging along collecting debts, issuing drugs,

4 assaults, collecting payments, eventual stabbings.

5     Q.   Did you -- was one of the stabbings that

6 earned your bones the stabbing of Chaparro?

7     A.   Yes, sir.

8     Q.   And when did that happen?

9     A.   Early '90s.

10    Q.   Who ordered that stabbing?

11    A.   Phillip Cordova.

12    Q.   Why did he order you to stab Chaparro?

13    A.   His details to me were that Chaparro

14 brought in drugs for him, and upon arrival, he was

15 short.  Apparently they got into it and he needed to

16 be made an example of.

17    Q.   And why would the SNM rules require

18 someone who was short on money and got into it with

19 an SNM Gang member to be hit?

20    A.   It would be to get in an SNM package would

21 be a sign of disrespect; and disrespect was dealt

22 with every single time.

23    Q.   And later in 1992 did you also stab a

24 gentleman named Eddie Lopez?

25    A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Who ordered that hit?

 2        A.    Phillip Cordova.

 3        Q.    And when you joined the gang in 1988, what

 4   was the leadership structure of the gang at that

 5   time?

 6        A.    The leadership was Billy Garcia, Marty

 7   Barros, and Phillip Cordova.

 8        Q.    Was there a gentleman that you knew of

 9   named Angel Munoz at that time?

10        A.    Yes, sir.

11        Q.    What was his position in the gang?

12        A.    His position was at the top, but he was

13   out of state.  At the facility was Marty Barros,

14   Phillip Cordova, and Billy Garcia.

15        Q.    So were they calling the shots for the SNM

16   in the state of New Mexico at that time?

17        A.    Yes, sir.

18        Q.    Did the structure change when Angel Munoz

19   came back into the state?

20        A.    Yes, sir.

21        Q.    What happened then?

22        A.    He took over responsibility wherever he --

23   whatever facility he was at.

24        Q.    At some point did Angel Munoz give over or

25   turn over the leadership position in the SNM when he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    left the prison?

2         A.   Yes, sir.

3         Q.   And to whom did he give the leadership of

4    the SNM prison gang?

5         A.   To myself he gave his position.

6         Q.   About when was that?

7         A.   '97, '98 maybe.

8         Q.   What happened to the leadership structure

9    of the gang when you took over the keys for the SNM?

10        A.   We formed -- I formed a five-man board,

11   four-man board.

12        Q.   And did you and the SNM refer to that

13   board by any other name?

14        A.   It was referred to as the tabla.

15        Q.   When you created the tabla, who did you

16   put on the tabla?

17        A.   I put Arturo Garcia, Rupert Zamora, Juan

18   Mendez, and Robert Martinez.

19        Q.   Why did you put those four men on the

20   tabla?

21        A.   These were all individuals that had been

22   in the S a while, had some respect, and were loyal

23   to myself and Arturo.

24        Q.   Let me ask you, what was your relationship

25   with Arturo Garcia?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   We were good friends.  He was my
 2   right-hand man.
 3        Q.   Below -- well, let me ask you this.  Was
 4   the tabla and you then at that point calling the
 5   shots for the SNM for the entire state?
 6        A.   Yes, we were.
 7        Q.   And how long were you the leader with the
 8   tabla in place below you?
 9        A.   Say from around 2004 to 2011.
10        Q.   And is 2011 the last time that you were
11   incarcerated before you were arrested in this case?
12        A.   Yes, sir.
13        Q.   When you left the New Mexico prison system
14   in 2011, who did you leave the keys or leadership
15   position in the SNM to?
16        A.   I left Arturo Garcia in charge of the
17   tabla.
18        Q.   Below the tabla, were there key holders or
19   leaders at the each of the prisons around the state
20   for the SNM?
21        A.   Yes, there was.
22        Q.   Throughout the years that you've been a
23   member of the SNM, have there been other prison
24   gangs that the SNM was at war with?
25        A.   Yes, there was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What were those gangs?

 2        A.    Los Carnales, also referred to as the LCs;

 3   the Surenos and the Burquenos.

 4        Q.    At some point did you negotiate a truce

 5   with the Los Carnales?

 6        A.    Yes, sir.

 7        Q.    Do you remember the time period in which

 8   that happened?

 9        A.    Not exactly.  It was -- I can't remember

10   exactly what year it was.

11        Q.    Maybe just a range?  Early 2000s, mid

12   2000s, earlier, later?  Any idea?

13        A.    It was around 2004, 2003.

14        Q.    Why did you call the truce with the Los

15   Carnales?

16        A.    Well, for years they weren't allowing SNM

17   Gang members to be on any sort of population.  In

18   place they had a level system which consists of

19   Level 6 was maximum security, went to Level 5, Level

20   4.  And in order to complete these programs, you had

21   to complete it with good behavior and doing the

22   program.  And for years our violent activity, as a

23   result of the war with the Surenos and the Burquenos

24   and the LCs, kept us at Level 6.  So the

25   administration didn't have to come up with a reason
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to keep us all locked down, because we did it

2    ourselves; and the idea was, if we called the truce,

3    we could put a stop to a lot of violence and go

4    through the program.

5         Q.    When you're saying "our violence brought

6    it upon ourselves," who are you referring to, "our"

7    or "we"?

8         A.    Members of the SNM against the LCs,

9    Burquenos, and Surenos.

10        Q.    While you were the head of the SNM, at

11   least, did the SNM control the prison system?

12        A.    Yes, sir.

13        Q.    In your opinion, what was the top-ranking

14   prison gang in New Mexico?

15        A.    The SNM.

16        Q.    At certain points over the years between

17   the time that you joined the gang in 1988 and the

18   time that you left the state in 2011, were there

19   certain periods of time when you were out on the

20   streets and not incarcerated?

21        A.    Yes, sir.

22        Q.    During those periods of time, did you

23   still conduct drug activities for the SNM?

24        A.    Before 2011?

25        Q.    Right.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                             e-mail: info@litsupport.com



```
 1        A.    Yes, sir.

 2        Q.    And tell us about that.  What was expected

 3   of you and SNM members when they got out on the

 4   streets?

 5        A.    Provide any kind of help to other SNM

 6   brothers, whether it's through sending drugs or

 7   money.

 8        Q.    Did you -- when you got released from

 9   prison, did you get drugs from other SNM members to

10   sell to other people on the street?

11        A.    Yes.  Yes, sir.

12        Q.    And was that sort of standard operations

13   for SNM members getting out of prison?

14        A.    Yes, sir.

15        Q.    Who provided you drugs when you got out of

16   prison to sell?

17        A.    Chris Garcia.

18        Q.    And did you send -- and as a result of

19   selling those drugs, did you ever send money into

20   the prisons?

21        A.    Yes, I had.

22        Q.    To whom?

23        A.    Fernie Hernandez.

24        Q.    And is Fernie Hernandez an SNM member?

25        A.    Yes, he is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I also want to talk to you about a few of
 2   the crimes that you participated in or called for
 3   the SNM.  You talked about the SNM being at war
 4   with, I think you said, the LCs, the Surenos, and
 5   the Burquenos.  Was there a period of time when the
 6   SNM was also at war with the Aryan Brotherhood, or
 7   ABers?
 8        A.   Yes, sir.
 9        Q.   I want to talk to you a little bit about
10   that.  In the late '90s -- well, let me ask you.
11   How did this sort of rivalry or war with the Aryan
12   Brotherhood start?
13        A.   Somewhere around '98, late '90s, the Aryan
14   Brotherhood stabbed two SNM Gang members and it
15   started from there.
16        Q.   And is it an SNM rule or an SNM bylaw
17   requirement that if nongang members stab SNM Gang
18   members, then they have to retaliate?
19        A.   Yes, sir.
20        Q.   Why is that?
21        A.   To keep our respect and our hold in
22   prison.
23        Q.   Is respect important to the SNM?
24        A.   It's the reason the SNM exists.
25        Q.   And is that true whether you're in prison
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   or out on the streets?

 2        A.   It's for both in prison and on the

 3   streets.

 4        Q.   I'm going to show you Government's Exhibit

 5   826.  Do you recognize this Government's 826 as an

 6   aerial view of the Penitentiary of New Mexico

 7   facility?

 8             I think you said that an Aryan Brotherhood

 9   member stabbed two members at the old Main.  Is the

10   old Main facility what I've circled right above the

11   sticker that's labeled old Main facility?

12        A.   Yes, sir.

13        Q.   Is that prison facility still in operation

14   today, if you know?

15        A.   No.  No, sir.

16        Q.   I didn't hear your answer.

17        A.   No, sir.

18        Q.   What was your answer to whether it's in

19   operation?

20        A.   It's closed down at the moment.

21        Q.   Okay.  After this started, did you take it

22   upon yourself as an SNM member to automatically hit

23   or automatically green light any Aryan Brotherhood

24   members that you encountered?

25        A.   Yes, I did.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   I want to talk to you about the late '90s,
 2   when you were at the Main.  Did you call or put
 3   together a hit on two Aryan Brotherhood members?
 4        A.   Yes, I had.
 5        Q.   And do you remember who you tasked to
 6   hit -- well, let me ask you this.  What was your
 7   role in that hit?
 8        A.   My role, along with Arturo Garcia, was to
 9   plan the hit and to make it happen.
10        Q.   And who did you and Arturo Garcia task
11   with hitting these two Aryan Brotherhood members?
12        A.   We tasked an individual by the name of --
13   or a brother by the name of Alex Munoz; Rocky
14   Galvan, who was a Sureno; a brother named Wino, and
15   a brother named Funny Style.
16        Q.   And who did you task them to hit?
17        A.   They were two leaders of the SNM in cell
18   block 6 with the name -- one was from Utah named
19   Tree.  One was from New Mexico named John Price.
20        Q.   And you said two leaders from the SNM were
21   John Price and Tree.  Leaders in the SNM or the
22   Aryan Brotherhood?
23        A.   Sorry.  They were leaders of the Aryan
24   Brotherhood.
25        Q.   And how did that -- how did you and Arturo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Garcia coordinate that hit with the other SNM

2    members?

3         A.   We located the weapons, we had a meeting

4    discussing who was to be involved.  We handed out

5    the weapons, discussed exactly when it was going to

6    be done, and it was done.

7         Q.   After that, were you involved in calling a

8    hit on an SNM member named Junior?

9         A.   Yes, I was.

10        Q.   And how did that hit come about?

11        A.   I was transferred to the South facility.

12   Brothers -- he at the time was the keyholder of the

13   South facility.  Brothers brought to my attention

14   that he was very disrespectful to other brothers.

15   They were upset as to how he was treating them.  At

16   the same time, he was very vocal about two leaders

17   of the SNM, which were Phillip Cordova and Marty

18   Barros, in a negative light, and he was asked to

19   step down, which he refused.

20        Q.   Now, you said members brought this to your

21   attention.  Was this the time period when you were

22   the actual keyholder of the SNM, or was this before

23   then?

24        A.   It was at a time that I was -- held an

25   actual position.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And did you call the hit on -- well, let

2   me ask you this.  What was Junior's or Leroy Torres'

3   status in the SNM at that time?

4      A.   He held the position of authority.  He was

5   a keyholder.

6      Q.   And so did you order the hit, or did you

7   have to go to someone with authority above you?

8      A.   I had to get approval from Marty Barros.

9      Q.   Why is that?

10     A.   Because he was above me.

11     Q.   Where did this hit take place?

12     A.   At the South facility in the gym.

13     Q.   And was Marty Barros incarcerated at the

14  South facility at that time?

15     A.   No, he was at the Main facility, I

16  believe.

17     Q.   So was he then a leader of all of the PNM

18  facility, and not just the South facility at that

19  time?

20     A.   Are you talking about Marty Barros?

21     Q.   Marty Barros, yes.

22     A.   There was a group of individuals who --

23  they were the leader of the whole SNM, which

24  included Billy Garcia and Marty Barros, Phillip

25  Cordova.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So why did you -- if you were a leader in

2  the SNM at this time, why did you still have to go

3  to Marty Barros to authorize this hit?

4    A.   Just to make it legit.  When it comes to

5  hitting a brother that holds the keys, that's just

6  the way it is.  You have to get approval.

7    Q.   So is it fair to say for an important hit

8  like this, that order has to come from the top?

9    A.   Yes, sir.

10    Q.   Did Marty Barros give the order then to

11  hit Leroy Torres?

12    A.   He approved it yes.

13    Q.   Why?

14    A.   I think it was more because he was being

15  talked about by Leroy Torres more than anything

16  else.

17        THE COURT:  Mr. Beck, would this be a good

18  time for us to take our first morning break?

19        MR. BECK:  That's fine, Your Honor.

20        THE COURT:  All right.  We'll be in recess

21  for about 15 minutes.  All rise.

22        (The jury left the courtroom.)

23        THE COURT:  All right.  Everyone be seated

24  for just a second.  Let me try to give you some

25  rulings on these.  I'll find my rules.  If I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  understood the representations here at the bench to

 2  the Court, they were that Mr. Archuleta was released

 3  from confinement for his 1986.

 4          Why don't you take Mr. Archuleta just

 5  outside here?  You don't need to take him down, but

 6  just take him outside the room here so I can talk to

 7  them.

 8          For his 1986 involuntary manslaughter

 9  conviction; then a 1988 second-degree murder

10  conviction.  Those two convictions -- we looked at

11  the transcript, the real-time transcript of the

12  Trial 1 testimony at 10:37 to get that second date.

13  Assuming those are correct, then those occurred more

14  than 10 years ago and Rule 609(B) of the rules of

15  evidence applies to those convictions.

16          I think the question that Mr. Castle is

17  raising is that those two convictions were later

18  used to enhance a subsequent conviction.  I don't

19  think that alters the result, because when a

20  defendant's criminal history enhances his or her

21  sentence for a subsequent offense, the resulting

22  conviction and sentence are imposed for the conduct

23  underlying a subsequent conviction and not for the

24  conduct underlying the earlier offenses.  In United

25  States v. Rodriguez, 553 U.S. 377, 386, 2008, the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                    1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

```
 1   Supreme Court said when a defendant is given a
 2   higher sentence under a recidivism statute, 100% of
 3   the punishment is for the offense of conviction.
 4   None is for the prior convictions or the defendant's
 5   status as a recidivist.
 6            And in Mathis versus United States, a more
 7   recent case, 136 Supreme Court 2243, 2016, the
 8   Supreme Court indicated that under Apprendi, that if
 9   statutory alternatives carry different punishments,
10   then they must be elements, which is intention with
11   a principle.  The recidivist statute is not an
12   element of the offense when that status increases
13   the maximum punishment for an offense.
14            I think we can reconcile those two
15   principles, but Apprendi contains an explicit
16   exception for the fact of a prior conviction.  So
17   Mathis' discussion regarding Apprendi's effect on
18   the inquiry regarding the elements of the offense
19   likewise applies to the facts, other than the
20   existence of a prior conviction.  I think if it were
21   otherwise, using a defendant's criminal history to
22   enhance the sentence for subsequent crimes would be
23   unconstitutional under the double jeopardy clause.
24            So I think 609 applies to Mr. Archuleta's
25   1986 and 1988 convictions, even though those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  convictions were later used to enhance the sentence

2  for a later conviction.

3        Thinking a little bit ahead here, if Rule

4  609 permits inquiry into the facts underlying a

5  conviction, under Rule 608(B), if the conviction

6  itself is inadmissible, I don't think the Court

7  should permit inquiry into those underlying facts

8  because those facts do not under 608(B) attack or

9  support the witnesses for Mr. Archuleta's character

10  for truthfulness.

11        Y'all will remember at the beginning of

12  the trial, after we put the PowerPoint up there, the

13  Court concluded that when evidence of a witness'

14  conviction is admitted under 609, a further inquiry

15  into the facts underlying that conviction is not

16  permitted under 608(B).  And I concluded that when a

17  conviction resulted from a set of facts but evidence

18  of that conviction is not introduced, then I said

19  60-B (sic) inquiry is permissible.  But I didn't

20  address situations where the evidence of a witness'

21  conviction is not admitted under Rule 609, because

22  Rule 609 renders that evidence inadmissible.

23        So I'm having to make that ruling now, and

24  thus the facts underlying Mr. Archuleta's two

25  convictions, which are both homicide offenses, don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  go to Mr. Archuleta's character for truthfulness.

2  So the facts cannot come in, as well.

3          As far as the issue of Cupit, I'm not yet

4  convinced -- the Government hasn't convinced me that

5  showing that the SNM now exists as an enterprise

6  engaged in racketeering activity is not -- that's

7  not an element of the offense.  The U.S. has to show

8  instead that the SNM was an enterprise engaged in

9  racketeering activity when the charged offenses were

10  committed.  And in Mr. Christopher Chavez's case,

11  that means 2007.  I'm not sure how probative recent

12  calls are going to be of that.  Certainly if there

13  is a stipulation that around 2007 the SNM was an

14  enterprise engaged in racketeering activity around

15  2007 and that Mr. Chavez was a member at that time,

16  then Mr. Cupit's testimony would be excessive,

17  unnecessary; but I'm not sure we have that on the

18  table.  So still thinking about that.  But those are

19  my thoughts.

20          Let's take our break.  I need to give

21  Ms. Bean a break.  Maybe we'll have some time for

22  further argument on it.  But I think I pretty much

23  ruled on those.  We'll be in recess for about 15

24  minutes.

25          (The Court stood in recess.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  I think I've got
2    each defendant in the courtroom, and an attorney for
3    each defendant.
4              Mr. Castle, do you want to go ahead?
5              MR. CASTLE:  Yes, Your Honor.
6    Unfortunately the witness is here.  I need to
7    discuss something.
8              THE COURT:  Well, come up to the bench,
9    then.
10             (The following proceedings were held at
11   the bench.)
12             MR. CASTLE:  It's our contention that the
13   reason Mr. Archuleta rose to the level that he did
14   was because of the criminal conduct that he had
15   committed.  Okay?  And so we believe it's relevant
16   to show his status in the organization, number 1.
17   We've also done a notice under 609 indicating we
18   didn't want to go beyond the ten years.  I have to
19   tell the Court it was all admitted as evidence in
20   Trial 1, and because of that, I relied on that, I
21   think it's a reasonable reliance in doing my
22   PowerPoint opening.
23             (The following proceedings were held in
24   open court.)
25             THE COURT:  Tell them to come in.  We'll
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    stand.  All rise.

2              (The jury entered the courtroom.)

3              (The following proceedings were held at

4    the bench.)

5              MR. CASTLE:  Your Honor, what I was saying

6    when I did my PowerPoint opening, I relied on what

7    was admitted in Trial 1, and this was admitted in

8    Trial 1 against Gerald Archuleta.  And now I'm going

9    to be in a position where we all know the damage

10   that could be caused when someone promises something

11   in opening statement that doesn't get delivered

12   during trial, especially as incendiary as these

13   prior matters.

14             So we're in a really hard place because it

15   was admitted in Trial 1, and now it's not being

16   admitted in Trial 2.  What I would suggest is that

17   the Court permit under 609 this exception for this

18   witness, and perhaps just make that it we get

19   limited very few questions about those two cases

20   instead of elaborating on them.  But otherwise,

21   we're in a real hard place here because I think we

22   can reasonably rely on what was admitted in a

23   previous trial as a road map to what would be

24   admitted here.  And if there wasn't a prior trial

25   and I was going out on a limb and making my own
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   guesses on it, that would be one thing.  But you
 2   know that's a problem we face.
 3            MR. BECK:  I think it would probably be
 4   unfair for the United States to point out that they
 5   didn't get in evidence when the United States moved
 6   to keep it out.  So I will not be making that point
 7   in my closing, that there was information in opening
 8   that was not brought into evidence.
 9            THE COURT:  Let me do this.  Let me think
10   about it a little bit.  Before we close with
11   Archuleta, you can approach and see if I think -- I
12   still think the convictions probably ought to stay
13   out.  The question is whether I allow you to get
14   into -- ask a few questions about the facts to prove
15   your point that these helped him rise to the status.
16   I'll give that some thought and you can approach
17   before it's over, and if I decide that some facts
18   ought to come out on that...
19            MR. CASTLE:  I think opening statement
20   didn't refer to convictions.  Actually, I think he
21   just said he murdered --
22            THE COURT:  Murdered other people.
23            MR. BENJAMIN:  Your Honor, if I may.
24            THE COURT:  Let me do this.  Let me get on
25   with the testimony and we'll come back up here
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  before Mr. Beck closes his direct.

 2           MR. BENJAMIN:  Your Honor, I understand

 3  the Court's view.  I just want to say there are

 4  specific facts that I'd like to address so the Court

 5  could consider the reason for those.

 6           (The following proceedings were held in

 7  open court.)

 8           THE COURT:  All right.  Mr. Beck, if you

 9  wish to continue your direct examination of

10  Mr. Archuleta.

11           And Mr. Archuleta, I'll remind that you're

12  still under oath.

13           MR. BECK:  Yes, Your Honor, thank you.

14  BY MR. BECK:

15      Q.   Mr. Archuleta, where we left off, we were

16  talking about the Leroy Torres or Junior hit.  Do

17  you remember that?

18      A.   Yes, sir.

19      Q.   You said that -- when we left off, you

20  said that Marty Barros ordered the hit because he

21  was being talked about.

22      A.   Yes, sir.

23      Q.   Why would it be an SNM-approved hit if one

24  SNM leader is just talking about another SNM leader?

25  Why is that SNM business?



SANTA FE OFFICE                                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                  Albuquerque, NM 87102
(505) 989-4949                                                                                (505) 843-9494
FAX (505) 843-9492                                                                    FAX (505) 843-9492
                          BEAN & ASSOCIATES, Inc.                              1-800-669-9492
                          PROFESSIONAL COURT                          e-mail: info@litsupport.com
                          REPORTING SERVICE

```
 1        A.   It's two individuals that are in the SNM
 2   and it's one SNM member disrespecting another SNM
 3   that carries a position of authority.
 4        Q.   So is the SNM rule that disrespect results
 5   an automatic green light?  Is that true for members
 6   and even people who aren't members of the SNM alike?
 7        A.   As far as disrespecting the structure,
 8   members disrespecting other members that have
 9   position of authority, yes.
10        Q.   And after Marty Barros called the hit,
11   what did you do and what happened?
12        A.   I sent word for Freddie Munoz.  Frederico
13   Munoz made it happen.
14        Q.   I want to talk to you about a time that
15   you were sent to the prison in Hobbs, New Mexico,
16   and a hit of two people that went down
17   simultaneously there.  Do you remember that
18   incident?
19        A.   Yes, sir.
20        Q.   What happened?
21        A.   Upon arrival at the Hobbs correctional
22   facility, I became aware of two Aryan Brotherhood
23   members that were in the facility.  At that time we
24   were at war with the Aryan Brotherhood, and we hit
25   them.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Who put together or called that hit?

 2        A.    I did.

 3        Q.    When you arrived at Hobbs at this time,

 4   were you the first SNM member at Hobbs, or were

 5   there other SNM members there when you arrived?

 6        A.    There were other SNM members when I

 7   arrived.  But with my position in the S, those that

 8   were calling the shots stepped down, I stepped up,

 9   and resumed what I was there to do, and that was

10   clean house with the Aryan Brotherhood.

11        Q.    So even though -- let me ask you that.

12   Before -- since there was that rivalry going on with

13   the AB before that, should those -- in your opinion,

14   should those two ABers have been hit even before you

15   arrived there?

16        A.    They should have, yes.

17        Q.    But what happened when you arrived there?

18        A.    I made it happen as a result of my

19   position, which was recognized by other SNM members.

20   I was there to do my duty as an SNM leader, and at

21   the time there was an advocate war with the Aryan

22   Brotherhood, and I commenced with the war.

23        Q.    And were those Aryan Brotherhood members

24   hit after you arrived there and commenced the war

25   with them?
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com




```
 1        A.    Yes, sir.

 2        Q.    I want to talk to you about a murder in

 3   Bernalillo County Detention Center in 2000.  Do you

 4   remember that?

 5        A.    Yes, sir.

 6        Q.    What were the circumstances of that

 7   murder?

 8        A.    There was an individual that came into the

 9   facility and was placed in an SNM pod.  He was a

10   former member of the SNM that had papers on him,

11   which are papers indicating that he had informed on

12   another SNM murder.

13        Q.    What's the SNM rule for an SNM member who

14   informs or talks to law enforcement?

15        A.    Execution.

16        Q.    Why were you in BCDC?  Is that the

17   Bernalillo County Detention Center?

18        A.    Yes, sir.

19        Q.    Is that in Albuquerque?

20        A.    Yes, sir.

21        Q.    Why were you there as opposed to PNM or

22   Southern or an actual correctional facility?

23        A.    I was currently on parole in Albuquerque,

24   New Mexico.  I picked up a dirty urine.  I was to be

25   held in county jail on a 72-hour violation period.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I got there Friday, I believe; I was getting out
 2   Monday, and they brought Matthew Cavalier in the pod
 3   on Saturday.
 4        Q.   And what happened, in your mind, when they
 5   brought Matthew Cavalier in?
 6        A.   That I probably wasn't getting out.
 7        Q.   What happened?  Did Matthew Cavalier come
 8   and talk to you while you were there?
 9        A.   Yes, sir.
10        Q.   And in that conversation did he ask you
11   about whether he was going to be hit?
12             MR. BENJAMIN:  Objection, hearsay, Your
13   Honor.
14             MR. BECK:  It's a question, Your Honor.
15   It's not offered for the truth.  It's just a
16   question.
17             THE COURT:  Just a yes/no answer.
18   Overruled.
19        A.   Repeat the question.
20   BY MR. BECK:
21        Q.   Did Matthew Cavalier ask you about whether
22   he was going to be hit there in BCDC?
23        A.   Yes, he addressed the issue.
24        Q.   And did you tell him that you were putting
25   together a team to hit him?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    No, sir.

 2       Q.    Did you instead make him feel at ease?

 3       A.    Yes, I did.

 4       Q.    Did you actually put together a team to

 5  hit Matthew Cavalier?

 6       A.    Yes, I did.

 7       Q.    What happened?

 8       A.    We had a meeting, three other brothers.

 9       Q.    Who was at the meeting?

10       A.    Freddie Martinez, Shadow; Rabbit, which is

11  Samuel Silva; and Francisco Villalobo, which is

12  Paco.

13       Q.    What did you discuss at the meeting?

14       A.    We discussed how the execution was going

15  to take place of Matthew Cavalier.

16       Q.    And how did you all plan for the execution

17  of Matthew Cavalier to take place?

18       A.    Make him feel at ease.  Invite him in the

19  room, smoke some cigarettes, maybe do some drugs.

20  At that time, I was going to walk out of the room

21  when they started to light their cigarette.  I am a

22  nonsmoker.  And Francisco was to grab him by the

23  legs.  Rabbit was to grab him by the shoulders,

24  pinning his arms, and Shadow was to strangle him.

25       Q.    Was Matthew Cavalier murdered at the BCDC?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, he was.

2        Q.    And did it go down as you all planned?

3        A.    Yes, it did.

4        Q.    Was Mr. Cavalier found immediately?

5        A.    No, sir.

6        Q.    How long did it take?  How long did it

7   take the BCDC to find Matthew Cavalier's body?

8        A.    Maybe a couple of days.

9        Q.    Do you know how they came to find out

10  there was a body in the BCDC?  And by "they," I

11  mean:  Do you know how BCDC came to find out there

12  was a body in the cell?  It's just a yes-or-no

13  question?

14       A.    Repeat the question.

15       Q.    Yes or no, do you know how BCDC came to

16  find out that Matthew Cavalier's body was in the

17  cell?

18       A.    Yes.

19       Q.    And based on your belief, did they have

20  information before they actually went into the cell

21  and found him there?

22       A.    Yes, they did.

23       Q.    Who is Kelly Mercer?

24       A.    Kelly Mercer is a brother of the SNM that

25  was in the pod at the time that Matthew Cavalier was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  executed.

 2       Q.   Did you ever coordinate a hit on Kelly

 3  Mercer?

 4       A.   Yes, I did.

 5       Q.   Why?

 6       A.   Because he was informing on the Cavalier

 7  murder case.

 8       Q.   With whom did you talk to coordinate this

 9  hit?

10       A.   Julian Romero, another high-ranking

11  brother in the SNM.

12       Q.   And what happened while you -- let me ask

13  you, how did you communicate with Julian Romero

14  about the Kelly Mercer hit?

15       A.   It's common practice among brothers that

16  are in prison to use their visitors or their wives

17  to communicate during the visit and go out on the

18  street and pass on the message to brothers on the

19  street.

20       Q.   Is that how you communicated with Julian

21  Romero?

22       A.   Yes, sir.

23       Q.   Was it through your wife, Lilly?

24       A.   Yes, sir.

25       Q.   What happened with Julian Romero and Lilly

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   while you were communicating the Kelly Mercer hit?
 2        A.   They had an affair.
 3        Q.   What happened as a result of the affair
 4   that Julian -- let me ask you:  Is it against the
 5   rules of SNM to have an affair or relationship with
 6   another brother's wife or girlfriend?
 7        A.   Yes, sir.
 8        Q.   And as a result of that, what did you do
 9   when you found out about Julian Romero and your
10   wife?
11        A.   I seeked approval to green light him.
12        Q.   And who ordered the green light of Julian
13   Romero?
14        A.   Angel Munoz.
15        Q.   And why did you -- what was Angel Munoz'
16   position at the time?
17        A.   At the top.
18        Q.   And did you seek his approval because
19   Julian Romero was another high-ranking SNM member at
20   the time?
21        A.   Yes, I did.
22        Q.   And after you received Angel Munoz'
23   approval for the Julian Romero hit, what happened?
24        A.   A plan was come up with, and he was shot
25   on the streets.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Who shot Julian Romero on the streets?
 2        A.    Freddie Munoz and Shamon Pacheco, two
 3   brothers of the SNM.
 4        Q.    I want to talk to you about a couple more
 5   things.  Did you eventually put a hit on -- or did
 6   you ever put a hit on someone named Baby Zack?
 7        A.    Yes, I did.
 8        Q.    Who is Baby Zack?
 9        A.    Billy Garcia's nephew and fellow SNM
10   member, gang member.
11        Q.    And we'll get into this later on, but was
12   this as a result of Baby Zack trying to shoot you?
13        A.    Yes, it was.
14        Q.    And did you take that as disrespect to the
15   SNM when he tried to shoot you?
16        A.    Yes, it was an unsanctioned hit.
17        Q.    Did you ever call a hit on Bernalillo
18   County Sheriff Darren White?
19        A.    No, I didn't.
20        Q.    Why do you think people thought you called
21   a hit on Darren White?
22        A.    At the time I placed a hit on Baby Zack
23   and all the details that came out that pertained to
24   the Baby Zack hit were explained, and the Darren
25   White hit, and I don't know how Darren White's name
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    came up, but the actual hit was on Baby Zack, and

2    not Darren White.

3         Q.   So at the time that you -- how did you

4    find out that there was an alleged hit by you on

5    Darren White?

6         A.   Through the news.

7         Q.   And when you heard about it through the

8    news, were the details you heard spot-on for the hit

9    that you had put on Baby Zack?

10        A.   Yes, they were.

11        Q.   Did you tell everyone at that point that,

12   "No, I didn't put a hit on Darren White"?  Did you

13   disavow that?

14        A.   I don't think I did, no.

15        Q.   Why?

16        A.   Well, it added to my credibility as a gang

17   member, my notoriety.  It made me look -- put me in

18   the limelight as an SNM Gang leader.

19        Q.   Let me ask you, in becoming an SNM Gang

20   leader, does a violent background play into becoming

21   an SNM leader?

22        A.   I think it does.

23        Q.   What do you think about that?  Why?

24        A.   Those are the kind of people that the SNM

25   are looking for, people of violence, people that are

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   willing to commit violence without questioning it.
 2        Q.   Do you think that your violent background,
 3   including your willingness to hit the ABers who were
 4   already at Hobbs with SNM members, but you going in
 5   and making it happen -- do you think that
 6   contributed to you being a leader in the SNM?
 7        A.   I think the contributed to my recognition
 8   as a leader of the SNM.
 9        Q.   Do you think that your murder -- planning
10   the murder of Matthew Cavalier contributed to being
11   an SNM leader?
12        A.   Yes, it did.
13        Q.   Do you think generally that those
14   qualities, participating and planning assaults and
15   murders help one become an SNM leader?
16        A.   Yes, it does.
17             MR. BECK:  May we approach, Your Honor?
18             THE COURT:  You may.
19             (The following proceedings were held at
20   the bench.)
21             MR. BECKER:  Probably at this point I'd
22   like to get into the pen pack.
23             THE COURT:  Well, I don't think how
24   Mr. Archuleta achieved his position in the SNM -- I
25   don't think that's a fact or a consequence in
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  determining the action.  So I'm going to keep out

 2  Mr. Archuleta's convictions that are postdated ten

 3  years, and I don't think those are going to be

 4  admissible for that purpose.  I don't think the

 5  facts underlying it are going to be admissible under

 6  401, 402, so I think we'll just keep all that out on

 7  both sides.

 8          Go ahead, Mr. Benjamin.

 9          MR. BENJAMIN:  Your Honor, there is a

10  direct line -- and I apologize to anybody in the

11  transcript -- but there is a direct line in the

12  transcript where he says he got invited in by the

13  Chaparro hit mainly because he had two murders when

14  he went in.  So I think that leads to his leadership

15  position, his ultimate footing.

16          THE COURT:  I just said I don't think this

17  is a matter of consequence, how he got into the

18  leadership position.  This is not what this trial is

19  about.

20          MR. BENJAMIN:  I think that's what he's

21  being sponsored for, Your Honor, and then the bias.

22  He used -- he escaped those two murders -- the

23  murder of Matthew Cavalier, the 12 assaults.

24  There's violent -- placed in leadership position

25  with the AB, which is what was just brought out, the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  murder (sic) of Darren White that he didn't avow,

2  that was brought out.  There are several of these

3  things.

4          But more importantly, an ongoing theme in

5  this trial has been the Julian Romero hit.  And

6  Julian Romero -- it's his second wife that he

7  essentially says that he didn't want to have killed.

8  The first one he had killed was because it was an

9  affair.

10          THE COURT:  These convictions we're

11  talking about are not the Julian Romero one.

12          MR. BENJAMIN:  No, but they relate back

13  specifically to his argument that --

14          THE COURT:  Well, there has got to be some

15  limit to what we're doing here.  We're writing a

16  history book now, rather than trying a case, and I

17  don't think how he got into the SNM leadership is an

18  issue of consequences in this trial.  So we're not

19  going to go back to it.

20          MR. BENJAMIN:  Your Honor, it also relates

21  to his character of truthfulness.

22          THE COURT:  Okay.  How long are you going

23  to argue this?

24          MR. BENJAMIN:  I understand, Your Honor.

25  I'm just trying to make a record.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    THE COURT:  Well, it doesn't relate to his

2  truthfulness because it's ten years back.  So I

3  already ruled.

4    MR. CASTLE:  I have something else

5  completely different to discuss with the Court.  The

6  prosecution now has reiterated on numerous occasions

7  that in order to become a leader, you have to have

8  been a violent person and ordered a lot of violent

9  acts.  That is propensity evidence that is being

10  offered to show that our client acted in conformity

11  in the particular instance in 2001.  There has been

12  no limitation, and so what we're going to request is

13  the Court issue a limiting instruction at this point

14  in time, and we're going to also draft one that has

15  to go in the packet because it's constant, constant,

16  constant propensity evidence that's been put on, and

17  it may.

18    THE COURT:  I think we crossed this bridge

19  long ago which I said this is coming in for

20  racketeering, and it's probably not going to be

21  successful.  I'll look at whatever you want, but I

22  think we made that decision months before trial.

23    MR. CASTLE:  As long as to our record is

24  preserved, then.

25    THE COURT:  All right.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        (The following proceedings were held in
2  open court.)
3        THE COURT:  All right, Mr. Beck.
4        MR. BECK:  Your Honor, at this time the
5  United States moves into evidence Government's
6  Exhibit 628-A, which are documents from Mr. Gerald
7  Archuleta's pen pack.
8        THE COURT:  All right.  Any objection?
9  Not seeing or hearing any objection, Government's
10  Exhibit 628 will be admitted into evidence.
11        (Government Exhibit 628 admitted.)
12  BY MR. BECK:
13     Q.   Mr. Archuleta, I'm going to show you the
14  first page of what's been admitted as Government's
15  Exhibit 628-A.  Is that your name and New Mexico
16  Corrections Department number on the front of this
17  pen pack?
18     A.   Yes, it is.
19     Q.   I'm going to take you to Bates 8874.  Is
20  this an amended judgment, partially suspended
21  sentence and commitment of yours for a no contest
22  plea to conspiracy to commit second-degree murder?
23     A.   Yes, it is.
24     Q.   And was that the plea agreement you
25  entered related to the Matthew Cavalier murder that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you told us about?

 2        A.   Yes, it was.

 3        Q.   For this crime were you sentenced to six

 4   years plus four years as a habitual offender with

 5   six years suspended for a total sentence of four

 6   years?

 7        A.   Yes, I was.

 8        Q.   I'm going to take you to Bates 8872.  Is

 9   this an order and commitment revoking your probation

10   and imposing a new sentence related to the Matthew

11   Cavalier murder?

12        A.   Yes, it was.

13        Q.   When you violated your probation, were you

14   then sentenced to the Corrections Department for the

15   total 10-year sentence?

16        A.   Yes, I was.

17        Q.   I'm going to show you Bates No. 8870.  Is

18   this another order and commitment in 2005 for

19   violating your probation again?

20        A.   Yes, it was.

21        Q.   And then again, were you sentenced to a

22   total of 10 years for that second-degree murder plea

23   agreement?

24        A.   Yes, I was.

25        Q.   I'm going to take you to Bates 8865.  If
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  we could go to the next page of this judgment,

2  sentence and commitment.  In 2008 did you plead

3  guilty to conspiracy to commit aggravated battery

4  with a deadly weapon, possession of a firearm or

5  destructive device by a felon, and breaking and

6  entering?

7       A.   Yes, I did.

8       Q.   And were you sentenced to 18 months plus

9  four years as a habitual offender for each count?

10      A.   Yes, I was.

11      Q.   So were you sentenced to an actual term of

12 seven years?

13      A.   Yes, I was.

14      Q.   And was this 2008 guilty plea related

15 to -- what was this for?  The shooting with Baby

16 Zack that happened that you told us about?

17      A.   Yes, it was.

18      Q.   And then after this conviction, were you

19 released from New Mexico Corrections Department in

20 2011?

21      A.   Yes, I was.

22      Q.   In 2015, were you arrested in connection

23 with this case?

24      A.   Yes, I was.

25      Q.   And when did you agree to cooperate with

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                           1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Government?

2        A.    When I was arrested.

3        Q.    Why did you agree to cooperate at that

4    time?

5        A.    I had already walked away from the S,

6    which is why I yes left to Tennessee.  I wanted

7    something better for myself and for my son, and I

8    cooperated.

9        Q.    So when you said you moved to Tennessee

10   with your son, was that in 2011, after you were

11   released from prison?

12       A.    Yes, it was.

13       Q.    Why did you move to Tennessee?

14       A.    To get away from the SNM.  If you want to

15   change your gang ways, you can't go back to the same

16   environment.  You have to get as far away from the

17   gang as you can.

18       Q.    Did you tell all the SNM members at that

19   time that you were renouncing the gang and leaving

20   the gang and never speaking to them again?

21       A.    No, I didn't.

22       Q.    Did you communicate with SNM members

23   throughout the period of 2011 to 2015?

24       A.    Yes, I did.

25       Q.    Why?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    To obtain Suboxone from New Mexico.

 2        Q.    Why did you obtain Suboxone through New

 3   Mexico?

 4        A.    I battled my addiction the whole time I

 5   was in prison.  I had an addiction problem.  In

 6   Tennessee Suboxones were three times as expensive as

 7   they were in New Mexico.

 8        Q.    Did any SNM members call you about a 2015

 9   assault on Julian Romero?

10        A.    Yes, they did.

11        Q.    Did you tell them at that time that you

12   didn't want to hear about it; you were no longer an

13   SNM member?

14        A.    I heard about it.  I did not tell them I

15   was no longer an SNM member.

16        Q.    Did you ever receive a call about a hit on

17   Secretary of -- then Secretary of Corrections

18   Marcantel?

19        A.    I cannot recall ever getting a call

20   addressing the Marcantel hit.

21        Q.    Did you ever get a call with someone named

22   Pup or Anthony Ray Baca on the other line?

23        A.    I did.

24        Q.    What happened on that call?

25        A.    Most of the conversation was in Spanish.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you speak Spanish?

 2        A.   I don't speak Spanish.

 3        Q.   All right.  That's fine.  After your

 4   arrest in 2015, when you agreed to cooperate, did

 5   you agree to wear a wire for the Government at that

 6   time?

 7        A.   Yes, I did.

 8        Q.   Did you wear a wire into the prison and

 9   record other SNM members?

10        A.   Yes, I did.

11        Q.   Were the SNM members -- or was an SNM

12   member that you recorded later charged with a crime?

13        A.   Yes, they were.

14             MR. BECK:  At this time, Your Honor, I

15   would move for the admission of Government's

16   Exhibits 631 and 632, Mr. Archuleta's plea agreement

17   and addendum.

18             THE COURT:  Any objection from any

19   defendant?  Not seeing or hearing any objections,

20   Government's Exhibit 631 and 632 will be admitted

21   into evidence.

22             (Government Exhibits 631 and 632

23   admitted.)

24   BY MR. BECK:

25        Q.   Mr. Archuleta, I'm going to show you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   Government's Exhibit 631.  Do you recognize this as

 2   your plea agreement in this case that you entered

 3   into on June 16 of 2016?

 4        A.   Yes, I do.

 5        Q.   And if we could go to the next page,

 6   please.  June 16 of 2016.  Was that about only six

 7   months after you were arrested in this case?

 8        A.   Yes, it was.

 9        Q.   And did you plead guilty to Count 8, which

10   was violent crimes in aid of racketeering,

11   conspiracy to commit assault resulting in serious

12   bodily injury?

13        A.   Yes, I did.

14        Q.   Was that for the Julian Romero assault in

15   2015?

16        A.   Yes, it was.

17        Q.   And was that all the crimes that you were

18   charged with at that time?

19        A.   That was my only charge, yes, it was.

20        Q.   And is the maximum sentence for that

21   charge imprisonment of three years?

22        A.   Yes, it was.

23        Q.   I'm going to show you Government's Exhibit

24   632.  Is this -- do you recognize this as the

25   addendum to your plea agreement?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, I do.

 2        Q.    And what does this plea agreement require

 3   of you?  What does this addendum require of you?

 4        A.    My honest testimony.

 5        Q.    And if you're not honest, does the United

 6   States have the right to rescind the plea agreement

 7   and reinstitute criminal proceedings against you?

 8        A.    Yes, it does.

 9        Q.    Okay.  Do you understand that to mean that

10   the United States can revoke the entire plea

11   agreement and bring additional charges against you

12   at that time?

13        A.    Yes, I do.

14        Q.    Thank you.  When you agreed to cooperate

15   and wire up going inside the prison, were you signed

16   up by the FBI as a confidential human source?

17        A.    Yes, I was.

18        Q.    And were you paid by the FBI as a

19   confidential human source?

20        A.    Yes, I was.

21        Q.    At some point were you terminated as a

22   confidential human sources by the FBI?

23        A.    Yes, I was.

24        Q.    Why were you terminated?

25        A.    For downloading pornography on my tablet.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Did you reset your tablet to download the

 2 pornography on it?

 3      A.   Yes, I did.

 4      Q.   And did you know at the time that what you

 5 were doing was wrong?

 6      A.   I knew that I shouldn't probably be doing

 7 it.

 8      Q.   When you had the tablet -- let me ask you

 9 this.  When you reset the tablet, did it erase all

10 the discovery on the tablet?

11      A.   Yes, it did.

12      Q.   Before that time, did you review the

13 discovery on the tablet?

14      A.   A little bit of it.  I reset it

15 immediately.

16      Q.   And why did you only review a little bit

17 of it in discovery?

18      A.   Because the topic that we could reset and

19 gain internet access came up.

20      Q.   During the time that you were -- after you

21 wore a wire and before you were terminated, did you

22 receive about $2,400 in payments by the FBI?

23      A.   Yes, sir.

24      Q.   During the time that this case was pending

25 when you were a confidential informant, did you do

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492



```
 1   drugs in the prison?
 2       A.   I did.
 3       Q.   What drugs did you do?
 4       A.   Suboxone.
 5       Q.   And with whom did you do those drugs?
 6       A.   With the other cooperators.
 7       Q.   And when was the last time that you did
 8   drugs in prison?
 9       A.   Christmas.
10       Q.   I'm going to show you, let me ask you --
11            MR. BECK:  Well, may I have a moment, Your
12   Honor?
13            THE COURT:  You may.
14            MR. BECK:  Your Honor, at this time the
15   United States moves into evidence Government's
16   Exhibit 987.
17            THE COURT:  Any objection from any
18   defendant?  Not seeing or hearing any objection,
19   Government's Exhibit 987 will be admitted into
20   evidence.
21            (Government Exhibit 987 admitted.)
22   BY MR. BECK:
23       Q.   Mr. Archuleta, do you recognize any of the
24   gentlemen depicted in this photograph?
25       A.   Yes, I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   All right.  And who do you recognize?  And
 2   if you want to, you can touch the screen.  I know
 3   you've got cuffs on, but if you can touch the screen
 4   above their heads when you point them out.
 5        A.   This is Julian Romero, Huesos.
 6        Q.   So the first one on the top left, that's
 7   Julian Romero?
 8        A.   Yes, it is.
 9        Q.   And the second one from the left there
10   that you just marked on, who is that?
11        A.   Huesos from Barelas.
12        Q.   Who else do you recognize?
13        A.   Bobby Ortega, Billy Garcia.
14        Q.   So then on the top level, the second from
15   the right, did you say Bobby Ortega?
16        A.   Yes.
17        Q.   Does he go by any other names?
18        A.   Babalu.
19        Q.   And then on the top right, that's Billy
20   Garcia; is that right?
21        A.   Yes, sir.
22        Q.   And let me ask you:  Bobby Ortega -- well,
23   are all those men you just identified -- Julian
24   Romero, Huesos, Bobby Ortega and Billy Garcia -- SNM
25   members?
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.   Yes, they are.

 2        Q.   Do you recognize anyone else in this

 3   photograph?

 4        A.   Yes, I do.

 5        Q.   Who else?

 6        A.   I recognize BB on the bottom.

 7        Q.   So on the bottom left, BB -- is that

 8   Javier Rubio?

 9        A.   Yes, it is.

10        Q.   Is he an SNM member?

11        A.   Yes, he is.

12        Q.   Bobby Ortega.  Does he go by any other

13   names?

14        A.   Babalu, Bunjy Bob, Bobby Ortega, Robert

15   Ortega.

16        Q.   Did anything happen to Babalu or Bobby

17   Ortega, if you know?

18        A.   He was executed by fellow gang members.

19        Q.   When you say "fellow gang members," were

20   those fellow SNM Gang members?

21        A.   Yes.

22        Q.   When the hit was placed on Julian Romero,

23   did that cause a division within the SNM Gang?

24        A.   It did.

25        Q.   And what happened to -- or let me ask this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    question.  At that time or closely after that time

2    was it when you became the leader of the SNM?

3          A.   Will you repeat the question?

4          Q.   Sure.  At the time that the green light

5    was placed on Julian Romero, is that a time when you

6    were the leader, or did you closely after that

7    become the leader of the SNM?

8          A.   I had a position of authority in the SNM.

9          Q.   How long after that did you become the

10   leader of the SNM, hold the keys from Angel?

11         A.   After -- when Angel died, people

12   recognized my position.  But there was a circle of

13   leaders, but I had a position of authority with my

14   own following.

15         Q.   Where did Billy Garcia fall in that

16   division of the SNM?

17         A.   He was close friends with Julian Romero.

18   He was a high-ranking member of the SNM, along

19   with -- he was in the same circle as Angel Munoz or

20   Marty Barros, Phillip Cordova.  That's where he fell

21   in.

22         Q.   At some point when you were on the

23   streets, did you have a conversation with Billy

24   Garcia about the green light on Julian Romero?

25         A.   Yes, I did.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.

1       Q.   Do you know approximately when that was?

2       A.   It was approximately 2005, shortly after

3   my parole.

4       Q.   What happened?

5       A.   We discussed Julian Romero.  We arranged a

6   sit-down for me and Billy on Barcelona Road.  Chris

7   Garcia brought him to my house.  He exited the

8   vehicle.  He looked really pissed off.  He was

9   upset, obviously, about the Julian issue.

10      Q.   Who is "he"?

11      A.   Billy Garcia.

12      Q.   And is Chris Garcia the same SNM member

13  that provided you drugs when you hit the streets?

14      A.   Yes, he is.

15      Q.   So when Billy Garcia came to your house

16  looking angry, what happened?

17      A.   He started off by saying that what

18  happened to Julian wasn't right; that I shouldn't

19  have got the brothers involved; that it was

20  personal, and sarcastically why didn't I do it

21  myself.

22      Q.   What did you say?

23      A.   I responded with, "Serious, Billy?  How

24  about Pancho?  Why didn't you do that yourself and

25  how was that legit?"

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.    And who is Pancho?

2        A.    Pancho is someone that was also executed,

3    a fellow SNM Gang member.

4        Q.    When you were asking him, "Why didn't you

5    do that yourself," in relation to Pancho, what were

6    you asking him about?

7        A.    Well, I was comparing the two issues.  He

8    was alleging that Julian's issue was not legitimate

9    and why didn't I do it myself.  I always considered

10   the Pancho issue, where Pancho was executed -- I

11   never considered that legit, so I used that as an

12   example as to how was that legit and why didn't he

13   do that himself.

14       Q.    And after you asked him, "How was Pancho

15   legit?  Why didn't you do that yourself?" what did

16   Billy Garcia say?

17       A.    He responded by telling me that he called

18   that hit on Pancho because Pancho was writing kites

19   at the Main facility, that Pancho wasn't worth a

20   fuck, and that everything he called was legit.  But

21   that issue, me and Julian, wasn't legit, and it was

22   personal.

23       Q.    And what did you say then?

24       A.    I told him that he should have been one of

25   the dudes to acknowledge that Julian fucked up, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



```
 1   he didn't; and that we were way past that at that
 2   time, and that he was either with me or against me.
 3        Q.    And the Pancho that you and he were
 4   referring to -- is that Frank Castillo, who was
 5   killed at Southern in 2001?
 6        A.    Yes, it was.
 7        Q.    Did you and I meet to prepare for your
 8   testimony in this trial back at the end of March?
 9        A.    We may have.  I don't remember exactly the
10   month.  But yes, we've met.
11        Q.    Did we meet a couple weeks back to prepare
12   for your testimony in this trial?
13        A.    Yes, we did.
14        Q.    At that meeting did I ask you questions
15   about the men in this room, defendants in this room,
16   and whether you'd ever talked to them or gotten
17   statements from them in the past?
18        A.    You asked me if I knew them.
19        Q.    Okay.  And did we talk about things that
20   they've said to you over the years?
21        A.    Yes, we did.
22        Q.    I'd like to talk to you about some of
23   those.  First of all, as a leader in the SNM and as
24   a member from 1988 to at least 2011, in your
25   experience, could a simultaneous double murder
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  happen at a prison facility with SNM members without

2  the keyholder at that facility ordering those two

3  murders?

4          MR. COOPER:  Objection, leading.

5          THE COURT:  Overruled.

6      A.   No, it couldn't.

7  BY MR. BECK:

8      Q.   Why?

9      A.   Because it was well-coordinated.  Several

10  SNM Gang members were involved.

11          MR. BENJAMIN:  Objection, Your Honor.  I

12  think the question, especially with the first

13  answer, is invading the province of the jury.

14          THE COURT:  Overruled.

15      A.   Would you repeat the question?

16  BY MR. BECK:

17      Q.   Yeah.  So my question was:  Why couldn't a

18  simultaneous murder of two SNM members happen at

19  Southern without the main keyholder calling those

20  murders?

21      A.   First, because they were members of the

22  SNM; and in order for two members of the SNM to be

23  hit, they would have to have approval by the top dog

24  there.

25      Q.   In your knowledge of the SNM, in your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                     1-800-669-9492
                                                           e-mail: info@litsupport.com



```
 1   experience with the SNM, can you think of another

 2   time in which two SNM members were killed

 3   simultaneously by other SNM members?

 4        A.   No, I can't.

 5        Q.   Was it before or after your conversation

 6   with Billy Garcia about Pancho that the incident

 7   with Baby Zack happened?

 8        A.   We had a conversation before the incident

 9   with Baby Zack.

10        Q.   I want to talk to you about Christopher

11   Chavez.  Do you know Christopher Chavez?

12        A.   Yes, I do.

13        Q.   Do you know him as an SNM Gang member?

14        A.   Yes, I do.

15        Q.   I want to talk to you next about Edward

16   Troup.  Do you know Edward Troup?

17        A.   Yes, I do.

18        Q.   What was your relationship with Edward

19   Troup?

20        A.   He was a close brother.  He was under me.

21        Q.   Did you ever do time with Edward Troup?

22        A.   Yes, I have.

23        Q.   Where did you do most of your time

24   together?

25        A.   At the Main.  We done time at the North
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                                        Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  facility was probably most of the time.

2      Q.   Did you ever have a conversation with

3  Edward Troup about Fred Dawg?

4      A.   Yes, I did.

5      Q.   I want to talk to you a little bit about

6  that.  But before we get there, before the Fred Dawg

7  murder happened, did you have a conversation with

8  Troup about doing something when he moved down to

9  Southern?

10     A.   Yes, I did.

11     Q.   Tell us about that.  First of all, how did

12 you and Edward Troup know that he was due to move

13 down to Southern New Mexico Correctional Facility?

14     A.   He was in the process of completing Level

15 6 onto Level 5, onto Level 4.  We knew it was going

16 to be a process, but that he would eventually get

17 there.

18     Q.   And what did you discuss with Mr. Troup

19 about going down to Southern when he went there?

20     A.   There was an SNM Gang member by the name

21 of Cheeky.  I believe his name is Brian Rascon.  We

22 discussed a green light on him, hitting him.

23     Q.   And why did you discuss putting a green

24 light and hitting Cheeky Rascon?

25     A.   Cheeky was a close friend of Julian



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   Romero, and he would always vocalize as to how he

 2   looked up to Julian, and how we basically fucked up

 3   when we hit Julian.

 4        Q.   And what did you tell Troup he was

 5   supposed to do when he got down to Southern

 6   regarding Cheeky Rascon?

 7        A.   To make an example out of him, to hit him.

 8        Q.   After the Fred Dawg murder, did Troup

 9   return to the North facility?

10        A.   Yes, he did.

11        Q.   Did you have a conversation with him

12   there?

13        A.   Yes, I did.

14        Q.   What happened in that conversation?

15        A.   I asked for an explanation why Cheeky

16   wasn't hit.

17        Q.   And what did Edward Troup tell you?

18        A.   He explained to me that he was there with

19   Cheeky, but that he had got word from Cyclone,

20   Benjamin Clark, that orders came from the North,

21   from Arturo Garcia, that the hit on Cheeky was to be

22   called off and they were to hit Fred Dawg.

23        Q.   Who was to hit Fred Dawg?

24        A.   That Cheeky was to hit Fred Dawg along

25   with his brother, Raymond Rascon, and in exchange,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   Cheeky would get a pass.

2         Q.   Did he tell you whether Cheeky and his

3   brother did hit Fred Dawg?

4         A.   Yes, he did.

5         Q.   What did he tell you about that?

6         A.   He told me that they were slow playing, it

7   didn't appear like they wanted to get it done,

8   nothing was happening, so that he took it upon

9   himself with Wino to murder Fred Dawg.

10        Q.   And so he said he and who took it upon

11  themselves to murder Fred Dawg?

12        A.   His name is Wino.

13        Q.   And how is it that if you and Edward Troup

14  are in the same -- well, let me show you

15  Government's Exhibit 828.  Do you recognize this as

16  an aerial view of the Penitentiary of New Mexico

17  North facility?

18        A.   Yes.  Yes, I do.

19        Q.   Where did this conversation with Edward

20  Troup take place?

21        A.   It took place in 3B, I believe.  I believe

22  this is 3B.

23        Q.   Did it happen inside of the unit or

24  outside in the yard?

25        A.   It happened outside in the yard.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1        Q.   And the yard -- you just marked the cages

 2   at the bottom right of Exhibit 828 which I'm

 3   circling now.  Is that what you referred to as the

 4   yard?

 5        A.   Yes, sir.

 6        Q.   Have you also heard that referred to as

 7   Jurassic Park?

 8        A.   Yes, sir.

 9        Q.   And how is it that if you and Edward Troup

10   are not in the same pod at the North facility, how

11   could you get out to the yard with Edward Troup?

12        A.   I was in V pod.  I'm not sure what pod he

13   was in.  Since we were in the same unit, we can

14   basically ask the CO throughout the week if he can

15   find a day that he can arrange it to put us together

16   and in exchange, we would each give up our yard for

17   a couple days each.

18        Q.   And why would -- in your opinion, why

19   would that matter to a CO, if you're giving up a day

20   in exchange to go into the yard with Edward Troup?

21        A.   It would be less work for the CO;

22   particularly like on his Friday, they would want --

23   they would prefer less inmates go to the yard as

24   possible.

25        Q.   Are you escorted?  Is each inmate at the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   North escorted from his cell out to the yard

 2   individually?

 3        A.   Yes.  It would be less work for the COs if

 4   they were to make deals for the yard.

 5        Q.   Thank you.  I want to talk to you about

 6   Arturo Garcia.  How do you know Arturo Garcia?

 7        A.   He's a brother of mine and was my

 8   right-hand man on the tabla.

 9        Q.   Were you close with Arturo Garcia?

10        A.   Yes, I was.

11        Q.   Did you and he -- let me ask you.  Within

12   the gang, did he go by any other names?

13        A.   Yes.

14        Q.   What name did he go by just within the

15   gang?

16        A.   Shotgun.

17        Q.   And in your relationship with Mr. Garcia,

18   did you and he refer to each other by other names?

19        A.   Yes, we did.

20        Q.   What name was that?

21        A.   Chopper 1, Chopper 2.

22        Q.   I'm going to show you Government's Exhibit

23   586.  I'll just show you the front of that.  At some

24   point in time when you were incarcerated, were

25   inmates able to mail each other?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

64

```
 1        A.    Yes, they were.

 2        Q.    And did Arturo Garcia send you letters?

 3        A.    Yes, he did.

 4        Q.    Is this one of the letters that he sent to

 5   you?

 6        A.    Yes, it is.

 7        Q.    If we can go to page 2 of that, please.

 8   Do you also go by the name of Jerry?

 9        A.    Yes, sir.

10        Q.    And then in the first couple lines of

11   that, after the smiley face in the fourth line, can

12   you read to the jury or point out to the jury

13   whether he refers to you and he as Chopper 1 and

14   Chopper 2, like you said?

15        A.    After the smiling face?

16        Q.    Right.

17        A.    Do you want me to read it?

18        Q.    Sure.

19        A.    "As long as Chopper 1 and Chopper 2 stay

20   true to each other, nobody can gas the caddy."

21        Q.    Sure.  Do you recognize this as a letter

22   that Arturo Garcia sent to you while you both were

23   incarcerated?

24        A.    Yes, I do.

25        Q.    Do you recognize that as his handwriting,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and how he refers to you as Chopper 1 and Chopper 2?

 2        A.   Yes.

 3             MR. BECK:   I'm sorry, Ms. Sroka was not

 4   keeping a tight leash on me.   Your Honor, the United

 5   States moves to admit Government's Exhibit 586.

 6             THE COURT:   Any objection from any

 7   defendant?   Mr. Blackburn.

 8             MR. BLACKBURN:   403, Your Honor.

 9             THE COURT:   I'll admit Government's

10   Exhibit 586.

11             (Government Exhibit 586 admitted.)

12   BY MR. BECK:

13        Q.   And if we could put back up page 2 there.

14   And so in that sentence, is that where he refers to

15   you as Chopper 1 and Chopper 2?

16        A.   Yes, it is.

17        Q.   Where did those names come from?

18        A.   They came from a handle that was being

19   used on walkie-talkies that were taken from

20   correctional officers during the 1980 riot, or

21   whenever it happened.   It was a handle being used

22   by --

23             MR. BLACKBURN:   Your Honor, I'm going to

24   object.   There is not a question.   Under 403.

25             THE COURT:   I agree.   I'm not seeing any
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  relevance, so I'll sustain.

 2  BY MR. BECK:

 3       Q.   During the time that you served with

 4  Arturo Garcia, was he a big hitter to the SNM?

 5       A.   Yes, he was.

 6       Q.   And what does that mean?

 7       A.   He had access to a lot of drugs.

 8       Q.   I think you said when you left the prison

 9  in 2011, who did you give the keys to the SNM to?

10       A.   To Arturo Garcia.

11       Q.   When you were housed with Mr. Arturo

12  Garcia at the North, did you and he ever discuss the

13  Fred Dawg Sanchez murder?

14       A.   Yes, we did.

15       Q.   And where did this conversation take

16  place?

17       A.   In unit 3B, in the yard.

18       Q.   And what did you and Mr. Arturo Garcia

19  discuss?

20       A.   I was interested in information why Cheeky

21  wasn't hit.

22       Q.   What did he say?

23       A.   He explained to me that during a roll call

24  he discovered --

25       Q.   Let me stop you there.  What's a roll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   call?

 2        A.   A roll call is something that's used to,

 3   either through a letter or through a courier, as to

 4   find out exactly what brothers are in another

 5   facility.

 6             MR. BECK:  And may I approach the witness,

 7   Your Honor?

 8             THE COURT:  You may.

 9             MR. BLACKBURN:  May we approach, Your

10   Honor?

11             THE COURT:  You may.

12             (The following proceedings were held at

13   the bench.)

14             MR. BLACKBURN:  Although I know this was

15   discussed the other day with Benjamin Clark, it was

16   never introduced.  This was the roll call thing.  It

17   never made it out of the prison.  It was

18   confiscated.  He said he sent it to -- I think that

19   the roll call came down and it was supposedly

20   Mr. Garcia was to send it to his wife.  He's never

21   seen this, this gentleman here, and I would object

22   to the introduction or even questions about it using

23   another document.  I would assume he's asking if

24   this is what a roll call is about.

25             MR. BECKER:  I'm just going to ask if this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   letter appears to be consistent with a roll call.

2           THE COURT:  That's it on this?  Any

3   problem with that?

4           MR. BLACKBURN:  Well, he's not going to

5   show the -- well, what relevance is it if a document

6   is not going to be --

7           THE COURT:  Yeah, I tend to agree.  I

8   guess I just don't see where it gets us to have a

9   witness confirm it, but we're not showing it to the

10  jury or anything.

11          MR. BECKER:  I can just ask him if he's

12  seen a letter that appears to be a roll call.

13          MR. DAVIDSON:  Without identifying --

14          THE COURT:  I just don't think we're

15  getting much here.  I'm going to sustain.  Let's

16  move on.  I think you've explained what a roll call

17  is.

18          MR. BECKER:  That's fine.

19          (The following proceedings were held in

20  open court.)

21          THE COURT:  All right, Mr. Beck.

22  BY MR. BECK:

23      Q.   So what did Mr. Arturo Garcia tell you

24  about a roll call?

25      A.   He explained that during a roll call, he

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                            1-800-669-9492
                                              e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

1  discovered that Fred Dawg Sanchez was in Southern

2  facility with Cheeky.

3       Q.   And what did he say then?

4       A.   He said that papers had came up on Fred

5  Dawg, and that he also became aware through the roll

6  call that Cheeky was with his brother in the same

7  pod, whose name is Coquito, I believe.  He said that

8  he was concerned about a division in the pod amongst

9  brothers if Cheeky were to be hit, so that he

10  decided to substitute the hit with Fred Dawg, and

11  that Cheeky and his brother were to be the ones to

12  do it.  In exchange, Cheeky would get a pass.

13       Q.   During this conversation, did he tell you

14  with whom it was decided to substitute Cheeky with

15  Fred Dawg?

16       A.   It was a decision made by him and the

17  tabla.

18       Q.   Did he tell you with whom he sent orders

19  for the hit?

20       A.   With Cyclone, Benjamin Clark, who was the

21  keyholder at the time at Cruces, Southern New

22  Mexico.

23       Q.   Did he tell you whether the hit was called

24  off of Cheeky, or what did he tell you about Cheeky

25  after that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Well, he said that Cheeky and Rascon
 2   slow-played the incident, so Huero Troup and Wino
 3   hit Fred Dawg, and that we can still -- not to
 4   worry; that we can still hit Cheeky.
 5             MR. BECK:  May I have a moment, Your
 6   Honor?
 7             THE COURT:  You may.
 8             MR. BECK:  Nothing further, Your Honor.
 9             THE COURT:  Thank you, Mr. Beck.
10             Who would like to start with the
11   cross-examination of Mr. Archuleta?  None?
12             All right.  Mr. Burke.
13                    CROSS-EXAMINATION
14   BY MR. BURKE:
15        Q.   Mr. Archuleta, would it be more accurate
16   to say rather than that you started to cooperate
17   right after your arrest on December 3, 2015, to say
18   that you started to cooperate after your immunity
19   letter on January 21, 2016?  Would that be a more
20   accurate statement?
21        A.   I believe I decided to cooperate before
22   that.
23        Q.   Did you have a debriefing with the FBI
24   right away, or did you wait to have a debriefing
25   with the FBI until you had your immunity letter?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Would you like to see the immunity letter?
 2        A.   It was during the briefing, at which time
 3   I signed the immunity letter.
 4        Q.   I'm sorry, sir?  Say that again?
 5        A.   It was during the time of the debriefing
 6   when I signed the immunity letter that I started
 7   cooperating.
 8        Q.   So that --
 9        A.   But I gave intent to cooperate before
10   that.
11        Q.   You did?
12        A.   Yes, I believe I did.
13        Q.   Yes, you did.  When you were arrested in
14   Tennessee, you -- well, let me -- when you were
15   arrested in Tennessee, did you have something in
16   your mind that Playboy might have cooperated
17   already?
18        A.   I believe I did, when they explained to me
19   that it was the Julian issue.
20        Q.   I'm sorry, will you speak a little louder?
21        A.   When they explained to me that I was being
22   charged with the Julian issue, I kind of felt that
23   Playboy was cooperating.
24        Q.   Yeah.  So now do you remember you blurted
25   out, "Playboy is talking"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, I remember.

 2        Q.   And that wasn't a big surprise to you

 3  because Playboy had cooperated before; right?

 4        A.   I wasn't aware of his cooperation.  I was

 5  aware of him tapping out, walking away from the

 6  gang.

 7        Q.   Okay.  But as a result of your immunity

 8  letter, you knew that you were not going to be

 9  charged with anything you talked about; right?

10        A.   Yes.

11        Q.   But you did have the indictment, you saw

12  your name in the indictment; correct?

13        A.   Yes, sir.

14        Q.   And then everything else beside the beat

15  down on Julian Romero you were free to talk about;

16  correct?

17        A.   I was free to talk about whatever I wanted

18  to talk about, whatever they were interested in.

19        Q.   So one of the things you talked about was

20  Chaparro; correct?

21        A.   Yes, sir.

22        Q.   And that's a fellow that you stabbed in

23  the neck; right?

24        A.   Yes, sir.

25        Q.   And then another person you talked about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was Eddie Lopez.  Do you remember that?

 2        A.   Yes, sir.

 3        Q.   What did you do to him?

 4        A.   I stabbed him.

 5        Q.   And now, with respect to both Chaparro and

 6   Eddie Lopez, you were not charged; correct?

 7        A.   No, sir.

 8        Q.   And it wasn't made part of any RICO

 9   indictment that followed the first indictment;

10   correct?

11        A.   It was not.

12        Q.   All right.  And then you had this four-man

13   board, the tabla, when you took over from Mr. Munoz;

14   correct?

15        A.   Yes, sir.

16        Q.   And you fellows fashioned a plan to go

17   after the Aryan Brotherhood because they had stabbed

18   one or two of your brothers; correct?

19        A.   Yes, sir.

20        Q.   And you followed through on that and you

21   stabbed a couple of Aryan Brotherhood guys; correct?

22        A.   I was responsible, yes.

23        Q.   John Price and Tree; correct?

24        A.   Correct.

25        Q.   And you were not charged with that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I wasn't.

 2        Q.    And that was not made part of any RICO;

 3   correct?

 4        A.    Correct.

 5        Q.    And you were trying to kill them?

 6        A.    We were trying to remove them from the

 7   line and make an example.

 8        Q.    And then you went out to Hobbs, and who

 9   was there but John Price; correct?

10        A.    John Price and --

11        Q.    Tried to kill him again; correct?

12        A.    Correct.

13        Q.    And you weren't charged with that, and it

14   wasn't made part of a RICO; true?

15        A.    Correct.

16        Q.    Matthew Cavalier.  You happened to be

17   there on a weekend at the Bernalillo County jail;

18   correct?

19        A.    Correct.

20        Q.    And you lured him into a false sense of

21   security; true?

22        A.    True.

23        Q.    And then you had Francisco Villalobo and

24   Shadow Martinez and Big Rabbit, also Samuel Silva;

25   you had them kill Mr. Cavalier, correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Correct.

 2        Q.    And there was some uncertainty whether he

 3   was dead, and so you had them go in and break his

 4   neck?

 5        A.    Correct.

 6        Q.    And for that, I believe the total time you

 7   got was four years; is that correct?

 8        A.    That's correct.

 9        Q.    And you went back to PNM?

10        A.    Correct.

11        Q.    And then you also conspired to kill Kelly

12   Mercer; correct?

13        A.    Correct.

14        Q.    You've not been charged with that?

15        A.    No, I haven't.

16        Q.    And that was not made part of any RICO?

17        A.    No, it wasn't.

18        Q.    All the way through the time that you were

19   the leader in 2011, were there keyholders in the

20   various pods throughout the prison system?

21        A.    Yes, there was.

22        Q.    And Ben Clark was a keyholder?

23        A.    Yes, he was.

24        Q.    But you were the leader of the SNM during

25   that time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   I was one of the leaders.  It was a tabla,
 2   and I was part of it.
 3       Q.   Let me ask you about the green light on
 4   Julian Romero.  You had or you requested Playboy
 5   Munoz to kill him; is that right?
 6       A.   Yes, sir.
 7       Q.   And Playboy Munoz shot Julian Romero;
 8   correct?
 9       A.   Correct.
10       Q.   You were not charged for that?
11       A.   No, sir.
12       Q.   And that was not made part of any RICO;
13   correct?
14       A.   Correct.
15       Q.   All right.  And then Conrad Villegas beat
16   the living heck out of Julian Romero; correct?
17       A.   Correct.
18       Q.   Have you ever called off the green light
19   on Julian Romero?
20       A.   No.
21       Q.   You would like to see him killed even now?
22       A.   No.  It doesn't matter anymore.  This was
23   gang activity.  All of these incidents was gang
24   activity which was expected of me as a gang member
25   and leader.  I'm no longer with the group, and I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    could care less what happens with Julian Romero.

2         Q.   All right.  Baby Zack.  When you shot him,

3    how much time did you get for that?

4         A.   I don't recall.  Maybe seven years.  You

5    have the paperwork.  I'm not sure.

6         Q.   And as it stands now, you are almost done

7    with your time; correct?

8         A.   That's correct.

9         Q.   You'll be out no later than December of

10   this year; is that right?

11        A.   That's correct.

12        Q.   And with this change of your life and so

13   forth -- but you've still been doing drugs with the

14   rest of the cooperators, haven't you?

15        A.   Yes, sir.

16        Q.   All right.  And who are the cooperators

17   that you're with?

18        A.   At what time?

19        Q.   Over the last two years.

20        A.   Benjamin Clark, Jerry Montoya, Roy

21   Martinez, Robert Martinez.  Mention them; I'll tell

22   you if I was there with them.

23        Q.   Okay.  And that was the time when you were

24   both doing drugs and playing with the tablet and

25   viewing pornography; is that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Yes, sir.

 2         Q.    Now, let me ask you about this Darren

 3    White thing.  You were saying that although you did

 4    not actually put a hit on him, you were happy to

 5    take credit for putting a hit on him?

 6         A.    Yes, I was.

 7         Q.    Because that increased your prestige with

 8    the gang; is that right?

 9         A.    And others, yes.

10         Q.    Was that a violation of an SNM rule, that

11    you would take credit for something that you didn't

12    do?

13         A.    It might be.  I was the leader and taking

14    credit for something like that.  I didn't take

15    credit for it.  I just let people believe that it

16    was possible --

17         Q.    You were happy to --

18         A.    I didn't talk about it.  I didn't take

19    credit for it.  But I didn't mind people thinking

20    that I put a hit on Darren White.

21         Q.    Let me ask you about another rule, the

22    blood in, blood out rule.  There actually were

23    several gang members who were admitted without

24    spilling any blood; correct?  That happened?

25         A.    That happened.  Eventually they're
```



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
BEAN & ASSOCIATES, Inc.                              e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

1   expected to spill some blood.

2      Q.   They were expected to do things like bring

3   in drugs or something?

4      A.   Whatever is deemed necessary by the people

5   controlling the S.

6      Q.   But blood in -- that was not really a rule

7   anymore; right?  Because people were coming in

8   without spilling blood; right?

9      A.   Yes, sir.

10     Q.   All right.  And then the blood out part --

11  that's not a rule, either, is it?

12     A.   Not always.

13     Q.   For example, yourself?

14     A.   Yes.

15     Q.   And it wasn't a rule with Mario Montoya,

16  was it?  No blood out for Mario Montoya because he's

17  an informant.

18     A.   Well, if they get their hands on you, the

19  SNM will kill you as a result of being an informant.

20     Q.   Who will do that?

21     A.   SNM, as a member, are expected to kill you

22  on sight.

23     Q.   What is the name of the person who might

24  do that to Mario Montoya?  Who?

25     A.   Who?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Yeah.  Would it be Eric Duran, who is an

 2   informant?

 3        A.    He wouldn't be participating in a murder.

 4        Q.    Or Thomas Clark?  He's an informant.

 5   Would he do that?

 6        A.    Would he commit the murder?

 7        Q.    Yeah.

 8        A.    I don't believe so.  He's --

 9        Q.    How about Baby Rob Martinez, another

10   informant?  Would he go try to kill Mario Montoya?

11        A.    I believe he's targeted for execution

12   himself.

13        Q.    Who is going to try to get Baby Rob?

14        A.    Fellow active SNM Gang members, such as

15   your clients at the table.

16        Q.    What are the names of those people?

17        A.    Billy Garcia, Arturo Garcia.

18        Q.    Billy Garcia?

19        A.    Yeah.

20        Q.    And would Roy Martinez go after Baby Rob

21   Martinez?

22        A.    I don't believe so.  They're fellow

23   cooperators.

24        Q.    Yeah.  Benjamin Clark, another cooperator?

25        A.    Another cooperator that's no longer
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  involved.

 2      Q.   Ruben Hernandez, another cooperator?

 3  Leonard Lujan, another cooperator?  Fred Quintana,

 4  Frederico Munoz?

 5          MR. BECK:  Objection, Your Honor.  Are

 6  these questions?

 7          MR. BURKE:  Would they be the ones?  He

 8  says --

 9      A.   These are all former SNM Gang members

10  that, since cooperating, they were no longer

11  involved in gang activity, which would exclude them

12  from having to murder SNM informants.

13  BY MR. BURKE:

14      Q.   Okay.  So you can't name one person that

15  would be responsible for going after one of these

16  cooperators?

17      A.   Yes.  I just named Billy Garcia, Arturo

18  Garcia.

19      Q.   Do you have anybody else?

20      A.   Anybody that's being indicted and

21  prosecuted in this RICO case can be involved in a

22  murder of a cooperator, yes.

23      Q.   Okay.

24      A.   Those are -- I mean, you see crime scene

25  photos of people that were strangled as a result of

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                         Albuquerque, NM 87102
(505) 989-4949                                   (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                                1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  this case.

 2       Q.   I'm just wondering about now, with all

 3  these threats that you're talking about.

 4       A.   The SNM still exists.

 5       Q.   When you go --

 6       A.   They still kill people.

 7       Q.   When you talk to the STIU, sir, you have

 8  to disclose -- when you go into the RPP Program, you

 9  have to disclose everything; right?  You're supposed

10  to.

11       A.   Yes, sir.

12       Q.   And all of these dozens of cooperators,

13  when they go talk to Mr. Acee or any of his

14  colleagues, they have to disclose all of the

15  dangerous situations that they're aware of; correct?

16       A.   Yes, sir.

17       Q.   So they disclose all of the names of all

18  of the dangerous people; true?

19       A.   I would think so, yes, who they feared at

20  that time.  I would suppose.

21       Q.   And now, too; right?

22       A.   I would say if they felt their life was in

23  danger, they would address that issue, yes, sir.

24       Q.   And you talked about the truce that you

25  entered into.  And the reason you entered into the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

 1    truce was, as a leader, you were seeing the SNM Gang

 2    members being constricted to Level 6, for example,

 3    and this was unpleasant time.  You wanted them to

 4    get back out into population, something a leader

 5    would do; correct?

 6         A.   Correct.

 7         Q.   And that's because the New Mexico

 8    Corrections Department had been successful in

 9    jamming you guys all up, up at PNM; correct?

10         A.   Correct.

11         Q.   And they were limiting your activity and

12    they were limiting where you were out in the prison

13    population, right?

14         A.   Due to our violent life, correct.

15         Q.   Then this line of questioning didn't go

16    very far, but you didn't get involved in this

17    harebrained and dangerous scheme to go after

18    Marcantel, did you?

19         A.   I wasn't, no.  I was in Tennessee at the

20    time.

21         Q.   All right.  And that's sort of -- those

22    were the leaders, and they've now been sort of

23    finished off, haven't they?  Like Anthony Pup Baca?

24    That was just an unfortunate harebrained dangerous

25    scheme of a desperate gang, wasn't it?  True?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    It was SNM activity, and --
 2        Q.    And then you did start to talk, after you
 3   got your immunity, and the first time you spoke, you
 4   did not talk about Edward Troup, did you?
 5        A.    I don't recall what I talked about.
 6        Q.    Would you like to see your first
 7   debriefing, or would you take my word for it that
 8   you didn't mention him?
 9        A.    That I didn't?
10        Q.    Did not.
11        A.    It could be possible, because my
12   cooperation came gradually.  I've been a gang member
13   for 25 years.  All I knew was not to be a rat.  It
14   wasn't easy for me; snitching didn't come naturally.
15   So my cooperation came gradually.  Whatever I didn't
16   come clean with during the first briefing or the
17   second, I eventually came clean with.
18        Q.    It was uncomfortable for you to be a rat?
19        A.    Yes, it was.
20        Q.    Like these other two or three dozen people
21   that were part of gang, it's just uncomfortable for
22   you to do that, all of you guys to do that?
23        A.    We are targeted to be executed and that's
24   very uncomfortable.
25        Q.    By Billy Garcia?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    By any active SNM.

2        Q.    Who rides up to his arrest on a bicycle?

3        A.    It doesn't matter who he is.  When I went

4  to Tennessee, I was riding a bike for the first

5  year.  He's a influential active SNM Gang member.

6        Q.    And while you were in Tennessee, you

7  stayed in touch with Big Jake; is that correct?

8        A.    I did.

9        Q.    And with others, such as Vincent Garduno;

10 is that correct?

11       A.    I did.

12       Q.    You still commanded respect while you were

13 down there; is that correct?

14       A.    I did.

15       Q.    And all of the time that you were still

16 here and in prison, did Brian Rascon come up and

17 talk to you about what happened with Freddie

18 Sanchez?

19       A.    No, he didn't.

20       Q.    And what about his brother?  Did his

21 brother come up and talk to you?

22       A.    No, he didn't.

23       Q.    What about Jesse Trujillo?  Did Jesse

24 Trujillo come up and talk to you?

25       A.    I do not recall.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did Michael Jaramillo ever come up to you

2  and acknowledge that he had killed Frank Castillo?

3  Did that conversation take place?

4    A.   I do not recall.

5    Q.   Okay.  But a conversation with Edward

6  Troup took place, and of course, it took place at

7  Jurassic Park.

8    A.   Yes, sir.

9    Q.   Right?  And there's no photographs of you

10  meeting?

11    A.   No.

12    Q.   You've not seen that?  And there is no

13  record of you meeting with Edward Troup?

14    A.   No, sir.

15    Q.   But you're happy to talk about that,

16  because you'll be out of prison in a few months;

17  right?

18    A.   They just wanted me to tell the truth as

19  to the life I've lived with the SNM for the past 25

20  years, who I lived it with, and the activities I

21  took part in.  Yes.

22        MR. BURKE:  That's all.

23        THE COURT:  Thank you, Mr. Burke.

24        Mr. Shattuck.  Do you have

25  cross-examination of Mr. Archuleta.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          MR. SHATTUCK:  Yes, sir.  Very briefly, if

 2   I may.

 3          THE COURT:  Mr. Shattuck.

 4               CROSS-EXAMINATION

 5   BY MR. SHATTUCK:

 6      Q.   Good morning.

 7      A.   Good morning.

 8      Q.   You don't know Allen Patterson, do you?

 9      A.   I don't believe I do.  I don't know the

10   name Allen Patterson.

11      Q.   As a matter of fact, do you remember when

12   you went into the prison wearing a wire and you were

13   talking to Carlos Lazy Herrera, do you remember that

14   incident back in 2017?

15      A.   I remember when I did that.

16      Q.   And you guys were going through the

17   indictment, like, reading the names of everybody?

18      A.   Yes.

19      Q.   Recognizing who they were?

20      A.   Yes, sir.

21      Q.   And when you came to Allen Patterson, you

22   both said, "Who the fuck is Allen Patterson?" didn't

23   you?

24      A.   That's correct.

25          MR. SHATTUCK:  No further questions.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Thank you, Mr. Shattuck.
 2              Mr. Blackburn, do you have
 3   cross-examination of Mr. Archuleta?
 4              MR. BLACKBURN:  Yes, Your Honor.
 5                   CROSS-EXAMINATION
 6   BY MR. BLACKBURN:
 7        Q.   Mr. Archuleta, you have a pretty extensive
 8   criminal background, do you not?
 9        A.   As an active member of the SNM, yes, I do.
10        Q.   Well, when did you first become a member
11   of SNM?
12        A.   '89, '90.
13        Q.   Well you had an extensive criminal
14   background before you came to -- before you became a
15   member, did you not?
16        A.   Yes, I did.
17        Q.   And after you got to -- in the system as
18   you reviewed with Mr. Burke just now, you had a
19   number of other assaults and murders that you
20   yourself participated in; isn't that true?
21        A.   I did.
22        Q.   Can you count them?  Do you even remember
23   how many there are?
24        A.   Before being a gang member?
25        Q.   Before being a gang member.  Start there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.
 2              MR. BECK:  Objection, Your Honor, under
 3   609.
 4              MR. BLACKBURN:  I'm sorry.
 5   BY MR. BLACKBURN:
 6        Q.    After you became a gang member, after you
 7   got to PNM and you became a gang member, you also
 8   participated in a number of assaults and murders,
 9   did you not.
10        A.    Yes, I did.
11        Q.    And participating, I'm also meaning, one,
12   where you actually did something; and, two, where
13   you ordered it.  Can you sit here today and tell us
14   every time that you participated in an assault or a
15   murder or that you ordered an assault or a murder?
16        A.    I believe I can.  Or if I don't recall, if
17   you mention it, I can tell you if I was involved in
18   it or not.
19        Q.    Would it be in excess of 30?
20        A.    That's a high number.  Maybe not.
21        Q.    In excess of 25?
22        A.    Violent activity that was involved as an
23   SNM Gang member?
24        Q.    Sure.
25        A.    Yeah, I would say so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   All right.  And out of those ones that you

2  are -- out of those at least 25 and maybe more that

3  you participated in or ordered, you only got

4  prosecuted for very few; isn't that correct?

5     A.   That's correct.

6     Q.   And as a result of all of that, you

7  eventually got paroled, what did you say, in 2012,

8  2013?  When did you get paroled?

9     A.   2011.

10    Q.   Is that when you moved to Tennessee?

11    A.   Yes, sir.

12    Q.   And even though you moved to Tennessee, it

13  wasn't like, as you discussed with Mr. Burke, that

14  you gave up your role in SNM as far as it was

15  receiving drugs and communications with other SNM

16  members like Vincent Garduno; right?

17    A.   I continued conversation with Vincent.

18    Q.   You still at that point in time had bad

19  feelings for Julian Romero because you knew that

20  there was going to be a hit on him; right?

21    A.   I had bad feelings against Julian Romero,

22  but I wasn't aware of that particular hit going

23  down.

24    Q.   So are you telling us that all these years

25  you have had this completely -- complete anger for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   what Julian Romero did, because you feel that what

2   he did was just beyond reproach; right?

3       A.   Yes.

4       Q.   He was a member of SNM; he was a friend of

5   yours.  You sent him to give a message to your wife

6   who would relate to the hit on Kelly Mercer; right?

7       A.   I sent my wife to leave a message to

8   Julian Romero.

9       Q.   Right.  Your wife came to visit you when

10  you were in custody, and you wanted Kelly Mercer to

11  be hit; right?

12      A.   Yes.

13      Q.   So you told her to go talk to Julian

14  Romero and pass that on, because you knew, as a

15  member of SNM, he would do that; right?

16      A.   It would be expected of him, yes.

17      Q.   It would be expected of him, and if he

18  didn't do it, then he would be in trouble with SNM;

19  correct?

20      A.   Not necessarily.  I mean, he didn't --

21  what I mean by that is, he didn't have to do it

22  himself.  Just either do it or get it done.

23      Q.   Take care of it.  He didn't do anything

24  like that.  He didn't take care of Kelly Mercer.

25  The only thing he did was take care of your wife;

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                               1-800-669-9492
                                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   right?
 2        A.    That's correct.
 3        Q.    And you were still married to her?
 4        A.    That's correct.
 5              (Mr. Sindel entered the courtroom.)
 6        Q.    That's got to hurt pretty bad when
 7   somebody that you trust and is a member of an
 8   organization that believes in the things that you do
 9   and knew that that was probably one of the biggest
10   things that he could do to get hit, and he goes out
11   and does that to not just another SNM member, but to
12   someone like you, who is a leader of SNM.  That's
13   got to hurt pretty bad; right?
14        A.    It was a violation of SNM conduct, and at
15   the same time it was personal, yes.
16        Q.    It was personal to you; right?  I mean,
17   you could sit here all day and talk about SNM.  But
18   at the same time, it was personal to you; correct?
19        A.    I would say it was personal and at the
20   same time it was a violation of SNM conduct, a major
21   violation.
22        Q.    And despite all of those years -- when did
23   that happen?
24        A.    Early 2000, '99.  When I was in jail with
25   the Cavalier murder.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So from 1999 you got out of custody
2    several times afterwards, did you not?  I mean, you
3    would be out on the streets; right?
4    A.   Yes, I did.
5    Q.   Because there was a situation -- where the
6    situation at the methadone clinic.  I mean, you
7    actually tried to have Julian killed.  You sent out
8    Playboy to do that, did you not?
9    A.   That methadone clinic incident is a
10   different incident.
11   Q.   All right.  I'm sorry.  You tasked Playboy
12   to go out and do the hit on him; right?
13   A.   On Julian Romero, yes.
14   Q.   And did you tell him to also kill your
15   wife at the same time?
16   A.   No, I didn't.
17   Q.   She would just be collateral damage in the
18   event that that happened; right?
19   A.   No.
20   Q.   That would be up to him, if he wanted to
21   do that; right?
22   A.   The hit was on Julian.  The hit wasn't on
23   my wife.
24   Q.   And you know he shot at her.
25   A.   I know that she was there when the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   shooting occurred.

 2        Q.   All right.  So eventually, after that

 3   attempt fails, at some point in time you get out of

 4   custody, do you not?

 5        A.   I do.

 6        Q.   And then you get back into custody; right?

 7        A.   Yes, sir.

 8        Q.   And then you're back at the prison,

 9   running SNM again, because once you come back in, as

10   a leader, once a leader, sort of always a leader,

11   unless you're taken out; right?

12        A.   Yes, sir.

13        Q.   And you've never been taken out, so

14   anytime you go back to the institution, you will

15   continue to be the leader unless there is somebody

16   above you; right?

17        A.   Yes, sir.

18        Q.   And the only person that was above you was

19   who at the time?

20        A.   Billy Garcia, Anthony Ray Baca, Marty

21   Barros, Phillip Cordova.  It was a circle of people

22   that go before me.

23        Q.   So would you go in and you would go out,

24   and go in and go out.  You were out for a few years,

25   and you came back in in 2010; right?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1        A.    I believe so; around there.
 2        Q.    And you came back in 2010, you eventually
 3   get out in 2012, that you just discussed a while ago
 4   when you moved to Tennessee; correct?
 5        A.    2011.
 6        Q.    So from 1999 until 2011, you still being a
 7   gang member, you have this anger in your heart and
 8   the desire to continue to make sure that Julian
 9   Romero was hit; right?
10        A.    Yes, that's correct.
11        Q.    And then all of a sudden, when you get
12   arrested in Tennessee and come back, now it's no big
13   deal; you don't care what happens to him.  So all
14   this time, you can't sit here and tell us,
15   Mr. Archuleta, that you still do not have anger in
16   your heart for what Julian Romero did, can you?
17        A.    Probably not.
18        Q.    I mean, you sit here and you tell Mr.
19   Burke, "No, I don't care what happens to him."
20            That's not true.  You do care, because you
21   would just as soon see him dead as anybody else;
22   right?
23        A.    I do not care.  It wouldn't bother me to
24   see him dead, but as an active SNM Gang member that
25   no longer exists, what I mean is: I wouldn't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  participate.  I no longer participated in having him

2  hit through SNM means.  I no longer care.  I wasn't

3  part of SNM, is what I meant.

4       Q.   You're not part of the --

5       A.   As far as making decisions.

6       Q.   But you have never called off that hit to

7  this day.

8       A.   Right.

9       Q.   Hold on.  Let me ask a question.  You've

10  not called off that hit to this day, so you know

11  that as long as that hit stays on, it doesn't have

12  to be you, but it can be anybody else out there in

13  SNM that's still a member, because they know what

14  happened, and they're entitled to have to take him

15  out.  Isn't that true?

16       A.   That's true.

17       Q.   And if you really, really wanted to get

18  out of SNM, if you really wanted to change and do

19  the right thing, wouldn't you take the hit off

20  Julian Romero after all of these years?

21       A.   Well, I had to start somewhere, and taking

22  the hit off wasn't where I started.  I started by

23  getting as far away from the gang --

24       Q.   Started by getting all the way -- what you

25  said, to get all the way to Tennessee; but you're

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1   still involved in gang activity while you're there.

2       A.   As a result of my addiction.

3       Q.   Right.

4       A.   But I was no longer taking part in

5   activities such as the hit on Marcantel and all the

6   other things that were going on.

7       Q.   Yeah, well, that had nothing to do with

8   you.  So now doing the right thing is to cooperate;

9   right?  You're washing your hands of all those years

10  by deciding to cooperate, even though you still have

11  the anger in your heart and you still have not

12  called off the hit on Julian Romero; isn't that

13  true?

14      A.   I believe it's in my best interests, yes.

15      Q.   Well, you said something that was pretty

16  interesting a while ago.  You said that your

17  cooperation came -- didn't come right away; right?

18  Even though you may have thought when you got

19  arrested in Tennessee that you were going to

20  cooperate, is there --

21      A.   It took me a month or so to get to New

22  Mexico.  So my cooperation didn't come right away.

23  But my first court appearance, I began to cooperate,

24  which was at least a month prior to my arrest in

25  Tennessee.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Let me stop you there.  You seem to be
 2   having troubles.  Are you -- I mean, I see you
 3   move -- I'm just wondering if you're having some
 4   issue, some physical issue, because you keep coming
 5   back and forth.
 6        A.   I'm nervous.
 7        Q.   Okay.
 8        A.   Yes, I'm very nervous.  Snitching, taking
 9   the stand, is new to me.  It's something that goes
10   against everything I knew.  I'm nervous.
11        Q.   I thought maybe there was something
12   physically going on.
13        A.   No.  I'm nervous.  All right?
14        Q.   All right.  So while -- you were still
15   getting drugs from everybody when you were on
16   parole, were you not?
17        A.   Excuse me?  Repeat.
18        Q.   You were still getting drugs from SNM
19   members when you were in Tennessee, were you not?
20        A.   Correct.
21        Q.   We talked about that you were getting
22   Suboxone; correct?
23        A.   Correct.
24        Q.   Were you getting other drugs besides that?
25   Weren't you getting marijuana and issues like that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   coming through the mail?

 2        A.   I was getting Suboxone.

 3        Q.   Just Suboxone?  All right.  We talked

 4   about the Vincent Garduno issue; right?  You were

 5   talking to him over the phone, Vincent Garduno, as

 6   it relates again to the Julian Romero issue; is that

 7   correct?

 8        A.   No, to the Suboxone issue.

 9        Q.   To the Suboxone issue.  All right.  Chris

10   Garcia.  You were talking to him about drug issues;

11   right?

12        A.   Correct.

13        Q.   And so eventually at the time -- you knew

14   at that time also when you were out on the streets

15   that also Arturo Garcia was out on the streets.  You

16   knew that he had been released from the institution,

17   too, did you not?

18        A.   I'm not sure if I was aware that he had

19   actually got out.  I was not in contact with Arturo

20   Garcia.

21        Q.   Once you left?

22        A.   Yes, sir.

23        Q.   So you get arrested in Tennessee, and you

24   recall, do you not, that the officer who -- that

25   when you got arrested, there was also -- even though

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you did not know the individual that was there in

2    Tennessee who arrested you in Chattanooga, but there

3    was somebody there from the STIU to greet you when

4    they arrested you; right?

5         A.    Yes.

6         Q.    Do you know who that was?

7         A.    Martin.

8         Q.    You knew him in STIU, did you not?

9         A.    Yes, I did.

10        Q.    And those guys had been there --

11             THE COURT:  Mr. Blackburn, let me talk to

12   the jury a little bit.

13             We're kind of at a normal lunch break.  Do

14   you want to do a normal lunch break, or do you want

15   to take a 15-minute break and work through the rest

16   of the lunch hour and take a late lunch?  What would

17   be your preference?  How many of you want to take a

18   15-minute break?  Okay.  That's everybody.  So why

19   don't we take a 15-minute break.  It will make for a

20   shorter afternoon.

21             All right.  We'll be in recess for 15

22   minutes.

23             (The jury left the courtroom.)

24             THE COURT:  All right.  A couple of things

25   before we take our break.  This morning Cupit gets

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    longer in the corrected version.  That doesn't seem

2    right to me.  I'm going to think about this,

3    Mr. Solis.  I'll not hear from you now.  Just listen

4    to me.  If you're willing to come up to this podium

5    when Mr. Cupit takes the stand and say, "Look, you

6    know, we're not going to contest that the SNM was an

7    enterprise engaged in racketeering activity around

8    2007."

9              MR. SOLIS:  For us it's 2001, Your Honor.

10             THE COURT:  Well, I know.  But the point

11   is that they could use your evidence for

12   racketeering activity of 2007.  So I've got to have

13   a little more.  And Mr. Chavez was a member at that

14   time, and that you know, you're not going to contest

15   that Mr. Chavez engaged in drug buying and selling.

16   If you'll say that, I'll say, "Well, I think Cupit

17   is unnecessary," and then I'll allow him to testify.

18             MR. SOLIS:  Mr. Griego testified yesterday

19   on direct examination --

20             THE COURT:  Let me move to a different

21   topic, and you think about that.

22             As far as this corrective instruction, Mr.

23   Castle, on yours, take a look at -- it's called

24   United States v. Munyenyezi, I think is the way it's

25   said.  781 F.3d 532 2015.  If you will write out a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   one-sentence explanation as to what went wrong with

2   the medical records for Munoz, I'll let you read

3   that one-sentence explanation, run it past

4   Ms. Armijo, and then I am inclined to give the

5   instruction that the judge gave there.

6           MR. CASTLE:  781 F.3d, what was it?

7           THE COURT:  532.  So you write out a

8   one-sentence explanation, I'll let you give it.

9   Explain it, and you run it past Ms. Armijo, and then

10  I'll give the instruction the judge did.  That's

11  what I'd be inclined to do.

12          Let's take our break.  I'll hear from you.

13  Fifteen minutes.

14          (The Court stood in recess.)

15          THE COURT:  All rise.

16          (The jury entered the courtroom.)

17          THE COURT:  All right.  Ms. Bevel said you

18  wanted to know when I wanted to take lunch.  I'm the

19  least important here.  We serve you -- or I serve

20  you.  So I'm more concerned about you and the

21  attorneys and the parties.  If y'all are happy, I'm

22  a very happy camper.

23          Mr. Blackburn, if you wish to continue

24  your cross-examination.

25          And Mr. Archuleta, I'll remind you that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you're still under oath.
 2           THE WITNESS:  Yes, sir.
 3           MR. BLACKBURN:  Thank you, Your Honor.
 4   May it please the Court?
 5           THE COURT:  Mr. Blackburn.
 6   BY MR. BLACKBURN:
 7       Q.   When we left off, I was talking to you
 8   about when you were initially arrested in
 9   Chattanooga, Tennessee, and they took you down to
10   the police station and they informed you, did they
11   not, that you had been indicted in New Mexico for a
12   racketeering charge and for the issues that related
13   to an assault on Julian Romero.  Did they not tell
14   you that?
15       A.   Yes, sir.
16       Q.   All right.  And that came from Mr. Martin;
17   right?
18       A.   Yes, sir.
19       Q.   Because as I was discussing with you a
20   while ago, isn't it true that you had known him
21   throughout the years as an individual who was
22   associated with the STIU at the penitentiary; is
23   that correct?
24       A.   That's correct.
25       Q.   All right.  And we've heard a lot about
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the STIU, but there is a difference between the

2  STIU, who are sort of like the gang cops at the

3  prison, versus the correctional officers who are the

4  ones who tell you where to go and what to do; right?

5      A.   Yes.

6      Q.   So when you were talking to him, isn't it

7  true that you pretty much downplayed everything

8  initially that you had to do with SNM in New Mexico,

9  correct, whenever you were talking to them in

10 Tennessee?  I mean, you indicated that, for one,

11 that you had really nothing do with the SNM in New

12 Mexico; isn't that true?

13     A.   I distanced myself.

14     Q.   You distanced yourself.  You distanced

15 yourself to the extent that you denied even being a

16 member -- that you denied being a member of the

17 group, but number 1, you denied being a leader of

18 the group; right?

19     A.   Correct.

20     Q.   Number 2, you denied being a member of the

21 group and you said that the only thing that you knew

22 was that you associated -- or you knew some of these

23 individuals that were in the SNM and you talked to

24 them sometimes on the phone; isn't that correct?

25     A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You denied any involvement in any hits or

2    any murders; is that right?

3    A.   That's correct.

4    Q.   You said that you had talked to Anthony

5    Ray, Pup, on occasions, but the last time that you

6    had talked with him on a conversation that they told

7    you was recorded, you told him that you did not know

8    what he was talking because, as you said before, you

9    don't speak Spanish; right?

10   A.   The person spoke Spanish I did not

11   understand.

12   Q.   You were asked about the fact that someone

13   did call you and admit to you over the telephone

14   that Julian Romero had been assaulted on July 14,

15   2015, for what you eventually pled guilty to at

16   Southern New Mexico and what you thought about it,

17   to which you said, "I thought that was funny"?

18   A.   Yes, sir.

19   Q.   During the interview that you had with

20   them, you stated that some members of the SNM were

21   trying to set you up, but you denied any knowledge

22   that you made any statements regarding the murder of

23   Matthew Cavalier to any law enforcement people;

24   right?

25   A.   I think I said that, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And also at the same time you denied any

2  knowledge of the shooting or even under the

3  circumstances you had no clue who would have been

4  the individual who would have shot at Julian Romero;

5  right?

6     A.   I denied everything.

7     Q.   You denied everything.

8     A.   Yes.

9     Q.   Now, at some point in time, did you come

10 to learn that a person that you were talking to on

11 the telephone, Sammy Griego, was recording you when

12 he was talking to you?  Did you know that?

13    A.   I wasn't aware of it at the time of the

14 conversation.  I eventually became aware that he was

15 working for the FBI and recording our conversation.

16    Q.   So -- and at the time that you were in

17 Chattanooga, Tennessee, Sammy, a/k/a Cheesy Sleazy,

18 was calling you on the telephone and you were trying

19 to get drugs from him; isn't that true?

20    A.   Cheesy Sleazy?

21    Q.   Well, that's a joke.  I just sort of made

22 that up on the spot.  His name is Sleazy; right?

23    A.   I don't know that person.

24    Q.   Sammy Griego?

25    A.   I know Sammy.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    All right.  Did you know -- he was calling

2    you, talking to you about drugs; right?

3      A.    Yes, sir.

4      Q.    And at the same time he was trying to get

5    you to purchase drugs from him; right?

6      A.    No, sir.

7      Q.    You were trying to get him to send you

8    drugs; right?

9      A.    Trying to get him to give me drugs, yes.

10     Q.    To give you drugs.  But as you said, now

11   you know that he was working for the FBI and trying

12   to set you up; right?

13     A.    I found that out later, yes.

14     Q.    Now, you knew him because during the

15   events that happened as it relates to Julian Romero,

16   he tended to be somebody who took your side; isn't

17   that true?

18     A.    He respected my authority, yes.

19     Q.    He respected your authority.  So let me go

20   back now, while I'm thinking about it.  You

21   indicated -- you told us just before the break that

22   there had been a number of occasions when you

23   personally were out on the streets after this --

24   after Julian Romero had this affair with your wife;

25   is that correct?



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                                 1-800-669-9492
                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

108

```
 1        A.    That's correct.

 2        Q.    Now, were you in and out, like, three or

 3   four times before you left to go to Tennessee?

 4        A.    That's correct.

 5        Q.    So all of those times that you were out on

 6   the streets, you personally had the opportunity to

 7   take care of this hit yourself, but you didn't do

 8   that, did you?

 9        A.    I didn't have the opportunity.  Every time

10   I was released, Julian was in corrections so I did

11   not have the opportunity to take care of it myself.

12        Q.    So you continued to always have somebody

13   else try and do that hit for you; is that correct?

14        A.    Yes, sir.

15        Q.    You yourself never tried to put yourself

16   in a position that you could be transferred to a

17   facility, do anything you could to get to a facility

18   where Julian Romero would be at, did you?

19        A.    I didn't control my movements.  I didn't

20   have no way of doing something like that.  But if

21   there was a way I could have done it, I would have

22   worked on it.

23        Q.    And you assigned other people to do those

24   tasks; right?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You made it very well known that those

2  people who were going to follow you, that Julian

3  Romero had this green light on him; correct?

4      A.   I made sure they understood that green

5  light, yes.

6      Q.   And you -- this issue, whether it was

7  personal or SNM related, caused major disruption in

8  the SNM, did it not?

9      A.   I believe it did, yes.

10     Q.   So people took your side or they took

11 Julian Romero's side, and that affected lots of

12 people in your organization, did it not?

13     A.   It made a lot of people paranoid.

14     Q.   Well, you took a faction with you, a group

15 of people, and you assigned -- by putting this --

16 making it known that there was a green light that

17 was out there on him, you put those people who were

18 respectful of you in a position to hit him, did you

19 not?

20     A.   Yes, they were to recognize the green

21 light.  Every SNM Gang member was to recognize the

22 green light as it was approved by Angel Munoz.

23     Q.   For you, at your request.

24     A.   For me and for the S, as I saw it.  He

25 violated an SNM bylaw.  It was out in the open,

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    obvious as heck, and like I told you, it was -- his

2    green light was as a result of that violation, which

3    was a big violation.

4         Q.   Sure.

5         A.   You see violations like that could cause

6    division, and at the same time, me and my wife, it

7    was personal, yes.

8         Q.   Sure.  But at the same time, you then

9    affected several people by specifically putting hits

10   on him.  For instance, you tasked people like

11   Playboy and other people that you sent out to do

12   that for you, specifically; not that you just put it

13   out there on the SNM dot com or on the SNM rumor

14   mill; you specifically chose people to go do that;

15   right?

16        A.   Yes.

17        Q.   And then for those people that were

18   totally against you, who took the other side, who

19   did not follow you or did not respect you, you put

20   those people in positions to be hit because they

21   weren't on your side; right?

22        A.   Because they didn't respect the leadership

23   of the S at that time, which I was a part of;

24   correct.

25        Q.   And those included the Rascons; right?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                              1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    That's correct.

2      Q.    You had just as much anger for those

3 people who didn't do that as you had for Julian

4 Romero who did do this to you; right?

5      A.    Correct.

6      Q.    And so you put hits on all of those

7 people, too; right?

8      A.    That's correct.

9      Q.    And your actions caused total disruption.

10      A.    It caused disruption and paranoia, yes.

11      Q.    So when you say that you wanted to

12 cooperate when the police officers arrested you in

13 Chattanooga, Tennessee, that really wasn't true, was

14 it?  Because you didn't give them any indication at

15 the time that you were willing to help out; right?

16      A.    When I got arrested in Tennessee, I was

17 willing to cooperate, which is why I denied

18 everything.  Once I got to New Mexico and talked to

19 my lawyer, I decided that the best thing for me to

20 do is to cooperate, since they just basically wanted

21 the truth about the life I've lived for 25 years,

22 which was the easiest thing I've ever done, just to

23 tell the truth.  For years I denied it.

24      Q.    Hold on.  Let me ask the questions.  Yeah,

25 you denied it, and you're still denying it, because



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you still have the hit out on Julian Romero?

2       A.   There is a hit on me and Julian.  It

3   doesn't even matter about him having an affair with

4   my wife.  We are both informers, and if the SNM is

5   good at one thing, it's killing SNM informers.  That

6   will be obvious in this trial, what happens to SNM

7   informers.  So it's no longer about me.

8       Q.   Excuse me.  Let me ask a question, if you

9   don't mind?

10      A.   Yes.  Okay.  I'm sorry.  Excuse me.

11      Q.   That's okay.  I think you said it took

12  almost a month for you to get back to New Mexico; is

13  that right?

14      A.   Yes.

15      Q.   And at the time, prior to the time, you

16  knew about the indictment, you knew what you were

17  charged with in the indictment, did you not?

18      A.   Yes, sir.

19      Q.   And you knew that despite the fact that

20  all these people over here were charged in Count 1,

21  Count 2, Count 4, Count 3, Count 4, Count 13, Count

22  14 concerning murders, that you were charged in one

23  simple count with an assault on Julian Romero;

24  right?

25      A.   I knew my charges; right.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                      1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

```
 1        Q.   You knew your charges.  And you knew that

 2   all those other people, a lot of them still sitting

 3   in this room today, were charged with the death

 4   penalty; right?

 5        A.   I didn't know the particulars.  All this

 6   was new to me.  It was a RICO case, and I've never

 7   been federally charged with anything.

 8        Q.   You went to a couple of hearings we had

 9   with this judge and you sat there and you heard the

10   arguments about those individuals who were facing

11   the death penalty, did you not?

12        A.   I don't recall.  I understand that that

13   may be a penalty of murder, the death penalty.

14        Q.   Did you not attend a couple of hearings

15   with this judge in Albuquerque?

16        A.   I don't recall.  I've attended meetings,

17   but what are you asking me again?

18        Q.   What I'm asking you is:  You knew that you

19   only had one charge in this indictment; right?

20        A.   Yes, I knew my charge, yes.

21        Q.   And you knew that that charge only carried

22   a maximum term of three years of imprisonment;

23   right?

24        A.   No, I did not.

25        Q.   Well, you knew it when you signed the plea
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492



1  agreement, did you not?

2      A.   When I signed the plea agreement, yes, but

3  at the time I was charged and handed the indictment,

4  I wasn't aware of what I was facing exactly.

5      Q.   I'm assuming you knew what you were

6  looking at when you talked to your lawyer on the

7  first occasion and before you decided to cooperate

8  with the Government, did you not?  Didn't your

9  lawyer explain to you, "Oh, Mr. Archuleta, this

10  crime that they are charging you with in this

11  19-count indictment or 12-count indictment, however

12  many counts it is, you're charged in one count and

13  the maximum term is three years, compared to all

14  these other people who at the time were charged with

15  the death penalty"; right?  You knew that.  He told

16  you that.  He's a good lawyer.  He told you that;

17  right?

18      A.   I wasn't aware of that until we signed the

19  plea.

20      Q.   Until you signed the plea?

21      A.   Yeah.

22      Q.   Well, you also knew that there was -- you

23  knew before you signed the plea that other people

24  had -- that the Government was out arresting other

25  people and charging them with more crimes.  You knew

SANTA FE OFFICE                                                                           MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                    FAX (505) 843-9492
                                                                                          1-800-669-9492

PROFESSIONAL COURT                                                   e-mail: info@litsupport.com
REPORTING SERVICE

1   that also, did you not?

2       A.   Yes, I knew it was a RICO roundup.

3       Q.   You knew that there was a RICO coming down

4   the road, and that happened; right?

5       A.   Yes, sir.

6       Q.   So it's best for you to get signed up

7   before that RICO comes down the road because -- how

8   old are you?

9       A.   I am 52.

10      Q.   So eventually you did sign the plea;

11  right?

12      A.   Yes, sir.

13      Q.   But I'm assuming that that just didn't

14  happen overnight, on June 16, did it?  There was

15  some back-and-forth negotiations.  You knew -- you

16  had told your attorney to go get you a plea early

17  on, did you not?

18           MR. HARRIS:  Your Honor, may we approach?

19           THE COURT:  Well, if you want to instruct

20  him -- you may approach, but if you want to instruct

21  him not to answer that, you can do that.

22           MR. HARRIS:  I consider that to be

23  attorney-client privilege.

24           THE COURT:  Are you going to follow your

25  counsel's advice?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE WITNESS:  I suppose if that's what he
 2   wants me to do.
 3            THE COURT:  All right.  So I'll sustain
 4   the objection.
 5   BY MR. BLACKBURN:
 6       Q.   Well, before you signed your plea, you had
 7   a few meetings with the Government, did you not?
 8       A.   Yes, yes.
 9       Q.   You had a meeting with the Government on
10   January 21 of 2016; isn't that right?
11       A.   That's correct.
12       Q.   And in that first interview your attorney
13   was there, was he not?
14       A.   I believe so, yes.
15       Q.   And this happened at the United States
16   District Courthouse in Las Cruces, New Mexico.  You
17   remember that one, do you not?
18       A.   Yes, I do.
19       Q.   And present was your attorney and also
20   present was members of the prosecution team,
21   Ms. Armijo and Mr. Castellano; is that correct?
22       A.   That's correct.
23       Q.   And members of the FBI, which was Mr.
24   Acee, Mr. Neale, Mr. Sainato, and then also task
25   force members Anthony Medrano; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    That's right.

2      Q.    You had a big old conference room; right?

3      A.    That's correct.

4      Q.    And again, in January of 2016 you claimed

5  that you were never a formal leader of SNM, but only

6  that you were a respected person.  So you were just

7  giving them a line of BS at the same time, were you

8  not?

9      A.    That's correct.  My cooperation came

10  gradually.  Yes, that's correct.

11      Q.    And when you first joined the SNM, that a

12  group of younger gang members rallied around you,

13  and you may be an informal leader, right, as opposed

14  to a formal leader; right?

15      A.    That's correct.

16      Q.    Is that what you told them?

17      A.    That's what I told them.

18      Q.    And the one thing that you did say, you

19  did say that in 2003 that Frederico Munoz and Shamon

20  Pacheco, acting on a green light order, shot Romero,

21  but that he survived; right?  Do you remember

22  telling them that?

23      A.    I did.

24      Q.    And you told them that you had -- that you

25  were upset with several members of the SNM because

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                  e-mail: info@litsupport.com

 1   their actions sometimes led to people renouncing

 2   because of the hits that had been put on Julian

 3   Romero, although you didn't acknowledge to them, did

 4   you, that you were the one that put the initial hit

 5   on Julian Romero, did you?

 6        A.   I don't understand the question.

 7        Q.   That was pretty compound.  Did you tell

 8   them during that first interview that you had with

 9   all of them that you were the one that had put the

10   hit on Julian Romero?

11        A.   I'm not sure, but it's documented.

12        Q.   Well, you did tell them about those items

13   that you couldn't deny, like items like murdering

14   Matthew Cavalier, because you had pled guilty to

15   that charge and you had been convicted of it; right?

16        A.   Right.

17        Q.   That was something that you couldn't deny;

18   right?

19        A.   Correct.

20        Q.   So for those factual issues that they

21   could go look at documentation on, it was easy for

22   them -- it was easy for you to be able to tell them

23   the truth about that, because there's public records

24   on that; right?

25        A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   But eventually, you were able to convince

2  them that you wanted to work for them, and you

3  agreed to wear a wire; right?

4    A.   Yes, sir.

5    Q.   And they gave you this, and this was

6  probably in -- I believe it was April of 2016?

7    A.   That's correct.

8    Q.   And you -- how long did you have this

9  little recording device?  For a couple of months?

10    A.   A week.

11    Q.   A week?  All right.  So they gave you a

12  little recording device so that you were with a

13  bunch of people up in Santa Fe, in PNM North; right?

14    A.   Yes, sir.

15    Q.   When you were recording individuals;

16  right?

17    A.   I was recording one individual, who was

18  Lazy, Carlos Herrera.

19    Q.   Carlos Herrera; right?  So was that your

20  task?  Were you told to just go, to get information

21  from him, or was it everybody in general?

22    A.   It was from Carlos Herrera.

23    Q.   And was that because you were located next

24  to him up in North?

25    A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    So at the time that you were given that

2   device, was Mr. Herrera in the cell already next to

3   you?

4     A.    No, sir.

5     Q.    Oh, okay.   So at the time that you were

6   having this cooperation with the Government and

7   telling them that you were willing to take this

8   recording device, who was in the cell next to you?

9     A.    I don't know his name.

10    Q.    All right.   But eventually he gets -- he

11  goes; right?   He leaves; right?   He had nothing to

12  do with any of the murders, did he?

13    A.    No, sir.

14    Q.    But then, all of a sudden, Carlos Herrera

15  shows up after they give you the device; right?

16    A.    Yes, sir.

17    Q.    Well, I thought you just said a while ago

18  that there is no way that inmates or anybody could

19  control the movement in the prison.   Is that what

20  you said?

21    A.    That's correct.

22    Q.    Not -- you can't; right?

23    A.    I can't.

24    Q.    But --

25    A.    But the FBI can.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    But the FBI can.

2      A.    Yes, sir.

3      Q.    So they move in next to you Carlos Herrera

4  for the purpose of you being able to specifically

5  record him; right?

6      A.    Yes, sir.

7      Q.    And you did?

8      A.    I did.

9      Q.    And he was an SNM member?

10      A.    He was.

11      Q.    And you had renounced?

12      A.    Excuse me?

13      Q.    You had not renounced being an SNM member

14  at that time?

15      A.    I had not renounced.

16      Q.    And everybody that was out there floating

17  around and all these people that were going to court

18  all the time still thought that you were in that

19  case and going to trial with them, did they not?

20      A.    I'm not sure exactly.  When I signed my

21  plea, they were aware that I was cooperating.

22      Q.    Well, you didn't sign that until June.

23  This is April of 2016.

24      A.    They were not aware that I was

25  cooperating.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Because you didn't tell anybody; right?

2     A.    Of course not.

3     Q.    Okay.  And the first time anybody knew

4  about -- well, they were still looking up to you as

5  a leader, were they not?  Even though you told the

6  law enforcement that you were not a leader, those

7  individuals that were at the penitentiary knew you

8  as a former leader, and they were still looking up

9  to you, weren't they?

10    A.    Some of them, yes.

11    Q.    Well, you didn't go tell these guys that,

12 oh, Time out, Green Bay, I want you guys to know

13 that "I've been spending a lot of time talking to

14 the FBI and I'm going to cooperate, and in fact, I'm

15 even recording Lazy."  You didn't tell them that;

16 right?

17    A.    No, sir.

18    Q.    And eventually -- well, eventually, in

19 June of 2016, you entered into your plea agreement;

20 is that correct?

21    A.    That's correct.

22    Q.    While she's getting that ready, isn't it

23 true, Mr. Archuleta that you knew that in April or

24 at the same time -- well, you knew prior to the time

25 that you signed this plea agreement that there had



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  already been a second indictment; isn't that

2  correct?

3       A.   I knew that one was coming, yes.

4       Q.   Well, the RICO happened, I believe, in

5  April of that year or sometime around there.  But

6  the RICO indictment charging several other people

7  had already occurred prior to the time you took this

8  plea; right?

9       A.   I took the plea after that.  I'm sure of

10 it.  I'm not sure of the dates, but --

11      Q.   We'll get that in the record.

12      A.   It may or may not.

13      Q.   So June 16 of 2016; right?

14      A.   Yes.

15      Q.   Let's go the second page, if you don't

16 mind, the next page.  So it says here in paragraph 3

17 that you agreed to waive your right to plead not

18 guilty and to plead guilty to count 8 of the

19 superseding indictment.  That means that -- you know

20 what a superseding indictment is?  That means

21 where --

22      A.   Where they charge --

23      Q.   If that means where they add new charges

24 or they add new defendants.  So you're pleading to a

25 superseding indictment to count 8; right?

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                            (505) 843-9494
FAX (505) 843-9492                                                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, sir.

2        Q.    And you understand that the maximum

3   penalty you can get, the maximum you can get is

4   three years; right?

5        A.    Yes, sir.

6        Q.    And a fine not to exceed $250,000?

7        A.    Yes, sir.

8        Q.    I would say you got the sweetheart deal of

9   the century, wouldn't you?

10       A.    I did.  Of course, it came with a death

11  sentence, so if I'm dead and strangled like Pancho

12  Castillo or any of these other individuals that were

13  strangled, it wouldn't be much of a benefit.

14       Q.    But you made that decision.

15       A.    Yeah, you're right, and it's constant.

16       Q.    So you knew when you walked in there that

17  day that despite the fact that you had been involved

18  in over 25, maybe more, assaults, murders, hits on

19  SNM members, that you were walking out with at the

20  most three years; right?

21       A.    Yes, sir.

22       Q.    And in fact, during the plea colloquy with

23  the judge that took your plea -- not this judge, but

24  Judge Wormuth -- he talked with you about sentencing

25  guidelines, did he not?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

125

```
 1        A.   I believe so.
 2        Q.   And he basically came to the conclusion
 3   that, well, based upon your criminal history, we
 4   don't even need to talk about sentencing guidelines
 5   because your sentencing guideline are off the
 6   charts; right?
 7        A.   I believe he may have.  If that's what it
 8   says on the transcript.
 9        Q.   Well, you're a career offender.  Did they
10   not talk to you about being a career criminal
11   offender?
12        A.   Yes, sir.
13        Q.   You know that carries a life sentence, do
14   you not?
15        A.   A lot of time, yes.
16        Q.   And so you go from a possible RICO
17   indictment life sentence down to three years; right?
18        A.   That's correct.
19        Q.   Oh, but you may get a fine of $250,000?
20   Do you think you can pay that?
21        A.   Eventually, after about 20 years.
22        Q.   How about the maximum, the mandatory
23   special assessment fee of $100?
24        A.   I can pay.
25        Q.   You can pay that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Right now I can't, but I'll get a job.
 2        Q.    Can you go to the next page.  Let me go to
 3   page 7.  Now, one of the other agreements was that
 4   number 14, paragraph 14, provided that the defendant
 5   fulfills the defendant's obligation as set forth
 6   above, which means you have to go talk to the
 7   presentence officer and you have to talk to the
 8   people at the probation office so that they can do a
 9   report on you.  Provided that you've fulfilled those
10   obligations, the United States agrees not to bring
11   additional charges arising out of the facts forming
12   the basis of the superseding indictment; right?
13        A.    Correct.
14        Q.    So you know that superseding indictment is
15   about 25 or 30 pages; right?
16        A.    That's correct.
17        Q.    And it has a lot of facts in it, doesn't
18   it?
19        A.    A lot of facts.
20        Q.    And so not only do you escape the fact
21   that they could charge you with 25 to 50 other
22   incidents that you did for SNM; that they agree not
23   to bring any additional charges arising out of this
24   indictment; right?
25        A.    Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So you know that that's the most you're
 2   going to get; right?
 3        A.    Yes, sir.
 4        Q.    So you're going to get three years; right?
 5        A.    Yes, sir.
 6        Q.    So now you got arrested in Tennessee
 7   December of 2015; right?
 8        A.    Yes, sir.
 9        Q.    And you've been in constant custody since
10   that date, have you not?
11        A.    Yes, sir.
12        Q.    So three years from that date would be
13   December 5th of 2018; is that right?
14        A.    December 2.
15        Q.    Oh, I want to make sure I don't get the
16   wrong date.  December 2?
17        A.    That's correct.
18        Q.    So that is the latest date that you can
19   be -- that is the most time you will have to serve
20   on this particular case; right?
21        A.    That's correct.
22        Q.    And this isn't like what we call a 5K1
23   that other defendants have dealt with or we've heard
24   from in this case, where the judge gets to decide
25   the sentence.  You have your sentence already
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   determined, do you not?

 2        A.   That's correct.

 3        Q.   Whereas other people may have to come in

 4   here and tell the jury or the defendants in here

 5   that they're taking a plea where the judge makes the

 6   sentence if the Government files a document on their

 7   behalf.  That doesn't happen to you, does it?

 8        A.   No, sir.

 9        Q.   You're done.

10        A.   After three years, it begins for me.

11        Q.   They don't have to file anything for you.

12   You don't have to really have the judge stand up

13   here and tell you what your sentence is, because you

14   know you're getting three years plus a $250,000 fine

15   plus $100 special mandatory sentencing fee; right?

16        A.   I know when it comes time for sentencing,

17   actual sentencing, it's up to the judge.  And there

18   is no guarantees, as far as I was told.

19        Q.   The only guarantee is:  You know if he

20   accepts this plea --

21        A.   If he accepts it, yes.

22        Q.   -- then the most you get is three years?

23        A.   Yes, sir.

24        Q.   But if he doesn't accept the plea, what

25   does that mean?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                     1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.   I'm not sure.  He decides how much time I

 2   get, I guess.

 3      Q.   Well, didn't the magistrate talk to you

 4   about that whenever you appeared in front of him?

 5      A.   More than likely.  What I was told, it's

 6   up to the judge.

 7      Q.   Hold on.  I've got to ask you a question.

 8   Okay?

 9      A.   Okay.

10      Q.   Thanks.

11      A.   Excuse me.

12      Q.   That's okay.  Now, after your plea

13   agreement, you went back to PNM North, or did you go

14   to a new facility?  Did you go to cooperation pod?

15      A.   Yes, I was at PNM North, yes.

16      Q.   Eventually did you go to cooperation pod?

17      A.   Yes.

18      Q.   And when was that; do you recall?

19      A.   I don't recall the exact month.

20      Q.   I know when you were talking to Mr. Burke

21   earlier this morning, you talked about how you were

22   with several other individuals at one point in time,

23   or several times, where everybody was cooperating;

24   right?

25      A.   Several places, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And in all those places you went to, you

2    were with people who were cooperating in this case;

3    right?

4    A.   Yes, sir.

5    Q.   And you guys went through the names a

6    while ago.  I'm not going to do that.  Those have

7    already been listed; right?

8    A.   Yes.

9    Q.   And at some point in time you were given a

10   tablet, were you not?

11   A.   Yes, sir.

12   Q.   And all the documents, at least up to that

13   date, were put on that tablet for you to review;

14   right?

15   A.   Yes, sir.

16   Q.   And everybody that was charged in this

17   case, even though they had pled guilty, still got to

18   keep their tablet, did they not?

19   A.   Yes, sir.

20   Q.   So had you not under the circumstances

21   violated the rules, you would have your tablet as of

22   today, would you not?

23   A.   I would still be looking at pornographic

24   material today, yes.

25   Q.   Okay.  Well, I don't think you would be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    able to do that, because aren't you required --

2    don't people come and pick up your tablets and they

3    send them back so that more discovery can be

4    downloaded on it?

5         A.   Yes, sir.

6         Q.   So when you guys decided to make that

7    conscious decision to -- you wiped your tablets

8    clean, did you not?

9         A.   Yes, sir.

10        Q.   And in order to reset the tablets so that

11   you could get Wi-Fi; right?

12        A.   Yes, sir.

13        Q.   Now, are you the one who came up with that

14   brilliant idea, or who was it that figured that out?

15        A.   I believe it was maybe Roy Martinez.

16        Q.   Roy Martinez?  Benjamin Clark?

17        A.   I think Roy Martinez was responsible.

18   From there, it was a group activity.  I mean, I

19   didn't reset the computer myself, but once they

20   determined how to do it, it was done.

21        Q.   Because you gave them -- because you're

22   all together, you gave them your tablet so they

23   could wipe out the discovery because it's more

24   important to be able to have the internet so you can

25   have an email account and so you can have Facebook

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   and so you can look at porn as opposed to looking at

2   discovery; right?

3          A.   Yes, sir.

4          Q.   But at that point in time, that didn't

5   make diddly-squat to you, because you had already

6   pled guilty; right?

7          A.   I believe so.

8          Q.   So it was more important for you be able

9   to look at the porn; right?

10         A.   There is no need for me to review the

11  discovery.

12         Q.   Well, but other people reviewed the

13  discovery and had discussions with you, did they

14  not?

15         A.   They did.

16         Q.   So all these people are out there, whoever

17  you're with -- I mean, you know, it's not like you

18  can look at porn all day.  Somebody else has their

19  computer available, their tablet available, so they

20  can discuss what these documents say; right?

21         A.   That's possible, yes.

22         Q.   Well, that's not possible --

23         A.   Nobody was interested in the discovery

24  once pornographic material was on the tablets.  Once

25  we had access to the internet, no one was discussing

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1  what was on anybody's tablet as far as discovery.

2  It was all about the internet.

3      Q.   So you were all talking about who has the

4  best porno sites on their tablets?

5      A.   Yeah.

6      Q.   What were some of the porno sites you were

7  looking at, as opposed to looking at a 302 that you

8  had signed previously?

9      A.   I would download the names of porno stars

10  and it would come up.

11      Q.   That was it?

12      A.   Pornography -- if you asked me what I

13  looked up, I'll tell you, yes, I looked up

14  pornography of all sorts.

15      Q.   Did you ever hook up an email account?

16      A.   I believe I attempted to hook up an email

17  account, yes.  Yes.

18      Q.   And this is at the same time that you're

19  receiving benefits from the Government where they

20  pay you money while you're there?

21      A.   Yes, sir.

22      Q.   And they were putting money on your

23  accounts.  Are they giving you, like, unlimited

24  telephone calls that you can make to your family?

25      A.   I was getting unlimited calls, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And they set up special visits with your

2  family, like your dad and stuff, did they not?

3    A.   They let me see my dad, yes.

4    Q.   They let you see your dad?  All right.

5  And you got more privileges than you had when you

6  were stuck up there at PNM North; right?

7    A.   Yes, this was at PNM North.

8    Q.   But then you got down to Sandoval; right?

9    A.   Yes, sir.

10    Q.   A little difficult to get a Wi-Fi up there

11  at PNM North.  There's not a McDonald's or a Walmart

12  across the street so you can hook up to their

13  internet; right?

14    A.   Exactly.  Yes.

15    Q.   So we know that under the circumstances,

16  all those guys out there lost their privileges, did

17  they not?

18    A.   Yes, sir.

19    Q.   But before that, it wasn't uncommon for

20  people to sit around and discuss what was on these

21  tablets and what it said about somebody's discovery,

22  somebody's 302; right?

23    A.   It wasn't -- as soon as we got our tablet,

24  people started messing with it and they discovered

25  they could reset it --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.    Well, you had your tablet --

 2       A.    -- nobody had.

 3       Q.    -- for over a year basically.

 4       A.    Right.

 5       Q.    You got the tablet in maybe July or August

 6  of 2016, and this didn't happen until February,

 7  March, or April of 2017.  You had your tablet for

 8  six or seven months, did you not?

 9       A.    Yes.

10       Q.    Okay.  And my question is:  It was just

11  common for everybody to look and compare notes on

12  what people said about what was going on.  For

13  instance, people could look on that tablet and be

14  able to determine that you maybe had given a report

15  to the -- that you had debriefed with the

16  Government, didn't they?

17       A.    That would be possible, yes.

18       Q.    Well, people in your pod knew that, did

19  they not?

20       A.    Knew what?

21       Q.    That you had cooperated.

22       A.    Yes, we were all in the pod as

23  cooperators.

24       Q.    You could look at everybody else's and

25  say, "Oh, Ben Clark, let me see what you got."  Or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

136

1   Roy Martinez.  All of you could see the discovery
2   that related to everybody; right?
3        A.   If we hadn't reset our tablet, yes.
4        Q.   If you hadn't started looking.  But you
5   had six, seven, eight, nine months to do that; isn't
6   that correct?
7        A.   By the time we got internet access, which
8   was I don't know how much later at Sandoval County.
9   But before then, when we first got our tablets, the
10  idea of resetting the computer was instantly on
11  people's minds when they got the tablets.  So a lot
12  of people didn't even get to observe discovery at
13  all, because they reset the computer.  They weren't
14  able to get Wi-Fi because they were at the North.
15  But they did reset the computer.  So there was
16  nothing on it; right.
17       Q.   So what you're telling us is:  All of
18  these people who reset their tablets never told the
19  FBI or the prosecutors that they were doing that?
20       A.   Eventually, probably, after it got busted.
21       Q.   Well, wait a second.  If you guys had your
22  tablets for eight or nine months before you could
23  reset the Wi-Fi, you guys were already messing with
24  that, but you knew, all of you knew, that you had
25  made a cooperation agreement with the Government

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that you were going to abide by the rules.  Isn't

2  that true?

3       A.   That's correct.  We're supposed to abide.

4       Q.   And you didn't.

5       A.   I didn't.

6       Q.   You didn't pick up the phone and call

7  Mr. Acee or pick up the phone and call the

8  Government or send messages to somebody saying, "I

9  just want you guys to know that we're violating the

10  rules out here as it relates to our cooperation, and

11  we're not looking at our discovery because it's not

12  as important as looking at pornography."

13       A.   That's correct.  I preferred pornography,

14  yes.

15       Q.   Okay.  But from what you're saying is --

16  and some of the people did that from day one; right?

17       A.   From day one they reset the computer with

18  the idea that they can attempt to get Wi-Fi.

19       Q.   And so none of those people, from what I

20  understand, came forth because it wasn't for over

21  eight or nine months that they came out there to

22  Sandoval County and talked with you guys about how

23  the computers got reset; right?

24       A.   Correct.

25       Q.   So those people had been violating the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   rules for quite some time; right?

2        A.   That's correct.

3        Q.   In the meantime, not all the cooperators

4   were out there with you, were they?

5        A.   Excuse me?

6        Q.   There were only about five or six of you

7   who sort of violated the rules and lost their

8   tablets; right?

9        A.   Yes.

10        Q.   Can you name those?

11        A.   I can name some of them.

12        Q.   Okay.  Let's try it.  It was you?

13        A.   Me.

14        Q.   There was Roy Martinez?

15        A.   Correct.

16        Q.   All right.  Who else?

17        A.   Freddie Munoz.

18        Q.   Freddie Munoz?

19        A.   Benjamin Clark.

20        Q.   Benjamin Clark.  Jerry Armenta, Jerry

21   Montoya; right?

22        A.   Correct.

23        Q.   You know that Jerry Montoya was the one

24   that snitched you guys off; right?

25        A.   No, I don't know that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.  So those were the main ones,

2   were they not, that violated the rules as it relates

3   to their tablets; right?

4    A.   And a few others, yes.

5    Q.   But there were other people that were

6   cooperating at the time that still had their

7   tablets; right?  They weren't out there with you;

8   right?

9    A.   I don't understand the question.  Say

10   that --

11    Q.   There were more cooperators who had agreed

12   to take a plea and work for the Government than all

13   of those that were out there with you.  There were

14   more out there; more defendants who were in custody,

15   not necessarily in your pod.

16    A.   Yes.

17    Q.   All right.  So they hadn't reset their

18   computers or their tablets had they?

19    A.   I am not aware.  If they weren't with me,

20   I had no knowledge whether they reset their tablet.

21   But those that were with me reset their tablet.

22    Q.   So eventually we get to a point, after you

23   take your plea, that in September of 2016 Mr. Acee

24   asked you, even before that, "Hey, listen, Styx.  I

25   want you to sit down and provide me an account of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your life and membership in the gang."

2          Do you remember that?

3      A.    A general description of events, yes, sir.

4      Q.    A general description of events.  And you

5    did that; right?

6      A.    Yes, sir.

7      Q.    24 handwritten pages; right?

8      A.    Yes, sir.

9      Q.    And a couple of addendums; right?  In the

10   end, you got to a point where you're saying, "The

11   end," and then you wrote a few more pages; right?

12     A.    Yes, sir.

13     Q.    Like subsequent writings; right?

14     A.    Well, yes.  It was as I was writing the

15   journal, I left out something that I recalled later,

16   and I had already went to the next paper, so I added

17   a note to the PS.

18     Q.    So then you could go back and do the PS?

19     A.    Yes, sir.

20     Q.    And the time you were writing this report,

21   you were having communications with the Government

22   or with Mr. Acee letting him know that you were

23   still working on this, were you not?

24     A.    Yes, sir.

25     Q.    All right.  And would you share with him,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                     e-mail: info@litsupport.com

1  I think, some of the items that you were putting in

2  there, did you not, before you got the completed

3  version; right?

4       A.   I don't think that I shared.  During

5  preps, I mean, I put in the journal things that

6  we've talked about in the preps, but he didn't know

7  what was in the journal until he got it.

8       Q.   All right.  So after you did that, then

9  you still conditioned to have another series of

10  interviews and meetings with the Government, did you

11  not?  Or at least with Mr. Acee, did you not?

12       A.   Yes, I had additional prep.

13       Q.   Additional prep?

14       A.   Or debrief, is what you call it.

15       Q.   Debriefs, on May 8 of 2017, and then you

16  got to the point where there was going to be a

17  trial; right?  And then you went from doing debriefs

18  to trial preparation, did you not?

19       A.   Yes, sir.

20       Q.   A little bit of difference between

21  debriefs, where you're telling them what you know

22  about things, because they already knew a lot

23  because you had told them -- you had given them a

24  three-hour recorded interview, you had given them

25  your life history and talked with them a number of

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    times.  So you moved from the debriefing portion to

2    the trial preparation portion; right?

3         A.   Yes, sir.

4         Q.   So now it's not so much you talking; it's

5    them telling you what's going to happen and the

6    questions they would be asking you.  Isn't that

7    true?

8         A.   Some of it, yes, sir.

9         Q.   So that's called pretrial prep; right?

10        A.   Yes, sir.

11        Q.   And that's what you were talking about;

12   right?  That you went from the debrief part to

13   pretrial part; right?

14        A.   Yes.

15        Q.   Anytime there was going to be a hearing or

16   a trial or something like that, they would talk with

17   you and let you know what was going to happen, that

18   there would be this trial, and you would be called

19   as a witness; right?

20        A.   Prior to the trial, yes.

21        Q.   And you would go over what they were going

22   to ask you and what they thought the Government

23   lawyers may ask you and what documents you needed to

24   look at when it came time for them to show you the

25   documents; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    We would discuss my testimony.

 2        Q.    Yeah.   You've seen these pictures before.

 3   I mean, the pictures that we saw today, the

 4   Government had shown you those pictures before you

 5   ever came to trial, did they not?

 6        A.    Yes.

 7        Q.    So it wasn't a mystery whenever they put

 8   up a picture up on the board, you knew who that was;

 9   right?

10        A.    Yes.

11        Q.    It's called pretrial preparation.   They're

12   preparing you for trial; right?   They're preparing

13   you for what their theory of the case is, are they

14   not?

15        A.    They're preparing me, yes.

16        Q.    They're preparing you so you know what's

17   going to happen.   You knew you were going to come to

18   trial.   You knew you were coming today.

19        A.    Yes, sir.

20        Q.    And you met with these people recently,

21   did you not?

22        A.    Yes, sir.

23        Q.    When was the last time you met with them?

24        A.    I don't recall.   A week ago, maybe.

25        Q.    A week ago; all right.   And was it on a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  weekend?

 2       A.   I think it was on a weekend.

 3       Q.   So we come over here and do trial during

 4  the week right here from 8:00 a.m. to 5:00 or 6:00

 5  at night, and then on weekends they bring you over

 6  here so they can meet with you, or to their offices;

 7  right?

 8       A.   Yes, sir.

 9       Q.   So you could do trial prep; right?

10       A.   Yes.

11       Q.   And you've done that a couple of times;

12  right?

13       A.   Yes, sir.

14       Q.   And each time that that happens, depending

15  upon what the situation is going to be, the

16  Government will ask you about people who you know or

17  may have had conversations with that are going to be

18  at trial; right?

19       A.   Yes, sir.

20       Q.   So for instance, they may ask you about,

21  well, what about Billy Garcia; right?

22       A.   Yes, sir.

23       Q.   What about Arturo Garcia; right?

24       A.   Yes, sir.

25       Q.   You know, what about Edward Troup; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   So they're the ones that remind you that

 3   you didn't say this before; right?

 4        A.   They remind me that what?

 5        Q.   That you did not say anything about them

 6   before; right?

 7        A.   They do not remind me of that at all.  We

 8   go over my statement, the previous statements, and I

 9   give them my statement again.

10        Q.   So you rehearse?

11        A.   Yes, sir.

12        Q.   That should be called -- instead of

13   debriefing, it should be called -- or pretrial

14   preparation, it should be called rehearsal; right?

15        A.   As to the facts, yeah.

16        Q.   Yeah.  Getting ready for the game; right?

17        A.   Getting ready for trial, yes.

18        Q.   Preparing, looking at the game plan,

19   figuring out plays, what's going to happen.  Be

20   prepared so that we know what's coming down the

21   road; right?

22        A.   Yes, sir.  Along with your honesty.  They

23   make that a big point.

24        Q.   Well, honesty is what you say it is;

25   right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Honesty is honesty and they expect you to
 2   be honest.
 3        Q.    It's not like, as Mr. Burke talked with
 4   you about a while ago -- there's not a lot of --
 5   it's not like when you guys are running around the
 6   Penitentiary of New Mexico, back in 2007, that
 7   there's pictures that they can now bring up; right?
 8   They go and look for those pictures.
 9        A.    They've come up with a lot of pictures.
10        Q.    They have pictures of you talking to any
11   of these individuals in Jurassic Park?
12        A.    No, sir.
13        Q.    Okay.  So whatever happened, it's your
14   word about what somebody else says, because there is
15   nothing to document, is there?
16        A.    That's correct.  If I am who you say I am
17   in the S, why would it be hard to believe that we
18   had these discussions if I had the position that I
19   did.
20        Q.    Because, Mr. Archuleta, you have to
21   continue to perform for them or else your plea will
22   be rejected and you don't want that to happen;
23   right?
24        A.    I just have to tell the truth.
25        Q.    But the truth is what you say it is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   All right.  And we just have to believe
 3   you?
 4        A.   I'm there.  I know the truth.  I lived the
 5   life as an SNM Gang member for 25 years.  I have
 6   knowledge of incidents and conversations that took
 7   place.  That's how I lived.
 8        Q.   Hold on, Mr. Archuleta.
 9        MR. BLACKBURN:  Your Honor, I would ask
10   that that be stricken from the record.  That was not
11   a question.
12        THE COURT:  I'll strike that.  That was
13   not responsive to the question, and the jury will
14   disregard it.
15        And just listen to Mr. Blackburn's
16   questions.
17        THE WITNESS:  And answer yes or no, right.
18   BY MR. BLACKBURN:
19        Q.   That was one of the things you rehearsed;
20   yes or no?
21        A.   Answer the questions.
22        Q.   Answer the questions.  All right.
23        So you said that there was a time that you
24   had a conversation with -- let me go back.  I'm
25   sorry.  I'm getting ahead of myself.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          You talked about a time that -- there was

2    a time that you guys -- that you formed a tabla.  Do

3    you remember that?

4         A.   Yes, sir.

5         Q.   And that's when you were still there in

6    the penitentiary early on, was it not?

7         A.   Yes, sir.

8         Q.   So you've talked about the tabla, but at

9    one point in time, maybe in 2000, 2001, you tell me,

10   that you had the tabla that you said consisted of

11   Juan Mendez, Baby Rob, Michael Zamora, and Arturo

12   Garcia.  Do you remember that?

13        A.   I remember that, but I'm not sure of the

14   year.  I think maybe the tabla was created later

15   than 2001, but --

16        Q.   I'm asking you.  I mean, I'm asking you

17   when the tabla was created.  Do you know?

18        A.   It was created around 2003 or 2004, maybe

19   a little before, maybe a little after.  I didn't

20   keep a log.

21        Q.   But the tabla was created, basically, was

22   it not, so that there could be discussions about

23   what is going on with the SNM business; but you

24   described that, did you not, as the tabla was

25   created so basically they would agree to every

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                  e-mail: info@litsupport.com

```
 1   decision that I had made during the days of the
 2   mesa; right?
 3        A.   Yes.
 4        Q.   That's the way you described it.  That
 5   tabla was created to back up your decisions; right?
 6        A.   Yes.
 7        Q.   Because you were the leader; right?
 8        A.   I was one of them, yes.
 9        Q.   Now, you had put hits out on a lot of
10   people.  Arturo Garcia.  You put a hit out on him
11   one time, did you not?
12        A.   No, I didn't.
13        Q.   You didn't?  Never?
14        A.   Never.
15        Q.   You were angry with him on occasions, were
16   you not?
17        A.   Yes, I was.
18        Q.   So at one point in time in 2009, 2010,
19   this discussion you had with him you talked about
20   earlier with Mr. Garcia, when did that happen, when
21   you were talking to him in the yard at the North, I
22   think is what you said?
23        A.   Like when?  Like in the year --
24        Q.   Yeah, year.
25        A.   It was right before my release, probably
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   around 2010.

2       Q.   2010.  So that's a long time after the

3   Freddie Sanchez murder; right?

4       A.   Yes.

5       Q.   Because that was in 2010; right?

6       A.   Yes, sir.

7       Q.   So the time that you were talking about

8   this incident was several years after the fact;

9   right?

10      A.   Yes, sir.

11      Q.   And you said you were in the North

12  facility, and you basically said that you had heard

13  that, through Mr. Troup or somebody, that the

14  Rascons had not been involved in the incident down

15  in Southern New Mexico.  Do you remember that?

16      A.   I don't recall.

17      Q.   All right.  But anyway, you're having this

18  discussion allegedly with Mr. Garcia in the yard;

19  right?

20      A.   Yes, sir.

21      Q.   And you basically were upset with him, and

22  you made it very clear that you were upset because

23  you had put a hit on the Rascons and that had not

24  been acted on as stated; right?

25      A.   One explanation, yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                          1-800-669-9492
                                                e-mail: info@litsupport.com



1     Q.   You wanted to know why, if you put a hit

2  on those, why that was no longer in effect; right?

3     A.   Why it wasn't done.

4     Q.   Why it wasn't done.  And you're saying

5  that his explanation to you was that some type of

6  paperwork had been given to Clark, and Clark took

7  that paperwork down to Southern New Mexico, because

8  that's where Fred Dawg was, and they didn't do a hit

9  on him and he changed the rules; right?

10    A.   He changed the hit.

11    Q.   He changed the hit.

12    A.   Yes.

13    Q.   Because Clark was a keyholder for that

14 facility down there, was he not?

15    A.   Yes, sir.

16    Q.   And so Clark could take the paperwork down

17 there and sit around with all those people and tell

18 them, "Here's what's going on"; right?  Because he's

19 the keyholder to that pod; right?

20    A.   Yes, sir.

21    Q.   But Earn Dog was also the keyholder to

22 another pod, was he not?

23    A.   I'm not sure.

24    Q.   So who takes precedence?  Clark or Earn

25 Dog?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Whatever comes from Arturo and the tabla,
2  that's what takes precedence.
3      Q.   So did you know that Billy Cordova tried
4  to kill Fred Dawg about in 2005, 2006 by stabbing
5  him?
6      A.   I wasn't aware that Fred Dawg got stabbed,
7  no.
8      Q.   I don't know that he ever made it, but are
9  you aware that Billy Cordova tried to kill him at
10 the North facility?
11     A.   I was not aware.
12     Q.   I'm sorry, not the North facility.  The
13 South facility.  I'm sorry.  Is this the first time
14 you're hearing this?
15     A.   That Billy Cordova tried to kill Earn Dog
16 Sanchez?  That's the first time.
17     Q.   Wow.  A good reason for you to read the
18 tablet as opposed to looking at the porn; right?
19     A.   Once the porn was there, I was was no
20 longer able to look at it.  But...
21     Q.   But you knew for a fact that members were
22 going to be moved to -- as you said, Fred Dawg was
23 going to be moved to the South, and had been down to
24 the South for a long time, for the better part of
25 five or six months, and no one had taken any action

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   on him, in particular the people that you wanted to

2   do the hit, which was the Rascons; right?

3       A.   No, I didn't want the Rascons to do the

4   hit.  That wasn't my idea.  My idea was --

5       Q.   To take Fred out regardless.

6       A.   The Rascons --no, that didn't concern me.

7   My issue was:  There was a hit on the Rascon

8   brothers from myself and why that wasn't observed.

9       Q.   All right.

10      A.   So what if there's a hit on Fred Dawg?

11  It's something he came up with.

12      Q.   So supposedly, according to you, you knew

13  for a fact that the Rascons had been down in

14  Southern New Mexico for quite some time, did you

15  not?

16      A.   Yes, sir.

17      Q.   And you knew also that Fred Dawg was down

18  in Southern New Mexico, did you not?

19      A.   No, I did not.

20      Q.   Well, I think you said -- you said that

21  they were all in the same pod down there; right?

22      A.   Yeah, I became aware of that after.

23      Q.   And you said there was something about a

24  roll call so that somebody knows who has been there.

25  Like, for instance, tell me who is in this pod, this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1  pod, and this pod; right?

 2        A.   Yes.

 3        Q.   And a roll call takes -- for somebody --

 4  you don't pick up the phone and say, "Hey, Ben

 5  Clark, can I talk with you?  Can you tell me what's

 6  going on down there?"  This isn't something that

 7  takes 10 minutes if you have a smart phone, does it?

 8        A.   That's correct.

 9        Q.   It takes a long period of time to do that,

10  does it not?

11        A.   No, sir, you can be in communication with

12  other people's visitors.  I could be in contact with

13  Benjamin Clark's wife, who goes to visit him in

14  Cruces.  So our wives talk and we communicate and

15  it's a day or two, two days.

16        Q.   But if there's no visitors going in, and

17  there's no visitation going on, and no one is coming

18  in and saying, "We did it through our wives," or

19  anything like that, it's going to take a while to do

20  a roll call; right?  If you're just going through

21  inter-prison mail; right?

22        A.   Yes.

23        Q.   That doesn't happen overnight; correct?

24        A.   Correct.

25        Q.   Because to get inter-prison mail, first of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  all, it's got to get by the guards, the STIU cops;

2  right?

3       A.   Yes.

4       Q.   And to make sure then it's going to go

5  down to somewhere, even if it's going from the North

6  facility to the South facility, that does not happen

7  overnight when you're doing it via mail; right?  It

8  takes quite a bit of time; right?  Because first of

9  all, I've got to get by the STIU cops; right?

10      A.   Yes.

11      Q.   And assuming that happens, it's still not

12 like it's going to get over there overnight; right?

13      A.   Correct.

14      Q.   So it's not like mailing something from

15 the Federal Express, you mail something in

16 Albuquerque and it's going to Belen.  It goes all

17 the way to the Federal Express facility in Memphis,

18 Tennessee, before it comes back.  Sort of what

19 happened with inter-prison mail.  It's slow as

20 molasses; right?

21      A.   A week.

22      Q.   At a minimum; right?  That's just to get

23 it down there.  How long does it take to get it

24 back?

25      A.   Another week.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So we're talking a long period of time, in

2  particular, if they have to write about something;

3  right?

4    A.   Yes.

5    Q.   So you were really upset, as you said.

6  You said you've given -- you have made it clear --

7  you were making it clear to Arturo that day that you

8  were upset with him because he did not act on the

9  Rascons, because you had put the hit on the Rascons;

10  right?  Another person that you wanted these people

11  to be able -- you were upset with him because they

12  took the wrong side; isn't that true?

13    A.   That was an agreement between me and

14  Arturo, yes.

15    Q.   But he didn't act on that, did he?

16    A.   Yes, and I wanted an explanation, yes.

17    Q.   So you wanted to hit him, did you not?

18    A.   I did not want to hit him.

19    Q.   To this day, you're writing this document

20  in September of 2016 after you had left, after you

21  had gone to Tennessee, after you had decided your

22  life was changing, after you had entered a plea, and

23  you're writing this document and you're putting in

24  here, "I was upset that he had canceled the hit on

25  Cheeky"; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I was.  I was.  But there was never no
 2   green light on him, on Arturo Garcia.
 3        Q.    All right.  Can a green light ever be
 4   lifted?
 5        A.    I suppose it can.
 6        Q.    You can lift one?
 7        A.    If I put it, yes.
 8        Q.    And I think you stated today that the
 9   paperwork that Arturo Garcia had on Fred Sanchez was
10   basically given to Clark before he went down to
11   South.  Isn't that what you're telling us?
12        A.    He was made aware of some paperwork.  I'm
13   not sure how it got --
14        Q.    Well, did you not state earlier today
15   that --
16        A.    He either sent it with Benjamin or sent
17   word about it with Benjamin.
18        Q.    I think it's been clear in all of your
19   debriefs that you basically -- or in your writings
20   that you said that when you're recalling --
21             MR. BECK:  Objection, relevance to what
22   Mr. -- to what counsel thinks is clear from --
23             MR. BLACKBURN:  I will restate that, Your
24   Honor.  I'm sorry.
25             THE COURT:  All right.  Please do.
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                              1-800-669-9492
                                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  BY MR. BLACKBURN:
 2       Q.   Did you not state that the paperwork was
 3  given to Ben Clark for him to take down to Southern
 4  New Mexico?
 5       A.   I don't recall.  Either it was given to
 6  him or he was told about it.  Word was sent, is the
 7  idea that I was trying to say.
 8       Q.   Did you know that Ben Clark checked
 9  himself in before the night that this happened, or
10  the day that this happened?
11       A.   No, I wasn't aware of that.
12       Q.   Well, you talked to Ben Clark.  You were
13  upset with Ben Clark.  Did Ben Clark ever say, "Hey,
14  King leader, here, you know the situation that
15  happened down there?  I checked myself in and didn't
16  participate in what was going on with Fred Dawg down
17  in Las Cruces." Did he ever tell you that?
18       A.   No, sir.
19       Q.   Well, that's not being very honest with
20  you, is it?
21       A.   No, sir.
22            MR. BLACKBURN:  May I have just a second,
23  Your Honor?
24            THE COURT:  You may.
25            MR. BLACKBURN:  I'll pass the witness.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Thank you, Mr. Blackburn.

 2              Mr. Solis.

 3              MR. SOLIS:  I have three quick questions,

 4   Your Honor.

 5              THE COURT:  All right, Mr. Solis.

 6                   CROSS-EXAMINATION

 7   BY MR. SOLIS:

 8       Q.    Hello, Mr. Archuleta.  How are you, sir?

 9       A.    Good.

10       Q.    Given your long-time membership in the

11   SNM, I'll ask you three questions that you know the

12   answer to, Mr. Archuleta.  So being a member of the

13   SNM or a former member, a longtime member of this

14   association, so you say, is it fair to say that the

15   Department of Corrections always has the SNM under

16   close scrutiny, always on their radar?

17       A.    I would say yes.

18       Q.    You would say yes?

19       A.    Yes.

20       Q.    So if something happens, that's even more

21   true, that they're even under more scrutiny and take

22   some reactive steps, maybe?

23       A.    Yes.

24       Q.    And the final question is:  When that

25   something happens, it tends to reflect on all SNM
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  members.  Isn't that true?

2       A.   I don't understand the question.

3       Q.   Sure.  When something happens, you know,

4  you being under -- the members being under the

5  scrutiny and radar of the Corrections, it reflects

6  on all of you.

7       A.   They lock us down.  Is that what you mean?

8       Q.   Sure.  All of them.

9       A.   Yeah.

10          MR. SOLIS:  Thank you.

11          THE COURT:  Thank you, Mr. Solis.

12          Mr. Benjamin?

13          MR. BENJAMIN:  Your Honor I'd move,

14  without objection, for Government's 693 and request

15  permission to publish as well.

16          THE COURT:  Any objection to that,

17  Mr. Beck?

18          MR. BECK:  No, Your Honor.

19          THE COURT:  All right.  Any other

20  defendant?

21          Not seeing or hearing any objection,

22  Government's Exhibit 693 will be admitted into

23  evidence.

24          (Government Exhibit 693 previously

25  admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2   BY MR. BENJAMIN:
 3        Q.   We keep hearing about these rules being
 4   hard and fast in the SNM; right?
 5        A.   Yes.
 6        Q.   And one of the rules is:  You don't
 7   pretend to be somebody you're not.
 8        A.   I would suppose.
 9        Q.   If I get sent to prison, I shouldn't walk
10   in and tell somebody I'm SNM?
11        A.   If you're not.
12        Q.   Who is Billy Boxer?
13        A.   Billy Boxer?
14        Q.   Yes.
15        A.   I don't know a Billy Boxer.
16        Q.   You don't know a Billy Boxer, who you
17   sponsored into the SNM?
18        A.   I don't recall a Billy Boxer or sponsoring
19   in a Billy Boxer.
20        Q.   Do you remember meeting a kid?
21             THE COURT:  Mr. Benjamin, I'm going to
22   take 693 out.  It was admitted on April 12.  So it's
23   already in evidence.  So I'm not going to admit it
24   twice.  We'll rely on the prior --
25             MR. BENJAMIN:  I apologize, Your Honor.  I
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  looked and I missed it.

2  BY MR. BENJAMIN:

3       Q.   Do you remember meeting a kid at the

4  methadone clinic?

5       A.   I remember a kid being brought to me, yes.

6       Q.   And it was you and him at the methadone

7  clinic; right?

8       A.   He was brought to me by Willie Amador,

9  yes.

10      Q.   And he tells you who he is, and he tells

11 you he was brought into the SNM by Gerald Archuleta;

12 right?

13      A.   Yes, that was explained to me by Willie,

14 that this kid says he knows a Gerald Archuleta, that

15 he's good friends with him, and he brought him in,

16 yes.

17      Q.   You're kind of smiling; right?  Do you

18 remember the story?

19      A.   It was like a joke, because this guy

20 didn't even know he was talking to Gerald Archuleta,

21 and he wasn't even an SNM Gang member, as far as I

22 knew.

23      Q.   Right.  And it starts out kind of, as far

24 as you knew, but then you're sure by the end of this

25 that you don't know this kid?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    That's correct.

2      Q.    You didn't bring this kid into the SNM?

3      A.    No, sir.

4      Q.    He's not an SNM member?

5      A.    That's correct.

6      Q.    Okay.  You didn't ever end up taking any

7  action against this kid, did you?

8      A.    No, sir.

9      Q.    And that violates one of your rules?

10     A.    Not really.

11     Q.    Not really?

12     A.    He wasn't an SNM Gang member.  If we were

13  in prison, we might have slapped him around.  But

14  we're on the streets at the methadone clinic.  We

15  thought it was a joke, funny, that this kid would be

16  making claims to knowing somebody standing in front

17  of him, and we thought of it as a joke.

18     Q.    You thought of it as a joke at that

19  particular time because that's a decision you made

20  on the spot.

21     A.    Right.

22     Q.    That was just your interpretation of the

23  rules and how you wanted to implement and use the

24  rules on that day?

25     A.    I didn't even think of the rules.  I just

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  thought of it as a joke.

2      Q.   Because they aren't really rules; right?

3  They're just kind of suggestions or things that you

4  like to pass around.  But they don't have any real

5  meaning?

6      A.   It depends on which rule you're talking

7  about.

8      Q.   Well, I mean, the whole rule about being

9  an informant; right?

10     A.   Yes, there is a rule against that.

11     Q.   Would it surprise you that there is

12 approximately 100, quote, unquote, SNM members that

13 have been rounded up in this indictment or in other

14 related cases?

15     A.   No, it wouldn't surprise me.

16     Q.   Okay.  And I don't have the numbers in

17 front of me, but about half of those are

18 cooperating?

19     A.   That wouldn't surprise me.

20     Q.   That doesn't sound like a real

21 hard-and-fast rule not to cooperate.

22     A.   They know the consequences.

23     Q.   Well, that's what you're telling us,

24 but -- so did everybody on the streets know the

25 consequences not to impersonate a gang member;

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                          e-mail: info@litsupport.com

 1   right?

 2        A.   It's completely different.  Cooperating

 3   and impersonating a gang member -- you've seen the

 4   pictures of these murder victims.  That's for

 5   cooperating.

 6        Q.   Government's 693, please.

 7             That's you; right?

 8        A.   Yes, that's me.

 9        Q.   Okay.

10        A.   Yeah, that's me.

11        Q.   That was you essentially on April 28 when

12   you were finally brought back to New Mexico; right?

13        A.   Yes, sir.

14        Q.   Okay.

15        A.   I believe I had already been back for a

16   while, but --

17        Q.   Okay.  For lack of a better term, that's a

18   booking photo; right?

19        A.   That was the day of the superseding

20   indictment.

21        Q.   Okay.  The one that you managed to skip

22   out on; right?

23        A.   I was included in it.

24        Q.   As Count 8, but you were kind of included

25   as a special person.  Your deal was already set in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   stone when they made that new indictment; right?
 2        A.   It wasn't set yet.
 3        Q.   You hadn't started cooperating in January
 4   of 2016?
 5        A.   Yes, I started cooperating.  But the
 6   deal -- the plea wasn't given to me as to what I
 7   would be getting until after that.
 8        Q.   Well, when they filed the second
 9   superseding indictment, they filed it with a charge
10   that capped you at life?
11        A.   No.
12        Q.   Right?  Well below life?
13        A.   Yes, sir.
14        Q.   It capped you at what?
15        A.   Three years.
16        Q.   And so your deal was set in stone; right?
17        A.   Okay.  Yes.
18        Q.   I mean --
19        A.   Yes.
20        Q.   Okay.
21             MR. BENJAMIN:  Your Honor, may I ask, I
22   was going to get into another line of questioning,
23   the first of which is I was going to ask him to
24   review a document?  Is this a good time for a break?
25             THE COURT:  It's a little early for it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Go ahead and review the document.

2          MR. BENJAMIN:  May I approach?

3          THE COURT:  You may.

4    BY MR. BENJAMIN:

5      Q.   Do me a favor.  Take a look at that and

6    tell me if you recognize what that is.  I'm going to

7    give you a clean copy so you don't have to read my

8    handwriting.  But that's referred to as a Kastigar

9    letter?

10     A.   Yes.

11     Q.   And you kind of moved away from the

12   microphone.

13     A.   Yes, sir.

14     Q.   That was given to you in January of 2016;

15   right?

16     A.   Yes, sir.

17     Q.   And that's a debrief at the Federal Bureau

18   of Investigation's office; right?

19     A.   Yes, sir.

20     Q.   And you sat down, presumably you, your

21   attorney, and several agents?

22     A.   Yes, sir.

23     Q.   And the reason for that -- I guess a

24   better way to ask it is:  What do you understand the

25   reason to be for that Kastigar letter?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1        A.    So I wouldn't be charged with things that

 2   I admitted to as a part of the SNM Gang.  I mean,

 3   activities that I took part in as SNM Gang, is how I

 4   understood it.

 5        Q.    And that was limited to the information

 6   that you were going to provide orally, though;

 7   right?

 8        A.    Would you repeat the question?

 9        Q.    Okay.  I think -- and you kind of

10   explained it pretty good.  You were going to sit

11   down with them, with the FBI, and they were going to

12   ask you questions which a lot of times start out

13   with, "Tell me what you know," or something general;

14   right?

15        A.    Yes, sir.

16        Q.    Is that what happened?

17        A.    Yes, sir.

18        Q.    Then they may have said, "Tell me what you

19   know about the SNM"?

20        A.    Yes, sir.

21        Q.    And when you started talking about the

22   SNM, you understood that they were not going to not

23   use the statements that you make at that debriefing.

24        A.    Yes, sir.

25        Q.    Did they explain to you that they could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   use other information they had against you?
 2        A.   No, sir.
 3        Q.   Okay.  Are you aware of what the term
 4   "derivative use" means?
 5        A.   No, sir.
 6             MR. BENJAMIN:  May I approach Your Honor?
 7             THE COURT:  You may.
 8   BY MR. BENJAMIN:
 9        Q.   That's a clean copy.  Go ahead and take a
10   look.
11        A.   Review the Kastigar?
12        Q.   Actually, the second sentence.  I was
13   getting ahead of myself.  I apologize.
14             MR. BECK:  And Your Honor, I'm going to
15   object to hearsay.  I don't think he needs his
16   memory refreshed yet.  I don't mind it sitting
17   there, but not testifying from the document.
18             THE COURT:  I'm not sure how much in there
19   is going to be hearsay, so I'll let Mr. Benjamin
20   conduct his cross with it.  Overruled.
21   BY MR. BENJAMIN:
22        Q.   That's a copy of your Kastigar letter;
23   correct?
24        A.   Yes.
25        Q.   It's dated January 21, 2016, and then it's
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    signed by you on the back, the second page.

2         A.   Yes, sir.

3         Q.   And that says, "No statements made by your

4    client during the debriefings will be used in the

5    Government's case-in-chief against your client in a

6    criminal case"; right?

7         A.   Yes.

8         Q.   I'm referring to paragraph 2.

9         A.   Yes, sir.

10        Q.   You understand what a criminal case is;

11   right?

12        A.   Yes, sir.

13        Q.   That's what we're in right now?

14             MR. BECK:  May we approach, Your Honor?

15             THE COURT:  You may.

16             (The following proceedings were held at

17   the bench.)

18             THE COURT:  What are you thinking?

19             MR. BECK:  I think he's just reading from

20   the document.  It's hearsay.

21             THE COURT:  Well, I guess I don't see

22   what's hearsay in a Kastigar letter.  What's going

23   to be hearsay?

24             MR. BECKER:  I think he's offering the

25   statement that we're not using the statements

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    against him in the case-in-chief for the truth of

2    the matter asserted.

3            THE COURT:  Well, it's a contract, in the

4    Government's words.  I guess I'm having a hard time

5    seeing what the problem is.

6            MR. BECK:  I think it's both parties'

7    words.  I think the problem is hearsay.

8            THE COURT:  It's kind of like a contract,

9    though.  That wouldn't be hearsay.

10           MR. BECK:  Not if it's being offered for

11   the legal effect of the contract.

12           THE COURT:  It's like your contracts you

13   had in the SNM case, you had organizational charts

14   and things like that in the first trial.  It's kind

15   of like that, isn't it?  Just the rules of the

16   organization.  It's the rules of the relationship.

17           MR. BECK:  Well, and I think we were

18   offering that for a different purpose, for the

19   purpose that the rules were there; not for the

20   purpose of statements in there.  I mean, I think he

21   can ask.

22           THE COURT:  Even if it's statements, it's

23   the Government's statements, it's kind of hard to

24   keep it out.  I don't know.  I'm going to probably

25   let Mr. Benjamin do what he wants with this.  I'll



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   think about it over our lunch hour, but it's not
 2   ringing any bells for me.
 3            MR. BENJAMIN:  Thank you.
 4            (The following proceedings were held in
 5   open court.)
 6            THE COURT:  All right, Mr. Benjamin.
 7            MR. BENJAMIN:  Thank you, Your Honor.
 8   BY MR. BENJAMIN:
 9       Q.   We were talking about -- we're in a
10   criminal case right now?
11       A.   Yes, sir.
12       Q.   And so in the debriefing they're not
13   allowed to use any statements that you provide them
14   in that debriefing; right?
15       A.   As I understood it.
16       Q.   Thank you.  Like a lot of contracts, there
17   is an exception down below that refers to something
18   else.  It refers to paragraph 3 that's right below
19   what we're talking about.
20            MR. BECK:  Your Honor, if he wants to move
21   it into evidence, we don't have a problem with that.
22            THE COURT:  Do you want to move it in?
23            MR. BENJAMIN:  I will move it in, Your
24   Honor.
25            THE COURT:  Do you have a number
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Ms. Gilbert?

 2            MR. BENJAMIN:  Ms. Gilbert will give me

 3   one if I could have just a minute, Your Honor.

 4   BC-1.

 5            THE COURT:  Any objection?  Not hearing or

 6   seeing any, Defendant's Exhibit BC-1 is admitted

 7   into evidence.

 8            (Defendants' Exhibit BC-1 admitted.)

 9            MR. BENJAMIN:  May I approach the witness?

10            THE COURT:  You may.  Why don't we take up

11   questions about it after lunch?

12            All right.  We'll be in recess for about

13   an hour.  All rise.

14            (The jury left the courtroom.)

15            THE COURT:  All right.  We'll be in recess

16   for about an hour.

17            (The Court stood in recess).

18            THE COURT:  Let's go on the record.  We've

19   got all the defendants and attorneys for everybody.

20            Mr. Solis, you wanted to say something, so

21   why don't I give the floor to you.

22            MR. SOLIS:  Well, I guess the Court is

23   wondering where we're at on this proposed

24   stipulation.

25            THE COURT:  Yeah.  I can't force a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   stipulation, but if you step to the podium and say
 2   the things I sort of sketched out, I guess I'd be
 3   inclined to uphold an objection under 403 that why
 4   do we need the evidence if you're not contesting
 5   that.
 6            MR. SOLIS:  So you would require that I do
 7   that in front of the jury?
 8            THE COURT:  Well, I think they need to
 9   hear that you're not contesting that.
10            MR. SOLIS:  I don't like the optics of
11   that, stepping up here and saying we're not
12   contesting the items His Honor talked about.
13            THE COURT:  I understand that.
14            MR. SOLIS:  Again, my position is that,
15   one, having looked at the indictment, these
16   activities are here just December of this year.  I
17   would argue it's beyond the parameters and scope of
18   the indictment for this racketeering activity.  And
19   again, as I mentioned this morning, what I'm
20   suggesting is the problem here tracks basically the
21   language of 403, Your Honor, in that this evidence
22   constitutes unfair prejudice for the reasons I
23   mentioned; undue delay.  The Court is concerned
24   about that.  Wasting time.  The Court has made it
25   clear that it's a major concern; and needlessly
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    presenting cumulative evidence.  We've had multiple

2    witnesses now, and the record is pretty much replete

3    with evidence of racketeering activity.

4            One of the cases I wanted to cite earlier

5    was U.S. versus Varoudakis.  And one of the holdings

6    there was that prejudice to an opponent can be said

7    to be unfair when the proponent of the evidence

8    could prove the fact by other nonprejudicial

9    evidence.  I think there is plenty of that already

10   in the record.

11           The unfair prejudice here promotes the

12   jury's instinct to punish.  And again, my concern is

13   that should there be some doubt, given the dubious

14   character and nature of the witnesses that --

15   alleging participation in murder, and then they hear

16   this evidence just in December, that they would be

17   provoked to punish simply on that new, more recent

18   racketeering -- alleged racketeering evidence.

19           So those are my concerns, Your Honor.

20   Should the Court rule not in my favor, then here's

21   the other concern I have.  I'd like to see how

22   they're going to authenticate these calls.  What I

23   don't want to happen is the calls be played and then

24   they offer in evidence and it turns out that the

25   custodian for those calls is not correct or is not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   appropriate, and then we'd object, the Court would
 2   sustain the objection, but you can't unring that
 3   bell once those calls are played, Your Honor.
 4             So that's kind of where we're at, Your
 5   Honor.
 6             THE COURT:  Okay.  Well, I understand.
 7   All right.
 8             Mr. Castle, you had something?
 9             MR. CASTLE:  Yes, Your Honor.  This
10   suggested process that the Court had indicated
11   concerning Mr. Munoz -- we are objecting to it.
12   Credibility is everything.  Your Honor was a trial
13   lawyer.  I'm already going to have a jury who I put
14   a competency requirement on in opening, it's not
15   been denied.  We've got convictions of Mr. Archuleta
16   that are being denied, and I've got to tell you, I
17   feel in some ways this is putting me differently
18   than everyone else.
19             Yesterday Ms. Armijo got up in front of
20   the jury and was making a point with Sammy Griego
21   that he really didn't have any other convictions --
22   not really; that he didn't have any convictions that
23   were not drug convictions.  And the question was:
24   "So is it fair to say that your convictions all
25   revolved around controlled substances?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          "Answer:  Yes, ma'am.  Trafficking."

2          It was only because we did our homework

3    that the jury wasn't mislead.  We're not doing the

4    instruction against her.  We're not saying,

5    Ms. Armijo, get up here in front of the jury and

6    tell everybody you accidentally misled them.  Other

7    attorneys -- I'm not trying to make anybody look

8    bad -- other attorneys have questioned witnesses,

9    and I'll just use Mr. Griego as an example.  You

10   know, Mr. Griego is asked questions like, "Look.

11   You go back with the pretrial meeting with the

12   prosecutor, and you're told, 'Sleazy, you can't say

13   that.  You've got change your story, because you're

14   getting paid $15,000.'"

15         You know, and so if we're going to start

16   doing this and we're going to all have to retract

17   something that we made a mistake about, I think that

18   it has to be everyone.  Otherwise, I'm getting

19   singled out.

20         Your Honor, the definition of antisocial

21   personality disorder -- Mr. Munoz demonstrates all

22   the attributes, every single one of them.  I don't

23   think any of us can feel any confidence he hasn't

24   been diagnosed; it's just we haven't gotten medical

25   records at the time.  I'm not relitigating that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          So I really feel like if I have to do this

2    in front of a jury, and no one else does, it really

3    puts us at a disadvantage.  And I feel bad what

4    happened, Judge.  That's not the issue.  But he

5    answered, "No, I'm not," and I haven't put on any

6    evidence that shows an actual diagnosis, and I think

7    the jury knows if I had it, I would, because we did

8    it with the other witnesses, and I showed them where

9    they were diagnosed right there in the record.

10          So I think we're trying to swat a fly with

11   a bazooka here, and I just feel like this is unfair

12   to both myself and my client.

13          THE COURT:  All right.  Well, let me think

14   about it.  It sounds like I may have to draft my own

15   instruction.  I will tell the Government that this

16   Cupit thing just seems real borderline.  I'm not

17   inclined to allow the Government to increase it to

18   1.35 and be up to two hours with this guy.  If I

19   don't totally exclude him, then I'll probably keep

20   you to the .6 that was on the original sheet.

21          MS. ARMIJO:  Your Honor, the sheet was

22   .75.

23          THE COURT:  You know, it was .6, then it

24   went to 1.35.  This is the wrong direction to be

25   going.  All rise.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1                 (The jury entered the courtroom.)
 2                 THE COURT:  We need to wait just a minute
 3     here to get Mr. Archuleta back on the stand.
 4                 All right, Mr. Archuleta, if you'll come
 5     back up to the witness box, and I'll let you know
 6     you're still under oath.
 7                 Mr. Benjamin, if you wish to continue
 8     cross-examination of Mr. Archuleta, you may do so at
 9     this time.
10                 MR. BENJAMIN:  Thank you, Your Honor.
11                 THE COURT:  Mr. Benjamin.
12     BY MR. BENJAMIN:
13         Q.   Mr. Archuleta, did you have a chance to
14     take a look at that letter over the lunch hour?
15         A.   Yes, I kind of looked over some of it.
16         Q.   Okay.  And that doesn't say that you're
17     not going to be charged; right?
18         A.   That's correct.
19         Q.   I'm sorry?
20         A.   That's correct.
21         Q.   Okay.  And it just says statements you
22     said in debrief aren't going to be used against you.
23         A.   Yes, sir.
24         Q.   We covered this briefly, but I wanted to
25     find out:  When you were housed with the other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  cooperators -- I'm not asking the facility -- one of

2  those individuals with you was Billy Cordova;

3  correct?

4      A.   Yes, sir.

5      Q.   And Billy Cordova is one of the

6  individuals who I guess reset his tablet, is the

7  term we're using?

8      A.   Billy Cordova did not have a tablet.

9      Q.   But the tablets were being passed around?

10      A.   Not with Billy Cordova, no.

11      Q.   Why was he special?

12      A.   He wasn't with us at the time we reset our

13  tablets.

14      Q.   When did you reset your tablet?

15      A.   I reset it when I got it.  Whenever they

16  issued them to us, that week, I would say, at the

17  facility we reset our tablet.  We wiped it clean,

18  trying to get Wi-Fi, but we weren't able to obtain

19  Wi-Fi until we got to Sandoval County.  However, the

20  tablets were already wiped clean.

21      Q.   Do you remember the tablets came to you

22  with discovery on them; right?

23      A.   Yes, sir.

24      Q.   Then they got the tablets shipped back,

25  and then the tablets came back with more discovery?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Not ours.
 2        Q.    And then all of the tablets were being
 3   shipped back, and then all the tablets came back
 4   again with more discovery?
 5        A.    At the time that our tablets were to be
 6   collected, we advised our lawyers that we would -- I
 7   don't know the word for it -- but just that we
 8   didn't need our tablets updated.
 9        Q.    There was a protective order that the
10   marshals and the jails were inspecting those tablets
11   under.  And the first time that was brought up was
12   when that was brought up in April of 2017 that the
13   tablets had been wiped; yes?
14             MR. BECK:  Objection, foundation, hearsay.
15             THE COURT:  Overruled.
16   BY MR. BENJAMIN:
17        Q.    You have a look on your face.
18        A.    I'm trying to understand the question you
19   asked me.
20        Q.    The tablets were given to you in August of
21   2016?
22        A.    While we were at the North facility.
23        Q.    Right?  Okay.  And then the tablets would
24   be taken back and reloaded with discovery?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And the tablets were accounted for.  They

2    were shipped back and shipped to the facility, and

3    everybody wanted to know where all the tablets were,

4    mainly the people that paid for them; right?

5    A.    Yes.

6    Q.    So they were shipped back about once a

7    month or once every other month.

8    A.    Yes.

9    Q.    And then in April of 2017 is when the news

10   was told to everybody that some people had reset

11   their tablets?

12   A.    Okay.

13   Q.    So it wasn't the first week that you had

14   the tablet that the tablets were reset.

15   A.    Yes, it was.  That was the first time we

16   reset it.  We weren't able to obtain Wi-Fi until we

17   got to Sandoval County, but we reset them

18   immediately, thinking there was a way that we might

19   be able to obtain Wi-Fi.  The North facility wasn't

20   able to obtain Wi-Fi at the time we reset our

21   tablet, until we were moved to Sandoval County

22   because it was next to a Walmart and we were

23   receiving Walmart Wi-Fi.

24   Q.    I want to be clear.  Your position is your

25   tablet was reset as of August or September of 2016?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.   It was reset shortly after I got it,

2    whenever it was issued to me.  It was reset at the

3    North facility, yes.

4        Q.   And all I'm looking for is a yes or no,

5    because I'd like to move on.  Was that August?

6        A.   I'm not sure about the dates, and all

7    that.  So that's why I elaborated.  But go ahead.

8        Q.   Was it August of 2016?

9        A.   I have no idea.

10       Q.   Was it September of 2016?

11       A.   I have no idea.

12       Q.   Was it November 2016?

13       A.   What was?

14       Q.   What date was your tablet reset by, in

15   your opinion?

16       A.   Can you tell me when they were issued to

17   us.

18       Q.   Let's say they were issued August 1st of

19   2016.

20       A.   If they were issued August 1st, if I got

21   my tablet on August 1st, I reset tablet by August

22   14, I would say.  Those are just approximately.

23       Q.   And that's fine.  One of the things that

24   you talked about was how you had others kill for

25   you; right?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    You issued orders and other people did

 3   that?

 4        A.    Yes.

 5        Q.    You let others face the danger for you of

 6   being injured.

 7        A.    That comes with leadership and soldiers.

 8        Q.    But coming with -- leadership also comes

 9   with accepting responsibility to your actions;

10   right?

11        A.    I'm doing that today.

12        Q.    You're accepting a life sentence today?

13        A.    I'm accepting responsibility for all the

14   things that I participated in with the SNM.

15        Q.    Under a three-year deal.

16        A.    That's correct.

17        Q.    You didn't get a sentence that's

18   commensurate with what you did?

19        A.    No, sir, I wasn't.

20        Q.    Your sentence is not equal to what you've

21   done?

22        A.    No, sir.  I wasn't charged with a double

23   murder.  I was charged with assault on an inmate,

24   conspiracy to assault, which carried three years,

25   but some of these individuals are charged with
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    double murders.

2          MR. BENJAMIN:  Objection, Your Honor,

3    nonresponsive.

4          THE COURT:  I'm going to strike that

5    answer, and the jury will disregard it and not

6    consider it in its deliberations.  Mr. Benjamin.

7    BY MR. BENJAMIN:

8     Q.   You're not facing a life sentence?

9     A.   No, sir.

10    Q.   You're not facing the dangers that others

11   faced when you told them to take and execute hits

12   for you; right?  Frederico Munoz?

13    A.   No, sir.  The only thing I'm facing is

14   being executed by active SNM Gang members because of

15   my cooperation.  That's all that I'm facing.

16    Q.   And you would have us believe that even

17   though you didn't do anything to Billy Boxer?

18    A.   Do you actually believe that if people

19   cooperate against the SNM that you won't be targeted

20   for execution?

21    Q.   I don't believe you, no.

22    A.    I took part of it, I know, because I was

23   part of that life.  I was involved in the murder of

24   Matthew Cavalier, and he was executed because he was

25   an informant, and that's how I know, and that's a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   fact.
 2        Q.    And you got four years for that.
 3        A.    That's a fact, yes.
 4        Q.    And you could still be charged for that
 5   offense?
 6        A.    I have no idea.
 7        Q.    But you can still be charged for that
 8   offense.  That murder was in furtherance of SNM
 9   activities; right?
10        A.    Yes, sir.
11        Q.    And you've been promised that all you're
12   going to get for the 12 assaults that you did in
13   furtherance of the SNM, for the Matthew Cavalier
14   murder in furtherance of the SNM, is three years if
15   your plea agreement is accepted.
16        A.    Yes, sir.
17              MR. BENJAMIN:  Pass the witness.
18              THE COURT:  Thank you, Mr. Benjamin.
19              Any other defendant have cross-examination
20   of Mr. Archuleta?
21              Mr. Cooper.
22              MR. COOPER:  Thank you, Your Honor.  May
23   it please the Court.
24              THE COURT:  Mr. Cooper.
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2   BY MR. COOPER:
 3        Q.    Good afternoon, Mr. Archuleta.
 4        A.    Good afternoon.
 5        Q.    My name is Bob Cooper.  I represent Billy
 6   Garcia.
 7        A.    Nice to meet you.
 8        Q.    My pleasure.  You have a number of times
 9   today volunteered, without a question even being
10   asked, the fact that you're facing a death penalty
11   by all these guys because you're now an informant;
12   right?
13        A.    Fact, yes.
14        Q.    You were arrested on December 3, 2015, in
15   Tennessee; correct?
16        A.    Yes.  The 2nd.
17        Q.    The 2nd.  And then you eventually were
18   transported to New Mexico, you arrived here, you
19   were in custody with a number of individuals charged
20   in this case; correct?
21        A.    Yes, sir.
22        Q.    And you were initially charged in the
23   indictment, same indictment that they're charged
24   with; right?
25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   There has been nobody that has taken any

2   action against your life since you've returned to

3   New Mexico, has there?

4      A.   I've been in protected custody.

5      Q.   I guess that is no?

6      A.   No.

7      Q.   So yes or no?

8      A.   No.

9      Q.   And it's five after 3:00.  We stop at 5:30

10  today, and I will take every last minute to talk to

11  you if you don't want to answer yes-or-no questions.

12  So if you want to answer my questions, you answer my

13  questions.  Otherwise, we're going to make this long

14  and painful for you.  Okay?

15     A.   No problem.

16          MR. BECK:  Objection, Your Honor.  That's

17  threatening the witness.

18          THE COURT:  Well, be careful.  I'll let

19  you control the witness a little bit, but I think

20  that might have stepped over the line.  So I

21  sustain.  You can control it a little bit, but be

22  careful what you say.

23          MR. COOPER:  I will, Your Honor.

24  BY MR. COOPER:

25     Q.   So you're not planning to go back to

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Albuquerque or even stay in New Mexico after this

2  trial is over, are you?

3       A.   That wouldn't be smart, no.

4       Q.   And you are not even planning to go back

5  to Tennessee, are you?  In fact, you're planning to

6  go, I think, to Florida; you've got a job in Florida

7  someplace?

8       A.   It's an option; right.

9       Q.   An option.  It's an option.  You have a

10 lot of options, don't you, because the Government is

11 going to put you into the WITSEC program; right?

12      A.   That's an option.

13      Q.   That's an option; right?

14      A.   Yes, sir.

15      Q.   And when that happens, you're no longer

16 going to be known as Gerald Archuleta; right?

17      A.   If that happens, that's correct.

18      Q.   If that happens, that's correct.  And they

19 will help you get rid of your tattoos.  They will --

20 right?

21      A.   I have no knowledge of that.

22      Q.   They'll give you a new identity?

23      A.   Okay.

24      Q.   Right?

25      A.   Right.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    They'll give you a new job, give you a new
 2   house, they're going to buy you a car, they're going
 3   to give you money, they're going to set you up.
 4        A.    Correct.
 5        Q.    In another location as a new person.  And
 6   so you're not really in fear of anybody, because
 7   you're going to be in North Dakota or in North
 8   Carolina or Pennsylvania, wherever, but you're going
 9   to be someplace as Jimmie Gonzales.
10        A.    Michigan.
11        Q.    Michigan.  Yeah.  You could be in a lot of
12   different places under a new identity, and nobody is
13   ever going to know and nobody is ever going to find
14   you; right?
15        A.    If I chose to go to the witness
16   protection, that would be correct.
17        Q.    So you're really not facing a death
18   penalty from anybody, are you?
19        A.    If they get their hands on me and get the
20   opportunity, yes, sir.
21        Q.    That's not even a remote possibility, is
22   it?
23        A.    What do you think this trial is about?
24   Have you seen the four murders that we're here for?
25   They kill people.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   It's a remote possibility?

2      A.   Yeah.  It's more than a possibility.  It's

3  happened in the past.  It will continue to happen.

4  The SNM will continue to operate well after I'm

5  gone, and I will always be a target as long as I'm

6  alive.  What's so hard to accept about that?

7      Q.   I don't know.

8      A.   The SNM is a criminal group that

9  participates in criminal activity.  And if you

10  inform on them, you're targeted for execution and

11  that's a fact.

12      Q.   You were the biggest criminal of that

13  group for a long, long time, weren't you?

14      A.   That's how it usually starts, yes.

15      Q.   That's how it usually starts.  So you ran

16  this organization from as early as 1998, I think is

17  what you testified to?

18      A.   Something around there.

19      Q.   Okay.  From 1998 to 2011, you were the

20  jefe.  You were the boss, weren't you?

21      A.   I was one of them, yes.

22      Q.   One of them.  Let's go back for a bit.  In

23  1998 you were brought in by Fernie Hernandez.

24  Fernie is the guy who continued to send you Suboxone

25  in Tennessee?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No.

2      Q.   Who did that?

3      A.   Vincent Garduno.

4      Q.   Vincent Garduno and who else?

5      A.   Vincent Garduno, maybe Jake Armijo.

6      Q.   When did Jake last send you some?

7      A.   I don't recall.  Before I got arrested.

8      Q.   But not --

9      A.   While I was in Tennessee.

10      Q.   Okay.  And the first real work you did,

11  you testified, was when you stabbed Chaparro in the

12  neck; right?

13      A.   That's the first time I stabbed somebody,

14  yes.

15      Q.   When you got to New Mexico, you knew that

16  the FBI had filed this indictment against you, and

17  at that time it was like 24 other people; eventually

18  it got to about 40; right?

19      A.   Yes, sir.

20      Q.   And you also knew that there was another

21  indictment, the RICO case; right?

22      A.   Yes.

23      Q.   And that one was indicted April 21 -- or

24  filed April 21, 2016; correct?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And some of the people that were charged

2    in this first indictment were also charged in the

3    second indictment; right?

4    A.   Yes, sir.

5    Q.   Pup, Dan Dan, other people; right?

6    A.   Yes, sir.

7    Q.   And the very first day you started talking

8    to the Government, you knew there was a possibility

9    that you would be included in this; right?

10   A.   Yes, sir.

11   Q.   I mean, you're a big dog and you were not

12   included, but for a very minor charge in the first

13   one; one that only subjects you to three years; and

14   then in the second one, you knew that you had done a

15   lot of work over a long, long, long time for the S,

16   and all of that work you had done would be a

17   separate overt act in a RICO conspiracy; right?

18   A.   I suppose.

19   Q.   And so we're going to talk about all of

20   these overt acts, all of these bits of work that

21   would have put you in here that would have given you

22   what would be a real death sentence, because --

23   A.   No.

24   Q.   Yes, I think so.  So if you get convicted

25   in the RICO case, you're going to get a life

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sentence.  You'll never come out of the prison

2   except in a box.  You know that, don't you?

3        A.   Yes.  I wouldn't live to be an old man in

4   prison.

5        Q.   And likewise, had you been charged in the

6   Matthew Cavalier murder as one of the charges in the

7   VICAR case in this first indictment, where you were

8   only charged with the Julian Romero matter, if you

9   had been charged with that, you'd be looking at a

10  life sentence, and life sentence in the federal

11  system means no parole.  You die, and that's when

12  you come out; right?

13       A.   Right, yes.  That's correct.

14       Q.   So you made a decision to avoid coming out

15  of prison in a box.  You made a decision that would

16  allow you to go get a nice new car and get a house,

17  courtesy of the federal government; a new identity

18  courtesy of the federal government; a new job

19  courtesy of the federal government; right?

20       A.   I don't know about the new car, but --

21       Q.   The rest of it is true; right?  In the

22  WITSEC program?

23       A.   I haven't been really explained what I

24  have coming to me if I were to take that option.

25       Q.   So you know that in a RICO indictment, the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   fact that you just joined the SNM Gang is an overt

 2   act; right?

 3       A.   Yes, sir.

 4       Q.   The fact that while you're in custody of

 5   New Mexico Corrections Department, if you assault an

 6   inmate, that's an overt act; right?

 7       A.   Yes, sir.

 8       Q.   How many assaults do you think you

 9   participated in yourself, or ordered assaults?

10           MR. BECK:  Objection, asked and answered.

11           THE COURT:  Sustained.

12       A.   Do I answer or --

13   BY MR. COOPER:

14       Q.   No.

15           THE COURT:  I sustained the objection.

16           MR. COOPER:  May I approach, Your Honor?

17           THE COURT:  You may.

18           (The following proceedings were held at

19   the bench.)

20           MR. COOPER:  I just started my

21   cross-examination.  I haven't asked him how many

22   assaults --

23           THE COURT:  That identical question, it

24   sounds like it's on the internet among the

25   defendants, was asked.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECKER:  I think Billy Blackburn asked
 2  the same question, 245.
 3            MR. COOPER:  And I don't have the right to
 4  on behalf of Billy?
 5            THE COURT:  The same question has been
 6  asked and answered.  The evidence is out there.
 7  I'll give a little leeway for you guys to, you know,
 8  cover some ground.  I think I've given a lot.  But
 9  just identical questions?  Boy, we just went through
10  that.
11            MR. BURKE:  It's not clear to me that just
12  because I ask a question that Billy Blackburn --
13            THE COURT:  So we're going to ask the same
14  question seven times?
15            MR. BURKE:  No, but what we do is, we sort
16  of plan our crosses, and we break them out, and just
17  because Billy or I would ask --
18            THE COURT:  You've got to dress it up a
19  little better than that.
20            MR. COOPER:  I will.  Thank you.
21            (The following proceedings were held in
22  open court.)
23            THE COURT:  Mr. Cooper.
24  BY MR. COOPER:
25       Q.   So you know, Mr. Archuleta, that while you
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   were in custody of the New Mexico Corrections

2   Department, if you assault a corrections officer,

3   that could be an overt act that would bring you into

4   the conspiracy, the RICO conspiracy; correct?

5        A.   I did not know that.

6        Q.   Would you like to take a look at the RICO

7   indictment to see that that sort of conduct brings

8   you into a RICO conspiracy?

9        A.   I'll take your word for it.

10       Q.   Okay.  Anytime that an SNM Gang member

11  possesses drugs for sale, that brings you into the

12  RICO conspiracy.  Did you know that?

13       A.   No, I didn't.

14       Q.   You know if you possess a firearm or rob

15  somebody that brings you into the RICO conspiracy;

16  right?

17       A.   I know you're in trouble, yes.

18       Q.   And you know if you murder somebody, it

19  brings you into the RICO conspiracy; right?

20       A.   Yes.

21       Q.   And you know that if you conspire to

22  commit a murder, it brings you into the RICO

23  conspiracy; correct?

24       A.   Yes.

25       Q.   And every time that the tabla would meet

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    to talk about sanctions or consequences that they

 2    were going to impose upon somebody, either a murder

 3    or a beating of some sort, all of those things would

 4    result in an action that would bring you into a RICO

 5    conspiracy; right?

 6         A.   I suppose, yes.

 7         Q.   So when you took action against Eddie

 8    Lopez to remove him from the line on Felipe's

 9    orders, can you tell me what you did?

10         A.   I stabbed him.

11         Q.   Okay.  That's something that brings you

12    into the RICO conspiracy, isn't it?

13         A.   Yes, sir.

14         Q.   Did he die?

15         A.   No.

16         Q.   Did you get charged for it?

17         A.   No, sir.

18         Q.   Did you get charged for stabbing Chaparro?

19         A.   No, sir.

20         Q.   Leroy Lucero.  Do you know Leroy?

21         A.   Yes.

22         Q.   He was a member of the tabla at some

23    point, wasn't he?

24         A.   No, sir.

25         Q.   No?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Leroy Romero, no, sir, not while I was
 2  around.
 3      Q.   What did you say?  Willie Romero?
 4      A.   You said Leroy Lucero?
 5      Q.   Yeah.
 6      A.   He was not on the tabla, no.
 7      Q.   Why did you have a tabla?
 8      A.   So that there would be more than one
 9  individual in the S making decisions.
10      Q.   And the only time the tabla wasn't used
11  was if Angel was in custody or if Pup was in
12  custody; isn't that right?
13      A.   Or if Billy, also.  You have to include
14  him with him in the members.
15      Q.   And Billy?
16      A.   Billy Garcia.
17      Q.   Okay.  But the tabla was never -- Billy
18  was never a leader of the SNM after the tabla was
19  established.  You're the one that established the
20  tabla; right?
21      A.   Yes, I was the one that established the
22  tabla.
23      Q.   So before, before you established the
24  tabla, the only people that had authority to act
25  without a tabla would have been Angel, and he did
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1  that.  Angel was above Billy; right?

2       A.    They were in the same circle.

3       Q.    In the same circle, but Angel was higher.

4       A.    Not in my eyes.  I fell under Angel, but

5  Billy was just as high as Angel.

6       Q.    So who appointed you to fill his shoes?

7  Did Billy appoint you?

8       A.    No, sir.

9       Q.    Because he didn't have that power.  He

10 wasn't high enough.  It was Angel, wasn't it?

11      A.    Billy Garcia never lost his power when the

12 tabla was put in place.  Billy Garcia never lost his

13 influence, his position in the gang.  Never.  He was

14 always recognized as --

15      Q.    As a leader?

16      A.    -- as someone with a lot of authority till

17 we had our fallout over Julian.

18      Q.    So when you had your fallout over Julian,

19 let me -- it was in 2001 when you ordered the hit on

20 Julian Romero; correct?

21      A.    Around there, yes; correct.

22      Q.    By ordering the hit on Julian Romero,

23 that's another act that brings you within the RICO

24 conspiracy; correct?

25      A.    Correct.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                        1-800-669-9492
                                                             e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   But you're not included in this RICO

2  conspiracy for this act, for the Eddie Lopez, for

3  the Chaparro, any of those things, are you?

4      A.   No, sir.

5      Q.   So we've heard a lot about the Julian/Styx

6  issue.  And I think it's important to know when

7  Lilly and Julian started seeing each other.  It was

8  in about September of 2000, wasn't it?

9      A.   I don't know exactly.  It was during the

10  time I was in jail facing the charge for the murder

11  of Matthew Cavalier, whatever month or year that

12  was.

13      Q.   So Julian got out of custody September 7,

14  2000, and it was at that time where you gave Lilly a

15  kite.  You wanted her to talk to Julian about

16  something?

17      A.   That's correct.

18      Q.   And you got out of custody February 12,

19  2001; right?  That one time?

20      A.   Yes.

21      Q.   Okay.  That's when you got discharged.

22  And at that point Julian had already started seeing

23  Lilly; right?

24      A.   I do not believe so, no.  When I was

25  convicted of the Matthew Cavalier case was when?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Can you tell me?

2        Q.   But you know, don't you, that Julian and

3   Lilly went to Angel Munoz's birthday party,

4   Christmas party, in December of 2000?

5        A.   Yes.

6        Q.   So it was out in the open.  They were

7   seeing each other, and they weren't ashamed to tell

8   anybody; right?

9        A.   It wasn't out in the open.  It was known

10  to Angel that Julian was supposed to be taking care

11  of this.  So when they were seen together, it was

12  under the assumption when people seen it that they

13  were together because they were supposed to be

14  taking care of --

15       Q.   How do you know that?  How do you know

16  that it was under the assumption?  You don't know

17  that, do you?

18       A.   I know this.

19       Q.   You know this?  You know what people were

20  assuming?  How do you know that?

21       A.   I know Angel was assuming.

22       Q.   You don't know that, because unless

23  it's --

24       A.   We have discussions, so I know.  Me and

25  Angel have had discussions, and if he had any idea

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they were actually having an affair, instead of

2  being together to resume SNM activity, he would have

3  taken action on it.

4      Q.   Angel just doesn't want to hurt you.  He

5  didn't want you to know that he knew; right?

6      A.   I don't know that to be true, no.

7      Q.   And you don't know that it's not true,

8  either, do you?

9      A.   I don't know that it is.  I guess it's

10  possible.

11      Q.   Angel's birthday is December 28; right?

12      A.   I have no idea.

13      Q.   Okay.  You were never out -- well, you

14  didn't attend that birthday party, did you?

15      A.   I was not out.

16      Q.   But you heard that he was with her and you

17  weren't happy about that, were you?

18      A.   When I found out that they were having an

19  affair, no, I wasn't happy with that.

20      Q.   So at some point Matthew Cavalier is taken

21  into BCDC and you are at BCDC; right?

22      A.   Yes, sir.

23      Q.   And while you're there, you're with Shadow

24  and Rabbit and Paco?  Who are they, again?

25      A.   They're SNM Gang members.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    What are their names?

2       A.    Francisco Villalobo.  He's Paco.  Roy

3  Martinez is Shadow, and Samuel Silva is Rabbit.

4       Q.    So at that point in time, you're a leader

5  of the SNM; right?

6       A.    Yes, sir.

7       Q.    You happen to be at BCDC, and you I think

8  testified this morning that you planned and ordered

9  the hit on Mr. Cavalier; right?

10      A.    There was a green light on Matthew

11 Cavalier, and I observed it.

12      Q.    Okay.  And that's an action that would

13 cause you to get into a RICO conspiracy; right?

14 Ordering a hit on him?

15      A.    I don't know.  I suppose.  I was convicted

16 for something with the State having to do with that

17 murder, but I suppose anything is possible.

18      Q.    How many people were on the level when

19 Matthew Cavalier arrived there?

20      A.    There were four pods with -- I don't

21 know -- 12 rooms to a pod.

22      Q.    And you were in one pod, and that one pod

23 is separated from the other three pods?

24      A.    Yes, sir.  It was an SNM pod.

25      Q.    So there were 12 of you in your pod;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

205

```
 1   right?
 2        A.    Approximately.  I don't know if all the
 3   rooms were filled.
 4        Q.    Okay.  But at the most, 12.  And one of
 5   them was Kelly Mercer?
 6        A.    Yes, sir.
 7        Q.    An SNM brother?
 8        A.    Yes, sir.
 9        Q.    And Kelly, you felt, was helping the
10   Government, helping law enforcement with their
11   investigation as to who conducted this murder;
12   correct?
13        A.    Yes, sir.
14        Q.    And at BCDC -- it's a six-story building
15   right across the street from the police station;
16   right?
17        A.    Yes, sir.
18        Q.    And in the jail, BCDC, you have long,
19   narrow windows where you can look out onto Roma and
20   see people walking across Roma to the police
21   station; right?
22        A.    Yes, sir.
23        Q.    And you guys saw Kelly Mercer being taken
24   to the police station?
25        A.    It was reported to us, yes.
```

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So somebody saw him?

2    A.   Yes, sir.

3    Q.   So you gave Lilly a kite to take to Ernie

4  Estrada; right?

5    A.   Yes, sir.

6    Q.   And the kite basically was directing him

7  to take out Kelly Mercer; right?

8    A.   Yes.

9    Q.   And you wanted Kelly killed as soon as

10  possible; right?

11    A.   Yes, sir.

12    Q.   And you wanted him killed because you were

13  facing charges on that murder case that he was going

14  to be a witness on; right?

15    A.   Yes.

16    Q.   So you were trying to kill a witness;

17  right?

18    A.   That's correct.

19    Q.   Another action that would bring you into a

20  RICO conspiracy; correct?

21    A.   Correct.

22    Q.   Ernie Estrada was real close to you;

23  right?

24    A.   Yes.

25    Q.   He was one of your right-hand men?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Not a right-hand; he was a soldier of

2  mine.

3    Q.   So Matthew Cavalier was killed August of

4  2000; is that right?

5    A.   I don't know the date.

6    Q.   Now, when your wife starts having an

7  affair with another man, is she disrespecting the S?

8    A.   No, she's disrespecting me.

9    Q.   She's disrespecting you.  Now, when a man

10  has an affair with your wife, is he disrespecting

11  the S?

12    A.   If he's from the S.

13    Q.   If he's from the S?

14    A.   He's disrespecting me, and I am from the

15  S.

16    Q.   And if the man is not from the S, is it

17  okay to kill him?

18    A.   In the SNM way of looking at things, yes.

19    Q.   Okay.

20    A.   That's what we decided.

21    Q.   Even if it was some man that was not an

22  SNM member, if he has an affair with your wife, you

23  kill him?

24    A.   The SNM has killed for less than that,

25  yes.  Welcome to the SNM.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

```
 1            MR. COOPER:  Your Honor, I'd move to
 2   strike that?
 3            THE COURT:  I'll strike that.  Just answer
 4   the questions that Mr. Blackburn (sic) puts to you
 5   and no more.
 6            MR. COOPER:  Judge, don't do that.
 7            THE COURT:  I'm sorry.
 8            MR. COOPER:  You cannot do that.
 9            THE COURT:  I cannot think it, but I said
10   it.  I apologize.
11            MR. COOPER:  If that's the case, we're
12   going till like 8:00.
13            THE COURT:  Mr. Cooper.
14            MR. COOPER:  Thank you, Judge.
15   BY MR. COOPER:
16       Q.   That green light was approved by Angel
17   Munoz; right?
18       A.   What green light?
19       Q.   I'm sorry.  Let me back up.  I'm thinking
20   about Julian Romero, but I forgot to tell you what I
21   was thinking.  How come you weren't able to know
22   what I was thinking?
23       A.   I was thinking Julian Romero also.
24       Q.   Okay.  So anyway, Julian Romero -- you
25   have a green light on Julian.  Angel has to approve
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  that?

 2       A.   Yes, sir.

 3       Q.   At the time Angel approved that, was he on

 4  the streets or was he in prison?

 5       A.   He was on the streets.

 6       Q.   So Angel, as long as he's alive, he's got

 7  power over everybody in the S; right?  He's the mero

 8  mero.  He's the jefe.  He's the big dog; right?

 9       A.   He has power over most.

10       Q.   Okay.  So if he tells somebody that they

11  ought to be hit, then it usually happens; right?

12       A.   Yes, sir.

13       Q.   Did you do much drug dealing to the S?

14       A.   I have.

15       Q.   Okay.  And how many times do you think

16  you've sold drugs for the S?

17       A.   I don't know.

18       Q.   Too many to count; right?

19       A.   Too many, yes.

20       Q.   And every time you have sold drugs for the

21  S, each one of those is another action that brings

22  you into the RICO conspiracy; right?

23       A.   Yes, sir.

24       Q.   And every time that you send money back

25  into the prison or you send drugs back into the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

1  prison for the brothers, if you're on the streets,

2  that is another action that bringing you into a RICO

3  conspiracy; correct?

4      A.   Yes, sir.

5      Q.   So whether you're inside and you're

6  putting money together, having a brother bring the

7  drugs in, or whether you're on the outside sending

8  drugs in, either way it's trafficking and either way

9  it's an action that would bring you into a RICO

10  conspiracy; correct?

11      A.   That's correct.

12      Q.   When you shot Baby Zack at the methadone

13  clinic, that's an act that would bring you into the

14  RICO conspiracy; correct?

15      A.   That's correct.

16      Q.   Did you have any discussions with the FBI

17  prior to December 2, 2015, when you were arrested in

18  Tennessee?

19      A.   No, sir.

20      Q.   Did you have any idea that you were about

21  to be arrested?

22      A.   No, sir.

23      Q.   You had never heard that there was a RICO

24  investigation or VICAR investigation going on?

25      A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So on the morning of your arrest, a little
2  after 5:00 in the morning, a pickup leaves your work
3  and drives to a parking lot, sits there for 10, 15
4  minutes, and then drives to another parking lot, and
5  you're under surveillance.  Eventually, after 30, 40
6  minutes, the officers descend upon this pickup
7  truck, and you are the passenger in the pickup
8  truck.  What was going on that morning?  Were you in
9  the midst of a drug deal?
10     A.   I was on my way to work.
11     Q.   You were on your way to work?
12     A.   Yeah.
13     Q.   But you were seen at the -- at work, and
14 then to another parking lot, and then another
15 parking lot, and then you were --
16     A.   We noticed somebody following us, and so
17 we went to a parking lot where that same vehicle
18 showed up again, and that's what was going on.  Once
19 he followed us to the third parking lot, we were
20 well aware that we were being followed.
21     Q.   Okay.  So it wasn't a drug deal?
22     A.   It was not a drug deal.  I was in a
23 company truck with my foreman.
24     Q.   But why do you leave your work location?
25 Were you on your way to a job or -- you said you

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

 1   were on your way to work.

 2       A.   Right.  Well, we had left the yard after

 3   picking up the material that we needed for the day.

 4   And from there, before jumping on the highway -- we

 5   stopped, I believe.  We stopped at Arby's or

 6   something like that.  The first -- the place we

 7   stopped at when we noticed somebody staring at us,

 8   so we went to a different parking lot.  And that

 9   caught our attention before we were able to get out

10   of the truck and get breakfast at Arby's, before we

11   hit the highway.

12       Q.   Let me talk to you for a minute about

13   Darren White.  Who is Darren White?

14       A.   Darren White is an elected sheriff.

15       Q.   In Bernalillo County; right?

16       A.   In Bernalillo County.

17       Q.   And Darren White used your picture, a

18   photograph of you and your name, talking about how

19   you're one of the baddest guys around, and that's

20   why the legislature ought to pass the three strikes

21   law; right?

22       A.   That's correct.

23       Q.   And he used your likeness in his campaign

24   to do that; right?

25       A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You testified earlier today that you kind
 2   of liked that, because it gave you some cred on the
 3   streets with all the other gangsters.  Look, this is
 4   a guy that's willing to hit the sheriff.
 5        A.   That's correct.
 6        Q.   So why is that not disrespect?
 7        A.   Towards who?
 8        Q.   Towards you; when he does that towards
 9   you.
10        A.   He was adding to my reputation, as far as
11   I'm concerned, and that wasn't very disrespectful at
12   all.  He was doing his job.
13        Q.   And it didn't upset you?
14        A.   No, sir.
15        Q.   Yet you hired Ray Roberts, an inmate at
16   the New Mexico Department of Corrections facility
17   who was then on the streets, to hit Darren White,
18   didn't you?
19        A.   That's not correct.
20        Q.   Mr. Archuleta, isn't it true that FBI
21   Agent Sonya Chavez targeted you, Jacob Armijo, and
22   Ray Roberts with regard to the conspiracy to kill
23   Darren White?
24        A.   I don't know that to be factual.  I don't
25   know who Sonya is.  I know I was under
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    investigation, and nothing ever came about it.

2        Q.   She was an FBI agent who was doing the

3    investigation at that point in time; right?

4        A.   I don't know who was doing the

5    investigation.  I was never questioned.

6        Q.   You know Michael Astorga, don't you?

7        A.   I do.

8        Q.   And Michael Astorga was an SNM member?

9        A.   He was.

10       Q.   Michael Astorga was somebody that Darren

11   White really went after with a vengeance, didn't he?

12       A.   Yes, sir.  He was wanted for a murder of

13   another individual; correct.

14       Q.   And he publicly denounced Astorga through

15   the media and it angered many of the SNM people,

16   didn't it?

17       A.   I don't think it angered anybody.

18       Q.   So before you could hit Darren White, you

19   got arrested, and then you were incarcerated again;

20   right?

21       A.   I was never trying to hit Darren White.

22   I've taken responsibility for all kinds of things,

23   and if that was in fact true, I would take

24   responsibility for that also.

25       Q.   You just didn't have the money; you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  weren't strong enough to pay Ray Roberts to get the

2  job done; right?

3       A.   That's nonsense.  No.

4       Q.   You were strong enough to pay?

5       A.   No -- repeat the question.  I'm just

6  saying your allegation is nonsense.  But what was

7  the question?

8       Q.   You weren't strong enough to pay to get

9  the job done, were you?

10      A.   I didn't have the money, and I didn't want

11  to get the job done.  Darren White was never a

12  target of the SNM, and that's a fact; which is why

13  nothing amounted out of their thorough

14  investigation.  Otherwise, you would have something

15  in that pile of papers you love.

16      Q.   Do you remember writing a letter to

17  Frankie G telling him, "Fuck Darren White"?

18      A.   No, I don't, but I may have said that.

19      Q.   Okay.  And you were laughing because the

20  law didn't pass?

21      A.   New Mexico does have a three strikes law.

22  It covers --

23      Q.   Now they do.

24      A.   Well, they did at that time, too.  They

25  were just trying to add -- to revise it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So earlier you testified that the
 2   communications that people had seen about you
 3   wanting to hit Darren White was really a
 4   communication about the Baby Zack hit; is that
 5   right?  Is that what I heard?
 6        A.   I didn't understand the question.
 7        Q.   So earlier you said that, "No, I didn't
 8   hit Darren White; I put out a hit on somebody
 9   else" --
10        A.   Yes.
11        Q.   -- "and they mixed up the details."
12        A.   That's correct.
13        Q.   Tell me about the details of that other
14   hit.
15        A.   The details were:  After the methadone
16   incident, I was in the county jail with Lino
17   Castillo, who was about to get out of jail.  He
18   pushed a lot of drugs.  And knowing that he was
19   about to get out of jail, I targeted Baby Zack.  The
20   plan was --
21        Q.   Let me stop you right there.  Targeted him
22   for a hit?  To kill him?
23        A.   Targeted Baby Zack, yes.
24        Q.   Another act that would bring you into the
25   RICO conspiracy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Another act that would bring me into the

2    conspiracy, yes, sir.

3    Q.   So go ahead.  So Lino was getting out --

4    A.   The plan was to target Baby Zack for

5    attempting to kill me at the methadone clinic on

6    orders of Billy Garcia.  The plan was that we would

7    have Jake, who is a fellow member of the SNM who was

8    with us in the pod -- he had no way of bonding out,

9    and me and Lino --

10    Q.   Who?

11    A.   Jake Armijo.  He had no way of bonding

12    out.  He had a bond, and me and Lino Castillo got

13    together and agreed that if he bonded Jake out, that

14    Jake would hit Baby Zack.

15    Q.   Okay.  Let me stop you there.  So how were

16    those details similar to the details of, "Let's hit

17    Darren White, the Bernalillo County sheriff"?

18    A.   They intercepted some kind of

19    communications between me and Lino following up on

20    the hit on Baby Zack.  And when details came out

21    about the Darren White incident, they were the exact

22    same as the details in Baby Zack.  It was alleged or

23    being investigated that I put a hit on Darren White

24    and that an individual by the name of Lino Castillo

25    bonded out an individual by the name of Jake Armijo

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    and he was to hit Darren White.

2           I don't know where they got Darren White

3    from, but that's how the details were exact.  So

4    they were confusing the details on the hit on Baby

5    Zack from a hit on Darren White, which never

6    existed; and that's why I say that that's how it was

7    confused.  The details were exactly the same.

8       Q.   So when was the Baby Zack incident?

9       A.   I don't know.  I was convicted in 2008, so

10   it maybe happened late 2007 or early 2008.

11      Q.   Okay.  But it is September of 2009 when

12   the Darren White hit is being investigated, so it

13   doesn't sound like the same details, does it?

14      A.    It sounds like it's the exact same

15   details.

16      Q.   A hit on Darren White would also bring you

17   into the RICO conspiracy, wouldn't it?

18      A.   Yes, it would.

19      Q.   So you're no longer an SNM member?

20      A.   No, sir.

21      Q.   So you've changed?

22      A.   I can't say I've changed.  I can say that

23   I am no longer an SNM Gang member.

24      Q.   You were a very violent SNM Gang member,

25   weren't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   That was expected of me, yes.
 2        Q.   Or from 1998 through 2011 you were a very
 3   violent man, weren't you?
 4        A.   Very violent, active SNM Gang member, yes.
 5        Q.   Yes.  And have you changed that part of
 6   your being?
 7        A.   I think so.  When you threatened me
 8   earlier, I didn't jump up and try to slap you
 9   around.
10        Q.   Thank you for not doing that.
11        A.   You're welcome.
12        Q.   You're never going to change, are you?
13        A.   I'm making an effort.  It starts with
14   effort.  And I've -- hopefully I can change.
15        Q.   No, you don't hope you're going to change.
16        A.   Why would I want to spend the rest of my
17   life in prison and being active in any of any kind
18   of gang, whether it's SNM or not?  The end result
19   is:  You end up dead, killed, or life in prison, and
20   that's a fact.  It may have took me till I was 40
21   years old to get tired of this life and want
22   something better for myself, but that's just the way
23   it is.  I wanted something better for myself, and I
24   don't see how that's so hard for you to understand.
25        Q.   It's hard because on April 10th, 2017, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   had a phone conversation with Sammy Griego.  Do you

2   remember that?

3        A.   April 10th, what year?

4        Q.   2017.

5        A.   Who did I have a conversation with?

6        Q.   Sammy Griego.

7        A.   That's not correct.

8             MR. COOPER:  May I approach, Your Honor?

9             THE COURT:  You may.

10  BY MR. COOPER:

11       Q.   So I don't think it was April 10th, 2017.

12  The call was April 24, 2015.  Do you remember that

13  call?

14       A.   No, sir.

15            MR. COOPER:  May I approach, Your Honor?

16       A.   After my arrest, I was not -- never in

17  contact with Sammy Griego.

18            THE COURT:  You may.

19            MR. COOPER:  Thank you, Judge.

20  BY MR. COOPER:

21       Q.   So Mr. Archuleta, have you had occasion to

22  review this document?

23       A.   The first portion of it, yes.

24       Q.   Okay.  And didn't you tell Sammy Griego

25  that "I'll always be who I am.  I'll never change

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  who I am"?

 2       A.   I may have told him that, but the issue

 3  was --

 4       Q.   Do you want to look again?

 5       A.   Bring it over.  The issue is:  We have to

 6  correct you.  The call was made prior to my arrest,

 7  not in 2017.  In 2017 I was already cooperating.

 8  This is prior to my arrest.  You need to at least

 9  get that right so that you'll understand why I

10  talked the way I did before I started cooperating.

11       Q.   So after I showed it to Mr. Beck, he

12  pointed out that it probably wasn't April 10th,

13  2017.  I came back up here and I said I stand

14  corrected; it's --

15       A.   I apologize.

16       Q.   -- it's April 24, 2015.

17       A.   That's not correct.  That's still way

18  after my arrest.  My arrest.  You're exactly right,

19  I was arrested in 2015.

20       Q.   So you want to look at it?

21       A.   No, I remember that conversation now.  It

22  was the year that confused me, and that's all.

23       Q.   So Mr. Archuleta, the -- what I have shown

24  you is a transcript from Russin Reporting, LLC; it's

25  a court reporting company in Albuquerque, and they

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    have transcribed a phone conversation, and it

2    appears that it's a phone conversation, I believe,

3    from a time when you were in custody --

4         A.    No, sir.

5         Q.    -- someplace.

6         A.    No, sir.  I'll tell you exactly where I

7    was.  I was in Tennessee on a roof, working, when I

8    got a call from Sammy Griego, who was working for

9    the FBI, so it was being recorded.

10        Q.    That's correct.

11        A.    I was not arrested yet.  You're saying

12   that happened in April 2015?  I was arrested --

13        Q.    In December.

14        A.    -- in December.  So I was not locked up.

15   I was a free man in Tennessee when this call was

16   made.

17        Q.    This is when Sammy Griego was working for

18   the FBI, he had a recording, and he placed the call

19   to you; right?

20        A.    Yes, sir.

21        Q.    Okay.  And -- but that was the month,

22   correct?  4/24/2015.  I'm not saying you were in

23   jail at that time.  I'm saying --

24        A.    You said that earlier.

25        Q.    I'm saying the date of the conversation;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  correct?

 2       A.   Yes, sir.

 3       Q.   And as recent as that point in time you

 4  said you're never changing?

 5       A.   Okay.  But I was in Tennessee, trying to

 6  make a change.

 7            MR. COOPER:  May I have a moment, Your

 8  Honor?

 9            THE COURT:  You may.

10  BY MR. COOPER:

11       Q.   You've known Billy Garcia for a long, long

12  time, haven't you?

13       A.   Since 1988, '89.

14       Q.   And when you first met Billy Garcia, you

15  guys didn't like each other, did you?

16       A.   That's not true at all.  I didn't know

17  Billy Garcia when I met him.  He was calling the

18  shots for the SNM, and --

19       Q.   But the question is:  You didn't like

20  Billy Garcia.

21       A.   That's not correct.

22       Q.   Okay.  Do you remember being out in the

23  yard, you guys were lifting weights or something,

24  and there was a little dustup, you guys kind of

25  argued a little bit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   That's not correct.

 2      Q.   You don't remember that?

 3      A.   That didn't happen, or I would have ended

 4 up.

 5      Q.   Billy Garcia was real close to Julian

 6 Romero; right?

 7      A.   That's correct.

 8      Q.   I mean, they were as close as real

 9 brothers; not just SNM brothers, but they were

10 pretty tight; right?

11      A.   I suppose.

12      Q.   Okay.  But you weren't close to either of

13 them like that, were you?

14      A.   At that time, no.

15      Q.   Or anytime.

16      A.   No, you're right.

17      Q.   You put a hit on Julian, and you also were

18 not happy with anybody who was from Barelas, because

19 Julian was from Barelas; right?

20      A.   Correct.  There was someone to keep an eye

21 on, if you were from Barelas.  I don't know about

22 not being happy with him.  Somebody to keep an eye

23 on.

24      Q.   And you didn't like them because they were

25 with Billy; right -- or with Julian, excuse me?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    I kept an eye on them, because, yes,

2  Julian Romero was their big homie from Barelas.

3       Q.    And anybody who was on Julian's side, they

4  were against you, is what you felt; right?

5       A.    Yes, sir.

6       Q.    If you're not with me, you're against me?

7       A.    That's correct.

8       Q.    You liked saying that, don't you?

9       A.    It was a fact.

10       Q.    And so you would do what you could to hurt

11  those guys that weren't with you, wouldn't you?

12       A.    If it became clear that they were with

13  Julian, yes.

14       Q.    If it was clear what?

15       A.    If it became clear that they rode with

16  Julian, yes.  There were some that acknowledged that

17  he did, in fact, fuck up, and they weren't on his

18  side.  He violated a code of conduct within the S,

19  and at some point it became so obvious that even

20  guys from Barelas didn't have nothing good to say

21  about him.  But those that continued to want to kick

22  it with Julian, even after it was out in the open in

23  regards to his violation, they were targeted.

24       Q.    And you would do whatever you could to

25  take care of them; right?



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, I would.

2        Q.   You testified earlier on direct

3    examination, I think, that you really didn't care

4    about Julian Romero anymore, and you weren't doing

5    anything to make the hit happen?

6        A.   That's correct.

7        Q.   Remember when Sammy Griego called you?

8    You guys were talking about where Julian was; right?

9        A.   I don't recall.

10            MR. COOPER:  May I approach the witness,

11   Your Honor?

12            THE COURT:  You may.

13   BY MR. COOPER:

14       Q.   So Mr. Archuleta, you've now had occasion

15   to review the transcript of the telephone

16   conversation between you and Sammy Griego, and you

17   know that you did have discussions about the

18   whereabouts of Julian Romero; right?

19       A.   His name came up in conversation according

20   to that, yes.

21       Q.   Yes, it did come up in conversation.  So

22   you haven't just forgotten about it; you're

23   concerned about where he is and in large part I

24   suspect that's because you want the hit to happen?

25       A.   I wouldn't mind.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay, Your Honor, may we approach?

 2             THE COURT:  You may.

 3             (The following proceedings were held at

 4   the bench.)

 5             MR. COOPER:  I understand that Mr. Castle

 6   has just filed a motion with regard to the

 7   admissibility of the priors, and I don't know when

 8   we can --

 9             THE COURT:  Well, I think I pretty much

10   decided we better assume.  This is trial work.  We

11   better assume that I made my ruling.  I thought

12   about it.

13             MR. COOPER:  Okay.  Thank you.

14             (The following proceedings were held in

15   open court.)

16             THE COURT:  Mr. Cooper.

17             MR. COOPER:  Mr. Archuleta, thank you.  I

18   have no further questions.

19             THE WITNESS:  Have a good day.

20             MR. COOPER:  You too.

21             THE COURT:  Thank you, Mr. Cooper.

22             Mr. Roberts, Ms. Torraco, anything?  All

23   right.

24             Mr. Beck, do you have redirect?

25             MR. BECK:  I do, Your Honor.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                REDIRECT EXAMINATION
 2   BY MR. BECK:
 3        Q.   Mr. Archuleta, Mr. Shattuck asked you
 4   about Allen Patterson.  And if I understand, you do
 5   not -- at least you did not know of an SNM Gang
 6   member named Allen Patterson; is that right?
 7        A.   That's correct.
 8        Q.   Did you know an SNM Gang member named
 9   Trigger?
10        A.   I heard the name Trigger, who was an SNM
11   brother.  I wasn't aware that his name was Allen
12   Patterson.
13        Q.   You've been asked a lot about all of the
14   SNM assaults and crimes that you either participated
15   in or ordered as an SNM member.  Do you remember
16   those?
17        A.   Yes, sir.
18        Q.   Aside from the Matthew Cavalier murder and
19   the Baby Zack -- the Baby Zack hit at the methadone
20   clinic, were any of those charged -- were you
21   charged with any of those by the State of New
22   Mexico?
23        A.   I was charged with the Cavalier case and
24   the Baby Zack case by the State of New Mexico.
25        Q.   Any others?  Of all the SNM crimes, any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  others, except for those two?

2       A.   No, sir.

3       Q.   You talked about with Mr. Cooper just a

4  couple minutes ago about Billy being recognized as

5  an authority until the fallout with Julian Romero.

6  Do you remember that?

7       A.   Yes, sir.

8       Q.   Before -- well, you also said big homie a

9  couple of times.  What's a big homie?

10      A.   A big homie is someone that's an older --

11 he's older, he's more influential than you, he's

12 your big homie.  He outranks you.

13      Q.   And before the incident with Julian

14 Romero, would Billy Garcia have been your big homie?

15           MR. COOPER:  Objection, leading.

16           THE COURT:  Don't lead.

17 BY MR. BECK:

18      Q.   What would Billy Garcia's relationship

19 with you in the SNM have been before the fallout

20 with Julian Romero?

21      A.    It's not "would have been."  He was my big

22 homie.  He was someone that I looked at as my -- he

23 carried more rank than me, somebody that's been

24 around longer than me.  Although I had a position

25 from Angel Munoz that was given to me, I've always

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   recognized Billy Garcia as one of my superiors.

2        Q.   Mr. Cooper also asked you a lot about the

3   incident with Baby Zack.  Do you remember that?

4        A.   Yes, sir.

5        Q.   What did Baby Zack say to you before he

6   tried to shoot you at the methadone clinic?

7        A.   He accused me of messing around with or

8   starting shit --

9             MR. COOPER:  Hearsay, Your Honor.

10       A.   -- with Billy Garcia.

11            THE COURT:  I think you're getting into

12  hearsay.  Sustained.

13            MR. BECK:  Okay.

14  BY MR. BECK:

15       Q.   Did you know Baby Zack before the incident

16  at the methadone clinic?

17       A.   No, sir.

18       Q.   And afterwards, what did you know about

19  Baby Zack?

20       A.   I knew that he was a brother, he was a

21  brother in the SNM, and he was also Billy Garcia's

22  nephew.

23       Q.   And then the April 24, 2015, call with

24  Sammy G.  Was that before or after you started

25  cooperating with the Government?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    That was before.

 2        Q.    And did you tell other SNM members, before

 3   you started cooperating with the Government, that

 4   you were no longer an SNM member?

 5        A.    Not in them terms.  I was more retired

 6   than no longer; I was --

 7        Q.    You were asked about calling off the

 8   Julian Romero hit a couple of times.  Do you

 9   remember that question?

10        A.    Yes, sir.

11        Q.    Are you in a position to call off the

12   Julian Romero hit?

13        A.    Since the day I started cooperating, I am

14   no longer in the position to call anything for the

15   S.  I am now forever a lifelong target of the S.

16             THE COURT:  Are you about to wrap up,

17   Mr. Beck?

18             MR. BECK:  A couple more questions, Your

19   Honor.

20   BY MR. BECK:

21        Q.    You were asked about -- by Mr. Blackburn

22   about rehearsing for trial and us reminding you that

23   you didn't say anything about anyone before that

24   point.  Do you remember that line of questioning

25   from Mr. Blackburn?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And I think -- do you remember you got the

 3   tablets in about the summer of 2016?

 4        A.   I don't know exactly the date, but I

 5   remember exactly when they gave us the tablet, while

 6   we were in L pod, I believe, at the North facility.

 7        Q.   Was that around August of 2016 or

 8   September 2016?

 9        A.   To be honest, I wouldn't know.  You would

10   have more information as to when they were issued to

11   us, I would say.

12        Q.   Fair enough.  And I think you saw -- did

13   you plead guilty in June of 2016?

14        A.   Yes.

15        Q.   Did you tell the FBI about -- do you

16   remember telling the FBI about your conversation

17   with Arturo Garcia, and the order to kill Sanchez,

18   and the paperwork going down with Ben Clark -- or

19   the paperwork delivered with Benjamin Clark in

20   January of 2016, before that?

21        A.   I don't know exactly what date it was, but

22   I remember discussing that conversation.

23        Q.   Okay.  Would looking at the report help

24   refresh your recollection?

25        A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  May I approach, Your Honor?
 2              THE COURT:  No.  Why don't you bring your
 3   redirect to a close?
 4              MR. BECK:  Okay.
 5   BY MR. BECK:
 6        Q.   And so is January 2016 before June of
 7   2016?
 8        A.   Repeat the question.
 9        Q.   Is January 2016 before June of 2016?
10        A.   Yes.
11        Q.   And then I think you were asked by Mr.
12   Burke whether you were happy to give statements
13   about Troup because you were only a few months from
14   getting out.  Do you remember that?
15        A.   Yes.
16        Q.   In January of 2016, did you also -- over
17   two years ago, did you also tell the FBI about
18   Edward Troup admitting his participation in the
19   Freddie Sanchez murder to the FBI?
20        A.   Yes, I did.
21              MR. BECK:  Nothing further, Your Honor.
22              THE COURT:  Thank you, Mr. Beck.
23              Let's take a break.  And I need to maybe
24   talk to the lawyers just a little bit, so it may be
25   a little bit longer break.  We'll be in recess about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  15 minutes.  All rise.

2          (The jury left the courtroom.)

3          THE COURT:  All right.  Everyone be

4  seated.  The issues are kind of stacking up here.

5  Let's take -- first, I want to try to get this

6  instruction out of the way to the jury that's been

7  hanging around a little too long.

8          In light of Mr. Castle's reaction to my

9  proposal, I think an instruction modeled on the

10 United States' proposal, but I'll cast it in passive

11 voice to omit Mr. Castle's name.  Here's what I

12 propose to give and kind of get him close to this

13 being nonnegotiable.  So kind of the final word on

14 this.  "On Tuesday, Frederico Munoz was asked if he

15 had been diagnosed with antisocial personality

16 disorder and was psychopathic.  And those questions

17 are being stricken from the record as improper.  You

18 should not consider anything about that line of

19 questioning in your deliberations."

20          Can you live with that, Mr. Castle?

21          MR. CASTLE:  My previous objection.  I

22 have no further objections, if the Court

23 understands.

24          THE COURT:  Okay.  Well, you know, Mr.

25 Castle, you told me that, boy, you wanted to clear

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  it up, you felt bad about it, and I've given you

2  every option in the world, and nothing seems to

3  work.  I've asked you to draft one, and you don't

4  draft it.  I don't know what you want.

5          MR. CASTLE:  Your Honor --

6          THE COURT:  No, you made your -- can you

7  live with that, Ms. Armijo?

8          MS. ARMIJO:  Yes, Your Honor.  Thank you.

9          THE COURT:  That's what they're going to

10  get.

11          MR. CASTLE:  Can I ask for a similar one

12  for the Government's misstatement to the jury?

13          THE COURT:  No, overruled.  You all beat

14  that to a drum in cross-examination, so there is no

15  reason for anything to be done with that one,

16  because y'all ripped the Government, all seven of

17  you, just about, on that in cross-examination.

18  That's what cross-examination is for in that

19  situation.

20          I thought about this Cupit situation.  I

21  think the evidence is just being offered for

22  enterprise.  He's just another enterprise witness.

23  I've continued to encourage the Government to not

24  call enterprise.  I said last week we were done with

25  those, this sounds like just another one.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Consequently, I'm going to sustain Mr. Solis'

2  objection and Mr. Cupit will not testify.

3         All right.  Let me take this brief back.

4  It looks to me like Mr. Castle is not arguing with

5  my application of 609B or my understanding of the

6  law.  He's instead challenging the facts.  So let me

7  go study this, and get those facts in my head.

8         We'll be in recess for 15 minutes.

9         (The Court stood in recess.)

10         THE COURT:  Let's go on the record.  I

11  think that all the defendants are in the courtroom,

12  and all the -- each of the defendants has an

13  attorney.

14         Like I said, it looks like Mr. Castle is

15  not challenging the legal determination but the

16  facts of this case, and it seems to me that if the

17  facts are as Mr. Castle has outlined -- and I

18  understand that the Government doesn't have a

19  position on whether the facts are correct or not --

20  it seems to me that he then served time on some

21  combination of the prior sentence and the probation

22  and the parole, if I understand the situation, up

23  through 2011, which would put it within the 10-year

24  period.  So I haven't been able to research that

25  enough, but that seems to me to make sense.  And so

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  unless the Government has some problem with it, what

2  I would propose is to give you a few minutes more in

3  redirect to bring these out, and then let the

4  defendants have some of their time in cross to do

5  what they want.

6          I think the ruling I made earlier about

7  once the conviction is brought in still stands; we

8  can't go into the facts, but they haven't been

9  presented for any purpose other than the

10 truthfulness of it.

11         But -- so that's what I propose.  All

12 right.  Ready to go?

13         MR. BECK:  That sounds like a prudent,

14 course, Your Honor.

15         THE COURT:  All right.  All rise.

16         (The jury entered the courtroom.)

17         THE COURT:  All right.  Everyone be

18 seated.

19         On Tuesday, Frederico Munoz was asked if

20 he had been diagnosed with antisocial personality

21 disorder and psychopathy.  Those questions I'm going

22 to strike from the record.  I've determined that

23 they're improper, so I'm striking them from the

24 record.  You should not consider anything about that

25 line of questioning in your deliberations.

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                Albuquerque, NM 87102
(505) 989-4949                                                                              (505) 843-9494
FAX (505) 843-9492                                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  Mr. Archuleta, I remind you
 2   that you're still under oath.
 3              And Mr. Beck, do you have a few more
 4   questions for Mr. Archuleta?
 5              MR. BECK:  I do, Your Honor.  The United
 6   States at this time moves to admit Government's
 7   Exhibit 628.
 8              THE COURT:  Any objection?  Not seeing or
 9   hearing any objection, Government's Exhibit 628 will
10   be admitted into evidence.
11              (Government Exhibit 628 admitted.)
12   BY MR. BECK:
13       Q.   Mr. Archuleta, Mr. Cooper asked you about
14   the three strikes law and Darren White.  Do you
15   remember that?
16       A.   Yes, sir.
17       Q.   And was it your understanding that
18   Mr. White made you out to be sort of the poster boy
19   for that law?
20       A.   Yes, sir.
21       Q.   We talked about Matthew Cavalier.  Were
22   you also -- did you also plead guilty to two other
23   homicides?
24       A.   Prior to Matthew?
25       Q.   Prior to Matthew Cavalier.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I pled guilty to involuntary manslaughter
 2   and conspiracy to second-degree murder.
 3        Q.   And was the involuntary manslaughter in
 4   1987?
 5        A.   Yes, sir.
 6        Q.   Did you shoot your cousin accidentally?
 7        A.   Yes, sir.
 8        Q.   And the second-degree murder -- was that
 9   in 1988?
10        A.   Yes, sir.
11        Q.   And was that when you strangled your wife?
12        A.   Yes, sir.
13        Q.   And so were those two convictions and the
14   Matthew Cavalier conspiracy to murder -- were those
15   the three strikes that made you the poster boy for
16   "Three strikes you're out"?
17        A.   Yes, sir.
18             MR. BECK:  May I have a moment, Your
19   Honor?
20             THE COURT:  You may.
21             MR. BECK:  No further questions.
22             THE COURT:  Mr. Lahann, did you have
23   questions?
24             MR. LAHANN:  I did.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

240

```
1                    CROSS-EXAMINATION
2   BY MR. LAHANN:
3        Q.   Mr. Archuleta, you're aware that there is
4   an admitted validated SNM member named Trigger, and
5   his name is Jason Wright, isn't it?
6        A.   I'm not familiar.
7        Q.   You don't know Jason Wright from
8   Albuquerque?
9        A.   I know that there's a few Triggers.
10           MR. LAHANN:  Thank you.
11           THE COURT:  Thank you, Mr. Lahann.
12           Mr. Blackburn?
13                   RECROSS-EXAMINATION
14   BY MR. BLACKBURN:
15        Q.   Mr. Archuleta, let me ask you about the
16   1997 involuntary manslaughter that Mr. Beck was
17   asking you about.  You said that that dealt with a
18   situation where you shot your cousin; is that right?
19        A.   In 1987.
20        Q.   1987, I'm sorry.  Where you shot your
21   cousin?
22        A.   Yes.
23        Q.   And had you -- it was a shotgun, was it
24   not?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And you had put the shotgun up to your
 2   head, had you not?
 3             MR. BECK:  Objection.
 4             THE COURT:  Sustained.
 5   BY MR. BLACKBURN:
 6        Q.    Let me ask you about the second-degree
 7   murder case that involved -- the second case
 8   involved the situation with your wife.  Is that what
 9   I heard him say?
10        A.    Yes, sir.
11        Q.    And that was a second-degree murder case;
12   is that right?
13        A.    Yes, sir.
14        Q.    That was in Albuquerque; is that right?
15        A.    Yes.
16        Q.    And did that involve a gun?
17             MR. BECK:  Objection.
18             THE COURT:  Sustained.
19   BY MR. BLACKBURN:
20        Q.    How much time did you get on the
21   involuntary manslaughter conviction?
22        A.    Eighteen months.
23        Q.    And how old were you at the time?
24        A.    18 or 19.
25        Q.    All right.  And did you go to jail on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   that?

 2         A.   Yes, sir.

 3         Q.   What jail did you go to?

 4         A.   I served my 18 months in Los Lunas

 5   Correctional Facility.

 6         Q.   And as a result of that particular

 7   conviction, you were in Los Lunas; is that right?

 8         A.   Yes, sir.

 9         Q.   And as a result of that particular

10   conviction, because you were in Los Lunas, New

11   Mexico, were you buying drugs or purchasing drugs

12   from a guard down there at that prison?

13         A.   I was not purchasing drugs from a guard.

14         Q.   Okay.  Were you sending drugs to -- were

15   you using a guard, a correctional officer, to take

16   drugs to your residence or to someone that you knew?

17         A.   I was using a guard to bring in drugs.

18         Q.   To bring in drugs.

19         A.   Yes.

20         Q.   And was that person getting the drugs from

21   your wife?

22         A.   Yes, sir.

23         Q.   And how old was your wife at the time?

24         A.   She was 18.  I was 19, I believe.

25         Q.   And did you believe that she was having an

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                                     (505) 843-9494
FAX (505) 843-9492                                                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

243

```
 1  affair with him?

 2       A.   At that time, no.

 3       Q.   Did you find out that she had an affair

 4  with him?

 5       A.   Later on, I found out that she was having

 6  an affair.

 7       Q.   And is that what related to the

 8  second-degree murder conviction?

 9            MR. BECK:  Objection under 609, Your

10  Honor.

11            THE COURT:  Well, these are just during

12  the time that he was at the pen; correct?  That's

13  all this is?  It's not going into the facts of the

14  underlying conviction?

15            MR. BECK:  I think the last question --

16            THE COURT:  The last question did?  Let's

17  stop there then.

18  BY MR. BLACKBURN:

19       Q.   And as a result of the second-degree

20  murder conviction as it relates to your wife, how

21  much time did you get on that conviction?

22       A.   Sixteen years.

23       Q.   All right.  And had you finished serving

24  your time on the involuntary manslaughter case?

25       A.   I believe so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And on the -- but you violated your

2    probation, did you not, as it relates to the

3    situation with your wife; is that correct?

4    A.   I don't understand the question.

5    Q.   Let me back up.  So the second-degree

6    murder case that you received in Albuquerque that

7    you got the 16 years for -- is that what led you

8    again to go back to the Penitentiary of New Mexico?

9    A.   Yes, I was convicted, yes.

10   Q.   All right.  And where did you start

11   serving that time at?

12   A.   PNM Main facility, Penitentiary of New

13   Mexico in Santa Fe.

14   Q.   And when did you first start serving that

15   sentence?

16   A.   In 1989.

17   Q.   And it was 16 years; right?

18   A.   Yes, sir.

19   Q.   Plus you had probation and parole

20   afterwards, did you not?

21   A.   Yes, sir.

22   Q.   And you violated those, did you not?

23   A.   Yes, sir.

24        MR. BLACKBURN:  May I have a second, Your

25   Honor?

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  You may.

 2            MR. BLACKBURN:  I have nothing further,

 3   Your Honor.

 4            THE COURT:  All right.  Thank you, Mr.

 5   Blackburn.

 6            Mr. Benjamin.

 7                 RECROSS-EXAMINATION

 8   BY MR. BENJAMIN:

 9       Q.  Your 1988 conviction was for the murder of

10   your wife; correct?

11       A.  Yes, sir.

12       Q.  Did that get enhanced in any way, or was

13   your sentenced increased because she was pregnant?

14       A.  No, sir.  It was -- no, sir.  It was

15   enhanced -- I mean, at the time it carried 12 years,

16   basic sentence of nine.

17            MR. BECK:  Your Honor, I'm going to object

18   to this question under 609.

19            THE COURT:  Well, overruled.

20       A.  And I received the 12 years, but I'm not

21   sure it was because she was pregnant.  But that's

22   what the second-degree murder of my wife carried, 12

23   years.

24       Q.  And she was pregnant; correct?

25       A.  She was a month pregnant; correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And I got distracted earlier, but what I
 2   meant to ask you was:  When the cooperators were
 3   together at the North and at Sandoval, you guys not
 4   only shared tablets but you talked.
 5             MR. BECK:  Objection, Your Honor, outside
 6   the scope.
 7             THE COURT:  I think that is.  Sustained.
 8             MR. BENJAMIN:  Withdrawn, Your Honor.
 9   Pass the witness.
10             THE COURT:  All right.  Did you have
11   anything, Mr. Castle?
12             MR. CASTLE:  No, Your Honor.
13             THE COURT:  Very brief redirect, Mr. Beck?
14   Do you need anything?
15             MR. BECK:  No, Your Honor.
16             THE COURT:  Mr. Archuleta, you may step
17   down.
18             Is there any reason that Mr. Archuleta
19   cannot be excused from the proceedings, Mr. Beck?
20             MR. BECK:  No, Your Honor.  He may be
21   excused.
22             THE COURT:  Any defendant object to him
23   being excused?  Not seeing or hearing any, you are
24   excused from the proceedings.  Thank you for your
25   testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1              THE WITNESS:  Thank you.

2

3    UNITED STATES OF AMERICA

4    STATE OF NEW MEXICO

5

6                  C-E-R-T-I-F-I-C-A-T-E

7        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages

10   constitute a true transcript of proceedings had

11   before the said Court, held in the District of New

12   Mexico, in the matter therein stated.

13       In testimony whereof, I have hereunto set my

14   hand on this 16th day of May, 2018.

15

16   _____

17   Jennifer Bean, FAPR, RMR-RDR-CCR
     Certified Realtime Reporter
18   United States Court Reporter
     NM Certified Court Reporter #94
19   333 Lomas, Northwest
     Albuquerque, New Mexico 87102
20   Phone:          (505) 348-2283
     Fax: (505) 843-9492
21   License expires:  12/31/18

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com