1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5      vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9       Transcript of excerpt of testimony of

10                BRYAN ACEE

11              May 11, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
1                    I N D E X

2   EXAMINATION OF BRYAN ACEE

3   By Mr. Castellano                            4

4   REPORTER'S CERTIFICATE                      32

5                 EXHIBITS ADMITTED

6   Government 948 Admitted                     30

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  THE COURT:  Mr. Acee, if you'll come up,
 2    Ms. Bevel will swear you in before you're seated.
 3                        BRYAN ACEE,
 4        after having been first duly sworn under oath,
 5        was questioned, and testified as follows:
 6                  THE CLERK:  Please be seated.  Please
 7    state your name and spell your last name for the
 8    record.
 9                  THE WITNESS:  My name is Bryan Acee,
10    A-C-E-E.
11                  THE COURT:  Mr. Acee.  Mr. Castellano.
12                  MR. CASTELLANO:  Thank you, Your Honor.
13    May I have a moment to show exhibits to defense
14    counsel?
15                  THE COURT:  You may.
16                  MS. TORRACO:  Can we approach, Your Honor?
17                  THE COURT:  You may.
18                  (The following proceedings were held at
19    the bench.)
20                  MS. TORRACO:  May I?  It looks like that
21    the Government is now going to try to admit
22    photographs of Frankie Gallegos.  And we're
23    objecting first on a 401 basis.  I don't even see
24    how the tattoos that Frankie Gallegos wears -- it's
25    just to Frankie, though.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Well, I think I probably

2   crossed that in this case so far.  So I'll allow the

3   photographs.

4          MS. TORRACO:  Okay.  Can I just for the

5   record also just say 403, because -- how do you feel

6   about me arguing with you?  Not good at the moment?

7          THE COURT:  I'm sorry?

8          MS. TORRACO:  I want you to reconsider.

9          THE COURT:  Well, I think I've already

10  probably made this decision earlier in the case, so

11  there is -- I think there is sufficient evidence.

12          MS. TORRACO:  I'll just have a standing

13  objection, if I may.

14          (The following proceedings were held in

15  open court.)

16                  DIRECT EXAMINATION

17  BY MR. CASTELLANO:

18      Q.   Agent Acee, now that this case has

19  progressed, I wanted to call you back to talk about

20  some of the issues that have arisen during the

21  trial.  The first one is the placement of

22  cooperators who were in custody.  And are you aware

23  of the various cooperators being placed in various

24  facilities while these trials have been pending?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And as people came on to cooperate who are
 2   housed with defendants who are charged, were they
 3   moved away from those people who were still pending
 4   trial?
 5        A.   Yes.
 6        Q.   What was the purpose of doing that?
 7        A.   To keep them separate from the defendants
 8   for a few reasons.
 9        Q.   And so was one of those reasons safety
10   reasons?
11             MR. SINDEL:   I'll object to the leading
12   form of the question.   He could come up with an
13   answer on his own.
14             MR. CASTLE:   And asked and answered
15   previously when Agent Acee was on the stand.
16             THE COURT:   Overruled.
17   BY MR. CASTELLANO:
18        Q.   Okay.   I'm going to ask you an open-ended
19   question, Agent Acee:   Why did you separate the
20   cooperators from charged defendants?
21        A.   Simply stated, two reasons:   One, safety;
22   two, now that they're cooperating with the
23   Government, it's not fair to have them with
24   represented parties where they could violate
25   attorney-client.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

6

1       Q.   Explain that a little bit further.   If
2   they're now cooperating with the Government, what is
3   the issue with having cooperators with charged
4   defendants?
5       A.   We view cooperators as agents of the
6   Government, for lack of a better term.   So it's not
7   fair to take someone who is cooperating and have
8   them housed with or be able to converse with someone
9   who is not cooperating, because they could be asking
10  questions or overhearing things that have an
11  attorney-client privilege.   So that's something that
12  we would take steps to avoid.
13      Q.   And were all the cooperators housed
14  together all the time?
15      A.   No.
16      Q.   So when there is what was called a
17  cooperator pod at PNM North, approximately how many
18  cooperators were there at that time?
19      A.    It depended at different times, because
20  cooperators -- they didn't all come on board at
21  once.   They came on sometimes a year apart.
22           The other thing is:   They didn't all get
23  along.   So some of them have never been housed with
24  other ones.   They just couldn't set aside their
25  differences.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            So to answer your question specifically,
 2   as few as two together to as many as -- I think L
 3   pod was where we had the largest population, or
 4   Sandoval.  And it was as many as maybe eight, eight
 5   or nine.
 6        Q.   And approximately how many -- just off the
 7   top of your head, how many cooperators in custody
 8   are there that you can recall?
 9        A.   In all the cases?
10        Q.   Yes.
11        A.   Somewhere between 40 and maybe 45.
12        Q.   And did you also have cooperators who have
13   not testified in this trial?
14        A.   Yes.
15        Q.   Have they testified in other proceedings?
16        A.   Some have and some have not.
17        Q.   And I think the jury has seen where there
18   are cooperators who also were not in custody.
19        A.   Yes.
20        Q.   You were asked -- going back to Jose Gomez
21   and the counts where he's alleged to be a victim,
22   you were asked questions about him being charged on
23   a charge called unlawful flight to avoid
24   prosecution, or UFAP for short.  Can you explain to
25   the members of the jury the purpose of that statute?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.  The UFAP or unlawful flight to avoid

2  prosecution allows -- simply stated allows us, the

3  feds, the FBI, or the U.S. Marshal Service to help a

4  local jurisdiction capture a fugitive, and then we

5  pay for the expenses of bringing him back.  Once

6  they're here, we dismiss our case and give the

7  fugitive back to the local authority, and then

8  they're able to execute that local warrant, now that

9  they're back in New Mexico.

10     Q.   And what has been your experience about

11 whether that charge is dismissed in any given case?

12     A.   Well, I've never seen it not dismissed.

13          MR. SINDEL:  Your Honor, it's irrelevant.

14 I don't know what it has to do with other cases.

15 This is a single case in a single circumstance.

16          MR. CASTELLANO:  Your Honor, the question

17 is whether or not Jose Gomez received a benefit from

18 dismissed charges.

19          THE COURT:  Limit it to this case then,

20 not to just any case.

21 BY MR. CASTELLANO:

22     Q.   Why was it dismissed in this case, Agent

23 Acee, that charge?

24          MS. TORRACO:  Objection.  If he knows.

25 Improper foundation.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                         1-800-669-9492
PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1              THE COURT:  Well, I think he knows.
 2    Overruled.
 3         A.   I don't want to disobey --
 4    BY MR. CASTELLANO:
 5         Q.   You can answer.  Why was it dismissed in
 6    this case?
 7         A.   We don't charge it.  Your office doesn't
 8    charge it.
 9         Q.   You mean once the person is returned to
10    the district, it's not charged any further?
11         A.   Correct.
12         Q.   So is that a benefit unique to Jose Gomez?
13         A.   No.
14         Q.   You were asked earlier -- or it came up
15    earlier in the trial about a murderer relocated out
16    of state and on the streets.  Do you remember that?
17         A.   Yes.
18         Q.   Who did that refer to?
19         A.   Mario Montoya, Poo Poo.
20         Q.   And is that person cooperating with the
21    Government?
22         A.   Yes.
23         Q.   What was the purpose of notifying people
24    that he was on the streets in terms of the overall
25    investigation?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    A couple of reasons.  The main one being

2    that Mario was cooperating, and Mario had long been

3    thought of as the person who had committed the

4    murder of Shane Dix.  And I can go on.  When I'm

5    talking to SNM members and I say that Mario is still

6    on the streets, in their minds they're thinking:  A

7    murderer is on the streets; I have a chance if I

8    cooperate.

9        Q.    So was that kind of a tool that you used

10   as a law enforcement officer?

11       A.    Yes.

12       Q.    The jury has heard from some people who

13   have been charged and some people who haven't been

14   charged in this case, including what the charges

15   were when they were charged.  What was the overall

16   purpose of the investigation regarding the SNM

17   prison gang?

18       A.    To dismantle the gang, to destroy,

19   prosecute, to cause the gang to not exist anymore in

20   New Mexico.

21       Q.    And so for someone from Gerald Archuleta,

22   also known as Styx, who the jury heard from today --

23            MR. LAHANN:  Your Honor, may we approach?

24            THE COURT:  You may.

25            (The following proceedings were held at

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    the bench.)

2             MR. LAHANN:  Agent Stemo is still in the

3    courtroom.  I think the agreement was either one

4    could be in the courtroom.

5             MR. CASTELLANO:  That's fine.

6             MR. BECK:  I think she's not a witness

7    anymore.

8             MR. LAHANN:  Is she done?

9             MR. BECK:  She's obviously not going to

10   testify to those records.  We've established that.

11            THE COURT:  Well, I think that was the

12   agreement, she'd step out.  So why don't you ask her

13   to step out.  I found a case, when we excuse the

14   jury, it looks like the Tenth Circuit has spoken on

15   the case, and they are nontestimonial.

16            MR. BECK:  She will testify.  We'll ask

17   her to step out.

18            MR. CASTELLANO:  Thank you for that.

19            (The following proceedings were held in

20   open court.)

21            THE COURT:  All right.  Mr. Castellano.

22   BY MR. CASTELLANO:

23        Q.  So as far as Gerald Archuleta is

24   concerned, did he plead to the charge that was

25   brought against him?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, he did.

 2        Q.   Did you try to bring a higher charge

 3   against him related to the Julian Romero assault?

 4        A.   I did.

 5        Q.   What was the issue there in terms of

 6   bringing a higher-level charge?

 7        A.   I couldn't find a medical expert to agree

 8   that Mr. Romero's injuries constituted great bodily

 9   injury or serious bodily injury.  So the lesser

10   offense was all we were stuck with.

11        Q.   And could you have charged him with a RICO

12   violation?

13        A.   I could.  And I personally was working on

14   his overt acts.

15        Q.   And when he agreed to cooperate, how did

16   that change things?

17        A.   I stopped working on his overt acts.

18        Q.   And what effects did his cooperation have

19   on other people involved in the case?

20        A.   It opened the floodgates of cooperators.

21   If Gerald Archuleta could cooperate, any of them

22   can.  And I made that known to all of them.  It also

23   left a pretty remarkable legacy on the SNM that the

24   famous Gerald Archuleta wore a wire against his own

25   people.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       Q.    And was that part of his cooperation?

 2       A.    Yes.

 3       Q.    And was that in a prison facility?

 4       A.    Yes, it was at the Penitentiary of New

 5  Mexico, North facility.

 6       Q.    As far as promises to cooperators, what

 7  have you promised cooperators?

 8       A.    I don't promise anything.  I'll take that

 9  back.  I say that I promise to do my best to keep

10  them and their families safe.  I don't promise

11  anything.

12       Q.    Now, the jury has heard that from time to

13  time people had visits with their family when they

14  became cooperators.  What was one of the reasons or

15  the purpose for meeting with the family?

16       A.    So that the family knew who in the FBI

17  they could contact, and that in some cases that the

18  cooperators were truly cooperating, because the

19  family didn't believe it.  They were gangsters, too.

20  But it was to introduce my team to them so that they

21  had a point of contact if they had concerns or

22  questions.

23       Q.    When you say "concerns," was that part of

24  any type of threat assessment?

25       A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       Q.   Has any witness in this case been promised
 2  WITSEC or the witness protection program?
 3       A.   No.  I'd be foolish to promise WITSEC,
 4  because I can't guarantee it.  It's not my decision.
 5       Q.   And have any witnesses at this point been
 6  submitted to that program for admission?
 7       A.   None.
 8       Q.   Defense counsel have asked about new cars
 9  and new houses and things of that nature.  Do people
10  in WITSEC get new houses?
11       A.   No.
12       Q.   What do they get when they first come into
13  the program?
14       A.   They receive -- just prior to that, they
15  receive some job training so they can have some
16  success.  They receive usually a stipend, with a few
17  months' rent to get them set up.  They get some help
18  from the Government in terms of a new identity so
19  they can pass a credit check.  But it's what I'll
20  call a startup kit; then they've got to stand on
21  their own two feet.  If they don't, they're thrown
22  out of the program.
23       Q.   There was discussion about cooperators
24  being released to the streets.  Were any of the
25  state inmates released to the streets?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not by the FBI.  I will say the Department
 2   of Corrections allowed Eric Duran an early release.
 3   That was solely their decision.  But the FBI has not
 4   released any state inmates to the street.  That's
 5   not the point of our operation.
 6        Q.   Have you ever made such a request to the
 7   Bureau of Prisons -- or excuse me, to the
 8   Corrections Department?
 9        A.   No.
10        Q.   And Eric Duran -- what was different about
11   him?
12        A.   The State of New Mexico awarded him two
13   lifesaving awards, because he was the informant that
14   was credited with saving the lives of Gregg
15   Marcantel and Dwayne Santistevan, both state
16   employees.
17        Q.   And the jury has heard that various
18   letters were written regarding the attempts to
19   murder them.  Was he the person who turned letters
20   over to the FBI?
21        A.   Yes, he is.
22             MR. SINDEL:  Your Honor, I'm going to
23   object to that.  First of all, Mr. Duran has not
24   been called and won't be called as a witness in the
25   case.  So vouching for his character credibility is
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   irrelevant.

 2           And second of all, the situation involving

 3   the two employees that Mr. Castellano referred to

 4   doesn't have anything to do with the allegations in

 5   the indictment in this case.

 6           THE COURT:  Well, overruled.

 7   BY MR. CASTELLANO:

 8      Q.   Is that who Mr. Eric Duran was?

 9      A.   That is who he was.

10      Q.   And so related to that and those letters,

11   are those letters that you took to Sammy Griego, who

12   also testified in these proceedings?

13      A.   I think I took one letter, but yes.

14      Q.   And is that the reason you approached

15   Sammy Griego?

16      A.   Yes.

17      Q.   What did Sammy Griego do for the FBI?

18      A.   Mr. Griego agreed to carry a phone, an

19   FBI-purchased phone that had a wiretap on it, so we

20   could listen to all his phone calls.  He agreed to

21   make drug, firearm buys and any other type of

22   contraband.  Simply stated, he agreed to cooperate

23   with us, but more specifically to do buys, and to

24   further our investigations to include the conspiracy

25   that at that time was very important to us, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    conspiracy to murder the state officials.

2        Q.   And was that cooperation even before

3    anyone was charged in this case?

4        A.   Yes, that was immediately.  That was

5    within weeks of my opening the case, I was in the

6    parole office, getting in Sammy Griego's face, and

7    seeing if he wanted -- which direction he wanted to

8    go.

9        Q.   What did he do regarding someone named

10   Christopher Garcia?

11       A.   He purchased heroin from Christopher

12   Garcia, and I think crack cocaine.  He also had

13   lengthy conversations with him about various SNM

14   members and criminal activities.

15       Q.   And did any of those topics touch on the

16   Marcantel murder?

17            MR. SOLIS:  That's hearsay, Your Honor.

18            THE COURT:  Overruled.

19       A.   Yes, I believe so.

20   BY MR. CASTELLANO:

21       Q.   Regarding Sammy Griego, there was

22   discussion about him having conversations with

23   Gerald Archuleta.

24       A.   Yes, he did that at my direction.

25       Q.   And were there certain things that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Archuleta was not willing to do at Sammy

2  Griego's request?

3       A.   Yes.  We made a lot of requests of

4  Mr. Archuleta, and he didn't bite on it.

5       Q.   What types of requests?

6       A.   We tried to pull him into the conspiracy

7  to murder the state officials to see if he was

8  interested.

9            We set up a stash house full of marijuana

10 to see if he wanted to rob it.  It was our stash

11 house with undercovers there.  He didn't want to do

12 that.

13           We tried to see if he had drugs to sell

14 us.  He didn't.  He just wanted drugs.  We were

15 trying to -- I was trying to pull him in.  Like I

16 said, I was personally working on his overt acts.  I

17 wanted to get him.

18      Q.   Witnesses have been asked about a

19 questionnaire when FBI personnel interviewed them.

20 Who put that questionnaire together?

21      A.   I did.

22      Q.   What was the purpose of the questionnaire?

23      A.   Well, I wanted the agents that I was

24 working with to have a set list of questions so we

25 didn't miss any.  I wanted to mitigate agents

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   confusing the different homicides and subjects.  So

2   simply stated, it was a go-by or -- yeah, a go-by to

3   use when questioning SNM members, particularly with

4   agents that were not only newer to the investigation

5   but newer to the FBI.

6       Q.    What was your experience with agents who

7   were less familiar with the investigation when they

8   interview people?

9       A.    We were making mistakes in the 302.  We

10  were making mismakes in our reports because we were

11  confusing things that we shouldn't have been.

12      Q.    And so was the purpose of the

13  questionnaire then to try to make sure that the

14  right questions were asked of the right people?

15      A.    Yes.

16      Q.    How many people interviewed did you

17  actually give the questionnaire to, as opposed to

18  asking questions off the questionnaire?

19      A.    One that I can think of.

20      Q.    Who was that person?

21      A.    Frederico Munoz.

22      Q.    And why was his case different?

23      A.    His attorney had some time constraints,

24  and I was anxious to get the responses back, so I

25  ran the idea by his attorney.  I don't think I ran

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   the idea by any of the prosecutors.  And the defense

 2   attorney and I thought it was a good idea, and we

 3   did that.  And that was the only time I did that.

 4        Q.   Going back to dismantling of the gang,

 5   were some of these people long-time gang members?

 6        A.   Yes.  I can't think of one who was a

 7   freshly minted gang member.  Yes.

 8        Q.   And so people who had been in the gang for

 9   a period of time -- were there times when they had

10   difficulties serving as cooperators?

11        A.   Yes.  Some of the guys had identity crises

12   that would last for months.  You know, one day

13   they're a cooperator, the next day they think they

14   can go back to the gang.  And I would argue with

15   them that they were done; they'd already talked to

16   us and that there was no going back.

17        Q.   And so for people who the jury hasn't

18   heard from, are there -- in the discovery are there

19   reports of them interviewing with the FBI or giving

20   information to the FBI?

21        A.   Yes.

22        Q.   So for those people who aren't even

23   witnesses, is that something that causes them not to

24   be able to go back to the gang?

25        A.   Yes.  And it's purposeful on our part.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Keep in mind what the goal is here:  To dismantle

2   the gang.  And snitches can't be gang members.

3        Q.   Going back to the questionnaire and

4   debrief, did you always have the time that you

5   wanted to spend with people to interview them?

6        A.   No.  You mentioned the questionnaire.

7   That took about -- for me, experienced in the case

8   and having asked the questions and interviewed lots

9   of members, it would take me about four hours to go

10  through the questionnaire.  A lesser-experienced

11  agent longer.

12       Q.   So at times, were there then questions

13  that were left unanswered?

14       A.   Oftentimes there were, yes.

15       Q.   And from your experience in the case now

16  for over two years, what's been the difference

17  between gathering information in a debrief and

18  preparing witnesses for trial?

19       A.   Well, you have to understand that as

20  agents, there's a lot of issues there.  But what I

21  was going to start off by saying, as agents, we're

22  trying to develop probable cause to make charges so

23  that I can swear out a complaint or I can testify

24  before the grand jury.  When I bring that to the

25  U.S. Attorney's Office to prosecute the case, their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   focus is a little bit different.  Their standard is

 2   different than mine is.  Not to say we don't work

 3   together, and we do.  But the prosecutors have a

 4   laser focus on that proof beyond a reasonable doubt.

 5   And I oftentimes have --

 6            MR. SINDEL:  Your Honor, may we approach?

 7            THE COURT:  You may.

 8            (The following proceedings were held at

 9   the bench.)

10            THE COURT:  I'm working on Ms.

11   Harbour-Valdez's CJA vouchers.  Should I stop and

12   reject them?

13            MR. SINDEL:  Well, we all vouch for

14   something.  But I just think that it looks like he's

15   going to be vouching for this prosecution.  I'm

16   concerned that he's going to end up saying they look

17   at reasonable doubt, they decide that they can prove

18   the case beyond a reasonable doubt, and therefore

19   they bring it to court.  This is a very dangerous

20   area.  I don't see what the relevance is.  He's

21   already mentioned what his job is with the FBI.

22            THE COURT:  Well, the particular question

23   here is:  What's the difference between gathering

24   information and a debrief and preparing these people

25   for trial?  Either today or yesterday the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Government -- the cooperators took a pretty big

 2   beating.  But it's just rehearsal; it's practice

 3   questions and answers.  I think I've got to give

 4   them a little room to tell the difference between

 5   the two.

 6            MR. SINDEL:  I understand that, but I also

 7   think that he's sort of going off in a different

 8   direction.  I think that the answer does not have to

 9   be what the process is through the U.S. Attorney's

10   Office.  You make an assessment about the value of a

11   particular debrief and whether it's sufficient to

12   bring a case to court because they have made a

13   decision that they can prove their case beyond a

14   reasonable doubt.

15            THE COURT:  The particular question here I

16   think is not objectionable.

17            MR. SINDEL:  If he leads him, maybe we can

18   avoid getting to that area.

19            THE COURT:  I'm sure Mr. Castellano would

20   have no problem leading.

21            MR. SINDEL:  He has been good at it in the

22   past.

23            MR. CASTELLANO:  I try to go back to

24   open-ended questions and I can't win.

25            THE COURT:  You go to the podium and you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    do what you want, and we'll see what they do.

2              MR. CASTELLANO:  Sounds good.

3              MR. SINDEL:  Can I join him?

4              (The following proceedings were held in

5    open court.)

6              THE COURT:  Mr. Castellano.

7    BY MR. CASTELLANO:

8         Q.   Is it fair to say that the focus changes

9    as cooperators are looking toward trial as opposed

10   to providing general information about the gang?

11        A.   Yes.

12        Q.   For example, if we're going to trial

13   against four people or seven people, has it been

14   your experience that now we're focused on those four

15   people for trial?

16        A.   Yes.

17        Q.   And has it been done earlier this year as

18   well?

19        A.   Yes, it was.

20        Q.   Witnesses have been asked about being

21   harmed.  Have you had any cooperators harmed in this

22   case?

23        A.   Yes.

24        Q.   What happened to that person?

25        A.   He was shot eight times.  After he was
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                                1-800-669-9492
                                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  released from the hospital, his house was

2  fire-bombed.

3       Q.   Did he survive?

4       A.   Yes.

5            MR. CASTLE:  Judge, you know, I object.

6  First of all, we don't know anything about this.

7  And number two --

8            THE COURT:  Maybe we'll learn.  Overruled.

9            MR. CASTLE:  -- it's not relevant to any

10 of these clients because there --

11           THE COURT:  Well, there's been a lot of

12 attack on the fact that there's no reason for these

13 cooperators to fear.  So let's listen to the

14 testimony.  Overruled.

15 BY MR. CASTELLANO:

16      Q.   Do you attribute that to any of the

17 defendants here in court today?  Let's clear that

18 up.

19      A.   No.

20      Q.   Do you attribute that to cooperation

21 against the SNM Gang?

22      A.   Yes.

23      Q.   Is that person cooperating anymore?

24      A.   Not with me.  Not with the FBI, no.

25      Q.   I want to turn your attention to the



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                                1-800-669-9492
                                                     e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Gallegos brothers at this point.  And there was a
 2   discussion about handcuffs in this case.  Do you
 3   remember that?
 4        A.   Yes.
 5        Q.   Are you aware of any database for tracking
 6   down handcuffs?
 7        A.   There is no such database.
 8        Q.   What about even with them having serial
 9   numbers on them?
10        A.   The handcuffs in this case, there have
11   been two that I've mentioned, they're both
12   manufactured by Smith and Wesson, and both contain
13   serial numbers.
14        Q.   Any way to track those?
15        A.   No.
16        Q.   Have you made efforts to try to track
17   those?
18        A.   I have.
19        Q.   And did that come about as questioning
20   about handcuffs came up in this case?
21        A.   Yes.
22        Q.   And as a result of those questions, did
23   you look further into that?
24        A.   Did I look for what?
25        Q.   Did you look further into that topic?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And are you able to track down any

 3   information even though they have serial numbers on

 4   them?

 5        A.    No.

 6        Q.    I want to ask you if you found any

 7   SNM-related materials at Joe and Andrew Gallegos'

 8   trailer when you executed that warrant at that

 9   residence.

10        A.    Yes, we did.

11             MR. SINDEL:  Your Honor, may I voir dire

12   the witness concerning the exhibits that they're

13   about to show him?

14             THE COURT:  Let him show him and lay his

15   foundation, and then I'll let you voir dire.  But

16   let him lay whatever foundation he wants to attempt

17   to do, and then I'll let you voir dire.

18             MR. CASTELLANO:  I'll let defense counsel

19   look at those photos for a second.

20   BY MR. CASTELLANO:

21        Q.    Did I show you those photos earlier today?

22        A.    Yes.

23        Q.    And do you recognize those as photos that

24   were taken at the residence at 04 Erin Court?

25        A.    Yes.
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And when was that warrant executed, if you
 2  recall?
 3      A.   Off the top of my head, I think it was
 4  April of 2016.  I have some notes over there at my
 5  chair that have the exact date.  I didn't expect to
 6  be called up here quite so soon.
 7      Q.   So April 2016?
 8      A.   I believe so.
 9      Q.   What types of things were you looking for
10  at that time?
11      A.   Evidence of racketeering and evidence
12  related to the murder of Adrian Burns.
13           THE COURT:  All right.  Shall we take
14  those photographs and take a little bit of time on
15  them and take them up on Monday?
16           MR. CASTELLANO:  Sure, Your Honor.  That's
17  fine.
18  EXCERPT CONCLUDED
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Y'all have worked very hard.
 2   Thank you for everything you've done for us.  You've
 3   worked beautifully and done everything we've asked
 4   you to do.
 5              Next week we may be shifting some gears,
 6   so you may be back in the room a little bit during
 7   the week.  If you crochet, do some other things,
 8   read or something, you might want to bring stuff
 9   because there may be some breaks that are a little
10   longer than you've gotten.  So you may want to bring
11   those.
12              Happy Mother's Day on Sunday.  My wife is
13   coming in from Dallas and so I'm going to drive back
14   tonight and see her, buy her supper at Sadie's, if I
15   can get there, and take her to Les Mis tomorrow and
16   Tamaya on Sunday, and we've got graduations.  I'm
17   sure that your life is filled with those things,
18   too.  Have a good Mother's Day weekend, we'll see
19   you on Monday morning.  Y'all be safe in your
20   travels.
21              (The jury left the courtroom.)
22              THE COURT:  All right.  There seems to be
23   a Tenth Circuit case that is on point on these
24   telephone records with the 90211 certificate.  I've
25   reviewed the certificate.  It meets all the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   qualifications for the hearsay exception in 9211.
 2   Tenth Circuit and many other circuits have said
 3   these are not testimonial.  And Tenth Circuit has in
 4   a -- I believe it's a published opinion, United
 5   States v. Yeley, Y-E-L-E-Y, Davis.  632 -- no, this
 6   is unpublished.  632 F.3d.  673, 2011 U.S. Lexis
 7   1053.  So on that basis I will admit Government's
 8   Exhibit 948 into evidence.
 9               (Government Exhibit 948 admitted.)
10               THE COURT:  Let's see.  Is there anything
11   else I need to do?
12               MR. CASTLE:  Your Honor, the defense
13   requested discovery on this relatively -- this
14   brand-new information about the fire-bombing and --
15               THE COURT:  Okay.  Well, talk to the
16   Government about it if it's new information.  And if
17   not, if necessary, we can take it up on Monday.
18               Let me encourage the Government, don't go
19   back and look at files all weekend and find new
20   information.
21               MS. ARMIJO:  I just wanted to make sure we
22   didn't have to call T-Mobile.
23               THE COURT:  If you haven't gotten it
24   across the line now, you're probably not going to
25   get it across.  Don't try to use all the extra time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Just bring it in for a landing.  It's time to hear

2  from the defendants.

3          Have a good weekend, good Mother's Day, be

4  safe.  Appreciate y'all's hard work.  See y'all on

5  Monday.

6          (The Court stood in recess.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                 C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 16th day of May, 2018.

13

14          _____

15          Jennifer Bean, FAPR, RMR-RDR-CCR
            Certified Realtime Reporter
16          United States Court Reporter
            NM Certified Court Reporter #94
17          333 Lomas, Northwest
            Albuquerque, New Mexico 87102
18          Phone:        (505) 348-2283
            Fax: (505) 843-9492
19          License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com