1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                  Plaintiff,

5         vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                  Defendants.

8

9        Transcript of excerpt of testimony of

10               MICHAEL JARAMILLO

11                 May 14, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

2

1                    I N D E X

2    EXAMINATION OF MICHAEL JARAMILLO

3    By Mr. Beck                                    3

4    By Mr. Burke                                  36

5    By Mr. Sindel                                 76

6    By Mr. Cooper                                153

7    By Mr. Solis                                 165

8    By Mr. Lahann                                166

9    By Mr. Beck                                  168

10   By Mr. Cooper                                183

11   REPORTER'S CERTIFICATE                       188

12                  EXHIBITS ADMITTED

13   Government 944 Admitted                        7

14   Government 1004 Admitted                     183

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  Mr. Beck, does the
 2   Government have its next witness or evidence?
 3              MR. BECK:  Yes, Your Honor.  The United
 4   States calls Mike Jaramillo.
 5              THE COURT:  Mr. Jaramillo, if you'll come
 6   up and stand next to the witness box on my right,
 7   your left, before you're seated my courtroom deputy,
 8   Ms. Bevel, will swear you in.
 9                   MICHAEL JARAMILLO,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12              THE CLERK:  Please state your name and
13   spell your last name for the record.
14              THE WITNESS:  Michael Jaramillo.
15   J-A-R-A-M-I-L-L-O.
16              THE COURT:  Mr. Jaramillo.  Mr. Beck.
17                   DIRECT EXAMINATION
18   BY MR. BECK:
19       Q.   Good morning, Mr. Jaramillo.
20       A.   Good morning.
21       Q.   Were you a member of the Syndicato de
22   Nuevo Mexico Prison Gang?
23       A.   Yes.
24       Q.   When did you join the SNM?
25       A.   During my time in prison at Los Lunas
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Correctional Facility.  I believe it was around the

2   year 2000.

3        Q.    Who brought you into the SNM?

4        A.    Leroy Lucero.

5        Q.    Does he go by any other name?

6        A.    Smurf.

7        Q.    Before you joined the SNM, were you a

8   member of a street gang?

9        A.    Yes.

10        Q.    What gang?

11        A.    18th Street.

12        Q.    And where is that?

13        A.    In Albuquerque, New Mexico.

14        Q.    In that gang and in the SNM, did you go by

15   any other name?

16        A.    I went by the name Criminal.

17        Q.    When Mr. Lucero brought you into the SNM

18   Gang, did he tell you about the rules of the gang?

19        A.    Yes.

20        Q.    What are the rules of the SNM Gang that

21   you know of?

22        A.    That there is no way out of the gang until

23   you die.  If you're given orders, you have to follow

24   through with them or you will be killed yourself.

25   That you can't work with the Government in any kind



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    of way.

 2         Q.    What's the penalty for that?

 3         A.    Death.

 4         Q.    What about loyalty to the SNM or where the

 5    SNM ranks in the hierarchy in your life?

 6         A.    Can you repeat the question?

 7         Q.    Sure.  Loyalty to the SNM or where the SNM

 8    ranks in the hierarchy of priorities in your life.

 9         A.    In my life, at the very bottom of the list

10    at this point.

11         Q.    Not currently.  As an SNM member.

12         A.    It has to rank first priority.

13         Q.    What about, have you ever heard the term

14    "earning your bones" or huesos?

15         A.    I have.  The term "earning your bones"

16    refers to assaulting people or any kind of criminal

17    activity done for the SNM.

18         Q.    Why did you join the SNM?

19         A.    For protection.

20         Q.    What happened that made you think that you

21    should join the SNM for protection?

22         A.    I just had been assaulted a couple of

23    other times inside prison.  I had another gang

24    called LC believe that I was in the SNM and

25    assaulted me in a prison in Santa Rosa, where I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    ended up taking protective custody.  And then the

2    Department of Corrections put me back out into

3    population.  So I felt like it was my best move was

4    to join that gang so I could be protected.

5         Q.   You talked about LC.  Is that gang also

6    known as Los Carnales?

7         A.   Yeah.

8         Q.   Do you know if they're a rival to any

9    other prison gangs?

10        A.   They're a direct rival to the SNM.

11        Q.   And the incident -- let me ask, first,

12   what is protective custody?

13        A.   Where you feel like you're in danger in

14   the prison, and you ask to get protective custody.

15   And they can put you in lockdown, where you're not

16   around other inmates and stuff like that,

17   segregation.

18        Q.   And when you asked to be put into

19   protective custody in Santa Rosa, was it before or

20   after joining the SNM in 2000?

21        A.   It was before.

22        Q.   Do you have any SNM tattoos?

23        A.   I do not.

24        Q.   I want to talk to you about -- well, let

25   me do this.  I want to talk to you about the year



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com

```
 1   2000, 2001.  At some point did you go to the
 2   Southern New Mexico Correctional Facility?
 3        A.   Yes, I did.
 4        Q.   And when approximately was that?
 5        A.   I believe around between 2000 and 2001.  I
 6   don't remember the exact date.
 7        Q.   At the Southern New Mexico Correctional
 8   Facility, when you were transferred there, were you
 9   already a member of the SNM?
10        A.   Yes, I was.
11        Q.   I'm going to show you -- well, let me ask
12   this question.  Were you at the Southern New Mexico
13   Correctional Facility on March 26 of 2001?
14        A.   Yes, I was.
15             MR. BECK:  Your Honor, the United States
16   moves to admit Exhibit 944.
17             THE COURT:  Any objection from any
18   defendant?
19             Not seeing or hearing any, Government's
20   Exhibit 944 will be admitted into evidence.
21             (Government Exhibit 944 admitted.)
22   BY MR. BECK:
23        Q.   Mr. Jaramillo, I'm going to show you
24   Government's Exhibit 944.  What's in that
25   photograph?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's a picture of myself.

 2        Q.    And I'm going to show you Government's

 3  Exhibit 941 -- or excuse me, not 941.  Sorry.  591.

 4  Do you recognize some of the people in this

 5  photograph?

 6        A.    Yes.

 7        Q.    And does this photograph appear consistent

 8  with the date that it says there on the right, that

 9  it was taken on or around March 16 of 2001?

10        A.    Yes.

11        Q.    And on the screen in front of you, you can

12  touch it.  Go ahead and touch it where you are on

13  that photograph.

14        A.    (Witness complies.)

15        Q.    You circled two people.  Are you on the

16  top far left in that photograph?

17        A.    Yes.

18        Q.    Let me circle some people and see if you

19  recognize them.  Who is in the center there?

20        A.    Angel DeLeon.

21        Q.    And who is just to his -- well, on the

22  right of that is where we're looking at it, in the

23  glasses?

24        A.    Joe Gallegos.

25        Q.    And how about to the left of Angel DeLeon?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Pancho, Frank Castillo.
 2        Q.    Down here on the bottom, do you know who
 3   that person is?
 4        A.    I know him by Critter.
 5        Q.    And I've circled the second from the right
 6   on the bottom, and you said you know him by Critter?
 7        A.    Yes.
 8        Q.    How about the person on his right as we're
 9   looking at it?
10        A.    I know him as Looney.
11        Q.    Looney?  And do you know the person on the
12   bottom left next to him?
13        A.    That is Huero.
14        Q.    Let me ask you, for all those people, did
15   you know them at the time to be SNM members?
16        A.    Yes.
17        Q.    At the Southern New Mexico Correctional
18   Facility in March of 2001, did you generally hang
19   out with other SNM members or anyone in particular?
20   Whom did you hang around with in March 2001?
21        A.    Mostly by myself.  I had one friend that I
22   hung out with a lot named Lorenzo Valdez.
23        Q.    Was he pictured in Government's 591 that
24   you just saw?
25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   At what point did you leave or were you

2    forced to leave the SNM?

3        A.   Well, just before, about a year before I

4    got out of the prison, I got attacked by an SNM

5    member at Southern New Mexico Correctional Facility,

6    and that was basically when I considered my end with

7    the S.

8        Q.   And approximately what year was that?

9        A.   2003 or '04, I think.  Or around -- it was

10   2006, maybe, I think.  It was just before I got out

11   of the prison.  I don't remember exactly when that

12   was, though.

13       Q.   All right.  That's fine.  So approximately

14   right after you got out of prison for the last time?

15       A.   Not days before, but probably a year

16   before.

17       Q.   And after that time, did you go out in the

18   population or on the line?

19       A.   No.

20       Q.   Why not?

21       A.   I feared for my life.

22       Q.   Let me ask you, did you know any rules in

23   the SNM about what happens if an SNM member

24   voluntarily goes into protective custody?

25       A.   That member would be marked for death.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And did you go into protective custody
 2   even before you joined the SNM?
 3       A.   Yes.
 4       Q.   In March of 2001, did you know an inmate
 5   by the name of Leonard Lujan?
 6       A.   Yes.
 7       Q.   How did you know Leonard Lujan?
 8       A.   I had just met him there in prison as
 9   being a member of the SNM.
10       Q.   At some point did you have a conversation
11   with Leonard Lujan about the person you identified
12   as Pancho?
13       A.   I had a conversation with Leonard Lujan
14   where he called me and told me that I was going to
15   be brought to do work.  He didn't specifically lay
16   out that it was going to be Pancho, but he told me
17   to talk to Joe, and that Joe was going to give me
18   the details of the hit.
19       Q.   I want to take you through a couple of the
20   things you said there.  I'm going to show you what's
21   been admitted as Government's Exhibit 860.  Do you
22   recognize this as an aerial depiction of the
23   Southern New Mexico Correctional Facility?
24       A.   Yes.
25       Q.   And which housing unit were you living in
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   when you had this conversation with Leonard Lujan

2   about Pancho?

3        A.   I believe by looking at this picture, it

4   would have been the P unit.  P 15-A it's pointing

5   at, but I think it was the one to the -- directly

6   below it was that housing unit, I believe.

7        Q.   Okay.  And I lost some of that because it

8   wasn't in the microphone.  Which unit did you say?

9        A.   I believe the one P-1, Paul 1.  5-A.  And

10  it was like in this.

11       Q.   So you were in Paul 1.  I'm going to show

12  you Government's Exhibit 123.  Is that the entryway

13  to the Paul 1 housing unit where you lived at that

14  period of time?

15       A.   It appears to be.

16       Q.   Was Frank Castillo also housed in the Paul

17  1 unit with you at the time?

18       A.   Yes, sir.

19       Q.   So taking you back to the conversation

20  with Leonard Lujan, what did he tell you about

21  putting in work?

22       A.   He told me that Wild Bill had come to the

23  prison and that I had been chosen to put in work;

24  that when I got back to my housing unit, to get with

25  Joe Gallegos and he'd give me the details.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you know Wild Bill?

 2        A.    Only by reputation.

 3        Q.    What did you do after this conversation

 4   with Leonard Lujan?

 5        A.    I went back to my housing unit.

 6        Q.    And what did you do when you got back to

 7   the housing unit?

 8        A.    I found Joe Gallegos and went up to his

 9   cell and had a conversation with him.

10        Q.    Was there anyone else with you and Joe

11   Gallegos when you went and had that conversation in

12   the cell?

13        A.    Yes.  Angel DeLeon was with me.  He was

14   also with me when we had a conversation with

15   Leonard.

16        Q.    I want to take you -- I want to show you

17   Government's Exhibit 124.  Do you recognize what's

18   depicted in Government's Exhibit 124?

19        A.    Yeah, the housing unit that I was housed

20   in.

21        Q.    Is that the housing unit you were housed

22   in in March of 2001?

23        A.    Yes, sir.

24        Q.    Where was your cell?

25        A.    Directly next door to the one with the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

 1  evidence tape on the top.

 2       Q.   When you say next door, to the left or the

 3  right?

 4       A.   It would be to my right.

 5       Q.   If I circle the dark door to the right, on

 6  the top right of P-24, is that your cell?

 7       A.   Yes.

 8       Q.   Who was housed in 2204 where the tape is?

 9       A.   Frank Castillo.

10       Q.   And where was Joe Gallegos housed when you

11  had the conversation with him and Angel DeLeon?

12       A.   The room right next door to me.

13       Q.   So let me show you Government's Exhibit

14  125.  Here at the top of the stairs in Government's

15  Exhibit 125, whose room is behind that evidence

16  tape?

17       A.   Joe Gallegos.

18       Q.   When you entered the room with Joe

19  Gallegos and Angel DeLeon, what happened?

20       A.   When we went into the room, Joe told us

21  that we were going to be taking out Pancho.  That's

22  Frank Castillo.

23       Q.   What did you understand him to mean by

24  "taking out"?

25       A.   That we were going to be killing him.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.  What else did he say in the

2   room?

3      A.   He said that we were waiting for some

4   heroin to come in, and it was going to be either the

5   next day or two days later that we were going to

6   kill Pancho.

7      Q.   And who is "he"?  Who said that?

8      A.   Joe Gallegos.

9      Q.   What happened next?

10      A.   From there he came up with a plan that we

11   were going to go into his room in the morning, give

12   him a shot of heroin, and then strangle him.

13      Q.   What happened -- was there anything else

14   in that first conversation?

15      A.   So the way I remember the conversation

16   going was that we walked into his room, he told me

17   and Angel that we were going to help him take out

18   Pancho, and once the heroin came in -- from that

19   point, as we exited the room, Joe told Edward Troup

20   that he was going to come out in the morning and

21   make sure that everybody stayed in their cells while

22   we carried out the hit.

23      Q.   All right.  And at some point, did you

24   have another conversation with Joe Gallegos after

25   the delivery of the heroin he was waiting for?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    Well, we started talking about the fact

 2   that it was a small pod, there was only a few people

 3   in there, and we might get caught.  At that point,

 4   Joe told us that if we got caught, not to worry,

 5   that his family would take care of an attorney for

 6   us.

 7        Q.    When he told you that his family would

 8   take care of an attorney, did he say anything about

 9   DNA tests?

10        A.    He also told us none of us to take a DNA

11   test.

12        Q.    And who was he talking to when he said

13   "none of us"?

14        A.    Me and Angel were in the room.  And I

15   don't know if he told Edward Troup that as well or

16   not, but he told me and Angel definitely not to take

17   a DNA test.

18        Q.    Did Joe Gallegos assign the roles as to

19   who would do what during the Pancho murder?

20        A.    Yeah, he said that him and Angel would

21   hold Pancho while I choked him out.

22        Q.    And what about -- did he say anything

23   about Edward Troup's role?

24        A.    His role was to keep everybody else in the

25   day room, inside their rooms, while we carried out
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  the hit, so no one else could see us.

 2       Q.   At some point later did the heroin arrive?

 3       A.   It did.

 4       Q.   What happened?

 5       A.   I don't know how it came in or how it

 6  arrived.  I just know that it was distributed to

 7  people.  And we all did some.  And that was the end

 8  of the heroin.

 9       Q.   Did you have a conversation with Joe

10  Gallegos and Angel DeLeon after the heroin arrived?

11       A.   So when the heroin arrived is when we came

12  up with our plan on going in and who was going to do

13  what inside the room.

14       Q.   So I guess -- I guess what I'm asking is,

15  it sounds like there was a conversation about Pancho

16  but waiting till the heroin arrived.  Do I have that

17  right?

18       A.   Right.

19       Q.   And then there was a second conversation

20  after the heroin arrived?

21       A.   Right.

22       Q.   Which conversation was it where Joe

23  Gallegos assigned the roles and --

24       A.   It was when the heroin was there, and you

25  know, we were inside of his room, you know, getting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  heroin or whatever, and that's when he told us that

2  we were going in in the morning as soon as the cells

3  opened.

4      Q.   That was my next question.  When did the

5  next conversation after the heroin take place?

6      A.   Just before, like, time to lock the doors

7  or whatever time, to go into our rooms for the

8  night.

9      Q.   So after this conversation when you're

10  assigned the roles, what did you do?

11      A.   I just -- I kind of waited it out for the

12  night.  I hoped that something would happen that

13  would change the way the future was going to go.  I

14  tried to wait for a CO to come through to try to

15  signal to him or something.

16          MR. SINDEL:  Your Honor, I object.  At

17  this point it's irrelevant to the question that was

18  asked, which is what he did.

19          THE COURT:  Overruled.

20  BY MR. BECK:

21      Q.   Sorry.  So when you got -- after the

22  conversation with Joe Gallegos, what did you do?

23      A.   I went into my room and kind of just hoped

24  that something would change.  I mean, I waited for

25  COs to come through to try to alert them or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    something.  I never got the opportunity to do that,

2    and I ended up falling asleep.

3        Q.   At this time of the night, how much longer

4    do you have to serve on your sentence that you're at

5    Southern for?

6        A.   Less than a year.  Six months or

7    something.

8        Q.   Why were you waiting for a CO to come by?

9        A.   Well, I was kind of hoping for a chance to

10   be able to alert them in some way about what was

11   about to happen.

12       Q.   You talked earlier about earning your

13   bones.  Did you ever think that you'd have to earn

14   your bones?

15       A.   I didn't.

16       Q.   What happens the next morning?

17       A.   The next morning the doors open.  And as

18   soon as we come out, we just headed over to Pancho's

19   cell and walked in.  Pancho did a shot of heroin and

20   as soon as he was done injecting the heroin, Joe and

21   Angel grabbed him, rolled him over onto his bed, and

22   I began to choke him out.

23       Q.   Let me show you Government's Exhibit 124

24   again.  And 2204 -- is that the cell that you went

25   into when you said that you guys went in in the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  morning while he did a shot of heroin?

 2      A.   Yes.

 3      Q.   Who entered that cell with him that

 4  morning?  Is this the morning of the 26th, 2001?

 5      A.   Yeah.

 6      Q.   And who went into the cell that morning?

 7      A.   Me, Joe Gallegos, and Angel DeLeon.

 8      Q.   I'm going to show you Government's Exhibit

 9  171.  Do you recognize this as a diagram of the P-1

10  housing unit?

11      A.   Yes, sir.

12      Q.   And so I'm going to mark -- you said the

13  stairs.  I'm going to mark G right there.  Is that

14  Joe Gallegos' cell?

15      A.   Yes, sir.

16      Q.   And then J on the next one above that.  Is

17  that your cell?

18      A.   Yes, sir.

19      Q.   And then mark a C here for Castillo.  Is

20  that Pancho or Frank Castillo's cell?

21      A.   Yes, sir.

22      Q.   So when you went in the cell, Mr. Castillo

23  started doing -- and so who else was in the cell

24  with you at the time?

25      A.   Me, Joe Gallegos, Angel DeLeon, and Frank
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  Castillo.

 2      Q.   Okay.  And what happened when Frank

 3  Castillo did the shot of heroin?

 4      A.   As soon as he was done injecting it, Joe

 5  and Angel grabbed him by his arms and rolled him

 6  over onto his bed.

 7      Q.   What did you do once they grabbed him and

 8  rolled him onto his bed?

 9      A.   I grabbed his laundry basket (sic) and

10  began choking him.

11      Q.   Where were you when you were choking Frank

12  Castillo?

13      A.   I was standing behind him.

14      Q.   May we please see Exhibit 130?

15           So here in this photo of Mr. Castillo's

16  cell, was he laying down?  Did they have him laying

17  down on the bed, or was he facing the wall on top of

18  the bed?

19      A.   Facing the wall on top of the bed.

20      Q.   So if I draw an arrow to the left here of

21  Mr. Castillo, is that the direction he was facing?

22      A.   Yes.

23      Q.   Were you standing on the ground or where

24  were you?

25      A.   I was standing on the ground behind him.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Q.   What happened when you were on the ground
2  behind him and started choking him?
3    A.   He struggled for a little bit, a minute or
4  so, then he stopped struggling.  I tied a knot in
5  the laundry bag and walked out of the room.
6    Q.   If we can see Government's Exhibit 139,
7  please.
8         And I've just circled on the bag of Mr.
9  Castillo's head -- is that the knot that you tied
10 before you left the room?
11   A.   Yes, sir.
12   Q.   When you walked out of the room, what
13 happened?
14   A.   I walked out of the room and it was time
15 to go to breakfast or whatever, so I went to the
16 cafeteria.
17   Q.   Let me stop you there, Mr. Jaramillo.
18 When you tied the knot and left the room, was
19 Mr. Castillo on the bed like we saw him there, or
20 was he still partly on the floor and partly on the
21 bed?
22   A.   He was still partly on the floor and
23 partly on the bed.
24   Q.   And when you left the cell and walked out,
25 was there anyone -- where was Joe Gallegos and where

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   was Angel DeLeon?

 2        A.   When I walked out of his cell, they were

 3   still in there.

 4        Q.   And when you walked out of the cell, did

 5   you see Edward Troup?

 6        A.   I saw him downstairs.

 7        Q.   Was there anyone else out on the tier?

 8        A.   No.

 9        Q.   So in your belief, was he doing his job to

10   keep everyone else --

11             MR. BURKE:  Objection, leading.

12        A.   I believe he was.

13             THE COURT:  Overruled.

14   BY MR. BECK:

15        Q.   When you walked out of the room and saw

16   Mr. Troup, and Gallegos and DeLeon were still in the

17   room, what happened?  What did you do?

18        A.   I got out of the housing unit as quick as

19   I could.  It was time for breakfast and I left.

20        Q.   And what happened after breakfast?

21        A.   After breakfast, we came back to the unit

22   and then there was like a certain amount of time

23   between then and the time we were released for,

24   like, work or rec yard and stuff like that.  So just

25   kind of hung around in the day room a short time,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  15, 20 minutes or so.  I believe it was laundry day,

2  so we turned in all of our dirty clothes to be

3  washed and stuff like that, and then went back out

4  on the unit to head over to work.

5           Within a few minutes of that, I guess

6  somebody had discovered a dead body in the jail and

7  locked the jail down.

8      Q.   Where were you when they locked the jail

9  down?

10     A.   I was in, like, a common area of the

11  prison, like the center common area when they called

12  the lockdown.  Then I was sent back to my housing

13  unit and locked in my cell.

14     Q.   Can we see Exhibit 826, please?  Sorry,

15  wrong one.  860.

16          So when you say you were in the common

17  area when they called lockdown, go ahead and circle

18  where you were.

19     A.   (Witness complies.)

20     Q.   So for the record, you've circled the open

21  area in the middle of the three big rectangular --

22     A.   This is the cafeteria, this is the school

23  building, this is the gym.

24     Q.   So in between the cafeteria, the school

25  building, and the gym?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    Let me -- you said it was laundry day.
 3   Did you actually put your laundry to be collected
 4   with the main laundry between the time when you
 5   killed Pancho and you were locked down?
 6        A.    Yes.
 7        Q.    Sorry.  Did you say yes?
 8        A.    Yes.
 9        Q.    What happened when you were locked down?
10        A.    We just stayed in our cell for a long
11   while, and then sometime late at night the state
12   police came and brought us out of our cells to give
13   interviews.
14        Q.    Did you give an interview to the state
15   police?
16        A.    I did.
17        Q.    Did you tell them the truth?
18        A.    I did not.
19        Q.    Did you provide a DNA sample?
20        A.    I did.
21        Q.    Do you know if anyone else did?
22        A.    I'm not sure.
23        Q.    Why did you provide a DNA sample?
24        A.    I think just because Joe told us not to,
25   and I wanted to separate myself from the group.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. SOLIS:  Your Honor, may we approach,
 2   sir?
 3              THE COURT:  You may.
 4              (The following proceedings were held at
 5   the bench.)
 6              MR. SOLIS:  He's got the runs, and I'm so
 7   sorry to interrupt, but he's got --
 8              MR. GRANBERG:  Your Honor, I have some
 9   Imodium in my car.  I don't know if he could even
10   take it.  I'd be happy to run and get it.
11              THE COURT:  If the marshals don't mind, I
12   don't care.
13              MR. GRANBERG:  I'll go ask them, and run
14   out to the car.
15              (The following proceedings were held in
16   open court.)
17              THE COURT:  All right.  We'll be in recess
18   for a few minutes.
19              (The jury left the courtroom.)
20              THE COURT:  All right.  We'll be in recess
21   for about 15 minutes.
22              (The Court stood in recess.)
23              THE COURT:  Anyone from the Government
24   have anything before we bring the jury in?
25              MR. BECK:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  How about from the defendants?
 2  Anybody have anything before we bring the jury back?
 3            (The jury entered the courtroom.)
 4            THE COURT:  All right.  Mr. Jaramillo,
 5  I'll remind you that you're still under oath.
 6            Mr. Beck, if you wish to continue your
 7  direct examination of Mr. Jaramillo, you may do so
 8  at this time.  Mr. Beck.
 9  BY MR. BECK:
10       Q.   Mr. Jaramillo, after March 26, after you
11  talked with state police, what happened at Southern
12  for the rest of the time you were incarcerated
13  there?  What was the status?
14       A.   We stayed on lockdown.  Never came back
15  out into population.
16       Q.   And while you were on lockdown, what was
17  the procedure in the pod if someone was going to
18  shower or anything like that?
19       A.   I believe they would take us escorted in
20  handcuffs.  I mean, that's how it works in lockup.
21       Q.   And how many people would they take at a
22  time --
23       A.   One.
24       Q.   -- during that time?
25       A.   Well, usually one on the top tier, one on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   the bottom tier.
 2        Q.   And you said that you and at least Joe
 3   Gallegos were on the top tier; right?
 4        A.   Yeah.
 5        Q.   During that time, did you ever have
 6   conversation, interaction, with Joe Gallegos while
 7   Southern was on lockdown?
 8        A.   Probably.  He was in the cell next to me,
 9   so I probably conversated with him.
10        Q.   Do you remember conversations with him
11   about anything?
12             MR. SINDEL:  I'm going to object to the
13   leading form of the question that clearly is coming.
14             THE COURT:  Overruled.
15   BY MR. BECK:
16        Q.   Do you remember anything about
17   conversations with Mr. Gallegos about the Pancho
18   incident during that time?
19        A.   No.
20        Q.   Would it refresh your recollection if I
21   showed you an FBI report from an interview of yours?
22        A.   It may.
23             MR. BECK:  May I approach, Your Honor?
24             THE COURT:  You may.
25             MR. BECK:  Counsel, I'm going to approach
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  with Bates No. 71099.

 2  BY MR. BECK:

 3      Q.   Mr. Jaramillo, I'm going to show you an

 4  FBI 302 report.  Is that your name at the top?

 5      A.   Yes, sir.

 6      Q.   And did you meet with the FBI with me on

 7  April 18, 2018?

 8      A.   Yes, sir.

 9      Q.   I'll direct your attention to the last

10  page here, the second paragraph, the first full

11  paragraph.  Read that conversation, and let me know

12  if it refreshes your recollection.  Just read it to

13  yourself.

14      A.   Okay.  Yeah, I do remember that.

15      Q.   Did that refresh your recollection as to

16  whether you had a conversation with Mr. Gallegos?

17      A.   Yes, sir.

18      Q.   And so during the time after the murder

19  that Southern was on lockdown, what conversation did

20  you have with Joe Gallegos?

21      A.   He had asked if I'd provided a DNA sample

22  and asked what kind of statements I'd made to the

23  state police.

24      Q.   And what did you say?

25      A.   I told him that I did provide a DNA



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    sample -- or that I did not provide a DNA sample and

2    that I did not give any statements to the state

3    police.

4        Q.    May we have Exhibit 171 once again?

5              So again, looking at this Exhibit 171, the

6    bottom right cell in green pod -- was that Joe

7    Gallegos' cell?

8        A.    Yes, sir.

9        Q.    And then right on top of it?

10       A.    That's actually right next to it.

11       Q.    Sorry.  Right next to it, on top of it, in

12   this diagram, was that your cell?

13       A.    Yes, sir.

14       Q.    And then labeled on here at the top right

15   of the diagram, is that where the shower was at that

16   time?

17       A.    Yes, sir.

18       Q.    And was it when Mr. Gallegos was being

19   taken to and from the shower that this conversation

20   happened?

21       A.    Either being taken to or they might have

22   just opened our doors and let us walk to the

23   showers.  I don't remember exactly what the

24   procedure was in that pod.  Because it wasn't a

25   normal lockdown pod.  It was normally a population

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   pod.  So being that we were on lockdown, I don't
 2   remember if they would just automatically just open
 3   the door one at a time as you go take a shower, or
 4   if they would come and handcuff you and take you
 5   over to take a shower at that point.
 6        Q.   I'm going to show you what's been marked
 7   as -- what's been admitted, excuse me, as
 8   Government's Exhibit 881.  Mr. Jaramillo, this is
 9   your offender physical location history from the
10   Corrections Department.  Is that your name and your
11   Corrections Department number at the top?
12        A.   Yes, sir.
13        Q.   You told us earlier about when you left
14   the SNM because you were assaulted by Tomas Clark.
15   Does looking at the top of this, the last couple of
16   years that you were in prison, refresh your
17   recollection as to when that was?
18        A.   Yes, sir.
19        Q.   And when was that?
20        A.   Close to the date of 1/11/2006.
21        Q.   So I'm going to underline 1/11/2006.  And
22   how does this refresh your recollection as to when
23   that happened?
24        A.   Just because I remember the pod that it
25   was in -- it was J.  I was only in that pod for a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   couple of days, maybe a week or so.

2        Q.   So when did you leave the SNM because of

3   the assault?

4        A.   Pretty much when it happened I made that

5   decision.

6        Q.   Was that January of 2006, then?

7        A.   Yes, sir.

8        Q.   So you talked about Joe Gallegos and his

9   involvement with Pancho.  Do you see Joe Gallegos in

10  the courtroom today?

11       A.   I do.

12       Q.   Where is he?

13       A.   He just stood up.

14       Q.   Is that the Joe Gallegos that you've been

15  telling us about?

16       A.   Yes, sir.

17       Q.   And you told us about Edward Troup out in

18  the pod watching the doors.  Do you see Edward Troup

19  in the courtroom today?

20       A.   Yes, sir.

21       Q.   Where is he?

22       A.   On the seat right in front of Joe

23  Gallegos.

24       Q.   What is he wearing?

25       A.   A black suit.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                         e-mail: info@litsupport.com

```
 1            MR. BECK:  Let the record reflect the
 2   identification of Edward Troup.
 3            THE COURT:  The record will so reflect.
 4   BY MR. BECK:
 5       Q.   You identified Critter earlier as an SNM
 6   member when you were locked up in 2001.  Do you see
 7   him in the courtroom today?
 8       A.   I see him in the back row, the white
 9   shirt.
10            MR. BECK:  Let the record reflect the
11   identification of the defendant Christopher Chavez.
12            THE COURT:  The record will so reflect.
13   BY MR. BECK:
14       Q.   When you were incarcerated in 2001, did
15   you know an SNM member Trigger?
16       A.   Sort of.  And I knew of him.
17       Q.   What did you know about Trigger?
18       A.   That he was an SNM member from Silver
19   City.
20       Q.   And do you see Trigger in the courtroom
21   today?
22       A.   I don't really recognize him, no.  I mean,
23   I think I see who it is, but I'm not sure.
24       Q.   And who do you think that is?
25       A.   I believe he's in front of Critter.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What is he wearing?

 2        A.    A black suit.

 3        Q.    And what color shirt?

 4        A.    Bluish, light blue.

 5            MR. BECK:  Let the record reflect the

 6  identification of Allen Patterson.

 7            THE COURT:  The record will so reflect.

 8  BY MR. BECK:

 9        Q.    Mr. Jaramillo, after the Pancho, Frank

10  Castillo murder, when was the first time you

11  admitted to someone your participation in murdering

12  Frank Castillo?

13        A.    When I talked to you.

14        Q.    Was that earlier -- was that last month,

15  on April 18, that we saw in the report?

16        A.    Yes, sir.

17        Q.    Over the years, have you also been

18  interviewed?  Since the night of the murder, have

19  you been interviewed by police regarding the Frank

20  Castillo murder?

21        A.    Yes.

22        Q.    And did you tell them the truth about it?

23        A.    No, I didn't.

24        Q.    Have you ever talked to Edward Troup?  Did

25  you talk to Edward Troup at the Penitentiary of New
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                                1-800-669-9492
                                                       e-mail: info@litsupport.com



1   Mexico North facility?

2       A.   Yes.

3       Q.   And what was the conversation that you and

4   Edward Troup had there?

5       A.   Just general conversation.  Nothing in

6   particular.  We were seeing each other in the rec

7   yard and stuff like that.

8       Q.   Did he ask you about whether you talked to

9   police?

10      A.   Yeah.

11      Q.   What did he say and what did you say?

12      A.   He just asked if the police had come to

13  interview me at PNM.  I told him yes, and that I

14  didn't say anything to them.

15      Q.   Before you and I met -- well, let me ask

16  you, why did you come to court the day that you and

17  I met?

18      A.   I was subpoenaed.

19      Q.   When you came, why did you tell me for the

20  first time the truth about your involvement with

21  Frank Castillo?

22      A.   Mostly because you offered me immunity.

23      Q.   When you say "immunity," did I provide you

24  with what we call a Kastigar letter?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Before that time, were you ever approached
 2   by anybody from the FBI about the Frank Castillo
 3   matter?
 4        A.   Yes, sir.
 5        Q.   What did you tell them before that?
 6        A.   I told them I didn't know anything about
 7   it and I wasn't an SNM member.
 8        Q.   Have you in the last couple of years been
 9   approached by a defense investigator about Frank
10   Castillo?
11        A.   Yes.
12        Q.   What did you tell that person?
13        A.   The same thing, that I didn't know
14   anything about it and I wasn't an SNM member.
15             MR. BECK:   May I have a moment, Your
16   Honor?
17             THE COURT:   You may.
18             MR. BECK:   Nothing further, Your Honor.
19   Thank you.
20             THE COURT:   Thank you, Mr. Beck.
21             Mr. Burke, are you going to start the
22   cross-examination of Mr. Jaramillo?
23                  CROSS-EXAMINATION
24   BY MR. BURKE:
25        Q.   Mr. Jaramillo, I wanted to ask you about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your first year in the penitentiary.
 2        A.    Okay.
 3        Q.    How old were you when you went in to the
 4    New Mexico Corrections Department?
 5        A.    I believe 19 or 20.
 6        Q.    When were you born?
 7        A.    1979.
 8        Q.    And you went in on March 10th; is that
 9    correct?
10        A.    Looks like it, yeah.
11        Q.    Do you remember by March 20, you had a
12    fight with another inmate?
13        A.    I do.
14        Q.    Do you remember in April that you got
15    another major violation for being in the wrong cell?
16        A.    I don't remember that specifically, but
17    sounds accurate.
18        Q.    Do you remember after that being given the
19    opportunity to go into protective custody, but
20    contrary to what you've said on direct, you refused
21    to go into protective custody?  Do you recall that?
22        A.    Contrary to what I what?
23        Q.    Said on direct about going into protective
24    custody, did you not go into protective custody?
25        A.    At what time?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   April of '99.
 2        A.   April of '99, I may have not.  But there,
 3   soon after, I did.
 4        Q.   Would you like to see this to be sure,
 5   this document?
 6        A.   I mean, so I wanted to see -- to take into
 7   consideration, you're asking about April of 2000.
 8   We're now in April of 2018.  I don't remember
 9   exactly what date I might have taken on protective
10   custody.
11        Q.   To be sure, there are questions about your
12   memory.  But I'm just wondering if you remember
13   refusing going into protective custody.
14        A.   Yeah.  Can you tell me what facility I was
15   in?
16        Q.   Well, maybe you can tell -- I'll show you
17   that.
18             MR. BECK:  May we approach?
19             THE COURT:  You may.
20             (The following proceedings were held at
21   the bench.)
22             MR. BECK:  So again, this is my earlier
23   objection with the documents that we have not been
24   provided.  So if I can be provided a copy.
25             MR. BURKE:  I'll give them to them after I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    do the cross.  The Government's habit of refreshing

2    the memory of their witnesses is legendary in this

3    case, and it would have been ineffective assistance

4    of counsel if I'd have given this to Government

5    counsel, because he would have just conformed his

6    testimony.

7              MR. BECK:  It's a violation of the

8    discovery order that we don't have that provided.

9              THE COURT:  Well, he can't do it now.

10             MR. BURKE:  It was a violation of the

11   discovery order to not get --

12             THE COURT:  Hold on.  Hold on.  He can't

13   do it now.  Whatever has happened has happened.

14   Hand your document that Mr. Beck doesn't have to

15   Ms. Bevel, and let me make a copy of it, and we'll

16   hand it to him here, and then you can go ahead with

17   your cross-examination.

18             MR. BURKE:  Okay.  Your Honor, there are

19   several of them.  The guy just basically lied

20   throughout his testimony.

21             THE COURT:  I'm sure you'll prove that.

22             MR. BURKE:  I'm hoping.  So there are

23   several --

24             THE COURT:  Why don't you hand her the

25   copies so he can follow along what's at the bench

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  with you and then --

 2          MR. BURKE:  Could we do it at a break?

 3          THE COURT:  Just hand it to her right now.

 4  And she'll make copies and we'll just keep plowing

 5  ahead.  Just make a copy, and Mr. Burke can hand

 6  them to Mr. Beck.

 7          MR. BURKE:  May I complete my record?

 8          THE COURT:  Sure.

 9          MR. BURKE:  These are records that should

10  have been provided in discovery, because we asked

11  for records related to the inmate witnesses.

12          THE COURT:  How did you get them and

13  Mr. Beck not have them?

14          MR. BURKE:  Because Sonya Salazar, God

15  love her, unbeknownst to me, did an IPRA request

16  when you ruled that you were going to let him

17  testify; and over -- the end of last week, said,

18  "Look what I found."

19          THE COURT:  Who is Sonya Salazar?

20          MR. BURKE:  She's the paralegal in the

21  black blouse over there.

22          THE COURT:  Back there with Mr. Blackburn?

23          MR. BURKE:  I didn't even ask her to do

24  it.  She did it on her own.

25          THE COURT:  What is that, Mr. Sindel?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SINDEL:  This is part of the materials
 2   that were obtained as a result of the Information
 3   Act request.
 4            THE COURT:  This is prior to what
 5   Mr. Burke is talking about?
 6            MR. SINDEL:  Similar stuff.
 7            THE COURT:  It's amazing what you can get
 8   by just asking.
 9            MR. SINDEL:  We did a subpoena and that
10   didn't work.
11            THE COURT:  It took an IPRA request.
12            MR. BURKE:  We tried it earlier.
13            MR. BECK:  Is this my copy?
14            MR. SINDEL:  No.  I asked them to make a
15   copy.  She said one at a time.
16            THE COURT:  Y'all probably won't, but Bob
17   Cooper will remember Jack Akin at the Rodey Law
18   Firm.  I was in a case, an oil and gas case, that
19   had an accident out at a well site, and one of the
20   early lessons he gave me was -- he said, "Browning,
21   how many witnesses were there to the accident?"
22            And I clicked through everybody on the
23   drilling crew.  And he says, "There's one more."
24   Because we had deposed everybody, we'd interviewed
25   everybody, I'd gone and gotten some sworn testimony
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   from people.  And there was one.  He says, "What
 2   about him?"
 3            I said, "I don't know.  I don't know where
 4   he is."
 5            "Well, look at the phone book."
 6            I turned around and pulled the phone book
 7   out and looked him up and called him.  There he was.
 8   "Will you talk to my associate?"  It was a valuable
 9   lesson to me that the phone book is an awfully
10   powerful -- of course, nobody uses a phone book
11   anymore.  But it was an awfully powerful discovery
12   device.  You just ask, and they show up.
13            MR. COOPER:  Oh, yeah.
14            THE COURT:  Jack was quite a character,
15   wasn't he?
16            MR. COOPER:  He was absolutely.
17            THE COURT:  He was a good lawyer.
18            MR. COOPER:  There were a lot of good
19   lawyers in that firm.
20            THE COURT:  There were.  Especially then.
21   They gave me Jack first.  I didn't really want to do
22   personal injury work.  It didn't appeal to me a
23   whole lot.  I didn't like talking to doctors and
24   nurses.
25            MR. BURKE:  I'll be back.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I learned a lot.
 2              MR. COOPER:  I wish I would have had that
 3   sort of a training.  I hung out my shingle day one,
 4   and 37 years later here I am.
 5              THE COURT:  You're doing real badly.
 6              MR. COOPER:  Thank you.
 7              THE COURT:  Why don't you give that to
 8   Ms. Bevel and she can make a copy of that.
 9              MR. SINDEL:  This is an extra one here.
10              THE COURT:  But I think you have what she
11   had from Mr. Burke.
12              (The following proceedings were held in
13   open court.)
14              THE COURT:  All right, Mr. Burke.
15   BY MR. BURKE:
16       Q.   Mr. Jaramillo, I just wanted to show you
17   that protective custody document.
18       A.   Sure.
19       Q.   That's your signature?
20       A.   In 1999, yes.
21       Q.   As I say, I just wanted to ask you some
22   questions about your first year in, when you were 19
23   or 20, I think you said.
24       A.   I think 20.
25       Q.   20.  All right.  Thank you.  And then
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   after that, you had --

2       A.   Was that -- can I just ask a question of

3   you?  Was that generated because of the fight that I

4   was in?  Is that what that was about?  Like

5   sometimes if you're in a fight, then they'll say you

6   need to be in protective custody.  That particular

7   fight I got into within a couple of weeks of being

8   in prison, I didn't need to be in protective

9   custody.  It was over like a bag of toilet paper, or

10  something like that.

11      Q.   Yeah.  That's why Mr. Beck is here, to ask

12  you questions about that.  I just wanted to make a

13  point that you're not really the PC kind of guy, are

14  you?

15      A.   I feel probably at this point in my life I

16  might be.  At that point, probably not.

17      Q.   Do you recall their next incident report

18  was for failing to take a urine test?

19      A.   Okay.

20      Q.   Do you recall that at all?  And that's

21  because you were doing drugs, and you didn't want to

22  give the urine; correct?

23      A.   Probably, so yes.

24      Q.   All right.  And then after that, even

25  though they told you that not doing the urine test

SANTA FE OFFICE                                                         MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  would be the same as a positive urinalysis -- that's

2  the rule; right?  That was the rule; right?

3       A.   I guess so.

4       Q.   And because of that, you forfeited 45 days

5  of good time; correct?  And you had disciplinary Seg

6  for ten days; right?

7       A.   Okay.

8       Q.   Something like that.  And then there was a

9  custody transfer review in October of '99.  Does

10  that ring a bell, sir?

11       A.   Yeah.

12       Q.   And then --

13       A.   Can you tell me where I was placed at this

14  time in October of '99?  Can you tell me where I was

15  placed?

16       Q.   Here is CNMCF.  November '99, you engaged

17  in the sharpening of an instrument capable of

18  causing great bodily harm, assisted another inmate

19  in this group activity, and you got a shot for that.

20  Do you recall that?

21       A.   I got a shot for that?

22       Q.   You got an incident report for that?

23  Would you like to see the document?

24       A.   I'm not disputing it or it happening or

25  anything.  I just don't remember.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    So as we turn to the year 2000, you're at

2  Central.   Do you see that?

3      A.    Okay.

4      Q.    And that's where you ran into Leroy Smurf

5  Lucero; correct?

6      A.    What I think, between there, there was a

7  couple of other stops; right?   Like Guadalupe County

8  Correction Facility --

9      Q.    You were very active.

10      A.    -- where I actually did request protective

11  custody, so between those two transfers.

12      Q.    You were very active, that's for sure.

13            When you ran into Smurf Lucero, he said

14  you were the kind of guy that would be just right

15  for the SNM?

16      A.    That's what he said to who?   Me or you?

17      Q.    Is that what he said to you?   He

18  approached you; right, Mr. Jaramillo?

19      A.    Well, actually another guy.

20      Q.    He approached you; right?

21      A.    Actually, another guy that I was with in a

22  housing unit approached me, yeah.

23      Q.    And he approached you because he knew who

24  you were.   He had figured out some things about you;

25  correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Apparently.

 2        Q.   All right.  You had a reputation already

 3   at that age, and once again in May of 2000, you

 4   again waived your right to protective custody.  This

 5   will be after what you were talking about.  Would

 6   you like to see it, sir?

 7        A.   No, I don't want to see it.

 8        Q.   So May of 2000, contrary to what you said

 9   on direct, here you are, "Michael Jaramillo" --

10        A.   You keep on saying contrary to what I said

11   on direct.  I don't know you mean --

12        Q.   -- "of my own free will and accord" --

13        A.   You're switching the whole --

14        Q.   -- "wish to waive my protective custody

15   status.  I understand fully that the New Mexico

16   Corrections Department and/or staff will in no way

17   be held liable for my safety while incarcerated.  No

18   enemies.  I'll be okay."  Do you remember that?

19        A.   I do remember that.  That was after

20   sitting in the cell for about six months and being

21   desperate to get out.

22        Q.   Not really.  You weren't sitting in any

23   cell.

24        A.   All right.

25        Q.   Then somehow you made it up to PNM.  Do
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                      1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you remember that?
 2        A.   I remember going to PNM, yeah.  To a
 3   minimum unit.  Is that what you're talking about?
 4        Q.   South Level 5?
 5        A.   Yeah, I remember that.
 6        Q.   And they were going to transfer you back
 7   down to Southern; correct?  Look at February 15,
 8   2001.  You're on your way back to Southern; right?
 9        A.   Okay.
10        Q.   All right.  But before you could go in,
11   you had to go through Central again; right?  And
12   that was when you took the security keys at Central
13   New Mexico.  Do you remember taking the keys?
14        A.   No, I don't.
15        Q.   Would you like to see it?
16        A.   I would.  I would love to see that.
17        Q.   Is that your signature?
18        A.   I don't remember ever taking keys in
19   Central New Mexico.  I remember that in Bernalillo
20   County Detention Center I did that.  I don't know if
21   that's tied into that, but that didn't happen in
22   Central New Mexico.
23        Q.   But you did read it and you saw it was on
24   their letterhead; right?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Okay.  Then the next thing you did, in
 2  December of 2000 -- so this is after you're an SNM
 3  member, because Smurf has admitted you -- you opened
 4  your locked cell door and began to assault Michael
 5  Minitres.  Do you remember that?
 6      A.   I do.
 7      Q.   He was an LC?
 8      A.   Yes.
 9      Q.   And you attacked him because it was
10  expected of you as an SNM member; correct?
11      A.    I assaulted him because he came into the
12  pod and told the other SNM members that I was a
13  member of the LC, and that was my only way of trying
14  to prove --
15      Q.   But it was your obligation to hit on LCs;
16  correct?  Yes or no?
17      A.    At that point it was my obligation to hit
18  on that LC, for sure.
19      Q.   And do you remember you were injured and
20  there were photographs taken; correct?
21      A.   Okay.
22      Q.   Do you want to see them?
23      A.    I don't want to see them.  I don't
24  remember exactly.
25      Q.   Jerry Roark actually took the photographs
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   of your beatdown of Mr. Minitres; right?  And you

2   got a sanction for that; correct?

3       A.   Yes, sir.

4       Q.   And then you're transferred, but first,

5   before you had the transfer, you had to have an

6   incident where you're throwing stuff out into the

7   pod.  Do you remember that?

8       A.   Yes.

9       Q.   All right.  And you get down to Southern,

10  and they review your history, and there is some

11  concern about whether to put you into population;

12  true?

13      A.   True.

14      Q.   And you said, "Just fine.  It's okay for

15  you to do that"; correct?

16      A.   Yes, sir.

17      Q.   All right.  And as was reflected in the

18  photograph that we looked at earlier, you were

19  already an accepted member of the SNM there in the

20  photograph of March of 2000; correct?

21      A.   Yes, sir.

22      Q.   That was your journey to Mr. Castillo's

23  pod; correct?

24      A.   I feel like you left out a couple of

25  stops, but yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Could we see 591 again?
 2              So there is the guy that you killed four
 3    people away from you; right?
 4        A.    Yes, sir.
 5        Q.    And this is your group at that point;
 6    correct?
 7        A.    Yes, sir.
 8        Q.    And then only a few weeks later you did
 9    what you did.  You killed him; right?
10        A.    Yes, sir.
11        Q.    All right.  And then you actually get out,
12    don't you?
13              Can we go back to 881?
14        A.    I did.
15        Q.    And then you ended up back in; correct?
16        A.    Yes, sir.
17        Q.    And why were you back in?
18        A.    So I came back in under the charges.
19              MR. BECK:  Objection, Your Honor.
20        Q.    Is there a reason?  Just tell us generally
21    why you were --
22              THE COURT:  Well, you don't have any
23    problem with the conviction coming in?  I mean, it's
24    in?
25              MR. BECK:  I don't have any problem with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  him coming back into prison.

 2          THE COURT:  What is your objection, then?

 3          MR. BECK:  Well, may we approach.

 4          THE COURT:  Okay.  Is it the underlying

 5  facts?  We better hear it, then.

 6          (The following proceedings were held at

 7  the bench.)

 8          THE COURT:  I guess I'm not tracking.

 9  What's your concern?

10          MR. BECK:  The convictions are not in.  I

11  thought that was the concern.

12          MR. BURKE:  I wasn't going to go there.  I

13  was just going to get --

14          THE COURT:  Okay.

15          MR. BECK:  I just wanted the conviction to

16  stay out.

17          THE COURT:  Fair enough.  Okay.

18          (The following proceedings were held in

19  open court.)

20          THE COURT:  Let me just hear your next

21  question, Mr. Burke, probably the one that was

22  before that.

23  BY MR. BURKE:

24      Q.   Did you suffer some sort of conviction

25  which resulted in you going back to prison?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    All right.  And when was that, sir?

 3        A.    Real soon after I got released.

 4        Q.    Okay.  And as is the custom of the New

 5   Mexico Corrections Department, they needed to

 6   classify you, take a look at you, and figure out

 7   where to put you; fair?

 8        A.    Yes, sir.

 9        Q.    And they decided that you needed to go

10   back to Level 6, PNM; correct?

11        A.    Okay.

12        Q.    And one of the reasons was that you were

13   still being investigated for the homicide back in

14   2001.  That's a fair statement, isn't it?

15        A.    Yes, sir.

16        Q.    And so -- but you're trying to work your

17   way back to Southern, and you do in 2004, there on,

18   looks like, June 18, 2004; correct?

19        A.    Okay.

20        Q.    And that was -- it was at Southern that

21   you and some of your colleagues beat the snot out of

22   Francisco Torres; right?

23        A.    Maybe.

24        Q.    Would you like to see the document?

25        A.    I'm not disputing the fact that there was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    a whole lot of gang activity going on at the time.

2    I'm saying it probably happened.

3         Q.    Involving you.

4         A.    Yeah.

5         Q.    You along with some other people beat the

6    living heck out of him, didn't you?

7         A.    Yeah.

8         Q.    And that resulted in you going back to

9    PNM; correct?  Not because you were in protective

10   custody.

11        A.    No, that's not true.  That's not true.

12        Q.    You didn't go back to PNM?

13        A.    Not at that time.  I went to segregation

14   for a couple of weeks, and then right back into

15   whatever.

16        Q.    So it was you and Daniel Smurf Archuleta,

17   Vernon Clark, and you took Mr. Torres apart, didn't

18   you?  You beat him pretty bad?

19        A.    I assume so.

20        Q.    Yeah.  And what was the reason that you

21   did that?

22        A.    I don't know.  I was told to.

23        Q.    By Styx?

24        A.    I don't remember.

25        Q.    Do you remember that he was being beaten

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   out of the SNM?  Does that ring a bell?
 2       A.   No, that doesn't ring a bell.  That's not
 3   how you get out of the SNM.
 4            MR. BURKE:  May I approach, Your Honor?
 5            THE COURT:  You may.
 6       A.   You're saying that's what inmate Torres
 7   said.
 8   BY MR. BURKE:
 9       Q.   Look at this.  So at least one of the
10   people involved said he was being beaten out of the
11   SNM; right?
12       A.   That's what it looks like Mr. Torres said,
13   yes.
14       Q.   Can that happen?
15       A.   Not that I know of.
16       Q.   But it looks like it did; right?
17       A.   According to Mr. Torres, it looked like it
18   did.
19       Q.   All right.  Thank you.  Jumping ahead just
20   a little bit.  When you left in 2008; is that
21   correct?
22       A.   Yes, sir.
23       Q.   And you said goodbye to the SNM; correct?
24       A.   Yes, sir.
25       Q.   You did not go to any monthly meetings;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   correct?

 2        A.    No.

 3        Q.    You didn't go to the RPP in order to get

 4   out; right?

 5        A.    No.

 6        Q.    You just left, and that was it?

 7        A.    That was it.

 8        Q.    And no one came by and beat you up because

 9   you did that; right?

10        A.    No.

11        Q.    All right.  I do want to ask you about the

12   Tomas Clark incident.  Isn't it true, sir, that you

13   were the aggressor in that?  That you were on the

14   phone, you went downstairs, Tomas Clark was coming

15   out of the shower, and you pounded him?

16        A.    No, that's not true at all.

17        Q.    Would you like to see some documents that

18   might refresh your memory about being the aggressor,

19   Mr. Jaramillo?

20        A.    I mean, I don't want to see any documents.

21   I'm telling you for a fact that's not the way it

22   happened.  I mean --

23        Q.    So you don't recall having an

24   institutional hearing in which you didn't even raise

25   a defense?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Hold on.

 2              MR. BECK:  Objection, Your Honor.  I think

 3    we're getting into hearsay now.

 4              THE COURT:  Yeah.  Be careful about just

 5    reading from the document.  If you want to try to

 6    ask him questions about what occurred, then I think

 7    that --

 8    BY MR. BURKE:

 9       Q.   Did you know there was video surveillance

10    of you attacking him in the shower?

11       A.   I know for a fact there was not video

12    surveillance of attacking anyone in the shower.  I

13    know that for sure.

14       Q.   Okay.  Let me just show you this just so

15    you can see it and see if it will change your mind.

16              MR. BECK:  Objection, Your Honor.  I don't

17    think he needs his memory refreshed.

18              MR. BURKE:  He might.

19              THE COURT:  I'll allow him to refresh his

20    memory.  Overruled.

21              MR. BURKE:  Thank you.

22       A.   Okay.  That's an officer's interpretation

23    of a silent video.  I mean --

24    BY MR. BURKE:

25       Q.   It's an officer's interpretation of the
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  existence of a video?

2      A.   No, it's his interpretation of a silent

3  video, I said.

4      Q.   And are you -- do you remember that you

5  didn't go into protective custody after that?

6      A.   So what I did from that point is to reduce

7  the amount of paperwork generated with protective

8  custody written on it.  I had my wife call up to the

9  case manager and request protective custody for me,

10 because the Department of Corrections had the habit

11 of letting that stuff fall into population.

12     Q.   All right.  Let me show you a document

13 dated July 26, 2006.  See if it refreshes your

14 memory.

15           THE COURT:  Hold on just a second.

16           MR. BECK:  May we approach, Your Honor?

17           THE COURT:  You may.

18           (The following proceedings were held at

19 the bench.)

20           MR. BECK:  I see the document.  I still

21 don't have copies of these documents.

22           THE COURT:  Do you want a copy of this?

23           MR. BURKE:  It was in the --

24           THE COURT:  Are you sure it's not in the

25 packet?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BURKE:  It might not have been.
 2              THE COURT:  Ms. Bevel, can you make
 3   Mr. Beck a copy of these documents?
 4              MR. BECK:  Are there any more documents
 5   we're going to need copies of?
 6              MR. BURKE:  We're done.  But Rick may have
 7   some, all of which should have been provided in
 8   discovery.
 9              THE COURT:  Who may have some?
10              MR. BURKE:  Rick may have.
11              THE COURT:  Mr. Cooper, would it interrupt
12   you too much if you just walk back and ask
13   Mr. Sindel if he has more documents?  Maybe I can
14   make a copy of them now.
15              MR. BURKE:  I don't know which ones he was
16   using.
17              THE COURT:  He walked over and gave
18   Mr. Beck something.  Was that the Freedom Of
19   Information Act request or something more
20   substantive?
21              MR. BECK:  I think he gave me some
22   documents.  I'll also say that I don't know why
23   we're approaching.  I don't think he needs his
24   memory refreshed.
25              THE COURT:  I don't think at this point
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you have -- I'm not sure he really answered your
 2   question that he gave, but I don't think you have a
 3   statement yet that you can impeach him, and I don't
 4   think you can refresh him on that.  So you may have
 5   to work a little bit more to see -- if that's what
 6   you're doing, is trying to refresh his memory.
 7              MR. BURKE:  I thought he said he didn't --
 8              THE COURT:  Well, he gave you an answer.
 9   Maybe you interpreted it differently than I did.
10   "What I did from that point was reduce the amount
11   paperwork generated with protective custody written
12   on it.  I had my wife call up the case manager and
13   request protective custody."
14              MR. BURKE:  I'll just ask him one more
15   question about that.
16              MR. COOPER:  Mr. Sindel may have some
17   more, but he doesn't know quite for sure yet.  So he
18   can --
19              MR. BECK:  Well, it seems to me if they
20   have these documents that they're working from,
21   they're discovery materials.
22              THE COURT:  I think that's probably true.
23   And there is not going to be any prejudice here
24   because he can't talk to the witness and he can't do
25   anything with the documents.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            Tell Mr. Sindel that the Court is telling
2   him whatever he's got, turn it over to Mr. Beck so
3   that we can have a little bit smoother transition
4   here.
5            (The following proceedings were held in
6   open court.)
7            THE COURT:  All right, Mr. Burke.
8   BY MR. BURKE:
9       Q.   Mr. Jaramillo, I just wanted to ask you if
10  you recall that you did not request protective
11  custody after the Clark fight.
12      A.   So I recall having my wife call and
13  request it for me.
14      Q.   You know, I asked you if you remember
15  whether you asked.  I didn't really ask about your
16  wife's phone call.
17      A.   Okay.  But that's my answer.
18      Q.   Okay.
19           MR. BURKE:  May I approach the witness
20  now, Your Honor?
21           THE COURT:  You may.
22           MR. BECK:  Your Honor, again I'm going to
23  object.  I don't think he needs his memory
24  refreshed.
25           THE COURT:  Let's see.  I can think of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   situation where his answer would deviate from what

2   he just gave.  So let me hear what Mr. Burke says.

3   Overruled.

4   BY MR. BURKE:

5       Q.   Now, that you looked at the document, it

6   is true, isn't it, Mr. Jaramillo, that you did not

7   ask for protective custody?

8           MR. BECK:  Objection to hearsay, Your

9   Honor.

10          THE COURT:  Overruled.

11      A.   So --

12  BY MR. BURKE:

13      Q.   Yes or no?

14      A.   I requested protective --

15      Q.   Yes or no, Mr. Jaramillo?

16      A.   I don't even know what you're showing me.

17  I didn't sign that.  Is my signature on it?

18          MR. BECK:  Objection, Your Honor,

19  badgering the witness.

20          THE COURT:  Overruled.

21  BY MR. BURKE:

22      Q.   Did you ask for protective custody?

23      A.   I asked for protective custody through my

24  wife.  That's how I did it.  I had my wife call the

25  prison and ask for protective custody for me.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                               1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                         e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.

1 That's how I did it.  I've answered you three or
2 four times already.
3      Q.   You did not ask for protective custody,
4 did you?
5      A.   I answered the question.
6      Q.   Okay.  Now, let me ask you some additional
7 questions.  Let's return to March of 2001.  Can we
8 see 591 again?
9           During the time period from 2008 to when
10 this trial began, how many times were you served
11 with a grand jury subpoena to provide testimony
12 regarding your killing of Mr. Castillo?
13      A.   How many times was I subpoenaed by a grand
14 jury?
15      Q.   Yes.
16      A.   I don't know if ever.
17      Q.   Okay.  How many times between 2008 and the
18 time of this trial were you called in to a
19 prosecutor's office and told, "You know what,
20 Jaramillo?  You need to come clean about this."
21           How many times did that happen?
22      A.   Are you asking me how many times I sat
23 down with the prosecutors?
24      Q.   How many times between 2008 and your
25 meeting with Mr. Beck -- how many times between then

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                         1-800-669-9492

PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

```
 1   were you called in to a prosecutor's office and
 2   said, "Jaramillo, you're going to have to come clean
 3   about your killing of Pancho Castillo, because we've
 4   got to get to the bottom of this."  How many times
 5   did that happen?
 6        A.   That was the only time that I had been
 7   called into a prosecutor's office.
 8        Q.   Was a few weeks ago?
 9        A.   Yes, sir.
10        Q.   How many times were you offered immunity
11   between 2008 and the beginning of this trial?
12        A.   One time.
13        Q.   And was that with Mr. Beck?
14        A.   Yes, sir.
15        Q.   That's the only time you've been offered
16   immunity?
17        A.   Yes.
18        Q.   Mr. Jaramillo, did you know about the
19   indictment?
20        A.   Yes.
21        Q.   How did you know about the indictment?
22        A.   I saw it on the news.
23        Q.   Did you follow up and see who had been
24   charged with the killing that you did?
25        A.   No.
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492
                                               1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                       e-mail: info@litsupport.com

1        Q.    You didn't?

2        A.    No.

3        Q.    You didn't even bother to go read the

4    indictment to see who it was that was accused of the

5    murder that you did?

6        A.    I never read any indictments until I was

7    subpoenaed to court -- or for the prosecutor's

8    office.

9        Q.    When you got to the prosecutor's office

10   whenever, a few weeks ago, April 18, that's the

11   first time you read the indictment?

12       A.    Well, I had been handed it a few days

13   before and that was the first time I'd read it.

14       Q.    Who handed it to you?

15       A.    An FBI agent left it at my house.

16       Q.    And do you know the name of that FBI

17   agent?

18       A.    I don't recall.

19       Q.    Could it have been Bryan Acee?

20       A.    No, it wasn't Bryan Acee.

21       Q.    Could it have been Ms. Stemo?  Could it

22   have been Mr. Neale?

23       A.    It could have.  I don't know.

24       Q.    So from the moment that you received the

25   subpoena, you had a copy of the indictment; right?

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    So you knew who it was that the Government

3  had selected as defendants in the murder that you

4  committed?

5      A.    I did.

6      Q.    Did you say to yourself, "Boy, oh boy, did

7  I catch a break"?

8      A.    Actually, no.  I kind of just thought that

9  it was going to be a matter of time before they came

10  around and arrested me.

11     Q.    Have you thought that exact thought for

12  the last 17 years?

13     A.    Yes, sir.

14     Q.    But you never came forward to cleanse your

15  soul, I take it?

16     A.    I never did.

17     Q.    So you knew who had been indicted, you

18  knew who the Government had selected as the

19  defendants, you're thinking what a break, and you

20  have this subpoena?

21     A.    Wait.  I just said I wasn't thinking what

22  a break.  I was thinking that they were coming for

23  me eventually.

24     Q.    But they hadn't gotten to you yet, and you

25  certainly hadn't volunteered any information; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    And then you had this conversation with

 3   Mr. Beck; correct?

 4        A.    Yes, sir.

 5        Q.    Didn't you get a lawyer, too?

 6        A.    I did.

 7        Q.    How did you get a lawyer?

 8        A.    A lawyer was provided by the U.S.

 9   Attorney, I guess.

10        Q.    So when you were having this conversation,

11   having read the indictment, the U.S. Attorney made

12   sure you had a lawyer and the first thing out of

13   everybody's mouth is:  We're going to get you

14   immunity?  Is that pretty much it?

15        A.    No, that's not actually the way that it

16   was.

17        Q.    Please tell us.

18        A.    So the way that it went was, I was asked

19   to come down and meet with Mr. Beck.  I had my wife

20   kind of look into, like, what the process entails as

21   far as meeting with a federal prosecutor and stuff

22   like that.  Due to the line of questioning that I

23   had received from FBI agents and stuff like that, I

24   kind of felt like, you know, the heat was coming

25   down on me and I needed a lawyer before I walk into
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1  the federal prosecutor's office.  That was how that

 2  worked out.

 3      Q.   Thank you.  Tell us about the

 4  conversations you had with the FBI agents which led

 5  you to believe that heat was coming down on you.

 6      A.   Just the fact that they came to my house,

 7  they asked me if I knew anything about the murder,

 8  if I knew anything about the SNM.  I said no, I

 9  didn't know anything about either one.  And you

10  know, they came back and they let me know that they

11  did know I was in SNM and, you know, that they had

12  this case going on and they wanted to talk to me as

13  a potential witness.

14      Q.   Mr. Jaramillo, are you talking about a

15  conversation that accompanied the delivery of the

16  subpoena, or are you talking about some other

17  conversation?

18      A.   So I had the two or three conversations

19  with an FBI agent before the delivery of the

20  subpoena.

21      Q.   And when were those conversations?

22      A.   Within a week or two before they delivered

23  the subpoena.

24      Q.   I see, because we don't have any of those

25  reports, and so I didn't know about that.  So before

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the subpoena, you had two or three visits from FBI

 2   agents.  And was it Mr. Neale?

 3        A.   I don't believe so.  It was a lady.

 4        Q.   Was it Ms. Stemo?

 5        A.   No, her name was agent -- like a Spanish

 6   name.

 7        Q.   Maybe the person who delivered the

 8   subpoena, Lopez?

 9        A.   One of the meetings was with Agent Lopez,

10   and I believe an STG officer from the prison was the

11   very first meeting.  The second meeting, Agent Lopez

12   called and said that, you know, there are some

13   follow-up questions, she needed to meet with me or

14   whatever.  I met with her and another female agent.

15   I don't remember her name.

16        Q.   So the first meeting, there was somebody

17   from the New Mexico Corrections Department, STG;

18   could it have been Chris Cupit?

19        A.   I don't know.

20        Q.   You don't remember the names.  Okay.  And

21   that conversation apparently didn't go very far.

22   And then there was a second one, and maybe even a

23   third one before the subpoena was delivered?

24        A.   I believe two in-person conversations and

25   one on the phone.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And then you're feeling the heat, and so

2  the prosecutors get you a lawyer.  And was it at

3  that point that the conversation starts and the word

4  "immunity" comes up?

5    A.   No.  So I had met with my lawyer.  I had

6  come in to meet with the prosecutor, Mr. Beck.  And

7  then had told me that there was going to be a

8  lawyer -- they were trying to contact a lawyer to

9  come in and talk to me and stuff like that.  And

10 then once I sat down with the lawyer, that's when we

11 started talking about what actually happened.

12   Q.   Okay.  So did you have a conversation with

13 Mr. Beck even before you had a conversation with the

14 lawyer and Mr. Beck?

15   A.   I met with him.  We talked, just like, you

16 know, introduced ourselves to one another, and then

17 we didn't talk about anything as far as the case or

18 anything like that until I got my lawyer.

19   Q.   And then once you did have this immunity,

20 that was the first time that you spoke substantively

21 about your murder of Mr. Castillo?

22   A.   Yes.

23   Q.   All right.  I want to go through some of

24 the statements you've made.  You have reviewed the

25 FBI report on the meeting of April 18, have you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I haven't.

 2        Q.    Okay.  Did you review, by any chance, the

 3   FBI report on the meeting on April 20?

 4        A.    I didn't.

 5        Q.    All right.  I'm going to ask you some

 6   questions anyway, and if you disagree with me, I'm

 7   going to bring it up to you.  Okay?

 8        A.    Okay.

 9        Q.    You made a number of statements, general

10   statements, in the beginning before transitioning

11   into a discussion of the murder you committed, and

12   you said that you hadn't -- I'll be more precise.

13   "He believed he could get out of prison without

14   actually earning his bones."  Do you remember that?

15        A.    Yes.

16        Q.    But your beatdown on Minitres helped you

17   earn your bones; right?

18        A.    I don't believe so.

19        Q.    But you did it.  It was an LC; right?

20        A.    Right.

21        Q.    Okay.  And then you said that you were

22   incarcerated but PC'd, "which is why he was

23   transferred."  And we've talked about that.  That's

24   a bit imprecise, would you agree?

25        A.    According to -- I feel like having
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  somebody from the outside call in and tell the

2  prison -- that is the same thing as asking them

3  directly.  I feel like it's the same.

4      Q.   Then you said, "Jaramillo was assaulted by

5  Clark."  And you PC'd after that.  And we'll just

6  have to -- hopefully the video is still there, and

7  we'll come back to that.  And you said that you

8  PC'd, but we've now seen a record that shows that

9  didn't happen, at least not from your lips.  That's

10 for sure; right?

11     A.   Can you repeat that?

12     Q.   You didn't personally request protective

13 custody?

14     A.   So I had -- you skipped a whole part when

15 I was in Guadalupe County Correctional Facility.  I

16 feel like you must have done that intentionally,

17 because you never talked about it.

18     Q.   When you -- now we'll talk about the

19 murder you committed.  You said Lucero had the keys;

20 right?

21     A.   Yeah.

22     Q.   And you said that Mr. Gallegos had heroin,

23 but actually Pancho was a source of heroin, wasn't

24 he?

25     A.   I don't know.  I mean yes.

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    He had the ability to get heroin, didn't
 2   he?
 3        A.    Yeah, I believe so.
 4        Q.    Pardon?
 5        A.    I believe so.
 6        Q.    And you were told not to give a DNA test,
 7   but you gave DNA anyway; right?
 8        A.    Yes, sir.
 9        Q.    Has anyone ever told you that there were
10   indications of your DNA on the murder weapon, the
11   cord?  Anybody ever told you that?
12        A.    No.
13        Q.    All the way back in 2001, indications of
14   your DNA on the murder weapon.  And then you took
15   some heroin, right, that night?
16        A.    Yes, sir.
17        Q.    And that zoned you out; right?
18        A.    It gets you high.
19        Q.    And isn't that the night that you and
20   Angel DeLeon went into Castillo's cell?
21        A.    The night that we went into the cell?
22        Q.    Yeah, when you got all high on heroin, you
23   and DeLeon?
24        A.    I mean --
25        Q.    Then you said you wrapped the string
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   around his neck.  But you didn't wrap the string,

 2   did you?

 3       A.   I mean, that's what I told the FBI agents,

 4   that I felt like I tied the laundry bag string

 5   around Pancho's neck.  And on a follow-up meeting

 6   with them, I told them that I wasn't sure if it was

 7   the laundry bag string itself or the actual laundry

 8   bag itself.

 9       Q.   How did you remember to switch it from the

10   string to the laundry bag, Mr. Jaramillo?  How did

11   you remember to do that?

12       A.   I don't know if it was something that was

13   mentioned in the interview.  I don't know what made

14   that thought come into my mind.

15       Q.   Could it have been that Agent Sainato

16   said:  "How did Angel DeLeon's DNA get on there

17   along with yours?"  Didn't that happen?

18       A.   Yes.

19       Q.   And that's what refreshed your memory;

20   right?

21       A.   No.  So he told me that, as we were doing

22   our follow-up --

23       Q.   He refreshed your memory?

24       A.   No, that's not how he refreshed my

25   memory --



SANTA FE OFFICE                                               MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                            1-800-669-9492
                                                      e-mail: info@litsupport.com

```
 1          Q.    Well, Mr. Beck in it --
 2          A.    It was during the follow-up.
 3          Q.    Mr. Beck will get a chance to clean it up.
 4          A.    That was in our follow-up interview that
 5   he mentioned that, yeah.
 6          Q.    And to be sure, Mr. Troup -- he was not
 7   sitting on any table outside Pancho's door, was he?
 8   The only time you saw him, according to your
 9   testimony, was downstairs; correct?
10          A.    In the morning time?
11          Q.    Yes, sir.
12          A.    Yes.
13          Q.    Did you find out --
14          A.    He was on the table downstairs.
15          Q.    Did you find out that Mr. Lujan named you
16   as the person who was assigned to go in and kill
17   Pancho?
18          A.    I was aware of that, yeah.
19          Q.    When did you become aware of that?
20          A.    Sometime during the FBI's questioning.
21          Q.    Immediately prior to the subpoena?
22          A.    So the FBI's question of me was over the
23   course of about maybe 10 days or two weeks, and then
24   I got a subpoena.  So sometime in that two weeks.
25          Q.    So let's say you were subpoenaed just
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  before the trial, beginning of May, end of April.

2  How many times did you meet with the FBI between

3  2007 and mid-April 2018?  Zero?

4      A.   Yeah, zero.

5      Q.   Zero.  And during the two or three

6  interviews that you had with the FBI and the STIU

7  before you came and met with Mr. Beck, they were

8  giving you the indictment and other information such

9  as:  Lujan had put you in it; right?

10     A.   I mean, I definitely found out that Lujan

11  had drug my name into it, yeah.

12          MR. BURKE:  That's all I have.

13          THE COURT:  Thank you, Mr. Burke.

14          Mr. Sindel, do you have -- are you next?

15          MR. SINDEL:  I do, Your Honor.

16          THE COURT:  Mr. Sindel.

17                   CROSS-EXAMINATION

18  BY MR. SINDEL:

19     Q.   Good morning.  I represent Joe Gallegos,

20  who you have accused here in court, and I would like

21  to ask you a number of questions.  And there were

22  some things that occurred to me as you were being

23  questioned by Mr. Burke, and I'd like to either

24  follow up or try to get some clarification.  It was

25  in 2006 that you and Mr. Clark had your altercation;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   correct?
 2        A.   I believe so.
 3        Q.   And there was a whole lot of hearings and
 4   stuff like that that you go through whenever there
 5   is an altercation like that, or a violation?
 6        A.   Yes, sir.
 7        Q.   And keep your voice up a little bit.
 8        A.   Yes.  I'm sorry.
 9        Q.   Because you did really good for him.
10        A.   Okay.  I'm sorry.
11        Q.   You don't have to apologize yet.  We'll
12   get to that.  But what I understood you were saying
13   to Mr. Burke is that it never happened that you
14   assaulted Tomas Clark?
15        A.   So there was a fight between me and Tomas
16   Clark.
17        Q.   I meant --
18        A.   I didn't start the fight, so I don't feel
19   like I assaulted Tomas Clark.
20        Q.   Well, did the fight occur when Mr. Clark
21   was coming out of the shower?
22        A.   I think he was down near the shower.  I
23   don't think he was coming out of the shower.  I
24   think that's where he was waiting for me.
25        Q.   So was he --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Because the reason why I say that --
 2        Q.    Was he wearing clothes when you fought
 3   with him?
 4        A.    He was wearing, like, you know,
 5   extra-large boxers and a T-shirt, stuff like that,
 6   kind of like prison shorts, because you don't have
 7   normal clothes in prison.
 8        Q.    So he wasn't in the shower?  Is that your
 9   testimony?
10        A.    He was not in the shower.
11        Q.    And I think you also testified that there
12   was no video surveillance that was conducted as far
13   as you knew; right?
14        A.    No, that's not what I said.
15        Q.    What did you say?
16        A.    I said that I felt like that was an
17   officer's interpretation of a silent video.  It was
18   his interpretation that I was the aggressor based on
19   a silent video.
20        Q.    You were aware, then, there was video
21   surveillance; right?
22        A.    Yeah, there's cameras out in pods.
23        Q.    And that the camera that showed whether or
24   not Mr. Clark was actually coming out of the shower
25   after taking a shower -- you were aware that there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was at least a film; correct?

2         A.   Yes, sir.

3         Q.   And in fact, that was presented as part of

4    the evidence against you, wasn't it?

5         A.   I would imagine so.

6         Q.   And when you imagine that, did you

7    actually have an opportunity to view that video?

8         A.   I have not.

9         Q.   So when they used it at the hearing

10   against you and you signed off on it, you hadn't

11   viewed it?

12        A.   I had not.

13        Q.   Did you know that they used it as part of

14   the hearing process?

15        A.   I think that's what the cameras are in the

16   pods for.

17        Q.   Did you know that they used that as part

18   of the hearing process to determine whether or not

19   you should be moved into a Level 6 rather than a

20   Level 4?

21        A.   I would imagine so.

22        Q.   I don't want you to imagine.  Would it

23   refresh your memory if I showed you the disciplinary

24   officer's findings and recommendations?

25        A.   I mean, you can show them to me if you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  want.
 2       Q.    I want to.
 3       A.    I wasn't sure what you were trying to
 4  refresh my memory of, though.
 5            THE COURT:  Mr. Sindel.
 6            MR. BECK:  Let me see it.
 7            MR. SINDEL:  Okay.
 8  BY MR. SINDEL:
 9       Q.    Do you recognize this as a disciplinary
10  officer's findings and recommendations; is that
11  correct?
12       A.    Yes, sir.
13       Q.    All right.
14       A.    Yes, sir.
15       Q.    Does it indicate there in the first
16  sentence that video surveillance supports the body
17  of the report?
18       A.    Yes, it does.
19       Q.    And does it have a place for you to sign
20  it?
21       A.    Yes, it does.
22       Q.    And have you written there on that place
23  for you to sign it?
24       A.    Yes, I did.
25       Q.    So you were certainly aware, were you not,
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1   that the video surveillance supported the findings

2   that you attacked Tomas Clark; correct?

3        A.   As I stated, I believe that was an

4   officer's interpretation of a silent video.

5        Q.   So were there words that were spoken that

6   would lead anyone who was looking at it to say,

7   "Look, I don't believe my lying eyes"?

8        A.   So I don't remember exactly what was

9   spoken but I --

10       Q.   If you don't remember what was spoken,

11  then the video would be the best evidence of what

12  occurred; correct?

13       A.   Sure.

14            MR. SINDEL:  May I approach, Your Honor?

15            THE COURT:  You may.

16            MR. BECK:  And Your Honor, I'm not sure

17  what the purpose of approaching is.

18            THE COURT:  What are we trying to do at

19  this point?

20            MR. SINDEL:  Refresh his recollection as

21  to what's contained in the video.

22            MR. BECK:  I think he's said he never

23  watched the video.

24            THE WITNESS:  I've never watched the

25  video.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1              THE COURT:  I'm not sure he can.

 2              MR. SINDEL:  Let me think about that for a

 3   second.

 4              THE COURT:  You can, but let's not show

 5   him the document yet.

 6              MR. SINDEL:  I won't.

 7   BY MR. SINDEL:

 8        Q.    You said that it was someone's

 9   interpretation of the video; correct?

10        A.    I mean, that's what I feel like that is,

11   yeah.

12        Q.    Have you ever reviewed any documents that

13   contain the quote/unquote interpretation of the

14   video?

15        A.    Well, you just showed me one that I signed

16   that said I had been found guilty based on the

17   video.  So documents as such, yes.

18        Q.    Have you ever seen any document that with

19   more particularity describes the circumstances that

20   are depicted in the video?

21        A.    I would assume that the original writeup

22   probably described the circumstances in the video

23   and I would assume that I saw that at some point

24   during the disciplinary process.

25        Q.    Do you remember what it is?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Not offhand, no.

 2      Q.   Would it refresh your recollection if I

 3 showed you that writeup?  Would you read it to

 4 yourself?

 5      A.   Okay.

 6      Q.   And does that refresh your recollection of

 7 whether or not it was --

 8           MR. BECK:  Objection to hearsay, Your

 9 Honor.

10           THE COURT:  Why don't you approach so I

11 know what the question is going to be.

12           (The following proceedings were held at

13 the bench.)

14           THE COURT:  What is your question going to

15 be.

16           MR. SINDEL:  Whether or not Tomas Clark is

17 walking out of the shower and whether or not he

18 assaulted him with a closed fist.

19           MR. BECK:  I think he can ask those two

20 questions.

21           THE COURT:  I think he can ask those two.

22 I just didn't know what the reference was to the

23 document.

24           (The following proceedings were held in

25 open court.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Mr. Sindel.
 2   BY MR. SINDEL:
 3       Q.   You have reviewed the document and read
 4   the document that I presented you with; is that
 5   right?
 6       A.   Yes, I have.
 7       Q.   And does that refresh your recollection as
 8   to whether or not Tomas Clark was walking out of the
 9   shower at the time the altercation occurred?
10       A.   I feel like Tomas Clark was waiting by the
11   shower, waiting for me, because he knew I had to
12   pass by there to go back into my cell.
13       Q.   And does that refresh your recollection as
14   to whether inmate Jaramillo, which is you, struck
15   inmate Clark with his closed fist?
16       A.   Yeah, we were in a fight, so, yeah, I
17   struck him with my closed fist for sure.
18       Q.   Would it be fair to say, at least from
19   what you have reviewed and what you have signed off
20   on, that the records that you agreed to and admitted
21   to, was that you were the instigator?
22       A.   No, I was not the instigator.
23       Q.   I didn't say that.  I asked you whether or
24   not the records you signed off on, when you admitted
25   that the report was true, indicated that you were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the instigator of the fight.
 2           MR. BECK:  Hearsay, Your Honor.
 3       A.   I don't remember.
 4           THE COURT:  Hold on.  Sustained.
 5   BY MR. SINDEL:
 6       Q.   Did you sign off on documents that contain
 7   descriptions of the incident?
 8           MR. BECK:  Objection to hearsay.
 9           THE COURT:  Overruled.
10       A.   It appears to be my signature.
11   BY MR. SINDEL:
12       Q.   Well, I mean, you said it was your
13   signature.  Are you now saying that the Department
14   of Corrections went in there and forged that?
15       A.   I didn't say that.  You did.  I said it
16   appears to be my signature.
17       Q.   It is your signature, isn't it?
18       A.   It appears to be.  Although I would
19   mention that every document --
20       Q.   There is no question.
21       A.   Every document you showed me has a
22   different signature on it.
23           THE COURT:  Hold on, Mr. Jaramillo.  Wait
24   till there is a question.  Don't do that.  Wait till
25   Mr. Sindel --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. SINDEL:  Your Honor, I'd ask that the
 2   jury be instructed to strike that out.
 3            THE COURT:  I'll strike that testimony and
 4   tell the jury not consider it in its deliberations.
 5            Mr. Sindel.
 6            MR. SINDEL:  Okay.  Thank you.
 7   BY MR. SINDEL:
 8       Q.   Now, I was trying -- I was thinking of
 9   something else when you were answering questions
10   from Mr. Burke about the circumstances surrounding
11   how all this stuff came to pass that you ended up in
12   court perhaps on the last day of the Government's
13   case.  You were subpoenaed; is that right?
14       A.   To this court date right here?
15       Q.   Well, to a court date.
16       A.   I was subpoenaed to at least interview.
17       Q.   So who was it?  Was it an FBI agent that
18   left you a subpoena?
19       A.   They didn't hand it to me personally, so I
20   don't know.  It was left at my house with another
21   person that lives with me.
22       Q.   All right.  So that you came home and
23   there was this person who lives with you.  Is that
24   your wife?
25       A.   Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   You hesitated for a second.

2     A.   Because I couldn't remember.

3     Q.   Was that your wife?

4     A.   My wife lives with me, and my stepson also

5  lives with me.  He's 22 years old.

6     Q.   How old is your stepson?

7     A.   22.

8     Q.   And which of the two did they leave the

9  subpoena with; do you recall?

10    A.   I believe they left it with my wife.

11    Q.   And when was that that you -- that she

12 told you that you'd been subpoenaed to appear in

13 court?

14    A.   As soon as I got home from work, on

15 whichever day it was.

16    Q.   Well, did you show up that first day that

17 you were subpoenaed and ordered to come to court?

18    A.   No, I didn't.

19    Q.   Now, were you anticipating or expecting

20 the subpoena prior to your wife telling you that you

21 had received one?

22    A.   I was anticipating it, yes.

23    Q.   And did she call you somewhere to say,

24 "Look, you know, they just came by and handed me a

25 subpoena," or was it only when you got home?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
 1        A.    I think she waited until I got home from
 2   work.
 3        Q.    The situation is that you had, prior to
 4   them serving your wife with the subpoena for you,
 5   talked to some people from STIU and some agents.  I
 6   believe you said Lopez; is that correct?
 7        A.    One of the agents was Lopez, yes.
 8        Q.    When was that?  I know you've been asked
 9   these questions, but I was fumbling around trying to
10   find --
11        A.    I don't know what date they came to my
12   house.  It's been within the last, say -- before the
13   beginning of the trial started.
14        Q.    Before the what?
15        A.    At the beginning, before the beginning of
16   this trial started.
17        Q.    Do you know when the trial started?
18        A.    I don't know the exact date.
19        Q.    Do you know anywhere near the date?
20        A.    I'm guessing a month ago, or a month and a
21   half ago.
22        Q.    So did they -- and when they came to your
23   house, they didn't have a subpoena; right?
24        A.    No.
25        Q.    You didn't have a lawyer?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Did they come to your house in the
 3   morning, afternoon, evening?
 4        A.    Afternoon.
 5        Q.    And you were off work, I take it?
 6        A.    Yeah, I'd just gotten home, actually.
 7        Q.    All right.  And so then the FBI agent and
 8   the STIU officer came into your house and asked you
 9   questions; right?
10        A.    Yes, sir.
11        Q.    Did they write down anything that you told
12   them or answered their questions?
13        A.    I think so.
14        Q.    And were they -- did they ever ask at any
15   time if they could tape-record anything that you
16   told them?
17        A.    No.
18        Q.    Do you know whether or not they had
19   recorders in order to record your words as they
20   spoke to you?
21        A.    I would assume so.
22        Q.    And did they go into questions about your
23   history there at the -- within the Department of
24   Corrections for New Mexico?
25        A.    I think, yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.    Did they talk to you mostly about the
2   incident that you claimed happened on March 26 of
3   2001?
4        A.    Yeah.
5        Q.    Would that be the primary focus?  Who else
6   was present beside these two people?
7        A.    Them two and myself.
8        Q.    And when they --
9        A.    At the initial interview, with them two
10  and myself.
11       Q.    Did they give you any documents to sign?
12       A.    No, they didn't.
13       Q.    Did they advise you at any time of your
14  rights?
15       A.    I don't believe so.
16       Q.    So would you say that you were sort of
17  caught cold when they came in?  I mean, you didn't
18  anticipate them knocking on your door, did you?
19       A.    I mean, I did anticipate them knocking on
20  my door eventually, but I didn't know it was going
21  to be that day.
22       Q.    That's the reason you anticipated, because
23  you were aware that this trial was going on;
24  correct?
25       A.    Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     Q.    And I also think that you said at one
 2  point in time that someone left the indictment at
 3  your house?
 4     A.    Yeah.  I feel like there might have been a
 5  subpoena for me, more than an indictment for anybody
 6  else.
 7     Q.    Well, do you remember what it was that
 8  they left at your house?  I mean, a subpoena is one
 9  piece of paper.
10     A.    I feel like it was subpoenaing me to come
11  and testify, ordering me to come to court, is what
12  it was.
13     Q.    And besides that, did you ever receive a
14  copy of the indictment like you told Mr. Burke?
15     A.    I don't know if that was an indictment or
16  a subpoena.  At the top it had the defendant's name,
17  United States versus a defendant's name, and
18  somewhere in there it said I had to come to court.
19     Q.    Was it Angel DeLeon, the name?
20     A.    Yes, sir.
21     Q.    The guy who worked with you in terms of
22  killing Castillo; correct?
23     A.    Yes, sir.
24     Q.    The guy whose DNA was on the drawstring
25  along with yours that was used to kill Castillo;

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



1   correct?

2       A.   I don't know whose DNA was on the

3   drawstring.

4       Q.   Well, you said that they told you -- the

5   agents told you that there was an indication of your

6   DNA on the drawstring and that there was DeLeon's

7   DNA.

8       A.   I actually told you that I was not ever

9   aware of my DNA being indicated anywhere on any

10  drawstring.

11      Q.   I don't think you told me that until just

12  this second.

13      A.   I was never aware that my DNA was anywhere

14  on the drawstring.

15      Q.   Are you aware now?

16      A.   I mean, you told me that, so --

17      Q.   So how long do you think this interview

18  lasted with these two people who came into your

19  house without announcing --

20      A.   The initial interview?

21      Q.   Yeah.

22      A.   Maybe between five and ten minutes.

23      Q.   Five and ten minutes.  What did you tell

24  them in that five to ten minutes?  Because we don't

25  have a report on it, even though they were writing

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   notes.
 2         A.   I promised over and over that I was not
 3   part of the SNM, and I did not know anything about
 4   any murder.  I spent about ten minutes saying that
 5   over and over.
 6         Q.   All right.  And so then they eventually
 7   left after you denied any involvement; correct?
 8         A.   Yes, sir.
 9         Q.   And do you think that this was maybe six,
10   seven weeks ago?
11         A.   Give or take, yeah.
12         Q.   Have they ever played for you an audio of
13   what they may have recorded there in your home?
14         A.   No.
15         Q.   Have they ever showed you any notes or any
16   reports that they prepared as a result of that
17   interview?
18         A.   No.
19         Q.   If you -- well, let me rephrase that.
20   Wouldn't you think that someone who was defending an
21   individual who was charged with having committed the
22   murder of Castillo -- they would want to know that
23   you had denied any involvement?
24         A.   Can you restate that question?
25         Q.   That was a pretty bad question.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1        A.    It's hard.

 2        Q.    Let me ask you this.  Do you know what I

 3  mean when I say "exculpatory evidence"?

 4        A.    I don't.

 5        Q.    Well, if there was evidence that would

 6  tend to prove that you did not participate in the

 7  murder of Castillo, do you think that it would be

 8  something that might be important to a defendant who

 9  was charged with that murder?  Makes common sense,

10  doesn't it?

11        A.    I still don't understand the question.

12        Q.    Did either the FBI agent or Mr. Beck or

13  anyone else tell you that they had an obligation to

14  turn over things that might challenge your

15  credibility?

16        A.    No.  Turn over things that challenge my

17  credibility?

18        Q.    Yeah.  Like when you say it never

19  happened, and then you say it did.  Those are two

20  diametrically opposed positions; right?

21        A.    Yes, sir.

22        Q.    180 degrees; right?

23        A.    I agree.

24        Q.    And if the Government has an obligation to

25  make sure that that information is available to the

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



PROFESSIONAL COURT                                    1-800-669-9492
REPORTING SERVICE                             e-mail: info@litsupport.com

1  defendants, that would have been something you told

2  Agent Lopez and you told the STIU person when they

3  first sat down, put their feet under your table, and

4  talked to you; right?

5       A.   I would assume that the Government would

6  follow the rules of their own proceedings, yes.

7       Q.   So would I.

8            Now, who was it that first told you that

9  Lujan had named you particularly as a participant or

10 someone he recruited to commit this murder?

11      A.   One of the FBI agents during one of the

12 interviews told me that.

13      Q.   All right.  So did they tell you that in

14 the first interview?

15      A.   No, I don't think so.

16      Q.   So it would have been in a subsequent

17 interview?

18      A.   Yes, sir.

19      Q.   We sort of have a general idea of the date

20 of the first interview, a soft idea.  You're doing

21 the best you can, aren't you?

22      A.   I am.

23      Q.   All right.  How much time passed before

24 someone from the Government showed up at your house

25 again and wanted to interview you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.    Within a day or two.

 2      Q.    All right.  So one day after you said,

 3  "Look, I don't have anything to tell you, go ahead,

 4  write it down there, make sure you give it to

 5  defense lawyers, but I don't have anything to say

 6  about what happened on March 26, 2001," they were

 7  there again, maybe within 24 hours?

 8      A.    I felt like it was within a day, maybe two

 9  or three days.  Real close.

10      Q.    It was close?

11      A.    Yes.

12      Q.    It was tight?

13      A.    Yeah, it was tight.

14      Q.    Like they were on you like a chicken on a

15  bug, right?  They wanted to ask you a lot of

16  questions, didn't they?

17      A.    I feel like they wanted me to answer some

18  questions for them, yes.

19      Q.    And they -- it didn't feel like they were

20  going to let up until they got what they wanted.

21  Would that be fair to say?

22      A.    I feel like they were going to keep asking

23  me questions until I answered that.

24      Q.    Or got what they wanted.  What they wanted

25  was the answers you gave here in court; isn't that

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com


PROFESSIONAL COURT
REPORTING SERVICE

```
 1   true?

 2        A.   So during one of the phone interviews, I

 3   remember talking to Agent Acee and asking him, like,

 4   "What do you guys want from me, Dude?"  I just

 5   wanted to live my life.  And what he told me was, he

 6   wanted the truth.

 7        Q.   All right.  So let's talk about the second

 8   interview.  Was that the same agent and same STIU

 9   individual that came to talk to you the first time

10   around?

11        A.   Agent Lopez was there, but not the STIU

12   guy.  It was now, I believe, another FBI agent, I

13   think.

14        Q.   Was it a man or a woman?

15        A.   It was a woman.

16        Q.   Do you remember anything about what she

17   looked like?  Was she towering tall?

18        A.   I don't think she was super tall, super

19   anything out of the ordinary.  Just seemed like an

20   average-looking woman.

21        Q.   You don't want to say that, now.

22             When they came to your house, did they

23   give you a business card?

24        A.   So the very first time that they came to

25   my house, Agent Lopez wrote down her number on a
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    piece of paper for me.

2        Q.   All right.  And did anybody the second

3    time leave with you a number or a business card or

4    some way to contact them?

5        A.   At some point they did.  I don't know

6    when, but at some point I got a business card.

7        Q.   Well, did you keep that number or that

8    business card?

9        A.   Yeah.

10       Q.   Do you still have them?

11       A.   Yeah.

12       Q.   At your house?

13       A.   Yeah.

14       Q.   Did you ever -- after they came the first

15   time, did you call up Agent Lopez and ask to talk

16   with her?

17       A.   No.

18       Q.   Did you call up and ask to talk with the

19   STIU investigator?

20       A.   No.

21       Q.   So the next time Lopez shows up at your

22   door, she's with another FBI agent; right?  Do they

23   tell you the first time, the second time, or any

24   number of times that if you lie to an FBI agent,

25   that's a crime?

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.   No, they didn't tell me that.

 2        Q.   So the second time, is this before the

 3   phone interview with Agent Acee or afterwards?

 4        A.   So the second time that the agents came to

 5   my house, I wasn't home.  I was at work.

 6        Q.   Okay.  Let's just talk a little bit about

 7   that.  Did they, as far as you know, talk to anyone

 8   at your house?

 9        A.   They made contact with my wife.  They also

10   made contact with one of my neighbors.

11        Q.   All right.  And was that the time that

12   they left the paper that you referred to as a

13   subpoena?

14        A.   Yes.

15        Q.   And was there ever any time that you

16   received any other documentation concerning this

17   case other than that subpoena?

18        A.   The next piece of documentation that I can

19   think is maybe the Kastigar letter that I received

20   from the prosecutor.

21        Q.   Mr. Beck?

22        A.   Yeah.

23        Q.   The gentleman who was questioning you

24   here?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Had anybody ever told you what the

2   allegations were in the indictment?

3       A.    I think the very first time they made

4   contact, they told me they were there because the

5   trial was starting for the murder of Frank Castillo.

6       Q.    Did they tell you that was the only thing

7   charged in the indictment, the murder of Frank

8   Castillo?

9       A.    No.

10      Q.    Did they tell you what else was charged in

11  the indictment?

12      A.    I think they told me there was a RICO case

13  going on.

14      Q.    Do you know what it means when they say a

15  RICO case?

16      A.    I don't know exactly.  I know it has to do

17  with organized crime.  I don't know exactly.

18      Q.    Do you know what a VICAR count is?

19      A.    No.

20      Q.    Now, the second time that they came, they

21  sat down -- or not the second time.  They talked

22  with your wife.  When is the second time they

23  actually talked with you?

24      A.    I met the agents at a coffee shop near my

25  house.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com

1        Q.    So that was something -- they called and

2   set that up; is that right?

3        A.    No, they called and let me know that they

4   needed to talk with me again.  I expressed my

5   concern with them coming to my house, because I

6   didn't want my neighbors to know what I was going

7   through and stuff like that.  And they agreed that

8   we could meet somewhere else.  And that was the

9   place that I came up with.

10       Q.    So you suggested that we meet in a coffee

11  place.  Which -- did they -- the two agents then met

12  with you at that point in time, did they tell you

13  that they were going to tape-record your

14  conversation?

15       A.    No, I don't think so.

16       Q.    Did they mention to you anything about

17  trying to record your words as you spoke to them?

18       A.    They didn't mention it.  I didn't ask,

19  because I just assumed that they were.

20       Q.    Okay.  Fair assumption.  Did they take

21  notes at any time during this?

22       A.    Yes.

23       Q.    Now, you haven't seen the notes from the

24  first one; correct?  You haven't seen reports or you

25  haven't seen the tape transcripts or heard the tapes

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  from the first interview; right?

2      A.   I haven't.

3      Q.   And the second interview.  Have you seen

4  any of the transcripts or notes or reports or heard

5  the tape that they may have made of you at that

6  time?

7      A.   I didn't.

8      Q.   So what did you tell them the second time?

9      A.   I told them the same thing, that I didn't

10 know anything about it and didn't want anything to

11 do with it.

12     Q.   All right.  And how long was this coffee

13 conversation?

14     A.   Maybe 20 minutes.

15     Q.   All right.  And the same questions I asked

16 you about the first one.  Since you were denying it,

17 you would assume that the Government would make that

18 denial known to the lawyers in the case who were

19 defending the people who were charged under the

20 indictment; correct?

21     A.   I don't really know the procedures of the

22 law.  I just said that I assumed that the Government

23 would go along with the procedures of the law.

24     Q.   When you had -- before you had gone into

25 the correctional facility, you had consulted with



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    lawyers in the past, had you not?

2        A.   I did.

3        Q.   And you also had -- you know what I mean

4    when I say the word "discovery"?

5        A.   I do.  I understand what discovery is.

6        Q.   And you understand at least that there are

7    certain obligations on the part of parties to

8    provide quote/unquote discovery or other materials

9    that may relate to the criminal, the crimes that are

10   charged?

11       A.   I tried to understand the scope of the law

12   as it pertained to my particular cases as I went

13   through them.  I'm not going to say that I

14   understood it fully at any time.

15       Q.   I'm not saying that I do, either.

16       A.   All right.  Well, you know, there it is.

17       Q.   Well, but at least you had some perception

18   that, you know, like for example, if the Government

19   had a statement from a witness saying, you know, "I

20   saw Michael Jaramillo.  He was in Chicago when this

21   was supposed to happen," that they needed to turn

22   that over to you; correct?

23       A.   I felt like in any cases that pertained to

24   me, I always felt like those statements were

25   included in my discovery.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   The second interview at the coffee shop

2  basically goes down the same way as the first one;

3  right?

4      A.   Yes.

5      Q.   There was then a third interview, I take

6  it; right?

7      A.   I think the third interview, what I would

8  call a third interview, was done on the phone with

9  Agent Acee.

10     Q.   Is that the first time you'd ever talked

11 with Agent Acee, as far as you know?

12     A.   As far as I know.

13     Q.   He identified himself on the phone?

14     A.   Yes, I did.

15     Q.   Bro Acee, or Agent Acee?

16     A.   I believe he identified himself as Agent

17 Acee.  I think he gave me his first name as well.

18     Q.   Okay.  And did he at that point in time

19 interview you concerning what you may know about the

20 March 25, March 26 incident involving Mr. Castillo?

21     A.   Yes.

22     Q.   And let me ask you this.  What did he say?

23 "Here I am.  My name is Bryan Acee.  I'm with the

24 FBI."  Then what does he go on to say?

25     A.   He went on to ask me if I was in the SNM,

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   if I knew anything about the Frank Castillo murder,

 2   if I knew anything about the SNM, period.

 3        Q.   Those were the same questions that you had

 4   been asked by Agent Lopez at least twice before;

 5   correct?

 6        A.   Yes.

 7        Q.   And what did you tell Agent Acee in this

 8   phone interview?

 9        A.   Told him the same thing, that I didn't

10   know anything about it.

11        Q.   And do you know --

12             THE COURT:  Mr. Sindel, why don't we talk

13   to the jury a little bit about what they want to do

14   about lunch.

15             MR. SINDEL:  Sure.

16             THE COURT:  It's kind of normal time.  Do

17   you want to take lunch now?  Or do you want to do

18   something very late?  Do you want to take lunch now?

19   Looks like we're going to take a late lunch.

20             So why don't we be in recess for about 15

21   minutes and come back in and work through the lunch

22   hour.

23             All rise.

24             (The jury left the courtroom.)

25             THE COURT:  All right.  We'll be in recess
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    for about 15 minutes.

2              (The Court stood in recess.)

3              THE COURT:  So Document 2206 -- we were

4    having a lengthy discussion and we realized we

5    didn't have a court reporter in here.

6              Document 2206, May 4, 2018, was a chart

7    draft table relating to Mr. Jaramillo.  And counsel

8    indicated they hadn't received it.  Now Mr. Sindel

9    is asking if there are any more 302s, anything that

10   needs to be produced as to this witness.  Mr. Beck?

11   Any thoughts?

12             MR. BECK:  I guess there are not -- I had

13   discussions on that there's not 302s for those

14   events.  We'll try to track down the agent's notes,

15   if they have them.  And there is a timeline that

16   Special Agent Acee created recently, that we'll

17   disclose now, given that there aren't 302s, I think.

18   So --

19             THE COURT:  You're going to shoot that on

20   email?

21             MR. BECK:  I think we'll shoot it on the

22   email, and if we have a copy here in court, we can

23   make copies for everyone, given that there is no --

24             THE COURT:  Well, right at the moment you

25   don't know of any notes or 302s that need to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    produced?
 2              MR. BECK:  I don't.  If there are -- I
 3    mean, if there are notes, I think they would need to
 4    be produced.  I agree with Mr. Sindel.
 5              THE COURT:  All right.  All rise.
 6              (The jury entered the courtroom.)
 7              THE COURT:  All right.  Mr. Jaramillo,
 8    I'll remind that you're still under oath.
 9              Mr. Sindel, if you wish to continue your
10    cross-examination of Mr. Jaramillo, you may do so at
11    this time.
12              MR. SINDEL:  Thank you.
13              THE COURT:  Mr. Sindel.
14    BY MR. SINDEL:
15         Q.   During the break, where did you go?
16         A.   I went outside and had a cigarette.
17         Q.   All right.  And were you ever in the
18    little room here in the back, just outside the
19    hall -- courtroom?
20         A.   Yes.
21         Q.   Who else was in there at the time that you
22    were there?
23         A.   This morning, there was me and my wife.
24         Q.   I'm talking about during the break.
25         A.   During the break I didn't go in there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You stayed out and had a cigarette on the
2  balcony there?
3    A.   Well, actually, outside in the front of
4  the courthouse.
5    Q.   Okay.  Now, you got out of prison in 2007.
6  Do you remember when?
7    A.   I believe around Thanksgiving time.
8    Q.   So around November of 2007, fair to say?
9    A.   Yes, sir.
10   Q.   Okay.  Did you have any kind of parole
11  that you had to report to or any conditions that
12  were placed on you after you got out in 2007?
13   A.   Yes, sir.
14   Q.   Do you remember, when you're on parole,
15  you have to report to a parole officer and they --
16  you know, they can do urine drops, they can make
17  sure you're living where you say you're living, all
18  that kind of stuff; right?
19   A.   Yes, sir.
20   Q.   And they can, if they want to, keep fairly
21  close tabs on you?
22   A.   Yes, sir.
23   Q.   How long were you under the supervision of
24  a parole officer?
25   A.   Five years.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.    Okay.  So it would have been the fact that

2 you would have been on active parole until November

3 2012 approximately?

4    A.    Give or take, yeah.

5    Q.    All right.  I want to go back to this

6 interview, the Acee interview.  How long did that

7 last, approximately?

8    A.    Approximately 15 minutes.

9    Q.    Okay.  And in terms of timeframe, how soon

10 did Agent Acee call you on the phone when measured

11 against when you had the second coffee-shop

12 interview?

13    A.    I think I talked to him, if I'm not

14 mistaken, the next day.

15    Q.    All right.  And would you say -- was it

16 during the day or was it during the evening or what?

17    A.    Late afternoon.

18    Q.    Were you aware whether or not this trial

19 had commenced at the time that he was talking to

20 you?

21    A.    I think it had.

22    Q.    Okay.  And I think you said you read a

23 little blurb in the paper or something at one point

24 in time?

25    A.    I saw it on the news.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com

```
 1        Q.    Saw it on the television news.  And then
 2   at that third interview, what you continued to say,
 3   "I don't know anything about it, I don't want to get
 4   involved, leave me alone"?
 5        A.    Yes, sir.
 6        Q.    And when was the fourth interview, when
 7   they took to heart what you told them?
 8        A.    A couple weeks ago.
 9        Q.    A couple of weeks ago.  That would have
10   been towards the end of April; right?
11        A.    Probably late, mid-April, yeah.
12        Q.    All right.  Was that the interview that
13   Mr. Beck referred to?  Was he present for this
14   fourth interview, or was there somebody else who was
15   focusing in on you?
16        A.    So the time that I interviewed with
17   Mr. Beck, there was also another agent in the room.
18        Q.    Okay.  But I want to -- we got the phone
19   call from Agent Acee.  When is the next time -- you
20   said it was couple weeks later?
21        A.    Give or take, around ten days later.  I
22   came down to Las Cruces and interviewed with
23   Mr. Beck and another agent and my lawyer.
24        Q.    And your lawyer.  Okay.  So we have a
25   report -- finally we got one.  We have a report
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   dated April 18.  Would that be consistent with what
 2   you think -- maybe the timeframe when this happened?
 3        A.   Yes.
 4        Q.   Do you remember who the agent was that was
 5   present with Mr. Beck?
 6        A.   I remember his name was Joseph.
 7        Q.   Sainato?
 8        A.   Yeah, maybe.
 9        Q.   And I may have mispronounced it.  But so a
10   phone call from Acee, nothing happened.  All of a
11   sudden, you're called down to come down to the
12   courthouse, the headquarters.  Where did you go?
13        A.   I came down here.
14        Q.   When you say "here," where is "here"?
15        A.   This office, this building.
16        Q.   You came into the courthouse here?
17        A.   Yes, sir.
18        Q.   And where was this interview conducted; do
19   you remember?
20        A.   Downstairs in an office area.
21        Q.   Okay.  On the first floor?
22        A.   Yes, sir.
23        Q.   Was anyone else present with you at the
24   time that you were being interviewed by Mr. Beck?
25        A.   My lawyer.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Now, how did -- what -- how did this

2   lawyer come into the picture?  Who was the one who

3   got you the lawyer?

4      A.   So I believe that the federal government

5   got me a lawyer.

6      Q.   So the Government got you a lawyer to come

7   in and give you advice; right?

8      A.   Yes.

9      Q.   Now, between the time you talked to

10  Acee -- who was it you talked to that told you,

11  "Don't worry; we're going to get you a lawyer"?

12     A.   Well, nobody ever told me not to worry.

13  It was the day that I came in to talk to Mr. Beck,

14  because of the subpoena that I had gotten, right

15  when we sat down, he just told me that he was trying

16  to contact a lawyer for me.  And so I left for a

17  little while until a lawyer was reached.

18     Q.   And so it was Mr. Beck who says, "Don't

19  worry; I'm going to get you a lawyer that you can

20  talk to"; correct?

21     A.   He told me he was going to get a lawyer

22  for me to talk to, yeah.

23     Q.   Now, when you got that lawyer, at that

24  point in time, did you have an opportunity to review

25  the indictment?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1       A.   I believe I had it with me.

2       Q.   Now, when I say "indictment," that's

3  like -- it's a 40-page document?

4       A.   I've never reviewed an indictment, and

5  that's not what I'm talking about.  I'm talking

6  about the paper that got me down here, subpoena,

7  whatever that is.  That's all I've ever seen.

8       Q.   All you've ever seen.  Is there anybody

9  that has ever reviewed with you the contents of the

10 indictment?

11      A.   I believe during the interview we were

12 looking at like some of this stuff where I was

13 talking about where I was at and what prisons and

14 stuff like that.  I don't know if that's part of the

15 indictment.  As far as I know, I didn't ever see any

16 part of any indictment.

17      Q.   All right.  Then did you ever see anything

18 that listed any of the charges that were leveled

19 against the men sitting in this courtroom here

20 today?

21      A.   I believe that original subpoena had a

22 couple of charges on it or something like that,

23 but --

24      Q.   That was one page.

25      A.   That was one page, yeah, and that's all

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1  I've ever reviewed.

2      Q.   Okay.  Now, to your knowledge, did your

3  lawyer have any discovery?  You know what that is;

4  right?

5      A.   Right.

6      Q.   Any discovery in connection with this

7  case?

8      A.   Not to my knowledge.

9      Q.   To your knowledge, did your lawyer know of

10  any particular facts involved in this case?

11      A.   Not to my knowledge.

12      Q.   To your knowledge, had Mr. Beck or any

13  agents told him that Lujan had pointed the finger at

14  you?

15      A.   Not to my knowledge.

16      Q.   So the only person who knew that was the

17  FBI agent who conveyed that information to you

18  during one of these interviews; right?

19      A.   Yes, sir.

20      Q.   Was that Acee?

21      A.   I don't think so.

22      Q.   How much time did you have to consult with

23  a lawyer before coming down here and being

24  interviewed by Mr. Beck?

25      A.   I actually met the lawyer here.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1      Q.   All right.  So you met him here at this
 2  building; correct?
 3      A.   Yes, sir.
 4      Q.   And is that the first time you ever met
 5  him, know his name, or anything about him?
 6      A.   Yes, sir.
 7      Q.   Do you know anything about his
 8  background --
 9      A.   I don't.
10      Q.   -- in the law?
11      A.   I don't.
12      Q.   He certainly -- I don't mean this as a
13  criticism, but he wasn't a lawyer you chose, was he?
14      A.   I didn't.  There was not a list of lawyers
15  that I picked up from him.
16      Q.   But I mean, the choice was Mr. Beck's, as
17  far as you know; correct?
18      A.   As far as I know.
19      Q.   And when you met with a lawyer here before
20  walking into that office, that crucible of an
21  office, did you have -- how much -- let me ask you
22  this.  How much time did you have to talk to the
23  lawyer before you walked in?
24      A.   I guess since the first time FBI agents
25  contacted me, I could have called a lawyer, I guess.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   I'm not asking that, sir.  I understand

2  that.  But sometimes you're not in a financial

3  situation to do that; right?

4     A.   Yes.

5     Q.   So what I'm saying to you, is the lawyer

6  that Mr. Beck got you -- how much time did you have

7  before actually sitting down with Mr. Beck, Agent

8  Acee, and whoever else was in this room?

9     A.   I wasn't given a time limit, you know, to

10  make any statements or anything like that.  I was

11  just told that that was my lawyer and I could talk

12  to him to find out what was the best thing for me to

13  do. I would say we talked for about 20 minutes.

14  About 20 minutes before, we decided that we were

15  going to do the interview.  And then from there, we

16  took a lunch break, went to lunch, and then when we

17  came back from lunch, we did the interview.

18     Q.   So there was about a 20-minute

19  conversation, and I'm assuming that you reviewed the

20  Kastigar letter with him; is that correct?

21     A.   Yes, sir.

22     Q.   Now, I noticed that when you were asked

23  questions by Mr. Beck, he sort of said, "Well, what

24  was it that made you decide to come forward?"  I

25  can't remember exactly how he worded it, but do you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    remember that question?

2         A.   Yes.

3         Q.   And I think you said, "Mostly because you

4    offered me immunity"; right?

5         A.   Yes, sir.

6         Q.   Fair to say, isn't it?

7         A.   Fair to say that's the reason why I came

8    forward.

9         Q.   Is it fair to say that that's important?

10        A.   I mean, it's fair to say that that's the

11   reason why I came forward, yes.

12        Q.   So it's fair to say both not only that's

13   important, but that's the reason you decided to come

14   down here and answer questions from Mr. Beck; that,

15   and your consultation with your attorney; correct?

16        A.   Yes.

17        Q.   And when you say "immunity," do you

18   understand -- or as you sit there right now, do you

19   believe that that means you're immune from any

20   prosecution as a result of your statements?

21        A.   I'm not 100% sure on that.  I don't

22   understand the whole legal that much.

23        Q.   Would it be fair to say that besides maybe

24   getting married and maybe having a child, that could

25   be the most important decision of your life?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.

 2        Q.    Because you know, they made it clear to

 3   you that the punishment if you go down and get

 4   encircled with that indictment is life in prison;

 5   right?

 6        A.    Nobody told me that, but I kind of assumed

 7   that from the beginning, yeah.

 8        Q.    And so that's kind of a deep-breath,

 9   make-sure-you-know-what's-going-on decision; right?

10        A.    Right.

11        Q.    And this letter that you would talk about

12   and this immunity that you talk about -- you talk

13   about a Kastigar letter; correct?

14        A.    Yes, sir.

15             MR. SINDEL:  May I approach, Your Honor?

16             THE COURT:  You may.

17   BY MR. SINDEL:

18        Q.    That document -- does that indicate in the

19   body of that document, if you look at paragraph 2,

20   there is a word underlined and it says "Kastigar"?

21        A.    Yes, sir.

22        Q.    Is that the Kastigar document you're

23   referring to?

24        A.    Yes, sir.

25        Q.    And is that two pages long?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    And did you sign that document like you

 3   signed the other records we talked about?

 4        A.    I signed this document, yes.

 5        Q.    I want you to keep that.  I want to ask

 6   you a few questions about it.  Okay?  Does it there

 7   say anything about immunity?

 8              MR. BECK:  Your Honor, I was just going to

 9   say, I don't know if he wants to move it into

10   evidence.

11              THE COURT:  Do you wish to, Mr. Sindel?

12              MR. SINDEL:  Your Honor, I believe it

13   would be my choice, not theirs, so at this point,

14   no.

15              THE COURT:  All right.  Mr. Sindel.

16              MR. SINDEL:  And I would ask that if the

17   Government wants to talk about introducing something

18   in evidence, that they approach the bench rather

19   than say it in open court.

20   BY MR. SINDEL:

21        Q.    Do you see anything, let's say in that

22   first paragraph, that uses the word immunity?

23        A.    In the first paragraph?

24        Q.    Yes, sir.

25        A.    No, sir, I don't see the word "immunity"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in there.

2         Q.   All right.  And if I told you that that

3    word is never ever used in this document, will you

4    have any reason to not believe me?

5         A.   No.

6         Q.   Now, someone obviously either left you

7    with the belief or told you that you were being

8    given immunity; right?

9         A.   I feel like I probably just felt like

10   that.  I don't think anybody told me that.  I think

11   I just kind of like researched what a Kastigar was

12   online and kind of came to the conclusion that

13   that's what it was on my own.

14        Q.   Okay.  Well, then, when you went online to

15   look at a Kastigar, what did they tell you online

16   about what Kastigar was?

17        A.   I did it -- I don't remember word for

18   word, but basically what I was able to come up with

19   from online was that if you came in and cooperated

20   with the Government and were honest and were

21   forthcoming, then you wouldn't be charged in the

22   crime.

23        Q.   But if you look at that, it doesn't say

24   anything in there about being charged, does it?

25        A.   No, it doesn't.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And when you -- did you look up Kastigar

2    after you talked with Agent Acee and before you came

3    down here, or did you look it up after you came down

4    here?

5    A.    After I came down here.

6    Q.    So would it be fair to say at least when

7    you walked into that room that you didn't really

8    know what you were getting into in terms of what a

9    Kastigar hearing was or a Kastigar letter was;

10   correct?

11   A.    I had no idea.

12   Q.    Would it be fair to say when you left

13   after signing this, you were still confused enough

14   to go online to try and figure out what the heck you

15   had done?

16   A.    So I looked online between the time that I

17   met with Mr. Beck and while we were waiting to meet

18   with the lawyer.

19   Q.    I guess I'm confused.  Did you meet with

20   Mr. Beck, then, before you met the lawyer?

21   A.    Yeah.  I walked into his office and he

22   told me that before we could interview, he was going

23   to contact a lawyer for me.

24   Q.    And is that when he first brought up the

25   Kastigar letter?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

122

```
 1        A.    Yes, sir.
 2        Q.    Did he show you the Kastigar letter before
 3    you had an opportunity to talk with your lawyer?
 4        A.    I don't remember if he did or not.
 5        Q.    Did he discuss with you the terms of the
 6    Kastigar letter at all prior to being -- prior to
 7    when he provided you with a lawyer?
 8        A.    The way I remember is, he wouldn't discuss
 9    anything with me before I sat down with the lawyer.
10        Q.    Now, in that paragraph 2, right around the
11    middle, it says there, "The Government may, however,
12    make derivative use of and may pursue any
13    investigative leads suggested by any statements
14    made."  Do you see that sentence there?
15        A.    Yes, sir.
16        Q.    Do you know what "derivative use" is?
17        A.    I do not.
18        Q.    No one explained that to you?
19        A.    No, sir.
20        Q.    And when it says, "They may pursue any
21    investigative leads," do you know what that means?
22        A.    I thought it meant that they could pursue
23    any leads based on the information that I gave.
24        Q.    So that means that they can pursue it.
25    Did that also mean to you that they could prosecute
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you if they pursued it?
 2        A.    Okay.
 3        Q.    Is that what it smells like to you?
 4        A.    I mean, when you frame it up that way,
 5   it's starting to.
 6        Q.    That's obviously pretty scary, isn't it?
 7        A.    This whole process has been pretty scary,
 8   yeah.
 9        Q.    There is -- if you look at paragraph 3,
10   there is a reference towards the bottom there, Rule
11   410 of the Federal Rules of Evidence.  Do you have
12   any clue what that is?
13        A.    I do not.
14        Q.    There is also a reference to Rule 11 of
15   the Federal Rules of Criminal Procedure.  Do you
16   have any idea what that is?
17        A.    I do not.
18        Q.    Did anyone explain those two things to you
19   before you put your signature on this and walked
20   into this courtroom?
21        A.    No.
22        Q.    And there is a case cited there.  Do you
23   see that, United States versus Mezinado?
24        A.    I do.
25        Q.    Do you have any clue what that says?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I do not.

 2        Q.    And in paragraph 4, if you look at the

 3   third line down, it talks about information being

 4   disclosed to the sentencing court.  Do you see that?

 5   I'm not trying to rush you.  If I said paragraph 3,

 6   I'm wrong.  It's paragraph 4.  I'm sorry.

 7        A.    Okay.

 8        Q.    The paragraph starts off with a reference

 9   to USSG.  That's a section sign.  That's what we

10   call it.  1B1.8.  Do you see that?

11        A.    Yes, sir.

12        Q.    Do you have any idea what that means?

13        A.    No, sir.

14        Q.    Do you have any idea what that section is?

15        A.    I don't.

16        Q.    Did anyone sit down with you and explain

17   to you what was going on with this letter and what

18   it meant in reality?

19        A.    Not paragraph by paragraph like that.

20        Q.    Well, do you feel now that there's a lot

21   of things in that letter you have no idea what they

22   mean?

23        A.    Yes, sir.

24        Q.    And it talks about, at the third line

25   down, you see it says "Disclosed to the sentencing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   court." Do you see that line?

 2        A.   Yes, sir.

 3        Q.   You don't think there's going to be a

 4   sentencing court, do you?

 5        A.   I don't know.

 6        Q.   Well, you understood from the promises

 7   that if you got immunity, there wouldn't be a

 8   sentence; right?

 9        A.   I didn't believe so.

10        Q.   But that says -- talks about disclosing to

11   the sentencing court; right?

12        A.   Yes, sir.

13        Q.   Again, kind of scary?

14        A.   Like I said, again, this whole process has

15   been very scary.

16        Q.   And then if you look on the second page,

17   paragraph 5, three lines from the bottom of that

18   paragraph, do you see where it says the United

19   States will assess the credibility and value of the

20   information your client has provided; is that right?

21        A.   Yes, sir.

22        Q.   And you are -- do you -- after reading

23   that, you're aware that it is completely up to these

24   guys over here to determine what value is to be

25   given to your testimony; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.

 2        Q.    And then finally at the last line in that

 3   same paragraph, paragraph 5, it talks about

 4   consideration; that it's appropriate in exchange for

 5   your client's cooperation.  Do you see that?

 6        A.    Yes, sir.

 7        Q.    Do you understand, again, that it's

 8   completely up to them to judge how you perform here

 9   today; correct?

10        A.    It sounds like it, yeah.

11        Q.    Feels like it, too, doesn't it?

12        A.    Yeah.

13        Q.    If you don't trust me, tell me right now.

14        A.    I don't even know you to trust you.  But I

15   mean, I'm reading this along with you, and it's

16   feeling a little awkward, yeah.

17        Q.    Would it be fair to say that this is the

18   first time that you went through this document with

19   any kind of care or particularity?

20        A.    It's definitely the first time that it's

21   been dissected like that for me.

22        Q.    And if you look at paragraph 7, that says

23   the United States Attorney's Office for the District

24   of New Mexico; right?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And that tells you right there that this

2    agreement doesn't bind any other federal, state or

3    local agencies or prosecuting authorities; right?

4    A.   Yes, sir.

5    Q.   And who took the time to explain that to

6    you?

7    A.   So when the letter was presented to me, I

8    asked my attorney, and that still left open

9    prosecution on the state level, and he told me that

10   it did.

11   Q.   Does it say that in the document?

12   A.   Yeah.

13   Q.   It says that you can't be prosecuted at

14   the state level?

15   A.   I said that he told me that I would still

16   be left open to the state level.

17   Q.   Okay.  Now, you also, I think, had said

18   that the defense investigators who were working for

19   the defendants had tried to interview you back a

20   while back; right?  I think you said a year, year

21   and a half ago, or something like that?

22   A.   Yes, sir.

23   Q.   And you told them:  "I didn't know

24   anything; I don't have anything to say; and I don't

25   want to get involved"; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   And they didn't offer you any kind of
 3   money to get involved, did they?
 4        A.   No, sir.
 5        Q.   They didn't offer you a car or a house or
 6   a new identity, did they?
 7        A.   No, sir.
 8        Q.   They just basically said just, "Tell us
 9   the truth if you would"; right?
10        A.   Yes, sir.
11        Q.   And you did the same thing you did in the
12   three interviews with the FBI:  "I don't know
13   nothing, I don't have nothing to say"; right?
14        A.   Yes, sir.
15        Q.   And as far as you knew, the defense
16   investigator or the defendants never could offer you
17   immunity from anything?
18        A.   Not that I know of.
19        Q.   Now, I want to ask you a couple of
20   questions about your testimony here, about some of
21   the things that occurred on or around March of 26 of
22   2001.  Each time that you got out of prison, you
23   were on parole; right?
24        A.   Yes, sir.
25        Q.   And except for this last time, each time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you had to return; right?

2      A.   Yes, sir.

3      Q.   And sometimes you had to return because

4  you had committed other crimes?

5      A.   Yes, sir.

6      Q.   And were convicted of other crimes; right?

7      A.   Yes, sir.

8      Q.   So despite the fact that you felt like

9  this was a pretty awful place to be, you kept going

10  back; right?

11      A.   Yes, sir.

12      Q.   And I think you also said that you

13  initially went to the SNM for the purposes of

14  securing protection and safety?

15      A.   Yes, sir.

16      Q.   And you felt like they could offer you

17  that because there was a group sense to the

18  organization?

19      A.   Yes.

20      Q.   Concerning the events that happened on

21  March 26, 2001, did you ever see -- well, let me

22  rephrase that, I'm sorry.  Do you know Lorenzo or

23  Lawrence Torrez?

24      A.   Yes.

25      Q.   Was he also living in the pod in March of

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.

1    2001?

2         A.   Yes.

3         Q.   Did you see Lorenzo Torres on the morning

4    of March 26, 2001?

5         A.   Probably.  We were in the same pod

6    together.  I would assume so.

7         Q.   Did you see him that morning when you came

8    out of Mr. Castillo's cell?

9         A.   No.

10        Q.   The only person you described seeing was

11   Mr. Troup; right?

12        A.   Yes, sir.

13        Q.   And did you see Mr. Torres down by the

14   microwaves or at the head of the stairs or anywhere

15   else in connection with what occurred that morning?

16        A.   I did not.

17        Q.   Did you ever have a conversation with

18   Mr. Lawrence Torres about anything that occurred

19   either on the night of March 25 or the morning of

20   March 26?

21        A.   No, I didn't.

22        Q.   Did you ever have a conversation with

23   Leroy Lucero prior to going in with Mr. DeLeon into

24   Castillo's cell in March of 2001?

25        A.   No, I didn't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you ever have a conversation with
 2   Mr. Bill Garcia prior to going into that cell in
 3   March of 2001 with Mr. DeLeon?
 4        A.    I don't believe so.
 5        Q.    You said he took heroin; right?
 6        A.    Yes, sir.
 7        Q.    Mr. Castillo.  Was that in a syringe?
 8        A.    Yes.
 9        Q.    Was it a full shot, as far as you could
10   tell?
11        A.    I don't know.  I don't know what you would
12   consider a full shot of heroin.
13        Q.    I don't know what it is either.
14        A.    I don't either.
15        Q.    Have you ever shot heroin?
16        A.    I have.
17        Q.    Have you ever watched people shoot it?
18        A.    I have.
19        Q.    Have you ever seen them as they prepare
20   the works?  You know what I mean by "the works";
21   right?
22        A.    Prepare the heroin for injection.
23        Q.    They melt it over a flame or something,
24   and then they basically draw it into the syringe; is
25   that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Yeah.

2       Q.    And is that the process you watched

3   Mr. Castillo go through prior to putting the string

4   or the laundry bag around his neck?

5       A.    Well, him preparing the heroin or not was

6   kind of blocked from my view.  I don't know.  I

7   mean, I know he shot up the shot of heroin.  I don't

8   know if he melted it and whatever.

9       Q.    But you would assume that he would have?

10      A.    I assume you would have to in order to do

11  it.

12      Q.    Now, the food port that's on those cell

13  doors -- that's a flap that kind of opens up and

14  down; is that right?

15      A.    Yes, sir.

16      Q.    I'm going to show you what's previously

17  been marked as Government's Exhibit 200.  Does that

18  photograph depict what most cells look like; is that

19  right?

20      A.    Yes, sir.

21      Q.    That would be a typical door of a cell;

22  right?

23      A.    Yes, sir.

24      Q.    And the food port is located in this area

25  here?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    During this night when you were waiting

 3   for morning to come, did you put up any sort of sign

 4   on your door saying, "I need to talk to a CO," or,

 5   "Help," or, "Can someone talk to me?"

 6        A.    No, I didn't.

 7        Q.    And you know about count?

 8        A.    Correct.

 9        Q.    In prison; right?

10        A.    I do.

11        Q.    Every day there is a count; right?

12        A.    There is supposed to be a count, yeah.

13   It's not always done, though.

14        Q.    Do they count basically throughout the

15   night?

16        A.    I think they're supposed to count on a

17   15-minute schedule or something like that.

18        Q.    Would it be maybe one hour?

19        A.    Maybe.  I don't know exactly what the

20   rotation is.  But I know they have a schedule.

21        Q.    All right.  Do you know -- when I say the

22   word "rover," do you know what a rover is?

23        A.    No.

24        Q.    Do you know what they call the person who

25   actually walks around and checks on the cells and
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  looks into the cells during the day and throughout

2  the night?

3      A.   A rover maybe, if that's where you're

4  going.

5      Q.   You win.  So that's somebody who is

6  obligated by their duties to check on the various --

7  the well-being and whether or not people are in

8  their cells; right?

9      A.   Okay.

10     Q.   Right.

11     A.   I guess.  I don't know what a rover is.  I

12  just told you that.

13     Q.   The standing count, you actually have to

14  stand by your bed; isn't that true?

15     A.   Yes, sir.

16     Q.   So there's counts when you're not

17  basically doing anything; you may be reading a book

18  or whatever.  But there are also counts that occur

19  when you actually have to respond, stand at your

20  bed, and they do what they call a standing count?

21     A.   I don't know if that's procedure, but

22  that's not something that's ever practiced in

23  prison, a standing count.

24     Q.   Do you mean to tell me that there is never

25  a standing count at the time you were in prison?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    There may have been one or two times, you
 2   know, when a guard actually does the standing count,
 3   mostly at the minimum security housing units,
 4   because you're not locked in a cell.  But normally,
 5   they would just look in there, see if you're in
 6   there.  They wouldn't really ask you to stand up and
 7   stuff like that.  When they really started to
 8   enforce that, it seems like, was after Frank
 9   Castillo and Rolando Garza had gotten killed, they
10   started enforcing a standing count.
11        Q.    Did you ever actually receive a write-up
12   because you didn't stand up for a count?
13        A.    I mean, it sounds accurate.  I didn't
14   always follow the rules inside the prison.
15        Q.    If you were laying in bed and they said,
16   "You need to stand up," and you said, "I'm taking a
17   nap," do you remember that?
18        A.    Okay.
19        Q.    So they were at least doing a standing
20   count on that day; right?
21        A.    At least on that day.
22        Q.    Did you ever try to slide any kind of note
23   or any -- either through the food port or underneath
24   the door to any correctional officer who might be on
25   a walk?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   I didn't slide any note to anybody, no.

2    Q.   Now, when, you know, night comes and when

3  they say, "Okay that's it," that's it.  You don't

4  get out of your cell again until the morning; right?

5    A.   Right.

6    Q.   So there wouldn't have been anybody out

7  there who would have seen if you had slid a note or

8  put a note in your window or anything like that;

9  correct?

10    A.   That's not true.

11    Q.   Except a correctional office?

12    A.   Yeah, that's not true.  The way that the

13  housing unit is built, in an L shape, the people on

14  the other side of the unit can see what you hand the

15  COs or any type of nods you give them or anything

16  like that.

17    Q.   Can you look out the window and get the

18  attention of a CO when they walk by?

19    A.   Yeah.

20    Q.   Did you do that that night?

21    A.   I didn't.  I felt like people were --

22    Q.   That's a no?

23    A.   That's a no, I did not, because I felt

24  like people were keeping an eye out for that.

25    Q.   Who else did you see standing at their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  window during that night?

2      A.   Well, I mean, only four cells out of the

3  12 were in my view.  So I don't know who was

4  standing at their window that night.

5      Q.   Of the four cells, who was standing at

6  their window that night?

7      A.   I don't know.

8      Q.   Mr. Gallegos couldn't see your window,

9  could he, because he was to your left?

10     A.   Maybe on the reflection from the control

11 center.

12     Q.   That would be pretty hard to do, wouldn't

13 it?

14     A.   No, not really.  It's dark in there.  The

15 windows worked as mirrors.

16     Q.   So they would have been able to look

17 across at the control center, read a note that's

18 backwards because it's a reflection, and

19 determine --

20     A.   No, I never said they could read the note.

21 But they would definitely be able to see that I'm

22 handing a note to a guard.

23     Q.   But you didn't take any steps to try and

24 advise a guard or inform a guard of what you claim

25 was going on; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I did not, no.
 2        Q.    Do you know about the kitchen crew there
 3   from the unit there, the people that go out from the
 4   kitchen crew?
 5        A.    Yeah.
 6        Q.    They leave before everybody else; right?
 7        A.    I think so, yeah.
 8        Q.    So they may be leaving the unit at 3:00 or
 9   4:00 in the morning, as far as you know?
10        A.    Maybe.
11        Q.    Did you see them leave that day or that
12   morning?
13        A.    I didn't.
14        Q.    And if I understand it right, what you
15   said happened is after the body was discovered, then
16   they returned you all to your cells and you were
17   locked down until sometime later that night; right?
18        A.    I don't think they returned all of the
19   inmates to their cells; only certain ones that were
20   in different parts of the prison when it was locked
21   down, maybe.  I know some guys got kept out of their
22   cells, and some got brought back to their cells.
23        Q.    So you got brought back to your cell?
24        A.    Yes, sir.
25        Q.    Where you could have privacy to do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   whatever you wanted; right?  Flush things down the

2   toilet, wash your hands, and all those kind of

3   things; right?

4        A.   Yes, sir.

5        Q.   They didn't keep you in a gym area or take

6   photographs of your hands or anything else; is that

7   right?

8        A.   Not immediately no.

9        Q.   Immediately -- they didn't do it until

10  night.  You said you were in your cell almost the

11  entire day; fair?

12       A.   Yes, sir.

13       Q.   Have you, prior to actually walking into

14  this courtroom, seen the reports that were prepared

15  as a result of your interview, the first one they

16  timely disclosed on April 18 or April 20?

17       A.   I have not.

18       Q.   Now, you also said, I think -- and I wrote

19  down January of 2006 -- you left the SNM after the

20  assault involving Mr. Clark; correct?

21       A.   I mean, in my own mind, I did.  I didn't

22  formally leave any SNM.  I didn't, like, write a

23  declaration of leaving or anything like that.

24       Q.   Would it be fair to say you cut the ties

25  that bound you to the SNM in your own mind?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    For the most part, yeah.  I mean I still
 2   did have a certain amount of time in prison to
 3   survive, so I still, you know, talked to people and,
 4   you know, acted friendly with people and stuff like
 5   that.
 6        Q.    But you didn't provide any heroin to
 7   anyone, did you?
 8        A.    No.
 9        Q.    Did you use heroin after March 2001?
10        A.    Yes.
11        Q.    And did you continue to take heroin from
12   other members of the prison population?
13        A.    No.
14        Q.    Well, did you get heroin in prison?
15        A.    I don't think I ever did, no.
16        Q.    So do you remember telling the people that
17   interviewed you on April 20 that you had used heroin
18   in prison?
19        A.    I had used heroin in prison, yeah.
20        Q.    And when you said that in your mind you
21   left the SNM in January -- well, I'm sorry, November
22   of 2007, when you told us you left the institution,
23   did you continue to supply anyone with the SNM with
24   drugs from the outside?
25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And did you continue to communicate with

2  them by letter or phone or any other means after

3  November of 2007?

4     A.   I wrote a couple of letters to a friend I

5  had named Lorenzo Valdez.  I wrote back and forth

6  with him a handful of letters, and that was it.

7     Q.   Was there anything in those letters about

8  plotting or planning or trying to work with the SNM

9  while you were on the outside?

10    A.   No.

11    Q.   Was there anything in the letters asking

12 him about the progress -- or how do I want to say

13 it -- whether or not SNM was continuing to flourish

14 within the prison system?  That wasn't what you were

15 concerned with; right?

16    A.   That's not what I was concerned with, no.

17    Q.   He was a friend?  He was a friend?

18    A.   I mean, he was somebody that I had met in

19 jail and, you know, kind of connected with.

20    Q.   Okay.  But you would have been a friend

21 with him, SNM or not; right?  You liked him?

22    A.   Maybe.  I don't know.

23    Q.   So then after you left the SNM -- do you

24 still have a driver's license?

25    A.   Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                         e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       Q.    And I think you also said you're employed?

2       A.    Yes.

3       Q.    And you've lived at a particular residence

4  for a period of time?

5       A.    Yes.

6       Q.    Has anyone from the SNM contacted you at

7  all other than the brief conversation, meeting with

8  Mr. Troup since you got out?

9       A.    Other than the brief meeting with

10 Mr. Troup at the motorcycle shop and my friend

11 Lorenzo, no.

12      Q.    When you met with the agents -- well, two

13 different times you met with them, one time on the

14 phone with Agent Acee, did they tell you some of the

15 evidence that they had against you other than the

16 statements and/or testimony from Mr. Lujan about

17 your involvement?

18      A.    No.

19      Q.    So they didn't -- you told me already they

20 didn't talk to you about the DNA, but they did tell

21 you that Lujan pointed his finger at you; correct?

22      A.    Yes, sir.

23      Q.    And did they tell you that he pointed his

24 finger at Mr. DeLeon?

25      A.    I don't remember if they said that or not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Did they ever tell you how it was that

2 Mr. Castillo was strangled?

3    A.   Did they ever tell me how it was?

4    Q.   Yes.

5    A.   No.

6    Q.   Did they tell you that the drawstring was

7 the instrument of death?

8    A.   No.

9    Q.   Did they tell you what was the instrument

10 of death?

11   A.   No.

12   Q.   Did they ever tell you that he died from a

13 heroin overdose?

14   A.   No.

15   Q.   Did they ever ask you whether or not you

16 and Angel DeLeon had been in the cell together alone

17 with Mr. Castillo?

18   A.   No.

19   Q.   And did they tell you anything about the

20 findings of the medical examiner's office concerning

21 time of death for Mr. Castillo?

22   A.   No.

23   Q.   Did they tell you that Mr. Lujan had made

24 statements to the effect that you were his first

25 choice for this assignment?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                   e-mail: info@litsupport.com
REPORTING SERVICE

```
 1        A.    No.
 2        Q.    Did they tell you that Lorenzo Torres told
 3   them they saw you and others coming out of
 4   Castillo's cell?
 5        A.    No.
 6        Q.    Did they mention Lorenzo Torres' name at
 7   any time during the multiple interviews that you had
 8   with them?
 9        A.    I don't believe so.  I think they asked me
10   to identify all the guys that I might have
11   recognized from the pod that I was living in or
12   something.  And his name may have come up at that
13   point, but that's it.
14        Q.    But would it have been in connection with
15   the photograph that they showed you while you were
16   testifying?  There is a group photo.  Would that
17   have been --
18        A.    No, I don't think so.
19        Q.    Did they just ask you who was in the pod
20   or who --
21        A.    I think they asked me who all was in the
22   pod that I was in.
23        Q.    Mr. Castillo shot up the heroin with the
24   syringe; is that right?
25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Who provided the syringe?

2      A.    I don't know.

3      Q.    Who took it?

4      A.    Who took what?

5      Q.    Who left with it?

6      A.    I don't know.

7      Q.    Do you know if it was even left in the

8 cell?

9      A.    I assumed it was.  I don't know, though.

10     Q.    Do you remember telling the FBI on April

11 18 that that night was the first time you had used

12 heroin?  That's your first interview?

13     A.    I believe I said that was the first time I

14 used heroin.  I followed up with him by telling them

15 that was the first time I used heroin in that

16 setting, in that jail, in that pod, in that

17 circumstance.  It wasn't the first time that I ever

18 used heroin in my life.

19     Q.    And that was, again, a couple days later;

20 is that right?

21     A.    Yes, sir.

22     Q.    Did Mr. Gallegos say anything to you about

23 having burn marks or injuries to his hands?

24     A.    No.

25     Q.    Did Mr. DeLeon say anything to you about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   having been scratched or wounded by his contact with

 2   Mr. Castillo?

 3        A.   No.

 4        Q.   At any time during that day were you kept

 5   in the gym, the church, or the library with other

 6   inmates?

 7        A.   No.

 8        Q.   When you did your April 20 follow-up with

 9   Mr. Beck, was your lawyer present at that time?

10        A.   My lawyer was on the phone.  My follow-up

11   was with a different FBI agent, though.  It wasn't

12   with Mr. Beck.

13             MR. SINDEL:  Your Honor, may we approach

14   for a moment?

15             THE COURT:  You may.

16             (The following proceedings were held at

17   the bench.)

18             MR. SINDEL:  Your Honor, there is some

19   issue -- we had a ruling earlier on the 609

20   concerning the age of the convictions.  But this

21   individual has now testified he was on parole until

22   2012.  So I believe that 609 information concerning

23   his convictions and his sentences is now fair game.

24             THE COURT:  Well, I didn't -- maybe I

25   missed something, but I thought he gave it to you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   when he was in --
 2            MR. SINDEL:  We didn't ask any questions
 3   about why.
 4            THE COURT:  Well, I don't think that's
 5   important.  Do you?
 6            MR. SINDEL:  What he's convicted of?
 7            THE COURT:  Yeah.
 8            MR. SINDEL:  I think it is.  I'll do
 9   whatever the Court says.
10            THE COURT:  I think that's my ruling.
11   That's what you're trying to keep out; right?
12   That's the whole basis of the motion and the ruling
13   I made, is to keep out the actual conviction.  If
14   he's not -- and like I said, I could have missed it.
15   But I think he's given you the fact that he was in
16   the prison at the time that -- you know, when he
17   went back and forth, even though that's the
18   conviction that we're keeping out.  He's given you
19   the fact that he was sent back.
20            MR. SINDEL:  I think the 609 would allow
21   us -- if it is applicable, would allow us to go into
22   the sentence, how much time he served, and what he
23   was convicted of.
24            THE COURT:  But that's what I kept out
25   with the ruling.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. SINDEL:  But I'm saying I think that

2     the ruling may -- we didn't know at the time that he

3     was actively on parole during that timeframe.

4          THE COURT:  But I think you can ask those

5     questions.  That's not the Government's problem.

6          MR. BECK:  I think he's already testified

7     that he --

8          THE COURT:  I think he has.

9          MR. SINDEL:  I want to ask him what he was

10    convicted of.

11         THE COURT:  And you can't do that.

12         MR. SINDEL:  Okay.  I won't.  How's that?

13         THE COURT:  Okay.  But you can find out

14    things on parole if it's necessary to tell the

15    story.

16         MR. BECK:  I can inquire.  So I think

17    there is -- in 2011 there is a parole violation.

18    The way that I've read the law is that if there is a

19    probation violation substantively similar to the

20    conviction, and the defendant or person serves an

21    amount of time, then it can bring it back in under

22    Rule 609.  My understanding is that he was asked by

23    a police officer -- arrested; he said, "I drank

24    beer," that was a violation of his parole, and he

25    may have spent a couple of hours in prison in 2011.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  I don't --

2          MR. SINDEL:  I'm not asking about that.

3          MR. BECK:  Okay.

4          MR. SINDEL:  We don't know -- I don't

5  know.  He said he got convicted and that's when he

6  returned for parole the first time.  He got released

7  on parole I think in 2007.

8          THE COURT:  You don't have any problem

9  with him asking these questions; right?

10          MR. SINDEL:  I don't know what he got

11  convicted of when he returned on his parole

12  violation.

13          MR. BECK:  In 2007.  I don't have a

14  problem asking when he was in prison or out of

15  prison.

16          THE COURT:  And I don't think you care

17  whether it's a problem violation or --

18          MR. BECK:  Another charge.

19          MR. SINDEL:  He got convicted.  He

20  testified was convicted.

21          MR. BECK:  He was convicted of a crime in

22  2005 or 2002.  He was convicted, yeah.

23          MR. BENJAMIN:  What I would say is that in

24  2002, that was his second trip to the pen.  He was

25  originally convicted and I believe it was 1999, Your



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Honor, and in 2002 he returned on two cases that

2   were run concurrently together for a sentence, 2002

3   to 2007, and then, as he testified, he was on parole

4   until 2012.  And the 2002 conviction was -- it's

5   attempted burglary or burglary with a deadly weapon

6   and then an aggravated assault, is my understanding.

7   And those are general -- the general memory of the

8   crimes.  I have them at the table, Your Honor, but

9   that category.

10         MR. CASTLE:  There is also some law that

11   seems to indicate -- I want to look at it over the

12   lunch hour -- that if you go back into jail on a

13   parole violation, that it restarts the clock.  There

14   is also a law that Mr. Beck has indicated that

15   indicates that it has to be for a similar offense.

16   Mr. Beck and I have been communicating by email on

17   this issue, because we're trying to get to the

18   bottom of it.

19         THE COURT:  Okay.

20         MR. CASTLE:  I don't think parole --

21   pretty clear, comments about parole itself is not

22   considered.  But if he violated, that may start the

23   clock.  So I'll try to get that law.  What I would

24   suggest is if we have that law, that if it's done,

25   then Mr. Beck be allowed on redirect --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Okay.
 2            MR. BECK:  We'll figure it out.  He and I
 3  will find it.
 4            THE COURT:  For the present time I don't
 5  think there is any problem.  Tell me if Mr. Beck is
 6  wrong as far as placing him in places.  There is
 7  no -- you don't have any restriction on that.
 8            MR. SINDEL:  Okay.
 9            THE COURT:  It's just talking about the
10  conviction right at the moment till I get a clearer
11  sense of what the facts are.
12            MR. SINDEL:  So would it be okay with the
13  Court to take a break while they do our research,
14  and then we can come back.
15            THE COURT:  Well, I think we're a ways
16  from that.  If you need to go back in on recross,
17  what we'll do is let Mr. Beck do his redirect, bring
18  it out, and then let you do recross.  I'll give you
19  a chance to do that.
20            MR. SINDEL:  Give me a chance to look at
21  my notes.
22            (The following proceedings were held in
23  open court.)
24            THE COURT:  All right, Mr. Sindel.
25            MR. SINDEL:  Thank you, Your Honor.  If
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   you'll give me just a moment.  I have a lot of stuff

2   to review here.

3          THE COURT:  Certainly.

4   BY MR. SINDEL:

5      Q.   Would it be fair to say that you have

6   learned a considerable amount about your call for

7   quote/unquote immunity today?

8      A.   I feel like you've explained some more

9   stuff to me, yeah.

10     Q.   Do you think that it's been explained to

11  you in a way that you now understand it that maybe

12  you didn't on April 18?

13     A.   Are you asking if I understand it a little

14  bit better?  I feel like I understood it okay except

15  for like the USSG, you know, like the abbreviations

16  that I don't know what they mean and stuff like

17  that, you telling me that.

18     Q.   But you didn't understand that it didn't

19  offer you immunity; correct?  You thought it did?

20     A.   Well, I was told from my lawyer that it

21  would still leave me open to state prosecution, I

22  guess.

23     Q.   But it's also open to federal prosecution

24  in other districts, isn't it?

25     A.   It looks like it, yeah.  I don't know that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   that's 100% true or not.  Like I said, I don't
 2   understand every detail of the law and stuff like
 3   that.  I can only go with what you say.
 4              MR. SINDEL:  That's all I have, Your
 5   Honor.
 6              THE COURT:  Thank you, Mr. Sindel.
 7              Who else has cross-examination of
 8   Mr. Jaramillo?  Mr. Cooper?
 9              MR. COOPER:  May it please the Court.
10                   CROSS-EXAMINATION
11   BY MR. COOPER:
12        Q.   Good afternoon, Mr. Jaramillo.
13        A.   Good afternoon.
14        Q.   So you were brought into the SNM in 2000
15   while you were at Central, and you were brought in
16   by Leroy Lucero; correct?
17        A.   Yes, sir.
18        Q.   That's Smurf?
19        A.   Yes, sir.
20        Q.   He is the same guy that you just testified
21   to moments ago who was holder of the keys when you
22   got out of orientation down at Southern?
23        A.   Yes, sir.
24        Q.   You've characterized him as an old school
25   gang member.  What does that mean?  What does "old
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  school" mean to you?

2      A.   Just a dude from a generation before me, I

3  guess is how I would characterize that.

4      Q.   Okay.  Now, you remember that Leroy was

5  discharged on Friday, March 23, 2001, right, before

6  the Monday when Castillo was murdered; correct?

7      A.   Date-wise I'm not exactly, but I remember

8  it was around then, yeah.  Close.

9      Q.   If I told you that that was the date on

10  the offender location history that's been admitted

11  into evidence in this case, that that is when he

12  actually was discharged, would you believe me?

13      A.   Yeah, okay.

14      Q.   Okay.  And you lived in green pod, 2203 at

15  the time and Castillo was in 2204?  He was your next

16  door neighbor?

17      A.   Yes, sir.

18      Q.   Now, you got to the green pod only 26 days

19  before the murder; correct?

20      A.   Yes, sir.

21      Q.   And when you got there -- let me back up.

22  When you got to Southern, you got there on February

23  15, 2001, just before midnight; correct?

24      A.   Okay.

25      Q.   And the minute you got there, you went



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    into orientation; right?

2         A.    I believe so, yeah.

3         Q.    And you stayed in and you were in two

4    different cells while you were in orientation; do

5    you remember that?

6         A.    I don't.

7         Q.    Okay, I'd like to pull up Exhibit 881,

8    please.

9              Mr. Jaramillo, this is the offender

10   location history for you.  And before we -- before

11   we zoomed in here, it had your name up at the top.

12   That's you; right?

13        A.    Yes, sir.

14        Q.    And you were 51424.  That's your PNM

15   number?

16        A.    Yes, sir.

17        Q.    So now, let's -- I'd like to direct your

18   attention to the point where you -- just above that

19   red line.  That's where you get to Southern New

20   Mexico Correctional Facility on February 15, 2001;

21   correct?

22        A.    Yes, sir.

23        Q.    Now, just above that entry it says that

24   from 2015 --

25        A.    2/15/2001, is that --

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

156

```
1        Q.    Yeah, 2/15/2001 until 2/23/2001, you're

2   housed in SJ 1, G2202; correct?

3        A.    It says that.

4        Q.    Then that day, on the 23rd of February,

5   you're moved to SL 2, G1175, where you remained

6   until March 1, 2001; correct?

7        A.    Yes, sir.

8        Q.    And both of those housing -- both of those

9   cells are in the orientation unit; correct?

10        A.    I'm guessing so.

11        Q.    And because you were in orientation until

12   you went to G2203 on March 1st; right?

13        A.    Yes, sir.

14        Q.    So they had to have been orientation

15   cells; correct?

16        A.    I would assume so, yeah.

17        Q.    Can you tell -- we've talked a lot about

18   orientation during this trial, and quite frankly,

19   I'm not sure that I really understand what happens

20   when somebody is in orientation.  Can you tell me

21   what happens when you arrive at a new facility, like

22   at Southern?  At that point in time when you got

23   there and you were put into an orientation cell,

24   were you in a cell by yourself?

25        A.    I think that all the cells at Southern are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  single-man cells, yes.

2      Q.    And when you're in orientation, are you in

3  that cell 24 hours a day by yourself?

4      A.    I think if I remember right, I think

5  you're able to come out into the pod, but not leave

6  the housing unit.

7      Q.    Okay.  And everybody can come out into the

8  pod?

9      A.    I believe so.  At different prisons they

10  do different things, but I think at that one

11  everybody was able to come out.

12     Q.    Isn't the reason for an orientation,

13  though, to make sure that everybody is good with

14  being there and good with other people?

15     A.    I thought it was to determine placement.

16     Q.    To determine placement.  And for instance,

17  if they knew that you had PC'd up in Santa Rosa and

18  had problems with other people, if they kept you in

19  your own cell before they let you out, then they

20  could make that determination and see if there was a

21  reason to have you kept away from other people;

22  right?

23     A.    Right.

24     Q.    So if that's the reason, do you think

25  everybody goes out into the pod themselves, I mean

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  all together?  Do you think that's how it happened

2  down there?

3       A.   Is that how I think orientation works?

4       Q.   Yes.

5       A.   I believe so.  I believe everybody who

6  comes in new to the jail goes into an orientation

7  pod, yeah, and that they're allowed to come out into

8  the day room in the pod, but not leave the pod.

9       Q.   Okay.  Did you get any rec time when

10  you're in orientation?

11       A.   I'm sure you get an hour a day of rec

12  usually.

13       Q.   Would you be taken out one at a time or

14  the entire orientation group?

15       A.   I feel like it was a pod at a time.

16       Q.   And where would you go?  Would you go into

17  cages, or into the regular yard?

18       A.   I don't remember where they would take us

19  in orientation from Southern.

20       Q.   So it was 26 days from the time you got

21  orientation to the time Mr. Castillo was murdered.

22  During that period of time, Leroy Lucero had the

23  keys, so he was the highest-ranking SNM member at

24  that facility; correct?

25       A.   I believe so.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And Leonard Lujan, I understand, hung out
 2  with all of the heavy hitters?
 3      A.   Yeah.
 4      Q.   Yeah, and so during that 26 days, you
 5  probably saw Leonard Lujan hanging out with Leroy
 6  Lucero; right?
 7      A.   Probably.  Maybe.  I don't recall.
 8      Q.   But if you know that Leonard was hanging
 9  out with a heavy hitter --
10      A.   I would assume that he was hanging out
11  with Leroy, yeah.
12      Q.   Do you have a specific recollection of how
13  many times you may have seen him hanging out with
14  Leroy?
15      A.   I don't.
16      Q.   Okay.  How many times do you recall seeing
17  Leonard during that period of time, if you remember?
18      A.   How many times in the prison during that
19  26 days?
20      Q.   Yeah, during that 26 days only.
21      A.   A handful of times.
22      Q.   A handful?
23      A.   Okay.
24      Q.   And you probably saw Leroy a handful of
25  times, as well?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

```
 1        A.    Right.
 2        Q.    You knew when you were out in that 26-day
 3   period, you knew that SNM had a hit list that had
 4   been circulating for some time, didn't you?
 5        A.    I felt like they had several hit lists
 6   that had been circulating for some time, yeah.
 7        Q.    Okay.  Now, during the cross-examination
 8   by Mr. Sindel, who just sat down, he asked you the
 9   question:  Did you ever have a conversation with
10   Billy Garcia before going into Castillo's cell?  And
11   you hesitated for a moment and then you said, "I
12   don't believe so."  You absolutely didn't, did you?
13        A.    I don't think I did.  I don't think that
14   I've ever had a conversation with Billy Garcia to
15   this day.
16        Q.    There was some hesitation, and you say you
17   don't think.  If I showed you a document that
18   would -- concerning the interview that you gave to
19   Mr. Beck, Special Agent Sainato, and your lawyer,
20   who happened to be present, the interview occurred
21   on April 18, probably, is that 26 days ago, would
22   that refresh your recollection as to whether or not
23   you did?
24        A.    Maybe.  I mean --
25        Q.    And I would direct you to page 71097,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     about in the middle of the page.  If you'd review

2     that and let me know when you're done.

3              So having reviewed the report that was

4     generated after your interview with Agent Beck --

5     not Agent Beck.  Mr. Beck, Agent Sainato, and your

6     lawyer on April 18, you know that just 26 days ago

7     you told them that you never introduced yourself or

8     spoke to Billy Garcia; correct?

9         A.   Right.

10        Q.   So really, there was no need to hesitate

11    as to whether or not you had a conversation with

12    Billy; right?

13        A.   Right.

14        Q.   Okay.  I mean, I don't want to put words

15    in your mouth, but you never talked to Billy, Billy

16    Garcia; right?

17        A.   Right.  When are you talking about?

18    Before the time that I had --

19        Q.   Yeah.  Well, in fact, ever.

20        A.   I feel like I had seen him at PNM North

21    unit years later, you know, nodding my head across

22    the prison, or whatever, but that's it.

23        Q.   Okay.

24        A.   But prior to the time of the murders, I

25    had never even met him, no.

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1       Q.   And there is nowhere in here where you
 2  ever talked to Billy or even mention that you saw
 3  him across the way and nodded your head?
 4       A.   Right.
 5       Q.   So you don't know Billy, and Billy doesn't
 6  know you; right?
 7       A.   Right.
 8       Q.   Just because Leonard Lujan tells you that
 9  the order comes from a particular person or a
10  particular place doesn't mean that it really did;
11  right?
12       A.   Right.
13       Q.   Leonard Lujan could be covering for the
14  person who actually gave him the order; right?
15       A.   He.
16       Q.   And he could be lying to you?
17       A.   Yeah.
18       Q.   He could be trying to convince you to do
19  something perhaps you don't want to do by inserting
20  somebody else into the equation; correct?
21       A.   Could have.
22       Q.   Now, one of the rules in this particular
23  gang is that if you bring somebody into the S and
24  they mess up, then you've got to clean up the mess;
25  right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I've heard that rumor before, yeah.

 2        Q.   So if, by chance, you were to have messed

 3   up somehow, and you started snitching, you became an

 4   informant, you were giving information to the COs

 5   and stuff, it would have been incumbent upon who to

 6   deal with it?

 7        A.   Based on the rules, I think it would have

 8   been incumbent on the person who brought me into the

 9   SNM.  That being said, if that person wasn't around,

10   I think it becomes incumbent on anybody who is.

11        Q.   And if that person is around -- and in

12   your particular case, that would have been Smurf;

13   right?

14        A.   Yes.

15        Q.   Leroy Lucero?

16        A.   Yes, sir.

17        Q.   You know that Leroy Lucero brought in

18   Rolando Garza, don't you?

19        A.   I didn't know that.

20        Q.   So if he did bring in Rolando Garza, it's

21   incumbent on him to deal with it; right?

22        A.   If he had messed up, I suppose so.

23        Q.   Or if people high above -- if Angel Munoz

24   out on the streets says, "You know what?  We need to

25   deal with Rolando Garza," and Leroy Lucero is in the
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   facility, he gets that order, he's got to deal with

2   it; right?

3       A.   Yes, sir.

4       Q.   And when Leroy Lucero gets a confirmation,

5   for instance, from Angel, that somebody has got to

6   get hit, he needs to go forward with that and make

7   sure those people get hit; right?

8       A.   Yes, sir.

9       Q.   Especially if he's holding the keys to the

10  yard; right?

11      A.   Yes, sir.

12      Q.   Now, you participated in the murder of

13  Mr. Castillo in 2001.  In 2004 you and Leroy Lucero

14  were both housed at Southern for a period of time.

15  Did you and Leroy talk about the fact that you had

16  participated in the murder of Mr. Castillo?

17      A.   No, we didn't.

18      Q.   Then in 2006, I think for a period of 77

19  days, the two of you were housed at the South.  Did

20  you and Leroy talk about the fact that you

21  participated in the hit on Mr. Castillo?

22      A.   No, we didn't.

23      Q.   You talked to him during that period of

24  time, though, didn't you?

25      A.   Maybe.  I don't recall if I did or not.  I

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    mean, if we were in the same prison, in the same

2    area, I would assume I would talk to him, yeah.

3         Q.   I mean, you have some respect for him and

4    he brought you in, you're one of his guys, so if you

5    saw him, you'd talk to him; right?

6         A.   Yeah.

7         Q.   And likewise for the period of time in

8    2004?

9         A.   Right.

10             MR. COOPER:  May I have a moment, Your

11   Honor?

12             THE COURT:  You may.

13             MR. COOPER:  Thank you, Judge.  I pass the

14   witness.

15             THE COURT:  Thank you, Mr. Cooper.

16             Let me see if Mr. Lahann was standing up

17   first.

18             MR. SOLIS:  I have three questions.  Go

19   ahead.

20             MR. LAHANN:  Go ahead, Mr. Solis.

21             THE COURT:  Go ahead Mr. Solis.

22                   CROSS-EXAMINATION

23   BY MR. SOLIS:

24        Q.   Mr. Jaramillo?

25        A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What's up?

 2        A.    How are you doing?

 3        Q.    That's pretty much how you know

 4   Christopher Chavez?  What's up?

 5        A.    I would say yeah.

 6        Q.    That's it?

 7        A.    Yeah.

 8        Q.    So his name has been bandied about, but

 9   you're clear he's not a participant in anything you

10   described today?

11        A.    Anything I've described, no.

12        Q.    Right.  Then if I could have the exhibit

13   with the photo -- I forget the exhibit number.  With

14   the group photo.  591.  Who is that right there?

15        A.    I can see underneath his picture Ray

16   Molina.  I don't remember the nickname.

17        Q.    Louder, please.

18        A.    I can see under the picture his name is

19   Ray Molina.

20        Q.    Ray Molina.  Thank you.

21              THE COURT:  Thank you, Mr. Solis.

22              Mr. Lahann.

23                      CROSS-EXAMINATION

24   BY MR. LAHANN:

25        Q.    You've never once had a conversation with
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Allen Patterson in your life, have you?

2      A.   Not a conversation, no.

3      Q.   As a matter of fact, you couldn't even

4  identify him here in the courtroom today, and you

5  said, "I don't know who it is.  I think I might be

6  able to pick him out"; is that correct?

7      A.   That's correct.

8      Q.   That's because he's one of the two white

9  guys in the group, and you've already eliminated

10 Troup, because you've identified him.  So it's

11 pretty easy to pick out Mr. Patterson, even if you

12 didn't remember him at all.

13     A.   Okay.

14     Q.   Exhibit 591.  Again, you're there, you've

15 only been in town three weeks, and you're in the big

16 group picture; right?

17     A.   Right.

18     Q.   And that includes people from all

19 different pods; right?

20     A.   Yes, sir.

21     Q.   And Mr. Patterson is not in that picture,

22 is he?

23     A.   I don't think so, no.

24     Q.   Do you not think so, or is that a no?

25     A.   He's not in the picture.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And we talked about Ray Molina.  You knew
 2   him as Boxer; right?
 3        A.   Boxer, yeah.
 4        Q.   Because he's a tough guy; he was a boxer;
 5   right?
 6        A.   I don't know.
 7        Q.   But he was a tough guy?
 8        A.   I'm guessing.  I mean, like, I don't know
 9   him too well.  I just met him.
10        Q.   One of the toughest guys in the picture
11   except for Mr. Garza; right?
12        A.   They're all pretty tough guys, yes.
13             MR. LAHANN:  No further questions.
14             THE COURT:  Thank you, Mr. Lahann.
15             Mr. Blackburn, Ms. Torraco?  Anybody have
16   any further questions?
17             All right, Mr. Beck.  Do you have
18   redirect?
19             MR. BECK:  Thank you, Your Honor.
20                  REDIRECT EXAMINATION
21   BY MR. BECK:
22        Q.   Mr. Jaramillo, I'm going to start kind of
23   near the end here.  Mr. Cooper, Mr. Garcia's
24   attorney, asked you about whether you assumed Leroy
25   Lucero and Leonard Lujan hung out.  Did you ever see
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    them hang out together?

 2         A.   I feel like I have.  I mean, I can't say

 3    with 100% surety, but I feel like I have seen them

 4    talking and whatnot.

 5         Q.   Do you know what period of time that was?

 6         A.   It would have to be in that three weeks

 7    that I was there.

 8         Q.   And at the time that you moved in, was

 9    Looney, Rolando Garza, already at Southern?

10         A.   He was, yeah.

11         Q.   Was Leroy Lucero already at Southern?

12         A.   Yeah, I think so.

13         Q.   And who did Leonard Lujan tell you ordered

14    the murder of Castillo?

15         A.   He told me that Billy Garcia did.

16         Q.   Did you believe him?

17         A.   Yeah.

18         Q.   Why?

19         A.   I just didn't think that somebody would go

20    around saying that if it wasn't true; it would open

21    you up for violence to yourself.  So I just believed

22    it when he said it.

23         Q.   Did what you knew of Billy Garcia play

24    into why you believed it?

25         A.   I mean, like I said, I only knew him by
```

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                        1-800-669-9492
                                                                 e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  reputation, but, yeah, by what I knew, it seemed,

2  like, definitely possible.

3      Q.   You talked with I think it was Mr. Sindel

4  about standing count procedures.  Do you remember

5  that?

6      A.   Yes, sir.

7      Q.   Did the procedures of count change in the

8  Corrections Department after the Castillo and Garza

9  murders?

10     A.   They changed in that facility for sure, at

11  least for a period of time.

12     Q.   How did they change?

13     A.   They wanted everybody to start doing that

14  standing-up count that he was talking about, and

15  that became a rule at that point.

16     Q.   Before that time of the Castillo and Garza

17  murder, at night, if corrections officers were doing

18  their count, would they come in and bang on the

19  doors and food ports and yell at you to make sure

20  you were alive in your cell?

21     A.   Before the incident, I don't think they

22  ever woke anybody up to check on them.  They were

23  just looking there with the flashlight and make sure

24  they were in there.

25     Q.   Did that change afterwards?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Afterwards, they started enforcing the
2   standing count for a short period.
3        Q.    You talked with Mr. Sindel about being at
4   a motorcycle shop with Troup.  What was that about?
5        A.    It was just a chance encounter.  I was
6   just there picking up motorcycle parts, and I ran
7   into him and another guy I knew as Daffy there.
8   They asked if I wanted to go out for a motorcycle
9   ride.  I just said no, and took off.
10       Q.    He also asked you whether Angel DeLeon
11  said anything about injuring his hands.  Do you
12  remember that?
13       A.    I do.
14       Q.    Did you talk with Angel DeLeon about the
15  Castillo murder afterwards?
16       A.    I didn't.
17       Q.    Lorenzo Torres -- he asked you about
18  seeing him on the table or out in the pod.  Do you
19  remember that?
20       A.    I do remember him asking that, yeah.
21       Q.    From the time that you went into the cell
22  with Angel DeLeon and Joe Gallegos until after you
23  tied the knot and came out of the cell, did you look
24  out of the cell into the tier and see who was out
25  there?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                             1-800-669-9492
PROFESSIONAL COURT                                  e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1        A.   I did not.

 2        Q.   Then you were asked a lot about discovery

 3   and the indictment in this case.  Do you remember

 4   that?

 5        A.   I do.

 6        Q.   And you said that you thought that you had

 7   been left the indictment by agents.  Do you remember

 8   that?

 9        A.   Yes, sir.

10        Q.   You recalled seeing some document with the

11   name on the top and a number; right?

12        A.   Correct.

13        Q.   If I showed you two documents -- well, let

14   me ask, were you provided two documents or one?

15        A.   I believe it was two pages on one

16   document.

17        Q.   If I showed you the second superseding

18   indictment in this case and your subpoena, would you

19   be able to check out which one of those two you were

20   talking about?

21        A.   I would.  I just don't know the difference

22   between an indictment and a subpoena.  I felt it was

23   the same thing when he asked me.  I don't know the

24   difference, but I'll definitely be able to show you

25   which one I received.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  May I approach, Your Honor?
 2              THE COURT:  You may.
 3  BY MR. BECK:
 4      Q.   So Mr. Jaramillo, in my left hand I'm
 5  handing you the indictment.  In my right hand is a
 6  copy of the subpoena.  Which of these two documents
 7  were you talking about?
 8      A.   The subpoena.
 9      Q.   So before today, had you ever seen the
10  indictment?
11      A.   I don't think I've still seen it except
12  for what you just showed me.
13      Q.   Okay.  Fair enough.  And I want to talk to
14  you about -- you were asked if you knew who had been
15  accused in the Castillo murder.  Do you remember
16  that line of questioning?
17      A.   If I had known who was accused?
18      Q.   In the Castillo murder, whom the
19  Government had said did it.  Do you remember that
20  line of questioning?
21      A.   Yes.
22      Q.   Did Angel DeLeon participate in the
23  murder?
24      A.   Yes.
25      Q.   How did he participate?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    He helped to hold down Frank Castillo.

2       Q.    Did Joe Lawrence Gallegos participate in

3   the murder?

4       A.    Yes.

5       Q.    How did he participate?

6       A.    He also helped hold down Francisco.

7       Q.    Did Edward Troup participate in the

8   murder?

9       A.    He did.

10       Q.    How did he participate?

11       A.    Kept lookout.

12       Q.    Did Leonard Lujan participate in the

13   murder?

14       A.    By giving us the orders.  I mean, it seems

15   like he did.

16       Q.    And did Billy Garcia, Wild Bill,

17   participate in the murder?

18       A.    If he gave the order to it -- I mean, he

19   wasn't there physically, but he gave the order for

20   it.

21       Q.    So in your opinion, did he participate?

22       A.    In my opinion, he did.

23       Q.    Is there anyone else besides -- well, let

24   me ask, were you ever charged in this case?

25       A.    I was not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So is there anyone else besides those

2   names that I just listed to you and yourself who

3   participated who I just asked you about?

4    A.   No.

5    Q.   What happened with the Tomas Clark assault

6   at Southern?

7    A.   So we were on like a split pod rotation

8   type of deal and went on tier time.  We'd come out

9   for what's called tier time, half an hour or an

10   hour, where you're able to come out, take a shower,

11   or make a phone call, whatever you need to do in the

12   day room.  And I was out for my time and I was on

13   the telephone.  When my time ended -- I'd only got

14   to get on the telephone two minutes before my time

15   ended, so I was like slow coming off of it.

16         So I was on the bottom tier.  All the guys

17   from the bottom tiers went into their cells except

18   for me.  And then I was saying goodbye on the phone,

19   and I was going to go in my cell when the CO let the

20   guys in the top tier out.  When I seen Tomas come

21   down to the bottom tier shower and go over in that

22   corner, I kind of suspected that something was up,

23   because there is a shower upstairs, you know, for

24   those guys, or whatever.  So when I walked

25   downstairs, he just popped out of that area in a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  manner that I felt was aggressive.  So we just

 2  started a scuffle -- we started fighting.

 3          And I didn't know what I had done to make

 4  him mad or anything like that.  I kind of assumed

 5  that it was maybe because I was taking too long on

 6  the phone.  I didn't really know.

 7      Q.   Is it fair to say, did you anticipate

 8  something happening when you saw him?

 9      A.   Yeah, definitely.

10      Q.   Let me ask you, had you heard any rumors

11  that there was paperwork on you within the SNM?

12      A.   I had heard.

13          MR. SINDEL:  Objection, hearsay.

14      A.   I had heard rumors.

15          THE COURT:  Well, it's not being offered

16  for the truth.  I'll tell the jury that they can't

17  consider this for the truth.  They can only consider

18  it for its impact on Mr. Jaramillo's state of mind,

19  and for no other purpose.  That's the only purpose

20  you can consider it for.

21          Mr. Beck.

22  BY MR. BECK:

23      Q.   So before this time, before the assault by

24  Tomas Clark, had you heard rumors within the SNM

25  that there was paperwork on you?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I did.
 2              THE COURT:  Mr. Beck, would this be a good
 3   time for us to take our lunch break?
 4              MR. BECK:  I think I've got two or three
 5   questions, but I think it probably would.
 6              THE COURT:  Let's go ahead and take our
 7   lunch break.  We'll be in recess for about an hour,
 8   all rise..
 9              (The jury left the courtroom.)
10              THE COURT:  Mr. Sindel, I think that's
11   your Kastigar letter up here.  It's not an exhibit,
12   so if you're looking for it --
13              MR. SINDEL:  No, I'm not, but I'll come
14   get it.  I'm glad you pointed that out.
15              THE COURT:  All right.  Have a good lunch.
16   See you in about an hour.
17              (The Court stood in recess.)
18              THE COURT:  All right.  I think we've got
19   defendants back in the courtroom.  We've got
20   attorneys for each defendant.  Is there anything we
21   need to discuss before we bring the jury in?
22              MR. BENJAMIN:  There is, Your Honor.
23              THE COURT:  Were you moving first?
24              MR. BECK:  I was not.  I was going back
25   because you told me to get out of the way, so I
```

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    broke my promise.

2           MR. BENJAMIN:  I said I wanted to add

3    something before you got all riled up.

4           Your Honor, I needed to approach.  I was

5    going to request the Court for a writ of habeas

6    corpus ad testificandum.  I tried to issue a

7    subpoena this morning for Brandy Rodriguez, who the

8    Court will recognize.  And I notified Mr. Walz of

9    that, and then the marshals were so kind to tell me

10   I didn't know what I was doing and I needed to have

11   a writ to get Ms. Rodriguez out of Dona Ana.  So I

12   had a writ prepared, Your Honor.  May I approach?

13          THE COURT:  Any objection?  Issues by

14   anybody?

15          MR. BECK:  No, Your Honor.  Thank you.

16          THE COURT:  Go ahead, Mr. Benjamin.  Is

17   that it, Mr. Benjamin?

18          MR. BENJAMIN:  That is it, Your Honor.

19          THE COURT:  All right.  Do you have

20   something, Mr. Castle?

21          MR. CASTLE:  Just quickly on the 609

22   issue, I was right on the law, but unfortunately,

23   Mr. Beck was right on the facts, which means it

24   doesn't come in, at least under your rationale, Your

25   Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  And I'll just say that I have
 2   some trouble with the law.  The Ninth Circuit has
 3   two cases on it, and the one that's closest to us
 4   doesn't let the underlying conviction come in.  So
 5   if forced -- I don't know if this issue will come up
 6   again -- right at the moment I'm inclined to think
 7   that it doesn't revive the underlying conviction; it
 8   simply is a new violation.  But that's not even
 9   going to satisfy 609.  That's just a violation of
10   parole or probation or supervised release is not
11   going to come in.  But in any case --
12            MR. BECK:  I think you're right.
13            THE COURT:  -- I was concluding that it's
14   not going to come in, but y'all seem to have gotten
15   there maybe by a different route.  Do you like my
16   legal analysis?
17            MR. BECK:  I do.
18            THE COURT:  All right.
19            MR. BURKE:  Your Honor, may I just mention
20   one thing?
21            THE COURT:  You may.
22            MR. BURKE:  And it won't delay the jury.
23   But you heard the back-and-forth about the various
24   contacts with the FBI with Mr. Jaramillo.  And we
25   were wondering where the reports are.  Well, we did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   get the timeline prepared by Agent Acee, and it
 2   has -- well, it has 246 items, concluding with
 3   Special Agent Acee constructed this timeline.  But
 4   what is so disturbing about the timeline is that it
 5   was constructed on April 19, almost a month ago.
 6   And the timeline itself points to various 302s and
 7   reports that should have been produced.  I know we
 8   don't have time to take this up.
 9             THE COURT:  Do you have them all now?
10             MR. BURKE:  No, we have the summary, but
11   no 302s relating to any of the 26 items -- excuse
12   me, that is a cover 302 for item 26.  Acee
13   constructed this timeline on April 19, 2018, a month
14   ago.
15             THE COURT:  So you're in agreement with
16   that, Mr. Beck?
17             MR. BECK:  Yes, Your Honor.
18             THE COURT:  That the 302s haven't been
19   produced?
20             MR. BECK:  Right.  Yes, the 302s do not
21   exist.  That's why I was surprised, and provided the
22   timeline when I did.  The 302s -- there aren't any,
23   and that's why we're looking for the agent notes
24   when they did --
25             THE COURT:  So there is debriefing, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there's no 302s?
 2            MR. BECK:  It's not a debrief.  That's why
 3   it's not 302.
 4            THE COURT:  So if anything exists, it's
 5   going to be notes, and you haven't located them yet?
 6            MR. BECK:  Right.
 7            MR. BURKE:  Your Honor, may I approach and
 8   give you this?
 9            THE COURT:  Sure.  Why don't you give it
10   to Ms. Bevel, and we'll mark this as clerk's Exhibit
11   15.  Is that all right, Mr. Beck?  We'll mark that
12   timeline as 15.
13            MR. BECK:  Yes, I heard, Your Honor.
14            MR. BURKE:  There is a cover 302.
15            THE COURT:  Do you want to put it on
16   there?
17            MR. BURKE:  So that would be more
18   complete.
19            THE COURT:  Do you want to staple or paper
20   clip.
21            MR. BURKE:  It's stapled and I'll take
22   mine back and put that there.  Thank you.
23            THE COURT:  All rise.
24            (The jury entered the courtroom.)
25            THE COURT:  All right.  Everyone be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   seated.
 2           All right, Mr. Jaramillo.  I'll remind you
 3   that you're still under oath.
 4   BY MR. BECK:
 5      Q.   Mr. Jaramillo, I showed you the indictment
 6   earlier that we went through.  Was looking at the
 7   front page of that document -- was that the first
 8   time you'd ever seen the indictment at all?
 9      A.   Yes, sir.
10      Q.   Were you provided a tablet in this case?
11      A.   No, sir.
12      Q.   Have you seen any of the discovery in this
13   case other than the indictment and the reports that
14   were shown to you today?
15      A.   No, sir.
16           MR. BECK:  May I have a moment, Your
17   Honor?
18           THE COURT:  You may.
19           MR. BECK:  Your Honor, the United States
20   moves to admit Mr. Jaramillo's Kastigar letter.
21           THE COURT:  All right.  Any objection?
22           MR. SINDEL:  No, Your Honor.
23           THE COURT:  Not hearing or seeing any
24   objection, Government's Exhibit --
25           MR. BECK:  1004.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  -- 1004 will be admitted into
 2   evidence.
 3              (Government Exhibit 1004 admitted.)
 4              MR. BECK:  May I have a minute, Your
 5   Honor?
 6              THE COURT:  You may.
 7              MR. BECK:  Nothing further, Your Honor.
 8   Thank you.
 9              THE COURT:  All right.  Did you have
10   something further, Mr. Cooper?
11              MR. COOPER:  A couple of questions, if I
12   may, Judge.
13              THE COURT:  You may.
14                    RECROSS-EXAMINATION
15   BY MR. COOPER:
16      Q.   Mr. Jaramillo, you don't know that Billy
17   Garcia gave that order, do you?
18      A.   I don't know for a fact, no.
19      Q.   So you can't be sure that he gave that
20   order?
21      A.   Only based off of what Leonard Lujan told
22   me.
23      Q.   But you don't know that he gave it and you
24   can't be sure that he gave it, can you?
25      A.   He didn't give it to me specifically.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. COOPER:  Thank you.

 2              THE COURT:  Thank you, Mr. Cooper.

 3              MR. COOPER:  Thank you, Judge.

 4              THE COURT:  All right.  Anything further,

 5   Mr. Beck?

 6              MR. BECK:  No, Your Honor.  He can be

 7   excused.

 8              THE COURT:  Mr. Jaramillo, you may step

 9   down.

10              MR. SINDEL:  Your Honor, we would ask that

11   he be subject to recall because of some of the

12   recent developments.

13              THE COURT:  So you'll be subject to

14   recall, so you'll have to stay outside of the

15   courtroom, but you can leave the courthouse.

16              MS. HARBOUR-VALDEZ:  Would you also

17   instruct him about to whom he can speak during this

18   time?

19              THE COURT:  All right.  Y'all may need to

20   refresh my memory as to what the agreement is as to

21   this.

22              MR. BECK:  I think the agreement -- I

23   mean, I think probably the instruction is:  He's not

24   supposed to talk about his testimony with any other

25   fact witness in the case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  So just the
2   regular rule?
3              MR. SINDEL:  Yes, Your Honor.
4              THE COURT:  So you're still subject to the
5   rule, so you cannot talk about your testimony with
6   any of the other witnesses.  You can talk to the
7   counsel about your testimony.
8              THE WITNESS:  Yes, sir.  And did you say
9   it was okay for me to leave at this time?
10             MR. COOPER:  Your Honor, may we approach?
11             THE COURT:  You can leave the courthouse,
12  and you will have to stay outside of the courtroom.
13  But you can leave the courthouse, but you are
14  subject to recall.
15             THE WITNESS:  You'd call me for another
16  day or something?
17             THE COURT:  For another day.
18             MR. COOPER:  Before he leaves, may we
19  approach?
20             THE COURT:  You may.  Why don't you stay
21  there, Mr. Jaramillo?
22             (The following proceedings were held at
23  the bench.)
24             MR. COOPER:  Given what has happened with
25  the 302s and the notes we're waiting on, I think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   this is more akin to being a delay in our right to

2   continue to cross-examine him.  So I would ask that

3   he not talk to the lawyers and the parties also.  I

4   don't really want him talking to the agents or the

5   Government going forward until we get those reports,

6   because we're likely going to call him back.

7           MR. BECK:  I don't know there is a basis

8   for that.  I mean, I don't have a problem in not

9   talking to him until he's called back, but I have

10  been conversing with his attorney about making sure

11  he appears and once in a while have to contact him.

12          THE COURT:  Can we have an agreement the

13  Government is free to talk to his attorney, but the

14  Government agents and the Government attorneys will

15  not talk to him directly?  Is that agreeable?

16          MR. COOPER:  Sure.

17          MR. BECK:  That's fine.  And I may talk

18  with him if I need to coordinate.  But I won't talk

19  substantively.

20          THE COURT:  Is that okay?

21          MR. COOPER:  That's fine.  Thank you.

22          (The following proceedings were held in

23  open court.)

24          THE COURT:  All right, Mr. Jaramillo.  You

25  will not be able to talk to any of the lawyers or

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  the agents for the Government.  If Mr. Beck needs to

2  coordinate something with you, he may coordinate it

3  through your attorney or he may only talk to you

4  about scheduling, such as getting you back here.

5  But he's not to talk about the substance of your

6  testimony.  Okay?

7          THE WITNESS:  Yes, sir.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4           C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 22nd day of May, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com