1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3

4   UNITED STATES OF AMERICA,

5        Plaintiff,

6        VS.                    CR. NO. 15-4268 JB

7   ANGEL DELEON, et al.,

8        Defendants.

9

10

11        Transcript of excerpts of testimony of

12                 BRYAN ACEE

13                 May 14, 2018

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1            THE COURT:  Thank you, Mr. Jaramillo.

 2   Thank you for your testimony.

 3            All right.  Are we ready for Mr. Acee to

 4   return to the witness box, Mr. Castellano?

 5            MR. CASTELLANO:  Yes, Your Honor.  The

 6   United States re-calls Special Agent Bryan Acee.

 7            THE COURT:  All right.  Mr. Acee, I'll just

 8   remind you that you're still under oath.

 9            Mr. Castellano, if you wish to continue

10   your direct examination of Mr. Acee, you may do so at

11   this time.

12                     BRYAN ACEE,

13       after having been first duly sworn under oath,

14       was questioned and testified as follows:

15            DIRECT EXAMINATION (Continued)

16   BY MR. CASTELLANO:

17       Q.   I want to cover some topics that have been

18   discussed since you first testified in this case.

19   One of them is the payments to Leroy Lucero.  The

20   jury has heard that he received, I think, somewhere

21   in the area of $7,000.  Have you paid Leroy Lucero?

22       A.   No.

23       Q.   What's your understanding of where the

24   payments previously came from?

25       A.   I just learned that they came from Agent

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Roundy, Lance Roundy.
 2        Q.   And were you aware in this investigation
 3   that Agent Roundy previously had discussions with Mr.
 4   Lucero?
 5        A.   Yes, and he had him open as an informant
 6   for a while.
 7        Q.   Regarding some of the threats and things of
 8   that nature in this case, are you aware of the Javier
 9   Molina murder, which has been touched on in this
10   case?
11        A.   Yes.
12        Q.   What year was he killed?
13        A.   2014.
14        Q.   Through this investigation, are you aware
15   what year it was that he cooperated with law
16   enforcement?
17        A.   I believe it was 2008.
18        Q.   So was that then the time period from when
19   he gave the statement to law enforcement to the time
20   he was killed?
21        A.   Yes.
22        Q.   Approximately six years?
23        A.   That's correct.
24        Q.   What about the outstanding order or green
25   light on Julian Romero?  Do you recall approximately
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    how long that was outstanding?
2              MR. CASTLE:  Objection, Your Honor,
3    hearsay.
4              THE COURT:  Overruled.
5         A.   About 15 years.
6         Q.   Mario Rodriguez, also known as Blue, was
7    asked about his SNM membership, and when he basically
8    came clean about being an SNM member.  Do you recall
9    that?
10        A.   I do.
11        Q.   What do you recall about those interactions
12   with Mario Rodriguez and discussions about his SNM
13   membership?
14        A.   He would joke with me that I couldn't prove
15   he was SNM.  And I would make comments back.  One
16   specifically, he wanted to work with Corrections to
17   help teach gang classes.  And I said, "How are you
18   going to teach" --
19             MR. SINDEL:  Your Honor, this is all
20   hearsay.  I don't think that it has anything to do
21   with this particular case.  It's irrelevant.
22             THE COURT:  I think he's beginning to drift
23   into hearsay, so I'll sustain the objection.
24        Q.   Okay.  Do you recall that line of
25   questioning where the defense attorneys asked him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about denying that he was SNM?

2         A.    Yes.

3         Q.    And did you ever really believe that?

4         A.    No.

5         Q.    And did he truly come clean at some point

6    about his membership?

7         A.    Yes.

8         Q.    There was discussion of both Jose Gomez and

9    Julian Romero in this case having been charged, and

10   then charges dropped.  Do you remember that?

11        A.    Yes, sir.

12        Q.    And what was the status of those two people

13   in relation to this case?

14        A.    They were both victims.

15        Q.    So at some point, was there a decision made

16   about the course to take with those two specific

17   individuals?

18        A.    Yes, sir.

19        Q.    What was that?

20        A.    To dismiss the charges against them.

21        Q.    And when you charged them, what other

22   additional information did you have other than just

23   the words they told you about their conduct?

24        A.    That's all I had was what they told -- the

25   criminal activity that they told me about so I wrote

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                     1-800-669-9492

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                        e-mail: info@litsupport.com

```
 1    a complaint based on that.
 2         Q.   Willie Romero was also asked about a gun
 3    and some money found in his home.  Do you remember
 4    that?
 5         A.   I do.
 6         Q.   And were you part of the team that executed
 7    a warrant at his house?
 8         A.   I wrote the search warrant.  I wasn't
 9    there.  I was in a command post, because we had -- I
10    had written one search warrant that included 12
11    different locations, so I was in a central command
12    post.  But I'm familiar with it.
13         Q.   What do you recall about the gun and the
14    money?
15         A.   Well, we seized -- the agents there seized
16    a firearm pursuant to the search warrant and
17    currency.  I later returned the currency and the
18    firearm to Mr. Romero.
19         Q.   When did you do that?
20         A.   He provided it --
21              MR. SINDEL:  Objection, Your Honor.  He
22    provided something, I certainly would like to see it.
23    Otherwise it's hearsay.
24              THE COURT:  Well, the question that's on
25    the table is when Mr. Acee did something; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. CASTELLANO:  That's correct, Your

2    Honor.

3           THE COURT:  So I think he can answer that

4    question.

5           MR. SINDEL:  But he asked him basically why

6    he did it.

7           THE COURT:  No, he asked when, I think is

8    the question, isn't it?

9           MR. CASTELLANO:  And I do want to ask him

10   why.

11          THE COURT:  That may be coming up.  The

12   question on the table is when, right?

13          MR. CASTELLANO:  Now, I'm going right to

14   the why.

15          MR. SINDEL:  If the question is when, I

16   don't have a problem.  If the question is why, I'll

17   be on my feet.

18          THE COURT:  Which is it, Mr. Castellano?

19          MR. CASTELLANO:  I'll start with the when,

20   and I'll move to the why.

21          THE COURT:  Let's start with the when.

22          MR. SINDEL:  When there is a when, there is

23   a why.

24          THE COURT:  I understand.

25          MR. CASTELLANO:  There will be in this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   case.
 2              THE COURT:  I'll take them one at a time.
 3        Q.   Approximately how long after those items
 4   were seized were they returned to Mr. Romero?
 5        A.   Within a few weeks.
 6        Q.   Tell us about the gun.
 7        A.   Well, it was an antique and didn't meet the
 8   definition of a firearm.  The agents that seized it
 9   didn't know that.
10        Q.   Tell us about the money.
11        A.   He had receipts for it.
12              MR. SINDEL:  Objection, Your Honor.  I'd
13   like to see those receipts.  It's hearsay and ask it
14   be stricken.
15              THE COURT:  Overruled.
16        Q.   The name Daniel Orndorff, or Sleepy, has
17   come up a few times in this trial.  What's the
18   current status of Mr. Orndorff?
19        A.   He's a fugitive for parole violations from
20   the State of New Mexico and he also has local
21   warrants for running from the police when they tried
22   to apprehend him.
23        Q.   And what attempts have you or the FBI made
24   to subpoena him to get him to court?
25        A.   We've attempted to serve a subpoena at his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    residence.  Then I asked the U.S. Marshal's Fugitive
 2    Task Force to hunt him down on his arrest warrants,
 3    and took that case and they made attempts.
 4         Q.   When we got to threats in this case, are
 5    you aware of threats to somebody named Jerry Armenta?
 6         A.   Yes.
 7         Q.   How did those threats come about?
 8         A.   Anthony Ray Baca, Pup, asked one of my
 9    informants, Mario Montoya, to visit Armenta's
10    family's house in Albuquerque, and let them know that
11    he should not testify.
12         Q.   And was Jerry Armenta a witness against
13    other SNM Gang members?
14         A.   Yes.
15         Q.   There has been testimony in this case about
16    a bag that was found over Adrian Burns' head.  Do you
17    remember what kind of bag that was, from looking at
18    the evidence?
19         A.   Yes.
20         Q.   What kind of bag was it?
21         A.   It was an Allsup's plastic bag.
22         Q.   There are also questions in this case about
23    Jake Armijo and an allegation of an overt act
24    regarding a murder.  Do you recall that?
25         A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   What happened to that overt act in the
 2   indictment?
 3        A.   We dropped it in the superseding
 4   indictment.
 5        Q.   Why is that?
 6        A.   I found evidence indicating that I didn't
 7   think that was -- that that overt act had occurred.
 8   And so I let your office know.  And the next time we
 9   presented at the Grand Jury, we did not include that
10   overt act.
11        Q.   And so did that change based on a change in
12   the proof or the evidence against him regarding that
13   murder?
14        A.   Yes.
15        Q.   Do you recall executing a warrant at Joe
16   and Andrew Gallegos' trailer in, I think, April 2016?
17        A.   Yes.
18        Q.   Did you find some evidence in there that
19   was SNM-related during that timeframe?
20             MR. SINDEL:  Your Honor, I'm going to renew
21   earlier objections.
22             MS. TORRACO:  Can I approach on that as
23   well?
24             THE COURT:  Okay.
25             (The following proceedings were held at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    bench.)
2              THE COURT:  What is your objection?
3              MR. SINDEL:  My objection is basically the
4    same as the motion to suppress.  It's just a
5    continuing objection for the record.  That's all.
6              THE COURT:  Yours?
7              MS. TORRACO:  My objection is it's hearsay.
8    He's entering this for the statement that is being
9    made on that box.  We don't know who made the
10   statement.  I don't know how it's relevant to Andrew
11   Gallegos.  Because this is in 2016, that Mr. Gallegos
12   is accused of a murder in 2012.
13             THE COURT:  Do you have anything to link
14   this up with one of the Gallegos brothers?
15             MR. CASTELLANO:  This was found in Joe
16   Gallegos' bedroom.  So to the extent Exhibits 997 and
17   998 show a box, each exhibit shows one side of the
18   box.  The other exhibits show the inside of the box,
19   and that's where the SNM logo comes from.
20             THE COURT:  I guess I would think that's
21   enough circumstantial evidence to establish that
22   those are Mr. Joe Gallegos'.
23             MR. CASTELLANO:  Yes, sir.
24             THE COURT:  Sustained.  And so I will allow
25   it to come in.  If there is something to disprove
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that, the jury can make that determination.  It seems

 2    enough for it to come in.

 3              MR. SINDEL:  Okay.

 4              THE COURT:  Those have not been admitted

 5    yet?

 6              MR. CASTELLANO:  No, they have not.

 7              (The following proceedings were held in

 8    open court.)

 9              THE COURT:  Mr. Castellano.

10              MR. CASTELLANO:  May I approach the

11    witness?

12              THE COURT:  You may.

13        Q.   Agent Acee, let me show you what have been

14    marked as Exhibits 996, 997, 994, and 995.  I'll ask

15    you if you can recognize each of those exhibits?

16        A.   Yes, sir.

17        Q.   How do you recognize them?

18        A.   These are items from the search at 04 Erin

19    Court in 2016.

20        Q.   Are they a fair and accurate depiction of

21    what you saw on that occasion?

22        A.   Yes, sir.

23        Q.   At this time, we move the admission of 994,

24    995, 996, and 997?

25              THE COURT:  Any objection to these coming
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    in?  Not hearing any, Exhibits 996, 997, 994, and 995
 2    will be admitted into evidence.
 3              (Exhibits 994, 995, 996, and 997 admitted.)
 4              MR. CASTELLANO:  May I publish to the jury,
 5    Your Honor?
 6              THE COURT:  You may.
 7         Q.   Agent Acee, beginning with Exhibit 996, let
 8    me circle something.  What are we looking at?
 9         A.   We're looking at a metal storage box.
10         Q.   Where was this box found?
11         A.   In Joe Gallegos' bedroom.
12         Q.   I'm going to circle something smaller on
13    the box.  Do you see what I've circled there?
14         A.   I do.
15         Q.   What is that?
16         A.   It's the SNM symbol inside the Zia.
17         Q.   I'm circling something else here to the
18    right of that other item.
19         A.   Roman numeral 12.
20         Q.   Let me show you the next, Exhibit 997.
21    What is this that we're looking at on this exhibit?
22         A.   It's the other side of that box.
23         Q.   Do you see any names on the box?
24         A.   Yes.
25         Q.   What names do you see?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Starting on the left side of the box, I see

2  "Little Smiley," and then "Shellz" to the right of

3  that.  Below that to the left it says, "Duke."  I can

4  describe the other writing on there.  I don't think

5  they're names.

6       Q.   If can you read upside down, what is this

7  that I've circled on the box?

8       A.   It says, "Family is first no matter what."

9       Q.   Let me turn your attention next to Exhibit

10 994.  The same question.  In what room of the house

11 is this, or whose room is it?

12      A.   Joe Gallegos' bedroom.

13      Q.   I'm now circling something in the center

14 right of that photograph.  What have I circled?

15      A.   What you've circled is a picture, a drawing

16 of the Zia symbol with the letters SNM inside it.

17      Q.   Let me show you Exhibit 995.

18      A.   This is just a different angle of the same

19 box with the drawing inside.

20      Q.   Now, is this the inside of the box we saw

21 earlier they had kind of a silver outside?

22      A.   Yes.

23      Q.   And I'm kind of circling some documents in

24 this photograph.  Were these documents contained

25  inside that box?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                               1-800-669-9492
                                                      e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    Yes, some were.    Some were just on the bed.

2        Q.    Now, earlier in this trial when it made

3    less sense there was a discussion of Phases 1, 2, and

4    3 of your investigation.   Do you remember that?

5        A.    Yes.

6        Q.    What was Phase 3 focused on?

7        A.    Addressing threats to cooperators and

8    witnesses.

9        Q.    And do you recall approximately when the

10   tablets came out that had the discovery on them?

11       A.    I believe they came out in August of 2016.

12       Q.    What were you doing at the beginning of

13   September 2016, after the tablets came out?

14       A.    Well, I was still investigating the case.

15   And then I started addressing some of the threats

16   that we were hearing about and learning of.

17       Q.    And as part of addressing those threats,

18   what type of document did you prepare to try to

19   address some of the threats?

20       A.    I prepared a rather lengthy search warrant

21   affidavit that -- in which I requested to search 12

22   locations pursuant to a search warrant.

23       Q.    And in the search warrant did you document

24   any threats to Gerald Archuleta?

25       A.    Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                              e-mail: info@litsupport.com

1      Q.   Let me show you Exhibit 693.  Now, Gerald

2  Archuleta was arrested in Tennessee on December 2nd

3  of 2015.  Can you tell the members of the jury why he

4  was processed with other members on April 28 of 2016?

5      A.   Took him a little while to get back to New

6  Mexico.  And once he got here, he agreed to

7  cooperate, so I sent him into the prison with a

8  recording device.  Other members of the gang didn't

9  know he was cooperating.  So when we did the Phase 2

10  takedown, we put him in with that group to come down

11  and be processed, photographed, fingerprinted, have

12  his tattoos searched.

13      Q.   And did that explain why he was not in the

14  December 3rd group of photographs?

15      A.   Yes.

16      Q.   And then, with that warrant, were you

17  trying to address the threats to him?

18      A.   Yes.

19      Q.   You mentioned searching 12 locations.  Did

20  one of those locations involve a prison in Beaumont,

21  Texas?

22      A.   Well, to be clear, my search warrant was

23  for 12 locations, but we did a total of 18 searches,

24  one of which was a prison cell in Beaumont, Texas.

25      Q.   Whose cell was this?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.     Frankie Gallegos.

 2                 MR. SINDEL:  Your Honor, may we approach?

 3                 THE COURT:  You may.

 4                 (The following proceedings were held at the

 5     bench.)

 6                 MR. SINDEL:  The prosecution has shown me

 7     four photographs which I'm assuming will elicit

 8     testimony that these were taken from the Beaumont,

 9     Texas cell of Frankie Gallegos.  You know, we

10     objected from the very beginning in putting him in

11     this case, but the Court has ruled.  And there have

12     had been a number of things that -- they testified

13     that he's an SNM member, but it seems to me they've

14     got photographs of a phone book that he has, his

15     personal phone book.  They've got photographs of him

16     with his family, and looks like Andrew.  And they've

17     got a photograph of him in the yard, I guess, at the

18     institution.  I don't know that any of those other

19     people are identified or what the identifications are

20     of those individuals.  And the fourth one was his

21     tattoos.  No one has really suggested he's not a

22     member of the SNM.  There hasn't been any

23     cross-examination.  It seems Frankie, because he's

24     got the same last name and for sure the same mother,

25     then all of a sudden he's appropriate and relevant to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    whether or not Joe Gallegos has committed the crimes
2    he's charged with.  And you'll notice that we haven't
3    really aggressively in any way challenged the fact
4    that there has been numerous testimony that he's an
5    SNM member.  Joe Gallegos --
6              MS. TORRACO:  At some point it's a 403.
7              THE COURT:  But the problem is Andrew is
8    contesting it.
9              MS. TORRACO:  Contesting what?
10             THE COURT:  That Andrew is an SNM Gang
11   member.
12             MS. TORRACO:  We are.  Here's the thing the
13   thing on Frankie:  I think it's pretty clear he's an
14   SNM member, and I think you've let in a lot of
15   evidence that has proven that.  But at some point
16   there is a 403 prejudice where it's cumulative and
17   too much for the spillover.  Because his family is
18   gang related, therefore Andrew must be gang related.
19   So I mean, it's come in that he is a gang member, a
20   fairly high ranking gang member.  But at some point
21   I'm asking the Court to curb it, because there is
22   this guilt by association, and there is a 403
23   prejudice because it's getting to be very cumulative.
24             THE COURT:  What do you have new with these
25   photographs?  Anything?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TORRACO:  And relevance.
 2              MR. CASTELLANO:  The family connection, the
 3    connections -- well, it's nice for the jury to see
 4    who Frankie Gallegos is, what he looks like, the same
 5    as other SNM members in this case.
 6              MR. SINDEL:  He can show a communion
 7    picture of him if he wants, that will show what he
 8    looks like.
 9              THE COURT:  Do you have one in your pocket?
10              MR. SINDEL:  I'll produce one as we speak.
11              THE COURT:  Isn't that the testimony, on
12    his wall, wasn't it?
13              MR. SINDEL:  Yes.
14              MR. CASTELLANO:  I'm not going to introduce
15    because it's hearsay is inside the cell of Frankie
16    Gallegos were two newspaper articles.  One is on the
17    SNM case, and the other is the Burns case, he had
18    from November of 2012.  So I'd offer evidence of a
19    brother's thoughts about his brothers being tied to
20    the Burns homicide.  And like I said, I'm not moving
21    those, because they are basically newspaper articles
22    which contain hearsay.  I have them here, but I'm not
23    moving those for that reason because they are stories
24    about each of the cases.
25              THE COURT:  So other than the picture,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    there hasn't been any picture of Frankie?
 2              MR. CASTELLANO:  That's correct.
 3              THE COURT:  What is the next one you're
 4    trying to get in now?
 5              MR. CASTELLANO:  992 is Andrew Gallegos,
 6    obviously pictures of his family.
 7              MS. TORRACO:  And who is in --
 8              MR. CASTELLANO:  I don't know who Michael
 9    is in the frame.
10              THE COURT:  You don't know who the other
11    one is?
12              MR. CASTELLANO:  I do not.
13              THE COURT:  So that's not a picture of
14    Frankie; that's Andrew?
15              MR. CASTELLANO:  Yes, Andrew is on the
16    right.  They're labeled on the 992.
17              THE COURT:  And you're showing that picture
18    to say it bolsters your case that he's an SNM Gang
19    member or a gang member?
20              MR. CASTELLANO:  Yes, the 993 is Joe
21    Gallegos in the upper right-hand corner of the four
22    defendants.  Exhibit 990 is, of course, Frankie
23    Gallegos.
24              THE COURT:  Was there two of Frankie or
25    just one of Frankie?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. CASTELLANO:  Just one.  This exhibit
 2   has three photographs at different angles.  And then
 3   Exhibit 991 is a phone book of his, which once again,
 4   has the SNM in it, New Mexico and Valencia County,
 5   and then 505.
 6            MS. TORRACO:  We can stipulate that Frankie
 7   is a gang member.  The problem I have with this 992,
 8   how does this show they're in a gang?  They're both
 9   Hispanic?  The one guy has a tattoo?  The way they're
10   holding each other?  Is it even relevant to show that
11   Frankie is a gang member?
12            MR. CASTELLANO:  It certainly shows the
13   ties to his brother.
14            MS. TORRACO:  This doesn't show ties.
15            MR. CASTELLANO:  They're in his brother's
16   cell in Beaumont, Texas, in federal prison.  I also
17   have letters that will follow this, that will tie
18   Andrew Gallegos to the SNM as well.
19            MS. TORRACO:  Just because Frankie has a
20   picture of his brother in his cell, doesn't mean it's
21   relevant to show that Frankie is a gang member.
22            THE COURT:  I think all four pictures have
23   some marginal relevance to the case.  I don't think
24   they're substantially outweighed by the prejudicial
25   effect of them.  I'm going to admit the four
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   pictures.  I assume he's going to identify them as
 2   pictures that were found in the cell, right?
 3              MR. CASTELLANO:  Yes.
 4              THE COURT:  That's going to be the
 5   authentication of it.
 6              MR. CASTELLANO:  Yes, Your Honor.
 7              THE COURT:  Give me the numbers again.
 8              MR. CASTELLANO:  The 990 through 993.
 9              MR. SINDEL:  You mentioned some letters.
10   If you're going to introduce those letters, maybe we
11   should talk about them while we're here.
12              THE COURT:  Do you have letters?
13              MR. CASTELLANO:  Sure.  I can go get them,
14   Your Honor.
15              THE COURT:  Are they letters from who to
16   who?
17              MR. CASTELLANO:  The letters are letters
18   found in Brandy Rodriguez' house during a probation
19   and parole search.  One is a letter from Andrew
20   Gallegos, so it's a statement by a party opponent.
21   What Agent Acee will testify to is that the two
22   letters were in the same envelope.  Andrew Gallegos
23   in his letter says he's including other letters which
24   would refer to this one.  There is talk about SNM and
25   other gang members.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Who is the other letter that's
2    in the envelope?  Who is it from?
3              MR. CASTELLANO:  I'll have to get his name.
4              THE COURT:  Are you trying to get both
5    letters into evidence?
6              MR. CASTELLANO:  Yes, I think it could be
7    an adopted admission by Andrew Gallegos.  He refers
8    to the letters and says he's including them in his
9    letter, and they are kind of in the same envelope at
10   Brandy Rodriguez' house, and both of them talk about
11   SNM Gang members.
12             MS. TORRACO:  If I can address that.
13             THE COURT:  I think it might be a stretch
14   to get the other one in.  You might be able to get
15   evidence in that other letters are in there, but I
16   think to just include a letter and try to say that's
17   an adoptive admission, I think without more, it might
18   be a stretch.  So I probably will let the letter in,
19   that's a party opponent, but not -- and you can
20   probably get in evidence there was other evidence if
21   it says it in the letter itself.
22             MR. CASTELLANO:  It does.  Maybe I should
23   bring that other letter because the person that's
24   introducing themselves to Brady Rodriguez, and
25   identifies Andrew Gallegos as a carnal, among other
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   things.
 2              MS. TORRACO:  It's offered for the truth of
 3   the matter asserted.
 4              MR. CASTELLANO:  Sure, it is.
 5              THE COURT:  I just think that's probably a
 6   stretch of adoptive that I'm not going to probably be
 7   willing to adopt.  So I'll probably keep the other
 8   letter out.
 9              MR. CASTELLANO:  If I can, let me get those
10   letters to make sure we have the context.
11              MR. SINDEL:  We haven't seen those letters.
12   I think they may have been disclosed late Friday.
13              MR. CASTELLANO:  Yes, those are the letters
14   that I was asked to show Ms. Torraco on a break, and
15   explained them, and I showed them to Mr. Benjamin.
16   I'm sorry, I didn't know this was your witness.
17              THE COURT:  You didn't show them to
18   co-counsel?
19              MR. SINDEL:  We don't talk anymore.
20              MR. CASTELLANO:  To show you the context.
21              MR. SINDEL:  You take that label off,
22   you're just depriving them of valid advertisement.
23              THE COURT:  The Judge shouldn't be
24   promoting a product.  It's not a product, it's a
25   service.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. CASTELLANO:  Exhibit 998, which is the

2     letter from Andrew Gallegos to someone identified as

3     Lizard, which the defense brought out earlier that

4     Andrew Gallegos referred to Brandy Rodriguez as

5     "Lizard."

6          MR. SINDEL:  Did you give a copy of the

7     letter to Mr. Benjamin, so I can --

8          MR. CASTELLANO:  I wrote down the Bates

9     stamp number this morning.

10          THE COURT:  If we need copies, Ms. Bevel

11     can make them.

12          MR. SINDEL:  I'd appreciate that.

13          MR. CASTELLANO:  It's in evidence, but we

14     can make copies.  So Exhibit 998 is, he says, Oh,

15     yeah, here's a couple of introduction letters for the

16     home girl, Jessica Barela.  And so in the same

17     envelope is what Andrew Gallegos sends to Brandy

18     Rodriguez.  That is Exhibit 989, which is the letter

19     referring to Robert Bargon, an SNM gang member,

20     referring to Smiley as "carnal."  And it's also dated

21     June 21, 2015, which is the time period which Billy

22     Cordova said he was in -- the time he was in the

23     facility with Andrew Gallegos at Central New Mexico

24     Correctional Facility.  So I think it also just shows

25     a tie between them, and to the gang.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TORRACO:  The contents --
 2              THE COURT:  I mean, I understand why you'd
 3    want to do it, but I don't think it's going to pass
 4    any hearsay exemption that I can think of.  So I'll
 5    keep the second letter out.  Do you need copies of
 6    these?
 7              MR. SINDEL:  Please.
 8              THE COURT:  Ms. Bevel, can you make copies
 9    of these, then hand them back to -- give me a set,
10    too, so I have them up here with me as well.
11              MS. TORRACO:  And so the Government
12    directing Agent Acee to the use of the word carnal in
13    the follow-up letter is also hearsay, and we would
14    ask for a ruling on that now so he can't get that in
15    through the back door.
16              THE COURT:  If the letter is in evidence,
17    then I don't usually keep the parties from pointing
18    out the most relevant portions of it.  So I probably
19    won't do that here.
20              MS. TORRACO:  I thought that you said you
21    were keeping out the second letter.
22              THE COURT:  That's true.  If the second
23    letter is the one that has carnal in it, then that
24    should be kept out.
25              MS. TORRACO:  Thank you very much.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1            (The following proceedings were held in
 2    open court.)
 3            THE COURT:  All right.  Mr. Castellano.
 4            MR. CASTELLANO:  Thank you, Your Honor.
 5    I'd move Exhibits 990 through 993.
 6            THE COURT:  Not hearing any other objection
 7    or comment, then I'll admit Government's Exhibit 990,
 8    991, 992 and 993.
 9            (Exhibits admitted.)
10       Q.   Agent Acee, beginning with Exhibit 990,
11    I'll ask you who this person is?
12       A.   That's Frankie Gallegos.
13       Q.   And on the picture is he identified by his
14    other nicknames or aliases?
15       A.   He is:  Cunte and Frankie G.
16       Q.   Circling something on the left side,
17    basically his rib area, what is that, if you can see
18    it from the photograph?
19       A.   It's a Zia symbol; the letter S is in the
20    center of it, and it's shaded in.
21       Q.   And showing you Exhibit 991.  What can you
22    tell us about these items in terms of where they were
23    found?
24       A.   It's a phone book found in his prison cell.
25       Q.   Any significance to what I'm circling on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    there, Exhibit 991?  The number is 505?

 2         A.   Yes, the Albuquerque -- greater Albuquerque

 3    area code, and the zero is also the O in "Nuevo."

 4         Q.   I'm circling the other item in the letter,

 5    on the right-hand corner of that exhibit.  What have

 6    I circled?

 7         A.   The Zia symbol with an S in the it.

 8         Q.   And what does "Valencia County" mean to you

 9    in terms of what cities or towns are in that county?

10         A.   Well, Mr. Gallegos is from there, as are

11    his brothers.  Belen and Los Lunas are in Valencia

12    County, and Los Chavez, too.

13              MR. CASTELLANO:  I'm going to retrieve an

14    exhibit from defense counsel, if I can.

15              THE COURT:  It may be up here with Ms.

16    Bevel.

17              THE CLERK:  I gave the originals back to

18    Mr. Sindel.

19         Q.   Let me show you the next, Exhibit 992.

20    Where was this exhibit found?

21         A.   That was also found in Frankie Gallegos'

22    cell.

23         Q.   Do you recognize anybody in this exhibit?

24         A.   The gentleman on the right is Andrew

25    Gallegos.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Let me show you Exhibit 993.

 2        A.   This photo was also found in Frankie

 3   Gallegos' cell.

 4        Q.   And do you recognize anybody in that

 5   exhibit?

 6        A.   Yes, the gentleman on the upper right is

 7   Joe Gallegos.

 8        Q.   Is the person I've circled here?

 9        A.   Yes, sir.

10        Q.   I want to ask you if any newspaper articles

11   were found in Frankie Gallegos' cell in the prison in

12   Beaumont, Texas?

13        A.   Yes, at least two were.

14        Q.   What were those two items?

15        A.   One news article pertained to the arrest of

16   Andrew Gallegos and Joe Gallegos in the Adrian Burns

17   homicide.  The second news article was an Albuquerque

18   Journal story, if I recall, that discussed the fact

19   that -- discussed the Phase 1 takedown, our arrest

20   operation.

21             MR. SINDEL:  Objection, discussed.

22             THE COURT:  I think that's enough of an

23   description, so you can stop there.

24        Q.   Okay.  So did that involve a newspaper

25   article about this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   Yes.

 2          Q.   And did the other article cover the Adrian

 3     Burns homicide?

 4          A.   Yes.

 5          Q.   I also want to ask you about a probation

 6     and parole search of Brandy Rodriguez' house.  Do you

 7     remember that?

 8          A.   Yes, sir.

 9          Q.   Were you present for that search?

10          A.   I was.

11          Q.   And approximately when did that happen?

12          A.   May I refer to my notes?

13          Q.   Yes.  If you have no recollection, I'll ask

14     you to refer to your notes to refresh your

15     recollection.

16          A.   I brought them up here with me.  It was on

17     March 28, 2016.

18          Q.   Did you find any letters in the house?

19          A.   Yes.

20          Q.   Did you find any letters from Andrew

21     Gallegos?

22          A.   Yes.

23          MR. SINDEL:  Your Honor, if the witness is

24     refreshing his memory from notes, I think we have a

25     right to a copy of those notes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

31

```
 1            THE COURT:  You can probably take a look at
 2   them.
 3        A.   Mr. Sindel, I may have misspoke.  It's my
 4   302.  I'm sorry, that's what I have here.
 5            MR. SINDEL:  I didn't ask you any questions
 6   at all.
 7        A.   I'll try not to answer.
 8        Q.   Let me ask you a question:  What did you
 9   refer to when you said your notes?
10        A.   My 302.
11        Q.   And what's the date of that 302?
12        A.   March 28, 2016.
13            MR. CASTELLANO:  May I approach the
14   witness, Your Honor?
15            THE COURT:  You may.
16        Q.   Let me show you what's been marked for
17   identification as Government's Exhibit 988.  What is
18   Exhibit 988?
19        A.   This is a letter from Andrew Gallegos to
20   Brandy Rodriguez.
21        Q.   And does this appear to be a photocopy of
22   the original document?
23        A.   Yes.
24        Q.   Is it a fair and accurate depiction of what
25   it was when you collected it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2              MR. CASTELLANO:   Your Honor, I move the

 3    admission of Government's Exhibit 988.

 4              THE COURT:   Any further discussion on that?

 5    Not hearing any, Government's Exhibit 988 will be

 6    admitted into evidence.

 7              (Exhibit was admitted.)

 8              MR. CASTELLANO:   May I publish to the jury,

 9    Your Honor?

10              THE COURT:   You may.

11        Q.    Okay.   The name Lizard is at the top.   Does

12    that have any significance to you from this trial?

13        A.    Yes.

14        Q.    What significance does that have?

15        A.    It was Andrew's nickname for Brandy

16    Rodriguez.

17        Q.    And in reading this letter, I'm going to

18    highlight for you the mention of introduction

19    letters.   Was this found in an envelope?

20        A.    Yes.

21        Q.    And were there any other documents in the

22    envelope?

23        A.    Yes, there was another letter.

24        Q.    And do you know the approximate timeframe

25    for when these letters were sent or dated?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   I believe it was June 2016.

2        Q.   Would it help to refresh your recollection

3   to take a look at either the letter or the envelope?

4             MS. TORRACO:  Objection.  I don't think he

5   said he doesn't remember.

6             THE COURT:  Well, he's given an approximate

7   date.  I'll allow the refreshing.  Overruled.

8             MR. CASTELLANO:  May I approach, Your

9   Honor?

10            THE COURT:  You may.

11       Q.   Agent Acee, do you have the envelope?

12       A.   I do.

13       Q.   At the table?

14       A.   I have it up here.

15       Q.   Let me have you take a look at the envelope

16   and see if it refreshes your recollection for a date

17   of these letters.

18       A.   Thank you.

19       Q.   What's the date?

20       A.   The date on the letter is June 21, 2015.

21   According to the postage on the envelope, it's July

22   1, 2015.

23       Q.   Now, looking at the letter itself, do you

24   see reference to an SNM Gang member in this letter

25   from Andrew Gallegos?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         A.   Yes, I see reference to three SNM members.

2         Q.   In Government's Exhibit 988?

3         A.   Yes, sir.

4         Q.   Who are those members?

5         A.   The first one, about two-thirds of the way

6    down the page is Billy Cordova, Shadow.  Below that

7    are the other two individuals.

8         Q.   Who are they?

9         A.   Looney is Henry Hernandez.  And then it

10   says, "and Leo Ulibarri," that's Pantelion Ulibarri.

11        Q.   What, if any, significance does it have to

12   you regarding SNM business?

13        A.   Well, as it pertains to Billy Cordova --

14        MS. TORRACO:  Objection, speculation.  He

15   doesn't know what was in the mind of the writer.

16        THE COURT:  Well, he's investigated this

17   thing.  I think he can state what the significance is

18   to SNM business.  I'm not exactly sure what he's

19   about to say here on Billy Cordova, but I think he

20   can tie it to the SNM business.  Overruled.

21        A.   With regard to Billy Cordova, he's just

22   asking that Brandy or another lady write him letters.

23        Q.   What about the other two?

24        A.   The other two it says, "Tell Drew that

25   those two members have dropped out and they've joined
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the dropout program."

2         Q.   Do you see the word "shafote" there?

3         A.   Shafote, yes.

4         Q.   What does that relate to if you are

5    familiar with either that term, or shafa?

6         A.   They're no good.

7         Q.   Going back to threats for a second.  Has

8    the FBI within the last week received any information

9    about potential threats to Karen Cartwright or Jason

10   Van Veghel?

11        A.   Yes.

12        Q.   And was Jason Van Veghel a witness in this

13   case?

14        A.   Yes, sir.

15             MR. CASTELLANO:  May have a moment, Your

16   Honor?

17             THE COURT:  You may.

18             MR. CASTELLANO:  Thank you, Your Honor.  I

19   pass the witness.

20             THE COURT:  Thank you, Mr. Castellano.  Mr.

21   Sindel, are you going first?  You're going last?

22             Mr. Solis?

23                      CROSS-EXAMINATION

24   BY MR. SOLIS:

25        Q.   Mr. Acee, how are you, sir?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Doing well, sir.  Thank you.
 2        Q.   All right.  So I heard you, on Friday, kind
 3   of wholesale endorse the cooperators in this case,
 4   and then a little bit today; for example, with Mr.
 5   Jaramillo and Mr. Lucero.  So I'm going to touch on
 6   that a little bit.
 7             But also with the subject on the subject of
 8   payments.  You understand that when we say:  Did you
 9   pay, or when we make reference to you making
10   payments, you understand that we're referring to the
11   US Government?
12        A.   Yes, sir.
13        Q.   All right.  So no one is suggesting that
14   you took out some money out of your pocket and made
15   payments to any of the cooperators.  We're suggesting
16   that the US Government, through you or Agent Roundy,
17   made these payments.  You understand that?
18        A.   Yes, sir.
19        Q.   All right.  And that is a fact, isn't it?
20        A.   That payments have been made?
21        Q.   Sure.
22        A.   Yes.
23        Q.   Through the Government.  So --
24        A.   It's the Government's money, yes.
25        Q.   Right.  So when we -- when I anyway, for
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         e-mail: info@litsupport.com

```
 1    purposes of this examination say "did you,"
 2    understand that I'm using that interchangeably with
 3    "you" meaning the FBI?  Are we clear?
 4         A.   I understand.
 5         Q.   All right, sir, thank you.
 6              So this investigation where you've been the
 7    case agent is several years in the making, isn't it,
 8    sir?  Mr. Acee?
 9         A.   Yes, sir.
10         Q.   And your involvement has been ongoing since
11    when, sir?
12         A.   March of 2015.
13         Q.   Okay.  And in that period of time as the
14    case agent, you've been able to become familiar with
15    the various players, the various defendants and the
16    various cooperators during that course, or during the
17    course of the investigation?
18         A.   Yes.
19         Q.   You better than most, you better than any
20    FBI agent for that matter; is that true?
21         A.   You're giving me too much credit.
22         Q.   Well, is it true or not?
23         A.   I've become familiar with most of the
24    cooperators and defendants.
25         Q.   Sure.  And you being the case agent, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    assigned, for example, Agent Stemo, who was here -- I
 2    don't know if it was today or Friday -- you assigned
 3    her tasks; correct?
 4        A.   Yes, sir.
 5        Q.   All right.  And so in that sense, you're
 6    kind of the supervising agent in many respects?
 7        A.   In this case.  But I've also served as her
 8    training agent.  So, yes.
 9        Q.   Okay.  And of course you know that she's
10    reviewed -- I think we discussed that, when you and I
11    first talked here on this trial -- at this trial --
12    seems like six weeks ago -- she's reviewed the entire
13    case file, it appears; isn't that right?
14        A.   I believe she has.
15        Q.   And yet you, as the case agent, know that
16    just January of this year she revisited one of the
17    occupants of the pod where Rolando Garza was
18    murdered:  Mr. Lorenzo Mora.  You understand that,
19    right?
20        A.   I'm not too familiar with that.
21        MR. SOLIS:  Okay.  May I approach the
22    witness, Your Honor?
23        THE COURT:  You may.
24        Q.   I'd like you to review just a cover sheet
25    of that copy.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Just the cover?

 2        Q.    Just the cover.

 3        A.    Okay.

 4        Q.    Now, having reviewed that, does that appear

 5   to you to have been an occasion where Ms. Stemo

 6   visited with Lorenzo Mora?

 7        A.    No.

 8        Q.    It's not?

 9        A.    No.

10        Q.    What does it appear to be?

11        A.    She's putting a cover letter on

12   something -- somebody else's work, probably another

13   agency.

14        Q.    All right.  And did you review that other

15   agency's report?

16        A.    No, sir.

17        Q.    Okay.  So have you had contact with Lorenzo

18   Mora since January of this year?

19        A.    I don't know that I've ever met him.  But

20   if you mean the greater FBI --

21        Q.    Yeah.

22        A.    -- I'm not certain.

23        Q.    Okay.  He was one of the occupants of the

24   Rolando Garza pod, Ocean 1 yellow, I think it was?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   All right.  And he's not been summoned as a
 2   witness?
 3        A.   I don't believe he's a government witness,
 4   no.
 5        Q.   Right.  Nor was he indicted?
 6        A.   No, he wasn't indicted.
 7        Q.   You're very familiar with Mr. Lucero;
 8   correct?
 9        A.   Leroy?
10        Q.   Yes.
11        A.   Yes.
12        Q.   Were you here for his examination, or were
13   those occasions where you stepped out and were gone a
14   few days?
15        A.   There have been a couple of occasions where
16   I've stepped out.
17        Q.   Right.
18        A.   But I think I was here for the start of it.
19        Q.   And, of course, Mr. Castellano touched with
20   you or touched the topic of have you made payments to
21   Mr. Lucero?
22        A.   I did miss that part.  I'm aware of that
23   now, yes.
24        Q.   Right.  Just moments ago he touched on that
25   as well, didn't he?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.
 2        Q.   And he had been talking with you -- and I
 3   remember you're a member of the FBI -- since at least
 4   2011, and ongoing up until just very recently,
 5   actually, about four or five months ago; is that
 6   right?
 7        A.   No.  You're correct in that he started
 8   around 2011.  And then there was gap between Agent
 9   Roundy's case and when I eventually talked to him.
10        Q.   And in that gap there was not a change of
11   statements up until earlier this year; is that true?
12        A.   What do you mean by that?
13        Q.   Well, what I mean is, in 2011, you had
14   extensive contact -- when I say "you," I mean the
15   FBI -- with Mr. Lucero over the course of several
16   months, and also 2012; is that right?
17        A.   Yes.
18        Q.   And through those contacts you learned,
19   according to Mr. Lucero, that Christopher Chavez
20   related to him --
21             MR. CASTELLANO:  Objection, calls for
22   hearsay.
23             THE COURT:  I think --
24             MR. SOLIS:  I'm not asking him, one, what
25   he said; and, two, this is still impeachment of --
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                    e-mail: info@litsupport.com

```
 1    one, he's vouching for these witnesses, and also the
 2    impeachment of Mr. Lucero.
 3              THE COURT:  Well, let me hear the
 4    statement.  If you want to approach so I can hear the
 5    statement outside the presence of the jury, I'd be
 6    glad to hear it, but I --
 7              (The following proceedings were held at the
 8    bench.)
 9              THE COURT:  What is it going to be?
10              MR. SOLIS:  You learned from Mr. Lucero who
11    the participants were.  One from Mr. Lucero, but
12    Christopher Chavez allegedly told him participants in
13    this murder in 2001.
14              THE COURT:  Well, I think that would be
15    hearsay, if he's going to --
16              MR. SOLIS:  These are statements that are
17    going to impeach Mr. Lucero.  But this witness is
18    vouching for the credibility, endorsing the witnesses
19    late Friday and today again.
20              THE COURT:  What are you trying to impeach
21    Mr. Lucero from?
22              MR. SOLIS:  Mr. Lucero --
23              THE COURT:  What statement of Mr. Lucero
24    are you trying to impeach?
25              MR. SOLIS:  Mr. Lucero made statements
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   where he basically put there at the pod a person who

 2   was impossible to be there.  And that was the story

 3   throughout.

 4              THE COURT:  Who was that person?

 5              MR. SOLIS:  The person was Archie Varela,

 6   otherwise known as Pumba.  And that person, that

 7   statement wasn't until January of this year, when

 8   Mr. Lucero met with Mr. Acee, and then changed.  And

 9   I think that's impeaching.  But this witness is

10   endorsing these witnesses and vouching for the

11   credibility.

12              THE COURT:  Do you recall the testimony

13   that way, that Mr. Lucero put Mr. Varela at the

14   scene?

15              MR. SOLIS:  No.  Mr. Lucero did not testify

16   to that.  There are statements in the file, however,

17   that indicate that's the case.

18              THE COURT:  I think, though, that the

19   statement has to be in front of the jury to impeach

20   him.  Because if you're going to bring out a

21   statement, the whole purpose of it would be to tell

22   the jury that Mr. Lucero is not truthful on the

23   stand, and so if he didn't make the statement here in

24   the courtroom --

25              MR. SOLIS:  He did not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

44

```
 1            THE COURT:  -- I'm not sure you can impeach
 2   another statement if the jury doesn't have it.
 3            MR. CASTELLANO:  I would say the defense
 4   stayed away from the statement to avoid the
 5   statements when Mr. Lucero was on the stand.  They
 6   had the opportunity to ask him the questions, but now
 7   they're getting into this through Mr. Acee.
 8            THE COURT:  I think the only purpose would
 9   be for impeachment.
10            MR. SOLIS:  That is true.
11            THE COURT:  If the statement wasn't before
12   the jury or come in some other way before the jury, I
13   don't think that it's a statement that needs to be
14   impeached.  Because its only purpose would be to see
15   if Lucero was telling the truth.
16            MR. SOLIS:  That's true, that's correct
17   (The following proceedings were held in open court.)
18            THE COURT:  Mr. Solis.
19            MR. SOLIS:  Pass the witness, Your Honor.
20            THE COURT:  Thank you, Mr. Solis.
21            Ms. Torraco, are you next?
22            MS. TORRACO:  Yes.  In all candor, Your
23   Honor, I don't know if I'm next, but I'm going to
24   take it.
25            THE COURT:  It doesn't look like anybody is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    stopping you.

 2                      CROSS-EXAMINATION

 3    BY MS. TORRACO:

 4         Q.   Good morning, Agent.  How are you?

 5         A.   Well, thank you.

 6         Q.   So you've had the benefit of sitting

 7    through most of this trial; isn't that true?

 8         A.   Is that a benefit?

 9         Q.   Well, it's a benefit to me.  I'm glad to be

10    here.

11         A.   I don't consider it a benefit.

12         Q.   Isn't it true that you have sat through

13    most of this trial?

14         A.   I have.

15         Q.   And you've watched a lot of your

16    cooperators testify; isn't that true?

17         A.   I have.

18         Q.   And you've been able to assess what

19    information is weak or lacking in each of the cases;

20    isn't that true?

21         A.   I think I've done that since the beginning.

22         Q.   Yeah, well, since the trial started you've

23    also had people go out and gather more information;

24    isn't that true?

25         A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And that would be based on things that have
2   happened in court, and you can get another agent, or
3   yourself, you can go out and figure out what needs to
4   happen before we do closing statements, right?
5     A.   Well, my timeline is not closing
6   statements, but when I see a void or an area that I
7   think needs additional attention, I agree with you,
8   I'll address that.
9     Q.   Right.  So you've been in court, able to
10  assess which cases need more work; isn't that true?
11  Yes or no?
12    A.   Sure.
13    Q.   So let's start with the money that was
14  discussed regarding the Adrian Burns matter.  Isn't
15  it true that no one ever saw all this alleged money
16  that Andrew Gallegos was supposed to have?
17    A.   I thought I heard his girlfriend say she
18  saw it.
19    Q.   Okay.  Well, we'll let that be the purview
20  of the jury of what they remember Charlene Baldizan
21  testifying.  But no one ever recovered any money;
22  correct?
23    A.   That is correct.
24    Q.   And you went out and you talked to several
25  people, including Brian Giron, who allegedly Charlene

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com



```
 1   told you that they had seen money, and in fact --
 2              MR. CASTELLANO:  Objection, calls for
 3   hearsay.
 4              MS. TORRACO:  I just want to finish the
 5   question.
 6              THE COURT:  Well, I think we've gone far
 7   enough.  Sustained.
 8       Q.   Okay.  But isn't it true you did follow-up
 9   investigation to find out about the money, and that
10   turned out to have been fruitful?
11       A.   I don't agree with you.
12       Q.   Okay.  And you would also agree that my
13   client didn't pay for the hotel room; isn't that
14   true?
15              MR. CASTELLANO:  Objection, calls for
16   hearsay and foundation.
17              MS. TORRACO:  Well, it's based on his
18   investigation, and that was an important part of the
19   investigation.
20              THE COURT:  Well, if he got the information
21   from an oral statement by somebody out of court and
22   it's being offered to the truth, I think it would be
23   hearsay.  So I'll sustain.
24       Q.   Based on the investigation, isn't it true
25   that my client did not pay for the hotel room?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                 (Mr. Castellano stood up.)

2                 THE COURT:  Sustained.

3         Q.   So let's go to the warrant that you

4    executed in 2016.  And you were a part of that

5    execution; correct?

6         A.   I probably did a couple dozen that year.

7    Which one, ma'am?

8         Q.   Well, we're discussing the Adrian Burns

9    murder?

10        A.   Again, I probably did maybe 50 warrants in

11   2016.  Are we talking about the one on Joe's house at

12   04 Erin Court?

13        Q.   Yes, I'm going to direct your attention to

14   the Government's Exhibits 995, 994, 996, and 997.

15   And those are the exhibits just admitted by

16   Mr. Castellano.  Were you present when those

17   photographs were taken?

18        A.   Yes, ma'am.

19        Q.   And you don't know whether or not Andrew

20   lived there at that time, do you?

21        A.   At the time of the warrant?

22        Q.   Um-hum.

23        A.   No, he was -- no one was -- well, there was

24   a transient in there, but he was not -- Andrew

25   Gallegos was not in the house.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Thank you.  And he was not living there at

2   that time; isn't that true?

3      A.    No.

4      Q.    It's not true?

5      A.    Yes, it is true; no, he wasn't living

6   there.

7      Q.    So I want to direct your attention to

8   Government's Exhibit 988, which is the letter that

9   was admitted, written by Andrew Gallegos.

10      A.    Okay.

11      Q.    Do you remember that letter?

12      A.    I do, and I have a copy here.

13      Q.    Okay, terrific.  So regarding this letter,

14   isn't it true that there a term in here:

15   S-H-A-F-O-T-E.  And isn't it true that you thought

16   that was a Spanish word, right?

17      A.    I think it's a slang word.

18      Q.    Okay.  Did you research that word?

19      A.    No.

20      Q.    Would you be surprised to learn that it's

21   actually an Israeli term?

22      A.    Used by New Mexican gang members?  I guess

23   it's possible, sure.

24      Q.    Well, I guess that we disagree that my

25   client is a gang member.  And I would like to direct

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    your attention to the rest of that letter.  Did you
 2    look up from Philippians 4:13 that my client quoted?
 3         A.   I did.
 4         Q.   And what is that verse?
 5         A.   It's been some time.
 6         Q.   "I can do all things through Christ who
 7    gives me strength"?
 8         A.   You're right.
 9         Q.   And what about Romans 12:21?
10         A.   I also looked at that.
11         Q.   Okay.  And what is that?
12         A.   I just don't remember it off the top of my
13    head.
14         Q.   And that particular verse is:  "Do not be
15    overcome by evil, but in all things do good"?
16         A.   That sounds familiar.
17         Q.   Okay.  So at the end of this letter, when
18    my client expresses that he is praying for people,
19    wouldn't you agree that that would be consistent with
20    the term S-H-A-F-O-T-E, an Israeli term for being
21    transported to a better place?
22         A.   No, I don't agree.
23         Q.   Okay.  Well, I guess we can agree to
24    disagree on that.  So let's go up a little bit more
25    into this letter.  Would you agree that men who are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in prison get lonely?

2         A.    I imagine.

3         Q.    You've spoken to lots of them, we've seen

4    them over the past five weeks?

5         A.    I don't ask them about their loneliness.

6         Q.    Would you agree that they get lonely and

7    they want a friend?  And do you see something wrong

8    with someone who is trying to recruit a friend or a

9    pen pal for another inmate?

10        A.    No.

11        Q.    And especially in the same letter where he

12   says that he's praying for people, isn't that true in

13   the same letter where he's saying he's praying for

14   people?

15        A.    He does say that in the letter.

16        Q.    As a matter of fact, let's publish the

17   Government's Exhibit 988, please.  I want to direct

18   your attention to the bottom part of letter where my

19   client says, "Tell Drew" -- do you know the SNM

20   member whose name is Drew?

21        A.    No.

22        Q.    No.  And isn't that true that you've

23   researched that only to find out that there is no SNM

24   member named Drew?  Isn't that true?

25        A.    No, I researched the other two names.  I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   not sure who Drew is, though.
 2        Q.   You didn't research who Drew is, because
 3   wouldn't it be important who he wants to be told,
 4   Tell Drew that Looney and Leo dropped out?
 5        A.   No, because what was more important to me
 6   is who those two were, which gang they were from.
 7        Q.   Isn't it important, and wouldn't it be a
 8   celebration that those two people are now in the
 9   dropout program, that they're no longer SNM members?
10        A.   I don't think so.
11        Q.   You don't think that's how the letter is
12   read?
13        A.   I don't.
14        Q.   Would it be fair to say that you're reading
15   it through a bias?  "Tell Drew that Looney and this
16   Leo Ulibarri joined the dropout program.  Shafote,"
17   which is Israeli for they have a place to go?
18        A.   I don't see that there.
19        Q.   And isn't it true that he continues to talk
20   about Philippians and Romans:  "I can do all things
21   through Christ who gives me strength," and "Overcome
22   evil and do good."  Thank you.
23             THE COURT:  Thank you, Ms. Torraco.
24             All right.  Who else has cross-examination
25   of Mr. Acee?  Do you want to go, Mr. Castle?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:  Sure.
 2              THE COURT:  Mr. Castle.
 3                    CROSS-EXAMINATION
 4    BY MR. CASTLE:
 5         Q.   Good afternoon.
 6         A.   Good afternoon.
 7         Q.   I promise this will be considerably shorter
 8    than the last time, at least, we talked in this
 9    forum.
10              Mr. Acee -- I'm sorry, Agent Acee -- in
11    your work on the SNM, did you -- with the assistance
12    of some other people working for the FBI -- put
13    together a chart which the leaders of the SNM were
14    set out, and then people who you called just members
15    of the SNM, were all out?  Do you recall that?
16         A.   Yes.  And below that were associates.
17         Q.   And that was -- in fact, there is one
18    downstairs in the marshal's office right now.  Do you
19    recall seeing that?
20         A.   No.  It's probably a pretty old one, but --
21         Q.   Now, I imagine if it had all the associates
22    and all the members, you probably wouldn't want that
23    out there because some of the people have not yet
24    been arrested and taken in?
25         A.   I can tell you about my chart.  Maybe the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    marshals have something different.
 2         Q.   No, I'm talking about your chart is the one
 3    that's downstairs.
 4         A.   So my chart has, I believe, just people
 5    we've arrested either on a state or federal charge.
 6         Q.   Okay.  And I didn't want to have them bring
 7    it up here, because I didn't know whether it was --
 8    contained some people or information that you didn't
 9    want out, okay?  But I want to approach you for a
10    minute.  Agent Acee, you had a chart that had your
11    name on it and Task Force Officer Mark Myers at the
12    top.  Do you recall that?
13         A.   I'm kind of wondering if this is my chart,
14    sir, because mine doesn't look like that.
15         Q.   Oh, I know.  We can't take photographs of
16    things in the courthouse, so we put this together.
17         A.   Okay.
18         Q.   Do you recall that your chart with your
19    name on it had nine leaders of the SNM, and then area
20    of members, then an area I think you said of
21    associates?  Do you recall that?
22         A.   I do.  But are you asking me to say that
23    this is a row?
24         Q.   Well, I'm asking you if you remember that?
25         A.   I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you recall that the nine people you had
 2   down there as leaders were:  Gerald Archuleta, Robert
 3   Martinez, Mario Rodriguez, Roy Paul Martinez, Anthony
 4   Ray Baca, Ramon Clark, Juan Mendez, and Julian
 5   Romero?
 6        A.   No, sir.
 7             MR. CASTLE:  Are we going to take a break
 8   in a little while, Your Honor?
 9             THE COURT:  Yeah, in about 10, 12 minutes.
10        Q.   Okay.  I'm going to ask you to go
11   downstairs in the marshal's office, take a look at
12   it, and write down the names of everybody that you
13   had on the chart, okay?
14        A.   Can I take a picture of it?
15             MR. CASTLE:  If the Court allows you to.
16             THE COURT:  Talk to the marshals about
17   that.
18             THE WITNESS:  I'll talk to one of the
19   supervisors down there.
20        Q.   Okay.  We'll try to do that.  And we'll get
21   back to you on that.
22             Agent Acee, you were talking yesterday
23   about how you use different techniques to kind of
24   extract or gain the cooperation of particular SNM
25   members, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   Yes, sir.
 2          Q.   And would it be fair to say that what you
 3    were trying to do -- and I'm not being critical --
 4    but you're trying to exploit a particular weakness
 5    that you might have seen with an individual?
 6          A.   Sometimes, yes.
 7          Q.   So, for example, you would talk and find
 8    out if someone might have a drug problem, and they
 9    might a good target to try to get on the phone and
10    see if they'll make a drug deal, where they could be
11    arrested, and then eventually turned into an asset?
12          A.   If I understand you correctly, like someone
13    that might be selling drugs?
14          Q.   Yes.
15          A.   Yes.
16          Q.   And we heard of an exchange that happened
17    between Mr. Sammy Griego and Gerald Archuleta, where
18    that was attempted to be done, right?
19          A.   Yes.
20          Q.   And then other people, it sounded like,
21    might have a weakness for perhaps moving guns or, you
22    know, a felon that you thought might be in possession
23    of a gun, where if they were arrested on that, they
24    might come and work or assist you; is that right?
25          A.   It's possible, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And so all these people that we're

2   talking -- so I think there are -- numerous of the

3   witnesses we heard, you employed those strategies

4   with, in addition to perhaps the third strategy

5   being, you know, charge him with a bunch of things

6   you know about, and put pressure on him that way,

7   right?

8      A.   That adds pressure, yes.

9      Q.   Okay.  So like, for example, Jake Armijo,

10  he was charged first; then he came in, right?

11     A.   Yes, sir.

12     Q.   And Mr. Archuleta was charged, and you were

13  about to write up overt acts on another?

14     A.   Gerald Archuleta, yes.

15     Q.   And I think that would apply to -- oh, I'm

16  trying to remember who all testified -- but a lot of

17  the folks:  Mario Rodriguez, for example, right?

18     A.   Most of those men have been charged, and

19  then they came on board.

20     Q.   And you would charge them with a lot of

21  overt acts that you had evidence and probable cause

22  on, right?

23     A.   In the RICO conspiracy, yes.

24     Q.   In fact, you go to a Grand Jury, get

25  probable cause.  So, for example, Jake Armijo had 20

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                          BEAN                           1-800-669-9492
                      &ASSOCIATES, Inc.         e-mail: info@litsupport.com
                      PROFESSIONAL COURT
                        REPORTING SERVICE

1    some-odd charges or overt acts, and you had to

2    present evidence to the Grand Jury, in which the

3    Grand Jury would find probable cause that they

4    committed those crimes?

5        A.   Yes.

6        Q.   Now, of the people that testified in this

7    trial, do you recall any of them -- I think one other

8    way of doing it was to show up at their parole

9    officer's meeting, kind of, and confront them, and

10   put them in a situation where they're kind of scared,

11   and then decide to go one route with them?

12       A.   Like with Sammy Griego that happened

13   because he had the letter.  But to be clear, yeah, I

14   try to meet newly released SNM members at their

15   parole office.  I still do.

16       Q.   And you would tell them things at times

17   about -- I think you've testified about, you know,

18   someone you got to put on the east coast and got a

19   job, and things like that, right?

20       A.   Yes.

21       Q.   So kind of a hammer sometimes, and a

22   carrot -- I guess, it's a stick and a carrot, right,

23   that you could use, right?

24       A.   Isn't there always?

25       Q.   Okay.  And you would tell them on some of

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
 1    these witnesses that some of the dudes that were on
 2    the street, that were working with you, would kill
 3    people?
 4         A.    Sounds like you're quoting me.
 5         Q.    Well, yes, exactly.
 6         A.    I probably said some stuff like that.
 7         Q.    And I think, you know, for example, with
 8    one individual you said, "I've just arrested the guys
 9    that killed Shane Dix," and then you're telling him
10    they're not -- they're out of custody -- or you just
11    arrested them -- I'm sorry, you just arrested them?
12         A.    We've had conversations like that.  I'm
13    only hesitating because I noticed I was misquoted
14    earlier.  I think it was Mark Myers had said some of
15    the stuff that was attributed to me.  But to be fair,
16    yes, I've said things like that.
17         Q.    Mark Myers would use that kind of -- maybe
18    saltier language than you would use, saying "We put
19    murderers on the street as long as they work for us,"
20    right?
21         A.    I think he might have said that a little
22    more than I did.
23         Q.    Yeah, I think that's the salty part.
24               And then would you tell people sometimes
25    that -- some of these potential informants -- that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    there would be people that had -- are making a whole
 2    bunch of money now because they were straight up with
 3    you?
 4         A.   I'm not sure about that one, sir.
 5         Q.   Would you like to look at the transcript?
 6         A.   Please.
 7         Q.   I didn't highlight it for you, I
 8    highlighted it for me.  So if you can read it here,
 9    and go on to the next page.
10         A.   Thank you.
11         Q.   Does that refresh your memory?
12         A.   Yes.
13         Q.   So did you tell at least one person, one of
14    the potential witnesses, that you had people who were
15    making a whole bunch of money now because they were
16    straight up with you?
17         A.   That's a little out of context, but --
18         Q.   Explain.  I don't want to leave anything
19    out of context here.
20         A.   Thank you.  I was pointing out that
21    somebody was straight up with us, they've been
22    relocated, they got a union job, and they were
23    making, like you said, good money, or a lot of money
24    now.
25         Q.   Okay.  And then -- okay, so they were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    earning money, not through the FBI, but through a
2    good job that they got hooked up with?
3         A.   Yes, sir.
4         Q.   And that's -- you know, in some ways when
5    that happens, it's not really a one-time payment they
6    get.  They're getting a future where they can make
7    money through their whole life, right?
8         A.   If that were true, but that's a fictional
9    statement.
10        Q.   Oh, okay, I'm sorry.  So, okay, you're
11   saying that to try to convince them to assist you,
12   but it's not true, right?
13        A.   No, it was true that he was relocated.  He
14   wasn't located on the east coast.  We all know where
15   he went.
16        Q.   Right.
17        A.   And he never had a union job.
18        Q.   I'm not saying you did anything improper.
19   You're allowed to do that in order to try to get
20   people to do what you're trying to get them to do,
21   right?
22        A.   In that context, yes.
23        Q.   And then, at least with this individual,
24   you're telling him this is a person who was arrested
25   with a gun that was a felon, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It was Lovato, right?
 2        Q.   Yes.  And you're telling him you basically
 3   can work off a gun case; that's nothing compared to a
 4   body?
 5        A.   Correct.
 6        Q.   So you're saying:  If we let guys who have
 7   bodies, meaning killed people in the streets, they
 8   cooperate for you, that's not going to be really
 9   much -- much sweat off your back, right?
10        A.   You should talk to us, yes.
11        Q.   Now, of all the witnesses that testified
12   before this jury, did any of them -- did you just go
13   to their home and ask them to voluntarily sit down,
14   without any promises or without any threats -- not
15   threats, but neither the carrot nor the stick?
16        A.   A couple, yes.
17        Q.   That testified here today -- or in this
18   trial?
19        A.   Yes, sir.
20        Q.   Who would that be?
21        A.   If you'd give me just a moment.
22        Q.   I'm talking about people that are out.
23        A.   I'm starting with the most recent.  I don't
24   believe I ever threatened Michael Jaramillo.
25        Q.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    The older gentleman, Lawrence --

2          Q.    Oh, Lawrence Torres?

3          A.    -- Torres.  I really don't think we

4     threatened him with anything.

5          Q.    Okay.

6          A.    Just asked him to come in.

7          Q.    As far as Mr. Jaramillo is concerned, I

8     mean, he'd be pestered by -- I'm not using -- I'm not

9     trying to be critical -- but FBI agent after FBI

10    agent went to his home on numerous occasions to try

11    to get him to admit to what he had done, right?

12         A.    Yeah.  Make no mistake about it, I kept

13    telling him to go out there.

14         Q.    In fact, I think you even had a warrant at

15    one point, because he failed to appear in court,

16    right?

17         A.    I asked for a warrant, and then I think

18    there was -- within a short period of time there was

19    a misunderstanding and we cleared it up.  But yes, I

20    pushed for an arrest warrant.

21              The third person I thought of was a

22    gentleman that's in NMCD custody.  I hadn't met him

23    yet.  I walked up here on one of the breaks and said

24    hello to him.  And that was -- can you help me out?

25    He came in from -- he was in state custody.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   But that wouldn't have happened when he was

2  first approached?  I'm talking about when they're

3  first approached?

4    A.   He was first approached at RPP.  And we

5  just asked him -- we didn't threaten him.  We just

6  asked him to come down and --

7    Q.   Now Mr. Garcia, you didn't threaten him at

8  all really, did you?  Billy Garcia, just for the

9  record.

10    A.   No, I think I threatened him.

11    Q.   Well, you were really polite with him, and

12  he was polite with you, right?

13    A.   Well, I can politely threaten somebody.

14    Q.   I hope to never see that side of you,

15  Agent.

16    A.   I just -- I think to be fair to Mr. Garcia,

17  Billy Garcia, I told him we'd be coming, and I think

18  I even mentioned coming with tanks.  So I think

19  that's a threat.

20    Q.   Okay.  And you all left?

21    A.   And you're accurate to say it was polite.

22  And I actually enjoyed talking to him.

23    Q.   And he left on his bicycle, right?

24    A.   I think he stayed home to watch us leave.

25    Q.   Okay.  There was an individual here that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third St NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    testified by the name of Javier Alonso.  Were you
 2    here when he testified?
 3         A.   I think that was one of the days I was
 4    away.  But I know who he is.
 5         Q.   Well, Mr. Alonso, he testified that Billy
 6    Garcia was SNM.  Would you just assume that for a
 7    moment?
 8         A.   Okay.
 9         Q.   You actually interviewed Javier Alonso,
10    right?
11         A.   I believe so.
12         Q.   And Javier told you that -- actually, that
13    Billy Garcia --
14              MR. CASTELLANO:  Objection, calls for
15    hearsay.
16              MR. CASTLE:  Well, it impeaches Mr.
17    Alonso's statement.
18              THE COURT:  Why don't y'all approach and
19    let's talk about the statement here.
20              (The following proceedings were held at the
21    bench.)
22              THE COURT:  So is the statement that you're
23    wanting to impeach is Mr. Alonso's testimony that
24    Mr. Garcia was SNM?
25              MR. CASTLE:  Yes, is SNM.  And when he was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  interviewed by Agent Acee, he said that Mr. Billy

2  Garcia had a hit out on him because he was no longer

3  SNM.  So that impeaches his statement at trial.

4  　　　　　THE COURT:  Mr. Alonso's statement?

5  　　　　　MR. CASTLE:  Yes.

6  　　　　　THE COURT:  Okay.

7  　　　　　MR. CASTELLANO:  It sounds like -- I don't

8  know what the transcript shows.

9  　　　　　THE COURT:  I can instruct the jury on Mr.

10  Alonso's --

11  　　　　　MR. CASTELLANO:  I don't have the

12  transcript in front of me.  And I don't know exactly

13  what the context was with Billy Garcia.

14  　　　　　THE COURT:  Why don't I let him testify,

15  and I'll give the jury a limiting instruction that

16  they can only consider it for purposes of whether Mr.

17  Alonso was telling the truth when he was testifying.

18  　　　　　MR. CASTLE:  And I'm going to use very

19  particular leading questions on this, Judge, because

20  I think Mr. Alonso went on to say -- not in his

21  hearing, but in the interview -- it was not put a hit

22  on my client.  Obviously, he would have heard that

23  from either Mr. Troup or someone else, right?  So

24  it's hearsay, but I'm going to use very particular

25  language with that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  To avoid that.
 2                MR. CASTLE:  And I'm going to go to the
 3     witness with a sticky note on my monitor saying
 4     "Don't mention Troup's name."
 5                THE COURT:  Well, you can lead --
 6                MR. CASTLE:  Yeah.
 7                THE COURT:  -- no problem there.  You can
 8     just say:  I want a yes or no answer.  So you limit
 9     it.
10                MR. CASTELLANO:  The question is, what does
11     that do to possibly open the door?
12                THE COURT:  Well, I'll just rule it won't
13     open the door.  If we manage to keep him just
14     answering your questions:  Yes, no, it won't open the
15     door.
16                MR. BURKE:  Did you hear that, Randy?
17                MR. CASTELLANO:  I heard it, but I have
18     some concerns.  We're talking about multiple hearsay
19     statements here by Alonso.
20                THE COURT:  I'm going to give an
21     instruction that they can't consider it for the
22     truth, so it's not going to be hearsay.
23                MR. CASTLE:  I'm not going to ask him
24     anything Alonso heard.
25                MR. CASTELLANO:  Then, like I said, we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    start taking statements out of context and try to

2    slice them that thin, that's my concern.  It doesn't

3    give the jury the whole story about what was said,

4    or --

5            THE COURT:  Well, we're well beyond that.

6            MR. CASTELLANO:  I don't know, Judge.

7            (The following proceedings were held in

8    open court.)

9            THE COURT:  All right.  I'm going to let

10   Mr. Acee answer this question about what Mr. Garcia

11   has said to him.  But you can use it for only one

12   purpose.  You can't use it for considering the truth

13   of the matters that are going to be asserted by

14   Mr. Billy Garcia.  You can only use it to determine

15   whether Mr. Alonso was being truthful.  You can use

16   it for his credibility when Mr. Alonso testified

17   before you.  So you can use it only for determining

18   Mr. Alonso's truthfulness and accuracy, not for the

19   truth of the matter of what Mr. Billy Garcia -- about

20   Mr. Acee is going to tell you Mr. Billy Garcia said

21   to him.

22           Mr. Castle.

23           MR. CASTLE:  I'm going to try to find that

24   document, first, Your Honor.  I'm sorry, my computer

25   went to sleep, apparently with everybody else that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   probably listening to me.

 2            THE COURT:  Do you want to take a break at

 3   this point, or do you want to get the answer here?

 4            MR. CASTLE:  Yes.

 5            THE COURT:  Which one?

 6            MR. CASTLE:  Obviously, I need some sleep,

 7   Your Honor.

 8            THE COURT:  Take a break?

 9            MR. CASTLE:  Yes.

10            THE COURT:  All right.  Let's take a break

11   for about 15 minutes.  All rise.

12            (The jury left the courtroom.)

13            THE COURT:  All right.  We'll be in recess

14   for about 15 minutes.

15            (The Court stood in recess.)

16            THE COURT:  All right.  We'll go on the

17   record.  I think we've got each defendant back in.  I

18   think we've got a lawyer for each defendant.

19
     EXCERPT CONCLUDED
20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   EXCERPT
 2           THE COURT:  All right, go ahead.
 3           MR. SINDEL:  I talked earlier this morning
 4   about the incident of testimony with Agent Acee about
 5   a firearm bombing and another shooting.  We did get
 6   some of those reports.  I haven't had a chance to
 7   review them.  I'm not sure that we'll complete Mr.
 8   Acee's testimony today.  If need be, I suppose we
 9   could call him as a defense witness, if the Court
10   would allow us to cross-examine him.
11           THE COURT:  What do you mean, if you call
12   him as your witness, then cross-examine him?
13           MR. SINDEL:  You know, in other words, we
14   could maybe cross-examine as a hostile witness.  I
15   don't want to --
16           THE COURT:  Well, I think Mr. Acee is a
17   hostile witness, so you're going to get to lead him,
18   if that's what you're asking.
19           MR. SINDEL:  Okay.  That's all I'm asking.
20           THE COURT:  Yeah, I don't think --
21           MR. SINDEL:  Look at him.
22           THE COURT:  Well, hostile in a legal sense.
23   But anybody that says he brings his own tanks in a
24   civil way, I don't know, I'll let you be the judge of
25   that, right.  I don't have any tanks.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 All right.  All rise.
 2                 (The jury entered the courtroom.)
 3                 THE COURT:  All right.  Everyone be seated.
 4                 All right.  Mr. Acee, I'll remind you that
 5      you're still under oath.
 6                 Mr. Castle, if you wish to continue your
 7      cross-examination of Mr. Acee, you may do so at this
 8      time.
 9                 MR. CASTLE:  Yes, thank you, Your Honor.
10                 THE COURT:  Mr. Castle.
11      BY MR. CASTLE:
12           Q.   Agent Acee, over the break, did you have an
13      opportunity to go and look at the marshal's document?
14           A.   Yes, sir.
15           Q.   And was that authored by you at some point
16      in time or with the help of the FBI?
17           A.   I think an FBI analyst probably
18      communicated with the marshal's analyst.
19           Q.   Okay.
20           A.   It looks like the FBI analyst made that
21      chart.
22           Q.   Okay.  And did you recall that was dated
23      August 2015?
24           A.   Yes, sir.
25           Q.   So that would have been around the exact
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   time that you first went and tried to talk to Billy

2   Garcia?

3        A.   Off the top of my head, I don't remember.

4   But it was in 2015.

5        Q.   Okay.  Would you take my word for it that

6   the first time you went to talk -- well, the only

7   time you went to talk to Billy Garcia, was in August

8   2015?

9        A.   Yes, sir.

10       Q.   Now, did you have an opportunity to also

11  look at your own version of that kind of flow chart?

12       A.   Yes, sir.

13       Q.   And you showed it to me on your phone?

14       A.   I did.  I have a copy of it over there,

15  too.

16       Q.   And there was a section for leadership; is

17  that right?

18       A.   Yes, sir.

19       Q.   And there are nine people that were on

20  that, that were depicted?  Do you want look at your

21  phone?

22       A.   Sure.  I left it over there.  I didn't

23  bring it up here with me.  But the chart is actually

24  behind Mr. Castellano, against the wall there, if you

25  want me to look at it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Just again, I'm not going to have you go
 2   over all of it, or even admit it.  But this is your
 3   chart?
 4        A.   Yes, sir.
 5        Q.   So yours has seven, right?
 6        A.   Yes, sir.
 7        Q.   The one downstairs has nine?
 8        A.   Yes.
 9        Q.   In any event, neither of those have Billy
10   Garcia in the leadership area; is that right?
11        A.   Correct.
12        Q.   Now, some of the people that were on the
13   leadership were more historical leaders that were not
14   up to the current time, right?
15        A.   I think I disagree.  I think I went with
16   the more current leaders.  Like I didn't have Angel
17   Munoz and others on it.
18        Q.   Gerald Archuleta, he testified he stopped a
19   while ago.
20        A.   I just don't agree with him.
21        Q.   Okay.  We'll get to that in a few minutes.
22             Now, Julian Romero hasn't been -- he's
23   still on there.  He's more of an historical leader,
24   right?
25        A.   Yes, I think he wielded a lot of influence
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    in his neighborhood, but I would agree with you, more
 2    of an historical.
 3         Q.   There has been a discussion about
 4    questionnaires that were used.  And I think you said
 5    only one person that you can recall was given it to
 6    fill out and bring back; is that right?
 7         A.   Yes, sir.
 8         Q.   But the questionnaires were used by agents
 9    so that they could question people with some clarity
10    and some accuracy as to the details, et cetera?
11         A.   Yes, sir.
12         Q.   I'm going to approach you with two
13    questionnaires, and ask you if these are the two
14    questionnaires.  One is dated December 2016, and one
15    is dated February 2017.
16         A.   Can I ask you a question about one of them?
17         Q.   Sure.
18         A.   Has it been changed, like the font?
19         Q.   I don't think -- well, it was just printed
20    from what was provided to us in discovery.
21         A.   Okay.  I'm not sure what to do with that,
22    but --
23         Q.   Okay.  Just look through them, if you can,
24    and see if they appear to be the two versions.  If I
25    pointed you to some difference in questions, would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that refresh your memory as to whether these are the
2    two versions?
3        A.   Yes.  I think I know what the differences
4    are.  Just the format of it looks a little different.
5    I'm not suggesting anything.  You asked me to look at
6    it.
7        Q.   Do you think they're a fair depiction of
8    two questionnaires?
9        A.   More or less.  This one seems a little
10   light, it's only 213 questions.  I thought it was
11   more than that.
12       Q.   Well, there might have been some questions
13   that dealt with some crime that isn't related to
14   these charges here, so they might have been removed?
15       A.   As people pled, I recall removing some of
16   the questions related to them.
17       Q.   I'm going to move for the admission of the
18   two questionnaires.
19            THE COURT:  Any objection to that, Mr.
20   Castellano?
21            MR. CASTELLANO:  May I have a moment, Your
22   Honor?
23            THE COURT:  What are the numbers on them,
24   Mr. Castle?
25            MR. CASTLE:  EL 1 and EL 2.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
1              MR. CASTELLANO:  May I see the exhibits,
2    Your Honor?
3              THE COURT:  And these are just blank
4    questionnaires, Mr. Castle?
5              MR. CASTLE:  Yes.
6         Q.   While you're looking at that, were you
7    asked by the defense if you could provide us copies
8    of the blank questionnaires with your formatting on
9    it?
10        A.   Yes, sir.
11        Q.   And did you indicate that you had been told
12   you weren't allowed to give us those?
13        A.   Something along those lines, yes.
14        Q.   Okay.
15             MR. CASTELLANO:  May we approach, Your
16   Honor?
17             THE COURT:  You may.
18             (The following proceedings were held at the
19   bench.)
20             MR. CASTELLANO:  The concern we have is
21   that they took a questionnaire that was filled out,
22   and they've removed information from the
23   questionnaire.  So I don't know what that did to the
24   format or to the questions.  To say that this is -- I
25   mean, it's very close to what it is.  But I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    know how much it's been changed by the removal of
 2    information that was in the document.
 3            THE COURT:  Do you have a blank one that
 4    you could substitute for this that they could use
 5    this to show the witness, but before it goes back to
 6    an exhibit, you provide them with one that's not
 7    filled in?
 8            MR. CASTELLANO:  We may need to make sure
 9    that the formatting of the questions are correct, and
10    in order.
11            THE COURT:  Will that work for you, Mr.
12    Castle?
13            MR. CASTLE:  Yes.  We were told by Agent
14    Acee that the U.S. Attorney said he couldn't give us
15    one.
16            THE COURT:  Will this work:  I'll go ahead
17    and admit these, but they'll be subject to one that
18    y'all run off your computer.  If there is an
19    argument, I can take a look at it.
20            MR. CASTELLANO:  Okay.
21            (The following proceedings were held in
22    open court.)
23            THE COURT:  All right.  Any other objection
24    or issue with those two exhibits?  Not seeing or
25    hearing any, Defendant's Exhibit EL 1 and EL 2 will
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                         1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1   be admitted into evidence.
 2            (Exhibits EL 1 and EL 2 admitted.)
 3            THE COURT:  All right.  Mr. Castle.
 4   BY MR. CASTLE:
 5       Q.   Agent Acee, I'm going to give you a copy of
 6   EL 1 and EL 2.  And you said you made some changes
 7   between the first version and the second; is that
 8   right?
 9       A.   I believe so, yes.
10       Q.   And I want you to go, first of all, to
11   question 67.
12       A.   In the 2016 one?
13       Q.   Yes -- both of them, actually.
14       A.   67?
15       Q.   Well, 68 -- I'm sorry.  And in the 2016
16   one.
17       A.   In the December 2016 one.
18       Q.   If you could look at 68 in the first one
19   and --
20            THE COURT:  Why don't you pull that
21   microphone down.  It's sticking straight up.  Why
22   don't you bend it toward your mouth.  There you go.
23   Thank you.
24            MR. CASTLE:  As long as no one asks us to
25   sing a Nat King Cole song together, Your Honor, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    think we'll be fine.
 2               THE COURT:  I don't know.  Everybody might
 3    enjoy it.
 4               MR. CASTLE:  Not if they heard my voice.
 5         Q.   In the first version there was a question,
 6    it says:  "Was Leonard Lujan ever an leader within
 7    the SNM?  What green lights did he issue?"  Do you
 8    see that?
 9         A.   Yes, sir.
10         Q.   And in the second version that was removed
11    and was replaced with question:  "Where do you think
12    Angel DeLeon is?"  Do you see that?
13         A.   Yes, sir.
14         Q.   Why would the witnesses that were being
15    questioned with the same questionnaire, why did the
16    FBI no longer want to know whether Leonard Lujan ever
17    was a leader in the SNM and whether he had green
18    lights issued?
19         A.   I think after he pled is when I removed
20    that question.
21         Q.   Okay.  But it would have been important to
22    ask, so that the jury knew how to assess Leonard
23    Lujan's testimony, right -- I guess -- never mind,
24    I'll strike that.
25               If you could go to questions 95 through 97
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    on the first questionnaire.  Do you see Leonard

2    Lujan's name was removed in the questions in the

3    first questionnaire, when it made its rounds to the

4    second questionnaire?

5         A.   Again, without looking at it, probably

6    because once he pled, I -- as guys pled, I removed

7    names.

8         Q.   Well, look at specifically question number

9    97, if you can.  In both versions you put:  "Leonard

10   Lujan was part of the murders of Pancho and Looney,"

11   right?

12        A.   Yes, sir.

13        Q.   So you didn't remove his names from those?

14        A.   No, sir.

15        Q.   Go to question 140.  There is a question

16   about -- well, Big Jake, Manuel Jacob Armijo, and

17   whether he and Christopher Garcia ordered the murder

18   of Michael Giron.  Do you see that?

19        A.   Yes, sir.

20        Q.   And then the second questionnaire his

21   name's removed, and you're only asking whatever --

22   you're using that questionnaire to talk to witnesses

23   about that same murder.  But you're only asking about

24   whether Chris Garcia was involved in that; is that

25   right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Now, if we find -- if you have a different
 3   format in those questions, I think we're going to
 4   have to look overnight and bring them to the
 5   Government, and just make sure they're accurate.
 6        A.   Sure.
 7        Q.   Oh, can you look on both questionnaires,
 8   when it deals with the two murders, and see if there
 9   is anything in there about Michael Jaramillo, whether
10   he was part of the murders?
11        A.   I don't believe his name is in either one.
12        Q.   How about Lorenzo Mora?
13        A.   No.
14        Q.   How about Ray Molina?
15        A.   No.
16        Q.   We've heard a lot about the symbol that the
17   SNM uses, right?  Did the FBI operation also have its
18   own symbol?
19        A.   Yes.
20        Q.   And that was a Zia with a skull in the
21   middle of it, right?
22        A.   I think that one is Corrections.  Mine is
23   on the poster actually.
24        Q.   Okay.  That's just a Zia --
25        A.   A Spartan helmet with the New Mexico flag
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    is the symbol I used.
 2              MR. SINDEL:  Say that again.  A Spartan
 3    helmet?  I didn't hear what you said.
 4              THE COURT:  A Spartan helmet with a New
 5    Mexico flag.
 6              MR. SINDEL:  Okay.
 7         Q.   Actually, that second questionnaire is
 8    dated February 2017; is that right?
 9         A.   Yes, sir.
10         Q.   Do you recall that Mr. Lujan actually
11    didn't plead guilty until after that date?
12         A.   I'm not sure.
13         Q.   So I think your earlier testimony was that
14    he pled guilty on March 13, 2017.  So was his name
15    removed for some other reason, then?
16         A.   Well, I guess I would say that sometimes I
17    know they're going to plead, but we can't get into
18    court for a few weeks.  So I may have misspoke.  I'm
19    sorry.
20         Q.   Well, somebody like Mr. Lujan, there was
21    always a worry that he was going to --
22         A.   Well, I don't want to comment on the
23    Court's schedule.  They're pretty busy.
24         Q.   Well, have you seen the symbol of Operation
25    Atonement as a Zia with a skull on it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.    Yes, sir.

2          Q.    And is that because the FBI wanted to kill

3    off the SNM?

4          A.    No, sir.  That's actually painted up at the

5    Penitentiary of New Mexico on one of the walls.

6          Q.    Now, I think when you first testified in

7    the trial, you indicated that it was important to try

8    to corroborate or vet the information that someone

9    was trying to give you, who was an informant?

10         A.    Yes, sir.

11         Q.    And I want to kind of go through that a

12   little bit.

13               Oh, I forgot -- Javier Alonso, we were

14   talking about at trial he had said that Mr. Garcia

15   was SNM.  During his interview with you, didn't he,

16   in fact, say that there was a hit out on Mr. Billy

17   Garcia because he was no longer with the SNM?  Would

18   you like to look at the discovery?

19         A.    Yes.

20         Q.    That there was a hit out on him because

21   Billy Garcia was done with the SNM; is that correct?

22         A.    Yes, sir.

23         Q.    Now, in your work on the case, did you also

24   have in your cell, for people working on your team,

25   people keep a close eye on the activities of people
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you had arrested while they were being held prior to
 2   trial, or even after they pled guilty, and things of
 3   that nature?
 4        A.   In some cases.  It depended on the
 5   facility.
 6        Q.   There was searches done of people's cells,
 7   right, at times?
 8        A.   Yes, I think only once.  Could you
 9   distinguish who you're talking about?
10        Q.   Well, I mean, there were different
11   situations.  But at least with all these defendants,
12   their cells were searched right before the trial.  Do
13   you recall that?
14        A.   Yes, sir.  I don't believe I had anything
15   to do with that, though.
16        Q.   Okay.  But, in any event, nothing came of
17   that, right, that you're aware of?
18        A.   Nothing jumps out.
19        Q.   But you'd also -- there would also be
20   information that people would bring back as to
21   whether there were threats coming out of the
22   facility, letters that were threatening, phone calls
23   that were troublesome, things like that?
24        A.   Early on in the case there was a lot more
25   of that, and it seemed to kind of die off.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And these defendants, and more specifically

2    Billy Garcia, his phone -- all of his phone calls

3    were recorded and reviewed by the FBI; is that right?

4      A.   Yes, sir.

5      Q.   And all of his mail was reviewed and read

6    to see if it had anything threatening of that nature?

7      A.   I'm not sure about that, sir.  Once they

8    were represented, the only thing that my team looks

9    at is the phone calls that are recorded.

10     Q.   Oh, you're not aware that mail that wasn't

11   to lawyers, but mail to other people, were copied at

12   the facilities and provided?

13     A.   With one exception, no.  The only exception

14   was when I wrote the search warrant.  I'm not aware

15   of any.

16     Q.   Now, with regards to some testimony about

17   Mr. Garcia, at one point in his life, was heavy into

18   heroin; I think you probably heard some testimony of

19   that.  By the time of his -- your first approach, and

20   his arrest, you had no information that he was using

21   it anymore; is that right?

22     A.   No, sir, I did not have any information.

23     Q.   There was some times when you were able, in

24   your investigation, to get one of the SNM cooperators

25   who had turned -- this is before the December

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                          1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    arrests, okay -- to call up other SNM members and get

 2    them to say -- or at least attempt to get them to say

 3    incriminating things; is that right?

 4         A.   Yes.

 5         Q.   Did you use that technique, have anybody

 6    call up Billy Garcia and try to get him to talk about

 7    SNM business?

 8         A.   No, sir.

 9         Q.   And that's in your investigation.  I've had

10    an opportunity to read the reports.  No one could

11    give you information that Billy Garcia was currently

12    active in the SNM between when you started the

13    investigation in March and when you had arrested him?

14    They didn't say:  I know Billy, he's still doing

15    this; he's still with the S; he's still doing S

16    business on the outside, things of that nature?

17         A.   No.  And I can definitely quickly say I did

18    not get information about him having guns or selling

19    drugs or anything like that.

20         Q.   Because if you had somebody that had that

21    information, you'd probably get them on the phone

22    with Mr. Garcia, or things of that nature, right?

23         A.   Things of that nature, yes.

24         Q.   Okay.  Now, you touched on this a little

25    bit that Mr. Archuleta had said he was done with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    SNM before he got arrested.  Do you recall that?
 2         A.   Did I say that?
 3         Q.   Well, I think you said you disagreed that
 4    he was still a leader.
 5         A.   I disagreed.
 6         Q.   Yeah.  And you had people make phone calls
 7    with him, right?
 8         A.   Yes.
 9         Q.   I think -- was it Eric Duran and also Sammy
10    Griego?
11         A.   Yes, and Tomas Clark.
12         Q.   Okay.  And during those calls, do you
13    recall Mr. Archuleta and you talking about being
14    requested to come in and do a hit in New Mexico with
15    a Billy Baca, or on a Billy Baca?  Does that ring a
16    bell at all?
17         A.   Vaguely.
18         Q.   And do you recall him indicating that, "I'm
19    no John Gotti, but I keep it real with my brothers,
20    that's for sure"?
21              MR. CASTELLANO:  Objection, calls for
22    hearsay.
23              MR. CASTLE:  I think it impeaches Mr.
24    Archuleta's testimony that he wasn't part of the S.
25              THE COURT:  Well, why don't y'all approach
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    so I understand what we're impeaching here.
 2               (The following proceedings were held at the
 3    bench.)
 4               MR. CASTELLANO:  And I don't think that
 5    statement impeaches anything that Gerald Archuleta
 6    said.
 7               MR. CASTLE:  Gerald Archuleta specifically
 8    said he moved to Tennessee with his son because he
 9    was leaving the S, and that's why he went to
10    Tennessee.
11               MR. CASTELLANO:  But what does that
12    statement tell us about the SNM?
13               THE COURT:  What is the statement?  Let me
14    look and see the statement you're trying to --
15               MR. CASTLE:  "I'm no John Gotti, but I keep
16    it real with my brothers, that's for sure."  And I
17    was going to ask him a followup question of whether
18    the SNM call each other brothers.
19               MR. CASTELLANO:  But Gerald Archuleta
20    admitted that he kept in touch with some people back
21    in New Mexico, including Jake Armijo and a few
22    others, I think, including Garduno.  So that doesn't
23    impeach that statement or what he said.
24               THE COURT:  I guess I'm not seeing
25    impeachment either.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTLE:  Judge, there are a series of
 2    these statements, okay?  One was, "I'm not never
 3    going against Pup," who is the current leader.
 4            THE COURT:  Who is saying this?
 5            MR. CASTLE:  These are all statements by
 6    Archuleta.
 7            THE COURT:  Now, are we talking about made
 8    in court?
 9            MR. CASTLE:  No.  In court he said he
10    wasn't doing any work with the SNM, he was out since
11    he moved to Tennessee.  And quote, "The only way
12    we'll getting back together is if we take 'em out."
13            THE COURT:  I'm confused.  Are these
14    statements that you're impeaching or statements that
15    you want Mr. Acee to testify about?
16            MR. CASTLE:  These are the statements that
17    I want Agent Acee to testify about.
18            THE COURT:  And the statement that you're
19    impeaching is that he moved to Tennessee to --
20            MR. CASTLE:  To get out of the SNM.
21            THE COURT:  Okay.  Now, start over and tell
22    me what you're wanting him to say.
23            MR. CASTLE:  A series of statements, "I'm
24    not never going against Pup," meaning Mr. Baca.
25            "The only way we'll get back together is if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   we take 'em out."
 2              THE COURT:  Let me think about these one at
 3   a time.  The one, "I'm not never going against Pup,"
 4   you're saying because he uses the phrase "I'm not
 5   never," that covers that period of time?
 6              MR. CASTLE:  I'm not.  "Never going against
 7   Pup," that's future -- poorly worded future tense.
 8              THE COURT:  Okay.  Well, given the breadth
 9   of that statement, I'd be inclined to again instruct
10   the jury to consider these only to determine Mr.
11   Archuleta's statements when he testified.
12              What was the next one?
13              MR. CASTLE:  The next one, "The only way
14   we'll get back together is if we take 'em out."  And
15   that's in reference to his discussions with Mr. Duran
16   about the SNM.  And it's really the end of a
17   discussion where he's talking about the SNM has split
18   up, has been kind of divided.  And he's saying "The
19   only way we'll get back together is if we take 'em
20   out," and he's referencing the Surenos.
21              THE COURT:  Who?
22              MR. CASTLE:  He's referencing the Surenos.
23              THE COURT:  When he says "him" --
24              MR. CASTLE:  "Take 'em out."
25              THE COURT:  So you're saying these
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    statements show that he was continuing to be an SNM

2    person?

3              MR. CASTLE:  Yes.

4              THE COURT:  What's the next one about?

5              MR. CASTLE:  "I'm no John Gotti, but I keep

6    it real with my brothers, that's for sure."

7              THE COURT:  Okay.

8              MR. CASTLE:  He's talking to Sammy Griego

9    about the Superman truck.  He says that he wears

10   Superman shirts, and the people in Tennessee don't

11   even know what it's about over here.  That's kind

12   of --

13             THE COURT:  Read that one again to me.

14             MR. CASTLE:  They're talking about the

15   Superman symbol on the truck.  And he says he wears a

16   Superman shirt, and they don't even know what it's

17   about over here.

18             THE COURT:  Who do you think the "they" is?

19             MR. CASTLE:  The --

20             THE COURT:  People in Tennessee?

21             MR. CASTLE:  Yeah, the people in Tennessee.

22   Because he talks about the police there not knowing

23   who he is.  It's actually in the context of the

24   police have been told by New Mexico who he is, but

25   they just see a regular guy, and they don't know what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    he is.

 2              THE COURT:  Okay.

 3              MR. CASTLE:  And then might as well --

 4    while we're up here, there are some other statements

 5    that I was going to bring out.  He said he was going

 6    to stay in Tennessee because he wanted to be out of

 7    the S.  On his phone call it says, "I'm still out

 8    here in Tennessee."

 9              THE COURT:  Now, all the statements you

10    just gave me were ones that he made to Mr. Acee?

11              MR. CASTLE:  Over the phone calls that Mr.

12    Acee was monitoring and setting up with Sammy Griego,

13    as part of a recorded call.

14              THE COURT:  So he's listening to recorded

15    calls now?

16              MR. CASTLE:  I think he was monitoring

17    those calls at the time.

18              THE COURT:  Mr. Acee was?

19              MR. CASTLE:  Yes.  It doesn't really tell

20    us.  They don't give us that information.

21              MR. CASTELLANO:  He wouldn't have been

22    speaking directly to Agent Acee because those were

23    undercover operations, so those would be statements

24    by Gerald Archuleta to third parties who were

25    cooperating with the United States.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. CASTLE:  Were they not monitoring them?

2              MR. CASTELLANO:  I don't know if they were

3     monitoring real-time or afterwards.  That, I'm not

4     sure about each particular call.

5              MR. CASTLE:  I can ask.

6              THE COURT:  The one that you gave me, the

7     list, before we get to the other statements, the ones

8     you gave me, are those ones that were made directly

9     to Mr. Acee?

10             MR. CASTLE:  No, they would have been made

11    either to Sammy Griego or Eric Duran, with the FBI

12    monitoring it, because they're all set up to do it.

13             THE COURT:  They'd be listening to the FBI

14    tapes.

15             Okay.  Now, the statements you're about to

16    give me are going to be -- where do they come from?

17             MR. CASTLE:  This comes from the same

18    calls.

19             THE COURT:  Same calls.

20             MR. CASTLE:  The next one is, "I'm still

21    out here in Tennessee.  It's almost that time to go

22    back, you know what I mean," meaning going back to

23    New Mexico.  There are several statements he makes

24    where he says he's going to go back to New Mexico.

25    That impeaches his statement that he was never
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      intending to come back to New Mexico.
 2              And then finally -- I can't read my
 3      handwriting, Judge -- so --
 4              THE COURT:  You took a shot at me.  My
 5      feelings were hurt up here.
 6              MR. CASTLE:  One more quote, Your Honor.
 7      He's talking about Eric Duran and he says, quote,
 8      "I'm down for whatever, just what's up, you know,
 9      like, you know, whatever."
10              THE COURT:  And this is a monitored call?
11              MR. CASTLE:  Yeah, he's down for whatever.
12      I think --
13              THE COURT:  Well, it sounds to me like
14      these are ones that should come in with a limiting
15      instruction.
16              MR. CASTELLANO:  Right.  The problem is
17      it's very abstract, so Agent Acee is at a
18      disadvantage not knowing the surrounding
19      conversation.  I agree with the Court.  I see where
20      you're coming from.  But they're isolated statements.
21              THE COURT:  They are.  But let me go ahead
22      and give an instruction, and then you're just going
23      to get these out.
24              MR. CASTLE:  Yes.
25              (The following proceedings were held in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    open court.)

 2              THE COURT:  All right.  Mr. Acee is going

 3    to testify to some statements that Mr. Archuleta made

 4    in some monitored phone calls.  The FBI monitored the

 5    calls.  And he's going to testify to us about some

 6    statements that Mr. Archuleta made.  Again, you can

 7    only consider these, not for the truth of the matters

 8    that are going to be stated by Mr. Archuleta through

 9    Mr. Acee's testimony, but you can only consider these

10    for determining whether Mr. Archuleta, when he was

11    testifying before you, was telling you the truth.  So

12    you can only use these to determine Mr. Archuleta's

13    credibility.

14              All right.  Mr. Castle.

15              MR. CASTLE:  Yes, thank you, Your Honor.

16    BY MR. CASTLE:

17         Q.   Agent Acee, was there a leader of the SNM

18    by the name of Pup, or nickname by the name of Pup?

19         A.   Yes.

20         Q.   And, you know, the jury may remember

21    testimony, but I just want to make sure that we

22    clarify.  He was one of the people that were trying

23    to kill Mr. Marcantel and Mr. Santistevan, at least

24    was setting it up?

25         A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   So going to those calls, these calls that

2    were made when Mr. Archuleta using Eric Duran, the

3    three people you were talking about, those calls were

4    set up with monitoring and recording; is that right?

5        A.   Yes.

6        Q.   And the FBI would take care of that aspect,

7    you didn't leave that up to those people, right?

8        A.   There were -- FBI equipment captured the

9    conversations.

10       Q.   And in those conversations do you recall

11   Mr. Archuleta -- I'm going to go through a series of

12   them -- the first one saying, "I'm not never going

13   against Pup"?

14       A.   That sounds familiar.

15       Q.   And in reference to the fact that the SNM

16   was kind of fractionalized, do you recall Mr.

17   Archuleta saying, "The only way we'll get back

18   together is if we take 'em out"?

19       A.   I'm not sure about that one.

20       Q.   I'll see if we can grab that for you.  I

21   think the one that we were talking about earlier, Mr.

22   Archuleta saying, "I'm no John Gotti, but I keep it

23   real with my brothers, that's for sure."

24       A.   That sounds familiar.

25       Q.   And do the members of the SNM often call

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    each other "brothers"?

2        A.   Yes.

3        Q.   We talked with Mr. Griego about the fact

4    that he has this truck with the Superman symbol, the

5    S on it?

6        A.   Yes.

7        Q.   And do you remember him talking to Mr.

8    Archuleta about that, and Mr. Archuleta responding

9    that he wears Superman shirts, and that "they,"

10   meaning the people in Tennessee, "don't even know

11   what it's about over here"?

12       A.   I remember that.

13       Q.   Do you recall him talking about coming back

14   to Albuquerque to perhaps participate in a hit of

15   someone?

16       A.   I remember trying to pull him back here.  I

17   don't remember exactly how that conversation went.

18       Q.   Do you recall him saying, "I'm still out

19   here in Tennessee.  It's almost that time to go back

20   home, you know what I mean?"

21       A.   That sounds familiar.

22       Q.   During a conversation with Mr. Duran, he --

23   do you recall him talking about the fact that he'd

24   sent some letters out -- Mr. Archuleta had sent some

25   letters out -- one to Eric Duran, in fact?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, sir.

2      Q.   Okay.

3           THE COURT:  Mr. Castle, do you want take

4  all these statements tomorrow?

5           MR. CASTLE:  Yes.  That would be great.

6

7  EXCERPTS CONCLUDED

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                           C-E-R-T-I-F-I-C-A-T-E

2

3    UNITED STATES OF AMERICA

4    DISTRICT OF NEW MEXICO

5

6

7         I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8    Official Court Reporter for the State of New Mexico,

9    do hereby certify that the foregoing pages constitute

10   a true transcript of proceedings had before the said

11   Court, held in the District of New Mexico, in the

12   matter therein stated.

13        In testimony whereof, I have hereunto set my

14   hand on May 20, 2018.

15

16

17

18                        _____
                          Jennifer Bean, FAPR, RMR-RDR-CCR
19                        Certified Realtime Reporter
                          United States Court Reporter
20                        NM CCR #94
                          333 Lomas, Northwest
21                        Albuquerque, New Mexico 87102
                          Phone:  (505) 348-2283
22                        Fax:    (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com