1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3

4  UNITED STATES OF AMERICA,

5      Plaintiff,

6      VS.              CR. NO. 15-4268 JB

7  ANGEL DELEON, et al.,

8      Defendants.

9

10

11     Transcript of excerpts of testimony of

12          JIMMIE RAE GORDON

13           May 16, 2018

14

15

16

17

18

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Do the defendants have their
 2    next witness or evidence?
 3              MR. COOPER:  Yes, Your Honor, the defense
 4    would call Jimmie Rae Gordon to the stand.
 5              THE COURT:  Mr. Gordon, if you'll come up
 6    and stand next to the witness box on my right, your
 7    left.  Before you're seated, my courtroom deputy, Ms.
 8    Bevel, will swear you in.
 9                     JIMMIE RAE GORDON,
10         after having been first duly sworn under oath,
11         was questioned and testified as follows:
12                     DIRECT EXAMINATION
13              THE CLERK:  Please be seated.  Please state
14    your name and spell your last name for the record.
15              THE WITNESS:  Jimmie Gordon, G-O-R-D-O-N.
16              THE COURT:  All right.  Mr. Gordon.  Mr.
17    Cooper.
18              MR. COOPER:  Thank you, Your Honor.
19    BY MR. COOPER:
20         Q.   Good morning, Mr. Gordon.
21         A.   Good morning.
22         Q.   Are you here today pursuant to a subpoena
23    that was served on you requesting that you appear
24    today to testify in this matter?
25         A.   Correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Mr. Gordon, have you ever served any prison
2   time in the Department of Corrections of the State of
3   New Mexico?
4        A.   Correct.
5        Q.   In the late 2000 and early 2001 time
6   period, were you serving time at the Southern New
7   Mexico Correctional Facility?
8        A.   That is correct.
9        Q.   Where else have you served any time?
10       A.   All throughout New Mexico.
11       Q.   Most every facility?
12       A.   Every facility.
13       Q.   Okay.
14       A.   Right.
15       Q.   Now, in January of 2000, did you have
16  occasion to be transferred to Southern New Mexico
17  Correctional Facility?
18       A.   That is correct.
19       Q.   Do you remember the date that you went
20  there?
21       A.   I do not.
22       Q.   Ms. Gilbert, would you please bring up
23  Government's Exhibit 880, please.
24            Now, Mr. Gordon there is on the screen a
25  document.  At the top of the document has the name
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    Gordon, Jimmie Rae, and the New Mexico Corrections
 2    Department number.  Does that number -- is that your
 3    number?
 4         A.   Correct, it is.
 5         Q.   And that's your name?
 6         A.   Correct.
 7         Q.   I'll direct your attention to page 3 of 3.
 8    Now, at the bottom of that page just above the red
 9    line that I drew on that document, does that refresh
10    your recollection as to when you might have gone to
11    Southern?
12         A.   Sure.  If that's what it says, I'm pretty
13    sure it is.
14         Q.   And that date is January 18, 2000?
15         A.   Correct.
16         Q.   And from that time to the date of March the
17    8th, 2001, does it appear that all of those locations
18    are at Southern New Mexico Correctional Facility?
19         A.   That is correct.
20         Q.   And can you tell us when you were
21    transferred out of Southern New Mexico Correctional
22    Facility and where you went to?
23         A.   It looks like in March, Central New Mexico
24    Correctional Facility.
25         Q.   And that would be March the 8th?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.

 2        Q.    You went to Central?

 3        A.    Correct.

 4        Q.    And so you went from Southern New Mexico

 5   Correctional Facility in Las Cruces to the Central

 6   New Mexico Correctional Facility, which is located

 7   where?

 8        A.    Los Lunas.

 9        Q.    Okay.  We're going to come back to that

10   document a little later.

11             Are you a member of the Syndicato de Nuevo

12   Mexico?

13        A.    No.

14        Q.    Never have been?

15        A.    Never have been.

16        Q.    Can you describe for me, please, your

17   relationship.  You know people who were members of

18   the SNM; correct?

19        A.    Correct.  You can't be incarcerated with

20   them without knowing them.

21        Q.    Okay.  And can you describe what sort of a

22   relationship you had with SNM?

23        A.    Sure.  I was actually the law library

24   clerk, what you call an inmate paralegal.  And a lot

25   of my interaction came with them coming in and out of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the law library.

2         Q.   Okay.  And did you ever become close with

3    some of the leaders of the SNM?

4         A.   That is correct.

5         Q.   And can you give me a couple of names?

6         A.   Lino G.

7         Q.   Okay.

8         A.   Styx.

9         Q.   T-Bone?

10        A.   T-Bone, correct.

11        Q.   Okay.  And at the time you were at Southern

12   New Mexico Correctional Facility, who was the holder

13   of the keys or who was the leader of the SNM?

14        A.   It changed.

15        Q.   Okay.

16        A.   At a period of time you had Lino G, which

17   was called Sexy Walker.

18        Q.   Okay.  Let me stop you there for just a

19   minute.  Lino G, was he the leader until such time as

20   he was transferred out?

21        A.   Correct.

22        Q.   Okay.  And do you recall when that might

23   have been?

24        A.   I do not.

25        Q.   Would it help you if I brought up an

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    offender location history for Lino?

 2         A.   We can try that.

 3              MR. COOPER:  Ms. Gilbert, I believe that's

 4    at Government's Exhibit 557.

 5              MS. GILMAN:  Do you have a Bates number?

 6              MR. CASTELLANO:  884.

 7              MR. COOPER:  Thank you, Counsel.

 8         Q.   So if you look at the bottom three lines of

 9    this document, the bottom one, November 15, 1999

10    until May 15, 2000, it appears that Mr. Giron was

11    located at SP1 G2205.  That would be a Southern cell,

12    wouldn't it?

13         A.   I believe so.

14         Q.   And then from 5/15 of 2000, until February

15    5 of 2001, he was at a different cell at that same

16    facility.  And on February 5, 2001, it appears that

17    he was transferred to PNM?

18         A.   Correct.

19         Q.   And PNM is what?

20         A.   Penitentiary of New Mexico.  I'm not

21    certain if it's Level 4 or 5.

22         Q.   And then the next line shows that February

23    5, 2001 until March 3, 2001 he was at the North

24    Facility, and then eventually goes on to Virginia;

25    correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    Correct.

 2          Q.    So he left Southern February 5 of 2001?

 3          A.    Correct.

 4          Q.    So until that time was he the leader?

 5          A.    Correct.

 6          Q.    Okay.   T-Bone was also a fairly powerful

 7    leader of the SNM?

 8          A.    Correct.

 9          Q.    But not as powerful as Lino?

10          MR. CASTELLANO:   Objection to leading

11    questions.

12          MR. COOPER:   I will rephrase.

13          Q.    Did T-Bone have occasion to leave Southern

14    about the same time as Lino, if you know?

15          A.    I can't answer that truthfully.   I'm not

16    sure.

17          Q.    Okay.   But at some point he left Southern?

18          A.    Correct.

19          Q.    When Lino and T-Bone left, can you tell

20    who -- what happened to the leadership of the S?

21          A.    Sure.   Once they were shipped out, they had

22    a bunch of individuals within their organization that

23    came up, that wanted to pretty much be the shot

24    caller.

25          Q.    Okay.   And did somebody eventually rise to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the top?
 2           MR. CASTELLANO:  At this point I'm also
 3   going to ask for foundation.  He's indicated that he
 4   was not an SNM Gang member.
 5           THE COURT:  Well, you got any more you can
 6   give on foundation?
 7           MR. COOPER:  Absolutely.
 8           THE COURT:  I mean, I think --
 9      Q.   Absolutely.  So you worked -- tell me some
10   more about being the law librarian.
11      A.   Sure.  In the law library, as far as my
12   task, I would assist inmates with their cases, writ
13   of habeas, whatever it may be.  That's pretty much
14   what I would do in the law library.
15      Q.   Did you ever have occasion to represent SNM
16   members at disciplinary hearings?
17      A.   Correct.
18      Q.   Okay.  And how often did you do that?
19      A.   The whole 16 years I was down, probably a
20   couple hundred times.
21      Q.   And how would you describe your
22   relationship with the SNM members?  Did they like
23   you?
24      A.   They did.  I never had any issues with any
25   of them.  Always treated me with respect.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Did they trust you?
 2        A.   They did trust me, correct.
 3        Q.   Did you become good friends with some of
 4   them?
 5        A.   Correct.
 6        Q.   Do you think those good friends trusted
 7   you?
 8        A.   I believe to a certain point, correct, yes.
 9        Q.   Did SNM members ever have meetings in the
10   library?
11        A.   Yes, they did.
12        Q.   And did they ever discuss SNM business in
13   the library?
14        A.   Yes, they did.
15        Q.   While you were present?
16        A.   Correct.
17        Q.   And why did they do that while you were
18   present, if you weren't an SNM member?
19        A.   Well, they would meet in the back of the
20   law library.
21        Q.   Okay.
22        A.   Back with the legal books in the stacks in
23   the back.  It was quiet.  There is really no one
24   around.  Myself and my boss, which was the DOC
25   librarian, which is Geraldine Martinez.  So the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   majority of the time, I mean, they'd meet back there
 2   to talk to each other.  It was a quiet place.
 3        Q.   Do you think they had any concern about
 4   whether or not you could overhear those
 5   conversations?
 6        A.   It came up a few times, and certain
 7   individuals would always reassure them, No, that's
 8   not an issue.
 9        Q.   Okay.  Did the members of the SNM ever
10   trust you enough to hold any of their belongings?
11        A.   Sure.
12        Q.   What sorts of belongings?
13        A.   Paperwork.
14        Q.   Now, what kind of paperwork?
15        A.   I would be requested to see why the
16   individuals were there.  People would roll up, come
17   to the facility, and it would be brought to me to
18   find out what their charges were, to see if they had
19   testified on anybody.
20        Q.   And how would you do that?
21        A.   From access to the law library, you have
22   access to a lot of different things.
23        Q.   And in so doing, would you ever create
24   paperwork?
25        A.   I would print out paperwork.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.   You would print out paperwork?
 2         A.   Yes.
 3         Q.   And would you give that paperwork to the
 4    SNM leaders?
 5         A.   Correct.  One thing you have to understand
 6    is in prison I do not have access to the internet.
 7    So the majority of the stuff that was actually
 8    collected was from my boss, which was Geraldine
 9    Martinez.  So I would obtain it that way, correct.
10         Q.   Okay.  And she trusted you enough to allow
11    you access to those sorts of documents?
12         A.   Correct.
13         Q.   Did you have occasion or did you have the
14    ability to ask other individuals in the facility to
15    obtain other documents that might have been located
16    in other locations?
17         A.   Correct.  I did not have access to get into
18    the security computers.  So you would have to go to
19    the clerk of security -- which would be an inmate;
20    they work for the Major -- and ask them to obtain
21    information.
22         Q.   And you would oftentimes request
23    information from the clerk?
24         A.   Correct.
25         Q.   That worked in the Major's office?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    And would that -- do you remember that
 3   individual's name?
 4        A.    Donny Morris.
 5        Q.    And would Donny Morris give you the items
 6   that you had requested?
 7        A.    That is correct.
 8        Q.    And typically, what sorts of items, what
 9   sorts of documents would he copy for you from the
10   Major's office?
11        A.    STIU, STG information, escape flyers.
12        Q.    And why were you --
13        A.    Alpha rosters.
14        Q.    And why were you requesting those sorts of
15   documents of Mr. Morris?
16        A.    I would be requested to get them to find
17   out why individuals were incarcerated, what their
18   charges were, so on and so forth, to provide them to
19   individuals that were requesting them.
20        Q.    And those individuals that were requesting
21   them, were they members of a particular gang?
22        A.    Correct.
23        Q.    What gang?
24        A.    The SNM.
25        Q.    And were they typically the leadership of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that gang?

2          A.    Correct.

3          Q.    The documents that they would request you

4    to locate, copy for them, did those documents ever

5    have an indication of what gang affiliation an

6    individual may have?

7          A.    Sure.  If they were STG or STIU, correct,

8    they would have, yes.

9          Q.    They would have that information in those

10   documents?

11         A.    Correct.

12         Q.    So if somebody were to be a member of Los

13   Carnales, for instance, would that be noted in the

14   documents that you were trying to get copied for the

15   leadership?

16         A.    In some cases, yes.

17         Q.    Now, when you would make copies of those

18   documents that either you had access to on the

19   unsecured either computers or files in the library or

20   the documents from the secured location where

21   Mr. Burg was working, when you printed those out,

22   what did you do with them?

23         A.    I would take them over to the individual

24   that was requesting them.  Most of the time it was

25   Lino G.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.  And after Lino G left, who requested

 2   them?

 3        A.   After Lino G left, again it was internal;

 4   people were kind of fighting on who was going to take

 5   over.  At that point in time, I want to say I

 6   probably gave some to Smurf.

 7        Q.   Okay.  And Smurf's name is?

 8        A.   Lucero.

 9        Q.   Leroy Lucero?

10        A.   Right.

11        Q.   Now, after you give these documents to

12   either Lino G or to Smurf, would they retain those

13   documents in their cells?

14        A.   A lot of times they would review them and

15   they would give them back to me.  Sometimes they

16   would take them with them.  Very rarely was I ever

17   shaken down.  I was in the honor unit.

18        Q.   Now, what do you mean shaken down?

19        A.   My cell searched.

20        Q.   Okay.  What about SNM members, did they

21   have their cells searched?

22        A.   Oh, constantly.

23        Q.   Constantly.  And as a consequence, would

24   they keep those documents in their own cells?

25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.    What would they do with those documents?
 2          A.    A lot of times they would give them back to
 3    me to hold.  At certain points I'd give them to them.
 4    And I'm not sure what they would do with them, to be
 5    honest.
 6          Q.    During your stay -- let's just talk about
 7    the 2000 to 2001 time period.
 8          A.    Right.
 9          Q.    Did you keep any of those documents for SNM
10    members --
11          A.    Yes, I did.
12          Q.    -- in your cell?
13          A.    Yes, I did.
14          Q.    What about money?  Did you ever keep any
15    money for SNM members?
16          A.    Yes, I did.
17          Q.    And can you tell us -- tell the ladies and
18    gentlemen of the jury about that?
19          A.    There would be certain points in times
20    where I would be asked to hold money.  I would hold
21    money.  And then there would be individuals who would
22    make clocks, I guess you'd call it wood crafting
23    items.  And of course, the money would be placed in
24    those items, the cash.  And then of course visitors
25    would pick those items up.  And that would be how
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    money would be -- cash would be moved out.  Other

 2    ways would be, of course, officers, dirty officers.

 3         Q.   So given all that, do you think the SNM

 4    trusted you?

 5         A.   I do.

 6         Q.   As a result of that trust, do you think you

 7    ever came to the point where you knew a lot about the

 8    business of the S?

 9         A.   I do.

10         Q.   Did you learn about the inner workings of

11    the S?

12         A.   Correct.

13         Q.   Now, to be clear, you were not part of the

14    meetings that were held in the library.  But because

15    they were comfortable with your presence, do you have

16    an opinion as to whether or not they spoke openly in

17    front of you?

18         A.   Sure.

19         Q.   And --

20         A.   They did, the majority of the time.

21         Q.   So if they were talking about SNM business,

22    they wouldn't hesitate to speak in front of you?

23         A.   The majority of the time, no.

24         Q.   Now, once Leroy Lucero assumed the power,

25    were there other individuals that expressed any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    displeasure with the fact that he was now running the
 2    show?
 3          A.   Sure.
 4               MR. CASTELLANO:  Calls for facts not in
 5    evidence.
 6               THE COURT:  Well, I think you can deal with
 7    that on cross.  But I think the question is proper.
 8    Overruled.
 9          Q.   So once Leroy assumed power, leadership
10    after Lino left, did anybody exhibit any displeasure
11    with the fact that Leroy was running the show?
12          A.   There was some, correct.
13          Q.   Do you have -- can you think of anybody in
14    particular?
15          A.   Sure.  Pancho was one.
16          Q.   Pancho was one?
17          A.   Correct.
18          Q.   And Pancho was who?
19          A.   I know him by Pancho.
20          Q.   Okay.  You know him by Pancho?
21          A.   Right.
22          Q.   Was Pancho subsequently killed?
23          A.   He was.
24          Q.   Was he one of the ones that was killed
25    during the double homicide --
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                            e-mail: info@litsupport.com



```
 1        A.   Correct.

 2        Q.   -- in March?

 3        A.   Correct.

 4        Q.   And why did he, if you know, exhibit that

 5   displeasure with the fact that Leroy was running the

 6   show?

 7             MR. CASTELLANO:  Objection, calls for

 8   hearsay.

 9             MR. COOPER:  If he knows.

10             THE COURT:  Well --

11             MR. CASTELLANO:  That's hearsay.

12             THE COURT:  -- see if you can establish

13   that he knows from some nonhearsay source.  I'm

14   trying to think how he would know.  Why don't y'all

15   approach and you can tell me what he's going to say.

16             MR. COOPER:  Your Honor, I'll just

17   rephrase.

18             THE COURT:  Okay.

19        Q.   Mr. Castillo wasn't the only individual who

20   you observed trying to assume leadership, was he?

21        A.   That is correct.

22        Q.   But he was one of them?

23        A.   Correct.

24        Q.   Did you ever see him express displeasure to

25   either Leroy or others about the fact that Leroy had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    assumed the power?

2         A.    Correct.  They had argued, correct.

3         Q.    So you saw the arguments?

4         A.    Um-hum, limited arguments in the library.

5    I don't know what happened in their pods or anything

6    like that.

7         Q.    Okay.  But in -- okay, thank you.

8               Did you ever see individuals looking at

9    kites and compiling hit lists?

10        A.    Correct.

11        Q.    You did?

12        A.    Correct.

13        Q.    And where did that occur?

14        A.    The law library.

15        Q.    And what individuals were doing that?

16        A.    What time?  What?  Before?

17        Q.    Let's talk about after Lino leaves.  So

18   between February 5th, when Lino leaves, and March the

19   8th, when you leave?

20        A.    Okay.  You're asking me to name who was

21   there at the table?

22        Q.    Yes, sir.

23        A.    Smurf, Youngster.

24        Q.    Do you know Youngster by any other name?

25        A.    Eugene Martinez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.   Okay.   Does he also go by Huero?

 2          A.   Huero.   Alex Munoz.   I can't remember if

 3     Jesse Ibarra was there or not.   Spider.

 4          Q.   And who is Spider?

 5          A.   Oh, crap --

 6          Q.   If you know.

 7          A.   Augustine Saenz, I believe.

 8          Q.   Augustine Saenz is also known as Spider?

 9          A.   Correct.

10          Q.   Were you ever given a hit list?

11          A.   Yes.

12          Q.   And who gave you that hit list?

13          A.   Which time?

14          Q.   After Lino leaves --

15          A.   Um-hum.

16          Q.   -- and before you leave.

17          A.   I observed a list.   I was given one after

18     they left -- I was able to see it.   It wasn't

19     actually given to me to hold, but I was able to

20     review it, to see it.

21          Q.   And what was the purpose of allowing you to

22     see it, if you know?

23          A.   Sure.   One of them they wanted me to check

24     and see if I could find out any STIU or STG

25     information to see if -- oh, what's his name?   The
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                              1-800-669-9492



```
 1   other one that was killed.  Not Pancho, but the other
 2   one.  To see if there was any information on him
 3   being Los Carnales.
 4        Q.   And did you see any other names on that
 5   list?
 6        A.   I did.  There was several names on the
 7   list.
 8        Q.   Okay.  And did you do anything as a result
 9   of seeing the names on the list and hearing the
10   request to look into it further?
11        A.   Correct.  After much consideration, I did
12   make sure that the list -- that administration knew
13   of the list.
14        Q.   So did you give them the full list or just
15   a couple of names?
16        A.   A couple of names.
17        Q.   Can you tell me what names those were?
18        A.   You have to remember, this is way back
19   in -- way back.  I've slept since then.  But I do
20   know -- I think one was Donovan Vargas.  I don't want
21   to give you false information.  I don't remember all
22   of the names that were on there.
23        Q.   Would it help if I showed you a document
24   that was prepared back at or near the time where you
25   gave a list of the names?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Sure.  That's correct.
 2        Q.   So does that document refresh your
 3   recollection as to who was on that list?
 4        A.   Yes.
 5        Q.   Now, Mr. Gordon, you say you gave two names
 6   to -- I don't know if you said, or who you said you
 7   gave the names to, or you may have said it and I
 8   forgot.
 9        A.   Administration.
10        Q.   To administration.  And one of the names
11   was?
12        A.   I remember Donovan Vargas.
13        Q.   Donovan Vargas.  And the other one?
14        A.   I don't remember which one.  I really
15   don't.  I can name off a bunch of people from the
16   list that I just seen, and all those seemed to be
17   correct from what I can remember.
18        Q.   And it was a list of nine names, correct?
19        A.   Correct.  And I believe there was an
20   officer or two on there as well, I believe.
21        Q.   And that was a hit list that had been given
22   to you that you saw that Leroy Lucero had, correct?
23        A.   Correct.
24        Q.   Did you have occasion to thwart a hit on
25   two of those individuals?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, I did.

 2        Q.    How did you do that?

 3        A.    I advised administration of the situation.

 4   They removed them from the facility.

 5        Q.    Those two individuals were removed from the

 6   facility?

 7        A.    Um-hum.

 8        Q.    As a consequence of that, did anything

 9   happen to you?

10        A.    Sure.  Administration came in and felt

11   there was a possibility my life was in danger.  They

12   removed me from Southern New Mexico Correctional

13   Facility in the middle of the night, moved me to

14   Central New Mexico Correctional Facility, placed me

15   into the mental health unit to kind of hide me out

16   for a little bit.

17        Q.    And would that have been on March the 8th,

18   2001?

19        A.    Probably.

20        Q.    That's the date that we saw on the screen a

21   minute ago when we were looking at Government's

22   Exhibit 880?

23        A.    Yes, correct.

24        Q.    So how did you notify administration that

25   Donovan Vargas and another individual were going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   be hit?
 2        A.   Wrote a note, advised the caseworker, and
 3   she got ahold of the warden.  Warden Tafoya met with
 4   me.
 5        Q.   Okay.  Was there a copy of that note
 6   floating around?  Did anybody find out that the note
 7   had been written?
 8        A.   Sure.  That's one of the reasons why they
 9   got me out of there when they did.  There was another
10   individual working in the law library.
11             I had also advised Geraldine Martinez,
12   which was my boss, of the situation.  And then I got
13   to thinking she may not report it.  And there are a
14   bunch of reasons why.  But I just thought, well, she
15   may not report it.  That's why I told the caseworker.
16             Well, what she had actually done is she had
17   actually typed it up, and she'd put it on her desk,
18   and turned it over.  The other law librarian,
19   assistant clerk, obtained that, and, of course, gave
20   it to Smurf, and it was passed around.
21        Q.   Now, you said there were reasons why she
22   might not disclose it.  You obviously know something
23   that -- can you tell what those reasons were?
24        A.   Sure.  She was having an affair, you might
25   say a sexual contact, with one of them, and she --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          Q.   One of whom?  One of them?

2          A.   With the SNM.

3          Q.   With an SNM member?

4          A.   Correct.

5          Q.   How do you know that?

6          A.   I was there.  I seen it.

7          Q.   So because of that, you thought there might

8     be a chance that she would not report the fact that

9     there were two hits?

10         A.   Correct.

11         Q.   So rather than rely on her giving word to

12    the warden, you took it upon yourself to get word to

13    him yourself, or to a caseworker?

14         A.   Right.  To the fact that the individual

15    that I gave the information to was Joannie Brown, and

16    she was the director of classification.  She's over

17    the caseworkers.

18         Q.   Okay.  Were you ever present when a green

19    light was ordered to kill Rolando Garza and Pancho

20    Castillo?

21         A.   Yeah.

22         Q.   Can you describe who else was present?

23         A.   Let me just clarify:  The date that they

24    were discussing it at the table, there was Youngster,

25    Smurf, Spider.  I still can't remember if Jesse was

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                               1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   there or not.  At the table there was Alex, Smurf --
 2   I can't remember for sure if Jesse was there, but I
 3   do remember Alex, Smurf, Youngster, Spider.  They
 4   were there at the table when it was being discussed.
 5        Q.   And that was the murders of Rolando Garza
 6   and Frank Castillo?
 7        A.   Correct.
 8        Q.   Was there a discussion as to how the
 9   murders were to take place?
10             MR. CASTELLANO:  Objection, calls for
11   hearsay.
12             THE COURT:  I think this is just a yes/no,
13   question.  So I'll allow this.  Overruled.
14        Q.   Was there a discussion as to how the
15   murders were to take place?
16        A.   Sure.  Strangulation.
17             THE COURT:  Well, just yes/no.  Let's stop
18   there.
19             MR. CASTELLANO:  I'll ask that the rest of
20   the answer be stricken, Your Honor.
21             MR. COOPER:  Your Honor --
22             THE COURT:  I'll strike the last, and the
23   jury will not consider it in its deliberation.
24        Q.   Do you know when --
25             THE COURT:  I think I'm going to undo that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    I think the jury can consider that.  So I'm not going

 2    to strike that information.  So I'll overrule the

 3    objection.

 4            Mr. Cooper.

 5            MR. COOPER:  Thank you, Judge.

 6       Q.   So how was the murder to have occurred?

 7       A.   Silent respect.

 8       Q.   What does "silent respect" mean?

 9       A.   They had discussed it that day as

10    strangulation.

11       Q.   Okay.  So no blood would be shed?

12       A.   Correct.

13       Q.   And when were these killings supposed to

14    occur?

15       A.   They were supposed to take place --

16            MR. CASTELLANO:  Another objection as to

17    hearsay, Your Honor.

18            THE COURT:  I think these are okay.

19    Overruled.

20            MR. CASTELLANO:  May we approach, Your

21    Honor?

22            THE COURT:  You may.

23            (The following proceedings were held at the

24    bench.)

25            THE COURT:  I guess I was thinking these
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   were like the orders that we've seen throughout the

2   trial.  It seems to me that we're just back to

3   orders, and those are nonhearsay.

4           MR. CASTELLANO:  I would agree if they were

5   orders, but he's only asked about discussions,

6   they've talked about things.  And so based on the

7   wording of the question, these are only discussions.

8   Now, if he says they were orders, I agree with the

9   Court, that would change things.  But at this point

10  there has been a discussion about strangulation, and

11  a discussion about a date.  But we're not at orders

12  yet.  It's just talk around the table amongst

13  members.  I agree with the Court, if he says that's

14  an order, that changes things.

15          MR. COOPER:  I believe that they are

16  orders.

17          THE COURT:  Well, why don't you see if you

18  can get a little more.  I guess I think we're there.

19  But see if you can nail it down.  Was he overhearing

20  orders being given, and if they were, I'll just leave

21  it where it is.

22          MR. CASTELLANO:  Okay.

23          THE COURT:  I'm inclined to leave it where

24  it is, because it seems to me that's what he's

25  talking about.  He hasn't -- unless I missed

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492



1   something, he's not using the words discussions, is

2   he?   I mean he's saying he heard --

3          MR. CASTELLANO:   The question by counsel

4   was what was being discussed, in essence.

5          MR. COOPER:   I thought he said decided.

6          THE COURT:   Well, the question was:   "Was

7   there a discussion as to how the murders" -- do you

8   want --

9          MR. CASTELLANO:   That would be planning as

10  opposed to an order.   And I think there is a

11  distinction between the two.   He may get there, but

12  he's not there now.

13         THE COURT:   Well, why don't you --

14         MR. COOPER:   I'll continue.

15         THE COURT:   I'm inclined to leave it, but

16  it would probably make me feel better if you can nail

17  it down a little more.

18         MR. COOPER:   I can nail it down.   Thank

19  you.

20         (The following proceedings were held in

21  open court.)

22         THE COURT:   Mr. Cooper.

23  BY MR. COOPER:

24     Q.   So a moment ago I asked you if you were

25  ever present when a green light was ordered for the

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   names on the hit list.  I'd like to ask that again of

2   you.

3       A.   Correct.  I was present when it was being

4   discussed, yes.

5       Q.   Okay.  And during that discussion, did

6   Leroy Lucero order that those hits occur?  Or did the

7   group order that the hits occur?

8       A.   The group came to the conclusion.

9       Q.   That the hits should happen?

10      A.   Correct.

11      Q.   Okay.  And did they then decide how the

12  hits would be carried out?

13      A.   Correct.

14          MR. CASTELLANO:  Same objection, Your

15  Honor.

16          THE COURT:  I think I'm going to leave it.

17  So overruled.

18      Q.   And they decided the hits would be carried

19  out in what manner?

20      A.   Silent respect.

21      Q.   Okay.  And did they decide when the hits

22  would occur?

23      A.   Correct.  They were trying to decide that,

24  correct, yes.

25      Q.   And was a decision ever arrived at as to



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    when they would occur?

2         A.   At that particular time, I do not believe

3    so.   What I do believe -- and I do know -- not what I

4    believe, what I do know, after someone had made a

5    comment --

6              MR. CASTELLANO:  Objection, Your Honor, as

7    to hearsay.  He said he found out afterwards by

8    somebody else.

9              THE COURT:  I'm not sure what the comment

10   is going to be.  So why don't you approach and tell

11   me what you expect the answer to be.

12             (The following proceedings were held at the

13   bench.)

14             THE COURT:  Do you know what this comment

15   is?

16             MR. COOPER:  Your Honor, I believe that

17   he's going to say that Leroy Lucero said that not do

18   it until I leave.

19             THE COURT:  So an order?

20             MR. COOPER:  Yeah.  He's given the order,

21   but he doesn't want the order carried out until after

22   he leaves.

23             THE COURT:  Is that what you expect him to

24   say?

25             MR. COOPER:  That's against interests.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                       1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  He said he heard later, so
 2     it sounds like somebody said something to him after
 3     the fact.
 4              MR. COOPER:  And it was after the fact,
 5     there is no question.
 6              THE COURT:  That he heard it later?
 7              MR. COOPER:  But I think he heard it from
 8     Leroy Lucero, or heard Leroy Lucero talking about it
 9     with others, and that's going to be a statement
10     against interests.
11              MR. CASTELLANO:  Then, no, he was --
12              MR. COOPER:  Or also a co-conspirator
13     statement.
14              MR. CASTELLANO:  Not if it's after the
15     fact, Your Honor.  The conspiracy would have
16     concluded, and Leroy Lucero --
17              THE COURT:  I agree with you on the
18     co-conspirator, probably not on that.  But what about
19     statement against interests?
20              MR. CASTELLANO:  It wouldn't be, because
21     Leroy wasn't an available witness, so a requirement,
22     availability for a statement against interests, and
23     so any statements made after the fact would be
24     hearsay.
25              THE COURT:  I think what he's doing now is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    he's now telling historically what an order was,
 2    rather than telling what the order --
 3              MR. COOPER:  It's also --
 4              THE COURT:  -- is.
 5              MR. COOPER:  But I think -- I'm sorry, I
 6    didn't mean to interrupt.
 7              THE COURT:  That's all right.
 8              MR. COOPER:  It's also an inconsistent
 9    statement from what Leroy Lucero had testified to.
10              THE COURT:  Tell me what --
11              MR. COOPER:  Because Leroy said he didn't
12    give any orders.  He didn't say that this should be
13    done after I leave.
14              THE COURT:  Well, if you're going to
15    impeach that statement, I don't think we yet have him
16    saying something that is inconsistent with that yet.
17    You could go ahead and just impeach.  Why don't you
18    ask a leading impeachment question of Lucero, and get
19    the answer.  And then I think that may be it.  And I
20    may have to instruct the jury that this testimony is
21    coming in just to determine whether Mr. Lucero was
22    truthful on the stand when he testified.
23              MR. CASTELLANO:  If it comes in, we will
24    not request a limiting instruction.
25              MR. CASTLE:  I think what it is is that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   had discussion with Mr. Lucero after this meeting, in

 2   which Mr. Lucero said that he had ordered the hits to

 3   occur after he left.  That is Mr. Lucero's then

 4   present --

 5          THE COURT:  Well, but I think what Mr.

 6   Cooper was saying was he thought it occurred after

 7   the murders occurred.

 8          MR. COOPER:  No, no, no, no, no, no.  After

 9   this discussion.  This discussion -- all of these

10   discussions happened before March the 8th, because on

11   March 8 he's shipped out to Central.  The murders

12   don't occur until March 26, so --

13          THE COURT:  I think it sounds to me we're

14   back to it being an order.  It's just part of the

15   order.

16          MR. CASTELLANO:  I agree, if it's before

17   the murder that it's game.  But the witness said it's

18   later, so we didn't have --

19          MR. COOPER:  I can clear that up

20   definitely.

21          THE COURT:  Let's try that.

22          (The following proceedings were held in

23   open court.)

24          THE COURT:  Mr. Cooper.

25          MR. COOPER:  Thank you, Judge.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    BY MR. COOPER:
 2        Q.   So any discussions that you would have had
 3    with Leroy Lucero about when those murders were to
 4    occur would necessarily have -- would have had to
 5    have happened before you were transferred to Central
 6    New Mexico Correctional Facility on March the 8th;
 7    correct?
 8        A.   That's correct.
 9        Q.   Because after March 8, you're no longer
10    housed with Leroy?
11        A.   That is correct.
12        Q.   So then you heard Leroy give the order that
13    it not happen until after he left?
14        A.   What I heard is we had a turn-in -- can I
15    explain it?
16        Q.   Sure.  You had a what?
17        A.   We had a turn-in.  And that's where --
18        Q.   What's a turn-in?
19        A.   Okay.  A turn-in is where you're told you
20    have to leave the law library and return back to your
21    pods for count, for lockdown, whatever.  So what I
22    did hear is I did hear Smurf tell Eugene Martinez
23    that nothing was to be carried out until after he
24    left.
25        Q.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Eugene had been wanting to do it right

 2   away.

 3        Q.    Sooner?

 4        A.    Correct.

 5        Q.    But Leroy Lucero, Smurf, said, No, not

 6   until after I leave?

 7        A.    Correct.

 8        Q.    And this conversation would have occurred

 9   before you left to Central, right?

10        A.    Correct.

11        Q.    Which just doesn't make sense it could

12   occur once you got to Central, and he --

13        A.    No.

14        Q.    -- and Youngster are still at --

15        A.    Right.

16        Q.    Okay.  I'd like to go back to the hit where

17   Mr. Donovan Vargas and the other individual that you

18   can't remember his name was to occur.  Do you

19   remember any of the details about when that hit was

20   supposed to happen?

21        A.    I don't.

22              MR. COOPER:  May I approach the witness,

23   Your Honor?

24              THE COURT:  You may.

25        Q.    So I'm going to hand you a document to see
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    if this is will refresh your recollection as to

2    whether or not you can recall when the hit was to

3    have occurred.

4          A.   Okay.  You're asking the time of day?

5          Q.   Or just any details about the hit.

6          A.   Correct.  Yeah, it was supposed to be

7    carried out in the early morning, right after

8    breakfast.  That is correct.

9               MS. TORRACO:  Your Honor, I apologize.  I'm

10   sorry to interrupt.  I can't hear the witness.

11              THE WITNESS:  Sorry.

12         Q.   Well, let me get to a microphone, you get

13   to yours.

14         A.   Okay.

15         Q.   So after reviewing the document that was

16   prepared by an FBI agent concerning your discussions,

17   do you now recall any of the details as to how the

18   hit on Donovan Vargas and the other individual was to

19   occur?

20         A.   Correct.  It was to occur that morning, in

21   the early morning hours.

22         Q.   And that's the hit that you stopped by

23   giving word to administration?

24         A.   That is correct.

25         Q.   And then those guys were subsequently moved

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   out?

 2        A.   Correct.

 3        Q.   And as a consequence, you were moved out?

 4        A.   Correct.

 5        Q.   At the time that you gave -- Ms. Brown, I

 6   believe was her name?

 7        A.   Joannie Brown.

 8        Q.   Joannie Brown.  At the time you gave

 9   Joannie Brown the name of the two individuals and the

10   details that they were going to be hit the next

11   morning, did you give them any other names of

12   individuals that were on that hit list that you had

13   seen?

14        A.   No, not at that time.

15        Q.   Not at that time.  How do you feel about

16   that?

17        A.   I feel bad.

18        Q.   Why is that?  I know this is difficult.

19        A.   No, I mean, two people died, um-hum.

20        Q.   What two people died?

21        A.   Pancho and Looney.

22        Q.   Would you -- I didn't --

23        A.   Pancho and Looney.

24        Q.   Okay.  And do you feel some responsibility

25   for that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Somewhat, yeah.

2       Q.   How could you have stopped it?

3       A.   If I would have just given all the

4  information to them.  But I didn't.

5       Q.   And why didn't you?

6       A.   Because, one, if you give out the

7  information and everybody gets locked down, for

8  certain someone is ratting.  They're going to find

9  out, then I would be dead.

10      Q.   Okay.  And there were only a few people

11 that knew about that hit list probably, right?

12      A.   That's correct.

13      Q.   The individual you named and yourself?

14      A.   Correct.

15      Q.   Were you ever given 15 to 20 Department of

16 Corrections Inmate Information Master Record Flyers

17 by a SNM leader?

18      A.   Correct.

19      Q.   And who was that that gave you those?

20      A.   Lino G had given me some, and so did Smurf.

21      Q.   Okay.  And where did those -- what are they

22 called?

23      A.   Escape flyers.

24      Q.   Escape flyers?

25      A.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you know where they came from?

 2        A.   They have to be printed out of the security

 3   mainframe.

 4        Q.   Okay.  And that's where Donny Morris

 5   worked?

 6        A.   Correct.

 7        Q.   So what did you do with the 15 or 20 that

 8   Smurf had given you?

 9        A.   I had begun to check and see why the

10   individuals were there, and see if there were any

11   individuals that were Los Carnales.  That's some of

12   the reasons why.

13        Q.   Do you recall making a second set of

14   documents and then giving one set to a CO?

15        A.   Correct, I did.

16        Q.   And can you describe for us, please, what

17   occurred, what you did?

18        A.   Sure.  The reason why I gave -- made a copy

19   of the set of documents I gave to the CO, so they

20   could get to administration to prove to them that,

21   hey, this is happening, you know, this is here, this

22   is happening, you know.  Otherwise, you can just go

23   and say something to someone, and if there is no

24   proof, you know, I'm just another inmate.  So that's

25   why I did that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Do you remember another time when you gave

2  some documents to Isaac Barela?

3      A.   Correct, Officer Barela.

4      Q.   And who gave you those documents and

5  instructed you to give them to Officer Barela?

6      A.   I can't, remember, to be honest.

7      Q.   Okay.

8           MR. COOPER:  May I approach, Your Honor?

9           THE COURT:  You may.

10      A.   It could have been Lino G.

11      Q.   Mr. Gordon, do you now remember what

12  happened with regard to the documents that you gave

13  to Isaac Barela?

14      A.   Correct, that specific time.

15      Q.   Okay.

16      A.   When you're asking this stuff, there is

17  numerous times this happened, so I'm not sure what

18  you're referring to.

19      Q.   Well, I'm sorry.  I need to be more

20  specific.

21      A.   Right.

22      Q.   So there were times when you gave them back

23  to administration?

24      A.   Sure.

25      Q.   But this particular time can you tell

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1    why -- or well, who gave you the 15 to 20 --

2         A.    That particular --

3         Q.    -- escape flyers?

4         A.    That particular time Smurf gave me those,

5    that is correct.

6         Q.    And what did he want you to do with them?

7         A.    He asked me to make two sets, two copies of

8    those.  I had a little bit of difficult time doing it

9    at that time because the law library printer was

10   down.  But anyway, so made two sets, was told to put

11   one set, fold it, and give it to Officer Barela.  And

12   I did so, or went to do so.  And Captain walked in

13   while I was giving it to him.  We had to hurry up

14   real quick and make an excuse.

15        Q.    Okay.  What did you do with the other set?

16        A.    I believe at that time -- I can't remember

17   what I did with the other set.  I don't know if I

18   took them back with me.  I don't think so.  That was

19   2001, whenever.  I don't remember, to be honest.

20        Q.    And do you remember whose escape flyers

21   those were, or who among that 15 to 20?

22        A.    Man, I hate to lie, because I can't answer

23   it correctly.  I'm thinking it was Eugene, Spider.

24   That particular time that's who I'm assuming it was,

25   I'm thinking it was.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Okay.  Would it help refresh your
 2   recollection if I were to show you the document that
 3   was prepared?
 4        A.   I think Donovan was one of them.
 5        Q.   A document that was prepared three days
 6   after this incident where you talked with them?
 7        A.   Right.
 8             MR. COOPER:  May I approach, Your Honor?
 9             THE COURT:  You may.
10        A.   Correct.
11        Q.   Now, at the time that you reported to the
12   FBI agent who among the 15 or 20 -- can you tell me
13   who those people were?
14        A.   Do you want me to read from this?
15        Q.   Without reading it, can you tell me --
16   well, how many of them -- how many inmates were there
17   that you remembered three days after this incident?
18   And you can look at --
19        A.   Sure.  All the ones that are here,
20   definitely.  I mean, that was just three days.  It's
21   not years, like it's been already.
22        Q.   So can you tell me who -- let's try without
23   reading it -- who -- and I think there was probably
24   nine or 10 of them?
25        A.   There was Youngster, Spider, Dondin -- his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   name is Jose Gutierrez; we called him Dondin; some

 2   say D, some say T.  Who knows?  Just put down

 3   whatever you think, I guess.  Jaime Bustamante.

 4   There was quite a few.

 5        Q.   Okay.  Was Donovan on that list?

 6        A.   He was, correct.

 7        Q.   Was --

 8        A.   And so was Looney and Pancho.

 9        Q.   Toby Romero?

10        A.   Correct.

11        Q.   What about Jeremiah Baca?  Was he on it?

12        A.   He was, yes.

13        Q.   And Spider, again, is Augustine Saenz,

14   right?

15        A.   Correct.  It helps me sometimes if you say

16   what they go by, because I don't know them as

17   their --

18        Q.   And Donovan Vargas was also known as

19   Spider?

20        A.   Correct.

21        Q.   Mr. Gordon, I hate to ask this, but there

22   was a really horrific event that happened to you when

23   you first entered prison.

24        A.   Do I have to talk about all that?  Can I

25   just say yes, and that's it?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Yeah, just say yes.

 2        A.   Yes.

 3        Q.   Okay.  And with regard to this question,

 4   just give me a yes or no answer, I don't want any

 5   explanation.  But were you ever assaulted by SNM

 6   members in a very personal way?

 7        A.   Um-hum.

 8        Q.   Yes?

 9        A.   Yes.

10             MR. COOPER:  Thank you, Mr. Gordon.  I have

11   no further questions.

12             THE COURT:  Thank you, Mr. Cooper.  Any

13   other defendant have direct examination of

14   Mr. Gordon?

15             All right.  Mr. Castellano, do you have

16   cross-examination of Mr. Gordon?

17             MR. CASTELLANO:  Thank you, Your Honor.

18             THE COURT:  Mr. Castellano.

19                     CROSS-EXAMINATION

20   BY MR. CASTELLANO:

21        Q.   Good morning, Mr. Gordon.

22        A.   How are you doing, sir?

23        Q.   I'm doing okay.  How are you?

24             I have to ask you, before you took the

25   stand, did the attorneys advise you that you were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   going to be admitting to criminal liability on the

 2   stand?

 3        A.   No.

 4        Q.   Do you understand that some of the things

 5   you've told the jury today do subject you to criminal

 6   liability?

 7        A.   No.

 8             MR. COOPER:  Objection, Your Honor.  May we

 9   approach?

10             THE COURT:  You may.

11             (The following proceedings were held at the

12   bench.)

13             MR. COOPER:  Judge, I think these questions

14   amount to threats to this individual witness.  And I

15   just don't think it's appropriate to go down this

16   line of questioning.

17             THE COURT:  I'm not sure, how much more are

18   you wanting to do on this aspect of it?

19             MR. CASTELLANO:  Here's the problem with

20   his testimony:  He's implicated himself in these

21   murders because he maintained the hit list, and he

22   used to keep the list in his cell and investigate

23   whether people were Los Carnales Gang members, for

24   example.  That is a --

25             THE COURT:  But given where we are, what do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you want to do?  What is helpful at this point to

 2    telling him that?  I mean, it's true, but what is the

 3    goal of telling him that?

 4              MR. CASTELLANO:  I need to make sure he

 5    knows what he's getting into.  He is --

 6              THE COURT:  But hasn't the train left the

 7    station now?

 8              MR. CASTELLANO:  It kind of has; that's the

 9    problem.  I raised this issue with the Court before

10    he took the stand.

11              THE COURT:  I mean, he's got an attorney.

12    I can't interfere with that relationship.  Ms. Bevel

13    contacted Mr. Crutchfield and we were assured that he

14    knew he was going to testify today.  And he said he

15    didn't need to be here.  I don't know what more I can

16    do.

17              MR. CASTELLANO:  I agree.  And I raised

18    this issue beforehand.  It's a big problem.  And I

19    don't think he knew what he was getting into on the

20    stand.

21              THE COURT:  Well, that may be.  I'm

22    concerned about it.  But given where we are, what do

23    you want to achieve by telling him that he really may

24    have messed up?

25              MR. CASTELLANO:  I want to make sure that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  he is doing this knowingly, intelligently, and

2  voluntarily.  The money is money laundering that he

3  did on behalf of the gang.  He was keeping a list in

4  his cell for the gang.  He was investigating people

5  for the gang.  I don't know what we do with this.

6  And I have a right to cross-examine him.

7         THE COURT:  Listen, I'll let Mr. Castellano

8  go a little bit longer, just so the jury can assess

9  his -- you know, the voluntariness of his statements.

10  I think those go to his credibility at this time.

11  But I'm not sure what we can do about it at the

12  present time.

13         MR. COOPER:  Sure.  But I think it's

14  more -- these questions ought to be designed to

15  inform the jury as to his credibility, not designed

16  to obtain evidence for a future prosecution.

17         MR. CASTELLANO:  I mean, this is very

18  similar to the cross-examination of Michael Jaramillo

19  by Mr. Sindel; he asked him about the Kastigar letter

20  and whether he knew what he was really protected

21  against.  This is very much in line except this guy

22  doesn't even have a Kastigar letter.

23         THE COURT:  Let me just take these a

24  question at a time.  I think I've got to let Mr.

25  Castellano go a little bit further.  Then you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    welcome to reapproach.  But I think I need to listen
 2    for a little bit.
 3            MR. COOPER:  And I don't think that Mr.
 4    Castellano can infringe upon the attorney-client
 5    relationship.  And I just want to advise the Court
 6    that I'm going to probably object if the questions go
 7    there.
 8            MR. CASTELLANO:  My questions aren't
 9    between him and his attorney.  It's the questions
10    between these attorneys and him.  I'm not going to
11    touch on the conversations with his own attorney.  I
12    just want to know if he knew what he was getting into
13    when they put him on the stand.
14            THE COURT:  Let's let it go a little bit
15    longer.  But I think I've got to give Mr. Castellano
16    some leeway here to challenge his credibility about
17    what he was getting into when he came here.
18            MR. CASTELLANO:  Okay.
19            (The following proceedings were held in
20    open court.)
21            THE COURT:  All right.  Mr. Castellano.
22            MR. CASTELLANO:  Thank you, Your Honor.
23    BY MR. CASTELLANO:
24        Q.  Mr. Gordon, I don't want to beat you up too
25    much on this, but did you know what you would be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    talking about when the attorneys put you on the stand
 2    today?
 3         A.   No, not everything, no.
 4         Q.   Did you understand the implications of
 5    keeping certain lists for the SNM?
 6         A.   No, I didn't.
 7         Q.   Did you understand that by helping the SNM
 8    by, for example, investigating whether people were
 9    Los Carnales Gang members, that was helping the gang
10    investigate its enemies?
11         A.   I didn't understand, no.
12         Q.   Did you understand that there was a war
13    between the Los Carnales and the SNM Gang?
14         A.   No.
15         Q.   And so by providing that information to the
16    gang, are you aware that you were helping to help
17    them locate their enemies for the purpose of
18    assaulting them, or worse?
19         A.   No.
20         Q.   So did you know any of that before you got
21    put on the stand today?
22         A.   No.
23              THE COURT:  Mr. Castellano, why don't we
24    take a 15-minute break here.
25              MR. CASTELLANO:  Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                THE COURT:  And we'll come back in and work
 2      through the lunch hour.
 3                Tomorrow I've got a judges' meeting that's
 4      right about now till about 1:15.  I'm not sure I'm
 5      going to stay for all of it.  But you don't get your
 6      late lunch tomorrow.  So you'll have to take a normal
 7      lunch tomorrow.
 8                All right.  We'll be in recess about 15
 9      minutes.  And then today we'll work through and take
10      a late lunch.  All rise.
11                (The jury left the courtroom.)
12                THE COURT:  Do you think it would be
13      appropriate for me to tell Mr. Gordon that he might
14      want to use this 15 minutes to call Mr. Crutchfield
15      and talk to him?
16                MR. CASTELLANO:  Can we have the discussion
17      without the witness in the room?  I don't want to
18      influence any of his decisions.
19                THE COURT:  Why don't you step outside
20      quickly, Mr. Gordon.
21                MR. CASTELLANO:  I don't know --
22                THE WITNESS:  You guys made me come up
23      here.  I didn't want to come up here.  You guys
24      threatened me to come up here, if I didn't.
25                (Mr. Gordon left the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTELLANO:  Your Honor, I'm not happy
 2    about this, that we're in this situation.  It's not
 3    Mr. Gordon's fault.  I think he should be calling his
 4    attorney at this point.  But now we're kind of stuck
 5    with the situation and I've got to deal with it.
 6            THE COURT:  Well, Ms. Bevel, why don't
 7    you -- any disagreement from the defendants?
 8            MR. CASTLE:  Judge, I think he just -- I
 9    think your comments were heard by him, and I think he
10    knows what to do at this point.
11            THE COURT:  Well, why don't you step out
12    and tell him I think it would be a good idea if he
13    just called Mr. Crutchfield during the break.
14            MR. CASTLE:  Just so the record is clear,
15    Your Honor, we gave Mr. Crutchfield all of
16    Mr. Gordon's reports so that he would know what he
17    had said in the past, and what he was going to be
18    questioned about, so he wasn't coming in blind when
19    he advised his client.
20    EXCERPT 1 CONCLUDED
21
22
      GORDON EXCERPT 2
23
24            THE COURT:  Do we have a witness?
25            MR. COOPER:  Yes, Your Honor, we do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Everything okay?
 2            MR. COOPER:  Everything is good.  He talked
 3   to his lawyer.
 4            THE COURT:  All right.  Do you want to tell
 5   him to come on in then.  All rise.
 6            (The jury entered the courtroom.)
 7            THE COURT:  All right.  Mr. Gordon, I'll
 8   remind you that you're still under oath.  If you want
 9   to return to the witness box.
10            Mr. Castellano, if you wish to continue
11   your cross-examination of Mr. Gordon, you may do so
12   at this time.
13            MR. CASTELLANO:  Yes, sir, thank you.
14            THE COURT:  Mr. Castellano.
15   BY MR. CASTELLANO:
16       Q.   Mr. Gordon, when we took the break, you
17   seemed a little upset when you got off the stand and
18   you mentioned something about threats.  I want to ask
19   you about that.  What were you referring to, sir?
20       A.   I did not want to be here today.
21       Q.   And you're here because you were
22   subpoenaed; is that correct?
23       A.   That's correct.
24       Q.   Now, how did you get here today?  Tell us
25   about who you talked to and how you got here?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Sure.  So do we go back to the FBI or
 2   where?
 3        Q.    In terms of the defense attorneys, who
 4   talked to you about coming to testify?
 5        A.    Sure.  So several months ago -- I say
 6   several months ago, shit, I don't know -- pardon my
 7   language -- maybe a few weeks ago, a month ago or
 8   something, they contacted me, an investigator.  I
 9   refused to talk with them.  I told them they needed
10   to contact my attorney, Mr. Crutchfield.  They did
11   so, and they set up a conference call, and I talked
12   with them over the phone.
13        Q.    What did you think, from your conversations
14   with them, your testimony would be about today?
15        A.    I made it clear to them I didn't want to
16   testify.  I didn't want to come up here and do this.
17   Pretty much I was under the assumption I wouldn't
18   have to.  Of course, here I am.  The U.S. Marshal
19   showed up with a subpoena, and here I am.
20        Q.    And what did they tell you they would be
21   asking you about when you took the stand?
22        A.    About this.
23             MR. COOPER:  Your Honor, hearsay --
24             THE COURT:  Well, I think these are just --
25             MR. COOPER:  -- out-of-court statements.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  I'll sustain that.
 2            MR. CASTELLANO:  I would also submit as a
 3    statement by a party opponent, Your Honor.
 4            THE COURT:  Okay.  Overruled.
 5       Q.   Tell us about the conversation, please, in
 6    terms of what they told you why you would be here?
 7       A.   On the phone they didn't tell me that I was
 8    going to be here for sure.  Today when I show up they
 9    tell me that they just want to talk with me about
10    what I had discussed with them over the phone.
11       Q.   Which was what?
12       A.   Which was about the SNM.
13       Q.   And did you understand the questions that
14    were going to be asked of you once you hit the stand
15    in terms of things you did for the SNM?
16       A.   I understood the things that were here,
17    that they went over, and said that these were
18    questions that they would be asking me, yes.
19       Q.   And for the record since we're taking it
20    down, when you said "here," you held up a report; is
21    that correct?
22       A.   Yes, sir.
23       Q.   It's a report of your prior statements to
24    corrections officials?
25       A.   To the FBI.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.   I told you I wasn't going to beat you up
 2    because I understand the situation you're in right
 3    now.  But I do want to ask you about one more
 4    incident you discussed previously with the clocks.
 5    Now, when it came to the clocks, that wasn't a small
 6    amount of money, was it?
 7         A.   The clocks -- what would happen, it would
 8    be anywhere between -- just all depends.  Sometimes
 9    it would be a few hundred dollars; sometimes it may
10    be 4- or 500.  It just all depend.  I didn't work in
11    the hobby shop.
12         Q.   I think, when you added it up at some
13    point, was it over $30,000 that you thought had been
14    hidden in the clocks?
15         A.   Possibly, over a long period of time.  But
16    not only when I was involved.  Other people were
17    involved.
18         Q.   Right.  So if you totaled that money, that
19    was probably over $30,000 that the SNM had produced
20    through probably illegal means?
21         A.   Oh, definitely.  Oh, yeah, definitely.
22         Q.   Including drug trafficking?
23         A.   Very possible, yeah.
24         Q.   And I mean, they're probably the worst gang
25    in prison, wouldn't you say?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Definitely.
 2        Q.    And earlier you said that they treated you
 3   with respect.  But that wasn't quite accurate, was
 4   it?
 5        A.    No.  He's referring to the beginning.
 6        Q.    And at some point some member of the SNM
 7   actually tattooed you; is that correct?
 8        A.    Correct.
 9        Q.    And what did that tattoo say?
10        A.    I was their property.
11        Q.    And where was that tattoo placed?
12        A.    On my butt.
13        Q.    And since that time, is it fair to say you
14   had that covered up?
15        A.    Correct.
16        Q.    And I take it you didn't particularly
17   appreciate the SNM doing that to you, and treating
18   you as a piece of property?  That's accurate, isn't
19   it?
20        A.    (Witness nods.)
21        Q.    And for the record, I'll just indicate
22   you're nodding yes.
23              Like I said, I'm not going to beat you up
24   much more about those things.  But I do want to ask
25   you about some other important things, okay,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Gordon?

2         A.    Um-hum.

3         Q.    Did you know who Billy Garcia was?

4         A.    I knew him as Wild Bill.  Never met him

5    before.

6         Q.    What did you know about him because of your

7    relationship with the SNM?

8         A.    I always heard that he was the shot --

9              MR. COOPER:  Objection, Your Honor,

10   hearsay.

11             THE COURT:  Well, if he knows from his

12   association with the gang.  If it's just what he was

13   told, then -- I think probably we need to sort out

14   his knowledge, so see if you can lay some foundation.

15             MR. CASTELLANO:  Sure, Your Honor.

16        Q.    So you did certain things for the gang; is

17   that true?

18        A.    I had to do certain things for the gang,

19   correct.

20        Q.    And so for you in prison that was kind of

21   the way you could survive in prison, right, was doing

22   things for the SNM?

23        A.    You do know they gang raped me when I first

24   went in, and used a broom on my rectum, you know

25   that?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                         1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1        Q.   I do, sir.  I wasn't going to ask you
 2   because I know that is a sensitive topic.  So what
 3   I'm saying is the things you did for the gang were
 4   things you did to survive in prison, right?
 5        A.   Um-hum.
 6        Q.   So part of that was learning about the
 7   structure of the SNM.  You served as their paralegal?
 8        A.   Um-hum.
 9        Q.   You knew who the leaders were?
10        A.   Yes, sir.
11        Q.   You knew who some of the members were?
12        A.   Yes, sir.
13        Q.   From the lists that were generated, you
14   knew who some of their enemies were.
15        A.   (Witness nods.)
16        Q.   So through your association, by essentially
17   working for the FBI -- working for the SNM, let's get
18   our letters correct here -- you knew who Billy Garcia
19   was?
20        A.   I knew that he was the jefe.  If you told
21   me right now to point him out in this courtroom, I
22   wouldn't be able to do so.
23        Q.   I'm not going to ask you to point out
24   anybody because you probably don't want to do that
25   either, I take it, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    I'm not going to ask you to do that.  But
 3   you knew him to be a shot caller and a leader in the
 4   SNM?
 5        A.    Correct.
 6        Q.    And when it came to the SNM even at
 7   Southern when you were there, when one leader left,
 8   another leader would take that person's place; is
 9   that fair to say?
10        A.    Fair to say, yes, sir.
11        Q.    That was something you experienced when
12   Lino G left the facility?
13        A.    Correct.
14        Q.    And someone else took his place?
15        A.    Correct.  They exchanged the keys.
16        Q.    Right.  And actually you're familiar with
17   the term; somebody would be a keyholder, right?
18        A.    Correct.
19        Q.    So you knew that Leroy Lucero was leaving
20   prison soon?
21        A.    Correct.
22        Q.    And after he left, that meant somebody else
23   was going to have to take his leadership position?
24        A.    That is correct.
25        Q.    And so if someone like Billy Garcia arrived
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    at the facility, he would be the next person in line?

 2         A.   Oh, definitely.

 3         Q.   Definitely, right, he would be the

 4    keyholder?

 5         A.   Correct.

 6         Q.   Let me ask you about some things, because

 7    certain things happened after you left the facility.

 8    Okay?

 9              I'm going to show you your location

10    history.  I'm going to show you Government's Exhibits

11    83 and Exhibit 880.  Okay, sir, you can either look

12    up here on the screen or on the monitor next to you.

13    And I think it's on the third page of your location

14    history.

15              Okay.  Now, you testified earlier because

16    of things that happened at the facility, you were

17    moved to the Central New Mexico Correctional Facility

18    on March 8 of 2001.  Does that sound about right?

19         A.   Yes.

20         Q.   And looking at -- do you see at the top

21    here, Exhibit 83, that's Billy Garcia's location

22    history?  Do you see that he actually arrived at the

23    facility the day that you left?

24         A.   Right.  I've never met him before.

25         Q.   Right.  And so you didn't even know that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Billy Garcia was arriving at the facility the day

 2   that you left?

 3        A.   No.

 4        Q.   And so once you left the facility, you

 5   didn't know what was going on over there; correct?

 6        A.   No.  Just kites that would come back and

 7   forth.

 8        Q.   And so you had no personal knowledge about

 9   any meetings that took place after you left the

10   facility?

11        A.   No, sir.

12        Q.   And so after you left the facility, you

13   weren't aware that Billy Garcia asked Leonard Lujan

14   to put together some hit teams to kill Looney and

15   Pancho?

16        A.   No, sir.

17             MR. COOPER:  Objection, Your Honor,

18   hearsay.

19        A.   I was not.

20             THE COURT:  Well, I think he's going to say

21   no, so he doesn't know anything of this.

22             MR. CASTELLANO:  I agree, Your Honor.

23   These are questions to establish that he didn't know

24   things.

25        A.   I wasn't there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Right.  So you weren't there, so you didn't
2   know what happened after you left?
3      A.   No, sir.
4      Q.   So you wouldn't have known about a meeting
5   between Billy Garcia and Leonard Lujan, right?
6      A.   No, sir.
7      Q.   And you wouldn't have known that Billy
8   Garcia ordered Leonard Lujan to put two hit teams
9   together?
10          MR. COOPER:  Objection, Your Honor,
11   hearsay.
12          THE COURT:  Well, I think the answer to all
13   this is no, so it's not coming in for the truth of
14   the matter.
15          MR. COOPER:  It's not coming in, then I
16   would object to the form of the question.
17          THE COURT:  Well, it's cross-examination.
18   I think I'll let him establish that he doesn't know
19   any of this, very briefly, and then we need to move
20   on.
21      Q.   So you wouldn't know about a meeting where
22   Billy Garcia ordered Leonard Lujan to put two hit
23   teams together to kill those two men; you wouldn't
24   know that, right?
25      A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Because you weren't there?
 2        A.   I wasn't.
 3        Q.   And you wouldn't know about the meetings
 4   where certain people were picked to do these murders?
 5        A.   No, sir.
 6        Q.   And going back to Leroy Lucero, he actually
 7   told people not to hit Looney and Pancho until after
 8   he left the facility?
 9             MR. COOPER:  Your Honor, may we approach?
10             THE COURT:  I think probably you made the
11   point enough.  So let's move on.  He doesn't know
12   these things.
13             MR. CASTELLANO:  Actually, he testified to
14   that on direct examination regarding the timing of
15   the hit from Leroy Lucero.  That's what I'm getting
16   at.
17        A.   Correct.
18        Q.   Right.  So Leroy Lucero said he was not to
19   be touched until after he left the facility?
20        A.   Yes.
21        Q.   And were you aware that Leroy Lucero was
22   actually protecting Mr. Looney because he actually
23   brought him into the gang?
24        A.   No, I was not aware of that.
25        Q.   You didn't know that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         A.   No.
2         Q.   So you told us about things that happened
3    before you left the facility, but you don't know what
4    happened after you left?
5         A.   Not at the Southern New Mexico Correctional
6    Facility, no.  Until later.
7         Q.   So when it comes to leadership at that
8    point, when you were there, T-Bone and Lino G left
9    the facility?
10        A.   Correct.
11        Q.   So they were not the leaders?
12        A.   Correct.
13        Q.   And you know Leroy Lucero was leaving the
14   facility, so he wouldn't be the leader, leaving Billy
15   Garcia?
16        A.   Correct.
17             MR. CASTELLANO:  No further questions, Your
18   Honor.
19             THE COURT:  Thank you, Mr. Castellano.
20             Before Mr. Cooper redirect, any other
21   defendant have any redirect?  All right.  Did you
22   have something, Mr. Blackburn?
23             MR. BLACKBURN:  Yes, Your Honor -- no, Your
24   Honor.
25             THE COURT:  Thank you, Mr. Blackburn.  Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Sindel.
 2                    REDIRECT EXAMINATION
 3    BY MR. SINDEL:
 4         Q.   Good afternoon.
 5         A.   How are you doing, sir?
 6         Q.   I represent Joe Gallegos.  Did you ever
 7    know Joe Gallegos to be in any sense a leader of the
 8    SNM?
 9         A.   Did not, no.
10         Q.   Did you know him to participate either as a
11    member of the tabla or as a member of the hierarchy
12    in the SNM?
13         A.   No.
14         Q.   Did you know him to be in a position of
15    making decisions for the SNM?
16         A.   No.
17         Q.   And I also believe that you had testified
18    at one point in time that you -- many of the things
19    you ended up doing was because you were afraid?
20         A.   Correct.
21         Q.   Afraid for your life?
22         A.   Correct.
23         Q.   Did you really even know Joe Gallegos?
24         A.   I knew him around.
25         Q.   To see him, you would recognize him; to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    talk with him, not too much?

 2         A.    Probably not.

 3              MR. SINDEL:  Thank you.  That's all I have.

 4              THE COURT:  Thank you, Mr. Sindel.

 5              Anyone else?  All right.  Mr. Cooper.

 6              MR. COOPER:  Thank you, Your Honor.

 7              THE COURT:  Mr. Cooper.

 8                      REDIRECT EXAMINATION

 9    BY MR. COOPER:

10         Q.    Mr. Gordon, just a moment ago Mr.

11    Castellano asked you about the assaults.  And you

12    talked about that briefly.  I had asked one question

13    before we broke.

14         A.    Um-hum.

15         Q.    None of the men in this room participated

16    in any of those assaults, did they?

17         A.    Absolutely not.

18         Q.    Mr. Gordon, on March the 8th, 2011 (sic),

19    after you informed the administration -- yeah, 2001,

20    okay.  So on March the 8th, 2001, you went to Central

21    New Mexico Correctional Facility, right?

22         A.    Yes, sir, that's correct.

23         Q.    And you went there after you had informed

24    the administration that there were two hits on

25    Donovan Vargas and another individual that you
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

 1   couldn't remember?

 2       A.   That is correct.

 3       Q.   When you got to Central, can you tell me

 4   where you were housed and what happened from that

 5   point on?

 6       A.   Sure.  I was housed at the Central New

 7   Mexico Correctional Facility.  And John Shanks was

 8   the Deputy Director of Corrections at that time when

 9   Robert J. Perry was the Secretary of Corrections.

10   And I was moved to the Mental Health Treatment

11   Center, and I was held at the Mental Health Treatment

12   Center for a period of time.

13       Q.   Now, where was Mental Health Treatment

14   Center located back in those days?

15       A.   Right, it's at the Central New Mexico

16   Correctional Facility, but it's segregated off.

17       Q.   In a separate location from the rest of --

18       A.   Correct, Central, mentally ill.

19            MR. CASTELLANO:  Objection, Your Honor, as

20   beyond cross-examination.

21            MR. COOPER:  Your Honor, it is not beyond

22   cross-examination.  I'm going to tie this up.

23            THE COURT:  I think it's close enough.

24   Overruled.

25       Q.   So you went to the mental health unit?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    Sure.
 2        Q.    And it is in a facility on the grounds of
 3   Central New Mexico Correctional Facility?
 4        A.    Yes, sir, that's correct.
 5        Q.    And how long were you there, if you recall?
 6        A.    I was there for, I don't know, maybe for a
 7   few months.
 8        Q.    Okay.  I'd like you to take a look at the
 9   screen.  We are looking at Government's Exhibit 880.
10   This is the offender physical location history for
11   you.  Do you see the entry, page 3?  So you see where
12   you went to Central on March the 8th; correct?
13        A.    Correct.
14        Q.    And it appears you left Southern at 2:13 in
15   the afternoon, and you arrived -- or no, no, no, no,
16   no -- you arrived at 5:53.  That is -- you left
17   Southern at 2:13 in the morning, didn't you?
18        A.    I believe so.  They got me out of there.
19        Q.    In the middle of the night?
20        A.    In the middle of the night.
21        Q.    And you arrived just before breakfast at
22   Southern (sic) right?
23        A.    Possibly, yes, sir.
24        Q.    5:53.  And you went to unit CJ1 cell G1108;
25   correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.    Correct.

 2          Q.    Do you remember what -- and you were there

 3    for six days.  Was that like an orientation or was

 4    that actually the mental health unit?

 5          A.    No -- let's see, I'm trying to remember

 6    what units were the mental health at that time.  No,

 7    that was orientation, yeah.

 8          Q.    Okay.  And --

 9          A.    I believe it was orientation.  I don't want

10    to lie.  I don't remember.  I don't know.

11          Q.    You don't remember.  And just above those

12    two CJ1s, there is something that says INFIRM.  Is

13    that an infirmary?  Do you remember?

14          A.    Possibly.

15          Q.    Okay.  LTF; do you remember what LTF would

16    stand for?

17          A.    I think it's long-term facility, the

18    long-term care unit.  Maybe.  I don't know.

19          Q.    What is a long-term facility?

20          A.    Long-term care unit is actually the

21    hospital for the Department of Corrections.  It's a

22    hospital within the prison system.

23          Q.    Okay.  And then the next two entries are

24    CJ1.  Do you have any recollection as to what that

25    was all about?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I don't.

 2        Q.    And we are now -- that gets us to April 4,

 3   2001.  Can we go back to page 2, please.  So we're

 4   now down, Mr. Gordon, at the bottom of the page.  It

 5   appears that you went to Guadalupe County

 6   Correctional Facility?

 7        A.    Yes.

 8        Q.    That was one day.  Do you recall going

 9   there?

10        A.    I do.

11        Q.    Do you know why you went there?

12        A.    They accidentally shipped me there.  The

13   Department of Corrections makes a lot of mistakes.

14   That's why a lot of people get hurt.  They

15   accidentally shipped me there.  And got over there

16   and the warden realized I had been shipped

17   accidentally, and they got me back.

18        Q.    The next entry is MHU on April the 5th,

19   2001.  Do you remember what that was about?  You were

20   only there for a couple of minutes.

21        A.    I don't.  I don't remember if that's --

22        Q.    And that was probably at Guadalupe, because

23   the next entry above that there is a G in front of

24   it, and the entry above that there is a G, and then

25   the entry above that on 4/9 says, "Central New Mexico
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Correctional Facility"; correct?
 2         A.   Correct.
 3         Q.   So five days later you get sent back to
 4    Central; correct?
 5         A.   That is correct.
 6         Q.   You went to St. Joseph Hospital on June 29.
 7    Do you recall that?
 8         A.   Well, I don't think I went to the hospital,
 9    to be honest with you.  That's lying.  I mean, that's
10    not the truth.
11         Q.   What -- did you go someplace that day?
12         A.   Yeah.  I was at Central New Mexico
13    Correctional Facility.  And STIU, STG, a sergeant
14    come and got me from my cell, told me that I needed
15    to go to the infirmary.  Went to the infirmary.  Once
16    I got to the infirmary, there was STIU and STG
17    Security Threat Group there.  And they advised me
18    that I was being taken to the hospital.  They
19    handcuffed me, put me in the back of a car, and we
20    took off from Los Lunas.  They opened the security
21    gates, we took off.  I do have heart problems, so I'm
22    assuming that I'm really going to the hospital.
23              We get down to Los Lunas, downtown Los
24    Lunas, out by the interstate going into Albuquerque.
25    And they pulled over at a convenience store.  We wait
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    at the convenience store for about 10 or 15 minutes.

2    And I asked, "What's going on?"

3            None of my business, just enjoy the ride.

4    A few minutes later, a Grand Am pulls up.  A Hispanic

5    guy --

6        Q.   A what?

7        A.   A Grand Am, a little car, pulls up.  This

8    big old biker looking dude gets out, with a bandanna,

9    all tatted down.  And then another gentleman gets

10   out.  And they come over, the officer -- the STIU

11   officer gets out of the vehicle.  They walk in front

12   of the car.  They talk a little bit.  And next thing

13   you know, they come and tell me that I'm going with

14   them.

15       Q.   Okay.  Did you know either of those two

16   gentlemen?

17       A.   I had no idea -- well, I knew one of them

18   was -- worked with the Department of Corrections.

19   His name was Henry Telles; he was an internal

20   investigator.  The other gentleman, I had no idea who

21   he was.

22       Q.   And the other gentleman was the one who was

23   all tatted up?

24       A.   Correct.

25       Q.   And did you get in their Trans Am?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.  I was really hesitant -- or their
 2   Grand Am -- no, they could tell I was starting to
 3   freak out, because I was demanding to know what was
 4   going on.  They put me back in the STIU, the state
 5   vehicle.  And we followed them.
 6             The big guy that's all tatted down, that
 7   was wearing the bandanna, he asked me what kind of
 8   Coke I liked, and what kind of drink I liked.  And I
 9   told him.  He went in the store, he got it and he
10   came back and gave it to me.
11             And so we took off toward Albuquerque.  And
12   we were following them.  We ended up in a motel room,
13   which really freaked me out a little bit.  They went
14   in, made sure everything was clear.  And long story
15   short, next thing I know it's the FBI taking me
16   off-site to talk with me.
17        Q.   And who was the FBI agent?
18        A.   I don't remember his name.
19        Q.   Of the people in the room, can you describe
20   him?
21        A.   Sure.  It was the Hispanic guy wearing the
22   bandanna.
23        Q.   With the tatts?
24        A.   Correct.  He showed me his ID and --
25        Q.   Had you ever seen -- is it Captain Telles
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

1    at that time?  Had you ever seen him before?

2         A.    Sure.  I'd seen him quite a bit at the

3    Southern New Mexico Correctional Facility.

4         Q.    So you knew who he was?

5         A.    Definitely.  And that made me feel a little

6    bit more comfortable.  Because I had no idea who

7    these other folks were.

8         Q.    So as a result of that -- well, how long

9    were you in that -- was it a motel, hotel -- do you

10   remember where it was?

11        A.    I know it was off the interstate there.

12   I'm not familiar with Albuquerque too well.

13        Q.    Okay.  How long were you in that room?

14        A.    I want to say probably at least five or six

15   hours.

16        Q.    And what were you doing in that room?

17        A.    They were trying to convince me to work for

18   them.  They -- I say -- you're not supposed to say

19   work for them, you're supposed to say assist them;

20   they made that clear to me, because you're not part

21   of them.

22              I remember that day they got ahold of John

23   Shanks, which was the Secretary of Corrections, got

24   ahold of him; had several people talking to me on the

25   phone.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And at some point did you agree to

2   cooperate with the FBI and Department of Corrections?

3      A.   Correct.  They had convinced me that my

4   life was in danger; they really thought that my life

5   was in danger.  And it was kind of contradicting,

6   because in the beginning they told me that my life

7   was in danger, there was a hit on me.  But still,

8   yet, they ultimately transported me back to Southern

9   New Mexico Correctional Facility, and housed me there

10  for a period of time.

11     Q.   And they don't transport you back there for

12  probably a couple of months?

13     A.   Correct.  We had -- yeah, correct.

14     Q.   And so you leave the hotel or motel room,

15  which is really not St. Joseph Hospital, but a hotel

16  room, right?

17     A.   Correct.

18     Q.   The clerk and the people at prison probably

19  thought you were going to the hospital; that's

20  what -- that was the story when you left, right?

21     A.   Sure.  Because there was so many officers

22  that, they explained to me, that were dirty.

23     Q.   So you didn't go to the hospital.  You went

24  to meet with an FBI agent.  Did you then have

25  occasion --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          MR. CASTELLANO:  Objection, Your Honor.

 2   This is way beyond the scope of cross-examination.

 3          MR. COOPER:  It is not, Your Honor.  They

 4   talked -- he got up and threatened Mr. Gordon about

 5   all of the work, or all of the activities --

 6          THE COURT:  I do think it's related to the

 7   fact that there was some -- he left the facility, and

 8   where he was in the facility.  So I'll allow the

 9   question.  Overruled.

10      Q.   So at some point in time -- and it appears

11   that it was on August 30, 2001, just a little after

12   noon, you go to the Third Judicial District Court in

13   Las Cruces.  Is that a state court, Third Judicial

14   District Court?

15          Let me back up.  Let me ask you this

16   question:  If you're charged with a state crime in

17   Bernalillo County, you'd go to the Second Judicial

18   District Court, right?

19      A.   Correct.

20      Q.   And if you're charged in Santa Fe with a

21   crime, you go to the First Judicial District Court,

22   right?

23      A.   That is correct, yes, sir.

24      Q.   And if you're charged in Roswell, you go to

25   the Fifth Judicial District Court?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.
 2        Q.    If you're charged in Las Cruces, you go to
 3   the Third Judicial District Court?
 4        A.    Dona Ana County.
 5        Q.    Okay.  So that entry that says Third
 6   District Court, Las Cruces, that's a reference to a
 7   state court; correct?  On the monitor, when you see
 8   on August 30, 2001, the facility was led to believe
 9   that you were going to the district court in Las
10   Cruces; correct?
11        A.    Correct.  But that --
12        Q.    Did you go to the district court?
13        A.    No, sir.
14        Q.    Where did you go, if anywhere?
15        A.    They took me to the -- I can't remember, I
16   think it was the sheriff's department that took me.
17   But they took me to the Dona Ana County Sheriff's
18   Department, the federal side, and housed me.
19        Q.    Okay.  And then later that day -- or did
20   you meet with anybody?  Did you meet with the FBI
21   agents that day?  Do you remember?
22        A.    No.  I believe it was the next morning they
23   started pulling me out the Dona Ana County Sheriff's
24   Department.  The one specific lady who was a deputy,
25   she would come and pick me up, and she would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    transport me to the FBI field office every day for
 2    debriefing.
 3         Q.   Okay.  On August 30, it appears that you
 4    were housed at Southern New Mexico Correctional
 5    Facility SJ 1, J1103.  So did they bring you back to
 6    Southern?
 7         A.   No, sir, they didn't.
 8         Q.   No?
 9         A.   Not right away.
10         Q.   Not right away.  What did they do?
11         A.   Again, they kept me at the Dona Ana County
12    Detention Facility, the federal side, and they
13    transported me daily to this building that was
14    connected to Blockbuster, in the back.  And it was
15    the FBI field office.
16         Q.   Okay.  How many times did you meet with the
17    FBI agent -- or I presume you met with -- who did you
18    meet with at that --
19         A.   Sure.  Henry Telles and the FBI agent.
20         Q.   Which one?
21         A.   The bandanna guy.
22         Q.   The bandanna tatt guy?
23         A.   Right.
24         Q.   You don't remember his name?
25         A.   I don't, for the life of me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And were they asking you to work for them?
 2        A.    Sure.
 3        Q.    Had you agreed to do so?
 4        A.    I finally agreed to do so.
 5        Q.    And what sort of assistance were you
 6   rendering the FBI?
 7        A.    They wanted me to continue -- and they were
 8   going to place me back at Southern New Mexico
 9   Correctional Facility.  They wanted me to continue to
10   do everything that I had done in the past.
11        Q.    Like what?
12        A.    Gather information.  They didn't want me to
13   stop doing anything.  They told me that they wanted
14   me to just continue, to just maintain, like I had did
15   before; nothing out of the ordinary that I hadn't
16   done, you know, prior.
17        Q.    Did you get your job back at the library?
18        A.    I did.  I sure did.
19        Q.    And --
20        A.    By that time, they had already charged
21   Geraldine Martinez with a federal crime, and she was
22   no longer there in their employ.
23        Q.    And Geraldine Martinez again was the
24   librarian --
25        A.    Was my boss.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.    -- who was your boss?

 2         A.    Correct.

 3         Q.    So you had a new boss.  You continued to

 4    work in the library?

 5         A.    Correct.

 6         Q.    Did you continue to try to obtain

 7    information from SNM members, and then relay that

 8    information on to the FBI agents?

 9         A.    Correct.  They had me to do so.  Also, you

10    have to understand at this point the homicides had

11    already happened --

12         Q.    Sure.

13         A.    -- with Pancho and Looney.  So Robert

14    Perry, the Secretary of Corrections, had ordered

15    everything changed at Southern New Mexico

16    Correctional Facility.  So a lot of people were

17    segregated.  It wasn't like it was prior to me

18    leaving.  It was a lot more secure; restricted

19    movement, so on and so forth.

20         Q.    And did you continue to work -- for how

21    long did you continue to work for or assist the FBI?

22         A.    Over a year, I believe.

23         MR. COOPER:  I don't have any further

24    questions, Your Honor.  Thank you.

25         THE COURT:  Thank you, Mr. Cooper.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Did you have something else, Mr.
 2    Castellano?
 3              MR. CASTELLANO:  I do, Your Honor, from
 4    that examination.
 5              THE COURT:  Mr. Castellano.
 6              MR. CASTELLANO:  Thank you, sir.
 7                   RECROSS-EXAMINATION
 8    BY MR. CASTELLANO:
 9         Q.   Mr. Gordon, it's me again.
10         A.   Yes.
11         Q.   Not beating you up again.
12              So on -- regarding all the statements you
13    gave, you gave a number of statements to FBI, which
14    were in reports; correct?
15         A.   Correct.
16         Q.   So some of the reports you had you were
17    looking at this morning?
18         A.   Correct.
19         Q.   And you have some of those in front of you?
20         A.   Um-hum.
21         Q.   Now, on March 28th of 2001, you also gave a
22    statement at Central New Mexico Correctional
23    Facility.  Do you remember that?  If you don't, I can
24    show you the report.
25         A.   Possibly, yes.  To STIU?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Yes.

 2        A.   Correct.

 3        Q.   So at that time, that was even before you

 4   were working with the FBI; is that fair to say?

 5        A.   I believe they had already contacted me by

 6   phone.  Wait, no, no, no, no, no, no.  I was trying

 7   to remember.  That was before, correct, that was

 8   before, um-hum.

 9        Q.   That was even before then.  And at that

10   time you gave a list of people who were going to

11   carry out -- who were supposed to be carrying out for

12   Leroy Lucero before you left the facility, right?

13        A.   Correct.

14        Q.   And one of the people who was supposed to

15   be carrying out the hits was Christopher Chavez?

16        A.   Correct.

17             MR. CASTELLANO:  Thank you.  I pass the

18   witness, Your Honor.

19             THE COURT:  Thank you, Mr. Castellano.

20             Anyone else have redirect?  Mr. Cooper?

21   Anyone else?

22             MR. COOPER:  No, Your Honor.  Thank you.

23             THE COURT:  All right.  Mr. Gordon, you may

24   step down.  Is there any reason that Mr. Gordon

25   cannot be excused from the proceedings?  Mr. Cooper?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Mr. Burke?

2              MR. COOPER:  No, Your Honor.  Thank you.

3              MR. SOLIS:  May we have him held for

4    possible examination, Your Honor?

5              THE COURT:  Do you want to keep him under

6    subpoena?

7              MR. SOLIS:  Yes.

8              THE COURT:  All right.  So you're able to

9    leave the courthouse, but you're still subject to

10   being re-called.  So you'll have to stay outside of

11   the courtroom until you are re-called.  Thank you for

12   your testimony.

13   EXCERPT 2 CONCLUDED

14

15

     GORDON EXCERPT 3

16

17

18             THE COURT:  All right.  Mr. Gordon, if

19   you'll return to the witness box.  Mr. Gordon, I'll

20   remind you that you're still under oath.

21             THE WITNESS:  Yes, sir.

22             THE COURT:  All right.  Mr. Solis.

23             MR. SOLIS:  May it please the Court, Your

24   Honor?

25             THE COURT:  Mr. Solis.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          MR. SOLIS:  Defendant Chavez did not call

2     this witness.  This witness had incriminating

3     statements to make regarding Mr. Chavez.  I'd like to

4     ask permission to proceed as a hostile witness

5     examination, Your Honor.

6          THE COURT:  If you're calling him, you can

7     do so.

8          MR. SOLIS:  Thank you, Your Honor.

9                 REDIRECT EXAMINATION

10    BY MR. SOLIS:

11         Q.   Mr. Gordon, how are you, sir?

12         A.   Good.  And you, sir?

13         Q.   I'm good.

14              I represent Mr. Chavez.  That's that man

15    over there.

16         A.   Correct.

17         Q.   Mr. Chavez, Chris, stand up.  That's who I

18    represent.  I want you and everyone to know that's

19    who I represent.  Do you understand that?

20         A.   Yes.

21         Q.   Okay.  Thank you.

22              So you made some statements regarding

23    Mr. Chavez there at the end.  And so I'm going to

24    make reference in questioning you regarding the

25    statements you made initially, and then the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   statements that were made -- rather the questions
 2   asked of you and statements made when there was some
 3   cross-examination by the Government.  Do you
 4   understand that?
 5        A.   Correct.
 6        Q.   Okay.  So I'll make reference just to those
 7   statements, those you made today and those you made
 8   in the past, which were again referenced in posing
 9   questions to you from both sides today.  Do you
10   follow me?
11        A.   Yes.
12        Q.   All right.  Before I do that, though, I
13   want to get into a little bit of background about
14   you.
15             You were telling us -- well, first off,
16   you're acquainted with Christopher Chavez?
17        A.   I've seen him around in the prison, yes.
18        Q.   How often?
19        A.   Here and there.
20        Q.   Okay.  And any problematic issues?  Any
21   writs, anything like that?
22        A.   No, not at all.
23        Q.   Now, if there were issues with discipline
24   or conduct, you'd know because you're at the law
25   library; is that right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

88

```
 1        A.   I would.  But it's been so long ago.  I
 2   don't think I ever assisted him with anything that I
 3   can think of.
 4        Q.   All right.  Now, your stint at the prison
 5   was as a result of a felony conviction; is that true?
 6        A.   That is correct.
 7        Q.   And that conviction was for embezzlement,
 8   and I think theft; is that true?
 9        A.   It was for fraud.
10        Q.   And embezzlement?
11        A.   There was no embezzlement charge.
12        Q.   Fraud, that's a really higher grade, a
13   really high-end theft pretty much, isn't it, sir?
14        A.   Correct.
15        Q.   All right.  Now, are you employed since
16   then?
17        A.   Yes, I am.
18        Q.   And what type of work do you do?
19             MR. CASTELLANO:  I object to that, Your
20   Honor.
21             MR. SOLIS:  I'm not getting into the name
22   or where or address, just what type of work he does.
23             THE COURT:  Just generally -- you don't
24   have to give the name of your employer or business or
25   location or anything like that, just generally what
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    do you do?

2        A.   I own my own business.

3        Q.   Okay.  You never had to fill out an

4    application for employment since your conviction?

5        A.   Correct, I have.

6        Q.   You have.  And of course, those

7    applications require that you answer the question:

8    Have you been convicted of a felony or a theft in the

9    past?  That's been asked of you, hasn't it?

10       A.   Correct.

11       Q.   And you answered yes, right?

12       A.   I have to, correct.

13       Q.   And because of that, you had to go

14   self-employed, because you couldn't get hired, pretty

15   much?

16       A.   That's not correct.

17       Q.   Okay.  Now, you understand why employers

18   ask that question?

19       A.   Sure.  They want to know your background.

20       Q.   Well, but they ask specifically theft and a

21   felony conviction; do you understand that?

22       A.   Correct.

23       Q.   All right.  And so do you know what a crime

24   of moral turpitude is or just the definition of moral

25   turpitude?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No.

 2        Q.   You don't know.

 3             MR. SOLIS:  Your Honor, I'd like the Court

 4   to take judicial notice -- I think it's 201, Your

 5   Honor -- and we ask the Court to take judicial notice

 6   of the definition of moral turpitude as it's

 7   recognized across this country in courts of law, and

 8   other legal arenas, Your Honor.  I know I cannot

 9   admit it as an exhibit, but I'd like to publish it to

10   the jury.

11             MR. COOPER:  Your Honor, may we approach?

12             THE COURT:  You may.

13             (The following proceedings were held at the

14   bench.)

15             MR. BECK:  I think that's the evidentiary

16   rule for judicial notice, but there are requirements

17   of what the Court can take judicial notice of, and a

18   dictionary isn't one of them.

19             MR. SOLIS:  It's a factual dispute.  In

20   other words, if there is no dispute that's the

21   definition, but it's a fact that's the definition.  I

22   think the jury should know what it is about.

23             MR. CASTLE:  Moral turpitude is not

24   relevant.

25             MR. SOLIS:  It is relevant because it goes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

1  to his credibility, it goes to his character, it goes

2  to impeachment.  So I'm going to do all those three.

3          MR. CASTLE:  He can't state the facts of

4  the conviction.

5          MR. SOLIS:  I'm not stating the facts of

6  conviction.  I'm going to the generic of moral

7  turpitude.

8          THE COURT:  For what purpose?

9          MR. SOLIS:  To further impeach his

10  character.

11          THE COURT:  Why are we having a debate on

12  the definition of moral turpitude?  What does that

13  have to do with anything?

14          MR. SOLIS:  I think it's impactive to the

15  jury.  The jury sees why the people who are convicted

16  of theft, which was admitted, a felony, these are the

17  types of crimes that society tends to hold at arm's

18  length.

19          THE COURT:  Exclude it like I would any

20  other evidence.  I don't see any relevance.  And I'm

21  having trouble seeing the relevance of the definition

22  of moral turpitude, given that you've gotten the

23  conviction out, and the basic description of it.

24  He's admitted that it can create problems in the job

25  area.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SOLIS:  Thank you, Your Honor.
 2              THE COURT:  I think this is kind of a 401,
 3     402, or 403 issue.  So even if I could take judicial
 4     notice, I don't think that the fact is relevant.
 5              MR. SOLIS:  You mean more probative -- I'm
 6     not sure --
 7              THE COURT:  I don't understand what the
 8     definition of moral turpitude, what its relevance is.
 9              MR. SOLIS:  I'm trying to explain it.  If
10     the Court is not satisfied, I'll just move on.
11              MR. DAVIDSON:  Can I bring up something
12     that isn't relevant to this.  After an individual
13     defendant calls a witness in, you can ask if other
14     defendants want to do direct, or I think since we're
15     all individual defendants and different teams, I'm
16     worried that that might give the impression to the
17     jury that we're all one team.  And I think another
18     witness, another team were to cross-examine or
19     question a witness called by another defendant, that
20     would be cross-examination.  I just wonder whether
21     you might want to give an instruction to the jury or
22     tell the jury that we're all individual.  I'm just
23     worried that they might get the impression --
24              THE COURT:  I'm certainly loading up the
25     final instruction with that.  If you want me to say
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    something different when I call on the attorneys, I

 2    don't mind using a different phrase.

 3            MR. SOLIS:  We were pretty reamed this

 4    morning, so I think it's pretty clear to the jury

 5    that we're not on one team.

 6            THE COURT:  If you got something else you

 7    want me to say or draft out an instruction, I'll

 8    certainly entertain both of those.

 9            MR. DAVIDSON:  I'll draft something.

10            THE COURT:  Maybe I won't use the phrase

11    direct or cross.  Does anybody else have any

12    questions?  Does that work?

13            MR. DAVIDSON:  That would be better.

14            THE COURT:  If you want something else --

15            MR. DAVIDSON:  I just don't want a false

16    impression.

17            THE COURT:  We'll work hard on that on the

18    final instructions.

19            (The following proceedings were held in

20    open court.)

21            THE COURT:  Mr. Solis.

22            MR. SOLIS:  Thank you, Your Honor.

23    BY MR. SOLIS:

24        Q.   So I believe you said embezzlement, right?

25        A.   No.  You said embezzlement.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.    And it was fraud, I beg your pardon.  It's
 2    just the other way around.  So you agree with me that
 3    would involve a level of deception, dishonesty, that
 4    kind of thing?
 5          A.    Yes.
 6          Q.    Right.  And you mentioned that you had some
 7    affiliation, some easy affiliation with the members
 8    of the SNM; is that true?
 9          A.    That is correct.
10          Q.    And it indicates to me that you have had
11    actually little problems with them, except for the
12    one instance that was discussed this morning.
13          A.    Correct.
14          Q.    And did some of their methods rub off on
15    you, so to speak?
16          A.    Absolutely not.
17          Q.    No?  Okay.  So you came with that deception
18    already?  You came with that inherent type of
19    dishonesty and deception already into that prison?
20          A.    Absolutely not.
21          Q.    So this morning you said that you were
22    present when Mr. Garza and Mr. Castillo were
23    green-lighted, to shorten the phrase, I guess, or to
24    paraphase what was said this morning.  Do you
25    remember that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I plead the Fifth from this point on.

 2        Q.    You plead the Fifth?  You've already

 3   testified.  You're going to have to answer the

 4   question.  Or did they not tell you that?  Sir?

 5        A.    I don't want to say anything further.

 6        Q.    Well, see, here's the thing:  You can't

 7   come in here, implicate and incriminate my client,

 8   and then hem up.  Didn't they tell you you were going

 9   to get questioned on this?

10        A.    Well, this is the thing:  You guys take me

11   out, you guys have somebody out there coaching me on

12   what to come in here and say --

13        Q.    I've never spoken to you.  "You guys" is

14   someone else.

15        A.    You came out a while ago, and you told me:

16   Do you not know the difference between Nick Chavez

17   and Chris Chavez.

18        Q.    And you did tell --

19        A.    And the attorney over there sat next to him

20   out there.

21        Q.    And you did tell me, sir, you did tell me.

22   Believe me, it's of no moment here, it wouldn't help

23   us at all.

24              All right.  So is that true, then?  You

25   said you were present -- so you just happened to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    present when Mr. Garza and Mr. Castillo were

 2    green-lighted; is that true?  You just happened to be

 3    present?

 4         A.   Do I have to answer that question?

 5         Q.   You do.  You do.

 6              THE COURT:  Well, I think that if you said

 7    it this morning, then you should answer the question.

 8    If there is something different or more detailed

 9    about the answer you're about to give, then --

10         A.   What I said this morning is true and

11    correct.

12              MR. SOLIS:  All right.  Can I approach the

13    easel, Your Honor?

14              THE COURT:  You may.

15         Q.   This morning you said present were:  Eugene

16    Martinez, is what you said; Smurf -- we all remember

17    Leroy Lucero -- you said Spider, who is Augustine

18    Saenz.  Do you remember that?

19         A.   Yes, correct.

20         Q.   Augustine Saenz.  Alex Munoz, also known as

21    Chiple.  And Jesse Ibarra.  Do you remember that?

22         A.   I said I could not remember if Jesse was

23    present.

24         Q.   You did mention his name, right?

25         A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You said they were present when this green

2   light was issued -- rather you were present, you just

3   happened to be present?  Do you remember that?

4      A.   Correct.

5      Q.   But you said different before, haven't you,

6   sir?

7      A.   It's been many years ago.

8      Q.   In fact, you said that Eugene and Augustine

9   were actually not on that panel, or on that committee

10  that green-lighted; that they were actually going to

11  be hit?

12     A.   At one point they were going to be hit.

13     Q.   So but this is just back to back.  At one

14  point they're on the committee, and next, they're

15  going to be hit.  Now, it's Eugene and Augustine

16  Spider, who are now going to be hit?  You have them

17  on the panel, and then you have them they're going to

18  be hit?

19     A.   Do you understand that there are people who

20  leave?  One shot caller leaves, another shot caller

21  comes on.  Things change.

22     Q.   Your testimony is that both these

23  individuals are shot callers; is that it?

24     A.   No, I'm telling you that every time a shot

25  caller comes on or someone new comes on, things

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   change.

 2        Q.   How often were you associated, or how often

 3   did you have contact with Augustine Saenz?

 4        A.   Quite a bit.

 5        Q.   How much is quite a bit?

 6        A.   We lived in the same pod together for a

 7   little while.

 8        Q.   How about with Mr. Martin Chacon?

 9        A.   Chacon, I don't think I ever lived in the

10   same pod with him.

11        Q.   Did you have contact with him?

12        A.   Yes.

13        Q.   Was Mr. August Saenz someone you would

14   consider a right-hand man to anybody?

15        A.   I heard he was, hearsay.

16        Q.   Who --

17        A.   Did I never seen him carry out anything?

18   No.

19        Q.   How about Ray Molina?  Was he anybody's

20   right-hand man?

21             MR. CASTELLANO:  Objection, calls for

22   hearsay.

23        Q.   If you know.

24             THE COURT:  If he knows.  He knows a great

25   deal about the SNM organization.  So overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, I heard he was.

 2        Q.    You heard, or you knew?

 3        A.    I heard he was.

 4        Q.    Okay.  In fact, a lot of what you said

 5   today you didn't actually witness, you just basically

 6   heard from other people; isn't that true?

 7        A.    Some is hearsay.

 8        Q.    Isn't a lot of it hearsay?

 9        A.    Some is hearsay, some.

10        Q.    Okay.  Including testimony this morning?

11        A.    Some of it is what I heard, correct.

12        Q.    Okay.  Do you remember having spoken to the

13   FBI back in August of 2001?

14        A.    Possibly.

15        Q.    Do you remember that?

16        A.    Possibly.

17        Q.    I can't hear you.

18        A.    I said possibly.

19        Q.    And do you remember having spoken to the

20   FBI in September, 2001?

21        A.    Possibly, if that's the date you have.

22        Q.    Okay.  And let's see, that's five -- and

23   well, five and six months removed from March, 2001,

24   right?

25        A.    Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.  So the information you gave then is
 2   pretty current or recent to March 2001, right?
 3        A.   Correct.
 4        Q.   And then in those interviews, in the same
 5   interview you indicate that -- what I demonstrated up
 6   here a little while ago -- that Eugene and Augustine
 7   are on the committee to order hits, and the same
 8   interview you say they're also the persons who are
 9   going to be hit?  Do you follow me?
10        A.   Not in the same interview, I don't believe.
11        Q.   Do you see that?  On the committee; now you
12   say they're going to be hit.  Do you think that's
13   pretty inconsistent?
14        A.   Again, I will tell you, when new shot
15   callers come in, just like the new government of an
16   administration of state, everybody changes, things
17   change.
18        Q.   This happened to be within five months,
19   right?
20        A.   Correct.
21        Q.   Right.
22             MR. SOLIS:  May I have a moment, Your
23   Honor?
24             THE COURT:  You may.
25        Q.   In your long history and contact with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    SNM, you got to know a lot of the fellows over there,

 2    didn't you?

 3         A.   Sure, I did.

 4         Q.   And they're like any society.  Some are

 5    more trustworthy than others, or untrustworthy, as it

 6    were?

 7         A.   That's true.

 8         Q.   Is that true?

 9         A.   Yes, sir.

10         Q.   And you can tell that, can't you, by the

11    offenses that they've brought to the penitentiary,

12    can't you?

13         A.   Absolutely not.

14         Q.   You cannot?

15         A.   No.

16         Q.   Okay.  I'll pass the witness.

17              THE COURT:  Thank you, Mr. Solis.

18              Any of the defendants have questions of

19    Mr. Gordon?  Mr. Castellano, do you have

20    cross-examination of Mr. Gordon?

21                   RECROSS-EXAMINATION

22    BY MR. CASTELLANO:

23         Q.   Hi again, Mr. Gordon.

24         A.   How are you doing, sir?

25         Q.   Let me ask you just a couple of questions.
```



SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
BEAN & ASSOCIATES, Inc.                            e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    You mentioned kind of a change in shot callers.  So
 2    is it fair to say that the politics could be tricky
 3    sometimes in the SNM?
 4         A.   Very much so.
 5         Q.   Right.  So you might be in good standing on
 6    one day, someone else comes in and it's not your day?
 7         A.   That is correct.
 8         Q.   And so at one point you indicated that the
 9    administrative staff inmates believed that Leroy
10    Lucero was calling the shots; however, it was Jesse
11    Ibarra calling the shots for the SNM.  Do you recall
12    that statement?
13         A.   Yes, I do.
14              MR. CASTELLANO:  Thank you.  I have no
15    further questions, Your Honor.
16              THE COURT:  Thank you, Mr. Castellano.
17              Any other defendants have questions of
18    Mr. Gordon?  Mr. Solis, do you have anything further?
19              MR. SOLIS:  No, Your Honor.
20              THE COURT:  All right.  Mr. Gordon, you may
21    step down.
22              Is there any reason Mr. Gordon cannot be
23    excused from the proceedings?  Mr. Solis?
24              MR. SOLIS:  No, Your Honor.
25              THE COURT:  Anybody have an objection?  Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Castellano?

2              MR. CASTELLANO:  No.

3              THE COURT:  All right.  Mr.  Gordon, you're

4    excused from the proceedings.  Thank you for your

5    testimony.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                         C-E-R-T-I-F-I-C-A-T-E

2

3        UNITED STATES OF AMERICA

4        DISTRICT OF NEW MEXICO

5

6

7             I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

8        Official Court Reporter for the State of New Mexico,

9        do hereby certify that the foregoing pages constitute

10       a true transcript of proceedings had before the said

11       Court, held in the District of New Mexico, in the

12       matter therein stated.

13            In testimony whereof, I have hereunto set my

14       hand on Mary 20, 2018.

15

16

17

18            _____
              Jennifer Bean, FAPR, RMR-RDR-CCR
19            Certified Realtime Reporter
              United States Court Reporter
20            NM CCR #94
              333 Lomas, Northwest
21            Albuquerque, New Mexico 87102
              Phone:   (505) 348-2283
22            Fax:     (505) 843-9492

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com