1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8

9        Transcript of excerpt of testimony of

10                LEROY LUCERO

11           May 7, 2018, and May 8, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                      I N D E X

 2   EXAMINATION OF LEROY LUCERO

 3   By Mr. Castellano                            3

 4   EXAMINATION OF LEROY LUCERO

 5   By Mr. Castellano                           53

 6   By Mr. Castle                               56

 7   By Mr. Solis                               234

 8   By Mr. Burke                               256

 9   By Mr. Blackburn                           260

10   By Mr. Sindel                              266

11   By Mr. Castellano                          303

12   By Mr. Castle                              317

13   By Mr. Sindel                              326

14   By Mr. Solis                               329

15   By Mr. Castellano                          330

16   REPORTER'S CERTIFICATE                     333

17                    EXHIBITS ADMITTED

18   Defense Exhibit EI Admitted                245

19   Government 111 and 111-A Admitted            5

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      May 7, 2018
 2              THE COURT:  All right.  Mr. Lucero, if
 3   you'll come up and stand next to the witness box on
 4   my right, your left, before you're seated, my
 5   courtroom deputy, Ms. Bevel, will swear you in.
 6                      LEROY LUCERO,
 7        after having been first duly sworn under oath,
 8        was questioned, and testified as follows:
 9                      EXAMINATION
10              THE CLERK:  Please state your name and
11   spell your last name for the record.
12              THE WITNESS:  Leroy Lucero.
13              THE COURT:  All right.  Mr. Lucero.  Mr.
14   Castellano.
15              MR. CASTELLANO:  Thank you, Your Honor.
16   BY MR. CASTELLANO:
17        Q.   Good afternoon, Mr. Lucero.
18        A.   Good afternoon, sir.
19        Q.   To start things off, I noticed that the
20   right side of your face is swollen.  Can you tell us
21   if you were at the dentist today?
22        A.   Yes, sir.  I got a tooth extracted.
23        Q.   I'm going to ask you to move a little bit
24   closer to the microphone.
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
 1        Q.   And I'll ask you if I'm partly to blame
 2   for your tooth?
 3        A.   You gave me a candy.
 4        Q.   And when I gave you the candy, what
 5   happened to your tooth?
 6        A.   You put it on the table, and I got it, and
 7   I ate it.
 8        Q.   And then what happened to your tooth?
 9        A.   It broke in half.
10        Q.   I'm sorry about that.
11        A.   That's all right, sir.
12        Q.   So I understand you just had a tooth
13   pulled.  Were you given any medication when the
14   dentist pulled your tooth out?
15        A.   They had a numbing, to cut the gum, to
16   take it out.
17        Q.   Okay.
18        A.   The root was pretty deep.
19        Q.   Was that with a shot?
20        A.   Yes, sir.
21        Q.   All right.
22        A.   I don't know what they gave me.
23        Q.   And other than the shot, were you given
24   any other type of medication?
25        A.   Yes, sir.  They gave me a subscription --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I mean, a prescription of Ibuprofen.

 2        Q.   Okay.

 3             MR. CASTELLANO:  May I have a moment, Your

 4   Honor?

 5             THE COURT:  You may.

 6             MR. CASTELLANO:  Thank you, Your Honor.  I

 7   apologize for the delay.

 8             MR. SOLIS:  Mr. Castellano, is there

 9   anything I need to see?

10             MR. CASTELLANO:  I apologize again, Your

11   Honor.

12             THE COURT:  That's all right.

13             MR. CASTELLANO:  At this time, I'm going

14   to move the admission of Government's Exhibit 111,

15   which is what we referred to in court as his pen

16   packet; and two other documents, which I will have

17   marked in a moment as Government's Exhibit 111-A.

18             THE COURT:  All right.  Any objection from

19   the defendants?  Not seeing or hearing any,

20   Government's Exhibit 111 will be admitted into

21   evidence, and 111-A will be admitted into evidence.

22             MR. CASTELLANO:  Thank you, Your Honor.

23             (Government Exhibit 111 and 111A

24   admitted.)

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:
 2       Q.   Mr. Lucero, I'm going to show you a
 3   document which is Government's Exhibit 113.  It will
 4   be on the screen next to you in a moment.  And part
 5   of my testimony (sic) will be largely you referring
 6   to this document.
 7           The jury has been hearing testimony about
 8   somebody named Freddie Sanchez.  And I want to go
 9   back to 2001 and ask you about people by the names
10   of Rolando Garza and Frank Castillo.  Do you
11   remember those two people, sir?
12       A.   Yes, sir.
13       Q.   And where were you in March of 2001?
14       A.   March 2001, I was at Southern New Mexico
15   Correctional Facility.
16       Q.   I'm going to --
17           MR. SINDEL:  Can we have the witness move
18   closer to the microphone and speak up, please?
19           THE COURT:  Yes, move up.
20   BY MR. CASTELLANO:
21       Q.   I think you said you were at the Southern
22   New Mexico Correctional Facility; is that correct?
23       A.   I think.
24       Q.   So the bottom of Government's Exhibit 113,
25   I'm going to underline something for you which shows
```

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                  1-800-669-9492
                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    on March 23, 2001, an indication that you were

2    discharged?

3         A.    Yes.

4         Q.    Do you remember that?

5         A.    Yes, sir.

6         Q.    And do you remember what day of the week

7    it was that you were discharged?

8         A.    I do remember that day because I went

9    home.  It was Friday.

10         Q.    So even though you didn't remember that

11    was March 23rd, you remember that it was a Friday;

12    is that correct?

13         A.    That's what I remember was, it was a

14    Friday.

15         Q.    I want to ask you about events both before

16    and after this particular date here, which is March

17    23, 2001.  At that time, were you an SNM Gang

18    member?

19         A.    Yes, sir.

20         Q.    And about when did you come into the SNM?

21         A.    1990.

22         Q.    And how did you come into the gang?

23         A.    Committing assaults.

24         Q.    Who raised their hands for you to come

25    into the gang?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Angel Munoz, Dragon Albert Chavez.

 2        Q.    And at that point was Angel Munoz

 3   basically the highest-ranking member of the SNM?

 4        A.    Yes, sir.

 5        Q.    And you mentioned you had to do some

 6   assaults.  Did you have to stab anybody?

 7        A.    Yes.

 8        Q.    Who did you stab, if you remember?

 9        A.    An LC in my home town.

10        Q.    And is an LC a Los Carnales member?

11        A.    Yes, sir.

12        Q.    And you mentioned your home town.  Were

13   you in prison or on the streets when you stabbed

14   that person?

15        A.    I did it in the streets.

16        Q.    Now, we've seen here that you were in

17   prison in 2001.  Had you previously been convicted

18   of felony offenses?

19        A.    Yes.

20        Q.    I'm going to go over those with you now,

21   starting with Government's Exhibit 111.  This is a

22   document the jury has heard, what's been referred to

23   as a pen pack or penitentiary package.  I'm going to

24   draw your attention to page 70524 of that exhibit.

25   Do you see that this is a document which revoked
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your probation?

2        A.   Yes, sir.

3        Q.   And as a result of your probation being

4    revoked, do you recall if you were sentenced to

5    prison time at that time?

6        A.   Yes, sir.

7        Q.   Showing you the next document, which is

8    70526, there's an indication that in 1992 you

9    entered into a plea agreement.  And do you see here,

10   it was for the crime of aggravated battery with a

11   deadly weapon?

12       A.   Yes, sir.

13       Q.   Let me turn to the next document, which is

14   70528.  Do you see in this document that the matter

15   came before the Court in 1998 for a guilty plea,

16   possession of heroin?

17       A.   Yes, sir.

18       Q.   And were you using heroin at that time?

19       A.   Yes, sir.

20       Q.   And have you been a long-time user of

21   controlled substances?

22       A.   Since I was 15 years old, sir.

23       Q.   And at that point, was heroin your drug of

24   choice?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Are you currently on any medication to
 2   address heroin addiction?
 3        A.   Yes.  I'm on Suboxone.
 4        Q.   Suboxone?
 5        A.   Yes, sir.
 6        Q.   And turning to the next page of that
 7   document I'm going to ask you if, as a result of
 8   this conviction, the prosecutor filed a document
 9   indicating that you were a habitual offender with
10   two prior convictions for the crime we pointed out
11   earlier, aggravated battery with a deadly weapon,
12   and another charge of aggravated assault with a
13   deadly weapon?
14        A.   Yes.
15        Q.   And as a result of that enhancement, was
16   there what's called a four-year habitual offender
17   time?
18        A.   Yes, sir.
19        Q.   Also in some of those documents it had
20   your name and also an "also known as" or a moniker
21   of Smurf.  Do you recall that?
22        A.   Yes, sir.
23        Q.   And when you were in the gang, is that
24   what you were known as, as Smurf?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   If you recall, how many people were known
2  as Smurf in the SNM?
3      A.   I think there is three of them.
4      Q.   And did you bring one of those people into
5  the gang?
6      A.   Yes, sir.
7      Q.   Who was that person?
8      A.   Archuleta, Daniel Archuleta.
9      Q.   And is he also known as Smurf?
10     A.   Yes.
11     Q.   Do you remember who the other person was
12  who was referred to as Smurf?
13     A.   I think it's Theodore Chavez.
14     Q.   Okay.  Turning now to page 70531, do you
15  see here in 2002 a plea and disposition hearing for
16  the crime of escape and felon in possession of a
17  firearm?
18     A.   Yes, sir.
19     Q.   And I asked you if you were discharged on
20  March 23rd of 2001.  Are these new charges you
21  picked up after you were released from prison?
22     A.   Yes, sir.
23     Q.   At some point in time did you move from
24  state prison into a federal prison?
25     A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And why was it that you were sentenced to

 2   federal prison?

 3        A.   I got caught with a firearm.

 4        Q.   Where was the firearm located?

 5        A.   In my house, under my mattress.

 6        Q.   What type of firearm was it?

 7        A.   .12 gauge Mossberg.

 8        Q.   And if you remember, what was your

 9   original sentence for that crime?

10        A.   180 months.

11        Q.   And does that convert to 15 years?

12        A.   Yes, sir.

13             MR. CASTELLANO:  May I have a moment, Your

14   Honor?

15             THE COURT:  You may.

16        Q.   Okay.  Mr. Lucero, I think we have these

17   loaded into the computer, so I'm going to show you

18   the first document from Exhibit 111-A.  Okay.  Do

19   you see where I'm circling here, the imposition of

20   judgment was on October 10th, 2007?

21        A.   Yes, sir.

22        Q.   And at that time were you sentenced for

23   what's known as an armed career criminal?

24        A.   Yes, sir.

25        Q.   And let's turn to the next page of that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  document.  And here, I'm circling 180 months.  Is

2  that the sentence that you initially had?

3       A.   Yes, sir.

4       Q.   At some point when you were in federal

5  prison, are you aware of whether or not there was a

6  change in the law?

7       A.   Yes, sir.  There was Johnson.

8       Q.   When you refer to the name "Johnson," was

9  that the name of a case that changed the law?

10      A.   Yes, sir.

11      Q.   As a result of that change and a change in

12 the law, were you no longer considered an armed

13 career criminal?

14      A.   One of my sentences -- one of my

15 sentences, they couldn't use it, to use it as a

16 conviction as a violent offense.

17      Q.   To enhance your sentence?

18      A.   To enhance my sentence, yes.

19      Q.   Let's turn to the next document, then,

20 which is part of Government's Exhibit 111-A.  I'm

21 now showing you what's titled at the top Amended

22 Judgment in a Criminal Case.  And as a result of the

23 change in the law, was your sentence amended and

24 were you resentenced?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did that happen on May 26th of 2016?

2    A.   Yes, sir.

3    Q.   Let's turn to the next page.  I'm now

4  showing you a portion here that talks about what you

5  mentioned, the name of the case.  In light of the

6  findings in Johnson versus United States and as a

7  result, was your sentence then changed or modified

8  to 112 months and 15 days as a result of the change

9  in the law?

10    A.   Yes, sir.

11    Q.   And were you released from prison at that

12  time?

13    A.   Yes, sir.

14    Q.   After you were released from prison, were

15  you placed on what's called a term of supervised

16  release?

17    A.   Yes, sir.  They put me on home

18  confinement.  I had to wear an ankle bracelet.

19    Q.   At some point did you violate those

20  conditions and were you resentenced to a term of

21  imprisonment?

22    A.   Yes, sir.

23    Q.   Can you tell the ladies and gentlemen

24  whether you have concluded that sentence and whether

25  you are no longer under supervised release?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I'm final.

 2        Q.    When did that finish?

 3        A.    March 21st, I think.

 4        Q.    Is that March of this year?

 5        A.    Yes, sir.

 6        Q.    I want to go back now to Government's

 7   Exhibit 113.  I want to take us back, once again, to

 8   March 23rd of 2001, and I want to talk about events

 9   that happened before that date.

10        A.    Yes, sir.

11        Q.    Did you ever have a conversation with

12   Angel Munoz?

13        A.    Yes, sir.

14        Q.    And if you recall, about how long before

15   that date did you have this conversation with him?

16        A.    Two or three weeks prior to me getting

17   released.

18        Q.    And at that time --

19        A.    Maybe even longer, sir.  I don't remember

20   the date exactly.

21        Q.    And how were you able to have a

22   conversation with him?

23        A.    I called him on the telephone through a

24   three-way.

25        Q.    And what do you mean by a three-way?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Somebody calls their house, and they'll
2  call from their house to his house.
3      Q.    And at that point, why did you not just
4  call him directly?
5      A.    I didn't want to use my -- my phone.
6      Q.    Your prison account phone?
7      A.    Yes.
8      Q.    And whose phone or account did you use to
9  make that call?
10     A.    An individual named Jason Holster.
11     Q.    As a result of that phone call, did you
12 learn whether or not Billy Garcia would be coming to
13 the facility?
14     A.    Yes, sir.
15     Q.    And what was your understanding of what
16 would happen once Billy Garcia arrived at the
17 facility?
18     A.    Well, Angel told me that he's going to go
19 clean house, dirty laundry that had to be washed,
20 which there's some bad people in the yard; something
21 had to happened.
22     Q.    At that point, did he tell you anything
23 more than that?  Were there any names or anything
24 like that?
25     A.    No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    Now, what was your position in the SNM in
 2   March of 2001?
 3        A.    At that time, I pretty much had the yard.
 4   I was one of the oldest brothers there at that time.
 5        Q.    And how was it that you found yourself in
 6   charge of the yard?
 7        A.    Prior to me getting that, there was a few
 8   stabbings and assaults that happened.  So the guys
 9   that had the yard prior to that, they got shipped
10   out to Virginia and just went to segregation.
11        Q.    Who were the people who got sent to
12   Virginia?
13        A.    Lino G, Pumba.  Let's see.  T-Bone later.
14   There was quite a few that got shipped out.
15        Q.    And do you know Lino G's full name, or is
16   that just the name you knew him by?
17        A.    I knew him as Lino G.  Lino Giron,
18   something, you know what I mean?
19        Q.    Lino Giron?
20        A.    Um-hum.
21        Q.    What about the person you referred to as
22   T-Bone?
23        A.    I know his last name is Chavez.
24        Q.    What about the person you referred to as
25   Pumba?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

18

```
 1        A.    Mauricio Varela.
 2        Q.    And were those people higher ranking than
 3   you before they left the facility?
 4        A.    Yes, sir.  They had say-so.
 5        Q.    And how is it, then, that you became
 6   somebody in charge of the yard once they left?
 7        A.    Just the years I've been in on' -- in the
 8   gang.
 9        Q.    And you almost said the word "onda."  What
10   does that mean?
11        A.    Family.
12        Q.    Was that a term that you guys used for the
13   gang?
14        A.    Yes, sir.
15        Q.    When you moved into that position, did you
16   have any discussions with the administration?
17        A.    They did pull me -- they did pull me in.
18   And I knew Warden Tafoya from the Main in Santa Fe,
19   and he knew that I'd been in the onda for a long
20   time.  So what he did, he and one of the STGs pulled
21   me in and said if --
22             MR. CASTLE:  Objection; hearsay.
23             THE COURT:  Hold on.  Are you trying to
24   elicit this testimony?
25             MR. CASTELLANO:  I'll rephrase to what he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   said, Your Honor.

 2   BY MR. CASTELLANO:

 3       Q.   As a result of this conversation, did you

 4   agree with the administration to do anything with

 5   regard to the SNM?

 6            MR. CASTLE:  That's still hearsay, Your

 7   Honor.

 8            THE COURT:  Overruled.

 9            MR. CASTLE:  Well, if I could just make a

10   record on that?

11            THE COURT:  You may.

12            MR. CASTLE:  Your Honor, if I'm agreeing

13   with somebody and then I say what it is, then I'm

14   indicating what the other person said.

15            THE COURT:  Well, he's not doing that.

16   That's not what the question is.  Overruled.

17   BY MR. CASTELLANO:

18       Q.   What did you agree to do with the SNM

19   after that conversation?

20       A.   Well, to keep it mellow, Mr. Tafoya, the

21   Warden at that time, told me, you know --

22       Q.   You can't say what someone else told you,

23   so we'll stay away from that.

24       A.   Okay.

25       Q.   So there is a rule called hearsay.  You
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                     e-mail: info@litsupport.com

1    can't say what other people said.  But as a result

2    of that conversation, what did you do?

3        A.    I agreed to keep the yard peaceful.

4        Q.    And at that time, were there any green

5    lights outstanding that you were aware of?

6        A.    There was a few.

7        Q.    What happened as a result of the green

8    lights that you were aware of at that time?

9        A.    There was green lights throughout the

10   state of New Mexico.  There was nobody there at the

11   time that had a green light.

12       Q.    Did you put out any red lights at that

13   time and instruct people not to do things?

14       A.    Yeah, it was an everyday thing.  It was

15   just keep these guys under control so they won't be

16   committing assaults and shit -- and stuff.  Sorry.

17       Q.    And once Billy Garcia arrived at the

18   facility -- do you remember when that happened,

19   approximately?

20       A.    Like a week before I got out.  I got out

21   on the 23rd, and he got there prior -- a week prior

22   to me leaving.

23       Q.    Now, when both you and Billy Garcia were

24   at the facility, who was the higher ranking member?

25       A.    Billy Garcia.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   And who had been in the SNM longer at that
 2 time?
 3      A.   Billy.
 4      Q.   Did you have a chance to discuss anything
 5 with Billy Garcia during the time you were together?
 6      A.   We spoke.
 7      Q.   And once you spoke to him, were you aware
 8 that there were any green lights on anyone at the
 9 facility?
10      A.   Yes, sir.
11      Q.   What did Mr. Garcia tell you about that?
12      A.   That he's going to clean house; there has
13 to be a couple of guys that have got to get dealt
14 with.
15      Q.   And who were those people?
16      A.   Rolando Garza and Frank Castillo.
17      Q.   Tell us about the relationship you had
18 with Rolando Garza.
19      A.   He was a friend of mine.  I got close to
20 him.  He was a good friend of mine.
21      Q.   Who is the person who brought him into the
22 SNM?
23      A.   I was one of them.
24      Q.   So if you can, explain to the members of
25 the jury so they understand, what happens when you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

22

```
 1  bring someone into the SNM, and then they become a
 2  problem or they have a green light on them?  Who is
 3  responsible for that person?
 4       A.   If you cosign for somebody, it's like
 5  you're responsible for him.  If he messes up, you're
 6  the person that's supposed to take him out.
 7       Q.   So when you learned that there was a green
 8  light on Rolando Garza, how did that make you feel?
 9       A.   It made me feel messed up because I
10  couldn't really do nothing, because it came from
11  higher up above.  You know, to this day I still
12  think it's wrong that he got taken out.
13       Q.   I want to ask you, because you're
14  responsible for him, according to the rules, did you
15  ask Billy Garcia anything about what you should do?
16       A.   Yes.  I asked him if he wanted me to do
17  anything.  And he said, "No, just go ahead and go
18  home; they'll take care of it."
19       Q.   And at that point, when you said "do
20  anything," what were you telling him you were
21  willing to do pursuant to the rules?
22       A.   Take him out, assault him, stab him, do
23  whatever.
24       Q.   So if Billy Garcia would have told you --
25  because that's basically what the rules said --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   would you have had to act on an order by him?

 2        A.   Yes, sir.

 3        Q.   And would you have followed through on

 4   that order?

 5        A.   Yes, sir.

 6        Q.   But instead, did Billy Garcia allow you to

 7   leave the facility and go home?

 8        A.   Yes, sir.  He just told me I could go, you

 9   know, riding, go home; they'll take care of it.

10        Q.   I want to ask you about what was going on

11   with Christopher Chavez at that time, as well.

12   Before you left the facility, did you have any

13   conversations with Christopher Chavez?

14        A.   Yes.

15        Q.   About Rolando Garza?

16        A.   Yeah.  He came up to me one morning and

17   just told me -- you know, he asked me, "What do I

18   do, carnal"?  I told him, "What do you mean, what do

19   you do?"  He said, "Is it right?"

20             And I told him, "Hey, you got orders,

21   you've got to follow orders.  That's on you," I told

22   him.  "That's on you, you know.  It's your decision.

23   Either do it or don't, or whatever the situation may

24   be."

25        Q.   Now, you didn't mention any names.  Did
```

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                                   1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you know what he was talking about when he mentioned

2  the orders?

3       A.   Yes, sir.

4       Q.   Who was he talking about?

5       A.   Rolando Garza, taking him out.

6       Q.   And given the fact that you and Garza were

7  fairly close, did anyone keep an eye on you?

8       A.   Yeah.  He -- most of the brothers that

9  lived inside that unit thought I was going to give

10 him heads-up that he was going to be their victim.

11 So they would just watch me.  They would follow me

12 around, you know what I mean, just to see what I was

13 going to do.

14      Q.   How did that make you feel, with people

15 watching you?

16      A.   It felt kind of messed up that they didn't

17 trust me.

18      Q.   And did you ever have a conversation with

19 Christopher Chavez about the fact that he was kind

20 of watching you around Mr. Garza?

21      A.   Yes, sir.  Later on down the line, a few

22 years later, I ran into him at the North in Santa

23 Fe.  We lived in 2-B.  And he told me that he was

24 watching me; he thought I was going to tell him.

25      Q.   He thought you were going to warn Mr.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

25

```
 1   Garza?

 2        A.   Yes.

 3        Q.   I asked you about some conversations

 4   earlier, about when he was following you.  Was that

 5   before Mr. Garza was killed?

 6        A.   Yes, sir.

 7        Q.   And the conversation you just told us

 8   about, you said a few years later, was that after

 9   Mr. Garza was killed?

10        A.   That was after Mr. Garza was dead.

11        Q.   And could you have warned Mr. Garza that

12   he was in trouble?

13        A.   I could have.

14        Q.   How do you feel about the fact that you

15   didn't?

16        A.   I feel messed up, you know, that I didn't

17   warn him, you know.  I could have saved his life,

18   but that would have put my life in danger.

19        Q.   So explain that to us, please.  Why would

20   you have been in danger?

21        A.   Because I would have become a snitch.

22        Q.   And would that have been a violation of

23   the rules?

24        A.   Yes, sir.

25        Q.   And by not warning Mr. Garza that he was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  in harm's way, were you following the rules at that

2  time?

3       A.   Yes, sir.

4       Q.   And then about how soon after you left the

5  facility and went home did you find out what

6  happened to Mr. Garza?

7       A.   I got home on Friday.  I was looking at

8  the newspaper, like Monday or Tuesday of the

9  following week, and there was an article in the

10 newspaper that they found two inmates dead at the

11 Southern New Mexico Correctional Facility.

12      Q.   And what did you know about any actual

13 details of what was going to happen to these two

14 men?  Did you know any of the plans?  Or did you

15 just know that they were probably going to get

16 killed?

17      A.   I didn't know the plans.  I just knew they

18 were going to get hit.

19      Q.   And what did you know about Mr. Castillo?

20      A.   That he was going to get hit also.

21      Q.   And did you know any of the people that

22 Mr. Garcia, Billy Garcia, anyone he recruited as

23 part of this plan?

24      A.   I know -- I knew all of them.

25      Q.   What do you know about Eugene Martinez and

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                       FAX (505) 843-9492
                                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                                        e-mail: info@litsupport.com

1    his relationship with Billy Garcia?

2         A.    They go back for a few years.  I guess

3    Billy liked Little Huero.  That's his nickname.  I

4    guess they did time together in Estancia.

5              MR. CASTLE:  Your Honor, I'm going to

6    object to foundation.

7              THE COURT:  Well, lay some foundation how

8    he knows this.

9    BY MR. CASTELLANO:

10        Q.    How do you know about the relationship

11   between Mr. Garcia and Eugene Martinez?  Are those

12   from conversations with Mr. Garcia or another

13   source?

14        A.    Eugene.  He told me they were close.

15             MR. CASTLE:  Objection, Your Honor;

16   hearsay.

17             THE COURT:  Sustained.

18        Q.    Did you know about the relationship

19   between Billy Garcia, about their relationship?

20        A.    No, sir.

21        Q.    I want to put side by side Government's

22   Exhibit 113 and Exhibit 83.  Once again, on Exhibit

23   113, which is your location history, I'm going to

24   put a line under the date March 23, 2001, the date

25   you were discharged; and on Exhibit 83, that's Billy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Garcia's.

2          Do you see that he arrived at the facility

3  on March 8th of 2001?

4      A.   Yes, sir.

5      Q.   And if you can tell, the next couple of

6  entries are Southern; they're L-2.  Do you know if

7  those are orientation pods or different pods?

8      A.   That's orientation.  When you get to

9  Southern, you -- at that time, you would go into an

10 orientation.  They'll keep you there for a week, two

11 weeks, depending on the house, you know, the bed

12 space.

13     Q.   If you recall, did you have a chance to

14 speak to Mr. Garcia while he was in orientation or

15 after he was out of orientation?

16     A.   After he got out.

17     Q.   I'm going to show you now -- I'm going to

18 underline the next entry, which is March 20th of

19 2001.  And do you see where it shows -- I'm sorry,

20 March, yeah, March 20th -- a move to Southern

21 housing unit P-2.  I'm going to circle it right

22 there.

23     A.   Okay.

24     Q.   Is that housing unit P-2?

25     A.   Yes, sir.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        Q.    And is that following orientation?
 2        A.    That's after.  That's general population.
 3   They let you out into the yard.
 4        Q.    And do you know what B-1174 is?  Is that
 5   the pod and the cell he was in?
 6        A.    Blue.  The B stands for blue.
 7        Q.    At that time, it looks like you were in O
 8   pod; is that correct?
 9        A.    Yes, sir.
10        Q.    Who all was in your pod, that you
11   remember?
12        A.    Chris Chavez; Rolando Garza; Eugene;
13   Molina, Ray Molina; Trigger.  Trigger is Patterson.
14   There was a few other guys in there.  The majority
15   of the guys in our unit are brothers.
16        Q.    When you say "brothers," do you refer to
17   them as SNM Gang members?
18        A.    Yes.
19        Q.    At that point, did you know Christopher
20   Chavez to be SNM?
21        A.    Yes, sir.
22        Q.    What about Allen Patterson?
23        A.    Yes, sir.
24        Q.    And describe Allen Patterson for us.
25        A.    Quiet.  He was always vigilant.  He was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   always quiet, just mind his own business, just do

2   his own thing, you know.  He was always in the

3   background, observing.  He wasn't loud or something.

4         Q.   Even though he was someone who was quiet,

5   did you still know him to be an SNM member?

6         A.   Yes, sir.

7         Q.   And was Rolando Garza an SNM Gang member?

8         A.   Yes, sir.

9         Q.   And do you know why he was killed?

10        A.   There's a few speculations, but -- there's

11   a few of them.

12        Q.   And do you know any of those reasons from

13   either Angel Munoz or from Billy Garcia?

14        A.   No, sir.

15        Q.   And are you aware -- you said there is

16   speculation, but are you aware that he was killed

17   for violation of the SNM rules?

18        A.   Yes, that's what it comes down to.  If

19   something happened down the line, that would have

20   put him in the crosshairs of the S.

21        Q.   What about Frank Castillo?

22        A.   Also.

23        Q.   So when Billy Garcia got to the facility,

24   whose responsibility was it to make sure these hits

25   happened?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                             (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492
                                                                          1-800-669-9492
                        BEAN                                              e-mail: info@litsupport.com
                        &ASSOCIATES, Inc.
                        PROFESSIONAL COURT
                        REPORTING SERVICE

```
 1        A.    Billy's.
 2        Q.    Was anyone higher ranking than him at the
 3   facility at that time?
 4        A.    No, sir.
 5        Q.    Now, do you remember previously giving
 6   statements to law enforcement where you believed
 7   that you had seen Jake Armijo around the facility at
 8   that time?
 9        A.    Yeah.   I've done time with these guys for
10   a lot of years.   So it was just a misunderstanding.
11   I just, you know, I just try to -- I ran into him
12   here, there, the South, the North, you know what I
13   mean?   It was a misunderstanding.
14        Q.    Let me bring up his history for you.   His
15   exhibit is Exhibit 635.   Let me ask you this first:
16             When you spoke to law enforcement, did you
17   believe that Jake Armijo was at the facility about
18   the time of the murders?
19        A.    I thought so.   I thought.
20        Q.    I'm now showing you Exhibit 635.   Do you
21   see that this is Manuel Jacob Armijo's location
22   history?
23        A.    Yes, sir.
24        Q.    Let me go to the second page of that
25   exhibit.   I'm showing you -- I'm underlining the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   date January 18, 2001, Southern Facility.  Do you
 2   see that?
 3        A.   Yes, sir.
 4        Q.   I'm now going to show you an entry where
 5   he left for PNM on February 5th, 2001.
 6        A.   Yes.
 7        Q.   Do you see that?
 8        A.   February 5th, 2001?
 9        Q.   Yes.
10        A.   Yes, sir.
11        Q.   Even though you believed he was at the
12   facility, do you see here that he was not at the
13   facility at that time?
14        A.    I got it mixed up with a later time that I
15   was with him at Southern.  Like I said, we ran into
16   each other here or there.
17        Q.   Have you done time with Jake Armijo
18   before?
19        A.   Yes, sir.
20        Q.   And is he also known as Big Jake?
21        A.   Yes, sir.
22        Q.   I'm going to switch gears a little bit to
23   when you were in federal prison.  Do you remember
24   that?
25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    In which facilities did you do time?

2        A.    I've done six different facilities.

3        Q.    In the federal system, is that called the

4   Bureau of Prisons?

5        A.    BOP.

6        Q.    During that time, were you ever housed

7   with somebody named Frankie Gallegos?

8        A.    Yes, sir.

9        Q.    Do you know him by any other names?

10       A.    Frankie G, Cunte.

11       Q.    And can you tell the members of the jury

12  whether he is an SNM Gang member?

13       A.    Yes, sir, he is.

14       Q.    And did you ever have a dispute with him

15  in the Bureau of Prisons?

16       A.    Yes, sir.

17       Q.    What kind of dispute was it?

18             MR. SINDEL:  Your Honor, I'm going to

19  object to the relevance of this particular situation

20  about disputes with Frankie Gallegos.  I don't see

21  how it connects with any of the individuals that are

22  here today.

23             THE COURT:  What's the relevance of it for

24  this trial?

25             MR. CASTELLANO:  I'll ask some other

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

34

 1  questions, Your Honor.

 2  BY MR. CASTELLANO:

 3       Q.   You said he was SNM?

 4       A.   Yes, sir.

 5       Q.   And at this point in time, in the feds, do

 6  you know what his position is in the feds?

 7       A.   Well --

 8            MS. TORRACO:  Objection; speculation.

 9            THE COURT:  Lay some foundation how he

10  knows.

11  BY MR. CASTELLANO:

12       Q.   Are you aware of people's -- being an SNM

13  member previously, are you aware of people's rank in

14  the gang?

15       A.   Yes, sir.

16       Q.   In both the federal and state systems?

17       A.   Pretty much.

18            MS. TORRACO:  Objection; that's all based

19  on hearsay, Your Honor.  We'd ask --

20            THE COURT:  I think people know -- if

21  they're leaders in the organization, they know the

22  structure.  Overruled.

23  BY MR. CASTELLANO:

24       Q.   Are you familiar with the structure of the

25  organization?


SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492        BEAN & ASSOCIATES, Inc.    FAX (505) 843-9492
                                                    1-800-669-9492
                     PROFESSIONAL COURT           e-mail: info@litsupport.com
                     REPORTING SERVICE

1      A.   Yes, sir.

2      Q.   And is there an SNM in the federal system?

3      A.   Yes, sir.

4      Q.   As a result of your experience in the

5  federal system, do you know what kind of position

6  Frankie G has?

7      A.   He's calling the shots right now for the

8  BOP.

9      Q.   And who are his brothers?

10      A.   Joe Gallegos; Andrew.  He has a few

11  brothers.

12      Q.   And do you -- speaking of membership, do

13  you know whether or not Joe Gallegos is a member of

14  the SNM?

15      A.   Yes, sir.

16      Q.   And are you aware of whether or not Andrew

17  Gallegos is a member of the SNM?

18      A.   Yes, sir.

19      Q.   Let me rephrase that.  Do you know them

20  still to be members of the SNM?

21      A.   Yes, sir, they are.

22      Q.   Have you ever done time with somebody

23  named Arturo Garcia?

24      A.   Yes, sir.

25      Q.   Has that been -- over the years, have you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1  served time with him on multiple occasions, or a few

2  occasions?

3       A.   Multiple occasions.  We were in the Main

4  together in Santa Fe, and we were at the North.

5  We've been in the system together for a while.

6       Q.   Sometime before you went off to the

7  federal system, I want to ask you about a

8  conversation you had with him regarding somebody

9  named Freddie Sanchez.  Do you remember that?

10      A.   Yes, sir.

11      Q.   Where were you guys when you had that

12  conversation?

13      A.   We were in the rec pens at the North

14  facility.  We lived in 2-B together.  He lived in a

15  different pod as us, but as we went to the yard, we

16  landed up meeting in the yard, and we had a few

17  conversations.

18      Q.   What do you remember him telling you about

19  Freddie Sanchez?

20      A.   That there is a green light on him for his

21  violation.

22      Q.   And did he ask you to do anything as a

23  result of the violation?

24      A.   After, we knew what we had to do.

25      Q.   Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   All he had to say was, "There's a green
 2   light on him."  We knew what time it was.
 3        Q.   And what was his position in the SNM at
 4   that time?
 5        A.   He was pretty high up there.  He was
 6   pretty high ranking.
 7        Q.   Do you know what the term "tabla" means?
 8   Are you familiar with that term?
 9        A.   Yes, sir.
10        Q.   What does "the tabla" refer to?
11        A.   It's like a table.  It's -- the Spanish
12   word is table -- the English word is table.  But
13   it's the group of individuals that sit down as a
14   board.
15        Q.   And were you ever a member of the tabla?
16        A.   Yes, sir.
17        Q.   Who was on the tabla the same time you
18   were?
19        A.   Arturo; Juan Mendez; Robert Martinez; and
20   Styx, Gerald Archuleta; and -- let's see.  That's
21   it.
22        Q.   About what year was it when that
23   particular group was on the tabla?
24        A.   Two thousand -- I don't remember, sir.  I
25   can't remember.  Two thousand -- before I went to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

38

```
 1   the feds, 2005, 2006.
 2        Q.   Do you know what happened to your position
 3   once you went to the federal system?
 4        A.   They handed it to somebody else.
 5        Q.   And is that how it would work?  If there
 6   was a vacancy on the tabla, would they appoint
 7   someone else to help make decisions?
 8        A.   Yes, sir.
 9        Q.   What types of decisions would the tabla
10   make?
11        A.   Life and death.
12        Q.   What did you do in response to what
13   Mr. Garcia told you about the red light on Freddie
14   Sanchez?  Did you talk about it with anybody else?
15        A.   The red light?  Or the green light?
16        Q.   The green light.
17        A.   The green light, no.  I did talk with
18   Benjamin Clark at the South, because I got moved
19   from the North to the South.  And I did speak with
20   him about that, and he told me that he -- that they
21   would take care of it.
22             MR. SOLIS:  Objection --
23             THE COURT:  Well, is this on the chart?
24             MR. CASTELLANO:  I don't think it is on
25   the chart.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Do you want to go
 2   there, then?
 3              MR. CASTELLANO:  I'll ask some other
 4   questions, Your Honor.
 5              THE COURT:  All right.
 6   BY MR. CASTELLANO:
 7      Q.   So I want to make sure we have our
 8   facilities right.  So do you say you moved from the
 9   North facility to the South facility?
10      A.   Yes, sir.
11      Q.   And was that at PNM in Santa Fe?
12      A.   Yes, sir, the Penitentiary of New Mexico.
13      Q.   So at that point in time when you had a
14   discussion with Benjamin Clark, was he still at the
15   South facility?
16      A.   He was at the South facility.
17      Q.   Is that facility different from the
18   Southern New Mexico Correctional Facility?
19      A.   Yes, sir.  It's a level lower than the
20   North.  The North is Level 6, and the South is Level
21   5.  As you behave and you follow the rules, you go
22   lower in levels, and you get more privileges as you
23   go.
24      Q.   At the point you went to the South
25   facility at PNM, was Ben Clark there?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    Was Freddie Sanchez there?

 3        A.    Yes, sir.

 4        Q.    Are you aware of whether or not anything

 5   was going to happen to him at the South Facility?

 6        A.    Well, he had a green light on him, but

 7   what they were waiting for is to do him right.  It's

 8   just a lockdown facility so, you know, the door is

 9   -- you -- a single man comes out.  It goes in groups

10   sometimes.  But as different levels, different

11   stages, you get to come out with groups.  Right

12   there wouldn't have been the place to do it, to get

13   him.

14        Q.    Okay.  So if it wasn't going to happen at

15   the PNM South Facility, did you have an expectation

16   that it would happen at another facility?

17        A.    Yes, sir, from the level below that, is

18   Level 4.  That's Las Cruces, Southern.

19        Q.    As a result of your conversation -- and

20   you don't have to tell us what he said -- but did

21   you have discussions with anyone else other than Ben

22   Clark about Freddie Sanchez at the South facility?

23        A.    No, sir.

24        Q.    And as a result of your conversations with

25   Ben Clark, did you expect anything to happen at the
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                    1-800-669-9492
                                            e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   South facility?
 2        A.   No, sir.  I didn't think it was going to
 3   happen there.
 4        Q.   Given the fact that there was a green
 5   light on him, was it just a matter of time?
 6        A.   Yes, sir.
 7        Q.   So at that time in -- before you went to
 8   the feds, were you still an SNM Gang member?
 9        A.   Yes, sir.
10        Q.   When you went to the federal system, did
11   you remain -- when you first entered the system,
12   were you still an SNM Gang member?
13        A.   Yes, sir.  I stayed active.  I stayed a
14   member until maybe a year after I got to the BOP,
15   the Bureau of Prisons.
16        Q.   And what happened with your status with
17   the SNM after you arrived at the Bureau of Prisons?
18        A.   I got tired of being involved with all
19   this shit.  I left it to somebody else.  When I left
20   the Pen of New Mexico, they gave it to somebody
21   else, and I think that became Dan Sanchez.
22        Q.   And did you eventually renounce your
23   membership in the SNM?
24        A.   Yes, sir.
25        Q.   Where did you do that?
```

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.    Lewisburg, Pennsylvania.

2      Q.    Is that a federal facility in

3  Pennsylvania?

4      A.    Yes, sir.  It's a maximum security.

5      Q.    And what did you have to do to renounce

6  membership in the federal system?

7      A.    I had to debrief.  I just threw in the

8  towel.  I wanted to go home.  I just --

9      Q.    And when you debrief with them, what does

10 it mean to debrief with them in the federal system?

11     A.    You sit down with some gang officers, and

12 they ask you questions:  If you know anything about

13 crimes; how did you come into the gang; if you knew

14 the gang structure; if you -- they want to see if

15 you really want out.  So they ask you all kinds of

16 different questions.

17     Q.    Are you familiar with the terms STG or

18 STIU?

19     A.    Yes, sir.

20     Q.    What do those mean in the state system, or

21 what does that refer to?

22     A.    In the state system, it's Security Threat

23 Groups.  In the BOP, it's SIS.  They do the same

24 job.  They're a gang task force.

25     Q.    So in the federal system, are they just

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   referred to as the SIS, then?

2       A.   Yes, sir.

3       Q.   Did you give them information about the

4   SNM Gang when you debriefed?

5       A.   Yes.

6       Q.   As a result of the information that you

7   gave them, did anyone reach out to the FBI at some

8   point?

9       A.   Yes, sir.  While I was going through my

10  debrief, I guess they called, I guess, the agents

11  from that area.  The FBI reviews these debriefs.

12  When they reviewed this debrief, there was

13  information in there that the FBI felt that they had

14  to reach out to New Mexico FBI, and they did.

15      Q.   At some point after giving that

16  information, did someone from the FBI in New Mexico

17  visit with you?

18      A.   Yes.

19      Q.   Do you remember that person's name?

20      A.   Lance Roundy.

21      Q.   Was he a New Mexico FBI agent?

22      A.   Yes, sir.  He was from out here in Las

23  Cruces, I think.

24      Q.   Was he interested in speaking with you

25  because you'd given information about some of these

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

```
 1  murders?
 2       A.   Yes, sir.
 3       Q.   Did that include the Garza and Castillo
 4  murders?
 5       A.   Yes, sir.
 6       Q.   And did you provide some of the names of
 7  the people involved with those murders?
 8       A.   Yes.
 9       Q.   Related to the Garza murder, what names
10  did you provide to him?
11            MR. SINDEL:  Object, Your Honor.  That's
12  hearsay.
13            THE COURT:  Overruled.
14            MR. SHATTUCK:  Your Honor, may we
15  approach?
16            THE COURT:  You may.
17            (The following proceedings were held at
18  the bench.)
19            MR. SHATTUCK:  Your Honor, I'm going to
20  object to, if Mr. Castellano is going to try to
21  elicit Mr. Patterson's name, number one,
22  Mr. Patterson never talked to him.  I think he's
23  going to allege that Chris Garcia mentioned my
24  client's name.
25            THE COURT:  Do you know what he's going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  say?

 2          MR. CASTELLANO:  Not the source of the

 3  information.  I know the information that he

 4  provided, so I can try to lay a foundation for how

 5  he knew the information.

 6          MR. CASTLE:  It's a prior consistent

 7  statement, which is not admissible under 801 until

 8  after the credibility of the witness has been

 9  attacked.

10          MR. SHATTUCK:  And there's another issue,

11  too.  When he first talked to Roundy, he told Roundy

12  it was Archie Mauricio Varela.  And then about two

13  months ago he changed it to Allen Patterson, saying

14  that Roundy had made a mistake.

15          THE COURT:  Are you trying to bolster him

16  before he's impeached?

17          MR. CASTELLANO:  I am, Your Honor.  And he

18  actually gave another statement in May, following

19  that, where he gave the right name.  And then when

20  he talked to the FBI, he had a correct name before

21  he was asked about any corrections in the report.

22          MR. SOLIS:  Actually, in May he had

23  incorrect names.  He had Molina in there.  That was

24  incorrect, too.

25          THE COURT:  Let's do this.  It sounds like

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   this would be better for when you do redirect,

 2   because it's not yet -- I'd be surprised if he's

 3   not, but we probably ought to do it in the order.

 4   And I think it might also involve them might end up

 5   having to refresh his memory to get the exact name,

 6   or leading him, and that makes me a little

 7   uncomfortable at this stage.  So we'll leave this

 8   for redirect.

 9             MR. CASTELLANO:  That's fine, Your Honor.

10   We can do that.

11             THE COURT:  And if y'all need to recross

12   after it's over, we can look at it then.

13             MR. SHATTUCK:  I appreciate it.  Thank

14   you.

15             (The following proceedings were held in

16   open court.)

17             THE COURT:  All right.  Mr. Castellano.

18             MR. CASTELLANO:  Thank you, Your Honor.

19   BY MR. CASTELLANO:

20       Q.   If you recall, Mr. Lucero, about how many

21   times did you meet with Agent Roundy?

22       A.   I met with Mr. Roundy, I think, on three

23   different occasions face-to-face.  And I would speak

24   to him on the phone a lot.

25       Q.   Okay.  So did you speak to him in person
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   and on the phone?
 2       A.   Yes, sir.
 3       Q.   And when you did so, did you give him
 4   information about the SNM?
 5       A.   Yes.
 6       Q.   And did that include murders?
 7       A.   Yes, sir.
 8       Q.   When you gave him that information, were
 9   some of those murders still unsolved murders?
10       A.   Yes, sir.
11       Q.   And after you were released from custody,
12   did you give additional statements to Agent Bryan
13   Acee of the FBI?
14       A.   Yes, sir.
15       Q.   And were you giving him general
16   information about the SNM, as well?  Right?
17       A.   Yes, sir.
18       Q.   And at some point in time did he turn the
19   conversation to the Castillo and Garza murders?
20       A.   Yes, sir.
21       Q.   And when he did that, for that particular
22   portion, did he record that portion?
23       A.   Yes, sir.
24       Q.   And was a transcript also made of that
25   recording?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, sir.

2      Q.   I want to go back to ask you about a

3 person or persons you stabbed before.  Have you ever

4 heard of the All Stars?

5      A.   Yes, sir.

6      Q.   Who were the All Stars?

7      A.   It was a group of brothers that wanted to

8 branch out and make their own clique.

9      Q.   Did the SNM allow that?

10     A.   No, sir.

11     Q.   What happened to those people?

12     A.   They stabbed them up.  I did.

13     Q.   Who were the people you stabbed?

14     A.   Roy Torres.

15     Q.   And did you do that because it was

16 expected of you by virtue of your membership in the

17 SNM Gang?

18     A.   Sure.

19     Q.   And did the SNM Gang remain one gang, even

20 when the All Stars tried to break free?

21     A.   Yes, sir.

22     Q.   About how long did the All Stars last?

23     A.   Not too long, sir.  Maybe a few months.  A

24 year at the most.

25     Q.   And were there people other than you who

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   also committed assaults on people who were

 2   identified as the All Stars?

 3        A.   Yes, sir.

 4             THE COURT:  Mr. Castellano, is this a good

 5   point for us to take our break for the evening?

 6             MR. CASTELLANO:  It is, Your Honor.

 7             THE COURT:  All right.  I know some people

 8   felt badly this afternoon, had headaches, upset

 9   stomach.  I appreciate you hanging in there.  I know

10   sometimes it's a little tough on Monday to get it

11   going again, and I appreciate the way everybody

12   worked hard this afternoon.

13             Y'all have a good evening.  Get some rest.

14   And we'll see you at 8:30.

15             All rise.

16             (The jury left the courtroom.)

17             THE COURT:  All right.  We'll see y'all in

18   the morning.  Have a good evening.

19             (The Court stood in recess.)

20

21

22

23

24

25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                         May 8, 2018
 2               THE COURT:  Good morning, everyone.  I
 3   appreciate everyone making themselves available
 4   early this morning.  I appreciate everybody's
 5   cooperation on that.  We've got all the jurors
 6   there.  Line them up.
 7               Is there anything we need to discuss
 8   before we bring the jury in?  Anything I can do for
 9   you, Mr. Castle?
10               MR. CASTLE:  Yes, just briefly.  The
11   marshals needed an order.
12               THE COURT:  I signed it.  Everybody is in
13   agreement on that.  I was told that you were, so I
14   signed it this morning.
15               Did you have something, Ms. Armijo?
16               MS. ARMIJO:  Not pressing, but if we have
17   30 seconds.
18               THE COURT:  Go ahead.
19               MS. ARMIJO:  I believe I asked Mr. Castle
20   yesterday if the AUSAs who are under subpoena to
21   testify, if they are still planning on calling them.
22   He said "No."  So at this point, I would ask that
23   they be released from their subpoenas.
24               THE COURT:  Is that acceptable, Mr.
25   Castle?  Anybody have any objection?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTLE:  Yes.  Although we might call
 2  Ms. Armijo.
 3            MS. ARMIJO:  No, I haven't been
 4  subpoenaed.
 5            THE COURT:  Mr. Castellano, it looked like
 6  you were getting up.  Did you have something?
 7            MR. CASTELLANO:  I was going to say I
 8  don't have anything.
 9            THE COURT:  How about the other
10  defendants?
11            Mr. Benjamin, do you have anything?
12            MR. BENJAMIN:  No, Your Honor.  I'm just
13  moving slowly.
14            THE COURT:  Mr. Cooper, anything?
15            MR. COOPER:  Just getting ready to get
16  dressed, Judge.  Get ready for the jury.
17            THE COURT:  Ms. Harbour-Valdez, please
18  accept our sympathy to you on the loss of your aunt.
19  That's one of the hard things about being a trial
20  lawyer.  Life goes on, and you're in the middle of
21  these.  So we send our sympathy to you, and I know
22  everybody else in the room does, too.
23            MS. HARBOUR-VALDEZ:  Thank you.  I
24  appreciate it.
25            THE COURT:  We did file this morning.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  apologize.  I told you I filed them yesterday, but

2  we just had a glitch at our end.  But we did file my

3  marked-up set of jury instructions.  I am going

4  through those.  My legal assistant is typing those

5  up right this minute, so we'll see how far she gets

6  on getting a clean set.  I'm going to continue to

7  work on them a little bit this morning.  I'm about

8  at the indictment portion of it, so about

9  instruction number 20 on the filed set.

10          So I may not file a separate set, so there

11  may be a few changes, mostly in the footnotes and

12  stuff like that, in that very middle section.  But

13  most of it, you'll be able to see just from my

14  handwritten comments.  On the first 20, you'll see

15  exactly what I've changed.  But I'll try, at the end

16  of the day, to give you exact notes so you don't

17  have to re-read anything before or after, if you

18  don't want to.

19          All rise.

20          (The jury entered the courtroom.)

21          THE COURT:  Well, thank you, ladies and

22  gentlemen.  I appreciate you being back and ready to

23  go on time.  You've been very, very good about that.

24  We appreciate it.  Ms. Bean tells me it's going to

25  be 98 today, so I guess there is some advantages to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
 1  having an indoor job, right?  So this may be one of
 2  them.
 3          We did sort of reload your snacks and
 4  things over the weekend.  We tried to sort of guess
 5  what you're eating, what you're not eating, so tell
 6  Ms. Bevel.  We're here to serve you, so if you don't
 7  like what you're getting, tell us, and we'll try our
 8  best to accommodate that.  So let us know what you
 9  need, because you're spending a lot of time with us,
10  and we want to make sure that you're comfortable and
11  well treated back there.
12          Mr. Lucero, you may be seated, and I'll
13  just remind you that you're still under oath.
14          All right.  Mr. Castellano, do you have
15  more direct that you wish to conduct?
16          MR. CASTELLANO:  Yes, Your Honor.  Thank
17  you.
18          THE COURT:  Mr. Castellano.
19                  LEROY LUCERO,
20      after having been previously duly sworn under
21      oath, was questioned, and continued testifying
22      as follows:
23              CONTINUED DIRECT EXAMINATION
24  BY MR. CASTELLANO:
25      Q.   Good morning, Mr. Lucero.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.   Good morning.
 2          Q.   A few more areas I want to cover with you.
 3    The first is, before Frank Castillo was murdered,
 4    and before you left the facility, what was Edward
 5    Troup's standing within the gang?
 6          A.   He was not in good terms, but he wasn't in
 7    bad terms.
 8          Q.   And had he been in trouble for what I'll
 9    refer to as a failed mission?
10          A.   Yes, sir.
11          Q.   And what happened?  Was he supposed to
12    assault somebody?
13          A.   Yes.  There was an LC that drove up, I
14    guess, and he was supposed to get him.  And that LC
15    turned around and got him, instead, so another
16    brother had to jump in.  And he was kind of pissed
17    off about that because he got locked up for it.
18          Q.   And after the Castillo murder, what was
19    Mr. Troup's standing with the gang?
20          A.   He was good.
21          Q.   He was better after the Castillo murder?
22          A.   He cleaned up his base.
23          Q.   I want to ask you about a statement from
24    Joe Lawrence Gallegos regarding somebody named
25    Lawrence, or Lorenzo Torres.  Do you remember that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

55

```
 1   statement?

 2        A.   Yes.

 3        Q.   Where were you guys when you had the

 4   conversation?

 5        A.   We were at the North in Santa Fe.

 6        Q.   And what did Joe Gallegos tell you or ask

 7   you at that time?

 8        A.   Well, we were just talking, and he asked

 9   me if I thought Lorenzo would snitch.

10        Q.   And did you know what he was talking about

11   when he said that?

12        A.   I figured, yes.

13        Q.   What was he referring to?

14        A.   To the murder.  I guess Lorenzo, while

15   they were doing the murder, Lorenzo came out of the

16   cell and was right there, and they told him to mind

17   his own fucking --

18             MR. SINDEL:  Your Honor, objection.  I'm

19   not sure exactly where this is supposed to be coming

20   from.  At this point, this is a narrative.  We

21   haven't heard anything about who told what happened.

22             THE COURT:  All right.  Let's limit it to

23   Mr. Joe Gallegos, and then if you want to go beyond

24   that, you can let me know.

25             MR. CASTELLANO:  Sure, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  We'll sort it out.
 2   BY MR. CASTELLANO:
 3       Q.   What did Joe Gallegos tell you about
 4   Lorenzo Torres and what he may have seen?
 5       A.   I guess when they were assaulting him,
 6   that Lorenzo was looking at them, and they told him
 7   to mind his own business, to get back into this
 8   cell.  And they just didn't want him to -- he was
 9   wondering if he was going to snitch.
10       Q.   So he was worried about Lorenzo Torres?
11       A.   Yes, sir.
12            MR. CASTELLANO:  Pass the witness, Your
13   Honor.
14            THE COURT:  Thank you, Mr. Castellano.
15            Mr. Sindel?  Mr. Castle?  Do you want to
16   go first?
17                  CROSS-EXAMINATION
18   BY MR. CASTLE:
19       Q.   Good morning, Mr. Lucero.
20       A.   Good morning, Mr. Castle.
21       Q.   I want to ask you a couple of questions
22   about Angel Munoz.
23       A.   Yes, sir.
24       Q.   He was supreme leader, the jefe, in 2001;
25   am I right?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.    Not just in 2001; he was the jefe.

 2          Q.    But at the time in 2001, he was the

 3     supreme leader of the SNM; correct?

 4          A.    Yes, sir.

 5          Q.    And he was in that role until his death in

 6     around 2004?

 7          A.    Yes, sir.

 8          Q.    I think you already testified that he

 9     sponsored you in your admission to the SNM in 1992

10     or '93?

11          A.    Yes, sir.

12          Q.    So was that -- so you've been part of the

13     SNM for how many years?

14          A.    A lot of years, 20-some years.

15          Q.    And when did you stop becoming a member of

16     the SNM?

17          A.    2008, 2007.

18          Q.    And then after that time period, you did

19     not participate in any SNM activities?  Is that what

20     you're indicating?

21          A.    No, sir.

22          Q.    Are you sure about that?

23          A.    Pretty sure.

24          Q.    After Angel Munoz's death, you became

25     loyal to Styx Archuleta, Gerald Styx Archuleta;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  correct?

 2       A.   Yes, sir.

 3       Q.   And, in fact, you would write letters to

 4  him while you were in custody.  Do you recall that?

 5       A.   I might have.  I don't recall.

 6       Q.   Do you recall writing a letter to him in

 7  which you indicated, "Demonstrating loyalty to Styx,

 8  willingness to hit people on behalf of Styx"?

 9            MR. CASTELLANO:  Objection to hearsay,

10  Your Honor.

11       A.   No, sir.

12            THE COURT:  Well, I think just the title

13  is fine; but if we're going to get statements, then

14  I may have to sustain.  Go ahead.

15  BY MR. CASTLE:

16       Q.   Well, did you -- were you demonstrating in

17  2005 -- specifically, let's talk about February of

18  2005.  Had you been demonstrating loyalty to Styx

19  and a willingness to hit people on behalf of Styx?

20       A.   I was loyal to him, yes, sir.

21       Q.   And willingness to hit people on behalf of

22  Styx?

23       A.   If that's what he called for.

24       Q.   Okay.  And you would write to him about

25  that, right, to show your loyalty?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir, I don't recall writing to him.  I
 2   might have, but I don't remember.
 3        Q.    Okay.
 4              MR. CASTLE:  If I may approach the
 5   witness?
 6              THE COURT:  You may.
 7        Q.    Page 22528.  I want to show you this
 8   document.  Is that your handwriting on the left-hand
 9   corner?
10        A.    Yes, that's my name.
11        Q.    And this is inter-prison mail; is that
12   right?
13        A.    Yes.
14        Q.    It's addressed to Gerald Archuleta in the
15   North unit?
16        A.    Yes.
17        Q.    Is this your handwriting?
18        A.    Yes, sir.
19        Q.    Okay.  And do you recall --
20        A.    I'm not going to deny that.  That is my
21   handwriting.
22        Q.    Yes.  And you were down for Gerald
23   Archuleta and all that, and that if someone crossed
24   him, that meant they crossed you?
25        A.    The onda targets, the giants, not just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   him.
 2        Q.   Okay.  But your loyalty was -- your
 3   loyalty was to Styx, and you had a willingness to
 4   hit people on behalf of Styx, correct?
 5        A.   That's not my writing, right there.
 6        Q.   Okay.
 7        A.   You wrote that.
 8        Q.   I wrote that?
 9        A.   Or somebody wrote that.  But that's not my
10   writing right there, sir.
11        Q.   Let's take a look.
12        A.   The other writing is.  The letter is.
13        Q.   Hold on, hold on, hold on.
14             MR. CASTLE:  Actually, I'd ask counsel to
15   stipulate that when they provided a copy of this in
16   discovery, the handwriting was there on the
17   document.
18             MR. CASTELLANO:  I haven't seen the
19   document.  If I can take a look at it?
20             MR. CASTLE:  It's in your --
21             MR. CASTELLANO:  Your Honor, I can
22   stipulate that somebody wrote that on the document.
23   It's up to the witness to determine whether that's
24   different from the rest of the writing in the rest
25   of the letter.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTLE:  But it was on the letter at
 2   the time it was provided in discovery, is what I'm
 3   asking?
 4            MR. CASTELLANO:  We can agree to that,
 5   Your Honor.
 6       A.   You know what I mean?  That's not my
 7   writing, sir.  This is -- sure, the letter in there
 8   is my writing.  But this out here with
 9   "demonstrating," that -- that's not my handwriting,
10   sir.
11   BY MR. CASTLE:
12       Q.   Why don't you read the letter, and tell us
13   if your letter demonstrated you had loyalty to Styx
14   and your willingness to hit people on behalf Styx?
15   Why don't you read the letter?
16       A.   That's my handwriting.  I don't have to
17   read it.
18       Q.   Okay.  You had a willingness to kill
19   people on behalf of Styx; correct?
20       A.   For the onda, yes.
21       Q.   And for Styx?
22       A.   If he was part of the onda, yes.
23       Q.   Well, you didn't know whether he was part
24   of the onda?
25       A.   No, he is part of the onda, so it's a
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   bigger picture than that.
 2       Q.   You were on his tabla, sir, weren't you?
 3       A.   Excuse me?
 4       Q.   You were on Styx's tabla?
 5       A.   Yes, sir.
 6       Q.   And tabla means if someone is a leader in
 7   the gang, they choose their most trusted people to
 8   be on their tabla; correct?
 9       A.   Yes, sir.
10       Q.   And before you were ever on Styx's tabla,
11   you were on Angel Munoz's tabla?
12       A.   Yes, sir.
13       Q.   And that was back in 2000, correct, a year
14   before these murders?
15       A.   No, not then.
16       Q.   Okay.  We'll talk about that here in a
17   minute.
18       A.   Okay.
19       Q.   Do you recall that -- well, do you recall
20   being interviewed by Agent Roundy on February 10,
21   2011?
22       A.   I was interviewed by him, yes.
23       Q.   That was the first time you were
24   interviewed by the agents.  Do you recall that?
25       A.   Yes, sir.  I don't remember the exact
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  date; but yes, I was interviewed by him.

 2      Q.   Let's just call it the first time you were

 3  interviewed.  Okay?  And I'm referring to page 653.

 4  Do you recall telling the FBI agents that in 1999 or

 5  2000, that the SNM leaders organized a panel or

 6  tabla and that you were on it?

 7      A.   Yes, sir.

 8      Q.   And that would have been under Angel

 9  Munoz, correct?

10      A.   Yes, sir.

11      Q.   And you remained on that tabla -- well,

12  actually, do you remember telling them who was on

13  the tabla?

14      A.   Yes, sir.

15      Q.   And who did you tell them was on the

16  tabla, Angel Munoz's tabla?

17      A.   There was --

18      Q.   Do you want to take a look?  Would that

19  refresh your memory?

20      A.   Yes, it would refresh my memory.

21      Q.   Have you had an opportunity to look at

22  that?

23      A.   Yes.

24      Q.   So among the people that you indicated was

25  on Angel Munoz's tabla in 2000, 1999 to 2000, were

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 Michael Zamora, Fernie Hernandez, Juan Mendez, and

2 yourself.  Do you recall that?

3      A.   Yes, sir.

4      Q.   Now, the way it works in the SNM, when

5 there is a supreme leader like Angel Munoz, we've

6 already established he has a tabla, right?

7      A.   (Witness nodded.)

8      Q.   Is that "Yes"?

9      A.   Yes.

10      Q.   And they're kind of second in command,

11 correct?

12      A.   Yes, sir.

13      Q.   And so that tabla, then, can issue orders

14 to kill people or for people to get just beaten up

15 or things of that nature, correct?

16      A.   You could bring it to their attention, and

17 they'll vote on it.  You just can't make that

18 decision on your own.  You have to make the decision

19 amongst the group.

20      Q.   Okay.  We'll talk about that in a few

21 minutes.  Because I think you've done a few hits in

22 your life, right?

23      A.   Yes, sir.

24      Q.   And they haven't all been voted on by the

25 tabla, right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    They had to be.

2        Q.    Okay.

3        A.    They had to be.

4        Q.    We'll talk about that.  But in any event,

5    you were on this tabla that decided whether people

6    would live or die?

7        A.    Yes, sir.

8        Q.    And that happened, started in 1999, 2000.

9    And when did that end?  When did you get kicked off?

10   Did you ever get kicked off the tabla?

11       A.    No.  I just stepped down.

12       Q.    And that would have been when?

13       A.    When I went to the feds in 2007, or 2006.

14       Q.    So you were among the very highest of

15   leaders in the SNM between 1990 and 2000, until you

16   left to go to the feds in 2006, is that right?

17       A.    Yes, sir.

18       Q.    And the only thing that changed was that

19   at one point Angel Munoz stopped being the head

20   leader because he died, and Styx Archuleta took

21   over; is that correct?

22       A.    Well, there was other leaders.

23       Q.    Well, when you were on the tabla, you went

24   from the tabla of Angel Munoz to the tabla of Styx

25   Archuleta?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    That tabla was organized for the area that

2  we were around.   You know, you had other facilities

3  where other people had say-so in it.

4      Q.    I understand.   But I'm talking about as

5  the supreme leader, the jefe --

6      A.    I know what you're saying.

7      Q.    -- of the SNM, it got passed down from

8  Angel Munoz to Styx Archuleta, correct?

9      A.    Yes.

10      Q.    And you went from being on Angel Munoz's

11  tabla to being on Styx's tabla?

12      A.    Yes, sir.

13      Q.    Now, as part of being in that tabla, you

14  participated in issuing what's called a green light

15  on Bernalillo County Sheriff Darren White?

16      A.    No, sir.   I had nothing to do with that,

17  sir.

18      Q.    Well, do you recall once again --

19      A.    That never crossed us.   That never crossed

20  my lap.   I've never had that discussion before.

21      Q.    Let's talk about a discussion you had with

22  the FBI on May 31, 2011.

23          MR. CASTLE:   Page 2703, Counsel.

24      A.    All right.

25      Q.    Do you recall what you said to the FBI on

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    that day is that the murder or the green light on

2    Bernalillo County Sheriff Darren White was discussed

3    among the tabla members?  Do you recall telling them

4    that?

5         A.    Yeah.

6         Q.    And you were part of the tabla, correct?

7         A.    But I wasn't there when that was being

8    discussed.

9         Q.    Okay.  So you missed that meeting?

10        A.    I missed that meeting.

11        Q.    So somehow you found out about it?

12        A.    Yes.

13        Q.    And you stopped it, right?

14        A.    No.

15        Q.    Of course, not.

16        A.    It was out of my hands.

17        Q.    It was out of your hands?  And that green

18   light remains to this day?

19        A.    I don't know what's on today.

20        Q.    Well, do you recall telling the FBI that

21   the green light on White remains to this day?

22        A.    I didn't say that.

23        Q.    Okay.  Let's take a look.  Would it

24   refresh your memory if I showed you the page?

25        A.    I dropped out in 2007, so I don't know

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1  what's active and what's good nowadays, sir.

2       Q.   Sir, you're going to have an opportunity

3  to with the Government to explain away anything you

4  want to.  Okay?  I'm asking the question:  Did you

5  tell the FBI that the green light that was

6  authorized by the tabla that you sat on, against a

7  sheriff in New Mexico, remains to this day?

8       A.   I can't say that, because I don't know if

9  it's there.  I'm not active.  I don't know what's

10 good today or tomorrow.  I don't have no involvement

11 with that gang no more.

12      Q.   Let me show you --

13           MR. CASTELLANO:  Your Honor?

14           THE COURT:  Mr. Castellano?

15           MR. CASTELLANO:  I'll object, Your Honor.

16 He's not refreshing recollection.  The witness has

17 said he doesn't know.  That's different from

18 refreshing recollection.

19           THE COURT:  Well, I think it's

20 sufficiently confusing, I'm going to allow him to

21 show him the document, and then maybe we can move

22 on.

23      A.   As of that time, sir --

24 BY MR. CASTLE:

25      Q.   Okay.  As of 2011 --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                     1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1          A.    Can I answer the question?

2          Q.    I haven't asked one yet, sir.

3          A.    But you asked a question --

4          Q.    Stop.  The way this works is, I ask a

5     question, and you answer.  It makes it go a lot

6     quicker.

7                In 2011, at least as of that time, you

8     claimed that the issue with White, meaning the green

9     light, was discussed amongst the tabla members, and

10    the green light on White remains, correct?

11         A.    At that time, yes.  As of 2011.  I don't

12    know what's going on now.

13         Q.    Oh.

14         A.    I'm not an active member.

15         Q.    And you haven't been since 2007, 2008,

16    right?

17         A.    Yes, sir.

18         Q.    That's what you testified?

19         A.    Since I left the state and went to the

20    feds.

21         Q.    I was going to do this later but let's

22    just do it now.  You began cooperating in 2011,

23    correct?

24         A.    Yes, sir, I think 2011.

25         Q.    And you cooperated in and made various

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1   statements over the next year or so, right?  Do you
 2   recall that?  With Agent Roundy?
 3        A.   Yes, sir.
 4        Q.   And then in 2012, your cooperation
 5   stopped.  They weren't -- you weren't having any
 6   more interviews, they weren't coming by and talking
 7   to you, and things of that nature.  Do you recall
 8   that?
 9        A.   Yes, sir.
10        Q.   And then it didn't pick up again until
11   this year, when they were preparing for trial; is
12   that right?
13        A.   Yes, sir.
14        Q.   I want to talk to you about something that
15   happened May 2nd of 2012.  Okay?
16             Do you remember an individual -- do you
17   recall writing a letter to an individual by the name
18   of Jamie Yarra, a/k/a Piaso?
19        A.   I wrote him a few times.
20        Q.   And I know dates are hard, but this would
21   have been -- what happened was, you wrote a letter
22   to him, and the FBI intercepted it, and then Agent
23   Roundy came and got you on the phone and started
24   talking to you about it.  Do you remember which
25   letter we're talking about now?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    No, sir.

 2        Q.    Okay.  This would have been five years

 3   after you said that you left the SNM.  Okay?

 4        A.    Okay.

 5        Q.    So I want to show you the letter.  I'm

 6   going to ask you some questions about this.  Okay?

 7              On May 6th you wrote a letter.  We'll show

 8   it here.  You titled -- that's your handwriting,

 9   right?

10        A.    Yes, sir.

11        Q.    And it's a letter addressed to -- you say

12   the word "Pie," like a piece of pie, like a piece of

13   cake, right?

14        A.    (The witness nodded.)

15        Q.    You have to say it out loud.

16        A.    Yes, sir.

17        Q.    But it really wasn't to somebody -- well,

18   it wasn't to Pie; it was to somebody by the name of

19   Jamie Yarra, Piaso, correct?

20        A.    Yes, sir.

21        Q.    And you signed it "Siempre con respecto

22   PTV"?

23        A.    P2FO.

24        Q.    P2FO?

25        A.    Yeah.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Okay.  So that's your letter, right?

2      A.   Yes, sir.

3           MR. CASTLE:  I'm going to move for its

4  admission, Your Honor.  Let me see if I have an

5  exhibit number.

6           MR. CASTELLANO:  I'll object to hearsay,

7  Your Honor.

8           THE COURT:  I think probably you can mark

9  it as an exhibit, but I'm not going to admit it.

10          MR. CASTLE:  Well, Your Honor, I think

11  it's the same as the letter they sent to Joe

12  Gallegos.  It shows what his current mental state

13  was.  I'm offering it to show his mental state in

14  2012.  He's already said he left the SNM before

15  that.  I'm showing this to show what his mental

16  state was in 2012, not for anything other than that.

17          THE COURT:  Well, if you want to give me a

18  copy, I can take a look at it, but I'm not going to

19  admit it at the present time.

20  BY MR. CASTLE:

21      Q.   Why did you write a letter in code?

22      A.   When I was working my debrief with Agent

23  Roundy and the SIS from the BOP, what I was doing --

24  they thought I was still active, so I was gathering

25  information for them, so I had to act like I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   active, still down with the gang.  They knew I was

 2   out.  SIS knew I was out, and the FBI knew I was

 3   out.

 4        Q.   Well, do you --

 5        A.   Every letter that I sent out, they knew

 6   about it.  I knew they were monitoring my letters.

 7        Q.   Okay.  So let me just talk to you about

 8   what you told this person.  Well, this wasn't handed

 9   to the FBI; they intercepted it, correct?

10        A.   All my letters went straight to SIS.  All

11   my letters went -- every letter that came in and

12   went out, went straight to SIS, STG.

13        Q.   Well, not ones that you do in code, so

14   that no one knows they're coming --

15        A.   They knew about that.

16        Q.   Let me finish.  That the FBI or SIS

17   wouldn't know it came from you, right?

18        A.   In code?

19        Q.   Well, do you recall that this was a letter

20   that Theresa Zarski from the SIS, the Lewisburg

21   federal penitentiary, intercepted and then never let

22   it get out to Mr. Yarra?  Do you recall that?

23        A.   No.

24        Q.   Well, let me ask you about some things.

25   Okay?  What does the word "pedo" mean, P-E-D-O?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Depends on what you're talking about.

 2        Q.    Well, what does it normally mean to you?

 3   Putting in the work?

 4        A.    Pedo?

 5        Q.    Yeah.

 6        A.    Fart.

 7        Q.    Okay.  Well, then let's see what this

 8   sentence means:  "I've done the pedo, but never got

 9   caught."

10             So are you saying what you might have been

11   telling Mr. Yarra is you did a fart and never got

12   caught doing it?

13        A.    I guess so.  That's what that means.

14        Q.    Okay.  Well, let's go on.

15             "Chulo or whoever else wants to turn shit,

16   they can run their mouth."

17             So is this like -- well, are you saying

18   that you're worried that Chulo or other people are

19   going to run their mouth about you farting?

20             MR. CASTELLANO:  Your Honor, I'm going to

21   object.  He's just reading from the letter, so it's

22   hearsay.

23             MR. CASTLE:  It's not offered for the

24   truth of the matter, Your Honor.

25             THE COURT:  Well, don't just read from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   letter.
 2            MR. CASTLE:  Well, Your Honor, I think
 3   this is a confession as to --
 4            THE COURT:  If you want to give me a copy
 5   of the letter --
 6            MR. CASTLE:  I'm sorry?
 7            THE COURT:  -- I will look at it.
 8   Otherwise, quit reading from it, and move on.  And
 9   we can come back to it after I've looked at the
10   letter.
11        A.   Like I said, Mr. Castle, I --
12   BY MR. CASTLE:
13        Q.   There is no question right now.  There is
14   no question.  Okay?
15            While you were in the federal
16   penitentiary, you had a problem with an individual
17   by the name of Frankie Gallegos.  Do you recall
18   that?
19        A.   Yes, sir.
20        Q.   And you tried to -- well, you got in a
21   fight, right?
22        A.   Yes, sir.
23        Q.   Did you give him a hotshot?
24        A.   A hotshot?
25        Q.   No?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   No, sir.
 2        Q.   Do you recall that after that fight, that
 3   you wanted to stab him in the neck?  This would have
 4   been after you left.  This would have been in 2012,
 5   after you say you supposedly left the SNM, that your
 6   goal was to stab Frankie Gallegos in the neck?
 7        A.   I was in prison at that time, sir.  You
 8   know, I had to survive.  Me and him had problems,
 9   you know.  It doesn't have nothing to do with that.
10   That's what happens in the prison.
11        Q.   Okay.
12        A.   You know, being a gang member or not being
13   a gang member, it's violence.  That's all that place
14   is.
15        Q.   So you're not denying that you --
16        A.   I'm not admitting it, either.
17        Q.   Okay.  Well, then, if you're not admitting
18   it, let's look at the evidence of it.  Okay?
19        A.   Okay.
20        Q.   Do you recall stating in a letter to Jamie
21   Yarra --
22        A.   I might have said that.
23        Q.   Okay, let me finish the question, sir.
24   The way this works is, she can't write down both of
25   us at the same time.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1     A.    Okay.

 2     Q.    So do you recall saying to him --

 3           MR. CASTELLANO:  And I'll object as to

 4  hearsay again, Your Honor.

 5           MR. CASTLE:  That's not hearsay.  It's an

 6  inconsistent statement, Your Honor.

 7           THE COURT:  Well, what statement are you

 8  trying to impeach, that he's made?

 9           MR. CASTLE:  Well, I could give the Court

10  the letter.

11           THE COURT:  Well, give me that, but tell

12  me what the statement is you're trying to impeach

13  now.

14           MR. CASTLE:  I asked him if he wanted to

15  stab Mr. Gallegos in the neck, and he said "No."

16           THE COURT:  All right.

17     A.    Now, I don't.

18           MR. CASTLE:  All right, Judge.  If I can

19  bring the Court's attention to that, there are three

20  pages to the letter.  If I could approach?  It's at

21  the top of page -- actually, the top of page 2 of

22  the actual handwritten letter.

23           THE COURT:  Why don't -- I guess I'm

24  confused.  Are you trying to impeach him with this

25  letter again?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

```
 1            MR. CASTLE:  Yes.  That's a statement by
 2   him to someone else, in which he says an
 3   inconsistent statement with his previous testimony.
 4            THE COURT:  All right.  Well, okay.  On
 5   his question of -- I asked him -- you asked him
 6   whether he wanted to stab Mr. Gallegos in the neck,
 7   and he answered, "No."  Now, what's your question?
 8            MR. CASTLE:  That he stated he did want
 9   to, in this previous statement --
10            THE COURT:  All right.  You can ask that
11   question.
12   BY MR. CASTLE:
13       Q.   Do you recall in a statement you made,
14   which was in the form of a letter to Mr. Jamie
15   Yarra, a/k/a Piaso:  "Next time, knife shot right to
16   the neck, ha, ha"?
17       A.   At that time, I might have said that.  I
18   did say that, because I was mad at that time.  Now I
19   don't want to stab him in the neck.  I don't want
20   nothing to do with the guy.  I don't have a problem
21   with the guy.  But at that time, sir, I was angry.
22   Yes, I did say that.  That was then, sir.  It's not
23   now.
24            From out of anger, I might have said it.
25   I did say it out of anger.  But that was a long time
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ago, sir.  That doesn't have nothing to do with the
 2   gang or nothing.
 3        Q.   Stop.
 4             THE COURT:  On this letter, do you want to
 5   have somebody highlight what you're trying to get in
 6   for state of mind?
 7             MR. CASTLE:  Yes, Your Honor.  I'm going
 8   to go to something else now, and I'll do that later
 9   in my exam.
10             THE COURT:  All right.  Why don't I hand
11   it back, though, and somebody highlight for me what
12   you're trying to get in for state of mind and then
13   I'll review it.
14             MR. CASTLE:  I have to apologize.  It's
15   going to be later in my exam, so it's not anyone's
16   fault other than my own.
17   BY MR. CASTLE:
18        Q.   As far as Angel -- let's go back to Angel
19   Munoz for a minute.  Okay?  Because you were one of
20   his trusted confidants, right?
21        A.   I was.
22        Q.   Until his death, right?
23        A.   Yes, sir.
24        Q.   You never decided to leave Angel; Angel
25   left you in this world, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I left the onda.

2      Q.   You were aware of a number of murders that

3  Angel had ordered?

4      A.   No, sir.

5      Q.   Well, do you know an individual by the

6  name of Manuel Maldonado, also known as Chaparro?

7      A.   Yes, sir.

8      Q.   Okay.  And you talked to the FBI about

9  Mr. Maldonado, right?

10     A.   Yes, sir.

11     Q.   And about Angel?

12     A.   Yes, sir.

13     Q.   Now, Angel ordered the murder of Manuel

14  Maldonado, correct?

15     A.   To my recollection, yes.

16     Q.   And he also ordered someone by the name of

17  Leroy Torres to be murdered, right?

18     A.   No, sir.

19     Q.   Well, Maldonado and Torres formed a group,

20  a subgroup of the SNM called the All Stars; is that

21  right?

22     A.   That's what they're saying.

23     Q.   Well, I think you've said that, right?  I

24  mean, you're aware of that?  You were aware of that

25  at the time, right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    They were a break-away group from the main

 3   group?

 4        A.    Yes.

 5        Q.    Of the SNM, correct?

 6        A.    Yes, sir.

 7        Q.    And you indicated that he ordered the

 8   murder of Manuel Maldonado.  Just briefly, can you

 9   tell us where that murder happened, if you know?

10        A.    It never happened.

11        Q.    It never happened?  Was it attempted?  Did

12   someone stab him and try to kill him?

13        A.    I think so.

14        Q.    And where was that at?

15        A.    I think at the North facility.

16        Q.    Okay.  And where was Angel at the time?

17   He was at a different prison, right?

18        A.    I don't remember.

19        Q.    Although not successful in killing Mr.

20   Maldonado, SNM members that were loyal to Angel

21   attempted to do so, and stabbed him several times?

22   Is that your understanding?

23        A.    Yes, sir.

24        Q.    Now, you were ordered by Angel Munoz to

25   kill the other leader of the All Stars by the name
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    of Leroy Torres.  Do you recall that?

2         A.    No, sir.

3         Q.    Well, let's look at an interview again.

4              MR. CASTELLANO:  Can we have clarification

5    of whether he was ordered, or whether he stabbed

6    Leroy Torres.  I think he said he stabbed him,

7    yesterday.

8              THE COURT:  I think the question was

9    ordered, correct?

10             MR. CASTLE:  Yes.

11             THE COURT:  So we'll let the question

12   stand.

13   BY MR. CASTLE:

14        Q.    Page 645.  Do you recall on February 10,

15   2011 -- once again, that's the first meeting that

16   you had, right?  Do you recall telling them that

17   word, in the form of an order, came down from the

18   leaders that you were to introduce Torres to Little

19   Mama?  Do you recall that?

20        A.    Yes, sir.

21        Q.    And what's Little Mama?

22        A.    It was a code amongst a few of us for a

23   knife.

24        Q.    Okay.  So you were supposed to introduce

25   him to a knife, meaning --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Stab him.

2      Q.   Stab him?

3      A.   Yes, sir.

4      Q.   Okay.  Eventually, you did it?  It was

5  supposed to be done by several people, right?

6      A.   Yes, sir.

7      Q.   Instead, you took it on yourself to stab

8  him, yourself, multiple times, correct?

9      A.   Yes, sir.

10      Q.   And that was because Angel wanted it done?

11      A.   Angel never called that.

12      Q.   Angel didn't want to get rid of one of the

13  leaders of the break-away group?

14      A.   What Angel had with Chaparro was them.  It

15  didn't have nothing to do with the All Stars.

16      Q.   Well, Chaparro is not Torres, right?

17  Those are two different people.

18           Okay.  So who ordered the murder of

19  Torres?

20      A.   That came from the North.  I don't know

21  who.

22      Q.   You don't know who?

23      A.   Looking back on it, I don't remember.

24      Q.   So where was that at?

25      A.   Where was what at?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                          e-mail: info@litsupport.com



```
 1        Q.    Where was the stabbing at?

 2        A.    The South facility.

 3        Q.    Who was the keyholder in the South

 4   facility at that time?

 5        A.    He was.

 6        Q.    Who was?

 7        A.    Leroy Torres.

 8        Q.    So this would be an example where the head

 9   of a particular facility does an order for a murder

10   to happen, right?  Because he wouldn't have ordered

11   his own murder, right?

12        A.    No.

13        Q.    So that was instructions that came down

14   from the North, meaning PNM North?

15        A.    Yes, sir.

16        Q.    And you carried it out; correct?

17        A.    Yes, sir.

18        Q.    Now, you weren't successful in killing

19   him, right?

20        A.    No, sir.

21        Q.    But it wasn't for want of trying, right?

22   You tried hard to kill him?

23        A.    I tried.

24        Q.    Where did you stab him?

25        A.    All over.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  Well, can you tell us generally?

 2        A.    Upper body.

 3        Q.    Upper body?

 4        A.    Yes, sir.

 5        Q.    And how many times?

 6        A.    I don't recall.

 7        Q.    Too many to count?

 8        A.    No, I just don't remember how many.

 9        Q.    Okay.  Was it once?

10        A.    It was more than once.

11        Q.    Was this the first time you'd stabbed

12   another human being?

13        A.    No, sir.

14        Q.    Can you estimate how many times you'd

15   killed or stabbed before?

16        A.    I don't recall.

17        Q.    Too many to count?

18        A.    No, I just don't keep track.

19        Q.    What kind of weapon did you use?

20        A.    A shank.

21        Q.    Made out of what?

22        A.    Metal.

23        Q.    Can you show the jury -- describe it for

24   the jury?

25        A.    I can't make you one.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    What's that?

2     A.    I can't make you one.

3     Q.    No, but you can describe things with your

4  language.

5     A.    Just a piece of metal.

6     Q.    Okay.

7     A.    Sharpen it down.

8     Q.    Where did you get the metal from?

9     A.    I don't remember.

10     Q.    Can you show us how long the piece of

11  metal was?

12     A.    It's been so long, I don't remember.

13     Q.    It's not something that stuck in your

14  mind?

15     A.    No, I just try not to think about that.

16  That's the past.

17     Q.    You're also aware -- and you talked to the

18  FBI about this, but you're aware that Angel Munoz

19  ordered the murder of a person called Ronald Baca?

20  Do you recall that?

21     A.    Yes, sir.

22     Q.    And without going into too many details,

23  the individuals that were ordered to do that by

24  Angel Munoz did in fact attempt to do that, right?

25     A.    I guess.  I don't know.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE                                        1-800-669-9492
                                                   e-mail: info@litsupport.com

 1     Q.    You do remember that the murder was

 2  ordered by Angel Munoz, correct?

 3     A.    At that time, Angel, he ordered a lot of

 4  things.  What, I don't know.  I don't know exactly

 5  what he ordered.

 6     Q.    Well, this was in '99 or 2000, when you

 7  were on his tabla.  Do you recall?

 8     A.    A lot of times, I didn't know.  I didn't

 9  know where he was at or what he was doing.

10     Q.    Let's break this down.  In '99 or 2000,

11  you were on his tabla, right?  "Yes" or "No"?

12     A.    In '99?  Yes, sir.

13     Q.    Okay.  And at that time, you were aware

14  that Angel Munoz approved the murder of Ronald Baca?

15  "Yes" or "No"?

16     A.    No.

17     Q.    Do you recall, in an interview with the

18  FBI on February 10, 2011, stating that the murder of

19  Ronald Baca was an SNM hit approved by Angel Munoz?

20  Do you recall that?

21     A.    Yes, sir.

22     Q.    Now, you've claimed today you don't know

23  whether it was carried out or not, right?

24     A.    I don't.

25     Q.    Well, do you recall, again in that same

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1  interview, indicating that it was carried out by
 2  John JJ DeLuna, Brian Rascon a/k/a Fuzz, and another
 3  SNM member unknown to the CHS?  Do you recall
 4  telling them that?
 5       A.   Now that you said that, yes, I do recall.
 6       Q.   Okay.  And Brian Rascon is a person you
 7  have -- Brian Rascon is an SNM member, right?
 8       A.   Yes, sir.
 9       Q.   And were you ever aware if he left the SNM
10  or not?
11       A.   I'm not too sure.  I'm not up to date with
12  who is active, who is not active.  I'm a drop-out.
13  I quit.
14       Q.   Well, in 2012 do you recall making phone
15  calls to Brian Rascon?
16       A.   Yes, with the FBI.
17       Q.   Okay.
18       A.   The FBI knew about that.
19       Q.   There is a report of you making phone
20  calls to Brian Rascon somewhere?
21       A.   Sure.  They were monitored from the pen in
22  Lewisburg.
23            MR. CASTLE:  Your Honor, we have not been
24  provided with any such calls.  If they exist, we'd
25  ask for them to be provided to us in the next day.
```

SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Does the Government object?
 2            MR. CASTELLANO:  We do, Your Honor.  I
 3   don't know about the calls or that we have them in
 4   our possession.  I think defense counsel subpoenaed
 5   Bureau of Prisons, if I'm not mistaken.
 6            MR. CASTLE:  Yes.  But none of this is
 7   there, Your Honor.  That's what I'm trying to get
 8   at.
 9   BY MR. CASTLE:
10       Q.   Actually, let me just go on.
11       A.   All phone calls are monitored through the
12   BOP.  Any phone call that you make is monitored.
13       Q.   So are you saying that the FBI set you up
14   to make a phone call to Brian --
15       A.   No.
16       Q.   Let me finish.  -- with Brian Rascon?
17       A.   No, they knew I was calling him.
18       Q.   And the reason you were calling him is,
19   you were still working the S?  You were still in the
20   S in 2012?
21       A.   No, sir.
22       Q.   Bottom line is that if Angel Munoz orders
23   someone to be murdered, at least during the time
24   when he was the supreme jefe, if you were in the S,
25   it was your obligation to carry it out?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And that included the time period of 2001?

 3        A.   Yes, sir.

 4        Q.   And, in fact, you had done that, at least

 5   attempted to do it, at least on one occasion?

 6        A.   Yes, sir.

 7        Q.   How many occasions total have you tried to

 8   stab people because Angel Munoz told you to?

 9        A.   None.

10        Q.   None?

11        A.   None.

12        Q.   How about Angel Munoz, when he convened

13   the tabla, and you were there on occasions when you

14   and the other tabla members would order some other

15   people to go commit stabbings and killings?

16        A.   We made that decision amongst ourselves at

17   that time.  If Angel wasn't there, we would use our

18   better judgment for it.

19        Q.   Okay.  And then you'd set out to pick

20   people to do the murders?

21        A.   Yes, sir.

22        Q.   Okay.  Now, in late 2000 you arrived at

23   Southern New Mexico Correctional Facility.  Do you

24   recall that?

25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And prior to that, you were at Central New
 2   Mexico Correctional Facility?
 3        A.   I was coming back on a parole violation.
 4        Q.   So you were at Central New Mexico
 5   Correctional Facility, correct?
 6        A.   Yes, sir.
 7        Q.   And you were the shot-caller at that
 8   facility, right?
 9        A.   No.  I was in segregation.  The only
10   shot-calling I was doing was in my cell.
11        Q.   Occasionally, when you're an inmate, do
12   you get called in by the STIU officers, or STG,
13   which was their predecessors, and questioned about
14   your gang membership and things like that?  Do you
15   recall that?
16        A.   Yes, sir.
17        Q.   And do you recall that -- I'll give you a
18   date -- January 18, 2000, you were brought in by
19   the -- I think it would be STG at that point, and
20   asked about your membership in the SNM.  Do you
21   recall that?
22        A.   Every time I went through there, they have
23   asked that question.  That's one of the main
24   questions they asked, if you're still active or
25   nonactive.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And do you recall telling them on January

2    18, 2000, that you were in charge of the general

3    population at Central New Mexico Correctional

4    Facility?

5    A.   No, sir, I don't recall.

6    Q.   You don't recall?  If I showed you a

7    document, would it refresh your memory?

8    A.   Yes, sir.

9    Q.   Page 22505.

10    A.   What year was this?

11    Q.   Let's just look.  January 18, 2000.  Just

12    read this to yourself.  Let me know when you're

13    done.  Did you have an opportunity to read that?

14    A.   Yes, sir.

15    Q.   On January 18th of 2000, which would have

16    been 14 months before the murders at Southern, you

17    went in and interviewed with an STG officer by the

18    name of Jose Romero, and you admitted to being in

19    the SNM, and that you were in charge of the general

20    population at Central New Mexico Correctional

21    Facility, correct?

22    A.   Well, he might have misread who wrote

23    that, because I did self-admit that I was from the

24    syndicate, but I never told him that I was in charge

25    of population.  I was in the hole.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   So he got that wrong?

 2        A.   Yes, he did.  I didn't write that.

 3        Q.   Absolutely got it wrong?

 4        A.   Yes, sir.  I did self-admit.

 5        Q.   Now, are you saying that if you're in the

 6   hole at a facility, in a lockdown area, you can't be

 7   in charge of the facility?

 8        A.   Pretty much, no.  It's pretty hard.

 9        Q.   Okay.  So the officer got it wrong?

10        A.   Yes, sir.

11        Q.   I mean, it's really important for these --

12   I mean, these STG officers that are investigating

13   things, it's really -- they let you know it's very

14   important for them to know who the leaders are,

15   correct?

16        A.   Yes.

17        Q.   And I think you said yesterday that peace

18   and tranquility kind of took over in 2001 when they

19   came in and talked to you, right?

20        A.   Yes, sir.

21        Q.   But they got it wrong that you were the

22   leader of Central?

23        A.   Of Central, yes, sir.

24        Q.   In late 2000 when you arrived at Southern

25   New Mexico Correctional Facility, I think you said
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  that Lino Giron was the shot-caller there, correct?

2      A.   He was one of the most respected brothers

3  there at the time, yes.

4      Q.   And when you were at Southern New Mexico

5  Correctional Facility, an inmate by the name of Big

6  Jake -- that's his nickname, Jake -- Manuel Jacob

7  Armijo arrived there at the facility.  Do you recall

8  that?

9      A.   I made a mistake on that.

10     Q.   Yeah?

11     A.   He wasn't there.

12     Q.   You talked really quickly about that

13  yesterday, right, saying you'd made a mistake?

14     A.   Yeah, I did make a mistake.  I don't

15  remember.  I've done time with the guy so, you know,

16  for me to remember every time we've met or ran into

17  each other, it's kind of hard to remember.

18     Q.   Let's see if we can get up Mr. Giron's --

19  I'm sorry -- Mr. Lucero's location history, which I

20  believe is Exhibit 113, and put it up side by side

21  with Mr. Armijo's location history.

22         Okay.  Can you see that on the monitor?

23     A.   Yes, sir.

24     Q.   I want you to look here, down here.  You

25  indicated you were discharged from the Southern

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  facility on March 23rd.  Do you recall testifying to

2  that?

3       A.   Yes, sir.

4       Q.   So this period right here, this period

5  here would have been while you were in Southern New

6  Mexico Correctional Facility?  Do you see that?

7       A.   Yes, sir.

8       Q.   So you would have been in the same unit,

9  the yellow pod, from at least December 14, 2000, to

10  March 23, 2001?  Do you see that?

11       A.   Yes, sir.

12       Q.   Now, I don't know if this document goes

13  any further.  If we can scroll to see if there is

14  page 2 on that one?  I'm sorry.  Exhibit 113, if we

15  can go to page 2.  I apologize.  Page 2 of Leroy

16  Lucero's location history.

17            It looks like you actually arrived on

18  February 6th of 2000; is that right?

19       A.   Where is that?

20       Q.   I'm sorry.  December 6th of 2000.  Do you

21  see that, where I drew the line?

22       A.   Where you underlined it?

23       Q.   Yeah.  December 6, 2000, you went to

24  Southern Main?  Do you see that?

25       A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And then you were in that kind of

 2   orientation from December 6th to December 14th?

 3   Does that make sense?

 4        A.    Yes.

 5        Q.    So if we could go back to page 1 on that.

 6              Now, Mr. Armijo's, which is the

 7   document -- we can stay on page 2.  Do you see he

 8   arrived on January 18th of 2001.  Do you see that?

 9        A.    Yes, sir.

10        Q.    And he went in the unit SL2G, which you

11   notice is that kind of orientation unit?  Do you see

12   that?

13        A.    CL2G?

14        Q.    Yeah.

15        A.    Yes.

16        Q.    SL2G, I think.  And then he goes into

17   general population on January 23rd until February

18   2nd of 2001?  Do you see that?

19        A.    Correct.

20        Q.    So, in fact, Mr. Jake Armijo was at

21   Southern at the same time you were, for a short

22   period of time?

23        A.    Yes, sir.

24        Q.    Now, when he was there -- when Mr. Jake

25   Armijo was there, do you recall that he came and
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

 1  talked to you?  Do you recall that?

 2       A.   Which time?  I was with him a couple of

 3  times at the facility.

 4       Q.   We're talking 2001.  We're talking about

 5  the time in the couple of months before the murders

 6  of Garza and Castillo.  Okay?  That's the time

 7  period we're focusing on.  Okay?

 8            Do you recall during that time when Mr.

 9  Armijo was with you at Southern, that he came and

10  talked to you?

11       A.   Every time I ran into him, I talked to

12  him.

13       Q.   Okay.  And this is a time I want to talk a

14  little more specifically.  Do you recall that he

15  came and told you that he had orders --

16            MR. CASTELLANO:  Objection; calls for

17  hearsay.

18            MR. CASTLE:  No, Your Honor.  I asked Mr.

19  Armijo about this.

20            THE COURT:  Hold on.  Hold on.  If it's an

21  order, you can state the order.  If it goes beyond

22  that, then we may need to look at it here.  Go

23  ahead.

24  BY MR. CASTLE:

25       Q.   Do you recall that Mr. Armijo came and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  told you he had orders to have Castillo and Garza
 2  killed?
 3          MR. CASTELLANO:  It's still hearsay.
 4  That's not an order.
 5          THE COURT:  I don't think that's an order,
 6  either.
 7          MR. CASTLE:  Your Honor, I asked Mr.
 8  Armijo about it.  He denied it.  And because of
 9  that, I'm allowed under 801 to bring up a prior
10  inconsistent statement he made to someone else.  And
11  so it is admissible under that.  And also, yeah,
12  under 801.
13          THE COURT:  All right.  I'll allow the
14  question, but the jury can't consider this for the
15  truth of the matter.  It's only to consider whether
16  Mr. Armijo was truthful on the stand.  That's the
17  purpose of this coming in.  So you can't consider
18  this for the truth of the matter; only for
19  determining whether Mr. Armijo was truthful when he
20  testified before you.
21          Go ahead, Mr. Castle.
22  BY MR. CASTLE:
23     Q.   Do you recall Jake Armijo coming to you
24  and telling you that he had orders to kill Mr. Garza
25  and Mr. Castillo?
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                           1-800-669-9492



1          A.    No, sir.

2          Q.    Do you recall telling the FBI, on February

3    10th, 2011, at page 15222 -- do you recall talking

4    to the FBI about that discussion with Mr. Armijo?

5    Do you recall that?

6          A.    I don't recall that.

7          Q.    Do you recall telling them that Mr. Armijo

8    came down and told you he had orders from Angel

9    Munoz for those two individuals to be murdered?

10         A.    I might have made a mistake there, you

11   know what I mean?  Because like I don't remember

12   dates, like I said earlier, times and dates.  But

13   I've never had that conversation with him.

14         Q.    Okay.  So you may have said that to the

15   FBI; but now, today, when you're testifying --

16         A.    I don't --

17         Q.    Hold on.  -- you're saying that that would

18   have been a mistake, that was something you kind of

19   slipped out and said, and it wasn't true?

20         A.    I got mixed up.

21         Q.    This year, do you recall meeting with FBI

22   officers and doing a tape-recorded statement with

23   Agent Acee and Agent Nancy Stemo?

24         A.    Yes, sir.  Like I said, I got mixed up.

25         Q.    Hold on.  Hold on.  Let's just talk about

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1   it.  Okay?  Do you recall telling them, page 52055,

2   specifically, "Jake brought the final say-so, you

3   know what I mean?"

4           Do you recall saying that to them?

5       A.  I do remember saying that.

6       Q.  And that was in reference to the murders

7   of these two men in 2001, right?

8       A.  Yes, sir.

9       Q.  And you said that, "He got it from Angel

10  Munoz because Angel was Jake's big jefe."

11          Do you recall that?

12      A.  Yes, sir.

13      Q.  That was just a slip of the tongue when

14  you said somebody ordered someone's murder, and they

15  never did?

16      A.  Well, I got it mixed up, you know.

17      Q.  So was it someone else that came down with

18  the orders to murder?

19      A.  No, sir.

20      Q.  Well, Mr. -- I think when we saw the

21  screen, Jake Armijo wasn't there for very long

22  before he got shipped out, right?

23      A.  No.

24      Q.  And yesterday, you told us some people

25  were shipped out because they were committing

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                  e-mail: info@litsupport.com
REPORTING SERVICE

1    assaults and stabbings.   Do you remember that?

2         A.    Yes, sir.

3         Q.    And Mr. Armijo was one of those people,

4    right?

5         A.    Might have got shipped out.

6         Q.    He got shipped out with Nick Chavez and

7    Lino, right?

8         A.    No.

9         Q.    Okay.   What part of that is wrong?

10        A.    He didn't get shipped out with Lino and

11   them.

12        Q.    Would you like to look at their two

13   location histories, if we can?

14        A.    I don't remember him getting shipped out.

15        Q.    Well, you became the leader there in

16   Southern once these folks were shipped out?

17        A.    Yes, sir.

18        Q.    So you would recall that, right?

19        A.    There was a lot of movement going on.   Who

20   was coming, who was going, I don't remember exactly

21   who was coming and going.

22        Q.    Let's talk about Angel Munoz again.   You

23   were aware that Angel Munoz ordered the murder of

24   Felix Martinez, correct?

25        A.    Who is that?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.    Animal.

 2        A.    I heard about that.

 3        Q.    Okay.  You've told the FBI about it,

 4   right?

 5        A.    I heard that it was --

 6              MR. CASTELLANO:  Objection, Your Honor, as

 7   to foundation.  It sounds like a hearsay response.

 8              MR. CASTLE:  Well, I'll ask him some more.

 9              THE COURT:  All right.

10              MR. CASTLE:  Well, actually, it's not

11   offered for hearsay, Your Honor.  It's not for the

12   truth of the matter; just that he'd heard about it.

13              THE COURT:  Well, what's the relevance of

14   that?

15              MR. CASTLE:  Perhaps I could have a few

16   questions to establish that?

17              THE COURT:  All right.  Go ahead.

18   BY MR. CASTLE:

19        Q.    When you had these meetings with Angel

20   Munoz, okay -- and you talked about you'd have the

21   tabla, right? -- you'd have discussions about not

22   only future hits, but hits that had happened,

23   correct?

24        A.    I never literally sat there with Angel.

25   He would send word to us.  We knew it was coming
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   from him.  As us sitting down and discussing it, we

 2   never did.  He would send word, and he'd say "Yes"

 3   or "No." That's it, as simple as that.  We didn't

 4   question him.  We didn't ask nothing.  You know, we

 5   never sat down literally on a table and discussed

 6   it.

 7        Q.   Okay.

 8        A.   Because he would call it, and it would

 9   have to go.  Simple as that.

10        Q.   Okay.

11        A.   He was the leader.

12        Q.   So Angel orders it; it gets done?

13        A.   Yes, sir.

14        Q.   Nobody else's approval needed?

15        A.   Well, we'd discuss it, you know what I

16   mean, amongst us as a group.  Yes, if Angel said

17   "Yes," we did it.  If Angel wasn't around, I would

18   take --

19        Q.   You already answered the question.  Let's

20   talk about Jake for a minute.  Do you recall that

21   when Jake told you the murders needed to be done,

22   that he told you that he had just gotten off -- just

23   finished talking to Angel?

24        A.   No, I don't recall that.

25        Q.   Do you recall telling them that at that

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                 e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  point, you backed off?

 2       A.   Backed off of what?

 3       Q.   Well, let's go to your interview again.

 4  Do you recall, again this year, January 17, 2018, a

 5  recorded interview with Agent Acee, and you're

 6  talking about your discussions with Jake at Southern

 7  in 2001, that he said -- you said; I'm sorry, "Jake

 8  said he just finished talking to Angel, and they got

 9  this, and I backed off"?

10            MR. CASTELLANO:  Objection; calls for

11  hearsay.

12            MR. CASTLE:  It's inconsistent with his

13  earlier statement, Your Honor, whether he even had a

14  conversation with Big Jake.

15            THE COURT:  All right.  Again, these can't

16  be considered for the truth; they're for determining

17  whether Mr. Lucero is telling the truth today, so

18  you can consider it for that purpose.

19            Mr. Castle.

20  BY MR. CASTLE:

21       Q.   Did you in fact say to Agent Acee, "Jake

22  said he just finished talking to Angel, and they got

23  this, and I backed off?"

24            Do you recall that?

25       A.   I remember saying that.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

105

```
 1        Q.    So what do you mean by "backed off"?
 2        A.    Backed off of whatever was going to
 3   happen.
 4        Q.    Okay.  So you backed off from being in
 5   charge or participating in the murders of Garza and
 6   Castillo?
 7        A.    Yes, sir.
 8        Q.    Yesterday, you told this jury you didn't
 9   know anything about the murders on Castillo and
10   Garza until Billy Garcia got there at the facility.
11   Do you remember saying that?
12        A.    No, sir.
13        Q.    Well, that wasn't true.  You knew about
14   the murders well before Billy Garcia arrived at
15   Southern, because Big Jake told you about it, right?
16        A.    No, sir.
17        Q.    What's that?
18        A.    No, sir.
19        Q.    Well, you said you had to back off from
20   killing or participating in the murders of those
21   two.  How could you back off two murders you didn't
22   have any idea were going to happen?  Do you remember
23   that?
24        A.    No, sir.
25        Q.    In any event, Big Jake gets moved out
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  pretty quick, right?

 2      A.   Yes, sir.

 3      Q.   And then the responsibility to kill Garza

 4  and Castillo rested with you?

 5      A.   No, sir.

 6      Q.   Let's see when Big Jake left.  If we could

 7  throw that exhibit back up.  What was it?

 8           I'm showing you Exhibit 635, the location

 9  history for Mr. Jacob Armijo.  And do you see that

10  on February 5, 2001, he gets shipped off to PNM?

11      A.   Yes, sir.

12      Q.   While we're at it, let's look at Lino

13  Giron's and also -- I don't have those on my laptop.

14           So when all these folks -- Lino Giron, Big

15  Jake Armijo, Nick Chavez, they leave -- you're now

16  the head of the SNM at Southern, correct?

17      A.   I was one of the older brothers there,

18  yes.

19      Q.   So you were the leader?

20      A.   Yes, sir.

21      Q.   And would you take my word for it that

22  that happened around February 5th of 2001, about a

23  month and a half before the murders?

24      A.   I would say that sounds correct.

25      Q.   And it was your responsibility to enforce



SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  any green lights that were in existence, right?

2      A.   Yes, sir.

3      Q.   And, in fact, if Mr. -- I think you said

4  you were a friend of Mr. Garza?

5      A.   Yes, sir.

6      Q.   And if Mr. Garza had messed up, the

7  responsibility to kill him would be you?

8      A.   Yes, sir.

9      Q.   So from February 5, 2001, till the day you

10  were discharged, it was your responsibility to get

11  these two men killed, correct?

12      A.   If it was called upon me to do it, yes.

13      Q.   Well, one day before the murders happened,

14  do you recall being approached by another SNM member

15  and being told that you needed to call Angel Munoz?

16      A.   Yes, sir.

17      Q.   And this person, I guess they were some

18  kind of an emissary or messenger from Angel Munoz;

19  is that right?

20      A.   I got word that day, yes, sir.

21      Q.   When Angel calls -- or tells you to call

22  him, you call him, right?

23      A.   Yes.

24      Q.   Because if you don't, there is going to be

25  some severe consequences, right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.
 2        Q.    So you also know that maybe this call
 3   isn't something innocent, right?
 4        A.    It was business.
 5        Q.    Yeah.   Business that might get you in
 6   trouble with the law if it was overheard by the
 7   machines that were recording there at the prison,
 8   right?
 9        A.    Yes, sir.
10        Q.    And that they could identify you by name,
11   right?
12        A.    Yes, sir.
13        Q.    And so the reason you did the three-way
14   call was so that it wouldn't be on your phone,
15   right, number one?
16        A.    Yes, sir.
17        Q.    And the reason you called -- so the first
18   call on three-way call is made by an inmate to
19   somebody on the outside, right, like a girlfriend or
20   wife or something like that?
21        A.    Yes, sir.
22        Q.    And then they place a call to this other
23   person.   So that's the three parts, right?
24        A.    Yes, sir.
25        Q.    So who did you call?   I think you said you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 used Jason Hoster's phone number, right?  Or phone,

2 right?

3       A.   Yes, sir.

4       Q.   Was he an SNM member?

5       A.   No, sir.

6       Q.   Okay.  Because you didn't want to use SNM

7 members because it could kind of come back to you,

8 right?

9       A.   No.  He had a three-way, so we would use

10 it.

11       Q.   Okay.  So who did you guys call?

12       A.   We called his wife.

13       Q.   Okay.  And how did his wife, to your

14 knowledge, if you have knowledge of this, how did

15 your wife (sic) know Angel Munoz's phone number?

16       A.   They gave me the phone number.

17       Q.   Who did?

18       A.   The person that brought me that message to

19 call him.  To this day, I'm still trying to think

20 who it is.  I don't recall who it was.  It's been so

21 long.

22       Q.   So you can't share the name of that person

23 whatsoever, right?

24       A.   I don't remember.  I'd be lying if I told

25 you I remember.  I don't remember.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                   e-mail: info@litsupport.com

1      Q.    Or you could be telling us someone who

2  could give us evidence against you?

3      A.    No, sir.

4      Q.    You can't remember that guy's name?

5      A.    I can't remember it.  Honestly, I can't.

6      Q.    But you can remember Jason Hoster's name?

7      A.    He was my buddy.

8      Q.    Hold on.  Let me finish my question.  You

9  can remember Mr. Hoster's name, even though he's not

10 a member of the SNM?

11     A.    Yeah.  He was my friend.  I used to kick

12 it with him all the time.

13     Q.    So you make this phone call with Angel

14 Munoz, right?

15     A.    Yes, sir.

16     Q.    And he's not happy, is he?

17     A.    Well, he's not mad, either.

18     Q.    Well, he'd already sent down word that

19 these two people were supposed to be killed, and now

20 he was talking to you about that same order,

21 correct?

22     A.    Yes, sir.

23     Q.    You tell us -- you've told us that what he

24 says to you is, "Well, Billy Garcia is coming down;

25 he'll take care of it," right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Exactly.  He never mentioned the murders.

 2        Q.    Hold on.

 3        A.    He never mentioned the murders.

 4        Q.    Hold on.  Hold on.  Okay?  So Angel Munoz

 5   has an urgent need to get ahold of you, right?

 6        A.    Yes, because he knows I had the yard at

 7   that time.

 8        Q.    And you called him?

 9        A.    Yes, sir.

10        Q.    And it's your testimony that what he's

11   saying to you is, "Don't worry about it; somebody

12   else is going to take care of it for you"?

13             Is that what your testimony is?

14        A.    No.  What he's saying -- what he told me

15   is -- I'm on my way home.

16        Q.    Okay.  Well, let's just slow down.  Slow

17   down.  But your testimony is, he's saying Billy

18   Garcia is going to take care of it?

19        A.    Yes, sir.

20        Q.    Even though it's your responsibility?

21        A.    I don't have the yard no more.

22        Q.    Well --

23        A.    It's Mr. Garcia's yard now.

24        Q.    Okay.  So this is when Mr. Garcia was in

25   the prison?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    He's on his way down.  He's on his way

2  down, so I have to step down.  It's rightfully his.

3    Q.    Was this when Mr. Garcia was in the

4  Southern prison that the phone call was made?

5    A.    I think he was in orientation, on his way

6  to orientation.  He was coming from another facility

7  there.

8    Q.    Okay.  So Angel said he's essentially

9  there; hand over the keys and have him do these

10  murders?

11    A.    He never mentioned murders.

12    Q.    Okay.

13    A.    He said, "Clean house."  What he meant by

14  that, eventually we found out it was the murders.

15  At that time --

16    Q.    Hold on.  Let's hold on.  Let's hold on.

17  Pull up Exhibit 884, which has been already admitted

18  as physical offender location of Alfred Lino Giron.

19  Okay?  And I want you to see here, he was

20  transferred out also on February 5, 2001, the same

21  day that Jacob Armijo did.  Do you see that?

22    A.    Yes, sir.

23    Q.    Okay.  I want to show you another

24  document.  It's page 21348 of discovery.  Was it

25  Jason Hoster, is the person -- that's his name,



**BEAN**
**& ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    right?  The three-way call?

2         A.   Hoster.  Something like that.  It was a

3    weird last name.

4         Q.   I'm going to show you some documents

5    which -- or a document which is the movement history

6    showing when people came in and out of Southern New

7    Mexico.  Do you see that Jason Hoster arrived on

8    January 13, 2001, and left on March 13th of 2001?

9         A.   Yes, sir.

10        Q.   So he was there only a few days before you

11   were able to use his phone?

12        A.   Yes, sir.

13        Q.   Now, your goal when you were getting out

14   on March 23, 2001, was to get out on the streets and

15   run the drug business for the SNM?

16        A.   No, sir.

17        Q.   Okay.  Do you recall telling the FBI on

18   February 10, 2011, that your goal was to get out and

19   run the streets for the SNM when you left the

20   facility?

21        A.   Being an active member, yeah.  Not running

22   the streets.

23        Q.   Running the streets means running drug

24   deals?

25        A.   Yes, sir, if that's what it calls for.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Well, over the years, that's one of your

2  talents that you brought to the SNM, was the ability

3  to get drugs in the facility and distribute drugs,

4  right?

5      A.   Yes, sir.

6      Q.   Now, when this phone call was made, and

7  also when you left the facility on March 23, 2001,

8  Angel Munoz was actually already on the streets,

9  correct?

10     A.   Yes, sir.

11     Q.   And he was running the streets for the

12  SNM?

13     A.   Yes, sir.

14     Q.   And you were going to go work it with him?

15     A.   I'm not from his area, but I was going to

16  go to the streets.

17     Q.   Yeah, and for the SNM?

18     A.   In my area, yes, sir.

19     Q.   And put work in?

20     A.   If it called for it.

21     Q.   And run drugs?

22     A.   If it called for it.

23     Q.   Now, he was from Albuquerque, and you were

24  from a town about an hour and a half away from

25  there, right?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, sir.

2        Q.    And so the drugs would mostly come into

3    Albuquerque and then get distributed to other

4    communities, correct?

5        A.    Yes, sir.

6        Q.    So he was going to be a partner of yours?

7        A.    No, just a jefe.

8        Q.    Well, let me ask you this.  Okay?  Angel

9    Munoz sends out orders to kill, with Big Jake prior

10   to February 5th.  Then you become the shot-caller

11   there, and it's your responsibility to kill Garza at

12   least, at least Garza.  And you're going to come out

13   on the streets with Angel Munoz, and you're not

14   going to do -- you're not going to carry out the

15   orders?

16       A.    What orders?

17       Q.    The orders to kill Pancho and Looney.

18       A.    No, sir, I didn't have nothing to do with

19   that.

20       Q.    Well, after you got out of the facility --

21       A.    I didn't --

22       Q.    After you got out of the facility, you

23   didn't get hit by anybody, did you?

24       A.    No, sir.

25       Q.    You didn't get demoted in the SNM?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                    e-mail: info@litsupport.com



```
 1        A.    Because I didn't have --

 2        Q.    No, I'm just asking you a question.  You

 3   didn't get demoted?

 4        A.    I didn't have no responsibility.

 5        Q.    Did you get demoted or not?

 6        A.    No, sir.

 7        Q.    Okay.  That's the answer.

 8        A.    Okay.

 9        Q.    In fact, you went up in standing after the

10   murders in March of 2001?

11        A.    No, sir.  No, sir.

12        Q.    You became part of Styx's tabla.  We just

13   already established that, correct?

14        A.    There was different groups.  I was part of

15   Styx's; then you had juniors; and you had different

16   groups; you had Mr. Garcia's crew; you had different

17   crews.

18        Q.    Okay.  So did you become part of Styx's

19   tabla after the 2001 murders?  "Yes" or "No"?

20        A.    Yes, sir.

21        Q.    Now, do you recall meeting with three

22   individuals -- actually, let me back up.  Prior to

23   the murder, did you meet with some people about the

24   murders, where there were discussions about the

25   murders?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.

 2        Q.    Do you recall meeting with Eugene

 3   Martinez?

 4        A.    He lived in the same unit with me.

 5        Q.    I'm asking if you recall meeting him with

 6   regards to the murders of Garza and Castillo?

 7        A.    We had discussions right before I left

 8   home.

 9        Q.    Okay.

10        A.    On that Thursday, probably.

11        Q.    And do you know an inmate by the name of

12   Felix Reyes?

13        A.    Felix Reyes?

14        Q.    Felix Reyes, an inmate in your same unit?

15        A.    What's his nickname?

16        Q.    I don't know.

17        A.    I don't know.

18        Q.    He was an individual that was with you

19   often.  He wasn't part of the SNM, but he was in

20   your unit and he was with you often.

21        A.    I don't recall.

22        Q.    Do you recall meeting, having a meeting

23   where Mr. Reyes was present, in which you discussed

24   the murders and gave instructions on the murders of

25   Garza and Castillo to these three individuals?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.

 2        Q.    Do you remember giving instructions to

 3   Eugene Martinez?

 4        A.    No, sir.

 5        Q.    In the presence of Mr. Reyes, do you

 6   recall providing to these individuals the specific

 7   details about how the murder of Garza was to happen

 8   and the murder of Castillo was to happen?

 9        A.    No, sir.

10        Q.    Do you recall telling them what time of

11   day it was supposed to be carried out?

12        A.    No, sir.

13        Q.    Do you recall telling them that you wanted

14   the murders to happen after you left to get on

15   parole, so that you wouldn't screw up your parole

16   and get blamed for the murders?

17        A.    That was --

18        Q.    Did you or did you not?

19        A.    I was discharging, for one thing.  Another

20   thing, I've never had that conversations with those

21   guys.

22        Q.    Felix Reyes' other nickname is Looney, a

23   different Looney.  Do you remember him now?

24        A.    No, sir.

25        Q.    So you don't recall having that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  conversation --

 2       A.   I don't --

 3       Q.   No, let me finish, sir.  She cannot -- she

 4  has a hard job.  She cannot write down what we're

 5  both saying.

 6       A.   What's the question, then?

 7       Q.   Let me finish.  She can't write it down,

 8  and the jury can't hear, either.

 9            So do you recall having that conversation

10  at which Mr. Looney, Felix Reyes, was present, at

11  which you told them these details about how the

12  murders were to occur?

13       A.   I never had that conversation with them

14  individuals.

15       Q.   Okay.  Now, you've talked to the FBI over

16  the years, right?

17       A.   Sure.

18       Q.   And you've been able to give them very

19  specific details about how each of the murders

20  happened, both the Garza murder and the Castillo

21  murder happened.  Do you recall telling them that?

22       A.    I've mentioned some things that I've

23  heard.

24       Q.   Okay.  So let's talk first about a person

25  by the name of Rolando Garza.  He's a close friend
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of yours?

 2         A.    Sure.

 3         Q.    You didn't make that a secret, did you?

 4         A.    A secret?

 5         Q.    You didn't make it a secret that he was a

 6    friend of yours?

 7         A.    No, sir.

 8         Q.    I mean, anybody there at the facility

 9    would have known the two of you were friends?

10         A.    Yes, sir.

11         Q.    So I imagine anybody that would

12    participate in the murder of your good friend is not

13    somebody you're friends with?

14         A.    In all reality, no.

15         Q.    You don't want to go near them, right?

16         A.    He was a friend.

17         Q.    You wouldn't want to know all the details

18    of how your good friend was murdered?  That's

19    something that you would want to stay away from,

20    right?

21         A.    At that time, I was an active gang --

22         Q.    "Yes" or "No"?  Would you try to go and

23    find out all the great details about how this person

24    you say was your great friend was murdered?

25         A.    As I was debriefing --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    No.   I'm asking you:   In the months and

2   years after the murder of who you say is your great

3   friend --

4      A.    Yes, sir.

5      Q.    -- you wouldn't willingly go out and try

6   to find out all the nitty-gritty details of his

7   death?

8      A.    I was doing that for the FBI, yes.

9      Q.    Okay.   Well, let's talk about this.   You

10  told us, or you told the FBI that you knew exactly

11  how Garza was murdered, right?

12     A.    Through hearsay, yes, sir.

13     Q.    Okay.   And that Garza was fighting back

14  while he was being strangled?

15     A.    Yes, sir.

16     Q.    And that he got free at one point from one

17  of his attackers?

18     A.    Yes, sir.

19           MR. CASTELLANO:   I'll object to hearsay.

20           MR. CASTLE:   I'll rephrase it.

21           MR. CASTELLANO:   He has no personal

22  knowledge.   He can only give this information

23  through hearsay, Your Honor.

24           MR. CASTLE:   Your Honor, I'm offering it

25  for nonhearsay purposes, if the Court would like to



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                             FAX (505) 843-9492
                                                  1-800-669-9492
                                            e-mail: info@litsupport.com

1   know what that is?

2          THE COURT:  Yeah, I better hear what

3   you're going to try to -- you said you were going to

4   rephrase, but it's up to you if you want to approach

5   and tell me what the nonhearsay purpose is.

6          MR. CASTLE:  If I could?

7          THE COURT:  You may.

8          (The following proceedings were held at

9   the bench.)

10         THE COURT:  If he wasn't there, I guess

11  I'm concerned that he's going to have heard all this

12  from other people.

13         MR. CASTLE:  Judge, it's my position that

14  when someone orders a murder, and then goes back and

15  talks to each and every person he ordered to do it,

16  and then gets nitty-gritty details about how it

17  happened, it will show that he's the person who

18  ordered it.  And that's the purpose of this.  He's

19  out asking all these people.  There are seven

20  different individuals he went and talked to,

21  essentially both hit squads, individually one by

22  one, and got details about how it occurred.

23         That doesn't happen unless you're the one

24  that ordered it.

25         THE COURT:  That doesn't even follow for

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                          e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   me.   I mean, I don't understand why after the fact,

2   if you go get details, that would show that you

3   ordered it.

4               MR. CASTLE:  Well, I don't think anybody

5   in this case is ever going to say -- any witness is

6   going to say he went out and talked to all seven

7   people.

8               THE COURT:  I think you can certainly ask

9   that question, and you can ask details, and I'll let

10  you impeach him to a certain extent.  But as far as

11  him doing an investigation for everybody and coming

12  in and just giving all the details of his

13  investigation, I think I've got to be careful on

14  that.

15              MR. CASTLE:  The only thing I would

16  mention also is that the Government has already put

17  in these statements, so they've already asked, for

18  example, with regards to Garza, what Christopher

19  Chavez told him.  And they've already put in what

20  I'd asked Mr. Eugene Martinez what he told this

21  individual.  He said he never talked to him.  So

22  that's an inconsistent statement.

23              THE COURT:  So you're using him to impeach

24  other witnesses?

25              MR. CASTLE:  I'm doing it to impeach --

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   this is additional evidentiary grounds for admission

2   to impeach Eugene Martinez, who said he never talked

3   to Lucero after that.

4             THE COURT:  Well, you'll have to track

5   those.  You'll have to remind me of the statements

6   that you're trying to impeach, and then I can

7   instruct the jury not to consider these for the

8   truth; just for purposes of determining which

9   witness it was that you're trying to impeach.

10            MR. CASTLE:  I'm trying to dance around it

11  a little bit so that I don't have different

12  individuals identifying somebody else who might have

13  participated.  So if I can have leeway -- well, I'm

14  on cross.  I get to lead anyway.

15            MR. CASTELLANO:  It's all hearsay.  The

16  other problem is, he's opening the door, and that's

17  the statement that Mr. Shattuck was concerned about

18  yesterday.  Because one of those statements is that

19  Ray Molina told him that he was involved with the

20  murder, and along with Mr. Patterson and the other

21  two who are named in the indictment.  When he does

22  that, he's going to open the door as to additional

23  statements, pointing the finger at other defendants.

24            And so --

25            MR. SHATTUCK:  Molina told Christopher --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          MR. SOLIS:  Ray Molina.  He figures in
2   this, too.
3          THE COURT:  Well, as long as I can
4   instruct the jury that this is just coming in for
5   impeachment purposes, and you help me identify which
6   witness you're trying to impeach, then I think that
7   we can avoid opening the door.  Because we're not
8   going to have these statements coming in for the
9   truth.  So if you'll help me make sure I can give
10  them correct instructions.
11         MR. SHATTUCK:  That's my concern, is
12  opening the door on Mr. Patterson.
13         THE COURT:  Well, as long as I don't let
14  it in for the truth --
15         MR. SHATTUCK:  And he said in prior
16  testimony under oath that he's never spoke with
17  Patterson.  During the James hearing, he testified
18  that he's never spoken to Allen Patterson -- he said
19  Ray and I have no idea why -- but Allen Patterson
20  about the murders.  That's true.  The information we
21  had was from Ray Molina, who gives a statement
22  against interest inculpating himself and the others
23  charged in this case.  Eugene Martinez, Patterson,
24  and I think there was a third.
25         But that's going to bring in statement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   against interests by Ray Molina.  And they will be

2   against Mr. Molina's interests because he inculpated

3   himself as being involved in the murder.

4           So I think we're going to have hearsay

5   coming in, and then we're going to have a statement

6   against interests implicating individuals at trial.

7           THE COURT:  Well, if it's just coming in

8   for a nonhearsay purpose, I think we avoid most of

9   these problems.  So help me out so I can give the

10  instruction, and we can --

11          MR. CASTLE:  Also, just to let the Court

12  know, statement against interests exception, as much

13  as I'd like to use it, isn't available, because we

14  can't establish that Ray Molina is unavailable.  So

15  I won't be offering any statements as statements

16  against interests, because of unavailability.

17          THE COURT:  So you're just bringing it in

18  for a nonhearsay purpose?

19          MR. CASTLE:  Right.

20          THE COURT:  Just to impeach him?

21          MR. CASTLE:  Yes, exactly.

22          THE COURT:  Okay.  Let's try and see if we

23  can walk through it without opening too much.  Help

24  me out so I know who you're impeaching.

25          (The following proceedings were held in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    open court.)

 2    BY MR. CASTLE:

 3         Q.   Mr. Lucero?

 4         A.   Yes, sir.

 5         Q.   Did you or did you not form two squads of

 6    people to conduct the hits on Garza and Castillo?

 7         A.   No, sir.

 8         Q.   You have indicated that you've talked to

 9    four participants in the murder of Garza, correct?

10         A.   I ran into them in the past, yes, sir.

11         Q.   And you talked to them about the details

12    of what happened?

13         A.   Not the full details.

14         Q.   Not full details?

15         A.   No, sir.  Just little bits here and there.

16         Q.   Okay.  Well, but how it happened, who was

17    doing what, things like that, right?

18         A.   Pretty much so.

19         Q.   And whether people tried to escape and

20    things like that, right?

21         A.   Yes, sir.

22         Q.   Now, that's just for the Garza murder.

23    For the murder of Castillo, you've indicated to the

24    FBI that you've talked to all three of the

25    individuals that you claim participated in that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                         1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   strangulation, correct?

 2        A.   No, sir.

 3        Q.   Well, let's go through it a little bit.

 4   Okay?  You talked -- you've told --

 5             MR. CASTLE:  This is for impeachment

 6   purposes, Your Honor.

 7             THE COURT:  Just to Mr. Lucero?

 8             MR. CASTLE:  As to Eugene Martinez,

 9   impeachment of a statement Eugene Martinez made.

10             THE COURT:  All right.  And what is the

11   statement?

12             MR. CASTLE:  That he talked to Eugene

13   Martinez after the homicide, and Mr. Martinez said

14   some things.  I don't want to get the statement out

15   without a ruling, Your Honor, but Mr. Martinez

16   denied talking to Mr. Lucero after the murders.

17             THE COURT:  I'm not sure there is enough

18   yet to -- you're not trying to impeach Mr. Lucero at

19   all; just Mr. Martinez?

20             MR. CASTLE:  Yes.

21             THE COURT:  All right.  So Mr. Castle is

22   going to ask Mr. Lucero about a statement that

23   Mr. Martinez made earlier in the trial, and you can

24   use this only to determine where Mr. Martinez was

25   testifying truthfully at the time.  You can't use it
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   for the truth of the matter now.  So you can just

2   use it to determine whether Mr. Martinez came and

3   told you the truth on the day that he testified.

4           All right.

5   BY MR. CASTLE:

6       Q.   When did you talk to Eugene Martinez after

7   the murders?

8       A.   Recently, I talked to him.

9       Q.   I don't want to know recently.  Just hold,

10  on, because I want to be careful on this.  Okay?  In

11  the year or two after the murders, did you have an

12  opportunity to talk to Eugene Martinez?

13      A.   Passing through.

14      Q.   What's that?

15      A.   Passing through at the North, during --

16      Q.   Oh, passing through?

17      A.   Yes, sir.

18      Q.   And did you talk to him about the 2001

19  murders and his participation?

20      A.   No, sir.  I've never specifically talked

21  to him about that.

22      Q.   That first interview you had with the FBI,

23  do you recall telling them that you had talked to

24  Eugene Martinez regarding his involvement in the hit

25  on Rolando Garza?  Do you recall telling them that?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I don't recall.  I don't remember.
 2        Q.    How about on January 18th of this year, in
 3   your tape-recorded interview, detailing to the FBI
 4   what Eugene told you happened and what his role was
 5   in the murder?  Do you recall that?
 6        A.    No, sir, I don't recall that.
 7        Q.    Do you recall that you had stated that
 8   Eugene admitted being part of the team that killed
 9   Garza and that he was the one that finished him off
10   and killed him?
11        A.    No, sir, I never said that.  I don't
12   recall that at all.
13        Q.    Let's look here.  Do you recall talking to
14   them and telling them what Eugene had told you?
15   "Yes" or "No"?  Did you in fact --
16        A.    I do remember saying that, but I don't
17   remember when we had that conversation.
18        Q.    Well, do you remember telling them --
19   well, this would have been -- have they not gone
20   through your reports with you, and your recording?
21   Did they not do that with you?  Did the Government
22   do that before you testified?
23        A.    I went through it.
24        Q.    Okay.  So you've had an opportunity to
25   read this, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, sir.

2      Q.   And you recall telling them that Eugene

3 talked to you, right?

4      A.   I told them.

5      Q.   And about the murder, right?  Right?

6      A.   Yes.

7      Q.   And that he told you that he had "fucking

8 finished him, held him"?  Is that right?

9      A.   Yes.

10      Q.   And then you also say that Eugene told you

11 that Rolando was fighting with them guys, and he was

12 getting out of the door, that he'd gotten out of

13 their grip, and all kinds of other details?  Do you

14 see that?

15      A.   Yes, sir.

16      Q.   And that Eugene told you there was four

17 people who went in, right?

18      A.   Yes, sir.

19      Q.   And that he said that one of them was Ray

20 Molina?

21      A.   Yes, sir.

22      Q.   And he also told you who was a lookout.

23 Do you recall that?

24      A.   No, I don't recall that.

25      Q.   What was his demeanor like, Eugene's

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                       1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                               e-mail: info@litsupport.com

1    demeanor like, when he told you?  Did you have to

2    pry it out of him?

3         A.   We were just casually talking.

4         Q.   Was it kind of like how guys brag about

5    the work they've done?

6         A.   Yeah.  Yes, they do do that.

7         Q.   And so was Eugene talking about -- like

8    was he just talking like you guys normally talk, or

9    was it something that he -- just tell us how he was

10   talking.

11        A.   He was just talking.

12        Q.   Okay.  He wasn't sitting there, saying,

13   "Oh, I can't believe I did this," sadness, crying,

14   things like that?  He was just talking like a

15   regular guy, right?

16        A.   No, sir.

17        Q.   And he actually told you details about how

18   they carried it out, right?

19        A.   No, sir.

20        Q.   Well, let's approach again.  Page 5205O.

21   Asking you who told you things, and you talked about

22   Eugene.  And then they talk about how Boxer went in

23   first to comfort him, and then the rest of the guys

24   came in, et cetera, right?

25        A.   I remember that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And as far as the lookout, you even

2 indicated that Eugene told you that there was a guy

3 by the name of Lorenzo who was on the tier, who was

4 a lookout?

5      A.   Yes, sir.

6      Q.   And that's Lorenzo Mora, right?  You know

7 Lorenzo Mora, right?

8      A.   Yes, sir.

9      Q.   And what Eugene told you, of the four

10 people he said participated in the murder of Garza,

11 they included Eugene, himself; Ray Molina; and

12 Lorenzo Mora?  Correct?

13     A.   No, sir.

14     Q.   Well, he said Mora was a lookout?

15     A.   Yes, sir.

16     Q.   And he told you he and Ray participated in

17 the murder, right?

18     A.   Yes, sir.

19     Q.   So that was three of them?

20     A.   Yes.

21     Q.   But when you testified on direct -- well,

22 strike that.

23          And you actually, I think, asked Eugene

24 some more specifics about what happened, about who

25 actually strangled him.  And this is at 52049.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the question was:

2           "So what did Eugene tell you?"

3           And your answer was:

4           "Yeah, so that's when he had fucking

5   finished him, held him, finished him off."

6           I think I may have asked you that already.

7   If I did, I apologize.

8           THE COURT:  All right.  Would this be a

9   good time for us to take our morning break, Mr.

10  Castle?

11          MR. CASTLE:  Yes.  I think I've littered

12  the room.

13          THE COURT:  That's fine.  All rise.

14          We'll be in recess for about 15 minutes.

15          (The jury left the courtroom.)

16          THE COURT:  Mr. Castle, do you have the

17  letter with the highlighted portions that you want

18  to try to get under state of mind?  All right.

19  Thank you.  I'll take a look at it.

20          All right.  We'll be in recess for about

21  15 minutes.

22          (The Court stood in recess.)

23          THE COURT:  All right.  We'll go on the

24  record.  Anybody have anything they need to raise

25  before we bring the jury in?  I had to get on a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   phone call, so let me look at it here, and I'll try
 2   to --
 3              MR. CASTLE:  Judge, just generally, just
 4   to let the Court know, he testified he left SNM in
 5   2007, 2008.  A lot of this impeaches that because it
 6   shows he is still doing the work, the business.
 7   There's drug-dealing going on, and he's calling
 8   people "carnals," and there is testimony that only
 9   SNM members call people "carnal," and things like
10   that.  So those are the general areas.
11              THE COURT:  I'll try to keep it in mind.
12              MR. CASTLE:  Thank you.
13              THE COURT:  Did you have anything, Mr.
14   Castellano?  Mr. Beck?
15              MR. CASTELLANO:  No, Your Honor.
16              THE COURT:  Anything else?  Anybody else
17   have anything?
18              All rise.
19              (The jury entered the courtroom.)
20              THE COURT:  All right.  Everyone be
21   seated.  All right.
22              Mr. Lucero, if you'll return to the
23   witness box.  I'll remind you that you're still
24   under oath.  All right.
25              Mr. Castle, if you wish to continue your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




```
 1   cross-examination of Mr. Lucero, you may do so at

 2   this time.

 3           MR. CASTLE:  Thank you, Your Honor.

 4           THE COURT:  Mr. Castle.

 5   BY MR. CASTLE:

 6       Q.   Mr. Lucero, I just wanted to clear

 7   something up that maybe I made a mistake on.  I'm

 8   going to show you the movement record of Jason

 9   Hoster.  Is that what you called him?

10       A.   Yes, sir.

11       Q.   It says that he left on March 13, 2001; is

12   that right?

13       A.   Yes.

14       Q.   So the call that you're talking about

15   happened before March 13th?  The call with Angel

16   Munoz happened before March 13, 2001, right?

17       A.   Yes, sir.

18       Q.   Because you couldn't have had it when he

19   left?

20       A.   Yes.

21       Q.   Now, we talked about some discussions you

22   had in the couple years after the 2001 murders, in

23   which you talked about participants, and we were

24   talking about the Garza murder.  And we talked about

25   one of the participants that talked to you, and that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was Eugene Martinez.  Do you recall?

2           Now, you talked to another participant by

3    the name of Lorenzo Mora?

4           A.   Yes.

5           Q.   And without going into details about that,

6    he talked to you about his role, right?

7           A.   Yes, sir.

8           Q.   And then there was a third person by the

9    name of Ray Molina, also known as Boxer.  Do you

10   recall that?

11          A.   Yes, sir.

12          Q.   And you talked to him about his role in

13   the murders, right?

14          A.   Yes, sir.

15          Q.   And you talked to him about details of how

16   things happened, right?

17          A.   Not really too much detail, but --

18          Q.   Do you recall this interview in January,

19   talking to, once again, Agent Acee on a recording,

20   and you indicated you talked to Ray Molina?  Do you

21   recall that?

22          A.   I did speak to Ray Molina.

23          Q.   Okay.  And then you told them you were

24   extremely surprised that Ray Molina wasn't charged

25   in this case?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                       1-800-669-9492
                                           e-mail: info@litsupport.com

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.

 2        Q.    Shocked?  Right?

 3        A.    Yes, sir.

 4        Q.    You told the FBI, "Ray Molina is the guy

 5   you really need to go for"?

 6        A.    I didn't say all that, but --

 7        Q.    You asked them, "You guys got Ray Molina,"

 8   right?

 9        A.    Yes, sir.

10        Q.    You know I can't get into all the details

11   of what you said?

12        A.    Sure.

13        Q.    But essentially, you're saying, "Why

14   aren't you prosecuting him?"  Correct?

15        A.    I was wondering why they didn't do it.

16        Q.    Why he didn't do it?  Why the FBI didn't

17   prosecute him?

18        A.    Yes, sir.

19        Q.    Ray Molina?  Now, Ray Molina is a friend

20   of yours, right?

21        A.    Yes, sir.  Ex-friend.

22        Q.    When did he become an ex-friend?

23        A.    When I dropped out.

24        Q.    In 2007, 2008?

25        A.    Now, when I left the gang.  All these guys
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   are my enemies now.
 2         Q.    So that would have been 2007, 2008, right?
 3         A.    Yes.
 4         Q.    Ray Molina is Angel Munoz's son-in-law,
 5   right?
 6         A.    No, sir.
 7         Q.    He's related to him?  Don't you recall
 8   that?
 9         A.    I don't recall that.
10         Q.    Okay.  What was last time -- when was the
11   last time you think you talked to Ray Molina or
12   communicated with him in any fashion?  Would it have
13   been before you dropped out?
14         A.    Before I dropped out.
15         Q.    Well, do you recall a letter you wrote to
16   Ray Molina in 2012, in which you write him?
17         A.    Yes, sir.
18         Q.    And this is the guy that you say
19   participated in the murder of your good friend,
20   Rolando Garza, right?
21         A.    My understanding, he had some kind of
22   involvement in it.
23         Q.    Okay.  I'll show you a letter that was
24   intercepted.
25         A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   I'm sorry.  5854.  And it's from you,

2   right?  Leroy Lucero?

3       A.   Yes.

4       Q.   While you were at Lewisburg penitentiary?

5       A.   Yes, sir.

6       Q.   And you're sending it to Ray Molina,

7   right?

8       A.   Yes.

9       Q.   You had found out what his home address

10  was and sent it to his home, right?

11      A.   Yes, sir.

12      Q.   And in here, you do nice little greetings

13  and things of that nature, right?

14      A.   Yes, sir.

15      Q.   And you're telling him that you're having

16  some problems in there with the Surenos?

17      A.   Yes, sir.

18      Q.   But that you've been going hard with your

19  gang for at least the last five years?

20      A.   Yes, sir.

21      Q.   So five years back from 2012 would be

22  2007.  So you're telling him you're working hard for

23  the SNM from 2007 to 2012, correct?

24      A.   Going hard.  You know, the BOP is full of

25  different gangs.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                       e-mail: info@litsupport.com

1     Q.   And you're also talking to him about

2  talking to Fuzz?

3     A.   Yes, sir.

4     Q.   At least a couple times a week.  And he's

5  supposed to get with Palos for you, to speak to him,

6  right?

7     A.   That was about my situation out there,

8  that I was in trouble.

9     Q.   Once again, Fuzz is Raymond Rascon, an SNM

10 member, right?  Earlier, you said you'd made phone

11 calls from prison, right?

12    A.   Yes, sir.

13    Q.   And what is Palos?

14    A.   Styx.

15    Q.   So you wanted -- supposed to get back in

16 touch with Styx for you.  And then you finish it up

17 by saying you're going to get him a little something

18 for Christmas, "I'll send it to you in the mail"?

19 Right?

20    A.   Yeah.

21    Q.   And this is the Ray Molina you said you

22 hadn't contacted since 2007, 2008, since you dropped

23 out?

24    A.   Yeah, I tried to make contact with him,

25 never got ahold of him.  He never wrote back.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Okay.

 2        A.   That's why I said I didn't get ahold of

 3   him.  No contact.

 4        Q.   Let's talk about the second murder, Frank

 5   Castillo.  Okay?

 6        A.   Right.

 7        Q.   Now, Frank Castillo is not somebody you

 8   had a friendship with or claimed to have a

 9   friendship with, right?

10        A.   No, sir.

11        Q.   He's just some dude?

12        A.   A dude.

13        Q.   Yet, you talked to all of the three people

14   that you claim participated in that murder?

15        A.   Yes, sir.

16        Q.   Let's talk about the first one, Angel

17   DeLeon.

18        A.   Okay.

19        Q.   Do you know who that is?

20        A.   Yes, sir.

21        Q.   Is he a friend of yours?

22        A.   He was a brother.

23        Q.   And he was a friend, right?  I mean --

24        A.   I knew him.

25        Q.   When you got out -- you got out for some
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com

1   period in 2001, right?

2         A.    Yes, sir.

3         Q.    How long was it -- about six months? --

4   before you committed another crime and got back in?

5   Actually, I think it was shorter than that, right?

6         A.    A year.

7         Q.    Was it a year?

8         A.    I think a year.

9         Q.    And during that year, you went looking for

10  Angel DeLeon.  Do you recall that?

11        A.    I don't recall that at all.

12        Q.    Well, do you recall going and trying to

13  talk to Angel DeLeon's brother and find out where he

14  is?

15        A.    No, sir.

16        Q.    And to make sure that he was out of the

17  country?

18        A.    No, sir.

19        Q.    Okay.  Do you know who Angel DeLeon's

20  brother is?

21        A.    No, sir.  I didn't even know he had a

22  brother.

23        Q.    January 17, 2018, again you made a

24  statement.  And Agent Acee is trying to find out

25  where Angel DeLeon is, right?  Because he wants to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                  e-mail: info@litsupport.com

```
 1   arrest him?

 2        A.   Yes, sir.

 3        Q.   And you tell him that Angel DeLeon is in

 4   Mexico?

 5        A.   Yes, sir.

 6        Q.   You talked to him about -- I think you

 7   talked with a brother from Arizona, so the brother

 8   from Arizona is Angel DeLeon's brother?

 9        A.   No, that's "brother" as a carnal.

10        Q.   Okay.

11        A.   Not a blood brother.

12        Q.   Now, you say you talked to Angel one time,

13   right?

14        A.   At the North.

15        Q.   And you say you talked to him a little

16   bit, but you said you weren't debriefed at that

17   point, right?  "We didn't really talk too much.  I

18   didn't -- I wasn't debriefed at that time."  Is that

19   right?

20        A.   Yes, sir.

21        Q.   So Angel DeLeon didn't debrief you about

22   how the murder of Castillo happened?

23        A.   No, sir.

24        Q.   Okay.  So then you say you talked -- you

25   claim that you talked to Joe Gallegos about the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   murder as well, right?

 2        A.   Yes.

 3        Q.   And was it Joe Gallegos who told you that

 4   he was worried about somebody snitching on him?

 5        A.   He just asked me if I thought that if

 6   Lorenzo would snitch.

 7        Q.   Okay.  And then you say you talked to

 8   Troup, right?

 9        A.   Passing through at the North.

10        Q.   And he tells you briefly what, again?

11        A.   Nothing, really.

12        Q.   Nothing, really.  Did you talk to any

13   other participants in that murder?

14        A.   I don't know who else was there.

15        Q.   Well, you told the FBI how that murder

16   happened, exactly how it happened.  Do you recall

17   telling them details of that murder?

18        A.   Just what I've gathered within the years

19   with the hearsay.

20        Q.   With the hearsay?

21        A.   Just --

22        Q.   The hearsay from --

23        A.   Inmate.com.

24        Q.   Inmate.com?

25        A.   Just people talking.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    We'll look that up to see.

 2        A.    Okay.

 3        Q.    So in any event, all seven people that you

 4   say participated in these murders, you get details

 5   from and talk to?  You had nothing to do with it?

 6        A.    Exactly.

 7        Q.    Now, the FBI wanted to find out why you

 8   knew so much details about those murders.  Do you

 9   recall that?

10        A.    No.

11        Q.    Specifically with regard to Joe Gallegos,

12   they said to you -- they asked you how come you knew

13   about this.  And do you recall telling them, "Joe

14   and I talk about assaults and stabbings and murders

15   all the time"?

16        A.    We didn't talk all the time about that.

17   It's just brothers talk amongst each other.  It's

18   not like we sit there, you know what I mean, and

19   discuss it all day.  Sometimes brothers will talk,

20   and stuff comes out.

21        Q.    You testified once briefly in this case

22   before this week, right?

23        A.    The other trial.

24        Q.    A really short time period?  It was in

25   April of this year, right?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   And some lawyers were asking you what you
 3   remembered about your supposed conversations with
 4   Joe Gallegos.  Do you recall that?
 5        A.   Yes, sir.
 6        Q.   And people were asking because they wanted
 7   to know why this person would confess involvement in
 8   a murder, to you, right?  That was what the
 9   questions were about?
10        A.   He didn't confess.  He just asked me that
11   one question.
12        Q.   Okay.  And --
13        A.   I just put it together.
14        Q.   You say that the two of you just talk
15   about various assaults and murders?
16        A.   No, I didn't say that.  You said that,
17   sir.
18        Q.   Okay.  Let's take a look.
19        A.   I never said that we talk about that.
20        Q.   Well, wait here a second.  I'll move on to
21   something else while we get that transcript.
22             In any event, when you were questioned at
23   that hearing about details of any other assaults or
24   murders you guys ever talked about, you couldn't
25   provide a single detail, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

148

1      A.   Like what?

2      Q.   Well, any details?  You said, "I can't

3  remember any details of any of the other assaults

4  and murders that I supposedly talked with Joe

5  Gallegos about," right?

6      A.   Because we've never talked about other

7  assaults; just you said that day that we just get

8  together and talk about random assaults and this and

9  that.  That day was just that one thing he asked me,

10  and that's it.  It's not like he talked to me all

11  the time about it.

12      Q.   Well, do you recall your prior testimony

13  being this, so I want to make sure it's not just

14  some -- me saying it.  Okay?

15           The question was, "Well, prior to this

16  time at the PNM, had Mr. Gallegos and you ever had a

17  conversation where either you or he admitted to each

18  other that you'd done something illegal?"

19           Do you remember that question being asked?

20      A.   I don't recall.

21      Q.   That's a pretty open question, right?

22           Then you said, "Yeah, a few times."

23           And then the question was, "Okay, tell me

24  a little bit about that."

25           And your answer was, "Just street talk.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  did this, we did that.  You know, it doesn't --

 2  nothing's nothing.  I don't remember what, what we

 3  discussed."

 4          Then I asked, "Okay.  So no specifics that

 5  you can recall?"

 6          "No specifics, no specifics," was your

 7  answer.

 8          And I asked, "Because it's been a long

 9  time, right?"

10          And then you said, "It's been 17 or 18

11  years."

12          And then I asked, "Would it be pretty

13  serious stuff you guys talked about, like something

14  as serious as assaults or murders or things like

15  that, someone committed?"

16          And your answer was, "We discussed that."

17          And then I asked you if you could remember

18  any details of any of those other events, and you

19  said, "No."

20      A.   Yes.

21      Q.   The only one you could remember details of

22  was the 2001 murders, right?

23      A.   That's the only time we've talked.

24      Q.   Because that was the only murders that you

25  guys were talking about that you had participated

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                            e-mail: info@litsupport.com



1  in?

2       A.   We weren't talking about the murder.  He

3  just asked me that one question.  That was it.

4       Q.   You've told us today that you said very

5  little -- that Mr. Gallegos said very little to you,

6  and Mr. Troup said very little to you, right?  And

7  apparently Mr. DeLeon told you very little, right?

8       A.   Yes, sir.

9       Q.   But you were able to tell the FBI that the

10  item that was used to strangle Castillo was flushed

11  down a toilet.  Do you remember that?

12      A.   That's what I've heard through the

13  grapevine.

14      Q.   Okay.

15      A.   That's it.  You know what I mean?  This is

16  just, like I said, hearsay.  This is what has been

17  said throughout the system.

18      Q.   Well, let's see if that's where you said

19  it came from.

20      A.   Okay.

21      Q.   I believe you said it was Eugene told you

22  that -- not Eugene.  I'm sorry.  I apologize.  Wrong

23  murder.

24           Do you see you're giving details about

25  what people said happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.    Yeah.
 2      Q.    Okay.  You're talking about Lorenzo and
 3  all that, right?  Do you see that?
 4      A.    Yes, sir.
 5      Q.    "That's when -- after they flushed the
 6  bags or whatever the fuck they used, the sheets or
 7  whatever."
 8            Do you see that?
 9      A.    Yes, sir.
10      Q.    Then you're talking about DeLeon, your
11  conversation with DeLeon.  Do you remember that?
12      A.    Yes, sir.
13      Q.    You told the police or the FBI that
14  Mr. DeLeon got scratched while murdering Castillo.
15  Do you remember that?
16      A.    That's what I heard.
17      Q.    And that Angel DeLeon was concerned about
18  his DNA coming back and matching the DNA found at
19  the scene?
20      A.    That's what I heard, you know, through
21  inmates talking, brothers talking.  They --
22      Q.    Okay, just stop.  But in all the
23  statements you make, okay, whether you're saying you
24  talked to Eugene, whether you're saying you talked
25  to Edward Troup, whether you're saying you talked to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Joe Gallegos, you never mention anybody by the name

2  of Michael Jaramillo, also known as -- I believe his

3  name is Criminal, nicknamed Criminal?  You never

4  mention his name, do you?

5      A.   No, sir.

6      Q.   And another interesting thing I've got to

7  ask you about is, whether you're saying Eugene

8  Martinez is telling you the details, or whether it's

9  Lorenzo Mora telling you the details, or whether

10  it's Ray Molina telling you the details, or whether

11  it's any of those three people talking about details

12  on the other murder, no one ever mentions Leonard

13  Lujan, do they?

14      A.   No, sir.

15      Q.   And the FBI was curious about that,

16  weren't they?  They asked you some questions about

17  Leonard Lujan.  Do you recall that?

18      A.   Yes, sir.

19      Q.   And you said he was a nobody and had

20  nothing to do with these murders, right?

21      A.   To my knowledge.  But I wasn't there, so I

22  don't know.  I just gave them what I learned.

23      Q.   But Eugene Martinez was there, right,

24  according to him?

25      A.   Where?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    During the murders.  Yeah, he told you he
 2   was there during the murders, right?
 3        A.    Yes, sir.
 4        Q.    And he told you who did what and where?
 5        A.    No, he didn't.
 6        Q.    He told you who held him and who strangled
 7   him?
 8        A.    No, he did not.
 9        Q.    Okay.  And this is where Eugene is talking
10   to you, right?  Correct?
11        A.    Yes, sir.
12        Q.    And he's telling you things like that
13   Rolando was fighting, Rolando was really strong,
14   right?
15        A.    No, I'm saying that he was strong.
16        Q.    Well, you weren't there when the murders
17   happened?
18        A.    Yes, sir.
19        Q.    You're talking about what Eugene is
20   telling you, correct, in this segment?  See, that's
21   what Eugene told you, and you say --
22        A.    Well, that's what we were saying.  There
23   is a lot of words right there.  I don't know
24   what's -- unless I read it.
25        Q.    Okay.  Let's read it.  Take your time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Let's start from the bottom of page 52048 and go all

2   the way through 52050.  Take your time and read it.

3   Okay?

4        A.    Okay.

5        Q.    You are telling them a bunch of details

6   that Eugene told you, correct?

7        A.    Not just him, other people.

8        Q.    Well, two participants.  You're talking

9   about two different participants in the murder

10  giving you details on a blow-by-blow basis about

11  what happened, correct?

12       A.    Pretty much.

13       Q.    Yeah, the extent to which Rolando was

14  fighting with them, you know; how far Rolando got

15  towards the door before he was killed; who was

16  strangling him at what time; who was tiring out; et

17  cetera, et cetera, right?

18            You gave them a lot of details?

19            MR. CASTELLANO:  Objection.

20            THE COURT:  I think we're getting the

21  point.  Let's just see if we've got an answer here.

22       Q.    A lot of details about Eugene?

23            MR. CASTELLANO:  Actually, under the rule

24  of completeness, I would ask that the names be

25  provided.  He said players were involved, to include

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Critter, Ray Molina, Eugene, and Mr. Patterson.

2             THE COURT:  Yeah.

3             MR. CASTLE:  That's not what he said here.

4             THE COURT:  Well, if it's not what he

5    said, then I don't think he has to provide it.

6             MR. CASTLE:  Not in the pages that I was

7    providing him, Your Honor.

8             MR. CASTELLANO:  May we approach, Your

9    Honor?  It's on the page he's talking about.

10            THE COURT:  Show it to each other and see

11   if y'all can work this out.  This ought to be

12   something that y'all can agree on.

13            MR. CASTELLANO:  May we approach, Your

14   Honor?

15            THE COURT:  You may.

16            (The following proceedings were held at

17   the bench.)

18            MR. CASTELLANO:  I think Mr. Castle may

19   agree with me.  We are talking about the same pages.

20   They are 52048 --

21            MR. CASTLE:  You need to wait until Mr.

22   Patterson's lawyers get here.

23            MR. CASTELLANO:  I'm sorry?

24            MR. CASTLE:  I wanted to wait till

25   Mr. Patterson's lawyers got here.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SHATTUCK:  I'm here.
 2            MR. CASTELLANO:  Under the rule of
 3  completeness, he has referenced what Eugene Martinez
 4  said, including players.  What he has left out are
 5  the names of the players that Mr. Eugene Martinez
 6  included, which was Critter, Ray Molina, Eugene, and
 7  Mr. Patterson.  Under the rule of completeness, I
 8  don't think he can just skim over that part without
 9  putting in additional names regarding what
10  Mr. Patterson said or what Mr. Eugene Martinez said.
11            So what I'm asking is, under the rule of
12  completeness, on the exact same page and paragraphs,
13  he was discussing, that the names be provided.
14            MR. CASTLE:  Your Honor, I was only
15  talking about the kind of information that he was
16  able to provide.  I was very careful not to identify
17  Mr. Chavez as being a source, only Eugene, because I
18  thought the Court had allowed me to impeach on
19  Eugene Martinez's statements.  That's where I was
20  going.
21            The beginning of the question was what
22  Eugene Martinez had told him.  And I understand not
23  getting into the details.
24            MR. CASTELLANO:  On 52049, it indicates
25  what Mr. Martinez told him.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, I don't think that all
 2   these names and details are necessary for the
 3   impeachment that's taking place, so I'm going to
 4   overrule the objection and let Mr. Castle frame his
 5   question the way he wants to.
 6              MR. SHATTUCK:  Your Honor, I would like
 7   the Court to instruct the jury that not only you're
 8   overruling the objection, but they're not to
 9   consider the names that he said.  Because he blurted
10   out the names.
11              THE COURT:  All right.  I'll do that.
12              MR. SHATTUCK:  Thank you.
13              (The following proceedings were held in
14   open court.)
15              THE COURT:  Remember, it's just the
16   testimony that you can consider in this; not even,
17   really, the lawyers' questions or objections.  So
18   Mr. Castellano gave you some names.  Ignore those
19   names.  You're not to consider those.  I overruled
20   the objection, and Mr. Castle can ask his question
21   the way he framed it.
22              Mr. Castle.
23              MR. CASTLE:  After all that, I'm going to
24   move on to a different question, Your Honor.
25              THE COURT:  Mr. Castle.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   BY MR. CASTLE:

2       Q.   You testified about a different Lorenzo.

3   Do you recall that?  A Lorenzo that might or might

4   not have been on a cell block where the Castillo

5   murder happened.  Do you recall that?

6       A.   Yes, sir.

7       Q.   And you started to tell us what Mr. --

8   that Lorenzo saw and observed, right?

9       A.   I don't understand the question.

10      Q.   Well, you understand -- well, you talked

11  to that Lorenzo, right?

12      A.   Lorenzo.

13      Q.   About what he saw and what he observed?

14      A.   No.

15      Q.   You don't recall testifying that Lorenzo,

16  a guy down the unit, came down and was looking up?

17  You don't recall any of that?

18      A.   That's what I heard.

19      Q.   Okay.

20      A.   That's what I heard.  I never spoke to

21  him.

22      Q.   That wasn't from Lorenzo?

23      A.   No, sir.

24      Q.   Now as far as Leonard Lujan, you were

25  asked, "What was Leonard Lujan's involvement?"  And

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   you said, "Nothing."
 2       A.   Nothing.  I already --
 3       Q.   Hold on.  Then you said, "Leonard didn't
 4   have no say-so in that at all," right?
 5       A.   Right.
 6       Q.   And that's in reference to the murders
 7   of --
 8       A.   That's what I think.
 9       Q.   That's in reference to the murders of
10   Garza and Castillo, right?
11       A.   Yes, sir.
12       Q.   And you're saying, "Leonard didn't have no
13   say-so in that at all," right?  That's what your
14   quote was?
15       A.   To my recollection, no.
16       Q.   Well, the only people that would know who
17   had a say-so in the murders of Garza and Castillo
18   are the people that were there and part of the
19   decision-making to kill them, correct?
20       A.   To sum up.
21            THE COURT:  Mr. Lucero, why don't you pull
22   the microphone right to the edge there and pull it
23   up.
24       A.   Right here, ma'am?  I'm sorry.
25       Q.   So as these people were telling you the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

160

```
 1  details on the murder of your friend and another
 2  person, I take it you walked away because you didn't
 3  want to hear it?
 4       A.   No, sir.  I stood there.
 5       Q.   Yeah.
 6       A.   I stood there and listened.
 7       Q.   Okay.  Do you recall an inmate by the name
 8  of Toby Romero?
 9       A.   I've heard of that name.
10       Q.   Well, Toby was there at the facility,
11  Southern New Mexico Correctional Facility, until
12  shortly before the murders.  Do you recall that?
13       A.   I think so.  I'm not too sure.  I don't
14  recall.
15       Q.   Don't you recall talking to the FBI about
16  Toby Romero?
17       A.   No, sir.
18       Q.   Are you aware Mr. Romero, Toby Romero, is
19  deceased now?
20       A.   No, sir.
21       Q.   Do you recall, before the murders of Garza
22  and Castillo, approximately a couple months before,
23  probably during this late February time period --
24  okay?  Do you recall telling Toby Romero that you
25  wanted the murders of Garza and Castillo to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   carried out at the same time?

2           MR. CASTELLANO:  Objection; calls for

3   hearsay.

4           THE COURT:  No, it's his statement.

5           MR. CASTELLANO:  An out-of-court

6   statement, Your Honor.

7           THE COURT:  Well, I think he is trying to

8   impeach on the prior question.  So I'll instruct the

9   jury that you can only consider this for determining

10  whether Mr. Lucero is telling you the truth here,

11  not for the purposes of the truth of the statements

12  that are going to be relayed to you.

13          Mr. Castle.

14  BY MR. CASTLE:

15      Q.  Do you recall telling Toby Romero that the

16  hits on SNM members Garza and Castillo were to be

17  carried out at the same time?

18      A.  No, sir, never had that conversation with

19  Toby.

20      Q.  Do you recall ordering him to kill Frank

21  Castillo?

22      A.  No, sir.

23      Q.  Do you recall telling him that you were

24  going to kill Garza, but that he had to kill

25  Castillo?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, sir.

 2        Q.   Do you recall making this exact statement

 3  to him, "I'll take care -- I'll take care of Looney

 4  over here.  You just take care of Frank over there,

 5  you know what I mean?"

 6             Do you recall that?

 7        A.   No, sir.

 8        Q.   Do you recall telling Mr. Romero that your

 9  orders were for Michael Rascon to assist Toby Romero

10  in murdering Mr. Castillo?

11        A.   No, sir.

12        Q.   Did the FBI ever show you interviews from

13  Mr. Toby Romero?

14        A.   No, sir.

15        Q.   They never showed them to you?

16        A.   No, sir.

17             MR. CASTLE:  Your Honor, for the record, I

18  understand it may be denied, but I'm moving to admit

19  the interviews that were conducted by the FBI with

20  Mr. Romero.

21             THE COURT:  Any objection, Mr. Castellano?

22             MR. CASTELLANO:  The objection is hearsay,

23  Your Honor.

24             THE COURT:  Yeah, I'll sustain the

25  objection.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. CASTLE:  I'm just going to mark them

2    for the record, Your Honor.

3           THE COURT:  All right.  You may.

4           MR. CASTLE:  For the record, Your Honor,

5    they're BU-2 and BU-3.  One is dated June 7, 2001;

6    the other one is July 5, 2001.

7           THE COURT:  Okay.

8    BY MR. CASTLE:

9        Q.   I want to make sure I get the timeline

10   correct for the jury.  I'm going to show you a

11   PowerPoint on the screen.  It's a document.  Okay,

12   for demonstrative purposes.  If we could pull that

13   up at this point in time.

14          If we could go to the first one.  In 1999,

15   2000, you began your service on the tabla for Angel

16   Munoz, correct?

17       A.   Around that time.

18       Q.   Okay.  Next.  Then on December 6th of

19   2000, you arrive at Southern New Mexico Correctional

20   Facility green pod.  That was on your documents.  Do

21   you recall seeing that?

22       A.   Yes, sir.

23       Q.   And Mr. Lino Giron was already there; is

24   that right?

25       A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.

1    Q.   The next one.  On January 18th, I think we

2  showed, and you agreed, that Big Jake Armijo arrived

3  at Southern New Mexico Correctional Facility, and I

4  think you've indicated that you had made a statement

5  before that he brought orders to hit Garza and

6  Castillo, correct?

7    A.   Yes, sir.

8    Q.   Go to the next there.  On February 5th,

9  Mr. Armijo and Lino Giron are shipped out from

10  Southern.  I think we showed that, right?

11    A.   Yes, sir.

12    Q.   Go to the next.  On February 7th, this is

13  something I don't think we've gotten, but do you

14  recall in early February, right around the time that

15  those other two left and you became the shot-caller

16  there, that Eugene Martinez moved in the same pod

17  with you and Mr. Garza?

18    A.   Yes, sir.

19    Q.   Now, prior to March 13th -- because that's

20  when Jason Hoster left -- prior to March 13th you're

21  told to call Angel Munoz, and you use Jason Hoster's

22  phone, and Angel Munoz reiterates the hit orders

23  that Jake Armijo had already brought down once.  Do

24  you recall that?

25    A.   Yes, sir.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Q.   March 23rd, you get out of Southern and

2  start to run drugs on the streets with Angel Munoz,

3  or at least the same time as Angel Munoz, right?

4    A.   No, sir.

5    Q.   Well, Angel Munoz was on the street, and

6  so were you?

7    A.   Yes, sir.

8    Q.   And that was after you got out March 23rd

9  of 2001?

10    A.   Yes, sir.

11    Q.   Let's go to the next one.  Three days

12  after you get out, a mere three days, Garza and

13  Castillo are murdered, right?

14    A.   Yes, sir.

15    Q.   And then between 2001 and I believe around

16  2005, you get details of both murders from seven

17  members of the two hit squads; is that right?

18    A.   Yes, sir.

19    Q.   Thank you.  I'm sorry, there is one more.

20  And in 2005 you were on the tabla, but this time for

21  Gerald Archuleta, right?

22    A.   Yes, sir.

23    Q.   Now, I want to talk to you about the

24  various interviews you made with the FBI.  Okay?  I

25  think we already talked about the fact that you

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1   talked to them on February 10th of 2011, and we'll

2   get into why you did that in a minute, but I want to

3   talk to you just how your statements have changed

4   over time.  Okay?

5        A.   Yes, sir.

6        Q.   In that first interview with them, you did

7   not tell them anything about Big Jake coming to

8   Southern and bringing hit orders from Angel Munoz?

9   You didn't tell them about that at that time, did

10  you?

11       A.   I was confused.

12       Q.   Okay.

13       A.   On the timeline.

14       Q.   Instead, you actually told them something

15  very specific.  You said there had only been rumors

16  that Billy Garcia was coming to Southern before he

17  arrived.  Do you recall that?

18       A.   Yes, sir.

19       Q.   Of course, you didn't mention anything in

20  that interview about Lorenzo Mora, did you?

21       A.   No, sir.

22       Q.   Or Felix Reyes, I take it, right?  But

23  during that interview, the FBI showed you a photo of

24  several SNM members that had taken a photo together

25  as a group photo just, I think, 10 days before the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  murders?

2       A.   Yes.

3       Q.   You were still there, right?

4       A.   Yes, sir.

5       Q.   And there was a photo that showed Michael

6  Jaramillo, Angel DeLeon, Joe Gallegos, Eugene

7  Martinez, Chris Chavez, and Ray Molina, were in that

8  photo, right?

9       A.   Yes.

10      Q.   But you, the head of the whole SNM there,

11 weren't in that photo, right?

12      A.   No, sir.

13      Q.   You made sure you weren't in that photo,

14 right?  Because you were getting out on the streets,

15 right?

16      A.   I don't know where I was.  I could have

17 been in the infirmary.

18      Q.   That first interview, interestingly

19 enough, you didn't mention anything about your good

20 friend Ray Molina confessing or talking to you about

21 the details of the murder, right?

22      A.   No, sir.

23      Q.   You left that out.  But they did ask you

24 about Ray Molina, and the only information you

25 provided on Ray Molina was that he was a married

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                      (505) 843-9494
FAX (505) 843-9492                                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1    man, right?

 2         A.   Yes.  He was out on the streets, doing

 3    good.

 4         Q.   So it wasn't a matter of you forgot

 5    somebody who was involved in the murders; you made a

 6    conscious decision, when asked about Ray Molina, to

 7    not tell the FBI that he was involved in the 2001

 8    murders?  "Yes" or "No"?

 9         A.   I don't remember.

10         Q.   You didn't remember then?  Or are you

11    saying you don't remember why you left Ray Molina's

12    name out of the first interview?

13         A.   I don't know why I left his name out.

14         Q.   So two of the people that participated in

15    the killing of Garza -- Molina and Mora -- you left

16    them out of that first interview, correct?

17         A.   Yes, sir.

18         Q.   By the way, in that first interview they

19    actually asked you about Jacob Armijo.  Do you

20    recall that?  Big Jake?  They asked you some

21    questions about him?

22         A.   I don't remember them asking questions.

23         Q.   Okay.  Well, let's take a look.  Page 651,

24    Counsel.  This is your interview on February 10th,

25    2011.  Do you see that?  With Agent Roundy?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.
 2        Q.   They asked you about Manuel Jacob Armijo;
 3   is that right?
 4        A.   Yes, sir.
 5        Q.   And you say, "Big Jake is a soldier, maybe
 6   a shot-caller"?  Is that right?
 7        A.   Yes, sir.
 8        Q.   But you don't say at that point -- they
 9   talked to you about the 2001 murders in this
10   interview, right?  That was a big focus, right?
11        A.   Yes, sir.
12        Q.   And you don't tell them that Big Jake
13   Armijo had brought down orders from Angel and talked
14   to you about those orders to kill those two men?
15   You didn't mention it?
16        A.   No, sir.
17        Q.   But you did talk to them in that interview
18   about a tabla that was formed in 2000 to assist
19   Angel Munoz, right?
20        A.   Assist him how?
21        Q.   I don't know.  You tell me how the tabla
22   assisted, if at all, Angel Munoz.
23        A.   In 2006?
24        Q.   In 2000.
25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Did he?

2        A.    No.

3        Q.    And how did they assist?  That's all

4   right, I think we've gone over this.

5              After that interview, the agents, FBI

6   agents, came back the next day to ask you some more

7   questions, right?  Do you recall that?  Like two

8   days in a row?

9        A.    Yes, sir.

10       Q.    Now, in that first interview you didn't

11  mention that you had been conducting SNM business

12  all the way up until 2007, at least, right?  You

13  never mentioned that?  You kind of said you were out

14  of it, you were out of the gang, right?

15       A.    Yes, sir.

16       Q.    No, sir?

17       A.    Yes, sir.

18       Q.    And the next day, when they came back to

19  you, they asked you again, "Have you had any

20  activities involving the SNM after you got out in

21  2001?"

22             And you said, "I haven't been involved

23  since 2001, when I got out."

24             Do you recall that?

25       A.    Pretty much so, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    And that wasn't true, was it?

2     A.    Well, the thing is --

3     Q.    Was it true or not?

4     A.    When I was in Lewisburg, I had to act like

5  I was still active, to survive in that surrounding.

6  They knew about it, so I wasn't doing nothing

7  illegal.

8     Q.    Okay.  Let's stop for a second.  Are you

9  saying that after you got out in 2001, March 23,

10  2001, you did no work for the SNM and you were not a

11  member of the SNM?

12     A.    I was a member until 2006, 2007, and

13  that's when I started backing off.

14     Q.    Right.  But in the follow-up interview you

15  did on February 11, 2011, you told them you hadn't

16  been part of the SNM since 2001?

17     A.    That might have been a mistake.

18     Q.    Okay.

19     A.    Because I was a member till I got to the

20  BOP, and then that's when I dropped out.

21     Q.    Again, they asked you about Leonard Lujan

22  in the second interview.  In the second interview

23  they said, "Hey, we have some questions about

24  Leonard Lujan."

25          Do you recall that?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I don't recall.

 2        Q.    And do you recall saying the only thing

 3   you knew about is maybe he was involved in this '98

 4   murder of Felix Martinez?

 5        A.    That's it.

 6        Q.    Your third interview was on March 3rd, so

 7   it would have been like about two or three weeks

 8   later.  And this was by the SIS, the Special

 9   Investigative Services.  They came back and talked

10   to you.  Do you recall that?

11        A.    Yes.

12        Q.    And they were actually sent in to talk to

13   you by the FBI Agent Lance Roundy because he

14   couldn't make it all the way out, himself.  Do you

15   recall that?

16        A.    Yes, sir.

17        Q.    And they had some questions for you about

18   some of the information you'd provided earlier.  Do

19   you recall that?

20        A.    I don't.

21        Q.    Well, at that point in time you told them

22   that the tabla that you were on in 2005 and '06 --

23   so you admitted at this point in time you were still

24   part of SNM -- that that tabla ordered the murders

25   of two people, Pablo Horcasitas in 2005, and Miguel
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Gallegos in 2005.  Do you recall that?

2         A.    They put a hit on them.

3         Q.    Okay.  That's ordering a murder of the two

4    people, right?

5         A.    Yes.

6         Q.    And that was your tabla you sat on?

7         A.    That's what they were saying.

8         Q.    Okay.

9         A.    They were asking me about that.

10        Q.    They actually asked you who was on the

11   tabla, and you gave names, but you didn't give your

12   own name?

13        A.    I wasn't on the tabla no more.  I was in

14   the BOP.  I left the state and went to the BOP.

15        Q.    Not in 2005, sir.

16        A.    Yeah, 2006, I went to -- I got arrested in

17   2006.

18        Q.    2005, you were on the tabla for Styx?

19        A.    Yes, sir.

20        Q.    And that's what they're talking to you

21   about, is in 2005, the tabla ordering the murders of

22   these two individuals, Horcasitas and Gallegos.  And

23   you said, "Yeah, the tabla did it," but you don't

24   say that you're a member of the tabla?

25        A.    No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   And, again, they asked you on that day,

2   "Was Ray Molina involved in the 2001 murders?"  And

3   do you recall what you told them?

4     A.   No, I don't recall.

5     Q.   You said you may have heard about that,

6   but he never talked to you about it.

7     A.   Probably.

8     Q.   But that's not true.

9          And again on that date, you don't tell

10  them anything about Mora, Lorenzo Mora, or Lujan?

11    A.   Sure.

12    Q.   And it was at that meeting, when they came

13  back to you -- that was the third time -- they

14  started questioning you about whether Big Jake was

15  involved in that murder.  Do you recall that?

16    A.   I don't recall.

17    Q.   Well, do you recall that was the first

18  time that you admitted to them that Big Jake brought

19  orders down to kill Garza and Castillo from Angel

20  Munoz while you were at Southern?

21    A.   Been a long time, so I don't remember.

22    Q.   But you don't dispute that, right?

23    A.   I don't.

24    Q.   Now, Agent Roundy kept coming back and

25  having you -- asking some questions, right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   There would be times when the SIS would
 3   say, "Come here; we've got to call Roundy; he has
 4   some further questions for you."  Do you recall
 5   that?  Numerous times, right?
 6        A.   Yes, sir.
 7        Q.   Now, I don't want to talk about each one,
 8   but on May 18, 2001, this would have been --
 9   whatever -- about four months after you started
10   talking to them, you'd given four interviews by that
11   time.  And do you recall that Agent Roundy told you,
12   look, he needed the truth from you?  Actually, he
13   had flown from New Mexico all the way to
14   Pennsylvania to speak to you at the prison, and he
15   told you it was important for you to tell all the
16   truth.  Do you remember that?
17        A.   Yes, sir.
18        Q.   And that would have been, I think, 16 days
19   after that letter that you wrote to --
20        A.   Every time that he --
21        Q.   Hold on.  Hold on.  That would have been
22   16 days after -- oh, no.  I'm sorry.  That was the
23   next year.
24             But on that date, he told you he needed
25   you to tell all the truth.  But you still didn't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   tell him about Mora and Molina talking to you about
 2   the details of the murder?
 3        A.   Every time he spoke with me, he told me
 4   about the truth.  And I told him the truth.
 5        Q.   Well, why would you hold back information
 6   about talking to Mora and Molina?  Is there a good
 7   reason?
 8        A.   No.  I might have just forgot.
 9        Q.   Or you might have been protecting
10   yourself?
11        A.   Why should I protect myself?
12        Q.   Well, when you began talking to the FBI --
13   and the reason you did it is because you were
14   concerned that you would get thrown into a RICO
15   charge for your involvement?
16        A.   No, sir.
17        Q.   You don't recall ever telling anyone that?
18        A.   I got tired.  The RICO wasn't even coming
19   involved.  I just -- after I left the gang, I was
20   tired of it.  Those are my choices.  I made that
21   choice.
22        Q.   We'll come back to that in a minute, but
23   let's talk about what the situation was.  You went
24   to the federal prison in 2007; is that right?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you got -- that was for possessing,

2    not just a shotgun, but a sawed-off shotgun, right?

3    A.   No, sir, it wasn't a sawed-off shotgun.

4    Q.   It's not a sawed-off shotgun?

5    A.   It wasn't a sawed-off shotgun.

6    Q.   Did you see the police reports that say

7    it's a sawed-off shotgun?

8    A.   It's a manufactured Mossberg.  It wasn't a

9    sawed-off.  I would have only got ten years if that

10   was a sawed-off.

11   Q.   Well, the sawed-off part is where you take

12   the manufactured Mossberg and you saw the end of it

13   off so you can hide it under a jacket --

14   A.   No, sir.

15   Q.   -- when you want to go commit some kind of

16   crime?

17   A.   It wasn't a sawed-off.

18   Q.   Well, we'll go back to the documents.  But

19   you've seen documents that show it's a sawed-off

20   shotgun?

21   A.   It's not a sawed-off.

22   Q.   Have you seen documents that show that?

23   A.   That that's the gun that I possessed?

24   Q.   Yes.

25   A.   Yes, I know what I got convicted of.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   A little bit later, on June 15, 2011 --

2    that would have been another, like your fifth

3    interview -- once again, Roundy is saying, "Look,

4    Leroy, it's really important to tell the whole

5    truth."

6         Do you recall?  And you finally confirmed

7    that at that point in time, in 2011, that many SNM

8    members looked to you for direction and approval to

9    conduct SNM murders.  Do you recall that?

10    A.   No, that's not true.

11    Q.   Well, let's take a look at the report.

12    A.   They'd ask for advice.

13    Q.   Let me show you a report dated June 15,

14    2011, page 2737.  Do you recall -- this is June of

15    2011, four years after you have told this jury you

16    stopped doing any work with the SNM?

17    A.   Okay.

18    Q.   That SNM members looked to you for

19    direction and approval to conduct SNM hits.  Do you

20    see that?  Is that correct or not?  "Yes" or "No"?

21    A.   Yes, that's correct.  But they knew --

22    Q.   I know you might --

23    A.   I had to --

24    Q.   Hold on.  Hold on.  That's all I asked

25    you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Oh, man.

 2        Q.   Well, let's talk.  Okay?  You actually

 3   even tell them that a guy by the name of Ben Clark

 4   informs people from a particular region in New

 5   Mexico to seek approval from you before conducting

 6   any SNM business; is that correct?  "Yes" or "No"?

 7        A.   I was --

 8        Q.   Is that what you told them?

 9        A.   I was pretending that I was active, sir.

10   I had to.  I was in a bad situation out there.  I

11   had to act like I was active.  They knew I was a

12   drop-out.  I was going through a debrief.

13        Q.   You were pretending from 2007 --

14        A.   Yeah.  I had to.  I was around active gang

15   members, Surenos, Nortenos, you name it.  I had to

16   act like I was still solid.

17        Q.   You had to act like you were --

18        A.   Yes, sir.

19        Q.   -- approving the death sentence of human

20   beings?

21        A.   No, I never approved --

22        Q.   That's wrong?

23        A.   That's wrong.  Yes, sir, that's wrong.

24        Q.   They got it down wrong?

25        A.   They got it down wrong right there, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Well, what happened after you went to

2     Victorville?  Do you recall there being some other

3     prison gang members there?

4          A.   There was a lot of prison gangs.

5          Q.   Well, the biggest one of all was the Eme,

6     the Mexican Mafia, right?

7          A.   There was two Emes, 1,000 Surenos.

8          Q.   Okay.  Mexican Mafia, really powerful?

9          A.   Two members.  The rest were all Surenos.

10         Q.   Only two members there in the entire

11    California, Victorville --

12         A.   Victorville.

13         Q.   Let me finish.  The entire California,

14    Victorville Federal Penitentiary, you're telling

15    this jury they only had two Mexican Mafia members?

16         A.   Two Mexican Mafia members.  The rest were

17    Surenos.

18         Q.   Well, you got into it with a couple of

19    them, right?

20         A.   I had words with one.

21         Q.   Well, you got stabbed by them, didn't you?

22         A.   I never got stabbed.

23         Q.   Well, we'll go back to that in a minute.

24    That's the reason you went to Lewisburg, right?

25         A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Going back to whether you were still

 2  active in 2011, do you recall that you were -- in

 3  2011, that you were expecting some papers from SNM

 4  member Kenneth Ulibarri regarding a hit or a murder

 5  of a person who was considered a snitch by you, by

 6  the name of Jose Montoya?  Do you recall that?

 7      A.   Yeah, I do recall that.

 8      Q.   And they had to go to you to get the

 9  formal okay for the hit?

10      A.   No, sir.

11      Q.   Let's take a look again.  2736, Counsel.

12           Do you recall telling the FBI on June 15th

13  that Ulibarri was going to send court documents to

14  you -- I'm sorry -- to you, SNM leader Leroy Lucero,

15  that indicated Ulibarri had cooperation with law

16  enforcement?  Okay?  Do you see that?

17      A.   Yeah.  Like I said earlier, I had to

18  portray I was active.  Who had that -- who got that

19  paperwork?  SIS, the FBI.  I didn't.  I just got

20  that paperwork for them in there.

21      Q.   You didn't have to portray that?

22      A.   Yes, I did.

23      Q.   You dropped out at that time?

24      A.   I was a drop-out at that time.  I was

25  going through a debrief at that time.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What I'm getting at, sir, is that you say
2  you dropped out in 2007 or 2008?

3    A.   I was on my way out.  I didn't drop out
4  till later.

5    Q.   Yeah.  You've looked at your BOP file,
6  right?

7    A.   Yes.

8    Q.   And it doesn't show you dropped out in
9  2007, 2008, does it?

10   A.   No, because I already went to the feds in
11  2007.

12   Q.   You only dropped out when you were on the
13  verge of going to ADX and having to be housed with
14  Mexican Mafia members, where you would be executed?

15   A.   That's not true.  If that's what it called
16  for.  But that's not true, sir.  I went to a Special
17  Management Unit.  And from there, I went to
18  protective custody throughout the BOP.

19   Q.   Let's talk about that.  What Special
20  Management Unit is, there are tiers at federal
21  prison, right?  Different kinds of security levels;
22  is that right?

23   A.   No, sir.

24   Q.   Well, there's prison camps, right?  That's
25  the lowest security level?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492
                                                      1-800-669-9492
                                            e-mail: info@litsupport.com



```
 1        A.    Okay.

 2        Q.    Then there's FCIs, Federal Correctional

 3   Institutes, right?

 4        A.    Yes, sir.

 5        Q.    And that's where you first started when

 6   you went into the federal pen, was at FCI

 7   Victorville, right?

 8        A.    Yes.

 9        Q.    Then if you do badly there, you go to a

10   USP, United States Penitentiary, right?

11        A.    Yes.

12        Q.    And when you were at Victorville, you got

13   caught on three different occasions with shanks,

14   right?  Do you recall that?  Pretty long-bladed

15   shanks?

16        A.    Yeah.  They should issue you one once you

17   drive up, because that's just prison.

18        Q.    Okay.  I guess, unfortunately for you,

19   they punished you for that and put you in a USP,

20   right?

21        A.    Everybody, yeah.

22        Q.    And that was after you'd gotten in trouble

23   with some Mexican Mafia guys, right?

24        A.    No, sir.  I don't know where you got your

25   information from, but that's not true.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, the highest classification at a USP

2    is the Special Management Unit, right?

3    A.   No, there is ADX.

4    Q.   Okay.  Now, there is a Special Management

5    Unit at Lewisburg that you spent nearly three years

6    in.

7    A.   Six years.

8    Q.   Six years.  Not ADX.  In Lewisburg?

9    A.   Lewisburg.

10    Q.   Okay.  So in USP, if you're really a bad

11    actor, you go up to a Special Management Unit;

12    correct?

13    A.   Well, the BOP transfers you around.  You

14    could fart loud in the court, or if someone put a

15    kite on, you go into the Special Management Unit.

16    When you go to the SHU and they don't know what to

17    do with you, they just send you somewhere else.

18    Q.   Let's talk about that.  Special Management

19    Unit is where you're locked down 23 hours a day, and

20    you only get an hour out for exercise?

21    A.   You work your way out of there.

22    Q.   Okay.  And it normally takes 18 months to

23    work your way out of there, right?

24    A.   Yes, sir.

25    Q.   For you, it took six years?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    It wasn't until you came forward and

 3  started to -- let me finish -- until you started

 4  working with the FBI that you were allowed out of

 5  the Special Management Unit?

 6        A.    No.  I was done with that program in three

 7  years.  Yeah, I got into some shit at the beginning.

 8        Q.    The reason you were in the Special

 9  Management Unit wasn't because you farted?

10        A.    Okay.

11        Q.    Okay?  It was because you were a violent

12  individual in the prison?

13        A.    No, sir.

14        Q.    You held shanks on numerous occasions.

15  And the authorities couldn't manage you, except to

16  lock you down 23 hours a day?  "Yes" or "No"?

17        A.    No.

18        Q.    You've seen your BOP file.  That's what's

19  documented in there; correct?

20        A.    Yes, sir.  But, you know, that's prison.

21        Q.    And, in fact, you were written up and

22  found to have committed an assault within six months

23  of you coming and talking to the FBI, right?

24        A.    No, sir.

25        Q.    You don't recall a fight with Fred
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Gallegos -- Frankie Gallegos?

2       A.   That was politics.

3       Q.   Oh, okay.  Politics.

4       A.   He was an active.

5       Q.   I want to show you something, sir.

6       A.   I was a drop-out.  He had to assault me.

7       Q.   Hold on.  The question is over.

8            You were talking about shanks that you had

9  while you were in prison.  I'm going to show you --

10 is that one of the shanks that you would carry, and

11 you got in trouble for that, got you into the

12 Special Management Unit?

13      A.   It could have been.  I got caught with a

14 few of them.  I'm not going to sit here and lie to

15 you about that.

16      Q.   You see the measurement here, one, two,

17 three, four, five, that's six --

18      A.   That's a pretty one, no?

19      Q.   Oh, pretty, huh?

20      A.   Sure.

21      Q.   It looks like seven, eight, maybe nine

22 inches long, right?

23      A.   That's prison, sir.

24      Q.   I guess beauty is in the eye of the

25 beholder.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

187

```
 1        A.    That's prison.  What do you expect in
 2   prison?  I didn't say I was a saint, sir.  I
 3   didn't -- hey, everybody had shanks in there.
 4   That's just what the whole prison --
 5        Q.    Excuse me, sir?
 6        A.    The majority of the people in BOP --
 7        Q.    Excuse me, sir.  Not everyone ends up in
 8   the Special Management Unit of the United States
 9   Penitentiary, okay?  Not everybody does.  Many
10   inmates spend time in less secure places.
11        A.    Yeah.
12        Q.    Because they behave themselves, correct?
13   "Yes" or "No"?
14        A.    I didn't have that opportunity.
15        Q.    You didn't have the opportunity to behave
16   yourself?
17        A.    My points led me to an FCI from there.
18   Yes, I did get caught with a shank.  They did send
19   me to a USP.
20        Q.    Three shanks?
21        A.    Yes.
22        Q.    Three different occasions?
23        A.    They should issue them to you when you
24   drive up.  That's just that world, sir.  That was
25   back then, you know what I mean?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did they issue you a shank?  Was it an

2  issued shank that you wanted to cut open Frankie

3  Gallegos' throat with a year after you'd started

4  working with the FBI?

5    A.   At that time, I was pissed off.  Of

6  course, I said some stupid shit.  I'm not going to

7  deny it, sir.

8    Q.   Well, you did until I showed it to you.

9    A.   Yeah.

10    Q.   Right.  Now, in 2011 do you recall that

11  when the FBI was talking to you, that they started

12  questioning you about some drug dealing that you

13  were doing in prison?

14    A.   I never sold drugs in prison, sir.

15    Q.   You didn't deal chiva in prison?

16    A.   Never.

17    Q.   Never?

18    A.   I used it.  I didn't sell it.

19    Q.   I want to go back to where you got in

20  trouble with the Mexican Mafia.

21    A.   Okay.

22    Q.   Do you recall that you got in an argument

23  with several leaders of the Mexican Mafia, also

24  known as the Eme, while serving time in federal

25  prison in Victorville; that you were supposed to pay

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                        e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   the Eme money for dealing chiva in the prison, but

2   did not?  That individuals known as Campion, Night

3   Owl, Gato, Negro, and Big Roo, all members of the

4   Eme, put an order out for you to be punished?

5       A.   That's not true.

6       Q.   That did that happen?

7       A.   That's not true.  Because the words I

8   had -- the person I had words with was Huero Sherm,

9   not all them other guys.  So where you got that

10  information, sir, that's not true.  And that was

11  over politics of the Syndicato of New Mexico and the

12  Syndicate right under the Eme in the BOP.

13      Q.   Let's ask you about this.  Okay?  After

14  you got transferred to the penitentiary, okay, from

15  the correctional institute --

16      A.   Yes, sir.

17      Q.   -- you also got written up again another

18  two times for possession of a dangerous weapon.  Do

19  you recall that?

20      A.   One was mine.

21      Q.   "Yes" or "No"?

22      A.   One was mine.

23      Q.   Only one?

24      A.   One was mine.

25      Q.   You got written up twice?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   One was mine, and one was my cellie, which

 2   was -- but yes, sir, one was mine.

 3        Q.   Hold on.

 4        A.   I'm not denying that.

 5        Q.   The United States Penitentiary is the last

 6   stop before the prison, ADX, right?

 7        A.   They say.  They say.

 8        Q.   The ADX is in Florence, right?

 9        A.   Yes, sir.

10        Q.   And it is considered the most secure

11   prison in the country?

12        A.   That's what they say.

13        Q.   You try to avoid it if you can; correct?

14        A.   Yeah.  Who wants to be in there?

15        Q.   Because ADX has people like El Chapo in

16   it?

17        A.   He's in Chicago probably, not the ADX.

18        Q.   Unabomber?  Like people who killed those

19   people --

20        A.   Yes.

21        Q.   -- on September 11th?

22        A.   Yeah.  Those are bad guys right there.

23        Q.   Right.  But it has a whole bunch of Eme,

24   the Mexican Mafia members, right?

25        A.   Yeah, they had a lot out there.  Campion.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   All them.  I know them.

 2        Q.   As an inmate, especially a gang inmate,

 3   you kind of hear about kind of the bigger, most

 4   infamous acts that various gangs do around the

 5   country in prisons?  I mean, if somebody -- if a

 6   gang really pulls something great off, you hear

 7   about it, right?  They talk about it?

 8        A.   Yes, sir.

 9        Q.   At ADX, right, you were actually being

10   threatened with being moved to ADX; correct?

11        A.   No, sir.  I didn't meet the criteria.

12        Q.   Didn't you recall writing to people about

13   the fact that --

14        A.   I was boasting.  I was acting --

15        Q.   Excuse me?

16        A.   I was just talking shit.

17        Q.   Okay.  So you wrote people about almost

18   going ADX, but it was just shit?

19        A.   Yeah, just like bad.

20        Q.   Okay.  In any event, one of the most

21   infamous prison murders of all time is the Mexican

22   Mafia killing somebody at ADX.  Do you recall that?

23        A.   I don't, sir.

24        Q.   That was what was facing you because you

25   --



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTELLANO:  Objection as to
 2   relevance, Your Honor.
 3            THE COURT:  I think we're getting far
 4   afield.  Sustained.
 5      Q.   You have told us that the reason you came
 6   forward is because you were tired of doing the SNM
 7   work, right?
 8      A.   I got tired, sir.  I don't want to be a
 9   slave to somebody else.  I want to take care of my
10   responsibilities.
11      Q.   And I think you denied that it was because
12   you saw the RICO coming?
13      A.   No, sir.  No, sir.  I didn't even know
14   nothing about that.  I dropped out because I wanted
15   to.  They were going to hit me anyway.  They were
16   going to come after me anyway for getting Frankie G.
17      Q.   And you said that, I think, you did it
18   because you wanted to do the right thing?
19      A.   That what?
20      Q.   That you came forward and cooperated with
21   the FBI because you thought it would be the right
22   thing?
23      A.   That was part of my debrief.  That's why I
24   went to the FBI.
25      Q.   Okay.  Well, again, on January 18th, do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you recall a questionnaire the FBI gave you to fill

2    out?  February 2017?  Or I think it's dated February

3    2017, but they gave it to you just this year, in

4    January?

5         A.    Probably.

6         Q.    Okay.  And do you recall one of the

7    questions was, "Why did you agree to cooperate with

8    the FBI?"  Do you recall that question being asked?

9         A.    And I stated --

10        Q.    No, no.  I'm just asking, do you remember

11   the question?

12        A.    And I stated --

13        Q.    No.  Do you remember the question?

14        A.    Yes, sir.

15        Q.    And your answer was, "I saw the RICO

16   coming"?

17        A.    Well, it was coming.

18        Q.    Okay.

19        A.    But later on, before or after --

20        Q.    Hold on.  "I saw the RICO coming.  Only

21   way out.  I didn't want to fake Christian."  So

22   that's the reason you cooperated with the FBI,

23   according to your own words?

24        A.    I cooperated with the FBI --

25        Q.    Is that what you stated in the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                     1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    questionnaire, sir?

2         A.    That was part of it.

3         Q.    Is that what you stated in the

4    questionnaire, sir?

5         A.    Yes, I guess, if that's what it says

6    there.

7         Q.    Nobody -- nobody forced you to put down in

8    writing --

9         A.    The RICO was coming from a long time ago,

10   sir.

11        Q.    Let me finish.  They said, "Fill this out

12   on your own," right?

13        A.    Yes.

14        Q.    This is your words.

15        A.    The RICO -- I was seeing the RICO in the

16   past, not this new one.  I didn't see this one

17   coming.  I didn't see it coming.  You're trying to

18   put words in my mouth, sir.

19        Q.    So you saw a RICO coming in 2011, right?

20        A.    I seen the RICO coming a long time ago.

21        Q.    So the reason you're here isn't out of any

22   duty or sense of loyalty?

23        A.    No, that's --

24        Q.    Let me finish the question.  It was

25   because you were trying to cut your losses?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                               e-mail: info@litsupport.com

```
 1        A.   No, sir, that's not true.  That's not
 2   true.
 3        Q.   Trying to get out of going to the ADX or
 4   being shoved in a hole 23 hours a day for the rest
 5   of your life?
 6        A.   No, sir, that's not true.
 7        Q.   Well, okay.
 8        A.   If that's your story, you can stick with
 9   it.
10        Q.   After you started cooperating, did you
11   eventually go to Tucson?
12        A.   Yes, protective custody.
13        Q.   That's a little better place, right?
14        A.   Yes, sir.
15        Q.   And there --
16        A.   Because I was a drop-out.
17        Q.   Okay.  And there, you were put in a SHU?
18   Not an SMU, but a SHU, a Special Housing Unit,
19   right?
20        A.   Any kind of misconduct, you go to the SHU.
21        Q.   Okay.  But let's talk about the misconduct
22   that put you in the SHU in Tucson.
23        A.   Excuse me?
24        Q.   Let's talk about the conduct that got you
25   put into the SHU in Tucson, okay?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    What was it?
 2        Q.    Let me just -- here's a question --
 3              MR. CASTELLANO:  I'll object to relevance
 4    and 404(b).
 5              THE COURT:  I guess I'm wondering why so
 6    much detail is necessary.
 7              MR. CASTLE:  Can I ask a couple of
 8    questions?  The Court might see the relevance.
 9              THE COURT:  Well, let's really get to the
10    point.  We are really getting bogged down in
11    details.
12    BY MR. CASTLE:
13        Q.    In 2015, you gave false information to the
14    FBI about a murder that was happening at Tucson; and
15    that because of that, they then made you go into a
16    Special Housing Unit because you had sent them on a
17    wild goose chase, right?
18        A.    No, sir.  No, sir.  I was approached --
19    can I answer the question?
20        Q.    No.  You did.  You said, "No, sir."
21              62478.  June 10th, 2015.  Okay.
22        A.    I know where you're going.  I know where
23    you're going.  But that's not true.
24        Q.    She can't take down both of us talking.
25        A.    Then let me answer my question.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I haven't asked one yet, sir.  So listen.

 2        A.   Go ahead.

 3        Q.   Is this a letter dated June 10th, 2015,

 4   U.S. Department of Justice?

 5        A.   Okay.

 6        Q.   Is that a letter that's dated that date

 7   from the Department of Justice?  "Yes" or "No"?

 8        A.   Yeah, it's from the DOJ.

 9        Q.   Okay.  And, in fact, you got busted

10   because -- busted into it -- because you had

11   provided false information that turned out to be

12   unsubstantiated about a murder that you said was

13   occurring at --

14        A.   That was going to occur.  That was going

15   to occur.  Somebody approached me.  And I approached

16   SIS, and I told them what was going on.  It wasn't

17   false.  They just put a stop to it.

18             And I went to the SHU for a fight, sir.

19   It wasn't about giving false information, which is

20   where you're going.  It was for a fight.  I know

21   what I went to the hole for.

22        Q.   And you say --

23        A.   That's --

24        Q.   -- that you looked at your BOP file,

25   right?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                       e-mail: info@litsupport.com

1     A.    No, I've never seen my BOP file.

2     Q.    We just talked about it.  You said you got

3  a copy of it.

4     A.    My BOP file?  I never got a copy of my BOP

5  file.  Nobody gets a copy of your BOP file, unless

6  you court order it.

7     Q.    Do you recall having a hearing where they

8  tell you why they're putting you in the SHU?

9     A.    PHD, prehearing detention.  Yes, sir.

10     Q.    And do you recall the fact that they put

11  you in the SHU was because they determined the

12  information that you provided -- let me finish -- on

13  a planned murder at the facility turned out not to

14  be true?

15     A.    It's not true, sir.  That's not true.  I

16  just told you why I went to the SHU.

17     Q.    Well, you'd at least agree with me that

18  the Bureau of Prisons, Department of Justice, found

19  it was unsubstantiated?

20     A.    Yeah.  There was no evidence to it.

21  Because they put a stop to it, they didn't have to

22  pursue.  And I'm the one that notified --

23     Q.    Excuse me, sir.  Let's try to finish this

24  up.

25          In all the interviews that you talked to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  the FBI with, and in fact with these prosecutors,
 2  you never mentioned that incident at the Tucson
 3  facility, did you?  "Yes" or "No"?
 4        A.   No.
 5        Q.   And the reason they didn't ask you about
 6  it was because it was only until the defense
 7  subpoenaed your Bureau of Prisons file, right?
 8        A.   I don't see the relevance of that.
 9             MR. CASTLE:  Your Honor, may I inquire
10  about the letter that we talked about earlier?
11             THE COURT:  Yeah.  Why don't y'all
12  approach and I'll give you a ruling on that.
13             (The following proceedings were held at
14  the bench.)
15             THE COURT:  It's a little hard to
16  decipher, so I did the best I could, typing up the
17  sections.  So on the first section, is everybody
18  familiar if I use that?  Do I need to repeat what's
19  said in the sections?  You don't know what the
20  sections are?  Okay.
21             So the first one says, "I never been hit,
22  I've done the pedo, but never got caught..Chulo or
23  whoever else wants to talk shit, they can run their
24  mouths.  These so-called brothers here in the Feds
25  are weak, soft-ass bitches who can't" -- and it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   unintelligible -- "for us, but they'll try to do

2   another onda's dirty work."

3          So I believe what Mr. Castle is trying to

4   do is, he wants to use this statement to show that

5   Mr. Lucero's participation in the SNM persisted even

6   after Mr. Lucero says he renounced his gang activity

7   in 2007, but I'm not sure how Mr. Lucero's

8   participation in SNM is relevant, except as

9   impeachment by contradiction.  And I think this is

10  going to be on a collateral matter, or it's going to

11  be to impeach Mr. Lucero for character, for

12  truthfulness.

13         I think we're getting into extrinsic

14  evidence and 608(d), so I'm going to sustain the

15  objection, and that portion of the letter will not

16  come in.

17         MR. CASTLE:  Can I make just a brief

18  record on that, Your Honor?  I don't want to do that

19  with everyone.  This is a little different, Judge.

20  Chulo, the person that he's talking about here, is

21  the guy that is -- his name is Alex Sosoya.  What

22  the evidence is going to show is that they believe

23  that Garza was killed because Chulo put out the word

24  for him to be murdered.

25         So when he's saying, "I've done the pedo"

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   -- which means the work -- "but never got caught,

2   Chulo or whoever wants to talk shit, they can run

3   their mouths," what he's talking about, that's an

4   admission to this murder.  That's our position.

5           THE COURT:  Okay.

6           MR. CASTELLANO:  That's a lot of reading

7   between the lines.

8           THE COURT:  Yeah, I'm just not seeing that

9   in that.  But I'll give it some thought.

10          Let me go to section number 2.  This is

11  where, if I'm interpreting it correctly, "Even the

12  shot" -- and it says (report) in parens -- "they" --

13  unintelligible -- "need for fighting with Frankie G

14  (rat).  I didn't push him like the report said.  I

15  gave him a hook shot, but he slipped it so it didn't

16  catch him right.  Next time! -- unintelligible --

17  shot right to the neck, ha, ha, yeah."

18          Now, I believe that what Mr. Castellano

19  wants to use this passage for is to contradict

20  Mr. Lucero's testimony that he never tried to give

21  Frankie Gallegos a hotshot, and Mr. Lucero's

22  testimony regarding whether he wants to stab Frankie

23  Gallegos in the neck.

24          One problem with this statement is that I

25  think the handwriting says "hook shot."  Perhaps it

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                        1-800-669-9492
                        BEAN                              e-mail: info@litsupport.com
                        & ASSOCIATES, Inc.
                        PROFESSIONAL COURT
                        REPORTING SERVICE

1    means a kind of punch or attack, and not a hotshot,

2    an attempt, which I've learned, to kill someone by

3    making it look like a heroin overdose.

4           The second problem is, I'm not sure

5    whether Mr. Lucero attempted to give Frankie

6    Gallegos a hotshot is relevant, except as

7    impeachment by contradiction.  And, again, I think

8    we're getting into collateral matters.  Mr. Lucero's

9    statement indicating he plans to stab Frankie

10   Gallegos in the neck I think is admissible for its

11   truth as a statement of the declarant's

12   then-existing plan.

13          So I think if you're trying to get this

14   under 803(3), I think that's the hearsay exception.

15   So I think it's admissible hearsay, but I don't see

16   how it's relevant.  Mr. Lucero testified

17   inconsistently, but whether Mr. Lucero plans to stab

18   Frankie Gallegos in the future seems like a

19   collateral matter.

20          So I'm going to sustain the objection and

21   not allow that section in.

22          Then go to number 3, section 3.  "I made a

23   good chunk of dollar last year here, but it's hard

24   to keep the flow."  And then it's unintelligible.

25   Then it says, "Como."



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1            I believe that what Mr. Castle wants to
2   use this statement to show is that Mr. Lucero's
3   participation in the SNM persisted even after
4   Mr. Lucero says he renounced the gang in 2007.
5   Again, I'm not sure how Mr. Lucero's participation
6   in SNM is relevant, except as impeachment by
7   contradiction, again, on the collateral matter, or
8   to impeach Mr. Lucero for character, for
9   truthfulness.  But it's, again, with extrinsic
10  evidence, so I think we're in a 608(d) situation.
11  So I'm going to sustain the objection there.
12           And then finally, section 4.  "Oh, yeah, I
13  heard Wedo Troup is getting short" -- that seems to
14  be a question mark -- "the Grinch who stole
15  X-mas!" -- I guess that's a misspelling, so (sic)
16  there, part of that -- "one, huh!"
17           I think "getting short," as I've learned,
18  might mean that Troup is getting short to the door.
19  He's going to be released soon.  But, again, I don't
20  see how that's relevant.
21           So I'm going to sustain the Government's
22  objections to all four of the sections in the letter
23  which has been marked as Exhibit B-1, and I'm not
24  going to permit the introduction of the letter.
25  I'll sustain the objection to it.

SANTA FE OFFICE                                                   MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1          MR. CASTLE:  Your Honor, there were two
 2   other areas that perhaps weren't highlighted, and I
 3   apologize if they weren't.  There was one where he
 4   says, "Yeah, when I spoke to Styx, he told me that
 5   that vato not to be trusted."  The fact that he's
 6   still talking to Styx, who is an SNM member, in
 7   2012, and talking about what vato is not to be
 8   trusted, shows that he's still in the SNM.
 9          And the second one is, he's talking about
10   his blood brother who is hanging with the Surenos.
11   And he says these people are his family.  He better
12   stay out of my way or he's going to catch one also,
13   which is in the language we've heard.  What he's
14   saying is, his own brother, because he's hanging out
15   with Surenos, he's going to catch either a stabbing
16   or some kind of hit from this witness, which I
17   believe would show he's still in the gang as of
18   2012.
19          THE COURT:  I think on that first one, I
20   probably have already ruled, given these other two
21   sections.  I'll think about the other.
22          Why don't you take your -- I'm going to
23   have these marked as clerk's exhibits, so mark up
24   the other two so we have a clear record here.  And
25   I'll give some thought on that last one, the fifth
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  one.

 2          The first one, as I mentioned, I think

 3  probably my other rulings will cover that.

 4          And then I'll give some thought to the

 5  last one.

 6          MR. CASTLE:  Can I do the mark-up while

 7  other people are doing cross?  And then if the Court

 8  allows it, I'll just do it on redirect.

 9          THE COURT:  That's fine.  But you'll give

10  me that one back?

11          MR. CASTLE:  Yes.

12          (The following proceedings were held in

13  open court.)

14          THE COURT:  All right.  Mr. Castle.

15  BY MR. CASTLE:

16      Q.   Mr. Lucero, have you been paid by the FBI,

17  since 2011, some money?

18      A.   No, sir.

19      Q.   You haven't received any money on your

20  books or anything like that?

21      A.   I got some money to make phone calls.

22      Q.   It's been indicated to us that you've

23  received $7,350 in payments, and $522.90 for

24  telephone expenses.

25      A.   It was for both.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What's that?

 2        A.    It was for both.

 3              THE COURT:  Why don't you sit up so we can

 4   hear you.  Thank you.

 5        A.    It was for both, conversations on the

 6   phone and to fly my family out.

 7        Q.    Well, did you get -- okay.  Let's leave

 8   the telephone out of it.  Okay?

 9        A.    Okay.

10        Q.    $7,350 in payments?

11        A.    Yeah.  I guess.  Yeah.

12        Q.    Almost all of them in 2011 and the first

13   half of 2012, right?

14        A.    Yeah, around that area.  Yes, sir.

15        Q.    I want to talk to you about some of the

16   work you put in for the SNM that wasn't talked about

17   before.  In 2004, you put a hit on an inmate by the

18   last name of Deyapp, D-E-Y-A-P-P.  Do you recall

19   that?

20        A.    I never put a hit on him.

21        Q.    I'll show you this document.  "Inmate

22   Leroy Lucero placed a hit on him" -- meaning Robert

23   Deyapp -- "for refusing to obey an order from

24   someone else in the SNM."  Do you see that?

25        A.    No, what happened there is, I wanted to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  get Deyapp.  I didn't put a hit on him.  I wanted to

2  get him at that time.

3       Q.    Okay.

4       A.    So I never put a hit on him.  I just

5  wanted to assault him.

6       Q.    Okay.  Did you?

7       A.    No, sir.

8       Q.    Never got the opportunity?

9       A.    Yeah, I did, but we settled it in a

10  different manner.

11      Q.    Well, the reason you wanted to hit him was

12  because he refused to kill two inmates for you?

13      A.    No, sir.

14      Q.    Isn't that what this document is talking

15  about?

16      A.    If that's what that says, but I'm telling

17  you what it was about.

18      Q.    Well, the FBI has asked you what you did

19  to earn your bones; is that right?

20      A.    Yes.

21      Q.    And you told them you stabbed a few people

22  for the SNM?

23      A.    I've assaulted a couple.

24      Q.    Ordered some murders?

25      A.    No, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                          1-800-669-9492

PROFESSIONAL COURT                          e-mail: info@litsupport.com
REPORTING SERVICE

1      Q.   You didn't do that on either tabla?

2      A.   No, sir.

3      Q.   It just never came up either time you were

4  on the tabla?  It just never came up?

5      A.   No, sir.

6      Q.   You shot a man in 2002 over a $20 rock of

7  crack cocaine.  Do you recall that?

8      A.   I took the rap for that.  Yes, I do recall

9  that.

10     Q.   Well, what happened was, you went to

11  someone's house, knocked on the door --

12     A.   Okay.

13     Q.   -- told them you wanted to buy crack, and

14  they said, "You're crazy, you've got the wrong

15  house," and shut the door, and then you broke in the

16  door --

17     A.   No, sir.

18     Q.   -- and shot the occupant.  You don't

19  recall that at all -- hold on.  Let me just see if I

20  can refresh your memory about that.

21     A.   You weren't there.  You don't know the

22  story.  I'll tell you.  I'll tell you, Mr. Castle.

23     Q.   Stop, stop, stop, stop.

24     A.   Let me answer.

25     Q.   Another one of the convictions you had was

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   for aggravated battery?

 2        A.    Okay.

 3        Q.    Right?

 4        A.    Yes, sir.

 5        Q.    And you pled guilty to that?

 6              MR. CASTELLANO:   Objection on 609, Your

 7   Honor.

 8              THE COURT:   609.   Sustained.

 9              MR. CASTLE:   Your Honor, I would just

10   encourage the Court to think -- the Government put

11   his character at issue, generally.

12              THE COURT:   I've ruled on this in a motion

13   that you filed.

14   BY MR. CASTLE:

15        Q.    In any event, you were convicted of that,

16   right?  And your testimony is that you took the rap

17   for someone else?

18        A.    Yes, sir.

19        Q.    Did you also get convicted at that time

20   for an assault, aggravated assault?

21        A.    That was the case.  It went that way.

22        Q.    There were two of them.  You had one

23   conviction for aggravated battery, and that was on a

24   non-police officer; and then an aggravated assault

25   on a police officer.  Do you recall that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.   No, sir.  I've never got an assault on a

 2  peace officer.  I've been assaulted by peace

 3  officers.

 4       Q.   To make sure, you've had convictions for

 5  aggravated assault with a deadly weapon?

 6       A.   Yes, sir.

 7       Q.   Aggravated battery with a deadly weapon?

 8       A.   Yes, sir.

 9       Q.   Possession of controlled substance?

10       A.   Yes.

11       Q.   Felon in possession of a firearm?

12       A.   Yes, sir.  No peace officer there.  And

13  there is an escape from jail, also.

14       Q.   Yes.

15       A.   But that's my history.  That's the past,

16  sir.

17       Q.   Hold on.  Well, let's talk about your

18  present.

19       A.   Okay.

20       Q.   You've admitted to the FBI and to the U.S.

21  Attorney's Office being a member of the SNM for a

22  good length of time, right?

23       A.   Yes, sir.

24       Q.   We could debate about when it started and

25  when it began, but you admitted that during the time

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                          e-mail: info@litsupport.com



1    you were an SNM member, you sat on the tablas for

2    two of the number one leaders at that time, correct?

3         A.   Yes, sir.

4         Q.   And you committed assaults?

5         A.   Yes, sir.

6         Q.   And you stabbed people?

7         A.   Yes, sir.

8         Q.   And you have participated in discussions

9    where the deaths of human beings --

10        A.   No, sir.

11        Q.   -- were discussed?

12        A.   No, sir.

13        Q.   You never did?

14        A.   No, sir.  No, sir.

15        Q.   Tell us what you've been charged with in

16   this violent -- these RICO charges.

17        A.   You know what I've been charged with.

18        Q.   You haven't been charged with anything.

19        A.   Exactly.  I have not done nothing.

20        Q.   You've never done anything?  You've never

21   committed --

22        A.   I was talking.

23        Q.   Let's just stop.  Have you or have you not

24   committed violent crimes in aid of the SNM?

25        A.   Yes, sir.  From the past, I have.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    Okay.  We're all talking about the past.

2  We're not talking about here in the courtroom.

3      A.    Okay.  Yes, sir.

4      Q.    Have you been prosecuted for those violent

5  crimes that you committed as part of the SNM?  "Yes"

6  or "No"?

7      A.    Through the Department of Corrections,

8  yes, I've paid my dues.

9      Q.    I'm talking about by the U.S. Attorney's

10  Office.

11      A.    No, sir.

12      Q.    Have they charged you with anything?

13      A.    No, sir.

14      Q.    Now, you did what they call a Kastigar

15  letter.  Do you recall that there is a letter that

16  you signed?

17      A.    Yes, sir.

18      Q.    Well, let's just back up a little bit.

19  You were subpoenaed to testify here in this court --

20  let me see when that was -- in March of this year.

21  Do you recall?  March 16th of this year?

22      A.    I think so, yes, sir.

23      Q.    And we subpoenaed you, to ask you some

24  questions about statements you said various people

25  made about the 2001 murders.  Do you recall that?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1        A.   Yes, sir.

2             THE COURT:  Mr. Castle, why don't we take

3    about a 15-minute break, so that -- we're going to

4    be taking a late lunch.  So why don't we take our

5    break right at the moment.  All right.

6             We'll be in recess for about 15 minutes.

7             (The jury left the courtroom.)

8             THE COURT:  All right.  We'll be in recess

9    for about 15 minutes.

10            (The Court stood in recess.)

11            THE COURT:  I think we have all the

12   defendants back in the courtroom, and I think we've

13   got an attorney or more for each one of the

14   defendants.  All right.

15            Mr. Castellano, does the Government have

16   anything the Court needs to address?

17            MR. CASTELLANO:  No, Your Honor.  I think

18   the witness is on the way back.  We don't have

19   anything else.

20            THE COURT:  How about the defendants?

21   Anything to address, Mr. Castle?  Anybody else?

22            MR. CASTLE:  No.  We just provided the

23   Court with that document.

24            THE COURT:  Okay.  I'll take a look at

25   that.  I did file the Court's fourth draft jury

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

214

```
 1   instructions, and of course these are in writing, so
 2   they'll be typed.  We'll see how far she gets today,
 3   and then I'll file the typed version.
 4           MS. HARBOUR-VALDEZ:  Your Honor, we had
 5   asked that the document that was filed, it was an
 6   order regarding the search of our clients' cells.  I
 7   know that was entered before trial, but it was
 8   entered on the docket today.  We wanted that to be
 9   filed restricted.
10           THE COURT:  Okay.
11           MS. HARBOUR-VALDEZ:  Yeah.  She said to
12   get with everyone, and we're all in agreement that
13   it should be filed restricted.
14           THE COURT:  Okay.  Have you told her that?
15           MS. HARBOUR-VALDEZ:  I haven't told her
16   that we all agree.  I'll send her an email.
17           THE COURT:  When she sticks her head in,
18   I'll try to pull her in and tell her that.
19           MS. HARBOUR-VALDEZ:  Thank you.
20           THE COURT:  And if I don't, remind me.
21           MS. HARBOUR-VALDEZ:  Okay.
22           THE COURT:  Anything else from anybody?
23           MS. HARBOUR-VALDEZ:  No.
24           MR. COOPER:  Thank you.
25           THE COURT:  On that order they just had,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they've all agreed it should be filed under seal.
 2              THE CLERK:  All right.  I'll do that.
 3              THE COURT:  All rise.
 4              MS. ARMIJO:  Your Honor, Mr. Beck is not
 5    feeling well.
 6              THE COURT:  Okay.
 7              MS. ARMIJO:  So he is gone for the day.
 8              THE COURT:  Do you want to say anything?
 9              MS. ARMIJO:  You can.
10              THE COURT:  Do you want me to?
11              MS. ARMIJO:  Sure.
12              THE COURT:  All right.
13              (The jury entered the courtroom.)
14              THE COURT:  I understand my jurors are
15    feeling better today as far as headaches and nausea,
16    but we lost Mr. Beck, so he's headed out for the
17    afternoon.  So we're keeping everything basically
18    going, but glad the jurors are feeling better.
19              All right.  Mr. Lucero, I'll remind you
20    that you're still under oath.
21              THE WITNESS:  Yes, sir.
22              THE COURT:  And, Mr. Castle, if you wish
23    to continue your cross-examination of Mr. Lucero,
24    you may do so at this time.
25              MR. CASTLE:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Mr. Castle.
 2   BY MR. CASTLE:
 3        Q.   Mr. Lucero, earlier in your testimony you
 4   talked about who was in the unit that you shared
 5   with Mr. Garza.  Do you recall that?
 6        A.   Yes, sir.  Yes.
 7        Q.   And I want to give you the list of names
 8   and see if you can recall that all these people
 9   lived with you and Mr. Garza.  Okay?
10             Eugene Martinez; correct?
11        A.   Yes, sir.
12        Q.   Ray Molina; correct?
13        A.   Yes, sir.
14        Q.   Martin Chacon?
15        A.   I think so.  I'm not too sure.  Yes, sir.
16        Q.   Jesse Ibarra?
17        A.   Yes, sir.
18        Q.   Jesse Ibarra was somebody who was very
19   close to you; correct?
20        A.   He's a good friend.
21        Q.   When you ran Southern there, he was your
22   right-hand man; correct?
23        A.   No, sir.
24        Q.   He was an SNM member?
25        A.   He was -- he is an SNM member.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          Q.    Felix Reyes was in that block?

 2          A.    I can't recall who that is, sir.

 3          Q.    Well, it was only 13 guys you shared space

 4    with.  Do you recall --

 5          A.    I didn't know there was that many.

 6          Q.    And you can't remember Felix Reyes?

 7          A.    Honestly, I can't remember.

 8          Q.    Joseph Otero?

 9          A.    Yes, I remember him.

10          Q.    Vito Ortiz.

11          A.    I don't remember.

12          Q.    Willie Amador?

13          A.    Yes, sir.

14          Q.    Lorenzo Mora?

15          A.    Yes, sir.

16          Q.    Jeremiah Baca?

17          A.    Yes, sir.

18          Q.    And Augustine Saenz?

19          A.    Saenz?

20          Q.    Yes.

21          A.    I don't recall.

22          Q.    Being the leader of Southern during that

23    time period, you would have been the leader of all

24    those men as long as they were SNM?

25          A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   If they weren't SNM, then you wouldn't be

2    the leader?

3    A.   No, sir.

4    Q.   Now, you and Billy Garcia didn't get

5    along, did you?

6    A.   We don't even know each other.

7    Q.   Well, you testified that Billy doesn't --

8    or not testified.  You made a statement to the FBI

9    that Billy didn't even like you?

10   A.   He doesn't.

11   Q.   Okay.  And that was before you accused him

12   of anything here, he didn't like you; is that right?

13   A.   No, sir.

14   Q.   But it's your testimony that even though

15   it was your responsibility to kill Garza, that Billy

16   Garcia decided to do it for you as a favor so you

17   could go on the streets?

18   A.   No, sir --

19   Q.   Well --

20   A.   -- that's not true.

21   Q.   Now, you said that on direct, that you

22   didn't know any of the details about how the murders

23   were going to occur, right?

24   A.   Right.

25   Q.   You didn't know how many people were going



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

219

```
 1    to be involved in it, right?

 2         A.    No, sir.

 3         Q.    You didn't know whether both murders were

 4    going to happen at the same time on the yard?

 5         A.    No, sir.

 6         Q.    Or in the cell blocks, right?

 7         A.    Right.

 8         Q.    You didn't know how many crews were going

 9    to be used?

10         A.    Well, one for each one, you assume.  I

11    assume.

12         Q.    Well, you didn't indicate that Billy told

13    you what he was going to do, right?

14         A.    No, he didn't tell me what he was going to

15    do.

16         Q.    Well, you actually made a statement on

17    January 17, 2018, where you said Billy picked out

18    two crews, one from each pod where it happened?

19         A.    Yes, sir.

20         Q.    But if he didn't tell you, the only reason

21    you would know that one crew from each pod was

22    tasked to do it is because you'd picked out those

23    crews?

24         A.    No, sir.

25         Q.    I want to talk to you about some times
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                         Albuquerque, NM 87102
(505) 989-4949                                  (505) 843-9494
FAX (505) 843-9492                          FAX (505) 843-9492
                                              1-800-669-9492
                                         e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    you've been in this courtroom.  Okay?

 2         A.    Okay.

 3         Q.    Actually, not in this courtroom.  About a

 4    year, two years ago, May 26, 2016, do you recall

 5    being in front of Judge Browning up in Albuquerque?

 6         A.    Yes, sir.

 7         Q.    And that was when you got in trouble on

 8    your -- because you'd been let out of federal prison

 9    but you were still under supervision of the court,

10    correct?

11         A.    Yes, sir.

12         Q.    And that was when you had some hot UAs and

13    things of that nature?

14         A.    Yes, sir.

15         Q.    And this was after you started work for

16    the FBI?  2016 was?

17         A.    Yes, sir.

18         Q.    Is that right?

19         A.    Yes, sir.

20         Q.    And do you recall who was in court that

21    day from the prosecution team?  Was it just a

22    prosecutor from up there, or was it some of the

23    people here in this room?

24         A.    No, none of these people.  I don't think

25    so.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You don't recall them being here?

2      A.   I don't recall.

3      Q.   Okay.  Do you recall telling the judge,

4  Judge Browning, that you had left the gang before

5  you ever went to the feds?

6      A.   Yes, sir.

7      Q.   And that wasn't true, was it?

8      A.   No.  But in heart, it was true.  But

9  officially, through documents, I didn't drop out

10  till later.

11      Q.   You didn't tell Judge Browning -- this was

12  actually you're requesting release to get out so you

13  wouldn't even have to go to a halfway house, right?

14  Do you remember that?  You were saying, "I just want

15  to get release.  I don't want to go to the halfway

16  house"?

17      A.   No, I didn't want to be around active gang

18  members.

19      Q.   The point was, you were asking not to do

20  it, right?  So you're sitting there in court and

21  telling him that you had left the gang before you

22  ever went to the feds.  You said that.  Do you want

23  to see the transcript?

24      A.   Well, if you said it, I said it.

25      Q.   All right.



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                            1-800-669-9492
                                                  e-mail: info@litsupport.com

```
 1        A.    I don't care.

 2        Q.    The reason you made that statement is

 3   because you wanted him to believe that you weren't a

 4   risk to reoffend?

 5        A.    I wasn't.

 6        Q.    And then you told him the following, "If I

 7   didn't want to get my life together, I would have

 8   stayed in the gang, pick up a RICO like all them

 9   other dummies"?

10        A.    Yes, sir.

11        Q.    So you were concerned about picking up a

12   RICO?

13        A.    Yeah.  Eventually, yeah.  Even in the

14   past.

15        Q.    About two months after that -- you

16   actually didn't get to go home free; you were

17   actually told you had to go to the halfway house,

18   right?

19        A.    No, sir.

20        Q.    Do you remember going to a halfway house

21   called Rio Grande -- well, let's back up.  About two

22   months after you made that plea to the judge, do you

23   recall that you got caught using heroin?

24        A.    Yes, sir.

25        Q.    But what happened was, the probation
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  officer -- they gave you a random urine analysis,

2  right?

3       A.   I would have to piss once a week.

4       Q.   And on this occasion, you had a positive

5  urine analysis, right?

6            MR. CASTELLANO:  Objection to relevance at

7  this point, Your Honor.

8            THE COURT:  What's the relevance of that?

9            MR. CASTLE:  Well, if I could ask one

10  question, it would show the relevance.

11            THE COURT:  Try me.

12  BY MR. CASTLE:

13       Q.   Okay.  When confronted about your positive

14  UA, you denied that you had consumed any heroin; is

15  that right?

16       A.   Yes, sir.

17       Q.   And that was being dishonest with a court

18  officer?

19       A.   It was pills.  It wasn't heroin.  It was

20  an Oxycontin or oxycodone.  That's how I pissed it

21  hot.  But I went to treatment for that.

22       Q.   Well, your probation officer actually

23  confronted you with a new urinalysis, and at the

24  point in time you admitted that you had been

25  dishonest with the officer on the previous occasion.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Do you recall that?

2       A.   Yes, sir.

3       Q.   And that happened over and over again

4   several times, right, where you'd get caught, you'd

5   deny it, and then they'd have the results, and then

6   you finally admitted, right?

7       A.   Yes, sir.

8       Q.   In fact, at times you'd report to

9   probation, you'd still be under the influence of

10  heroin or cocaine, right?

11      A.   One time, sir.  I was dirty that morning.

12      Q.   Who was your source?

13      A.   I don't see the relevance.

14           MR. CASTELLANO:  Objection; relevance.

15           THE COURT:  Sustained.

16      Q.   Well, you're indicating here you're

17  cooperating with the FBI concerning violations of

18  the law that you know about; correct?

19      A.   You're not the FBI, sir.

20      Q.   Okay.  Well --

21      A.   If they would ask me, it would be a

22  different story.  But you're asking me, sir.

23      Q.   Do you recall that on one of these

24  post-release supervision revocations, that

25  Ms. Armijo and Mr. Castellano made -- entered their

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   appearance on your behalf?  Or not on your behalf,
 2   but for the Government?  Do you remember that?
 3        A.   I don't recall.
 4        Q.   Do you recall that you were looking at 8
 5   to 14 months of imprisonment on that violation of
 6   supervised release?  Do you recall that at all?
 7        A.   I know I was facing some.  Not a lot, but
 8   I was facing some.
 9        Q.   Well, do you recall on March 13, 2017,
10   Mr. Castellano and Agent Acee attending your
11   sentencing on that revocation?  Do you recall that?
12        A.   I don't recall.
13        Q.   Do you recall that despite the fact that
14   you've been convicted of -- whatever -- six or seven
15   felonies, and you had hot UAs time and time again,
16   they recommended that you be released back on
17   supervision?  Do you recall that?
18        A.   On house arrest.
19        Q.   Well, not to go to prison?
20        A.   Not to go to prison.
21        Q.   Now, you were subpoenaed to testify here
22   in March of 2018.  Do you recall that?
23        A.   Yes.
24        Q.   That was what we were talking right before
25   the break, that you were going to be asked questions
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    about, you know, what people may have said and

2    details about the 2001 murders, right?

3         A.   Yes, sir.

4         Q.   And when you got up on the stand, in

5    response to my questions under oath, you said you

6    were refusing to answer because your answers might

7    tend to incriminate you.  Do you recall that?

8         A.   Yes, sir.

9         Q.   And I asked you if you knew certain names

10   of certain people that may have committed the

11   murders, and you said, "I decline to answer based on

12   the constitutional right not to be a witness against

13   myself"?  Right?

14        A.   Yes, sir.

15        Q.   Now, why would you think that, when I was

16   asking you about what one of the participants said

17   about the murders, why did you think that that would

18   incriminate you, if you weren't involved?

19        A.   I don't know.

20        Q.   You don't know?

21        A.   No.

22        Q.   Okay.  On April 5th, you actually ended up

23   testifying, right?  And you answered -- well, you

24   came here again?

25        A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Because when you refused to answer, you
 2   got to go home immediately, right?  Do you remember
 3   that?
 4        A.    Yes.
 5        Q.    And then you and your lawyer worked out an
 6   agreement with the Government.  Do you recall that?
 7        A.    An agreement?
 8        Q.    A Kastigar letter?
 9        A.    Yes.
10        Q.    I want to show you that letter.  And what
11   this allows you to do was -- well, what it said is,
12   if you come to court and you testify, that they
13   can't use those words anymore against you, you know,
14   to establish a crime that you might admit to, right?
15        A.    Yes, sir.
16        Q.    So that gave you some protection, right?
17        A.    I guess.
18        Q.    And it made it so you couldn't actually
19   refuse to answer questions anymore; you have to
20   answer in the microphone; you couldn't refuse to
21   answer questions anymore?
22        A.    Yes.
23        Q.    But even after getting that letter, you
24   came here to testify on April 5, 2018, and I asked
25   you if you knew the murders were going to happen
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   before they actually happened, and you refused to

2   answer the question.  Then, again, you said, "I'm

3   going to refuse to answer that question."

4           Do you remember that?

5       A.   I think so.

6       Q.   But then the judge required you to answer

7   it anyway?

8       A.   Yes, sir.

9       Q.   And at that point, you admitted that you

10  were watching the newspapers and saw that he'd been

11  murdered?

12      A.   Yes, sir.

13      Q.   Now, one of the things about your letter

14  here is that it doesn't give you immunity from being

15  prosecuted; it just says you get immunity from your

16  words being used?

17      A.   Yes, sir.

18      Q.   But despite that, it says that they can

19  use your words.  There is a specific provision here

20  that they can use to develop other evidence against

21  you.  Do you recall that?

22      A.   Yes, sir.

23      Q.   So if you were to admit being involved

24  with Mr. Molina and Mr. Mora, even though they

25  couldn't use that admission, they could go out and



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  develop other evidence, right?
 2       A.   Yes, sir.
 3            MR. CASTLE:  Now, Your Honor, at this time
 4  I'd like the Court to take judicial notice, and
 5  pursuant to an admission by a party opponent, that
 6  on March 12, 2018, the Government -- namely, Mr.
 7  Castellano -- stated in open court that Leroy Lucero
 8  was a conspirator in the murders of Rolando Garza
 9  and Frank Castillo.
10            It's referenced on March 12, 2018, at
11  pages 94 and 97.
12            THE COURT:  Any objection to that, Mr.
13  Castellano?
14            MR. CASTELLANO:  Yes, Your Honor.  I'd ask
15  the Court to refer to its ruling on those issues.
16            THE COURT:  Y'all have to approach and
17  refresh my memory on that.
18            (The following proceedings were held at
19  the bench.)
20            THE COURT:  What ruling are you thinking
21  of, Mr. Castellano?
22            MR. CASTELLANO:  So this probably would
23  have been for the Jencks hearing.
24            THE COURT:  I think it's for the James
25  hearings.  I don't have that yellow sheet in front
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                      1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  of me, but it was the basis for making the factual

2  findings as to who would be the James -- who would

3  be in the conspiracy.  So I think I did make that

4  finding.

5            MR. CASTELLANO:  What I'm looking at now

6  is the table.  I haven't had a chance to look at it.

7            MR. CASTLE:  I can give the references.

8            THE COURT:  Why don't you turn your

9  computer around so that Mr. Castellano can see what

10  was said.

11           MR. CASTLE:  Mr. Castellano says, "There

12  are two people, there's Leonard Lujan and there's

13  Leroy Lucero, who are not listed.

14           The Court says, "Sorry.  Yes.  It was

15  Leroy Lucero, the co-conspirator on this count."

16           And then the Court's asking if we should

17  list him, let's list him for now.

18           Then page 97, "All the names that you gave

19  me, Munoz, Leroy Lucero, Jaramillo, and Munoz, are

20  those intended to be part of the conspiracy to

21  murder Freddie Castillo and Rolando Garza?"

22           And he responded, "I know that Munoz's

23  statements are generally grouped together, generally

24  they should be grouped together.  I'll have to

25  double-check that."

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1              "THE COURT:  Should I be looking at Leroy
 2   Lucero's -- the Government thinks is part of the
 3   Garcia conspiracy" -- with the Garza -- "Castillo
 4   and Garza, Mr. Castillo."
 5              THE COURT:  Well, if we don't have
 6   agreement on judicial notice, you're certainly
 7   welcome to put that up on the screen and then offer
 8   it as evidence, and you can mark that page.  We
 9   don't need everything in there, but you can
10   highlight the relevant portion.
11              MR. CASTELLANO:  I think it's confusing
12   from the transcript, and I think he's testified
13   consistently with that, in that he said when he was
14   leaving, he asked Billy Garcia if he wanted him to
15   do anything, and he said he would be willing to
16   follow orders if instructed.  Billy Garcia told him
17   to leave the facility and go home.
18              And at that point, he basically withdrew
19   from the conspiracy.  So I think at that point, I
20   think that's correct, and he's testified
21   consistently with that.
22              THE COURT:  Well, even if he has, I think
23   it's proper for you to mark that and play it and
24   indicate it for the jury.  Because I'm not sure
25   exactly what the judicial notice would be.  Would it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

232

```
1   be that he is a conspirator?  Would it be --
2            MR. CASTELLANO:  Right.
3            THE COURT:  I think you can probably use
4   Mr. Castellano's words, but I think if I try to take
5   judicial notice, we'll be sitting up here for a long
6   time, trying to figure out what it is.  And I think
7   what I'm basically going to take judicial notice is
8   that he said that.
9            MR. CASTLE:  Right.  I think the Court is
10  right.  I think that probably is the wrong way to do
11  it.  But what I'd ask to do is, I'll prepare
12  something.
13           THE COURT:  Okay.
14           MR. CASTLE:  Because otherwise, I think
15  there will be words that the jury will see, and I
16  don't think that will --
17           THE COURT:  Yeah, why don't you prepare
18  what you want, show it to Mr. Castellano, and if
19  there's an objection, then I can rule on it.
20           MR. CASTELLANO:  If I could get a copy of
21  the transcript, it would be great, so I can make
22  sure.
23           MR. CASTLE:  We have it.
24           MR. CASTELLANO:  I don't have it handy.
25  Thanks.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held in
 2    open court.)
 3              THE COURT:  All right.  Mr. Castle.
 4    BY MR. CASTLE:
 5         Q.   Mr. Lucero, you're not the right witness
 6    to ask those questions because you weren't here that
 7    day, so I'll move on.
 8         A.   Thank you.
 9         Q.   That Kastigar letter, paragraph 2
10    specifically states -- I think I left it up there
11    for you.
12         A.   Can I grab it?
13         Q.   Yes, I think that's it.  Paragraph 2.  And
14    this is your agreement with them, "The Government
15    may make derivative use and may pursue any
16    investigative leads suggested by and statements made
17    by or other information provided by you."
18              Do you recall that?
19         A.   Yes, sir.
20         Q.   The last question I have for you, Mr.
21    Lucero, is:  You talked about a guy by the name of
22    Smurf that you also know, that you brought into the
23    gang?
24         A.   Sure.
25         Q.   His name is Daniel Archuleta?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   Daniel Archuleta ended up being the head

 3   of, the shot-caller, and the keyholder to Southern

 4   New Mexico Correctional Facility, right?

 5        A.   I wasn't around, so I don't know.

 6   Honestly, I don't know.  Could have been.  Could

 7   have been.  He was getting up there in rank.

 8        Q.   You've been in contact with him over the

 9   years, right?

10        A.   I haven't, sir.  Search the file.  It's

11   not me.

12        Q.   Not you?

13        A.   Not me, sir.  I know him good.

14             MR. CASTLE:  I don't have any other

15   questions.

16             THE COURT:  Thank you, Mr. Castle.

17             Mr. Solis, do you have cross-examination

18   of Mr. Lucero?

19                    CROSS-EXAMINATION

20   BY MR. SOLIS:

21        Q.   Mr. Lucero.

22        A.   Como estas.

23        Q.   So I noticed you were getting agitated

24   there towards the end, right before the break.

25        A.   I'm just not feeling good, sir.  Sorry
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   about that.

 2        Q.   Well, you know, the wise Justice once

 3   termed cross-examination the greatest engine devised

 4   by man for discovery of the truth.  You've

 5   experienced that today, haven't you?

 6             So, I don't want to get into this talking

 7   over each other and all that business.  There are

 8   rules that we have to abide by, and Judge Browning

 9   holds us to those rules, lawyers.  He'll sustain or

10   overrule objections by either side.

11             Have you seen that happen?

12        A.   Yes, sir.

13        Q.   Okay.  And there are rules for witnesses,

14   too.  If there is not a question on the floor, you

15   really shouldn't volunteer anything.

16        A.   Yes, sir.  I apologize.

17        Q.   The question that's posed to you will be

18   answered and then -- guess what?  After the

19   cross-examination, Mr. Castellano will get up and

20   fix or adjust the questions so that you can answer

21   it to your liking.  But in the meantime, while the

22   question is posed, you need to answer that question.

23   Do you follow me?

24        A.   Yes, sir.

25        Q.   Do you understand?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          A.    I'm sorry about that.

 2          Q.    Well, you know, you haven't done it with

 3   me yet.

 4          A.    No.

 5          Q.    But it's --

 6          A.    Just to all you guys, sorry.

 7          Q.    Right.  You hear what I'm saying, right?

 8          A.    Yes.

 9          Q.    The jury is watching and, you know, we

10   need to make this as seamless as possible, right?

11          A.    Sorry about that.

12          Q.    All right.  So what I want to do is, when

13   I get up here and ask a question, as my fellow

14   counsel do, we have a purpose in mind; that's to

15   transmit information to the jury.  Okay?  So the

16   question is posed, and you transmit information to

17   the jury at this moment, at this very moment, or

18   we'll save it in our pocket for closing argument.

19   If I'm selected to do that, then I'll do that.

20                So remember that.  That's the purpose of

21   this exercise right now.  Do you follow me?

22          A.    Yes, sir.

23          Q.    All right.  Let me see.  Any other

24   housekeeping that we need to address, Mr. Lucero?

25                Okay.  So what I want to do is discuss
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   some concepts with you, American legal
2   jurisprudence, modern jurisprudence concepts having
3   to do with litigation.  And I'll get into some
4   questions after we do that.  Okay?
5       A.   Okay.
6            MR. CASTELLANO:  I'm going to object and
7   just ask that we ask questions at this point.
8            THE COURT:  It's probably time.  I've let
9   you lay a little ground rules for cross, but ask
10  questions now.
11           MR. SOLIS:  Thank you, Your Honor.
12           May I approach the easel, Your Honor?
13           THE COURT:  You may.
14           MR. SOLIS:  With the Court's permission,
15  I'm going to move the easel a little forward.
16           THE WITNESS:  May I turn this way, Your
17  Honor?
18           THE COURT:  You may.  Why don't you pull
19  that microphone over as far as you can so that we
20  can pick up your voice.
21  BY MR. SOLIS:
22      Q.   That's the other thing, Mr. Lucero.  If
23  I'm away from the microphone, I'll have to raise my
24  voice so the jury can hear me and the counsel at the
25  very corner can hear me.  So don't be offended.  If
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    you think I'm yelling at you, I'm not.  I'm just

2    raising my voice so everyone can hear.  Okay?

3         A.   Yes, sir.  So don't get in my feelings.

4         Q.   I beg your pardon?

5         A.   Don't get in my feelings.

6         Q.   Don't get in your feelings?

7         A.   Yeah.  Yeah.

8         Q.   Well, all right.  So what I first want to

9    discuss with you is if you've heard the term "whores

10   of the court"?  Have you heard that term?

11        A.   Honestly, no.

12        Q.   You have not?

13        A.   No, sir.

14        Q.   That term is alien to you?  You've never

15   heard that term?

16        A.   No, sir.

17        Q.   Is that legible enough?  You've never

18   heard the term "whores of the court"?

19        A.   No, sir.

20        Q.   All right.  We'll visit that in a little

21   bit.  What about just the term "whore," W-H-O-R-E?

22   Have you heard that term?

23        A.   Prostitute.  Right.

24        Q.   Okay.

25        A.   That term.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       Q.   All right.  And how do you define that?
 2  What does it connote to you when we hear that term?
 3       A.   I don't know.  My mind goes everywhere.  I
 4  don't know.
 5       Q.   All right.  Maybe someone that provides
 6  pleasure or some benefit.  Would you agree with
 7  that?
 8       A.   Yeah.  Yes, sir.
 9       Q.   Okay.  Is that true?
10       A.   Yes, sir.
11       Q.   All right.  And for some compensation,
12  money?
13       A.   Yes, sir.
14       Q.   Can you see that?  Is it legible?  Jewelry
15  sometimes, right?  Would you agree?  Do you see
16  that?
17       A.   Yes, sir.
18       Q.   And, I don't know, maybe property
19  sometimes, right?  A little house there, right?
20       A.   Yes, sir.
21       Q.   Would you agree?  I mean, that's something
22  you can trade for, right?
23       A.   Yeah, I think.  Yeah.  I don't know.
24       Q.   Usually money?
25       A.   Money.  I don't know jewelry or property,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  but money, yeah.

2       Q.   But money for sure?

3       A.   Yes, sir.

4       Q.   And what about time?  Do you think time is

5  something that's valuable?

6       A.   That's the most valuable thing in the

7  world.

8       Q.   Exactly.  Why is that?

9       A.   Because we don't know how much we have

10  left of it.

11       Q.   Maybe because we can't recover it?

12       A.   You can't make up what you lost, and

13  you're not promised it.

14       Q.   Okay.  So money and time are the most

15  likely of benefits provided to a whore in this

16  situation, do you think?

17       A.   Yes, sir.

18       Q.   All right.  So, as I mentioned, did you

19  know that in the American legal jurisprudence, in

20  modern legal jurisprudence, as far as litigation is

21  concerned, there are plaintiffs and defendants?  Do

22  you know that?

23       A.   Yes, sir.

24       Q.   All right.  And in the civil arena -- you

25  know this is a criminal arena?  We're not in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   civil arena right now.  Do you understand that?

 2       A.   Yes, sir.

 3       Q.   So in a civil arena, say John Doe --

 4            MR. CASTELLANO:  I'm going to object as to

 5   relevance.

 6            MR. SOLIS:  I'm getting there, Your Honor.

 7            THE COURT:  Let's move it pretty quickly

 8   to the point.

 9            MR. SOLIS:  All right.

10   BY MR. SOLIS:

11       Q.   Is styled as a plaintiff versus, let's

12   say, ABC Company, styled as a defendant.  So far, so

13   good.  Do you understand that?  And then a civil

14   action like that, these plaintiffs or defendants

15   will have witnesses come in that are compensated

16   with money.

17            Do you understand that?

18       A.   Yes, sir.

19       Q.   Have you heard of that?

20       A.   Yes, sir.

21       Q.   So witnesses will come in and be

22   compensated with money.  In most cases, those

23   witnesses will be expert witnesses, doctors,

24   chemists, that sort of situation.

25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Almost never -- in fact, never -- will you
 2   have a regular John Doe off the street, a street
 3   person witness compensated by money.  Do you
 4   understand me so far?
 5        A.   Yes, sir.
 6        Q.   All right.  Did you know, Mr. Lucero, that
 7   in this case, the style of the case is the United
 8   States of America versus defendants, various
 9   defendants' names?  Did you know that?
10        A.   Yes, sir.
11        Q.   Did you know also that the United States
12   is styled as the plaintiff in this case?  Did you
13   know that?
14        A.   No, sir.
15        Q.   The pleadings, the indictment, the various
16   motions filed are styled "USA," plaintiff, and the
17   defendants are obviously the defendants.  Do you see
18   that?
19        A.   Yes, sir.
20        Q.   Did you know that?
21        A.   I know that.
22        Q.   All right.  What we were talking about a
23   little while ago in the civil arena, the analysis
24   is, from the legal community, is when that ABC
25   Company brings in, or John Doe, the plaintiff,
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com



1    brings in their expert that they paid for, to

2    testify in a way to a jury that they like, you know

3    what they call them?

4                MR. CASTELLANO:  I'm going to object as to

5    relevance again, Your Honor.

6                THE COURT:  Sustained.  I don't think we

7    need to get into civil law.  Sustained.

8                MR. SOLIS:  Your Honor, I will address it,

9    then, in the context of criminal law.

10               MR. CASTELLANO:  I'm just going to ask

11   that we have questions, Your Honor.

12               THE COURT:  Yeah, let's ask questions that

13   go to the issues in the case.

14               MR. SOLIS:  All right.  Your Honor,

15   pursuant to the nonhearsay 801 rule, there is an

16   admission of a party opponent I'm moving to admit.

17   This is a register or a log of payments provided to

18   witnesses by the Department of Justice.  It's their

19   document, it's an admission of a party opponent, and

20   I'm moving to admit that document, Your Honor.

21               THE COURT:  Any objection to that, Mr.

22   Castellano?

23               MR. CASTELLANO:  Yes, Your Honor.  May we

24   approach?

25               THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The following proceedings were held at

 2    the bench.)

 3              MR. SOLIS:  This is the document, Your

 4    Honor.

 5              THE COURT:  Let me hear what

 6    Mr. Castellano's position is.

 7              MR. CASTELLANO:  May I see the document?

 8              MR. SOLIS:  Yes.  While he looks at it,

 9    may I address the Court?

10              THE COURT:  I think I know, probably, your

11    position.  I just need to know what the Government's

12    position is.

13              MR. SOLIS:  We've already talked about --

14    he testified about the $90,000 paid.

15              MR. CASTELLANO:  They haven't all been

16    talked about.  Robert Lovato isn't in here.  I have

17    no objection to him asking questions about the

18    benefits he's received.  He's already answered that

19    question.

20              MR. SOLIS:  That's true.

21              MR. CASTELLANO:  I think the other problem

22    now is, Mr. Solis has used the term "whores of the

23    Court," so obviously the implication will be that

24    the witnesses in this case are the whores of the

25    Court, working for money.  So I would object on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  hearsay grounds and also by the implication he's
 2  already made.
 3          MR. SOLIS:  My response to this, Your
 4  Honor, this entire case is built on suspect
 5  testimony.
 6          THE COURT:  I'll let you make your case.
 7  Unless there's something particular about this
 8  document -- I'd be glad to look at it, but I think
 9  it's just going to be a letter.
10          MR. SOLIS:  Acee has testified that
11  $90,000 were billed out to the --
12          THE COURT:  Unless there's something in
13  particular about it, I'll let him mark it and
14  introduce it as an exhibit.  So I'll admit Exhibit
15  EI.
16          MR. SOLIS:  Did I hear you admit it, Your
17  Honor?
18          THE COURT:  It's admitted.
19          MR. SOLIS:  Thank you.
20          (Defense Exhibit EI admitted.)
21          (The following proceedings were held in
22  open court.)
23          THE COURT:  All right.  Mr. Solis.
24  BY MR. SOLIS:
25      Q.   I know you've testified a little while
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   ago, Mr. Lucero, in response to Mr. Castle's

2   questions regarding payment, and I know you answered

3   that it was 7 -- tell us again, what was it,

4   Mr. Lucero?

5        A.   I don't recall.

6        Q.   Well, the last page, document number 7516,

7   Defense Exhibit EI, Leroy Lucero, $7,350, plus

8   expenses for the phone, $7,872.90.  Does that sound

9   right?

10       A.   Yes, sir.

11       Q.   Now, have you had any supplements since

12  then?

13       A.   Since when?

14       Q.   Since April the 10th, 2018, any

15  supplements since?

16       A.   No, sir.

17       Q.   No?

18       A.   No, sir.

19       Q.   All right.  I know you testified to that,

20  but a lot of us are visual, and to see it, touch it,

21  squeeze it is different from just listening to it;

22  would you agree?

23       A.   Yes, sir.

24       Q.   We want to talk about also -- I heard you

25  say to Mr. Castle, or in answer to his question

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  about the BOP, and how you don't have access to your

 2  file from the BOP.  But we do have access to some of

 3  it.  Did you understand that?

 4      A.   Yes, sir.

 5      Q.   I guess from the questions posed to you by

 6  Mr. Castle, you understood that we have access to

 7  some of those documents.  Do you understand that?

 8      A.   Yes, sir.

 9      Q.   So I noticed that your eval, psychological

10  eval, was very similar -- in fact, the diagnosis was

11  just like Mr. Martinez and Leonard Lujan.  Did you

12  know that?

13      A.   No, sir.  I don't know what their --

14           MR. CASTELLANO:  I'll object, Your Honor.

15           THE COURT:  Hold on.

16           MR. CASTELLANO:  He doesn't know what

17  other witnesses have said or what other evidence is

18  in this case.

19           MR. SOLIS:  Well, he can answer that, and

20  he's answered that he doesn't know.

21           THE COURT:  I'll let the answer stand.

22  Overruled.

23           MR. SOLIS:  Thank you.

24  BY MR. SOLIS:

25      Q.   Did you know your diagnosis is antisocial

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   personality disorder?  Did you know that?

 2        A.    I -- I -- um --

 3        Q.    The answer is "Yes" or "No," sir.  We had

 4   the discussion about the ground rules.  Did you

 5   understand that was your diagnosis?

 6        A.    Yes, sir.

 7        Q.    And so you understand the criteria, the

 8   diagnostic behaviors they look for?  You understand

 9   that, too, don't you?

10        A.    Yes, sir.

11        Q.    And what is this, "incessant and deception

12   and lying and manipulation"?  Isn't that one of the

13   criteria of the DSM-IV diagnosis?

14        A.    I don't know what that's about.

15        Q.    You don't know that?

16        A.    I don't know that.

17        Q.    All right.  Well, yesterday you testified

18   that -- well, who is Critter anyway?

19        A.    Yesterday?

20        Q.    What is today?  Yeah, yesterday.

21        A.    I wasn't here yesterday.

22        Q.    You didn't testify yesterday.

23              Who is Critter, by the way?  Who is

24   Critter?

25        A.    Your client.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Who is he?

2      A.   Chris Chavez.  Chris Critter.  There's a

3 few of them.

4      Q.   Okay.  But your first response was Chris

5 Chavez, right?

6      A.   Yes, sir.

7      Q.   You mentioned that Chris came up to you

8 and talked to you about the SNM murders?

9      A.   Yes, sir.

10      Q.   Right?  And that he talked to you at

11 North.  Do you remember that?

12      A.   At the North?

13      Q.   That's what you said?

14      A.   Yes, sir.

15      Q.   And did he talk to you -- tell us exactly

16 when he talked to you, when you said he talked to

17 you at Southern.  When was it?

18      A.   Southern?

19      Q.   Yeah.  Remember?

20      A.   He didn't talk to me at Southern.

21      Q.   The North?

22      A.   The North.

23      Q.   How many times?

24      A.   Well, we lived in the same unit.  We'd see

25 each other in the yard all the time, every day.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Well, when we went out.

 2        Q.   Okay.

 3        A.   So specific days, I don't remember.   I

 4   don't recall.

 5        Q.   You don't recall?

 6        A.   I don't recall.

 7        Q.   About specific things he talked to you

 8   about?

 9        A.   Well, I know about that.   It's the dates,

10   sir.

11        Q.   Okay.   Now, you testified, as Mr. Castle

12   explored with you, on April the 5th, sitting in that

13   very chair.   Do you remember that?

14        A.   Yes, sir.

15        Q.   And didn't you say something completely

16   contradictory to what you said today?

17        A.   What did I say?

18        Q.   You said you didn't talk about anything

19   with Mr. Chavez.

20        A.   I didn't answer the question.

21        Q.   You didn't?

22        A.   I didn't answer that question.

23        Q.   You didn't say -- well, first off, were

24   you under oath?

25        A.   Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   You were under oath.   His Honor, Judge

2  Browning, instructed the clerk to put you under

3  oath, right?

4      A.   Yes, sir.

5      Q.   It wasn't just some interview with Agent

6  Acee or Roundy or anyone else.   You were under oath,

7  sitting in that chair, right?

8      A.   Yes, sir.

9           MR. SOLIS:   May I approach?

10          THE COURT:   You may.

11     Q.   April the 5th, 2018, Mr. Lucero?

12     A.   Yes, sir.

13     Q.   Mr. Castle asked you, "And tell us a

14  little bit about the discussion you had with

15  Mr. Chavez."

16          What was your response?

17     A.   "Just talk."

18     Q.   Louder.

19     A.   That's what it says, "Just talk."

20     Q.   Okay.

21     A.   My lawyer advised me to -- my lawyer that

22  day advised me to --

23     Q.   Your lawyer wasn't testifying.   It was you

24  in that chair, wasn't it?

25     A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492

                                                          e-mail: info@litsupport.com

```
 1        Q.   All right.

 2        A.   My legal -- my lawyer advised me not to

 3   say that --

 4        Q.   Mr. Castellano will explore that with you

 5   in a little bit, but for the moment you're going to

 6   answer my questions like we agreed, right?

 7        A.   Yes, sir.

 8        Q.   And it was not your lawyer testifying; it

 9   was you?

10        A.   It was me.

11        Q.   You raised your right hand and swore you

12   would tell the truth?

13        A.   Yes, sir.

14        Q.   Did Mr. Castle ask you:  "Okay, and what

15   did he say?  What did he say?  Give us some details,

16   if you could"?

17             What was your response?

18        A.   I don't remember, but --

19        Q.   It was exactly that:  "I don't remember.

20   I don't remember."

21        A.   Yeah.

22        Q.   Do you remember that?

23        A.   Yes, sir.

24        Q.   And Mr. Castle persisted:  "Well, who

25   started the conversation?  Do you know who started
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the conversation?"

 2            What did you respond?

 3       A.   "No."

 4       Q.   "No."

 5            "Do you know why you guys had this

 6   conversation?"

 7            And your response was, "Hum-um"?

 8            Is that right?

 9       A.   "Hum-um."  Yes, sir.

10       Q.   Just like you did just now.  Do it again.

11       A.   Hum-um.

12       Q.   "Is that a No?" he asked you.  And your

13   response was, "That's a No."

14       A.   That's a No.

15       Q.   Okay.  So Mr. Castle asked you, "Well, did

16   Mr. Chavez -- was it about the 2000 murders even?"

17            And what did you respond?

18       A.   "No."

19       Q.   "No."

20            So Mr. Castle asked you, "Did Mr. Chavez"

21   -- and he paused -- "was it about the 2000 murders

22   even?"

23            And your response was, again?

24       A.   "Hum-um."  No.

25       Q.   Okay.  "So you never had a conversation
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                              PROFESSIONAL COURT   e-mail: info@litsupport.com
                                              REPORTING SERVICE

1    with Christopher Chavez about the 2000 murders at

2    all?"

3           And your response was?

4    A.    "I don't think so."

5    Q.    All right.  You were under oath like you

6    are today, right?

7    A.    Yes.

8    Q.    On April the 5th of 2018.

9           Now, in the following moments on that

10   April 5, 2018, date, Mr. Beck got up and asked you

11   questions.  Do you remember that?

12   A.    Yes, sir.

13   Q.    And you came around and said, "Oh, yes,

14   yes, we did have conversations."

15          Do you remember that?

16   A.    Yes, sir.

17   Q.    And then you proceeded to testify much

18   like you did a little while ago.  Do you remember

19   that?

20   A.    Yes, sir.

21   Q.    Was that because you remembered -- 7516

22   again.  It's exhibit, the one that was admitted

23   moments ago, EI.  And the reason you testified that

24   way, sir, is because you remembered this:  You

25   remembered what you were supposed to do.  You

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                    e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1   remembered what you were supposed to say for that

2   sum of money?

3        A.   No, sir.

4        Q.   Right?

5        A.   No, sir.

6        Q.   Your first inclination was to tell the

7   truth because the oath means something, even to you?

8        A.   Yes, sir.

9        Q.   So Mr. Castle asked you, "Did you have

10  that discussion ever about the murders?"  And you

11  said, "No," because that was the truth, right?

12       A.   Yes.

13       Q.   But then you remembered about the

14  $7,872.90.  When the Government got up to ask you

15  questions, you said, "Oh, I forgot what I was

16  supposed to say."  And what's what you said?

17       A.   That's not true, sir.

18       Q.   That's not true?

19       A.   No, sir.

20            MR. SOLIS:  All right.  Pass the witness.

21            THE COURT:  Thank you, Mr. Solis.

22            Anyone else have cross-examination of

23  Mr. Lucero?

24            Mr. Burke, do you want to go next?

25            MR. BURKE:  I will, Your Honor.  Thank

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you.

 2              THE COURT:  Mr. Burke.

 3                    CROSS-EXAMINATION

 4    BY MR. BURKE:

 5         Q.   Mr. Lucero, I just have a few questions

 6    about that little snippet of information you

 7    conveyed about Edward Troup.  All right?

 8         A.   Yes, sir.

 9         Q.   You said that he got into a fight of some

10    sort with a Los Carnales member.  Do you recall

11    that?

12         A.   Yes, sir.

13         Q.   And instead of him delivering a beat-down,

14    he was the recipient of a beat-down, correct?

15         A.   Well, they were fighting, sir.

16         Q.   And you didn't say the specific date, but

17    does 1996 or 1997 sound right to you?

18         A.   No, sir.

19         Q.   When do you think it was?

20         A.   I'm not -- I don't remember.  To be honest

21    with you, I don't remember that time, you know what

22    I mean?  I know I remember the incident and I know

23    what was said, but the dates and times I don't

24    remember, sir.

25         Q.   All right.  In the '90s?  Would that be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  fair?
 2        A.   Late '90s.
 3        Q.   All right.  And --
 4        A.   Maybe even after that.
 5        Q.   And that put Mr. Troup in bad standing.
 6  Is that a fair statement?
 7        A.   That was part of it, yeah.
 8        Q.   Because he didn't represent the S very
 9  well; is that right?
10        A.   For that.
11        Q.   And he wasn't an esteemed or he was never
12  a shot-caller or a keyholder or anything, was he?
13        A.   No, sir.
14        Q.   No.  And did he even have a green light on
15  him for not representing the S well?
16        A.   No, sir.
17        Q.   No?  Just in bad standing?
18        A.   He had to make up his F-up.
19        Q.   All right.  Fair enough.  And then you got
20  out of the prison, out of Southern, right?
21        A.   Yes, sir.
22        Q.   And you never did ever again -- you were
23  never in prison with Mr. Troup after that, were you?
24  You were never in the same pod or --
25        A.   Same pods, no, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   -- same facility?

 2       A.   We ran into each other going back and

 3  forth to yard or in medical or --

 4       Q.   Maybe like at Jurassic Park?

 5       A.   Exactly.

 6       Q.   That seems to have happened a lot?

 7       A.   Jurassic Park.

 8       Q.   And you didn't stay in touch with him the

 9  way you stayed in touch with Brian Fuzz Rascon, the

10  fellow who, with JJ DeLuna, killed Ron Baca?  That

11  wasn't your relationship, correct?

12       A.   No, sir.

13       Q.   All right.  And you never had a

14  substantive conversation with Edward about the

15  homicide, correct?

16       A.   No, sir.

17       Q.   All right.  Now, something you said, and I

18  want to pursue it a little bit.  You made a

19  suggestion that it seemed as though Edward had

20  enhanced his reputation or cleaned up this mess when

21  you got back in prison, right?  Do you remember

22  that?

23       A.   Yes, sir.

24       Q.   Something like that.  I want to ask you

25  about the realities of prison life just a little
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  bit.  Now, prison is pretty odd in the sense that

2  there are some harsh realities?  You wake up, and

3  you look at the wall, and you go to sleep, and those

4  are the hard realities, right?

5       A.   Yes, sir.

6       Q.   And then there is sort of a facade that

7  goes on, and you talked about it a bit, especially

8  in Lewisburg, where you're putting on an act, and

9  there is -- it's not entirely real, is it?

10      A.   No.

11      Q.   And us people in the free world, we might

12 not understand that, because prison really is

13 different, right?

14      A.   Yes, sir.

15      Q.   All right.  Now, you, having never spent

16 another day with Edward, you would not really know

17 what his reality was like, would you?

18      A.   No, sir.

19      Q.   All right.  And you wouldn't know what his

20 reputation was or what he was -- how he was held in

21 esteem or not held in esteem?  You just have no way

22 of knowing that, would you?

23      A.   No, sir.  No, sir.

24      Q.   And the truth is, you know, you guys,

25 you've got this real world and you've got this other



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   thing, and you called it Inmate.com.  And Inmate.com
 2   is not entirely reliable, is it?
 3        A.    No, sir.  Honestly, no.
 4        Q.    Sometimes it's a lot of chatter?
 5        A.    (Witness indicated.)
 6        Q.    Thank you.  A lot of chatter.  And the
 7   only way you can know exactly what happened or is
 8   happening is if you see it right at the moment it
 9   happened, true?
10        A.    The truth, anyway.
11              MR. BURKE:  That's all I've got.
12              THE COURT:  Thank you, Mr. Burke.
13              Anyone else have cross-examination of
14   Mr. Lucero?  Mr. Sindel?  Mr. Blackburn?
15              Mr. Blackburn, go ahead.
16                     CROSS-EXAMINATION
17   BY MR. BLACKBURN:
18        Q.    Mr. Lucero, you indicated, when Mr. Castle
19   was asking you questions, the number of times, and
20   you went over a number of times that you spoke with
21   either the Government agents and/or the U.S.
22   Attorney's Office.  Do you remember that
23   questioning?
24        A.    Yes, sir.
25        Q.    All right.  And you're aware, obviously,
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   that you have given several statements.  But some of

2   the statements I want to talk to you about is the

3   statement you gave February 9th of 2011, when you

4   were in Lewisburg, Pennsylvania.  Do you remember

5   that time when Mr. Roundy came up to talk to you?

6        A.   I remember a couple of times he went up

7   there, sir.

8        Q.   All right.  And also, you remember a

9   statement that you gave or a 302 interview that you

10  gave with the Government on January 17th of this

11  year as they were preparing for trial?  You remember

12  that one, do you not?

13       A.   No, sir, I don't.

14       Q.   Well, you gave so many statements; if we

15  need to go over them, we'll look at them.

16  Yesterday, Mr. Castellano asked you if there was a

17  time that you were incarcerated with Arturo Garcia

18  at the North facility.  Do you remember those

19  questions?

20       A.   Yes, sir.

21       Q.   Okay.  And he asked you if you had ever

22  done time with him and if you could recall a

23  conversation that you had with him, when both of you

24  guys went out to -- I believe you ended up in the

25  yard.  Do you remember that?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com

1        A.   Yes, sir.

2        Q.   All right.  And he asked you about telling

3   him about Freddie Sanchez, and you indicated that

4   you were aware, that you knew that there was a green

5   light on, already, for Freddie Sanchez due to a

6   violation, right?

7        A.   Yes, sir.

8        Q.   And you indicated -- he asked what

9   happened as a result of that violation or what

10  happened afterwards, and you said that:  We already

11  knew what we had to do or what had to go on, because

12  all you have to do is say there's a green light on

13  him, and we know what's going on at that point in

14  time.

15            That's basically what you indicated,

16  right?

17       A.   Yes, sir.

18       Q.   All right.  Now, at the time that you were

19  having this conversation with Mr. Garcia, this was

20  about the year before anything happened to Mr.

21  Sanchez in Southern New Mexico, right?

22       A.   I don't know how long it was, but --

23       Q.   Well, so you were -- so this particular

24  conversation happened at the North facility, that

25  you were having, right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Because at the time, if Arturo Garcia was
 3   not in the -- you were with him in the North
 4   facility, right?
 5        A.   Yes, sir.
 6        Q.   And then later you go to the South
 7   facility?
 8        A.   I go to the South.
 9        Q.   You go to the South, and you're there at
10   the South.  And you're also with Mr. Sanchez there
11   the South, are you not?
12        A.   Yes, sir.
13        Q.   All right.  And then eventually you go to
14   Southern New Mexico, right?
15        A.   No.  I go home.
16        Q.   You go home?
17        A.   I get paroled.
18        Q.   Right.  But there was a time when you were
19   talking to Mr. Sanchez, when you were with him in
20   the Southern facility, because he knew he already
21   had a hit on him, did he not?
22        A.    He knows what he did.  I assume he would.
23        Q.    But he told you, did he not, that he was
24   aware that he had a hit on him and that he was going
25   to go out the same way that he came in, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

264

1      A.   No, I don't remember that.

2      Q.   You don't remember that?

3      A.   I don't remember.   That does sound like

4  him.  He would say something like that.

5           MR. BLACKBURN:   May I approach, Your

6  Honor?

7           THE COURT:   You may.

8      Q.   649.

9      A.   That rings a bell.

10     Q.   That rings a bell, that when you talked to

11 Mr. Sanchez out in the yard, that he knew that there

12 was a hit on him, and he said that he would

13 basically go out the same way he came in, right?

14     A.   Yes.

15     Q.   Well, you said that sounds like something

16 he would say?

17     A.   Yeah.

18     Q.   You also noted thereafter, approximately

19 one year later, that he was murdered in the Southern

20 facility, right?

21     A.   Yes, sir.

22     Q.   And the reason why you knew at the time

23 that there was a hit on him and you were talking to

24 Mr. Sanchez about a year before this happened, you

25 knew that there was a hit on him because you knew

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                     201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                            e-mail: info@litsupport.com

1   that Albert Cardona had provided a report that

2   indicated that Mr. Sanchez had been involved in a

3   burglary and had violated the rules by telling on

4   somebody; isn't that correct?

5        A.   Yes, sir.

6        Q.   And you knew at the time that Albert

7   Cardona was also somebody who lived in Roswell and

8   was part of that little gang or clique that involved

9   Mr. Sanchez and Mr. Cardona and a guy named BB,

10  right?

11       A.   Yes, sir.

12       Q.   Okay.  So all those guys were part of the

13  same group.  So you knew that it was Albert Cardona

14  who had provided the paper, because he was involved

15  in that situation in Roswell; isn't that true?

16       A.   Yes, sir.

17       Q.   All right.  And you also knew that those

18  reports had been given to Styx, to Gerald Archuleta,

19  did you not?

20       A.   Yes, sir.

21       Q.   And you also knew at that time, after

22  Cardona gave those documents to Styx, that Styx was

23  the one who put the green light on Mr. Freddie

24  Sanchez; isn't that true?

25       A.   Well, the green light comes automatically,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  sir, because he violated one of the rules.

 2       Q.   And Cardona was the one that supplied the

 3  paperwork, right?

 4       A.   Yes, sir.

 5       Q.   Which led to the green light?

 6       A.   He was.

 7       Q.   But you also know, isn't it true,

 8  Mr. Lucero, that you know that at that time, it was

 9  Gerald Archuleta who authorized the green light on

10  him; isn't that correct?

11       A.   Yes, sir.

12       Q.   And you told that to Mr. Roundy when you

13  talked to him in February of 2011 at the Lewisburg

14  facility; isn't that correct?

15       A.   Yes, sir.

16            MR. BLACKBURN:  Thank you.

17            THE COURT:  Thank you, Mr. Blackburn.

18            Mr. Sindel, do you have cross-examination

19  of Mr. Lucero?

20            MR. SINDEL:  Yes, Your Honor.

21            THE COURT:  Mr. Sindel.

22                 CROSS-EXAMINATION

23  BY MR.SINDEL::

24       Q.   How are you?

25       A.   Good.


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    How's your tooth?

2        A.    It's gone.

3        Q.    You certainly found that if you take candy

4    from the Government, it doesn't always work out so

5    well, does it?

6        A.    Yeah.  That's true.

7        Q.    My name is Richard Sindel.  I represent

8    Mr. Gallegos, Joe Gallegos.  Okay?

9        A.    Yes, sir.

10       Q.    There was information that you were asked

11   about your time within the Bureau of Prisons.  I'd

12   like to get a little bit of definitions here.  There

13   was discussion about the various prison platforms

14   that are available within the Bureau of Prisons,

15   starting with camps and going all the way up to ADX,

16   right?

17       A.    Yes, sir.

18       Q.    And right underneath ADX is United States

19   Penitentiaries, which are called USPs?

20       A.    Yes, sir.

21       Q.    And you had referred to the SIS, and that

22   is the organization within the Bureau of Prisons

23   that investigates gang activity and other illegal

24   activity, correct?

25       A.    Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   They're kind of like the STG of the STIU

2 in the New Mexico Department of Corrections?

3    A.   They are, sir.

4    Q.   And they're the ones that compile

5 information or data concerning activities involving

6 the various inmates within the institutions?

7    A.   Yes, sir.

8    Q.   Now, was there a situation where you were

9 involved in a physical altercation or fight with

10 members of the Mexican Mafia?

11    A.   Honestly, sir, yes.  There was no

12 physical -- no physical -- nothing got physical.

13 Words were exchanged.

14    Q.   Was it true that you were stabbed and

15 beaten by members of the Eme?

16    A.   No, sir.  You could check my medical

17 records, sir. I never got stabbed.

18    Q.   And you said that there were words that

19 were spoken; is that right?

20    A.   Yes, sir.

21    Q.   Was that over some drug debt?

22    A.   No, sir.  It was over politics, about New

23 Mexico Syndicate riding under the Mexican Mafia.

24    Q.   Did you feel that as a result of your

25 dispute with the Mexican Mafia, that your life could



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    be in danger if you ever went back to the Bureau of

2    Prisons?

3         A.   Yes, sir.  That's what -- especially

4    talking to that individual that I had words with,

5    he's pretty high up there.  So, yeah, I figured that

6    eventually I was going to get my ass taken out.

7         Q.   And so the last thing you would want to do

8    is go to a facility where there was a large Eme,

9    Mexican Mafia, population, right?

10        A.   Well, the BOP, you go where they send you.

11   You don't have no choice.

12        Q.   But you don't want to go there, do you?

13        A.   No.

14        Q.   Because, like you said, you thought your

15   life would be in danger if you did?

16        A.   It was.  It is.

17        Q.   I want to talk to you a little bit about

18   the Kastigar letter.  Do you remember the

19   conversation you had with Mr. Castle?  Do you have

20   that in front of you?

21        A.   I believe this is it.

22        Q.   Did you sign that on March 23, 2018?

23        A.   Yes, sir.  It's my signature right there.

24        Q.   Did you read that?

25        A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1      Q.   Did you understand it?

 2      A.   Yes, sir.

 3      Q.   Now, you realize that the Kastigar letter

 4 doesn't offer you any protection for the statements

 5 that you made to Agent Roundy in February of 2011,

 6 does it?

 7      A.   Yes, sir.

 8      Q.   You're completely open to prosecution, and

 9 they can use those statements against you?

10      A.   Yes, sir.

11      Q.   Is that right?

12      A.   Yes, sir.

13      Q.   You understand that?

14      A.   Yes, sir.

15      Q.   You also understand that the Government

16 hasn't promised you any relief or any protection

17 from any statements that you made to Agent Acee in

18 January of this year, correct?

19      A.   Correct.

20      Q.   So all of those things you could be

21 prosecuted for?

22      A.   Yes.

23      Q.   And those are stabbings, right?

24      A.   Yes, sir.

25      Q.   Those are drug deals or use of drugs in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the penitentiary?

2         A.    Yes, sir.

3         Q.    Drugs.   Dealing and distribution of drugs

4    on the outside?

5         A.    Yes, sir.

6         Q.    Distribution of drugs on the inside?

7         A.    Yes, sir.   I understand that, sir.

8         Q.    And so you're certainly hoping that they

9    don't take advantage of this loophole in the

10   Kastigar letter to prosecute you, correct?

11        A.    Yes, sir.   Leave it in God's hands, I

12   guess.

13        Q.    I mean, if they were to prosecute you, you

14   might end up in a situation where you go

15   head-to-head with the Mexican Mafia again?

16        A.    Or these guys here.

17        Q.    I'm sorry?   What?

18        A.    Or these guys here, for what I'm doing

19   now.

20        Q.    Well, the Mexican Mafia is certainly more

21   powerful than any other Latin American gang, isn't

22   it?   It's the most powerful one within the federal

23   prison system, right?

24        A.    Nuestra Familia are a little stronger than

25   them, but --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.   They're running neck-and-neck,

2  right?

3      A.    Sure.

4      Q.    You don't want to cross either one of

5  them, do you?

6      A.    No, sir.

7      Q.    Because they have members that riddle the

8  federal system, and they have associates, and they

9  have wannabes, and they have soldiers, and they have

10 torpedoes?

11     A.    Yes.

12     Q.    Just like the SNM did in New Mexico?

13     A.    Yes, sir.

14     Q.    And those torpedoes, those are guys that

15 get used up and spit out, correct?

16     A.    Yes, sir.

17     Q.    The whole reason for having a torpedo is

18 to use them; and then once they're done, like you

19 say, you can kill them, right?

20     A.    Like you say, sir.

21     Q.    Right?

22     A.    Like you say.

23     Q.    You have said in your testimony concerning

24 Mr. Gallegos that the conversation that he had with

25 you was when you were in what housing unit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I was in 2-B.  Where he lived, I don't
 2  know.
 3        Q.    2-B?
 4        A.    2-B at the North.
 5        Q.    At North?
 6        A.    Yes, sir.
 7        Q.    Where did you exercise when you were at
 8  2-B North?
 9        A.    Well, that day that I had that
10  conversation with him --
11        Q.    No, I'm asking you where generally you
12  exercised when you were in 2-B?
13        A.    1-A and 1-B area.
14        Q.    All right.  So there was a 1-A and a 1-B.
15  Were there separate recreation yards then?
16        A.    There was the big one.  And, yeah, that's
17  it.  There is another one in 3-A, 3-B, but that's
18  it.
19        Q.    Can we pull up 828, please, Government's
20  Exhibit 828.
21              When you were talking about the
22  circumstance when you had met with Mr. Gallegos, was
23  this the housing unit you lived in?
24        A.    Let me see.  No, the middle one.
25        Q.    Okay.  This one here?
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492
                                                              1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.   This one right there.  That's 2-B.  That's
 2   2-A, 2-B.
 3        Q.   This one is 2-A and 2-B.  Is that your
 4   testimony?
 5        A.   Yeah.
 6        Q.   Take a look at it.
 7        A.   Yeah, that's 2-B right here.  2-B is right
 8   in the middle.
 9        Q.   Draw a circle with your finger around what
10   you now say is 2-B.  Is that right?
11        A.   I think that's 2-B.
12        Q.   Was this recreation yard -- did that exist
13   at that time?
14        A.   I'm confused where I'm at, to be honest
15   with you.  Yeah, that's 2-B.
16        Q.   I'm asking you about the recreation yard
17   that's covered with a red circle.  Did that exist in
18   2005?
19        A.   I don't think so.
20        Q.   I'm sorry?  I couldn't hear you.  You have
21   to pull that mic over.
22        A.   I'm not too sure.  I don't remember, dude.
23   I don't remember, to be honest with you.
24        Q.   Do you remember if what is circled there
25   in purple was where you were?  Or was it in fact
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   this housing unit here?  If you're not sure, just
2   say so.
3        A.   I'm not too sure.  I'm not too sure.
4        Q.   And if it was the housing unit that's in
5   red, there would be one side that would be 2-A and
6   one side that would be 2-B; is that right?
7        A.   Yes, sir.
8        Q.   And you -- I think said you were in 2-A;
9   is that right?
10       A.   2-B.
11       Q.   2-B?
12       A.   2-B, N pod, I think.
13       Q.   And did you say that Mr. Gallegos was in
14  2-A?
15       A.   I don't remember where he lived.  I just
16  met up to him in the rec pens that day.  He could
17  have been in 1-A, 1-B, or he could have been in 2-A.
18  But I don't think he lived in 2-B with us.
19       Q.   Well, at that time when you went to
20  recreate from 2-B, this one here, did you go to
21  these yards there?
22       A.   We went to the yards.
23       Q.   Look on the chart.
24       A.   I'm confused with this picture, sir.  But
25  I could tell you --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Well, do you see the picture there?

2      A.   -- exactly where it's at, sir.

3      Q.   Did you go to those yards there when you

4   exercised in 2-B?

5      A.   I've been in the yards for a long time.

6      Q.   You can't say?

7      A.   I can't remember.

8      Q.   And do you know whether or not those

9   individuals that were housed there in 2-A would

10  recreate in these yards?

11     A.   Yes.  They were rec.  Which ones?  Those

12  yards there?

13     Q.   Right there.  Do you see those marks?

14     A.   Yeah.  There's individuals that rec there.

15     Q.   They would rec there, right?

16     A.   They would rec.

17     Q.   2-B or 2-A?

18     A.   Yes, sir.

19     Q.   And 2-B would rec up there, correct?

20     A.   You're confusing me, sir.  This picture is

21  confusing me.  I could tell you.

22     Q.   I didn't mean to confuse you.

23     A.   I can tell you.

24     Q.   Let me just ask you -- can you pull up

25  113?  All right.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com

```
 1            Can you look, then, from July 26, 2004,
 2   right here --
 3       A.   Yeah, that's --
 4       Q.   -- to 8/9/2005, that's you?
 5       A.   Yes, sir.
 6       Q.   That's where you lived?
 7       A.   Yes, sir.
 8       Q.   N-2-B, right?
 9       A.   Yes, sir.
10       Q.   So in the housing unit B, right?
11       A.   Yes, sir.
12       Q.   Can you pull up 180?  And can you see
13   there, this is Joe Gallegos, right?
14       A.   Yes, sir.
15       Q.   And during that same period of time we
16   talked about with you, he was living in North 2-A,
17   right?
18       A.   I guess so.  That's where he was at.
19       Q.   North 2-A --
20       A.   Right next door.
21       Q.   -- recreated in --
22       A.   The 1-A area, 1-B area.
23       Q.   180.  I'm sorry.  828.  This is where the
24   A unit recreated, right?
25       A.   No.  That right there, that's 3-B, 3-A and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    3-B.

2        Q.   Is there a rec yard attached to this

3    housing unit?

4        A.   The housing unit?  No.  We have to come

5    and rec over here in 1-A and 1-B area.  That's right

6    up here.

7        Q.   You'd have to go right there, right?

8        A.   Yes, sir.  That's where we go to rec.

9        Q.   And 1-A would go right there at the

10   bottom, correct?

11       A.   No.

12       Q.   You're saying --

13       A.   1-A and 1-B would come up here.

14       Q.   Were they both rec in the same yard?  Is

15   that what you're saying?

16       A.   One unit will come out; and then they'll

17   go back in; then the next unit comes out.

18       Q.   So earlier, when you said they rec'd down

19   here --

20       A.   I was confused.  I was mistaken.  Because

21   that's 3-B there.

22       Q.   I just want to know if you were mistaken?

23   Is that right?

24       A.   That was a mistake.

25       Q.   Because if that were true, you wouldn't

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                       1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    recreate together, would you?

 2         A.    No, sir.  Sometimes the guards would --

 3         Q.    No, there's no question.  Okay?

 4         A.    You never know.

 5         Q.    Okay.  Now, when you were being asked some

 6    questions by Mr. Castle about the time that you

 7    appeared in court on March 16, 2018, and you invoked

 8    your rights under the Fifth Amendment.  Do you know

 9    what I mean when I say that?

10         A.    Yes, sir.

11         Q.    "I'm not going to answer any questions

12    because I'm afraid if I do, I will incriminate

13    myself."  Right?  That's what you said?

14         A.    Yes, sir.

15         Q.    And he asked you, he said, "Why did you

16    worry about incriminating yourself?"

17               Do you know why you thought if you

18    answered questions, you would incriminate yourself?

19         A.    That was -- my attorney asked --

20         Q.    Do you know?

21         A.    Do I know what?

22         Q.    Do you know why you thought, on March the

23    16th, you would incriminate yourself if you answered

24    questions about what you testified to here today?

25         A.    I don't know.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But you certainly know that until you got

2  what is called a Kastigar letter, you weren't going

3  to say a word, right?  You weren't going to say

4  anything that could be used against you, right?

5      A.   Well, I took my attorney's advice.

6      Q.   Well --

7      A.   I took my attorney's advice.

8      Q.   Well, there was a -- the next time you

9  appeared, you appeared without your attorney, right?

10     A.   Yes, sir.

11     Q.   And at that point in time, you also said

12 you didn't want to testify, you didn't want to

13 incriminate yourself, right?

14     A.   I didn't say that.

15     Q.   You didn't say at all on April the 16th --

16 I'm sorry -- April 4th, in your testimony, that you

17 did not want to take a chance on incriminating

18 yourself?

19     A.   I don't recall.

20     Q.   Do you remember there being a discussion

21 concerning whether or not you could proceed without

22 your attorney present?

23     A.   I don't remember.

24     Q.   On April 4th?

25     A.   I don't remember, to be honest with you.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Do you remember indicating that you did

2   not want to proceed without your attorney present?

3        A.   I don't remember.

4        Q.   Well, is it possible that you said that?

5        A.   Could be.

6        Q.   Now, when you claim that you had talked

7   with Mr. Gallegos there on the recreation center, do

8   you remember those things, what you've said?

9        A.   Yes, sir.

10       Q.   You also had mentioned in your direct

11  testimony -- I think you referred to it as

12  Inmate.com?

13       A.   Yes, sir.

14       Q.   There is no such website, is there?

15       A.   No.

16       Q.   It's just sort of a -- do you know what I

17  mean when I say the word "vernacular"?

18       A.   Yes, sir.  It's make-believe.

19       Q.   It's just sort of a way you guys talk

20  about what can happen there, because the prison

21  system is a hotbed for rumor, isn't it?

22       A.   Yes, sir.

23       Q.   And people will be talking all the time

24  about what's happening or what's going on, right?

25       A.   Every day, all day.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     Q.    And when you talk about Inmate.com, what
2   you're talking about is the fact that it is typical
3   among inmates to chatter about various things that
4   are going on within the institutions?
5     A.    Or what happened.
6     Q.    And one of the things that is really
7   important is, you want to know who is possibly an
8   informant?
9     A.    Sure.
10    Q.    Who can you trust?
11    A.    Nobody.
12    Q.    And certainly it's more -- it's certainly
13  significant within the institution to have an idea
14  of who might be an informant, right?
15    A.    Good to know.
16    Q.    Because if you know or believe or are
17  concerned that someone is an informant, you don't
18  want to be around them, right?
19    A.    No, sir.
20    Q.    Because the thing about informants is,
21  either they will tell on you, or they will make
22  something up in order to get a better deal, to get
23  cozy with the authorities, right?
24    A.    It can happen.
25    Q.    Yeah.  And it does happen, right?  You're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    in a situation where you don't want somebody around

 2    you because they may make something up in order to

 3    cozy up to the authorities, right?

 4         A.    It can happen.

 5         Q.    Yeah.   They want that benefit, right?

 6         A.    It can happen.

 7         Q.    They want either a better housing

 8    situation or to be moved or be paid money or

 9    whatever it may be?

10         A.    That situation may be.

11         Q.    So it wouldn't at all be unusual within

12    this chatter system that's the Inmate.com for

13    someone to want to know if an individual might be

14    trustworthy?

15         A.    It's good to know who's around you.

16         Q.    True as can be, right?   True as blue?

17         A.    Sure.

18         Q.    In fact, within the system that you have,

19    one of the most valuable things that you can keep is

20    honesty?

21         A.    Yes, sir.

22         Q.    Respect, right?

23         A.    Yes, sir.

24         Q.    Right?

25         A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And so that that is one of the very few

2    commodities that you have within the prison system

3    to protect, right?

4      A.    Yes, sir.

5      Q.    Are you okay?

6      A.    Yeah.

7      Q.    That candy.

8      A.    No more candy.

9      Q.    So if there is either a rumor out or on

10   the Inmate.com website that someone is not

11   trustworthy, you want to try to find that out?  You

12   want to know, right, who is dishonest?

13     A.    Yes, sir.

14     Q.    And who may be an informant?

15     A.    True.

16     Q.    And who may be providing fake or false

17   information that will be used against you and in

18   their favor?

19     A.    It can happen.  It can happen.

20     Q.    So when Mr. Gallegos and you had a

21   conversation, regardless of whatever recreation yard

22   it was on, and you claim that this conversation

23   occurred, there were no details that were provided

24   about anything that happened with Mr. Castillo, were

25   there?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.

 2        Q.    There wasn't anything that he provided you

 3   to indicate that he had done anything to Mr.

 4   Castillo, was there?

 5        A.    No, sir.

 6        Q.    And at no time in all these debriefs and

 7   all these statements that you've given have you ever

 8   mentioned the word or the person "Michael

 9   Jaramillo," right?

10        A.    No, sir.

11        Q.    And you've never mentioned someone whose

12   nickname was Criminal, right?

13        A.    No, sir.

14        Q.    The only thing that Mr. Gallegos asked you

15   was, "Hey, can I trust Mr. Torres to be honest and

16   respectful?"  Right?

17        A.    "Can we trust?"

18        Q.    Right?

19        A.    Yes, sir.

20        Q.    It was important within the prison

21   population to know if someone was a snitch, right?

22        A.    Yes, sir.

23        Q.    It is probably as important a piece of

24   information that you can have, in terms of who you

25   will get close with, who you trust, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2        Q.   Who you let into your small and confined
 3   life?
 4        A.   Yes, sir.
 5        Q.   Now, you also mentioned things about
 6   Leonard Lujan, right?  And you made statements,
 7   didn't you, to Agent Acee about Leonard Lujan?
 8        A.   Yes, sir.
 9        Q.   You said you can't trust him, right?
10   Don't believe him?
11        A.   I didn't say it -- I did say it like that,
12   but I said he's just --
13        Q.   Crazy?
14        A.   He's burned out.  He's like all of them.
15   He's like me, burned out.  You know what I mean?
16        Q.   Well, I don't know if he's like you.  He
17   didn't look like you.  He didn't talk like you.  But
18   certainly when you talked about him to Mr. Acee, you
19   didn't have anything that was complimentary
20   concerning him, right?
21        A.   No, sir.
22        Q.   And he asked you what was Leonard Lujan's
23   involvement in the situation involving either Mr.
24   Castillo or Mr. Garza, right?  Do you remember that?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you were laughing and you said,
 2   "Nothing."  Do you remember?
 3        A.   Yeah.
 4        Q.   And you said, "Leonard Lujan is a fucking
 5   nut job," right?
 6        A.   Yes.
 7        Q.   You meant that, didn't you?
 8        A.   Yeah, I was talking shit.  It's just
 9   talking shit.
10        Q.   But, I mean, you weren't saying that as a
11   compliment, were you?
12        A.   Well, I wasn't meaning it in a bad way,
13   either.  I was just -- he's just burned out.  I
14   don't know.
15        Q.   "He didn't have to say nothing, you know.
16   He's taking a plea for something.  I don't
17   understand"?
18        A.   Yeah.  I personally don't understand that
19   because --
20        Q.   "Because he doesn't have anything to say."
21   That's what you told Acee, right?
22        A.   I don't know.  I don't know what he has to
23   say, if he does or he doesn't.  I personally don't
24   know what he has to say or what he doesn't have to
25   say.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You said, "Leonard's -- fucking Leonard.
 2   You know, if you know Leonard, he's a loudmouth.
 3   He's always trying to take credit for something he
 4   didn't do."  That's what you told Acee?
 5        A.   That's what I said.
 6        Q.   And that is Leonard, in your opinion?
 7        A.   In my opinion.  My opinion.
 8        Q.   That's everybody's opinion of Leonard,
 9   except for Leonard's opinion, isn't it?
10        A.   I'm speaking on my behalf.
11        Q.   Has anybody ever told you, "Man, you can
12   really trust that Leonard"?
13        A.   You can.  He's a good guy.  He's
14   fucking --
15        Q.   Only Leonard says that; isn't that right?
16        A.   Leonard is Leonard, you know what I mean?
17        Q.   "Well, he's always trying to take credit
18   for something he didn't do."  Your words, right?
19        A.   Yes, sir.
20        Q.   True?  That's true, isn't it?
21        A.   I don't know.  I just --
22        Q.   Well, did you say those words because you
23   thought they weren't true?
24        A.   I said it, just fucking talking shit.  But
25   I said it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    "I know for a fact Leonard didn't have

2  nothing, no say-so, nothing."  Right?  That's a

3  fact?

4       A.    Yeah, my fact.  My facts.

5       Q.    "I know for a fact"?

6       A.    Yeah.  That's my facts.

7       Q.    That's what you told Acee, right?

8       A.    But that's my opinion.

9       Q.    You know, you just can't trust him?

10      A.    That's --

11      Q.    That's what you told Acee, isn't it?

12      A.    You can't trust nobody.  Yes, sir, I did

13  say that.

14            MR. SINDEL:  Your Honor, this would be a

15  good time to break to lunch.

16            THE COURT:  Let's go a little bit longer.

17      Q.    When you were at the Bureau of Prisons, I

18  think you said that you had three shanks there; is

19  that right?

20      A.    Yes, sir.  I had more than that.  I only

21  got caught with three of them.

22      Q.    Then when you are in the Bureau of

23  Prisons, you all go in to have a hearing concerning

24  whether or not you're going to be designated to the

25  Special Management Unit?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

1    A.    They just opened up that Special
2  Management Unit.

3    Q.    Well, they've had an SMU for quite some
4  time at ADX, right?

5    A.    That's the step-down program.

6    Q.    The state?

7    A.    Step-down program.

8    Q.    Isn't ADX the most secure?

9    A.    Yes, but the SMU is a whole different
10  program than the step-down program at the ADX.

11    Q.    Well, isn't the SMU part of the program
12  there at ADX?

13    A.    They have the one in Florence; they had
14  one in Florence.

15    Q.    And when you were evaluated for whether or
16  not you should go to the SMU, did they tell you that
17  you have a history of serious and disruptive
18  disciplinary infractions?

19    A.    No.  They gave me my sanctions and said,
20  "We're putting you in this program."  And next thing
21  you know, I was on Conair, going to SMU.

22        MR. SINDEL:  May I approach, Your Honor?

23        THE COURT:  You may.

24    Q.    I'm going to show you that.  You've seen
25  that, haven't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir, I remember this.

 2        Q.    Do you remember your name is there?

 3        A.    Yes, sir.

 4        Q.    Your registered number, which is the

 5   number that they use to designate you within the

 6   BOP?

 7        A.    Yes.

 8        Q.    And they have indicated check marks on

 9   certain boxes, right?

10        A.    Yes, sir.

11        Q.    And that statement says you have a history

12   of serious and disruptive disciplinary infractions,

13   right?

14        A.    Infractions.  The knife.  Not a bunch, but

15   the infraction, it has a --

16        Q.    A history.  You have a history, right?

17        A.    More than two.

18        Q.    It doesn't say "more than two," does it?

19        A.    No.  But more than two, that's how they

20   designate it to clean out the SHUs and send

21   everybody to this program.

22        Q.    Okay.  So they just do that as a way to

23   get you out of there?

24        A.    BOP.

25        Q.    Oh, boy.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    That's the BOP.

2        Q.    Do you believe the BOP is as corrupt as

3   the New Mexico Department of Corrections?

4        A.    No, no, no.  They're nice.  They're nice,

5   sir.  They're wonderful.  They did that.  They

6   cleared out the SHUs.  Because they did it

7   throughout the whole United States, and we all

8   got -- not a bunch, but most of the dudes that

9   had -- if you had two infractions, you're going to

10  the SHU.

11       Q.    You had more than two, didn't you?

12       A.    Yeah.

13       Q.    You had a history, correct?

14       A.    More than two.

15       Q.    Ever since you've been in the institution,

16  you've had serious disciplinary --

17       A.    Right.  I got caught with a knife right

18  away.  And then I got caught with another knife.

19  You know, it's just --

20       Q.    Did they indicate that you are considered

21  a management problem with a total disregard for

22  institutional rules and regulations?

23       A.    At that time I did have a problem,

24  problems.

25       Q.    You had that problem until you got

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    released, right?

2        A.   No, I just -- I just gave up, and I just

3    talked.

4        Q.   Well, when you got out on supervised

5    release -- and just so we all know what that is,

6    that's sort of like parole, right?

7        A.   With an ankle bracelet.  I was on a GPS.

8        Q.   You don't have to have an ankle bracelet.

9    Some people get out and don't have to wear an ankle

10   bracelet, right?

11       A.   I guess.  I had one.

12       Q.   You had to, right?

13       A.   I had one.

14       Q.   And the ankle bracelet was to make sure

15   that they could keep tabs on where you were and

16   when?

17       A.   No.  They just wanted me home at a certain

18   time.

19       Q.   I'm sorry?  What?

20       A.   They just wanted me home at a certain

21   time.

22       Q.   They also wanted to make sure where you

23   were, so you weren't out doing things you weren't

24   supposed to do, right?

25       A.   Yes, sir.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com

```
 1        Q.    And in terms of supervised release, you

 2   have certain obligations that you have to abide by

 3   in order to stay out of prison?

 4        A.    Yes, sir.

 5        Q.    And if you violate those conditions of

 6   supervised release, you could end up going back to

 7   prison?

 8        A.    Yes, sir.

 9        Q.    And you in fact were looking at that at

10   one point in time when they were making an effort to

11   revoke your supervised release and send you back to

12   prison?

13        A.    Yes, sir.

14        Q.    And that's when Mr. Castellano and Mr. --

15   I'm sorry to do the Italian -- Mr. Castellano and

16   Acee came to the rescue?

17        A.    No, they didn't.

18        Q.    Did they try to -- were they there in

19   court?

20        A.    It was -- they didn't have no say-so in my

21   hearing.  It was --

22            THE COURT:  Let's take this up, about the

23   hearing, after lunch.  All right.  We'll be in

24   recess for about an hour.

25            All rise.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The jury left the courtroom.)
 2              THE COURT:  All right.  We'll be in recess
 3    for an hour.
 4              (The Court stood in recess.)
 5              THE COURT:  All right.  I think we've got
 6    all the defendants in the courtroom.  We've got an
 7    attorney for each defendant.  Let me put a few
 8    things on the record.
 9              On the transcript that I think you marked
10    and you're going to put into evidence at some point,
11    Mr. Castle, the Court found that Mr. Lucero was an
12    unindicted co-conspirator in the Castillo and the
13    Garza murders.  I'll let you put in the transcript,
14    but don't mention that.  I don't think the jury --
15    because that was part of my James hearing.  I found
16    a lack of preponderance of the evidence for
17    purposes.  I don't think it should weigh in on the
18    jury.
19              So you can put it in, but I'm mentioning
20    it because I think the Court relied on it, so that's
21    another reason that I'm allowing it to be put in.
22    But I don't think the finding that I made should be
23    admissible because the jury may improperly defer to
24    the Court's ruling regarding what I think would be
25    inadmissible evidence at a 104 hearing.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:  We agree with that, Your
 2    Honor.
 3              THE COURT:  I don't think it helps
 4    anybody.  I don't think it helps the Government; I
 5    don't think it helps the defendants.
 6              If you will look, if anybody's interested,
 7    it is at 2098.  That was the third draft of the
 8    table that we did on the James hearing.
 9              Let's see.  The letter that you're
10    going -- that you want to put in, Mr. Castle, I'm
11    going to mark that as Exhibit 13 to the clerk's
12    minutes.  I reviewed the two sections that you have,
13    which I've marked as 4 and 5.  I think you're
14    wanting to show that, again, Mr. Lucero was an SNM
15    member in 2012, to contradict his testimony stating
16    that he left SNM in 2007.
17              But, again, the same reasons that I said
18    earlier, particularly on the section 1 portion of
19    that letter.  I just think that we're beginning to
20    put in -- trying to put in evidence to prove
21    collateral matters.
22              And so I'm going to sustain the
23    Government's objection and keep that out.
24              All right.  Ready to bring the jury in.
25              All rise.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (The jury entered the courtroom.)
 2                THE COURT:  All right.  Everybody be
 3     seated.
 4                All right.  Mr. Lucero, if you'll resume
 5     your place in the witness box.  I'll remind you that
 6     you're still under oath.
 7                THE WITNESS:  Yes, sir.
 8                THE COURT:  Mr. Sindel, if you wish to
 9     continue your cross-examination of Mr. Lucero?
10                MR. SINDEL:  I do, Your Honor.
11     BY MR. SINDEL:
12        Q.   Mr. Lucero, did you ever tell the FBI
13     your -- the source for the drugs that you had
14     secured since you got out of Bureau of Prisons?
15        A.   Excuse me?
16        Q.   Did you ever tell the FBI the source for
17     your drugs after you got out of prison in the BOP,
18     after you got out of the Bureau of Prisons?
19        A.   No, sir.
20        Q.   You never volunteered that information?
21     Did they ever ask you, "Hey, look, who is the source
22     of the opiates and the other drugs you're taking?"
23        A.   I just picked them up off the streets.  I
24     didn't have --
25        Q.   You didn't find them on the sidewalk,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  right?

 2       A.   No.  No.

 3       Q.   You found somebody who could sell it to

 4  you, right?

 5       A.   Whoever was selling at the time.

 6       Q.   Did they ever ask you any information

 7  about who the source for those drugs were?

 8       A.   No, sir.

 9       Q.   Okay.  So at least -- but that was

10  happening, right?

11       A.   Not really.  I've been off drugs for a

12  long time.

13       Q.   But you were dropping dirty?  You know

14  what I mean by that, don't you?

15       A.   Yes, sir, dirty urines.

16       Q.   It means that you were urinating and they

17  were finding drugs in your urine, right?

18       A.   Yes, sir.

19       Q.   And I think I get it.  Part of what you're

20  fighting all the time is the fact that when you're

21  caught, your first response is to deny.  Fair?  Is

22  that fair?

23       A.   Yes, sir.

24       Q.   And then if you get caught again, then you

25  go, "Okay, you got me?"
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                             e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1         A.    Yes, sir.

 2         Q.    That's sort of what you learn when you're

 3    in prison, too?

 4         A.    Correct.

 5         Q.    And it's also what you learn when you're

 6    addicted to drugs?

 7         A.    Yes, sir.

 8         Q.    Some questions they asked, and they asked

 9    you questions about Toby Romero.  Do you remember

10    those questions?

11         A.    I don't remember the questions.

12         Q.    Okay.  And the questions were whether you

13    had ever ordered Toby Romero or Michael Rascon to

14    hit Frank Castillo, correct?  That's what the

15    questions were?

16         A.    Yes, sir.

17         Q.    And you said, "No, that never happened"?

18         A.    Yes, sir.

19         Q.    "And if Toby is trying to tell you that,

20    basically he's just trying to climb on the gravy

21    train and get some benefit," correct?  Under your

22    interpretation?  Correct?

23         A.    Correct.

24         Q.    "And Toby is lying to you guys in order to

25    secure money, or time cut, or some other benefit,"
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  right?

2       A.   Yes, sir.

3       Q.   That's the biggest issue and biggest

4  problem with all possible informants?

5       A.   Yes, sir.

6       Q.   Because they begin to work for the

7  Government and try to give the Government what they

8  want, true?

9       A.   Yes, sir.

10      Q.   Now, I had asked you earlier about the

11  April 4th -- or I believe April 4th -- early April

12  hearing that you had in front of this judge, and you

13  were questioned by the lawyers, right?  And the

14  first time that that hearing was scheduled was in

15  mid March, and that was the time you said, "I'm

16  going to take the Fifth," right?

17      A.   Yes, sir.

18      Q.   Do you remember indicating at the second

19  hearing, on April 4th, that you did not want to

20  answer certain questions about what was going to

21  happen at the facility before you left?

22      A.   Yes, sir.

23      Q.   You said you didn't want to answer those

24  questions, right?

25      A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1      Q.    And you said that at least twice, didn't
2  you?
3      A.    Yes, sir.
4      Q.    And then there was a big back and forth.
5  And I deal with the courts, and the lawyers, and all
6  this stuff.  And then you eventually answered the
7  questions that were asked?
8      A.    Yes, sir.
9      Q.    So, for example, when asked about
10 Mr. Gallegos, your answer was the same thing you
11 gave here today, "He just wanted to know whether he
12 could trust Mr. Torres," correct?
13     A.    Correct.
14     Q.    And then when you were talking to
15 Mr. Acee, you know -- I think it was in January of
16 this year, and he was recording it -- do you
17 remember stating to him, "Either you go follow
18 orders or you'll get killed"?  Is that right?
19     A.    Yes, sir.
20     Q.    You weren't lying to him, were you?
21     A.    No, sir.
22     Q.    They'll kill you for not following orders,
23 not doing what you're supposed to do.
24     A.    Yes, sir.
25     Q.    That's a true statement?  That's as true
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   as anything you've said here today, isn't that?

2        A.   Yes, sir.

3        Q.   And you also said, "There are just so many

4   people that right now they don't want to deal with

5   the consequences.  You know, you've got a lot of

6   lifers right now, and they want to go home."

7             Do you remember saying that?

8        A.   Yes, sir.

9        Q.   "And they wish they could get the

10  opportunity, you know, go home.  They'll cooperate,

11  just for that five, ten years off, you know, if they

12  get it," right?

13       A.   Yes, sir.

14       Q.   That's the danger.

15            I hope your tooth feels better, sir.

16  Thank you.

17       A.   Thank you, sir.

18            THE COURT:  Thank you, Mr. Sindel.  Any

19  other defendant have any cross-examination of

20  Mr. Lucero?

21            All right.  Mr. Castellano, if you have

22  redirect?

23            MR. CASTELLANO:  Yes, Your Honor.

24            THE COURT:  Mr. Castellano.

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1                    REDIRECT EXAMINATION
2    BY MR. CASTELLANO:
3        Q.    Without giving us the details all over
4    again, Mr. Lucero, did you give law enforcement
5    information about the Castillo and Garza murders?
6        A.    Did I give --
7        Q.    Did you give the FBI information about the
8    Castillo and Garza murders?
9        A.    A little bit.
10       Q.    And I won't worry about the names now, but
11   did you also give them the names of people you
12   thought were involved in the murders?
13       A.    Yes, sir.
14       Q.    So if you were involved with that murder,
15   why would you give information to the FBI?  Do you
16   understand my question?
17       A.    Yes, sir.  I wasn't involved.
18       Q.    So in other words, had you given the names
19   of people, even if people are charged in this case,
20   couldn't that come back to hurt you?
21       A.    Yes, sir.
22       Q.    So, for example, if you were right about
23   the names and you had ordered those hits, could
24   those people then become witnesses against you?
25       A.    Yes, sir.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

```
 1        Q.   So were you worried about yourself
 2   necessarily when you gave this information to the
 3   FBI?
 4        A.   No, sir.
 5        Q.   I want to ask you about the sentencing
 6   hearing you had, and you were asked whether myself
 7   and Agent Acee were there.  Do you remember that
 8   sentencing hearing?
 9        A.   Yes, sir, very clearly.
10        Q.   And do you remember one of the reasons why
11   Agent Acee was there?
12        A.   I don't recall.
13        Q.   Do you recall if he was there to testify
14   if necessary?
15             MR. SINDEL:  Your Honor, I'm going to
16   object to the leading form of the question.  He said
17   he didn't recall.
18             MR. CASTELLANO:  I can refresh his
19   recollection, Your Honor.
20             THE COURT:  Why don't you do that?
21             MR. CASTELLANO:  May I approach?
22             THE COURT:  You may.
23   BY MR. CASTELLANO:
24        Q.   Page 14 of the March 13, 2017 transcript.
25   I'm going to have you read this quietly to yourself,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Lucero, and if it refreshes your recollection

2    afterwards, I'll ask you one of the reasons why

3    Agent Acee was present at that hearing.

4         A.   I remember.

5         Q.   Does that refresh your recollection,

6    Mr. Lucero?

7         A.   Yes, sir.

8         Q.   What was one of the reasons that Agent

9    Acee was there?

10        A.   To testify that I had a green light on me

11   and that they were going to use me as a historical

12   witness.

13        Q.   Was that information provided to the Court

14   at your sentencing, that there was a green light on

15   you?

16        A.   Yes, sir.

17        Q.   So as part of the sentencing, do you

18   recall whether or not that was something the parties

19   were asking the Court to consider, was whether or

20   not you would be in harm's way, depending on where

21   you were going to be placed?

22        A.   I don't understand that question.

23        Q.   Did it matter, because of this green

24   light, where you might be sentenced or you might be

25   sent?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

306

```
 1        A.   Yes, sir, it did, because they wanted to
 2   send me to a halfway house.  And at that time, at
 3   that halfway house, there was active gang members,
 4   and it would have been a threat to the security of
 5   the institution.
 6        Q.   When you were asked about the April 5,
 7   2018, hearings, do you remember when you were called
 8   as a witness before this trial started, at a
 9   hearing?
10        A.   Yes, sir.
11        Q.   And who was it who called you to the
12   hearing?  Was it the prosecution or the defense?
13        A.   The defense attorneys.  I got subpoenaed
14   by them.
15        Q.   And the first hearing in March when you
16   came, is that when you invoked your right to the
17   Fifth Amendment not to make statements?
18        A.   Yes.
19        Q.   When you showed up on April 5th, was your
20   attorney with you at that time?  Did you say
21   concerns about whether or not your attorney was
22   there or not?
23        A.   I think he was there.
24        Q.   Would it help refresh your recollection?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. CASTELLANO:  May I approach, Your
 2   Honor?
 3          THE COURT:  You may.
 4     A.   Okay.
 5     Q.   Can you recall if your attorney was there?
 6     A.   Now I remember.  He wasn't there.
 7     Q.   And when that hearing began, did you have
 8   some concerns about asking questions -- or answering
 9   questions without your attorney there?
10     A.   Yes, sir, I did.  I had concerns.  I
11   didn't want to answer nothing unless I spoke with my
12   attorney.
13     Q.   And eventually, probably within a few
14   minutes, did you then agree that you would answer
15   questions anyway?
16     A.   Yes.
17     Q.   Now, since it was the defense attorneys
18   who called you to that hearing, did you know what
19   they would be asking you before you took the stand?
20     A.   Pretty much.
21     Q.   And did you know -- well, did they tell
22   you what they were going to ask you?
23     A.   No.
24     Q.   Did they show you any reports where you
25   could refresh your memory before you testified?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

308

```
 1        A.    No, sir.
 2        Q.    And so at that point, were you testifying
 3   from your memory as best as you could?
 4        A.    Yes, sir.
 5        Q.    Now, initially you were asked about
 6   whether or not you remember making any statements or
 7   whether or not Christopher Chavez made statements to
 8   you.  Do you remember that?
 9        A.    I think so.
10        Q.    When it came to Christopher Chavez, do you
11   remember if you recalled his statements when you
12   were first asked by the defense attorneys?
13        A.    What do you mean?
14        Q.    Were you -- first of all, were you asked
15   whether or not Christopher Chavez had made any
16   statements to you?
17        A.    Yes.
18        Q.    And do you remember, the first time you
19   were asked that question, whether you could remember
20   the statement?
21        A.    I don't.
22        Q.    Regardless, do you remember later on that
23   you were able to provide information about what he
24   told you?
25        A.    Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And do you recall what that was?

 2        A.    What he told me?

 3        Q.    Yes.

 4        A.    Yeah, I do remember what he told me.

 5        Q.    And at that point, during that same

 6   hearing, were you then able to tell the Court the

 7   same thing you've told this jury about statements by

 8   Christopher Chavez?

 9        A.    Yes, sir.

10              THE COURT:  Mr. Shattuck, did you have

11   something?  You're okay?  All right.

12              Go ahead, Mr. Castellano.  Did you get the

13   answer you wanted?

14              MR. CASTELLANO:  I believe I did.

15        Q.    So do you recall that?  Were you able to

16   provide that information?

17        A.    Yes, sir.

18        Q.    I want to ask you if that was the

19   information about Mr. Chavez being concerned that

20   you would warn Looney that he was going to be

21   killed?

22        A.    Yes, sir, that's what it was.

23        Q.    And do you also recall whether or not you

24   stated -- did he ask you, "What should I do,

25   carnal?"
```

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes, sir.
 2        Q.   And did you give the answer to what you --
 3             MR. SOLIS:   The questions are leading,
 4   Your Honor.  I'm going to object to the leading form
 5   of the question, suggesting the answer to the
 6   witness.
 7             THE COURT:   Well, these are prior -- being
 8   offered as prior consistent statements.  I'm not
 9   sure how else to get the statement out and find out
10   whether he said it or not.  So overruled.
11   BY MR. CASTELLANO:
12        Q.   And do you recall responding, "I said, you
13   know, you know what you have to do"?
14        A.   Yes, sir.
15        Q.   Is that the same thing you told the jury?
16        A.   Yes, sir.
17        Q.   Have you previously stated that you knew
18   what was going to happen to those men, but not how
19   it was going to happen to them?
20        A.   Yes, sir.
21        Q.   Now, you were asked about Leonard Lujan.
22   Was Leonard Lujan in good standing at the time of
23   the Castillo and Garza murders?
24        A.   Yes, sir.
25        Q.   And what power or authority did he have?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1     A.   He's been a brother for a long time.  You

2 know, he got a lot more years than a lot of the guys

3 that were recently brought in.  His standings are

4 good.

5     Q.   Let me ask you this:  Could Leonard Lujan,

6 on his own, have ordered the murders of Castillo and

7 Garza?

8     A.   My personal opinion?  Yeah, he could have.

9     Q.   And what if he had Billy Garcia backing

10 him?

11     A.   All day.

12     Q.   Does that make a difference regarding

13 Leonard Lujan, if Billy Garcia is backing him up?

14     A.   Yes, sir.

15     Q.   And did you not provide the name "Leonard

16 Lujan" because that's not a name you'd heard through

17 the --

18     A.   I even forgot that Leonard was around, you

19 know what I mean?  It's been so long that, you know,

20 I completely forgot.

21     Q.   What about the name "Michael Jaramillo"?

22     A.   Also.

23     Q.   So did you not give those names to law

24 enforcement as people who were involved with these

25 murders?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I didn't.

 2        Q.    So the statements that you told law

 3   enforcement about, were those statements that other

 4   people told you about the murders?

 5        A.    Yes, sir.

 6        Q.    And once you had those statements, did you

 7   give that information to law enforcement?

 8        A.    Eventually I did, sir.

 9        Q.    And so did you know anything more about

10   the statements, since you weren't there?

11        A.    No.

12        Q.    Okay.  So were you just telling them what

13   other people told you?

14        A.    Yes, sir, what I've been told.

15        Q.    And the question about Joe Gallegos and

16   whether or not Lorenzo Torres could be trusted, was

17   that question relating to whether he could be

18   trusted regarding the Castillo murder?

19             MR. SINDEL:  Well, object, Your Honor.

20   That misstates exactly what he said.

21             MR. CASTELLANO:  Not on direct, Your

22   Honor.

23             THE COURT:  Well, I'll overrule the

24   objection.

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. CASTELLANO:

2         Q.   So in terms of whether or not he could be

3    trusted, was the conversation about whether or not

4    he could be trusted about the Castillo murder?

5         A.   Yes, sir.  It could have been that, or it

6    could have a bunch of other things.  But I knew what

7    he was talking about.

8         Q.   Now, you were asked about the timing of

9    when Jake Armijo was at the facility.  Do you

10   remember that?

11        A.   Yes, sir.

12        Q.   Do you recall telling law enforcement

13   about when you thought he was at the facility?

14        A.   Yeah.  I thought he was there at the time.

15   Like I said, I've been in and out of prison all my

16   life.  So meeting these guys, I just got the dates

17   mixed up, and I just completely spaced it out.

18        Q.   And what about the timing of when Jake

19   Armijo got there and whether he conspired with Billy

20   Garcia at the same time?  Do you remember what you

21   said about that?

22        A.   No, I don't.

23        Q.   Would it help to refresh your

24   recollection?

25        A.   Yes, please.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    I'm going to have you read these two

 2    sections here.  Do you recognize this as a

 3    transcript from the recording with the FBI?

 4        A.    Yes, sir.

 5        Q.    Read it there.

 6        A.    Okay.  Yes, I remember saying that.

 7        Q.    What do you remember about what you

 8    thought -- the timing of when you thought Jake

 9    Armijo arrived at the facility?

10        A.    That what?

11        Q.    What do you remember about the timing of

12    when you thought Jake Armijo arrived at the

13    facility?

14        A.    I thought he got there at that time, but

15    it was a different time I was thinking of, and when

16    we were at Level 4, more than likely.  I don't know.

17    I just -- I completely spaced it out.

18        Q.    And do you recall stating, "And Jake got

19    there and then to, boom," meaning him and Billy

20    Garcia?

21        A.    Yes, sir.

22        Q.    And do you know now, from the records,

23    that that couldn't have happened, that Jake Armijo

24    could not have arrived at the facility at the same

25    time as Billy Garcia, as you remembered it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, now, I was shown different.

2    Q.   And do you recall previously that you

3  thought you remembered seeing Jake Armijo the day

4  you left the facility?

5    A.   I thought I seen him when I left, but he

6  wasn't even in the facility.

7    Q.   When you were asked about people getting

8  shipped out the same time as Jake, Jake Armijo, you

9  said, "No."  I want to ask you, when you said those

10 guys got shipped out, what were you referring to

11 when it came to Lino G, T-Bone, and Pumba?  Where

12 did they get shipped to?

13   A.   They got shipped out of the facility,

14 either to Virginia or to a maximum security.  I know

15 they got transported out of there.

16   Q.   Did you know Jake Armijo to get shipped to

17 Virginia with them?

18   A.   I'm not too sure if he did or not, to be

19 honest with you.

20   Q.   Do you think the prison records would show

21 where Jake Armijo went?

22   A.   Yes, sir, they would show.  He could have

23 got shipped to the North facility or even the South.

24   Q.   When you were at the facility, before you

25 left, did Billy Garcia run down to you basically

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  what was going to happen?

2      A.   He didn't really run down to me too much.

3  He just said that they got it, you know what I mean?

4  Just to go home.  More than likely, that they got

5  it, would take care of it.

6      Q.   So did you have any conversation with

7  Leonard Lujan about this murder conspiracy?

8      A.   No, sir.

9      Q.   And do you recall whether or not you told

10 the FBI previously that Billy Garcia picked his

11 crews to do those jobs?

12     A.   Yes, sir.

13     Q.   Once again, if you weren't there and the

14 others weren't there, who would have been the person

15 there to oversee these hits at Southern New Mexico

16 Correctional Facility?

17     A.   Billy.  That would have been it.

18     Q.   You were asked about a fight you had with

19 Frankie G in the feds.  Do you remember that?

20     A.   Yes, sir.

21     Q.   Did that put you in a good position or a

22 bad position?

23     A.   No, they want to kill me.

24     Q.   And is that especially true in light of

25 the power that he now holds?

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                       1-800-669-9492
                                             e-mail: info@litsupport.com



```
 1        A.   Yes, sir.
 2             MR. CASTELLANO:  May I have a moment, Your
 3   Honor?
 4             THE COURT:  You may.
 5             MR. CASTELLANO:  Thank you, Your Honor.  I
 6   have no further questions.
 7             THE COURT:  Thank you, Mr. Castellano.
 8             Did you have something else, Mr.
 9   Blackburn?
10             MR. BLACKBURN:  I need to talk to Mr.
11   Castle.
12                     RECROSS-EXAMINATION
13   BY MR. CASTLE:
14        Q.   Mr. Lucero?
15        A.   Yes, sir.
16        Q.   I think you just talked about some
17   problems you had in the Lewisburg penitentiary,
18   right?
19        A.   Yes, sir.
20        Q.   And I think earlier you said that that was
21   not going to put you on the verge of going to ADX.
22   Do you recall that?  You said you weren't even --
23   there was no chance you were going to have to go to
24   ADX?
25             MR. CASTELLANO:  Objection; it's beyond
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the scope of redirect, Your Honor.

2         THE COURT:  What's this related to within

3    the redirect?

4         MR. CASTLE:  Well, because it has to do

5    with the fight with Joe Gallegos.

6         THE COURT:  All right.

7         MR. CASTELLANO:  That would be Frankie

8    Gallegos.

9         MR. CASTLE:  I'm sorry.  Frankie Gallegos.

10   I'm sorry.

11        THE COURT:  Okay.

12   BY MR. CASTLE:

13        Q.   So do you recall?

14        A.   If I would get in trouble, that's when

15   your points go up and they do the three referrals on

16   you.  You need three referrals to go to the ADX, and

17   those are like major misconduct reports, assault on

18   officers, attempted murders, whatever else.

19        Q.   Do you remember on May 26, 2016, there was

20   a resentencing here or in Albuquerque in front of

21   Judge Browning, and you said that you almost made it

22   to ADX?  Do you recall telling the judge that?

23        A.   I don't recall that.

24        Q.   Let me approach the witness.

25        A.   One step closer to it.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.   Do you recall telling him, "I'm in
 2   Indiana, Pennsylvania, Lewisburg, SMU programs,
 3   almost made it to the ADX"?  Do you see that?
 4        A.   One step.
 5        Q.   And that was because you had attempted --
 6   you got in a fight with Mr. Gallegos, correct?
 7        A.   Yes, sir.
 8        Q.   And you wanted to stab him in the neck?
 9        A.   At the time I did, sir.
10        Q.   Okay.  Now, there were some questions that
11   the Government just asked you about being subpoenaed
12   by the defense.  Do you remember that?
13        A.   Yes, sir.
14        Q.   And did they give you reports to review
15   and things of that nature?  Do you recall that?
16        A.   I don't recall.
17        Q.   I think they said, "Well, did the lawyers
18   give you reports, your prior reports to read?"  Do
19   you remember that?
20        A.   I don't remember that.
21        Q.   Well, your lawyer was given every single
22   report so he could go through it with you before you
23   had to testify, right?  And that was provided by the
24   defense?
25        A.   (Witness indicated.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Let's talk about the first time you were

2    subpoenaed by the defense.  Okay?  It was at your

3    home, right?

4    A.   Yes, sir.

5    Q.   And a defense investigator, Benjamin Wood,

6    came to your house.  Do you recall that?

7    A.   Yes, sir.

8    Q.   And Mr. Wood attempted to give you a

9    subpoena.  Do you remember that?

10   A.   Yes, sir.

11   Q.   And you said, "I'm not Leroy Lucero"?

12   A.   Yes, sir.

13   Q.   You said, "Mr. Lucero doesn't live here"?

14   A.   Yes, sir.

15   Q.   And Mr. Wood attempted to leave the

16   subpoena there on the ground.  Do you recall that?

17   A.   Yes, sir, I do.

18   Q.   And at that point, you threatened him by

19   saying you're going to call your homies.  Do you

20   remember that?

21   A.   No, I don't -- I did.  I did talk some

22   smack to him.

23   Q.   That was in 2018, this year?

24   A.   Yes, I understand that.

25   Q.   Okay.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    I don't have no homies to call.
 2              MR. CASTLE:  Your Honor, could we have
 3   that be stricken from the record?  It wasn't
 4   responsive.
 5              THE COURT:  The record will be stricken
 6   with regard to that last comment, and the jury will
 7   disregard it.
 8              Mr. Castle.
 9   BY MR. CASTLE:
10        Q.    So before you testified, do you recall
11   that -- I think you said you knew that we had given
12   you, through your lawyer, every single statement to
13   review, right?
14        A.    Yes, sir.
15        Q.    Then I think there were some questions
16   about whether your attorney showed up the day that
17   you testified; is that correct?
18        A.    Yes, sir.
19        Q.    And that was because you and he agreed he
20   didn't have to show up, right?
21        A.    That was -- I'm getting the times mixed
22   up.
23        Q.    Well, when you testified and said you
24   weren't comfortable talking, things like that, your
25   lawyer wasn't there, and you just admitted that to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



 1   Mr. Castellano, right?

 2        A.   Yes, sir.

 3        Q.   And that was because you and he had agreed

 4   that he didn't have to be here.  It wasn't like he

 5   abandoned you or anything like that?

 6        A.   No, no, no.  We agreed to it.

 7        Q.   Now, with regard to Mr. Lujan, I think you

 8   said that you and he have never talked about this,

 9   right?

10        A.   Yes, sir.

11        Q.   Never had a chance to talk about it?

12        A.   No, sir.

13        Q.   Even though you'd heard rumors about what

14   had happened?

15        A.   I heard some rumors.

16        Q.   I want you to look at -- can we put up

17   Government Exhibits 97 and 113 side by side.

18             We'll look first at your time period right

19   here.  Do you see between the dates of August 9,

20   2005, and January 16, 2006 -- I'm sorry, that's the

21   wrong one.

22             Right here.  Between July 26, 2004, and

23   August 9th of 2005, you were in a unit, North 2-B

24   unit.  Do you see that?

25        A.   I see the red thing, PNM.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                          e-mail: info@litsupport.com

1      Q.    Yeah, right above it.

2      A.    Oh, right above it.

3      Q.    Between July 26, 2004, and August 9, 2005,

4  you were in the North 2-B unit of PNM?

5      A.    Yes, sir.

6      Q.    And let's go look over at Mr. Lucero's --

7  I mean, Mr. Lujan's.  Because you just told us you

8  never had the opportunity to talk to him.

9            Could we go to the second page of Mr.

10 Lujan's?  I'm going for the 2004, '05 range, if we

11 could.

12           Right here.  From 12/22/2004 to 2/7/2005,

13 Mr. Lujan was in the same exact unit of the PNM

14 North 2-B unit.  Do you see that?

15     A.    Yes, sir.

16     Q.    And you were only five cells away?

17     A.    Yes, sir.  He was --

18     Q.    No, no, no.  There is no question.  But

19 the truth is, you two did have opportunities to talk

20 about the murders?  "Yes" or "No"?

21     A.    Yes, sir.

22     Q.    There was a question about whether or

23 not -- if Mr. Lujan had the power to order the hits,

24 and you said "Yes?"  Is that right?

25     A.    Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And then especially if he had the backing

2   of Billy Garcia.  I think that was your answer?

3    A.   Yes, sir.

4    Q.   And while you were the shot-caller there,

5   Mr. Lujan had the power to call the hits with your

6   backing, as well?

7    A.   If it came out to it.

8    Q.   So the Government tried to point out or

9   did point out that in your January 17th interview

10  this year, you told the FBI that Jake Armijo and

11  Billy Garcia conspired together to order the hits.

12  Do you recall that?

13   A.   Yes, sir.

14   Q.   And it wasn't until you were shown that

15  that was physically impossible that you then said,

16  "No, Jake brought down orders on one occasion, and

17  Billy brought them down on another"?

18   A.   Yes, sir.

19   Q.   Mr. Lucero, I want to show you a document

20  which is selected pages from March 12, 2018, and

21  these are being offered as an admission by the

22  Government.  If we could move this over to the

23  overhead projector.

24       Do you see here -- luckily, my lines are

25  in the perfect spot.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1              "Should I be listening?  Leroy Lucero is

 2     somebody the Government thinks is part of the

 3     Garcia" -- what they meant was Garza --

 4     "conspiracy."

 5              "MR. CASTELLANO:  Castillo and Garza,

 6     G-A-R-Z-A."

 7              The Court says, "Yes."

 8              "I'm sorry.  I can't read my writing.

 9     Garza.  So I need to move Leroy Lucero over to

10     Garza, as well."

11              Do you see that?

12        A.   Yes, sir.

13        Q.   So do you agree with Mr. Castellano that

14     you were a co-conspirator in the murders of Garza

15     and Castillo?

16        A.   I don't know.

17        Q.   You don't know whether you were?

18        A.   I've never -- I never heard nothing.  This

19     is the first time I've seen that.

20        Q.   I'll show you another page where Mr.

21     Castellano, in response to a question, "And Angel

22     Munoz, are you alleging that he's a co-conspirator?"

23              And the answer is, "Yes."

24              Is that right?

25              Well, let me ask you a question about
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



```
 1   that.  Angel Munoz and you did talk about the
 2   murders of these two men?
 3        A.   He didn't say exactly "murders."  He just
 4   said, "I'm gonna clean house."
 5        Q.   Okay.  That included murdering these two
 6   men, and he told it to you, correct?
 7        A.   He didn't say about "murder."  He said
 8   "clean house."  I don't know what --
 9        Q.   He talked about cleaning the house of Mr.
10   Garza and Mr. Castillo, and he told it to you?
11        A.   He never told me about murder.
12             MR. CASTLE:  I have no other questions.
13             THE COURT:  Thank you, Mr. Castle.  Mr.
14   Sindel.
15                  RECROSS-EXAMINATION
16   BY MR. SINDEL:
17        Q.   One thing different about the people who
18   populate the federal prison system is, many of them
19   have gotten there as a result of individuals
20   cooperating or performing on behalf of the
21   Government?
22             MR. CASTELLANO:  I'll object as to
23   foundation and beyond the scope, Your Honor.
24             THE COURT:  Well, I'll allow the question,
25   but how is it tied to the recross?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. SINDEL:  Well, he brought up the fact
 2   as to whether or not he would have implicated
 3   himself in a situation when he gave information to
 4   the FBI.  I want to demonstrate that there are a
 5   number of people who end up implicating themselves,
 6   who give information to law enforcement in order to
 7   get a good deal.
 8            THE COURT:  All right.  I'll allow a few
 9   questions on that.
10   BY MR. SINDEL:
11       Q.   Okay.  Do you remember the question?
12       A.   No, sir.
13       Q.   That you ran into a lot of people in the
14   prison population that had people who cooperated
15   against them?
16       A.   Yes, sir.
17       Q.   More so than in the New Mexico Department
18   of Corrections, correct?
19       A.   Yes, sir.
20       Q.   I mean, it's rampant within the people
21   that are in the prison system, in the federal prison
22   system, right?
23       A.   Yes, sir.
24       Q.   And you know that some of those people,
25   they said, "Well, you've got to get -- the first to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   get on the train"?

2          Have you ever heard of the phrase "rush to

3   the courthouse"?

4          A.   No.

5          Q.   Were you ever aware of situations where

6   people have tried to be the first ones to cooperate

7   because they get the best deals?

8          A.   I heard of something like that.

9          Q.   And so that -- and you know within the

10  federal system, there's a thing called substantial

11  assistance?  Have you ever heard of that phrase?

12         A.   No.   What does that mean?

13         Q.   Are you aware that people who provide

14  information to the Government, that if they come

15  first, they get the best deals?  Isn't that what

16  people told you all through the system?

17         A.   I've heard that before.

18         Q.   And they asked you whether or not we, the

19  defense lawyers, told you what they were going to

20  ask you on March 16th and again on April 4th.  Do

21  you remember those questions?

22         A.   Yes.

23         Q.   But they told you what they were going to

24  ask you here today, didn't they?  They gave you an

25  outline of what they were going to ask you and the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   questions they were going to go through, didn't
 2   they?
 3        A.   There were some questions.
 4        Q.   Yeah.  And when you talked about Joe's
 5   statements to you, I think the words you used was
 6   "in my opinion," correct?
 7        A.   Yes, sir.
 8             MR. SINDEL:  That's all I have.
 9             THE COURT:  Thank you, Mr. Sindel.
10             MR. SOLIS:  May I have a couple questions,
11   Your Honor?
12             THE COURT:  Mr. Solis.
13                  RECROSS-EXAMINATION
14   BY MR. SOLIS:
15        Q.   Mr. Lucero, Mr. Castellano discussed a
16   little while ago who reviewed with you the fact that
17   you didn't have advance notice of the questions
18   posed to you back on April the 5th of 2018.  Do you
19   remember, he just asked you that a little while ago?
20        A.   No.
21        Q.   Mr. Castellano, a little while ago,
22   reviewed with you the fact you didn't have a lawyer
23   at first, and then you did get one.  Do you remember
24   that?
25        A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Then he said, "You didn't have advance

2   notice of the questions that were going to be posed

3   to you?  You didn't have advance notice?"

4           And you said, "That's correct."

5           You did not?

6      A.   I didn't.

7      Q.   All right.  And do you remember this

8   morning when we did the cross-examination, I

9   reviewed with you where, in response to Mr. Castle's

10  questions about whether he had any conversation with

11  Mr. Chavez with regard to the 2001 murders, you said

12  "No"?  Do you remember we reviewed that?

13     A.   Yes, sir.

14     Q.   So you don't need advance notice to tell

15  the truth, do you?

16     A.   No, sir.

17     Q.   All right.

18          MR. SOLIS:  No more questions, Your Honor.

19          THE COURT:  Thank you, Mr. Solis.  All

20  right.

21          Any redirect, Mr. Castellano?

22          MR. CASTELLANO:  Yes, Your Honor.

23              FURTHER REDIRECT EXAMINATION

24  BY MR. CASTELLANO:

25     Q.   So as that hearing went on, did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    remember what Christopher Chavez told you?

2        A.    Yes, sir.

3        Q.    Now, you told this jury already, if you

4    recall, that you received a call from Angel Munoz.

5    Do you remember that?

6        A.    To call him, yes, sir.

7        Q.    That's right.  You called him?

8        A.    Yes, sir.

9        Q.    And as a result, you learned that Billy,

10   Wild Bill, was coming to Southern?

11       A.    Yes, sir.

12       Q.    To clean house?

13       A.    Yes, sir.

14       Q.    Do you recall that when he got there,

15   before you left, you asked him if there was anything

16   you could do?

17       A.    Yes, sir.

18             MR. CASTLE:  Objection, Your Honor; beyond

19   the scope.

20             THE COURT:  I think it's within.

21   Overruled.

22       Q.    So at that point, is it fair to say that

23   at that moment before you left, that you had agreed

24   that if you had to be involved with the murder, you

25   would do so?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir, I would have, because I brought
 2   in Looney.
 3        Q.   And he was your responsibility?
 4        A.   He was my responsibility.
 5        Q.   So for that moment in time, there was an
 6   agreement, wasn't there, that you would kill Looney
 7   if you were called upon to do so?
 8        A.   If I had to, I would have, sir.
 9        Q.   And why did you not?
10        A.   They told me they got it; go home.
11             MR. CASTELLANO:  No further questions,
12   Your Honor.
13             THE COURT:  Thank you, Mr. Castellano.
14   All right.
15             Mr. Lucero, you may step down.  Is there
16   any reason that Mr. Lucero cannot be excused from
17   the proceedings?
18             Mr. Castellano?
19             MR. CASTELLANO:  No, Your Honor.
20             THE COURT:  Does any defendant object to
21   him being excused?
22             Not seeing or hearing any objections,
23   Mr. Lucero, you are excused from the proceedings.
24   Thank you for your testimony.
25             THE WITNESS:  Yes, sir.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

333

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 30th day of May, 2018.

13

14        _____

15        Jennifer Bean, FAPR, RMR-RDR-CCR
          Certified Realtime Reporter
16        United States Court Reporter
          NM Certified Court Reporter #94
17        333 Lomas, Northwest
          Albuquerque, New Mexico 87102
18        Phone:        (505) 348-2283
          Fax: (505) 843-9492
19        License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com