1

1        IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4              Plaintiff,

5      vs.          NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7              Defendants.

8

9       Transcript of excerpt of testimony of

10              FREDERICO MUNOZ

11         May 8, 2018, and May 9, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                   I N D E X

2    EXAMINATION OF FREDERICO MUNOZ

3    By Ms. Armijo                                3

4    EXAMINATION OF FREDERICO MUNOZ

5    By Ms. Armijo                               20

6    By Mr. Castle                               54

7    By Mr. Burke                               171

8    By Mr. Solis                               185

9    By Mr. Blackburn                           189

10   By Mr. Sindel                              201

11   By Ms. Armijo                              216

12   By Mr. Castle                              228

13   REPORTER'S CERTIFICATE                     235

14                EXHIBITS ADMITTED

15   Government 640 Admitted                     31

16   Government 643, 644, and 645 Admitted       34

17   Government 707, 710, and 712 Admitted       21

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      May 8, 2018
 2              THE COURT:  All right.  Ms. Armijo, does
 3   the Government have its next witness or evidence?
 4              MS. ARMIJO:  Yes, Frederico Munoz.  I
 5   believe he'll have to be brought up.
 6              THE COURT:  All right.  Mr. Munoz, if
 7   you'll come up and stand next to the witness box in
 8   front of me.  If you'll raise your right hand to the
 9   best of your ability, my courtroom deputy will swear
10   you in.
11                   FREDERICO MUNOZ,
12       after having been first duly sworn under oath,
13       was questioned, and testified as follows:
14              THE CLERK:  Please be seated.  State your
15   name and spell your last name for the record.
16              THE WITNESS:  Frederico Munoz.
17              THE COURT:  Mr. Munoz.  Ms. Armijo.
18              MS. ARMIJO:  Thank you, Your Honor.
19                   DIRECT EXAMINATION
20   BY MS. ARMIJO:
21       Q.   Sir, how old are you?
22       A.   I'm 38.
23       Q.   And are you now or have you ever been a
24   member of the SNM?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And do you recall how old you were when

2    you joined?

3    A.   Sixteen.

4    Q.   Now, you went in when you were 16 years

5    old.  And where was it that you joined?

6    A.    At the Western New Mexico Correctional

7    Facility in Grants.

8    Q.   Prior to becoming a member, did you have a

9    relationship with someone that had family members

10   that assisted you in becoming a member?

11   A.   Yes.

12   Q.   And was that a girlfriend?

13   A.   Yes.

14   Q.   And who were her relatives within the SNM?

15   A.   Some high-ranking members of it.

16   Q.   Now, when you were 16 years old and you

17   joined, did you realize what the SNM was?

18   A.   Yes.

19   Q.   And how did you realize that?

20   A.   Everybody in the community of young

21   gangsters knew what the SNM was.  I knew more about

22   it because of my relationship to the niece of one of

23   the members.

24   Q.   And so did you know what would be expected

25   of you as an SNM member?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     A.    Yes.

 2     Q.    And what was that?

 3     A.    To do whatever my bosses said, all the way

 4  up to killing people for it.

 5     Q.    Now, you were 16 years old.  What year was

 6  that, approximately?

 7     A.    1996.

 8     Q.    And you mentioned it was in what city?

 9     A.    In Grants, New Mexico.

10     Q.    Now, were you in the New Mexico

11  Corrections Department?

12     A.    Yes, ma'am.

13     Q.    Had you previously spent time in the -- in

14  a jail facility where you met other members of the

15  SNM?

16     A.    Yes.

17     Q.    Who brought you in officially to the SNM?

18     A.    That would be Marty Barros, Billy Garcia.

19     Q.    And when you say Billy Garcia, did he have

20  a nickname?

21     A.    Yes, ma'am.

22     Q.    And what nickname was that?

23     A.    Wild Bill.

24     Q.    Do you see Wild Bill in the courtroom

25  today?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTLE:  We'll stipulate to

 2   identification, Your Honor.

 3            THE COURT:  Is that satisfactory,

 4   Ms. Armijo?

 5            MS. ARMIJO:  Yes, Your Honor.

 6   BY MS. ARMIJO:

 7       Q.   And when you say "brought in," what is

 8   meant by bringing somebody in?

 9       A.   Endorsing my induction, my entrance into

10   the gang.

11       Q.   Now, since you were so young, was there

12   anything that was told to you about what would be

13   expected of you?

14       A.   Yes, ma'am.

15       Q.   And do you recall the people that brought

16   you in told you those things?

17       A.   Yes, ma'am.

18       Q.   Okay.  I'm going to refer specifically to

19   Billy Garcia.  Did he tell you anything as far as

20   what would be expected of you in the SNM?

21       A.   Mr. Garcia stated that I if wanted to be

22   --

23            MR. SINDEL:  Your Honor, that's hearsay.

24            THE COURT:  Well --

25            MR. SINDEL:  If it's being offered for the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    truth of the matter, it's hearsay.

2            MS. ARMIJO:  It's Billy Garcia.

3            THE COURT:  It's Billy Garcia, so are you

4    asking for a limiting instruction as to everybody

5    else?

6            MR. SINDEL:  I am, Your Honor.

7            THE COURT:  Any objection to that?

8            MS. ARMIJO:  No, Your Honor.

9            THE COURT:  All right.  So I'll give a

10   limiting instruction.  You can only use this

11   evidence in considering the charges against

12   Mr. Billy Garcia.  And you cannot use them

13   against -- in your discussions or your deliberations

14   of the charges against the other gentlemen.  All

15   right.

16            Ms. Armijo.

17   BY MS. ARMIJO:

18      Q.   Now, what did Billy Garcia tell you?

19      A.   He stated that if I wanted to be a

20   brother, that I had to officially become a member

21   and I had to earn my bones for the gang.

22      Q.   What is meant by "earn your bones for the

23   gang"?

24      A.   It means to spill the blood of an enemy on

25   behalf of the gang, kill them, kill your enemy.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                 1-800-669-9492
                                                                 e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

8

```
 1       Q.    Now, at the time that he made these
 2  statements to you and told you about the SNM, did he
 3  have any position in the gang?
 4       A.    Yes, ma'am.
 5       Q.    What was his position?
 6       A.    He was our boss, the boss of everybody
 7  that was at the facility at the time.
 8       Q.    All right.
 9       A.    He was the highest-ranking member.
10       Q.    At the facility?
11       A.    Yes, ma'am.
12       Q.    Was there anybody else that would be above
13  him outside the facility?
14       A.    Yes.
15       Q.    Who would that have been?
16       A.    That would have been Angel Munoz.
17       Q.    All right.  And I think --
18            MR. CASTLE:  Can we have a timeframe, Your
19  Honor?  This is referencing --
20       Q.    What year was this?
21       A.    1996.
22       Q.    Now, were there other SNM members there at
23  the time?
24       A.    Yes.
25       Q.    When I say "there," I'm talking about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Grants.
 2         A.    Yes, ma'am.
 3         Q.    Now, who were some of those people?
 4         A.    Freddie Sanchez, Fred Dog; Frank Castillo,
 5   Pancho.
 6         Q.    Now, I'm going to show you Defendants'
 7   Exhibit AM, which has been admitted.  Do you
 8   recognize that person?
 9         A.    Yes, ma'am.
10         Q.    Who is that?
11         A.    That is Angel Munoz.
12         Q.    And did you have an opportunity to
13   actually meet him?
14         A.    Oh, yes.
15         Q.    When was it that you met him?
16         A.    I met Angel Munoz at the North, at the
17   Main unit in Santa Fe, New Mexico, at the North unit
18   in Milan, New Mexico, in Grants.  In various
19   facilities, I knew Mr. Munoz.  And also on the
20   streets.
21         Q.    And did you talk to him about what was
22   expected of you as an SNM member?
23         A.    Yes, ma'am.
24         Q.    Did he ask you to do anything for him as
25   far as in regard to the SNM in approximately 1998?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.  He ordered me to do a mission.

 2        Q.    Okay.  And what do you mean by "a

 3   mission"?

 4        A.    Meaning kill an enemy of the SNM.

 5        Q.    Okay.  I guess I should ask that.  Are

 6   there rules within the SNM?

 7        A.    Yes, there are.

 8        Q.    And what are the rules as you understood

 9   it?

10        A.    Not to cooperate with law enforcement; not

11   to reveal anything outside of the family, meaning

12   all of us members of the SNM; to maintain a war

13   footing with everybody that the SNM was rivals with;

14   and when we had a target, to attack and kill the

15   target.

16        Q.    Going back -- and is that something that

17   when you were a member of the SNM, that you actually

18   lived by?

19        A.    Yes, ma'am.

20        Q.    Going back to 1998, what mission did you

21   get from Angel Munoz?

22        A.    I was assigned to kill Felix Martinez, who

23   was a member of the SNM but also a member of a rival

24   gang.

25        Q.    What member of a rival gang was he?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    That would be the Familia Gang.

2      Q.    Was that not allowed?

3      A.    Yes.  It was forbidden.

4      Q.    And so what were your instructions?

5      A.    To kill Mr. Martinez, Felix.  We called

6  him Animal.

7      Q.    And did you have that opportunity to do

8  so?

9      A.    Yes, ma'am.

10      Q.    And when -- how did that occur?

11      A.    Angel Munoz and I were at a facility in

12  Grants.  He was there finishing his state sentence

13  and was about to go home.  I met with him over

14  there.  He gave me the assignment to kill Felix

15  Martinez.

16          When I arrived back at the facility where

17  Mr. Martinez was located, I did what I was told to

18  do.

19      Q.    And what facility was that?

20      A.    The Bernalillo County Detention Center in

21  Albuquerque.

22      Q.    And that is not part of the state system,

23  is it?

24      A.    No.  It's the county jail, ma'am.

25      Q.    And did anybody help you in that mission?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    Who was that?

 3        A.    That would be Leonard Lujan and Manuel

 4   Benito.

 5        Q.    And how was Animal killed?

 6        A.    I strangled him, ma'am.

 7        Q.    Now, do you recall when that was?

 8        A.    July 5, 1998.

 9        Q.    Were you immediately charged with that

10   offense?

11        A.    No, ma'am.

12        Q.    And did you stay in custody for some time,

13   even after that incident?

14        A.    Yes, ma'am.  From the date that I killed

15   Mr. Martinez all the way up until Father's Day of

16   2001, so I believe that was June 17th of 2001, I was

17   in custody.

18        Q.    And then were you released on parole?

19        A.    Yes, ma'am.

20        Q.    And did you remain out on parole until

21   when?

22        A.    I stayed out --

23        Q.    Approximately?

24        A.    -- six months, and then I was arrested.

25        Q.    And what were you arrested for?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    For armed robberies.
 2        Q.    And did -- before you were arrested, were
 3   you involved in another murder for the SNM?
 4        A.    I was released.
 5        Q.    Okay.
 6        A.    I spent about a year in the county jail,
 7   and I was released again.  And upon my release,
 8   about six months after I was released, in 2003, yes,
 9   ma'am, I was arrested for another murder.
10        Q.    Okay.  Just so that we're clear, you were
11   released in 2001?
12        A.    It was in 2002, ma'am, so it was -- I
13   would say I got to go home on Christmas of 2002.
14        Q.    Okay.  But you were released in 2001,
15   committed a new crime, then went back in; is that
16   correct?
17        A.    About a year, and then I was released
18   again.
19        Q.    All right.  Now, when you -- and how long
20   were you on the streets for that time period?
21        A.    Six months.
22        Q.    And at that point in time, what was your
23   role within the SNM?
24        A.    I was a leader.  I had senior membership
25   status.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Did you fall under anybody?
 2        A.    Yes.  There were still a few guys superior
 3   to me.
 4        Q.    And was there anybody in particular that
 5   you looked up to?
 6        A.    Yes, ma'am.
 7        Q.    Who was that?
 8        A.    His name would be Gerald Archuleta.
 9        Q.    Does he have a nickname?
10        A.    Yes.
11        Q.    What's his nickname?
12        A.    Styx.
13        Q.    And as far as the SNM, you say you were a
14   leader.  Prior to that, what was your position?
15        A.    I was a soldier.
16        Q.    What do you mean by "soldier"?
17        A.    Meaning --
18              MR. CASTLE:  Objection.  Can we find out
19   some kind of timeframes as to when we're talking
20   about with Styx, and this and that?
21              MS. ARMIJO:  I'll clear it up, Your Honor.
22              THE COURT:  All right.
23   BY MS. ARMIJO:
24        Q.    I'm right now focusing in on the year 2002
25   when you were released, late 2002 and 2003.  Now, is
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    that after you had already killed Animal?

2         A.   Yes, ma'am.

3         Q.   Had you been charged yet with Animal?

4         A.   No, ma'am.

5              THE COURT:  Do you want to take these up

6    tomorrow, Ms. Armijo?

7              MS. ARMIJO:  Sure, Your Honor.

8              THE COURT:  All right.  I appreciate

9    everybody's hard work.  And I'll talk to you a

10   little bit in the morning and thank you for some

11   stuff, but I'll let y'all get out of here.  Be safe

12   on your travels, and see y'all at 8:30 in the

13   morning.  I appreciate everybody's attention and

14   hard work.

15              (The jury left the courtroom.)

16              THE COURT:  All right.  I appreciate

17   y'all's hard work.  Y'all have a good evening.  See

18   you in the morning.

19              (The Court stood in recess.)

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                        May 9, 2018
 2             THE COURT:  All right.  Good morning,
 3    everyone.  I appreciate everybody being here and on
 4    time and ready to go.  Obviously Ms. Bevel has been
 5    in contact with y'all this morning, and we've lost a
 6    juror.  I just want to confirm on the record that
 7    Ms. Bevel gave -- I think she tried to call Ms.
 8    Armijo but ended up getting Mr. Castellano, and Mr.
 9    Castellano agreed under the circumstances that we
10    should release Juror Number 148, William Robert
11    Moore, Jr., from Alamogordo because of the call that
12    he got about his mother and the need for him, as
13    next of kin, to be there.
14             Is that correct, Mr. Castellano?
15             MR. CASTELLANO:  It is, Your Honor.
16             THE COURT:  And I think probably before
17    she got ahold of Mr. Castellano, Ms. Bevel got ahold
18    of Ms. Harbour-Valdez and she contacted the
19    defendants, and the defendants agreed that he should
20    be excused.
21             Is everyone in agreement with that?
22             MS. HARBOUR-VALDEZ:  That's correct, Your
23    Honor.
24             THE COURT:  All right.  What would y'all
25    like for me to say to the jury?  Would you like
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Ms. Bevel just to handle it?  Would you like for me

 2  to say something on the record when he comes in?

 3          Any preferences?  Ms. Armijo?  Mr.

 4  Castellano?

 5          MS. ARMIJO:  No preferences, Your Honor.

 6  We're okay with Ms. Bevel handling it.

 7          MS. HARBOUR-VALDEZ:  That's fine, Your

 8  Honor.

 9          THE COURT:  All right.  Well, why don't

10  you just tell them what occurred this morning and --

11          THE CLERK:  He won't be back.

12          THE COURT:  All right.  Is there anything

13  we need to discuss before we bring the jury in?  Is

14  there anything I can do for you this morning?

15          Ms. Armijo?  Mr. Castellano?

16          MS. ARMIJO:  No, Your Honor.

17          THE COURT:  Glad you're feeling better,

18  Mr. Beck, and back.

19          MR. BECK:  Thank you, Your Honor.

20          THE COURT:  How about from the defendant?

21  Anybody have anything we need to discuss?  All

22  right.  We're getting a lot of motions and joinders

23  and things like that on these subpoenas to the

24  Corrections Department.  Any thoughts how to deal

25  with it?  Do you want me to just sit down and deal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with it.  Or do you want to try to bring them in and

 2   argue?  Do you want to try to get with them and see

 3   if you can work something out?  What would be best?

 4              Mr. Castle.

 5              MR. CASTLE:  The motions to quash, I think

 6   a lot of them are going to be moot, Your Honor.

 7              THE COURT:  Okay.

 8              MR. CASTLE:  I talked to the Government

 9   last night about it.  I haven't had the opportunity

10   to really talk to the Corrections Department.

11   Because there are witnesses that the Government I

12   think has withdrawn, they're not going to use, so

13   why have them jump through hoops?

14              THE COURT:  All right.  Well, keep me

15   posted.

16              MR. CASTLE:  I will.

17              THE COURT:  If you decide I need to rule

18   on something, let me know whether you want to try to

19   get them up here for hearing, or you just want me to

20   rule on them, or what.  So just keep me posted on

21   that.

22              MR. CASTLE:  I will.

23              (The jury entered the courtroom.)

24              THE COURT:  It's very good to see you this

25   morning.  One of our own had some difficulty this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   morning, and I think Ms. Bevel explained it to you.

2   I think he said he'd rather be here than the

3   decisions he's got to make in Phoenix today.  So

4   we'll certainly be thinking of Mr. Moore.  And thank

5   you for being here and keep yourselves and your

6   families healthy.  Okay?  We need you.

7           Trials are tough, and lengthy trials like

8   this are tough.  We've had some lawyers that, as you

9   know, have been sick.  We've got one lawyer that's

10  going through some of the same issues as Mr. Moore.

11  We've got another lawyer today that is missing a

12  very close family funeral.  These are tough.  It's

13  very tough on them.  There is a lot of life that

14  goes on when you have a trial this length.

15          So I say that because I just appreciate

16  what you're doing.  It's a reminder to us all about

17  the time you're giving, the service that you're

18  making to the country, the district.  And we're just

19  really thankful you're here and thankful for all

20  you're doing for us.

21          All right.  Is Mr. Montano ready to resume

22  his place in the witness box?

23          MS. ARMIJO:  No, I believe --

24          THE COURT:  I meant Mr. Munoz.  I'm sorry.

25  Mr. Munoz.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  I believe they're bringing
 2  him up.
 3              THE COURT:  All right.  Mr. Munoz, if
 4  you'll return to your place in the witness box, I'll
 5  remind you that you're still under oath.
 6              THE WITNESS:  Yes, sir.
 7              THE COURT:  Ms. Armijo, if you wish to
 8  continue your direct examination of Mr. Munoz, you
 9  may do at this time.
10              MS. ARMIJO:  Thank you.
11              THE COURT:  Ms. Armijo.
12                   FREDERICO MUNOZ,
13       after having been previously duly sworn under
14       oath, was questioned, and continued testifying
15       as follows:
16             CONTINUED DIRECT EXAMINATION
17  BY MS. ARMIJO:
18       Q.   Good morning, Mr. Munoz.
19       A.   Good morning.
20       Q.   Now, let me first go over a few things
21  before we get back to kind of where we are.  Do you
22  have any tattoos?
23       A.   Yes, ma'am.
24       Q.   And I know that, and I know that we have
25  had -- we already have some photographs of you in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   evidence.
 2          MS. ARMIJO:  But seeing no objection, Your
 3   Honor, at this time I am moving into admission 707,
 4   710 and 712.
 5          THE COURT:  Any objection from any
 6   defendant?  Not seeing or hearing any, Government's
 7   Exhibits 707, 710, and 712 will be admitted into
 8   evidence.
 9          (Government Exhibits 707, 710, and 712
10   admitted.)
11   BY MS. ARMIJO
12        Q.   All right.  If we could show Exhibit 707.
13   What is it that we're looking at here?
14        A.   That's me, Your Honor.
15        Q.   And do you have any SNM-related tattoos?
16        A.   Yes, ma'am.
17        Q.   And do we see any in Exhibit 707?
18        A.   Yes, at the center of my chest.
19        Q.   What is it that you have?
20        A.   It is the state symbol on the flag, with
21   the letters "SNM" inside of it.
22        Q.   All right.  So we see a big "S."  Are
23   there actually an "N" and an "M" in it, as well?
24        A.   Yes, ma'am.
25        Q.   And who is allowed to have that tattoo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Only members of the SNM who have earned
 2   it.
 3        Q.    When you say "earned it," what do you
 4   mean?
 5        A.    Meaning if I did a job, a successful
 6   operation for the SNM, then I -- I have earned the
 7   right to wear that at that time.
 8        Q.    When you say "earned the right to," would
 9   that mean earning your bones?
10        A.    Yes, ma'am.
11        Q.    I'm showing Exhibit Number 710.  What
12   about this?  What is that we're looking at?
13        A.    That is also the state Zia flag, but with
14   the words -- the initials of the street gang that I
15   was from.
16        Q.    Okay.  And what street gang were you from?
17        A.    South Valley Pajaritos.
18        Q.    Last, I'm going to show 712.  What is it
19   that we're looking at here?
20        A.    There is a tattoo on the back of my neck
21   which says "Syndicato," which is the Spanish word
22   for syndicate.
23        Q.    Is that an SNM tattoo, as well?
24        A.    Yes.
25        Q.    Now, we were talking yesterday about some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    of your activity as far as criminal convictions.  I

2    believe we talked about in 1998 and Animal.  Now,

3    you were talking about when you -- you were released

4    again in late 2002; is that correct?

5        A.   Yes, ma'am.

6        Q.   And then when you were released, did you

7    continue in criminal activity?

8        A.   Yes.

9        Q.   All right.  Was there a shooting that you

10   were involved in?

11       A.   A few of them, ma'am.

12       Q.   Okay.  Now, I'm going to go specifically

13   to one related to Julian Romero.

14       A.   Yes, ma'am.

15       Q.   Who is Julian Romero?

16       A.   He was also a senior member of the SNM in

17   2003.

18       Q.   And were there -- and you indicated that

19   before that you kind of followed Gerald Archuleta;

20   is that correct?

21       A.   Yes, ma'am.  In fact, I followed him

22   directly.

23       Q.   And was there something going on in 2003

24   that led you to a shooting incident regarding Julian

25   Romero?

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.   Yes.   Julian Romero and Gerald Archuleta
 2   were enemies over the circumstances of Gerald
 3   Archuleta's wife.   She was having an affair with
 4   Julian Romero.
 5        Q.   And so as a result of that, did Gerald
 6   Archuleta do anything?
 7        A.   Gerald ordered me to locate Julian and
 8   kill him.
 9        Q.   Was Gerald in custody?
10        A.   Yes, ma'am.
11        Q.   When you went on the streets what did you
12   do?
13        A.   Initially, I couldn't find him.  I didn't
14   know where he lived.  So I didn't really do anything
15   about it.  But then Gerald Archuleta discovered his
16   whereabouts and sent me his street address, his
17   physical address.  And as soon as I obtained the
18   address, I went out and shot him.
19        Q.   All right.  And when you say you shot him,
20   did he survive?
21        A.   Yes, ma'am.
22        Q.   All right.  Did something happen?
23   Describe briefly what happened during that shooting.
24        A.   I and another SNM member drove over there
25   to the address that I was given, circled the block a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   few times, and couldn't find him.  I was on the

2   ankle bracelet.  I mean, I had to return home by

3   9:00 so I didn't violate.  So I wanted to make one

4   more pass-through before 9:00.  At the last

5   pass-through, a car arrived at the address that I

6   was given, and Julian Romero and the lady who was

7   Gerald's wife were in the car.  Julian was standing

8   at the driver's door, leaning into the window,

9   talking to, I'm assuming, the lady.

10       Q.   And did you shoot or --

11       A.   I called him.  I called his name, and he

12   responded.  He looked up at me.  I said, "Julian,

13   what's up, carnal?"  "Carnal" meaning brother.

14           And he said, "Who is this?"  And he began

15   to walk up to the car.  My intention was for him to

16   walk up all the way up to me at the car, and I was

17   going to shoot him in the head.  But my brother who

18   was driving the vehicle got hysterical and started

19   yelling at me, for me to shoot him before I was

20   ready to do it.

21           So I shot.  And Julian fell and got up and

22   took off running, ma'am.

23       Q.   So Julian lived?

24       A.   Yes.

25       Q.   And you indicated that you were on parole

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    at the time?

2        A.    Yes.

3        Q.    Did you have an ankle bracelet?

4        A.    Yes.

5        Q.    Now, when you were on parole, was there

6    anybody else -- were you supposed to associate with

7    other gang members?

8        A.    The probation and parole department's

9    rules were that I was not to socialize with anybody

10   who was a member of a gang.

11       Q.    And were you socializing with other

12   people?

13       A.    Oh, yes, ma'am.

14       Q.    Were you socializing with Billy Garcia?

15       A.    Yes, ma'am.

16       Q.    Did you get in trouble for that?

17       A.    Yes, ma'am.  I violated my parole for that

18   very reason.

19       Q.    All right.  Now, did you -- and

20   approximately when was that, that incident, the

21   shooting?

22       A.    I was involved in another shooting in

23   April of 2003, so I would say about a month before

24   the shooting that led to my arrest.

25       Q.    All right.  And we'll talk about that in a

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                                                                 e-mail: info@litsupport.com



1   second.  But maybe March of 2003?

2        A.   Yes, ma'am.

3        Q.   Now, did something happen with your

4   relationship with Billy Garcia as a result of that?

5        A.   Yes, ma'am.

6        Q.   What happened?

7        A.   It ended.

8        Q.   And why was that?

9        A.   Because Billy Garcia was encouraging me

10  not to shoot Julian Romero.

11       Q.   Okay.  Do you know whether or not -- or

12  what is your belief as far as the Gerald Archuleta

13  and Julian Romero fight -- or rivalry, I should say?

14  Between that fight between the two of them, which

15  side was Billy Garcia on?

16       A.   I believe Mr. Garcia was on the wrong side

17  of it.  Because Angel Munoz, who was the commander

18  in chief for all of us, had decreed that brothers

19  are not to be messing around with other brothers'

20  wives.  And when Julian started having his affair

21  with Gerald's wife, Julian was in the wrong for

22  that.

23            And so when I received the order from

24  Gerald to shoot Julian, I consulted with Mr. Garcia

25  about the matter out of respect, because I did love

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  and respect Mr. Garcia.  And he told me to stay out
 2  of it, that that's not my fight.  And my response
 3  was it was my fight because it was a rule passed
 4  down from Angel not to do that.  So I was going to
 5  do it anyway.
 6           And at that point, Mr. Garcia and I no
 7  longer had a relationship.
 8       Q.   You indicated that you were involved in
 9  another shooting in April of 2003?
10       A.   Yes, ma'am.
11       Q.   And was that at a barber shop?
12       A.   Yes.
13       Q.   What was that about?
14       A.   It was about another rivalry between the
15  LC and the SNM.
16       Q.   What is the LC?
17       A.   Los Carnales.  It's primarily a prison
18  gang.  But they were a lesser gang to the SNM.  And
19  we were systematically targeting and hitting them
20  everywhere we could find them.
21       Q.   And so what barber shop did you go to?
22       A.   It was the Goodfellas barber shop in the
23  North Valley of Albuquerque, New Mexico.
24       Q.   When you went there, were you expecting to
25  be involved in a shooting?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, ma'am.

 2        Q.    What happened?

 3        A.    I was in there with my wife and another

 4   brother of the SNM and his girlfriend.  I had taken

 5   him over there to do business with the owner of the

 6   barber shop.

 7        Q.    When you say "business," what do you mean?

 8        A.    He was there to pick up drugs from the

 9   owner of the barber shop.

10        Q.    All right.  And did an LC member walk in?

11        A.    Yes.  A guy drove up in a white Blazer

12   with two women.  They entered the barber shop.  I

13   looked up at the guy.  He looked at me.  We did not

14   recognize each other, so I went back to looking at

15   the magazine.  He approached the owner of the barber

16   shop, who was cutting hair at the stall.  He spoke

17   to him briefly, and began to leave the barber shop.

18              Well, my brother, who was also at that

19   stall where the owner was cutting hair, ran up to me

20   and said in my ear that the guy who was leaving the

21   barber shop was an LC, a member of the LC.

22        Q.    What did you do at that point?

23        A.    Dropped the magazine, drew a nine

24   millimeter that I had in my waistband, and I called

25   out for the guy.  He stopped, and he turned around.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I walked up to him and asked him where he was from.

2         Q.   And what you mean, where he was from?

3         A.   Meaning what was his gang, what was his

4    affiliation, what did he represent?  And his

5    response was -- he approached me.  He saw that I had

6    the gun in my hand.  He put his nose to my nose.  He

7    was a big guy, bigger than me anyway.  And he said,

8    "I'm LC, and what?"

9              And he pushed me with his forehead.  So I

10   took a few steps back, and I shot him.

11        Q.   Now, why did you shoot him?

12        A.   Because he was my enemy.  I don't know him

13   personally.  But he represented my rival gang, so --

14        Q.   But this is out on the street.  I mean,

15   does that rule carry out on the street?

16        A.   To be an SNM member is to be 24/7 an SNM

17   member.  You don't turn it off just because you exit

18   a prison, or you go somewhere.  You have to

19   represent all the time.

20        Q.   And that means even on the street?

21        A.   It means wherever you are.  Yes, ma'am, on

22   the street.

23        Q.   And how long does that last?  Is that

24   something that's --

25        A.   Until you die.



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                        PROFESSIONAL COURT          e-mail: info@litsupport.com
                           REPORTING SERVICE

```
 1        Q.   Now, were you eventually arrested for
 2   that?
 3        A.   Yes, ma'am, the same day.
 4             MS. ARMIJO:  Now I'm going to move in his
 5   pen pack without objection, 640, Your Honor.
 6             THE COURT:  Any objection from any
 7   defendants?  Not seeing or hearing any, Government's
 8   Exhibit 640 will be admitted into evidence.
 9             (Government 640 admitted.)
10   BY MS. ARMIJO:
11        Q.   All right.  All right.  Have you seen this
12   item before?
13        A.   Yes.
14        Q.   Is this your penitentiary pack which has
15   your convictions that you went into, that you were
16   incarcerated for?
17        A.   Yes.
18        Q.   And I'm going to first start on Bates,
19   which should be the third -- fourth page, 8565.  All
20   right.  Looks like this one is from 1996, and it's
21   receiving or transferring a stolen vehicle.  Do you
22   recall this felony?
23        A.   Yes, ma'am.  That was the original order
24   that convicted me into the adult prison system.
25        Q.   And how old were you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.   I had just turned 16, or I was still 15.

 2  If it was January, I was still 15, ma'am.

 3       Q.   If we could go to Bates 8568.  All right.

 4  And this is from December 14th of 2004, and it lists

 5  two cause numbers there.  Do you see that?

 6       A.   Yes, ma'am.

 7       Q.   And if we could go to the next page.  All

 8  right.  And were you convicted of -- did you plead

 9  guilty or did you go to trial?

10       A.   I took a no contest plea, ma'am.

11       Q.   And was that to first-degree murder?

12       A.   Yes, ma'am.

13       Q.   And you were given a life term?

14       A.   Yes.

15       Q.   Now, which murder was this for?

16       A.   This was for the murder at the barber

17  shop.

18       Q.   Now, at some point -- you talked about the

19  1998 murder.  Yes, 1998 murder.  Were you eventually

20  contacted and charged with that murder?

21       A.   I was already at the penitentiary in Santa

22  Fe, New Mexico, serving my sentence for the barber

23  shop murder, and I was approached by a homicide

24  detective from a cold case in Albuquerque Police

25  Department with a search warrant for a DNA swab.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So at that point you realized that they
 2   were cold case, so they were looking into the 1998
 3   incident?
 4        A.   I knew what it was immediately, yes.
 5        Q.   If I could go to Bates 8573.  Does this
 6   appear to be the front page for that conviction, as
 7   well?
 8        A.   Yes.
 9        Q.   And if we could go to the next page.  Do
10   you recall what you were convicted of in that case?
11        A.   The exact same conviction, and sentence
12   time as I was for the barber shop murder, which was
13   a life sentence.
14        Q.   Now, did you plead guilty or no contest?
15        A.   I pled guilty, ma'am.
16        Q.   Okay.  Now, do you recall approximately
17   what year you pled guilty?
18        A.   May of 2007.
19        Q.   So was there an agreement that those
20   sentences run concurrent?
21        A.   The District Attorney stipulated that if I
22   admitted to killing Mr. Martinez, that she would run
23   the life sentence for the crime concurrent to the
24   life sentence that I just began serving for the
25   barber shop murder, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Now, when you pled guilty, did you name

2  other people, or did you just want to take

3  responsibility for it yourself?

4    A.   Take responsibility for myself.  She did

5  not stipulate that I name other people or testify

6  against anybody.

7    Q.   Who was it that committed that murder with

8  you?

9    A.   I and Leonard Lujan and Manuel Benito.

10    Q.   Were you eventually charged federally as

11  well?

12    A.   Yes.

13    Q.   And did you enter into a plea agreement,

14  as well as an information?

15    A.   Yes.

16        MS. ARMIJO:  Now, Your Honor, at this time

17  I'm going to move into evidence Exhibits 643, 644,

18  and 645.

19        THE COURT:  Any objection from any

20  defendant?  Not seeing or hearing any -- are you

21  okay, Mr. Burke?

22        MR. BURKE:  Yes, Your Honor.  Thank you.

23        THE COURT:  Government's Exhibit 643, 644

24  and 645 will be admitted into evidence.

25        (Government Exhibits 643, 644, and 645



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  admitted.)

 2  BY MS. ARMIJO:

 3       Q.    And I'm first going to show you -- were

 4  you initially charged with a RICO conspiracy?

 5       A.    Yes, ma'am.

 6       Q.    And was that by indictment?

 7       A.    Yes.

 8       Q.    Do you recall what -- with what you were

 9  indicted with, what the maximum number of years that

10  you could be sentenced to?

11       A.    I believe it was 20 or life.  I think -- I

12  believe it was 20 or up to life.

13       Q.    Do you recall pleading guilty to a

14  different charge for a larger exposure of a

15  sentence?

16       A.    Yes.

17       Q.    And did that include -- if I could display

18  643?

19            THE COURT:  You may.

20       Q.    Did that include an information to a

21  charge that carried a longer sentence?

22       A.    Yes, ma'am.

23       Q.    And is this the first page of that?

24       A.    Yes.

25       Q.    I'm going to go to page 9 of 643.  All

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

```
 1   right.  And are there different Overt Acts here as
 2   part of the RICO conspiracy that you pled guilty to?
 3        A.   Yes, ma'am.
 4        Q.   And does that include information about
 5   the things that you did for the SNM, including the
 6   two murders that we've discussed?
 7        A.   Yes.
 8        Q.   I'm going to display Exhibit 644 now.  Is
 9   this the plea agreement that you pled guilty to?
10        A.   Yes.
11        Q.   And if we could go to page 2.  Does that
12   indicate that you pled guilty to racketeering
13   conspiracy?
14        A.   Yes, it does.
15        Q.   And does it show there on 4A that you were
16   looking at a term of imprisonment for life?
17        A.   Yes, ma'am.
18        Q.   Lastly, I'm going to display Exhibit 645.
19   Now, 645, is that the addendum pursuant to your plea
20   agreement?
21        A.   Yes.
22        Q.   And as part of this, do you have to
23   testify truthfully?
24        A.   Yes.
25        Q.   In order to receive any benefit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And are you still serving your life

 3   sentence?

 4        A.   Yes, ma'am.

 5        Q.   Do you know, is there any guarantee, even

 6   with the state system, that you'll be able to parole

 7   out?

 8        A.   No, ma'am.  According to the statute by

 9   the state congress, I'm to serve the entire 30-year

10   sentence, at which point I'm eligible to be paroled

11   to the streets.  But I have to lobby the parole

12   board for the release.  It's not guaranteed.

13        Q.   And how much longer do you have for those?

14        A.   I believe 15 -- I owe roughly 15 or 14 on

15   my first murder conviction, and a little over 18 on

16   the second one, 18 years.

17        Q.   Now, I'm going to go back a little bit in

18   time to the years of 2000 and 2001.  Did you know

19   somebody by the name of Rolando Garza?

20        A.   Yes, ma'am.

21        Q.   And how did you know him?

22        A.   I've known Rolando since he and I were

23   both in the juvenile system in the New Mexico Boys

24   School, which was the juvenile prison system.  And

25   we actually began serving our adult prison sentences
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   together.

 2        Q.   And you indicated you were a member of a

 3   gang.  Was he a member of a street gang?

 4        A.   Yes.  We were both from the same street

 5   gang, South Valley Pajaritos.

 6        Q.   When you both went to prison, do you know

 7   if he joined a prison gang?

 8        A.   Yes, I saw him joining.  He joined the LC

 9   gang, which was our rivals to the SNM.

10        Q.   Now, you are members.  Just so that we're

11   clear, can you explain for the jury, if you're a

12   street gang member and then you become a prison gang

13   member, which takes precedence?

14        A.   The way the prison systems are designed,

15   for the gangs, when you join a prison gang, loyalty

16   must be to the prison gang.  Your loyalties to the

17   street gang are secondary.  Many of the prison gang

18   members completely abandoned their ties to the

19   street gang.  Some do not.  But you must maintain

20   your loyalty to your prison gang first.

21        Q.   Now, you indicated that Rolando Garza was

22   a member of the LC?

23        A.   Yes, ma'am.

24        Q.   At some point in time, did you see him

25   associating as an SNM member?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.    Yes.

2       Q.    And what did you think of that?

3       A.    I was stunned.  That was outrageous to me.

4  I knew that the Los Carnales Gang, the LC Gang, was

5  an inferior gang.

6            The facility where Mr. Garza and I were

7  first committed is a reception and diagnostic

8  facility.  That means all prisoners sent to prison

9  go there first for diagnostic evaluations, and

10  they're thereafter sent to a permanent facility.

11            Well, the SNM, over a handful of years,

12  had removed all the LCs from all of the other state

13  prison facilities.  And the Department of

14  Corrections was housing the remainder of the LC at

15  two units where the reception and diagnostics

16  facility was at.

17            So the impression, for people who don't

18  know anything about prison, when they arrive over

19  there, is that they're -- the first persons that

20  they see are LCs.  They began to talk to all of us

21  youngsters that were arriving about joining the LCs.

22            I knew, through my relationship with

23  homies whose family were all SNM members, the true

24  story about that gang.

25       Q.    So did you choose SNM as opposed to LC?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                           e-mail: info@litsupport.com



```
 1        A.    Oh, it was a foregone conclusion that that
 2   was going to be my gang.
 3        Q.    Now, when you saw Rolando Garza, did you
 4   hear anything as far as Rolando Garza and a green
 5   light?
 6        A.    I was advocating and demanding that he be
 7   punished for joining the LCs and thereafter becoming
 8   a member of the SNM.
 9        Q.    Okay.  And did you have a conversation
10   with people about that?
11        A.    I was speaking to anybody and everybody at
12   the North.  But, yes, ma'am, I did have a
13   conversation.
14        Q.    Did you have a conversation specifically
15   with Billy Garcia about that?
16        A.    Yes, ma'am.
17        Q.    And where was that conversation?
18        A.    We were at the state penitentiary in Santa
19   Fe, New Mexico.
20        Q.    Okay.  Do you recall which facility?
21        A.    It was the North unit.
22        Q.    And why did you have a conversation with
23   Billy Garcia in particular about it?
24        A.    Because I knew Mr. Garcia was being
25   classified to go down to the state pen in Las
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Cruces, where Rolando Garza was being housed.  And I

2  wanted Mr. Garcia to deal with the matter.

3      Q.   Now, was Mr. Garcia at this time higher

4  than you in the organization?

5      A.   Yes.

6      Q.   And so when you say you were advocating

7  for Rolando Garza, what were you advocating for?

8      A.   I was advocating that Rolando Garza be

9  killed for having dual memberships in two rival

10 gangs.

11     Q.   What was Billy Garcia's response?

12     A.   "I'll take care of it."

13     Q.   What did you take that to mean?

14     A.   That he was going to go to the facility

15 and make sure that Rolando gets smoked for his

16 behavior.

17     Q.   And was this prior to Rolando Garza being

18 killed?

19     A.   Yes, ma'am.

20     Q.   Now, did you ever have a conversation with

21 him, "him" being Billy Garcia, after the incident?

22     A.   After the murders occurred, Mr. Garcia was

23 immediately returned back to the state penitentiary,

24 and he was placed right back with me in the housing

25 unit.  And I was happy.  I gave him a lot of props

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  and love for it, and it was like ya sabes, you know,

 2  amor, I love you, thank you.

 3        Q.   When you say ya sabes, who told you that?

 4        A.   Billy Garcia told me that.

 5        Q.   What does that mean?

 6        A.   Like "you know."  Like it was a euphemism

 7  for "it got done."

 8        Q.   Now, did you know a person by the name of

 9  Arturo Garcia?

10        A.   Yes, ma'am.

11        Q.   And how do you know Arturo Garcia?

12        A.   I know him primarily through his close

13  relationship with Gerald Archuleta.

14        Q.   And what was his position within the gang

15  as far as --

16        A.   When I arrived back at the Department of

17  Corrections in 2005, I got sent to the North unit at

18  the beginning of 2006, and Arturo Garcia was on what

19  was called a tabla, which was like council, like a

20  board of directors.

21        Q.   Board of directors for what?

22        A.   For governing the entire SNM brotherhood.

23        Q.   And did you ever have a conversation with

24  him in reference to an incident that was going on

25  between him and another SNM Gang member?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, ma'am.  We had -- it was a heated

2  discussion about he, Mr. Garcia, had confronted me

3  over he was hearing things that I was complaining

4  about his relationship with a woman who used to be

5  with another brother, and he confronted me about

6  whether or not I was commenting on that, during that

7  conversation.

8    Q.   I'll just stop you right there.  Were you

9  commenting on it?

10    A.   Yes, ma'am.

11    Q.   Okay.  And so he confronted you about

12  that?

13    A.   He was asking me whether or not I was

14  disrespecting or talking shit about him being with a

15  particular woman who was with one of our other

16  brothers at the time.

17    Q.   What did you tell him?

18    A.   I told him that it was wrong, and it was

19  the same thing that Julian Romero did, and it wasn't

20  right.  And he responded by saying, "It's different;

21  she's not with that guy anymore."  And that was

22  that.

23    Q.   Did you also talk to him about a certain

24  situation regarding two SNM members that you felt

25  should be hit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.  If I may just give a little
 2   back story on that?
 3        Q.    First, who was it that you were referring
 4   to?
 5        A.    Brian Rascon and Raymond Rascon, by the
 6   names of Cheeky and Coquito.
 7        Q.    And who were they?
 8        A.    They were also SNM members.
 9        Q.    And was there a -- did you feel that they
10   had done something that they needed discipline for,
11   for lack of a better term?
12        A.    They did do something.
13        Q.    Okay.  Explain that.
14        A.    After I shot Julian Romero, the SNM
15   divided into two camps -- people who agreed with the
16   hit, even though he survived, and then people who
17   didn't think that my shooting Julian was justified.
18   When I was arrested for the murder at the barber
19   shop, I was placed in the county jail in
20   Albuquerque.
21        Q.    That was when?  In 2003?
22        A.    Yes, ma'am.
23        Q.    So --
24        A.    Well, when I killed the guy at the barber
25   shop, the whole incident with Julian Romero, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  shooting was still raw on everybody's minds, and

2  there was a lot of distrust in the SNM in

3  Albuquerque at the time between all the members that

4  were out there.  Most of them were getting arrested

5  for minor violations and were getting sent to the

6  jail where I was housed for the murder.

7       Q.   Was that causing issues?

8       A.   It was causing a lot of tension in the two

9  pods that the jail administration was housing all of

10  the SNM at.  And there was a lot of tension and

11  friction between those of us who were representing

12  the gang at that time.  Mr. Rascon and --

13       Q.   Which one?

14       A.   That would be Cheeky, Raymond.  He was

15  very vocal in support of Julian Romero, and he was

16  hostile towards me and Gerald Archuleta about the

17  matter.  So I began to campaign to everybody that --

18  because I believe that Julian's behavior with

19  Gerald's wife was wrong, that anybody who took sides

20  with Julian Romero was also in the wrong and should

21  therefore suffer in the same way as Julian, whether

22  it was we kill him in prison or we kill him on the

23  street.

24            I approached Gerald Archuleta about it,

25  wrote him a letter about it, and he issued a green

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   light on Raymond Rascon, Cheeky and Coquito, for

2   their taking sides with Julian on the matter.

3          When I arrived at the North, I brought

4   that up to Arturo Garcia.

5     Q.   And why did you bring it up to Arturo

6   Garcia?

7     A.   Because the moment I arrived at the North

8   unit, which was where the state prison houses all

9   the members of the SNM who are getting in trouble at

10  the other state facilities, so we all meet up and

11  congregate at the North unit.

12         Cheeky and Coquito were being embraced by

13  many of the brothers, and I was upset about that

14  because it was my understanding through Gerald

15  Archuleta that they were not; they were out; they

16  were to be targeted and hit.  So when Mr. Arturo

17  Garcia and I were arguing about my comments on his

18  relationship with a woman, I brought up the whole

19  matter of Cheeky and Coquito.

20    Q.   Did you bring it up to him because he was

21  on the tabla?

22    A.   Yes.

23    Q.   What did he say?

24    A.   He said that he's going to take care of it

25  because they're having -- they're going to be doing

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   some work, and he's going to take care of the whole

2   green light with Gerald, meaning get Gerald to

3   remove the green light on the Rascon brothers.

4        Q.   And when you said he had plans for them --

5        A.   Meaning they were going to allow them to

6   do an operation in exchange for Gerald removing the

7   green light on them.

8        Q.   All right.  Now, was this before June 17th

9   of 2007?

10       A.   Yes, ma'am.

11       Q.   Now, when you were at the county jail for

12  that, you said there were a lot of other SNM members

13  there?

14       A.   Yes.

15       Q.   Was Billy Garcia there?

16       A.   Yes, he was there a few times.

17       Q.   What did -- do you recall anything in

18  reference to roll call?

19       A.   Mr. Garcia would yell out verbally in the

20  morning to those that were loved to him, "Amor."  I

21  love you.  And then he would respond thereafter by

22  saying, "Fuck Playboy, fuck Styx," meaning me and

23  Gerald Archuleta, who were the ones responsible for

24  shooting Julian Romero.

25       Q.   Now, do you see Arturo Garcia in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   courtroom today?
 2        A.   Yes, ma'am, I do.
 3        Q.   Where is he?
 4        A.   He is the short gentleman at the far end
 5   of the courtroom.
 6        Q.   What's he wearing?
 7        A.   He's wearing a blue suit, with a white
 8   shirt, and looks like it's a light blue-and-white
 9   tie.
10             MS. ARMIJO:  May the record reflect the
11   identification of Arturo Garcia?
12             THE COURT:  The record will so reflect.
13        Q.   Do you know a person by the name of Edward
14   Troup?
15        A.   Yes, ma'am.
16        Q.   And do you see Edward Troup in the
17   courtroom today?
18        A.   Yes, I do.
19        Q.   And where is he?
20        A.   He is seated closest to the little door
21   that separates the courtroom proper with the
22   viewer's stand.
23        Q.   And what is he wearing?
24        A.   He's wearing a white shirt with a -- looks
25   like a polka dot tie, blue and white.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MS. ARMIJO:  May the record reflect

2   identification of defendant Edward Troup?

3        THE COURT:  The record will so reflect.

4   Q.   Now, do you know Edward Troup in

5   relationship to SNM?

6   A.   Yes, ma'am.

7   Q.   And is he an SNM member?

8   A.   Yes, he is.

9   Q.   Now, did you ever have a conversation with

10  Edward Troup after -- did you know Freddie Sanchez?

11  A.   Yes, ma'am.  I knew him real well.

12  Q.   And are you aware approximately when he

13  was killed?

14  A.   Yes.

15  Q.   Now, after he was killed did you have a

16  conversation with Edward Troup?

17  A.   Yes, I did.

18  Q.   And where was that conversation?

19  A.   It was at the state pen in Santa Fe, New

20  Mexico, the recreation yard.

21  Q.   And did you have a conversation

22  specifically about Freddie Sanchez's murder?

23  A.   It didn't start that way.  I saw him in

24  the yard, when the officer put him in his yard cage

25  and left, when it was just all of us prisoners alone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in the yard.  He looked at me.  We locked eyes, and

2  he said, "What's up, Playboy?"

3           I responded with a profanity.  I was upset

4  with him because he was embracing what I consider my

5  enemy, and I said as much to him.

6      Q.    Who would that be?

7      A.    That would be Raymond Rascon, Cheeky.

8      Q.    Okay.

9      A.    I told him I didn't have no (speaks

10 Spanish) for him, meaning I didn't have no

11 conversation, no words for him, because he was

12 giving sanctuary and shelter to my enemy.

13          And he responded by saying that he didn't;

14 that Cheeky was supposed to kill Fred Dawg, and he

15 didn't do it; and that Mr. Troup admitted that he

16 himself did it with another guy, Javier Alonso, who

17 was also in the yard that day, and confronted Mr.

18 Troup about revealing that sort of thing in the

19 yard.

20     Q.    And who got mad at revealing that sort of

21 thing?

22     A.    Javier -- Little Wineo we called him --

23 told Mr. Troup, immediately after that exchange that

24 he and I had, for him not to be putting his fucking

25 name in that.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                  1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Okay.  And is that what Javier Alonso told

2  him?

3    A.   Yes.

4    Q.   And what was it that Troup said?

5    A.   That Cheeky and Coquito didn't kill Fred

6  Dawg; that they had to, meaning Mr. Troup and Little

7  Wineo.

8    Q.   All right.  Now, after the barber shop

9  murder -- and you indicated that was done because he

10  was a Los Carnales, and that was your enemy; is that

11  correct?

12    A.   Yes.

13    Q.   Did something happen after that murder

14  with the Los Carnales that caused you to have issues

15  with the SNM?

16    A.   Something happened simultaneous to my

17  shooting of the guy at the barber shop with the SNM.

18  They were -- in fact, at the moment I was killing

19  the guy for being an LC, my bosses at the North were

20  negotiating a peace treaty with them.

21    Q.   And did that cause you some heartache?

22    A.   It rubbed me all wrong, ma'am.

23    Q.   Now, did you -- prior to being indicted,

24  did you actually in your mind want to leave the SNM?

25    A.   Prior to being indicted?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    In this case?

2     A.    Yes.

3     Q.    And does that go back several years?

4     A.    It went back even before my shooting of

5  Casanova at the barber shop, but I just didn't have

6  the bravery to leave it.  I still represented it.

7  There was a great deal of hypocrisy in my thinking

8  at the time, but I didn't know how to leave it.

9  When I arrived back at the state pen at the North, I

10  observed how things were unfolding relative to the

11  SNM and the LCs and the decisions of my boss, Gerald

12  Archuleta, and it left me very demoralized and

13  dissatisfied with everything.

14     Q.    Even though you were upset with the SNM,

15  were you still being treated as an SNM member and

16  getting letters from Gerald Archuleta?

17     A.    Oh, yeah.

18     Q.    And Arturo Garcia?

19     A.    Both on the streets, as well as when I

20  returned back to the Department of Corrections, I

21  would receive correspondence from various members,

22  all the way up until the gang unit stopped allowing

23  inter-prison correspondence between prisoners.

24     Q.    Now, once you were indicted and you were

25  cooperating with the United States, were you signed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   up officially as an FBI source and did you receive

2   money on your commissary?

3        A.   Yes, ma'am.

4        Q.   Did you receive a tablet in this case,

5   with the discovery?

6        A.   Yes, ma'am.

7        Q.   And did you violate the rules of the

8   tablet and actually use the internet?

9        A.   Yes, ma'am.  When I received the tablet I

10  erased it, which thereby allowed me to access the

11  Wi-Fi and the Bluetooth of the computer.  Yes.

12       Q.   And was that against the rules?

13       A.   Yes.

14       Q.   As a result of that, were you terminated

15  as far as getting money, being an official source,

16  and getting money on your books?

17       A.   Unfortunately, yes.

18            MS. ARMIJO:  If I may just have a moment,

19  Your Honor?

20            THE COURT:  You may.

21       Q.   All right.  You've talked about throughout

22  the years, different times, whether it be the Gerald

23  Archuleta and the Julian Romero split, or anything

24  else, even though you had different factions or

25  different politics going on, did the SNM remain one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  gang?
 2      A.   Yes.  We all represented the SNM flag,
 3  even though we had different ideas of how it should
 4  operate.
 5           MS. ARMIJO:  Thank you.  I pass the
 6  witness.
 7           THE COURT:  Thank you, Ms. Armijo.
 8           Mr. Castle, are you going to go first?
 9           MR. CASTLE:  Yes, Your Honor.  Thank you.
10                 CROSS-EXAMINATION
11  BY MR. CASTLE:
12      Q.   Good morning Mr. Munoz.
13      A.   Good morning, sir.
14      Q.   Mr. Munoz, you've indicated that prior to
15  2001 -- let me ask you this.  Prior to the 2001
16  murders of Rolando Garza and Frank Castillo, were
17  you part of a committee that sanctioned and put out
18  the hits on those two people?
19      A.   I wouldn't say committee, but I certainly
20  had a leadership status.
21      Q.   Well, do you recall the first time you
22  were interviewed -- well, first time.  You've had a
23  number of interviews with the FBI, right?
24      A.   Yes.
25      Q.   And one of them, it wasn't your first, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the first time that you actually in an interview

2  told the FBI that you had information about the 2001

3  murders, do you recall telling the FBI -- and that

4  would be Mr. Acee, Special Agent Acee's right here,

5  another task force officer, Mark Myers.

6          Do you recall telling them that you were

7  part of a committee that sanctioned the hits on

8  Rolando Garza and Frank Castillo?

9      A.   I was involved in discussions, Mr. Castle,

10 but I don't think that I used the word "committee.

11     Q.   Would you like --

12          MR. CASTLE:  Let me approach the witness,

13 if I could?

14          THE COURT:  You may.

15     Q.   We'll just go through it here.  You've had

16 an opportunity to look at your reports, right,

17 Mr. Munoz?

18     A.   Yes.

19     Q.   And you appear to be a very eloquent and

20 intelligent person.

21     A.   Thank you.

22     Q.   And you've studied up on the human

23 language in your time at the prison?

24     A.   Sure.

25     Q.   So you're familiar with this report,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  right?

 2       A.   I'm pretty sure I am.

 3       Q.   And it's a December 2nd interview, like I

 4  said before?  Right?  Do you recall that?

 5       A.   I had a lot of conversations with them,

 6  but I'll accept that.  If it's an official report,

 7  it happened.

 8       Q.   And just to refresh your memory, you told

 9  them at that time that you were part of a committee

10  that sanctioned the hits on Rolando Garza and Frank

11  Castillo.  Do you see that?

12       A.   Yes.

13       Q.   Who was on the committee with you?

14       A.   Again, it was more of a series of

15  discussions that were occurring in the yard between

16  various high-ranking members.  In my own statement,

17  in my handwritten statement to the FBI, I don't ever

18  remember writing the word "committee."

19            But if the agents at the time used that

20  word, I'll accept it.

21       Q.   Well, the fact is, it couldn't have been a

22  committee when you were at PNM because you were in

23  lockdown 23 hours a day, correct?

24       A.   Yes, sir.

25       Q.   And you'd only be let out an hour a day

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492



1   and go to the rec yards; is that correct?

2        A.   Arrange for group yards with whoever we

3   wanted at the time, sir.

4        Q.   You're saying the inmates ran the asylum

5   there?

6        A.   Oh, absolutely.

7        Q.   And there are at least some records that

8   would show that you all met?

9        A.   We could ask the yard officer if we can go

10  outside with particular people, and it would happen,

11  yes.

12       Q.   Tell us about the committee that you

13  asked -- did you ask for everyone to meet together?

14       A.   I think it was Angel Munoz who said that

15  we need to decide who is going to start running the

16  SNM after a lot of the older guys leave.

17       Q.   We've already heard testimony that Angel

18  Munoz got out --

19            MS. ARMIJO:  Object as to testimony, Your

20  Honor.

21            MR. CASTLE:  I agree.

22       Q.   Angel Munoz had left the facility in 2000?

23       A.   He was coming in and out of the facility,

24  sir.

25       Q.   He was out in 2000, correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                               e-mail: info@litsupport.com

```
 1        A.    And returned right back.

 2        Q.    He returned in 2002; is that right?

 3        A.    I believe he returned a few times.  I

 4   don't know the exact date, sir.

 5        Q.    In any event, in your interviews with the

 6   FBI, have they been able to show you any

 7   documentation from the prisons that show that you

 8   and Mr. Munoz or any of these other committee

 9   members were out in the yard at the same time?

10        A.    No, sir.

11        Q.    Now, we've talked -- you talked a little

12   bit about Mr. Archuleta.  You were his right-hand

13   man, right?

14        A.    I was his subordinate, yes, sir.

15        Q.    And, in fact, I think you've called

16   yourself his right-hand man, right?

17        A.    Yeah.

18        Q.    And that that began in 1998?

19        A.    Yes.

20        Q.    Before that, you were very much loyal to

21   Angel Munoz?

22        A.    Yes.

23        Q.    And you were loyal to Mr. Archuleta from

24   1998 until when?

25        A.    Until I vocally left the SNM.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                            e-mail: info@litsupport.com

1    Q.   Which would have been around when?

2    A.   Around the end of '07, early '08.

3    Q.   And one of the things that disillusioned

4 you when you left the SNM -- you've talked a little

5 bit about that with the Government here.  One of the

6 main reasons was that you believed that when Styx

7 left in 2007, that you were to ascend to the throne,

8 right?

9    A.   I don't know about that, sir.  In 2007, I

10 had no desires to even be a part of that gang

11 anymore.

12   Q.   You don't recall indicating it was your

13 expectation that you were to rise to the level and

14 take the place of Styx once he left the facility?

15   A.   That would have been in the late '90s,

16 sir, when I had that expectation.

17   Q.   That wasn't one of the reasons you left

18 the SNM, was because you didn't rise as high as you

19 thought you should?

20   A.   No, sir.

21   Q.   We'll get back to that in a minute.  You

22 were on the tabla from the late '90s through --

23 well, through a part of the 2000s, correct?

24   A.   I don't use that word, but I certainly was

25 running things, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, do you recall testifying on February

2   15th of this year?  Do you recall that?

3    A.   I recall testifying, yes, sir.

4    Q.   And I think you actually used the word or

5   agreed with the word "tabla."

6         You were asked the question, "When did you

7   first get on the tabla?"

8         And you said, "The '90s, I'd say

9   throughout the '90s into the 2000s."

10    A.   Like I say, sir, the terminology, I

11   wouldn't use that, but I accept that I had

12   leadership status, yes.

13    Q.   What would you call it?  The board of

14   directors?  The committee?  What would you call it?

15    A.   There was only one really official tabla,

16   and that was at the main unit in '97; and then again

17   in 2006 all the way up until, I would assume, this

18   case began.

19    Q.   So when you were asked the question, "When

20   did you first get on the table?" and you said, "The

21   '90s, I'd say throughout the '90s into the 2000s,"

22   you're saying there wasn't a tabla at that time that

23   you answered, during the time period you told --

24    A.   I'm saying that I had a senior status

25   assigned to me by Angel Munoz, in addition to being

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                          e-mail: info@litsupport.com

1  part of other members having that same status, or

2  even more than me.  If you say "tabla," I don't know

3  if I accept that terminology.

4       Q.   Okay.

5       A.   But I was part of something, yeah, status.

6       Q.   Part of something that decided whether

7  people lived or died?

8       A.   Yes.

9       Q.   And I think what you've indicated is one

10 of the main reasons you got upset with the SNM and

11 left was because at the time that you were killing

12 the individual in a barber shop, other leaders of

13 the SNM were part of a truce?

14      A.   They were negotiating one, yes.

15      Q.   Yes.  And they were negotiating an end to

16 the murders?

17      A.   Yes.

18      Q.   And that upset you?

19      A.   Because they were at the same time telling

20 me to maintain the war.

21      Q.   Now, if they had continued to authorize

22 the murders, you would have stayed with the SNM?

23      A.   I'm not sure about that, sir.  Like I

24 said, I was dealing with a great deal of hypocrisy

25 in my thinking and in my decision-making at that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   time.
 2        Q.   Okay.  I want to bring you back in time, a
 3   little bit; actually, a little bit after the 2001
 4   murders of Garza and Castillo.  Okay?
 5        A.   Okay.
 6        Q.   And it was a time when you and an
 7   individual by the name of Monte Cantu --
 8        A.   Yes.
 9        Q.   -- went in and did an armed robbery at a
10   Goodwill store.  Do you recall that event?
11        A.   Yes.
12        Q.   And during that robbery, afterwards --
13             MS. ARMIJO:  Objection, Your Honor, for
14   609.  This is prior to him being an SNM member.
15             THE COURT:  Are you going into the facts
16   of the robbery, or what?
17             MR. CASTLE:  Very few facts I'm going to
18   get out about the robbery.
19             THE COURT:  Well, I have to sustain on the
20   basis of the motion.
21             MR. CASTLE:  Just to let the Court know,
22   it hasn't been past 15 years since he finished that
23   sentence.
24             THE COURT:  But the conviction has already
25   come in.  Sustained.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:   Okay.
 2    BY MR. CASTLE:
 3         Q.    Well, as a result of that robbery that you
 4    and Cantu did, you started working with the
 5    Albuquerque Police Department, correct?
 6         A.    No, sir.
 7         Q.    You don't recall working with the police
 8    department at all?
 9         A.    Not the Albuquerque Police Department,
10    sir.
11         Q.    Okay.  Then who?
12         A.    Bernalillo County Sheriff's Office.
13         Q.    Bernalillo County Sheriff's Office.  So in
14    2001 you began to work with them, correct?
15         A.    Yes.
16         Q.    And you told them about what Mr. Cantu had
17    done in the robbery, right?
18         A.    Yes.
19         Q.    Then Mr. Cantu goes to prison?
20         A.    Yes.
21         Q.    And you don't?  You get probation?
22         A.    I stayed in jail for about a year, then I
23    get released.
24         Q.    And at that point in time you were -- you
25    already knew that you had committed this murder at
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1 | the Metropolitan County Detention Center, right?

 2 |     A.    Yes.

 3 |     Q.    So that's in the back of your mind, right?

 4 |     A.    Yes.

 5 |     Q.    And so you're out on the streets when

 6 | you're cooperating with them, though, correct?

 7 |     A.    Yes.

 8 |     Q.    And they let you out, even though you had

 9 | this pending aggravated or armed robbery pending,

10 | right?

11 |     A.    I was actually sentenced for it by Judge

12 | Murdock before I was released.

13 |     Q.    To probation?

14 |     A.    Yes.

15 |     Q.    That's an extraordinarily good plea

16 | bargain, wouldn't you say, on an armed robbery?

17 |     A.    It was great.

18 |     Q.    What's that?

19 |     A.    It was great.

20 |     Q.    And that was because you cooperated?

21 |     A.    Most likely, yes.

22 |     Q.    Now, it gets around pretty fast when one

23 | defendant goes to prison on a case and the other one

24 | gets probation?  It gets around in this world that

25 | you lived in?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And it got around fairly quickly that you
 3   were -- at least it was believed that you were an
 4   informant, right?
 5        A.    I guess that's debatable, depending on
 6   what circles you're talking about, and who was
 7   sympathetic to who I was, and who wasn't.
 8        Q.    Well, do you recall that when you were
 9   working with the Bernalillo County Sheriff's Office,
10   asking to talk to the FBI?
11        A.    I don't know, sir.  You'd have to show me
12   that.
13        Q.    Do you recall being asked about the 2001
14   murder back then?  This would have been fresh in
15   your mind?  It would have been, oh, less than a year
16   after the 2001 murders?
17        A.    Yes, sir.
18        Q.    And do you recall what you told the FBI
19   about what happened?
20        A.    I don't know if I spoke with the FBI in
21   2001, sir.
22        Q.    If I showed you an FBI report, would that
23   refresh your memory?
24        A.    Sure.
25              MR. CASTLE:  It's 43684, counsel.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Mr. Munoz, this is a federal FBI report

2    dated January 22, 2002, concerning an interview that

3    you did with the FBI, with Special Agents?

4    A.   Okay.  Yes, that's me, sir.

5    Q.   And during that interview, you were asked

6    about the murders of who you said was Orlando Garcia

7    a/k/a Looney, and Frank Castillo.  Do you see that?

8    A.   Yes.

9    Q.   And Orlando Garcia is really Rolando

10   Garcia?

11   A.   Yes.

12   Q.   It's Rolando Garza, actually, the person

13   you said you knew really well throughout your life?

14   A.   Yes.

15   Q.   But you mis-named him by both his first

16   name and his last name?

17   A.   Or that was their --

18   Q.   Oh, their mistake?

19   A.   Sure.

20   Q.   And you told them you had some information

21   about that murder that happened in Southern New

22   Mexico Correctional Facility.  Do you see that?

23   A.   Yes.

24   Q.   Then you tell them that the only --

25           MS. ARMIJO:  Your Honor, I'm going to

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                                           FAX (505) 843-9492
                                                                             1-800-669-9492
                        PROFESSIONAL COURT                                   e-mail: info@litsupport.com
                        REPORTING SERVICE

```
 1   object to hearsay unless it's impeaching.  And I
 2   wasn't allowed to see whether or not it was
 3   impeaching.
 4            MR. CASTLE:  They have this report, Your
 5   Honor.  They gave it to us.
 6            THE COURT:  Well, I know they have the
 7   report.  Be careful you're not reading or soliciting
 8   hearsay.  Let me hear the question.
 9   BY MR. CASTLE:
10       Q.   You've testified today that Mr. Garcia not
11   only told you -- you ordered him to do it, but
12   afterwards he kind of, in a way, admitted that he
13   had committed it, right?
14       A.   I didn't order him.  I lobbied him.
15       Q.   Okay.  You lobbied him?  That's what
16   you're saying today, right?
17       A.   Sure.
18       Q.   But in 2002 what you're telling the FBI
19   is, the only information you have about that murder
20   is you heard rumors that Baby Rob carried the hit?
21       A.   I don't believe I ever said that to them,
22   sir.
23       Q.   Okay.  This is a report of your
24   statements, correct?
25       A.   Sure.  Yeah.
```



SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                               e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   Here it is, right?  It says that?

2      A.   Um-hum.

3      Q.   And you're saying that the FBI agent just

4  has it wrong?

5      A.   It's quite possible, yes.

6      Q.   Now, you talked about -- while we're up

7  here, you've talked about the murder that you

8  participated -- you said you took responsibility for

9  the murder of Felix Martinez, Animal?  Do you recall

10  that?

11      A.   Yes.

12      Q.   Well, and you admitted you did that,

13  right?

14      A.   Yes.

15      Q.   Well, in 2002 you were actually talking to

16  the FBI and asking them if, you know, if you

17  cooperated whether your charges could be dismissed

18  and you could be relocated to another state in

19  exchange for cooperation with the federal

20  government?  Do you see that?

21      A.   Yes.

22      Q.   And what you told them there was,

23  concerning the Felix Martinez murder, was something

24  very different than what you told us today?  And

25  that is that you said, "The hit on Mr. Martinez came

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   from Milan and was carried through by three

 2   individuals.  One individual held Martinez down

 3   while the other two strangled him.  Munoz did not

 4   witness this murder, but heard rumors"?

 5        A.   Yes.

 6        Q.   So in 2002, you wanted your freedom in

 7   return for blaming other people for the murder you

 8   committed?

 9        A.   That entire paragraph is accurate except

10   for my involvement in it, yes.

11        Q.   Well, the question was:  In 2002, you were

12   willing and wanted to get your freedom?

13        A.   Yes.

14        Q.   And move to another state, get out of your

15   felony, get your felony dismissed, and what you were

16   willing to do in return for that is blame an

17   innocent person for the murder you committed?

18        A.   I was blaming my co-defendants.  I just

19   was not admitting my involvement in it.

20        Q.   Okay.  So that's an instance, would you

21   agree, where you didn't take responsibility?

22        A.   Yes.

23        Q.   And, in fact, you were trying to shift the

24   responsibility and get your freedom out of it?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And also in 2002, you told the FBI that

2  you have already been burned and are on the outs

3  with the gang?  Do you recall telling them that?

4      A.    Yes.

5      Q.    Okay.  So this is 2002.  I think some of

6  the statements that you said some of the defendants

7  made to you was after 2002, right?

8      A.    Can you be more specific?

9      Q.    Well --

10     A.    I've seen so many statements.

11     Q.    I represent Billy Garcia, so I only pay

12 attention to what you said about him.  Okay?  We'll

13 move on.

14          Now, the cooperation that you had with the

15 Bernalillo County Sheriff's Department allowed you

16 to avoid another charge altogether.  Do you recall

17 that?

18     A.    I don't know what that means, but what

19 charge?

20     Q.    If I told you a little bit about the

21 facts, would it refresh your memory?

22     A.    Yeah, sure.

23          MS. ARMIJO:  Your Honor, I'm going to

24 object at this point, especially if he wasn't

25 convicted or charged.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            MR. CASTLE:  It's the benefit he received,
 2   Your Honor, in return for cooperation.
 3            THE COURT:  Well, he says doesn't know, so
 4   let me let Mr. Castle refresh, then we'll hear his
 5   question, then I'll decide whether the question is
 6   appropriate.  Overruled.
 7   BY MR. CASTLE
 8       Q.   In regard to the Goodwill robbery, you
 9   weren't arrested immediately that day, were you?
10       A.   I was on the run, and I was arrested by a
11   repeat offender task force that's tasked with
12   finding fugitives.
13       Q.   But it wasn't the same day; it was a few
14   weeks after?
15       A.   Yes.
16       Q.   And when you were arrested and pulled
17   over, do you recall that you pointed your pistol at
18   a police officer?
19       A.   Yes.
20       Q.   And you were never charged with that?
21       A.   I believe it was in the charges, sir.
22       Q.   Well, you think you pled guilty to that?
23       A.   I didn't plead guilty to it, no.
24       Q.   Okay.  In fact, I think you're right.  You
25   were charged with aggravated assault on that, right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.  The officer's name was Rockheart.
 2      Q.   And you got away with that because of this
 3 cooperation that we're talking about that you had
 4 back in 2002?
 5      A.   Yes.  Those charges were dismissed.
 6      Q.   And when you were arrested for that, they
 7 interviewed you.  Do you recall that?
 8      A.   Who is "they," sir?
 9      Q.   The police.
10      A.   Yes.
11      Q.   And in regard to the Goodwill robbery, you
12 just said, "I was in the wrong place at the wrong
13 time"?
14           MS. ARMIJO:  Objection; hearsay.  And,
15 Your Honor, this is clearly going into your ruling
16 on 609.
17           MR. CASTLE:  This is different, I think,
18 Your Honor.  If I could, this is a character trait
19 of denying guilt and blaming others when you're
20 facing charges.
21           THE COURT:  Well, sustained.  I think we
22 are going into the circumstances of the charges that
23 were the subject of a conviction.  Sustained.
24 BY MR. CASTLE:
25      Q.   In any event, you didn't take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   responsibility in court for that event with the

 2   police officer, correct?

 3        A.    No.

 4        Q.    And what you worked out with the

 5   Bernalillo County Sheriff's Office was a quid pro

 6   quo -- I think those are your words -- that they'd

 7   release you, and you'd do the work that Detective

 8   Martinez wanted you to do; is that right?

 9        A.    Yes.

10        Q.    And what he wanted you -- the reason you

11   knew Detective Martinez was because he had a close

12   association with Angel Munoz?  Do you recall that?

13        A.    I don't believe so, sir.  I believe he

14   discovered Angel Munoz through me, or he discovered

15   Angel was involved in certain behavior because of

16   me.

17        Q.    Okay.  He asked you about --

18             MS. ARMIJO:  Objection; hearsay.

19             MR. CASTLE:  That's correct.

20        Q.    You were clandestinely working for

21   Detective Martinez while still kind of living the

22   SNM life, right?

23        A.    Yes.

24        Q.    You were living a dual life?

25        A.    Absolutely.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          Q.    As kind of a dual agent?

2          A.    Yes, sir.

3          Q.    Murdering people for the SNM, while

4    working for the police department, right?

5          A.    Yes, sir.

6          Q.    But you weren't telling the police

7    department or the sheriff' office about your crimes,

8    right?  You were getting away with those?

9          A.    I asked, if I was in a position where I

10   had to defend my life, I'm going to do what I have

11   to do. They said, "Do what you need to do, but try

12   not to get involved in those kinds of events."

13         Q.    We're not talking about defending your

14   life when you walk in a barber shop and blow a

15   person away, right?

16         A.    Well, it was a confrontation.  It was

17   warfare.  My understanding in that scenario, if I

18   don't kill them, I'm going to get killed.  Sure.

19         Q.    Okay.  So if there is a confrontation,

20   even though the other person is unarmed, you feel

21   that it's justified to kill that human being?

22         A.    Like I say, sir, I was a hypocrite.  But I

23   was still representing the gang, yes.

24         Q.    And you think that was authorized by the

25   Bernalillo County Sheriff's Office?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Most certainly it wasn't.
 2        Q.    You never told them about what you were
 3  doing on the outside, some of these crimes that
 4  you're talking about, right?
 5        A.    No.
 6        Q.    What you did do when you were cooperating
 7  with Detective Martinez was that you provided
 8  information on some of your enemies?
 9        A.    On whoever he asked me to.
10        Q.    Well, they often were your enemies, people
11  you wanted out of the way?
12        A.    I don't know if that's fair, sir.
13        Q.    Well, were you or were you not?
14        A.    I mean, he would ask me to give them
15  information on a particular member.  I would go out
16  and do my best to get it.
17        Q.    Were any of those your enemies?
18        A.    It's quite possible, sure.
19        Q.    I just wanted take make sure that we have
20  this right about that report we're talking about,
21  January 22, 2002.  I think you said that some of it
22  might be inaccurate?
23        A.    Sure.
24        Q.    This is an interview with a number of
25  people that were there with you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    I referred to terminology, sir.

2          Q.    Do you recall if there were a number of

3    people there at that interview?

4          A.    There was quite a few.  I met with

5    multiple law enforcement task forces throughout my

6    --

7          Q.    What we're talking about is the 2002 one.

8    This is the first time that you ever talked to the

9    FBI, right?

10          A.    I guess so, yeah.

11          Q.    Okay.  And present were STG coordinators

12    Joe Romero and Leroy Pino?

13          A.    That's what I'm trying to do, is remember

14    the venue.  Because there were different law

15    enforcement representatives from different agencies

16    comprising a task force.

17          Q.    Well, you would have been interviewed at

18    the Central New Mexico Correctional Facility?

19          A.    I was transported from there to the FBI

20    building in Albuquerque.

21          Q.    So you recall this interview?

22          A.    Yes.

23          Q.    Okay.  So all we're trying to get at is

24    who was present.  It wasn't just the FBI, but they

25    also had STG coordinators from the Department of

SANTA FE OFFICE                                                                                         MAIN OFFICE
119 East Marcy, Suite 110                                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                          Albuquerque, NM 87102
(505) 989-4949                                                                                          (505) 843-9494
FAX (505) 843-9492                                                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  Corrections, right?

 2       A.   Yes.

 3       Q.   And there was also task force officers for

 4  the gang task force.  Do you recall that?

 5       A.   Yes.

 6       Q.   And then it looks like two different FBI

 7  agents, Jennifer Sparks and Daniel Howington. Do you

 8  recall that?

 9       A.   They might have been there.  But I don't

10  know those names personally.

11       Q.   It's been a long time, right.  In any

12  event, they wanted to know what you could provide in

13  terms of information about the SNM?

14       A.   Right.

15       Q.   And once again, when it came to the 2002

16  murders, you didn't tell them that you had any

17  information on Billy Garcia, correct?

18       A.   I'm not sure.  I might have withheld that,

19  yes.

20       Q.   Well, do you want to look at the report

21  again?

22       A.   No, sir.

23       Q.   Well, you're saying you withheld; but what

24  you told the FBI is you only heard rumors about what

25  happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I might have been obfuscating and

 2 equivocating.  Yeah, that's right.

 3      Q.   Well, you weren't present at the Southern

 4 New Mexico Correctional Facility at the time, right?

 5      A.   No, sir.

 6      Q.   Not at the time.  I'm sorry.  At the time

 7 of the murders; is that right?

 8      A.   No, sir.

 9      Q.   Now, I think you've claimed today that

10 you've had kind of two events with Mr. Garcia, both

11 in the same pod, but one happened before he left for

12 Southern and one when he came back, right?

13      A.   Yes.

14      Q.   And so where did these occur again?

15      A.   We lived together, so we would see each

16 other in the yard.  We would discuss things outside.

17 We lived on the same tier.

18      Q.   You lived in the same tier at the time of

19 both the conversations, okay.  On January -- we'll

20 come back to that in a minute.

21           So after the Goodwill robbery and you get

22 the suspended probationary sentence, was there a

23 crime that you committed that revoked that sentence

24 and put you back in the prison until this day?

25      A.   That would be the barber shop murder, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.  There was the barber shop murder

2  and there was the '98 murders they caught you for

3  after that, right?

4      A.    Yes.

5      Q.    And when you went in and pled guilty on

6  the barber shop murder, right, there was a death

7  penalty here in New Mexico, right?

8      A.    I believe there was.

9      Q.    And one of the advantages of that plea

10 bargain that you reached was that you avoided the

11 death penalty?

12     A.    Sure.  I don't know if the DA was ever

13 seeking the death penalty, sir.

14     Q.    Well, you took a life sentence?

15     A.    Yes.

16     Q.    And I think you said it was a nolo

17 contendere plea, right?

18     A.    No contest.

19     Q.    That's where you don't have to admit your

20 guilt, right?

21     A.    Yes.

22     Q.    So you didn't take responsibility for that

23 crime at that time, right?

24     A.    Not at that moment in time, sir.

25     Q.    Now, your decision to get into the SNM was



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   actually kind of a family decision, wasn't it?

 2        A.   That's my introduction to it, yes.

 3        Q.   Well, it was Marty Barros, that was

 4   like -- what was he?

 5        A.   He was my girlfriend's uncle, so I

 6   considered him my uncle.

 7        Q.   Okay.  And so he was a leader in the SNM?

 8        A.   Yes.

 9        Q.   In the 2002 interview, you talked to the

10   FBI about -- you actually told them you had

11   information on your girlfriend's uncle that you

12   could provide, right?

13        A.   Quite possibly, yes.

14        Q.   I mean, you were so desperate to get out

15   of, I guess, your responsibility --

16        A.   That's fair.

17        Q.   -- that you were willing to give up

18   information on your girlfriend's uncle?

19        A.   Yes.

20        Q.   And that was somebody you were very close

21   to?

22        A.   Yes.  The female or her uncle?

23        Q.   Well, that's all right.  I think you've

24   already answered the question.

25             And just before we leave that, when you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    talked to them about the murder of Felix Martinez,

2    you actually told them that one person held him down

3    and two others strangled him, right?

4         A.   I don't know if I said that, sir.

5         Q.   Do you want to take a look at the report

6    again?  You said -- do you recall telling them that

7    you heard rumors that a person by the name of --

8    well, an individual held Martinez down while the

9    other two strangled him; is that right?

10        A.   I may have said that.

11        Q.   And what I think the truth is, that you're

12   saying now, is that you were the only person who

13   strangled him, right?  You were the sole person who

14   strangled him?

15        A.   It was my hands that used the sheets to

16   kill him, sir.

17        Q.   And then Mr. Lujan; what was his role?

18        A.   Just held his wrists down.

19        Q.   That's all?

20        A.   Yes.

21        Q.   Okay.  He didn't actually tie the knot

22   around the neck?

23        A.   No.  That was me.

24        Q.   That was you.

25             The person that committed the 2001

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  murders, a person by the name of Baby Rob, I want to

2  ask you a little bit about that.  Baby Rob was also

3  someone who was vying for leadership in the SNM at

4  that time, right?

5      A.   When I met him, he already was a leader.

6      Q.   Okay.  And at this time that you were

7  talking to the FBI, in 2002, you were still trying

8  to climb the ranks in the SNM; correct?

9      A.   Oh, yeah.

10      Q.   So one of the reasons -- the reason you

11  told him -- you tried to point him in the direction

12  of Baby Rob, even though you knew he didn't do it,

13  was because you were trying to eliminate competition

14  again?

15      A.   I don't know if that was my motive, sir.

16      Q.   Okay.  Well, can you tell the jury why --

17  you're saying today Baby Rob had nothing to do with

18  it, right?

19      A.   Yes.

20      Q.   So why would you blame somebody for a

21  murder that they didn't commit?

22      A.   I think at that stage in my life, sir, I

23  was living in a world of -- like I say, many times,

24  which I've stated to the FIB, you know what I mean?

25  Hypocrisy.  And I really wanted to go home.  I just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    didn't know how to make the right decisions at that

 2    time.  I'm not denying that.

 3         Q.   Yeah, hypocrisy is where you are living --

 4    you have a goal of -- maybe a good goal -- you have

 5    a good angel on your shoulder and a bad angel on

 6    your shoulder, right?

 7         A.   I guess that's one way to say it.

 8         Q.   So I'm trying to talk to you about the bad

 9    angel.  What was the reason -- what was the bad

10    reason that you were trying to blame another person,

11    who you'd sworn loyalty to in the SNM, for a murder

12    they didn't commit?

13         A.   I think I just wanted to get out at the

14    time.

15         Q.   Okay.  So now if you actually had

16    information about who committed the murders, you

17    could have given that information and gotten out at

18    the time, right?

19         A.   Sure.

20         Q.   But you had two goals in that situation.

21    Number one, you wanted to get out, but you also

22    wanted to get rid of one of your rivals?

23         A.   And I was also distrustful of the FBI and

24    the APD, and the events of my life at that moment,

25    so I was probably -- I had multiple agendas at that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

 

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   time.
 2        Q.   Well, you provided information about
 3   Corrections officers that you thought were dirty,
 4   right?
 5        A.   It's possible, sure.
 6        Q.   You told them about a Pat Ortiz that you
 7   claim was smuggling drugs into the facility, right?
 8        A.   Yes.
 9        Q.   And you told them a bunch of stuff.  I
10   don't want to go through it all, but you gave them a
11   lot of information, right?
12        A.   Yes.
13        Q.   And they told you essentially that they
14   needed to vet that --
15             MS. ARMIJO:  Objection; hearsay.
16             MR. CASTLE:  It's not for the truth of the
17   matter asserted, Your Honor.
18             THE COURT:  Well, what is its purpose,
19   then?
20             MR. CASTLE:  Maybe I can ask it a
21   different way.
22   BY MR. CASTLE:
23        Q.   They never came back after you provided
24   them that information in 2002, did they?
25        A.   I don't believe so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   They didn't buy what you were selling?

2      A.   I don't know.

3           MS. ARMIJO:   Objection; foundation.

4           THE COURT:   Well, if he knows that they

5  didn't, if they rejected the information, I'll allow

6  him to testify as to that.

7      A.   I don't know, sir.

8      Q.   Well, they didn't come back and give you

9  your freedom and dismiss the case against you,

10  right?

11     A.   What time?  What moment in time was this?

12     Q.   In 2002, you asked -- you said that --

13     A.   Can you give me the month, though, is what

14  I'm asking.

15     Q.   In January of 2002, you were trying to do

16  a quid pro quo, where your charges were dismissed,

17  you'd be relocated to another state in exchange for

18  the information?

19     A.   I was released after that, sir.

20     Q.   Not by the FBI, right?

21     A.   I think the matter had to be adjudicated

22  by the District Attorney in Bernalillo County.

23     Q.   The FBI never came back in 2002?

24     A.   No, sir.

25     Q.   2003, 2004?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    2005?

 3        A.    No.

 4        Q.    And the folks down here in Las Cruces or

 5   in the prisons didn't come back to you for more

 6   information about the 2001 murders in 2002, 2003,

 7   2004, 2005?

 8        A.    No.

 9        Q.    Now, this murder of Felix Martinez.  He

10   was a good friend of Billy Garcia's right?

11        A.    I don't know that.

12        Q.    You don't know the relationships?

13        A.    No.  I know they're from the same street

14   gang.

15        Q.    Were you aware that Felix Martinez was an

16   OG?

17        A.    Yes.

18        Q.    That means an original gangster and one of

19   the original people that formed the gang?

20        A.    I don't know that, sir.

21        Q.    What do you define OG as?

22        A.    Somebody who is very senior, been around

23   quite a long time.

24        Q.    And were you aware or did you know that

25   Felix Martinez was the one who brought Billy Garcia
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   into that?
 2        A.   No.
 3             THE COURT:  Mr. Castle, would this be a
 4   good point for us to take our morning break?  All
 5   right.  We'll be in recess for about 15 minutes.
 6             All rise.
 7             (The jury left the courtroom.)
 8             THE COURT:  All right.  We'll be in recess
 9   for about 15 minutes.
10             (The Court stood in recess.)
11             THE COURT:  All right.  We'll go back on
12   the record.  I think we have all the defendants in
13   the courtroom, the attorneys for each one of the
14   defendants.
15             The jury wanted to send a card to
16   Mr. Moore.  They wanted to get one and circulate it.
17   Do you see any problem with that, Ms. Armijo?
18             MS. ARMIJO:  No, Your Honor.
19             MR. CASTLE:  Would it be appropriate also
20   for the Court and the parties to send him one, to
21   discharge the juror?
22             THE COURT:  Yeah.  Why don't I pick one up
23   in the morning, and I'll bring it in and circulate
24   it.  It might be best if I paid for it and brought
25   it.  So I'll stop at Walmart in the morning and get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  us one and circulate it around.  I guess it's good
 2  news that they're bonding back there.
 3            MR. SINDEL:  Good news?
 4            THE COURT:  You don't think that's good
 5  news?
 6            MR. SINDEL:  I don't know.
 7            THE COURT:  You don't know?  Anything we
 8  need to discuss before we bring the jurors in?
 9            MR. BLACKBURN:  I'm assuming we're
10  breaking early?
11            THE COURT:  So if we get the jury in here,
12  we'll go to 11:30, and then y'all can do your food
13  trucks.
14            (A discussion was held off the record.)
15            MS. ARMIJO:  Can we ask the jury if they
16  prefer the food trucks?
17            THE COURT:  They've already told us on
18  Wednesdays they want food trucks, so we don't have
19  to ask.  They're with Mr. Lahann on this one.
20            (A discussion was held off the record.)
21            (The jury entered the courtroom.)
22            THE COURT:  All right.  Everyone be
23  seated.  The answer is "Yes."  If y'all want to get
24  a card and circulate and send it to Mr. Moore, that
25  would be fine.  I think we're going to do the same
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  thing in the courtroom, and I know that would be

 2  appreciated.

 3          All right.  Mr. Munoz, I'll remind you

 4  that you're still under oath.  Mr. Castle, if you

 5  wish to continue your cross-examination of

 6  Mr. Munoz, you may do so at this time.

 7          MR. CASTLE:  Yes.  Thank you, Your Honor.

 8          THE COURT:  Mr. Castle.

 9  BY MR. CASTLE:

10      Q.   When we broke, Mr. Munoz, we were talking

11  about the murder of Felix Martinez.

12      A.   Yes.

13      Q.   The orders that were given to you by Angel

14  Munoz, where were you given those orders?

15      A.   At Milan, New Mexico.

16      Q.   And Milan is a facility?

17      A.   It's a correctional facility, but it holds

18  county jail inmates as well as state prisoners in

19  1998.

20      Q.   And was Leonard Lujan at Milan with you at

21  the time that Angel Munoz provided the orders?

22      A.   Yes, sir.  We were both county jail

23  inmates from Albuquerque.

24      Q.   So he ordered the two of you to do it,

25  right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And then he left it up to y'all to figure

 3    out details, the means and the methods, right?

 4        A.    Yes.

 5        Q.    And that's when you ended up going to the

 6    old county jail and committed that murder?

 7        A.    Yes, sir.

 8        Q.    And you recruited an extra individual,

 9    right?

10        A.    Yes.

11        Q.    Now, if I'm right, you practiced the

12    murder with your two co-conspirators on a couple of

13    occasions so that you could get all the timing down

14    and to make sure that all the kinks were worked out

15    before you committed the murder, right?

16        A.    Yes, sir.

17        Q.    And even afterwards, you set up that the

18    plan was to set up a diversion with some African

19    American inmates afterwards?

20        A.    Yes.

21        Q.    And the -- what happened was that you all

22    started an altercation with these African American

23    inmates so that they'd be suspected of, perhaps,

24    killing Felix Martinez?

25        A.    Yes.  I wanted to confuse the issue for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    law enforcement.

 2         Q.   You wanted them to think perhaps it was

 3    the African American inmates that murdered Felix

 4    Martinez as a result of this confrontation between

 5    the Latino inmates and the African Americans?

 6         A.   Yes.

 7         Q.   So once again, your goal was not to take

 8    responsibility, but to shift the blame to someone

 9    else?

10         A.   Yes.

11         Q.   You were interviewed on that day, right?

12         A.   Yes, sir.

13         Q.   And were you honest with them?

14         A.   No, sir.

15         Q.   What did you tell them?

16         A.   I gave them some BS answer and tried to

17    get out as quickly as possible.

18         Q.   Now, you talked about -- I believe in

19    2007, you actually took responsibility, right?

20         A.   Yes, sir.

21         Q.   Between when you committed the murder in

22    '98 and when you pled guilty in 2007, do you recall

23    writing poetry or rap lyrics --

24         A.   Sure, yes.

25         Q.   -- about that murder?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, probably, sir.  I wrote a lot of
 2   poetry in 1998, so I'm pretty sure I wrote about
 3   that.
 4        Q.    And I want to see if you recall one.
 5        A.    Okay.
 6        Q.    We're not going to go through all of it,
 7   but this is one that was intercepted by the STIU
 8   officers that you sent to your mom.  Tell me if this
 9   is about the Animal murder:  "Because I'm kicking
10   that ass, and that's the way it goes, just like the
11   motherfucker who met his death.  Can't stand a fence
12   jumper so I took his breath.  My name is Playboy,
13   Syndicato forever.  I beat a murder rap because I'm
14   so fucking clever."
15        A.    Those are my words, sir.
16        Q.    And you're talking about the murder of
17   Felix Martinez, right?
18        A.    Yes.
19        Q.    Because you considered him a fence jumper?
20        A.    Yes.
21        Q.    Do you know when that was intercepted?
22        A.    Had to have been in late 1998.  I was at
23   the South unit when I was writing those poems.
24        Q.    And even though it was intercepted, you
25   weren't charged in '98, were you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.
 2        Q.    Let's talk about what got you charged with
 3   that in 2007.  Okay?
 4        A.    Okay.
 5        Q.    Do you recall that on March 1, 2007, a
 6   detective from the Albuquerque Police Department
 7   came and talked to you at PNM?
 8        A.    Yes, sir.
 9        Q.    So you were at PNM in March of 2007;
10   correct?
11        A.    Yes.
12        Q.    And they showed you a search warrant they
13   had for your DNA?
14        A.    Yes.
15        Q.    And they told you --
16              MS. ARMIJO:  Objection; hearsay.
17              MR. CASTLE:  Well, it's not for the truth
18   of the matter.  It's to show why he did what he did.
19              THE COURT:  I'll allow this question.
20   It's just a "Yes" or "No" question, whether they
21   showed the search warrant.  So I'll allow the
22   question and go from there.  Overruled.
23   BY MR. CASTLE:
24        Q.    I think you already answered, but they
25   showed you a search warrant, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And they told you they had DNA from the

 3   crime scene?

 4             THE COURT:  Sustained.

 5             MR. CASTLE:  Your Honor, I'm showing why

 6   he confessed.

 7             THE COURT:  I think you can get that out,

 8   why he confessed, without going through what they

 9   told him.

10   BY MR. CASTLE:

11        Q.   Well, Detective Martinez was investigating

12   the murder of Animal, Felix Martinez, correct?

13        A.   I spoke with Rich Lewis, an APD officer,

14   about it.

15        Q.   Okay.  So it was Rich Lewis.  But he was

16   investigating that murder, right?

17        A.   Yes, sir.

18        Q.   And he said he had a search warrant for

19   your DNA?

20        A.   Yes, sir.

21        Q.   And you knew at that time you had

22   strangled -- how did you strangle Mr. Martinez

23   exactly?

24        A.   With a bed sheet, sir.

25        Q.   Okay.  And your hands are on the bed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  sheet?

 2       A.   Yes, sir.

 3       Q.   Did you come in contact with Mr. Martinez?

 4       A.   Yes, sir.

 5       Q.   You were probably -- during the struggle,

 6  you were sweating?

 7       A.   I know my DNA was on it.

 8       Q.   So before you ever made any admissions to

 9  it, when they came and got your DNA, you kind of

10  knew what was going to come down the line, right?

11       A.   Yes.

12       Q.   And it was at that time you cut a deal

13  with the police, right?

14       A.   They presented an offer and I accepted it,

15  sir.

16       Q.   Okay.  And so what the deal was -- let me

17  perhaps back up a little.  You had already been

18  convicted on the 2003 Contreras murder, right?

19       A.   Yes, sir.

20       Q.   So you were already doing a life sentence?

21       A.   Yes, sir.

22       Q.   And the deal you worked out was, for the

23  Animal murder, that it would be a concurrent deal

24  with the Contreras murder?

25       A.   Yes, sir.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1      Q.   And a concurrent deal means that they run
 2 together?
 3      A.   Yes.
 4      Q.   And unless there is some "less time
 5 served" issues, a concurrent deal results in very
 6 little, if any, extra time for you, right?
 7      A.   Technically, yes.
 8      Q.   Right.  So it was essentially a freebie?
 9      A.   Yes.
10      Q.   So at that point in time after you were
11 given this offer, you jumped on it, right?
12      A.   Yes.
13      Q.   And that's an awesome offer, right?
14      A.   Yes.
15      Q.   It's up there with the probation offer you
16 got for doing an armed robbery?
17      A.   Yes.
18      Q.   So at that point in time you made a
19 statement in return for this deal; correct?
20      A.   For the Animal murder?
21      Q.   Right.
22      A.   Yes.
23      Q.   But you weren't honest with them, right?
24      A.   I only admitted what I did, sir.
25      Q.   In fact, you said that you would only
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  admit your involvement, but not any of your

2  co-conspirators?

3      A.   That was the District Attorney's

4  stipulation.

5      Q.   They didn't want you to tell them what --

6  who else was involved?

7      A.   In the letter I received from the District

8  Attorney's Office through APD Officer Rich Lewis,

9  the District Attorney only required that I admit my

10 involvement.  She explicitly said I'm not required

11 to name other --

12     Q.   But before that happened, you said that

13 the only way you'd make a statement is if you didn't

14 have to implicate the other people, right?

15     A.   I might have said that.

16     Q.   In fact, I think you just said it on

17 direct examination, right?

18          So you were trying to kind of protect

19 Leonard Lujan -- well, not trying -- you were

20 protecting Leonard Lujan when you made that

21 statement?

22     A.   That's fair.

23     Q.   And do you recall when you went in and

24 pled guilty to that?

25     A.   You're talking about in the courtroom, the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    day of?

2         Q.    Yes.

3         A.    Yes.

4         Q.    And you talked to the judge about your

5    opinions on the matter, right?

6         A.    Yes.

7         Q.    And during that, you told him you wouldn't

8    say who the other participants were?

9         A.    I don't know if I refused to answer any

10   direct question like that, sir.

11        Q.    Well, do you recall there being newspaper

12   articles that were written right after that about

13   your case and that murder and your plea of guilty

14   and sentencing?

15        A.    Right, yes.

16        Q.    And that was something you saw right after

17   that, right, was in the newspapers?

18        A.    Yeah.  I came across it at the

19   penitentiary, yeah.

20        Q.    And do you recall that in the newspapers,

21   it said that you pled guilty but refused to

22   implicate anyone else in the crime?

23        A.    That was probably the reporter's summary

24   of it, yes.  She says "refused," but I was never

25   asked and refused.

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                            Albuquerque, NM 87102
(505) 989-4949                                                                                          (505) 843-9494
FAX (505) 843-9492                                                                              FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   What you told -- in that interview that
 2   you did with the police before you pled guilty, is
 3   that you said that you acted alone, and that you
 4   designed and calculated the murder of Inmate
 5   Martinez; is that right?
 6        A.   Yes.
 7        Q.   You said to them that Inmate Martinez put
 8   up a hell of a fight while you were strangling him,
 9   and how you had to straighten up the cell after the
10   murder?
11        A.   Yes.
12        Q.   And, of course, didn't implicate anyone
13   else?
14        A.   Right.
15        Q.   So at that point it shifted from it was
16   African American inmates who did the murder, to just
17   you?
18        A.   Yes.
19        Q.   Once again, that wasn't true?
20        A.   Partially true.
21        Q.   Partially true, partially false, right?
22        A.   Yes.
23        Q.   And that's what you did in an open court?
24        A.   Yes.
25        Q.   With a judge?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I was only required to admit my guilt,
 2   sir.
 3        Q.    Okay.  And was that a no contest plea?
 4        A.    It was a guilty plea.
 5        Q.    Now, by the time you made those
 6   admissions, I think you said that you were
 7   disillusioned with the SNM?
 8        A.    Yes.
 9        Q.    And you'd been disillusioned with them
10   since 2001 -- 2003, I thought you said --
11        A.    It was when I began to have a desire to
12   have a stable life with a woman that I really began
13   to question my whole entire existence in the gang.
14        Q.    Okay.  I want to go back for a moment.
15   Between the time that you did the Felix Martinez and
16   the Contreras murders, it was during that time
17   period that the split between Julian Romero and Styx
18   happened, right?
19        A.    It actually occurred before those murders,
20   the 2003 murders, sir.
21        Q.    Between the '98 and the 2003 murders?
22        A.    Oh, yes.  Yes.
23        Q.    And so it would have been -- do you
24   recall, around the summer of 2000, that it was that
25   Julian Romero got out of prison and started to live
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1  with Styx's wife?

2       A.    That's probably accurate, yeah.

3       Q.    And one of the things that really set off

4  everything -- and tell me if you recall this -- is

5  that Angel Munoz had a Christmas party in 2000, and

6  Julian Romero showed up with Styx's wife?  Do you

7  recall that?

8       A.    I don't know that.

9       Q.    But it was around that time?

10      A.    It was common knowledge what was happening

11  between Julian and Gerald's wife.

12      Q.    Right.  And people were taking up sides?

13      A.    Yes.

14      Q.    And one side didn't like the other side?

15      A.    Over those circumstances, yes.

16      Q.    Right, and to an extent that Styx wanted

17  to kill Julian; correct?

18      A.    Yes.

19      Q.    And Styx's followers wanted to kill

20  Julian's followers?

21      A.    Yes.

22      Q.    Now, in March 2003, I think you've

23  indicated that you tried to kill Julian Romero.  Do

24  you recall that?

25      A.    Yes.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492
                                                                            1-800-669-9492
                                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   But you also shot at Lilly?

 2      A.   Yes.

 3      Q.   So that was a woman who did not have a hit

 4 order on her, did she?

 5      A.   She was the woman that created the

 6 friction between Gerald and Julian.

 7      Q.   Okay.  So you made a decision to not only

 8 kill Julian, but to kill her?

 9      A.   Yes.

10      Q.   And, unfortunately for you, the gun kind

11 of ran out of the bullets before you could kill the

12 two of them, right?

13      A.   After I fired the entire clip, we left.

14      Q.   You didn't have any more bullets.

15           But they lived, right?

16      A.   They lived.

17      Q.   And afterwards, who was your -- who is the

18 guy that you said -- your homie that was with you?

19      A.   His name was Shamon Pacheco.

20      Q.   Do you recall that you and Shamon are

21 leaving from that shooting, right?

22      A.   Yes.

23      Q.   And you're really pumped up?

24      A.   Oh, yes.

25      Q.   You were excited?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                            1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1     A.    Yes.

2     Q.    And at that point you decide:   I'm on a

3  roll, I'm going to go try to kill Billy Garcia?

4     A.    I wanted to find out where we stood.

5     Q.    Well, do you recall calling up Billy and

6  trying to get him to meet you someplace?

7     A.    Yes.

8     Q.    And you were going to kill him, right?

9     A.    I was going to shoot him, yes.

10     Q.    And Billy was just a little too smart for

11  that and wouldn't meet with you, would he?

12     A.    You say "smart."   I say he was a coward.

13     Q.    Oh, okay.   So what kind of gun did you

14  have when you were shooting Romero?

15     A.    It was a nine millimeter.

16     Q.    And what kind of gun did you pick up to

17  try to kill Billy with, since you had no more

18  bullets left for that one?

19     A.    It was the same one.

20     Q.    So you had some more bullets somewhere?

21     A.    We had extra clips.

22     Q.    As far as Lilly was concerned, you

23  actually didn't run out of bullets when you were

24  trying to shoot Julian.   He jumped over a wall,

25  right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.  So I finished the clip by shooting

 2   the remainder of the bullets at Lilly.

 3        Q.   At this point in time, she ran over

 4   towards the house?

 5        A.   No, she stayed in the car the whole time.

 6        Q.   Well, do you recall that their child was

 7   at the house?

 8        A.   I believe their oldest son was answering

 9   the front door when he heard the shooting.

10        Q.   Okay.  And bullets were fired at him, at

11   the house, too?

12        A.   We shot at him, yes.

13        Q.   Was that part of the hits, was to kill the

14   kid?

15        A.   No, sir.

16        Q.   You've written about that, that murder, as

17   well, right?

18        A.   What murder?

19        Q.   No, no, the attempted murder of Julian,

20   Lilly, and their child?

21        A.   Yes.

22        Q.   And you're kind of proud of what happened

23   there, right?

24        A.   Yes.  I was at that time, yeah.

25        Q.   At the time you wrote about it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And that was to the FBI, you wrote this

 3   letter about it, right?

 4        A.    Yeah.

 5        Q.    When was that?

 6        A.    If it's my statement that you're saying

 7   this comes from, I believe that was in 2016, maybe.

 8        Q.    Does it sound like it might have been

 9   December 24, 2015?

10        A.    Yes.

11        Q.    And so at that point you were still proud

12   of what you had done, right?

13        A.    Not proud of it, but I did it.

14        Q.    Yeah.  And that would have been Christmas

15   Eve, 2015.  You took that sacred moment to write how

16   proud you were that you shot at Julian Romero, his

17   wife, and his kid?

18        A.    When I did the shooting, sir, I was proud

19   of it.

20        Q.    Now, you weren't always honest about that

21   shooting either, were you?

22        A.    No, sir.

23        Q.    In fact, the day after the shooting

24   happened, your probation officer had heard about

25   this shooting and confronted you about it, right?
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                          1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1    A.    Yes, sir.

2    Q.    And you were dishonest with him?

3    A.    Yes.

4    Q.    Going back to the Contreras murder for

5  just a minute, who did you say was with you at that

6  murder?

7    A.    It was myself; Ronnie Mendoza; my

8  then-girlfriend, Bernadette Elwell; and Ronald -- I

9  mean Ronnie Mendoza's girlfriend, Marissa.

10   Q.    After that murder, the police went to talk

11 to you, too.  Do you recall that they arrested you?

12   A.    They arrested me that night, sir.

13   Q.    And interviewed you?

14   A.    Yes.

15   Q.    And you blamed it on your homie that you

16 were with?

17   A.    Yes.

18   Q.    Instead of taking responsibility yourself?

19   A.    Yes.

20   Q.    As far as the attempted murder of Julian

21 and his family, we talked about you talking with the

22 probation officer.  When you talked to the probation

23 officer, did you also try to blame Shamon, perhaps,

24 for doing that?

25   A.    No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, didn't you bring up Shamon's name

2  with the probation officer?

3    A.   I'm not sure if I did or not, sir.

4    Q.   As far as trying to kill Billy Garcia, you

5  were trying to lure him to a meeting with you,

6  right?

7    A.   I asked him if we could meet.

8    Q.   Well, you were luring him to a location so

9  you could murder him, right?

10    A.   I offered battle, yes.

11    Q.   But what you told him was something

12  different.  Do you recall what you told him?

13    A.   I tried to talk to him.  He didn't want to

14  talk to me.

15    Q.   Well, what you told him was, "Hey, I just

16  heard that Julian and his family, someone shot up

17  Julian and his family, and I'm here for you, man.

18  I'm here out of concern for you.  I'd like to get

19  together with you."

20         You wanted to console him?

21    A.   I don't believe I told him that.

22    Q.   Do you recall being interviewed on

23  February 2nd of 2015?

24    A.   By the federal agents, maybe.

25    Q.   Yes.  Do you recall that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   Then you also did that follow-up letter on
 3   Christmas Eve, right?
 4        A.   Yes.
 5        Q.   What you wrote about that is a little
 6   different than what you've testified about today.
 7   What you wrote was, "We got on the freeway" -- you
 8   and Shamon -- "and headed due east.  I decided right
 9   then and there to kill Wild Bill.  I called his
10   cellphone.  It was disconnected.  I called his
11   nephew.  I told his nephew, 'Where the fuck is your
12   uncle?' I told him to call that fat fuck to call
13   me."
14             You're talking about Billy Garcia, right?
15        A.   Yes.
16        Q.   "I told Shamon that I'd decided to murder
17   Wild Bill's fat ass too."
18        A.   Yes.
19        Q.   Wild Bill called you?
20        A.   Yes.
21        Q.   You asked him his location?
22        A.   Yes.
23        Q.   He said -- well, I'm not going to get into
24   what he said because that's hearsay, what Mr. Garcia
25   said.  But you told him --
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
1              MS. ARMIJO:  Your Honor, I'm going to
2    object.  He's not reading the complete statement.
3    And it is hearsay.
4              THE COURT:  Well, I think some of it is
5    impeachment, and some is not.  Don't read such long
6    passages.  Let's take a question at a time and give
7    Ms. Armijo an opportunity to object.
8              MS. ARMIJO:  And if we could also have the
9    Bates number?
10             MR. CASTLE:  43767.
11             THE COURT:  If it's for impeachment, let's
12   try to peg it to something that Mr. Munoz has said.
13   BY MR. CASTLE:
14        Q.  Well, you specifically told Mr. Garcia,
15   "Let's meet right now so we can sort all this shit
16   out in person."  Right?
17        A.  Yes.
18             MS. ARMIJO:  And, Your Honor, I'm going to
19   object.  That's clearly not impeachment.
20             THE COURT:  I think it is.  Overruled.
21        Q.  A month after the attempted murder on
22   Julian and the attempted setup murder of Billy
23   Garcia, that was when you did the Contreras murder,
24   right?
25        A.  Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   And you had used the same gun, right, kept
 2    the same gun?
 3        A.   Yes.
 4        Q.   And, again, you've written about that
 5    murder as well in your Christmas Eve letter to the
 6    FBI?
 7        A.   Right.
 8        Q.   Do you recall?  And, again, you were very
 9    proud of that murder you did, in that letter?  Do
10    you recall?
11        A.   Yes.
12        Q.   And the thing that you were really upset
13    about after that murder -- you were upset a little
14    bit after that murder, right?  Do you recall?
15        A.   Yes.
16        Q.   And what you were upset about was that
17    some of the bullets had damaged your car?
18        A.   Yes.
19        Q.   And then you had to get rid of that car?
20        A.   Yes.
21        Q.   And that was when you told the police that
22    your good friend --
23             MS. ARMIJO:  Objection; hearsay.
24             THE COURT:  Well, if you want me to, I'll
25    have to figure out what the statement is before I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   can make that determination.

 2       Q.   And that was when you told the police that

 3   your good friend Shamon --

 4            THE COURT:  Why don't you approach, and

 5   let me see the statement.  I don't know what it is.

 6   I can't make a determination.

 7            (The following proceedings were held at

 8   the bench.)

 9            MR. CASTLE:  You guys have this.  This is

10   not Bates stamped.  Your Honor, this is a report of

11   the Bernalillo County Sheriff's Department, their

12   interview of Mr. Munoz after the shooting.  It was

13   on exactly the same day.  And what their report says

14   is highlighted in yellow, about what Mr. Munoz's

15   statement is.

16            MR. ARMIJO:  What is the Bates No.?

17   Because I don't have that.

18            MR. CASTLE:  I can give that one to you.

19            THE COURT:  But aren't you offering that

20   for the truth?

21            MR. CASTLE:  No.  It's not the truth.  In

22   fact, he didn't lend his car to his friend Shamon.

23   He had his car, and he did the shooting.  This is

24   not a true statement.  This is not a true statement.

25            THE COURT:  Well, he hasn't testified

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  about this yet, has he?

2          MR. CASTLE:  He has testified about it on

3  direct.  He talked about the Contreras shooting at

4  the barber shop.

5          THE COURT:  Well, I know, but he hasn't

6  talked about this car and stuff.  So it's not being

7  offered to impeach yet, because he hasn't denied it

8  at this time.

9          MR. CASTLE:  No, I'm not offering it for

10  the truth.  I'm offering it to show he was dishonest

11  with the police and blamed his best friend for that

12  murder.  That's what I'm trying to do.

13          MR. ARMIJO:  He already admitted that.  He

14  was asked questions about it and said that he did

15  try to blame Shamon.  So it's not --

16          MR. CASTLE:  He did?

17          MR. ARMIJO:  Yeah.

18          MR. CASTLE:  I stand corrected, Your

19  Honor, if that's already been admitted to by the

20  witness.  I accept your -- does anyone else remember

21  that?

22          MR. BURKE:  What's that?

23          MR. CASTLE:  That he admitted that he

24  blamed Shamon for the murder of Contreras.

25          MR. ARMIJO:  You said, "Did you try and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   blame your friend?"
 2           MR. CASTLE:  I may have done that, Your
 3   Honor.  She's refreshing my recollection, so I think
 4   I've already gotten there.
 5           THE COURT:  All right.
 6           (The following proceedings were held in
 7   open court.)
 8           THE COURT:  Mr. Castle.
 9   BY MR. CASTLE:
10       Q.   You have talked earlier about why you left
11   the SNM?
12       A.   Yes.
13       Q.   And that it was the incident where they
14   were working on a truce while you were shooting
15   Contreras that caused disillusionment, right?
16       A.   Among others, yeah.  Yes.
17       Q.   And you indicated earlier, when I asked
18   you that one of the reasons -- or you denied that
19   one of the reasons that you left the SNM was because
20   you expected that when Gerald Archuleta left the
21   prison, that you would be left in charge.  You're
22   denying that, right?
23       A.   I was arguing about the timing, sir, years
24   ago when I said that or believed that.
25       Q.   Well, in 2006, when Gerald Archuleta got
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                         1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  out of jail, you expected that you would be the one

2  that would be appointed, anointed the new leader;

3  correct?

4       A.   I don't know if I expected that.

5       Q.   Well, you told the FBI on December 2,

6  2015, interview at page 2462 of Baca, that

7  approximately in 2006 when Gerald Archuleta was

8  discharged that you expected to be left in charge.

9  Do you recall telling them that?

10      A.   I may have said that.  I think I meant in

11 the late '90s, sir, when he was released.

12      Q.   Let me show you the report if I can.  I

13 think I showed you this report earlier, Mr. Munoz.

14 It's the December 2, 2015, interview with Agent Acee

15 and Officer Mark Myers.  And I want you to read this

16 section where you're talking about what led to your

17 disillusionment with the SNM, and specifically this

18 section I'm pointing to.  Right?

19      A.   "He just" --

20      Q.   I apologize.  Read it to yourself.

21      A.   Yeah, I remember.

22      Q.   So when questioned about your

23 disillusionment with the SNM, you told them about

24 two things.  One, this thing about them doing a

25 truce with the Los Carnales.  And the second was

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   that you expected in 2006, when Gerald Archuleta was

2   discharged, that you'd be left in charge?

3        A.   Yes, that's what it said on the thing.

4        Q.   And that's when you decided you were going

5   to split from the SNM?

6        A.   Yes.

7        Q.   And you did it kind of very publicly; is

8   that right?

9        A.   Yes.

10       Q.   You went on TV, on a special on -- I think

11  it was MSNBC?

12       A.   Yes, sir.

13       Q.   And what you did there is, you told them

14  you left the SNM, right?

15       A.   Yes.

16       Q.   But your main complaint was your prison

17  conditions?

18       A.   Yes.

19       Q.   So your request was to kind of publicize

20  how poorly you were being treated?

21       A.   I think the show was following us around

22  for a week, letting us tell our story, whatever that

23  story was.  So I was free to discuss whatever

24  subject matter I wanted to.

25       Q.   Now, prior to that and prior to Styx

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   leaving the facility and you not being left in

 2   charge, you were living at PNM, right?

 3        A.   Yes.

 4        Q.   And you were in the 2-A J pod, I think is

 5   what it was?

 6        A.   I was living in the housing unit for a

 7   time, yes.

 8        Q.   And that pod had several people that were

 9   loyal to Styx?  Do you recall that?

10        A.   I don't know if it was J pod, sir, but it

11   was probably O pod in the same housing unit.

12        Q.   Okay.  In any event, it was a pod there

13   with SNM individuals, right?

14        A.   Yes.

15        Q.   And many who were loyal to Styx, and not

16   to Julian Romero?

17        A.   I'd have to know who was there, but he had

18   quite a lot of loyalists, sir.

19        Q.   Do you recall that the people that were

20   there with you at that time were Leroy Lucero,

21   Shamon Pacheco, Johnny Garcia, Ben Clark?

22        A.   That was in 1998, sir.

23        Q.   Oh, okay.

24        A.   You're talking about another moment in

25   time at the 2-A J pod, South unit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    That would have been after '98?

 2        A.    That was in 1998, in the fall of 1998,

 3   after I returned to the Department of Corrections.

 4        Q.    Would that have been when Leroy Lucero was

 5   on kind of a tabla for Angel Munoz?

 6        A.    Leroy was subordinate to me in 1998, sir.

 7        Q.    What was your reputation as an SNM member?

 8   What was your particular --

 9        A.    I was known as somebody who would do dirt.

10   I would put in work for the gang.

11        Q.    Well, I think your reputation was as a

12   killer, right?

13        A.    Yes.

14        Q.    Now, when you debriefed, you haven't told

15   the FBI every piece of work you did for the SNM,

16   have you?

17        A.    I relayed my story the best I remember it,

18   sir, all of the violence I did on behalf of the

19   gang, yes.

20        Q.    You can't remember all of it, though?

21        A.    I'm pretty sure I remember quite a bit of

22   it.

23        Q.    You strangled people?

24        A.    Yes.

25        Q.    Stabbed people?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I never stabbed anybody.

 2        Q.    Never stabbed anybody.  Shot people?

 3        A.    Yes.

 4        Q.    I think -- well, you liked Styx, Styx's

 5   brand of politics?

 6        A.    Yes.

 7        Q.    Over some of the older people like Billy

 8   Garcia, Julian Romero, right?

 9        A.    That's fair, yes.

10        Q.    And the reason you liked it is because

11   that with Styx, he ran his portion of the SNM like a

12   general, right?

13        A.    Yes.

14        Q.    He wasn't like the others, where he might

15   just be getting high?

16        A.    Yes.

17        Q.    He was more into the violence?

18        A.    Yes.

19        Q.    And he wasn't just one of those -- I think

20   you've written about it, saying he wasn't one of

21   those gun-shy politicians?

22        A.    Right.

23        Q.    Now, was there a point in time where Angel

24   Munoz went back into the facility, maybe in 2002,

25   that time period?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    "Facility" meaning the jail, county jail?

 2        Q.    Or prisons.  Incarcerated.

 3        A.    Yes.

 4        Q.    And do you recall attending a meeting with

 5   him and Styx Archuleta?

 6        A.    That's quite possible, yes.

 7        Q.    And it was -- the meeting was to select a

 8   successor to head the entire SNM?

 9        A.    That would have been in the late '90s,

10   sir, at the North unit.

11        Q.    Okay.  So at that point, were you

12   nominated?

13        A.    Yes, by Gerald Archuleta.

14        Q.    Did you become the top dog?

15        A.    I became a very senior member, yes.

16        Q.    And I believe you've written at that point

17   in time Angel loved you and Styx above all else?

18        A.    Yes.

19        Q.    Now, you talked about going back to the

20   MDC, the Metropolitan Detention Center, right?

21        A.    Yes.

22        Q.    Were you in there -- I believe you were in

23   there the same time as Gerald Archuleta?

24        A.    Yes.  We didn't live in the same housing

25   unit.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Right.

 2      A.   But we were in the facility at the same

 3 time, yes.

 4      Q.   They wouldn't let you live in the same

 5 housing, right?

 6      A.   Yeah, they prevented us from living

 7 together.

 8      Q.   Because you were a murderous duo?  I think

 9 that's what you've written.

10      A.   Yes.  They knew our relationship.

11      Q.   And you said that you and Styx were the

12 driving force behind virtually all of the internal

13 SNM bloodshed from '98 to 2000?

14      A.   Yes.

15      Q.   '98 to 2007?

16      A.   Yes.

17      Q.   There were others that were participants

18 in that campaign, but it was your campaign of

19 violence, yours and Styx's campaign of violence?

20      A.   Yes.

21      Q.   As far as the violence that you've

22 committed for the SNM, I only want to talk about it

23 if it's for the SNM.  Do you recall being ordered by

24 Angel Munoz and Gerald Archuleta in 1998 to murder

25 Leroy Torres?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    You didn't commit that, right?

 3        A.    No, sir.

 4        Q.    But you organized a team to do that

 5   murder, right?

 6        A.    Yes.

 7        Q.    And that team was Benjamin Clark, Leroy

 8   Lucero, and Manuel Chavez?

 9        A.    Yes, sir.

10        Q.    But I guess unfortunate for you all, but

11   fortunate for Mr. Torres, he survived, right?

12        A.    Yes.

13        Q.    And you were also involved in the decision

14   and carrying out of a murder that was supposed to

15   happen against a person by the name of Manuel

16   Maldonado, right?

17        A.    Yes, sir.

18        Q.    And one of the things that Mr. Torres and

19   Mr. Maldonado had in common is, they were both kind

20   of a splinter -- they were part of a group that was

21   different than the Styx group, right?

22        A.    Yes.

23        Q.    And so in addition to -- you've talked

24   about the attempts to kill some of the Julian Romero

25   people, and Julian Romero himself, but you also were
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   part of the Styx group that was trying to murder

 2   this Maldonado-Torres group, right?

 3        A.   Yes.

 4        Q.   As far as work for the SNM in 2001 when

 5   you were released from prison, did you commit

 6   numerous armed robberies of drug dealers,

 7   Muslim-owned gas stations?

 8        A.   Yes, sir.

 9        Q.   Things of that nature, right?

10        A.   Yes.

11        Q.   They haven't made you admit to that as

12   part of your plea bargain.

13        A.   No, sir.

14        Q.   And you haven't been held responsible for

15   that?

16        A.   No, sir.

17        Q.   The Metropolitan Detention Center you were

18   at, while you were there, you ordered a couple more

19   individuals, by the names of Billy Baca and Julian

20   Moore, to kill another person by the name of Joe

21   Gordon, right?

22        A.   Yes.

23        Q.   And that's because Joe Gordon had talked

24   some smack about you?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.    So for that, he was to die?

 2      A.    He aligned himself with Julian Romero.  So

 3  for that, he was to die.

 4      Q.    One of the ways you can get the

 5  opportunity to kill someone right in the prison is

 6  to try to get them moved closer to the people you

 7  want to kill them, right?

 8      A.    Yes.

 9      Q.    And if there is a way that you can maybe

10  manipulate the guards and the Corrections officers

11  to get someone moved into a unit where they can be

12  murdered, that's a common tactic, right?

13      A.    It facilitates it, yes.

14      Q.    And that includes a rival within the SNM?

15      A.    With the same objective, you mean?

16      Q.    Right.

17      A.    Yes.

18      Q.    And there are many ways to do that, right,

19  to get someone moved?

20      A.    Yes.

21      Q.    One of them is to drop some information

22  about them that might get them moved to a different

23  unit, right?

24      A.    Yes.

25      Q.    And that doesn't have to be true?



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        A.    Yes.

2        Q.    It can just be false?

3        A.    Right.

4        Q.    You can blame them for something they

5   didn't do, so that they go in with the killers and

6   get killed, right?

7        A.    Yes.

8        Q.    And getting someone to go somewhere, to be

9   moved somewhere so they could be killed, is

10  something you've done in your career, right?

11       A.    You would have to be more specific about

12  that.

13       Q.    Okay.  You did it with Billy Garcia?  You

14  tried to get him to move from wherever he was

15  staying, to a place where you could ambush him and

16  murder him?

17       A.    You're referring to the night that I shot

18  Julian Romero?

19       Q.    Yeah.

20       A.    Yes.

21       Q.    Do you know an SNM member by the name of

22  Popeye?

23       A.    Yes, I do.

24       Q.    And do you recall ordering his murder?

25       A.    Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And that was because he assaulted you,

2 right?

3    A.   Yes.

4    Q.   And once again, Popeye was associated with

5 Julian Romero?

6    A.   Yes.

7    Q.   Now, you know that we have all the

8 information on you from the prison records and the

9 internal files and things like that, right?

10    A.   Yes, sir.

11    Q.   And in preparation for today, were you

12 shown those things so you'd know what you were going

13 to be questioned about and would have to admit?

14    A.   I don't know what you mean, sir.  It was

15 all part of discovery information.  Like my pen pack

16 and that sort of thing was on the tablet.

17    Q.   Sure.  And as part of your deal here, you

18 have to admit those things?

19    A.   Yes, sir.

20    Q.   Okay.  Now let's talk about the first time

21 that you talked to the FBI after 2002.  Okay?

22    A.   Okay.

23    Q.   So this would have been after you went

24 forward on the TV show, right, and told them a bunch

25 of things?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Right.
 2        Q.   You actually sat down with the FBI in
 3   2009.  Do you recall that?
 4        A.   Yes.
 5        Q.   Do you recall that was with an FBI agent
 6   by the name of Sonya Chavez?
 7        A.   Yes, sir.
 8        Q.   And that's something you know of right
 9   now, right?  You know Sonya Chavez?
10        A.   Yes, sir.
11        Q.   And she's now the US Marshal?
12        A.   Yes, sir.
13        Q.   And that's somebody that you are hoping
14   will speak on your behalf when it comes time to try
15   to get a reduction?
16        A.   I don't know if I'm getting my sentence
17   reduced, sir.
18        Q.   Well, during that interview -- do you
19   recall it was a pretty lengthy interview that Sonya
20   Chavez had with you, with some other people,
21   including Rich Lewis?
22        A.   Yes, sir.
23        Q.   And during that interview, they talked to
24   you all about the SNM.  Do you recall that?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And they talked to you about different

2   crimes that you were aware of?

3     A.   Yes.

4     Q.   They never cut you off, right?

5     A.   What do you mean, cut me off?

6     Q.   They didn't say, "Look, okay, we've got to

7   get going.  Wrap it up"?

8     A.   No, sir.

9     Q.   They let you speak about all kinds of

10  murders, including the ones that you talked about or

11  you committed?

12    A.   We talked about my own personal murders,

13  yes.

14    Q.   And they even covered the year 2001.  Do

15  you recall?

16    A.   It's quite possible, sir.

17    Q.   Well, do you recall that in all that huge

18  interview you did, you never told them you either

19  had knowledge about the 2001 murders of Rolando

20  Garza or Frank Castillo, did you?

21    A.   I don't believe we got into any of those

22  murders, except for my own stuff, sir.

23    Q.   Oh, let's talk about that.  You talked to

24  them about crimes committed by the Los Carnales?

25    A.   Right.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        Q.    SNM?

2        A.    Right.

3        Q.    You talked about murders that you were not

4   part of.  Do you want to see the report?

5        A.    Yes, please.

6        Q.    Do you see you talk about assaults

7   committed by Robert Martinez?

8        A.    Yes.

9        Q.    Okay.  That's not you, right?

10       A.    No, sir.

11       Q.    That's one example.

12       A.    That's not a murder, sir.

13       Q.    Okay.  Sorry.  You talk about Leonard

14  Lujan, right?

15       A.    Yes, sir.

16       Q.    You talk about different murders that you

17  committed, right?

18       A.    Yes.

19       Q.    You talk about the year 2001.  They're

20  talking to you about that, right?  When you went

21  back home, when you returned to prison, things of

22  that nature, right?

23       A.    Yes.

24       Q.    And this is what?  Ten pages?

25       A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Nowhere in that interview did you ever say

2  you had any information about the 2001 murders at

3  Southern New Mexico Correctional Facility, right?

4      A.    No, sir, we didn't get into any of that.

5      Q.    And you didn't say, "Guess what?  I have

6  information on Billy Garcia, where I told him to do

7  the murder, or I lobbied for it"?  Right.

8      A.    No, sir.

9      Q.    And you said just a few minutes ago that

10 you were trying to tell them about all the murders

11 that you were part of, right?

12     A.     I was supposed to meet with them again,

13 and we never got into any of that stuff, sir.

14     Q.    So among all the murders that you said you

15 were involved in, you never mentioned, "Hey, I

16 lobbied for these 2001 murders to happen with Billy

17 Garcia"?

18     A.    Like I said, sir, we were scheduled for

19 another meeting, but the facility Warden didn't --

20     Q.    I'm not asking you about that.  In this

21 entire interview, you don't say, "Hey, guess what?"

22     A.    No.

23     Q.    "Billy Garcia and I had a discussion about

24 the killing of two people"?

25     A.    No.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.   Two human beings, simultaneous murders?

2        A.   No.

3        Q.   Committed by the SNM.  In fact, you don't

4   mention that until after these indictments came

5   down, right?

6        A.   Yes.

7        Q.   And that was -- let's talk a little bit

8   about it.  You asked to be indicted, right?

9        A.   Yes.

10       Q.   And it wasn't because you were -- out of a

11  sense of responsibility that you wanted to be

12  indicted federally, right?

13       A.   I was finally able to get everything off

14  my chest.  So, yeah, in a way it was for me to get

15  it all out, yes.

16       Q.   And I believe the reason you've stated is

17  because you wanted to go to the federal system?

18       A.   Sure, that was part of it.  Yeah.

19       Q.   Okay.  Because if you got indicted

20  federally, then you would get a federal sentence and

21  you wouldn't have to rot in the New Mexico

22  Corrections Department, right?

23       A.   Yes.

24       Q.   The same department that you'd complained

25  on MSNBC about?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    And you'd instead get to go to the federal

 3   prison?

 4        A.    Yes.

 5        Q.    And be treated better?

 6        A.    I would certainly hope so.

 7        Q.    So after you designed -- you kind of had a

 8   say in what your plea agreement would be, right?

 9        A.    Oh, that's generous, sir.  I mean, I don't

10   have no authority to tell anybody from the program

11   what to do.

12        Q.    I agree, it is generous.  But they did

13   talk to you about it.  You asked to be indicted, and

14   you had a say-so in what you'd admit to and what you

15   didn't admit to, right?

16        A.    Absolutely not.  I'm required to tell them

17   my whole story, sir.

18        Q.    Now, I want to show you your plea

19   agreement.  All right?

20        A.    Yes.

21        Q.    I'm going to show you your plea agreement.

22   Does this look like your plea agreement here?

23        A.    Yes.

24        Q.    And I want to go to the section that talks

25   about what you're admitting --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Right.

2        Q.    -- is true.  Okay?  Do you see it has all

3   kinds of things in here that you admitted?

4        A.    Right.

5        Q.    And you read this before you signed it?

6        A.    Sure.

7        Q.    It goes chronologically.  Let's go to the

8   year 2001.  And are you admitting in here at all

9   that you had this conversation with Billy Garcia,

10  where you lobbied for him to murder Lujan and

11  Garza -- I mean, sorry -- Mr. Castillo and Mr.

12  Garza?

13       A.    I wrote that in my statement to the FBI,

14  sir.

15       Q.    I'm asking if it's in the plea agreement?

16       A.    No, sir, I don't see it in the plea

17  agreement.

18       Q.    And this supposed meeting you had with him

19  on the tier afterwards, is that anywhere in here?

20       A.    No, sir.

21       Q.    Let me guess.  During those two meetings

22  you say you had with Billy Garcia, nobody was

23  present, right?

24       A.    Well, we were present with a lot of people

25  outside in the yard.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Oh, okay.  Who overheard this

2    conversation?

3    A.   Well, it was me and Mr. Garcia.  There

4    were a lot of SNM members such as --

5    Q.   Go ahead?

6    A.   -- Dan Sanchez; I believe Marty Barros was

7    there at the time.  There were a lot of people

8    present in the yard, sir.

9    Q.   Do you recall about a month ago us being

10   in this courtroom and asking you about statements?

11   A.   Yes.

12   Q.   And do you recall at that point in time, I

13   asked you the same exact question about whether

14   anybody was present and overheard this supposed

15   discussion you had with Mr. Garcia, and you said

16   "No, no one"?

17   A.   I don't know, sir.

18   Q.   You don't know?  You said it was out in

19   the yard.

20   A.   Yes, sir.

21   Q.   Wait a second.  Earlier in the testimony,

22   you said it was on your tier that you were at during

23   tier time.

24   A.   No, sir.  No, we never had tier time

25   together, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    Q.    Okay.  That is what you stated on direct.

2   You said that you had a conversation with him in the

3   same living unit, in the same housing unit, and that

4   you lived in the same, and you had this discussion.

5   Do you recall that?

6    A.    Yes.

7    Q.    But now it's out on the yard?

8    A.    Oh, yeah.  We talk between stuff in the

9   yard that's quite intimate.

10    Q.    In any of your statements have you

11   indicated that someone else was present when this

12   supposed discussion was happening?

13    A.    I'm not sure, sir.

14    Q.    By the way, when we looked at the plea

15   agreement, there was nothing about your attempted

16   murder of Julian Romero that you had to admit,

17   right?

18    A.    I believe it was possibly in there, sir.

19   I don't know.

20    Q.    Let's go ahead and look.  It would have

21   been in 2003.  Oh, there.  Okay.  Julian Romero was

22   shot, right?

23    A.    Yes.

24    Q.    And how about Billy Garcia, your attempt

25   to lure him, to get to murder him?  Is that in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  there?

 2       A.   No, sir.

 3       Q.   So when you and your lawyer negotiated

 4  with the Government, Billy Garcia's life didn't

 5  merit an admission of guilt, correct?

 6       A.   I don't choose what gets put in that plea,

 7  sir.

 8       Q.   In that plea agreement you didn't have to

 9  admit to pointing the gun at the police officer,

10  either, right?

11       A.   No, sir.

12       Q.   Is there anything about attempting to

13  murder Julian's wife, Lilly?

14       A.   No, sir.

15       Q.   Or the child?

16       A.   No, sir.

17       Q.   Now, after you got on TV, complained about

18  your confinement, and then after you started working

19  with the FBI after the indictments came down --

20  okay?  So it's after all those events happened,

21  right?

22       A.   Right.

23       Q.   Your conditions improved in the prison,

24  didn't they?

25       A.   Slightly, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   You got to move into a pod with other

2  cooperators, right?

3      A.   I was in the general population facility

4  before the federal case, sir.  But yes, I was

5  allowed to live in a pod with cooperators.

6      Q.   And you had more visits, got more phone

7  time?

8      A.   I think I had the same status that I did

9  while I was in another Level 3 facility, meaning I'm

10  allowed to use the phone as much as I want.  I'm

11  allowed visits according to the visiting schedule

12  days of the facility.

13      Q.   That wouldn't normally happen for somebody

14  who was a two-time murderer and who had admitted to

15  doing numerous acts of violence on behalf of the

16  prison gang, right?

17      A.   Well, sir, I was already convicted for

18  both of those murders on the state level after the

19  Department of Corrections released me to a Level 3

20  facility.  So those murders were on the record, sir,

21  while I was at a Level 3 facility.

22      Q.   Well, let's just move on.  You've had

23  events where your family has been able to come in

24  and meet with you, right?  It's not ordinarily

25  offered to other inmates.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Visits with your family are offered to
 2   everybody.
 3        Q.    Well, a pizza party and things like that,
 4   right?
 5        A.    I didn't attend the pizza parties, sir.
 6        Q.    Okay.  Well, let's talk about your tablet
 7   for a minute.  I want to show you a protective
 8   order.
 9              MR. CASTLE:  If I can approach the
10   witness?
11              THE COURT:  You may.
12        Q.    Those tablets, there was an order entered
13   by the Court, right, about what you could use the
14   tablets for?
15        A.    Yes.
16        Q.    And you couldn't use it -- that's an order
17   of the Court, right?
18        A.    Right.
19        Q.    And you were ordered not to do anything
20   improper, other than look at your discovery, right?
21        A.    Right.
22        Q.    How did you manage to get around the
23   security system that the United States marshals and
24   the FBI worked on?  How did you get around that?
25        A.    By manipulating the battery preset system.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1  It bypasses the blocks that were placed by the

2  Windows program.

3       Q.    Pretty ingenious, kind of?

4       A.    Mostly dumb luck, I'd say.

5       Q.    Okay.  Well, then you used -- in violation

6  of the Court order, you used that tablet to do some

7  very bad things, right?

8       A.    That's certainly subjective.  I mean --

9       Q.    Well, you did some internet searches that

10 weren't part of the protective order, right?

11      A.    Yes, sir.

12      Q.    I don't want you to get into too many of

13 them, but I want you to tell the jury what you were

14 doing with your tablet, let's say January 31, 2017,

15 at 6:28 in the morning.  What were you doing with

16 your tablet, searching?

17           MS. ARMIJO:  Your Honor, may I see?  I

18 don't know what he's showing the witness.

19           MR. CASTLE:  You were provided that in the

20 last trial -- I mean last hearings in February.

21           MS. ARMIJO:  I realize that, but I need to

22 see what you're showing him.

23           MR. CASTLE:  This is a summary of his.

24           MS. ARMIJO:  All right.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTLE:

2       Q.   What were you doing when you weren't

3  looking at your discovery, what were you searching?

4       A.   I was researching the subject matter of

5  incest.

6       Q.   Okay.  Tell the jury what your term was.

7       A.   Okay.  Why do I want to have incest with

8  my mom?

9       Q.   It says disgusting things -- I'm not going

10  to go into the rest of it -- with your mother,

11  right?

12       A.   Okay.  Sure.

13       Q.   Now, part of the rules of the SNM that you

14  lived by was something that society doesn't accept,

15  which is that you don't accept people that have

16  same-sex relationships, right?

17       A.   Yes.

18       Q.   But you were searching things about that,

19  too, right?

20       A.   Yes.

21       Q.   You were exploring disgusting acts, that

22  you thought were disgusting as an SNM member, right?

23       A.   Sure.

24       Q.   Other hideous things, right, about women

25  doing things that I can't even read into the record?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Oh, yeah.

 2        Q.    Go ahead.

 3        A.    Okay.  Women dipping their feet in semen.

 4        Q.    There is dozens and dozens of disgusting,

 5   deviant, inhumane things that you were looking up

 6   about other human beings with your spare time in

 7   prison, right?

 8        A.    Yes.

 9        Q.    And you wouldn't have got to do that if

10   you weren't a cooperator with the Government?

11        A.    I would have been issued a tablet along

12   with anyone else, sir.

13        Q.    Well, only the cooperators did this

14   ingenious bypass and violated the Federal Court

15   order, to your knowledge, right?

16        A.    Yes.

17        Q.    Sir, let me ask you:  It sounds like, at

18   this point, what you're trying to portray is that at

19   this point in time you've changed your life, right?

20        A.    I think I've made better decisions for

21   myself now.

22        Q.    Okay.  And you're coming forward out of a

23   sense of morality?

24        A.    Yes.

25        Q.    Is that a "Yes"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes.

 2       Q.   To the goodness of mankind?

 3       A.   I just don't believe in the idea of gangs

 4  anymore now.

 5       Q.   Bring you closer to God?

 6       A.   No.  I have a whole question about God,

 7  but --

 8       Q.   In fact, I think you've stated in phone

 9  calls to your mother that --

10            MS. ARMIJO:  Objection; hearsay.

11            MR. CASTLE:  Well, I'm asking.  Okay, I'll

12  ask it a different way.

13       Q.   You, sir, "wipe your ass with God"?

14  That's your words?

15       A.   I don't know if I've ever said that, but

16  it's quite possible, yeah.  I don't think that's any

17  of your business what my faith is or my lack

18  thereof.

19       Q.   Sir, you're the one that brought your

20  morality in this courtroom and put it here before

21  the jury.  And you're telling this jury that because

22  of your morality, they should believe you when you

23  say that Billy Garcia made a statement.  You're the

24  one that put your morality at issue, correct?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you're getting a benefit out of that,

 2   so we're going to discuss it.   You make phone calls

 3   from the prison, right?

 4        A.   Yes.

 5        Q.   And you know they're recorded?

 6        A.   Yes.

 7             MS. ARMIJO:   Your Honor, may we approach?

 8             THE COURT:   You may.

 9             (The following proceedings were held at

10   the bench.)

11             MS. ARMIJO:   It appears that Mr. Castle

12   has a series of transcripts which do not have Bates

13   stamps numbers.   I believe Mr. Beck brought this up

14   yesterday.   We have never received reciprocal

15   discovery.   If he's going to be questioning him

16   about anything specific, we would request copies of

17   the transcripts that they are going to be impeaching

18   with, and we would request it before he starts this

19   line of questioning.   That's why we specifically

20   asked for that before.

21             And also, I'm going to be objecting unless

22   it is something that's inconsistent, because it's

23   clearly bringing in hearsay with specific calls.

24   But I would need to see them first.

25             MR. CASTLE:   Your Honor, these are all
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   tape recordings that the Government has.  We asked

2   that they be transcribed so I can read it.  I can't

3   sit there with a microphone in my ear, to remind me

4   of what it said.

5           I'm not introducing them.  I'm not going

6   to show them to the jury.  It's just for me to be

7   able to say, "Isn't it true you said the following,"

8   and then if he says --

9           THE COURT:  Is there any problem with

10  getting a quick copy of this?

11          MR. CASTLE:  No, no.  We'll give them a

12  copy of it.

13          THE COURT:  There you go.

14          MR. ARMIJO:  Then the other issue is, Your

15  Honor, morality is 404(b).  It doesn't go to his

16  truthfulness.  So I'm going to object on the basis

17  of 404(b).

18          MR. CASTLE:  Your Honor, they opened the

19  door to this.  They brought in that he had a change

20  of heart; he lived through the hypocrisy; but now

21  he's cured that hypocrisy.

22          THE COURT:  Well, I think morality is a

23  term you don't normally hear around the courtroom,

24  but I think it's close enough to his credibility

25  that I probably will allow these questions.  We're

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  going to have to be careful, though.  If he admits

 2  saying these things, which he's been pretty

 3  forthcoming, then there is not going to be a whole

 4  lot of need to impeach him.

 5         I don't think you can just read the

 6  transcripts.  They can't come into evidence.  So I

 7  think he's going to give you whatever you want.  But

 8  if he doesn't, then you can impeach him.  Otherwise,

 9  probably the material can't come.

10         Let's give it a try.

11         (The following proceedings were held in

12  open court.)

13         THE COURT:  All right.  Mr. Castle.

14  BY MR. CASTLE:

15     Q.   Mr. Munoz, I'm going to go through these

16  kind of chronologically, but not necessarily the

17  same topic.  Okay?  The first area I want to really

18  talk to you about is what you've been told you're

19  going to get in return for your cooperation, right?

20  Or what your expectations are, right?

21     A.   Right.

22     Q.   And when the Government has talked to you,

23  they brought you into their offices on numerous

24  occasions, right?

25     A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                 1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1      Q.   And they let your mom come there with you

2  at times?

3      A.   Yes.

4      Q.   And she gets to bring in some pizza or

5  things that she brings, things of that nature?

6      A.   Yes.

7      Q.   So you get to eat stuff that you wouldn't

8  get to eat otherwise on the streets, right?

9      A.   Yes.

10     Q.   And the officials will tell you things

11  about your potential sentence, right?

12     A.   Yes.

13     Q.   And you discuss with them back and forth

14  what your goals and your hopes are, right?

15     A.   Yes.

16     Q.   Some of the things that you would tell

17  them is that you wanted them to assist you in

18  requesting certain reductions, or actually clemency

19  for your state sentences, right?

20     A.   Yes, I discussed that.

21     Q.   And tell the jury what that is.  What's

22  clemency?

23     A.   It's a power bestowed to the governor to

24  reduce a person's conviction, say from 20 years to

25  10 years, if the governor wants to do that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Well, you've actually asked for pardon,

2    too, right?  That's one of your goals, is a pardon?

3    A.   No, sir.

4    Q.   Just reductions, right?

5    A.   It was actually commutation, was the word.

6    Q.   Commutation.  Okay.  And so you're trying

7    to get those state sentences for those other murders

8    to be reduced?

9    A.   Yes.

10   Q.   And in your discussions, the Government

11   has promised to support that when you do file it,

12   correct?

13   A.   A representative of the State Corrections

14   Department said he would support that, and he has

15   since retired, so --

16   Q.   Well, you also talked to Ms. Armijo about

17   it, right?

18   A.   I did not, sir.

19   Q.   Okay.  Do you recall telling your mother

20   that Ms. Armijo was going to support it?

21   A.   I recall telling my mom that my lawyer was

22   going to talk to her about it.

23   Q.   Okay.  The state officer you're talking

24   about is Mark Myers?

25   A.   I'm sorry, sir?



SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Is it Mark Myers?

 2        A.   Yes.

 3        Q.   And he was working with the prosecution,

 4   the Government, in this case?

 5        A.   I believe he was a task force officer.

 6        Q.   A federal task force officer?

 7        A.   Yes.

 8        Q.   Do you recall telling your mother that --

 9             MS. ARMIJO:   May I please have that?

10             MR. CASTLE:   Oh, yes.   I'm sorry.   I

11   apologize.   That's May 24, 2017.

12             MS. ARMIJO:   And page?

13             MR. CASTLE:   Page 11.

14   BY MR. CASTLE:

15        Q.   Do you recall saying that with the new

16   governor, that you'll have Maria endorsing it,

17   because then she'll jump through -- and then I don't

18   know what else happened.   Do you remember telling

19   your mom that?

20             MS. ARMIJO:   Your Honor, that misstates

21   what it says.

22             MR. CASTLE:   It's exactly what it says.

23             THE COURT:   Well, you can ask the

24   question, and then if it needs to be dealt with on

25   redirect.   Overruled.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. CASTLE:

2       Q.   Do you recall that?

3       A.   I might have said something along those

4  lines, yes.

5       Q.   And that you're not actually -- are you

6  actually facing a life sentence?

7       A.   I believe so, sir.

8       Q.   But not if you get this commutation,

9  right?

10      A.   I don't think one has anything to do with

11 the other.  That avenue was between myself, the

12 Deputy Secretary of Corrections, and the governor.

13      Q.   And do you recall telling your mom that in

14 order to try to get this reduction, you would have

15 to go balls to the wall?

16      A.   Probably, yeah.

17      Q.   That would be balls to the wall for the

18 Government, right?

19      A.   Yes.

20      Q.   Now, there was some push-back about

21 whether you should file the commutation in 2017 when

22 you wanted to file it, right?

23      A.   Yes.

24      Q.   And the information that you received was

25 that the Government wanted you to wait until after

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  you testified?

2       A.   Yes.  That's what my attorney said.

3       Q.   When we first started talking about your

4  phone calls, you said that you didn't tell your own

5  mother that you wipe your ass with God.  Do you

6  recall that?

7       A.   I don't know if I used that term, sir,

8  but --

9       Q.   January 17, 2017, page 3.  Do you recall

10  telling your mom, "I'll turn God into a bar of soap.

11  God will wash my ass"?

12       A.   I don't know.

13       Q.   "It doesn't matter about him"?

14       A.   I don't know if I said that, sir.

15       Q.   If I showed you a transcript of your phone

16  call with your mother, would it refresh your memory?

17       A.   Please.  I'd like to see the names and

18  everybody.

19       Q.   These are phone calls that the Government

20  has and that they turned over to the defense in

21  discovery, right?

22       A.   Sure.  I don't know anybody by the name of

23  Elizabeth Munoz, sir.

24       Q.   What's your mom's name?

25       A.   Jeannette Marquez.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Okay.  So do you recall saying that -- we

2  can play it.

3    A.   Yeah, I would like for you to play it,

4  sir.

5    Q.   Okay.  We'll do that after lunch.

6    A.   I've never spoken to anybody by the name

7  of Elizabeth Munoz, sir.

8    Q.   Do you recall saying, "Is there anybody in

9  the so-called loyal family of mine that can send

10  things to you"?

11    A.   It's quite possible, yes.  What I know for

12  a fact is, I've never spoken to anybody named

13  Elizabeth.

14    Q.   There is no question yet.  During the time

15  that you were working with the FBI, do you recall

16  they gave you some questionnaires?

17    A.   Yes.

18    Q.   And the questionnaires had like statements

19  on it, right, with questions?

20    A.   Yes.

21    Q.   And do you recall one of the questions

22  was, "The 2001 murder of Rolando Garza was committed

23  by" -- and it listed the people?

24    A.   Correct.

25    Q.   And then it said, "It was ordered by Billy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   Garcia."  Do you recall that?

 2        A.   Yes.

 3        Q.   And then they said the same thing about

 4   the Fred Castellano one.  They told you what their

 5   belief is what happened, right?

 6        A.   I don't know what that means.  Whose

 7   belief?

 8        Q.   Well, they wrote down what the script was,

 9   right?  "This is what happened in the 2001 murders."

10   Right?  Do you recall the questions being like that?

11        A.   I don't know if it was phrased that way,

12   sir.

13        Q.   All right.

14        A.   It's quite possible it was.  I don't know.

15        Q.   Well, do you recall that they gave you it,

16   and you got to take it back to the prison?

17        A.   Yes.

18        Q.   Let's go back to the January 17th one

19   while we look at your questionnaire.  I know you

20   indicated there wasn't someone by the name of

21   Elizabeth Munoz?

22        A.   I have no relatives with that last name,

23   sir.

24        Q.   That might have been a mistake of the

25   transcriber?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                           e-mail: info@litsupport.com

```
 1          MS. ARMIJO:  May I see the paper you're
 2  referring to?
 3          MR. CASTLE:  January 17, 2017.  I'm sorry.
 4  My eyesight is not as good as it should be.  I'll
 5  have somebody find it for me.
 6      Q.   Do you recall saying at Page 5, "It's
 7  not -- because if not, mom, if not, then I'm cutting
 8  everybody off.  I don't want to hear no more for the
 9  rest of my fucking life."  Do you recall making
10  statements like that to her?
11      A.   No, sir.
12      Q.   I want to show you the questionnaire you
13  were given by the FBI, that you got to take back to
14  the pod with all the other informants, right?
15      A.   Yes.
16      Q.   I'll show you what -- does that look like
17  the questionnaire that you got to take some time and
18  fill out, right?
19      A.   Yes.
20      Q.   And in your questionnaire, questionnaire
21  number 95, the question was, "Francisco Castillo
22  a/k/a El Pancho was murdered in 2001 at the Southern
23  New Mexico Correctional Facility by Angel DeLeon,
24  Joe Lawrence Gallegos, Edward Troup, Leonard Lujan,
25  and Billy Garcia.  Why was Castillo murdered?"
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   I don't know.

2       Q.   And you write, "I don't know," right?

3       A.   Yes.

4       Q.   So they provide you the script, right?

5       A.   Yes.

6       Q.    And then it's interesting here.   It

7    says -- the next question is, "Did Angel DeLeon, Joe

8    Lawrence Gallegos, Edward Troup or Billy Garcia ever

9    talk to you about the murder?"

10      A.   They never spoke about Mr. Garcia.

11      Q.   "If yes, what did they say?"  What is your

12   answer?

13      A.   "No."

14      Q.   Rolando Garza.  The next question.  They

15   ask you the same thing, give you the script, right?

16   And the follow-up question, "Did Leonard Lujan,

17   Eugene Martinez, Allen Patterson, Christopher

18   Chavez, or Billy Garcia ever talk to you about the

19   murder?  If yes, what did they say?"

20           And then you write, "Not after the fact,"

21   right?

22      A.   Yes.

23      Q.   But you told this jury that Billy had this

24   kind of thing, where you were on the tier with him

25   and you had this kind of exchange that you've told

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   the jury about.

2        A.   About Looney, Garza, yes.

3        Q.   That's not in there.  That's not in the

4   questionnaire.  You didn't write that, did you?  Did

5   you?

6        A.   I wrote about Rolando Garza being a member

7   of the LC, sir, yes.

8        Q.   Hold on.  Let's go back.  During the time

9   that you had this other material, you were able

10  to -- you guys were able to mill about, right?  You

11  weren't stuck in the cell?  You could share things?

12       A.   Yes.

13       Q.   Anywhere in here -- and you take all the

14  time you want and maybe you'll recall -- anywhere

15  did you ever write that you had a conversation with

16  Billy Garcia before the murders of Pancho, in which

17  you told him that you were lobbying for his death?

18       A.   No, sir.

19       Q.   Or that there was some meeting out in the

20  yard now, where other people were all in attendance,

21  where Billy made these statements?

22       A.   Yes.

23       Q.   Let's go back to the governor thing.

24  Okay?

25       A.   Yes.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   Do you recall telling your -- well, I have
 2   a phone call in which you were saying --
 3             MS. ARMIJO:  Objection; hearsay.
 4             MR. CASTLE:  Well, I think she's right,
 5   Judge.  I'll rephrase it.
 6             THE COURT:  All right.
 7   BY MR. CASTLE:
 8        Q.   That the process was that once you got
 9   done testifying, "that everybody was going to sign
10   off on it" -- meaning the commutation -- "the
11   governor and everybody."  Do you recall that?
12        A.   I might have said that, yes.
13        Q.   And --
14             MS. ARMIJO:  Your Honor, he's reading from
15   the document.  Objection; hearsay.
16             THE COURT:  I think this is true.
17   Sustained.
18   BY MR.  CASTLE:
19        Q.   Well, do you recall that you believe --
20   well, you believe that what you're doing here today
21   will get you a reduction in your sentence that will
22   go down in history?
23        A.   I think that matter is closed, sir.  I
24   don't think that will happen for me.
25        Q.   But you don't believe it will go down in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  history?

 2      A.   What will go down in history?

 3      Q.   Your great deal you're going to get in

 4  this case.

 5      A.   I don't know about that, sir.

 6      Q.   Do you agree or disagree?

 7      A.   I was hoping that I would get my sentence

 8  reduced at the beginning, but --

 9      Q.   And you were hoping that after you were

10  done testifying, that everyone, meaning the

11  Government, would sign off on it with the governor

12  and give you a deal that would go down in history?

13      A.   I don't know if I ever said "go down in

14  history" like that.

15      Q.   Okay.  Well, do you want to see a

16  transcript, then, perhaps, of what you said?

17      A.   Yes.

18      Q.   Page 17, the part that we highlighted,

19  sir.  I'll ask you to read it.  Do you see that up

20  here?

21      A.   Yes.

22      Q.   Okay.  So your goal is, in fact, after you

23  get done testifying that you'll get everybody to

24  sign off on your commutation, the governor and

25  everybody, and that it would go down in history?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I gave up on that goal, sir.

 2        Q.    And that's another thing that we just have

 3  to take your word for, right?

 4        A.    I would hope so.

 5        Q.    Now, as part of this goal of yours, at

 6  least that you had at some point --

 7        A.    Sure.

 8        Q.    -- you were extremely motivated to please

 9  the Government, right?

10        A.    Yes, that's fair.

11        Q.    And it's because you wanted to keep the

12  momentum going on the reduction in your sentence?

13        A.    I don't know I've ever said that, sir.

14        Q.    Do you recall saying, "I'm like motivated

15  and I'm inspired and I'm trying to keep the momentum

16  going on this, and I don't want it to stall so that

17  everybody just gets comfortable in their position

18  and nothing goes further on it"?

19              Do you recall saying that?

20        A.    Yes.

21        Q.    And you're counting on your lawyer being

22  able to help you get a reduction, right?

23        A.    I have a new lawyer, sir.  I never

24  discussed it with him.

25        Q.    Well, the lawyer you had when you got the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   deal, right?

 2        A.    Yes.

 3        Q.    He became the United States Attorney in

 4   the last year or so, right?

 5        A.    Yes.

 6        Q.    And, in fact, you're counting on the fact

 7   that he is now the United States Attorney, the

 8   appointed one by the President of the United States,

 9   you're counting on him getting you some love and

10   getting you some reduction --

11        A.    No.

12        Q.    -- to come in here and testify?

13        A.    No, sir, I'm not.

14        Q.    Well, do you recall saying, "Then John" --

15   that's John Anderson, right?

16        A.    Yes.  He was my lawyer, right.

17        Q.    And John Anderson is now the U.S. Attorney

18   right?

19        A.    Yes.

20        Q.    "And John, he's very important because his

21   future plans mean -- I mean, considering the job he

22   might get here shortly, that certainly changes a

23   lot, too, you know, because he knows me, and he'll

24   be the big dog here in New Mexico"?

25        A.    Those are certainly my sentiments on it,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   yes.

2         Q.   Do you recall that you asked your lawyer,

3   John Anderson, to get hold of Maria Armijo?

4              MS. ARMIJO:  Objection; hearsay.

5              MR. CASTLE:  Goes to his state of mind.

6              THE COURT:  I think it's a question I'll

7   allow.  Overruled.

8         A.   Can you repeat the question?

9   BY MR. CASTLE:

10        Q.   Do you recall asking your lawyer to get in

11  contact with Maria Armijo about this request for

12  reduction?

13        A.   Quite possibly, yes.

14        Q.   And do you recall that the -- and I don't

15  know who yet, but do you recall that some of the

16  people, whether it be the U.S. Attorneys handling

17  your case and talking to you, or the FBI, that they

18  basically told you that the President of the United

19  States might be able to intercede on your behalf?

20        A.   I don't believe anybody has ever told me

21  that, sir.  That's just my own knowledge of the way

22  the Government is structured.

23        Q.   Do you recall a phone call dated April

24  1st, 2017 -- I guess this could be an April Fool's

25  joke you were doing, but we'll see.  You say, "I was



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                          e-mail: info@litsupport.com

```
 1   just tripping that they were making all those

 2   comments about the President because they all work

 3   for him."

 4           MS. ARMIJO:  May I please have a page?

 5           MR. CASTLE:  Page 4.

 6      Q.   "And it's going to be him" -- meaning the

 7   President -- "that are going to my lawyers."  So

 8   you're saying there, right, that they -- meaning the

 9   Government -- are making all those comments about

10   the President because they all work for him?

11      A.   I think I had a lunch, and my auntie was

12   criticizing the President in front of the FBI, and I

13   was commenting that my auntie was making those

14   comments in front of people who work for the

15   President, sir.

16      Q.   I'll go back.  Would you like to look, to

17   see?

18      A.   You should just play the phone call.  It's

19   more explicit.

20      Q.   I'll just look at the transcript because

21   it takes less time.

22      A.   Sure.

23      Q.   Here where is the comment is -- sorry.

24   Wrong page.  "Annette said they are a bunch -- a

25   bunch of cuties."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT REPORTER:  I'm sorry.  I can't

 2   hear you.

 3              MR. CASTLE:  I'm sorry.

 4       Q.   Preceding that comment, somebody is

 5   saying, "Annette said they are a bunch -- a bunch of

 6   cuties."

 7              And that's when you said, "I was just

 8   tripping that they were making all those comments

 9   about the President, because they all work for him."

10   Not your auntie.  "They" all work.  Those comments

11   about the President, because they were all working

12   for him.

13              You see, you're talking about comments

14   about the President that those who worked for him

15   are making to you?

16       A.   I never talked to an Elizabeth Munoz, sir,

17   so I'm still having an issue with accepting the

18   premise of this whole thing.

19       Q.   You've talked to a lot of people with the

20   last name of Munoz, right?

21       A.   No, sir.

22       Q.   Any?

23       A.   Just Angel Munoz.

24       Q.   You never talked to any family members on

25   the phone?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    I don't have anybody with the last name of

2  Munoz, sir.

3    Q.    Okay.  Did you make that statement or not?

4    A.    I talked about my Aunt Annette, yes.  Not

5  Antoinette, as that says.

6    Q.    Okay.  Now, you were also trying to get

7  the assistance of the FBI to help you with a

8  reduction in your sentence and favorable placement

9  if you went to the federal penitentiary, right?

10    A.    Yes, sir.

11    Q.    And specifically, you were dealing with

12  Mark Myers from the federal task force and Bryan

13  Acee, right?

14    A.    Yes.

15    Q.    And do you recall being told that Mark

16  Myers has offered to write a letter on your behalf,

17  right?

18    A.    Yes.

19    Q.    But Agent Acee wouldn't, right?

20    A.    No, sir.

21    Q.    Sometimes we ask these questions -- the

22  way I phrase them is really not all that good.  Did

23  Agent Acee agree to write a letter on your behalf?

24    A.    I don't think he said he would write one,

25  sir.  He said it was a good idea for me to try it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But he said he wouldn't write one?

2      A.   I don't believe so.

3      Q.   And I think what Mr. Myers says is, he'll

4  personally hand-deliver his letter?

5           MS. ARMIJO:   Objection; hearsay.

6           MR. CASTLE:   Goes to the state of mind,

7  Your Honor.

8           THE COURT:   Sustained.

9      Q.   One of the things you're getting in return

10  for your plea here is, you're getting a letter from

11  Mr. Myers?  He's going to hand-deliver to the

12  governor?

13      A.   I don't know that anymore, sir.

14      Q.   You've talked about that, right, on phone

15  calls?

16      A.   A very long time ago, yes.  In the

17  beginning of this -- in the middle of this case,

18  yes.

19      Q.   Well, this would have been May of 2017, a

20  little less than a year ago.

21      A.   And he retired thereafter.

22      Q.   Well, do you recall telling a family

23  member that as far as your commutation application,

24  that Ms. Armijo would also support it?

25      A.   I was hoping that she would, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                    1-800-669-9492
PROFESSIONAL COURT                       e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

 1      Q.   But you said that she was supporting it?

 2      A.   I might have.

 3      Q.   But that you were told to hold off on that

 4 by not only your lawyer, who is now the U.S.

 5 Attorney, but also by Ms. Armijo.

 6           MS. ARMIJO:  Objection; hearsay.

 7           THE COURT:  Sustained.

 8      Q.   Well, the only reason you were charged, I

 9 think, was to take you out of the state prison and

10 put you the in federal custody, right?

11      A.   Yes, sir.

12      Q.   That, in fact, they weren't going to ever

13 charge you; but that because you requested it, they

14 went ahead and did that so you wouldn't have to

15 serve your time, right?

16      A.   That was my understanding, yes.

17      Q.   Mr. Munoz, you've been diagnosed with

18 antisocial personality disorder, correct?

19      A.   No, sir.

20      Q.   You've never been diagnosed with that?

21      A.   No, sir.

22      Q.   Or psychopathy, being a psychopath?

23      A.   No, sir.

24      Q.   Superficially charming, things of that

25 nature?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   No, sir.  When you say "diagnosed," by
2    whom?
3        Q.   By mental health professionals.
4        A.   I've never.  No, sir.
5             MR. CASTLE:  I have no other questions.
6             THE COURT:  Thank you, Mr. Castle.  All
7    right.
8             Mr. Sindel, do you have questions?
9             MR. SINDEL:  Am I the only one?
10            MS. ARMIJO:  Your Honor, may we approach?
11            THE COURT:  You may.
12            MR. CASTLE:  Your Honor, the only thing I
13   would ask is, I'm going to reserve so I can queue up
14   that one tape.
15            THE COURT:  I think you'll have to accept
16   Mr. Munoz's answers.  I let you refresh his
17   recollection under 608(b), but you can't play the
18   tape.
19            All right.  Do you want to approach?
20            MS. ARMIJO:  May we approach?
21            THE COURT:  Yes.
22            (The following proceedings were held at
23   the bench.)
24            MR. ARMIJO:  Your Honor, I want to know
25   what Mr. Castle's good faith basis was to ask that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




1  last set of questions.  I don't believe he has

2  Mr. Munoz's medical records.  I think that was

3  discussed.  And he left the impression.  He didn't

4  say "were you ever."  He said "you were."  And he

5  left the impression with the jury that he was.  And

6  I noticed he didn't have any records with him, and

7  they weren't disclosed.  So I'd like to know the

8  good faith basis.  And if not, I'd ask that those

9  remarks and questions be stricken from the record.

10         THE COURT:  Were you guessing from his

11  medications, Mr. Castle?

12         MR. CASTLE:   Your Honor, I'd have to

13  look, but I believe we have his records from one of

14  the questions that we obtained through IPRA.

15         THE COURT:  All right.  Show them to

16  Ms. Armijo at a break.

17         MR. ARMIJO:  And, Your Honor, if they

18  don't have that, I think this was one of the issues

19  that was --

20         THE COURT:  We can review, but I think

21  there is probably enough for good faith.  If you

22  want to re-approach it after you see what Mr. Castle

23  has, you can.

24         On the basis of the tape, the morality

25  issue I think in this particular case, given the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  questions, is getting fairly close to religious.
 2  Whatever his views on God are aren't relevant, and I
 3  think this is a collateral matter, so that's the
 4  reason I'm not allowing any additional proof on
 5  that.
 6            All right.  Let's break for lunch.
 7            (The following proceedings were held in
 8  open court.)
 9            THE COURT:  All right.  Let's go ahead and
10  take our lunch break.  I know this is -- what do you
11  call them?  Food truck Wednesday?  All right.  Enjoy
12  your food trucks.  I think it's 98 degrees out
13  there, so take a water bottle or something.
14            Mr. Castle, you've got a document up here,
15  if you want it.
16            MR. CASTLE:  Okay.
17            THE COURT:  See you in about an hour.
18            (The Court stood in recess.)
19            THE COURT:  All right.  I think we've got
20  all the defendants in the courtroom and an attorney
21  for all defendants.  Let me check.
22            Mr. Castle?  Mr. Burke, you were going to
23  try to say something before the break.  Do you need
24  anything, Mr. Burke?
25            MR. BURKE:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Castle?
 2              MR. CASTLE:  I know the Court has ruled
 3    that I can't play that audio, but the witness
 4    challenged me and said, "If you played the audio,
 5    I'd know whether I said it." I don't want to leave
 6    the jury with the impression that we don't have the
 7    audio, which we do.  It was just when we got the
 8    transcription, we had the wrong first name, or name
 9    of his mother.
10              THE COURT:  But I ruled on the record in
11    front of the jury.
12              MR. CASTLE:  Oh, did you?
13              THE COURT:  So they're going to blame me.
14              MR. CASTLE:  Oh, I'm sorry.  I didn't know
15    that was on the record.  I thought it was off the
16    record.  I think that's sufficient.
17              THE COURT:  Y'all can check me, but I
18    think I did it so that I take the hit.
19              MR. CASTLE:  All right.
20              THE COURT:  It's me.
21              MR. CASTLE:  Okay.
22              MS. ARMIJO:  Your Honor, I asked
23    Mr. Castle for the documents, and he said that he's
24    not looking for them because he's working on the
25    next witness.  I would like this issue to be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  resolved before Mr. Munoz leaves so that we can

2  either have that stricken from the record.

3           MR. CASTLE:  Your Honor, we're trying to

4  do that, but what we heard yesterday was that Samuel

5  Gonzalez was going to be a witness.  We thought he

6  was being re-called.  Apparently last night around

7  11:30 --

8           THE COURT:  What is it that you were

9  looking at, that made a good faith basis for asking

10 these questions?

11          MR. CASTLE:  They were IPRA records, and

12 it may very well be -- what we found out over lunch

13 is that there were IPRA records for a different

14 Freddie Munoz with the same year of birth that were

15 delivered back to us.  That's where we got the wrong

16 mother's name.  I'm having people looking.

17          THE COURT:  Okay.  I'm not real concerned

18 about it because we've got PSRs floating around

19 there with medications.  We've got a lot of medical

20 records.

21          MS. ARMIJO:  His PSR has not been

22 released.

23          THE COURT:  Okay.

24          MS. ARMIJO:  So that's why.

25          THE COURT:  All right.  All rise.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The jury entered the courtroom.)
 2              THE COURT:  All right.  Everyone be
 3   seated.  We need to get Mr. Munoz here.  While we're
 4   waiting for Mr. Munoz to return to the courtroom, I
 5   know that -- I think that Jury Services shared this
 6   with you, but in this new large omnibus budget bill
 7   that was just passed, the final financial plan for
 8   fiscal year 2018 included funding for an approved 10
 9   dollar increase to the daily juror attendance fee,
10   so you're up from 40 to 50.  And I'm probably now
11   going out on a limb and saying I think if you serve
12   past four weeks, you get an additional 10 dollars.
13   Don't hold me to that.
14              I think that was effective May 7th, so I
15   think that that goes into effect and it may be
16   retroactive for at least a portion of your time.
17              Also, I know last week I read you the
18   resolution from the Supreme Court of New Mexico.
19   Our Administrative Office of the Court out of
20   Washington, D.C., also told us that last week was
21   juror appreciation week, and the federal courts
22   across the country honored citizens for their
23   participation and raised awareness about the
24   importance of jury service.  I didn't realize all
25   that was going on because I'm in here with you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          But all across the nation, federal courts

 2   were doing things to honor jurors and raise the

 3   awareness about the importance of jury service in

 4   our judicial system.  So if you weren't here, you

 5   didn't get to hear all of it.  Know it was going on,

 6   and we appreciate all you've done for us.

 7          All right.  Mr. Munoz, if you'll return to

 8   the witness box, and I'll remind you that you're

 9   still under oath.

10          Mr. Burke, are you going to go next?

11          MR. BURKE:  Yes, Your Honor.

12          THE COURT:  All right.  Mr. Burke.

13                    CROSS-EXAMINATION

14   BY MR. BURKE:

15      Q.   Good afternoon.  Mr. Munoz, how old were

16   you when you killed Felix Martinez?

17      A.   Eighteen, sir.

18      Q.   Eighteen.  And when you had the sheet in

19   your hand, did you get up behind him from some

20   elevated position and jump on him and slam his head

21   into the ground?

22      A.   Well, I stood on the bed, sir, and then --

23      Q.   And then jumped on him?

24      A.   Yes.

25      Q.   All right.  Can we take a look at the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    information, please, which I believe -- could we

2    switch over to page 10.  I just wanted to ask a

3    couple of questions about this.  You can see that on

4    your screen, page 10, please.

5              So looking at Overt Act 6, that's when Ben

6    Clark was told to go hit LT.  And who was that, sir?

7        A.    Leroy Torres.

8        Q.    And that's because Leroy Torres was

9    involved with the All Stars?

10       A.    We targeted him for a hit before the All

11   Stars became established.

12       Q.    And what was the reason for the earlier

13   decision?

14       A.    He was pressuring the brothers to do stuff

15   that they didn't want to do at the facility that he

16   was at, so my boss stated that he would go to the

17   North and talk to people about getting the green

18   light on him.  And he in fact did that.

19       Q.    Your boss being Styx?

20       A.    Yes, sir.

21       Q.    And you were the two-man tandem that was

22   responsible for most of the violence of the SNM

23   through the year 2007?

24       A.    2007, sir, I was on my way out.  But it's

25   fair to say that Gerald was very much involved.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Thank you.  Could we move over to page 11
 2   of that exhibit.  I wanted to ask you about, in
 3   particular, about Overt Act 14.  It appears that you
 4   were engaged in a series of armed robberies; is that
 5   correct?
 6        A.   Yes.
 7        Q.   Your co-defendant was Monte Cantu?
 8        A.   In some.  Not all of them.  Yes.
 9        Q.   And that was the one I think you told Mr.
10   Castle that you made the great deal where you
11   cooperated, did a little more county jail time, got
12   probation, but Monte Cantu went to prison?
13        A.   Yes, sir.
14        Q.   And the fact that you were informing was a
15   fact known to people in that old county jail?
16        A.   It was presumed and assumed, yes.
17        Q.   And it was presumed and assumed because
18   people could see the result, and they went, "Okay,
19   I've got this figured out"?
20        A.   Yes.
21        Q.   So anybody that was at the jail around
22   that time would have known you were informing,
23   correct?
24        A.   They would have assumed that, yes.
25        Q.   Yeah.  Like Mr. Troup, who was there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't think he and I were in the jail
 2   together, sir.
 3        Q.    But he was in the jail with Monte Cantu,
 4   wasn't he?
 5        A.    I don't know.
 6        Q.    Moving down to Overt Act 16, that's the
 7   barber shop one?
 8        A.    Yes, sir.
 9        Q.    And in effect, you got a concurrent
10   sentence for that?
11        A.    Yes, sir.
12        Q.    Another great deal?
13        A.    Yes, sir.
14        Q.    All right.  Now, in addition to the
15   various deals, I do need to ask you some -- is it
16   true that you wanted this federal information?
17        A.    What do you mean, sir?
18        Q.    You wanted to be charged federally?
19        A.    Yes, sir.
20        Q.    So you and your lawyer and Government
21   counsel crafted this information; is that correct?
22        A.    My understanding is, I wrote my story from
23   the beginning of my juvenile days all the way till I
24   considered that I left.  And the FBI then charged me
25   on the basis of that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.  And all to get into the

2  federal system?

3      A.   Yes.

4      Q.   That was of such a benefit to you, that

5  you wanted to do that?

6      A.   I think there is more programming and

7  stuff like that in the federal system, so yes.

8      Q.   Safer, as well?

9      A.   Yes, sir.

10     Q.   Now, in addition to that benefit, you also

11 received something on the order of $2200; is that

12 correct?

13     A.   I don't know the exact sum, sir, but yes.

14     Q.   I'm just looking at EI.  It's one of the

15 exhibits.  It's a document dated April 10th, 2018,

16 and they've got the figure of $2200.  I think it's

17 on page 4.  Does that sound about right?

18     A.   It sounds right.

19     Q.   Then in addition to that, there was a

20 bunch of things that some of us might consider

21 little things, but were important to you, like

22 visits with the family?

23     A.   Yes, sir.

24     Q.   And you ended up being asked to provide

25 gang training to law enforcement; is that correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
1-800-669-9492




1   A. I was asked if I would do it, and I

2 volunteered to do it.  It never came about.

3   Q. And then there was some misunderstanding.

4 There was a pizza party of some kind that you got to

5 attend with your mom?

6   A. I didn't attend any party at the facility,

7 sir.

8   Q. But somewhere else, did you ever get a

9 chance to visit with your mom?

10   A. I had lunch with my mother at the FBI

11 building, yes.

12   Q. Then you got to be housed at Level 6 and

13 got tier time with other inmates and contact visits?

14   A. Yes, sir.

15   Q. And then when you requested a transfer to

16 Level 6, they went along with that?

17   A. If you're saying that I was in county jail

18 custody and I wanted to go back to the state pen?

19   Q. Yes.

20   A. Yes.

21   Q. And then you asked some assistance from

22 FBI Agent Acee to arrange a meeting between yourself

23 and this Sonya Chavez, and that message was relayed,

24 as another favor to you; is that right?

25   A. I believe so, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Now, when was it that you were on these TV
2   shows?
3        A.    I don't know the exact date, but it was, I
4   believe, in the end of 2007, maybe 2008.
5        Q.    Were there two shows or three shows?
6        A.    Yes, there were two shows, but occurring
7   in separate years.
8        Q.    Both around that time, the end of 2007?
9        A.    Yes, sir.
10        Q.    And was Javier Alonso -- did he make an
11   appearance on either of those?
12        A.    Yes, sir.
13        Q.    And so he was an acquaintance of yours?
14        A.    We were from the same gang, yes, sir.
15        Q.    All right.  And do you see him now?
16        A.    Javier Alonso's appearance was on a show
17   from Nightline, sir, which occurred in 2014.  He was
18   not in the lock-up documentary that I was in 2008.
19        Q.    Do you see him from time to time?  Here we
20   are in 2018.
21        A.    Yes.
22        Q.    And you do see him in a particular
23   facility from time to time?
24        A.    Yes, sir.
25        Q.    Okay.  Now did he join the RPP?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    A.    Yes, sir.

2    Q.    When did he join the RPP?

3          MS. ARMIJO:   Objection; foundation.

4    Q.    Do you know when he joined the RPP?

5    A.    We went to the program together, sir.

6    Q.    And do you know when you went, which would

7    be the same time as when he went?

8    A.    I believe I arrived on June 16th of 2014,

9    sir.

10   Q.    And as part of that, that would be another

11   time that you were required to or you did give

12   information relating to your activities?

13   A.    The security threat gang unit, the state

14   penitentiary?

15   Q.    Yes, sir.

16   A.    Asked questions about my gang history,

17   yes.

18   Q.    And that's sort of a prerequisite for the

19   RPP?

20   A.    Induction into the program, yes.

21   Q.    And there came a time when there was an

22   accusation that you and Javier Alonso and some

23   others were trying to start your own gang.  Do you

24   remember that?

25   A.    I heard that sort of allegation, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And you believe that's not a true
 2  allegation?
 3      A.   I believe it to be false, yes, sir.
 4      Q.   And that would be because some
 5  confidential informants are saying false things
 6  about you and Mr. Alonso?
 7      A.   I don't know who was saying what, sir.
 8      Q.   But it did result in Mr. Alonso being
 9  transferred because he, along with you, were accused
10  of starting a new gang?
11      A.   Actually, sir, my documentation from the
12  state prison system, I was never accused of
13  anything.
14      Q.   Well, I was actually asking you a bit
15  about Alonso.  Would you like to see the document
16  that I'm using upon which to base the question?
17      A.   Sure.
18           MS. ARMIJO:  Your Honor, I'm going to
19  object.  He can testify as to what he knows, but not
20  to what's on the document.
21           THE COURT:  That may be true, but I'll let
22  him refresh his memory if he needs to.
23           MS. ARMIJO:  May I see the document?
24           MR. BURKE:  Oh, sure.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. BURKE:
 2       Q.   I just want you to see where I got that.
 3       A.   Okay.  The first paper, it comes from
 4  where?
 5       Q.   This was in discovery.  Did you see this?
 6       A.   I don't have my tablet, sir.
 7       Q.   Okay.  But do you remember seeing -- this
 8  is sort of an early number, so I thought that --
 9       A.   I erased my tablet the moment it was given
10  to me.
11       Q.   All right.  Why don't you just read that
12  paragraph.
13       A.   Out loud?
14       Q.   No, to yourself.
15       A.   Okay.
16       Q.   So even though the Corrections Department
17  has this threat assessment about a new gang, that's
18  not something you were involved in?
19       A.   Well, I never saw that conclusion, sir.
20            MS. ARMIJO:  And so, Your Honor, I'm going
21  to object if he tries to get that in.
22            MR. BURKE:  I just wanted to ask him the
23  question about it.
24            THE COURT:  Let's see what the question
25  is.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. BURKE:

2      Q.   You were not aware of these accusations

3  about the new gang, but it did result in the

4  transfer?  You saw that, correct?

5      A.   But the documentation that I have that was

6  used to justify my placement never made an

7  accusation against me, sir.  So what I'm saying to

8  you was, I don't know what the accusation was, other

9  than the common gist that was going around in the

10 pod.

11     Q.   The chatter?

12     A.   Gossip.  Yes, sir.

13     Q.   Chatter about a new gang?

14     A.   Yes.

15     Q.   I now want to talk to you about the

16 conversation you had with my client, allegedly.

17 What unit were you in, in 2007, when Mr. Troup

18 arrived?

19     A.   That was housing Unit 1-A at the state

20 penitentiary, Level 6.

21     Q.   Are you sure about?

22     A.   Yes, sir.

23     Q.   You weren't in unit 1-B?

24     A.   I was transferred back and forth.

25     Q.   All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Multiple times, yes.
 2        Q.    All right.  When you saw Mr. Troup, where
 3   was this conversation?
 4        A.    It was in the recreation yard that housing
 5   unit 1-A and 1-B both have access to.
 6        Q.    Do you remember the first time that you
 7   talked about the conversation?  It was in the first
 8   interview, December 2, 2015?
 9        A.    I'm not quite sure, sir.
10        Q.    And the only -- I'll just represent to you
11   that the only thing you said about it was:  Edward
12   Troup admitted to Munoz that he and Javier Alonso
13   killed Freddie Sanchez.
14              That's all you said?
15        A.    Right.
16        Q.    No details, no Rascons, no nothing, no
17   details?
18        A.    I'm not -- I don't honestly remember if I
19   provided all that back story or not.
20        Q.    Would you like to see this?
21        A.    Sure.
22              MS. ARMIJO:  May I see it?
23        A.    Okay.
24        Q.    All right.  So the first time you spoke
25   about it, you provided no details, true?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Right.

 2        Q.   And then you had a chance over the course

 3   of a month to write out your story, correct?

 4        A.   Yes.

 5        Q.   And in that story, which took a great deal

 6   of time to write, you said when Edward Troup arrived

 7   at your housing unit, he tried to talk to you,

 8   right?

 9        A.   Yes.

10        Q.   Not Jurassic Park?  The housing unit?

11        A.   We share a common rec yard.  Yes, sir.

12        Q.   Yeah, but you had to switch it --

13        A.   No.

14        Q.   You had to switch it, sir, to Jurassic

15   Park, because you weren't in the position to have

16   the conversation in the housing unit, correct?

17        A.   We lived in the same housing unit, yes,

18   sir.

19        Q.   Yes, you lived in the same housing unit,

20   but you moved the conversation to Jurassic Park

21   because it was more plausible, right, Mr. Munoz?

22        A.   No, sir.

23        Q.   And isn't it also true, Mr. Munoz, that

24   there are no records of you being at rec together

25   with Mr. Troup?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I don't know.  That may or may not be

2   true.

3      Q.   So who did Mr. Myers work for?

4      A.   The Department of Corrections.

5      Q.   Do you think that if there was a record

6   with the Department of Corrections, he wouldn't have

7   moved heaven and earth to find it, to show that

8   there is some corroboration that you might have been

9   together?

10      A.   I would imagine he would have tried to

11   obtain it.

12      Q.   There is no record, though.  I'm wondering

13   why is that?

14      A.   I couldn't possibly know that, sir.

15      Q.   And there is no photograph of you being

16   together?

17      A.   I have no idea.

18      Q.   What could have happened with that?

19      A.   I have no idea.

20      Q.   And the truth is, you just made up that

21   conversation?

22      A.   No, sir.

23      Q.   You just made it up to score points?

24      A.   No, sir.

25           MR. BURKE:  That's all I have.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Thank you, Mr. Burke.

2              Mr. Sindel?  Mr. Solis?

3              MR. SOLIS:  Your Honor, Mr. Sindel has

4    allowed me to go first.

5              THE COURT:  All right.

6              MR. SOLIS:  I won't be very long.

7              THE COURT:  All right.  Mr. Solis.

8                   CROSS-EXAMINATION

9    BY MR. SOLIS:

10        Q.   Good afternoon, sir.

11        A.   Good afternoon.

12        Q.   You know, listening to you, Mr. Munoz,

13   today and on a previous occasion, I thought you were

14   the person the story followed, because you're well

15   versed with the inner workings, I guess, of the SNM,

16   it appears?

17        A.   Yes.

18        Q.   And so you would know that -- well, let me

19   strike that.  We've had -- we've heard over the last

20   several weeks that there was indoctrination with

21   philosophy, philosophers.  Is that true?

22        A.   Can you be more --

23        Q.   Sun Tzu?

24        A.   Sure.

25        Q.   Machiavelli?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Many of the brothers would read that sort
 2  of literature, myself included.
 3      Q.   And so that is sort of an indoctrination
 4  or some sort of instruction or inculcation of these
 5  philosophers' approaches to various aspects of life;
 6  is that right?
 7      A.   For warfare purposes, yes.
 8      Q.   Yeah.  In fact, Sun Tzu -- these are my
 9  notes; I'm not reading off any document.  His
10  approach is basically tactics and strategy to defeat
11  your enemies, essentially?
12      A.   Yes.
13      Q.   The Art of War, right?
14      A.   Yes, sir.
15      Q.   And Machiavelli, his is machinations and
16  schemes to achieve what you want?
17      A.   Yes.
18      Q.   A 16th century -- well, Italy wasn't a
19  country, but Florence?
20      A.   Yes.  A city state.
21      Q.   Right.
22           MR. SOLIS:  May I approach the easel, Your
23  Honor?
24           THE COURT:  You may.
25      Q.   And so being familiar with at least those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  two philosophers, and you said others, one is -- I'm

 2  sorry.  I'll allow you a vantage point to see this,

 3  as well.

 4            Mr. Munoz, Machiavelli, right?  And you're

 5  familiar with this, that's attributed to him, that

 6  the ends justify the mean?  You understand that,

 7  right?

 8       A.   Yes.

 9       Q.   And that's essentially, well, whatever it

10  takes to achieve what I need, is what Machiavelli

11  basically is attributed with in The Prince and The

12  Art of War.  Do you agree?

13       A.   Yes.

14       Q.   And so as an SNM member and others, you

15  try and learn these and take your approach to how

16  you handle yourself in various situations, employing

17  these tenets or these principles you've learned from

18  these philosophers; is that right?

19       A.   Yes.

20       Q.   What other philosophers did you study or

21  were you indoctrinated with?

22       A.   I mean, I would read anything that the

23  facility library had.

24       Q.   Okay.

25       A.   So possibly it's Plato, Nietzsche.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Perfect.  Aristotle, maybe?

 2        A.    I probably read some of his stuff, yes,

 3   sir.

 4        Q.    What is it?  Nicomachean Ethics?

 5        A.    Yes, sir.

 6        Q.    It talks about the four virtues?

 7   Remember?

 8        A.    Vaguely, yes.

 9        Q.    Well, courage, control, generosity.  Do

10   you know what the last one is?

11        A.    No, sir.

12        Q.    Truthfulness and honesty.  Do you remember

13   that one?

14        A.    No, sir.

15        Q.    Well, then having studied Aristotle like

16   you said, you would know that virtue -- truthfulness

17   and honesty -- is one character trait that is made

18   of habitual action, right?

19        A.    Yes.

20        Q.    Okay.  So habitual action is something

21   that happens all the time, or at least consistently,

22   and so an honest person, you would know, doesn't

23   tell the truth once, but habitually.  You would

24   agree with that?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    All right.

 2              MR. SOLIS:  Pass the witness.

 3              THE COURT:  Thank you, Mr. Solis.

 4              Mr. Blackburn.

 5                    CROSS-EXAMINATION

 6   BY MR. BLACKBURN:

 7        Q.    Good afternoon.

 8        A.    Good afternoon, sir.

 9        Q.    When you first joined the SNM, you were

10   aware of some of the main rules about informing,

11   cooperating with law enforcement officers, were you

12   not?

13        A.    Yes, sir.

14        Q.    And you knew that that was basically a big

15   no-no, is that correct?

16        A.    Yes, sir.

17        Q.    And one of the other situations that you

18   knew about was that brothers did not mess around

19   with other brothers' loved ones, spouses, or

20   whatever, nor significant others as long as they

21   were still in a relationship with them; isn't that

22   true?

23        A.    Yes, sir.

24        Q.    So when you were released from prison in

25   2001 as it related to the armed robbery that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    occurred at the Goodwill store in December of 2001,

2    that's when you first started cooperating with the

3    Government, did you not?

4         A.   Yes, sir.

5         Q.   As discussed by Mr. Castle and others, you

6    provided information that led to the arrest of the

7    shooter, which was Monte Cantu, correct?

8         A.   Shooter?  I don't know if he shot anybody.

9         Q.   Okay.

10        A.   We were co-defendants in the robbery.

11        Q.   Co-defendants in the robbery?  And you

12   went through the situation earlier this morning with

13   Mr. Castle about who really did that or not.  But

14   the bottom line was that you cooperated with law

15   enforcement; isn't that correct?

16        A.   Yes, sir.

17        Q.   All right.  And it was at that time that

18   you also requested to have, in 2001, that you

19   requested to have those charges dismissed and be

20   relocated in another state for your cooperation with

21   the federal government.  Because that's who you were

22   talking to at the time, was it not?

23        A.    I believe it was part of the task force.

24   Federal agents were there, yes.

25        Q.    And this is around -- this happens in 2001

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1   when the situation occurs with the Goodwill store,

2   but it's in 2002 that you're talking to the

3   individuals from the FBI; isn't that correct?

4        A.   I'm not sure about that, sir.  In 2002

5   there may have been federal agents present, but my

6   discussions were primarily with Robert Martinez, who

7   was a sheriff's officer -- sheriff's detective.

8        Q.   Do you know Jennifer Sparks and Daniel

9   Howington?

10       A.   I believe they were agents in the bureau,

11   yes, sir.

12       Q.   Do you remember talking to them -- well,

13   actually, I believe you talked with them on June 22,

14   2002.  Would you like to see a copy of that?

15       A.   If you have it there, I'll stipulate that

16   I had the conversation.

17            MR. BLACKBURN:  May I approach, Your

18   Honor?

19            THE COURT:  You may.

20       Q.   I just want to see if you recognize this

21   one?

22       A.   Okay.  Yes, sir.

23       Q.   All right.  So that was when you talked to

24   the FBI initially; is that right?

25       A.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So already you knew that that was a

2  violation of the SNM rules, requirements?

3    A.   Yes, absolutely.

4    Q.   And that was not -- you've talked with

5  them at a later date on a number of occasions, have

6  you not?

7    A.   Yes, sir.

8    Q.   So there came a time, as it relates to the

9  situation in April of 2003, as it relates to Ronald

10  Contreras, in what is known as the Goodfellas barber

11  shop shooting in the North Valley in Albuquerque,

12  correct?

13    A.   Yes, sir.

14    Q.   And as a result of that, again as Mr.

15  Castle and others discussed with you this morning,

16  you did that particular shooting because of the fact

17  that he was an LC member, and that was part of the

18  rules, to attack them whenever you saw them; is that

19  correct?

20    A.   Yes, sir.

21    Q.   But you later found out that at the time

22  that you were sacrificing yourself and doing things

23  for the SNM, that others that are in charge of SNM

24  are having a truce with the LCs, right?

25    A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And that was what led to your, what I

2  would call or what you would call your

3  disillusionment with the SNM; is that right?

4      A.   Yes.

5      Q.   And it was shortly after that you, when

6  you returned to prison or when you returned back,

7  you had -- you felt that you were extremely -- you

8  extremely felt like you were being disrespected

9  because of the truce that had been negotiated, while

10 at the same time you were out there doing what you

11 thought was the right thing to do for SNM and

12 putting your life in danger; is that correct?

13     A.   Yes.

14     Q.   And at that point in time, you felt that

15 you had gave up the rest of your life for SNM for no

16 reason at all because of the truce they negotiated;

17 is that right?

18     A.   I felt it made my life sentence

19 meaningless, yes.

20     Q.   And so you stayed pretty much loosely

21 affiliated with the SNM thereafter, although you

22 were still there, until Gerald Archuleta, Styx, was

23 discharged; and at that point in time you thought

24 that you should have been or you expected to be left

25 in charge; is that correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I argue with that timing, sir, but that's
 2 what you say.
 3      Q.   Okay.  Well, there was a statement that
 4 you made to the FBI in December of 2015 that I can
 5 show you, if you would like to again look at it.
 6      A.   You don't need to show me, sir.
 7      Q.   So you agree, then, that there is a
 8 statement that you made, indicating that you stayed
 9 loosely affiliated with the SNM until approximately
10 2006, when Gerald Archuleta was discharged, and you
11 expected to be left in charge, right?
12      A.   Right.
13      Q.   But that didn't happen?  Somebody else was
14 left in charge, and that was disappointing to you;
15 is that correct?
16      A.   If I made the comment to the FBI, I made
17 it about in the '90s.  But if they ascribe it to me
18 that way, I'll accept it, yes.
19      Q.   Well, you made it about what was happening
20 with Styx whenever he left.  It was what you were
21 thinking about when Styx left.  But you made the
22 statement to the FBI in 2013, I believe.
23      A.   Right.
24      Q.   All right.  Now, one of the other
25 situations that you talked about was the dispute

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    between Styx and Julian Romero, correct?

2        A.   Yes, sir.

3        Q.   And that was because of the fact that when

4    Styx was incarcerated and still in the penitentiary,

5    that Julian Romero -- let me back up.  Styx

6    requested that Julian Romero go to his house to

7    retrieve something, did he not?

8        A.   I don't know about that, sir.

9        Q.   Well, you know that basically what

10   happened was, was that Julian Romero went over to

11   Styx's house while he was still married to Lilly,

12   and they started to have a relationship, did they

13   not?

14       A.   Yes, sir.

15       Q.   And they were still married and still

16   together, and they're sort of having this affair

17   while Styx is still in custody?

18       A.   Yes, sir.

19       Q.   And still married to her, which is

20   completely a no-no, right?

21       A.   According to Angel Munoz, right.

22       Q.   According to Angel Munoz, and also

23   supported by Styx at that time?  He wasn't very

24   happy, was he?

25       A.   No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    In fact, you've talked about that this
 2   morning, about how people went their different ways;
 3   either you were on Styx's side as it relates to his
 4   feelings about Julian Romero, or you were on Julian
 5   Romero's side as to what he thought was right at the
 6   time, correct?
 7        A.    Yes.  Right.
 8        Q.    And you chose to be on Styx's side.
 9        A.    Yes, sir.
10        Q.    So that's why there was the issues that
11   you became involved in with Julian Romero and the
12   attempt to shoot him?
13        A.    Yes, sir.
14        Q.    Or not the attempt, but you did shoot him,
15   right?
16        A.    Yes, sir.
17        Q.    At that time when Styx was in charge, if
18   somebody was totally against him or was taking
19   Julian Romero's side, it wasn't unusual that he
20   would put a number of hits out on people, including
21   Julian Romero, right?
22        A.    Yes.
23        Q.    And one of the ones that -- some of the
24   people who joined that other side or who was aligned
25   with Julian Romero was the Rascons, right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1       A.    Yes, sir.

2       Q.    And that's why you know that Styx put a

3  hit on the Rascons, right?

4       A.    Yes, sir.

5       Q.    Now, fast forward.  At some point in time,

6  you said, I think this morning, about six months

7  before the incident happened in 2007 with Freddie

8  Sanchez, that you were having a discussion with

9  Arturo Garcia about SNM matters; is that correct?

10       A.    Yes, sir.

11       Q.    And you felt that under the circumstances,

12  that possibly that Arturo was being disrespectful

13  because he was having a relationship with somebody

14  else, right?

15       A.    The lady's husband told me as much.

16       Q.    And the relationship that he had was that

17  Mario Montoya was married to Kathy?

18       A.    Yes, sir.

19       Q.    And they got divorced?

20       A.    Yes, sir.

21       Q.    And they were divorced, and she had been

22  separated from him for a number of years; isn't that

23  correct?

24       A.    I believe so, yes.

25       Q.    And then after that happened, so after the
```



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com

1  divorce, after the separation, Arturo Garcia started

2  dating her, correct?

3       A.   I believe so, yes.

4       Q.   And when you were talking to Arturo

5  Garcia, he was trying to tell you that he saw that

6  as being a different situation?

7       A.   Yes.

8       Q.   That it wasn't the same as what happened,

9  because he was on Styx's side.  He joined Styx for

10 what happened.  But his relationship was a little

11 bit different, correct?

12      A.   Right.

13      Q.   And that's what he was telling you?

14      A.   Yes.

15      Q.   So when you were in the yard, I believe it

16 was, you said you were in the yard talking to him,

17 and it came up now that there was a situation where

18 you were, again, sort of talking about the fact that

19 there were hits out there on the Rascons by Styx

20 that hadn't been taken care of; is that correct?

21      A.   Yes.

22      Q.   And you were talking to Arturo about that,

23 and you wondered why that hadn't happened when they

24 were at the South facility; is that correct?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And you asked him basically, "Why the fuck
 2   are these guys still here?  Shouldn't they be in the
 3   morgue?"  Isn't that basically what you said?
 4        A.    Something like that, yes.
 5        Q.    And that Arturo indicated to you that
 6   there had been a hit by Styx on the Rascon brothers,
 7   but because Styx wanted to --
 8             MS. ARMIJO:  Your Honor, I'm going to
 9   object.  This is hearsay.
10             MR. BLACKBURN:  Well, I think that was
11   testified to on direct.  That's exactly what she
12   had --
13             THE COURT:  Is there any difference
14   between what he's saying here than what you brought
15   out on direct?  I'm not hearing the difference.  I
16   know you don't want him to testify about what
17   Mr. Arturo Garcia said, but if it's the same
18   statement, do you see any difference?
19             MS. ARMIJO:  I'm not sure if it's the
20   exact same statement.  I just know he's trying to
21   get out his client's statement.
22             THE COURT:  Let's be careful.  But with
23   the one statement, it sounds identical.  So I'll
24   overrule.
25             Go ahead.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  BY MR. BLACKBURN:

2      Q.   I'm just focusing on that one statement.

3  The issue was, that you were concerned about, was

4  why there had not been -- that had not been taken

5  care of, and you're asking Arturo about that?

6      A.   Yes.

7      Q.   And as you said, I think your comments

8  were exactly this morning that Arturo said that the

9  Rascon brothers were going to take care of something

10  else in exchange for Styx giving them a pass; isn't

11  that true?

12      A.   Withdrawing the kill order, yeah.

13      Q.   Withdrawing the kill order; is that

14  correct?

15      A.   Yes.

16      Q.   Thank you.

17          MR. BLACKBURN:  I have no further

18  questions.

19          THE COURT:  Thank you, Mr. Blackburn.

20          I'm almost reluctant to call on you, Mr.

21  Sindel.  I'm afraid I'll get the wrong one.

22          MR. SINDEL:  Yeah.  You're going to be

23  sorry we wasted all this time.

24          THE COURT:  All right.  Mr. Sindel.

25          MR. SINDEL:  Thank you.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                     CROSS-EXAMINATION
 2   BY MR. SINDEL:
 3        Q.   Good afternoon.
 4        A.   Good afternoon, sir.
 5        Q.   You probably heard my name as Richard
 6   Sindel since the judge has mentioned it several
 7   times.  I represent Mr. Joe Gallegos, and I did
 8   notice that you never did bring his name up during
 9   any part of your examination, either direct or
10   cross, correct?
11        A.   Yes, sir.
12        Q.   Now, I just kind of -- there was a couple
13   things that sort of stuck out in my head.  I think
14   that Mr. Castle, when he talked about you trying to
15   set up Billy Garcia so you could shoot him -- do you
16   remember that?
17        A.   Yes, sir.
18        Q.   You said that you had just finished
19   shooting at Mr. Romero?
20        A.   Yes, sir.
21        Q.   You had just come back from a situation
22   where you were hoping to be able to assassinate him,
23   correct?
24        A.   Yes, sir.
25        Q.   That was the plan?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   Hit him close to the car, blow his brains

 3   out?

 4        A.   Yes.

 5        Q.   Okay.  Whether his child or whatever, his

 6   wife or whoever, would have been scattered with that

 7   body parts was of no consequence to you; is that

 8   right?

 9        A.   They weren't standing at the door, sir.

10        Q.   I mean if they would have seen his brains

11   laying there on the sidewalk.

12        A.   I didn't consider that.

13        Q.   That wasn't something you considered.  And

14   I think he discussed, well, Billy Garcia was too

15   smart to meet with you.  And you said, well, you

16   thought of it more as cowardice?

17        A.   Yes, sir.

18        Q.   So when you called Mr. Romero over to the

19   car, intending to shoot him, was that an act of

20   bravery?

21        A.   It was a soldier doing his job, sir.

22        Q.   Was it an act of bravery?

23        A.   What?  To kill him?

24        Q.   Well, trying to deceive him so he came

25   close enough so you could shatter his face?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's tactical warfare, sir.

 2        Q.    Is that how you saw it?

 3        A.    Yes, sir.

 4        Q.    And then when you shot the gentleman in

 5   the barber shop, in the back, you saw that as an act

 6   of bravery, as well?

 7        A.    I actually shot him in the chest,

 8   face-to-face first, sir.  Then I finished by

 9   shooting him in the back when he attempted to flee.

10        Q.    I'm sorry?  When he attempted to flee for

11   his life?

12        A.    Yes.

13        Q.    You blew him apart?

14        A.    Yes.

15        Q.    And as I understand it, you did those

16   things because it was the rule?

17        A.    Yes, sir.

18        Q.    You were following the rules?

19        A.    Yes.

20        Q.    You were dedicated to that?

21        A.    Yes.

22        Q.    You were even on a crew of people called

23   the violation crew, right?

24        A.    Yes, at the Main unit.

25        Q.    Yeah.  And then you were part of the crew,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and their job was to go and beat down people who had
 2   violated certain rules of the SNM?
 3        A.   Yes, sir.
 4        Q.   And at least as I heard it, back as early
 5   as 2001 you had violated the rules, right?
 6        A.   Absolutely.
 7        Q.   So would you call that somewhat two-faced?
 8        A.   I would call it hypocrisy, absolutely.
 9        Q.   It's a lie, isn't it?
10        A.   Yes, absolutely.
11        Q.   Now, you also had mentioned there was an
12   information that was filed, and you wanted to be
13   prosecuted federally?
14        A.   Yes.
15        Q.   Are you familiar with, either from surfing
16   the internet when you're not looking at porn or any
17   other place, about a program called WITSEC?
18        A.   I know of it.
19        Q.   Okay.  And had you ever been told by any
20   FBI agents that the WITSEC program in the prisons
21   are a fucking resort?
22        A.   I don't believe I was ever told that, sir.
23        Q.   Were you told that there was a different
24   classification from the normal Bureau of Prisons
25   settings for individuals who are sentenced to serve
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  federal crimes?

 2      A.   Yes, sir.

 3      Q.   Was it in your interests to be in the

 4  WITSEC program?

 5      A.   Yes, sir.

 6      Q.   And you had been in the pod with other

 7  people who were working for the Government, and then

 8  your idea was if you got sentenced in the federal

 9  penitentiary, you would also be housed, through

10  whatever sentence you received, with people who had

11  been working for the Government?

12      A.   It was my understanding that some of those

13  guys, if successful, would end up in that same

14  facility, yes.

15      Q.   Now, when you make a phone -- some of the

16  favors that you got as a result of cooperating was

17  unlimited phone calls, correct?

18      A.   Yes, sir.

19      Q.   That's a big deal, right?

20      A.   For people who love to use the phone,

21  yeah, absolutely.

22      Q.   Well, I mean, you would use the phone

23  quite a bit, wouldn't you?

24      A.   Yes.

25      Q.   There would be multiple calls in a single

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   day that you might make to your mother?

 2        A.   Yes.

 3        Q.   Correct.  And just so we have the name

 4   right, it's Jeannette Ogletree Marquez?

 5        A.   Odelia.

 6        Q.   Odelia?

 7        A.   Yes.

 8        Q.   How do you spell that?

 9        A.   O-D-E-L-I-A.

10        Q.   And when you would call her, would you use

11   your pin number in order to place the call?

12        A.   Yes.

13        Q.   At least as I understand it -- you correct

14   me; you're good at that -- you have to put in your

15   pin number in order to make a phone call on the

16   system that's at the jail?

17        A.   Yes, sir.

18        Q.   It's called the Securus or something like

19   that?

20        A.   Yes.

21        Q.   And then it gets logged onto your books,

22   and you get charged for it, and then somebody puts

23   money on your books for you to be able to make those

24   calls?

25        A.   As a prepaid phone call, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   Right.  And so when you would call your

2   mother or anyone else, there would be a slight pause

3   for you to put your name in?

4        A.   The system is arranged so that we only

5   have to say our name, sometimes, at the beginning of

6   the call.  There are other times when you dial the

7   number and it's automatically recorded under your

8   pin number as your name.  So they just record your

9   voice, and then they put that as your call.

10       Q.   So sometimes you would make the recording

11  of your name as you were placing the call; and other

12  times, it was sort of automated?

13       A.   Yeah.  Every few months it would it say,

14  "Please state your name after the beep."  I'd say my

15  name, and then the call was processed.  There were

16  other times I would dial and I'm not required to

17  follow that step.

18       Q.   When you would call your mother, would you

19  refer to yourself as "Freddie"?

20       A.   Yes, sir.

21       Q.   And you would call her "Mom"?

22       A.   Yes, sir.

23       Q.   Now, there was questions that Mr. Castle

24  asked you about a phone call that was placed on

25  January 17, 2007, at 5:04 p.m.  And I have to tell

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    you, I'm not particularly interested in your

2    religious views or things that you may say in a

3    particular situation, but do you remember calling

4    your mother and talking to her about some of the

5    things that Mr. Castle brought up?

6         A.    I remember having a conversation with my

7    mom recently about her health issues and --

8         Q.    Wouldn't it be fair to say that you were

9    calling her multiple times a day in the year 2017?

10        A.    Yes, sir.

11        Q.    And some of the things that you would be

12   talking to her about -- in other words --

13        A.    Well, actually, sir, in 2017, half of the

14   year I was at the North, where I had access to use

15   the phone daily; and the other half of it, I am in a

16   different facility where I can't make those calls

17   like that anymore.

18        Q.    Well, I'm talking about January 17, 2017.

19        A.    Yes.  I could use the phone mostly

20   whenever I wanted, yes.

21        Q.    And in that particular situation when you

22   would talk to your mother, would you refer to

23   someone named "John"?  Was that your lawyer?

24        A.    Yes.

25        Q.    And you would refer, sometimes, with your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  dreams or hopes to receive commutation from the

2  governor?

3       A.   Yes, absolutely.

4       Q.   Or a pardon from the governor?

5       A.   Not a pardon, because I knew that that

6  connotates something entirely different than a

7  commutation.

8       Q.   Okay.  What you're looking for is a way

9  out?

10      A.   What I was, was looking for a reduction in

11 my state sentence, yes.

12      Q.   Which would be a way out?

13      A.   Yes.

14      Q.   And in those conversations, did you refer

15 to "Mark Myers" or "Mr. Myers"?

16      A.   Did I refer about him to my mother?

17      Q.   Yes.

18      A.   Yes.

19      Q.   He was somebody that you hoped would be

20 instrumental in taking your case to the governor's

21 office in order to try and get a commutation?

22      A.   Yes, because he worked for her in one of

23 her state facilities, yes.

24      Q.   And so if I have it right, there was a

25 number of times that you would talk to your mother

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   about what your dreams were; there was also a number

2   of times when you would talk to her about your

3   gripes or complaints?

4        A.   Yes, sir.

5        Q.   And do you remember indicating to her at

6   one point in time that you were putting in work for

7   the Government?

8        A.   I might have been facetious and joking

9   around about that, sir, but it's quite possible I

10  said that.

11       Q.   Would you have said, "I'm putting in work

12  for the federal government, and those cocksuckers

13  are making me regret it"?

14       A.   I might have said that, yes.

15       Q.   Because sometimes you would get very

16  frustrated with exactly what was happening?

17       A.   Oh, yes.

18       Q.   And that's part of your personality, isn't

19  it?

20       A.   Yes.  I'm pretty impatient, sir.

21       Q.   Mr. Castle read a poem that you wrote

22  about the murder that you had committed.  Who did

23  you send that poem to?

24       A.   They say I sent to it my mom, but I might

25  have sent to my girlfriend.  It's quite possible I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sent it to my mom, to store all my poems.

2       Q.   And it gets you right there in the heart,

3   doesn't it?

4       A.   Yeah.

5       Q.   Now, there was some back and forth, and I

6   just want to make sure I have it in my head right.

7   There was a pizza party that was thrown for all the

8   people who were cooperating, but you didn't attend

9   that; is that right?

10      A.   That is right, sir.

11      Q.   And that was at the prison facility?

12      A.   Yes, sir.

13      Q.   You were still there, and you stayed in

14  your cell rather than coming out and enjoying the

15  festivities?

16      A.   The event was not in the pod, so I stayed

17  in the pod.

18      Q.   But you later on did have pizza with your

19  mother, right, from Pizza Hut?

20      A.   Yes.

21      Q.   And so that was, you know, sort of a

22  special occasion for you and your mom and some other

23  people?

24      A.   Yes.

25      Q.   Other civilians?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Who else was there beside your mom?   And I

 3   just need first names.   I'm not interested --

 4        A.    Annette and Annette.

 5        Q.    Okay.   And were those girlfriends?

 6        A.    Sister and auntie.

 7        Q.    Sister and an aunt, you said?

 8        A.    They have the same name.

 9        Q.    All right.   So were there then three

10   people that you got to invite to the pizza party?

11        A.    Yes, sir.

12        Q.    At the FBI headquarters?

13        A.    Yes, sir.

14        Q.    That was pretty nice, wasn't it?

15        A.    Yes, sir.

16        Q.    And were there some times that you can

17   recall talking to your mother because you were

18   having issues with your finances?

19        A.    Probably, yes.

20        Q.    And would you at times complain because

21   the money orders weren't deposited or Acee was late

22   in bringing you money?

23        A.    Probably, yes.

24        Q.    And the money that you got, even though it

25   wasn't a whole lot of money, it meant a lot to you
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    when you were in prison, didn't it?

2         A.    Certainly.  Absolutely, yes.

3         Q.    Because if you don't have that money, like

4    you said, you'd be totally out of canteen?

5         A.    Yes.

6         Q.    Canteen is where you get your hygienic

7    material, your soap, your toothpaste, toothbrush,

8    things like that?

9         A.    Yes.

10        Q.    But also, really importantly, you can get

11   extra food?

12        A.    Yes.

13        Q.    Because it isn't exactly like within the

14   jail setting you either get great food or a lot of

15   it, is it?

16        A.    No, sir.

17        Q.    Was it fair that you were hoping that the

18   governor might commute your sentence from a murder

19   first degree to a murder second degree?

20        A.    Yes, sir.

21        Q.    Now, there is no doubt, when you shot that

22   gentleman in the barber shop, that you meant to do

23   it; correct?

24        A.    Yes, sir.

25        Q.    There was no doubt it was premeditated?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.

 2        Q.   And in your readings, whatever they may

 3   be, you understand that the law says that murder in

 4   the first degree is a premeditated murder?

 5        A.   Yes, sir.

 6        Q.   So you were hoping that the governor would

 7   look at the fact that you thought it out, planned

 8   it, and carried it out, differently in your

 9   circumstances; correct?

10        A.   It's quite amazing.  I thought that way,

11   yes.

12        Q.   And you thought that Mr. Myers, acting on

13   your behalf, would be able to not only hand-deliver

14   a letter to the governor, but have a personal

15   conversation with him?

16        A.   Yes.

17        Q.   And you were hoping, as well, that Maria

18   and Randy would offer to provide depositions,

19   videos, or letters on your behalf?

20        A.   Yes.

21        Q.   Did you tell your mother that Acee and

22   Maria would help you get --

23             MS. ARMIJO:  Objection; hearsay.

24        Q.   Was it in your mind that Acee and Maria

25   might help you get clemency?
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1        A.    It was a hope, sir.
 2        Q.    And you know that the things that you hope
 3   for aren't going to be delivered until you deliver,
 4   right, until you testify?
 5        A.    Yes.
 6        Q.    You know, you realize that the people that
 7   will be judging your performance here in court will
 8   be the people that sit here at this table?
 9        A.    Mark Myers is retired, sir.  The avenue,
10   that whole approach, is gone.
11        Q.    Well, Mr. Myers may be gone, but your
12   goals or your hopes or your dreams aren't, are they?
13        A.    My dream to serve my time, the rest of my
14   time in a safe environment, yeah, that's still
15   valid.
16        Q.    Don't you have a dream that maybe you
17   won't have to serve the rest of your time?
18        A.    Well, I know that I will.  It's obvious to
19   me.
20        Q.    Has the governor given you a call and
21   said, "Look, I've got to tell you, as far as I'm
22   concerned, I'm never letting you out"?
23        A.    No, sir.
24        Q.    Has the governor written you a letter
25   saying, "As far as I'm concerned, I'm never letting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  a cold-blooded killer out of prison"?

2       A.   No, sir.

3       Q.   Has any member of his staff ever said,

4  "You know what?  We took a look at the fact that

5  you've laid waste or attempted to kill a lot of

6  people, and we've decided it's time for you to walk

7  amongst us"?

8       A.   No, sir.

9       Q.   I didn't think so.

10           MR. SINDEL:  Thank you.

11           THE COURT:  Thank you, Mr. Sindel.

12           Any other defendant have cross-examination

13  of Mr. Munoz?  All right.

14           Ms. Armijo, do you have redirect of

15  Mr. Munoz?

16                    REDIRECT EXAMINATION

17  BY MS. ARMIJO:

18       Q.   Mr. Munoz, who was Mark Myers?

19       A.   He was the former Deputy Secretary of

20  Corrections.

21       Q.   All right.  Has he since retired?

22       A.   Yes, ma'am.

23       Q.   Is he part of the prosecution team

24  anymore?

25       A.   No, ma'am.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Did anybody that was sitting at this table

 2   ever make you any promises about you having to

 3   testify, and something would happen with your state

 4   case?

 5      A.   No, ma'am.

 6      Q.   And have you already testified before for

 7   the United States?

 8      A.   Yes.

 9      Q.   Now, you talked about, just now with

10   Mr. Sindel, about your dream to be in a safe

11   environment.  What did you mean by that?

12      A.   Where I don't have to watch my back,

13   getting stabbed by anybody from my previous

14   lifestyle.

15      Q.   Now, you talked about how when you were

16   out, you were -- I'm going back to now 2001, I

17   guess.  No, actually, it's 2003.  Do you recall

18   that?  You were asked questions about the incident

19   in which you were trying to get Billy Garcia to come

20   and see you after the shooting of Julian Romero?

21      A.   Yes, ma'am.

22      Q.   Did you know what Billy Garcia's position

23   was as to your shooting Julian Romero?

24      A.   He was opposed to it, ma'am.

25      Q.   All right.  And was that why you wanted to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



PROFESSIONAL COURT                                   e-mail: info@litsupport.com
REPORTING SERVICE

1   actually have a meeting with him?

2       A.   I anticipated that he and I were going to

3   become enemies over the matter, so I felt like I

4   might as well just preemptively initiate the battle

5   because it was going to come to that anyway.

6       Q.   Now, you were also asked questions about

7   the murder of Animal?

8       A.   Yes, ma'am.

9       Q.   And about the manner in which it happened.

10  Were you given any direction as to how that murder

11  should occur?

12      A.   Yes.  It was a recommendation from Angel.

13      Q.   And what did he recommend?

14      A.   To strangle him.

15      Q.   Now, you were also asked several questions

16  about your plea deal in which you got a concurrent

17  sentence.  Were you already doing a life sentence?

18      A.   Yes.

19      Q.   Did you plead guilty to a first-degree

20  murder charge?

21      A.   The barber shop murder was a no-contest

22  plea, but the legal consequence is still the same as

23  if it's a guilty plea.

24      Q.   Okay.

25      A.   I pled no contest, and I received a life

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sentence for it.
 2        Q.   Thank you.  So you didn't receive a
 3   reduction to second-degree murder?
 4        A.   No, ma'am.
 5        Q.   You didn't receive anything other than a
 6   life sentence?
 7        A.   No, ma'am.
 8        Q.   Is that much of a deal?
 9        A.   It's not really a good deal.
10        Q.   Okay.  You were asked questions about the
11   statement that you wrote, and I believe Mr. Castle
12   was inferring that you -- that you --
13             MR. CASTLE:  I'm going to object to what
14   the characterization was.
15             THE COURT:  Let's not characterize.  Just
16   ask the question.
17        Q.   Mr. Castle was talking about a letter that
18   you wrote, describing your events on December 24th.
19   Do you remember, he was saying something to the
20   effect of Christmas Eve?
21        A.   Yes, ma'am.
22        Q.   Did you write that all on one day?
23        A.   I don't think so, ma'am.  It took me
24   probably a week or so.
25        Q.   How many pages was that, if you recall?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Thirty-six pages probably.
 2        Q.    And in that -- and when did you write
 3   that?
 4        A.    It was in the year 2016, in the beginning.
 5   I don't remember the exact date or anything like
 6   that.
 7        Q.    Do you recall in that, that you actually
 8   referred to your conversation with Billy Garcia
 9   before he went down to Southern?
10        A.    Yes, ma'am.
11        Q.    And you detailed that?
12        A.    Yes, ma'am.
13        Q.    All right.  You were also -- with Mr.
14   Castle, you referenced that there was -- you talked
15   about the different factions, and you indicated that
16   there was some -- talking about smack.  Do you
17   remember that?
18        A.    Yes, ma'am.
19        Q.    What did you mean by that?
20        A.    Disrespect.
21        Q.    And why -- and why is disrespect important
22   to the SNM, and how?
23        A.    I mean, we all define our identity around
24   being respected.  So if there's ever a fraction in
25   that in that perception, we become vulnerable to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    other people who have more passion and hunger to

2    have that respect.  And you get hurt for that sort

3    of thing.

4         Q.   And so what happens when you're

5    disrespected?

6         A.   You have to act on the person that

7    disrespected you by checking them, hurting them, and

8    in some cases killing them.

9         Q.   You were also asked about if you and Styx

10   were the primary leaders of violence -- my words --

11   from -- up until 2002.  Do you recall those

12   questions?

13        A.   Yes, ma'am.

14        Q.   Were you and Gerald Archuleta the only

15   ones inflicting violence during that time?

16        A.   No, ma'am.

17        Q.   Who else -- well, I don't want to get into

18   people.  Was other SNM members also involved in that

19   activity?

20        A.   Yes, ma'am.

21        Q.   You were also asked about the order on

22   Popeye.  Do you recall that?

23        A.   Yes, ma'am.

24        Q.   And you indicated something about being

25   insulted?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I was assaulted.
 2        Q.   Oh, okay.  I wrote that down wrong.  So
 3   you were assaulted?
 4        A.   Yes.
 5        Q.   And was that in reference to being
 6   assaulted?
 7        A.   Yes, ma'am.
 8        Q.   Now, you also were asked questions about
 9   the visits that you've had with family members since
10   you have been cooperating and charged in this case.
11   Now, the visitation -- has the process since you've
12   been charged -- and were you charged federally in
13   April of 2016?
14        A.   No, ma'am.  Wait.  April of 2016.  I might
15   have been, yes.
16        Q.   Okay.  And since that time, has it been an
17   easy experience for you?
18        A.   It has not.
19        Q.   Have you been frustrated at times?
20        A.   Absolutely.
21        Q.   And the visits that you had -- what was
22   your classification before you were charged
23   federally?
24        A.   I was a Level 3 prisoner at the GO
25   facility, which is a privately run state
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   institution.  I was a drop-out, so I was in the

2   general population facility.

3       Q.   And you say Level 3?

4       A.   Yes, ma'am.

5       Q.   And what sort of benefits were you allowed

6   as a Level 3 inmate?

7       A.   I was allowed to be out of my cell from

8   5:30 in the morning until, I believe, 10:30 at

9   night.  I was allowed access to the recreation yard

10  twice a day for an hour each.  I was allowed to go

11  to the gym and exercise, the weight machines, play

12  basketball.  I was allowed to use the phone, watch

13  TV, have contact visits for regularly scheduled

14  visiting days, Friday, Saturday, Sunday.

15      Q.   So by being charged federally, did you

16  lose a lot?

17      A.   Yes, ma'am.

18      Q.   Now, you were also asked several questions

19  about meetings with your mom at the FBI?

20      A.   Yes.

21      Q.   Why did you have meetings with your mom?

22      A.   Well, my mom is undergoing some health

23  issues, and it doesn't appear to be good for her.

24  And I realized, because of her financial situation,

25  then when I leave New Mexico on this federal

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   sentence, that I very likely will not see her or my

2   close relatives again.  So I asked my attorney if he

3   could arrange for it so that I could visit with my

4   mom, and he said he would do his best to make it

5   happen.

6        Q.   Now, you were asked about a phone

7   conversation that you had with a person who you

8   indicated was misidentified in the transcript.  Do

9   you recall those questions?

10       A.   Yeah.  I never spoke with a Elizabeth

11  Munoz, but some of the body of the text was mine.

12  But I'm confused about the name and the exchange

13  between the name on the top of the paper, and

14  myself.

15       Q.   And you've never seen these transcripts,

16  have you?

17       A.   No, ma'am.

18       Q.   And the conversation that you were having

19  with a woman in reference to the President, what

20  were you referring to?

21       A.   I don't believe I know fully what that was

22  about.  I mean, I follow politics, so I'm always

23  discussing politics with my mother.  When I saw that

24  my attorney, who was at the time officially my

25  attorney, got nominated by the President, I believe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I called her to tell her, "Wow, that's pretty crazy.
 2   He got nominated by President Trump."
 3       Q.   Do you know if, in fact, he is walled off
 4   from this case, now that he is --
 5       A.   I know he's not allowed to have any
 6   association with me or my family because of that.
 7       Q.   And also with the prosecution?
 8       A.   Yes.
 9           MS. ARMIJO:  Your Honor, may we approach?
10           THE COURT:  You may.
11           (The following proceedings were held at
12   the bench.)
13           MS. ARMIJO:  Your Honor, at this time I
14   believe I would like to see the documents for the
15   good faith basis for asking.  Because it wasn't
16   just, "Were you diagnosed?"  He said, "You know you
17   were."  It was a positive assertion that he has been
18   diagnosed with these things, which he clearly has no
19   basis to ask those questions.
20           And we ask that they be struck.
21           MR. CASTLE:  Your Honor, here's what the
22   situation was.  I'm trying to access it on our
23   extranet.  It will not download.  So I cannot find
24   it.  So what I intend to do on recross is bring out
25   for the jury that the IPRA had documents from two
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  different Frederico Munozes and that we may very

2  well be wrong about the mother's name, Elizabeth

3  Munoz, and also the antisocial personality disorder.

4  I don't believe we are wrong.

5          Because I can't pull this down off our

6  extranet, I'm willing to make that statement with

7  the witness so that will cure that problem.  But I

8  can't access it.  I can show the Court.  The

9  internet speed won't let me access.

10         THE COURT:  Well, you can do two things.

11 One is, we could just leave it where it is.  And if

12 it looks like we don't have any basis for the

13 questions, we can come back and strike the material.

14 Or Mr. Castle can do what he just proposed.

15         I do propose not to strike it now, because

16 I do want to give Mr. Castle a chance -- we're in

17 the middle of trial -- to see if he can show the

18 good faith basis for the question.  So I'm not

19 inclined to strike it now.

20         So what's your preference?

21         MS. ARMIJO:  Well, the only problem with

22 him asking this witness the questions, it's

23 basically him testifying; he's basically telling

24 him.  Unless he's going to be apologizing to him.

25         THE COURT:  Let's just leave it now.  Why

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   don't you not go into that and testify.
 2             MR. CASTLE:  I am going to clear up the
 3   problem with the mother and everything else.  We can
 4   talk about the name.
 5             THE COURT:  I don't know how you'd get
 6   that in without turning into a witness here, and I
 7   don't think you want to do that.
 8             MR. CASTLE:  It's not exactly like that.
 9   I'm going to say, "Despite the fact we had the wrong
10   name down, you're not denying these were your
11   statements?"
12             THE COURT:  I think that's fine.
13             MS. ARMIJO:  Except he didn't deny they
14   were his statements.  He said that they were his
15   statements.
16             MR. CASTLE:  I think it's a separate issue
17   than what she was talking about, which is the
18   antisocial personality.
19             THE COURT:  I'll allow that.
20             MR. CASTLE:  Okay.
21             (The following proceedings were held in
22   open court.)
23             THE COURT:  All right.  Anything else, Ms.
24   Armijo?
25             MS. ARMIJO:  May I just have a moment?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2              MS. ARMIJO:  Thank you, Your Honor.  Pass
 3   the witness.
 4              THE COURT:  Thank you, Ms. Armijo.
 5              Mr. Castle, did you have anything further?
 6              MR. CASTLE:  Yes, if I could, Your Honor.
 7              THE COURT:  Mr. Castle.
 8                   RECROSS-EXAMINATION
 9   BY MR. CASTLE:
10       Q.   Mr. Munoz, I don't know if you know this,
11   but were you aware there is another Frederico Munoz
12   with your same year of birth here in New Mexico?
13       A.   No, sir.
14       Q.   Never ran across him?
15       A.   No, sir.
16       Q.   Okay.  So I just have to apologize to you.
17   Elizabeth Munoz is his mother, not yours.
18       A.   That's fine, sir.
19       Q.   But with regards to those transcripts we
20   showed, you weren't denying your words; you were
21   just contesting that the other speaker was a person
22   by the name of Elizabeth Munoz, right?
23       A.   Yes.  I don't know who that lady is.
24       Q.   Okay.  Now, there was some questions about
25   that Angel Munoz ordered you to murder Felix
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1   Martinez and he told you how to do it, right?

2         A.    He recommended a way to do it.

3         Q.    And he recommended strangulation, right?

4         A.    Yes, sir.

5         Q.    Any other details that he recommended to

6   you?

7         A.    No, just that it was quiet, less messy, so

8   it made sense to me.

9         Q.    So when you spit in his face, when you

10  spit in Felix Munoz's face -- Felix Martinez's face

11  after you murdered him --

12        A.    I didn't spit on him, sir.

13        Q.    You didn't spit on him?

14        A.    No, sir.

15        Q.    You didn't spit on his face?

16        A.    No, sir.

17        Q.    Let me talk to you a little bit but

18  turning yourself in to the RPP Program on June 16,

19  2014.

20        A.    Yes, sir.

21        Q.    That's where you're opting out of the

22  gang, right?

23        A.    I was monitoring, screening, for some time

24  before June 16th.  But I was eventually cleared to

25  go.



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                        1-800-669-9492
BEAN & ASSOCIATES, Inc.                               e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   That's the formal way of opting out,

2  right?

3    A.   Yes.

4    Q.   When you go in for that formal opt-out,

5  they sit down with you and they talk to you, and

6  they ask you to come clean on your knowledge of the

7  gang, the activities you've done in the gang, and

8  things that you know about crimes the gangs have

9  committed, right?

10   A.   They have a series of --

11        MS. ARMIJO:  Your Honor, I'm going to

12  object to beyond the scope of redirect.

13        THE COURT:  How is this tied to the

14  redirect?

15        MR. CASTLE:  Well, it was actually another

16  counsel got into it and opened that area up.  And I

17  haven't done this in other witnesses, but I wanted

18  to clarify one aspect about that, if I could, Judge?

19        THE COURT:  I think I need to sustain.

20        MR. CASTLE:  Okay.

21  BY MR. CASTLE:

22   Q.   Well, the Government indicated, whether in

23  your written letter, you indicated something about

24  Mr. -- this supposed meeting you had with Mr. Garcia

25  before the 2001 murders, right?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                       1-800-669-9492
                                                 e-mail: info@litsupport.com



 1        A.    Yes.

 2        Q.    In your discussions with the RPP people,

 3   you never mentioned that meeting, did you?

 4        A.    It was a series of fixed questions that

 5   was asked of me.

 6        Q.    So you never mentioned that meeting to the

 7   RPP folks, did you?

 8        A.    No, sir.

 9        Q.    And, in fact, in that letter -- I want you

10   to look at it, if we could.  Do we have it handy?

11             You claimed that you had some kind of

12   discussion with Mr. Garcia after the murders

13   happened, right?

14        A.    Yes.

15        Q.    And I think you said something else about

16   Mr. Garcia doing -- making some kind of chant or

17   something out at the MDC?

18        A.    Yes.

19        Q.    See if you can find this.  Any mention of

20   that in the 38 pages you wrote?

21        A.    That's not in there, sir.

22        Q.    Okay.  What you did write was --

23             MS. ARMIJO:  Objection; hearsay.

24             MR. CASTLE:  Well, concerning a killing,

25   Your Honor.  She got into what he wrote about

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                           1-800-669-9492
                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   killing in his letter.

2           THE COURT:  Well, if you just want to have

3   a general topic, but if you're going to get into

4   details, if it's being offered for the truth, then I

5   have to sustain.

6           MR. CASTLE:  Okay.  It's just general,

7   Your Honor.

8   BY MR. CASTLE:

9       Q.   In that letter that the Government just

10  asked you to tell us about and what you said about

11  Mr. Garcia -- do you remember that letter?

12      A.   Yes.

13      Q.   You wrote, "My intention was" --

14          MS. ARMIJO:  Objection; hearsay.

15          THE COURT:  I don't think that's general.

16  Sustained.

17  BY MR. CASTLE:

18      Q.   Now, there were questions about your

19  desire to go to the federal facility, right?

20      A.   Yes.

21      Q.   And I think -- well, what the questions

22  were about was to say the reason you want to go

23  there is because you want to be safe and it's not

24  going to be a cushier place, right?

25          A.   I'm pretty sure it would be better than

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what I have right now, yes.

2         Q.   In fact, well before this indictment, well

3    before you dropped out, you were trying to get into

4    the feds anyway, right?

5         A.   During my earlier discussions with

6    representatives of the federal government, it was

7    presented to me that I could possibly go to one of

8    those facilities, yes.

9         Q.   So way back in 2002, when you were still

10   doing work in the SNM, you were trying to get moved

11   to the federal facility, right?

12        A.   Yes.

13        Q.   And that wasn't because of danger?  That

14   was because you wanted a better placement?

15        A.   Yes.

16             MR. CASTLE:  No more questions.

17             THE COURT:  Thank you, Mr. Castle.

18             Ms. Armijo, do you have any more redirect?

19             MS. ARMIJO:  No, Your Honor.  Thank you.

20             THE COURT:  All right.  Mr. Munoz, you may

21   step down.  Is there any reason that Mr. Munoz

22   cannot be excused from the proceedings?  Ms. Armijo?

23             MS. ARMIJO:  No, Your Honor.

24             THE COURT:  Any defendant have any

25   objection to Mr. Munoz being excused?  Not seeing or

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

234

1  hearing any objection, Mr. Munoz, you are excused

2  from the proceeding.

3           THE WITNESS:  Yes, sir.

4           THE COURT:  Thank you for your testimony.

5           THE WITNESS:  Yes, sir.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   UNITED STATES OF AMERICA

 2   STATE OF NEW MEXICO

 3

 4                 C-E-R-T-I-F-I-C-A-T-E

 5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

 6   Official Court Reporter for the State of New Mexico,

 7   do hereby certify that the foregoing pages

 8   constitute a true transcript of proceedings had

 9   before the said Court, held in the District of New

10   Mexico, in the matter therein stated.

11        In testimony whereof, I have hereunto set my

12   hand on this 30th day of May, 2018.

13

14        _____

15        Jennifer Bean, FAPR, RMR-RDR-CCR
          Certified Realtime Reporter
16        United States Court Reporter
          NM Certified Court Reporter #94
17        333 Lomas, Northwest
          Albuquerque, New Mexico 87102
18        Phone:        (505) 348-2283
          Fax: (505) 843-9492
19        License expires:  12/31/18

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com