## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
  Plaintiff,

v.                NO. CR 15-4268 JB

ANGEL DELEON, ET AL.,
  Defendants.

### ORDER

THIS MATTER comes before the Court on Defendants Joe Gallegos', Edward Troup's, Billy Garcia's, Arturo Arnulfo Garcia's and Andrew Gallegos' Unopposed Motion for Extension of Time to File Renewed Motions for Directed Verdict and Motions for New Trial. [Doc. 2335] The Court, being advised that the motion is unopposed, and being otherwise fully advised in the premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED and defendants Joe Gallegos, Edward Troup, Billy Garcia, Arturo Arnulfo Garcia and Andrew Gallegos shall file their renewed motions for directed verdict pursuant to FED. R. CRIM. P. 29, and their motions for new trial pursuant to FED. R. CRIM. P. 33, no later than August 23, 2018.

_____
United States District Judge