# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                Plaintiff,               Case No. 2:15-CR-4268-JB

vs.

ANGEL DELEON, ET AL.,

                Defendants.

## ORDER

This matter comes before the Court on Defendants Joe Gallegos's, Edward Troup's, Billy Garcia's, Arturo Arnulfo Garcia's, Daniel Sanchez's, Anthony Ray Baca's, Carlos Herrera's, and Andrew Gallegos's Unopposed Joint Motion for Extension of Time to File Renewed Motions for Directed Verdict and Motions for New Trial [Dkt. 2338]. The Court, noting the motion is unopposed and being otherwise advised in its premises, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the motion is GRANTED and Defendants Joe Gallegos, Edward Troup, Billy Garcia, Arturo Arnulfo Garcia, Daniel Sanchez, Anthony Ray Baca, Carlos Herrera, and Andrew Gallegos shall file their renewed motions for directed verdict pursuant to Fed. R. Crim. P. 29 and their motions for new trial pursuant to Fed. R. Crim. P. 33 no later than October 15, 2018.

IT IS FURTHER ORDERED that the United States shall file its responses to the Defendants' motion no later than November 12, 2018, and the Defendants' shall file their replies, if any, no later than December 3, 2018.

_____
United States District Judge