1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8

9     Transcript of excerpt of voir dire examination

10                   by the Court

11                January 29, 2018

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (Venire panel entered the courtroom.)
 2                THE COURT:  All right.  Everybody be
 3      seated.
 4                Good morning, ladies and gentlemen.  I
 5      appreciate everything you've done for us this
 6      morning.  I know some of you have come from some
 7      great distances.  I reviewed many, many of the
 8      questionnaires, and we'll be talking about some
 9      questions off those this morning.  But as I went
10      through them, I realized many of you came from all
11      across the state.  Many of you came in last night and
12      came in this morning, and I appreciate what you've
13      done.
14                As you will see this morning as we go
15      through things, if you didn't do what you did
16      yesterday, filling out these questionnaires and those
17      sort of things and doing what you did this morning,
18      it would be impossible for us to do what we do in
19      Federal Court, really any court in the country, but
20      particularly here in Federal Court.  That's where you
21      came to, many of you from across the state, so I want
22      to thank you very much.
23                Let me introduce myself, and then I'm going
24      to introduce some other people.  We'll do it
25      progressively as we go through the morning, so that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   you know who you're talking to and who is asking you
2   questions, and things like that, and that you feel as
3   comfortable as you can.
4           I am Judge Jim Browning.  There are seven
5   district judges in the District of New Mexico, and we
6   have a senior judge, as well, up in Albuquerque.  I
7   live in Albuquerque, so I also drove in yesterday
8   afternoon.  So I live up in the Northeast Heights and
9   work in the Federal Courthouse at 333 Lomas
10  Boulevard, if y'all know where that is.  That's where
11  I mostly do my work, in the courtroom on the fourth
12  floor, and my chambers are on the sixth floor.
13  Generally I say at this point that following the
14  trial, I will invite the jurors that are actually
15  selected to my chambers so I can shake your hands and
16  personally thank you, but I won't be able to do that
17  here.  But we'll figure out a place to do it for
18  those people that are selected for the trial, so I
19  can personally thank you for your service.
20          I probably won't be able to do that for the
21  people that aren't selected today, but I'm going to
22  thank you many times today for what you have already
23  done for us and what you're about to do for us.
24          I do come down here a fair amount.  In the
25  older days, before we had two district judges down
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   here that lived down here, I came down here a lot.
 2   So I spent a lot of time particularly in the
 3   courthouse next door, but in this building as well.
 4   And so I have to go here and Roswell.  I don't go to
 5   Santa Fe much.  We have a federal courthouse in Santa
 6   Fe.  There are two judges up there, there's three
 7   active in Albuquerque, one senior, then two down
 8   here, so that makes up your seven.
 9           So I appreciate it, and for those of you
10   who are on the road, I'm with you.  So I'm going to
11   be staying down here throughout the trial.
12           Ms. K'Aun Wild is one of the court
13   managers, and for 27 years she and I worked together,
14   when I was in private practice and then 14 years as a
15   judge.  But because she's so good, they promoted her
16   recently.  So we were in the middle of this, and she
17   has come down, so she's going to help me with jury
18   selection today, and we're very grateful for it,
19   because she's a very experienced court administrator
20   and they've recognized that by giving her a
21   promotion.  So I appreciate her being down here
22   today.  She lives in Albuquerque and she left her
23   children up there, as well, so she's on the road as
24   well.
25           Joanne Standridge is going to be the CRD
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

5

```
 1   for the case, and so she's going to be working with
 2   us this morning on jury selection, and for those of
 3   you who are selected to be on the jury, she'll be the
 4   CRD, the courtroom deputy, that will be here
 5   throughout the trial.
 6            Jennifer Bean is my court reporter here,
 7   and she'll be taking down everything that's said.
 8   She's also from Albuquerque, so she's on the road.
 9            I have three of my clerks with me.  Brendan
10   Hammond is closest to me.  Brendan is -- we call him
11   a Texan because he went to University of Texas Law
12   School, but he went to Cornell undergraduate and grew
13   up in the upstate New York area.  He's going to leave
14   at the end of August and go work in New York for
15   Sullivan Cromwell, a big firm in New York.  He'll be
16   with me throughout the trial.
17            I may have some of my other clerks with me
18   at times.  Two of them are with me today.  One is Ben
19   Mendelson, sitting next to Brendan.  Ben is a true
20   Texan.  He grew up in Austin.  His family is from
21   Austin, and he went to undergraduate UT and then UT
22   law school.  He's going to leave me and go back to
23   Texas.  He's going to go work for Edith Jones on the
24   Fifth Circuit.  Then he's going to go to New York and
25   work for Morgan Lucy, a Philadelphia firm that has a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    big Washington office.
2             And Henry Jones is a New Mexican.  He's
3    from Santa Fe, grew up in Santa Fe, went to Santa
4    Clara, California, undergraduate Berkeley, got a
5    journalism degree from Berkeley, and then went to UNM
6    law school.  He externed for me.  He externed for me
7    and still came back to work for me.
8             So I'm grateful for them.  And we'll have
9    another clerk that may show up tomorrow, for those
10   who are selected to be on the jury.
11            There's a lot of people in the room.  We're
12   going to have a rolling sort of introduction here in
13   a minute, so everybody at these tables I'll introduce
14   or let them introduce themselves here in a moment.
15            But let me explain a few things to you, and
16   let me say a few things about what we're going to do
17   and what you're here to do.  First of all, I want to
18   thank you for what you've already done.  As I
19   indicated a minute ago, we couldn't do in Federal
20   Court what we are going to do this morning, and maybe
21   this afternoon, without you being here.  And I know
22   that some of you came from some great distances to do
23   it.  We don't get a lot of ways to serve our country
24   unless we have one of those special jobs or
25   something.  But we do get to vote, and we get to do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    some other things.  But one of the most important

2    things is being selected and serving and being

3    summoned to serve on a jury.

4           If you think about it, really what is going

5    to take place in this courtroom over the next few

6    weeks is one of the most democratic things we do.  We

7    elect a president, Congress passes the laws, and they

8    sign them.  But when we get ready to apply the law to

9    the facts, to individuals, we kind of put the

10   professionals aside and we ask the citizens to come

11   in.  And that is an extraordinary thing that we do,

12   because no other country trusts its people quite like

13   we do.  There are still some jury systems out there,

14   but not many, and most countries don't have jury

15   system.  They don't trust the juries to apply the law

16   to the facts.  And that is extraordinary.  And so

17   it's something that's very, very special.

18          And so if you didn't do what you did

19   yesterday and this morning in getting here, we

20   couldn't do it, because it requires the citizens to

21   take that summons and fill out those questionnaires

22   and be very patient and give up their time to be

23   here.  So I appreciate it very much, and it is

24   something that's extraordinarily special about our

25   country, that we trust the citizens at this point and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   kind of put the professionals aside.

2          This stage of the proceedings is called the

3   voir dire or the voir dire, depending upon how you

4   say those French words.  And the purpose of the voir

5   dire examination is two-fold.  One, it is to enable

6   the Court to determine whether or not any of the

7   prospective jurors should be excused for cause.  And

8   then secondly it's to enable the counsel for the

9   parties -- and like I said, I'm going to walk us

10  through this, and let them introduce themselves and

11  each other -- for the parties to exercise individual

12  judgment with respect to what is called peremptory

13  challenges; that is, challenges for which no reason

14  need be given; they just are given a certain number

15  to just excuse.

16          We appreciate all that you've done by

17  filling out a lot of questionnaires that may help us

18  expedite things this morning and this afternoon.  On

19  the other hand, it may provide some more questions.

20  But we appreciate it, and that's a follow-up of what

21  you've already done for us.

22          Now, I'm going to -- there's going to be

23  some questions that, if you do not want to answer

24  them in front of anybody or in front of your fellow

25  jurors, you can come up here, and I've got a way to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sort of fog the machine up, fog the sound up here, so

2  we can talk at the bench.  I'll have to, of course,

3  bring the lawyers up here and we'll discuss it here

4  at the bench, but it will keep you from having to

5  answer in front of everyone.  So anytime you want to

6  do that, approach the bench, let me know.

7          I'm going to give you the first question,

8  and then I'm going to swear you in.  But the first

9  question is going to be -- and let's talk about the

10  length of the trial.  Presently the evidence and jury

11  deliberations are expected to take six to eight

12  weeks.  You saw that in the questionnaire and the

13  cover letter that was sent to you.  And so the first

14  question is going to be:  Does that present any

15  special problems to any of you?  But before we answer

16  that question, or begin to explore that question, let

17  me have you stand, now that you're comfortable in

18  your seats, stand and raise your right hand and

19  Ms. Wild is going to administer the oath.

20          (The venire panel was sworn.)

21          THE COURT:  Is there anyone that did not

22  say "I do"?  All right.  Everyone be seated.

23          All right.  Let's talk about that first

24  question.  Understanding that the evidence and trial

25  and deliberations are expected to take about six to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   eight weeks -- and let me give you the exact date of
 2   that, get that out, so if you don't have these dates
 3   memorized -- I think the end of the six weeks would
 4   be March 9, and the end of the eight weeks would be
 5   March 23.  So understanding that period of time it
 6   may take us to put this trial on, does that period of
 7   time present any special problems for any of you?
 8            All right.  Let's start with Ms. Decramer.
 9   Ms. Decramer, what special problems do the next six
10   to eight weeks present for you?
11            MS. DECRAMER:  May I approach?
12            THE COURT:  Sure, come on up.
13            Anyone else, the next six to eight weeks?
14   Let's see.
15            Ms. Benavidez, what special problems do the
16   next six to eight weeks present to you?
17            MS. BENAVIDEZ:  Child care considerations.
18   And during the time of completing the form, I didn't
19   know that was one of the ones you could do on
20   E-juror, so that's why I didn't do it at that time.
21            THE COURT:  You didn't do what?  Indicate
22   what?
23            MS. BENAVIDEZ:  Request an excusal or
24   deferment on the E-juror site.  I didn't know that
25   qualified.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Tell me about your child care

2     situation.  Describe it a little bit for me.

3          MS. BENAVIDEZ:  I've got a one-year-old at

4     home.

5          THE COURT:  Okay.

6          MS. BENAVIDEZ:  And I'm responsible for

7     picking him up and doing activities at the end of the

8     day.  My spouse takes the morning.  So that would

9     impact them, as well, for work.

10         THE COURT:  Remind me, Ms. Benavidez, where

11    you live.

12         MS. BENAVIDEZ:  Albuquerque.

13         THE COURT:  Albuquerque.  If you were

14    selected, do you think you'd be able to get some help

15    picking the child up in the afternoon?

16         MS. BENAVIDEZ:  Potentially.

17         THE COURT:  The chances are -- I've only

18    sequestered a jury one time in my life, and that was

19    for one night.  I never can predict how a trial will

20    go.  I don't expect any sequestration in this case.

21    So you'd have the weekends to go back, and things

22    like that.  Do you think you could make it work?

23         MS. BENAVIDEZ:  Potentially.

24         THE COURT:  All right.  Thank you, Ms.

25    Benavidez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Anybody else have their hand up?
 2              Ms. Cator?  Let's see.  I believe that's
 3    Mr. Compton?
 4              PANEL MEMBER:  Are you talking to me?
 5              THE COURT:  It's Mr. Gonzalez.  Right?
 6              MR. GONZALEZ:  Gonzalez.  13.
 7              THE COURT:  What special problems does
 8    the --
 9              MR. GONZALEZ:  Well, I'm self-employed, and
10    I run my business by myself.  I take my son -- I live
11    in Roswell, but I work mostly in Artesia, New Mexico.
12    I take my son with me every day, and my child care is
13    in Artesia.  And this would really set me -- it just
14    really wouldn't work out for me.
15              THE COURT:  Okay.  Where is your son today,
16    and how are you providing for him today?
17              MR. GONZALEZ:  He's with his mother.  She
18    ended up staying home for the day.
19              THE COURT:  All right.  If you were
20    selected for this jury, do you think she could work
21    it out and get him to his -- how old is he?
22              MR. GONZALEZ:  He's one.
23              THE COURT:  One.  Okay.  Do you think she
24    could get him to the day care?
25              MR. GONZALEZ:  Well, no.  She works in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    Roswell and our child care is in Artesia.
 2              THE COURT:  All right.  Thank you, Mr.
 3    Gonzalez.
 4              Anyone else in the jury box that has
 5    special problems?
 6              Ms. Harris, what special problems do the
 7    next six to eight weeks present to you?
 8              MS. HARRIS:  I have a vacation planned.
 9              THE COURT:  All right.  Tell me about your
10    vacation.
11              MS. HARRIS:  It's between February 8 and
12    20th, 25th, and I've just been planning to be away
13    visiting friends during that time.
14              THE COURT:  Okay.  Do you have plane
15    tickets bought?  Are you locked in on anything?
16              MS. HARRIS:  I do have a reservation.  I
17    can change the plane reservation, if I have to.
18              THE COURT:  All right.  Thank you,
19    Ms. Harris.  Appreciate it.
20              Anyone else in the jury box, next six to
21    eight weeks?  Let's see.  Is that Ms. Morales?
22    Ms. Montes.
23              MS. MONTES:  Montes.  I have a 10-year-old
24    son, and I have a daughter with cancer at home that I
25    take care of.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Who is taking care
 2    of them today, Ms. Montes?
 3              MS. MONTES:  Right now my husband is at
 4    home with her.
 5              THE COURT:  If you were selected, would you
 6    be able to have your husband or someone --
 7              MS. MONTES:  Yeah.
 8              THE COURT:  All right.  Thank you, Ms.
 9    Montes.  I appreciate it.
10              Anyone else in the jury box?
11              All right.  Let's go to the front row in
12    the well.  Does anybody have their hand up?
13    Mr. Hassell, what special problems do the next six to
14    eight weeks present for you?
15              MR. HASSELL:  Yes, Your Honor.  I'm
16    self-employed.  I'm retired from local government
17    service, but I own a farm.  And the next two months,
18    next three months, are the time for me to be prepping
19    and planting and it would have a major negative
20    financial impact on my farm if I can't get all of
21    that done.  I don't have any help.  It's just my wife
22    and I, and she works full-time as a seamstress.
23              THE COURT:  All right.  Thank you,
24    Mr. Hassell.
25              Anyone else on the front row?  Let's go to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    this portion of the well.  Anyone else over in this
 2    portion?  Who back here?  Let's go back here.  I'll
 3    come back to this group here, come back.  You might
 4    have to -- when it gets kind of far to the back, you
 5    may have to stand, and then I'll have to figure out
 6    who you are.  Are you Ms. Bush?
 7              MS. COURTIER:  No, I'm Ms. Courtier.
 8              THE COURT:  Ms. Courtier.  Okay.  And what
 9    special problems do the next six to eight weeks
10    present to you, Ms. Courtier?
11              MS. COURTIER:  Well, I work at a senior
12    center, and we've had a lot of changes over the past
13    few months.  We have about five staff that are
14    brand-new and just learning their jobs.  Also, at the
15    very beginning of the month I have to submit a lot of
16    state reporting, and nobody else knows how to
17    complete that reporting except for me.  And I haven't
18    had a chance to train anyone yet on how to do that.
19    And so my concern is just how would that reporting
20    get done.
21              THE COURT:  All right.  Thank you, Ms.
22    Courtier.
23              Who else had their hand up over here?  All
24    right.  You might have to stand up for me to see you
25    that far back.  Are you -- let's see.  Are you Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   Gallegos?

 2           MR. GALLEGOS:  Yes, sir.

 3           THE COURT:  Mr. Gallegos, what special

 4   problems do the next six to eight weeks present for

 5   you?

 6           MR. GALLEGOS:  My employment as a public

 7   schoolteacher with advanced placement students.  And

 8   also, our school is going through an accreditation

 9   process, and as a department chair, I need to be an

10   active participant in that.

11           THE COURT:  All right.  Thank you,

12   Mr. Gallegos.

13           Who else back there has their hand up?  Is

14   that Ms. Huerta?  Ms. Huerta, what special problems

15   in the next six to eight weeks?

16           MS. HUERTA:  I'm the only one in the office

17   and in the entire area that does my job.  I don't

18   know what would happen if nobody is there to do it.

19           THE COURT:  All right.  Thank you, Ms.

20   Huerta.

21           Let's see.  Ms. Yatsattie?

22           MS. YATSATTIE:  Yes.

23           THE COURT:  What special problems?

24           MS. YATSATTIE:  So I am from the Zuni

25   Pueblo, and in February and March we participate in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   traditional activities that do not allow me to spend
 2   money and I really shouldn't be traveling from home,
 3   which is why this morning I also had to leave at 3:45
 4   this morning, because I'm not allowed to spend money
 5   until the sun rises this morning.
 6             THE COURT:  All right.  Thank you, Ms.
 7   Yatsattie.
 8             Who else over there?  Anybody else?  Let's
 9   see.  Is that Ms. Gothard?
10             MS. GOTHARD:  Yes, Your Honor.  I take care
11   of my father, who has cirrhosis of the liver.  And I
12   just am there at home with him if he needs me.  And
13   so six to eight weeks may be kind of a hardship,
14   being four hours away.
15             THE COURT:  Thank you, Ms. Gothard.
16             Anyone else over on this side of the room?
17             All right.  I think there were some hands
18   over on my right, your left.  If you'll stand and --
19   all right.  Do you want to come up?  Go ahead.
20             Anyone else over here that has their hand
21   up?  Let's see.  Ms. Wojcik?  Am I saying it right?
22             MS. WOJCIK:  Yes.  I have a 12-year-old son
23   and my husband works on base and is often in
24   top-secret stuff where he's not reachable.  So if he
25   were at school or had a reason that he needed to get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   in touch with me, that would be difficult.  No one
 2   would be able to be in touch with him.  Plus I
 3   have -- my organization is concerned about my being
 4   away, so I have a letter for that.
 5            THE COURT:  All right.  Can you present
 6   that to Ms. Standridge here.  Do you have any other
 7   family in the area --
 8            MS. WOJCIK:  Not family.
 9            THE COURT:  -- if an emergency came up?
10            MS. WOJCIK:  I have friends.
11            THE COURT:  You have friends?  Okay.
12            Who else had their hands up over here?
13            All right.  I'm going to go to the back
14   row, or the row right behind, and I believe that's
15   Ms. Tighe?  Is that Ms. Tighe?  I'm sorry, whoever
16   has got the microphone that wants to speak, they'll
17   need to stand up and speak.  Y'all did some switching
18   because of the walker there?  So you're Mr. Johnson?
19            MR. SANCHEZ:  Sanchez.
20            THE COURT:  You're Mr. Sanchez?
21            MR. SANCHEZ:  Yes.
22            THE COURT:  Okay.  I'm having a hard time
23   with this chart.  Where is Mr. Johnson?  All right.
24   So -- and who is -- to your right, who is that?
25            MS. TIGHE:  Ms. Tighe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You're Ms. Tighe.  Okay.  So
 2    Mr. Johnson switched here.  We had you.  So you're
 3    Mr. Sanchez?
 4              MR. SANCHEZ:  Yes.
 5              THE COURT:  Let me make these changes here
 6    on my chart.
 7              All right.  Mr. Sanchez, what problems do
 8    the next six to eight weeks present for you, special
 9    problems?
10              MR. SANCHEZ:  Well, I'm self-employed, and
11    I have a small restaurant.  And if I have to be here,
12    I'd have to be closed.  So like even today, I had to,
13    like, put six employees out of work.
14              THE COURT:  Okay.  Thank you, Mr. Sanchez.
15              Anyone else have their hands up?
16    Mr. Billings?  Is that you?  What special problems do
17    the next six to eight weeks present for you?
18              MR. BILLINGS:  Yes, sir, I'm a general
19    contractor at Holloman Air Force Base, and it would
20    present a financial hardship.  And I'm also enrolled
21    in NMSU, going to school at night, also.  So that
22    would present a problem, also, sir.
23              THE COURT:  Okay.  And do you go at night
24    here in Las Cruces?
25              MR. BILLINGS:  In Alamogordo campus.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Alamogordo?  Okay.  All right.
2    What's the drive?  I mean, I've made it a lot of
3    times, from Las Cruces to Alamogordo.  But how far
4    out is it?
5              MR. BILLINGS:  70 miles.
6              THE COURT:  What time do your classes
7    start?
8              MR. BILLINGS:  5:00.
9              THE COURT:  Okay.  All right.  Thank you,
10   Mr. Billings.
11             Mr. Phillips?  Okay.  Continuing on.
12   Mr. Youngblood?  What special problems do the next
13   six to seven weeks present for you?
14             MR. YOUNGBLOOD:  I have two different ones,
15   sir.  I'm a small business owner.  I have two shops
16   in Hobbs, New Mexico.  I run one of them, my son runs
17   the other, and I have a manager that flips back and
18   forth.  He's also on jury duty right now in
19   Lovington, so if he has to be called in this week
20   when I'm gone, we'll have to shut one of the stores
21   down because I have nobody else to run it.
22             Also, I'm a City Council -- Hobbs City
23   Commission.  I'm a candidate for District 5 and our
24   election is March 6.  If I'm gone through March 6,
25   there is no way I can win the election.  I've already
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   spent several thousand dollars on promotions and ads
 2   and everything.
 3            THE COURT:  Thank you, Mr. Youngblood.  I
 4   appreciate it.
 5            Who else?  Let's see.  Is that Ms. Murphy?
 6            MS. LIEBHART:  Sheryl Liebhart.
 7            THE COURT:  Okay, Ms. Liebhart.
 8            MS. LIEBHART:  My husband is 60 years old,
 9   and normally he's in good health, but he's had a bad
10   cough and he's been really tired for about two
11   months, and we noticed how long it's been just on
12   Friday, and I'm just concerned about his health if
13   I'm gone for six to eight weeks and he's having to
14   keep up with household duties in addition to working
15   full-time.
16            THE COURT:  All right.  Thank you,
17   Ms. Liebhart.
18            Let's see.  On my chart there is a lady
19   sitting next to you.  Okay.  I see you now.  I
20   couldn't see because of Ms. Becker there.
21            All right.  Anybody else over here?
22            MR. FINK:  Yes, I'm a musician, and I've
23   had several dates booked in advance.  And I provided
24   those dates in the questionnaire, as well as the jury
25   form this morning.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Are you Mr. Houghtalin?

 2              MR. FINK:  Jason Fink.

 3              THE COURT:  I'm not -- what number is that?

 4              THE CLERK:  It's number 59.

 5              THE COURT:  Okay.  Mr. Fink.  All right.

 6   Thank you, Mr. Fink.

 7              Anyone else?  Let's see.  Mr. Burton?

 8              MR. BURTON:  Mr. Burton, yes.  My wife and

 9   I own a fund-raising business out of Albuquerque.

10   She's the one who does the office stuff.  I do the

11   presentations to the different groups, as well as we

12   have three sons.  One of them is a senior, and we

13   just got his lacrosse schedule, which means we're

14   going to be traveling February 22nd through the 26th

15   to Las Vegas, Durango.  We'll be there March 1st or

16   2nd through that Sunday.

17              Also, I am a supervisor for two different

18   local security companies in Albuquerque, and I just

19   got my schedule for that.  So I have all the dates

20   written on that form I got this morning.

21              THE COURT:  Thank you, Mr. Burton.

22              Anyone else?  All right.  Let me ask -- and

23   I'll look around the room and make sure we picked up

24   everybody that has special problems.  Again, the

25   evidence and the conclusion of the case is expected
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to take about six to eight months.  So is there

 2    anyone else that presents a special problem?

 3                  THE CLERK:  Weeks.

 4                  THE COURT:  What did I say?  Months?  It

 5    may feel like that.

 6                  All right.  Let me have Ms. Decramer come

 7    up here.  And Counsel, why don't y'all come up here.

 8                  (The following proceedings were held at the

 9    bench.)

10                  THE COURT:  All right.  Ms. Decramer, what

11    special problems do you have?

12                  MS. DECRAMER:  Well, when I filled out the

13    questionnaire, this problem hadn't come up.  But just

14    a little background.  My husband was treating for

15    prostate cancer last May, and in October he had to

16    have a procedure done for a very enlarged prostate

17    with the possibility of returning for that procedure

18    in 90 days.  And Friday he was told that sometime in

19    this next two weeks we have to return to the Mayo

20    Clinic for another procedure.  And we're also putting

21    our house up for sale and moving back to Minnesota.

22                  THE COURT:  Are you using the Mayo Clinic

23    in Phoenix or Minnesota?

24                  MS. DECRAMER:  Minnesota.

25                  THE COURT:  All right.  Let me see.  While
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   we're up here, does the Government have any questions
 2   of Ms. Decramer?
 3           MR. BECK:  No, Your Honor.
 4           THE COURT:  How about any of the defense
 5   lawyers?
 6           MS. DUNCAN:  No, Your Honor.
 7           THE COURT:  Thank you, Ms. Decramer.
 8   Appreciate it.
 9           Mr. Dixon, come on up.
10           MR. DIXON:  I didn't really need to come up
11   here.  I have a letter.  Essentially I'm the only
12   person that does what I do for a client.  Also, both
13   my kids are going on soccer trips for President's Day
14   to different places, so my wife and I are each going.
15           THE COURT:  We're not going to be in court
16   on President's Day.
17           MR. DIXON:  It's a five-day --
18           THE COURT:  We're not going to be here on
19   the three-day weekend.  Does that help you?
20           MR. DIXON:  It's Friday through Tuesday.
21   Also, I'm a basketball official doing high school
22   games, and this is a big time of year.
23           THE COURT:  Have you seen the Hobbs Eagles?
24           MR. DIXON:  I've seen Clovis, but not
25   Hobbs.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  They were in town Friday night.
 2              MR. DIXON:  Yeah, I'm pretty much right
 3    there.
 4              THE COURT:  All right.  Does the Government
 5    have any questions of Mr. Dixon?
 6              MR. BECK:  Mr. Dixon, it sounds to me like
 7    the trip for President's Day, you leave on Friday and
 8    back on Tuesday; is that accurate?
 9              MR. DIXON:  We leave on Thursday.
10              MR. BECK:  And that's both you and your
11    wife?
12              MR. DIXON:  I'm going to Phoenix, she's
13    going to Las Vegas.
14              MR. BECK:  That's all.
15              THE COURT:  How about from the defense?
16              MS. DUNCAN:  I don't have any questions,
17    Your Honor.
18              MS. BHALLA:  No, Your Honor.
19              THE COURT:  Thank you, Mr. Dixon.  I
20    appreciate it.
21              (The following proceedings were held in
22    open court.)
23              THE COURT:  All right.  Anyone else that
24    the next six to eight weeks present a special problem
25    for any of you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            All right.  Let me tell you a little bit
 2   about the case.  That is a criminal case.  I'm not
 3   going to read the indictment, but we'll be talking
 4   about the indictment.  But I'm going to kind of
 5   summarize for you here about this case.  And so the
 6   question I'm going to be asking you after this is:
 7   Has any member of the panel heard or read anything
 8   about the case?
 9            This is a criminal case brought by the
10   United States Government.  Again, I'll introduce the
11   lawyers here in a moment.  I'll sometimes refer to
12   the United States as the prosecution.
13            The charges against the defendants, whom
14   we'll introduce here in a moment, as well, are
15   contained in the second superseding indictment.  I
16   will sometimes refer to the second superseding
17   indictment as the indictment.  There are four
18   defendants who are charged in this matter, and all
19   four are charged with a crime which is a type of
20   racketeering charge.  Specifically, the United States
21   alleges that the defendants were members or
22   associates of a racketeering enterprise known as
23   Syndicato de Nuevo Mexico, or SNM.
24            The four defendants are all presumed
25   innocent, and I'll be emphasizing that a lot this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    morning as we talk about some of the questions on
 2    your questionnaire.
 3            Assistant United States Attorneys -- why
 4    don't I go ahead and have the counsel stand for this.
 5    So when your name is called, you can stand.  But I'll
 6    let you introduce yourself a little bit later, as
 7    well.
 8            But Assistant United States Attorneys Maria
 9    Y. Armijo, Randy M. Castellano, and Matthew M. Beck
10    will be prosecuting this case and representing the
11    United States.  Thank you.
12            The defendant are Daniel Sanchez,
13    represented by Amy Jacks and Richard Jewkes.
14            MR. JEWKES:  Good morning.
15            THE COURT:  Anthony Ray Baca, represented
16    by Marc M. Lowry and Theresa M. Duncan.
17            Carlos Herrera, represented by William R.
18    Maynard and Carey Bhalla.
19            And Rudy Perez, represented by Justine
20    Fox-Young and Ryan Villa.
21            The defendants are charged as follows.  The
22    defendants Daniel Sanchez, Anthony Ray Baca, Carlos
23    Herrera, and Rudy Perez have been charged in the
24    indictment in Count 6 with violent crimes in aid of
25    racketeering for conspiring to murder J.M., Javier
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Molina.

2          These defendants have also been charged in

3   the indictment in Count 7 with violent crimes in aid

4   of racketeering for the murder of J.M., Javier

5   Molina.

6          Defendant Anthony Ray Baca has been charged

7   in the indictment in Count 8 with violent crimes in

8   aid of racketeering for conspiring to commit assault

9   resulting in serious bodily injury to J.R., Julian

10  Romero.  And defendant Anthony Ray Baca has been

11  charged in the indictment in Count 9 with violent

12  crimes in aid of racketeering for conspiring for

13  murder D.S., Duane Santistevan.  And defendant

14  Anthony Ray Baca has been charged in the indictment

15  in Count 10 with violent crimes in aid of

16  racketeering for conspiring to murder G.M., who is

17  Gregg Marcantel.

18          All defendants have pled not guilty to all

19  of the respective charges and, again, are presumed

20  innocent.  Has any member of the panel heard or read

21  anything about the case?

22          If you have, why don't you come up and line

23  up, because I don't want to have you talking about

24  what you know about the case in front of everybody

25  else.  So if you'll just make your way up here, that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   will help me out.  So everybody that has heard or

 2   read anything about the case, if you'll make your way

 3   up here.  The lawyers, if you'll come up here, and

 4   we'll discuss with the jurors individually what they

 5   have heard or read about the case.

 6            (The following proceedings were held at the

 7   bench.)

 8            THE COURT:  All right, Mr. Oldknow.

 9            MR. OLDKNOW:  Last name is Oldknow, juror

10   10.

11            THE COURT:  Mr. Oldknow, how are you doing

12   today?

13            MR. OLDKNOW:  I'm doing okay.  Thank you,

14   sir.

15            THE COURT:  Tell me what you have heard or

16   read about this case.

17            MR. OLDKNOW:  I am a Freemason, and when I

18   was preliminarily summoned and I ended up talking

19   with the secretary of the Lodge, who is a retired

20   commander of the state police, he shared with me a

21   little bit about the Sindicato in the past, the

22   Astorga case particularly, that he was influenced by,

23   but particularly to this case, and I have to admit I

24   don't know.  I did look at what I believe is called

25   an affidavit for a member of the Sindicato by the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   name of Benito.  It was an affidavit to hold him

2   over, to keep in jail awaiting trial.  So I was

3   exposed to the information in that.

4           THE COURT:  Okay.  Now, I'm not sure I know

5   about this affidavit.  Maybe all the lawyers here do.

6   But can you tell me what that affidavit says?

7           MR. OLDKNOW:  It was an argument made to --

8   he was seeking to be released during the time

9   awaiting trial.  And it went over -- he was making an

10  argument that he had turned a new leaf.  Subsequent

11  to the mid 2000s, when you look at his time in jail,

12  when you look at -- I guess the best way to say it, I

13  was hard-pressed to hear that as a defense and an

14  excuse.  He was still deeply involved in what he was

15  doing.

16          THE COURT:  Now, we haven't -- you've now

17  heard the introduction of the defendants.  Whoever

18  this gentleman is is not a party of this case, and it

19  sounds like you -- I don't want to put words in your

20  mouth.  It sounds like you know a little bit about

21  the SNM, but you don't know a lot about this

22  particular case.  Is that fair?

23          MR. OLDKNOW:  I've learned a little bit

24  about SNM.  The other thing that I think it's prudent

25  to mention, Your Honor, out of good conscience, my

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                              1-800-669-9492
                                                       e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    family history, my mother was the supervising nurse
 2    at St. Vincent's Hospital.  And in 1980, during the
 3    state prison riot, there were other influences upon
 4    my extended family who suffered from post-traumatic
 5    stress from exposure to the events in the riot.  And
 6    thank you for the opportunity to do this not in
 7    public.  I understand that the Sindicato emerged in a
 8    lot of ways as a reaction to the events of 1980.  So
 9    when I received the original questionnaire and saw
10    the name, I had to look into who it was.  And so I
11    just think it's important to mention that.
12              THE COURT:  Okay.  Can you tell me what you
13    have read or heard about SNM?
14              MR. OLDKNOW:  They're a significant prison
15    gang.  They have strong relationships with the
16    smaller gangs, the community gangs in town.  They use
17    them as feeders and as enforcement.  They're involved
18    in drug-running, they're involved in murder
19    enforcement, racketeering in general.  Most of what
20    I've learned directly about the Sindicato I picked up
21    from reading that piece on --
22              THE COURT:  That affidavit?
23              MR. OLDKNOW:  -- that affidavit.
24              THE COURT:  There's going to be probably a
25    lot people that live in New Mexico, and have heard of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the SNM.  Of course, a lot of people of my age and
 2   things lived through the prison riots and know about
 3   that.  Knowing what you know, and now knowing a
 4   little bit what the charges are in this case, do you
 5   think you could be fair and impartial to both parties
 6   in this case?
 7            MR. OLDKNOW:  Sir, I am a bleeding-heart
 8   liberal and it is only with good conscience that I
 9   have to admit and at my age I'd like to believe that
10   I'm impartial to anybody.  But frankly, sir, no.  My
11   mother died because of this.  She ended up drinking.
12   She lost her faith in humanity and the spirit of
13   humanity.  Our extended family relationship to Lujan,
14   David Martinez, up in Santa Fe -- his father was
15   Valentine Martinez, spent three days up on the roof
16   while the prisoners rioted.  I have a difficult time
17   separating.  I can do it logically, but I have a hard
18   time in my heart separating that out.
19            THE COURT:  Now, when you say you don't
20   think you could be fair and impartial, do you think
21   you would be biased in favor of the Government in
22   this case?
23            MR. OLDKNOW:  Yes, sir.
24            THE COURT:  All right.  Thank you,
25   Mr. Oldknow.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              Mr. Beck, do you have questions?
2              MR. BECK:  If the judge in this case
3    instructs you that you are to set aside any bias or
4    prejudice you may have before hearing the evidence
5    and base your decision only on the evidence presented
6    during this trial, could you follow that instruction
7    to base your decision at the end of this trial only
8    on the evidence?
9              MR. OLDKNOW:  You know, to the extent that
10   I understand the law -- and I've tried to think about
11   this coming down here, to give you all the most frank
12   answer that I can, this isn't -- I've always liked to
13   believe that I can be rational and I can be logical,
14   that I can piece that out.  But I have gone through
15   things in my life that have been as difficult and as
16   prolonged and the colored history of my family with
17   the events around the state pen riot.  I can't answer
18   that question, in all honesty.  In my heart of
19   hearts, I'm very angry.  I've been angry most of my
20   life about this.  If it was purely a rational
21   consideration, I'd like to think I could.  But again,
22   in good conscience here, in selecting an impartial
23   jury of our peers -- and I would love to serve.  I've
24   never served on jury duty my entire life.  I've
25   looked forward to this.  But I don't think this is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1    the right one for me.
 2            MR. BECK:  I appreciate that.  In some
 3    cases it's just not the right juror for the right
 4    case.  It sounds like you have made a decision that
 5    you cannot be fair and impartial in this case.
 6            MR. OLDKNOW:  You know, again, just to
 7    be -- full disclosure, I can't say that I've made a
 8    decision.  I guess it appears that I can't sit here
 9    and stand here and honestly make a decision that
10    concerns me about my ability to be able to make an
11    impartial judgment.
12            MR. BECK:  If there is evidence in this
13    case that the prison riots happened before the SNM
14    came together, but there is evidence of the prison
15    riot, could you be fair and impartial sitting on the
16    jury in this case?
17            MR. OLDKNOW:  I already believe that there
18    is a causal link between the prison riots and the
19    development of SNM.
20            MR. BECK:  I don't want to cut you off.
21    You said earlier -- and I said the judge will
22    instruct you that you'll have to set aside any
23    preconceived notions that you have and base your
24    decision in this case on only the evidence.  So
25    assuming that, will you be able to set aside what you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    think is the causal link between the SNM and the
2    prison riot?
3              MR. OLDKNOW:  Again, if it was a rational
4    decision, if what was affecting me was just up in my
5    head, I'd like to believe that I could.  This is a
6    lifetime of pain and recovery of what it did to my
7    family.  The subtle ways that emotion interferes and
8    guides thinking, no.
9              MR. BECK:  I appreciate that.  Thank you
10   for sharing that.  Thank you.
11             THE COURT:  Thank you, Mr. Beck.
12             How about from the defendants?  Ms. Duncan?
13             MS. DUNCAN:  No, Your Honor.
14             THE COURT:  Mr. Villa, Ms. Jacks?  If you
15   want to get a little closer.
16             MS. JACKS:  I just had trouble seeing when
17   you were talking.  I detected that you had a visceral
18   or emotional reaction to some of the questions but I
19   couldn't see, so I'm wondering if that's true.
20             MR. OLDKNOW:  Yes, that's true.  And I
21   appreciate being able to do this and not having to
22   say it in public.
23             THE COURT:  Ms. Jacks, Ms. Bhalla?
24             MR. VILLA:  I didn't catch your last name.
25             THE COURT:  He's Mr. Oldknow.  He's juror
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    10.

2              All right.  Thank you, Mr. Oldknow.

3              All right.  If you'll stand right here,

4    you'll have to give me your name again.

5              MR. COMPTON:  Lawrence Compton.

6              THE COURT:  And you're juror number 14;

7    right?

8              MR. COMPTON:  Yes.

9              THE COURT:  How are you doing today?

10             MR. COMPTON:  Fine, thank you.

11             THE COURT:  Good.  And what have you heard

12   or read about this case?

13             MR. COMPTON:  There was an article in the

14   Albuquerque Journal in December that announced that

15   the trial was coming up.

16             THE COURT:  Okay.

17             MR. COMPTON:  And I knew that was the trial

18   I was being summoned before.

19             THE COURT:  Did you read the article?

20             MR. COMPTON:  I read the article.

21             THE COURT:  Do you recall what you read?

22             MR. COMPTON:  I recall that it's about the

23   Sindicato, alleged drug gang, and that all I can

24   really remember is allegedly the defendants, some of

25   them -- I don't know if it was all of them -- there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1     were recordings on taped phone calls or something.

 2              THE COURT:  Okay.

 3              MR. COMPTON:  That the crime was allegedly

 4     committed, ordering someone to be murdered.

 5              THE COURT:  Anything else that you recall

 6     reading or hearing about this case?

 7              MR. COMPTON:  Well, it was on the front

 8     page of Sunday's newspaper, but I didn't read it.

 9              THE COURT:  Good for you.  Thank you for

10     doing that.  So you saw the headline and didn't read

11     it for a while?

12              MR. COMPTON:  Right.

13              THE COURT:  You didn't read it?

14              MR. COMPTON:  Not the one last Sunday.

15              THE COURT:  Good for you.  Thank you.

16     Anything else you recall reading or hearing about

17     this case?

18              MR. COMPTON:  No.

19              THE COURT:  Any other details that come to

20     mind?

21              MR. COMPTON:  No.

22              THE COURT:  All right.  You know a little

23     bit about the case that I just described to you and

24     that one article.  Is there anything in your head

25     that you think, starting off, would keep you from
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    being fair and impartial to both sides in this case?

 2              MR. COMPTON:  No.

 3              THE COURT:  Do you think you could be fair

 4    and impartial?

 5              MR. COMPTON:  Yes.

 6              THE COURT:  Okay.  Mr. Beck?

 7              MR. BECK:  If in the course of this case

 8    the judge instructs you that you are to base your

 9    decision at the end of this case on only the evidence

10    presented in this courtroom, can you do that?

11              MR. COMPTON:  Yes.

12              THE COURT:  All right.  Then Ms. Duncan.

13              MS. DUNCAN:  Thank you, Your Honor.

14              Mr. Compton, do you recall reading anything

15    about the specific defendants in this case?  So when

16    the judge went through the names of the defendants,

17    did that remind you of anything in particular that

18    you read about them in the article?

19              MR. COMPTON:  Some or all of them I think

20    are in prison or have been or are currently in

21    prison.

22              MS. DUNCAN:  Okay.

23              MR. COMPTON:  And so it was ordering

24    someone outside of prison to do the murder.  That's

25    all I can remember.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  And having read the defendants
 2    are in prison at the time, what did you think when
 3    you read that?
 4              MR. COMPTON:  I'm sure they're serious
 5    criminals, but I don't recall who was in for what.
 6    It was related to this drug gang, is what I think I
 7    remember.
 8              MS. DUNCAN:  And having -- okay.  So you
 9    said that you thought they were serious criminals.
10    How, if at all, would that affect your ability to
11    consider the evidence in this case?
12              MR. COMPTON:  Well, as I filled out in the
13    long questionnaire, I think most of the time,
14    especially in a federal case, I think the prosecution
15    or the evidence is good or is probably correct, but I
16    would certainly want to hear it.  I don't think the
17    police are always wrong.
18              MS. DUNCAN:  So if I understand you
19    correctly, having read this article and then thought
20    about it, the assumption for you was the defendant
21    must have done something?
22              MR. COMPTON:  I wouldn't say "must have."
23    I'd have to listen to the evidence.
24              MS. DUNCAN:  So would you say -- what is
25    your thought about, awaiting trial, whether the
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                     1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    defendants are guilty or not guilty standing right
 2    here?
 3              MR. COMPTON:  I don't know.  I'd have to
 4    listen to the evidence.
 5              MS. DUNCAN:  I have no further questions.
 6              THE COURT:  Thank you, Ms. Duncan.
 7              Ms. Bhalla, do you want to come a little
 8    closer?
 9              MS. BHALLA:  Having read the article and
10    realizing that these people are in prison, it's a
11    gang, there are drugs involved, do you think that
12    that affects your ability to sort of come in here and
13    presume them to be innocent?  Do you have a
14    preconceived idea that they must have done something?
15              MR. COMPTON:  My bias would probably be
16    someone probably is guilty of something, but you
17    know...
18              MS. BHALLA:  Okay.  So you're starting out
19    of the gate with that.
20              MR. COMPTON:  Yes.
21              MS. BHALLA:  Just because you read that in
22    the newspaper?
23              MR. COMPTON:  Well, yeah.
24              MS. BHALLA:  Okay.
25              MR. COMPTON:  To be honest, yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BHALLA:  And do you think it's going to
 2    be hard for you to put that out of your mind?
 3              MR. COMPTON:  It might be.  I've never been
 4    on this kind of trial, case before; not something
 5    involving murder.
 6              MS. BHALLA:  You've been on a criminal case
 7    before?
 8              MR. COMPTON:  Once when I lived in Athens,
 9    Georgia.  It was alleged drug-dealing.
10              MS. BHALLA:  Okay.  And will that affect
11    your ability to sit on this case?  Does that shape
12    your mind?
13              MR. COMPTON:  How do you mean?
14              MS. BHALLA:  Well, I mean, sitting on a
15    case that involved drugs, reading the article that
16    drugs might be involved in this case, do you have a
17    disposition that might affect your ability?
18              MR. COMPTON:  It wasn't a very pleasant
19    experience being on that trial.  I voted with
20    everybody else to convict the guy and afterwards I
21    wasn't sure, so I always regretted it.  I thought it
22    was pretty heavy-handed going after this man who had
23    drugs on him, that -- it was hard, because it was,
24    like, pressure when you're on a jury, okay, this guy
25    was guilty.  By the letter of the law it seems that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  he was, but I still felt bad about it.

2          MS. BHALLA:  Okay.  Coming off that

3  experience, do you feel like you'd be able to have

4  your voice be your voice and not feel pressure this

5  time?

6          MR. COMPTON:  This time I will try to, yes.

7  I was much younger then.  Well, it was a while ago.

8          MS. BHALLA:  Okay.  So I guess just going

9  back to the original issue that you brought up, given

10  what you've read in the paper, given what you've seen

11  and what you know, you're more inclined to believe

12  that they're guilty right now than to believe they're

13  innocent?

14          MR. COMPTON:  Probably.

15          MS. BHALLA:  Okay.

16          THE COURT:  All right.  Thank you, Ms.

17  Bhalla.

18          Mr. Villa.

19          MR. VILLA:  Yes, just briefly.  Mr.

20  Compton, if you heard some evidence similar to what

21  you read in the paper about this Sindicato, the

22  specific acts that each defendant is being charged

23  with, if you had some doubts or it was a close call,

24  okay, about whether they actually committed the

25  crimes that the Government says they committed,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    knowing what you read in the paper and maybe hearing
 2    some evidence like that, do you think that would
 3    affect your ability to vote not guilty if you thought
 4    it was a close call if you had some doubt?
 5            MR. COMPTON:  Whatever, I don't think it
 6    would affect my ability, no, because I really didn't
 7    read a lot about it.  It was just an article.
 8            MR. VILLA:  So you mentioned some things
 9    about this is a federal case and the Government has
10    some evidence?
11            MR. COMPTON:  Sure.
12            MR. VILLA:  So you're saying when you talk
13    about the specific charges that the defendants are
14    charged with, would hearing evidence about other
15    things they do, such as drug activity or other, like,
16    conspiracies, things that you're not asked to find
17    them guilty of in this case?
18            MR. COMPTON:  I know I should, so I will.
19            THE COURT:  Ms. Jacks?  Mr. Compton, thank
20    you very much.  I appreciate it.
21            Ms. Tighe, if you can make your way in
22    here.
23            Y'all are going to have to let Ms. Tighe
24    in.  She's got a walker here.  Let her get in here.
25            Ms. Tighe, how are you doing today?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. TIGHE:  Okay.
 2              THE COURT:  Can you tell me what you have
 3   heard or read about this case?
 4              MS. TIGHE:  I saw the article in the
 5   Albuquerque Journal yesterday.
 6              THE COURT:  Did you read it?
 7              MS. TIGHE:  I read part of it.
 8              THE COURT:  How much did you read?
 9              MS. TIGHE:  Probably at least half.  I
10   skimmed the rest.
11              THE COURT:  Half of it and skimmed the
12   rest?
13              MS. TIGHE:  I didn't know what the article
14   was about, so I started reading.  Then I realized
15   what it was about.  I was, like, that sort of made me
16   feel unable to render a fair verdict on it, if you
17   like.  It was just too much influence that I can't
18   render a fair verdict.
19              THE COURT:  Let's start with what you read
20   or heard.  Can you tell us everything that you
21   remember reading or hearing about the case?
22              MS. TIGHE:  What I remember reading, that
23   the case is about this gang that's in prison up in --
24   I'm not sure what prison they're in, but already in
25   prison, and the gang leader ordered the murder of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   this one person.  And I feel like they're certainly
 2   capable of doing it.  They probably did do it.  I
 3   don't remember all the rest of the details, but --
 4            THE COURT:  Do you remember any other
 5   details about the article?
 6            MS. TIGHE:  I didn't read, you know,
 7   enough.  I skimmed the rest.
 8            THE COURT:  What is it about it, after
 9   reading that much, that makes you think you cannot be
10   fair and impartial?
11            MS. TIGHE:  It's the fact that they're
12   already in prison, they've obviously committed
13   crimes, and they're certainly likely to have ordered,
14   you know, the murders of other persons and are
15   involved in other crimes.
16            THE COURT:  Okay.  Now, I've mentioned
17   twice already that they pled not guilty.
18            MS. TIGHE:  I understand.
19            THE COURT:  And they're presumed innocent.
20            MS. TIGHE:  Yes.
21            THE COURT:  Do you think you would be able
22   to presume them innocent?
23            MS. TIGHE:  No, sir, I honestly can't.
24            THE COURT:  And what I think I heard you
25   say earlier is that you don't think you could be fair
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   and impartial to the parties in this case?
 2             MS. TIGHE:  Correct.
 3             THE COURT:  When you say that, do you mean
 4   that you would be biased for the Government rather
 5   than --
 6             MS. TIGHE:  Yes, sir I believe I would.
 7             THE COURT:  You'd already have in your mind
 8   that those men are guilty?
 9             MS. TIGHE:  Yes, sir.
10             THE COURT:  Okay.
11             All right.  Mr. Beck, do you have questions
12   of Ms. Tighe?
13             MR. BECK:  Ms. Tighe, thank you for
14   sharing.  I just want to make sure that we're clear
15   that if you are selected for this jury and the judge
16   instructs you that the defendants have the right to
17   be presumed innocent until proven guilty beyond a
18   reasonable doubt that you cannot follow that
19   instruction and presume them innocent; is that right?
20             MS. TIGHE:  Correct.
21             THE COURT:  Thank you, Mr. Beck.
22             Ms. Duncan?
23             MS. DUNCAN:  Nothing further.
24             THE COURT:  Ms. Bhalla, Mr. Villa?
25             MR. VILLA:  No, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Jacks?
 2              MS. JACKS:  No, Your Honor.
 3              THE COURT:  Thank you, Ms. Tighe.  I
 4    appreciate it.
 5              If you'll come right here to this
 6    microphone, we'll put you in the middle.  Can you
 7    remind me of your name?
 8              MR. BESSON:  Tommie Besson.
 9              THE COURT:  Do you remember what number you
10    are?
11              MR. BESSON:  16.
12              THE COURT:  You're number 16.  All right.
13    Mr. Besson, how are you doing today?
14              MR. BESSON:  Well.
15              THE COURT:  What have you read or heard
16    about the case?
17              MR. BESSON:  Primarily I read the article
18    in the Albuquerque Journal yesterday morning about
19    the security concerns.
20              THE COURT:  Did you read the whole article?
21              MR. BESSON:  Yes, I did.
22              THE COURT:  And do you recall what you
23    read?
24              MR. BESSON:  It basically explained the
25    charges brought against the defendants and the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    security concerns that the U.S. Marshals had.
 2              THE COURT:  Okay.  Anything else you
 3    remember about the case?
 4              MR. BESSON:  That's basically it.
 5              THE COURT:  After reading that article --
 6    I've already indicated that these men pled not guilty
 7    and that they're presumed innocent.  Do you think you
 8    could be fair and impartial to the parties in this
 9    case, both the Government and the four defendants
10    here?
11              MR. BESSON:  I think so.
12              THE COURT:  Is there anything about what
13    you read yesterday that you think would influence
14    you?  In the course of listening to my instructions
15    and listening to the evidence and, most importantly,
16    at the end deliberating on this, is there anything
17    that you think might be in your mind that would cause
18    you to lean one way or another?
19              MR. BESSON:  No.
20              THE COURT:  Mr. Beck?
21              MR. BECK:  Thank you.  Mr. Besson, if in
22    the course of this trial you're selected for the jury
23    and the judge instructs that you're to base your
24    decision only on the evidence presented in court,
25    will you be able to set aside what you may have read
```



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    in the Albuquerque Journal and base your decision at

 2    the end of this only on the evidence presented here

 3    in court?

 4               MR. BESSON:  Yes, I think so.

 5               MR. BECK:  All right.  Nothing further,

 6    Your Honor.

 7               THE COURT:  Ms. Duncan?

 8               MR. JEWKES:  Your Honor, may I?

 9               Mr. Besson, after reading the article

10    yesterday in the Albuquerque Journal, did you think

11    to yourself, These guys are probably guilty of

12    something?  Did that cross your mind?

13               MR. BESSON:  Well, they have to have been

14    guilty of something, or they wouldn't be

15    incarcerated.

16               MR. JEWKES:  Something new?

17               MR. BESSON:  No.

18               MR. JEWKES:  Did not?

19               MR. BESSON:  No.

20               MR. JEWKES:  So could you put it aside and

21    judge this case strictly on the evidence you hear

22    from the witness stand?

23               MR. BESSON:  Yes.

24               MR. JEWKES:  All right.

25               THE COURT:  Thank you, Mr. Jewkes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                Ms. Duncan?

 2                MS. DUNCAN:  Thank you.

 3                Mr. Besson, did you discuss the article

 4   with anyone after you read it?

 5                MR. BESSON:  I discussed it with my wife.

 6                MS. DUNCAN:  And what did you discuss with

 7   your wife?

 8                MR. BESSON:  Basically the security

 9   concerns.

10                MS. DUNCAN:  And why did you discuss those

11   with your wife?

12                MR. BESSON:  Because that would affect,

13   potentially, security.

14                MS. DUNCAN:  So you had concerns about your

15   security participating in the trial?

16                MR. BESSON:  My safety, yes.

17                MS. DUNCAN:  So tell me about those

18   concerns.

19                MR. BESSON:  I'm concerned that there could

20   be a revenge taken out if the jury came back with a

21   guilty verdict.

22                MS. DUNCAN:  And does your wife share that

23   concern?

24                MR. BESSON:  Yes.

25                MS. DUNCAN:  And is that concern something
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that would be on your mind as you were hearing
 2    evidence in this case?
 3              MR. BESSON:  No, I don't think so.  It
 4    would be more of a concern after the trial was over.
 5              MS. DUNCAN:  And so tell me what in
 6    particular raises concern for your safety.
 7              MR. BESSON:  That there may be other
 8    members of this gang, if you will, that are outside
 9    of the courthouse that may seek retribution on behalf
10    of the defendants.
11              MS. DUNCAN:  And so sitting here today --
12    and then -- so I understand, your concern there might
13    be people outside of the courtroom who might pose a
14    threat to your safety; is that correct?
15              MR. BESSON:  Yes.
16              MS. DUNCAN:  And I think you said that was
17    primarily at the end of the trial, but do you have a
18    concern today about that?
19              MR. BESSON:  No.
20              MS. DUNCAN:  And why not?
21              MR. BESSON:  I think there's just too many
22    people for them to identify.
23              MS. DUNCAN:  What if you're selected as a
24    juror in this case?
25              MR. BESSON:  Then it becomes a concern.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. DUNCAN:  No further questions.
 2              THE COURT:  Thank you, Ms. Duncan.
 3              Ms. Bhalla?
 4              MS. BHALLA:  I missed the last part, so I
 5    may repeat.  I apologize.  You said if you get
 6    selected as a juror, your security might be a
 7    concern.
 8              MR. BESSON:  Yes.
 9              MS. BHALLA:  Okay.  Do you think that that
10    would be something that you'd think about when you
11    enter deliberations?
12              MR. BESSON:  No.
13              MS. BHALLA:  Okay.  If it's a concern to
14    you, how are you going to be able to set that out of
15    your mind during deliberations?
16              MR. BESSON:  The concern is outside of this
17    court, courthouse.
18              MS. BHALLA:  Right.  And I guess I'm asking
19    you:  How are you going to be able to set that aside,
20    set that concern aside, if you're going to be on the
21    jury?
22              MR. BESSON:  I'm going to write to the
23    Court to keep my personal information confidential.
24              MS. BHALLA:  Does it -- you're aware that
25    your name's out there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MR. BESSON:  Yes.
 2                MS. BHALLA:  And is that going to be a
 3      concern to you?
 4                MR. BESSON:  No.
 5                MS. BHALLA:  And I think I'm good.  Thank
 6      you.
 7                THE COURT:  Thank you, Ms. Bhalla.
 8                Mr. Villa.
 9                MR. VILLA:  Mr. Besson, can you tell me the
10      specific security concerns that you read about in the
11      article?
12                MR. BESSON:  Just that there were concerns
13      about having the U.S. Marshals here in case there was
14      any threats.  And the other concern was, I believe
15      the Judge had some concerns about having -- whether
16      the defendants should be in shackles or whatever,
17      that the jury could see.
18                MR. VILLA:  Do you remember reading
19      anything else in that article about security
20      concerns?
21                MR. BESSON:  That's all I remember.
22                MR. VILLA:  Having heard those concerns, do
23      you think that that makes -- slants the way you view
24      the evidence in this case?
25                MR. BESSON:  I don't think so.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  Now, you mentioned that you had
 2     a concern that maybe there might be retribution and
 3     revenge for a guilty verdict?
 4            MR. BESSON:  Yes.
 5            MR. VILLA:  You meant retribution towards
 6     the jury?
 7            MR. BESSON:  Yes.
 8            MR. VILLA:  So if you're in the jury room
 9     and you're discussing whether to vote guilty or not
10     guilty for a particular defendant, would those
11     concerns affect your ability to make that decision?
12            MR. BESSON:  I don't think so.
13            MR. VILLA:  Why not?
14            MR. BESSON:  Because inside the jury room
15     we're protected, and we have to render a fair
16     verdict.  Outside the courtroom is where I'm
17     concerned for safety.
18            MR. VILLA:  Did you discuss with anybody
19     else this article, other than your wife?
20            MR. BESSON:  No.
21            MR. VILLA:  That's all.
22            THE COURT:  Thank you, Mr. Villa.
23            Ms. Jacks.  Do you have anything further?
24            MS. JACKS:  Good morning, Mr. Besson.  I
25     have a few questions.  You said that you read the
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                  1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    full article in the Albuquerque Journal.
 2              MR. BESSON:  Yes.
 3              MS. JACKS:  And do you have any, I guess,
 4    opinions about as to whether the defendants sitting
 5    here in court are members of the SNM Gang that was
 6    discussed in the article?
 7              MR. BESSON:  I know they've been accused of
 8    that, but I don't know for sure.
 9              MS. JACKS:  And do you have any opinion
10    about why the defendants in court are shackled, based
11    on what you read in the article?
12              MR. BESSON:  No.  They don't appear to be,
13    from what I've seen.
14              MS. JACKS:  And when you saw the article
15    yesterday morning, did you realize that the article
16    was about the case that you were summoned here for
17    today?
18              MR. BESSON:  Yes.
19              MS. JACKS:  And was that when you first saw
20    the headline?
21              MR. BESSON:  Yes.
22              MS. JACKS:  And did you go ahead and read
23    the full article anyway?
24              MR. BESSON:  I did because of my safety
25    concerns.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  And were you instructed when
 2    you filled out the questionnaire to not seek out
 3    publicity regarding the case?
 4              MR. BESSON:  Yes.
 5              MS. JACKS:  And you recall those
 6    instructions?
 7              MR. BESSON:  Yes.
 8              MS. JACKS:  And you read the article anyway
 9    because you thought your security concerns trump
10    those instructions?
11              MR. BESSON:  Yes.
12              MS. JACKS:  Thank you.
13              THE COURT:  All right.  Thank you, Mr.
14    Compton.  Appreciate it.
15              MR. BESSON:  Besson.
16              THE COURT:  I mean Mr. Besson.  I'm sorry.
17              You're Mr. Hassell; right?
18              MR. HASSELL:  Yes.
19              THE COURT:  Mr. Hassell, if you'll stand
20    there.  How are you today?
21              MR. HASSELL:  I'm fine, thank you, sir.
22              THE COURT:  What have you heard or read
23    about this case?
24              MR. HASSELL:  In the past I read an
25    article.  I can't remember which -- I think it was
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    the Albuquerque Journal.  There was nothing real

2    specific.  Just basically the same information that

3    you reiterated here.  Then I've heard a local radio

4    piece.  They ran one this morning on the way down to

5    jury selection.

6              THE COURT:  Let's talk about the article

7    that you said you think you may have read in the

8    Albuquerque Journal.  Do you recall about when that

9    article was?

10             MR. HASSELL:  You know, I really don't.  It

11   was before I received the jury summons.  I know that.

12   Something that didn't really draw my attention much,

13   but something I read in passing.  And my mom lives up

14   in Tome, so for whatever reason, it just interested

15   me.  And again, it was a real general article.  I

16   don't think there was anything -- I think the gist of

17   it was that -- the same with some of the reports,

18   maybe a little sensationalized.  That it's high

19   profile, and these guys are potentially pretty

20   dangerous guys, but otherwise --

21             THE COURT:  Do you recall -- we'll stick

22   with the article for a second.  Do you recall any

23   details about anything from that article you can

24   think of today?

25             MR. HASSELL:  No.  I mean, the report that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  I read was pretty much the same as what I've heard,

 2  just generalization about what the case was and what

 3  this Sindicato, gang, or whatever it was about.

 4           THE COURT:  You said you heard one radio

 5  report this morning?  Is that what you said?

 6           MR. HASSELL:  Yes.

 7           THE COURT:  What do you recall it saying?

 8           MR. HASSELL:  It was that the trial would

 9  start today, and that it was a pretty high-profile

10  case, and then they just did kind of a brief summary

11  of what this group is.  And I don't think they got

12  into any of the charges, but they made it clear that

13  they were pretty heavy-duty crimes, I guess.

14           THE COURT:  And other than that radio

15  report this morning and the article a few months

16  back, do you recall hearing or reading anything about

17  this case?

18           MR. HASSELL:  No.

19           THE COURT:  Any of the details that you

20  have read or heard stick out in your mind in any way?

21           MR. HASSELL:  No, the only thing that

22  sticks out in my mind is, you know, this is kind of

23  an organized group, I guess.  I usually read stuff

24  about gangs, they're individual people who have done

25  things.  That's the only thing that stuck in my mind,

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                       (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                              e-mail: info@litsupport.com

```
 1    that these guys seem to be more of a collection of
 2    people working together as a group, as opposed to one
 3    person.
 4              THE COURT:  Given what you've read or
 5    heard, is there anything that you've read or heard
 6    that you think would keep you from being impartial
 7    and fair to both sides, both the Government and
 8    defendants?
 9              MR. HASSELL:  I don't think it would make a
10    difference.  I mean --
11              THE COURT:  All right.  Mr. Beck?
12              MR. BECK:  Mr. Hassell, if the judge
13    instructs you that the defendants are to be presumed
14    innocent until proven guilty, can you follow that
15    instruction and presume them innocent even given what
16    you've read or heard?
17              MR. HASSELL:  Yeah, I think so.  I mean,
18    I've served on our juries before.  I served on a
19    state murder trial and, you know, everybody gets a
20    chance at the law.  So yeah, I don't think it would
21    prejudice my opinion.
22              MR. BECK:  And do you agree with that law
23    that a defendant has the right to be presumed
24    innocent until proven guilty?
25              MR. HASSELL:  Absolutely.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  If the judge instructs you, and

 2     you're picked for the jury, that you're to set aside

 3     anything you may have read or heard about this case,

 4     and judge the guilt of each defendant based only on

 5     the evidence presented here in court, can you follow

 6     that instruction, given what you've read in the

 7     article?

 8              MR. HASSELL:  I believe it's not much

 9     different than what I've heard this morning with the

10     judge's remarks, I mean.

11              MR. BECK:  Nothing further, Your Honor.

12              THE COURT:  Thank you, Mr. Beck.

13              Ms. Duncan.

14              MS. DUNCAN:  Thank you, Your Honor.

15              You mentioned that you had listened to the

16     ratio and heard a report about this case this

17     morning.  Have you heard anything else on the radio

18     about this case?

19              MR. HASSELL:  You know, I halfway want to

20     say yes, but I can't definitively remember.  I think

21     that there was another report.  I listen to the same

22     radio station all the time, and I think it may have

23     been reported once prior.  But it definitely was

24     reported this morning.  It kind of surprised me,

25     so...
```

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                                 FAX (505) 843-9492
                                                                                   1-800-669-9492
                                                                                   e-mail: info@litsupport.com



PROFESSIONAL COURT
REPORTING SERVICE

1          MS. DUNCAN:  And how about the TV news?

2    Have you ever seen a report about this on TV news?

3          MR. HASSELL:  I don't watch much TV.  Too

4    busy.

5          MS. DUNCAN:  I'm sorry, I was having

6    trouble hearing behind, so I may repeat myself.  Does

7    anything in particular stick out to you this morning

8    that you heard on the radio?

9          MR. HASSELL:  The only thing that really

10   stuck in my head is that you usually hear these

11   people being indicted for crimes individually.  But

12   this is more like a group of people who are

13   associated, more of a -- I guess, what's coming to

14   me -- comes to my mind is, like, the mob or people

15   who are working together, which seems not real

16   common.

17         MS. DUNCAN:  And do you remember any

18   specifics about how they are as a group working

19   together?  What gave you that impression?

20         MR. HASSELL:  The name pretty well says it,

21   New Mexico syndicate.  And just the way the report,

22   both written and on the radio, put it together that,

23   wait a minute, they made it pretty clear they were

24   working together.  And the fact that they're all

25   being tried together.  I mean, it's kind of easy to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    draw that conclusion.
 2              MS. DUNCAN:  Do you think if you listen to
 3    the evidence in this case you'll be able to put aside
 4    what you heard on the radio?
 5              MR. HASSELL:  Yeah.  There's nothing that I
 6    heard on the radio that was anything more
 7    inflammatory that would change my mind about
 8    anything.  I mean, it was all pretty basic
 9    information.
10              MS. DUNCAN:  Thank you, Mr. Hassell.
11              THE COURT:  Thank you, Ms. Duncan.
12    Ms. Bhalla?
13              MS. BHALLA:  Your Honor, I don't have any
14    questions about what he read in the paper, but I did
15    want to ask him about his farm, if that's okay.
16              THE COURT:  Go ahead.
17              MS. BHALLA:  You're a pecan farmer?
18              MR. HASSELL:  I have pecans, 200 trees, and
19    livestock.
20              MS. BHALLA:  So it's your busy season
21    coming up?
22              MR. HASSELL:  Yeah.  I mean, I have to get
23    all my crops ready to plant now and I'm harvesting my
24    pecans as we speak.
25              MS. BHALLA:  Is there anybody who can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   handle that for you?

 2            MR. HASSELL:  No.

 3            MS. BHALLA:  And are you going to be

 4   thinking about that if you get selected for the jury?

 5            MR. HASSELL:  Very much.  I mean, it's

 6   about a third of my income, and it's my operating

 7   income for the farm.  So if I can't get my crops in

 8   the ground -- and I have livestock.  I have pregnant

 9   cows and pregnant sheep, and it's just my wife.  My

10   dad got ill last year and he died.  It was his place,

11   and I took care of it for him.  So I don't have

12   anyone at the farm.

13            MS. BHALLA:  So is it fair to say that that

14   concern is going to be weighing on your mind when

15   you're trying to pay attention and listen to the

16   evidence in this case?

17            MR. HASSELL:  Well, I could probably still

18   listen to the evidence, but it's going to be a real

19   hardship for me.  And yeah, it would be a problem.

20            MS. BHALLA:  Okay.

21            THE COURT:  Thank you, Ms. Bhalla.

22            Mr. Villa?

23            MR. VILLA:  Yes, Your Honor.

24            Mr. Hassell, I just want to follow up on

25   that briefly.  Is there somebody that could --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    somebody you could contract with that could help do
 2    the job that you normally do?
 3            MR. HASSELL:  I've only got 11 acres out
 4    there, and by the time I pay somebody, I've burned up
 5    all of my operating expense.  So it's something that
 6    I just can't afford to bring somebody in and pay them
 7    to take care of it.  I have some kids, but they're
 8    all working full-time jobs, so they can't come over
 9    and help me.  They help me bring in my pecan crop but
10    I still have to sort and clean and take them down to
11    sell.
12            MR. VILLA:  So hiring somebody, you'll
13    still suffer a financial hardship?
14            MR. HASSELL:  I'd end up basically paying
15    them everything I would need for reinvesting back
16    into the farm.  The farm is kind of just a
17    self-sustaining thing, and it's something that I do
18    for myself and my family, so...
19            MR. VILLA:  Is that your sole source of
20    income for you and your family?
21            MR. HASSELL:  No, I have a pension from my
22    retirement, but it does account for about a third of
23    what I need to operate.  So...
24            MR. VILLA:  A third of your family's
25    income.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                         FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.                              1-800-669-9492
PROFESSIONAL COURT                      e-mail: info@litsupport.com
REPORTING SERVICE

```
 1              MR. HASSELL:  Yeah, absolutely.
 2              MR. VILLA:  Okay.  I appreciate you sharing
 3   that information with us.
 4              Let me just follow up briefly about your
 5   concerns or what you heard on the radio.  And I think
 6   you said that you thought it was uncommon or that it
 7   was unusual, this is sort of an organized group?
 8              MR. HASSELL:  Um-hum.
 9              MR. VILLA:  So if you heard the judge say
10   that the charges in this case -- some of the charges
11   were conspiracy, so the judge will give you
12   instructions on the law of conspiracy, but if you're
13   trying to decide whether one individual defendant was
14   a part of a conspiracy that's charged in this case,
15   would you having thoughts about them being an
16   organized group affect your ability to decide, based
17   on the evidence presented in court, whether one
18   defendant was a member of the conspiracy or not?
19              MR. HASSELL:  Well, I don't know if it
20   would affect my decisions or my ability to make that
21   decision.  But I mean, it's a little difficult to --
22   I mean, these guys called them a syndicate.  It would
23   be a little bit difficult to say, well, you know,
24   it's possible for one person to do something in a
25   group and not be involved with other people.  So I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    could listen to the merits of each individual and
 2    probably make a decision based on that.
 3              MR. VILLA:  So if the group of individuals
 4    you heard evidence were members of the syndicate
 5    conspired to commit a crime and one or two of the
 6    defendants are accused of conspiring to commit that
 7    crime, could you set aside your thoughts?
 8              MR. HASSELL:  I mean, if the evidence
 9    showed that these guys weren't involved in whatever
10    the issue was, then, yeah, I'm sure I could.
11              THE COURT:  Thank you, Mr. Villa.
12              Mr. Jewkes.
13              MR. JEWKES:  Mr. Hassell, you are located
14    in Dona Ana County, Radium Springs?
15              MR. HASSELL:  I'm very close.  Easy for me
16    to get down here.  Doesn't cost the Court much.
17              MR. JEWKES:  Is the farm in Sierra or Dona
18    Ana?
19              MR. HASSELL:  Dona Ana.
20              THE COURT:  Thank you, Mr. Jewkes.
21              Ms. Jacks, do you have anything?
22              Thank you, Mr. Hassell.  Appreciate it.
23              Stand closer to the microphone.  Remind me
24    of your name.
25              MR. EIFFERT:  Dana Eiffert.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  What juror are you?
 2                MR. EIFFERT:  48.
 3                THE COURT:  So is it Mr. Eiffert?  Is that
 4    the way you say your name?
 5                MR. EIFFERT:  Yes, sir.
 6                THE COURT:  What have you read or heard
 7    about this case?
 8                MR. EIFFERT:  Just, I'm sure, the
 9    run-of-the-mill stuff on social media.  They had the
10    great big article yesterday in the Journal.
11                THE COURT:  Did you read it?
12                MR. EIFFERT:  Oh, yeah.
13                THE COURT:  From beginning to end?
14                MR. EIFFERT:  Oh, yeah.  I didn't know if
15    it was going to be a good thing or a bad thing, but I
16    didn't think me being informed would necessarily be a
17    bad thing.  I don't know.
18                THE COURT:  Okay.  You said social media.
19    Can you -- other than the article that came out
20    yesterday, can you recall other instances in which
21    you --
22                MR. EIFFERT:  TV.  There were a couple of
23    things on Channel 7 over the weekend about the
24    upcoming trial.
25                THE COURT:  Channel 7?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. EIFFERT:  Yeah.
 2              THE COURT:  Anything else that you recall
 3    reading or hearing about this case?
 4              MR. EIFFERT:  No.  So fairly limited.
 5              THE COURT:  So it's mostly this weekend, a
 6    couple of television stories on Channel 7, and then
 7    the Albuquerque Journal?
 8              MR. EIFFERT:  Yeah.
 9              THE COURT:  And you don't recall reading or
10    hearing any other things before this weekend?
11              MR. EIFFERT:  Not specifically about the
12    Sindicato.
13              THE COURT:  Let's talk about what you
14    recall reading or hearing.  What do you recall
15    reading or hearing about this case?
16              MR. EIFFERT:  I remember the shackling
17    business, and how you let that go.  And then the stun
18    things, that you decided against those.  And the
19    other 60 people, I believe, would have been involved
20    in this case, other defendants, have already pleaded
21    guilty.  I know the one guy was the leader of the
22    gang.  Baca, they said he was.  And he was the one
23    that wanted the one guy killed, and I think also the
24    ex-sheriff Darren White, he was out to get him.
25    That's the highlights.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Okay.  All right.  Any other
 2    details that kind of stick out in your mind this
 3    morning?
 4            MR. EIFFERT:  Not about what I've heard or
 5    read.
 6            THE COURT:  Is there anything about what
 7    you heard or read about this case that you think
 8    would keep you from being fair and impartial both to
 9    the Government and the four defendants in this case?
10            MR. EIFFERT:  In a general sense, all over
11    the news media, New Mexico is in a crime crisis.  My
12    best friend was murdered in his own driveway, stabbed
13    to death a year ago.  I'm sure you heard about it.
14    The guy in Four Hills.  That was my life-long best
15    friend.  I'm not inclined to go easy on criminals.  I
16    don't like them.  Don't like their crimes.
17            THE COURT:  Right.  Well, you know, nobody
18    has to like criminals and nobody has to like crimes.
19    That's the reason we make illegal certain things and
20    the reason that we have jails and prisons.  But -- so
21    you have a right to have those opinions and views.
22    But I guess the question this morning is:  Could you
23    put that, thoughts about crimes and criminals, out of
24    your head and just focus on the Government's case
25    against these four defendants?  And could you be fair
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com



```
 1    and impartial to both sides in this case?
 2               MR. EIFFERT:  Honestly, no.
 3               THE COURT:  Okay.  And when you say that,
 4    do you think you would be biased in favor of the
 5    Government against the defendant?
 6               MR. EIFFERT:  Absolutely.  Yes, sir.
 7               THE COURT:  You have a prejudice against
 8    the defendants?
 9               MR. EIFFERT:  Sorry.
10               THE COURT:  Okay.  All right.  Well, thank
11    you, Mr. Eiffert.
12               Mr. Beck?
13               MR. BECK:  Mr. Eiffert, I just want to make
14    sure we're clear.  Thank you for sharing that.  Will
15    you be able to follow the judge's instructions to the
16    best of your ability if you're picked for a jury in
17    this case?
18               MR. EIFFERT:  That's really hard for me to
19    say.
20               MR. BECK:  And why is that hard for you to
21    say?
22               MR. EIFFERT:  Because that would come down
23    to what's happening right now, what's being said.  I
24    can't promise that I'm going to be impartial.
25               MR. BECK:  So it sounds to me like,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    standing here -- and I appreciate you being candid
 2    here -- it sounds to me, standing here today, that
 3    you can't commit right now to -- per the judge's
 4    instruction, to be impartial.
 5               MR. EIFFERT:  I mean, I know that's what
 6    I'm here for and I have all respect for the judge.
 7    And I would try to follow your instructions.  Now,
 8    whether that would be 100 percent a reality, I can't
 9    say that.
10               MR. BECK:  Thank you for sharing.
11               THE COURT:  Thank you, Mr. Beck.
12               Ms. Duncan.
13               MS. DUNCAN:  I don't have anything.
14               THE COURT:  Ms. Bhalla?
15               MS. BHALLA:  No, Your Honor.
16               THE COURT:  Mr. Villa?  Ms. Jacks?
17               MS. JACKS:  I just have a few questions.
18               Good morning, sir.
19               MR. EIFFERT:  Good morning.
20               MS. JACKS:  You said you read the paper,
21    the article in the Albuquerque Journal yesterday?
22               MR. EIFFERT:  Yes.
23               MS. JACKS:  When you saw it, did you
24    realize that was the case that you were summoned for
25    jury service for?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. EIFFERT:  Oh, yeah.
 2              MS. JACKS:  And you said you read it?
 3              MR. EIFFERT:  Yes.
 4              MS. JACKS:  And you went ahead and read the
 5    article anyway?
 6              MR. EIFFERT:  Absolutely.
 7              MS. JACKS:  Did you recall that you were
 8    instructed by the judge to not read the media in the
 9    questionnaire that you filled out?
10              MR. EIFFERT:  I did not.
11              MS. JACKS:  Okay.  Did you read that part
12    of the judge's instructions?
13              MR. EIFFERT:  If it was in there, I
14    probably read it.  Did it register right at the
15    moment when I saw the article?  No.
16              MS. JACKS:  Why did you read the article?
17              MR. EIFFERT:  To know what was going on.
18              MS. JACKS:  Okay.  Thank you.
19              THE COURT:  Thank you, Ms. Jacks.
20              Mr. Eiffert, thank you so much.
21              MR. EIFFERT:  Thank you, sir.
22              THE COURT:  Why don't you stand right here
23    next to the microphone.  Can you remind me of your
24    name?
25              MR. BILLINGS:  Eric Billings.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  Mr. Billings.  And what juror
 2      number are you?
 3                MR. BILLINGS:  40.
 4                THE COURT:  Number 40.  I'll find that on
 5      here.  All right, Mr. Billings.  How are you doing
 6      this morning?
 7                MR. BILLINGS:  Good, sir.
 8                THE COURT:  All right.  What do you recall
 9      reading and hearing about this case?
10                MR. BILLINGS:  There was an ongoing FBI
11      case for the last three years, and it involved four
12      individuals that belonged to a gang.  There might
13      have been cartel ties along with that.  There was
14      letters sent out to wardens or a certain individual
15      who knew about what was going to happen and what was
16      going on and stuff.  It was just tidbits of pieces of
17      information, things you get.
18                THE COURT:  Do you recall when you got
19      these tidbits of information?
20                MR. BILLINGS:  Last week and this weekend.
21                THE COURT:  Okay.  What sources did you get
22      this information from?
23                MR. BILLINGS:  Just the news feeds on your
24      smart phone.  Those things pop up and you see them.
25                THE COURT:  So it was mostly stuff on your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  phone?
 2          MR. BILLINGS:  Yes, sir.
 3          THE COURT:  You don't recall anything else,
 4  any other source, other than your phone?
 5          MR. BILLINGS:  No, sir.
 6          THE COURT:  And were they just -- is all
 7  you were seeing was just little blurbs that came up?
 8          MR. BILLINGS:  Usually you swipe over and
 9  you can read the whole article, you know.  Some of
10  the higher newsworthy items you touch and you pretty
11  much see and give them a read, and then you hear
12  something, and I heard something.
13          THE COURT:  You heard something this
14  morning?
15          MR. BILLINGS:  Coming in here this morning
16  after reading those, then I kind of knew.
17          THE COURT:  Oh, you knew what you were
18  coming in for?
19          MR. BILLINGS:  Yeah.
20          THE COURT:  When you saw those little
21  things come up on your phone, did you press them and
22  then read the articles?
23          MR. BILLINGS:  Yes, yeah.
24          THE COURT:  Did you read the articles
25  entirely?
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                MR. BILLINGS:  Not the whole article, no.
2                THE COURT:  So the limit of your
3    information is what you've learned this weekend?  Is
4    that fair to say?
5                MR. BILLINGS:  Yes.
6                THE COURT:  Did you know anything about
7    this case before this weekend?
8                MR. BILLINGS:  No.
9                THE COURT:  Okay.  All right.  It sounds
10   like everything that you know you read, because you
11   were looking at it on your phone, not hearing
12   anything.  Am I correct?
13               MR. BILLINGS:  Correct.
14               THE COURT:  Okay.  Can you tell me what you
15   remember reading about this case?
16               MR. BILLINGS:  Just that it involved four
17   individuals.  The FBI -- that they were investigating
18   for over a few years.  And there was -- I don't know
19   how to word it -- I think the word is like something
20   sent off to you, like a hit list sent out on a
21   certain individual, and something like that.  They
22   were able to gain evidence proving that a letter had
23   gone out to one of the individuals that were being
24   charged, and that was basically the most that I got
25   out of it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And did any particular detail
 2    or part of the story stick in your mind the most or
 3    come to the forefront?
 4              MR. BILLINGS:  No.  It was a gang, a
 5    leader.  He was the one that sent it out.
 6              THE COURT:  Given what you have read about
 7    this case and learned about it, do you think that
 8    there is anything that's in your head right at the
 9    moment that would keep you from being fair and
10    impartial to the parties in this case?
11              MR. BILLINGS:  Possibly.  I mean --
12              THE COURT:  Tell me how that would play
13    out.  When you say that information possibly could
14    keep you from being fair and impartial, how do you
15    think it would play out?
16              MR. BILLINGS:  To me, if someone is
17    pursuing -- as the FBI finding evidence on people who
18    are incarcerated, it leads me to have more bias
19    towards the FBI than the individuals, because of
20    just -- it would lead me to that, to be more biased
21    to the FBI than the individuals, to be fair.
22              THE COURT:  You've heard people talking
23    about the presumption of innocence, the fact that
24    these four men are presumed innocent.  Do you think,
25    given what you read about the case, would you not be
```



```
 1    able to presume that they are innocent?

 2            MR. BILLINGS:  No.

 3            THE COURT:  I probably didn't ask that a

 4    good way.  So you're telling me that you could not

 5    presume them innocent?

 6            MR. BILLINGS:  No.

 7            THE COURT:  And so you would be, I think

 8    what you said, biased toward the FBI right at this

 9    moment, even though there has not been any evidence

10    you would think the FBI -- you'd be on their side or

11    you would be thinking that they have concluded that

12    these men are guilty and that would influence your

13    thinking?

14            MR. BILLINGS:  Yes, sir.

15            THE COURT:  All right.  Mr. Beck.

16            MR. BECK:  Thank you for sharing,

17    Mr. Billings.  Will you be able to -- if you're

18    selected for the jury, will you be able to follow the

19    instructions that the judge gives you throughout this

20    case?

21            MR. BILLINGS:  Yes.

22            MR. BECK:  And if one of those instructions

23    is that you're to judge these four men's guilt based

24    only on the evidence presented here in court and not

25    based on anything you may have read or preconceived
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    notions you may have had, can you follow that
 2    instruction from the judge?
 3              MR. BILLINGS:  Yes.
 4              MR. BECK:  Now, if the judge instructs you
 5    that the defendants, these four men, are to be
 6    presumed innocent until the United States proves with
 7    that evidence their guilt beyond a reasonable doubt,
 8    can you follow that instruction?
 9              MR. BILLINGS:  Yeah.
10              MR. BECK:  And I think you said earlier
11    that you'd have a hard time presuming these men
12    innocent, and I just want to make sure that we're
13    clear on that.  If the judge instructs you that as a
14    juror you must presume them innocent, it's their
15    constitutional right, is that an instruction you can
16    follow?
17              MR. BILLINGS:  To me, yes and no, because
18    they are incarcerated once already, and it happened
19    while they're incarcerated.  Then their rights -- to
20    me, it feels like they shouldn't have that right.  I
21    mean, that's just a personal feeling, but if they are
22    already incarcerated, they should have no rights as a
23    citizen, if they've already been tried once.
24              MR. BECK:  And I just want to make sure I'm
25    clear.  Thank you for being candid.  It sounds to me
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   like because you believe that these men have been

 2   incarcerated before, that you believe that based on

 3   what you've read, it sounds to me like you believe

 4   that they should not have the right to be presumed

 5   innocent; is that true?

 6           MR. BILLINGS:  Yes.

 7           MR. BECK:  And so even though you may be

 8   able to follow many of the judge's instructions, it

 9   sounds to me like based on what you've read -- and

10   I'm not -- I don't mean to be disrespectful, but it

11   sounds to me like you wouldn't be able to follow the

12   judge's instruction to presume these four men

13   innocent?

14           MR. BILLINGS:  Yes.

15           MR. BECK:  It sounds to me like you

16   probably wouldn't be a good juror to sit on this

17   case; is that right?

18           MR. BILLINGS:  That would be fair, yes.

19           MR. BECK:  Nothing further.

20           THE COURT:  Thank you, Mr. Beck.

21           MS. DUNCAN:  I have nothing.

22           THE COURT:  Ms. Bhalla?

23           MS. BHALLA:  Just quickly here, when you

24   said that you've got the news on your phone, did it

25   come in like from CNN, or it was just news?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BILLINGS:  Just news.

 2              MS. BHALLA:  Breaking news?

 3              MR. BILLINGS:  Yes.

 4              MS. BHALLA:  That's all.

 5              THE COURT:  Ms. Duncan?

 6              MS. DUNCAN:  Did you discuss what you had

 7    read with any of the other jurors this morning?

 8              MR. BILLINGS:  No, I did not.

 9              MS. DUNCAN:  Thank you.

10              THE COURT:  Mr. Villa?

11              MR. VILLA:  Nothing.

12              THE COURT:  Ms. Jacks?

13              MS. JACKS:  No, Your Honor.

14              THE COURT:  Thank you, Mr. Billings.  I

15    appreciate it.

16              Just stand right here.  We'll get you on

17    here.  Would you remind me your name?

18              MR. RODRIGUEZ:  Pedro Rodriguez.

19              THE COURT:  What number are you?

20              MR. RODRIGUEZ:  30, I believe.

21              THE COURT:  30?

22              MR. RODRIGUEZ:  3, 0.

23              THE COURT:  All right.  And Mr. Rodriguez,

24    what have you heard or read about this case?

25              MR. RODRIGUEZ:  My wife was briefly
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    appointed to this case, I believe, and then she

2    realized that there was a conflict of interest, so

3    she was DQ'd immediately.  She even knows -- she

4    didn't talk any specifics about the case.  She did

5    talk about the defense and how much resources they

6    have to gather and plan, and just mundane stuff about

7    practice.

8           THE COURT:  Your wife is Angelica Hall?

9           MR. RODRIGUEZ:  Yes, sir.

10          THE COURT:  And do you recall anything

11   specifically she said about this case?

12          MR. RODRIGUEZ:  I recall that one of the

13   staff of the jail was fearing for his life, and that

14   he had put extra security for his own safety.  The

15   only thing I recall was financing stuff, like getting

16   vouchers in.  The other thing was experts, scheduling

17   software experts, and they were trying to get experts

18   to line up for interviews, and all these things.  I

19   mean, she was briefly appointed to the case, and I

20   think she was DQ'd.

21          THE COURT:  Other than from your wife, have

22   you read or heard anything about this case?

23          MR. RODRIGUEZ:  No.

24          THE COURT:  And I understand the mechanics

25   of, like, getting experts and CJA vouchers and those

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   sort of things.  Do you know anything -- did she talk
 2   to you anything about the facts or evidence or
 3   anything like that?
 4              MR. RODRIGUEZ:  She did not mention
 5   specifics about the case in particular.  No
 6   witnesses, no defendant names, or anything like that.
 7   She would talk about the attorneys that might
 8   potentially be in the case within the defense
 9   community.  I think John Samore is one of them.  I
10   have to disclose to the Court and the parties
11   involved that he was at our wedding.  I think the
12   other was Amy Sirignano.  I know her on a personal
13   level.  I did some short paralegal legal work for
14   her, but that was actually before she left the state
15   and came back from Texas again.  So it was a while
16   back.
17              THE COURT:  So it was before she left the
18   state?
19              MR. RODRIGUEZ:  Right.
20              THE COURT:  Is there anything about what
21   you have heard from your wife about this case that
22   you think would keep you from being fair and
23   impartial to both sides in this case?
24              MR. RODRIGUEZ:  No, not in particular.  I
25   mean, like you said, this is a duty for all of us
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    citizens, so I'll do my best to maintain partiality.
 2              THE COURT:  And you said, "Not in
 3    particular."  How about at a general level?  Is there
 4    anything that you think would keep you from being
 5    fair and impartial to the parties in this case?
 6              MR. RODRIGUEZ:  I think I heard from a few
 7    people here that, you know, they took away the death
 8    penalty charge, and I personally just don't believe
 9    in it.  So...
10              THE COURT:  You're correct.  There is no
11    death -- this isn't a death penalty case.
12              MR. RODRIGUEZ:  That was my only concern.
13              THE COURT:  So given that this isn't a
14    death penalty case, do you see any reason why you
15    couldn't be fair and impartial to both sides in this
16    case?
17              MR. RODRIGUEZ:  No.
18              THE COURT:  All right.  Mr. Beck.
19              MR. BECK:  Mr. Rodriguez.
20              MR. RODRIGUEZ:  Yes.
21              MR. BECK:  Do you know to whom your wife,
22    Ms. Hall, was appointed?
23              MR. RODRIGUEZ:  It was Michael Davis, and I
24    think he also got DQ'd.
25              MR. BECK:  So she was working with Michael
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    Davis?

 2              MR. RODRIGUEZ:  Yes.  And from all I heard,

 3    he got DQ'd because he must have found out he had a

 4    conflict of interest.

 5              MR. BECK:  Did he mention any other

 6    attorney's name?  Did she mention any other

 7    attorney's name that was working --

 8              MR. RODRIGUEZ:  No, just the ones that I

 9    mentioned just now.

10              MR. BECK:  It sounds like your wife is a

11    criminal defense lawyer --

12              MR. RODRIGUEZ:  Yes, sir.

13              MR. BECK:  -- on the CJA panel.  Do you

14    think with your wife being a defense lawyer that

15    slants your bias or your prejudice in any way towards

16    the defense or the prosecution?

17              MR. RODRIGUEZ:  I mean, I have friends,

18    mutual friends, that also are prosecutors.  So there

19    is always a discussion on many levels on that.  So,

20    you know, I take both sides into consideration.

21              MR. BECK:  Do you know, was your wife

22    working with Mr. Davis, or was she going to replace

23    Mr. Davis?

24              MR. RODRIGUEZ:  No, she was -- I think she

25    was second chair.  She was research, writing, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  witnesses.

2          MR. BECK:  On this case at some point?

3          MR. RODRIGUEZ:  Yeah.  I can't give you an

4  exact time line because I didn't keep track of it

5  until I got the letter in the mail.  But I think it

6  must have been like a month's time, maybe a little

7  more.

8          MR. BECK:  For a month or more, your

9  wife --

10         MR. RODRIGUEZ:  Yes.

11         MR. BECK:  But was she -- she was actually

12  paid for the work on this case?

13         MR. RODRIGUEZ:  I'm not sure.  That's

14  something I don't know.

15         MR. BECK:  And as far as you recall, she

16  didn't mention anything to you about the facts of the

17  case and --

18         MR. RODRIGUEZ:  No, not in particular.  I

19  also have to disclose that I volunteer so I go to the

20  CLEs and to their gatherings afterwards.  Attorneys

21  do talk, but as far as I've been in that situation

22  where -- we did not discuss or I did not hear any

23  specific facts, particularly the defendants and that

24  sort of thing.

25         THE COURT:  Thank you, Mr. Beck.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Ms. Duncan.
 2            MS. DUNCAN:  Nothing, Your Honor.
 3            THE COURT:  Ms. Bhalla.
 4            MS. BHALLA:  No, Your Honor.
 5            THE COURT:  How about you, Mr. Villa?
 6            MR. VILLA:  No.
 7            THE COURT:  Ms. Jacks?
 8            MS. JACKS:  No, Your Honor.
 9            THE COURT:  Thank you, Mr. Rodriguez.
10            (The following proceedings were held in
11      open court.)
12            THE COURT:  All right.  Let me ask anyone
13      else that's been sitting there, has any member of the
14      panel heard or read anything about the case that we
15      haven't already discussed here at the bench?
16            All right.  I know a lot of you haven't
17      gotten to participate here, but I do think we need to
18      probably take a break.  I'm going to have to be very
19      careful with Ms. Bean, my court reporter.  Even
20      though we haven't gotten to a lot of you, I do think
21      that we had better take a break, because we've been
22      up here at the bench a while.
23            We're going to be taking the first break.
24      The trial hasn't started, but we are taking kind of
25      the first break during the voir dire.  And I want to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    tell you a few things that are especially important,

2    and I'll be reminding you as we go throughout the day

3    on these.  You'll probably get tired of me saying

4    them.  It shows how important they are.

5            Until the trial is completed -- it hasn't

6    even started -- you're not to discuss the case with

7    anyone, whether it's members of your family, people

8    involved in the trial, or anyone else.  And that

9    includes your fellow jurors.  So when you leave here,

10   talk about something else, like who is going to win

11   the Super Bowl this week, or how cool the judge is,

12   or something like that.  But don't talk about this

13   case.  Okay?  We really don't need you to do that.

14           If anyone approaches you and tries to

15   discuss the trial with you, please let me know about

16   it immediately.  Also, you must not read or listen to

17   any news reports of the trial.  Don't walk out of

18   here and get on the internet or your phone and do

19   research for purposes of this case.  Don't do that,

20   please.

21           And finally, remember that you must not

22   talk about anything with any person who is at the

23   table.  I know we haven't gotten to the point of

24   introducing them, but take a look at them right now

25   and make sure that you kind of look at them, and then

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                              1-800-669-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                           e-mail: info@litsupport.com

```
 1   don't talk to them.  So if you see them in the hall
 2   or in the elevator or something like that and they
 3   don't look at you and they don't speak to you,
 4   they're not being rude.  They're doing what I told
 5   them to do, and that's not have contact with the
 6   jurors.  So just respect that, and they're just doing
 7   what they're told.
 8            If you need to speak with me about
 9   anything, simply give a note to one of the court
10   security officers, the men and women that have the
11   blue jackets on, or Ms. Wild or Ms. Standridge here,
12   and they'll get it to me.  Again, I'll try not to
13   repeat these every time we take a break, but do keep
14   them in mind because they're very important as we try
15   to get this trial together.
16            Everyone has to leave the courtroom.  So
17   it's not that you can stay.  Everyone has to leave
18   the courtroom, and we'll let you know when to come
19   back in.  So when you're done walking around a little
20   bit or using the restroom, line up outside.  Don't
21   come in until we come get you.  When you come back
22   in, please go back to the seat you're in now.
23   Because of the seating chart, that's very important,
24   because it will help me and help the lawyers in a
25   little bit in asking you questions.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  We'll be in recess for about 15
 2     minutes.  All rise.
 3              (Venire panel left).
 4              THE COURT:  All right.  Do we have all the
 5     jurors out?  Anything we need to discuss before we
 6     take our leave.  All right.  See y'all in about 15
 7     minutes.
 8              (The Court stood in recess.)
 9              THE COURT:  All right.  Do I have all the
10     defendants?  All right.  We're going to start
11     bringing the jury in.  All rise.
12              (Venire panel entered the courtroom).
13              THE COURT:  Well, you're already one of my
14     favorite venires.  You all came back.  Thank you very
15     much.  Everyone be seated.
16              Let me just pick up, in case anybody was
17     thinking about it over the break.  Has any member of
18     the panel heard or read anything about the case that
19     we haven't already discussed at the bench?
20              All right.  Ms. Moore.  If you'd come up
21     here, I'm going to have the lawyers come up here.
22     There is a question or two off your questionnaire I
23     want to ask you about.
24              (The following proceedings were held at the
25     bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  In your questionnaire, you had
 2    a lot of stuff you had seen about the SNM Gang.  You
 3    had a lot of detail about --
 4              MS. MOORE:  I'm a former teacher.  I write
 5    a lot.  Yeah, I'm a note-taker.
 6              THE COURT:  That's fine, but you haven't
 7    heard or read anything about this case; is that
 8    right?
 9              MS. MOORE:  Not this case.  I do watch the
10    news every day because we're retired and I'm
11    educated.  I watch the news.
12              THE COURT:  But this particular case?
13              MS. MOORE:  No.
14              THE COURT:  You've got a lot of information
15    about SNM.  You did have a lot of things that you
16    remembered.  Is there anything about what you
17    remember that you put in your questionnaire that you
18    think would keep you from being fair and impartial to
19    the parties in this case?
20              MS. MOORE:  I can't remember exactly what I
21    wrote.  I just -- I think it's a horrific thing that
22    occurred.  I remember when those murders were.  I
23    think it was late '80s, you know.  A lot of people
24    were killed.  Then I moved away.  I came back 16
25    years ago.  I live in rural New Mexico.  I'm aware of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    gangs.  I don't know these particular men.  I have
2    seen, you know, whatever you see on TV.
3            THE COURT:  When you say "back in the
4    '80s," are you talking about the prison riot?
5            MS. MOORE:  Yes, where people were
6    murdered.
7            THE COURT:  You might hear that a little
8    bit in this trial, but it's not really what this
9    trial is about.  The lawyers can correct me if they
10   think I'm not stating it correctly.
11           MS. MOORE:  All right.
12           THE COURT:  It's kind of hard to live in
13   New Mexico and not hear about gangs from time to
14   time, but is there anything you know in general about
15   the prison riot or gangs in New Mexico that you --
16   you think you could be fair and impartial?
17           MS. MOORE:  I would try to be.
18           THE COURT:  Is there anything in your mind
19   right at the moment that you think would keep you --
20           MS. MOORE:  I've been thinking about this
21   since November.  I'm sad to know this occurs, but --
22   and I worry about the poor people that are going, "I
23   couldn't help but join up with a gang because I
24   thought I was going to get killed."
25           THE COURT:  Sure.
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. MOORE:  And I think, What would I do?
2   And then everybody says, Well, they're in jail
3   because they were a bad guy.  But just because you're
4   a bad guy doesn't make you a worse guy.  I'm on the
5   line, and I'm a -- but I wrote maybe too much.  I
6   wanted to be clear.
7              THE COURT:  These four men over there,
8   could you start this case by presuming them
9   innocent --
10             MS. MOORE:  Oh, yes.
11             THE COURT:  -- the Government has a burden
12  of proving beyond a reasonable doubt everything in
13  their case?
14             MS. MOORE:  Yes.
15             THE COURT:  Do you think right at the
16  moment could you start --
17             MS. MOORE:  I would.
18             THE COURT:  And you'd presume them
19  innocent?
20             MS. MOORE:  Yes, because --
21             THE COURT:  They haven't done anything yet?
22             MS. MOORE:  I know they've done something
23  before, because they were in prison.
24             THE COURT:  Okay.  But other than that?
25             MS. MOORE:  Yes.  Sorry.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  At least for that, you would
 2   wait to hear the evidence?
 3          A.   Oh, yeah, yeah.  Because I have lived
 4   overseas and I am proud to be a citizen.  I really
 5   don't want to do six weeks of my life --
 6          THE COURT:  I understand.
 7          MS. MOORE:  -- but I will if I need to.
 8   Because once again, I put myself in those shoes.
 9   What if no one serves ever?  Well, hello, you know,
10   so...
11          THE COURT:  So you think --
12          MS. MOORE:  I'm trying be honest and fair.
13          THE COURT:  You think you could be fair and
14   impartial?
15          MS. MOORE:  I would.
16          THE COURT:  Mr. Beck?
17          MS. MOORE:  That's all I can say is, I'll
18   try.
19          THE COURT:  Mr. Beck is first.
20          MR. BECK:  Ms. Moore, thank you for sharing
21   that, and thank you for being candid.  We just need
22   to know with a little bit of certainty, will you be
23   able to follow the judge's instructions if he gives
24   them and you're picked on the jury in this case?
25          MS. MOORE:  I will try.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  And if those instructions
 2    include that these four men, as you said, are
 3    presumed innocent until proven guilty beyond a
 4    reasonable doubt --
 5              MS. MOORE:  Of this particular crime?
 6              MR. BECK:  That's right.
 7              MS. MOORE:  That's what we're judging here.
 8              MR. BECK:  That's right.  Would you be able
 9    to set aside what you may think about these men's
10    past and just judge them in this case based on the
11    evidence presented in this courtroom?
12              MS. MOORE:  I would have to, because that's
13    what we're discussing here.
14              MR. BECK:  And you would be able to do that
15    and follow that instruction faithfully?
16              MS. MOORE:  I'll try.  That's --
17              MR. BECK:  I think that's all I have.
18              THE COURT:  Ms. Duncan, do you have
19    questions?
20              MS. DUNCAN:  I do.  Ms. Moore, the judge
21    was talking about the presumption of evidence and
22    whether you'd accord it to the defendant, and you
23    said you'd try.
24              MS. MOORE:  Of course.
25              MS. DUNCAN:  Do you have any hesitation
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    about being able to presume defendants innocent in

2    this case?

3           MS. MOORE:  I don't know what you mean by

4    being able.  Yes, I am aware that from what I know

5    about this case, I understand this occurred inside

6    the prison.  And if it did, that meant everybody in

7    there was in there for a reason.  And of course,

8    that's in my mind.  If they did something, if they

9    say they did something they really didn't do, maybe

10   they didn't do it.

11          MS. DUNCAN:  So do you think when you're

12   considering the evidence against these defendants,

13   would it weigh on your mind that they had been in

14   prison before for something?

15          MS. MOORE:  I don't understand the word

16   "weigh."  I would know it, but I would try to just

17   look at this particular case.

18          MS. DUNCAN:  And so I guess my question to

19   you is:  You said that you could try.  Can you 100

20   percent guarantee us that you will be able to presume

21   these men innocent of the charges against them?

22          MS. MOORE:  Sure, yeah.  That's their right

23   as citizens.

24          MS. DUNCAN:  I guess one of my questions

25   is:  The difference between their right as a citizen

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and a rule to follow in a particular case.  So my
 2   question to you is -- and I know --
 3              MS. MOORE:  I can't tell you till I hear
 4   everything.  I will do my best, is all I can tell
 5   you.
 6              MS. DUNCAN:  Do you have concerns, though,
 7   based on what you've read or understand about this
 8   case?
 9              MS. MOORE:  I've not read very much.
10              MS. DUNCAN:  How about what you understand
11   about or believe about these men having been in
12   prison before?
13              MS. MOORE:  The only example I can give --
14   and I'm showing my age here -- I read The Innocent
15   Man.  That poor guy was in prison for wrong -- it's a
16   totally different case, but we can't -- we've got to,
17   you know, presume innocent until proven guilty, you
18   know.  I don't know these four people.
19              MS. DUNCAN:  And thank you.  I don't mean
20   to push you.  I'm trying to understand what you're
21   saying.
22              MS. MOORE:  I mean, you can't help but --
23   I've been around for 64 years.  I have a past.  I do
24   know, you know -- I know about gangs.  I was raised
25   in a little small town, predominantly Hispanic.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   know about young boys and macho and, you know, but --
 2            MS. DUNCAN:  I understand.
 3            MS. MOORE:  It's hard to -- I'll just do my
 4   best, is all I can tell you.
 5            MS. DUNCAN:  Sounds like you have a
 6   lifetime of experiences that form your opinions about
 7   things; is that correct?
 8            MS. MOORE:  Well, like I told the judge, I
 9   did live abroad for a while.  I traveled extensively.
10   I like to think of myself as open-minded.  I have gay
11   friends, I have Hispanic friends.
12            MS. DUNCAN:  Thank you.
13            MS. MOORE:  I don't know --
14            MS. DUNCAN:  No, you're answering my
15   questions.
16            MS. MOORE:  I just can't promise, but you
17   can't help but carry your past experiences, and I
18   must admit I hate tattoos.  I don't like piercings,
19   but I mean, you know --
20            MS. DUNCAN:  So if you were to hear
21   evidence that the defendants in this case are
22   tattooed --
23            MS. MOORE:  I'm sure they are, yeah.
24            MS. DUNCAN:  -- would that influence how
25   you view them or the evidence in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MS. MOORE:  I hope I would just look at the

 2      evidence, because I also know people that are good

 3      people with tattoos.  It's kind of the in thing now,

 4      and it's big in gangs, I know.

 5                MS. DUNCAN:  So I know on your

 6      questionnaire, you talked about --

 7                MS. MOORE:  Too prolific I guess.

 8                MS. DUNCAN:  We love it when jurors are

 9      prolific.

10                MS. MOORE:  It's the school teacher in me.

11                MS. DUNCAN:  You wrote specifically about

12      the tattoos and seeing the initials that reminded you

13      of some articles that you had read?

14                MS. MOORE:  Yeah.

15                MS. DUNCAN:  Can you tell us more about

16      that, what you read?

17                MS. MOORE:  It's probably a documentary

18      type of thing, and I can't even remember the name,

19      but there are things that -- I'm a big PBS watcher.

20      I don't think it was on PBS, but yeah, there are

21      documentaries on what's going on.

22                And when we lived in Texas, I toured the

23      Hartsville prison.  You know, a vivid memory I have

24      in England was the prisons of -- I don't recollect

25      where they -- I'll never forget my son, "Oh, my gosh,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    they killed that man because he was a Catholic."  You
 2    know, life experiences about prisons and gangs.
 3              MS. DUNCAN:  And do you recall there's
 4    something that stood out to you about the tattoos?
 5              MS. MOORE:  Well, it's just if I'm walking
 6    down a street and someone is a male, tattooed, and
 7    they look weird, I'll walk on the other side if I'm
 8    alone.  I'm aware of my surroundings.
 9              MS. DUNCAN:  So when you see someone that
10    has tattoos, it causes you concern?
11              MS. MOORE:  Yeah, and I have friends that
12    are noncriminals that have tons of tattoos.  I
13    just -- a lot of criminals do have them.
14              MS. DUNCAN:  Thank you.  No further
15    questions.
16              THE COURT:  Thank you, Ms. Duncan.
17              Ms. Bhalla?
18              MS. BHALLA:  Given that you've read the
19    articles that you've read and experience with the
20    gangs you've seen, the tattoos --
21              MS. MOORE:  Not direct.  I'm just a reader.
22    I'm a teacher.  I read all the time.
23              MS. BHALLA:  Right.  Are you going to be
24    able to put all that stuff aside and just take the
25    case as it comes without bringing your personal
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    experiences into it?

2            MS. MOORE:  I've never met with a gang

3    member one-on-one, so I hardly call that personal.

4    But yes, I have read some of the stuff, and I don't

5    know, I am sure I'll go, "Hum," you know.

6            MS. BHALLA:  Does your knowledge give you

7    hesitation that you will be able to put aside -- do

8    you think you'll be able to forget what you've read,

9    so to speak, and judge the facts based on what's

10   presented before you in the next six weeks?

11           MS. MOORE:  All I can do is try.  My real

12   good friend that lives in Bosque Farms -- her son is

13   an undercover officer.  The first time I met him, oh,

14   my God, covered in tattoos.  You ought to see him in

15   disguise.  He is a wonderful man.  The tattoo -- if

16   that's the only thing, I don't care what they look

17   like.  Is that what you're asking me?

18           MS. BHALLA:  No.  It's just you said sort

19   of -- you said you read a lot.

20           MS. MOORE:  I'm a reader.  I have two

21   degrees.  I like to read.

22           MS. BHALLA:  That's good.  There is nothing

23   wrong that -- I'm saying, you indicated that you

24   you've had life experience.

25           MS. MOORE:  I'm old.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. BHALLA:  And what I'm asking you is if
 2    you're able to put that stuff aside and forget what
 3    you've read and forget what you've learned, and when
 4    you process the evidence in this case, when you
 5    analyze the evidence in this case --
 6              MS. MOORE:  I don't know.  I could just say
 7    I can try.  I think it's impossible to forget your
 8    life experiences.
 9              MS. BHALLA:  Okay.
10              THE COURT:  All right.  Thank you, Ms.
11    Bhalla.
12              Mr. Villa.
13              MR. VILLA:  Yes.
14              MS. MOORE:  Okay.  Sorry.  I feel like --
15              THE COURT:  I didn't cut you off, did I,
16    Ms. Bhalla?
17              MS. BHALLA:  No, Your Honor.
18              THE COURT:  Mr. Villa.
19              MR. VILLA:  Good afternoon.  You talked a
20    little bit about your feelings on tattoos and you
21    talked a little bit now about gangs and things like
22    that.  So let me ask you a question.  If you saw
23    evidence that the individuals in this case had
24    tattoos --
25              MS. MOORE:  Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  -- a lot of tattoos and heard
 2   evidence they might be part of the gangs and you hear
 3   in evidence that other parts of this gang committed a
 4   crime --
 5              MS. MOORE:  Yes.
 6              MR. VILLA:  -- and the Government is asking
 7   you to decide whether they're guilty of being part of
 8   a conspiracy, does the fact that they might be gang
 9   members who might have a lot of tattoos -- would that
10   influence your decision-making about whether they're
11   guilty of this conspiracy?
12              MS. MOORE:  Possibly, yeah.  I mean, are
13   they admitting they are part of the gang?
14              MR. VILLA:  Well, I'm just suggesting if
15   you hear evidence that they might be part of the
16   gang --
17              MS. MOORE:  Yeah.
18              MR. VILLA:  You hear or see evidence that
19   they have tattoos --
20              MS. MOORE:  That's a separate issue.
21              MR. VILLA:  Another part?
22              MS. MOORE:  But what is it -- if they have
23   that on them, that means they're part of a gang.
24              MR. VILLA:  Okay.  So I'm going to ask you
25   if you hear another group of the gang, not these
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1    people, men, commit a crime, you're asked to decide

 2    whether these men were part of that crime --

 3              MS. MOORE:  Yes.

 4              MR. VILLA:   -- does the fact that they may

 5    be part of the gang, maybe they have tattoos -- does

 6    that influence your decision making, whether they're

 7    guilty?

 8              MS. MOORE:  I think I answered that

 9    question.

10              MR. VILLA:  If you did, I'm sorry --

11              MS. MOORE:  I'm just trying to phrase it

12    another way.  Because I think if you join up in a

13    gang, you have all these pressures.  Maybe they were

14    pressured into doing this for fear of their life and

15    they didn't do this whatever because -- I don't

16    know -- snitches and all that stuff.  I'm just

17    totally -- I'm willing to be open to believing them

18    if they really didn't do it.  But they're going to

19    have to prove to me they really didn't do it.

20              MR. VILLA:  So the judge is going to

21    instruct on the law, and he's going to instruct that

22    it's the Government's burden to prove that they did

23    do it; not the defendants' to prove that they didn't.

24              MS. MOORE:  All right.

25              MR. VILLA:  Maybe if you hear evidence that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they were part of the gang, they should have the

2    burden of having to prove to you that they didn't do

3    it, the defendants?

4            MS. MOORE:  Well, I don't know.  I guess if

5    I was a defendant, I would want to prove I didn't do

6    it.  But then, really, you know, if you're a snitch

7    in jail, man, they're tough on you, so I might not be

8    able to prove I didn't do it without, you know,

9    repercussions while I'm serving my time.

10           MR. VILLA:  The question put in your

11   shoes -- the shoes of the defendant, putting your

12   shoes in the shoes of a jury and you're on the jury

13   and you're being instructed that it's the

14   Government's burden to prove the defendant is guilty,

15   it's not the defendants' burden to prove that they're

16   not guilty, would the fact that they might be in a

17   gang or have tattoos affect your ability to do that

18   and listen to the instructions?

19           MS. MOORE:  Okay, what you're telling me is

20   I'm going to listen to the Government that says,

21   "Blah, blah, blah did this," and they're going to

22   have to prove to me that he did do that and I won't

23   worry about the guys?  Yeah, I can listen to that.

24           MR. VILLA:  That's all my questions.

25           THE COURT:  Thank you, Mr. Villa.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1              Mr. Jewkes, did you have something?
 2              MS. JEWKES:  No, I just wanted
 3    clarification of her name and number.
 4              MR. VILLA:  Number 1.  I didn't have to
 5    write it down.  It was an easy number.
 6              THE COURT:  Thank you, Ms. Moore.
 7    Appreciate it.
 8              (The following proceedings were held in
 9    open court.)
10              Anybody sitting there, any member of the
11    panel think they've heard or read anything about the
12    case that we haven't discussed here at the bench?
13              All right.  I'm now going to ask the
14    counsel, first for the Government, to introduce
15    themselves and counsel associated in the trial, as
16    well as all of the witnesses who will testify in the
17    Government's presentation of its case in chief.  So
18    everyone listen very carefully as the Government
19    attorneys introduce themselves and the witnesses they
20    intend to call in the trial.
21              Mr. Beck.
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4                    C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6    Official Court Reporter for the State of New Mexico,

7    do hereby certify that the foregoing pages constitute

8    a true transcript of proceedings had before the said

9    Court, held in the District of New Mexico, in the

10   matter therein stated.

11       In testimony whereof, I have hereunto set my

12   hand on this 29th day of June, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com