```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEW MEXICO

 3    UNITED STATES OF AMERICA,

 4                      Plaintiff,

 5         vs.                NO:  CR-15-4268 JB

 6    ANGEL DELEON, et al.,

 7                      Defendants.

 8

 9         Transcript of Jury Trial before The Honorable
      James O. Browning, United States District Judge, Las
10    Cruces, Dona Ana County, New Mexico, commencing on
      April 9, 2018.
11    For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
      Castellano, Mr. Matthew Beck
12

13    For the Trial 2 Defendants:  Mr. Brock Benjamin;
      Ms. Cori Harbour-Valdez; Mr. Patrick Burke; Mr. Jim
14    Castle; Mr. Robert Cooper; Mr. James Lahann; Mr. Joe
      Shattuck; Mr. John Granberg; Mr. Billy Blackburn; Mr.
15    Richard Sindel; Mr. Donovan Roberts; Ms. Lisa
      Torraco.
16

17

18

19

20

21

22              Jennifer Bean, FAPR, RDR, RMR, CCR
                   United States Court Reporter
23                 Certified Realtime Reporter
                     333 Lomas, Northwest
24                  Albuquerque, NM  87102
                   Phone:   (505) 348-2283
25                   Fax:   (505) 843-9492
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  All right.  Let's come to order
 2     here.
 3                All right.  The Court will call United
 4     States of America versus Angel DeLeon.  Court will
 5     call Criminal Matter Number 14-54268 JB for trial.
 6     If the parties will enter their appearances for the
 7     United States.
 8                MS. ARMIJO:  Good morning, Your Honor.
 9     Maria Armijo, Matthew Beck, and Randy Castellano on
10     behalf of the United States.
11                THE COURT:  Good morning to you.  And for
12     defendant Joe Lawrence Gallegos?
13                MR. BENJAMIN:  Good morning, Your Honor.
14     Brock Benjamin and Mr. Sindel on behalf of Mr.
15     Gallegos.  Ready.
16                THE COURT:  All right.  Mr. Benjamin, Mr.
17     Sindel, Mr. Gallegos, good morning to you.
18                And for Edward Troup.
19                MS. HARBOUR-VALDEZ:  Good morning, Your
20     Honor.  Cori Harbour-Valdez and Patrick Burke on
21     behalf of Mr. Troup, and we're ready.
22                THE COURT:  Ms. Harbour-Valdez, Mr. Burke,
23     and Mr. Troup, good morning to you.
24                THE DEFENDANT:  Good morning, Your Honor.
25                THE COURT:  And for Defendant Billy Garcia?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTLE:  Good morning, Your Honor.  Jim
 2   Castle and Bob Cooper in absentia.  I'm joking.  He's
 3   out in the hall.  Ready to proceed.
 4              THE COURT:  All right.  Mr. Castle,
 5   Mr. Garcia, good morning to you.
 6              MR. GARCIA:  Good morning.
 7              THE COURT:  And for Defendant Allen
 8   Patterson.
 9              MR. LAHANN:  Good morning.  Jeff Lahann and
10   Joe Shattuck on behalf of Mr. Patterson, who is
11   present, and we're ready for trial.
12              THE COURT:  Mr. Shattuck and Mr. Patterson,
13   good morning to you.
14              THE DEFENDANT:  Good morning, Your Honor.
15              THE COURT:  And for Defendant Christopher
16   Chavez.
17              MR. GRANBERG:  Good morning, Your Honor.
18   John Granberg for Christopher Chavez.  Mr. Ed Solis
19   should be here momentarily.
20              THE COURT:  Mr. Granberg, Mr. Chavez, good
21   morning to you.
22              MR. CHAVEZ:  Good morning, Your Honor.
23              THE COURT:  And for Defendant Arturo
24   Arnulfo Garcia.
25              MR. BLACKBURN:  Good morning, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    Billy Blackburn on behalf of Mr. Garcia, who dresses
2    up nice in a suit --
3              THE COURT:  All right.
4              MR. BLACKBURN:  -- as opposed to me.  Mr.
5    Davidson will not be here today or tomorrow.
6              THE COURT:  All right.  Mr. Blackburn, good
7    morning to you.  Mr. Garcia, good morning to you.
8              MR. GARCIA:  Good morning.
9              THE COURT:  And for Defendant Andrew
10   Gallegos.
11             MR. ROBERTS:  Good morning, Your Honor.
12   Donovan Roberts and Lisa Torraco for Mr. Andrew
13   Gallegos.
14             THE COURT:  All right.  Mr. Roberts, Ms.
15   Torraco, and Mr. Gallegos, good morning to you.
16             MR. GALLEGOS:  Good morning.
17             THE COURT:  Well, they all dress up nicely.
18   Looking sharp over there.
19             A couple of things.  I did get a joint
20   statement and I just want to make sure the joint
21   statement that was sent to me, everybody is in
22   approval on it.  I'm seeing nods from everybody, so
23   that will be the statement that I'll read to see if
24   everybody has heard of this case, knows anything
25   about the case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I sent you a jury instruction.  Is the
 2    proposed preliminary jury instruction that the Court
 3    sent acceptable to everyone?  I'm getting nods from
 4    defendants.
 5              Okay.  From the Government?
 6              All right.  So not hearing any objection,
 7    the proposed preliminary instruction will be the one
 8    that I need to use.
 9              Okay.  When we came in today, I think
10    Ms. Wild and I are concerned a little bit about when
11    the jurors come in, the way these tables are
12    positioned, we just don't want to see the men's
13    shackles.  I think we'll be fine throughout the
14    trial, but at least for jury selection, what I'm
15    going to ask you to do is:  Don't stand, okay?  Keep
16    your feet underneath the table.  So it's a little
17    different, get used to it, and why don't the counsel
18    just stay seated, too, during voir dire so when the
19    men and women come in at the back, they just don't
20    have any chance.
21              We built up that little riser in the back,
22    and I think some of you on the end have cooperated by
23    putting some briefcases and things there, but I think
24    if you'll just stay seated.  I'm thinking about going
25    ahead and standing for them, but that's normal for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    me, because I'm looking at their sheet anyway.
 2              And so the Government should stay seated,
 3    too.  Okay?  Y'all not stand.  So counsel and the
 4    parties, just don't stand.  I'll probably stand
 5    because I'm going to be looking at the sheet, and
 6    I'll just stand for them.
 7              So, men, defendants, keep your feet under
 8    the table.  Okay?  It will be a little better when we
 9    get into trial, because we won't have people sitting
10    behind you.  The jury will be over here.  For the
11    next day or so, until we get the jury, keep your feet
12    underneath that table.
13              So I'm going to come down here with
14    Ms. Wild and we're going to do some double-checking
15    here just to make sure.
16              (A discussion was held off the record.)
17              THE COURT:  When the jury is leaving the
18    room, stay seated.  I know that's going to be a
19    little hard for all of us.  As you're being
20    introduced, I think just stay seated, don't you?
21              Does that work for everybody?  When I call
22    upon you, lawyers, stand and you can introduce your
23    clients.  But defendants, gentlemen, you don't stand.
24    Let your attorneys stand and they'll put their hand
25    on your shoulder or something like that and introduce
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you.
 2            (A discussion was held off the record.)
 3            THE COURT:  We've got a minute or two.  Mr.
 4   Granberg, do you want to look?
 5            MR. GRANBERG:  I have a quick question.
 6   Say through the course of the proceedings we have an
 7   issue with the monitors with the real-time.  What do
 8   you want us to do?
 9            THE COURT:  You know, I'm not going to tie
10   you to your seats.  If you need to come up and talk
11   to Ms. Bevel or something like that, don't hesitate
12   to do it.  I think, Ms. Gilbert, in the past, you've
13   done some of that; right?
14            MS. GILBERT:  Correct.
15            THE COURT:  So we all might talk, but
16   you're not tied to your seats, so feel free to come
17   and talk to Ms. Bevel, and we'll try to get it taken
18   care of.  Everybody comfortable?  What do you think
19   is not on the record?  Their opportunity to maybe go
20   back and look?  So if anybody wants to take a look,
21   go ahead, and this will be the time to do it, see if
22   everybody is comfortable.
23            All right.  Let me give you a few things
24   about the jury venire that we're going to be looking
25   at this morning.  Jury services released three jurors
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    that were in the first group.  So let me give you
 2    those names and numbers so you can get those pulled.
 3    Excused was John Mott, juror number 405, for age and
 4    relocation.  He's group 1.  So you want to flag him.
 5          The next one is group 3, so not quite as
 6    important, at least here at the beginning.  Robert
 7    Bunten, juror number 1629.  He was released for age.
 8    And he is group 3.
 9          And then Dale Curtis, 1361, for medical
10    reasons, and he's in group 2.
11          So we had to begin to call some from group
12    2 to make sure that we had enough here.  So almost
13    surely in the mix are going to be the following:
14    Doreen Campbell.  Doreen has a T-O.  She's a
15    four-name person, 1926.
16          Melissa Vasquez, 975.  Nallely Bencomo,
17    1041.  Robert Patton, 1034.  Hilario Ramos, 1062, and
18    Patricia Bianco, 1070.  We asked Rudy Navarro, 883,
19    this morning, after leaving him a message last night,
20    asking if he could --
21          THE CLERK:  He showed up today, and asked
22    to be excused.  And I don't think we heard from him
23    but he's here.
24          THE COURT:  When you say we haven't heard,
25    are you talking about from the parties?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. HARBOUR-VALDEZ:  Your Honor, we filed a
 2   stipulation on Friday excusing Mr. Navarro.
 3            THE COURT:  And you agree with that, it was
 4   a stipulation on all sides?
 5            MS. ARMIJO:  Yes, Your Honor.
 6            THE COURT:  So he can just be told he's
 7   excused?
 8            THE CLERK:  If that's what they want.
 9            THE COURT:  Anybody need that information
10   repeated?  Mr. Cooper?
11            MR. COOPER:  Robert Bunten?  That was for
12   age?
13            THE COURT:  Age.
14            MR. COOPER:  Your Honor, I don't believe
15   that that's a statutory reason for an excusal.
16            THE COURT:  I think it is 70.  I think if
17   they're over 70 and they want to be excused.  If they
18   don't ask, we don't ask them.
19            MR. COOPER:  I'm getting close.
20            THE COURT:  You're getting close?  But I
21   think if they're over 70 and they want to be excused,
22   they can.  But if they don't ask, we don't excuse
23   them.
24            MR. COOPER:  And the last name was
25   Patricia --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  The very last one that was

2     added was Patricia Bianco, 1070.

3          Okay.  On Mr. Mott, he did not check his

4     message last night, so he did show up.  So he is

5     here.  The only way he gets paid is if he goes

6     through the process.  So he's going to be in the mix.

7     So that's where he stands.  Anything else on the jury

8     so far?

9          THE CLERK:  Not so far.

10          THE COURT:  I'm about number 45, 46,

11     depending upon who gets here, so I'm not as deep as I

12     would like.  So at some point I kind of have to stop,

13     because I just haven't -- that's the reason.  I

14     just -- there's just so much you can get done.  So I

15     think I'll be okay for a while, and if it goes into

16     another evening, I'll get some more done, but that's

17     as about as deep as I got.

18          MR. CASTELLANO:  Can I address a couple of

19     matters before we begin?

20          THE COURT:  Go ahead, Mr. Castellano.

21          MR. CASTELLANO:  If I may approach.

22          THE COURT:  You may.

23          (The following proceedings were held at the

24     bench.)

25          MR. CASTELLANO:  The first thing, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Honor, I have to report that I ended up having dinner

2    with one of the potential jurors last night.  He's a

3    friend of mine who last week contacted me, said he

4    was going to be in town, and asked about meeting for

5    dinner with my family and me.  I didn't know he was

6    going to be a juror, and then last night when we met

7    for dinner, I asked him what he was doing in town.

8    He said he was in town for jury duty, so I learned at

9    that time that he was a prospective juror.

10              THE COURT:  Who is that?

11              MR. CASTELLANO:  Shawn Morales.

12              THE COURT:  Do you know where he is in the

13   mix?

14              MR. CASTELLANO:  I don't know.

15              THE COURT:  If he's reporting this morning?

16              MR. CASTELLANO:  I believe he is reporting

17   this morning.  I was going to pay for his dinner and

18   when I found out he was here for jury duty, I got

19   separate checks.  I let the parties know that we

20   didn't discuss the case or his jury service or this

21   case at all, but I wanted to let everybody know as

22   far as I got.  When we met he said, "How are you

23   doing?"

24              "I'm doing well.  I'm pretty busy.  I'm

25   starting an eight-week trial tomorrow."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              He didn't say anything about it.  Then when
 2   I asked what he was doing in town, he said that he
 3   was in town for this case, or for jury duty, and I
 4   told him obviously we couldn't discuss the matter.
 5   But I wanted to let everybody know that that was the
 6   situation.
 7              So I did have dinner with him last night.
 8   We've been friends since eighth grade.  We played
 9   five years of football together, so we had plenty of
10   other things to talk about.  So I just put that out
11   there.
12              And then the other issue is a separate
13   matter.
14              THE COURT:  Why don't we hold up here?  Any
15   defendants want to do something about that?  Let it
16   go through the process?  What's your --
17              MR. COOPER:  Your Honor, I think he
18   probably ought to be excused at this point in time.
19   I think with that close of a relationship and
20   especially on the eve of trial, I just don't believe
21   that, no matter what he says, that he's able to be
22   fair and impartial.  And Mr. Castellano didn't do
23   anything wrong.  Mr. Morales maybe should have known.
24              THE COURT:  All in agreement?  In agreement
25   on that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MR. CASTELLANO:  I can tell the parties we
 2   are pretty good friends where he kept in touch over
 3   the years.
 4          THE COURT:  Ms. Wild?
 5          MR. CASTELLANO:  Shawn Morales from Rio
 6   Rancho.  Now he's mad at me.
 7          THE CLERK:  831.
 8          THE COURT:  Number 831.  Is he in this
 9   first group?
10          THE CLERK:  He is.
11          THE COURT:  We're just going to let him go.
12          What else, Mr. Castellano?
13          MR. CASTELLANO:  The other is a separate
14   matter.  After meeting with James Garcia last week,
15   he signed an affidavit and gave it to Mr. Castle.  So
16   we're asking for a copy of that affidavit.  It's
17   unrelated to this trial.  But for his case we are
18   seeking a copy of the affidavit.  And I think his
19   attorney will want it, as well.
20          THE COURT:  Do you have any objection to
21   producing that?  He's not going to be called in this
22   trial; correct?
23          MR. CASTELLANO:  That's correct.
24          MR. CASTLE:  I'd like to think about it,
25   Judge.  It wasn't produced to me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, let's just take it up
 2      after he gets an opportunity --
 3              MR. CASTELLANO:  I want to get started
 4      early.
 5              THE COURT:  Anything else up here at the
 6      bench?
 7              MR. CASTELLANO:  No, sir, thank you.
 8              THE COURT:  All right.
 9              MR. SINDEL:  When we're talking -- this is
10      Mr. Sindel.  If we say our names, it's a lot easier
11      for her.
12              THE COURT:  Okay.  Maybe everybody say
13      their names when they're up here at the bench.
14              (The following proceedings were held in
15      open court.)
16              THE COURT:  All right.  I guess is there
17      anything else we need to discuss before we bring the
18      jury in?  Anything else I can do for you, from the
19      Government's standpoint?
20              MS. ARMIJO:  No, Your Honor.
21              THE COURT:  How about from the defendants?
22      Anything else we need to discuss?  Anything else I
23      can do for you?
24              MS. ARMIJO:  And Your Honor, we still are
25      going to be getting the charts; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  Yeah, we're still trying to get
2    a read as to who is here, and the jury service is
3    working on it so I don't have one yet either.
4            All right.  Why don't we do this.  Why
5    don't we go into recess for a little bit.  If any of
6    the attorneys want to -- feel free to use the jury
7    restroom here on the side, so you're not out there
8    with the jurors that are coming in.  So feel free to
9    do that.  All right.  We'll just go off the record
10   for a little bit.
11           (A discussion was held off the record.)
12           THE COURT:  All right.  Let me give you a
13   little update.  We've had 61 report.  So we're going
14   to be okay.  We'll get started here.  Jury services
15   encouraged them to call people, and with those coming
16   out that I just said, we've got 61.  We're going to
17   start calling and getting some more people here
18   during the day to report, so that if -- I think that
19   makes certainly me and Ms. Wild and everybody a
20   little nervous to only have 61.  But at least we've
21   got that many here, and that's what we want.
22           So we're going to leave the one down,
23   because there may be others reporting throughout the
24   day, so we might as well have them begin to gather,
25   and we'll have that additional one if we need to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   bring that person in.
2           So come on up.  Go ahead and give that to
3   us.  So we're about five minutes away.  So if you
4   need to do anything, you've got about five minutes
5   before we actually bring the jury in.  All right.  So
6   we'll go back off the record.
7           (A discussion was held off the record.)
8           THE COURT:  All right.  We'll go back on
9   the record.  As y'all have picked up, jury services
10  reshuffled, for some reason, the names after assuring
11  us they wouldn't do it.  I can go back and unshuffle
12  them, but it will be 20 minutes; or we can work with
13  what we've got.
14          MR. COOPER:  Unshuffle them.
15          MS. HARBOUR-VALDEZ:  We'd like them
16  unshuffled, please.  That's the way we prepared.
17          THE COURT:  All right.  We'll unshuffle
18  them.  All right.  We'll be off the record, then, for
19  about 20 minutes.
20          (The Court stood in recess.)
21          THE COURT:  All right.  I guess I'm just
22  going to sit here at the door and call out the names
23  and I'll seat them in the order that we have.  I
24  can't figure out what jury services is doing, so it
25  doesn't look like we can get started unless I seat
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   everybody.  So you've got your list?
 2              MR. CASTELLANO:  Yes, sir.
 3              THE COURT:  You're juror number 1.
 4              COURT REPORTER:  I can't hear you.  Carol?
 5              THE COURT:  Can you hear me, Ms. Bean?
 6              COURT REPORTER:  I can't, sir.
 7              THE COURT:  Ms. Chavez, you'll be juror
 8   number 3.
 9              Ms. Menapace-Corral, you'll be juror number
10   4.
11              Mr. Melter is out there.  So you're
12   Mr. Lopez.  So you'll skip a seat and be right over
13   there, so just leave a seat open.
14              Mr. Troy?  All right.  You'll be the next
15   juror.
16              Are you Mr. (inaudible)?  All right.  So
17   keep those -- you need to put those in order.  So
18   you'll need to keep a seat between you and the
19   last --
20              Ms. Riley.  Take a seat here.  And you're
21   Mr. Montoya?  Okay.  Be seated, and you'll come right
22   over here in this jury box, right over here on the
23   side.
24              All right.  Ms. Morales, I think you'll be
25   back up in the corner.  You're in the far corner.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Mr. Singer, you'll be right next to the
 2    last juror.
 3            All right.  Mr. Telles?
 4            MR. TELLES:  Yes, sir.
 5            THE COURT:  All right.  Follow right over
 6    there, and stay over.
 7            Ms. Reser?  Okay.  I don't think you're
 8    Ms. Murillo; right?  So when you go up, keep a space
 9    between you and the last juror.
10            All right.  Mrs. Griego?  All right.
11            Mr. Doom?  You'll just be right up here.
12            Ms. Trujillo?  All right.  There is room
13    for you up there, if you'll be seated there.
14            And then Mr. McKinzie is going to be
15    right -- I'm going to place you right here.  All
16    right.  Is that right?  You think it's over here?
17            Mr. Brugger?  You're next.  Mr. Swantner.
18    Ms. Nitterauer, right there.  Ms. Duncan, I think
19    you're going to be one down there.
20            Mr. Skousen we're going to put on the back
21    bench.  I don't have numbers here on this.
22            Ms. Wise?  All right.  Ms. Wise, if you'll
23    go ahead and sit down there.
24            And Mr. Medina; is that correct?  Is that
25    correct.  All right, Mr. Medina, you're right next to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Ms. Wise.

2           Mr. Mott.  All right, you're right here.

3    And Ms. Lee, you're right here.  Is that all we're

4    going to put there?

5           MS. HARBOUR-VALDEZ:  Five, Your Honor.

6           THE COURT:  One more, Mr. Solis.  All

7    right, Mr. Niemeier, that's your seat right there.

8    Is that correct?

9           MS. HARBOUR-VALDEZ:  Yes, Your Honor.

10          THE COURT:  Ms. Griego, right there.

11   Ms. Beavers, all right.  Ms. Cardenas, Mr. Kulpa.

12   I've got one more in that row.

13          MS. HARBOUR-VALDEZ:  That's all, Your

14   Honor.

15          THE COURT:  Ms. Scifres?  All right, you're

16   right here.  Mr. Donart.  Mr. Gutierrez, there is a

17   space there, so that -- and Mr. Marquardt.  Leave a

18   little bit bigger space there.

19          THE CLERK:  Ms. Trujillo, Ms. (inaudible),

20   Ms. Garcia, Mr. Kimmick, in this case on the other

21   side.  Mr. Carrillo, Mr. Meyer.  Mr. Gutierrez, move

22   on down.  Mr. Marquardt, do you want to go in this

23   row?  Go ahead.  Ms. Velazquez, you're going to be on

24   this row.  Mr. Saiz, right on the other side.

25   Ms. Nelson on the other side of him.  Mr. DeVargas,

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Mr. Krohn, Mr. Bunnel, Mr. Martinez, Mr. (inaudible),
 2   Mr. Plata, Mr. Yancey.
 3            THE COURT:  Ms. Wild, can you hold just a
 4   second?  Why don't you check with Ms. Harbour-Valdez.
 5            THE CLERK:  It is Mr. Krohn from over here.
 6   Mr. Plata, Mr. Maestas, Ms. Scifres, Ms. Campbell,
 7   and Ms. Vazquez.  You can go on back there.
 8            THE COURT:  Are you okay, Mr. Cooper?  Is
 9   everything lining up okay?
10            MR. COOPER:  I believe so.  As soon as we
11   get a seating chart.
12            THE COURT:  Ms. Wild.
13            THE CLERK:  They're working on it.  Give me
14   just a second, please.  There's no empty seats, so go
15   ahead and scoot over.  Go ahead and scoot over.  Keep
16   going.  What is your last name, ma'am?
17            MS. TRUJILLO:  Trujillo.
18            THE CLERK:  Thank you.  So Mr. McKinzie,
19   Mr. Brugger, Mr. Swantner.  All the way down here, if
20   possible.  Let me help you.  Ms. Niemeier, go on the
21   other side of her, please.  Mr. Mott, on the other
22   side of her.  Ms. Lee, Ms. Solis, Mr. Niemeier on the
23   other side of her.  Ms. Griego, Ms. Beavers, scoot
24   all the way down.  Ms. Cardenas, Mr. Kulpa, Mr.
25   Kennedy.  Ms. Scifres on the other side of Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   McKinzie.  Mr. Donart, Mr. Marquardt, Ms. Pellegrino,

2   Ms. Trujillo, Ms. Garcia, Mr. Plata, Mr. Carrillo,

3   Mr. Meyer.  (Inaudible) on the other side.  Mr. Saiz,

4   Ms. Nelson.  Mr. Bunnel on the other side.

5   Mr. Moore, Mr. Plata, Mr. Yancey, Mr. Spencer, Mr.

6   Maestas, Ms. (inaudible), Ms. Campbell, Ms. Vasquez.

7                THE COURT:  All right.  Well, everyone be

8   seated.  I guess I'm the only one still standing

9   here.  You can tell why they don't allow the judge to

10  seat the jury.  It's just a big mistake.

11               Let me tell you what happened this morning,

12  then I'm going to introduce myself and introduce

13  everybody up here.  The lawyers have prepared seating

14  charts, and we sort of randomly put everybody into a

15  draw.  You remember in the old days, we had a draw up

16  here and put the jurors' names, crank it, and call it

17  out.  Well, the computers generate the draw, so it's

18  all random when we did it.

19               We did it last week.  When y'all came in

20  today, jury services redid it, so it knocked all our

21  seating charts out.  So rather than redoing seat

22  charts, we decided to go back to the random numbers

23  that we had last week, so everybody's seating charts

24  were correct.  For some reason, it was taking a long

25  time.  So I decided to come down and get you and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    bring you up here, and they're going to try to
2    generate a seating chart for all the attorneys that
3    will reflect everybody that's here.  That's the
4    reason.  I just thought we were losing too much
5    time -- your time, our time -- and I wanted to get
6    everybody in here.
7             So I appreciate your patience, I appreciate
8    you working with us, and I'm sorry a little bit about
9    the disorganization on the seating charts, but I made
10   a call to go back to the other seating chart.  Maybe
11   we should have left you the way you were.  I don't
12   know.  We'll figure that out as we go.
13            My name is Judge Jim Browning.  I'm from
14   Albuquerque.  So if you come to Albuquerque, my
15   courtroom -- or my chambers is on the sixth floor,
16   and I do most of my work on the fourth floor, but
17   I've done over my career a lot of work in Las Cruces,
18   so a lot of us in Albuquerque travel down here.  And
19   I'm down here a fair amount.  I've got a fair number
20   of cases down here, so I travel.  I live up in the
21   Northeast Heights for those of you from Albuquerque,
22   familiar with Albuquerque.  So I'm traveling, too.
23   So I know a lot of you have indicated on your forms
24   where you're from and that you've traveled, as well.
25   So I'm traveling with you on this trial.  And for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   those of you who are selected and serve, I'll be with
 2   you and hitting the road, as well.
 3           Let me first thank you for what you've
 4   already done for us.  I know that some of you come
 5   from some great distances, probably yesterday, spent
 6   the night.  Some of you came over this morning.
 7           If you did not do what you've already done
 8   for us yesterday and this morning, it would be
 9   impossible for us to do what we do in Federal Court,
10   so I want to thank you right off the bat.  And I'm
11   going to be thanking you a lot, because you're good
12   citizens for responding to the summons that you
13   receive, coming and being a good group and being
14   patient with us, and we appreciate it very much.
15           You know, in this country we don't get a
16   lot of opportunities to serve our nation, unless
17   we're in some particular field like the military or
18   something like that.  But one of the ways we do it
19   is, we vote and then we serve as jurors.  So this is
20   an incredibly important thing that we're going to be
21   doing today and over the next few weeks for those
22   that are selected for the trial.  So I can't express
23   enough my appreciation what you've already done and
24   what you're going to be doing for us.
25           You know, when you go around the world,
```



1    there's different trials and different ways of

2    deciding issues.  You can get up -- got up on the

3    news this morning and see how they resolve issues in

4    Syria and how they resolve issues in other countries.

5    If you think about it, the way we resolve conflicts

6    in our country with jury trials is one of the things

7    that makes us so special.  And while we're a

8    democracy and we talk a lot about that, about voting

9    and those sort of things, and those are very

10   important, if you think about it, after the Congress

11   passes the law and the president signs the law, when

12   we get to applying the law out of Washington to the

13   facts of the case, we kind of put the professionals

14   aside and we ask the citizens to come in and apply

15   the law to the facts.  If you think about it, there's

16   nothing more democratic than that.  Most nations

17   don't trust their citizens like we trust our citizens

18   to ask them at probably the most important stage of

19   applying the law to the facts, we ask the citizens to

20   do it.  And if you didn't do what you did this

21   morning, we couldn't do it in this country.

22            There's still a few countries that do jury

23   trials, but they're dwindling, and yet in the United

24   States it's so special that we put it right in the

25   Constitution.  So we guarantee the right to a jury.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   And so I appreciate what you're doing for us, what

 2   you're going to do for us this morning, and I

 3   appreciate the fact that, you know, we're still in a

 4   country where people respond to the summons and they

 5   come and do their duty, and I very much appreciate

 6   that.

 7           Let me introduce you to some people here.

 8   I want you to be comfortable with everybody.  When

 9   you walk into a courtroom, a lot of you don't hang

10   around courtrooms like I do all day long.  So let me

11   explain who people are and what they're doing.

12           Right here in the red jacket is Ms. K'Aun

13   Wild, and you may have met her downstairs.  Ms. Wild

14   and I have worked together for 28 years.  I hired her

15   when she was 9.  So she was in private practice with

16   me before, and she's so good that they just promoted

17   her to be a manager for the courtroom deputies.  And

18   what she does is -- what she was doing was managing

19   all the cases that I have, as well as what we're

20   about to do today, help pick a jury, and then be with

21   me in the courtroom.  But she's going to -- she's

22   been promoted to be the supervisor for all the

23   courtroom deputies because of her vast operational

24   experience, and what I mean by that is trying cases.

25           And so Ms. Bevel, Carol Bevel, is going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    be my new CRD, and this will be the first trial that
 2    she and I have done together.  She's a very
 3    experienced CRD.  One of our judges took senior
 4    status, and so this was the transition.  But this is
 5    our first trial that Ms. Bevel and I will be doing
 6    together, so there's a little bit of transition here.
 7    But Ms. Wild will be with us while we select the
 8    jury, and then Ms. Bevel will be with us as we try
 9    the case.
10          Ms. Jennifer Bean -- you may not be able to
11    see her machine.  She's the court reporter here, and
12    she's taking down everything that's said.  So she
13    will be in the courtroom with us throughout the
14    trial.
15          And Mr. Brendan Hammond is my law clerk.
16    He's right here behind me, if you can see him at the
17    side.  Mr. Hammond grew up in upstate New York.  His
18    parents were connected with Cornell University, and
19    he went to Cornell, then went to the University of
20    Texas Law School.  And he was about to go to work for
21    Sullivan & Cromwell in New York, which is a
22    prestigious Wall Street firm, but came and clerked
23    for me.  So when this year is over, which will be the
24    end of August, September 1st, in that area, I switch
25    clerks, so he's going to head to Sullivan & Cromwell.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    So he'll be with us throughout the trial.
 2            Some of my other clerks from Albuquerque
 3    may in, and Mr. Hammond will be with me all the time.
 4    So when they're here, I'll introduce you to them if
 5    you're here and you're part of this trial.  So I
 6    won't introduce anyone else until they get here, and
 7    then we'll just see who is here for those
 8    introductions.
 9            All right.  Let me explain to you, ladies
10    and gentlemen, what we're going to be doing this
11    morning.  This stage of the proceedings is the voir
12    dire examination, depending upon how you say those
13    French words.  And the purpose of the voir dire
14    examination is twofold.  One, it's to enable the
15    Court to determine whether or not any of the
16    prospective jurors, any of you, should be excused for
17    cause.  And second, it's to enable the counsel whom I
18    will introduce in a moment, counsel for the parties,
19    to exercise individual judgment with respect to
20    peremptory challenges; that is, challenges for which
21    no reason need be given at all.
22            And so what we're going to do is ask you
23    some questions.  And if there is a question that you
24    don't want to answer in front of everybody, we have
25    the ability to sort of fog the machine up here and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    keep everybody from necessarily hearing everything.
 2    The lawyers can come up here to the bench, and we'll
 3    hear whatever you want to say to us up here at the
 4    bench.  So those are some things I'll tell you if you
 5    decide you want to do that.
 6              Now, the first question we're going to be
 7    asking you is that, as you can tell from the jury
 8    questionnaires, which you all so patiently and
 9    diligently filled out, we expect this trial to last
10    no longer than eight weeks.  So it could go shorter,
11    but I don't think it's going to go any longer.  If
12    you look at the calendar, that's going to put the
13    last day as June 1st.  So some of you have already
14    told us a little bit about your schedule over that
15    period of time.
16              The first question that I'm going to be
17    asking is:  Expecting the trial to go eight weeks,
18    does that present any special problem for any of you?
19    And so before I ask that question, I need to -- now
20    that you're comfortable in your seats, if you'll
21    stand again and Ms. Bevel is going to swear you in.
22              All right.  If you'll raise your right
23    hands.
24              (The jury panel was sworn.)
25              THE COURT:  Is there anybody that didn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    say "I do"?  All right.  Everybody be seated.
2            All right.  Everybody said "I do," is what
3    I understood.  Okay.  Let me ask Ms. Wild something.
4            (A discussion was held off the record.)
5            THE COURT:  All right.  Let's then start
6    with that first question.  Expecting the trial to ask
7    eight weeks -- I don't know if it will last that
8    long, but I don't think it will last any longer than
9    that -- does that present any special problems for
10   you?  And you're going to have to be patient with me
11   a little bit, because I don't have a seating chart
12   yet, so I'm either going to have to guess or you'll
13   have to tell me your names so I can start to get
14   familiar with you.
15           Does that present any special problems for
16   anybody in the jury box?  Let me start with you,
17   Ms. Chavez.  What special problems do the next eight
18   weeks present for you?
19           MS. CHAVEZ:  Is there a way that I can tell
20   this privately?
21           THE COURT:  Come on up.  I may make you
22   stand here for a little bit while I get some other
23   people.  Anybody else in the jury box?  Is that
24   Mr. Lopez?
25           MR. LOPEZ:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  What special problems do the
 2    next eight weeks present for you?
 3              MR. LOPEZ:  I've got a doctor's appointment
 4    and also a dentist appointment, and then I have some
 5    child care issues on probably about three of those
 6    days.
 7              THE COURT:  Okay.  The doctor's
 8    appointments -- could they be rescheduled?
 9              MR. LOPEZ:  Well, the doctor's appointments
10    are three-months dermatology, in one case, the
11    doctor's appointment, and the other one is a
12    six-month dentist appointment.
13              THE COURT:  How about the child care?
14    Could somebody else --
15              MR. LOPEZ:  That one is very difficult,
16    since -- I point those out because my wife and I have
17    two different sets of grandchildren that we have to
18    go pick up, and they all come out of school at the
19    same time.  One is in Albuquerque, the other one is
20    in Rio Rancho.
21              THE COURT:  Okay.  So these are
22    grandchildren?
23              MR. LOPEZ:  Yes.
24              THE COURT:  Thank you, Mr. Lopez.
25              Anyone else in the jury box?  Is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    Mr. Troy?

2              MR. TROY:  Correct.

3              THE COURT:  What special problems do the

4    next eight weeks present for you, Mr. Troy?

5              MR. TROY:  Most importantly, vacation on

6    May 1st.  I've had nonrefundable tickets since

7    January, and three business obligations that require

8    travel, and then one doctor appointment Thursday

9    morning.

10             THE COURT:  All right.  Thank you,

11   Mr. Troy.

12             Anyone else in the jury box?

13             All right.  Ms. Riley?  What special

14   problems?

15             MS. RILEY:  Yes, sir.  My son is graduating

16   on May 18, and it's a Friday, and I'm not missing it.

17             THE COURT:  Where is he graduating?

18             MS. RILEY:  From Moriarty High School.

19             THE COURT:  What time of day is he

20   graduating?

21             MS. RILEY:  It will be in the evening.

22             THE COURT:  What time of day?

23             MS. RILEY:  In the evening.

24             THE COURT:  What time in the evening?

25             MS. RILEY:  It should be at 6:00.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Thank you,
 2    Ms. Riley.
 3              Who else had their hand up?  Mr. Montoya?
 4              MR. MONTOYA:  Brian Montoya.
 5              THE COURT:  Yes, sir.  What special
 6    problems?
 7              MR. MONTOYA:  I'm self-employed, and I have
 8    two kids at home, and I'm a stay-at-home dad, as
 9    well.
10              THE COURT:  Okay.  Thank you, Mr. Montoya.
11              Who else?  Anyone else in that row?
12              All right.  Come down here, Ms. Dwore.
13    What special problems do you have?
14              MS. DWORE:  Your Honor, if we're permitted
15    to return home on weekends, I should be able to
16    schedule follow-up care on Saturday.
17              THE COURT:  Yeah.  Generally, the schedule
18    we're going to run -- we're going to work hard during
19    the days til about 5:30.  On Friday, we'll be
20    shutting her down and people can head back for the
21    weekend.
22              MS. DWORE:  I should be able to schedule
23    for Saturdays.
24              THE COURT:  That's going to be my schedule.
25    I may spend the night on Friday and drive back to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Albuquerque on Saturday morning, and come back down

 2    on Sunday afternoon.  So that's the schedule I have.

 3    Thank you, Ms. Dwore.

 4              Anybody on the back row?  Anybody else?

 5    Who on the back row?  Is that Ms. Trujillo?

 6              MS. TRUJILLO:  I know there's a lot of

 7    people from out of town, but I'm from Albuquerque.  I

 8    moved there for work, so I'm a manager and I'm

 9    short-staffed and I'm the sole provider in

10    Albuquerque.  So I also have an interlock license

11    that I have to be there to get serviced.  So it's

12    just -- it's more that I'm going to be financially

13    bound without --

14              THE COURT:  And you're Ms. Trujillo?

15              MS. TRUJILLO:  Yes.

16              THE COURT:  Okay.  Thank you, Ms. Trujillo.

17              Who else?  Back row, anyone else?

18              Mr. Swantner?

19              MR. SWANTNER:  I'm extremely concerned

20    about my work.  Of course, my employer can't do

21    anything.  I'm a contractor.  So I just started two

22    weeks ago, and if the relationship sours -- I've

23    already had to do update and different interviews.

24    We don't sign up for -- if they need somebody else,

25    they just bring somebody else in and my job kind of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

34

```
 1    disappears, and then I may or may not be able to get

 2    anything else there.  So I'm extremely nervous about

 3    disappearing for two months after being there only

 4    two weeks.

 5              THE COURT:  Thank you, Mr. Swantner.

 6              Anyone else in the jury box?  Let's go back

 7    over here.  Anyone -- you'll have to identify

 8    yourself, because -- are you Ms. Lee?

 9              MS. LEE:  Melanie Lee.

10              THE COURT:  Let's see.  Okay.  Go ahead,

11    Ms. Lee.

12              MS. LEE:  My husband is getting sent

13    emergency TDY next week with the Army, and I won't

14    have anyone to help with the children, picking them

15    up, dropping them off to school.  I'm in Alamogordo.

16              THE COURT:  All right.  Thank you, Ms. Lee.

17              Anyone else over here, any special problems

18    over the next eight weeks?

19              THE CLERK:  She wants to approach the

20    bench.

21              THE COURT:  All right.  Anybody else over

22    here that's got it?

23              Let's go over here, then.  Anybody over on

24    this side?

25              MS. CARDIEL:  Debbie Griego Cardiel.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Let's go over here.  She wants
2    to come over here.  Why don't we go over here?
3              What's his name?
4              THE CLERK:  Mr. Segovia.
5              THE COURT:  Give me your name.
6              MR. MEDINA:  My name is Randy Medina.
7              THE COURT:  Okay, Mr. Medina.
8              MR. MEDINA:  Yes, sir.  I'm currently on
9    workmen's comp, and I have a hearing on Thursday.  I
10   believe it's the 12th, at 10:30 a.m., and they've
11   been scheduling appointments and stuff on and off,
12   and I don't get a heads-up.  So they'll hit me the
13   next day, following day, or whatever.  But other than
14   that, I have no problem serving.
15             THE COURT:  Is there any way that could be
16   rescheduled?
17             MR. MEDINA:  It was canceled from last
18   month, moved up to this month by workmen's comp out
19   of Albuquerque.  So I could talk to my lawyer and see
20   if they can reschedule it or -- because I'm currently
21   out of work right now for that, also, so I could do
22   that, if needed.
23             THE COURT:  All right.  Okay.  Thank you,
24   Mr. Medina.
25             Who else over there?  Y'all will have to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    identify yourselves.  I'm still not working with a

2    seating chart yet.

3              MR. DONART:  Nathan Donart.  I just started

4    a job at UNM.  I'm one of two people in the biosafety

5    office and administrator for the quarterly meeting on

6    the 16th.  And my first anniversary is also in two

7    weeks, and I've got one teenager and one 12-year-old

8    at home that my wife is very nervous about caring for

9    for eight weeks.

10             THE COURT:  All right.  Thank you, Mr.

11   Donart.

12             Who else over there had their hand up?  All

13   right?

14             MR. GUTIERREZ:  My name is Joaquin

15   Gutierrez, and I don't think I speak enough English

16   or understand enough English to be a juror.

17             THE COURT:  But schedulewise, are you okay

18   on your schedule?  Are you all right on your schedule

19   over the next eight weeks?

20             MR. GUTIERREZ:  Yes.

21             THE COURT:  Thank you.  I appreciate it.

22   And what was your name, again?

23             MR. GUTIERREZ:  Joaquin Gutierrez.

24             THE COURT:  All right.  Who else had their

25   hand up?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. KULPA:  My name is John Kulpa.
 2              THE COURT:  Mr. Kulpa.
 3              MR. KULPA:  About a week ago I defended my
 4     Ph.D. dissertation, and the next three days I was
 5     hoping to spend making final revisions on that
 6     document.  And I also have a conference that I would
 7     like to be at that's April 12 through April 14 to
 8     present this work.  And there is also a conference
 9     that I would like to present this work on May 23
10     through May 27.
11              THE COURT:  All right.  Thank you,
12     Mr. Kulpa, I appreciate it.
13              Who else?
14              MR. JOHNSON:  My name is Steve Johnson.  I
15     am a social worker at the New Mexico Rehab Center in
16     Roswell on the medical side, and I'm pretty much the
17     only social worker they have.  To be gone eight weeks
18     I think would be a burden on the rehab center.
19              THE COURT:  All right.  Thank you, Mr.
20     Johnson.
21              MR. JOHNSON:  Thank you.
22              THE COURT:  Anyone else over here?
23              MS. LARGE:  Good morning.  My name is
24     Sylvia Large.  And currently I'm a student.  I
25     graduate May 10th.  And I mean, I don't have to walk
```



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com

```
 1    the line, potentially, but I do have a job interview
 2    on Wednesday, the 11th.
 3              THE COURT:  Of April or May?
 4              MS. LARGE:  May.  April, sorry.
 5              THE COURT:  Of April?  Did you say April?
 6              MS. LARGE:  Yeah.
 7              THE COURT:  All right.  Thank you,
 8    Ms. Large.
 9              Who else?
10              MR. KROHN:  My name is Chris Krohn.  I'm a
11    computer programmer at Pro Law Software.  Our clients
12    are law firms that use the software to run their
13    offices and keep their trial calendars, and it's also
14    used by local governments and the Department of
15    Justice.  I've got a deliverable on a year-long
16    custom software project that I've been working on for
17    a client that's due over the next two weeks.  And if
18    we don't finish that project on schedule, my employer
19    will be in breach of contract and liable for
20    thousands of dollars in penalties.
21              THE COURT:  All right.  Thank you,
22    Mr. Krohn, I appreciate it.
23              MR. KROHN:  Thank you.
24              THE COURT:  Anyone else back over there?
25    Anyone else before I have these that are here at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   bench?
 2           MR. DONART:  I also forgot, I'm scheduled
 3   on June 1st to take the dental school entrance exam.
 4           THE COURT:  Thank you.  Anyone else?  I
 5   think there is a hand back in this corner.
 6           MR. PLATA:  My name is Allen Plata and I
 7   live in Albuquerque, and I can't drive over here, so
 8   either my mom or my dad had to take me.  But knowing
 9   their schedule, it's kind of conflicting with them.
10   And I do have a disability that kind of makes it hard
11   for me to understand, like, sorts of things, and --
12   yeah.
13           THE COURT:  All right.  Thank you, Mr.
14   Plata.
15           Who else?  Did somebody else have their
16   hand up?
17           MR. YANCY:  My name is Adam Yancey.  I,
18   too, do not currently own a vehicle.  The burden
19   between here and Albuquerque at 240-some miles, I
20   can't do that regularly.  So...
21           THE COURT:  All right.  Thank you, Mr.
22   Yancey.
23           All right.  The two jurors that were up
24   here, why don't we come up here, and counsel, if you
25   want to come up here.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1                    (The following proceedings were held at the
 2       bench.)
 3                    THE COURT:  Give me your name again.
 4                    MS. CHAVEZ:  Sure.  It's Angela Chavez.
 5                    THE COURT:  All right, Ms. Chavez.  What
 6       special problems do the next eight weeks present for
 7       you.
 8                    MS. CHAVEZ:  My daughter was released on
 9       bail from district court to me as a custodian, and
10       part of the condition is that I would be with her
11       24/7 as that custodian.  So I would be in violation
12       of that condition from district court.
13                    THE COURT:  All right.  Mr. Beck, do you
14       have any questions of Ms. Chavez?
15                    MR. BECK:  Is there anyone else who could
16       be her custodian in your place?
17                    MS. CHAVEZ:  No.  I actually resigned from
18       my job to fulfill that request.
19                    MR. BECK:  Thank you.
20                    THE COURT:  How about from the defendants?
21       Anybody have any questions?
22                    All right.  Thank you, Ms. Chavez.  I
23       appreciate it.
24                    What's your name?
25                    MS. CARDIEL:  Debbie Griego Cardiel.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Ms. Griego Cardiel,
 2    what special problems do the next eight weeks present
 3    for you?
 4              MS. CARDIEL:  Well, for one, I live in
 5    Chupadero, which is on the outskirts of Santa Fe, and
 6    I don't drive this far, so I don't have anybody -- my
 7    husband brought me yesterday, but I have nobody to
 8    bring me.  And also, I take care of my 80-year-old
 9    mother.  She is a widow, and I'm an only child.
10              THE COURT:  All right.
11              Mr. Beck, do you have any questions of
12    Ms. Griego Cardiel?
13              MR. BECK:  Do you not have a license or do
14    you choose not to?
15              MS. CARDIEL:  I don't drive that well.
16              MR. BECK:  Okay.  And is there anyone else
17    who can substitute in taking care of your
18    granddaughter for you?
19              MS. CARDIEL:  It's my mother.  No, I'm an
20    only child.  We're on a waiting list for the State of
21    New Mexico for help, but I haven't gotten anything.
22    And I also work full-time.
23              THE COURT:  Work for what?
24              MS. CARDIEL:  I work full-time.
25              MR. BECK:  And how long have you been on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the waiting list?

 2             MS. CARDIEL:  My mother got sick back in

 3   January, so since January.

 4             MR. BECK:  Thank you.

 5             THE COURT:  Anything else, Mr. Beck?

 6             MR. BECK:  No, Your Honor.

 7             THE COURT:  How about from the defendants?

 8   Mr. Cooper?  Anyone else?

 9             MR. COOPER:  I don't believe we have any

10   questions, thank you.

11             THE COURT:  Thank you, Ms. Griego Cardiel.

12             Mr. Medina, if you'll come up and stand

13   right there so the court reporter can hear you.  How

14   are you?

15             MR. MEDINA:  Doing good.

16             THE COURT:  What special problems for you?

17             MR. MEDINA:  I was just saying that -- I

18   was telling you about the workmen's comp.  And also,

19   my wife is a registered nurse at the detention center

20   here, and she's also a registered nurse at Southern

21   New Mexico Correctional Facility, and I was kind of

22   worried about it.

23             THE COURT:  I saw that on your

24   questionnaire.  Here's what I was thinking about

25   doing.  You may be back up here in a few minutes, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I'm going to let these lawyers introduce themselves
 2   here in a moment, and I'm going to ask them to list
 3   out their witnesses, and you listen real carefully as
 4   those witnesses are listed, see if you know anybody.
 5   If you don't know anybody, then we may leave you in
 6   the pool.  But let's see if you know anybody.  Does
 7   that sound fair?
 8               MR. MEDINA:  Yeah.  Knowing anybody wasn't
 9   my concern.  It was, like, safetywise.
10               THE COURT:  All right.  Mr. Beck, anything
11   you want to ask Mr. Medina about that issue?
12               MR. BECK:  Mr. Medina, have you spoken with
13   your wife about jury service on this case?
14               MR. MEDINA:  No, sir, I haven't asked her
15   anything in particular about who she watches or
16   who -- you know, who is in prison.  So it's private
17   for her.
18               THE COURT:  How about from the defendants?
19               MR. COOPER:  How long has your wife worked
20   at Southern New Mexico Correctional Facility?
21               MR. MEDINA:  I'm going to say maybe six
22   months.  She's part-time there right now.
23               MR. COOPER:  And prior to that, she worked
24   at the detention center here in Las Cruces?
25               MR. MEDINA:  Yes, sir, but that was -- it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   been, like, two or three years ago.
 2            MR. COOPER:  But she is working there now
 3   full-time at the detention center?
 4            MR. MEDINA:  Correct.
 5            MR. COOPER:  And how often is she working
 6   at --
 7            MR. MEDINA:  So it's part-time.  Depending
 8   on what her schedule is, she could pick up extra
 9   shifts and stuff.  But she is up there today.
10            THE COURT:  Mr. Blackburn?
11            MR. BLACKBURN:  She's a nurse at the Dona
12   Ana Detention Facility?
13            MR. MEDINA:  Yes, sir.  Also at Southern.
14            MR. BLACKBURN:  And how much contact does
15   she have with the individuals?  I guess, what is her
16   job as it relates to the inmates there?
17            MR. MEDINA:  Which facility?
18            MR. BLACKBURN:  At the Dona Ana County
19   Detention Facility.
20            MR. MEDINA:  Right now, she's a charge
21   nurse.  So I imagine -- she's a nighttime charge
22   nurse, so I imagine she has contact with all.  She
23   don't tell me about her job, you know.  She can't do
24   that.  So she just tells me where she works, and her
25   responsibilities are charge nurse.  That's all I know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   right now.

2          MR. COOPER:  And has she been working

3   nighttimes for how long?

4          MR. MEDINA:  I'm going to say less than a

5   month for the detention center.

6          MR. COOPER:  And before that, she was

7   working the day shift at the detention center?

8          MR. MEDINA:  No, no, she would have a

9   couple of days' training maybe on day shift.

10          MR. COOPER:  So she just started?

11          MR. MEDINA:  Yes, sir, but she used to work

12   for the detention center maybe two years ago.  That

13   was it.

14          MR. ROBERTS:  Two years ago, what was she

15   doing?

16          MR. MEDINA:  As an RN.

17          MR. SINDEL:  I'm Mr. Sindel.  How are you?

18   How are you doing?

19          MR. MEDINA:  I'm a little bit nervous.

20          THE COURT:  Don't be nervous.  Everything

21   will be all right.

22          MR. SINDEL:  Okay.  So you said something

23   right at the beginning, your concern was not so much

24   about her job, really, but about safety.

25          MR. MEDINA:  Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

46

```
 1              MR. SINDEL:  That's what I want to ask you
 2    about.
 3              MR. MEDINA:  Okay.
 4              MR. SINDEL:  Is that pretty much foremost
 5    in your mind, that your concern is about safety
 6    issues?
 7              MR. MEDINA:  Well, what I'm concerned about
 8    is that if I were to get selected that, you know, I
 9    don't know who she watches over, who is going where,
10    or what is -- if they find out that I'm on the jury,
11    and knowing that she works -- where she works,
12    something might happen to her.  This isn't the
13    movies.  I understand that.  But --
14              MR. SINDEL:  Listen, that's a very real
15    concern.  Because your wife is in a situation where
16    there are people with all kinds of background;
17    correct?
18              MR. MEDINA:  Correct.
19              MR. SINDEL:  And she's been doing that for
20    a long time.
21              MR. MEDINA:  Yes.
22              MR. SINDEL:  And probably every day she
23    goes to work, you have some concerns?
24              MR. MEDINA:  Absolutely, absolutely.
25              MR. SINDEL:  And if you're sitting on this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    jury and you think that there may be some people at
2    the facility where she works, that's scary.
3              MR. MEDINA:  Yeah.
4              MR. SINDEL:  Is that true?
5              MR. MEDINA:  Yeah, it is.  I'm going to say
6    it is, yes.
7              MR. SINDEL:  And if that's in your mind, is
8    that one reason you think, hey, this isn't just the
9    right place for me?
10             MR. MEDINA:  No, I don't have -- I don't
11   think that.  I just -- of course, every day she goes
12   to work, I'm going to be concerned anything could
13   happen.  But my concern was anybody finding out my
14   involvement as far as this trial, with her working
15   where she works.  And it happened -- I was in the
16   same situation when I served also here, I think it
17   was in 2011, 2012, on a three-month jury panel, so --
18             MR. SINDEL:  This is your second go --
19             MR. MEDINA:  And she was in the same
20   locations as the other witnesses were.  You know what
21   I mean?  She worked in the same places for everything
22   else.  So it doesn't -- it's like the second time
23   around, and it's kind of a little nerve-racking.
24             MR. SINDEL:  When you say nerve-racking, do
25   you think it's maybe going to be hard for you to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    concentrate on this case because of your concerns for

 2    safety?

 3              MR. MEDINA:  It's a little nerve-racking,

 4    but I think it would be easier because I've done it

 5    before.

 6              MR. SINDEL:  Okay.  And I guess one or two

 7    more questions.  And that is:  There are allegations

 8    that there are certain things, certain acts of --

 9    what they call violent acts that have occurred at

10    these facilities, the facility where your wife works.

11              MR. MEDINA:  Yes.

12              MR. SINDEL:  You read that in the

13    questionnaire, you saw that there?

14              MR. MEDINA:  Um-hum.

15              MR. SINDEL:  And what I want to do is make

16    sure that you can put aside your concern for her

17    safety and be able to judge this case only on the

18    evidence as you hear it.

19              MR. MEDINA:  Yeah, absolutely I can do

20    that.

21              MR. SINDEL:  All right.

22              MR. MEDINA:  No problem.

23              MR. SINDEL:  Glad to talk with you.

24              MR. MEDINA:  Absolutely.

25              MR. SINDEL:  I'm not nervous anymore.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Anyone else?  Okay.  All right.
 2         Thank you, Mr. Medina.
 3              (The following proceedings were held in
 4    open court.)
 5              THE COURT:  All right.  Given that we --
 6    presenting the evidence is expected to take eight
 7    weeks, and we should be done by June 1st, does that
 8    present special problems for any of you that we
 9    haven't already discussed?
10              MS. TRUJILLO:  I was a little nervous the
11    first time, and I didn't really clarify enough.  But
12    my interlock dates -- I have to be there -- I have to
13    have the car present.  That's part of the contract.
14    So my first one is on -- or my next one is the 12th,
15    and then it usually runs a month after that.  So it
16    usually runs about the 11th or the 12th.  I have a
17    '93 Geo, which is an older car with over 300,000
18    miles.  So coming back and forth, that's going to be
19    a little difficult.
20              And my daughter graduates from NMSU in May.
21    I don't have the specific date yet, but I just wanted
22    to be a little more clear about that.
23              THE COURT:  Okay.  Thank you.  I appreciate
24    it.
25              All right.  Anyone else that over -- the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    next eight weeks present any special problems for

2    anybody?

3              Let's see.  Mr. Telles?  What special

4    problems do the next eight weeks present for you?

5              MR. TELLES:  My name is Art Telles, and I'm

6    the transmission superintendent for El Paso Electric

7    Company.  And right now we're getting into our peak

8    season, and of course, we tie all the transmission

9    systems between, of course, PNM, Artesia -- they're

10   SPS -- Springville, Arizona, and Duncan and Brady, up

11   to Cuidad Juarez.  And of course, as load goes up,

12   our demand is needed much more.

13             I'm also the chair for the El Paso Electric

14   line rodeo, and that event is taking place the 21st

15   of April, and we're winding that down now, as well.

16   I wanted to share that and let y'all know it's going

17   to be difficult, but if need be, I would go ahead and

18   do my duty.  Thank you.

19             THE COURT:  Thank you, Mr. Telles.

20             Anyone else need to tell me about any

21   special problems they may have over the next eight

22   weeks?

23             I'm going to cut my chart off here a little

24   bit so I can see it here.

25             Let me tell you a little bit about the case

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    we're going to be trying here.  The question I'm

2    going to be asking is:  Has anyone heard or read

3    anything about this case?

4           This is a criminal case brought by the

5    United States Government.  I'm going to let the

6    attorneys identify themselves in a little bit, so

7    you're going to hear their names a couple of times

8    this morning.  And I will sometimes refer to the

9    United States as the prosecution.

10          The charges against the defendants, whom

11   we'll introduce here in a moment, are contained in an

12   indictment.  There are seven defendants who are

13   charged in this trial, and all seven are charged with

14   a crime which is a type of racketeering charge.

15   Specifically, the United States alleges that the

16   defendants were members or associates of a

17   racketeering enterprise known as the Syndicato de

18   Nuevo Mexico, or SNM Gang.

19          An indictment is a mere accusation.  The

20   indictment is not evidence at all of guilt.  It is

21   just a formal -- the formal way that the Government

22   tells the defendant what crimes he's accused of

23   committing.  Each individual defendant has pled not

24   guilty to the charges against him, is presumed

25   innocent, and that presumption stays with the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    defendant throughout the trial.

2              Assistant United States Attorneys Maria Y.

3    Armijo, Randy M. Castellano, and Matthew M. Beck will

4    be prosecuting this case and representing the United

5    States of America.  The defendants are Joe Lawrence

6    Gallegos, represented by Brock Benjamin and Richard

7    Sindel.  Edward Troup, represented by Cori

8    Harbour-Valdez and Patrick Burke.  Billy Garcia,

9    represented by James Castle and Robert Cooper.  Allen

10   Patterson, represented by Jeffrey (sic) Lahann and

11   Joseph Shattuck.  Christopher Chavez, represented by

12   John Granberg and Eduardo Solis.  And Arturo Garcia,

13   represented by Billy Blackburn and Scott Davidson.

14   And Andrew Gallegos represented by Donovan Roberts

15   and Lisa Torraco.

16             The defendants are charged as follows.  The

17   defendants Joe Lawrence Gallegos, Edward Troup, and

18   Billy Garcia have been charged in the indictment with

19   violent crimes in aid of racketeering for the murder

20   of Frank Castillo, occurring on or about March 26,

21   2001.

22             Defendants Billy Garcia, Allen Patterson,

23   and Christopher Chavez have been charged with violent

24   crimes in aid of racketeering for the murder of

25   Rolando Garza occurring on or about March 26, 2001.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Defendants Edward Troup and Arturo Arnulfo
 2    Garcia have been charged with violent crimes in aid
 3    of racketeering for the murder of Freddie Sanchez,
 4    occurring on or about June 17, 2007.
 5              And defendants Joe Lawrence Gallegos and
 6    Andrew Gallegos have been charged with violent crimes
 7    in aid of racketeering for the murder of Adrian
 8    Burns, occurring on or about November 12, 2012.
 9              Defendants Joe Lawrence Gallegos and Andrew
10    Gallegos have also been charged in violent crimes in
11    aid of racketeering for conspiring to murder Adrian
12    Burns.
13              Defendant Joe Gallegos has been charged
14    with violent crimes in aid of racketeering for the
15    assault of Jose Gomez with a dangerous weapon, for
16    conspiring to murder Jose Gomez, and for the
17    attempted murder of Jose Gomez with a deadly weapon
18    which resulted in serious bodily injury to Jose Gomez
19    occurring on or about February 27, 2016.
20              So let me ask whether any member of the
21    panel has heard or read anything about the case.
22    Anybody have any knowledge about this case from any
23    source?
24              All right.  Why don't you come up here so I
25    can discuss your knowledge up here at the bench.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Anyone else that's heard or read anything
 2    about the case?  If you do, why don't you come over
 3    here and up.  I'll get counsel to come up here.  If
 4    there's anybody that's heard or read anything about
 5    the case, I want to talk to you outside the presence
 6    of the other members of the jury.
 7              I didn't see where you came from.  Are you
 8    Ms. Morales?
 9              MS. MORALES:  Yes.
10              THE COURT:  All right.  I got that.  I've
11    got a seating chart.  How are you?
12              MS. MORALES:  I'm doing well.  Thank you.
13              THE COURT:  What have you heard or read
14    about this case?
15              MS. MORALES:  I work with the New Mexico
16    State Police as a 911 dispatcher.
17              THE COURT:  You're a dispatcher.  Okay.
18              MS. MORALES:  I do believe the case of Mr.
19    Sanchez from 2007 -- one of my sergeants is the case
20    agent.
21              THE COURT:  Who is that?
22              MS. MORALES:  George Bernal.
23              THE COURT:  And how long have you been a
24    dispatcher with the state police?
25              MS. MORALES:  Coming up on seven years in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    June.

2              THE COURT:  So I haven't gotten the witness

3    list memorized like I should.  But I think that Mr.

4    Bernal is going to be a witness in this case?

5              MS. MORALES:  Yes.  I was actually advised

6    to come up and speak with you, because of my

7    involvement.

8              THE COURT:  What has been your involvement

9    in the case?

10             MS. MORALES:  I know that he's a part of

11   it.  Honestly, I don't know the amount of unbiasness

12   I can have, working with him for so long, and working

13   with the state police for so long.  It's really hard

14   to go against what they say, because my whole job is

15   to believe them.

16             THE COURT:  Okay.  Let's break this down a

17   little bit.

18             MS. MORALES:  Okay.

19             THE COURT:  The first thing is:  Kind of

20   explain to me what your involvement has been.  Have

21   you had any involvement in this case in any way?

22             MS. MORALES:  No, I was not employed in

23   2007.

24             THE COURT:  How long?

25             MS. MORALES:  From 2011.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  2011?

 2              MS. MORALES:  Yes.

 3              THE COURT:  So if you weren't -- if you

 4    haven't been involved in the case, does your

 5    knowledge of the case just come from what people have

 6    told you?

 7              MS. MORALES:  Yes.

 8              THE COURT:  Okay.  And who has told you?

 9              MS. MORALES:  My boss, when I submitted my

10    jury trial, actually said, "Look.  This is one of our

11    cases.  We're handling this.  You need to tell them

12    that you're a part of this.  You don't want to be

13    biased against anybody.  You don't want to mess this

14    up."

15              THE COURT:  Now, when they told you to say

16    that, who was it that told you to say that?

17              MS. MORALES:  My supervisor.

18              THE COURT:  Mr. Bernal?

19              MS. MORALES:  No, Chavarria.

20              THE COURT:  Okay.  And is that the only

21    conversation you've had with anybody about this case?

22              MS. MORALES:  I've heard a little bit of

23    the talk here and there about the Syndicato de Nuevo

24    Mexico.  Specifically, no, but, kind of, we're

25    gearing up for this, we're getting ready for this,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    this is getting ready to come to trial, this is a big
 2    case.  But specifics, no.
 3              THE COURT:  Okay.  And everything you know
 4    about it is things that people have said?
 5              MS. MORALES:  Right.
 6              THE COURT:  And as far as you know, the
 7    only person that you know personally that's going to
 8    be testifying in this case or is involved in this
 9    case is Mr. Bernal?
10              MS. MORALES:  George Bernal.  And
11    possibly -- my mind went blank -- he's a sergeant now
12    and we call him Tony.  Antonio Palomares.  I believe
13    he might have also -- I'm not sure which one, but I
14    know this is something he's been working on for
15    years.
16              THE COURT:  And you know both of those men
17    personally?
18              MS. MORALES:  Yes, I do.
19              THE COURT:  Have you talked to them at all
20    about this case?
21              MS. MORALES:  No.
22              THE COURT:  You just know they're going to
23    be testifying?
24              MS. MORALES:  Right.
25              THE COURT:  If they take the stand, are you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   going to be inclined to believe anything they say?
 2              MS. MORALES:  I honestly can't say that I
 3   wouldn't believe them.  I do trust them with my life,
 4   as they trust me with theirs in our job.  So it's
 5   really hard for me to say, no, they're wrong.
 6              THE COURT:  So if somebody were to
 7   cross-examine them and go after their credibility,
 8   you'd be inclined to believe the police officers?
 9              MS. MORALES:  Probably.
10              THE COURT:  Even if there was some evidence
11   that they might not be telling the truth?
12              MS. MORALES:  Yes.
13              THE COURT:  Okay.  Let's go then to sort of
14   some general questions.
15              MS. MORALES:  Okay.
16              THE COURT:  Do you feel like you can be
17   fair and impartial to all the parties in this case?
18              MS. MORALES:  I don't know, just because I
19   do know them, I've worked with them for so long, and
20   I have such a trust with them, it's going to be very
21   hard for me to say they're not telling the truth.
22              THE COURT:  All right.
23              Mr. Beck, any questions of Ms. Morales?
24              MR. BECK:  Thank you.  Good morning,
25   Ms. Morales.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. MORALES:  Good morning.
 2              MR. BECK:  I understand your background
 3    with New Mexico State Police.  The judge at some
 4    point is going to give all the jurors instructions.
 5    If the judge's instructions are to set aside any
 6    preconceived notions that you have or any thoughts
 7    you have in coming to the case and just rely on the
 8    evidence and information presented here in court, is
 9    that an instruction that you think you could follow?
10              MS. MORALES:  I would do that to the best
11    of my ability.  But I don't want to go into it -- any
12    sort of bias.  I already know them, and I already
13    trust them.
14              MR. BECK:  Sure.  And I guess I'm going to
15    press you a little bit on that.  If the judge
16    instructs you that you're supposed to give the same
17    credibility and take every witness, whether they're
18    law enforcement or a criminal, with the same weight,
19    listen to the same examination, is that an
20    instruction that you can follow, something to that
21    effect?
22              MS. MORALES:  I don't know if I can take
23    the word of a law enforcement and the word of a
24    defendant in such a case with the same weight.  I
25    would have a really hard time with that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. BECK:  Even if the judge instructs you?
 2              MS. MORALES:  Yes.
 3              THE COURT:  Anything else, Mr. Beck?
 4              MR. BECK:  No.
 5              THE COURT:  Mr. Lahann.
 6              MR. LAHANN:  Did you work with Norman
 7   Rhoades?
 8              MS. MORALES:  I have, yes.
 9              MR. LAHANN:  And is he still engaged or
10   dating another dispatcher?
11              MS. MORALES:  She's retired.
12              MR. LAHANN:  Is that somebody that you're
13   friends with?
14              MS. MORALES:  No.
15              MR. LAHANN:  As far as Mr. Rhoades, he's
16   retired also?
17              MS. MORALES:  I do not know.  I work night
18   shift, so I don't see him very often.
19              MR. LAHANN:  It's been a while since you've
20   seen him?
21              MS. MORALES:  Yes.
22              MR. LAHANN:  Did you talk about the case
23   with either one of those people?  I forget her name.
24              MS. MORALES:  Giovanna.
25              MR. LAHANN:  What about Felipe Gonzalez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE


MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Way before you?

2              MS. MORALES:  He's still, as far as I know,

3    employed.

4              MR. LAHANN:  Rich Libicer?

5              MS. MORALES:  He has also retired.

6              MR. LAHANN:  That's all I have.

7              THE COURT:  Mr. Lahann.

8              MR. LAHANN:  While we're up here, might as

9    well.  Patrick Bucksath.  Is he still there?

10             MS. MORALES:  Yes, he is.

11             MR. LAHANN:  Any special relationship with

12   him?

13             MS. MORALES:  Just work.  I see him from

14   time to time.  We haven't discussed this case, but --

15             MR. LAHANN:  I assume your answer would be

16   the same, that you would have a general bias?

17             MS. MORALES:  Right.

18             MR. LAHANN:  If anything jumps out that's

19   different, don't get anybody in trouble, but --

20             Okay.  Thomas Christianson.

21             MS. MORALES:  I don't know him.

22             MR. LAHANN:  Way before your time, I think?

23             MS. MORALES:  Yeah.

24             MR. LAHANN:  Michael Davies?

25             MS. MORALES:  No.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                 1-800-669-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
 1                MR. LAHANN:  Robert Duncan?

 2                MS. MORALES:  No.

 3                MR. LAHANN:  Felipe Gonzalez?

 4                MS. MORALES:  There is the other one.

 5                MR. LAHANN:  Kirsten Harzewski?

 6                MS. MORALES:  I've met her once at a

 7      training.

 8                MR. LAHANN:  Is she up in Santa Fe now?

 9                MS. MORALES:  Yes, or in Albuquerque,

10      somewhere.

11                MR. LAHANN:  No special affinity?

12                MS. MORALES:  No, she taught me a class.

13                MR. LAHANN:  Okay.  Wesley Lacuesta?

14                MS. MORALES:  No.

15                MR. LAHANN:  Marco Martinez?

16                MS. MORALES:  No.

17                MR. LAHANN:  Richard Matthews?

18                MS. MORALES:  No.

19                MR. LAHANN:  Warren Pershall?

20                MS. MORALES:  No.

21                MR. LAHANN:  Norman we've talked about.

22                MS. MORALES:  Um-hum.

23                MR. LAHANN:  Jeff Smith?

24                MS. MORALES:  No.

25                MR. LAHANN:  Albert Venegas?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. MORALES:  No.
 2              MR. LAHANN:  He used to be with the
 3    undercover unit.  I think he's in Artesia now.
 4              MS. MORALES:  I think I've heard his name,
 5    but I've never met him.
 6              MR. LAHANN:  Alvino Vigil?
 7              MS. MORALES:  No.
 8              MR. LAHANN:  William Vista?
 9              MS. MORALES:  No.
10              MR. LAHANN:  And Richard Williamson?
11              MS. MORALES:  No.
12              THE COURT:  Okay.  Okay.  I'll let you
13    follow up.
14              MR. LAHANN:  Thank you, Judge.
15              THE COURT:  Mr. Sindel, why don't you come
16    up here?
17              MR. SINDEL:  I'm Richard Sindel.  It's kind
18    of closed in here.  Your boss brought this up to you,
19    and when you told him, "Look, I'm going to go in this
20    case that a lot of our officers that you just heard
21    are involved in."
22              MS. MORALES:  Right.
23              MR. SINDEL:  Even before he brought it up,
24    you knew there was an issue for you?
25              MS. MORALES:  I had suspected, and I was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     like, no, is that the same name?  Am I reading this

2     right?  I wasn't --

3            MR. SINDEL:  But as soon as you made that

4     connection --

5            MS. MORALES:  Yeah.

6            MR. SINDEL:  -- you said, "Wait a minute,

7     this is an issue"?

8            MS. MORALES:  Yeah.

9            MR. SINDEL:  It wasn't because your boss

10    said it so much as both of you agreed this is a

11    problem --

12           MS. MORALES:  And they explained to me what

13    I should be -- how to approach this once I get here.

14           MR. SINDEL:  And you're doing very good.

15           MS. MORALES:  Thanks.

16           MR. SINDEL:  And I guess, I mean, let's

17    just be real.  Your thumb is on the other side of the

18    scale?

19           MS. MORALES:  I don't want it to be.  I

20    would like to be impartial.  I do have a bachelor's

21    in criminal justice.  I understand the system.  But I

22    also understand I don't want to come in already

23    pulling for one side, already, you know, rooting for

24    the home team.

25           MR. SINDEL:  And that's exactly right.

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    Rooting for the home team.

2            MS. MORALES:  I don't want that at all.

3            MR. SINDEL:  And Mr. Beck asked you a lot

4    of questions about instructions from the Court.

5            MS. MORALES:  Right.

6            MR. SINDEL:  If the Court says, "Well, I'm

7    going to tell you it's daytime here at 9:00 p.m. at

8    night," that's the instruction, but you're going to

9    say, I'm not sure I could follow that instruction

10   because what I know about my position and what I know

11   about these people, it's going to be almost

12   impossible for me to be fair and impartial; true?

13           MS. MORALES:  It would be difficult, yes.

14           MR. SINDEL:  Thank you.

15           THE COURT:  Mr. Cooper.

16           MR. COOPER:  It's okay to have feelings one

17   way or another.  That's okay.  We all have feelings

18   and attitudes.  All those attitude, feelings, and

19   pressures that we have are shaped by our experiences,

20   and you have an experience of working with New Mexico

21   State Police, working for the Department of Public

22   Safety for --

23           MS. MORALES:  Seven years.

24           MR. COOPER:  Seven years.  And it's hard to

25   change that and it's hard not to have those feelings

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    and be biased and lean one way or another and just
 2    totally disregard that.  Now, because you have worked
 3    for New Mexico State Police for so long, all of your
 4    friends and your -- everybody you see all day long
 5    also are state police supporting people, aren't they,
 6    for the most part?
 7              MS. MORALES:  Yes, we have a few in our
 8    group that don't talk about work.
 9              MR. COOPER:  But for the most part, anytime
10    the 19 individuals that Mr. Lahann just read off --
11              MS. MORALES:  Right.
12              MR. COOPER:  -- all of them, if they're not
13    employed there now, they were, and so they were
14    brothers just like the guys that are there presently?
15              MS. MORALES:  Yes.
16              MR. COOPER:  And you would lend them a
17    little more credibility than you would somebody
18    that's not in this group of New Mexico State Police
19    officers; correct?
20              MS. MORALES:  That's what I'm going to say,
21    yes.
22              MR. COOPER:  And that's a real fear, isn't
23    it?
24              MS. MORALES:  I want to be fair.
25              MR. COOPER:  That's good.  We want you to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    be fair.  I think that's all we're trying to do is
 2    find 12 jurors that can be fair and impartial, 12
 3    jurors that don't have a preconceived notion and lean
 4    one way or another.  We want people who, given their
 5    experiences, can sit and fairly judge my client.
 6              MS. MORALES:  Right.
 7              THE COURT:  And if you were sitting where
 8    my client is, would you want somebody just like
 9    yourself sitting in that jury box judging you?
10              MS. MORALES:  Probably not.
11              MR. COOPER:  Probably not.
12              MS. MORALES:  Probably not.  I mean, like,
13    well, my lawyer is good enough to change my mind,
14    but...
15              MR. COOPER:  But you wouldn't want me to
16    have to have or give the Government a 50-yard head
17    start in that hundred-yard dash, would you?
18              MS. MORALES:  Right.
19              MR. COOPER:  And it's not fair; right?
20              MS. MORALES:  Yes.
21              MR. COOPER:  And it's okay that you cannot
22    be fair and impartial, but do you think perhaps that
23    you ought to be sitting on some other jury rather
24    than this?
25              MS. MORALES:  That's why I wanted to have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    this little chitchat.
 2               MR. COOPER:  And we're glad you did.  I
 3    think it's really, really important that we have
 4    these sorts of conversations, because I know that you
 5    wouldn't want to be sitting next to me if there was
 6    going to be a parade:  These are the Government
 7    witnesses.
 8               MS. MORALES:  Right.
 9               MR. COOPER:  The Government is going to
10    call 19 New Mexico State Police officers.  They're
11    also going to call nine Department of Public Safety
12    employees.
13               MS. MORALES:  Wow.
14               MR. COOPER:  And you probably have heard
15    those names?  Or Shirley Garcia?
16               MS. MORALES:  No.
17               MR. COOPER:  Margo -- maybe you haven't,
18    but you're under the --
19               MS. MORALES:  Umbrella.
20               MR. COOPER:  Correct.  And you would
21    likewise give them much more credibility than you
22    would somebody that I perhaps may call?
23               MS. MORALES:  Yes.
24               MR. COOPER:  Is that a yes?
25               MS. MORALES:  Yes.  Sorry.  I forget there
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   is a microphone.
 2             MR. COOPER:  That's okay.  So at the end of
 3   the day, do you think you could be fair and
 4   impartial, no matter what the judge --
 5             MS. MORALES:  Probably not, no.
 6             MR. COOPER:  Probably not, no.  So again
 7   that answer was --
 8             MS. MORALES:  No.
 9             MR. COOPER:  Okay.  I don't believe I have
10   any further questions of you, Ms. Morales.  Thank you
11   very much.
12             THE COURT:  Anybody else, defendants?  Any
13   other questions?  All right.  Thank you, Ms. Morales.
14             MR. SINDEL:  Go get a drink of water.
15             THE COURT:  Are y'all covering the screen
16   like you did in the last trial when you come up here?
17             MR. BECK:  I think so.
18             THE COURT:  For the bench conferences.
19   Make sure that you when you come up here, you put
20   something over the screens so they can't -- if you're
21   looking straight on, you can still read it.
22             MS. ARMIJO:  It's so Mr. Castellano can
23   read it at the table.
24             THE COURT:  Ms. Wild, why don't you go over
25   there and look.
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BENJAMIN:  I think the Court knows
 2    where I'm looking.  Essentially one seat back from
 3    Gayle Wise.  I believe she's juror number 22.  I
 4    wanted to bring this to the Court's attention:  The
 5    last bench conference she asked, "Are you guys
 6    lawyers?"  Just generally asking.
 7              I said, "Ma'am, I'm a lawyer.  I can't talk
 8    to you in this case."  And the gentleman to her -- to
 9    the Court's right, to my left as I'm looking at it,
10    Mr. Skousen, gave her the same admonishment.
11              THE COURT:  She's asking if y'all are
12    lawyers?
13              MR. BENJAMIN:  She was curious.
14              THE COURT:  Well, we'll take a break in 30
15    minutes.  I'll talk to them about not having contact.
16              MR. BENJAMIN:  The gentleman to her right
17    gave her more admonishing than I did.
18              THE COURT:  Okay.  He must be an
19    experienced juror.
20              Remind me your name.
21              MR. MEYER:  Charles Meyer.
22              THE COURT:  Okay.  Where were you sitting,
23    Mr. Meyer?
24              MR. MEYER:  I was sitting right in the
25    second row on the side.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  I've got you, Mr.
 2   Meyer.  What have you read or heard about this case?
 3            MR. MEYER:  Okay.  I don't know if this
 4   qualifies for preknowledge, but simply yesterday, out
 5   of curiosity, I did a simple Google search and an
 6   article from the Las Cruces Sun came up.  I glanced
 7   at it, about the security concerns for the Federal
 8   Courthouse.  And that's about it.  That's the extent
 9   of it.
10            THE COURT:  Now, I'm not aware -- everybody
11   in the room may be aware more than I am.  I'm not
12   aware of any press about this case.  Was this an
13   article about this case starting today?
14            MR. MEYER:  Yeah.  In fact, the word you
15   said, Syndicato de Nuevo Mexico, that was the head --
16   it was in the Las Cruces Sun about security concerns
17   for the federal case in Las Cruces, and it said
18   Syndicato de Nuevo Mexico, using those words.  That's
19   why I put two and two together when you said it.
20            THE COURT:  When was this article?
21            MR. MEYER:  I read it yesterday.
22            THE COURT:  Do you know when it was?
23            MR. MEYER:  I think it was on Friday.
24            THE COURT:  Friday?
25            MR. MEYER:  It was Las Cruces Sun.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  And you went ahead and read the
 2   article?
 3                MR. MEYER:  I glanced.  I didn't go into
 4   extent.  Out of curiosity, federal case, Las Cruces,
 5   and that popped up.
 6                THE COURT:  Other than that one article, is
 7   there any article that you saw and just glanced?
 8                MR. MEYER:  I glanced and did not look.
 9                THE COURT:  Why don't you tell me what you
10   remember from the article.
11                MR. MEYER:  Basically the thing I remember
12   is just the Syndicato de Nuevo Mexico, you mentioned
13   the name.  And I didn't go into any details of the
14   names of the individuals or -- so that would --
15   Syndicato de Nuevo Mexico, that's the only thing I
16   remember.
17                THE COURT:  All right.  Anything else you
18   remember about the article or anything?
19                MR. MEYER:  No.  In fact, I was aware that
20   I better not keep on reading this.
21                THE COURT:  Okay.  So you stopped?
22                MR. MEYER:  I stopped.
23                THE COURT:  And you don't remember
24   anything?
25                MR. MEYER:  No, I don't remember names or
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    details.  But the main article was about security

 2    concerns.  That's what it was about.

 3              THE COURT:  Okay.  Do you remember anything

 4    it said about security concerns?

 5              MR. MEYER:  It just said that because it's

 6    a gang-affiliated case, there were security concerns.

 7              THE COURT:  Okay.  Is there anything about

 8    what you read or know about this case or SNM or

 9    anything that would keep you from being fair and

10    impartial to the parties in this case?

11              MR. MEYER:  No.

12              THE COURT:  And you don't recall anything

13    else that you know or read about the case?

14              MR. MEYER:  No.  In fact, I was doing --

15    the Google searches are dangerous.  I stopped.

16              THE COURT:  You stopped.  Mr. Beck.

17              MR. BECK:  Good morning, Mr. Meyer.

18              MR. MEYER:  Good morning.

19              MR. BECK:  You said that you remembered the

20    name from the article.  Is the name -- what name is

21    it that you remember?

22              MR. MEYER:  I remember both the Spanish

23    names, Syndicato de Nuevo Mexico, and those are the

24    names.

25              MR. BECK:  Okay.  And my understanding of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   what you said is that once you saw the article, saw

 2   what it was about, you didn't read the article?  You

 3   glanced at it, then realized you should stop reading?

 4           MR. MEYER:  Yes.

 5           MR. BECK:  Was that because you knew from

 6   the jury questionnaire and instructions that you

 7   shouldn't do any research?

 8           MR. MEYER:  I had been a juror before.  I

 9   didn't want to be biased in one direction, so I

10   better not get into that.

11           MR. BECK:  Do you recall you did fill out a

12   questionnaire in this case?

13           MR. MEYER:  Yes.

14           MR. BECK:  Do you recall -- and if you

15   don't, that's fine -- do you recall what the jury

16   questionnaire said, if anything, about doing research

17   on the names?

18           MR. MEYER:  No.

19           MR. BECK:  So at the time that you did the

20   Google search, you didn't recall anything like that

21   in the questionnaire?

22           MR. MEYER:  No.

23           MR. BECK:  I think the judge asked you this

24   question, but do you even know -- do you even know if

25   that article was written about this case or some case

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                    1-800-669-9492



1    before this?

2            MR. MEYER:  Well, the reason I connected

3    the dots, that's the first thing you said, and that's

4    the first thing the article said.

5            MR. BECK:  So other than the judge

6    mentioning the name Syndicato de Nuevo Mexico and you

7    knowing that from reading it, is that the only way?

8            MR. MEYER:  That's the only way.

9            MR. BECK:  That's the only way.  I think

10   you answered this for the judge, but I just want to

11   make sure I'm clear.  Reading that article, whatever

12   it was about, would you be able to set aside what

13   you've heard, what you've read, and just decide this

14   case from the judge's instructions on the evidence

15   presented to you here in court?

16           MR. MEYER:  Yes.

17           MR. BECK:  And you've done that before as a

18   juror; right?

19           MR. MEYER:  Yes.

20           MR. BECK:  And in your previous jury

21   experience, were you able to set aside whatever

22   notions you had?

23           MR. MEYER:  Oh, yes.

24           MR. BECK:  Do you feel like you could do

25   that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. MEYER:  Definitely.
 2              MR. BECK:  And I think you heard the judge
 3   give instructions or a little statement of the case a
 4   few moments ago about what this case is about; is
 5   that right?
 6              MR. MEYER:  Yes, seven individuals that
 7   are -- yes.
 8              MR. BECK:  And if there are allegations
 9   that murders occurred on behalf of the Syndicato,
10   even given what you read about security concerns, are
11   you able to be fair and impartial in this case?
12              MR. MEYER:  Yes.
13              THE COURT:  Thank you.  Mr. Benjamin.  Mr.
14   Sindel.
15              MR. SINDEL:  Richard Sindel.  How are you?
16   You have been in this spot before if you served on a
17   jury.
18              MR. MEYER:  It was in Las Vegas, New
19   Mexico.  I used to live there.  Now I live in
20   Albuquerque.
21              MR. SINDEL:  When you said "security
22   concerns," do you remember if there was anything in
23   the article describing the concerns or steps that
24   were taken?
25              MR. MEYER:  No, I didn't go -- I basically
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    read the first paragraph, and that was it.

 2                MR. SINDEL:  And Mr. Beck has pointed out

 3    there was something in the questionnaire about not

 4    doing research.  And look, we're all curious, and

 5    Google is like having an Encyclopedia Britannica on

 6    your desk.  Do you feel comfortable saying, "If I'm

 7    going to be a juror on this case, I have to rely only

 8    on what comes from the witness chair and what the

 9    instructions of the Court are and stipulations that

10    the parties make," and you're not to Google it?  It

11    doesn't have anything to do with this courtroom?

12                MR. MEYER:  Yes, I do.

13                MR. SINDEL:  Are you comfortable with that?

14                MR. MEYER:  Yes.

15                MR. SINDEL:  Thank you.  I appreciate it

16    very much.

17                THE COURT:  Thank you, Mr. Sindel.

18                Mr. Blackburn.

19                MR. BLACKBURN:  No questions.

20                THE COURT:  Mr. Meyer, thank you.  I

21    appreciate it.

22                Why don't y'all stay up here?

23                (The following proceedings were held in

24    open court.)

25                THE COURT:  Is there anyone else, any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    member of the panel that's heard or read anything
 2    about this case that you need to discuss up here at
 3    the bench?
 4             All right.  Did y'all need to say something
 5    to me?
 6             (The following proceedings were held at the
 7    bench.)
 8             MS. HARBOUR-VALDEZ:  Your Honor, we have
 9    agreed to juror number 36, the man who says he has
10    language issues.
11             THE COURT:  All right.
12             MS. HARBOUR-VALDEZ:  And 54, the young man
13    who said he has a disability and can't pay attention
14    and can't drive himself.
15             THE COURT:  36?
16             MS. HARBOUR-VALDEZ:  And 54.
17             MS. ARMIJO:  And I think their
18    questionnaires definitely had issues.
19             THE COURT:  Oh, Mr. Plata and Mr.
20    Gutierrez.
21             MS. HARBOUR-VALDEZ:  A majority of their
22    questionnaires were blank.
23             THE COURT:  I'll have Ms. Wild excuse them.
24             MS. HARBOUR-VALDEZ:  Thank you, Your Honor.
25             MR. SINDEL:  Will 36 and 54 come back?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  There will be a space.
 2              (The following proceedings were held in
 3      open court.)
 4              THE COURT:  All right.  Let me just ask
 5      again, has anyone else heard or read anything about
 6      the case?
 7              All right.  I'm now going to ask the
 8      counsel -- let me make sure my microphone is on.  I
 9      didn't remember to do that.  I will now ask the
10      counsel for the Government to introduce themselves
11      and counsel associated in the trial, as well as
12      witnesses who will testify on the Government's
13      presentation of its case-in-chief.
14              So Mr. Beck, are you going to do that?
15              MR. BECK:  Yes.  May we approach?
16              (The following proceedings were held at the
17      bench.)
18              THE COURT:  Are you going to object to you
19      introducing yourself?
20              MR. BECK:  I was going to try.  I just
21      wanted to make sure that I was clear on the procedure
22      here.  I had it, then I lost my mind when we were
23      doing everything.  Are the counsel able to stand to
24      introduce themselves and the clients sit, or are we
25      all sitting through this?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  No, when counsel are talking,
 2    they can go ahead and stand.  And then, when the
 3    defendants are introducing.  So your people that
 4    you're introducing, like Mr. Acee and, you know,
 5    people like that, just have them sit, because that's
 6    what the defendants are going to do, too.  They
 7    shouldn't stand, but counsel can stand while they're
 8    being introduced or talking.
 9              MR. BLACKBURN:  For us, I think Mr. Cooper
10    is going to read off the names of everybody.
11              THE COURT:  I'll call on Mr. Cooper, then.
12    But y'all want to introduce yourselves.  This is your
13    first chance to talk to the jury.  I'll call
14    individually Mr. Cooper.
15              MR. BECK:  We aren't calling the witness
16    list?
17              THE COURT:  We are.
18              MR. BECK:  I better start working on that.
19              THE COURT:  You have to do it sometime.
20              (The following proceedings were held in
21    open court.)
22              THE COURT:  All right.  So Mr. Beck, do you
23    want to introduce the counsel for the Government and
24    counsel associated with you here in the trial?  And
25    then the witnesses who will testify on the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Government's presentation of its case-in-chief.

2              MR. BECK:  Yes, Your Honor.

3              THE COURT:  Mr. Beck.

4              MR. BECK:  Good morning.  Sorry for

5    everybody behind me.  My name is Matthew Beck.

6    Appearing with me at counsel table here is Maria

7    Armijo and Randy Castellano.  We're the assistant

8    United States Attorneys prosecuting this case.  Also

9    with us this morning are Wendy Pura, who will be

10   helping us for the next couple of days, and then

11   Special Agent Bryan Acee, Special Agent Nancy Stemo.

12             The witnesses that we'll be calling during

13   this trial are Javier Alonso, a/k/a Wino, and if

14   anyone can't hear me, just raise your hand or throw

15   something at me.  Okay.

16             That was a test.  You could hear me because

17   you raised your hand.  That's all right.

18             Our first witness will be Javier Alonso,

19   a/k/a Wino.  Gerald Archuleta, a/k/a Styx.  Manuel

20   Jacob Armijo, a/k/a Big Jake.  Rena Blea, Kyle

21   Bridgman, Karen Cartwright, Brandon Chavez, Benjamin

22   Clark, a/k/a Cyclone.  Billy Cordova, a/k/a Little

23   Shadow.  Richard Gallegos, a/k/a Dopey.  James

24   Garcia, a/k/a Daffy; Phillip Gonzalez, a/k/a Grumpy.

25   Samuel Gonzalez.  Jose Gomez, a/k/a Tiny.  Sammy



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Griego, a/k/a Sammy G.  Ruben Hernandez, Jeremy
 2   Kaiser, Robert Lovato, a/k/a Boo Boo.  Leroy Lucero,
 3   a/k/a Smurf.  Leonard Lujan, Yvonne Madrid, Eugene
 4   Martinez, a/k/a Little Guero.  Robert Martinez, a/k/a
 5   Baby Rob.  Roy Martinez, a/k/a Shadow.  Timothy
 6   Martinez, a/k/a Red.  Josh Mirka.  Ray Molina, a/k/a
 7   Boxer.  John Montano, a/k/a John-John.  Mario
 8   Montoya, a/k/a Poo Poo.  Steven Morales, a/k/a
 9   Cyclone.  Frederico Munoz, a/k/a Playboy.  Daniel
10   Orndorff, a/k/a Sleepy.  Joseph Otero, Charlene
11   Parker-Johnson, Fred Quintana, a/k/a Flaco.  Brian
12   Rascon, a/k/a Cokes.  Raymond Rascon, a/k/a Fuzz.
13   Paul Rivera, a/k/a Oso.  Mario Rodriguez, a/k/a Blue.
14   Willie Romero, a/k/a Demon.  Sapphira Serrano, Amber
15   Sutton, Michael Sutton, Lawrence Torres, Jesse
16   Trujillo, Jason Van Veghel, Leroy Vallejos, Eric
17   Young, Shauna Gutierrez, Joe Martinez, Augustine
18   Saenz, Albert Sanchez.
19           We may call someone from the following
20   organizations:  Dona Ana Detention Center, the
21   Hidalgo County Detention Center, the Otero County
22   Prison Facility, Santa Fe County Correctional
23   Facility, Sandoval County Detention Center, Cricket
24   Communications, Incorporated, and T-Mobile.
25           And from the Dona Ana County Detention
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Center, Patrick Howie.  From the Federal Bureau of

2   Investigation, Bryan Acee, Tiffany Smith.  From the

3   New Mexico Corrections Department, Ruben Alvidrez,

4   Louie Baca, Chris Barela, Christopher Cupit, Eloy

5   Flores, Marcello Garcia, Noah Green, Ronald Martin,

6   Raymond Martinez, Ralph Mintz, David Morales, Richard

7   Norman, James Pedraza, Renee Perea, William Roach,

8   Jesus Sandoval, Sergio Sapien, Jerry Spiers, Roberta

9   Stellman, Lee Spooner, Rosalind Renee Williams, Jerry

10  Roark.

11          From the New Mexico Department of Public

12  Safety, Shirley Garcia, Margo Mikeska, Jennifer Otto,

13  Kristin Radecki, Tiffany Smith, Kevin Strain, Eve

14  Tokumaru, Teresa Vigil, Tracy Zehringer.

15          From the New Mexico State Police, Thomas

16  Shane Arthur, George Bernal, Patrick Bucksath, Thomas

17  Christian, Sr.; Michael Davies, Robert Duncan, Felipe

18  Gonzalez, Kiersten Harzewski, Wesley Lacuesta, Marco

19  Martinez, Richard Mathews, Warren Pershall, Norman

20  Rhoades, Jeffrey Smith, Albert Venegas, Alvino Vigil,

21  William Weisler, Richard Williamson, Paul Chavez,

22  Clay Goret.

23          From the Office of the Medical

24  Investigator, Anne Bracey, Carolyn Lucero, Ian Paul,

25  Laura May Williams, Amy Elizabeth Wright, Cecilia Wu,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Ross Zumwalt.

2              From the Socorro County Sheriff's Office,

3    Kacey McFadden, Manuel Monte, State Fire Marshal Bill

4    Farmer.

5              From the Valencia County Sheriff's Office,

6    Roque Fernandez, Otto King, Clayton Martinez, James

7    Sanchez.  We may also call Charlene Baldizan, Maxine

8    Burns, Angelina Gallegos, Matt Lucero.

9              From the Federal Bureau of Investigation,

10   Thomas Neale, Lance Roundy, Joseph Sainato, Nancy

11   Stemo.

12             From the New Mexico Corrections Department,

13   Adam Anaya, Eleanor Suzanne Dunn, Elizabeth Larson,

14   Jim Moore, James Mulheron, George Ochoa, Anthony

15   Romero, and Nancy Smith.

16             From the New Mexico State Police, Joe

17   Andazola, Nathan Lucero, Janice Madrid, Elizabeth

18   Martinez.

19             And from the Office of the Medical

20   Investigator, Carol Shirreffs.

21             THE COURT:  All right.  Let me add a

22   couple, maybe four names, to the list.  This is the

23   U.S. Attorney's Office that Mr. Beck is a part of.

24   The current U.S. Attorney is a man named John

25   Anderson.  His immediate prior predecessor was Fred

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Federici, and then before that the acting U.S.

2    Attorney was James Tierney, and the one before that

3    was Damon Martinez.  So I think I've gotten the

4    people that were there.

5           And so the question I have:  Do any jurors

6    know any of the people that I just mentioned, Mr.

7    Beck introduced at the table, or any of the people

8    that he listed as witnesses?  Has anybody had any

9    knowledge of those people?

10           All right.  Why don't you come up so I can

11    talk to you up here at the bench.

12           Anybody else, if you know any of these

13    people, why don't you come up here to the bench and

14    we'll talk about it.

15           Have any of you had any business dealings

16    with them?  Anybody been represented by the attorneys

17    that were there?  Some of the attorneys were in

18    private practice before they went to the U.S.

19    Attorney's Office.  So any names that you recognize,

20    or been represented by any firms that they might have

21    been part of?  If you need to come up, come on up

22    here and line up.

23           Anybody been a party to any case with the

24    U.S. Attorney's Office?  Had any sort of that

25    experience?  Any sort of similar relationship,



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492
                                                                  1-800-669-9492
                                                    e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   business connection with any person that Mr. Beck
 2   mentioned or introduced, or the four lawyers that I
 3   introduced as part of the U.S. Attorney's Office?
 4              All right.  So let me have the fog.
 5              (The following proceedings were held at the
 6   bench.)
 7              THE COURT:  All right.  How are you doing
 8   today?
 9              MS. CARDENAS:  Good.
10              THE COURT:  You'll have to remind me of
11   your name.  I didn't see where you were coming from.
12              MS. CARDENAS:  Amy Cardenas.
13              THE COURT:  Where were you sitting?
14              Okay, Ms. Cardenas, who did you know on the
15   list or the introduction that Mr. Beck gave?
16              MS. CARDENAS:  Sergio Sapien.  He worked
17   for the Prisons.
18              THE COURT:  He worked for the Prisons.  And
19   what is your relationship -- who are -- how do you
20   know Mr. Sapien?
21              MS. CARDENAS:  I just know the whole
22   family.  I've known them since high school, and I'm
23   good friends with the sister.
24              THE COURT:  All right.  And so how well do
25   you know -- I know you may know the family.  How well
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    do you know Mr. Sapien?

2              MS. CARDENAS:  I haven't talked to him in

3    years.

4              THE COURT:  Years, okay.  When you say

5    "years," would you say more than three years ago?

6              MS. CARDENAS:  Yeah.

7              THE COURT:  More than five years?

8              MS. CARDENAS:  Like 10.

9              THE COURT:  Okay.  So it's been 10 years.

10   What was your relationship with him?

11             MS. CARDENAS:  Just friends.  They're

12   family friends.

13             THE COURT:  And do you know from the family

14   that he's still working at the prison?

15             MS. CARDENAS:  Um-hum.

16             THE COURT:  Okay.  Do you have -- if he

17   were to testify, would you just automatically,

18   because of your relationship, believe whatever you

19   said?

20             MS. CARDENAS:  No.

21             THE COURT:  You'd treat him -- you'd be

22   able to treat him like any other witness?

23             MS. CARDENAS:  Um-hum.

24             THE COURT:  So if somebody were to show

25   some evidence or to contradict something he said, you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   think you'd be able to treat him like any other

 2   witness and listen to when he's telling the truth and

 3   make a credibility determination just like any other

 4   witness?

 5              MS. CARDENAS:  Um-hum.

 6              THE COURT:  Okay.  A little bit more broad

 7   and general question.  Knowing him, do you think you

 8   could be fair and impartial to all the parties here?

 9              MS. CARDENAS:  Yes.

10              THE COURT:  Mr. Beck?

11              MR. BECK:  Good morning.

12              MS. CARDENAS:  Good morning.

13              MR. BECK:  You're going to punish me for

14   this, but it will happen a lot.  I'm going to ask you

15   some of the same questions, because I don't think we

16   got a verbal yes.  I think the judge asked you,

17   knowing what you do about Mr. Sapien, if you could

18   still treat him like any other witness that may come

19   into the trial and testify on the stand.

20              MS. CARDENAS:  Yes.

21              MR. BECK:  And if someone presents some

22   evidence that may show that Mr. Sapien is not being

23   fully truthful or not telling the truth, will you be

24   able to treat him like any other witness and believe

25   him just based on the evidence in court and not what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    you know about him personally?
 2              MS. CARDENAS:  No, I mean it would be
 3    from -- based off --
 4              MR. BECK:  So I think your answer to that
 5    question is:  You would treat him like any other
 6    witness?
 7              MS. CARDENAS:  Yes.
 8              MR. BECK:  And not because you know him
 9    personally?
10              MS. CARDENAS:  No.
11              THE COURT:  All right.  Thank you, Mr.
12    Beck.
13              Mr. Sindel.
14              MR. SINDEL:  Just a few questions.  Richard
15    Sindel is my name.  How are you?
16              MS. CARDENAS:  Good.
17              MR. SINDEL:  Has he ever talked to you
18    about work or --
19              MS. CARDENAS:  No, I haven't talked to him
20    in a few years.  I just know him through the family.
21              MR. SINDEL:  So it's pretty much
22    word-of-mouth rather than eyeball-to-eyeball like we
23    are now?
24              MS. CARDENAS:  Correct.
25              MR. SINDEL:  Thank you, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1              MS. CARDENAS:  You're welcome.
 2              THE COURT:  Anybody else?
 3              All right, Ms. Cardenas.  Thank you,
 4     Ms. Cardenas.
 5              You'll have to remind me your name.
 6              MR. DONART:  Donart.  D-O-N-A-R-T.
 7              THE COURT:  Where were you sitting, Mr.
 8     Donart?
 9              MR. DONART:  Back over there.
10              THE COURT:  I got you.  You're sitting in
11     the second row.  Okay, Mr. Donart, who did you
12     recognize?
13              MR. DONART:  Mr. Acee from the FBI.
14              THE COURT:  Okay.  And so anyone else off
15     that list or introductions?
16              MR. DONART:  No.
17              THE COURT:  How do you know Mr. Acee?
18              MR. DONART:  He's -- one of my best high
19     school buddies is friends with him.  I've met him a
20     couple of times.  My kids go to the same school.  I'm
21     not close to him personally.
22              THE COURT:  Has he been in your home?
23              MR. DONART:  No.
24              THE COURT:  Have you been in his home?
25              MR. DONART:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  I don't want to put words in
 2     your mouth.  Picking up kids at school, you see him,
 3     know who he is.
 4              MR. DONART:  Right.
 5              THE COURT:  Can you give me, like, the
 6     longest conversation you've had with Mr. Acee?
 7              MR. DONART:  Just a couple minutes.
 8              THE COURT:  A couple minutes.  Okay.  And
 9     other than you know he's with the FBI, did you know
10     he was before you came in here?
11              MR. DONART:  The FBI SWAT team.
12              THE COURT:  Did you ever talk to him about
13     his work?
14              MR. DONART:  Not directly, no.
15              THE COURT:  Have you ever talked to him
16     about this case?
17              MR. DONART:  No.
18              THE COURT:  Have you formed an impression
19     about Mr. Acee so that if he were to take the stand,
20     do you think just because of what you know about Mr.
21     Acee, you just automatically believe him, or would
22     you treat him like any other witness?
23              MR. DONART:  I have a high opinion of him
24     just because I know my friend well, and he's a good
25     judge of character.  But again...
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  What has your friend maybe told
 2    you about Mr. Acee?
 3            MR. DONART:  Just that I believe they were
 4    going to the same church, is how he knew him.  He was
 5    on the FBI SWAT team.  They went out shooting a
 6    couple of times.  That's about it.
 7            THE COURT:  Now, if somebody were to
 8    introduce some evidence or cross-examine him and
 9    present evidence to you that Mr. Acee was being
10    inaccurate or not telling the truth, do you think
11    you'd be able to listen to that evidence and
12    determine his credibility solely upon what is being
13    demonstrated to you here in this courtroom, or do you
14    think you're going to come in here and think he's
15    credible regardless of what anybody does or shows
16    you?
17            MR. DONART:  I'd have to weigh each
18    evidence as it comes, I guess.  But again, knowing my
19    friend's opinion of him, I'd lean a little more that
20    direction, but I can't say I would believe everything
21    he had to say.
22            THE COURT:  Okay.  So let me ask you this.
23    It may be a little bit repetitious.  Do you think you
24    could treat him like any other witness and determine
25    his credibility from what you see here in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    courtroom rather than what your friend said or
 2    anything you've seen outside of the courtroom?
 3              MR. DONART:  I think so.
 4              THE COURT:  And Mr. Acee, sitting over at
 5    this table, he's sitting with the Government's side,
 6    do you think you could be fair and impartial to
 7    everybody in the courtroom here?
 8              MR. DONART:  I think so.
 9              THE COURT:  Okay.  Is there any doubt in
10    your mind that you could be fair and impartial?
11              MR. DONART:  You know, nobody like gangs or
12    drugs, but I think pretty much everybody probably has
13    a little -- some bias coming in, but other than
14    that...
15              THE COURT:  All right.  Nobody has to like
16    drugs, so that's -- we've got a lot of laws about
17    drugs in our society.  So if you're probably the
18    majority, you don't have to like drugs.  And there is
19    going to probably be some discussion of drugs here.
20    But given that, can you be fair and impartial to
21    these men here and not make them start with any sort
22    of presumption that they have to overcome?
23              MR. DONART:  I think so.
24              THE COURT:  Okay.  Because they're going to
25    be presumed innocent.  You would agree with that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. DONART:  (Nods.)
 2              THE COURT:  If gangs are -- we're going to
 3     be talking about gang affiliation.
 4              MR. DONART:  (Nods.)
 5              THE COURT:  Being a member of the gang is
 6     not enough to commit any crime.  Do you know that?
 7              MR. DONART:  I know that.
 8              THE COURT:  So you -- being a member of a
 9     gang may not be your cup of tea, but given being in a
10     gang is not a crime, do you think you could be fair
11     and impartial to anybody that's in the room?
12              MR. DONART:  I think so.
13              THE COURT:  Mr. Beck.
14              MR. BECK:  The judge was just talking to
15     you about the drugs and gang parts of this case, and
16     it sounds like you can come into this case and set
17     those things aside and be fair and impartial to the
18     defendants here based on the evidence and information
19     presented in court; is that right?
20              MR. DONART:  I believe so.  I've never done
21     jury duty before, but...
22              MR. BECK:  And if the judge instructs you
23     that's your duty as a juror to set aside your
24     preconceived notions and just render a verdict based
25     on what you hear in court, can you follow that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      instruction?

2                MR. DONART:  I believe so.

3                MR. BECK:  And even given what you know

4      about your friend, about what he said about Special

5      Agent Acee, can you still follow that instruction as

6      it relates to Special Agent Acee?

7                MR. DONART:  I think so.

8                MR. BECK:  And even though you may have had

9      conversations with Special Agent Acee and your

10     friend, will you still be able to come in and presume

11     these men innocent until the United States proves

12     guilt beyond a reasonable doubt?

13               MR. DONART:  I believe so.

14               MR. BECK:  And as the judge said, if there

15     is cross-examination of Special Agent Acee that comes

16     to maybe question his credibility, will you be able

17     to set aside what you know about him and take him as

18     any other witness?

19               MR. DONART:  I think so.

20               MR. BECK:  And you said, I think -- I don't

21     want to push you, but you're going to have to take

22     the oath to follow the judge's instructions.  So if

23     the judge instructs you that's your duty, will you be

24     able to follow that instruction?

25               MR. DONART:  Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  And what's your friend's name?
 2            MR. DONART:  Dana Parmenter,
 3    P-A-R-M-E-N-T-E-R.
 4            MR. BECK:  And is Mr. Parmenter employed by
 5    law enforcement?
 6            MR. DONART:  No.
 7            MR. BECK:  And we had our list a little bit
 8    mixed up at the beginning, but you were the one who
 9    said you're sitting for your dental boards; is that
10    right?
11            MR. DONART:  Not boards, but the DAT
12    entrance exam.
13            MR. BECK:  I know what that is.  I just
14    want to make sure I had my faces lined up.
15            MR. DONART:  Studying.
16            MR. BECK:  We've all been through tests
17    like that.
18            Thank you.  That's all I've got.
19            THE COURT:  Mr. Sindel.
20            MR. SINDEL:  Just a few questions.  How
21    close are you to Mr. Parmenter?
22            MR. DONART:  Very close.  One of my best
23    friends since high school.
24            MR. SINDEL:  So you've known him how many
25    years?  I don't want to ask you how old you are.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. DONART:  30.  I've known him since
 2    probably '92.
 3              MR. SINDEL:  And you've maintained a very
 4    close relationship?
 5              MR. DONART:  Yes.
 6              MR. SINDEL:  Do you trust his opinion?
 7              MR. DONART:  Yes.
 8              MR. SINDEL:  If he were to tell you certain
 9    things or has told you about Agent Acee, would you
10    tend to believe those?
11              MR. DONART:  We haven't had in-depth
12    conversations, but yes.
13              MR. SINDEL:  Okay.  But you know he's a
14    friend of Agent Acee?
15              MR. DONART:  Correct.
16              MR. SINDEL:  And you mentioned he has
17    respect for Agent Acee?
18              MR. DONART:  Yes.
19              MR. SINDEL:  And he's made it clear to you
20    that Agent Acee is someone in the law enforcement
21    field he does respect?
22              MR. DONART:  Yes.
23              MR. SINDEL:  And nowadays there is an awful
24    lot of stuff out there about people in law
25    enforcement not necessarily doing the right thing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. DONART:  Correct.
 2              MR. SINDEL:  In the news and everywhere,
 3     and would you say that Mr. Parmenter has left you
 4     with an impression that Mr. Acee is not one of those
 5     guys that was doing things that may be inappropriate
 6     or questionable?
 7              MR. DONART:  I wouldn't say that he
 8     discussed that specifically about his duties as an
 9     officer, but more he's a good guy.
10              MR. SINDEL:  Character?
11              MR. DONART:  Personal character, yes.
12              MR. SINDEL:  Now, don't get mad at me, but
13     one of the things that happened, you've never been up
14     in this spot before, have you?
15              MR. DONART:  No.
16              MR. SINDEL:  We have.  This is my second
17     go-round.  When people say "I think so" or "I believe
18     so," that's a little bell in our head, you know,
19     because we are always wanting to hear yes or no.  You
20     know, and "I think so" is like you're saying, I'm up
21     here, I want to be fair and impartial, but I can't --
22     I've got to hedge my bet just a bit.  True?
23              MR. DONART:  True.
24              MR. SINDEL:  So I guess what I'm asking you
25     is:  When you answered the questions that the judge
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    posed to you, when you answered the questions that
 2    Mr. Beck posed to you and you answered every single
 3    one either "I think so" or "I believe so," do you
 4    still have some doubt in your mind whether or not you
 5    can be totally fair and impartial in this particular
 6    case because you have some opinions gained from one
 7    of your best friends for over 20 years?  Would that
 8    affect your ability to be fair and impartial in this
 9    case?
10            MR. DONART:  I would say that that would
11    probably not affect me as much as just general
12    dislike of gangs.  I think that would probably sway
13    me more, but you know, again, I'm here to do a job.
14            MR. SINDEL:  May I ask him a few questions
15    about that?
16            THE COURT:  You may.
17            MR. SINDEL:  So you know, I sensed in your
18    answer and in the way you answered it, that's kind of
19    an issue that's been sitting in your mind since the
20    questionnaire got out?
21            MR. DONART:  Right.
22            MR. SINDEL:  And you've got the
23    questionnaire; you saw certain ideas in there, what
24    was going on, and would it be fair to say that
25    whether you wanted to or not, you began to think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    about that as you answered the questionnaire?
 2              MR. DONART:  Correct.
 3              MR. SINDEL:  And as you answered the
 4    questionnaire, you were trying to say, "I want to be
 5    the best juror I can, but boy, I sure don't like
 6    these gangs"?
 7              MR. DONART:  Correct.
 8              MR. SINDEL:  And you knew from the
 9    questionnaire that this is a prison gang?
10              MR. DONART:  Yes.
11              MR. SINDEL:  Right.  And have you seen
12    television shows, movies, things like that about
13    prison gangs?
14              MR. DONART:  Yes.
15              MR. SINDEL:  Can you tell me a little bit
16    about those?
17              MR. DONART:  You mean about the shows
18    particularly or what I know about gangs from the
19    shows?
20              MR. SINDEL:  Let's talk first about the
21    shows themselves.  Do you remember what gangs they
22    were talking about?  Was this, like, Aryan
23    Brotherhood, the Black Guerrilla Family, the Dirty
24    White Boys?  There are all kinds of prison gangs.
25              MR. DONART:  Not specific names,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    necessarily, but generally race-based and fairly

2    organized and actions inside and out.

3              MR. SINDEL:  And the race-based thing is

4    public, isn't it?

5              MR. DONART:  Um-hum.

6              MR. SINDEL:  Very right.  The fact that

7    there is these distinctions in these gangs based in

8    large part upon race?

9              MR. DONART:  Sure.

10             MR. SINDEL:  So do you remember whether any

11   of the television shows or movies that you saw had to

12   do with a gang of Hispanic, Latino or Mexican

13   descent?

14             MR. DONART:  Yes.

15             MR. SINDEL:  Can you tell me a little bit

16   about that?

17             MR. DONART:  I'm trying to think of

18   specific shows.

19             MR. SINDEL:  I don't need the names.  Just

20   a general impression you got as you watched it is

21   what I'm asking about.

22             MR. DONART:  I don't know any of the gangs,

23   tend to be very violent, stereotypes, tattoos, drugs

24   are often involved.  I don't know.  I'm not quite

25   sure what you're --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. SINDEL:  No, I understand because I'm
 2    not very good at it, but what I'm really trying to
 3    find out is:  In your mind, if someone is in a prison
 4    gang, that means they're probably violent?
 5              MR. DONART:  Likely, yes.
 6              MR. SINDEL:  And they probably use or have
 7    used drugs?
 8              MR. DONART:  Probably.
 9              MR. SINDEL:  And that they have a real
10    tight connection in a racial sense to their gang
11    membership?
12              MR. DONART:  Probably, yes.
13              MR. SINDEL:  So that's a lot to set aside;
14    true?
15              MR. DONART:  True.
16              MR. SINDEL:  Do you think that -- you know,
17    when I grew up, there was a thing called "Our Gang,"
18    the Little Rascals.  That was what a gang was.
19    That's not your impression of a gang, is it?
20              MR. DONART:  No.
21              MR. SINDEL:  In fact, the word means -- has
22    a lot of connotations, rings a lot of bells; correct?
23              MR. DONART:  Correct.
24              MR. SINDEL:  Do you feel comfortable -- and
25    "I think so" is not going to work -- but do you feel
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   comfortable saying, you know, "Despite what I've seen
 2   on television, maybe I read in magazines or books,
 3   talked to friends and people about, I can put all
 4   that aside and be fair and impartial in this case,"
 5   as well as knowing the case agent sitting there at
 6   the counsel table from your friend Mr. Parmenter?
 7              MR. DONART:  That's a great question.
 8              MR. SINDEL:  It really boils down to this.
 9   In this case, knowing what you know about it so far,
10   do you think you're the right juror and can be fair
11   and impartial, or would it be a totally different
12   thing for you to answer that question if they weren't
13   gangs, Agent Acee, race, and the other issues?
14              MR. DONART:  I don't think that I can be
15   100% impartial.  Yeah, it would probably make a
16   difference if there weren't gangs involved, but --
17              MR. SINDEL:  And Acee?
18              MR. DONART:  And Acee.
19              MR. SINDEL:  So that's going to be a little
20   bit of a hurdle for you to get over; true?
21              MR. DONART:  True.  How much of one, I
22   don't know.  Again, I've never done jury before,
23   but...
24              MR. SINDEL:  And you're sitting here on a
25   blank slate?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. DONART:  Yeah.
 2            MR. SINDEL:  But at least there is -- some
 3    writing on your slate has to do with gangs, has to do
 4    with circumstances, has to do with violence in
 5    prisons, drugs, all the things you mentioned; right?
 6            MR. DONART:  Correct.
 7            MR. SINDEL:  And that's going to be awfully
 8    hard to erase?
 9            MR. DONART:  I don't know.
10            MR. SINDEL:  That's fair enough.  We all
11    appreciate it.  Thank you, sir.
12            THE COURT:  Any other defendant have any
13    questions?  Mr. Cooper?
14            MR. COOPER:  Yes, thank you, Judge.
15            Mr. Donart, if you were sitting at counsel
16    table with me and I was defending you against
17    charges, whatever the charges may be, would you want
18    somebody like yourself sitting in the jury box having
19    all of these preconceived notions about gangs, about
20    drugs, about violence, and having a friendship with
21    Mr. Parmenter, who has a friendship with Mr. Acee,
22    and Mr. Acee is given a lot more credibility than he
23    otherwise would because of your relationship to
24    Parmenter?
25            MR. DONART:  Probably not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. COOPER:  So you would not want somebody

2    like you, with your feelings and impressions, your

3    attitudes, sitting in judgment if you were on trial

4    here today, would you?

5          MR. DONART:  Probably not.

6          MR. COOPER:  And that is because you don't

7    think that somebody like you could be fair and

8    impartial given these issues?

9          MR. DONART:  Again, I'd like to think that

10   I can be fair and impartial, but the connections --

11   if I knew that a juror had a connection to one of the

12   witnesses and the preconceived --

13         MR. COOPER:  And had the ideas about gangs,

14   violence, drugs, prisons?

15         MR. DONART:  Correct.

16         MR. COOPER:  You wouldn't want that juror

17   to be sitting in judgment of you; right?

18         MR. DONART:  Probably not.

19         MR. COOPER:  And it's okay to have these

20   feelings.  We all have these feelings, one way or

21   another.  We all lean one way or another with regard

22   to certain issues, people, places, things, and that's

23   if we all had different experience in life.

24         MR. DONART:  Right.

25         MR. COOPER:  And it's okay for you to lean



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
1    one way or another.  All we want to do is identify
2    people that do have those leanings, people who can
3    tell this Court that they would not be fair and
4    impartial.  And that's not a character flaw of any
5    sort.  It is what it is.
6              MR. DONART:  Right.
7              MR. COOPER:  And in this case, given the
8    issues that will be raised, you don't think you could
9    be fair and impartial?
10             MR. DONART:  Not 100%.
11             MR. COOPER:  So you would not want somebody
12   with your attitudes, feelings, impressions sitting on
13   a jury if you were the defendant?
14             MR. DONART:  If I knew ahead of time, no.
15             MR. COOPER:  Thank you very much.
16             THE COURT:  Mr. Blackburn.
17             MR. BLACKBURN:  I just had a couple.  I
18   didn't understand in the beginning.  Your children go
19   to school with Agent Acee's children.
20             MR. DONART:  Yes.
21             MR. BLACKBURN:  So is it like grade school
22   or preschool?
23             MR. DONART:  They're in middle school now,
24   but they've known them since grade school.
25             MR. BLACKBURN:  And your children are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    friends with his children?
2              MR. DONART:  Or at least know of them.
3              MR. BLACKBURN:  Are they in the same grade
4    or anything like that, the same teachers?
5              MR. DONART:  I think my daughter and his
6    son are the same grade.
7              MR. BLACKBURN:  In middle school, do you
8    have one teacher the whole day, or different?
9              MR. DONART:  Different teachers.
10             MR. BLACKBURN:  And how often do you see
11   his children and your children?  Is that every day
12   because aren't you the somebody that picks them up?
13             MR. DONART:  They ride the bus.  In
14   elementary school I saw them occasionally.
15             MR. BLACKBURN:  But your kids go to school
16   together?
17             MR. DONART:  I'm not actually sure if they
18   go to Lincoln or not, but...
19             MR. BLACKBURN:  Okay.  That's all I've got.
20             THE COURT:  Anybody else have any
21   questions?
22             MR. BECK:  Your Honor, may I have a few
23   follow-up questions?
24             THE COURT:  You may.
25             MR. BECK:  Mr. Donart, I want to make sure
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    we're clear.  We all come here with notions about
2    gangs and drugs and violence.  It sounds like it may
3    be hard for you to get past some of those issues.  Is
4    that fair to say.
5              MR. DONART:  Yes.
6              MR. BECK:  Okay.  But I mean --
7              MR. DONART:  It's hard.  I don't know about
8    anybody else.
9              MR. BECK:  You're guessing my next
10   question.  That sort of everyone else in this room
11   has preconceived notions about gangs.
12             MR. DONART:  Correct.
13             MR. BECK:  And you've done very hard things
14   before, as exhibited by studying for the DAT; right?
15             MR. DONART:  Yes.
16             MR. BECK:  So when the judge instructs a
17   juror to set aside those feelings and presume each
18   one of these men innocent until proven guilty based
19   on guilt beyond a reasonable doubt based on the
20   evidence in this court, can you do that?
21             MR. DONART:  That was why I was leaning
22   toward the prosecution, yes, I think that I could --
23             MR. BECK:  And again --
24             MR. DONART:  -- if I haven't seen it
25   before.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. BECK:  And that's why -- I don't mean
2    to push you.  I think here you say, I think, "I don't
3    think I can be 100% impartial."
4            All your life, have you been generally a
5    person who follows the rules?
6            MR. DONART:  Yes.
7            MR. BECK:  So if the rules of this Court or
8    the judge's instructions instruct you that you have
9    to set aside that and just hear the evidence, yes or
10   no, can you be fair?
11           MR. DONART:  Yes.
12           THE COURT:  All right.  Any other questions
13   by the defendants?
14           MR. BLACKBURN:  Do you want to change
15   professions?  Do you want to be one of us?
16           MR. DONART:  Sorry, no.
17           THE COURT:  All right.  Anybody else?
18           MR. COOPER:  You're one of very few people
19   who have come up to talk about the fact that they
20   have issues with prisons, with violence, with drugs.
21   Nobody here likes it.  None of these people that I'm
22   standing with like that.  Nobody does in our
23   society --
24           MR. DONART:  Right.
25           MR. COOPER:   -- at all, but your feelings
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    were much stronger than everybody else, the other 65
 2    people out there.  And --
 3              MR. BECK:  Your Honor, I'm going to object
 4    to this question because we haven't gotten into
 5    prison or drugs and we don't know their feelings.
 6              THE COURT:  Well, let me let Mr. Cooper
 7    explore.  Overruled.
 8              MR. COOPER:  So you certainly have those
 9    concerns, and you have concerns with the fact that
10    your children go to school with Acee, Parmenter, Mr.
11    Parmenter is a good friend of yours, and also a good
12    friend of Mr. Acee's.  And given all of that, I know
13    you want to be found impartial, but can you really be
14    fair and impartial?
15              MR. DONART:  Again, I believe so.  And
16    again, Mr. Acee I really don't know that well.  It
17    was more of a disclosure, I guess.  So I don't know
18    that it would sway my decision that much.
19              MR. COOPER:  But the other issues might?
20              MR. DONART:  It's been a little more
21    ingrained, I guess.  Pretty much a TV show that's
22    about grand juries or drugs, but --
23              MS. HARBOUR-VALDEZ:  Your Honor, just one
24    question.
25              THE COURT:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. HARBOUR-VALDEZ:  I hear you saying you
2     want to be fair, and we obviously want everyone here
3     to be fair, but is your feeling, your need to be
4     fair -- does that outweigh or does that overcome all
5     of the other issues that you have expressed concern
6     about?
7              MR. DONART:  Yes.  I very much worry about
8     sending an innocent person to jail and letting a
9     guilty person get off, if that makes sense.
10             MR. SINDEL:  I have one.  We're beating you
11    like a government mule.  You said something I was not
12    even going to ask.  You said something about sending
13    an innocent person to jail.  Do you understand from
14    the questionnaire, and the brief statement that the
15    Court has made, that it is not a question of whether
16    or not a person is guilty or innocent; the question
17    is whether they have proved beyond a reasonable doubt
18    the person's guilt.
19             MR. DONART:  Right.
20             MR. SINDEL:  You understand that not guilty
21    is not proof.  Do you understand that?
22             MR. DONART:  Yes.
23             MR. SINDEL:  Do you understand that you may
24    end up at the end of the case saying you know this is
25    really close, but I just don't believe that their
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    evidence rose to the standard that the Judge has
2    instructed me on; okay?
3              MR. DONART:  Right.
4              MR. SINDEL:  Do you think you could do
5    that?
6              MR. DONART:  Yes, I think that I could.
7              MR. SINDEL:  There we go.  This hasn't been
8    easy, is it?
9              MR. DONART:  No.
10             MR. SINDEL:  Everything -- you're trying to
11   answer the question; just like all of us, you want to
12   be fair and impartial.  You're just not positive;
13   right?
14             MR. DONART:  If it was down to the balance
15   point, would my experiences sway me?  Probably.  I
16   don't know.
17             MR. SINDEL:  So on that teeter-totter, that
18   seesaw, it might be a little more on one end because
19   of your background, because of your experiences,
20   because of your opinions, and because of your
21   beliefs?
22             MR. DONART:  Yes.
23             MR. SINDEL:  Fair enough?
24             MR. DONART:  Yes.
25             MR. SINDEL:  Everything I said, fair
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    enough?

2              MR. DONART:  Yes.

3              MR. SINDEL:  All right.  Thank you.

4              THE COURT:  Anyone else?  Anybody else?

5    All right.  Thank you, Mr. Donart.

6              K'Aun, do you think we ought to shut her

7    down?  I'm going to have to take a break for

8    Ms. Bean's sake.  We've been going a long time.

9              (The following proceedings were held in

10   open court.)

11             THE COURT:  All right.  We'll have to pick

12   this up after lunch.  Let me talk to everybody here

13   about a few things.  We're going to go ahead and take

14   our break.  I know we didn't get started like I was

15   hoping to this morning, because of the problems with

16   jury services, but we'll just have to work with that

17   and hope we pick up some steam this afternoon.  We

18   are going to be taking our first break and get some

19   lunch.

20             Let me tell you a few things that are

21   especially important.  Until the trial is

22   completed -- and obviously, it's a long ways from

23   that, because we haven't really gotten the trial

24   started -- don't discuss the case with anyone,

25   whether it's members of your family, people involved
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    in the trial, or anyone else.  And that includes your
2    fellow jurors.  So talk about something else.  How
3    cool the judge is, how the judge shouldn't seat his
4    own jurors, something like that.  But don't talk
5    about the case, don't talk about anything that you've
6    observed here in the courtroom.  Just talk about
7    something else.  Okay.
8              If anyone approaches you and tries to
9    discuss the trial with you, please let me know about
10   it immediately.  Also, you must not read or listen to
11   any news reports of the trial.  Again, don't get on
12   the internet, your phones, or anything like that and
13   do any research for purposes of this case.  Don't do
14   that.
15             And finally, remember that you must not
16   talk about anything with any person who is involved
17   in the trial.  So don't try, take a look at the
18   people sitting at this table, these tables.  Take a
19   look at them.  If anybody is at these tables that's
20   involved in the trial, don't talk about them about
21   anything, even if it doesn't have anything to do with
22   the case.  Just don't contact.
23             So if you see them outside, if they're at
24   the same restaurant or the same food stand or
25   something you're at, and these people won't look at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    you, don't have contact, they're not being rude.
2    They're doing exactly what I told them to do.  So
3    just don't have any contact with them.
4              If you need to speak with me, simply give a
5    note to one of the court security officers, the
6    people that have the suits on, or Ms. Wild or Ms.
7    Bevel.
8              You may hear these a lot because they're so
9    very important.  But even if you don't hear them when
10   we take a break, do keep them in mind when you take a
11   break.
12             When you come back to the courthouse, stand
13   outside the courtroom.  Don't come back in.  So that
14   means take your personal belongings with you.  When
15   you come back in, you're going to be seated in the
16   same spot that are you sitting in now, but Ms. Bevel
17   or Ms. Wild will come out and get you.  So take your
18   belongings with you and just gather outside, and
19   we'll come and get you.
20             All right.  So we'll be in recess for about
21   an hour.  Try to be back here by about 1:30 or a
22   little before so we can try to move things and pick
23   up some speed.  All right.
24             See y'all in about an hour.
25             (The venire panel left the courtroom.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  All right.  We'll see y'all in
 2   about an hour, okay.
 3              (The Court stood in recess).
 4              THE COURT:  Why don't y'all be seated so we
 5   can get the jury.  Just remember that when the jurors
 6   come in the room, nobody stand.  I might stand, but
 7   no attorneys, no defendants.  And then when the
 8   attorneys need to talk to the jury, you can stand,
 9   but no parties, or defendants stand.
10              Mr. Troup, are you okay with your shoes?
11   You're okay.
12              MS. HARBOUR-VALDEZ:  Yes.
13              THE COURT:  Mr. Andrew Gallegos, you're
14   okay with your clothes.
15              MR. TROUP:  Thank you, Your Honor.
16              THE COURT:  Everybody ready to go?
17   Remember, everybody stay seated.  And I'll get the
18   jury in.  There may be some stragglers.  I think some
19   of them got served a little late at one of the
20   restaurants, so we may be sitting here for a little
21   bit.  Go ahead.
22              (The venire panel entered the courtroom.)
23              Just come on in and take your seats in the
24   seats you were sitting in before lunch.
25              All right.  We've got one that we're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   waiting for.  Let's see if --
 2              THE CLERK:  There she is.
 3              THE COURT:  All right.  Well, you don't
 4   know how good it make a judge's heart feel to let you
 5   go to lunch and you all come back.  So I appreciate
 6   that.  You're already ranking as a very good group.
 7              All right.  I appreciate your patience.  I
 8   appreciate you being back, ready to go.  We had two
 9   gentlemen that were up here that needed to talk to us
10   about somebody that was on Mr. Beck's list or they
11   know.  So if those two gentlemen would come back up
12   here.  I didn't get their names.  So if you'll come
13   back up and then the counsel come up.
14              (The following proceedings were held at the
15   bench.)
16              THE COURT:  Mr. Medina, if you'll come up
17   right here.  Did you have a good lunch, Mr. Medina?
18              MR. MEDINA:  Yes, thank you very much.
19              THE COURT:  You're back.  Who did you know
20   that Mr. Beck --
21              MR. MEDINA:  I know this gentleman,
22   Marcello Garcia that works for Southern New Mexico
23   Correctional Facility.
24              THE COURT:  And you know him?
25              MR. MEDINA:  Yes, I do.  He's from Hatch,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    where I'm from.
 2              THE COURT:  Okay.  So you knew him as a
 3    child?
 4              MR. MEDINA:  No, he's a little bit older
 5    than me, but I know him as not -- an acquaintance.
 6    He's a friend, but not a real close friend.  Also a
 7    Raymond Martinez.
 8              THE COURT:  Let's start with the first one
 9    first.  How much older do you think he would be?
10              MR. MEDINA:  Oh, he's about maybe 10 years
11    older.
12              THE COURT:  And so how did you know him,
13    just small town?
14              MR. MEDINA:  Yeah, small town, yes, sir, I
15    bought my boy's first pickup off of him.  We don't
16    hang out or anything.
17              THE COURT:  If he took the stand, would you
18    believe him, more or less, or just would you be able
19    to form an opinion about his credibility just from
20    what you see and hear in the courtroom?
21              MR. MEDINA:  Absolutely.
22              THE COURT:  Would there be anything --
23              MR. MEDINA:  That would sway me?  No.
24              THE COURT:  Okay, so nothing that you saw
25    or heard while you were growing up or knowing him or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    his family or anything --
2              MR. MEDINA:  No, sir.
3              THE COURT:  -- one way or another.
4              MR. MEDINA:  No, sir.
5              THE COURT:  So far as he's concerned, do
6    you think you could be fair and impartial?
7              MR. MEDINA:  Absolutely, yes, sir.
8              THE COURT:  You said you had another on the
9    list.
10             MR. MEDINA:  So Raymond Martinez.  He --
11             THE COURT:  Tell me what your Raymond
12   Martinez --
13             MR. MEDINA:  The one I know is a
14   corrections officer at Southern and is now retired.
15   He's from Hatch, also, and lives in Radium Springs
16   right now.
17             THE COURT:  What age a man do you think he
18   is?
19             MR. MEDINA:  He's my brother's age, about
20   52.
21             THE COURT:  About 52.
22             Mr. Beck, does that sound like your
23   Raymond?
24             MR. BECK:  It does.
25             THE COURT:  All right.  Tell me what you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    know about this Raymond Martinez.
2              MR. MEDINA:  Yes, sir.  I've known him a
3    while.  His brother is a real good friend of mine.
4    And just, like, we never hung out or drank beer or
5    anything, but I know who he is.
6              THE COURT:  You know who he is.
7              MR. MEDINA:  Correct.
8              THE COURT:  I asked you a bunch of
9    questions about the other gentleman that you
10   identified.  Would it be the same for him, or do you
11   have a different relationship?
12             MR. MEDINA:  Probably a little closer
13   relationship to Raymond, but nothing that would sway
14   me.
15             THE COURT:  If he took the stand, would you
16   automatically believe him or automatically disbelieve
17   him or --
18             MR. MEDINA:  Might just be neutral.
19             THE COURT:  Listen to what the information
20   was?
21             MR. MEDINA:  Yes, sir.
22             THE COURT:  And in what context do you know
23   this Mr. Martinez?
24             MR. MEDINA:  Let's see.  We bought a pig
25   from him in November and had a matanza.  That's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pretty much it.

2            THE COURT:  So you bought a pig and a

3    pickup from him.

4            MR. MEDINA:  Just a pig.  Mr. Garcia --

5            THE COURT:  That pretty well covers it.

6    Small town.  Again, do you think if he testified, you

7    could be fair and impartial?

8            MR. MEDINA:  Absolutely.

9            THE COURT:  If somebody were to question

10   his correctness or accuracy, do you think you could

11   listen to the evidence and treat him like any other

12   witness and form your opinion about his credibility

13   from what you see and hear in the courtroom?

14           MR. MEDINA:  Yes, sir.

15           THE COURT:  Mr. Beck?

16           MR. BECK:  Nothing.

17           THE COURT:  How about you, Mr. Sindel?

18           MR. SINDEL:  You know, Marcello Garcia is a

19   lot different than Mr. Martinez in terms of your

20   relationship.

21           MR. MEDINA:  Correct.

22           MR. SINDEL:  One can sell you a pickup;

23   anyone can sell you a pickup.  But only a real classy

24   guy can sell a pig.

25           MR. MEDINA:  It was a big pig.  What can I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   say?

 2            MR. SINDEL:  Is it still around?

 3            MR. MEDINA:  He didn't last too long.

 4            MR. SINDEL:  I don't have any more.  Nice

 5   to see you.

 6            THE COURT:  Mr. Cooper?  Anybody else?  Did

 7   you have any others?

 8            How do you know Ms. Armijo?

 9            MR. MEDINA:  From a previous case.

10            THE COURT:  Because you were a juror and

11   you saw her in action?

12            MR. MEDINA:  Yes, she tried the case.  One

13   of two other people.

14            THE COURT:  But you have never socialized

15   with her or anything like that?

16            MR. MEDINA:  No, sir.

17            THE COURT:  Your experience has been

18   watching her as a juror?

19            MR. MEDINA:  No, sir.

20            THE COURT:  Is there anything about your

21   prior experience as a juror that would keep you from

22   being fair and impartial in this case?

23            MR. MEDINA:  No, sir.

24            THE COURT:  Do you think, after watching

25   her in a prior trial and being a juror on it, is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there anything about her that you dislike about her,
 2   you'd be biased against her, or anything like that?
 3              MR. MEDINA:  Very professional.  I can tell
 4   you that much.
 5              THE COURT:  How about with the defendants
 6   over here?  Is there anything about the way you saw
 7   her perform?
 8              MR. MEDINA:  No, sir.
 9              THE COURT:  You'd be fair and impartial?
10              MR. MEDINA:  Absolutely, yes, sir.
11              THE COURT:  How about you, Mr. Beck?
12              MR. BECK:  No, sir.
13              THE COURT:  Mr. Cooper.  On that jury, did
14   you guys reach a verdict?
15              MR. MEDINA:  Yeah.
16              MR. SINDEL:  Were you the foreperson?
17              MR. MEDINA:  No.
18              MR. SINDEL:  Did you guys laugh about Maria
19   in the jury room?
20              MR. MEDINA:  Not at the time.
21              THE COURT:  Mr. Cooper, do you have
22   anything?  Do you have anything else off the list?
23              MR. COOPER:  No, sir, that's it.
24              THE COURT:  Thank you, Mr. Medina.
25              MR. BLACKBURN:  We have a few more
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   questions.  We'll be back.  Judge, when I went back
 2   to -- just before lunch, a bunch of the jurors were
 3   complaining about the noise, that it was -- they know
 4   we have to have the noise, but they were complaining
 5   it was too loud.
 6            THE COURT:  This right here?
 7            MR. BLACKBURN:  I just heard the complaints
 8   from them.  I'm just telling you.
 9            THE COURT:  Well, it's got to do its job.
10            MR. BLACKBURN:  Yeah.
11            THE COURT:  I don't know.
12            MR. SINDEL:  Why don't we do this?  At the
13   next break we can stand in the back, see if it's an
14   issue.  Otherwise, you're right, it's there for a
15   reason.
16            THE COURT:  Ms. Wild, do you think it's any
17   different than it is in any other trial, this noise?
18   Mr. Blackburn is saying the jury are complaining
19   about how loud it is.  Is this any different sound to
20   you and anyone else?
21            THE CLERK:  It's typical courtroom white
22   noise.
23            MR. BLACKBURN:  Maybe it's because we're
24   here for so long.
25            THE COURT:  We may spend a little time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE CLERK:  The problem is, I run the risk
 2    of not hearing.
 3              THE COURT:  I want you guys comfortable
 4    talking.  If you're up here whispering, it makes it
 5    hard for you to do your job.
 6              MR. SINDEL:  It's hard for the court
 7    reporter.
 8              THE COURT:  It's a little bit of a
 9    balancing act.  She'll check and see.
10              You'll have to remind me of your name.
11              MR. CARRILLO:  Robert Carrillo.
12              THE COURT:  Where were you sitting, Mr.
13    Carrillo?
14              MR. CARRILLO:  Over in this corner.
15              THE COURT:  I'm going to find you first.
16    All right.  I see it.  Your first name is Robert;
17    correct?
18              MR. CARRILLO:  Yes.
19              THE COURT:  Mr. Carrillo, who did you
20    recognize off the list that --
21              MR. CARRILLO:  Tim Martinez.
22              THE COURT:  Tim Martinez?
23              MR. CARRILLO:  Yes, sir.
24              THE COURT:  And tell me, are you pretty
25    sure you know this man?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CARRILLO:  He's married to one of my
 2   friends that -- we grew up together since we were
 3   little, and they're married, and we're always getting
 4   together and stuff like that.  That's all I know.
 5            THE COURT:  So who is it that you know that
 6   Tim Martinez married?
 7            MR. CARRILLO:  Amy.  Amy Martinez now.
 8            THE COURT:  Martinez now.  And what was her
 9   name before?
10            MR. CARRILLO:  Guerrero.
11            THE COURT:  Is she a family --
12            MR. CARRILLO:  Well, we grew up together
13   since we were little, and she baptized my kid and
14   stuff.  That's how I know her.
15            THE COURT:  So has Tim Martinez been in
16   your home and have you been in his?
17            MR. CARRILLO:  No, I haven't met him.  Just
18   here and there.  She talks about him and stuff.
19            THE COURT:  It's more her that you know?
20            MR. CARRILLO:  Yeah, than him.
21            THE COURT:  Have you ever actually met him
22   or --
23            MR. CARRILLO:  No.
24            THE COURT:  You've never --
25            MR. CARRILLO:  I know he's going to move
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    back over there with her, so --

 2              THE COURT:  But you haven't met him?

 3              MR. CARRILLO:  No.

 4              THE COURT:  But you know him through Amy?

 5              MR. CARRILLO:  Yeah.

 6              THE COURT:  All right.  And have you formed

 7    any impression of him?

 8              MR. CARRILLO:  No, I just try to keep to

 9    myself.  That's his business.

10              THE COURT:  If he takes the stand, are you

11    even going to recognize him?

12              MR. CARRILLO:  I can tell from the

13    pictures.

14              THE COURT:  You've seen pictures?

15              MR. CARRILLO:  Yes.

16              THE COURT:  So if he takes the stand, are

17    you going to automatically think because he's taking

18    the stand he's believable or not believable or

19    anything like that?

20              MR. CARRILLO:  No.

21              THE COURT:  Do you think you could form an

22    impression about his credibility from just what you

23    see and observe in the courtroom like everybody

24    else --

25              MR. CARRILLO:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  -- that may not have any sort
2    of relationship with him.  Do you think you can be
3    fair and impartial --
4            MR. CARRILLO:  Oh, yeah.
5            THE COURT:  -- to the parties here?
6            MR. CARRILLO:  Yeah.
7            THE COURT:  Anything about him that you've
8    learned or known that --
9            MR. CARRILLO:  I usually try to stay out of
10   that business, because I don't want no part of it.
11           THE COURT:  Mr. Beck, does this sound like
12   your Tim Martinez?
13           MR. BECK:  I think so.  Do you know where
14   Timothy Martinez is now?
15           MR. CARRILLO:  No, I don't know where he's
16   at right now.
17           MR. BECK:  Do you know if he's -- and I
18   don't mean exactly.  Do you know if he's working
19   somewhere or in some part of the state, or in prison,
20   out of prison?
21           MR. CARRILLO:  I just know that he's in
22   prison.
23           MR. BECK:  You know he was in prison?
24           MR. CARRILLO:  Yes.
25           MR. BECK:  And I think you answered this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    question for the judge, but knowing he's in prison
 2    now, or has been in prison, if the judge instructs
 3    you that you'll have to listen to him like any other
 4    witness, are you able to follow the judge's
 5    instruction on what you know about him?
 6              MR. CARRILLO:  Yes.
 7              MR. BECK:  I think as the judge said, on
 8    cross-examination or with evidence, his credibility
 9    or truthfulness may be questioned.  Knowing what you
10    know about him, will you still be able to treat him
11    like any other witness?
12              MR. CARRILLO:  Yes.
13              THE COURT:  Thank you, Mr. Beck.
14              MR. SINDEL:  You said something about his
15    business.  What did you understand about, when you
16    said that, the phrase "I think I know"?
17              MR. CARRILLO:  I just don't.
18              MR. SINDEL:  What business?
19              MR. CARRILLO:  Everybody's in life
20    business.  I just don't --
21              MR. SINDEL:  I mean, like, is he a banker?
22              MR. CARRILLO:  No.  I just know he's in
23    prison, and I don't want nothing to do with --
24              MR. SINDEL:  Do you know whether or not he
25    was ever involved in drugs or things like that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. CARRILLO:  Oh, I don't know none of

2    that.

3           MR. SINDEL:  But you knew that he did

4    something, got in trouble, went to prison, and been

5    there for a while; right?

6           MR. CARRILLO:  Yeah.  I don't ask nobody no

7    questions about that.

8           MR. SINDEL:  Did you ever talk to Amy about

9    it?  Did she ever express anything?

10           MR. CARRILLO:  No.

11           MR. SINDEL:  Did she ever say anything

12    about his business when he was not in prison?

13           MR. CARRILLO:  No.

14           MR. SINDEL:  Okay.  Do you feel sorry for

15    Amy sometimes?

16           MR. CARRILLO:  If she's, say, alone with

17    the kids and stuff, it's kind of hard.

18           MR. SINDEL:  That's the way it should be.

19    Okay.  Thank you, sir.

20           MR. CARRILLO:  I had a question to tell

21    you.

22           THE COURT:  Can you wait just a second?

23    Let me see if anybody has anything else to add.

24           MS. HARBOUR-VALDEZ:  You said you haven't

25    talked to Amy about any of this?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CARRILLO:  No.
 2              THE COURT:  Anybody else?  Any questions.
 3              MR. ROBERTS:  It sounded like you said it
 4    troubles you that he was in prison or that was a
 5    problem that he was in prison.
 6              MR. CARRILLO:  I just don't want to be
 7    involved in this stuff.
 8              THE COURT:  All right.  Anybody else?
 9              All right.  You had another one,
10    Mr. Carrillo?
11              MR. CARRILLO:  I need to let you know that
12    I just had a message from my wife a while ago and my
13    mom needs go in surgery on the 14th because her
14    insides are -- it's kind of embarrassing.  They're
15    kind of falling out, and she's going to have to go
16    for surgery.  So I don't know what's going to happen
17    with her on that deal.
18              THE COURT:  And that's the 16th of this
19    month.
20              MR. CARRILLO:  The 14th.
21              THE COURT:  The 14th of April.  Okay.  So
22    that's next --
23              MR. SINDEL:  Tuesday, Wednesday.  What is
24    the date?  It would be Monday.
25              MR. CARRILLO:  Her insides are falling out.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I don't know what they're going to do with that.
 2           MR. BECK:  The 14th is a Saturday.
 3           THE COURT:  That would be a Saturday.
 4           MR. CARRILLO:  I thought she said the 14th.
 5   Okay.  I'm just --
 6           THE COURT:  Okay.  You might check.  If
 7   it's a Saturday, it might be okay.  But if it's some
 8   other day, let us know.  Okay?
 9           MR. CARRILLO:  Do I just call you guys
10   or --
11           MR. BECK:  We'll be here for a little
12   while.  You'll have a break, and maybe you can check
13   on that.  Because I think the questions that the
14   Court will have for you and the attorneys will have
15   for you is, you know, do you need to be there, is
16   there anyone who can care for your mother, those
17   sorts of things?  So we know, as the judge asked in
18   the beginning --
19           He just had open surgery about two months
20   ago.
21           THE COURT:  Who did?
22
23           MR. CARRILLO:  My dad.
24           THE COURT:  Your dad?
25           MR. BECK:  Did you care for your dad or
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   someone else?
 2              MR. CARRILLO:  I would be back and forth,
 3   just helping out.  Because it's out of town, so it's
 4   the back-and-forth deal.
 5              MR. BECK:  So if you have a chance, check
 6   on the schedule, see if there is someone who can look
 7   after her or drop in so we know before you leave
 8   today whether you'll be able to be a juror.
 9              MR. CARRILLO:  Because I don't know what's
10   going to happen.
11              THE COURT:  Okay.  Anybody else?
12              MR. SINDEL:  Just a few questions, Mr.
13   Carrillo.
14              There are kind of two sides to everything.
15   Like this, when there is surgery, one is:  Can you be
16   there?  Can you be at the hospital?  Can you be there
17   immediately during that process?  And the second
18   thing is the recovery period and, you know, what that
19   is going to entail, because I can see you moving your
20   hands, I can see the expression on your face, this
21   concerns you a lot.  True?
22              MR. CARRILLO:  Yeah.
23              MR. SINDEL:  And would it be fair to say
24   that since your dad's surgery and now this thing
25   coming up, you say it's embarrassing to talk about,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    but it's pretty horrible.

 2              MR. CARRILLO:  Yeah.

 3              MR. SINDEL:  And so, you know, would you

 4    feel that you would be able to give your 100%

 5    attention to this case?

 6              MR. CARRILLO:  I don't know if I would,

 7    because I'd be probably thinking of them the whole

 8    time, what was going on.

 9              MR. SINDEL:  Thinking about your mom.  Is

10    she okay?  And how is your dad?

11              MR. CARRILLO:  Yeah.

12              MR. SINDEL:  And like I said, your hands

13    are going -- it's right there right now, the same

14    thing?

15              MR. CARRILLO:  I don't know what's going to

16    happen to my mom.

17              MR. SINDEL:  It's okay.  Things happen.  I

18    mean, I know we want to talk about scheduling, but I

19    don't really care about scheduling as much as about

20    whether you can feel that you're comfortable to

21    concentrate, and I'm not sure -- if you're not quite

22    convinced, yourself, that you will, you need to tell

23    us now, because if you get on this jury --

24              MR. CARRILLO:  I don't think I would.  I

25    don't think I would.  I'm going to be thinking of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    them the whole --
 2              MR. SINDEL:  I know you would, and I think
 3    that's what you should.  Thank you.
 4              THE COURT:  All right.  Anybody else?
 5              Thank you, Mr. Carrillo.
 6              (The following proceedings were held in
 7    open court.)
 8              THE COURT:  All right.  Let me ask again
 9    the question I asked before lunch.  Has any member of
10    the panel heard or read anything about the case?
11    Anybody know any of the people that Mr. Beck
12    mentioned, either he introduced at the table, anybody
13    at the U.S. Attorney's Office, any of the witnesses
14    that he listed?  Anybody have any knowledge of those
15    people, had any business dealings with them, been
16    represented by any of the attorneys here in the U.S.
17    Attorney's Office, been parties to any cases with the
18    U.S. Attorney's Office?  Had any sort of similar
19    relationship, business connection, with any of the
20    people Mr. Beck introduced, U.S. attorneys that I
21    mentioned?
22              All right.  I'm now going to ask the
23    counsel for the defendants to introduce themselves
24    and indicate any witnesses that the defendants may
25    choose to call.  I think Mr. Cooper is going to do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that at the end.  So probably what we're going to do
 2   here is just have the counsel introduce themselves at
 3   the present time.
 4           So I'll start with you, Mr. Benjamin, Mr.
 5   Sindel, if y'all wish to introduce yourselves.
 6           MR. BENJAMIN:  Thank you, Your Honor.
 7           Brock Benjamin on behalf of Mr. Joe
 8   Gallegos and Richard Sindel on behalf of Joe
 9   Gallegos.
10           MR. SINDEL:  He's always speaking for both
11   of us.
12           THE COURT:  Do any of the jurors know Mr.
13   Sindel, know Mr. Benjamin, know Mr. Gallegos, had any
14   business dealings with them, been represented by Mr.
15   Sindel, Mr. Benjamin, any firm that they've been a
16   part of?  Anybody had any other similar relationship
17   business connection with Mr. Sindel, Mr. Benjamin,
18   Mr. Gallegos?
19           All right.  For defendant Edward Troup,
20   Ms. Harbour-Valdez.
21           MS. HARBOUR-VALDEZ:  Thank you, Your Honor.
22           Good afternoon.  I'm Cori Harbour-Valdez,
23   and I, along with Pat Burke and our paralegal, Raquel
24   Rodriguez, represent Edward Troup.
25           THE COURT:  Do any of the jurors know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Ms. Harbour-Valdez, Mr. Burke, Mr. Troup, had any
 2    business dealings with them, been represented by
 3    Ms. Harbour-Valdez, Mr. Burke, any firm that they've
 4    been a part of?  Anybody had any similar
 5    relationship, business connection, with
 6    Ms. Harbour-Valdez, Mr. Troup, Mr. Burke?
 7            All right.  For defendant Billy Garcia.
 8    Mr. Cooper, you and Mr. Castle.
 9            MR. COOPER:  My name is Bob Cooper.
10    Together with Jim Castle we represent Billy Garcia.
11    Also assisting us in the representation of Billy
12    Garcia is our paralegal, Laura Koch, and she's seated
13    in the back of the courtroom right now.
14            We also may have the two paralegals that
15    are assisting the entire defense team, and they are
16    seated at these tables here.  We have Cynthia Gilbert
17    and Eda Gordon, and they're helping all of the
18    defendants.
19            THE COURT:  All right.  Do any of the
20    jurors know any of the people Mr. Cooper introduced?
21    Does anybody know Mr. Cooper, Mr. Castle, Mr. Billy
22    Garcia?  How about Ms. Koch, Ms. Gilbert, Ms. Gordon?
23    Anybody know any of them, had any business dealings
24    with them, or been represented by Mr. Cooper or Mr.
25    Castle or any firm they've been a part of?  Anybody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    had any sort of similar relationship, business
2    connection with Mr. Cooper, Mr. Castle, Mr. Garcia,
3    Mr. Billy Garcia, Ms. Koch, Ms. Gilbert, Ms. Gordon.
4            Mr. Cooper, would this be a good time for
5    you to list out the witnesses that the defendants may
6    call?
7            MR. COOPER:  Certainly, Your Honor.  Thank
8    you.
9            Ladies and gentlemen, we intend to call
10   some of these witnesses that are named.  And in
11   addition, some of the individuals that were named by
12   the Government, we may call them as well, and we may
13   examine them, should the Government call them.
14           So our civilian witnesses are Irene Abney,
15   Charles Asbury, Autumn Avila, Jesse Baca, Charlene
16   Baldizan, Valerie Carrejo, Braden Chavez, Edna
17   Chavez, Veronica Chavez, Mary Crumpton, Joe Doyle,
18   Jonathon Duran, Michelle Duran, Bill Elliott, Angela
19   Gallegos, Estevan Gallegos -- excuse me, Gonzalez;
20   Jimmie Rae Gordon, Tami Gutierrez, Jason Hoster,
21   Jennifer Lopez, Leroy Lucero, Mark Lugo, Geraldine
22   Martinez, Arlene Mendez, Mark Myers, Shaun Myers, Jim
23   Naranjo, Daniel Orndorff, Dina Ortiz-Chavez, Jolene
24   Romero, Julian Romero, Sadie Romero, Chad Rutter,
25   Michael Sanchez, Paula Sanchez, Troy Sanchez,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    Sapphira Serrano, John Shanks, Paul Silva, Amber
2    Sutton, Brandon Travis, and Benjamin Wood.
3           In addition to those civilian witnesses,
4    some or all of the attorneys in this case may call
5    the law enforcement witnesses, some of whom may be
6    called by the Government, as well.  Andrew Armijo,
7    Nikki Baca, James Braun, D. Brown, Jack Burkhead,
8    Sonya Chavez, Lawrence Tafoya, Felipe Gonzalez,
9    Nathan Gurule, Noah Guzman, Steven Hall, Richard
10   Lewis, James Mowduk, Brenton Myers, Trent Pedersen,
11   Robert Perry, Royleen Ross-Weaver, Daniel Sedillo,
12   Ray Soliz, Roberta Stellman, Reeve Swainston, Henry
13   Telles, James Tierney, Mark Torres, Vince Torres.
14          In addition to those individuals, Janine
15   Arvizu, Tim Bryan, Karen Green, Dr. Lesli Johnson,
16   Dan E. Krane, Suzanna Ryan.
17          And then finally, the custodian of records
18   at Lovelace UNM Rehabilitation Hospital, the
19   custodian of record at UNM Hospital, the custodian of
20   records at Valencia County Detention Center.
21          Thank you, Your Honor.
22          THE COURT:  Thank you, Mr. Cooper.
23          Do any of the jurors know any of the
24   persons that Mr. Cooper listed out as possible
25   witnesses for the defendants?  Anybody had any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   business deals with any of them?  Some of those were

2   attorneys.  Anybody been represented by them or any

3   firm that those attorneys were a part of?  Had any

4   sort of similar relationship, business connection

5   with any of the people that Mr. Cooper listed in the

6   defendants' witness list?

7           All right.  Let me go back, then, to the

8   introduction of the defendants.  For defendant Allen

9   Patterson, Mr. Lahann.

10          MR. LAHANN:  Good afternoon.  My name is

11  Jeff Lahann, and together with Joseph Shattuck and

12  our paralegal, Baz Torres in the back, we represent

13  Allen Patterson in this case.

14          THE COURT:  All right.

15          MR. SHATTUCK:  Your Honor, if I may, we

16  also have a paralegal named Sonya Salazar, who will

17  be helping us, as well.

18          THE COURT:  All right.  Any of the jurors

19  know Mr. Lahann, Mr. Shattuck?  How about the two

20  paralegals, Ms. Torres, Ms. Sanchez?

21          Anybody know Mr. Patterson, had any

22  business dealings with him?  Been represented by Mr.

23  Shattuck, Mr. Lahann, or any law firm that they've

24  been associated with, been a part of?  Had any sort

25  of similar relationship with Mr. Patterson, Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Shattuck, Mr. Lahann, Ms. Torres, Mr. Sanchez?  Any
 2    other similar relationship, business connection with
 3    any of them?
 4              All right.  For defendant Christopher
 5    Chavez.
 6              MR. GRANBERG:  Ladies and gentlemen, my
 7    name is John Granberg.  I have co-counsel.  His name
 8    is Eduardo Solis.  He couldn't be here with us today,
 9    but he will be for the trial.  We both represent
10    Christopher Theodore Chavez.
11              THE COURT:  Do any of the jurors know any
12    of the people that Mr. Granberg just introduced?
13    Himself, Mr. Granberg; Mr. Chavez, Mr. Solis.
14    Anybody had any business dealings with them, been
15    represented by Mr. Granberg, Mr. Solis or any firm
16    that they've been a part of?  Had any similar
17    relationship or business connection with Mr.
18    Granberg, Mr. Solis, Mr. Chavez, anybody had that
19    sort of connection?
20              All right.  For Arturo Arnulfo Garcia.
21              MR. BLACKBURN:  Good afternoon.  My name is
22    Billy Blackburn.  Along with Scott Davidson, who
23    can't be with us today, we'll be representing Mr.
24    Arturo Garcia.
25              THE COURT:  Do any of the jurors know Mr.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Blackburn, Mr. Davidson, Mr. Arturo Garcia?  Anybody
 2   had business dealings with them, been represented
 3   by --
 4            Why don't you come up, if you've got
 5   some -- why don't you come up here and stand up here.
 6            Anybody else had any knowledge, had any
 7   business dealings with Mr. Davidson, Mr. Blackburn,
 8   Mr. Arturo Garcia?  Anybody had any -- been
 9   represented by Mr. Blackburn or Mr. Davidson or any
10   firm that they've been a part of, had any sort of
11   similar relationship, business connection, with Mr.
12   Blackburn, Mr. Davidson, Mr. Arturo Garcia?
13            All right.  Let me see counsel up here at
14   the bench.  Get right in there.
15            How are you doing today?
16            MS. NITTERAUER:  I'm fine, thank you.
17            THE COURT:  And you're Mrs. Cardenas?
18            MS. NITTERAUER:  No, Nitterauer.
19            THE COURT:  How are you?
20            MS. NITTERAUER:  I'm great, thanks.  The
21   whole mob comes up.
22            THE COURT:  Who do you know?
23            MS. NITTERAUER:  I know Mr. Blackburn.
24            THE COURT:  How do you know Mr. Blackburn?
25            MS. NITTERAUER:  Well, he was a friend of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
1    my late husband.
2              THE COURT:  What was your late husband's
3    name?
4              MS. NITTERAUER:  Peter Rubin.
5              THE COURT:  And what did Mr. Rubin do to
6    make Billy Blackburn his friend?
7              MS. NITTERAUER:  He sold computers.  I
8    mean, I didn't know -- and I also worked for his
9    primary care provider, and he and I were in the exam
10   room one day and somebody shot through the window at
11   us.
12             THE COURT:  What?
13             MS. NITTERAUER:  Shot through the window at
14   us.
15             THE COURT:  Did you find out who it was?
16             MS. NITTERAUER:  No.
17             THE COURT:  Were they shooting at you or
18   Mr. Blackburn?
19             MS. NITTERAUER:  Must be him.
20             THE COURT:  You and your husband had a
21   computer business.  What was the name of it?
22             MS. NITTERAUER:  He's been dead --
23   Crownmark, Limited.
24             THE COURT:  Was it his own?
25             MS. NITTERAUER:  No, I think they're out of
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    business.
2            THE COURT:  Out of business now.  And so
3    how did you know that your husband was selling
4    computers to Mr. Blackburn?
5            MS. NITTERAUER:  Oh, I don't know if he was
6    selling him computers, but I met him through him.
7            THE COURT:  So what was your relationship
8    with him?  Were you in his home, was he in your home?
9            MS. NITTERAUER:  I think he came to my
10   house once.
11           THE COURT:  What was that for?
12           MS. NITTERAUER:  You know, I have no idea.
13           THE COURT:  All right.
14           MS. NITTERAUER:  We were both blondes.
15           THE COURT:  So --
16           MR. COOPER:  Long time ago.
17           THE COURT:  Is it fair to say that y'all
18   were mostly passing and --
19           MS. NITTERAUER:  Um-hum.
20           THE COURT:  Did you form any impression
21   about Mr. Blackburn of any sort?
22           MS. NITTERAUER:  I thought he was a really
23   nice young man.
24           THE COURT:  Nice young man.  Did you form
25   an impression of whether he was believable or not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   believable, or did you like him, dislike him, any of
 2   those sorts of things?
 3              MS. NITTERAUER:  I liked him, and he didn't
 4   seem unbelievable.
 5              THE COURT:  If Mr. Blackburn is
 6   representing a defendant in this case, Mr. Arturo
 7   Garcia, are you going to want to do some things to
 8   help Mr. Garcia in the case because of your
 9   relationship with him?
10              MS. NITTERAUER:  I don't know Mr. Garcia.
11              THE COURT:  So you think you could be fair
12   and impartial to both sides here, both the Government
13   and all the other defendants in the case, too?
14              MS. NITTERAUER:  Absolutely.
15              THE COURT:  Is there anything about your
16   relationship with Mr. Blackburn that you think would
17   keep you from being fair and impartial?
18              MS. NITTERAUER:  No.
19              THE COURT:  All right.  Mr. Beck?
20              MR. BECK:  Good afternoon, Ms. Nitterauer.
21   I guess sort of following up upon the judge's
22   question right there, how long ago was the last time
23   you spoke with Mr. Blackburn?
24              MS. NITTERAUER:  It was in Rodriguez's
25   office.  Let's see.  My daughter -- my husband died
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    in '93, so it must have been early '90s.  It's been a
 2    long time.
 3              MR. BECK:  All right.  And I think the
 4    judge asked you this question, but just to follow up,
 5    is there anything about Mr. Blackburn representing
 6    one of the defendants that might make you lean
 7    towards believing his client over other people or
 8    believing his witnesses over others?
 9              MS. NITTERAUER:  No.
10              MR. BECK:  No further questions.
11              THE COURT:  Mr. Blackburn, do you have any
12    other questions?
13              MR. BLACKBURN:  No, Your Honor.
14              THE COURT:  How about any other defendant?
15              MR. COOPER:  You know Billy and you could
16    still be fair to him?
17              MS. NITTERAUER:  No, can I shake his hand?
18              THE COURT:  Thank you, Ms. Nitterauer.
19              MR. BLACKBURN:  Judge, they introduced
20    Sonya Sanchez.  Her name is Sonya Salazar.
21              MR. COOPER:  That's okay.
22              MR. BECK:  We can correct it.
23              THE COURT:  Was it Sanchez?
24              MR. COOPER:  She married a Sanchez, but she
25    kept her name, Salazar.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Did I get it wrong?
2              MR. BLACKBURN:  No, Shattuck did.
3              THE COURT:  All right.
4              (The following proceedings were held in
5     open court.)
6              THE COURT:  All right.  The paralegal that
7     I think we were referring to as Sanchez is Salazar,
8     Sonya Salazar.  Anyone know Ms. Salazar?
9              Let me just make sure on Mr. Arturo Garcia
10    and Mr. Davidson and Mr. Blackburn, are there any
11    other jurors that know any of those three people,
12    Mr. Arturo Garcia, Mr. Scott Davidson, Mr. Blackburn,
13    had any business dealings with them, been represented
14    by Mr. Davidson, Mr. Blackburn, any firm they've been
15    a part of, had any business, any other sort of
16    similar relationship, business connection, with Mr.
17    Blackburn, Mr. Davidson, or Mr. Arturo Garcia?
18             All right.  And let me introduce the
19    lawyers for defendant Andrew Gallegos.  Mr. Roberts.
20             MR. ROBERTS:  Good afternoon, ladies and
21    gentlemen.  My name is Donovan Roberts, and with me
22    is Lisa Torraco.  And we both represent Andrew
23    Gallegos, seated to my right.
24             THE COURT:  Do any of the jurors know any
25    of the people Mr. Roberts just introduced?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Mr. Roberts himself, Ms. Torraco, and Mr. Andrew
 2    Gallegos?  Anybody know them, had any business
 3    dealings with them, been represented by Mr. Roberts,
 4    Ms. Torraco, or any firm that they've been a part of?
 5    Had any sort of similar relationship, business
 6    connection with Mr. Roberts, Mr. Andrew Gallegos or
 7    with Ms. Torraco?
 8              All right.  Now, I want to move a little
 9    bit to some of the questions that you answered on
10    your questionnaire, so this is going to be a little
11    bit repetitive, but I'm going to do some follow-up
12    questioning on it.
13              So the first question is your jury
14    experience.  Have you ever served as a juror in a
15    criminal or a civil case or as a member of a grand
16    jury in either state or federal court?  So it's a
17    broad question to try to get your experience as a
18    juror.  Anyone had that experience as a juror in
19    state, federal court, civil, criminal case, grand
20    jury?  Anybody in the jury box first?  Let me start
21    in the back, back there.
22              Mr. Telles, what's been your experience as
23    a juror?  All right.
24              MR. TELLES:  In El Paso County, I was
25    chosen as a juror in a child molestation case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  What did the jury
2     do in that case, Mr. Telles?
3              MR. TELLES:  Actually, we found him guilty
4     on all three counts.
5              THE COURT:  Did you serve as the foreperson
6     in that case?
7              MR. TELLES:  No, sir.
8              THE COURT:  Is there anything about your
9     experience as a juror in that case that would keep
10    you from being fair and impartial to the parties
11    here?
12             MR. TELLES:  I don't believe so, Your
13    Honor.
14             THE COURT:  What do you thing about the use
15    of juries in our criminal justice system?
16             MR. TELLES:  I think it's a great thing.
17    By all means, we need to take care of business one
18    way or the other, and I think this is the most
19    democratic way we can do that.
20             THE COURT:  All right.  What's been your
21    experience as a juror, Mr. Brugger?
22             MR. BRUGGER:  A long time ago in Erie,
23    Pennsylvania, 1980, I served on a jury for a murder
24    trial.
25             THE COURT:  What did the jury do in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   case?
 2            MR. BRUGGER:  We found him guilty.
 3            THE COURT:  Did you serve as the
 4   foreperson, Mr. Brugger?
 5            MR. BRUGGER:  No, I didn't.
 6            THE COURT:  Is there anything about that
 7   experience as a juror in that case that would keep
 8   you from being fair and impartial?
 9            MR. BRUGGER:  No.
10            THE COURT:  What do you think about the use
11   of juries in our criminal justice system?
12            MR. BRUGGER:  I think it works.
13            THE COURT:  Thank you, Mr. Brugger.
14            Anyone else in the jury box?  All right.
15   Let's go behind the Government's table.  Somebody
16   else?  Let's see.  Is that Mr. Troy?
17            MR. TROY:  Yes, last year in a criminal
18   case, and we found him not guilty.
19            THE COURT:  All right.  What kind of case
20   was it, Mr. Troy?
21            MR. TROY:  Assault with a deadly weapon.
22            THE COURT:  And you found him not guilty?
23            MR. TROY:  Correct.
24            THE COURT:  Did you serve as the foreperson
25   on that case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. TROY:  No.
 2              THE COURT:  Is there anything about that
 3    experience that would keep you from being fair and
 4    impartial to the parties in this case?
 5              MR. TROY:  No, sir.
 6              THE COURT:  What do you think about the use
 7    of juries in our criminal justice system?
 8              MR. TROY:  I think we need them.  I might
 9    need them someday.
10              THE COURT:  Thank you, Mr. Troy.
11              Anyone else in the jury box?
12              All right.  Ms. Corral, what's been your
13    experience?
14              MS. MENAPACE-CORRAL:  Civil court for a
15    drug-smuggling case for a trucking company.
16              THE COURT:  What did the jury do in that
17    case?
18              MS. MENAPACE-CORRAL:  Not guilty.
19              THE COURT:  All right.  Now, sometimes in
20    civil cases, they don't have to be unanimous.  Did
21    you agree with the verdict in that case?
22              MS. MENAPACE-CORRAL:  I did.
23              THE COURT:  And in a criminal case, it has
24    to be unanimous but not always in a civil case.  Did
25    you serve as the foreperson?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. MENAPACE-CORRAL:  I did not.
 2            THE COURT:  Anything about your experience
 3   as a juror that could keep you from being fair and
 4   impartial to the parties in this case?
 5            MS. MENAPACE-CORRAL:  No, sir.
 6            THE COURT:  Anyone else who has experience?
 7   Let's go back to the back.  Let's start with Ms. Lee.
 8   What's been your experience as a juror?
 9            MS. LEE:  I was on a murder trial in 2010.
10            THE COURT:  All right, and what did the
11   jury do with that case?
12            MS. LEE:  Guilty.
13            THE COURT:  Did you serve as the
14   foreperson?
15            MS. LEE:  No, sir.
16            THE COURT:  Anything about that experience
17   that would keep you from being fair and impartial to
18   the parties in this case?
19            MS. LEE:  No, sir.
20            THE COURT:  What do you think about the use
21   of juries in our criminal justice system?
22            MS. LEE:  I think it works.
23            THE COURT:  All right.  Anybody else back
24   there have jury experience?  Is that Ms. Beavers?
25   Ms. Beavers, what's been your experience as a juror?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

153

```
 1            MS. BEAVERS:  I've been on a lot of them.
 2   I've been in Otero County petit, grand jury there,
 3   I've been twice on district federal over here.  So
 4   multiple cases.  And it's been a few years, about
 5   three years, since I've last been on it.  So I
 6   couldn't tell you -- all different sorts.  I don't
 7   think any were civil.  I think they were all
 8   criminal.
 9            THE COURT:  All criminal?  Can you tell me
10   how many that you think -- how many you've actually
11   sat on?
12            MS. BEAVERS:  No, I couldn't.  I've been
13   through a lot of rounds of juries.
14            THE COURT:  And can you go back through and
15   tell me what kind of cases they were that you can
16   remember doing?
17            MS. BEAVERS:  The grand jury was an
18   assortment, you know, of course.  But the district,
19   it was mostly drugs.
20            THE COURT:  And did you find them guilty in
21   all cases?
22            MS. BEAVERS:  And there were some other --
23   criminal sexual penetration, you know.  Hung jury,
24   guilty, innocent.  I mean, I've had round robin.
25            THE COURT:  So some of them the jury found
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   guilty and some not guilty.  Did you serve as the
 2   foreperson?
 3             MS. BEAVERS:  I was never a foreperson.
 4             THE COURT:  Anything about your experience
 5   as a juror that would keep you from being fair and
 6   impartial in this case?
 7             MS. BEAVERS:  No.
 8             THE COURT:  What do you think about the use
 9   of juries in our criminal justice system?
10             MS. BEAVERS:  It's fine.  I just think
11   other people need to be on them.
12             (Laughter.)
13             THE COURT:  Share the fun.  All right.
14   Thank you, Ms. Beavers.
15             Anyone else over here that has -- let's
16   see.  Probably testing my eyesight here.  Let's start
17   with -- is that Mr. Marquardt?
18             DR. MARQUARDT:  Yes, sir.
19             THE COURT:  What's been your experience as
20   a juror?
21             DR. MARQUARDT:  A juror for a DUI case in
22   Texas.
23             THE COURT:  What did the jury do in that
24   case?
25             DR. MARQUARDT:  Not guilty.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And did you serve as the
 2    foreperson?
 3              DR. MARQUARDT:  Yes, I did.
 4              THE COURT:  And anything about that
 5    experience that would keep you from being fair and
 6    impartial to the parties here?
 7              DR. MARQUARDT:  No.
 8              THE COURT:  What do you think about the use
 9    of juries in our criminal justice system?
10              DR. MARQUARDT:  Absolutely necessary.
11              THE COURT:  Thank you, Mr. Marquardt.
12              Anyone else on that row?  All right.  Let's
13    see.  Is that Ms. Garcia?
14              MS. GARCIA:  Yes, sir.
15              THE COURT:  What's been your experience as
16    a juror?
17              MS. GARCIA:  District court, San Juan
18    County.  You're chosen for several months, and I sat
19    on two different trials.  One guilty, one not guilty.
20    Both criminal trials.  And it's an interesting thing
21    to do.
22              THE COURT:  What were -- there were two
23    cases.  What was the first case?
24              MS. GARCIA:  The very first case was
25    assault with a deadly weapon.  It was a young lady
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1     trying to run over someone with her car.
2              THE COURT:  And Ms. Garcia, was that the
3     one where the jury found guilty?
4              MS. GARCIA:  Yes, sir.
5              THE COURT:  And what was the second case?
6              MS. GARCIA:  The second one was a battery
7     case, and that one was found not guilty.
8              THE COURT:  Did you serve as the foreperson
9     on either case?
10             MS. GARCIA:  No, Your Honor, I didn't.
11             THE COURT:  Is there anything about your
12    experience as a juror that would keep you from being
13    fair and impartial to the parties in this case?
14             MS. GARCIA:  No.
15             THE COURT:  What do you think about the use
16    of juries in our criminal justice system?
17             MS. GARCIA:  It works.
18             THE COURT:  Thank you, Ms. Garcia.
19             Anyone else on that row?  All right.  Mr.
20    Kimmick, what's been your experience as a juror?
21             MR. KIMMICK:  I served on a jury for
22    driving while intoxicated resulting in great bodily
23    harm.  And the outcome of that one was they struck
24    some kind of a plea deal somewhere at the 11th hour,
25    right before we were to come back with a verdict.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Had the jury agreed on a
 2    verdict?
 3              MR. KIMMICK:  No, we had just barely began
 4    deliberations and went home for the day, and then we
 5    got the call the next day in the morning that we
 6    weren't going to be required.
 7              THE COURT:  Which way were you leaning?
 8              MR. KIMMICK:  I was leaning more towards
 9    the guilty side.
10              THE COURT:  And were you serving or
11    functioning as the foreperson?
12              MR. KIMMICK:  No, sir.
13              THE COURT:  Is there anything about that
14    experience that would keep you from being fair and
15    impartial to the parties in this case?
16              MR. KIMMICK:  Not at all.
17              THE COURT:  What do you think about the use
18    of juries in our criminal justice system?
19              MR. KIMMICK:  The only way to make it work.
20              THE COURT:  Thank you, Mr. Kimmick.
21              Anyone else on that row?  Let's see.  Is it
22    Mr. Meyer?  What's been your experience as a juror?
23              MR. MEYER:  I served in San Miguel County
24    District Court.  We had a criminal drug case and
25    found him guilty.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  THE COURT:  Did you serve as a foreperson?
 2                  MR. MEYER:  I did not.
 3                  THE COURT:  Is there anything about your
 4        experience that would keep you from being fair and
 5        impartial in this case?
 6                  MR. MEYER:  No.
 7                  THE COURT:  What do you think about the use
 8        of juries?
 9                  MR. MEYER:  It works.
10                  THE COURT:  All right.  Thank you, Mr.
11        Meyer.
12                  Anybody else in the back?
13                  All right, let's go over here.  We'll start
14        with -- is it Mr. Johnson?
15                  MR. JOHNSON:  Yes.
16                  THE COURT:  Mr. Johnson, what's been your
17        experience as a juror?
18                  MR. JOHNSON:  I think it was around 1992.
19        I was in Taylor County, Texas.  I believe it was a
20        drug trial.  But I was selected for the jury, but
21        they settled before we were able to deliberate.
22                  And then also an assault case in Chaves
23        County, here in New Mexico, and we had a guilty
24        verdict, and I was the foreperson.
25                  THE COURT:  You were not a foreperson in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the first case?
2             MR. JOHNSON:  No.  Actually, we didn't even
3    get that far.  It settled before we were able to even
4    do that.
5             THE COURT:  Let me ask you, on the first
6    case, what were you thinking, leaning toward, when
7    the case settled?
8             MR. JOHNSON:  Probably guilty.  I mean,
9    it's been a long -- almost 30 years ago, so...
10            THE COURT:  All right.  And on the second
11   case, you did serve as the foreperson?
12            MR. JOHNSON:  I did.
13            THE COURT:  And the jury found the
14   defendant guilty?
15            MR. JOHNSON:  Unanimously.
16            THE COURT:  And is there anything about
17   those two experiences that would keep you from being
18   fair and impartial to the parties in this case?
19            MR. JOHNSON:  No.
20            THE COURT:  What do you think about the use
21   of juries in our criminal justice system?
22            MR. JOHNSON:  Like everybody else, I think
23   it works.  It's the only way to go.
24            THE COURT:  Anyone over on this side?  Is
25   that Mr. Krohn?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. KROHN:  Yes, sir.
 2              THE COURT:  All right.  Mr. Krohn, what's
 3    been your experience as a juror?
 4              MR. KROHN:  A few years ago I was an
 5    alternate juror on an auto theft case in Bernalillo
 6    County.
 7              THE COURT:  Did you later hear what the
 8    verdict was?
 9              MR. KROHN:  No.  I did not.  Never did.
10              THE COURT:  What were you thinking about
11    the case?
12              MR. KROHN:  I was considering not guilty
13    from the evidence.
14              THE COURT:  All right.  Anything about that
15    experience that would keep you from being fair and
16    impartial to the parties in this case?
17              MR. KROHN:  No, Your Honor.
18              THE COURT:  What do you think about the use
19    of juries in our criminal justice system?
20              MR. KROHN:  It's essential.
21              THE COURT:  Thank you, Mr. Krohn.
22              Anyone else on that row?  Then we'll move
23    to the front.  Is that Ms. Williams who had her hand
24    up?
25              Ms. Williams, what's been your experience
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   as a juror, Ms. Williams?
 2            MS. WILLIAMS:  I served as a juror in Lea
 3   County.  It was an assault case, and we found him not
 4   guilty.
 5            THE COURT:  Did you serve as the foreperson
 6   on that case?
 7            MS. WILLIAMS:  No, sir.
 8            THE COURT:  Anything about that experience
 9   that would keep you from being a fair and impartial
10   juror in this case?
11            MS. WILLIAMS:  No.
12            THE COURT:  What do you think about the use
13   of juries in our criminal justice system?
14            MS. WILLIAMS:  It's the way to go.
15            THE COURT:  Thank you, Ms. Williams.
16            Anybody else have their hand up over here?
17            Down the row there, is that Ms. Scifres?
18   Am I saying that correctly?  Sorry.  Did I skip
19   somebody there?
20            Mr. Medina?
21            MR. MEDINA:  Yes, sir.  I served in
22   district court here in Las Cruces on three cases.
23            THE COURT:  Were they all criminal?
24            MR. MEDINA:  Yes, sir.  Two were
25   drug-related.  One was a DWI with child negligence, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    believe.

2              THE COURT:  All right.  And what did the

3    jury do in those three cases?

4              MR. MEDINA:  One of the drug cases was

5    dropped.  Something happened between the Government

6    and, I guess, the defendant.  And then one case, the

7    second drug case, we found them not guilty, and on

8    the DWI child endangerment, guilty.

9              THE COURT:  Did you serve as the foreperson

10   on any of those cases?

11             MR. MEDINA:  No, sir.

12             THE COURT:  Is there anything about those

13   experiences that would keep you from being fair and

14   impartial to the parties here?

15             MR. MEDINA:  No.  I also served for federal

16   jury duty.

17             THE COURT:  Tell me a little bit about that

18   case.  We talked a little bit up here at the bench on

19   it.  Give me the nature of that case.

20             MR. MEDINA:  It was a death penalty case in

21   2011.

22             THE COURT:  Okay.  And that one, if I

23   recall, went to a verdict.  And did you serve as the

24   foreperson on that case?

25             MR. MEDINA:  No, sir, I did not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Anything about your
 2    experience in those four cases that would keep you
 3    from being fair and impartial to the parties here?
 4              MR. MEDINA:  No, sir.
 5              THE COURT:  What do you think about the use
 6    of juries in our criminal justice system?
 7              MR. MEDINA:  I think it's what makes
 8    America great.
 9              THE COURT:  Thank you, Mr. Medina.
10              Anyone else over here that has some jury
11    experience?
12              All right.  Ms. Wise.  Do you have the next
13    one?  Ms. Wise, what's been your experience as a
14    juror?
15              MS. WISE:  I think it was 2015.  I served
16    in district court in Albuquerque.  It was a sexual
17    penetration of a child case.  We found the defendant
18    guilty.
19              THE COURT:  Did you serve as the
20    foreperson?
21              MS. WISE:  No.
22              THE COURT:  Anything about that experience
23    that would keep you from being fair and impartial to
24    the parties here?
25              MS. WISE:  No.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  What do you think about the use
 2    of juries in our criminal justice system?
 3              MS. WISE:  I think it's the best way to go.
 4              THE COURT:  Thank you, Ms. Wise.
 5              Mr. Skousen, did you have your hand up?
 6              MR. SKOUSEN:  No.
 7              THE COURT:  Mr. Mott, did you have your
 8    hand up?  All right.  Mr. Mott, what's been your
 9    experience as a juror?
10              MR. MOTT:  My most recent was about 30
11    years ago in Solano County, California, and it was a
12    robbery case.  And before we got to -- I was an
13    alternate, but before it got to the jury to make a
14    decision, it was disclosed that they dropped the
15    charges and that the defendant was a police
16    informant.
17              The first case was a drug case in Dallas
18    County, prior to that.  And before we got to a
19    verdict, the defendant pled out.
20              THE COURT:  On that first case where you
21    were an alternate, what were you thinking about the
22    case at the time?
23              MR. MOTT:  I was thinking not guilty.
24              THE COURT:  And what about the second one,
25    where --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. MOTT:  It was the drug case, and I was

2    thinking guilty.

3          THE COURT:  Were you far enough along in

4    either case to serve as foreperson?

5          MR. MOTT:  No, sir.

6          THE COURT:  Anything about those

7    experiences that would keep you from being fair and

8    impartial to the parties in this case?

9          MR. MOTT:  No.

10          THE COURT:  What do you think about the use

11   of juries in our criminal justice system?

12          MR. MOTT:  I think we have to have it.

13          THE COURT:  All right.  Thank you, Mr.

14   Mott.

15          Anyone else over here?

16          We'll go down the row.  Ms. Duncan, what's

17   been your experience as a juror?

18          MS. DUNCAN:  I have been on two cases in

19   Albuquerque.  One was a civil personal injury case

20   involving UNM Hospital.  We ended up with a hung

21   jury, and I was the foreperson on that.

22          The second case was a criminal case

23   involving assault and evading police, and we found

24   him guilty on one count.

25          THE COURT:  Were you a foreperson in that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    second case?
 2              MS. DUNCAN:  No, I was not.
 3              THE COURT:  On the first case, which way
 4    were you leaning on the civil case?
 5              MS. DUNCAN:  I was leaning in favor of the
 6    defendants; UNM Hospital.
 7              THE COURT:  Is there anything about those
 8    two experiences that would keep you from being fair
 9    and impartial to the parties in this case?
10              MS. DUNCAN:  No, sir.
11              THE COURT:  What do you think about the use
12    of juries in our criminal justice system?
13              MS. DUNCAN:  It's the way to go.
14              THE COURT:  Thank you, Ms. Duncan.
15              Anyone else back over here that's had jury
16    experience?
17              Let me ask again, have you ever served as a
18    juror in a criminal or a civil case or as a member of
19    a grand jury, either in state or federal court?
20    Anybody had that experience that we haven't talked
21    about?
22              Mr. Milne, what's been your experience?
23              MR. MILNE:  Just last year I was on two DWI
24    cases.  And the first one was guilty, and the second
25    one, before we even got any evidence or anything
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   else, he plea bargained.
 2            THE COURT:  So you were about to go through
 3   voir dire, like we're doing today, and didn't get
 4   that far?
 5            MR. MILNE:  Right.
 6            THE COURT:  But the first one, the jury
 7   found the defendant guilty?
 8            MR. MILNE:  Yes.
 9            THE COURT:  Did you serve as the
10   foreperson?
11            MR. MILNE:  No, sir.
12            THE COURT:  Is there anything about your
13   experience, either one of those experiences, that
14   would keep you from being fair and impartial to the
15   parties here?
16            MR. MILNE:  No, sir.
17            THE COURT:  What do you think about the use
18   of juries in our criminal system?
19            MR. MILNE:  We need it.  It's a good
20   system.
21            THE COURT:  Thank you, Mr. Milne.
22            Anyone else had any experience, served as a
23   juror in a criminal or civil case or as a member of a
24   grand jury in either state or federal court that we
25   haven't talked about?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           All right.  Now I want to talk to you a

2    little bit about law enforcement.  Again, this was a

3    question that was on the questionnaire, and some of

4    you answered questions about it.  But again, it's a

5    broad question.

6           Have you or any member of your family or

7    any close friend ever been employed by a law

8    enforcement agency?  Anybody had that experience?

9           All right.  Ms. Chavez, anything further

10   than what we talked about up here at the bench, or

11   did we pretty much exhaust it up here at the bench?

12           MS. CHAVEZ:  No.

13           THE COURT:  Anything further on that?

14           MS. CHAVEZ:  No.  Well, my husband is on

15   the law enforcement side.

16           THE COURT:  Okay.  All right.  Anything

17   about his work, your relationship with him, keep you

18   from being fair and impartial?

19           MS. CHAVEZ:  No.

20           THE COURT:  All right.  Thank you,

21   Ms. Chavez.

22           Mr. Troy, what's been your experience or

23   relationship with law enforcement?

24           MR. TROY:  I had a son-in-law previously

25   that was at the correction facility in Santa Fe, in



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                     1-800-669-9492
                                                           e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    '94 through '96.  He wasn't my son-in-law at that
 2    time, but '98 through 2000.
 3              THE COURT:  So he was there and then he
 4    went back?
 5              MR. TROY:  Um-hum.
 6              THE COURT:  Anything about his work, your
 7    relationship with him, that would keep you from being
 8    fair and impartial to the parties in this case?
 9              MR. TROY:  No.
10              THE COURT:  Thank you, Mr. Troy.  Anyone
11    else?
12              All right.  Let's go down here to
13    Ms. Dwore.  Ms. Dwore, what's been your experience or
14    relationship with law enforcement?
15              MS. DWORE:  I've had several acquaintances
16    who were sheriff's deputies, FBI special agents.  No
17    members in the family.
18              THE COURT:  All right.  Let's talk about
19    FBI agents.  Were they here in New Mexico?
20              MS. DWORE:  Yes, or they're former agents,
21    is my neighbor in Santa Fe.
22              THE COURT:  What's his or her name?
23              MS. DWORE:  Retired agent Scott Metcalf.
24              THE COURT:  Okay.  Anything about your
25    relationship with any of these deputy sheriffs or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    sheriffs or FBI agents that would keep you from being
 2    fair and impartial to the parties in this case?
 3              MS. DWORE:  I think not, Your Honor.
 4              THE COURT:  Thank you, Ms. Dwore.
 5              Who else had their hand up here in the
 6    front row?
 7              Let's go to the second row.  Who had their
 8    hand up?
 9              All right.  Ms. Trujillo?
10              MS. TRUJILLO:  My sister served with the
11    Navajo Police Department.
12              THE COURT:  All right.  And anything about
13    your relationship with her, her work, anything that
14    would keep you from being fair and impartial to the
15    parties in this case?
16              MS. TRUJILLO:  No.
17              THE COURT:  Thank you, Ms. Trujillo.
18              Anyone else back over here?
19              All right.  Mr. Swantner.
20              MR. SWANTNER:  One friend of about 20 years
21    served in the Bernalillo Sheriff's Department.
22    Another friend was also in the Bernalillo Sheriff's
23    Department.  An uncle in California was the sheriff.
24    I don't remember the name of the county.  Also, my
25    aunt works for the sheriff's department there, as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    well.
 2              THE COURT:  All right.  Anything about
 3    their work, your relationship with them, that would
 4    keep you from being fair and impartial to the parties
 5    in this case?
 6              MR. SWANTNER:  No, sir.
 7              THE COURT:  Thank you, Mr. Swantner.
 8              Did you have something or are you just
 9    holding the mic?
10              MS. MORALES:  Only what's previously
11    discussed.
12              THE COURT:  Other than what you talked
13    about up here at the bench?  All right.
14              Let's go back, then, to the back row.  Is
15    that Ms. Vasquez?  What's been your experience,
16    Ms. Vasquez, in your relationship with law
17    enforcement?
18              MS. VASQUEZ:  My husband worked for Curry
19    County Detention Center about four years ago.
20              THE COURT:  All right.  Anything about his
21    work, your relationship with him, that would keep you
22    from being fair and impartial to the parties in this
23    case?
24              MS. VASQUEZ:  No.
25              THE COURT:  Thank you, Ms. Vasquez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Who else back over there -- let's stay on
 2    that back row down there.  Is that Ms. McKee?
 3              MS. McKEE:  Yes.
 4              THE COURT:  All right, Ms. McKee.  What's
 5    your relationship with law enforcement?
 6              MS. McKEE:  I work for the County of Lea
 7    and work within the sheriff's department, so I know
 8    pretty much everyone that works there.  And my mom
 9    works there, as well.
10              THE COURT:  With the Lea County Public
11    Safety Department?
12              MS. McKEE:  I work for maintenance, so I
13    work in all the buildings, so I know everybody.
14              THE COURT:  All right.  Anything about your
15    work, your mother's work, your relationship with law
16    enforcement that would keep you from being fair and
17    impartial to the parties in this case?
18              MS. McKEE:  No.
19              THE COURT:  Thank you, Ms. McKee.
20              Anyone else in the back row?
21              All right.  Is that Mr. Spencer?
22              MR. SPENCER:  Yes, sir.
23              THE COURT:  What's been your relationship
24    with law enforcement?
25              MR. SPENCER:  My uncle was a San Diego
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   County sheriff.

 2           THE COURT:  Anything about his work, your

 3   relationship with him, that would keep you from being

 4   fair and impartial to the parties in this case?

 5           MR. SPENCER:  No.

 6           THE COURT:  Thank you, Mr. Spencer.

 7           Anybody else on your row?

 8           All right, Mr. Yancey.  What's been your

 9   experience?

10           MR. YANCEY:  My Aunt Terry is a

11   correctional officer.  I know she's a lieutenant, but

12   I'm not really close with her, so I don't even know

13   which correctional facility she works at.

14           THE COURT:  Do you know the locality of it,

15   where she lives?

16           MR. YANCY:  She lives in Albuquerque.

17           THE COURT:  Anything about your

18   relationship with her, her work, that would keep you

19   from being fair and impartial to the parties here?

20           MR. YANCEY:  No.

21           THE COURT:  All right.  Thank you, Mr.

22   Yancey.

23           Let's go to the row right in front of you.

24   Mr. Marquardt?

25           DR. MARQUARDT:  I have a very longtime
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   friend whose son was a city police officer in Texas
 2   and is currently working for the Secret Service.
 3          THE COURT:  Anything about his work, your
 4   relationship with the family, that would keep you
 5   from being fair and impartial to the parties here?
 6          DR. MARQUARDT:  No.
 7          THE COURT:  Thank you, Mr. Marquardt.
 8          Anyone else on that row?  All right.
 9          Is that Ms. Trujillo?  What's been your
10   experience, relationship, with law enforcement?
11          MS. TRUJILLO:  My brother was a stater for
12   two years and he's currently APD.
13          THE COURT:  And anything about your
14   relationship with him, his work, that would keep you
15   from being fair and impartial to the parties here?
16          MS. TRUJILLO:  No.
17          THE COURT:  Thank you, Ms. Trujillo.
18          Anybody else on that row?
19          All right, Mr. Kimmick?
20          MR. KIMMICK:  My uncle was a New Mexico
21   State Police officer for 21 years, 16 of which was
22   undercover narcotics.  And I worked for New Mexico
23   State University Campus Police for a year.  And my
24   grandfather was a reservist deputy for the Grant
25   County Sheriff's Office.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 THE COURT:  All right.  Anything about your
 2      work, their work, your relationship with them, that
 3      would keep you from being fair and impartial to the
 4      parties in this case?
 5                 MR. KIMMICK:  No, sir.  It actually makes
 6      you look closer at evidence that's gathered.
 7                 THE COURT:  I appreciate that.  Thank you,
 8      Mr. Kimmick.
 9                 Anyone else on that row?  Mr. Meyer?
10                 MR. MEYER:  I was a special agent for the
11      State of New Mexico.
12                 THE COURT:  Did you work in the AG's
13      office?
14                 MR. MEYER:  I worked for OIG, Department of
15      Human Services.
16                 THE COURT:  It was Human Services, wasn't
17      it?  Anything about your work that would keep you
18      from being fair and impartial to the parties in this
19      case?
20                 MR. MEYER:  No.
21                 THE COURT:  Thank you, Mr. Meyer.
22                 Anyone else on that row?
23                 All right.  Then I think we're moving
24      forward.  Anybody on the front row that had a
25      relationship -- oh, did somebody at the end?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Ms. Nelson, what's been your relationship

2    in working with law enforcement?

3          MS. NELSON:  My ex-husband worked for the

4    Alamogordo Police Department for about a year.

5          THE COURT:  Anything about his work, your

6    relationship with him, that would keep you from being

7    fair and impartial to the parties in this case?

8          MS. NELSON:  No.

9          THE COURT:  All right.  Thank you,

10   Ms. Nelson.

11         Anyone else over on this side of the room?

12         All right.  We'll go -- all right.  We've

13   got Ms. Beavers here on the front row.

14         Ms. Beavers, what's been your relationship

15   with law enforcement?

16         MS. BEAVERS:  I have a nephew who is a

17   corrections officer in Arizona.

18         THE COURT:  Anything about your

19   relationship with him, his work, that would keep you

20   from being fair and impartial to the parties in this

21   case?

22         MS. BEAVERS:  No.

23         THE COURT:  Anyone else on that front row?

24         Then we'll go over to this side of the

25   room.  We might as well start with Ms. Nitterauer.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    Have you got your hand up?  What's been your
 2    relationship with law enforcement?
 3              MS. NITTERAUER:  I was a civilian
 4    contractor to the Albuquerque Police Department
 5    collecting forensic evidence in DUI cases.
 6              THE COURT:  Anything about your work,
 7    relationship with the APD, that would keep you from
 8    being fair and impartial to the parties in this case?
 9              MS. NITTERAUER:  No.
10              THE COURT:  Thank you, Ms. Nitterauer.
11              Let's see.  Who else had their hand up?
12    Ms. Duncan?  What's been your relationship with law
13    enforcement?
14              MS. DUNCAN:  My brother was a Fairfax
15    County, Virginia, police officer for 27 years,
16    including undercover narcotics, criminal
17    investigation, and SWAT.
18              THE COURT:  All right.  Anything about your
19    relationship with your brother, his work, that would
20    keep you from being fair and impartial to the parties
21    in this case?
22              MS. DUNCAN:  No.
23              THE COURT:  Thank you, Ms. Duncan.
24              Anyone else on that row?  Let's see where
25    the mic stops.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Mr. Medina.
 2              MR. MEDINA:  Yes, I have a cousin that's
 3    with the New Mexico State Police, and --
 4              THE COURT:  What is his name?
 5              MR. MEDINA:  His name is David Candelaria.
 6              THE COURT:  All right.  And anyone else?
 7              MR. MEDINA:  Yes, I have a good friend
 8    that's a retired captain from the Dona Ana County
 9    Sheriff's Department.
10              THE COURT:  Anybody else in your family
11    or --
12              MR. MEDINA:  Yes.  My brother was a
13    corrections officer for 15 years at Southern New
14    Mexico Correctional Facility.
15              THE COURT:  Anything about your
16    relationship with them, their work, that would keep
17    you from being fair and impartial to the parties in
18    this case?
19              MR. MEDINA:  No, sir.
20              THE COURT:  All right.  Thank you, Mr.
21    Medina.
22              Mr. Mott, did you have your hand up?
23              MR. MOTT:  Yes, sir.
24              THE COURT:  What's been your relationship
25    with law enforcement?
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. MOTT:  I have a nephew who is the head
 2   of strategic planning with the United States Border
 3   Patrol, and I have a very close friend that's a
 4   retired deputy from Harris County, Texas.
 5              THE COURT:  Where is Harris County?
 6              MR. MOTT:  It's Houston.
 7              THE COURT:  Is there anything about your
 8   relationship with them, their work, that would keep
 9   you from being fair and impartial to the parties in
10   this case?
11              MR. MOTT:  No, sir.
12              THE COURT:  Thank you, Mr. Mott.
13              How about the next row behind you?  Let's
14   see.  Is that Mr. Scifres or is that Mr. Donart?
15              MR. DONART:  One of my good friends is a
16   Sandoval County deputy.  And a variety of loose
17   contacts, APD and Bernalillo County.
18              THE COURT:  Anything about their work, your
19   relationship with them, that would keep you from
20   being fair and impartial, Mr. Donart?
21              MR. DONART:  No, sir.
22              THE COURT:  Thank you, Mr. Donart.
23              Who else?  Ms. Scifres?
24              MS. SCIFRES:  My father-in-law was retired
25   Roswell Police Department, and my nephew, as well.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Anything about your
 2    relationship with them, their work, that would keep
 3    you from being fair and impartial in this case?
 4              MS. SCIFRES:  No.
 5              THE COURT:  All right, Ms. Scifres, thank
 6    you.
 7              Who else?  Is that Mr. Kulpa?
 8              MR. KULPA:  Yes.
 9              THE COURT:  What has been your relationship
10    with law enforcement?
11              MR. KULPA:  My father is a retired United
12    States customs inspector.  He worked in the Niagara
13    Falls/Buffalo, New York, area for about 25 years.
14              THE COURT:  Anything about his work, your
15    relationship with him, that would keep you from being
16    fair and impartial to the parties in this case?
17              MR. KULPA:  No.
18              THE COURT:  Thank you, Mr. Kulpa.
19              Anyone else on that row?  Ms. Cardenas?
20              MS. CARDENAS:  My nephew is currently
21    working for the police department in Luna County.
22              THE COURT:  Anything about his work, your
23    relationship with him, that would keep you from being
24    fair and impartial to the parties in this case?
25              MS. CARDENAS:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            THE COURT:  Mr. Johnson, what's been your

2     experience in relationship to law enforcement?

3            MR. JOHNSON:  I work as a social worker

4     doing psych assessments there at the Eastern County

5     Medical Center.  And they would bring patients into

6     the ER, the police would, and I have got to know them

7     that way.

8            I worked for about a year and a half at the

9     Chaves County Detention Center.  And just over the

10    years, especially as a social worker, my relationship

11    with them, I had a lot of close friends and have a

12    high respect for the officers and people that do that

13    kind of work.

14           THE COURT:  All right.  And is there

15    anything about your work or your relationship with

16    these law enforcement that would keep you from being

17    fair and impartial to the parties in this case?

18           MR. JOHNSON:  As a social worker, I really

19    try to look at the whole thing and the objective, and

20    so my 20 years and my master's degree and all that, I

21    think I've learned to be able to do that.

22           THE COURT:  So you think you can be an

23    objective, fair, impartial juror?

24           MR. JOHNSON:  I do.

25           THE COURT:  All right.  Thank you, Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Johnson.

2              Anyone else in that row?  Ms. Large?

3              MS. LARGE:  Currently I'm an intern at the

4    LOPD in Albuquerque, the public defender's office,

5    and I frequent MDC quite often.

6              THE COURT:  All right.  So that's the state

7    public defender's office there?

8              MS. LARGE:  Yes.  That is the office of the

9    public defender.

10             THE COURT:  You're an intern there?

11             MS. LARGE:  Correct.

12             THE COURT:  Anything about your current

13   work, relationship with those, anything about those

14   that would keep you from being fair and impartial to

15   the parties in this case?

16             MS. LARGE:  No, sir.

17             THE COURT:  Thank you, Ms. Large.

18             Anyone else on that back row?  Is that

19   Mr. Hinson, or is there somebody in between

20   Mr. Hinson?  We'll go with you.

21             MR. MOORE:  This is Mr. Moore.

22             THE COURT:  Oh, I'm sorry, Mr. Moore.

23             MR. MOORE:  I have a first cousin in the

24   Austin area whose husband is a sheriff's deputy and

25   has been a detective.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

183

```
1              THE COURT:  Anything about his work, your
2    relationship with him, that would keep you from being
3    fair and impartial to the parties in this case?
4              MR. MOORE:  No, sir.
5              THE COURT:  Thank you, Mr. Moore.
6              Anyone else on that back row?
7              Let me just ask the question again and see
8    if it picks up anything else.
9              Have you or any member of your family or
10   any close friend ever been employed by a law
11   enforcement agency that we haven't already talked
12   about?  Anybody had that experience?
13             All right.  Now, really, it's going to be
14   the next two questions, but we'll start with the
15   first one.  If you answer yes or you don't understand
16   the question, you want to discuss it up here at the
17   bench, please indicate, and you can come up to the
18   bench.  But again, it's a broad question.  Some of
19   this came up on your questionnaires.  But have you
20   ever been involved in any court in a criminal matter
21   that concerned yourself, any member of your family,
22   or a close friend, either as a defendant, a witness,
23   or a victim?  Anybody had that experience with the
24   criminal justice system?
25             All right.  Ms. Griego, what's been your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    experience with the criminal justice system?

2            MS. GRIEGO:  My son is a 100% disabled

3    combat veteran, and he was arrested for brandishing a

4    firearm in Albuquerque.  And I went to his trial and

5    testified and went through the proceedings and that.

6            THE COURT:  Okay.  And how did it get

7    resolved, Ms. Griego?

8            MS. GRIEGO:  He ended up getting a deferred

9    sentence.  They took into account the fact that he

10   has severe PTSD and mild traumatic brain injury.  And

11   he did probation and got counseling and help, and

12   he's doing real well right now.

13           THE COURT:  Anything about that experience

14   that would keep you from being fair and impartial to

15   the parties in this case?

16           MS. GRIEGO:  No.

17           THE COURT:  Thank you, Ms. Griego.

18           Anyone else had any relationship,

19   experience with the criminal justice system?

20           Mr. Swantner?  Pass it on down there to the

21   very end.  What's been your experience with the

22   criminal justice system?

23           MR. SWANTNER:  In about 1998 I was arrested

24   for assault in Denver.

25           THE COURT:  And those charges were dropped;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    correct?
 2            MR. SWANTNER:  Eventually, yeah.  I was
 3    booked, but it was later dropped.
 4            THE COURT:  Anything about that experience
 5    that would keep you from being fair and impartial to
 6    the parties in this case?
 7            MR. SWANTNER:  No.
 8            THE COURT:  Thank you, Mr. Swantner.
 9            Anyone else in the jury box that's had some
10    experience, relationship with the criminal justice
11    system?
12            All right.  Then let's go back there.  Is
13    that Mr. Saiz?
14            What's been your experience?
15            MR. SAIZ:  Yes, sir.  I was arrested for a
16    DV.  Those charges were dropped.
17            THE COURT:  Dropped.  Okay.
18            MR. SAIZ:  I was also a witness for -- in a
19    matter between family members.  They called me as a
20    witness for a restraining order between them, and I
21    don't know the outcome of that.
22            THE COURT:  Anything about those
23    experiences that would keep you from being fair and
24    impartial to the parties in this case, Mr. Saiz?
25            MR. SAIZ:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                THE COURT:  All right.
 2                Hand that mic back to Ms. Vazquez right
 3     behind you.  We'll get her.
 4                Ms. Vazquez, what's been your --
 5                MS. VAZQUEZ:  May I come up there and speak
 6     to you?
 7                THE COURT:  You may.
 8                Anyone else?  Right next to you.
 9                Ms. Campbell, what's been your experience
10     with the criminal justice system?
11                MS. CAMPBELL:  In 1996 my younger brother
12     was killed by a 16-year-old and he -- it ended up
13     being a plea deal so the perpetrator got -- I don't
14     know -- nine years, I think.
15                THE COURT:  All right.  Anything about that
16     experience that would keep you from being fair and
17     impartial to the parties in this case?
18                MS. CAMPBELL:  No.
19                THE COURT:  All right.  Thank you, Ms.
20     Campbell.
21                Anyone else back over here that's had some
22     experience with the criminal justice system?
23                All right.  Ms. Vazquez, why don't you make
24     your way up, and then we'll go to this side over
25     here.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I think Mr. Johnson has his hand up; is
 2     that correct, Mr. Johnson?  What's been your
 3     experience with the criminal justice system?
 4              MR. JOHNSON:  My wife was killed by a drunk
 5     driver in 2015.  The court is still pending.  It's
 6     constantly being delayed, and so I haven't had a very
 7     good experience so far with that.  So that's really
 8     all I can say, is that I think I could be fair and
 9     just, but I haven't had a good experience with the
10     court system at this point.
11              THE COURT:  All right.  I understand that.
12     But you do think you could be fair and impartial to
13     the parties in this case?
14              MR. JOHNSON:  Yes.
15              THE COURT:  All right.  Thank you, Mr.
16     Johnson.
17              Anyone else?  All right.  Just pass that
18     mic on down, and I may have to have a little help on
19     that back row.
20              Mr. Krohn, what's been your experience?
21              MR. KROHN:  Yes, Your Honor.  I was called
22     as an eyewitness before a grand jury in an armed
23     robbery case.
24              THE COURT:  And anything about that
25     experience that would keep you from being fair and
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    impartial to the parties in this case?

 2              MR. KROHN:  No, Your Honor.

 3              THE COURT:  Thank you, Mr. Krohn.  Is there

 4    someone else next to you?  Is it Mr. Bunnel?  No?

 5    Oh, right in front of you.  Is that Mr. Kennedy?

 6              MR. KENNEDY:  Yes, sir.

 7              THE COURT:  All right, Mr. Kennedy, what's

 8    been your experience with the criminal justice

 9    system?

10              MR. KENNEDY:  In 2014 I was arrested for

11    permitting a house party, as well as interference

12    with a peace officer.

13              THE COURT:  All right.  Anything about that

14    experience that would keep you from being fair and

15    impartial to the parties here?

16              MR. KENNEDY:  No, sir.

17              THE COURT:  Thank you, Mr. Kennedy.

18              Anyone else over here?  Mr. Medina, what's

19    been your experience with the criminal justice

20    system?

21              MR. MEDINA:  Yes, sir.  May I approach?

22              THE COURT:  You may.  Come on up.

23              Anybody else had any experience with the

24    criminal justice system that we haven't already

25    picked up?  Who else had their hand up?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

189

```
 1              Mr. Zink, what's been your experience with
 2    the criminal justice system?
 3              MR. ZINK:  In 2016 I was attacked and
 4    kidnapped and it went to court.
 5              THE COURT:  And what was the --
 6              MR. ZINK:  Good experience.
 7              THE COURT:  Good experience?
 8              MR. ZINK:  Well, not the kidnapping, but
 9    the court experience was a good experience.
10              THE COURT:  I think we understood.
11    Anything about that experience that would keep you
12    from being fair and impartial to the parties here?
13              MR. ZINK:  No.
14              THE COURT:  Thank you, Mr. Zink.
15              Anyone else that has been involved in any
16    court in a criminal matter that concerned yourself,
17    any member of your family, or a close friend, either
18    as a defendant, a witness, or a victim?  Anybody had
19    that experience?
20              Mr. Brugger, what's been your experience
21    with the criminal justice system?  Do you want to
22    approach?
23              MR. BRUGGER:  Yes.
24              THE COURT:  Anybody else been involved in
25    any court in a criminal matter that concerned
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    yourself, any member of your family, or a close
 2    friend, either as a defendant, a witness, or a
 3    victim, other than the three jurors we have up here?
 4              All right.  We've got a hand right back
 5    here.  I believe that's Ms. Solis.
 6              What's been your experience with the
 7    criminal justice system?
 8              MS. SOLIS:  My son was arrested for DUI and
 9    possession of drugs.
10              THE COURT:  And how did that get resolved?
11              MS. SOLIS:  The drug part was dropped, and
12    he did get the DUI.  So he had to do probation, and
13    get the interlock on his car.
14              THE COURT:  Anything about that experience
15    that would keep you from being fair and impartial to
16    the parties in this case?
17              MS. SOLIS:  No.
18              THE COURT:  All right.  Thank you,
19    Ms. Solis.
20              Anyone else ever been involved in any court
21    in a criminal matter that concerned yourself -- who
22    else had their hand up back here?  All right.  Is
23    that --
24              MR. KIMMICK:  I only had the one citation
25    that I wrote when I was working for the campus police
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    department, for public indecency.  And I had to --
2    well, if he hadn't peed on my leg, I wouldn't have
3    had to go through and write him a citation and
4    actually appear in front of the judge.  So that was
5    my only experience.  Not a very good campus police
6    officer.
7              THE COURT:  They've got some real crimes on
8    those universities.  Anything about that experience,
9    Mr. Kimmick, that would keep you from being fair and
10   impartial to the parties in this case?
11             MR. KIMMICK:  As long as they don't pee on
12   my leg, I guess I'll be just fine.
13             THE COURT:  Thank you, Mr. Kimmick.
14             Anyone else that's been involved in any
15   court in a criminal matter that concerned yourself,
16   any member of your family, or close friend, either as
17   a defendant -- all right, Ms. Riley?
18             MS. RILEY:  Yes.
19             THE COURT:  What's been your experience?
20             MS. RILEY:  When my son was 14, he staged a
21   protest at his school and refused to leave.  And so
22   they threw him out, and we had to go to court, and he
23   ended up getting probation for it.  I don't know if
24   that counts as criminal, but we did go to court for
25   it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  They arrested him and treated
2    him as?
3              MS. RILEY:  Yes, they took him out of the
4    school.  A police officer took him out of the school.
5              THE COURT:  So he was arrested and then
6    prosecuted for it?
7              MS. RILEY:  Well, yeah.  We had to go see
8    the judge for it in Estancia.
9              THE COURT:  Anything about that experience
10   that would keep you from being fair and impartial to
11   the parties in this case?
12             MS. RILEY:  I don't think so.
13             THE COURT:  Thank you, Ms. Riley.
14             Anyone else been involved in any court in a
15   criminal matter that concerned yourself, any member
16   of your family, close friend, either as a defendant,
17   a witness, or a victim that we haven't talked about?
18   We've got these three jurors here.
19             All right, Ms. Vazquez, if you'll come in
20   here, and if the lawyers will come up.
21             (The following proceedings were held at the
22   bench.)
23             THE COURT:  How are you, Ms. Vazquez?  Let
24   me get the attorneys up.
25             MS. VAZQUEZ:  So I've been arrested a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    couple times, tickets for one.  I was also arrested
2    for a domestic violence battery on a household
3    member, convicted of that one.  And then I've been
4    arrested for a DUI.  It was dismissed.  And they were
5    all over 10 to 15 years ago.
6               THE COURT:  Okay.  Anything about those
7    experiences that would keep you from being fair and
8    impartial to the parties here?
9               MS. VAZQUEZ:  No.
10              THE COURT:  All right.
11              MS. VAZQUEZ:  And then I did have a niece
12   that just got out of prison two years ago, my
13   husband's niece, but she's like the baby I raised,
14   sort of.  She did time for child abuse.
15              THE COURT:  Anything about your
16   relationship with her, what she did, that would keep
17   you from being fair and impartial to the parties
18   here?
19              MS. VAZQUEZ:  No.
20              THE COURT:  All right.  Mr. Beck?
21              MR. BECK:  I don't have any questions.
22              THE COURT:  Do the defendants in this case
23   have any questions?  Mr. Sindel?
24              MR. SINDEL:  Your husband's niece.
25              MS. VAZQUEZ:  My husband, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  But you're close to her?

 2              MS. VAZQUEZ:  Yes.

 3              MR. SINDEL:  Almost like you raised her?

 4              MS. VAZQUEZ:  Well, she lived with us, so

 5   she came as a girl of 10 or 13 or 14.  Because I have

 6   rules, she decided to go live with Grandma, who let

 7   her do whatever.  So that's how that went down, yeah.

 8              MR. SINDEL:  Was that a pretty big

 9   disappointment?

10              MS. VAZQUEZ:  It was.  It was sad.  We went

11   with her to court, we made contact with her while she

12   was in jail, just to check on her, put money on her

13   books, because we wanted to make sure she was okay in

14   there.

15              MR. SINDEL:  She's out now?

16              MS. VAZQUEZ:  She's been out for two years

17   now.

18              MR. SINDEL:  Doing good?

19              MS. VAZQUEZ:  Yeah, she's on probation.

20   She's got a family.  She's got a good job.

21              MR. SINDEL:  That's great.  So that's

22   somebody who went in, came out of it, and you think

23   may have learned something?

24              MS. VAZQUEZ:  Yeah.  She got her GED in

25   there; a lot of good things while she was in there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. SINDEL:  Before that, like you said,

2    you try to do your best, but it just wasn't working?

3          MS. VAZQUEZ:  Right.  Right.

4          MR. SINDEL:  Did she ever talk to you about

5    her experiences while she was in prison, things that

6    happened?

7          MS. VAZQUEZ:  No, not really her

8    experiences.  Just that it scared her and she don't

9    want to go back.  That's all she said.

10          MR. SINDEL:  It's a scary place, wouldn't

11    you agree?

12          MS. VAZQUEZ:  Yes.

13          MR. SINDEL:  When she went there, wouldn't

14    you say you were scared for her well-being?

15          MS. VAZQUEZ:  I was at times.

16          MR. SINDEL:  And her physical well-being?

17          MS. VAZQUEZ:  You hear stories, but you

18    don't know.

19          MR. SINDEL:  True or not?

20          MS. VAZQUEZ:  Yeah.

21          MR. SINDEL:  Sometimes they are, and maybe

22    sometimes they aren't.

23          MS. VAZQUEZ:  Right.

24          MR. SINDEL:  And is there anything at all

25    about the fact that she went through these

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

 1   experiences and shared them with you that you think

 2   would affect your ability -- because this is a prison

 3   case --

 4           MS. VAZQUEZ:  Okay.

 5           MR. SINDEL:  You know that; right?

 6           MS. VAZQUEZ:  Yes.

 7           MR. SINDEL:  And you know that all these

 8   events, almost all of them, occurred in the prison

 9   setting?

10           MS. VAZQUEZ:  Okay.

11           MR. SINDEL:  Okay.  So is there anything

12   about the fact that you were apprehensive or

13   concerned about your husband's niece that would cause

14   you any -- you know, bring those feelings back to you

15   and interfere --

16           MS. VAZQUEZ:  No.

17           MR. SINDEL:  You look really confident.

18           MS. VAZQUEZ:  No, I don't think so.  I

19   mean, I'm a social worker and I pride myself on being

20   unbiased and being nonjudgmental and looking at the

21   facts and everything.

22           MR. SINDEL:  That's good.  My mom was a

23   social worker.  She was biased and very judgmental.

24   I'm glad you're doing better than she is.

25           MS. VAZQUEZ:  I pride myself not being that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    way so...
 2            MR. SINDEL:  Thank you.
 3            THE COURT:  Anybody else?  Any other
 4    defendant?
 5            Ms. Vazquez, thank you very much.  I
 6    appreciate it.
 7            Mr. Medina.
 8            MR. MEDINA:  Sir, I'm on a first-name
 9    basis.
10            THE COURT:  I'll still call you Mr. Medina.
11            MR. SINDEL:  Okay.  Here's the deal, Mr.
12    Medina:  You're going to get this seat eventually.
13            THE COURT:  Do you want my robe?
14            MR. MEDINA:  No way.
15            THE COURT:  I like you a lot.  It's been a
16    long time since I've been called too small.
17            MR. MEDINA:  No way you're getting off now.
18            THE COURT:  What's been your relationship
19    with the criminal justice system?
20            MR. MEDINA:  One of my wife's -- her
21    brothers -- one of them was arrested for a beating,
22    and he served 18 months' probation.  And then the
23    sentence was deferred.
24            And then my older brother, who was a
25    corrections officer, I think -- he wasn't so much
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    convicted, but they made him resign for, like, a
 2    domestic violence so that's why he had to leave the
 3    Corrections Department.
 4              And my two daughters and two of my nieces
 5    were molested by the same person.
 6              And as far as being just, I don't think --
 7    I would have done a lot worse than what was handed
 8    down, but it is what it is.  So...
 9              THE COURT:  Given those experiences,
10    anything about them that you think would keep you
11    from being fair and impartial in this case?
12              MR. MEDINA:  No, not really.
13              THE COURT:  Okay.  Is there something in
14    the back of your mind that makes you think you might
15    go one way or another?
16              MR. MEDINA:  No, you --
17              THE COURT:  You can be fair to everybody in
18    this room?
19              MR. MEDINA:  Yes, in this case.  If it were
20    a different type of case, probably not.
21              THE COURT:  But in this case, you think you
22    could be fair and impartial?
23              MR. MEDINA:  I do.
24              THE COURT:  Mr. Beck?
25              MR. BECK:  Mr. Medina, when did your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    brother work at Southern?

 2              MR. MEDINA:  Oh, it's going to be about,

 3    I'm going to say, a good 10 years ago.

 4              MR. BECK:  So that would have been 2008?

 5              MR. MEDINA:  Around there, yeah, because --

 6    I'm going to say maybe 10, 12 years ago, yeah.

 7              MR. BECK:  And for how long did he work

 8    there?

 9              MR. MEDINA:  Fifteen years.  Five years

10    short of retirement.

11              MR. BECK:  And is there anything about his

12    resignation there that would cause problems for you

13    in this case if you hear there were prison gangs and

14    incidents took place in prison?

15              MR. MEDINA:  No, he never spoke to me

16    personally about work.

17              MR. BECK:  That's all I've got.

18              THE COURT:  Mr. Sindel?

19              MR. SINDEL:  What's your brother's name?

20              MR. MEDINA:  George K. Medina, Jr.

21              MR. SINDEL:  George K. Medina, Jr.?

22              MR. MEDINA:  Yes, sir.

23              MR. SINDEL:  Was he just a corrections

24    officer?

25              MR. MEDINA:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SINDEL:  Was he in the STG unit, do you
 2    know?
 3              MR. MEDINA:  What's that?
 4              MR. SINDEL:  I guess not, if you answered
 5    that --
 6              MR. MEDINA:  I know he was a sergeant.
 7              MR. SINDEL:  What's his name?
 8              MR. MEDINA:  George K. Medina, Jr.
 9              MR. SINDEL:  He was sort of forced to
10    resign?
11              MR. MEDINA:  Well, he resigned so he could
12    be able to move on.
13              MR. SINDEL:  You said you never talked
14    about his experience in prison?  Did you ever want to
15    about his experience?
16              MR. MEDINA:  No.
17              MR. SINDEL:  And you talked about this
18    really horrible situation about the two daughters?
19              MR. MEDINA:  Yes.
20              MR. SINDEL:  When you said there is a
21    certain kind of case that you can't --
22              MR. MEDINA:  Yeah.
23              MR. SINDEL:  That's it?
24              MR. MEDINA:  Yeah.
25              MR. SINDEL:  That's not it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. MEDINA:  No, absolutely not.
2              MR. SINDEL:  All right, Mr. Medina.  It's
3    always nice to see you.
4              MR. MEDINA:  I'll be here again.
5              THE COURT:  Anyone else?
6              All right.  Thank you, sir.
7              Mr. Brugger.  What's been your --
8              MR. BRUGGER:  In 2012 I had three years'
9    unsupervised probation on a misdemeanor.
10             THE COURT:  What's the misdemeanor?
11             MR. BRUGGER:  It was possession of obscene
12   material.
13             THE COURT:  And is there anything about
14   that experience that would keep you from being fair
15   and impartial to the parties here?
16             MR. BRUGGER:  No.
17             THE COURT:  Mr. Beck?
18             MR. BECK:  Is that the only time that
19   you've been charged, in 2012?
20             MR. BRUGGER:  Yeah, it was over something
21   in 2009, because it took that long to go to trial.
22   It never went to trial, because I pled it out,
23   because I had already moved to New Mexico.  Probably
24   if it went to trial, there wouldn't have been any
25   evidence.  Really what I had was not illegal in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   state; only in Tennessee.
 2              MR. BECK:  So if I understand, you were
 3   arrested in 2009, and then the case wasn't resolved
 4   or completed until 2012?
 5              MR. BRUGGER:  Yes.
 6              MR. BECK:  Was it pled to a misdemeanor?
 7              MR. BRUGGER:  Yes.
 8              MR. BECK:  That's all.
 9              THE COURT:  Thank you, Mr. Beck.
10              Mr. Sindel?
11              MR. SINDEL:  I'm sorry, I didn't hear what
12   state.
13              MR. BRUGGER:  Tennessee.
14              MR. SINDEL:  And when you were
15   unsupervised, you didn't have to report?
16              MR. BRUGGER:  No.
17              MR. SINDEL:  All you had to do was count
18   down --
19              MR. BRUGGER:  Count down the time.
20              MR. SINDEL:  Get it over with?
21              Thank you, sir.
22              THE COURT:  Anybody else have anything?
23              MR. BECK:  I do.  If in this case there is
24   testimony or evidence about problems for people in
25   the prison who have some obscene material and bad
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    things happen to those people, will those allegations
 2    or that evidence cause you problems in listening to
 3    the evidence in this trial?
 4              MR. BRUGGER:  No, not at all.
 5              THE COURT:  Anything else, Mr. Beck?
 6              MR. BECK:  No, Your Honor.
 7              THE COURT:  Anybody else?  All right.
 8              Thank you, Mr. Brugger.  I appreciate it.
 9              MR. BRUGGER:  Can I say something?  I told
10    you about that murder trial in Pennsylvania.  You may
11    know who the prosecuting attorney was.  Tom Ridge.
12              THE COURT:  Oh, okay.  All right.  You got
13    to see a good show.
14              Ms. Campbell.
15              MS. CAMPBELL:  In 2009 my son was a senior
16    in high school, and he got in trouble for having a
17    gun in the trunk of his car, so he was arrested and
18    unable to finish high school.  He did graduate, but
19    he wasn't able to participate in anything, and then
20    it was a conditional release, so it was off his
21    record after he completed 18 months, or whatever.
22              THE COURT:  Anything about that experience
23    that would keep you from being fair and impartial to
24    the parties in this case?
25              MS. CAMPBELL:  No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Mr. Beck?
 2              MR. BECK:  Ms. Campbell, will you remind
 3    me, were you the one who had the brother killed?
 4              MS. CAMPBELL:  Yes.
 5              MR. BECK:  And I think you said that there
 6    was a plea deal in that case?
 7              MS. CAMPBELL:  Yes.
 8              MR. BECK:  How did you feel about the
 9    murder plea in that case?
10              MS. CAMPBELL:  I was glad he got some time.
11    In those days, a lot of cases, they were not finding
12    people guilty.  So I was glad that there was some
13    time given to him.
14              MR. BECK:  Was there anything about the
15    resolution that you were not glad about?
16              MS. CAMPBELL:  Which part?
17              MR. BECK:  I mean, you said you were glad
18    he got some time.  Was it overall a good or bad
19    experience?
20              MS. CAMPBELL:  It was a horrible
21    experience.
22              MR. BECK:  Well, that was a stupid
23    question.  I mean, there is nothing about him in
24    pleading out to less time that really caused you more
25    grief or made you not like the court system?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. CAMPBELL:  Oh, no.

 2              MR. BECK:  That's all.

 3              THE COURT:  Mr. Sindel.

 4              MR. SINDEL:  Did you feel like he got a

 5    deal that was better than he deserved?

 6              MS. CAMPBELL:  No, I was just glad that he

 7    got some time.

 8              MR. SINDEL:  Okay.  And was it something he

 9    had to do in order to get a lower sentence?

10              MS. CAMPBELL:  He had to plead guilty to

11    second-degree murder.

12              MR. SINDEL:  So it was murder in the second

13    degree?

14              MS. CAMPBELL:  Yes.

15              MR. SINDEL:  And they reduced the charge

16    because of that?

17              MS. CAMPBELL:  Yeah.

18              MR. SINDEL:  Did he do anything in terms of

19    cooperating with the police or in terms of other

20    people, what happened, or anything like that?

21              MS. CAMPBELL:  They were trying to charge

22    two different people, and so I think the second guy

23    got less of a sentence, or he got off, and then they

24    got the one guy.  I think other people pled against

25    him, so then he finally pled to second degree.  Then
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    the other guy got off, or something like that.  I
 2    don't remember about the other guy so much.
 3              MR. SINDEL:  Were you pretty convinced that
 4    he deserved what he got?
 5              MS. CAMPBELL:  Yes.
 6              MR. SINDEL:  Absolutely; right?
 7              MS. CAMPBELL:  Yes.
 8              MR. SINDEL:  Now, you understand that when
 9    somebody enters a plea of guilty, it's not exactly a
10    finding of guilt; they say, "I did it"?
11              MS. CAMPBELL:  Yes.
12              MR. SINDEL:  And what we're doing here is
13    for you to determine whether someone did something
14    wrong and there was a criminal act and that the State
15    has proved the case beyond a reasonable doubt.
16              MS. CAMPBELL:  Yes.
17              MR. SINDEL:  So you understand there is a
18    major distinction when somebody says, "I did it," and
19    when somebody else says, "I don't think you can prove
20    it; I want my day in court"?
21              MS. CAMPBELL:  Yes.
22              MR. SINDEL:  Okay.  And you're able to do
23    that and carry out that responsibility?
24              MS. CAMPBELL:  I think so.
25              MR. SINDEL:  I think so, too.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Thank you, Mr. Sindel.
 2              Anybody else?  All right.  Thank you, Ms.
 3   Campbell.
 4              Why don't y'all stand here and see if there
 5   is anybody else.
 6              (The following proceedings were held in
 7   open court.)
 8              THE COURT:  Before counsel move back to
 9   their seats, have you ever been involved in any court
10   in a criminal matter that concerned yourself, any
11   member of your family or a close friend, either as a
12   defendant, a witness, or a victim that we haven't
13   already talked about?
14              All right, Mr. Medina.  Do you need to come
15   back up here?
16              MR. MEDINA:  Yes, sir.
17              (The following proceedings were held at the
18   bench.)
19              MR. MEDINA:  I apologize, but I forgot that
20   I do have a workmen's comp lawyer at this time.
21              THE COURT:  Generally that's a civil
22   matter.
23              MR. MEDINA:  Okay.
24              THE COURT:  Do you have any more criminal
25   matters that involve you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. MEDINA:  No, just that I completely
 2      forgot.  I apologize.
 3              THE COURT:  Thank you, Mr. Medina.
 4              MR. COOPER:  See you in a minute.
 5              (The following proceedings were held in
 6      open court.)
 7              THE COURT:  All right.  Once again, have
 8      you been involved in any court in a criminal matter
 9      that concerned yourself, any member of your family,
10      or a close friend, either as a defendant, witness, or
11      a victim that we haven't already talked about?
12              All right.  I'm going to leave the lawyers
13      right here, because I'm going to ask another
14      question.  And again, if you don't understand the
15      question or you want to discuss it here up at the
16      bench, please indicate and you can come up to the
17      bench.
18              But the case may involve some evidence
19      regarding illegal drugs or narcotics.  And if you
20      want to talk about it in front of everybody, that's
21      fine, because a lot of times we have family members
22      or something, and it's not a big deal.  But if
23      someone has something they want to discuss up here.
24              But the question is:  Have you had any
25      experience involving yourself, any member of your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    family, or a close friend that relates to the use or
 2    possession of illegal drugs or narcotics?  Anybody
 3    had that experience.
 4              All right.  How about, let's do this.  Is
 5    there anybody that needs to speak to us at the bench
 6    while I've got all the lawyers up here?
 7              Everybody can talk about it?  Ms. Vazquez,
 8    do you want to come up here?  All right.  Anybody
 9    that needs to come up here, come on now, while I've
10    got all the attorneys up here.
11              While she's coming up, anybody else have
12    that experience?  Let's hear from you, Mr. Zink.
13              MR. ZINK:  I need to come up.
14              THE COURT:  All right.  Ms. Garcia, if
15    you'll come up right here.
16              (The following proceedings were held at the
17    bench.)
18              MS. GARCIA:  I had a niece that was
19    involved in drug trafficking.  My niece was running
20    drugs out of San Juan County, or into the county.
21    They were running them from Las Vegas, Nevada, into
22    San Juan County.  This has been three years ago.  She
23    eventually became involved in a gang out of
24    California.  There were issues in San Juan County.
25    She had been subpoenaed to show up in court.  I don't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    know all the circumstances, but she committed suicide
 2    prior to the trial.  So that is something that our
 3    family is involved in.
 4              THE COURT:  Sure.  Well, a very sad story.
 5              MS. GARCIA:  It is.
 6              THE COURT:  Is there anything about that
 7    experience that would keep you from being fair and
 8    impartial to the parties in this case?
 9              MS. GARCIA:  No, no.  I mean, I've worked
10    with groups in San Juan County, San Juan Family
11    Preservation, working with displaced youths and first
12    offenders, trying to alleviate some of the problems.
13    So I've worked both ends of the spectrum.  I've seen
14    how it affected her, and I've seen the good side of
15    some of the young adults that we've saved there.
16    That is an issue that my family was involved in.
17              THE COURT:  All right.  Thank you,
18    Ms. Garcia.
19              Mr. Beck.
20              MR. BECK:  Thank you, Ms. Garcia.  In this
21    case, if you hear testimony -- and I'm sure you've
22    kind of gotten onto this, that there is a gang, that
23    the gang is involved in drug trafficking -- will you
24    still be able to maybe set aside your personal
25    experiences and presume these men innocent until
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1    proven guilty?

2             MS. GARCIA:  I probably will be able to.

3    My niece made her choices, and we've as a family

4    dealt with that.  I take everything and look at

5    things objectively.  I think I'm an objective person,

6    but she -- again, she made her choices.  I don't know

7    exactly what all this is about, but I think I can be

8    impartial.

9             MR. BECK:  Okay.  And it sounds like it.

10   So if there is evidence in this case that there is a

11   gang and that the gang deals in drugs, you know,

12   deals in drugs, it sounds like you still think you'd

13   be able to set aside your previous experience with

14   your niece and just listen to the evidence here in

15   court and judge these gentlemen fairly.

16            MS. GARCIA:  Yes.

17            THE COURT:  Mr. Sindel.

18            MR. SINDEL:  Hi, there.

19            MS. GARCIA:  Hi.

20            MR. SINDEL:  The situation with your

21   niece -- how long did it go on for?

22            MS. GARCIA:  She started -- she got

23   involved in gangs when she was about 14.  She

24   committed suicide when she was 18.  The minute she

25   turned 18, she was 18 and a few days, but she was
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    supposed to appear in court, and we assumed that it
 2    was something that she was trying to avoid.
 3              MR. SINDEL:  Court?
 4              MS. GARCIA:  Going to court.
 5              MR. SINDEL:  These are difficult things,
 6    tough for you, though.
 7              MS. GARCIA:  That's fine.
 8              MR. SINDEL:  But was her suicide -- did it
 9    involve drugs, as well?  Did she take an overdose?
10              MS. GARCIA:  No, she shot herself.  But
11    they said after the autopsy that she probably hadn't
12    eaten in three or four days; all she had done was
13    drugs.  She killed herself in Las Vegas, Nevada, so,
14    you know, there was never a trial.  We didn't -- I'm
15    sure my brother-in-law and sister saw the report.  I
16    didn't.  They just told us this after the fact.
17              MR. SINDEL:  So they basically talked with
18    you about it?
19              MS. GARCIA:  Um-hum.
20              MR. SINDEL:  What do you do for a living?
21              MS. GARCIA:  I was a human resource
22    business partner for Williams.
23              MR. SINDEL:  Sounds like it.
24              MS. GARCIA:  I've been in human resources
25    for 35 years.  But I'm retired.  Thank you.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

213

```
 1    retired two years ago April.
 2              MR. SINDEL:  Well, great.
 3              MS. GARCIA:  So all I'm doing is hanging
 4    out.
 5              MR. SINDEL:  So that job also deals with
 6    the individuals struggling with crisis in their
 7    lives?
 8              MS. GARCIA:  Every day.
 9              MR. SINDEL:  And part of what you had to do
10    was reach out to those people when they came to you
11    for assistance and help?
12              MS. GARCIA:  Yes.
13              MR. SINDEL:  Do you feel that because this
14    case is going to involve drugs and you have at least
15    professional -- my guess is you took it personal,
16    sometimes -- that that would have an effect on your
17    ability to sit and listen to the evidence in this
18    case, because it does involve drugs?
19              MS. GARCIA:  I have sat through -- because
20    of my experience in human resources, we sat through
21    several trials, and I didn't come forward on that
22    because it wasn't personal; it was professional.  But
23    we sat through several trials.  Normally an employee
24    is suing the company for termination.  And I feel I
25    was always objective because I have to look at it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   from -- as an employee, not the case that -- I was an
 2   advocate for our employees.  I was working for
 3   Williams, of course, but I had to be the advocate for
 4   the employee when corporate was, you know, against
 5   the employee.  I had to look at it very objectively,
 6   because I had to take care of my employee.  That was
 7   my job at HR.  And a lot of people don't realize
 8   that.  But that is what a human resource person does.
 9   I'm taking care of the employee.
10          MR. SINDEL:  That's a tough job, I have to
11   tell you.
12          MS. GARCIA:  It was.  But I was okay.  I
13   knew, going in, what the outcome was going to be 90
14   percent of the time.
15          MR. SINDEL:  And what the outcome would be
16   90 percent of the time was?
17          MS. GARCIA:  The company was usually right.
18          MR. SINDEL:  Or got their way?
19          MS. GARCIA:  Or got their way.  But again,
20   I knew, because if you are a good human resource
21   person and you know the law, you can go into it and
22   tell your company personnel, "You have violated every
23   EEOC violation possible.  She's Hispanic, she's over
24   40, and she was replaced by a man.  How is that going
25   to go over?"  Am I supposed to tell the company that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Yes.

2          MR. SINDEL:  It sounds to me like you did a

3   great job and I perceive that you're a dynamo.  You

4   can't reach the microphone?

5          MS. GARCIA:  I can't.

6          MR. SINDEL:  But I can tell you, your voice

7   was heard.  Is there anything at all about this

8   entire collection of experiences -- in fact, you're

9   going to hear about dangerous drugs, about overdoses,

10  you're going to hear probably something about

11  cocaine.  These are dangerous drugs, and we hear

12  about it almost every day.  Is there anything about

13  the fact that you in your personal life, in your

14  professional life, and just as a citizen of this

15  country, that would cause you a difficulty to listen

16  to this case because it involved those things that

17  resonate in your heart and in your mind?

18         MS. GARCIA:  I am scared to death of those

19  guys.  I have no doubt.  I am scared to death what

20  they're doing in society today.  But I don't know any

21  of you.  I don't know any of the gentlemen sitting

22  there.  I don't know anything about this case.  I

23  have to sit there with everybody else besides you

24  guys.  I have to sit there and reason out what you're

25  telling me.  Yes, I am scared of drugs.  I am also

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   scared of child abuse.  I'm also scared of
 2   pedophilia.  I'm also scared of all these horrible
 3   things that are going on in the world.  But I'm smart
 4   enough to know that -- everybody that comes to court
 5   is not guilty of what they're accused of.  In HR, I
 6   lived it every single day, and sometimes it hurt
 7   because I may not have known it, but it may not have
 8   turned out the way I would have wanted it to, and I
 9   had to live with it.
10            MR. SINDEL:  We all do.  Thank you so much
11   for your time.  I'm going to hire you some day.
12            MR. COOPER:  I'm just curious.  What does
13   Williams do?  What kind of company?
14            MS. GARCIA:  It's an energy company.
15            MR. COOPER:  In San Juan County?
16            MS. GARCIA:  It was, but I covered
17   Colorado, Wyoming, Kansas, Michigan, Arizona, and all
18   of New Mexico.
19            MR. COOPER:  Do you still live in San Juan
20   County?
21            MS. GARCIA:  I do.
22            MR. COOPER:  Farmington?  Aztec?
23            MS. GARCIA:  Bloomfield.  And in Mora,
24   we're renovating my family home.
25            MR. COOPER:  Your family is from Mora?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. GARCIA:  We're renovating a home up
 2    there.
 3              MR. COOPER:  I have a friend that just did
 4    that.
 5              MS. GARCIA:  In Mora?
 6              MR. COOPER:  Moved back to Mora.  Do you
 7    believe it?
 8              MS. GARCIA:  I can because --
 9              MR. COOPER:  It's beautiful.  She puts her
10    photographs up on Facebook every day.  She and her --
11              MS. GARCIA:  I'm afraid I know that friend.
12    I do know that friend.  But yeah, I am going to learn
13    and process and maybe even go home.  I don't know
14    what we're doing here.
15              THE COURT:  Any other defendant have any
16    other questions?
17              Why don't we take a break?  I need to give
18    Ms. Bean a break.  I'll pick you up after the break,
19    Mr. Zink.
20              (The following proceedings were held in
21    open court.)
22              THE COURT:  All right.  So I think we're
23    going to take a break.  I need to give Ms. Bean a
24    break, so we'll take a 15-minute break.  This is the
25    first one in the afternoon.  I want to remind you of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    a few things that are especially important.

2             Until the trial is completed -- and again,

3    we haven't really started it -- you're not to discuss

4    the case with anyone, whether it's members of your

5    family, people involved in the trial, or anyone else.

6    And that includes your fellow jurors.  Talk about

7    something else than what's going on in the courtroom.

8    If anyone approaches and tries to discuss the trial

9    with you, please let me know about it immediately.

10            Also, you must not read or listen to any

11   news reports of the trial.  Again, please don't get

12   on your phones or the internet or anything until --

13   at any time and do any research for purposes of this

14   case.

15            And finally, remember that you must not

16   talk about anything with any person who is involved

17   in the trial, even if it doesn't have anything to do

18   with the trial.  If you need to speak with me, simply

19   give a note to one of the court security officers.

20   They're the folks in the blue jackets in the

21   building.

22            And I'll try not to repeat these every time

23   we take a break, but I am going to do it at the

24   beginning so we get in the groove of this because

25   it's extremely important.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                                 1-800-669-9492
                                                                        e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              Again, stay outside of the courtroom.
 2    Ms. Wild, Ms. Bevel will come out and get you.  Take
 3    your belongings with you, and we'll come get you when
 4    we're ready to seat everybody.  But when you come
 5    back in, we'll ask you to be seated in the same seats
 6    that you've been seated so far.
 7              All right.  See you in about 15 minutes.
 8              (The venire panel left the courtroom.)
 9              THE COURT:  All right.  We'll be in recess
10    about 15 minutes.  Lawyers, you're certainly welcome
11    to use the jury restroom here on the side if you
12    don't want to mingle out there in the front.  So
13    we'll be in recess about 15 minutes.
14              (The Court stood in recess.)
15              THE COURT:  Let's go on the record.  Let's
16    just make sure everybody has got counsel, all the
17    defendants are in the room.  I'm going to bring the
18    jury in.  I'm still looking for two of them, but
19    let's go ahead and bring them in.
20              Y'all just go back to the seat you've been
21    sitting in all day.  That will help the Court with
22    its continued questioning.
23              All right.  So let me have the attorneys
24    back up.
25              Mr. Zink, you were going to be here.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1            And while they're coming up, let me ask the

2    question again.  Have you had any experience

3    involving yourself, any member of your family, or any

4    close friend that relates to the use or possession of

5    illegal drugs or narcotics?  Anybody had that

6    experience?

7            All right, Ms. Reser, what's been your

8    experience?

9            Ms. Reser raised her hand.  If you'll give

10   the microphone to her, she had something.

11           MS. RESER:  Yes.  My younger daughter was

12   into illegal drugs.  She was smoking marijuana and

13   she used methadone, and was later killed by a drunk

14   driver.

15           THE COURT:  All right.  Well, I'm very

16   sorry to hear that, Ms. Reser.  Is there anything

17   about those experiences that would keep you from

18   being fair and impartial to the parties in this case?

19           MS. RESER:  I can be fair.

20           THE COURT:  You can be fair and impartial

21   to everyone in the room?

22           MS. RESER:  Yes, absolutely.

23           THE COURT:  I thank you, Ms. Reser.

24           Anyone else that has experience with

25   illegal narcotics or drugs?



SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                    FAX (505) 843-9492
                                                                          1-800-669-9492
                     BEAN & ASSOCIATES, Inc.
                     PROFESSIONAL COURT                  e-mail: info@litsupport.com
                     REPORTING SERVICE

```
 1              Let's go back over here.  Ms. Vazquez,
 2    what's been your experience or relationship with
 3    illegal drugs or narcotics?
 4              MS. VAZQUEZ:  Like I spoke to you guys
 5    about before, my niece, my husband's niece, she had
 6    gotten charges for trafficking methamphetamines.
 7              THE COURT:  All right.  Anything about that
 8    experience that would keep you from being fair and
 9    impartial to the parties in this case?
10              MS. VAZQUEZ:  No, sir.
11              THE COURT:  Thank you, Ms. Vasquez.
12              Anybody else back there?  Ms. Campbell?
13              MS. CAMPBELL:  There's a few people in my
14    family that deal with heroin addiction.
15              THE COURT:  Anything about your
16    relationship with them, what they're dealing with,
17    that would keep you from being fair and impartial to
18    the parties in this case?
19              MS. CAMPBELL:  No.
20              THE COURT:  Thank you, Ms. Campbell.
21              Anyone back over here?  Anybody have their
22    hand up?
23              Ms. Nitterauer, what's been your
24    experience?
25              MS. NITTERAUER:  During the '60s, I did do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    some experimentation myself, and I quit that in '74
 2    when I got my nursing license, because nothing will
 3    ever, ever get in the way of that.
 4              And my nephew was incarcerated for many
 5    years for interstate trafficking and guns and drugs.
 6    And I worked in chemical dependency treatment in
 7    three different settings.
 8              THE COURT:  All right.  Anything about
 9    those experiences that would keep you from being fair
10    and impartial to the parties in this case?
11              MS. NITTERAUER:  No.
12              THE COURT:  Thank you, Ms. Nitterauer.
13              Ms. Duncan, what's been your experience?
14              MS. DUNCAN:  I have a nephew that is
15    addicted to drugs and stole a great deal of property
16    and money from his parents.
17              THE COURT:  All right.  Anything about that
18    experience, your relationship with that part of your
19    family, that would keep you from being fair and
20    impartial to the parties in this case?
21              MS. DUNCAN:  No, sir.
22              THE COURT:  Thank you, Ms. Duncan.
23              Anyone else over here?  Let's go to the row
24    in the back.
25              Mr. Donart, did you have your hand up?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Mr. Hinson, did you have your hand up
 2      again?
 3              MR. MOORE:  Mr. Moore again.  I have a
 4      couple cousins in the past who have been addicted to
 5      drugs and have gotten into all kinds of trouble.  One
 6      died and the other one is clean.
 7              THE COURT:  The other one is clean?
 8              MR. MOORE:  Yeah.
 9              THE COURT:  Anything about their
10      experiences, your relationship with them that would
11      keep you from being fair and impartial to the parties
12      in this case?
13              MR. MOORE:  No, Your Honor.
14              THE COURT:  Thank you, Mr. Moore.
15              Did you have your hand up, Mr. Hinson?
16              MR. HINSON:  I was arrested in 2014 for
17      possession of Ecstasy and cocaine.  I went through
18      the preprosecution program, did my probation, no
19      conviction.
20              THE COURT:  Anything about that experience
21      keep you from being fair and impartial to the parties
22      in this case?
23              MR. HINSON:  No.
24              THE COURT:  Thank you, Mr. Hinson.
25              Anyone else over here?  I thought I saw one
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    more hand up.
 2             Mr. Johnson, what's been your experience,
 3    relationship with illegal drugs?
 4             MR. JOHNSON:  First of all, I've been clean
 5    and sober for 35 years.  As a social worker, I've
 6    worked in counseling and a lot of work like that.
 7    Over the years, part of the past 20 years, I've been
 8    involved as a counselor to that type of population.
 9             THE COURT:  All right.  Anything about that
10    experience, your experience, what you have
11    experienced that would keep you from being fair and
12    impartial, Mr. Johnson?
13             MR. JOHNSON:  No.
14             THE COURT:  Thank you, Mr. Johnson.
15             Anyone else?
16             All right, Ms. Lee, what's been your
17    experience?
18             MS. LEE:  My ex-husband was addicted to
19    crack for 10 years or so, in and out of rehab
20    centers, and in the Otero detention center a few
21    times.
22             THE COURT:  Anything about your
23    relationship with him, his experiences, that would
24    keep you from being fair and impartial to the parties
25    in this case?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. LEE:  No, I don't think so.
 2              THE COURT:  Thank you, Ms. Lee.
 3              Anyone else over here have their hands up?
 4    Anyone else?  Let me repeat the question.
 5              All right, Ms. Solis.
 6              MS. SOLIS:  Again, my son -- basically
 7    throughout his teen years, he was doing a lot of
 8    drugs, which I almost lost him a couple of times,
 9    till this last one when he got the DUI.  So he's 25
10    and he's doing much better.
11              THE COURT:  All right.  Anything about your
12    relationship with him, his experiences, that would
13    keep you from being fair and impartial to the parties
14    in this case?
15              MS. SOLIS:  Not at all.
16              THE COURT:  Thank you, Ms. Solis.  Anyone
17    else?  Let me sort of repeat the question.  Have you
18    had any experience involving yourself, any member of
19    your family, or any close friend that relates to the
20    use or possession of illegal drugs or narcotics that
21    we haven't already talked about?
22              All right.  I'm going to talk to Mr. Zink
23    here.
24              (The following proceedings were held at the
25    bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. ZINK:  I just completed a six-month
 2      in-house rehab in November.
 3              THE COURT:  And what was that for?
 4              MR. ZINK:  Meth.
 5              THE COURT:  For meth.  How are you today?
 6              MR. ZINK:  Better on Saturday.
 7              THE COURT:  Is it better?
 8              MR. ZINK:  Oh, yeah, a lot better.
 9              THE COURT:  I'm glad for you.
10              MR. ZINK:  Thank you.
11              THE COURT:  That's a tough one.  A lot of
12      men that are back there have drug problems and don't
13      do as well as you're doing.
14              MR. ZINK:  I'm doing well.
15              THE COURT:  I'm proud of you.  Anything
16      about your experience that would keep you from being
17      fair and impartial to the parties in this case?
18              MR. ZINK:  No, I don't think so.
19              THE COURT:  Mr. Beck?
20              MR. BECK:  In this case there may likely be
21      some allegations of drug use inside the prison and
22      outside the prison.  Given your past experiences, do
23      you tend to think you'll have a hard time hearing
24      that testimony?
25              MR. ZINK:  No, I don't think so.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. BECK:  And would you tend to believe or
2     disbelieve those allegations, one way or the other,
3     if you heard that some of these men were in prison at
4     one time?
5              MR. ZINK:  No, I wouldn't even believe them
6     or not believe them, depending on what the proof is.
7              MR. BECK:  And if the judge instructs you
8     that you're to set aside not necessarily all of your
9     experience but at least the past experiences and the
10    drugs and listen to the evidence and information
11    that's presented just in this trial and decide these
12    men's guilt or not guilty, would you be able to do
13    that in this case?
14             MR. ZINK:  I believe so.
15             THE COURT:  Thank you, Mr. Beck.
16             MR. SINDEL:  I've got a lot of tough
17    questions.  Don't get angry at me.  But I think there
18    are some questions that I need know to do my job.
19             MR. ZINK:  Okay.
20             MR. SINDEL:  How long were you involved in
21    addictive drugs?
22             MR. ZINK:  Six years, so a long time.
23    Um-hum.
24             MR. SINDEL:  And the methamphetamine that
25    you got, did you buy it from individuals on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    street, or did you have a supplier that gave it to
 2    you on a regular basis?  I'm not asking for names.
 3              MR. ZINK:  I got it from a supplier on a
 4    regular basis.
 5              MR. SINDEL:  It was revolved in some way to
 6    give you the use of those drugs?
 7              MR. ZINK:  Yes.
 8              MR. SINDEL:  When you said to yourself,
 9    I've had it, it's enough, there isn't -- there is no
10    floor anymore?
11              MR. ZINK:  Yeah.
12              MR. SINDEL:  How did you feel about that
13    person who had been supplying your drugs for six
14    years?
15              MR. ZINK:  I took responsibility myself, so
16    I didn't blame them.
17              MR. SINDEL:  Were you ever involved -- this
18    person obviously was a criminal; right?  He was
19    selling you drugs.
20              MR. ZINK:  Um-hum.
21              MR. SINDEL:  As far as you knew, he was
22    selling drugs to other people?
23              MR. ZINK:  Um-hum.
24              MR. SINDEL:  That's how he made a living or
25    whatever?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

229

```
 1                MR. ZINK:  Yes.
 2                MR. SINDEL:  Did you yourself ever consider
 3     selling drugs because of your habit and because of
 4     your need to supply yourself?
 5                MR. ZINK:  No.
 6                MR. SINDEL:  Good.  Good.  I think that's a
 7     major step in getting through the process you had to
 8     go through.  If -- there will be testimony, not a
 9     lot, but there will be some testimony about
10     methamphetamine.  I believe they call it shards?
11                MR. ZINK:  Um-hum.
12                MR. SINDEL:  You've heard that expression?
13                MR. ZINK:  Um-hum.
14                MR. SINDEL:  When you decided to go into
15     treatment --
16                MR. ZINK:  Um-hum.
17                MR. SINDEL:  -- why, what was the
18     motivating factor in your life that you said, "I
19     can't do this anymore"?
20                MR. ZINK:  I couldn't get past the
21     three-month mark of getting clean, so I went in to
22     learn a way to do it long-term.
23                MR. SINDEL:  And that's part of inpatient,
24     is about learning how to do it?
25                MR. ZINK:  Um-hum.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. SINDEL:  One more question.  I'm asking
2    really personal stuff.  I apologize.
3              MR. ZINK:  That's all right.
4              MR. SINDEL:  Because that's part of the
5    recovery?
6              MR. ZINK:  Yes.
7              MR. SINDEL:  I understand.  And is it a
8    fight every day?
9              MR. ZINK:  No, it's not.
10             MR. SINDEL:  That's great.
11             MR. ZINK:  Yeah, I have given the glory to
12   God.
13             MR. SINDEL:  You've learned a lot of that
14   yourself?
15             MR. ZINK:  Um-hum.
16             MR. SINDEL:  And there may be things that
17   happen in this trial that resonate and recover
18   certain memories that are deep and dark and purple in
19   your life.  If that happens, would you be able to
20   say, "Look, that was my life then; I can function as
21   a juror now"?
22             MR. ZINK:  Yeah.  I talked to my therapist
23   about it on Thursday before I came, and he thought it
24   was a good idea that I do participate.
25             MR. SINDEL:  And the final one is:  Did you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    find that within the community that you often had
 2    traveled in that you couldn't trust people?
 3              MR. ZINK:  Yeah.
 4              MR. SINDEL:  And that they would lie to
 5    you?
 6              MR. ZINK:  Yeah.
 7              MR. SINDEL:  And try to manipulate you?
 8              MR. ZINK:  Sure.
 9              MR. SINDEL:  And take advantage of you?
10              MR. ZINK:  Um-hum.
11              MR. SINDEL:  Did you ever feel that you did
12    that to people that you depended on?
13              MR. ZINK:  Occasionally, yes, I think I did
14    maybe take advantage.
15              MR. SINDEL:  It's a powerful deterrent to
16    leading a good life, isn't it?
17              MR. ZINK:  Yeah.
18              MR. SINDEL:  I'm so glad for you.
19              MR. ZINK:  Thank you.
20              MR. SINDEL:  I'm proud of you.
21              MR. ZINK:  Thank you.
22              THE COURT:  Anybody else?  Defendants?
23    Anybody else.  All right.
24              Hang in there, guys.  Good luck.
25              MR. SINDEL:  Great job.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Remind me of your name.

 2              MR. SWANTNER:  Swantner.

 3              THE COURT:  Mr. Swantner, how are you doing

 4     today?  What do you need?  Anything, just anything

 5     you've done in connection with drugs, illegal

 6     possession.

 7              MR. SWANTNER:  Pot, acid, schrooms, cocaine

 8     in high school.  I sold the first three of those.  A

 9     friend's wife basically became a coke head at one

10     point, and there was a large ordeal over that

11     divorce, what do you call it, when you go to deal

12     with it, which never really worked out.  She kept on

13     going back to rehab.  There are other friends that

14     still do it, but I'm somewhat close.  With some I

15     have limited connection because of that sometimes.

16     That pretty well covers most of it.

17              THE COURT:  Where are you now with drugs in

18     your life?

19              MR. SWANTNER:  Oh, I haven't done anything

20     since about the early 20s.

21              THE COURT:  You're how old now?

22              MR. SWANTNER:  39.

23              THE COURT:  So 20 years?

24              MR. SWANTNER:  It's been a while.

25              THE COURT:  In the rearview mirror I think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    what you're telling us is, "Here's the range of my
 2    drug participation.  This is how it affected my life,
 3    my friend, and that sort of thing"?
 4              MR. SWANTNER:  Yeah.
 5              THE COURT:  All right.  What -- do you
 6    think you can be fair and impartial to everybody in
 7    this room?
 8              MR. SWANTNER:  Yeah.
 9              THE COURT:  Okay.  Anything about your past
10    experience that you think would be a problem if you
11    serve as a juror?
12              MR. SWANTNER:  No, sir.
13              THE COURT:  Mr. Beck?
14              MR. BECK:  Is there anything about your
15    experiences in the past, either drug use or your
16    friend's wife, that you think if you hear testimony
17    in this case about drug use will tend to sway your
18    opinion one way or the other either for the
19    defendants or for the prosecution?
20              MR. SWANTNER:  I guess not.  I'm not real
21    close with them, but I don't think so.
22              THE COURT:  A little closer here.
23              MR. BECK:  And if it does relate closely,
24    if the judge instructs at some point in this trial
25    that you're to take those experiences and set them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    aside and reach a verdict as to these defendants

2    based only on the evidence and information presented

3    to you here in court, will you be able to follow that

4    instruction and reach a verdict based on that?

5              MR. SWANTNER:  I would assume so.

6              MR. BECK:  And I'm going to press you just

7    a little bit on that, because we need a more definite

8    answer.

9              MR. SWANTNER:  I've never done this, so I'm

10   going through it --

11             MR. BECK:  No problem.  That's kind of the

12   way we talk every day, but we need a little bit more.

13   If the judge instructs you to reach a verdict solely

14   on the evidence and information presented here in

15   court, can you do that even given these past

16   experiences?

17             MR. SWANTNER:  Yes.

18             MR. BECK:  Fair enough.  Thank you.

19             THE COURT:  Mr. Sindel.

20             MR. SINDEL:  Did you feel at any time that

21   you had become addicted to drugs of physical

22   necessity?

23             MR. SWANTNER:  I don't think so.

24             MR. SINDEL:  It was just sort of you

25   experimented a little bit?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. SWANTNER:  Social pastime, sort of.

2              MR. SINDEL:  With a buddy?

3              MR. SWANTNER:  Correct.

4              MR. SINDEL:  Passing around a little weed

5     or whatever.  So did you ever -- you said you sold a

6     little in the past, way, way --

7              MR. SWANTNER:  Yes.

8              MR. SINDEL:  And assuming -- so that was --

9     so you had a stash?

10             MR. SWANTNER:  I'd buy it in large

11    quantities and sell it around the crowd at school.

12             MR. SINDEL:  You also said -- I think you

13    were talking really early on today, way back when,

14    about your job as a contractor?

15             MR. SWANTNER:  Yeah.

16             MR. SINDEL:  And I'm assuming that's

17    something that you have put together that gives you a

18    whole sense of stability that you didn't have when

19    you were younger?

20             MR. SWANTNER:  Yeah.  Well, I also know

21    about several jobs so I had to report all of this

22    long ago.

23             MR. SINDEL:  So you're used to basically

24    saying, "No, this is what happened then; this is who

25    I am now"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. SWANTNER:  Yeah.
2            MR. SINDEL:  Can you tell me a little bit
3    about your business and how you are concerned about
4    how if you're gone from it for two months, that might
5    lower your situation?
6            MR. SWANTNER:  Well, there is a bit to it,
7    but I've been a software engineer for 10 years with
8    Lockheed with the Air Force, and they lost the
9    contract.  I ended up having to take on a job with
10   General Dynamics coming in.  They pushed me off to
11   PLEXUS and then soon after that I ended up getting an
12   offer to SAIC, who contracts with Sandia.  And I
13   understand that I can't be fired for jury duty by my
14   employer; however, if Sandia decides we need to fill
15   this position, we can't leave it empty for two
16   months; well, they can do that, because they're not
17   directly -- I'm not directly employed by them, I
18   would assume.  So basically I have to interview about
19   four times for -- with about 30 people, which has
20   kind of disappeared in thin air, and I might be able
21   to interview for something else, but that's totally
22   unknown.  It's been extremely stressful since
23   November when the contract loss was announced, and
24   I'm more than nervous about that.
25           MR. SINDEL:  Worried?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SWANTNER:  Yes.

 2              MR. SINDEL:  Preoccupied?

 3              MR. SWANTNER:  Yes.

 4              MR. SINDEL:  You don't go to bed at night

 5    without thinking about that?

 6              MR. SWANTNER:  Yeah.

 7              MR. SINDEL:  Fair to say?

 8              MR. SWANTNER:  That's what I've been

 9    thinking about since I got the notice.

10              MR. SINDEL:  That's what you've been

11    thinking about here; you've been straightforward

12    answering all the questions.  I'm not saying you're

13    not paying attention.  But it never goes away, does

14    it?

15              MR. SWANTNER:  No.  The paying attention

16    thing -- well, I don't know if it really relates

17    exactly, but kind of a note of when you started

18    reading off witness names on the first part, I just

19    kind of stopped listening, because no one ever said

20    anything beforehand about, do you know anybody that

21    was mentioned beforehand.  So I zoned it out, because

22    it was just a long list of names.

23              MR. SINDEL:  Do you have some concern as to

24    whether --

25              MR. SWANTNER:  I don't think I would have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    known any of them, but...

 2              MR. SINDEL:  Do you have some concern that

 3    if you had to be in trial for two months, that your

 4    employment situation, your future employment

 5    situation, would weigh pretty heavy on your mind?

 6              MR. SWANTNER:  Yeah.

 7              MR. SINDEL:  Would it make it hard to

 8    concentrate?

 9              MR. SWANTNER:  Yeah.

10              MR. SINDEL:  If that was behind you, I

11    assume you wouldn't have any problems being a good

12    juror on a case like this?

13              MR. SWANTNER:  No.  If this had happened a

14    year ago or a year in the future, I would have no

15    issue.  But I would probably try to keep in contact

16    with it as much as possible, just to see what I can

17    do.

18              MR. SINDEL:  And while there is a lunch

19    break and an afternoon break and morning break, the

20    judge usually goes from 8:30 to 5:30.  Would it be

21    very difficult to you to have contact with someone

22    while testimony was going on?

23              MR. SWANTNER:  Yes, it's all been off-site.

24    I'd have to email them after hours.

25              MR. SINDEL:  Let me ask you straight out,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   in terms of being fair and impartial, do you think

 2   concern about your employment situation is going to

 3   be such that you may not be able to concentrate and

 4   it may affect your ability to be fair and impartial,

 5   despite the fact that you would like to be?

 6              MR. SWANTNER:  That's what I keep on going

 7   to.  I would assume -- or I'd like to be, but yeah, I

 8   haven't been through this.  Especially with the job

 9   complications, I'm significantly worried about it.

10              MR. SINDEL:  I appreciate your honesty.  I

11   hope for you the best.

12              MR. SWANTNER:  Thank you, sir.

13              THE COURT:  Any other defendant have

14   questions?

15              Thank you, Mr. Swantner.

16              MS. HARBOUR-VALDEZ:  Should we reread the

17   witness list?

18              MR. BECK:  That's a concern for me, hearing

19   his comments there.

20              THE COURT:  All right.

21              MR. BECK:  I should also put on the record

22   that when we were waiting outside for the jurors to

23   come in, I was a little late coming in, and as a

24   juror walked by, they said, "I like your bow tie."

25              I didn't react to it in any way.  I just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    kept looking down.

2            MR. SINDEL:  I like it, too.

3            THE COURT:  I think it's 50/50.

4            MR. BECK:  I know how you feel about it,

5    Judge.  You made that clear before.

6            I'm trying to remember who it was.  I think

7    it was number 713, Steven Johnson.

8            MR. SINDEL:  I don't care.  Does anybody

9    care?

10           THE COURT:  Well, I think I need to ask the

11   jury how many are going to hold that bow tie against

12   Mr. Beck.

13           MR. BECK:  We'll take a poll.  Just don't

14   tell them which side you're on.

15           MR. SINDEL:  We will.

16           THE COURT:  Let me come back to the

17   witnesses a little bit later.  Let me work through

18   this.  Let me make sure we get some of these issues

19   out.

20           (The following proceedings were held in

21   open court.)

22           THE COURT:  All right.  Let me ask the

23   question again, before we move on.  Have any of you

24   had any experience involving yourself, any member of

25   your family, or any close friend that relates to the
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    use or possession of illegal drugs or narcotics that

2    we haven't already talked about?

3          All right.  I'm going to ask a very broad

4    question, just to see if there is something there

5    that I need to know about that might make it

6    difficult for you to serve as a juror here.  If you

7    are selected to sit on this case, will you be able to

8    render a verdict solely on two things?  One is on the

9    evidence that's going to be presented in this trial;

10   and then secondly, in the context of the law as I

11   will give it to you in my instructions.

12         So that's the first portion.  And what I'm

13   really trying to get at is:  We all come to court

14   with certain ideas and notions or beliefs about the

15   law and what the law should be that we have

16   encountered and we've reached in our lives.  That's

17   all good.  We're Americans, and we get to come in

18   with certain viewpoints about the law and how things

19   should be done.

20         But in a court of law, in what we're about

21   to do here, is there anyone that can't reach the

22   verdict solely on the basis of the evidence that's

23   going to be presented in this courtroom, and then the

24   instructions on the law that I'm going to give to

25   you?  Is there anybody that can't do that or will not

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   be able to do that for some reason?

 2             Let me ask another question.  Somebody has

 3   their hand up.  Yes, Ms. Dwore.

 4             MS. DWORE:  I have a question, Your Honor.

 5   I think that I could, but for this question.  Were

 6   any of the alleged crimes committed in a privatized

 7   prison facility?

 8             THE COURT:  You know, I don't know if I

 9   have the answer to it, and I'm not sure you'll hear

10   any evidence on that issue.  Now, if you happen to

11   know, when they're talking about the facilities,

12   whether they're privatized or not -- you know, I

13   think they're going to tell you what the facilities

14   are.  But tell me what problem that may create for

15   you.

16             MS. DWORE:  Well, I think it's difficult

17   enough to be introduced to the criminal justice

18   system in a facility that's conventionally operated

19   by the government.  But in privatized facilities,

20   which are run by corporations, you know, I think it's

21   an entirely different matter, and it might be hard

22   for me to hear testimony presented by prison

23   officials who are corporate employees and not

24   government employees.

25             THE COURT:  All right.  We're going to go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

243

1    back through the witness list here in a minute, and

2    maybe I can ask both sides, when they go back through

3    the witness list, if you know anybody that's a

4    corporate attorney -- not a corporate attorney, but a

5    corporate official rather than a state person.

6            But I'm not sure I know the answer to that

7    question.  Let me ask you.  You said it might be

8    difficult to listen to it.  Do you think you could be

9    fair and impartial to the parties here if it turns

10   out that there's a name or two or a facility that's

11   mentioned in the trial?

12           MS. DWORE:  I apologize for not making

13   myself clear.  I don't think it would be difficult to

14   listen to, but I think it might be difficult for me

15   to be fair.

16           THE COURT:  Okay.

17           MS. DWORE:  Because it would be difficult

18   for me to believe that a corporate profit motive

19   isn't in some way involved in the interactions among

20   the officers of the facility and the prisoners.

21           THE COURT:  If the words "private facility"

22   never come up in this trial and you don't know -- if

23   you don't have the list of facilities memorized,

24   whether they're private or not, is that going to

25   impact you in this trial?  Because I will bet you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

244

```
 1    that that word is not going to be mentioned in this
 2    trial over the next eight weeks?
 3              MS. DWORE:  It's fine if it's not
 4    mentioned, as long as the facilities are not
 5    privatized.
 6              THE COURT:  And do you know which ones in
 7    New Mexico are or are not?
 8              MS. DWORE:  No, Your Honor, I do not, which
 9    is why I asked, frankly.
10              THE COURT:  So if nobody mentions whether
11    they are or aren't, you're going to be okay?
12              MS. DWORE:  I think so.
13              THE COURT:  Because you're not going to --
14              MS. DWORE:  No.  I'm not going to know.
15              THE COURT:  Anyone else have anything like
16    that that might keep them from rendering a verdict
17    based solely on the evidence and the instructions as
18    I will give them to you?
19              Let me ask another question, and we've
20    talked about some of this.  Some of these questions
21    are overlapping, but I want to make sure we're all
22    comfortable here.  Is there any member of the panel
23    who has any special disability or problem that would
24    make serving as a member of this jury difficult or
25    impossible that we haven't already talked about, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I have not asked you the right question and not given

2    you the opportunity to tell me?

3              All right.  I'm going to ask some questions

4    of you.  Some of you have talked a fair amount, some

5    of you have talked a little bit.  But I'm going to

6    ask you some questions so we get everybody talking

7    before I turn you over to the lawyers.  And we're

8    going to come back to these witnesses before I'm

9    done.

10              Ms. Dwore, you're down from Santa Fe.

11   Thank you very much.  What brought you from Florida

12   to New Mexico?

13              MS. DWORE:  Like a lot of people, I came

14   here on vacation and fell under the spell.

15              THE COURT:  What did you do before you

16   retired?

17              MS. DWORE:  I was a commercial interior

18   designer.

19              THE COURT:  Did you have your own company

20   or were you employed by somebody?

21              MS. DWORE:  No, I was employed by an

22   architectural and interiors firm.

23              THE COURT:  Your spouse does some

24   architecture work for detention facilities; correct?

25              MS. DWORE:  Primarily courts, Your Honor,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   but occasionally prison.
 2           THE COURT:  So he does the courts and
 3   jails?  That's the two sorts of things that he works?
 4           MS. DWORE:  Probably 98 percent courts.
 5           THE COURT:  And your spouse's employer?
 6           MS. DWORE:  He's self-employed as a courts
 7   consultant.
 8           THE COURT:  Now, I'm going to have to
 9   figure out my writing.  I'm going to ask you a couple
10   of questions off your questionnaire.  One is talking
11   about your spouse.  You put the words, "The behaviors
12   of the people in the orange suits and the people in
13   the green suits are similar."
14           What did you mean by that?
15           MS. DWORE:  Actually, that was a snippet of
16   a conversation at a cocktail party one night.  And my
17   husband was speaking with a newly arrived neighbor
18   who was a corrections officer for the State of
19   California, and when the subject of what they each
20   did came up, the corrections officer said, "Well,
21   what do you think of what you saw inside the
22   prisons?"
23           And my husband said, "Well, it was many,
24   many years ago, but I didn't see a lot of behaviors,"
25   which I took to mean, knowing him, that he found the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   behaviors to be tribal, and that within that very
 2   closed culture there was the green tribe and the
 3   orange tribe, and they had developed their sides and
 4   their behaviors, but they were not terribly
 5   differentiated, in his view.
 6            THE COURT:  Okay.  Green suits, you mean by
 7   that the correction officers?
 8            MS. DWORE:  Corrections.
 9            THE COURT:  On another question you were
10   asked, "Do you think your feelings involving people
11   who sell drugs might influence you in this case?"
12            And you said, "Yes."
13            I guess the question I have is:  Would they
14   affect you in a way so that you could not be fair and
15   impartial to the parties in this case?
16            MS. DWORE:  To elaborate on that, I think,
17   in fairness, I have to say that many of the people
18   involved in the drug problem that we experience as a
19   culture wear long white coats.  And in writing the
20   prescriptions that they write, they sort of begin the
21   cycle which is then exacerbated by the larger
22   culture.  So I don't think we have anybody in this
23   room wearing a long white coat with a prescription
24   pad, but I do think that it's a very complicated
25   problem.  It begins often in the doctors' offices,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    and just extends from there.

 2            So I think that the problem of organized

 3    drug smuggling and the drug sales is a huge problem.

 4    It's difficult for me, I think, to be fair about

 5    that, but I'll try.

 6            THE COURT:  Now, we don't have anybody here

 7    that's in the pharmaceutical business, corporate

 8    pharmaceutical business or people, doctors or

 9    anything like that.  But you kind of have a sense of

10    probably the drugs we're going to talk about here.

11    Do you think you can be fair and impartial to the

12    people in this room?

13            MS. DWORE:  I'll do my best.

14            THE COURT:  I know out-of-town jury service

15    is difficult.  You're a little bit further from

16    Albuquerque than I am.  Do you think you'd be able to

17    do it, if you were asked to serve?

18            MS. DWORE:  Well, I got here largely

19    because my husband drove, but -- and I've been a

20    little bit protective of my eyes, as I indicated in

21    my questionnaire.  Yes, it would be inconvenient, but

22    it's doable.

23            THE COURT:  How are your eyes doing?

24            MS. DWORE:  They're much improved, thank

25    you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Are you driving yourself at any
 2     point right now?
 3          MS. DWORE:  No.  I was cleared to drive by
 4     my doctor, but I chose not to drive here because of
 5     the strain of a long trip.  I probably could around
 6     town if it was not possible for my husband.
 7          THE COURT:  You asked about medicating your
 8     eyes.  You know that that's okay.  It's not going to
 9     be a problem at all.  Are you still doing that?
10          MS. DWORE:  I did.  If nobody noticed it,
11     it's not a problem.
12          THE COURT:  If anybody noticed, they're
13     going to tell you it's fine.
14          MS. DWORAK:  Thank you.
15          THE COURT:  You think medically, though,
16     you're okay to serve?
17          MS. DWORE:  I am, Your Honor, yes.
18          THE COURT:  Thank you, Mrs. Dwore, I
19     appreciate it.
20          Mr. Milne, where did you work with the U.S.
21     Forest Service?
22          MR. MILNE:  I worked in Cloudcroft on the
23     Lincoln National Forest as assistant bargaining
24     officer for 31 years.
25          THE COURT:  Boy, it's tough working in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1    Cloudcroft, isn't it?  That's just hardship duty.
 2              What did your spouse do before retirement?
 3              MR. MILNE:  She worked at the hospital in
 4    Alamogordo.
 5              THE COURT:  What's the name of that
 6    employer?
 7              MR. MILNE:  Gerald Champion Hospital.
 8              THE COURT:  And years of high school.  How
 9    many did you have?
10              MR. MILNE:  What's that, sir?
11              THE COURT:  How many years of high school
12    did you have?
13              MR. MILNE:  I graduated from high school,
14    then went to the military.
15              THE COURT:  I'm going to talk to you a
16    little bit about a question that I'm going to talk to
17    a lot of jurors about, but we'll start with you.
18    There was a question on the questionnaire about:
19    would you be more likely to believe law enforcement.
20    Do you remember that question?
21              MR. MILNE:  Yes.
22              THE COURT:  And you answered it yes.  For
23    this trial -- and let's talk about this situation --
24    when a law enforcement person hits the stand over
25    here, are you going to believe that law enforcement
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   officer just because he's law enforcement or he or

 2   she is a law enforcement officer, automatically?

 3              MR. MILNE:  Every situation is different.

 4   I have to really listen to it.  One reason why I

 5   answered that is because I live in a small

 6   subdivision, and I have a lot of law enforcement that

 7   live there.  Neighbors, state cops, they're local

 8   police, they're ICE.  You name it, they're there.

 9              THE COURT:  So you know some law

10   enforcement?

11              MR. MILNE:  I know one that works here.

12              THE COURT:  We're going to go back through

13   the list in a little bit.  But you don't know those

14   people; right?

15              MR. MILNE:  I know --

16              THE COURT:  You don't know the law

17   enforcement that's going to come to this trial;

18   right?  And so can you take them just like you would

19   any other witness?  You'll look at them, you'll

20   listen to them, you'll watch them, and determine

21   their credibility one by one?

22              MR. MILNE:  Depending on what they say and

23   the evidence.

24              THE COURT:  So you're not just going to

25   believe them because they're law enforcement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MR. MILNE:  No, sir.

2           THE COURT:  Let me ask you another

3  question.  This is a question about the presumption

4  of innocence that I'm going to be asking a lot of

5  people about.  And the question was:  Do you think if

6  a person is brought to trial, there must be some

7  truth to the charges?  You know in our Constitution

8  that everybody is presumed innocent; right?

9           MR. MILNE:  Yes, sir.

10          THE COURT:  And these men that have been

11 charged by the Government, they're presumed innocent;

12 right?

13          MR. MILNE:  Yes, sir.

14          THE COURT:  Can you assure me that you

15 won't worry about how they got here, that you'll just

16 listen to the evidence that's going to be presented

17 in here, and that you'll presume them innocent

18 throughout the trial and then until you make some

19 decision in the jury room?

20          MR. MILNE:  Exactly.

21          THE COURT:  You can do that?

22          MR. MILNE:  Yes, sir.

23          THE COURT:  All right.  There is going to

24 be another area that I'm going to talk to you first

25 about, but it will be other people as well.  There is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   going to be some evidence here that you indicated
2   that you might have a hard time looking at in this
3   trial.
4           MR. MILNE:  Yes, not just -- to look at it
5   doesn't really bother me much.  I've got a stomach
6   issue.  I'm taking medication.  I get real nauseated,
7   and it doesn't take much to trigger it.  Some days
8   I'm good, some days -- I just never know.
9           THE COURT:  Well, let's talk about this,
10  because as you probably know, I'm going to have to
11  ask every juror to look at the evidence, because
12  you're going to have to consider all the evidence.
13  At the end of the trial I'll have to tell you to
14  consider it all.  You don't have to believe it all,
15  but you do have to consider it.  Can you give me your
16  word that you can -- you'll look at the evidence?
17          MR. MILNE:  Yes, sir.
18          THE COURT:  All right.  And you can --
19  after looking at it, you can be fair and impartial to
20  the parties, you're not going to let your emotions or
21  anything affect you; you'll just be level-headed
22  about it?
23          MR. MILNE:  Yes, sir.
24          THE COURT:  Okay.  Healthwise, do you think
25  you're okay to serve?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. MILNE:  Well, like I said, it's every
2    day when I wake up.  Anxiety gets agoing or whatever.
3    I mean, like now, I'm kind of -- I didn't eat much
4    today, because I was afraid I would get nausea.  But
5    some days I'm good.  I just never know.
6            THE COURT:  For right now --
7            MR. MILNE:  Yes.
8            THE COURT:  -- if you were selected, you
9    think you could get started and see how it goes?
10           MR. MILNE:  Yes.
11           THE COURT:  Thank you, Mr. Milne.  I
12   appreciate it.
13           Ms. Chavez, what's your occupation?
14           MS. CHAVEZ:  I'm at home right now.
15           THE COURT:  All right.  Have you been
16   employed outside of the home in the past?
17           MS. CHAVEZ:  Yes.
18           THE COURT:  And what have your employers
19   been?  What have you done?
20           MS. CHAVEZ:  Fifteen years in health care
21   as a registered respiratory therapist.  And then I
22   went back and got my master's degree, and so I went
23   into grants contract and program development.
24           THE COURT:  Okay.  And your spouse before
25   retirement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                MS. CHAVEZ:  I'm sorry?
 2                THE COURT:  What did your spouse do before
 3       retirement?
 4                MS. CHAVEZ:  He was 34 years in law
 5       enforcement, and then he went back into law
 6       enforcement.
 7                THE COURT:  All right.  And his employer?
 8                MS. CHAVEZ:  State of New Mexico.
 9                THE COURT:  Again, you said yes on "more
10       likely to believe police officers."  Would you
11       believe a police officer just automatically because
12       he or she is law enforcement?
13                MS. CHAVEZ:  No.
14                THE COURT:  You would look at the situation
15       and determine credibility of that law enforcement
16       just as you would any other witness?
17                MS. CHAVEZ:  Um-hum.
18                THE COURT:  All right.  Same thing about
19       the presumption of innocence.  Could you give me your
20       assurance that you wouldn't worry about how this case
21       got here?  You'd just listen to the evidence and
22       presume them innocent throughout the trial until you
23       got back to that jury room and had to make a
24       decision?
25                MS. CHAVEZ:  I believe so, but I think I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   probably need to disclose that my husband currently,
 2   for the last five years, is task forced with several
 3   gang units, and so he is familiar with this case
 4   intimately.  So I just thought I would disclose that.
 5          THE COURT:  All right.  Have you talked to
 6   him about this case?
 7          MS. CHAVEZ:  He talks to me about it, but I
 8   tend to tell him, "Leave it at the door," and I
 9   ignore a lot of it.  But he has talked about parts of
10   this case because there are people that he has dealt
11   with down here.
12          THE COURT:  Okay.  All right.  Well, before
13   we get done, I'll bring you up here because I don't
14   want everyone to hear what your husband is saying
15   about the case.  We'll do that.
16          But as far as the presumption of innocence,
17   can you presume them innocent throughout the trial
18   and not worry about how this case got here and
19   anything like that?
20          MS. CHAVEZ:  Yes.
21          THE COURT:  All right.  And let's talk
22   about, then, the pictures or the evidence here.  You
23   said you might have a hard time looking at it.  Can
24   you also give me an assurance that you would look at
25   the evidence and consider it?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. CHAVEZ:  Yes.
 2              THE COURT:  All right.  Thank you,
 3    Ms. Chavez.
 4              All right.  Ms. Menapace-Corral, over from
 5    Gallup.  Thank you.  What's your employer?
 6              MS. MENAPACE-CORRAL:  I am an HR
 7    representative for my family car dealership.
 8              THE COURT:  And that employer is -- I
 9    couldn't quite read the writing.  Is it Rico?
10              MS. MENAPACE-CORRAL:  Rico Auto Complex.
11              THE COURT:  And what was your -- where were
12    you born?
13              MS. MENAPACE-CORRAL:  I was born and raised
14    in Gallup.
15              THE COURT:  What was your major field of
16    study in college?
17              MS. MENAPACE-CORRAL:  Business management.
18              THE COURT:  You listed two dates of
19    unavailability, the 9th and the 23rd of this month.
20    And I bet that's because of payrolls; correct?
21              MS. MENAPACE-CORRAL:  That's right.
22              THE COURT:  If you were selected to serve
23    on this, is somebody going to be able to cover those
24    payrolls for you?
25              MS. MENAPACE-CORRAL:  They're going to have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to, like today, yes.
 2              THE COURT:  So if you were selected, you're
 3    able to serve?
 4              MS. MENAPACE-CORRAL:  Yes.
 5              THE COURT:  And on this "likely to believe
 6    police officers," you said, "Not sure."  Is what you
 7    were telling me is, you're going to take these law
 8    enforcement people one at a time, you'll have to look
 9    at them, listen to them, and determine credibility
10    like anybody else?
11              MS. MENAPACE-CORRAL:  Correct.
12              THE COURT:  You put down ASPC.  What is
13    that?
14              MS. MENAPACE-CORRAL:  Arizona State
15    Penitentiary.
16              THE COURT:  And what is your connection or
17    knowledge about ASPC?
18              MS. MENAPACE-CORRAL:  I visit my best
19    friend of 30 years, who is there for a few years.
20              THE COURT:  This evidence -- you said it
21    might be hard for you to look at.  Could you give me
22    your assurance you'll look at it, consider it?
23              MS. MENAPACE-CORRAL:  Yes.
24              THE COURT:  I know that jury duty can
25    impose a burden on an employer and a burden on you,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    but if you were selected to serve, could you do it?

 2              MS. MENAPACE-CORRAL:  Yes, sir.

 3              THE COURT:  All right, Ms. Menapace-Corral,

 4    thank you very much.

 5              Mr. Lopez, you're down here from

 6    Albuquerque, like me.  Thank you.  What did you do

 7    before you retired?

 8              MR. LOPEZ:  I was an engineer with the

 9    Department of Energy.

10              THE COURT:  And your spouse was a teacher

11    before retiring?

12              MR. LOPEZ:  That is correct.

13              THE COURT:  Where was your spouse teaching?

14              MR. LOPEZ:  APS.

15              THE COURT:  Which particular school?

16              MR. LOPEZ:  The last school that she was at

17    was Sierra Vista Elementary.

18              THE COURT:  What grade did she teach?

19              MR. LOPEZ:  Actually, she was a reading

20    specialist.

21              THE COURT:  All right.  For a number of

22    grades or --

23              MR. LOPEZ:  Yes, primarily, you know, when

24    kid begin to read, she was the person that taught

25    them how to read.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  My wife is a retired elementary
2    schoolteacher, as well.  She was a music teacher,
3    Sunset Mesa, if you know where that is, up in the
4    Northeast Heights.
5              Let's talk about this question about police
6    officers again.  And you had, I think, checked "yes"
7    on that, as well.  Again, would you automatically
8    believe a law enforcement person or would you be able
9    to look at them one at a time and make a
10   determination about their credibility?
11             MR. LOPEZ:  I'd have to look at them to see
12   how credible they are, given the situation, like any
13   other witness.
14             THE COURT:  You put, "In general, it would
15   depend upon the circumstances."  So the circumstances
16   are going to be the evidence in this case; is that
17   correct?
18             MR. LOPEZ:  That's correct.
19             THE COURT:  All right.  We break about
20   every hour and a half.  You can see that's kind of
21   the routine.  Healthwise, medicationwise, does that
22   work now?
23             MR. LOPEZ:  Yeah, for the most part.  You
24   know, I do -- I didn't disclose, but I have a kidney
25   transplant, so I take diuretics and blood pressure
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    medications, a variety of other medications.  So in
 2    general, I do pretty well.  But the only thing I do
 3    have a problem with, once in a while, in the morning
 4    I take a diuretic.
 5             THE COURT:  Well, if you can wave and let's
 6    take a break, we'll be okay.
 7             MR. LOPEZ:  I pushed my way through Javier
 8    this afternoon to get to the bathroom.  He tried to
 9    stop me, but it didn't work.
10             THE COURT:  All right.  But if you can
11    signal and us take a break, you're okay?
12             MR. LOPEZ:  I think so.
13             THE COURT:  Thank you, Mr. Lopez.  I
14    appreciate it.
15             Mr. Troy, you're down from Albuquerque, as
16    well.  You were born in Hobbs, I noticed, and you
17    probably picked up --
18             MR. TROY:  I don't tell everybody.
19             THE COURT:  Well, you probably figured out
20    I'm from Hobbs or somewhere close to that.  Did you
21    grow up there?
22             MR. TROY:  I did.
23             THE COURT:  You and I are about the same
24    age, I think.  You look a lot better than me.  But
25    what -- did you graduate about '77 -- I mean '73?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. TROY:  '73.
 2              THE COURT:  All right.  Did you ever run
 3    into me, I into you?
 4              MR. TROY:  I think so.
 5              THE COURT:  Did you play ball?
 6              MR. TROY:  You played football, I think,
 7    didn't you?
 8              THE COURT:  Yeah, I did.  I was on the last
 9    state championship that Hobbs had, and it was all my
10    doing.  No.  I was up in the stands.  We beat
11    Mayfield.  I'll tell that to Las Cruces.
12              Did your spouse ever work outside of the
13    home?
14              MR. TROY:  Yes, she did.
15              THE COURT:  And what did she do, or what
16    did your spouse do, an employer?
17              MR. TROY:  She's, in her past, more
18    medical.  She worked for an otolaryngologist and an
19    optometrist.  Anything with an O sometimes.
20              THE COURT:  Dates of unavailability, you've
21    got April 23, 27, 30, through May 4, May 14 through
22    the 18th.  What's going on on those particular dates?
23              MR. TROY:  Financial advisor with all the
24    regulation with the Department of Labor, you're
25    required to meet with clients once a year to do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    reviews for their IRAs, things like that.  So I
 2    manage a team with about $400 million in assets, so
 3    those are private clients that we go see, sometimes
 4    annual, sometimes biannual, sometimes on a quarterly
 5    basis.
 6              THE COURT:  I surmised that was what it is.
 7    Is there anything fixed about those?  Could you go
 8    another time if you had to?
 9              MR. TROY:  I do have a partner, that we can
10    discuss that.
11              THE COURT:  On the police officers, or law
12    enforcement officers, same question.  Do you -- you
13    checked the "yes" there.  Are you going to
14    automatically believe them because they're law
15    enforcement, or can you look at them one at a time
16    and determine whether they're being credible here in
17    this courtroom?
18              MR. TROY:  I think most of us lean to
19    believe one.  I have an uncle who was a Dallas police
20    officer.  His son-in-law is a lieutenant with the New
21    Mexico State Police.  Met him.  The chief -- the New
22    Mexico State Police chief -- his daughter does my
23    daughter's hair; and kids, things like that.  So they
24    just kind of -- raised that way, you know.
25              THE COURT:  What about here?  Can you take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    these officers --
 2              MR. TROY:  I didn't recognize any of the
 3    names.
 4              THE COURT:  And so you'd make a
 5    determination based upon what you see and hear in
 6    this courtroom, rather than just assuming they're
 7    credible just because they take the stand?
 8              MR. TROY:  I think they can lie, too, I
 9    guess.
10              THE COURT:  Presumption of innocence.  Can
11    you presume all these gentlemen here to be innocent
12    until you go back to the jury room to deliberate?
13              MR. TROY:  I learned that last year.  Even
14    if they don't testify, they're still presumed
15    innocent.
16              THE COURT:  And you're not going to hold it
17    against them if they decide not to testify, and
18    you're not going to infer anything from that?
19              MR. TROY:  Correct.
20              THE COURT:  There was a question about,
21    should it be easier to convict people because they're
22    in prison, something like that.  You're not going to
23    make any burden of the Government here any easier;
24    you're going to require them to prove anything
25    against any person beyond a reasonable doubt; is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    fair?

 2              MR. TROY:  Fair.

 3              THE COURT:  You talked about your feelings

 4    about drugs.  We've talked a little bit about drugs

 5    this afternoon.  Do you think there is anything about

 6    your feelings about drugs that's going to interfere

 7    with your ability to be fair and impartial in this

 8    case?

 9              MR. TROY:  No.  I believe in drugs.

10              THE COURT:  You believe in it; right?

11              MR. TROY:  Prescription drugs.

12              THE COURT:  Jury service can be hard on a

13    business.  If you were selected, do you think you'd

14    be okay to serve the next eight weeks?

15              MR. TROY:  I don't have much choice.

16              THE COURT:  Okay.  Photographs.  Give me

17    your word that you'll look at them and consider them?

18              MR. TROY:  Sure.

19              THE COURT:  And if we're able to break,

20    like we've been doing, every hour and a half, get a

21    little coffee, or something like that, do you think

22    you'd be okay healthwise and everything?

23              MR. TROY:  Pretty good.

24              THE COURT:  Thank you, Mr. Troy.

25              Ms. Riley, you're down from Edgewood.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Thank you very much.  What's your place of birth?

 2              MS. RILEY:  Glendora, California.

 3              THE COURT:  And what does your spouse do?

 4              MS. RILEY:  My spouse is not working right

 5    now.  He suffered a back injury.

 6              THE COURT:  What kind of work has your

 7    spouse done in the past?

 8              MS. RILEY:  He was an electrician.

 9              THE COURT:  And did he have a particular

10    employer?

11              MS. RILEY:  He worked for EMI, did a lot of

12    work on the bases and stuff, Clovis, Kirtland, all

13    over the place.

14              THE COURT:  And your major field of study

15    in college was what?

16              MS. RILEY:  Business administration.

17              THE COURT:  All right.  And in answer to

18    what fraternal, civic, labor organizations, you put

19    USCW?

20              MS. RILEY:  That's just our union.  I work

21    for Smith's now, and that's our union.

22              THE COURT:  Now, regardless of where a

23    crime is committed or alleged to be committed, would

24    you agree with me the burden shouldn't be any easier

25    on the Government, the Government's burden is to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    prove things beyond a reasonable doubt; doesn't
 2    matter where it takes place?  Do you agree with that?
 3              MS. RILEY:  Yes.
 4              THE COURT:  You'll require the Government
 5    to that, if that's what they're trying to do here; is
 6    that right?
 7              MS. RILEY:  (Nods.)
 8              THE COURT:  You've had some losses recently
 9    in your family.  You put them down?
10              MS. RILEY:  Yes.
11              THE COURT:  Are you okay to serve if you're
12    selected?
13              MS. RILEY:  I will, sir.
14              THE COURT:  How has your hearing been doing
15    here?  Are you doing okay with hearing and
16    everything?
17              MS. RILEY:  Yes, sir.
18              THE COURT:  You had asked some questions
19    about your husband.  You know your husband can come
20    to Las Cruces.  My wife has come with me.  She may
21    not stay down here eight weeks, but she may come down
22    here.  So that's okay.  But you're okay with that?
23    You've got that cleared away and somebody has
24    explained that to you?
25              MS. RILEY:  Yes, we've got it all worked
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    out.
2              THE COURT:  Thank you, Ms. Riley.
3              Mr. Montoya, I notice you're down from
4    Bernalillo.  I thank you very much.  What do you do?
5    You've got some free advertising here, so you better
6    use it.
7              MR. MONTOYA:  I'm self-employed.  Also I'm
8    a stay-at-home dad.
9              THE COURT:  What do you do that's
10   self-employed?
11             MR. MONTOYA:  My dad and I own a window
12   blind business.
13             THE COURT:  You better get some advertising
14   here.  This is a crowd here.
15             MR. MONTOYA:  Yes.
16             THE COURT:  How many years of vocational
17   school do you have?
18             MR. MONTOYA:  Two years.
19             THE COURT:  And your partner.  What does
20   your partner do?
21             MR. MONTOYA:  He's a stylist.
22             THE COURT:  And does he have his own
23   company or --
24             MR. MONTOYA:  No.
25             THE COURT:  Let's talk about police
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   officers, law enforcement.  Are you going to believe
2   them just because they're law enforcement?
3               MR. MONTOYA:  I would give everyone a
4   fair --
5               THE COURT:  So you're going to treat them
6   one at a time, just as any other witness?
7               MR. MONTOYA:  Yes.
8               THE COURT:  Let me ask you also about
9   presumption of innocence.  Can you give me an
10  assurance you're not going to worry about how this
11  trial got started; you're just going to presume these
12  gentlemen over here to be innocent all the way
13  through trial?
14              MR. MONTOYA:  Yes.
15              THE COURT:  You can do that?  Can you give
16  me an assurance, can you look at the pictures?
17              MR. MONTOYA:  Yes.
18              THE COURT:  Look at them and consider them?
19              MR. MONTOYA:  Yes.
20              THE COURT:  I know that training is hard
21  and traveling is hard and those sort of things on
22  you.  If you think you were selected, do you think
23  you could serve?
24              MR. MONTOYA:  It would be very difficult
25  right now for me, well, because, like I said, I'm
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    self-employed.  It will be a financial burden.  I've
 2    got my kids and recently my grandma got sick.  So my
 3    mind would just be in another spot, I would think, if
 4    I had to serve.
 5              THE COURT:  All right.  Thank you, Mr.
 6    Montoya.
 7              Ms. Morales, what does your spouse do?
 8              MS. MORALES:  He's a utility locator.
 9              THE COURT:  And what is that?
10              MS. MORALES:  When there is construction or
11    a new development coming, they want to know where the
12    electrical lines are so they don't hit them and get
13    electrocuted.  Water lines, cable lines.  And he goes
14    through and he paints the street.
15              THE COURT:  And what is his employer?
16              MS. MORALES:  USIC.
17              THE COURT:  What is USIC?
18              MS. MORALES:  I have no idea.
19              THE COURT:  Would you agree with me that
20    the burden on the Government should not be easier,
21    depending upon where the alleged crime is alleged to
22    have been committed?  Do you agree with that
23    statement?
24              MS. MORALES:  Yes.
25              THE COURT:  So you're going to require this
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

271

```
 1    Government, if they're going to bring allegations of
 2    a crime, regardless of where it is, that they have to
 3    prove it beyond a reasonable doubt, every element?
 4              MS. MORALES:  Yes.
 5              THE COURT:  And you can agree with that?
 6              Pictures.  Can you give me your assurance
 7    that you'll look at them and consider them?
 8              MS. MORALES:  I have no problem with that.
 9              THE COURT:  Thank you, Ms. Morales.
10              All right, Mr. Zink.  We'll go up here.  I
11    know I should know where McIntosh is.  I think I ask
12    this every time it comes up.
13              MR. ZINK:  Between Moriarty and Estancia.
14              THE COURT:  That's right.  It's on that
15    beautiful drive.
16              MR. ZINK:  All there is is a post office
17    there.
18              THE COURT:  There it is.  All right.  What
19    brought you from Arizona to New Mexico?
20              MR. ZINK:  It's too hot in Arizona.  The
21    older I got, the less tolerant I was to the heat.
22              THE COURT:  I was in Phoenix on Friday.  It
23    was --
24              MR. ZINK:  My whole family lived out there,
25    so...
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You've been employed in the
 2    past.  What have you done?
 3              MR. ZINK:  Call center, management,
 4    operations manager, project manager.
 5              THE COURT:  All right.  And your
 6    employers -- what have they been?
 7              MR. ZINK:  The Connection, which was based
 8    out of Minnesota.  They had four call centers in New
 9    Mexico.
10              THE COURT:  Is New Beginnings where Richard
11    Mansfield is the pastor?
12              MR. ZINK:  No.
13              THE COURT:  I thought that I knew him.
14              All right.  Let's talk about law
15    enforcement here.  And you heard kind of what I'm
16    asking on this question.  Are you going to believe
17    them just because they say they're law enforcement?
18              MR. ZINK:  No, I'd have to listen to their
19    story and take it case by case.
20              THE COURT:  Treat them like any other
21    witness?
22              MR. ZINK:  Right.
23              THE COURT:  How about the presumption of
24    innocence?  Can you not worry about how this case got
25    here, but just presume these gentlemen innocent all
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the way through the trial till you get back to

2    deliberate?

3            MR. ZINK:  Yes.

4            THE COURT:  Can you look at the pictures?

5            MR. ZINK:  Yes.

6            THE COURT:  And consider them?

7            MR. ZINK:  Um-hum.

8            THE COURT:  Healthwise, medicinewise, okay

9    to serve as a juror?

10           MR. ZINK:  I believe so, yes.

11           THE COURT:  Mr. Telles, you're from

12   Anthony.  Thank you very much.  What do you do?

13           MR. TELLES:  I'm the transmission

14   superintendent for El Paso Electric.

15           THE COURT:  What did your spouse do before

16   retirement?

17           MR. TELLES:  She was an accounts manager

18   for Vital Signs, an anesthesia company.

19           THE COURT:  You put on dates of

20   unavailability you had in July.  So you've sat here

21   and you know we're not going to be trying this case

22   in July, but you've got some other issues?

23           MR. TELLES:  Well, after further discussion

24   with my senior management, of course, because we're

25   getting into our peak season, of course, the grid

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

274

1    itself, we maintain that, so we always have to be

2    available.  And at this time, it would be rather

3    difficult for me to be out of the office for that

4    long.  But I do have supervisors in place, so if I

5    was chosen to serve, I would definitely serve.

6              THE COURT:  Your hearing?  Has it been

7    okay?

8              MR. TELLES:  Actually, so far, it's been

9    well.

10             THE COURT:  They build courthouses for

11   acoustics, so usually people who are a little bit

12   hard of hearing, they do well in court.  That's how

13   they built this building.  So you've been doing okay?

14   The acoustics work for you?

15             MR. TELLES:  Yes, Your Honor.

16             THE COURT:  People talk in the microphone,

17   you're doing okay?

18             MR. TELLES:  Yes.

19             THE COURT:  Let's talk about the right to

20   remain silent.  I don't know what these gentlemen are

21   going to do, but you know that under the

22   Constitution, they have a right to remain silent;

23   correct?

24             MR. TELLES:  That's correct.

25             THE COURT:  If they don't -- you put you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    weren't sure about it.  But if I tell you that's
 2    their right and it's a very cherished right in our
 3    government, would you agree that for the purposes of
 4    this trial, that you'll honor that right and not
 5    infer anything from it if they decide not to testify;
 6    or if they don't put on any witnesses, that you won't
 7    use that against them in any way?
 8              MR. TELLES:  I do believe I could.
 9              THE COURT:  On one question -- let me just
10    pull it up, so that we can talk about it precisely.
11    But it relates to gang membership.  Do you think that
12    being a gang member, they deserve what they get, even
13    if it means being a victim of a crime.  And you put,
14    "It depends on their involvement."
15              And I guess the question is:  I'm not
16    trying to tell you what to believe, but you're not
17    saying that just because somebody is in prison, they
18    deserve to get beat up or murdered or something?
19              MR. TELLES:  No, I don't believe that at
20    all.  I guess what I was trying to say there is that
21    if the individual committed the crime and he was
22    proven guilty, then, of course, they deserve what
23    they get.
24              THE COURT:  Thank you, Mr. Telles.  I
25    appreciate it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Ms. Reser, you're down from Albuquerque, as
 2    well.  What did you do before retirement?
 3              MS. RESER:  I was a contract specialist
 4    with the Department of Veterans Affairs.
 5              THE COURT:  And what did your spouse do
 6    before retirement?
 7              MS. RESER:  Just before he retired, he was
 8    a fossil preparer for the petrified forest in
 9    Arizona.  When I met him, he was a mailman.
10              THE COURT:  I like the other job better.
11              MS. RESER:  He's still doing it.
12              THE COURT:  So he worked for the Park
13    Service?
14              MS. RESER:  Yes, he did.
15              THE COURT:  Police officers.  Are you going
16    to believe them just because they're a police
17    officer?
18              MS. RESER:  Not necessarily.
19              THE COURT:  You're going to listen?
20              MS. RESER:  I'll judge as --
21              THE COURT:  You'll watch them and listen to
22    them and make a determination about credibility one
23    by one?
24              MS. RESER:  Yes.
25              THE COURT:  All right.  I want to ask you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    about a question that -- just see if, when I read it
 2    to you, if your answer is going to be the same.  It's
 3    a little bit of a long question.  But it says, "In a
 4    trial with multiple defendants who are alleged to be
 5    members of a gang, do you believe the charges against
 6    each defendant should be judged individually?"
 7             And you put "No."  Is that still your
 8    answer?
 9             MS. RESER:  Didn't I cross that out?  I
10    thought I put -- well, to clarify, then, I think each
11    should be judged on his own merit, either one way
12    or -- I'm not sure.
13             THE COURT:  We've tried to be real clear by
14    putting different coloring on these tables so you can
15    see each one of the defendants and their defense
16    team.  Can you reach a decision about these
17    gentlemen -- and I'm going to walk you through it at
18    the end of the trial.  But as you think about it, can
19    you reach a verdict on each one of them individually?
20             MS. RESER:  I believe so.
21             THE COURT:  You hesitated a little bit.
22             MS. RESER:  Well, I'm trying to see the
23    colors, and I don't see any colors, so...
24             THE COURT:  Well, good point.  They're
25    black and white.  Right.  The Hobbs Eagles is black
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   and white.  We thought those were our colors; right,
 2   Mr. Troy?
 3             You can reach an individual verdict on each
 4   one of the individuals; right?
 5             MS. RESER:  Yes.
 6             THE COURT:  I know it's all new today, but
 7   you'll get used to where the men are sitting, and
 8   you'll get used to their attorneys.  We're going to
 9   help you do that.  But you can reach an individual
10   verdict for each one of them; correct?
11             MS. RESER:  Yes, I believe so.
12             THE COURT:  Thank you, Ms. Reser.
13             Ms. Griego, from Rio Rancho.  Thank you.
14   What brought you from California to New Mexico?
15             MS. GRIEGO:  Well, actually, it's
16   originally from North Carolina.  But that's a very,
17   very long time ago.
18             My husband was born and raised in
19   Albuquerque.  And when we got out of the Air Force,
20   we came here, and I really loved it.  But he got a
21   job in California, so we went out to California.  And
22   we were out there for many years, and got an
23   opportunity to come back, and so we did.  And I love
24   it here.  I mean, this is basically my home state.
25             THE COURT:  And what do you do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. GRIEGO:  I'm an operations manager for
 2    Schenker Logistics.  We do the logistics for the
 3    Intel facility at Rio Rancho.
 4              THE COURT:  And your spouse.  What does
 5    your spouse do?
 6              MS. GRIEGO:  He's in management, mostly.
 7    He has been in the aircraft industry, but recently
 8    he's now in the electronics industry, but he's a
 9    manager.
10              THE COURT:  All right.  And did you give me
11    the employer, his employer?
12              MS. GRIEGO:  His employer is an electric
13    company.  He's only been there for a few months.  He
14    was with Eclipse Aviation, then he's moved over -- I
15    think it's Delta something, but I keep asking him
16    what the name of his company is.
17              THE COURT:  Ask him for his paycheck?
18              MS. GRIEGO:  I get the paycheck, so that's
19    good enough.
20              THE COURT:  How many years of education do
21    you have?
22              MS. GRIEGO:  I got a GED and joined the Air
23    Force.
24              THE COURT:  I know you live in Rio Rancho,
25    and that's a long trip, and it's going to interfere
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   with work.  I'm going to be making the same trip with

2   you.  Are you okay to serve if you're selected?

3               MS. GRIEGO:  Yeah.  I mean, it's going to

4   be tough with work and, you know, different things,

5   but I mean, it's tough for anybody to drive that

6   distance.  So, yes, if I'm chosen, I could serve.

7               THE COURT:  You had mentioned a trip on

8   June 6th through 12th.  We're going to be done by

9   then.

10              MS. GRIEGO:  I hope so, because my sister I

11  haven't seen in many, many years -- she's coming out

12  from Tennessee for a week, and we have all these

13  things planned to do, and it would be terrible to be

14  stuck in a court case for a long time.

15              THE COURT:  Your animals.  Do you have

16  somebody to take care of your animals?

17              MS. GRIEGO:  I had to send one foster dog

18  back to someone else, but I do animal rescue and

19  foster.  But my husband is good with them.  As long

20  as I can leave on Friday and go back to Albuquerque,

21  I can still do the adoption events.

22              THE COURT:  We'll get you out of here on

23  Friday so you can be there on the weekends.  Where do

24  you do the adoptions?  Sprouts?

25              MS. GRIEGO:  We do them -- typically, right

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   now, we go up to Santa Fe where the kennel is, and
2   people are coming up for introductions.  Sometimes we
3   do them down at the bosque on Alameda, the open space
4   there.  So it just depends.  They can be at different
5   areas, but we typically do adoptions every Saturday.
6             THE COURT:  Thank you, Ms. Griego.
7             Mr. Doom, over from Jal.  Thank you.  You
8   work in Carlsbad, though?
9             MR. DOOM:  In between Jal and Carlsbad,
10  sir.
11            THE COURT:  You work out in the field?
12            MR. DOOM:  Yes, sir.
13            THE COURT:  One summer I was working
14  roustabout for Texaco, so one time they put me down
15  at Eunice.  Three summers up at Buckeye and then I
16  went to one down at Jal, so I kind of know a little
17  bit about that area.
18            MR. DOOM:  Mine is not as tough as
19  roustabout.
20            THE COURT:  Are you a pumper?
21            MR. DOOM:  I'm a pipeline operator.
22            THE COURT:  Yeah, your job wasn't quite as
23  bad.  I had a glorified job, you know.
24            I was going to ask you about a question
25  that you had on your questionnaire.  Let me turn to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    it, because my notes are not real clear here.  But
 2    again, the question about -- you put that the purpose
 3    of a trial is to give a person a chance to prove
 4    their side of the story.  And then you talk about a
 5    trial should be impartial and those sort of things.
 6            You heard me talking a little bit a minute
 7    ago about:  These gentlemen don't have an obligation
 8    and, in fact, they have a right to remain silent, not
 9    put on any evidence at all.  They don't have to prove
10    anything.
11            MR. DOOM:  I guess what I was trying to get
12    out at that point is the trial gives them an
13    opportunity for them to be able to make their case if
14    they so choose.  The Fifth Amendment guarantees that
15    they don't need to do it if they don't want.
16            THE COURT:  You know the Constitution.  And
17    you won't hold that against them in any way or infer
18    anything from any decision they make on putting on
19    witnesses, including themselves?
20            MR. DOOM:  No, sir.
21            THE COURT:  And workwise, if we can do
22    something to help you on that score and get you a
23    leave, do you think you'd be able to serve as a
24    juror?
25            MR. DOOM:  It would be inconvenient, but I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    could do it.

2           THE COURT:  Thank you, Mr. Doom.

3    Appreciate it.

4           Ms. Trujillo, down from Albuquerque.  Thank

5    you.  What do you do?

6           MS. TRUJILLO:  I'm a general manager at a

7    pizza place.

8           THE COURT:  I was going to ask, is it

9    Sbarro's?

10          MS. TRUJILLO:  Sbarro's.

11          THE COURT:  And it's pizza; right?

12          MS. TRUJILLO:  Yes.

13          THE COURT:  Is it the best pizza in town?

14          MS. TRUJILLO:  It is.

15          THE COURT:  See, my daughter, when she

16   arrives in town, she stops at Dion's before she comes

17   to see me.  So I know where I rank, right behind

18   pizza.

19          What does your spouse do?

20          MS. TRUJILLO:  I'm sorry?

21          THE COURT:  What's your spouse do?

22          MS. TRUJILLO:  He's a budget analyst.

23          THE COURT:  And his employer?

24          MS. TRUJILLO:  White Sands Missile Range.

25          THE COURT:  You've been represented by an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   attorney.  What was that for?
 2              MS. TRUJILLO:  My DWI cases.
 3              THE COURT:  You put dates of
 4   unavailability, you put 4/11.  What do you got on --
 5              MS. TRUJILLO:  Actually, what I did was,
 6   after I sealed it, I remembered that I didn't
 7   complete that part.  So I put on the paper that they
 8   gave us this morning -- because I didn't consider --
 9   there is an extension that I need on my interlock
10   contract.  I need to get that done.  I need to be
11   there for my interlock on the 12th.  And then the
12   next month, and then my daughter's graduation.
13        Q.   All right.  All right.  Let's talk a little
14   bit about -- you had checked yes, there must be some
15   truth to the charges; the individual people that are
16   charged are more likely guilty.  You've heard me talk
17   a little bit about the presumption of innocence.  Can
18   you presume these gentlemen to be innocent and not
19   get away from that presumption until you go back to
20   the jury room?
21              MS. TRUJILLO:  I can do my best.
22              THE COURT:  Do you have some struggle with
23   that?
24              MS. TRUJILLO:  To a degree.  I tend to --
25   what do you call it -- imply certain things instead
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    of, This is what happened.  I mean, I'm just being

2    honest.  I do have that...

3            THE COURT:  We all have some tendencies we

4    bring to court.

5            MS. TRUJILLO:  Yes.

6            THE COURT:  But let's talk about this one

7    right here.  Could you -- if you were selected, could

8    you presume these men innocent and just wait for the

9    Government to present their evidence and presume them

10   innocent until you got back to deliberate?

11           MS. TRUJILLO:  Yes.

12           THE COURT:  And would you then require the

13   Government to prove the elements that they need to

14   prove beyond a reasonable doubt?

15           MS. TRUJILLO:  Yes.

16           THE COURT:  All right.  There was a

17   question that I was going to ask you about and see if

18   your answer would be the same today.  If, after

19   hearing the evidence, you thought the defendant could

20   be guilty but you were not convinced beyond a

21   reasonable doubt that he is guilty, would you be able

22   to return a verdict of not guilty?  And you put no.

23   Is that still your answer today?

24           MS. TRUJILLO:  Like I said, I'll do my best

25   to keep it to the -- whatever is brought up in the

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  trial.

2          THE COURT:  So can I assume from that that

3  you would require the Government to prove them beyond

4  a reasonable doubt; and even if the evidence was that

5  they could be guilty, that wouldn't be enough; the

6  Government would have to prove beyond a reasonable

7  doubt?

8          MS. TRUJILLO:  They would have to prove.

9          THE COURT:  Okay.  And you also answered on

10  another question if the charges are proved beyond a

11  reasonable doubt, would anything prevent you from

12  convicting any or all of the defendants?  And you put

13  yes.  Is there something that would keep you from

14  convicting the defendants if the Government proved

15  their case beyond a reasonable doubt?

16          MS. TRUJILLO:  I must have misread that.

17          THE COURT:  So if the Government proved its

18  case, you could convict them?

19          MS. TRUJILLO:  Yes.

20          THE COURT:  All right.  The pictures.  The

21  evidence here.  Give me your word that you'll look at

22  them and consider them?

23          MS. TRUJILLO:  I wrote on there I would

24  not.

25          THE COURT:  And what do you think about it

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    today?
2              MS. TRUJILLO:  I would not.
3              THE COURT:  You can't?
4              MS. TRUJILLO:  I cannot.
5              THE COURT:  You can't look at the evidence?
6              MS. TRUJILLO:  No.
7              THE COURT:  And so you would not be able to
8    consider some of the evidence that the parties are
9    going to show?
10             MR. SINDEL:  It would be very difficult for
11   me.
12             THE COURT:  Okay.  Let's talk about that.
13   It may be difficult for you, and it may be difficult
14   for some others.  But do you think you would be able
15   to look at it, even though it would be difficult for
16   you?
17             MS. TRUJILLO:  I will try my best.
18             THE COURT:  Okay.
19             MS. TRUJILLO:  I'm just being serious.
20   Even when I watch movies, and even I know they're
21   acting and they're dead or -- I can't.
22             THE COURT:  Okay.  Well, the problem is
23   that when they show you this evidence, it's going to
24   be too late to get your commitment.  So the
25   commitment has to be today, and I know you said you'd
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    do your best.  But could you give me your word that
 2    you will look at it and consider it?
 3              MS. TRUJILLO:  Yes.
 4              THE COURT:  And let me ask you this.  After
 5    you look at it, could you be fair and impartial to
 6    all the parties in the courtroom?
 7              MS. TRUJILLO:  Yes.
 8              THE COURT:  Let me ask you another
 9    question.  I want to get it exactly right what you
10    may have put there.  It says, "There may be evidence
11    that victims in this case may be gang members.  Will
12    the fact that a victim may be a gang member affect
13    your ability to render a guilty verdict?"
14              And you put yes.  What were you trying to
15    say with that answer?
16              MS. TRUJILLO:  I'm sorry, can you repeat
17    the question?
18              THE COURT:  The question was:  Will the
19    fact that a victim may be a gang member affect your
20    ability to render a guilty verdict?  And you put yes.
21    What were you thinking when you answered it that way?
22              MS. TRUJILLO:  I feel like I understand
23    everybody or those who join a gang for a reason.  But
24    I believe that, on the other side, you don't know the
25    whole story.  And so a gang member, even though being
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

```
1    a victim, for me it's just difficult to say, okay,

2    see him as a victim, because he's also a gang member.

3            THE COURT:  That's getting to a little bit

4    the question I wanted to ask you, because the next

5    question is:  "Do you think, being a gang member,

6    they deserve what they get even if it means being a

7    victim of a crime?"  So if the allegations are that

8    the alleged victim is a gang member, would you still

9    be able to find that a crime had been committed?

10           MS. TRUJILLO:  Yes.

11           THE COURT:  Okay.  So I'm asking you:  Do

12   gang members, if it's proven that they are, that they

13   deserve protection from being assaulted or murdered

14   or something like that, would you agree with that

15   statement?

16           MS. TRUJILLO:  Yes.

17           THE COURT:  And I'm going to be telling you

18   that being a gang member is not necessarily a crime.

19   That's not the issue here.  Would you agree with me

20   that just because there may be evidence that somebody

21   is a gang member, that that's not itself a crime?

22           MS. TRUJILLO:  Yes.

23           THE COURT:  All right.  Thank you,

24   Ms. Trujillo.

25           Mr. McKinzie, you're down from Santa Fe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Thank you.  What brought you from Texas to New

2    Mexico?

3              MR. McKINZIE:  Heat and traffic in Dallas.

4              THE COURT:  I've got three grandchildren in

5    Rockwell, if you know where that is.

6              MR. McKINZIE:  Oh, yes.

7              THE COURT:  So I've got a house over there,

8    too, and boy, I wish those grandchildren lived back

9    over here.

10             MR. McKINZIE:  It's horrible.

11             THE COURT:  They grow 90,000 people every

12   year.  That's like dropping a Rio Rancho in north

13   Texas every year, it's growing that fast.

14             What did you do before you retired?

15             MR. McKINZIE:  I was an oil field geologist

16   working in the Gulf of Mexico.

17             THE COURT:  So were you working in the

18   Houston area, or out of Dallas?

19             MR. McKINZIE:  I was out of Dallas.

20             THE COURT:  What did your spouse do before

21   retirement?

22             MR. McKINZIE:  She's an interior decorator.

23             THE COURT:  Did she have an employer, or

24   does she have an employer?

25             MR. McKINZIE:  No, she was self-employed.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You've been represented by an
 2    attorney in the past.  What was that in connection
 3    with?
 4              MR. McKINZIE:  I've got to think about it.
 5    What did I write on my answer?  Outside of being
 6    divorced.
 7              THE COURT:  Was that what it was for?
 8              MR. McKINZIE:  Yeah, that must have been
 9    it.
10              THE COURT:  All right.  You said you didn't
11    look favorably on lots of tattoos.  You may see some
12    pictures here of tattoos, so you're likely to see
13    some.  Can you be fair and impartial to everybody
14    that's got tattoos on?
15              MR. McKINZIE:  Sure.
16              THE COURT:  And I know you live in Santa
17    Fe, and that's going to be a hardship.  We do put you
18    up in a hotel during the week.  If you're asked to
19    serve, do you think you'd be able to do it?
20              MR. McKINZIE:  No problem.
21              THE COURT:  Thank you, Mr. McKinzie.
22              Mr. Brugger, you're over from Deming.
23    Thank you.  What brought you from Pennsylvania to New
24    Mexico?
25              MR. BRUGGER:  I worked heavy industrial
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    construction for, like, 25 years and I've been to all

2    50 states.

3              THE COURT:  Wow.

4              MR. BRUGGER:  And I just -- New Mexico is

5    great.

6              THE COURT:  We won, huh?

7              MR. BRUGGER:  The land was cheap, too.

8              THE COURT:  We've got a lot of it, don't

9    we?

10             MR. BRUGGER:  Yeah.

11             THE COURT:  What was your employer?

12             MR. BRUGGER:  I worked for several

13   employers.  I traveled to power plant shutdowns,

14   things like that.  Worked for a company out of

15   Michigan that put conveyors in Walmart warehouses and

16   different things.  Mostly welding.

17             THE COURT:  And your spouse teaches where?

18             MR. BRUGGER:  Deming Public Schools.

19             THE COURT:  And grade, subject?

20             MR. BRUGGER:  She's special education.

21   She's teaching sixth grade right now, but she's got

22   her K-through-12 in special ed.

23             THE COURT:  And let's see.  There was one

24   question I was going to ask you about.  It says,

25   "After hearing the evidence, you thought the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    defendant could be guilty but you were not convinced
2    beyond a reasonable doubt that he is guilty.  Would
3    you be able to return a verdict of not guilty?"
4            You checked no.  Do you still -- is that
5    the way you intended to answer, or --
6            MR. BRUGGER:  I don't remember that
7    question.
8            THE COURT:  Okay.  Let me ask it maybe in a
9    little bit clearer way.  If you thought they were
10   guilty but you didn't think the Government had proved
11   it beyond a reasonable doubt, could you still check
12   that box "not guilty"?
13           MR. BRUGGER:  If they couldn't prove it
14   beyond a reasonable doubt, no, they would be not
15   guilty.
16           THE COURT:  All right.  You'd check that;
17   even if you thought they might, could be guilty, that
18   wouldn't be enough for you; you'd require the
19   Government to prove it beyond a reasonable doubt?
20           MR. BRUGGER:  If you had any suspicion on
21   any of the evidence, you know.
22           THE COURT:  If there is a reasonable
23   doubt --
24           MR. BRUGGER:  If there is a reasonable
25   doubt, you'd have to.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  You've got to check it for the

2     defendant; right?

3          MR. BRUGGER:  Right.

4          THE COURT:  Okay.  Thank you, Mr. Brugger.

5          Mr. Swantner, you're down from Albuquerque.

6     Thank you.  What do you do?

7          MR. SWANTNER:  For the last 10 years I was

8     a software engineer.  But two weeks ago I started as

9     a scrum master.  Two weeks before that I was supposed

10    to start as a software dev scrum master.

11         THE COURT:  What were the two recent

12    employers?  Give me the names of the two.

13         MR. SWANTNER:  There's been a few in the

14    last couple of months.  Lockheed, PLEXUS, and now

15    SAIC.

16         THE COURT:  Okay.  On the presumption of

17    innocence we talk about in the questionnaire, you

18    said "technically."  I know sometimes we use those

19    words, lay people and the public, that these are

20    technicalities.  But when we get in a court of law

21    and these gentlemen are on trial, it's a very real

22    thing to them.  If you are selected, could you

23    presume them innocent throughout trial until you went

24    back to the jury room?

25         MR. SWANTNER:  Yeah, I think so.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                          1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

295

```
 1              THE COURT:  And you wouldn't make the
 2   burden any easier on the Government because of what
 3   they alleged or where they alleged the crime was
 4   committed; you'd make them prove their case beyond a
 5   reasonable doubt?
 6              MR. SWANTNER:  Yes.
 7              THE COURT:  All right.  Do you think you
 8   could be fair and impartial throughout the trial?
 9              MR. SWANTNER:  I'd try.
10              THE COURT:  Same on the right to silence.
11   Do you think that if they didn't take the stand or
12   put on any evidence, could you give me your assurance
13   you wouldn't draw any adverse inference from it or
14   hold that against them in any way?
15              MR. SWANTNER:  If I had written something,
16   it doesn't have any specific implication.
17              THE COURT:  Let's look a little bit at the
18   answer, and let's just make sure what you said.  You
19   said, "That seems like a fine line to walk."
20              And so what I was saying is:  Regardless of
21   your circumstances or what you would do if you were
22   them, if they decide not to testify or not to put on
23   any witnesses -- and I don't know what they're going
24   to do -- but if they did that, would you -- could you
25   assure them and me that you wouldn't hold it against
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    them?
2              MR. SWANTNER:  Yes, sir.
3              THE COURT:  And you wouldn't draw any
4    adverse inference of any kind?
5              MR. SWANTNER:  I guess it wouldn't be
6    evidence otherwise.
7              THE COURT:  Thank you, Mr. Swantner.
8              Let's go over to Ms. Nitterauer, over from
9    Silver City.  What did you do before retiring,
10   Ms. Nitterauer?
11             MS. NITTERAUER:  I am a registered nurse.
12             THE COURT:  And that was with the
13   Albuquerque Public Schools.  Did you have a
14   particular school?
15             MS. NITTERAUER:  I started at Rio Grande,
16   and went to Sandia, back to Rio, and then Atrisco
17   Heritage.
18             THE COURT:  What did your spouse do before
19   retiring?
20             MS. NITTERAUER:  He was a nurse.
21             THE COURT:  And his employer?
22             MS. NITTERAUER:  It was CYFD.  El Camino,
23   the long-term facility for juvenile offenders.
24             THE COURT:  Did he have a particular grade
25   or subject?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. NITTERAUER:  Who's that?

 2              THE COURT:  Did he have a particular grade

 3     or subject?

 4              MS. NITTERAUER:  No, he had all the kids.

 5     He was a nurse for El Camino.

 6              THE COURT:  Talking about the presumption

 7     of innocence, can you put aside any sort of thoughts

 8     about why they're here and just listen to the

 9     evidence and presume them innocent throughout the

10     trial until you get back to the jury room?

11              MS. NITTERAUER:  Yes, I could.

12              THE COURT:  And let's see.  I thought I had

13     this questionnaire memorized, but let me look at this

14     number one more time.  Oh.  It says, "If charges are

15     proven beyond a reasonable doubt, would anything

16     prevent you from convicting any or all of the

17     defendants?"  You put "yes."  What were you thinking

18     of that might keep you from checking that they were

19     guilty, if the Government had proved their case

20     beyond a reasonable doubt?

21              MS. NITTERAUER:  A concern about

22     retribution.

23              THE COURT:  Even if you have that concern,

24     could you assure the Court and the parties that you

25     would be fair and impartial?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

298

```
1                MS. NITTERAUER:  Yes.

2                THE COURT:  You'd do your job?

3                MS. NITTERAUER:  Yes.

4                THE COURT:  Healthwise, do you think you're

5     okay to serve?

6                MS. NITTERAUER:  Yes, sir.

7                THE COURT:  Thank you, Ms. Nitterauer.

8                Ms. Duncan, you're down from Sandia Park.

9     That's on the east side of the mountains there;

10    right?

11               MS. DUNCAN:  Yes, it is.

12               THE COURT:  Ms. Bevel here is an east

13    side -- east mountain side person, too, so she has to

14    worry about the weather.  You've always got to worry

15    about the weather?

16               MS. DUNCAN:  No.

17               THE COURT:  And what do you do?

18               MS. DUNCAN:  I write genealogy resource

19    books.

20               THE COURT:  I hired somebody a few years

21    ago to do some genealogy work on the east side.  Did

22    you do any work for me?

23               MS. DUNCAN:  No.

24               THE COURT:  I didn't recognize the name,

25    either, but I thought it was interesting.  I hired
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   someone on the east side.  They had done a little bit
 2   of work for me.  We had a family dispute.  Somebody
 3   thought we were -- turned out I was right.  Here's
 4   the interesting thing.  My dad still wouldn't believe
 5   it, so we got him the DNA test for Christmas, and I
 6   was still right.
 7           What does your spouse do?
 8           MS. DUNCAN:  He's retired Air Force,
 9   currently working for a company called Agilities.
10   He's the senior project manager.
11           THE COURT:  And your major field of study
12   in college?
13           MS. DUNCAN:  Business.
14           THE COURT:  Talk about law enforcement.
15   We're going to have law enforcement testify.  Are you
16   going to automatically believe them because they're
17   law enforcement?
18           MS. DUNCAN:  Depends on the evidence.
19           THE COURT:  So you're going to look at them
20   one by one and make credibility determinations about
21   when they're telling you the truth?
22           MS. DUNCAN:  Yes.
23           THE COURT:  Presumption of innocence.
24   You're not going to worry about how this case got
25   here; you're going to presume these gentlemen
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    innocent all the way through the trial until you get
2    back to the jury room?
3              MS. DUNCAN:  Yes, sir.
4              THE COURT:  And you're going to make the
5    Government -- you don't believe -- let me ask this.
6    I shouldn't ask a question that way.  I want to hear
7    your own words.  But do you believe that people
8    deserve what they get?  In other words, if somebody
9    is proven to be a gang member or they're in prison or
10   something like that, do they deserve what they get?
11   Or are they still entitled to the protection of the
12   law?
13             MS. DUNCAN:  They're entitled to
14   protection.
15             THE COURT:  And if they were shown to be a
16   gang member, you would agree that they deserve
17   protection?
18             MS. DUNCAN:  Yes.
19             THE COURT:  I know that you don't look
20   forward to jury service here, but if you were
21   selected, would you be able to serve?
22             MS. DUNCAN:  Yes, sir.
23             THE COURT:  Thank you, Ms. Duncan.
24             Mr. Skousen, you're down from Albuquerque,
25   as well.  Thank you.  What do you do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1          MR. SKOUSEN:  I work for Sandia National
2    Laboratories.
3          THE COURT:  And what does your spouse do?
4          MR. SKOUSEN:  She's a CPA, and currently
5    she works at Gap as a salesperson.
6          THE COURT:  Oh, okay.  Is she with an
7    accounting firm in Albuquerque?
8          MR. SKOUSEN:  No, she's not.  She elected
9    to be a stay-at-home mom.
10          THE COURT:  So she has her own business out
11   of her house?
12          MR. SKOUSEN:  No, she no longer practices
13   as a CPA.
14          THE COURT:  Police officers, law
15   enforcement officers, are you going to automatically
16   believe them because they're law enforcement
17   officers?
18          MR. SKOUSEN:  No, it's situational.  As
19   others said, it depends on the circumstances.
20          THE COURT:  So you're going to treat them
21   like any other witness?  You'll listen to the
22   evidence, watch them?
23          MR. SKOUSEN:  Yes, sir.
24          THE COURT:  See how they perform and decide
25   whether they're credible or not?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. SKOUSEN:  Yes, sir.
 2              THE COURT:  Tattoos.  You put that that's a
 3    poor decision.  You're going to see probably some
 4    pictures of some tattoos.  Can you be fair and
 5    impartial about the people that may be wearing those
 6    tattoos?
 7              MR. SKOUSEN:  What I put is some people
 8    later in life may have made a bad decision.  I know
 9    people who got tattoos when they were younger, and
10    that was a mistake, and they wish they hadn't done
11    that.  So again, I don't have anything particular
12    against tattoos or people who have tattoos.
13              THE COURT:  So you can be fair and
14    impartial if pictures are shown to you?
15              MR. SKOUSEN:  Absolutely.
16              THE COURT:  Of those people?  Thank you,
17    Mr. Skousen.
18              Ms. Wise, what brought you from Missouri to
19    New Mexico?
20              MS. WISE:  I guess you could say love.
21              THE COURT:  That's a good excuse.  Where do
22    you teach?
23              MS. WISE:  I'm retired.
24              THE COURT:  What grade or subject did you
25    have?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                  MS. WISE:  I was a kindergarten teacher for
2       APS.
3                  THE COURT:  Okay.  Which school?
4                  MS. WISE:  I was at Manzano Mesa.
5                  THE COURT:  Okay.  All right.  What did
6       your spouse do before your spouse was deceased,
7       passed away?
8                  MS. WISE:  Worked at Sandia Casino.
9                  THE COURT:  Okay.  Let's talk about law
10      enforcement.  Are you going to believe law
11      enforcement just because they're a witness up here?
12                 MS. WISE:  No.
13                 THE COURT:  Okay.  Tell me why that's an
14      emotional question for you.
15                 MS. WISE:  That one isn't.
16                 THE COURT:  What are you thinking of?
17                 MS. WISE:  When I told you about love, I
18      lost my love.
19                 THE COURT:  I know you did.
20                 MS. WISE:  It still bothers me.
21                 THE COURT:  Okay.  I understand that.
22                 MS. WISE:  As far as police officers, I
23      believe most of them take the oath with really good
24      intention, and most of them are good people.  I do
25      believe that some of them are not, so...
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  And there's --
 2   nobody is going to criticize any belief like that.
 3   But let's talk about the law enforcement that's going
 4   to come into this courtroom and testify.  Could you
 5   give all the parties here in the court the assurance
 6   that just because they tell you in the first few
 7   sentences of their testimony that they're law
 8   enforcement, that you're not going to automatically
 9   believe them?
10              MS. WISE:  No, I would not automatically
11   believe them.
12              THE COURT:  You're going to listen to them,
13   watch them, and see if they're credible, just like
14   any other witness?
15              MS. WISE:  Yes, sir.
16              THE COURT:  Okay.  Let talk about the
17   presumption of innocence.  Can you give these
18   gentlemen that are right in front of you an assurance
19   and the Court an assurance that you will presume them
20   innocent?
21              MS. WISE:  I will, yes.
22              THE COURT:  You're not going to worry about
23   how this case got here; you're going to presume them
24   innocent all the way till you get to the jury room?
25              MS. WISE:  I will do my very best.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  And you're not going to be
 2     sitting there thinking that they're more likely
 3     guilty or not guilty because they're sitting in front
 4     of you?
 5              MS. WISE:  No.
 6              THE COURT:  You talked a little bit about
 7     probable cause, so you must have some idea of what
 8     probable cause means and those sort of things.  Can
 9     you put those out of your mind, presume them
10     innocent?
11              MS. WISE:  I'll do my very best, Your
12     Honor.
13              THE COURT:  You said you want to hear from
14     the defendant.  I don't know what these gentlemen are
15     going to do, and I don't know whether they're going
16     to put any evidence on, but you know that the
17     Constitution guarantees them the right not to have to
18     do that; right?
19              MS. WISE:  Yes.
20              THE COURT:  And that's a very cherished
21     right in our Constitution.  Do you agree with me?
22              MS. WISE:  I do, yes.
23              THE COURT:  Even though you might want to
24     hear them, could you give me and these defendants the
25     assurance that you will not hold it against them if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   they decide not to testify?
 2          MS. WISE:  I believe I would not hold it
 3   against them.
 4          THE COURT:  And you won't infer anything
 5   from it if that's what occurs?
 6          MS. WISE:  No.
 7          THE COURT:  I know you lost your husband in
 8   2016, which is not that far back.  Do you think
 9   you're okay to serve, Ms. Wise?
10          MS. WISE:  Yes.  I'm sorry I got so
11   emotional.
12          THE COURT:  Don't worry about it.  But I
13   think everybody wants to know if you think you'll be
14   able to do this, if you're asked to serve.
15          MS. WISE:  I believe I will.
16          THE COURT:  You live in Albuquerque?
17          MS. WISE:  Um-hum.
18          THE COURT:  You've got some pets, chickens,
19   a big garden?
20          MS. WISE:  Yes.
21          THE COURT:  Who is going to take care of
22   those for eight weeks?
23          MS. WISE:  My neighbors came together and
24   they were kind of like arguing over who was going to
25   get to do what.  So I've got it covered.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  So you've got some good
 2    neighbors.
 3              MS. WISE:  I do.
 4              THE COURT:  Thank you, Ms. Wise.
 5    Appreciate it.
 6              Mr. Medina, you're over from Hatch.  We
 7    talked to you a little bit up here.  Do you want to
 8    tell me what you do?  You may have told me, but what
 9    do you do?
10              MR. MEDINA:  I work for the New Mexico
11    Department of Transportation.
12              THE COURT:  And what do you do for them?
13              MR. MEDINA:  Equipment operator,
14    maintenance worker.
15              THE COURT:  Your spouse's employer?
16              MR. MEDINA:  My wife is a registered nurse.
17              THE COURT:  I know you've had a back
18    injury.  You talked a little about that.
19              MR. MEDINA:  Yes, sir.
20              THE COURT:  You're able to stand, okay to
21    sit?  Okay to serve?
22              MR. MEDINA:  Yeah, just walking hurts, and
23    if I sit too long, also.
24              THE COURT:  If you can stand at any point
25    you want to, you'd be okay to serve from a health
```

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   standpoint?

 2              MR. MEDINA:  Yes, sir.

 3              THE COURT:  Dates of unavailability, you

 4   put N/A.  Are you okay to serve the next eight weeks?

 5              MR. MEDINA:  Well, yeah, until I found out

 6   that they moved my workmen's comp hearing up to

 7   Thursday, this Thursday.

 8              THE COURT:  Okay.  Let's talk a little bit

 9   about that.  If we were to help you call your

10   attorney or that and rearrange it and --

11              MR. MEDINA:  Possibly, yes, sir, I could.

12              THE COURT:  You might be able to serve?  I

13   want to ask you a question that I've asked some of

14   the other jurors about, just make sure that this is

15   the question.  "Do you think that being a gang

16   member, they deserve what they get, even if it means

17   being a victim of a crime?"

18              And you put yes.  Let me see if I

19   understand, or if you want to tell me in your own

20   words.  If it's established that the alleged victim

21   is a gang member, do you think they deserve the same

22   protections just as any other member, or are you

23   going to say they don't deserve the protections

24   because they're a gang member?

25              MR. MEDINA:  No, I'm not going to say that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    they don't deserve protection.  But I will say that
2    if -- like, the way I was raised, my father was old
3    school, so I had a tough bringing up, a lot of
4    discipline.  And his saying would be, pardon my
5    French, but (speaking Spanish), which means, "Whoever
6    is in the crap is going to come out with crap."
7            So you've got to surround yourself with
8    good people and make the right decisions.  That's the
9    point I was trying to make.
10           THE COURT:  Well, I certainly -- my dad
11   didn't use that French, but --
12           MR. MEDINA:  I apologize.
13           THE COURT:  Over in Hobbs, they had a
14   different way of putting it.  But -- so I think some
15   of us got the same advice from our dads, parents and
16   other people.  But we know that some people are gang
17   members.
18           MR. MEDINA:  Yes, sir.
19           THE COURT:  And if it's established that
20   they are, do you think you'd be able to treat those
21   people as having the same protection of the law as
22   anybody else?
23           MR. MEDINA:  Yes, sir.  I'm just saying
24   it's a decision people make.  Some of the decisions
25   people make -- but I mean, it does not -- we all have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    rights, so everybody deserves a fair trial, and it
 2    would not impede my ability to listen to the evidence
 3    and to come away with a proper verdict, however I
 4    feel the proper verdict would be.
 5              THE COURT:  Thank you, Mr. Medina.
 6              Mr. Mott, you're down from Los Alamos.
 7    What brought you from Texas to New Mexico?
 8              MR. MOTT:  My grandchildren.
 9              THE COURT:  I can understand that.  What do
10    you do?
11              MR. MOTT:  I'm retired.
12              THE COURT:  What is Quorum Business
13    Solutions?  What is that?
14              MR. MOTT:  It is a company that provides
15    oil and gas accounting software.
16              THE COURT:  And what did your spouse do
17    before retirement?
18              MR. MOTT:  She was a housewife, and then
19    various and sundry jobs in doctors' offices and other
20    businesses.
21              THE COURT:  Any employer I would know or
22    the jurors would know?
23              MR. MOTT:  Probably not.
24              THE COURT:  Okay.  Talk about law
25    enforcement.  There's going to be law enforcement
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1    testify.  Are you going to automatically believe them
 2    because they're law enforcement?
 3              MR. MOTT:  No, sir.
 4              THE COURT:  You can treat them like any
 5    other witness in determining their credibility by
 6    watching their demeanor and how they testify and, if
 7    they're cross-examined, whether they're telling the
 8    truth?
 9              MR. MOTT:  Yes, sir.
10              THE COURT:  Thank you, Mr. Mott.
11              Let me ask -- we've got some people from
12    some smaller towns and things like that.  Are there
13    any members of the jury that know each other?  You've
14    been sitting there.  Have you got to know each other?
15              All right.  Ms. Lee, you're from
16    Alamogordo.  Thank you.  What kind of real estate or
17    Realtor are you?  Commercial or residential?
18              MS. LEE:  Residential qualifying broker.
19              THE COURT:  What does your husband do?
20              MS. LEE:  He's an electronic warfare
21    engineer at the missile range.
22              THE COURT:  What was your major field of
23    study in college?
24              MS. LEE:  Business technology.
25              THE COURT:  Presumption of innocence.  Can
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you assume these men that are over here on your right

2   to be innocent?

3              MS. LEE:  Innocent until proven guilty.

4              THE COURT:  And you could wait until you

5   get back to that deliberation room, to the jury room,

6   before you ever did anything with that presumption?

7   You could keep that presumption throughout the trial?

8              MS. LEE:  Yes.

9              THE COURT:  And you're going to sit there

10  and assume them to be innocent right now?

11             MS. LEE:  Yes.

12             THE COURT:  And not worry about how they

13  got here, how this case got here?

14             MS. LEE:  I don't know anything, so yes.

15             THE COURT:  Thank you, Ms. Lee.

16             Ms. Solis, what brought you from Texas to

17  New Mexico?

18             MS. SOLIS:  My job.

19             THE COURT:  And what do you do?

20             MS. SOLIS:  I work -- right now I'm working

21  at NMSU, administrative assistant for the College of

22  Business.

23             THE COURT:  All right.  And what -- oh, the

24  Department of Business?

25             MS. SOLIS:  In the Department of Marketing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in the College of Business.

2          THE COURT:  What did your spouse do before

3  the separation or divorce?

4          MS. SOLIS:  He was in retail.

5          THE COURT:  And did he have an employer?

6          MS. SOLIS:  He was between jobs all the

7  time.  Part of the reason why I'm here.  I left.

8          THE COURT:  What was your major field of

9  study in college?

10          MS. SOLIS:  I was getting into accounting.

11          THE COURT:  Talk to me about how you're

12  going to view law enforcement.  Are you going to

13  automatically believe them or be more likely to

14  believe them because they say they're law

15  enforcement?

16          MS. SOLIS:  Again, I will listen to what

17  they have to say.

18          THE COURT:  All right.  And are you going

19  to believe them any more than any other witness?  Are

20  you going to use the same tools to determine whether

21  they're credible?

22          MS. SOLIS:  Same tools.

23          THE COURT:  All right.  What about the

24  presumption of innocence?  Can you give the Court and

25  these gentlemen the assurance that you'll presume

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    them innocent and make the Government prove their
 2    charges beyond a reasonable doubt?
 3              MS. SOLIS:  Absolutely.
 4              THE COURT:  All the way through the trial
 5    until you get to the jury room to deliberate?
 6              MS. SOLIS:  Yes.
 7              THE COURT:  You put, "Every person has a
 8    right under the law to prove their innocence."  Do
 9    you remember writing that on your form?
10              MS. SOLIS:  That's correct.
11              THE COURT:  Now, you heard me talking to
12    some of the other jurors.  Would you agree with me
13    that these gentlemen don't have to prove their
14    innocence?
15              MS. SOLIS:  Yes.
16              THE COURT:  It's the Government that has to
17    prove, if they can, that they're guilty beyond a
18    reasonable doubt; right?
19              MS. SOLIS:  That's correct.
20              THE COURT:  And can you give these
21    gentlemen your assurance that you won't require these
22    defendants to prove their innocence?
23              MS. SOLIS:  Yes.
24              THE COURT:  They have a right to testify,
25    and they have a right to put on witnesses, and they
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    may do that and put on evidence.  But if they don't,
2    you won't hold that against them in any way?
3              MS. SOLIS:  Not at all.
4              THE COURT:  And you won't draw any adverse
5    inference from it in any way?
6              MS. SOLIS:  No.
7              THE COURT:  And photographs.  Could you
8    give me your assurance that you'll look at them and
9    consider them, the evidence in this case, all of it?
10             MS. SOLIS:  I will.
11             THE COURT:  All right.  Thank you,
12   Ms. Solis.
13             Mr. Niemeier, you're over from Carlsbad.
14   Thank you.  What brought you from Texas to New
15   Mexico?
16             MR. NIEMEIER:  Family originally in
17   Carlsbad.
18             THE COURT:  And what do you do?
19             MR. NIEMEIER:  I'm an insurance agent and a
20   retirement planner.
21             THE COURT:  Do you have an employer?
22             MR. NIEMEIER:  I'm self-employed.
23             THE COURT:  What was your major field of
24   study in college?
25             MR. NIEMEIER:  Business.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  What did your spouse do before
 2      the divorce?
 3              MR. NIEMEIER:  She worked in retail.  That
 4      was 20 years ago.
 5              THE COURT:  What was her employer?
 6              MR. NIEMEIER:  Express Clothing Store.
 7              THE COURT:  Okay.  On the question, "Would
 8      you be more likely to believe police officers," talk
 9      to me a little bit about the police officers, law
10      enforcement that are going to come in and testify.
11      Are you going to automatically believe them?
12              MR. NIEMEIER:  I don't know if I'd
13      automatically believe them, but as long as they have
14      corroborating evidence, I would be likely to believe
15      their testimony.
16              THE COURT:  Can you treat them like any
17      other witness?  If they're cross-examined, if
18      somebody shows that they're inaccurate or not telling
19      the truth, do you think you'd be able to go ahead and
20      say, "Well, even though that he or she is law
21      enforcement, somebody has shown me that they're
22      inconsistent, and might not be telling the truth or
23      might be inaccurate"?
24              MR. NIEMEIER:  I believe I can do that.
25              THE COURT:  Let's talk about the burden of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    proof in this case.  Let me refresh my memory about
 2    the question.  "Do you think if a person is brought
 3    to trial, there must be some truth to the charges?"
 4              And you put, "Yes," but you also then put,
 5    "That is why beyond a reasonable doubt is so
 6    important."
 7              Before we even get to the burden, let me
 8    talk to you a little bit about how we're getting
 9    here.  Can you presume these gentlemen to be innocent
10    at the beginning of the trial and throughout the
11    trial and until you get back to that jury room --
12              MR. NIEMEIER:  Yes.
13              THE COURT:  -- to deliberate?
14              MR. NIEMEIER:  Yes.
15              THE COURT:  Okay.  And -- all right.  Thank
16    you, Mr. Niemeier.
17              Ms. Griego, you're down from Santa Fe.
18    Thank you.  What is a respite care provider?
19              MS. GRIEGO:  I work with seniors.
20              THE COURT:  And what do you do there?
21              MS. GRIEGO:  I provide respite for the
22    caregivers.
23              THE COURT:  Does the City of Santa Fe own
24    that facility?
25              MS. GRIEGO:  I'm in their homes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                 THE COURT:  And what does your spouse do?
 2                 MS. GRIEGO:  He's in construction.
 3                 THE COURT:  All right.  Does he have an
 4      employer?
 5                 MS. GRIEGO:  Yes.
 6                 THE COURT:  About police officers and law
 7      enforcement that are going to come testify, are you
 8      going to automatically believe them or be more likely
 9      to believe them than other witnesses in the case?
10                 MS. GRIEGO:  No.
11                 THE COURT:  Do you think you could treat
12      them, as far as credibility, the same way you do
13      other witnesses?
14                 MS. GRIEGO:  Yes.
15                 THE COURT:  And listen to the
16      cross-examination and other evidence and watch their
17      demeanor and make a decision before you believe them
18      or not?
19                 MS. GRIEGO:  Yes.
20                 THE COURT:  Talk to me about the
21      presumption of innocence.  Could you give these men
22      and the Court the assurance that you'll presume them
23      innocent throughout the entire trial until you go
24      back to that jury room to deliberate?
25                 MS. GRIEGO:  Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  And you won't worry about how
2    we got here, or why we're here until you get back
3    there?
4            MS. GRIEGO:  No.
5            THE COURT:  And you put on your jury form,
6    "I think needs to be able to testify."  Certainly if
7    the defendants want to testify, they'll have that
8    right.  That's guaranteed to them, as well.  But if
9    they decide not to testify or put on any evidence,
10   can you assure them and the Court that you'll not
11   draw any inference from it?
12           MS. GRIEGO:  Yes.
13           THE COURT:  And you won't hold that against
14   them in any way?
15           MS. GRIEGO:  Yes.
16           THE COURT:  Photographs, evidence.  Can you
17   assure me that you'll look at it and consider it?
18           MS. GRIEGO:  Yes.
19           THE COURT:  And then after you look at it
20   and consider it, you won't get emotional, you'll just
21   be fair and impartial to the parties here?
22           MS. GRIEGO:  I will try.
23           THE COURT:  Healthwise, are you okay to
24   serve?
25           MS. GRIEGO:  I'm a diabetic on insulin.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  If we can take care of you,
 2    make sure you get what you need to keep your sugar
 3    levels okay, do you think you'd be able to serve?
 4              MS. GRIEGO:  I will try.
 5              THE COURT:  Tattoos.  I know you said you
 6    didn't care for them, but there's going to be
 7    probably some pictures of people wearing tattoos.
 8    Can you be fair and impartial to the people --
 9              MS. GRIEGO:  Yes.
10              THE COURT:  -- who have tattoos?  I know
11    Las Cruces is a long way from Santa Fe, and you've
12    got a job.  Do you think you'd be okay to serve?
13              MS. GRIEGO:  Well, I don't drive
14    long-distance, so my husband had to bring me down.
15              THE COURT:  If you were selected, what
16    would be your plan?
17              MS. GRIEGO:  I don't know.
18              THE COURT:  Would it be likely that
19    somebody would drive you here, and then you'd get to
20    the courthouse, and then you go back on the weekends,
21    somebody pick you up?
22              MS. GRIEGO:  I'm not sure.
23              THE COURT:  Not sure.  Okay.  Thank you,
24    Ms. Griego.
25              MS. GRIEGO:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Ms. Beavers.  You may be our
 2    last one tonight.  You're from Alamogordo.  Thank
 3    you.  What do you do?
 4              MS. BEAVERS:  I work for New Mexico State
 5    University, the branch in Alamogordo.
 6              THE COURT:  And are you in a particular
 7    department there?
 8              MS. BEAVERS:  I work for the vice president
 9    for academic affairs.  I work in the office, catalog,
10    curriculum, schedule, recertifications.
11              THE COURT:  You've been represented by an
12    attorney in the past.  What was that in connection
13    with?
14              MS. BEAVERS:  I actually don't remember
15    that.
16              THE COURT:  Dates of unavailability, you
17    put "unknown at this time."  How are we doing now
18    that we're in the courtroom?  Are you okay?
19              MS. BEAVERS:  Other than, you know,
20    standard work deadlines, but probably no more or less
21    than everyone else has.
22              THE COURT:  So if you were selected, you'd
23    be able to serve?
24              MS. BEAVERS:  Yes.
25              THE COURT:  Any evidence, pictures or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   something like that -- could you assure the Court
 2   that you would look at them and consider them?
 3             MS. BEAVERS:  Yes.
 4             THE COURT:  All right.  And I know you have
 5   concerns about an eight-week trial, but you'd be able
 6   to serve if you were selected?
 7             MS. BEAVERS:  Yes.
 8             THE COURT:  All right.  Thank you,
 9   Ms. Beavers.
10             Let me get one more tonight and then we'll
11   stop.
12             Ms. Cardenas, let me do you.  You're from
13   Deming.  Thank you.  What does your spouse do?
14             MS. CARDENAS:  He's a supervisor for a
15   drilling company for environmental work.
16             THE COURT:  All right.  What kind of
17   drilling is it?
18             MS. CARDENAS:  Contamination,
19   environmental.
20             THE COURT:  You put dates of unavailability
21   June 25 through July 4.  We're going to be done by
22   then.  Are you okay to serve over the next eight
23   weeks?
24             MS. CARDENAS:  Yes.
25             THE COURT:  Police officers, law
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   enforcement.  Are you going to be more likely to
 2   believe them, or are you going to take them one at a
 3   time and watch them and listen to them before you
 4   make a determination whether they're believable?
 5              MS. CARDENAS:  No, I can be fair.
 6              THE COURT:  You think you can just make
 7   determinations one by one?
 8              MS. CARDENAS:  Yes.
 9              THE COURT:  Presumption of innocence.  Can
10   you assure these gentlemen and the Court that you'll
11   presume them innocent until you get back to the jury
12   room to deliberate, and you won't worry about how the
13   case got here?
14              MS. CARDENAS:  Yes.
15              THE COURT:  And you know that they don't
16   have to testify or put on any witnesses; correct?
17              MS. CARDENAS:  Correct.
18              THE COURT:  And you won't hold that against
19   them if they make a decision not to do that?
20              MS. CARDENAS:  No.
21              THE COURT:  And you won't draw any
22   inference from their not putting on any witnesses?
23              MS. CARDENAS:  No.
24              THE COURT:  All right.  Thank you,
25   Ms. Cardenas.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right, let's pause there for the
 2    evening.  We've worked hard.  I know we got started a
 3    little bit late.
 4              Let me talk to you a little bit about --
 5    since we're breaking for the evening.  This will be
 6    our first break for the evening.  I'm going to remind
 7    you of a few things that are especially important.
 8              Until the trial is completed, you're not to
 9    discuss this case with anyone, whether it's members
10    of your family, people involved in the trial, or
11    anyone else.  And that includes your fellow jurors.
12    So if y'all are staying at the same hotel or
13    something like that, please talk about something
14    else.  Don't talk about this trial.
15              If anyone approaches you -- there's a lot
16    of people here -- and tries to discuss the trial with
17    you, please let me know immediately.  Also, you must
18    not read or listen to any news reports of the trial.
19    Again, don't get out of here and do any research for
20    purposes of this case on the internet or anywhere
21    else.
22              And finally, remember that you must not
23    talk about anything with any person who is involved
24    in the trial, even if it doesn't have anything to do
25    with the trial.  So a lot of people are going to be
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1    leaving the courtroom together.  Let's just not talk
 2    to the people sitting at these tables at all.
 3             If you need to speak with me, give a note
 4    to one of the court security officers or to Ms. Bevel
 5    or to Ms. Wild.
 6             I may drop off saying these tomorrow.  I
 7    may start off in the day saying them.  But if I don't
 8    say them, do keep them in mind.
 9             Ms. Wild, should they just gather outside
10    the courtroom at 8:30?
11             THE CLERK:  Yes.
12             THE COURT:  Please don't go back to Jal or
13    Hobbs or anything like that.  Enjoy a nice overnight
14    stay in Las Cruces.  I've been down here a lot over
15    my career.  There are some great restaurants.  And
16    just enjoy it.  And do come back.  I'll meet you
17    outside the courtroom.  Ms. Bevel and Ms. Wild will
18    meet you outside.  So don't come in until we come out
19    and get you.  But try to be on time, through security
20    and everything, out there at 8:30.
21             I've got a little bit more questioning I'm
22    going to do like we're doing here, and then I'm going
23    to turn you over to the attorneys to let them ask
24    some questions.
25             Let me thank you for what you've done for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    us.  I know you're probably going to think I say this
 2    all the time because you think I'm obligated to, but
 3    I get good feelings about the people in this room and
 4    that you're good folks, and you're good citizens, and
 5    I appreciate the way you've been very open with us,
 6    the way you've been patient with us, and done what
 7    we've asked you to do.  So I thank you a lot.
 8              I hope you have a good evening.  If you're
 9    traveling, be safe.  We'll see you at 8:30 in the
10    morning.
11              (The venire panel left the courtroom.)
12              THE COURT:  All right.  I appreciate
13    everybody's hard work.  I know that it was a little
14    bit rough getting started here in the morning, but I
15    appreciate your hard work.  And I'll be turning it
16    over to y'all pretty soon in the morning, so y'all
17    have a good evening.  See y'all tomorrow.
18              (The Court stood in recess.)
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4                C-E-R-T-I-F-I-C-A-T-E

5        I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages constitute

8   a true transcript of proceedings had before the said

9   Court, held in the District of New Mexico, in the

10  matter therein stated.

11       In testimony whereof, I have hereunto set my

12  hand on this 16th day of July, 2018.

13

14       _____

15       Jennifer Bean, FAPR, RMR-RDR-CCR
         Certified Realtime Reporter
16       United States Court Reporter
         NM Certified Court Reporter #94
17       333 Lomas, Northwest
         Albuquerque, New Mexico 87102
18       Phone:        (505) 348-2283
         Fax: (505) 843-9492
19       License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com