IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO.    15-CR-4268 JB |
| vs. ) | |
| ) | |
| **ANGEL DELEON, et. al.** ) | |
| ) | |
| Defendant. ) | |

NOTICE OF WITHDRAWAL OF COUNSEL

Matthew M. Beck hereby notifies the Court that he is no longer employed by the United States Attorney's Office and therefore withdraws as counsel on behalf of the plaintiff in this case. Maria Y. Armijo and Randy M. Castellano will continue as counsel of record for United States of America.

Respectfully submitted,

*Electronically filed on 9/26/18*
MATTHEW M. BECK
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
201 Third Street NW, Suite 2200
Albuquerque, NM 87103
505-768-7325

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to counsel of record on this date.

/s/
MATTHEW M. BECK