IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § | NO. 15-CR-4268-JB |
| ANGEL DELEON, ET AL., | § § § | |
| *Defendants*. | § § | |

**DEFENDANT ANTHONY RAY BACA'S**
**APPENDIX OF EXHIBITS IN SUPPORT OF HIS MOTION FOR A NEW TRIAL**

Defendant Anthony Ray Baca, by and through undersigned counsel, respectfully submits this appendix of exhibits that support his motion for a new trial. *See* Dkt. 2421. They are as follows:

1. Exhibit A, November 14, 2017 audio recording (lodge by hand filing separately on a compact disk);

2. Exhibit B, FBI 302 dated November 6, 2017;

3. Exhibit C, Agent Acee's Notes dated November 1, 2017;

4. Exhibit D, October 24, 2015 Letter to Tim Martinez;

5. Exhibit E, Selected pages of Lupe Urquizo's trial testimony;

6. Exhibit F, Photo from Cage 1 looking into Cell N3A Q106;

7. Exhibit G, Photo of door to Cell N3A Q106;

8. Exhibit H, Photo through the wire mesh in the window of Cell N3A Q106;

9. Exhibit I, DOC IPRA Request dated April 17, 2018;

10. Exhibit J, DOC IPRA Request dated May 14, 2018;

11. Exhibit K, May 16, 2018 DOC email response to May 14, 2018 IPRA request;

12. Exhibit L, May 17, 2018 DOC email response to May 17, 2018 email;

13. Exhibit M, September 19, 2018 DOC email responding to August 23, 2018 IPRA request;

14. Exhibit N, Adelante Document Destruction Receipt dated May 18, 2018.

Respectfully submitted,

/s/ Theresa M. Duncan
Theresa M. Duncan
Duncan Earnest LLC
515 Granite NW
Albuquerque, NM 87102
505-842-5196
teri@duncanearnest.com

AND

ROTHSTEIN DONATELLI, LLP

/s/ Marc M. Lowry
MARC M. LOWRY
500 Fourth Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorneys for Anthony Ray Baca*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2018 I caused the instant appendix to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

s/ *Marc M. Lowry*
Marc M. Lowry