SA BRYAN ACEE NOTES

MARIO RODRIGUEZ DEBRIEF          11-1-17

SANTIAGO HERNANDEZ

MARIA, RANDY, NANCY, ACEE

COVERED CONTENT OF PRIOR DEBRIEF & DRAFT 302 BY SA STEMO.
SOME CLARIFICATIONS MADE BY RODRIGUEZ.
RODRIGUEZ PROVIDED LIST - SEVERAL PAGES OF INFO TO AGENTS. - 10 pages
QUESTIONNAIRE — QUESTIONS

Only Pup can call hit on good standing member. Pup approved
tabla. Pup allowed members to act within reglas... hit
a snitch or rival... ok to act. Anything outside of
reglas required Pup approval.

When first got to SNMCF, became aware Red +
Molina verbal w/ Dan Dan. Pod backed Dan,
But RED backed Molina. Dan failed to act on it.

EXHIBIT
C

PENGAD 800-631-6989

U.S. v. DELEON, ET Al.   51490

HITS
1) ERIC DURAN    2) STYX    3) Mario Montoya ⎫ Blue
Chris GARCIA, Donny Gutierrez "DG" in tablet,   ⎫ oters
Cheech  Joe Martinez ⎫ Rei Duran white @ PNM   Secrets
                                         and cooperate
                                     Days will want to see
                                     me on stand.

When with S you take them as a joke, when against
them you realize how serious they are.

Chris Chavez "Critter" PC letter in tablet
    ratting and fronting — worst ones
        wrote letter crossed out SNM, wrote LC
        Sissy... will just use him.

SMURF — Daniel    STIU interviews. Claims Pup
told him to snitch. Confronted on transport.
Dan likes him

Sergio Rodriguez — interview @ time arrest.
            He had already ratted on Lorenzo "Dreamer"
    Did a lot of boys school time together. He's a
    down ass motherfucker. He wants out. Dan, Lazy,
    Archie want him out. Blue talked to Dan
    about letting it go.

Carlos HERERRA - he's fine. Recordings, alone
    talking, Brother talking, in Recordings
    he talks Shit on everyone. Guys
    saying Carlos could be good by doing something good
    in feds    then    Recordings - fuck him

U.S. v. DELEON, ET AL.   51491

Peter Stevens

Blue going to southern, talk to Drama.

Given to Baby G. Baby G to Lazy, Lazy to Juan Mendez. Mendez threw out.

Juan backs up Peter. Drama confront Lazy and Lazy says my bad.

---

Dreamer assault Ron Ron

---

Recordings

On transports takes off chains, all do. Hard to get Lazy cause he can take off chains. Others can too, Strangle w/ sock. Carlos Shank

Javier Rubio BB

Jamie Perez   Baby Joker

Steven Morales

Alex Baldorama

U.S. v. DELEON, ET AL.   51492

Chain needs to be lower, slip it off.

Arturo + Lazy playing chess, piece missing, argue, told Lazy off, told him go sit down corner Carlos said next time cuffs off its on.

Dan Dan said wanted one of Blue's shanks, but Blue turned his in to FBI.

small metal in Double A batteries, sharpen and alter to open cuff. Go to bathroom pull out weapon in bathroom, come out and hit someone at table.

Otero guys make decisions,

will hit Herrera on transport or in feds,

Arturo runs the S. Wants to strangle people in feds.

— all CHS/CWs

— Boo Boo

— All Clarks, except Razor

Pup won't run S. Arturo + Pup will run it.

Cunte will fall under Arturo.

Arturo never done anything for S. Not even a fistfight

Weapons

1) Blue's Reebok
   MOLINA EVIDENCE — RIGHT SHOE Gray tab,
   push it down, Ice pick in there, still there.

2) ICE PICK IA SOUTH, C POD bottom tier
   Room close to shower 1 or 6
   Air duct, grill, flap over
   bottom left side, fell.

3) 3B W pod North W-7 or W-12
   Close to shower, mattress came from SHU TV @ Doña Ana.

U.S. v. DELEON, ET AL. 51494

Packed his bags twice.
Troup tried to get out twice. Arturo
talked him out of it, Lawyers talking
Troup and Dan Dan out of it
and filling their heads saying they
can win, ~~XX~~

Arturo told everyone to cut Lazy out. No info, no dope.

Once recordings came out, he got put on time out.

Lazy appologized repeatedly.

Andrew Romero (RRB) SNM

X-Pod

Blue gave him shank

GRIEFO, Tomas CLARK

U.S. v. DELEON, ET AL.    51495

UNCLASSIFIED//LES



**U.S. Department of Justice**



Federal Bureau of Investigation

In Reply, Please Refer to
File No.
245U-AQ-6239655

4200 Lueking Park Ave NE
Albuquerque, New Mexico

*11-1-17*

## SNM GANG QUESTIONNAIRE
February 2017   *Supplement / SEE 302*
*EDITS/NOTES*

**Background Information:**

1. Full name? *Mario Rodriguez*

2. Age?

3. Moniker or nicknames? *"Blue" — teacher in Springer always looked Sad*

4. What year did you join the SNM?

5. Who brought you into the SNM?

6. Were you in a street gang prior to joining the SNM? If so, what street gang?

7. Can a woman be a member of the SNM? *No*

8. Can a homosexual be a member of the SNM? *N*

9. Can a sex offender be a member of the SNM? *Depends on charges. Conrad, Andrew, if if 16-18 small sex difference, then ok. Depends on who friends are*

10. Can a white male be a member of the SNM? *A few. where from? Fernie + Styx go around raping inmates Popularity contest.*

11. Can a black male be a member of the SNM? *No*

12. Can an Asian male be a member of the SNM? *NO*

13. Is membership in the SNM for life? *Yes*

14. How can a member get out of the gang? *Killed, Christian, or informant — Killed*

15. Do you have any knowledge about any corrupt correctional staff or law enforcement? Please provide details.

16. Are SNM members expected to maintain a "code of silence?"

17. What were the rules for membership when you were brought in?

UNCLASSIFIED//LES

18. What are the current "reglas" (rules) for SNM members? *Legal & S. Assault enemies no matter. Represent SNM. Gotta come out.*

19. Have the rules changed over time? *Recruiting w/o looking at paperwork. Had research.*

20. What did you do to "earn your bones?" *Green light - rats, rapist, child mo. No switch*

21. Who were the SNM leaders when you were brought into the SNM? *Back-up each other.*

22. Who are the current SNM leaders?

23. What does the "S" inside the Zia symbol signify? *Sindicato*

24. Can any SNM member get the "S" Zia symbol? *Earn the "S". OR to get the Zia.*

25. What would happen if a non-member of the SNM placed an SNM tattoo on his body? *Arments... on streets for 6 years never did anything. A few have... people have soft tatt... people not background check... use them, as or pe do*

26. Men who were present during the Old Main riot of 1980 describe the SNM as having been "born" during the riot. Do you agree with this or do you have a different view as to when and how the SNM started? *Born after riot. Julian recording was good.*

27. Who were the main driving forces behind the formation of the SNM?

28. Who were the original leaders of the SNM?

29. Does the SNM strive to control all Hispanic street gangs in New Mexico? *Would like to, but difficult to do.*

30. What prison gangs exist in New Mexico? *SNM, LC, SUR, Burque, Cruces Boys*

31. What prison gangs in New Mexico are the SNM aligned with? *LC - to take back lines 2009ish   Arturo + Robert Young*

32. Which prison gangs are considered enemies to the SNM? *Now: Burque + Cruces Boys   Sur in Past, but always try to peace cause Sur*

33. Are the SNM aligned with any other prison gangs in America? *LC distant   help pop when out of state.*

34. Some people might argue that the SNM do not engage in "organized crime" and are not "sophisticated" in their operation. What do you think? *Sur help pop*

35. Does being a member of the SNM offer any protective qualities? In other words, are members "safer" while in prison? *SNM were powerful... mass of own and they come together and come hard... even if internal conflict*

36. Most people would agree that the prisons and jails are full of dangerous men. How do regular inmates (non prison gang members) survive in jail/prison?

37. Do you believe the SNM are more organized, enterprising, secretive, selective, and strict than the New Mexico street gangs? Why or why not?

38. In some gangs, if one member does something to compromise the gang's reputation, then all the members suffer to some degree. Is this true of the SNM?

Page 2

UNCLASSIFIED//LES

39. Many people believe past violent acts by SNM members helped establish the gang's reputation as being a deadly organization. Why is being a member of such an organization a positive thing?

40. When an SNM member is released to the streets, what is he expected to do for the gang?
*Conduct hits, send in dope $, help pass messages from facility to facility or street*

41. Prison and jail officials might argue that they effectively protect the inmates within their institutions. Prison gang leaders might argue that they (the prison gangs) create safer, more organized, and stable institutions. Which theory do you believe and why?

42. The United States Department of Justice (1992) estimated that hard core members represent only 15 to 20 percent of the total gang membership. Is this statistic true of the SNM?

43. How do you compare the SNM to the Barrio Azteca, Aryan Brotherhood or Mexican Mafia prison gangs?

44. A number of "containment" strategies were used to control the SNM within the prison system. SNM members faced long-term isolation and some leaders were transferred out of state to reduce their ability to recruit or influence other members. How have these strategies helped or hurt the SNM?

45. During my discussions with SNM members and leaders, I've noticed instances where a member has been described as "a good vato" for many years; sharing drugs and canteen, beating and stabbing enemies and traitors, putting money on another's books, and other examples of loyalty. But if he says the wrong thing to the wrong person one day, he is instantly regarded as "no good" and put on a green light list. How is this possible?

46. When and why did things become so political within the SNM? *Always been that way. Since been in... 2005*

47. Can a man buy his way into the SNM? *Yes. Sammy G, Brazo, Chris Garcia, Smokey from Santa Fe, Hood from Chaparral when get to North.*

48. Can a man become a member of the SNM while on the street? If yes, what would he have to do to earn his bones? *Not aware*

49. What symbols represent the SNM (i.e. the "S" from Superman)? Any particular numbers or sports team's jersey?

50. What codes or secret symbols do the SNM use to communicate?

51. Has the Aztec culture and/or language ever been introduced to the SNM? By whom? When?

52. Why don't inmates rely entirely on the prison staff to solve their dilemmas? *CO's not reliable or Professional, trustworthy in how they handle it*

53. SNM members that I have interviewed said the SNM control the prisons through violence. Does the violent reputation of the SNM in prison allow the gang to control the streets?

54. Does segregation within the prison diminish the gang's power?
*Reduces power, increasing Violence cause all locked down. Get paranoid* Page 3 *walking by door.. hey dee, then one day you don't say it, so wanna hit you... or old friend shows up all messed up*

UNCLASSIFIED//LES

55. Do the SNM control crime within the prison? How?

56. Why have the SNM killed so many of their own members in recent years?

57. If a member of the SNM bragged to another member that he had participated in a murder, but it was later discovered that he had not, what would happen to that member? *Depends who is involved. Like Lazy talking to Lazy + Billy... thats not really who he is. But*

58. What makes a man a good leader? *SMART, KNOW YOUR BATTLES, GOOD DECISIONS all other to influence some*
*so he jumps up*

59. Why did you agree to cooperate with the FBI? *WANT TO CHANGE LIFE. Tired. out of energy.*

60. Will the SNM continue to build and survive within the NMCD? *Not in NMCD/NM. It's not a good thing anymore. Maybe in Feds.*

61. Who do you believe to be on the SNM hit list presently? *Young revive later, maybe*

62. Why are some green lights not acted upon? *FAVORITISM or not right person around to make it*

63. Once a member is considered to be "no good," can he be made "good" again? *happened* *Never seen it happen, and if ever happened maybe*

64. Can a member be convicted of rape and still be "good" with the gang? *because #s low in pod, Not a female or Kid victim. Nick Chavez - beat case*

65. Can a child molester "get a pass" and not be green lit? *but still had to go.* *No*

66. Can a member claim not to be SNM? If the member were alone in a pod full of rivals? What is expected of him? *Got to represent*

67. Where do you think Angel Deleon is? *N/A*

**Drug Trafficking:**

68. Does the SNM have drug sources of supply in Mexico? *Allegedly ARTURO GARCIA claims cartel connect*

69. Has the SNM ever been connected to any of the Mexican drug cartels? If yes, provide details. *"MIGUEL" Miguel Gallegos - piasa SNM associate.*

70. Have any SNM members ever been capable of distributing multiple pounds or kilograms of drugs? Who specifically? What type of drugs? *Chris Garcia heard*

71. Who were the most successful drug dealers within the SNM over the years? *Chris Garcia, ARTURO GARCIA in prison — always had a guard*

72. Where did Chris Garcia obtain his drugs from? *Unknown - first time saw him in Court, Chris been a rat for long time*

73. Are you aware of Geraldine Herrera being involved in drug distribution? *Lazy - always did good when shorty alive. Geraldine too*

74. Have you ever obtained drugs from Geraldine Herrera? If so, please provide details of those instances. *Dreams - no good*

75. What is the most effective method to get drugs into the prison? *Subox - mail / legal mail / go to chris when you get out. He'll give you first issue and if you Heroin back in day do good he'll keep supplying - thru COs*

UNCLASSIFIED//LES   U.S. V. DELEON, ET AL   51499

UNCLASSIFIED//LES

76. Why is Suboxone so popular in prison and jail? *small little piece and higher than Fuck, easy to get/hide*

77. Are hypodermic needles easy to acquire in prison? *No. Valuable*

78. Why do you think so many inmates have Hepatitis C? *Sharing needles + tatts*

79. Can you make money or collect other goods from the sale of homemade alcohol in prison? *people in state don't know how to make it*

80. How easy is it to make homemade alcohol in prison? *would be valuable*

81. Have you ever received drugs from a correctional officer?

82. Have you ever received drugs via a letter marked "legal mail?" *No But good way.*

**Violent Crimes in Aid of Racketeering:**

83. Why did the SNM put a hit on the former New Mexico Corrections Department Secretary, Gregg Marcantel? *I don't know. Stupid*

84. Whose idea was it to kill Marcantel?

85. Why did the SNM put a hit on the former New Mexico Corrections Department STIU Administrator, Dwayne Santistevan? *stupidity Don't understand*

86. Whose idea was it to kill Santistevan?

87. Do you know of any other plans by the SNM to hit NMCD staff?

88. Do you think the SNM would ever hit an FBI agent, federal prosecutor or judge? Why or why not?

89. Paul Silva was assaulted at PNM in March 2011 by Mauricio Varela and David Calbert. Why did this assault take place?

90. Did Mauricio Varela or David Calbert ever talk to you about the assault? If yes, what did they say?

91. Alex Sosoya was assaulted at PNM in June 2011 by Robert Martinez and Mario Rodriguez. Why did this assault take place?

92. Did Mario Rodriguez ever talk to you about the assault of Paul Silva? If yes, what did he say?

93. Felix Steve Martinez, aka "Animal", was murdered in 1998 at the old Bernalillo County Detention Center by Frederico Munoz, Leonard Lujan and Manuel Benito. Why did this murder take place?

Page 5

94. Did Manuel Benito ever talk to you about the murder of Felix Steve Martinez? If yes, what did he say?

95. Francisco Castillo, aka "Pancho", was murdered in 2001 at the Southern New Mexico Correctional Facility by Angel Deleon, Joe Lawrence Gallegos, Edward Troup, Leonard Lujan, and Billy Garcia. Why was Castillo killed?

96. Did Angel Deleon, Joe Lawrence Gallegos, Edward Troup or Billy Garcia ever talk to you about the murder? If yes, what did they say?

97. Rolando Garza, aka "Looney", was killed in 2001 at the Southern New Mexico Correctional Facility by Leonard Lujan, Eugene Martinez, Allen Patterson, Christopher Chavez, and Billy Garcia. Why was Garza killed?

98. Did Leonard Lujan, Eugene Martinez, Allen Patterson, Christopher Chavez, or Billy Garcia ever talk to you about the murder? If yes, what did they say?

99. Freddie Sanchez, aka "Fred Dog", was killed in 2007 at the Southern New Mexico Correctional Facility by Javier Alonso, Edward Troup, Arturo Arnulfo Garcia, Benjamin Clark, and Ruben Hernandez. Why was Freddie Sanchez killed?

*[handwritten margin note: 2001 murder. Jury questions. ask from learned from discovery]*

100. Did Javier Alonso, Edward Troup, or Arturo Arnulfo Garcia ever talk to you about the murder? If yes, what did they say? *[handwritten: No. Never asked]*

101. Shane Dix was murdered in 2005 in Albuquerque by Mario Montoya and Anthony Cordova, aka "Antone." Why was Dix killed?

102. Is Anthony Cordova, aka "Atone" a member of the SNM? *[handwritten: Archie said Antone not carnal]*

103. Did Anthony Cordova or Chris Garcia ever discuss the murder with you? If yes, what did they say?

104. Adrian Burns was murdered in Los Lunas in 2012 by Joe Lawrence Gallegos and Andrew Gallegos. Why did this murder take place?

105. Did either Gallegos brother discuss the murder with you? If so, what did they say?

106. Javier Molina was killed in 2014 at the Southern New Mexico Correctional Facility by Jerry Armenta, Jerry Montoya, Mario Rodriguez, Timothy Martinez, Anthony Baca, Mauricio Varela, Daniel Sanchez, Carlos Herrera, and Rudy Perez. Why did this murder take place?

107. Did Mario Rodriguez, Anthony Baca, Mauricio Varela, Daniel Sanchez, Carlos Herrera, or Rudy Perez talk to you about the murder? If so, what did they say?

108. In 2015, Joe Lawrence Gallegos assaulted Jose Gomez, aka "Tiny," in Los Lunas. Gomez was stabbed in the hand. Why did this assault take place?

UNCLASSIFIED//LES

109.    The FBI believe that in 2016, Joe Lawrence Gallegos and Shauna Gutierrez had Brandy
        Rodriguez, Santos Gonzalez and Paul Rivera assault Jose Gomez, aka "Tiny," in Los Lunas. Why
        did this assault take place? *Joe is Sci-Fi and aliens and kinda Weird. In too sip but not really talk to him. Joe talked to shawna on transport, in booking*

110.    Did you talk to Joe Lawrence Gallegos, Shauna Gutierrez, Brandy Rodriguez or Santos
        Gonzalez about the incident? If so, what did they say? *teale shawna show boobs he got mad... syin gonna Kill someone...*

111.    Why was Julian Romero put on the green light list? *Blue + Dem Joe cover tablet camra*

112.    How old was the green light on Julian Romero?

113.    In 2015 Conrad Villegas assaulted Julian Romero at the Southern New Mexico
        Correctional Facility. Why did Conrad Villegas commit the assault?

114.    Did you talk to Conrad Villegas about the assault?

115.    Is Conrad Villegas a member of the SNM?

116.    Are you aware of any stabbings or serious beatings perpetrated by the SNM that have not
        been covered in this questionnaire? Please list them.

## Racketeer Influenced and Corrupt Organizations:

117.    If the SNM were released to the general population "main lines," what STGs, gangs, and
        groups would they control? *start everyone 10 years later... out and know*

118.    Has the SNM ever been able to "tax" other inmates involved in drug sales? If yes, please
        provide details. *No*

119.    Is there an "underground economy" within the prison system? What goods/services are
        provided? *Weapons, anything, tools, hand sanitizer, taft stuff*

120.    Prison officials would say that the following acts are committed within the prisons:
        intimidation, drug sales, drug use, assault, abuse of weaker inmates, extortion, protection,
        contraband weapons, theft, strong arm robbery, prostitution, rape, sodomy for sale, murder,
        bribery, arson, slavery, and alcohol manufacturing and sales.  Does the SNM commit these
        crimes? Why or why not?

121.    Please explain the hierarchy, or chain of command, within the SNM?

122.    How are decisions made within the SNM?

123.    If the "tabla" or "la mesa" makes a decision, must the order be carried out? What happens
        if a member does not want to support the order or follow it? *Who's on it and politics*

124.    What crimes does the SNM commit while on the street?

125.    Is Anthony Ray Baca a leader within the SNM?

Page 7

UNCLASSIFIED//LES

126.   Do you believe Anthony Ray Baca is a good leader? Why or why not?
*Yes- but tries to please everyone--- been gone too long. Didn't*

127.   How did Anthony Ray Baca get the nickname "Pup?" *want to make hard decisions.
and didn't want to be killed out. so*

128.   Are you familiar with any murders committed or sanctioned by Anthony Ray Baca? If so, *listened*
provide details. *to everyone*
*Joseph Montoya - pup claimed wanted him killed Dispute &*

129.   Are you familiar with any assaults that were ordered by Anthony Ray Baca? If so, *tween North*
provide details. *and Souther*
*New Mex*

130.   Are you familiar with an order by Anthony Ray Baca in late 2008 that all "green lights"
were on hold except for those called on child molesters and rapists? If so, provide details.

131.   Are you familiar with Anthony Ray Baca proposing a new SNM gang structure in late
2008 or early 2009? If so, provide details.

132.   Are you familiar with Anthony Ray Baca negotiating a "cease fire" with NMCD
management, if he was allowed out of lockdown? If so, provide details. *- lot of people don't
like that... self serving but hurts others*

133.   Are you familiar with Anthony Ray Baca negotiating a cease fire between the SNM and
the Burquenos in 2014 or 2015? If so, provide details. *Attempted... Happy from Barela
because rumor to go out to him. LC had gotten out.*

134.   Is Manuel Jacob Armijo, aka "Big Jake," a member of the SNM?

135.   Has Manuel Jacob Armijo ever been considered a leader within the SNM?

136.   Do you have any information on Manuel Jacob Armijo assaulting or threatening
correctional officers?

137.   Are you familiar with Manuel Jacob Armijo ordering and participating in the assaults of
Adam Barela, Augustine Mares, Issac Dodge, and Jessie Chavez in 2001?

138.   Do you have any knowledge of Manuel Jacob Armijo assaulting Valentin Reyes in 2004?

139.   Do you have any knowledge of Christopher Garcia ordering the murder of Michael
Giron, aka "Choo Choo"?

140.   Is Daniel Sanchez, aka "Dan Dan," a member of the SNM?

141.   Is Daniel Sanchez's brother Ronald Sanchez, aka "Ron Ron," a member of the SNM?

142.   Do you have any knowledge of Daniel Sanchez committing, participating in, or planning
any assaults or murders? If so, provide details.

143.   Do you have any knowledge of Daniel Sanchez attempting to murder Daniel Munoz in
2005?

144.   Why did Daniel Sanchez conspire to murder Anthony Ray Baca?
*Not aware.
Pup told Blue he had heard it, but Blue not*
*murder. & Ben Clark saying that.*
*Rudy Martinez went to Dan w/ rumor.*

UNCLASSIFIED//LES

145.   If Daniel Sanchez had successfully killed Anthony Ray Baca, would Sanchez have become the top leader of the SNM?

146.   What role did Daniel Sanchez play in the murder of Javier Molina?

147.   Do you have any knowledge of Daniel Sanchez using or selling drugs while a member of the SNM?

148.   Do you have any knowledge about Daniel Sanchez' rank or leadership status within the SNM?

149.   Is Christopher Garcia a member of the SNM?

150.   Do you have any knowledge of Christopher Garcia selling drugs while a member of the SNM?

151.   Do you have any knowledge of Christopher Garcia committing, participating in, or planning any assaults or murders while a member of the SNM?

152.   Do you have any knowledge of Christopher Garcia participating in a drive-by shooting in which a two year old girl was shot in the face?

153.   Do you have any knowledge about Christopher Garcia participating or hiring someone to kill Shane Dix?

154.   Why was Christopher Garcia shot in 2004? Do you know who shot him?

155.   Has Garcia ever provided you with drugs, money or weapons? If so, provide details.

156.   Is Manuel Benito, aka "Panther," a member of the SNM?

157.   Do you have any knowledge of Benito selling drugs while a member of the SNM?

158.   Do you have any knowledge of Manuel Benito committing, participating in, or planning any assaults or murders while a member of the SNM?

159.   Is Vincent Garduno, aka "Fatal," a member of the SNM?

160.   Do you have any knowledge of Garduno selling drugs while a member of the SNM?

161.   Do you have any knowledge of Vincent Garduno committing, participating in, or planning any assaults or murders while a member of the SNM?

162.   Why did Garduno assault Bill Daniels in 1996?

163.   Why did Garduno attempt to kill Manuel Maldonado, aka "Chaparro" in 1999?

164.   Do you know who ordered the hit on Manuel Maldonado?

Page 9

UNCLASSIFIED//LES

*Is GARDUNO a member? — Yes. unfortunatley yes.*
*He's like a kid.*

165.  Why did Garduno assault Dominic Tofoya in 2003?

166.  Why did Garduno assault Miguel Gallegos in 2005?  *Olympres, he cheering*

167.  Why did Garduno assault Thomas Sanders in 2006?  *Blue shirt the fuck*

168.  Why did Garduno assault Mario Moncayo in 2006?  *up.*

169.  Why did Garduno assault Henry Duran in 2010?  *Garduno — Styx has my back*

170.  Did Garduno ever sell you drugs or send you drugs? If so, provide details.

171.  Do you have any knowledge about Vincent Garduno sending drugs to Carlos Herrera, aka "Lazy?"

172.  Is Daniel Archuleta, aka "Smurf," a member of the SNM?  *Yes*

173.  Do you have any knowledge of Daniel Archuleta selling drugs while a member of the SNM?

174.  Do you have any knowledge of Daniel Archuleta committing, participating in, or planning any assaults or murders while a member of the SNM?

175.  Why did Daniel Archuleta assault Noel Gutierrez in 2002?

176.  Why did Daniel Archuleta assault Chris Romero in 2003?

177.  Why did Daniel Archuleta assault Francisco Torres in 2005?

178.  Why did Daniel Archuleta assault Larry Martinez in 2013?

179.  Do you have any knowledge of Daniel Archuleta's rank and leadership status within the SNM?

180.  Is Mandel Lon Parker, aka "Chuco" a member of the SNM?

181.  Do you have any knowledge of Mandel Lon Parker committing, participating in, or planning any assaults or murders while a member of the SNM?

182.  Why did Parker assault rival gang member Rudolfo Lucero in 2003?

183.  Why did Parker assault Manuel Maldonado aka "Chaparro" in 2004?

184.  Why did Parker assault Frank Gonzales in 2007?

185.  Do you have any knowledge of Parker selling drugs while a member of the SNM?

186.  Do you have any knowledge of Parker participating in the conspiracy to kill former Corrections Secretary Gregg Marcantel?

Page 10

UNCLASSIFIED//LES

*(handwritten, top right: Know him well. Yes, If you can get his ear he'll talk to you.)*

187.    Is Sergio Loya Rodriguez, aka "Churro," a member of the SNM?

188.    Do you have any knowledge of Sergio Loya Rodriguez committing, participating in, or planning any assaults or murders while a member of the SNM?

189.    Why did Sergio Rodriguez assault Alex Silva in 2009?

190.    Do you have any knowledge pertaining to Sergio Rodriguez participating in the murder of Sammy Chavez, aka "Boxer?"

191.    Do you have any knowledge of Rodriguez selling drugs while a member of the SNM?

192.    Have you ever purchased or been provided drugs from Sergio Rodriguez?

193.    Did Sergio Rodriguez ever establish a drug source of supply with the paisas or Mexican cartel?

**Other Homicides:**

Please provide any information you have on the following homicides, if not previously discussed in this questionnaire:

194.    1987 murders of Miguel Toquinto and Alfred Palmer in Albuquerque?

195.    1988 murder of Mesilla Valley Marshals Sgt. Thomas Arlen Richmond?

196.    1989 murder of Luis Velasquez?

197.    1996 murder of Victor Herrera?

198.    1999 murder of Robert Ortega?

199.    1999 murder of Ronald Baca?

200.    2000 murder of Matthew Cavalier?

201.    2003 murder of Ronald Contreras?

202.    2003 murder of George Jaramillo?

203.    2005 murder of Anthony Apodaca, aka: "Popeye?"

204.    2005 murder of Ivan Trujillo, aka "Bad Boy?"

205.    2005 murder of Candido Ray Martinez?

206.    2006 murder of Bernalillo County Sheriff's Deputy James McGrane?

*(handwritten, right margin, vertical: Churro told Blew they want me to kill Daffy. Do Ag my friend. He's always had smth for them.)*

*(handwritten, right margin: Styx / Robert Zamora, Juan Mendez   Arturo)*

*(handwritten, bottom: Michael Astorga)*

*(handwritten, bottom: People say he went to PC. Others say Doc put him there. Tried to stab him, he took)* Page 11 *(knife. With him and dont along. Didnt care about SNM, but he was still SNM said)*

UNCLASSIFIED//LES

207.    2008 murder of Sammy Chavez?

208.    2013 murder of Angel Arroyo?

209.    Any other "body dumps" not previously discussed?

210.    Any other "hot shots" not previously discussed?

211.    Any "murder-for-hire" plots not previously discussed?

212.    Any information on the West Mesa prostitute murders?

213.    Any additional information that you think the FBI case agents should be aware of?

*CARLOS HERERRA HIT ?*

See FBI Special Agent Bryan Acee for revisions and updates.

UNCLASSIFIED//LES   U.S. v. DELEON, ET Al.   51507

*Draft 302 w/ Rodriguez Edits*

FD-302 (Rev. 5-8-10)                                   -1 of 10-

*11-16-17 @*
*PNM*

## FEDERAL BUREAU OF INVESTIGATION

## DRAFT

*Blue Provided Edits*

Date of entry        11/15/2017

On November 1, 2017, Mario RODRIGUEZ, aka: "Blue," was interviewed by members of the Federal Bureau of Investigation (FBI) and United States Attorney's Office (USAO) in Las Cruces, New Mexico. RODRIGUEZ's attorney, Santiago Hernandez was present for the interview.

RODRIGUEZ reviewed a draft FD-302 report covering RODRIGUEZ's prior debrief with the FBI, written by Special Agent (SA) Nancy Stemo. RODRIGUEZ clarified a few details in the report.

RODRIGUEZ provided SA Bryan Acee with 10-pages of notes, concerning information RODRIGUEZ wanted to share with the FBI.

RODRIGUEZ provided the following information to the interviewing agents and attorneys:

**SNM Gang Background and Ideology:**

RODRIGUEZ's involvement with the SNM began in 2005. RODRIGUEZ was never voted into the SNM and feels that his membership status is questionable because of that fact.

RODRIGUEZ was a member of the Eastside Folk street gang in Silver City, New Mexico, before his association with the SNM. A teacher at the Springer Boy's School first coined the moniker "Blue," for RODRIGUEZ, because he always looked sad.

Women, homosexuals, black and Asian males cannot be members of the SNM. Sex offenders are not supposed to be members; however, guys like Conrad VILLEGAS and Andrew GALLEGOS were allowed into the gang because they claimed their charges pertained to statutory rape, not violent rape or child molestation.

Membership in the SNM is for life. The only ways out of the gang are death or "to go Christian." Members who renounce the gang and/or become informants are marked for death by the SNM.

The regals (rules) within the SNM are: stay loyal to the gang; assault enemies no matter what; represent the SNM; you always have to come out (no

---

Investigation on  11/01/2017  at  Las Cruces, New Mexico, United States (In Person)

File #  245U-AQ-6239655                                          Date drafted  11/01/2017

by  Bryan Acee

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**U.S. v. DELEON, ET Al.   51508**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of (U) Debrief of Mario Rodriguez _____ , On 11/01/2017 , Page 2 of 10

hiding in your cell); no snitching; hit those on the greenlight list
(rats, rapists, child molesters, etc.); and back each other up.

RODRIGUEZ said the gang needed to do better background checks on
prospective members, mainly checking prospective member's paperwork to
make sure they didn't have a history of law enforcement cooperation or sex
offenses.

The letter "S" within the Zia symbol stands for "Sindicato" and only
members can have the tattoo. Members have to earn the S within the Zia.
Jerry ARMENTA had the Zia on his head, but not the S because he had been
on the streets for six years and didn't do anything for the SNM.

Undervalued or questionable members of the gang are used as "torpedoes" to
do risky missions for the gang. Torpedoes are considered throw-away
members. AND will EVENTUAlly be KilleD.

The SNM was born after the 1980 riot at PNM. Julian ROMERO's recorded
interview with the FBI was a good history lesson on the gang and the riot.

The SNM always sought to control the various Hispanic street gangs around
New Mexico; however, were never able to get total control. The task
provided too difficult.

The following prison gangs operate within New Mexico: SNM, Los Carnales,
Surenos, Burquenos, and Cruces Boys.

Los Carnales were the original enemy of the SNM and the two gangs fought
for control of the New Mexico prisons. In 2009, Arturo GARCIA and Los
Carnales leader Robert YOUNG brokered a peace treaty.

The Burquenos and Cruces Boys are the current enemies of the SNM. The SNM
have battled with the Surenos, but Anthony BACA, aka: "Pup," always tries
to make peace with the Surenos because they took care of him each time he
was transferred out of state.

The SNM are known for their violence and have always had a powerful
reputation within the New Mexico prison system. Even though the SNM
members may fight amongst themselves, if you mess with one of them they
all come together and come hard. No matter what, an attack on an SNM
member will result with the SNM putting internal conflict on hold and the
members coming together to go to war. Once the fight is over, the members
can resume the internal conflict.

For as long as RODRIGUEZ has been with the SNM, since 2005, things have
always been very political and there is a lot of infighting.

**U.S. v. DELEON, ET AL.   51509**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of  (U) Debrief of Mario Rodriguez ,On 11/01/2017 ,Page  3 of 10

When a member is paroled to the streets, he is expected to conduct hits on those green lit, send drugs and money into the prisons, and help pass messages between the prisons and streets.

Certain members have been able to "buy their way into the SNM," such as Chris GARCIA, Sammy GRIEGO, Eric DURAN, FNU LNU "Smokey" from Santa Fe, and FNU LNU "Hood" from Chaparral, Hood was one of Dans (il projects but turned out Hood but scared when dan told him they have to kill someone, so he was going to be used for it, he's not SNM RODRIGUEZ was not aware of an SNM member becoming a member while on the streets.

When asked if segregation within the prison diminished the gang's power, RODRIGUEZ explained: "It reduces power, but increases violence cause everyone's locked down." RODRIGUEZ continued, "Everyone gets paranoid. Let's say you pass by my door every day and I say 'Hi Acee.' Then one day I don't say hi, so you start thinking and tripping out. You're thinking I so that person starts avoiding you & giving you the silent treatment it turns into an issue over nothing, Dan is Dan about that I so will I. wanna make a move on you because I didn't say hello one time. So you make a shank and start watching me. I then notice something about you and then we start plotting on each other. You just start thinking like that and next thing you know we're trying to kill each other. That's how me and Dan Dan (Daniel SANCHEZ) are. We're always on that trip." RODRIGUEZ explained further, "Or say an old friend shows up in the pod, so you start hanging out with them because you have more history together or you're better friends. Whoever you were hanging out with before then gets paranoid and feels sidelined or particular. so he → starts plotting on you both. That's how it works." it's so fucked up that it'll never about to what it was (snm being what it used to be)

RODRIGUEZ believed inmates in solitary confinement developed significant psychological and social problems.

When asked what would happen to an SNM member who claimed to have participated in a murder that he had not actually assisted in, RODRIGUEZ said, "Like Lazy (Carlos HERRERA) talking to Styx (Gerald ARCHULETA) and Billy (Billy CORDOVA)?" RODRIGUEZ explained that it all depended who the person was. SA Acee asked RODRIGUEZ what his issue with Lazy (HERRERA) was. RODRIGUEZ said, "That's not really who he was...talking to Styx like he was somebody...that's not him. He's never done anything. All the other influential guys were out of state so he jumps up."

RODRIGUEZ said a good leader should be smart, know his battles, and make good decisions.

RODRIGUEZ cooperated with the FBI because he wanted to change his life. He was tired and out of energy. And the SNM was so fucked up. No loyalty!

The SNM will not survive within New Mexico. "It's not a good thing anymore," said RODRIGUEZ. He surmised a future generation may try to

**U.S. v. DELEON, ET Al.   51510**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of  (U) Debrief of Mario Rodriguez          , On  11/01/2017 , Page  4  of  10



resurrect the SNM, but believed none of the old timers would be around so it wouldn't be the same.

RODRIGUEZ said some green lights weren't acted upon due to favoritism or "not the right person around to make it happen." When asked if a member who was considered no good could be made good again, RODRIGUEZ said "I've never seen it happen and if it did happen maybe it's because the numbers in the pod weren't right" (allowing lesser desirable members to remain in the pod until additional SNM members arrived).

Child molesters and people who rape women cannot get a pass. RODRIGUEZ mentioned a member named Nick CHAVEZ beat his case, but still had to go after other members reviewed his police reports.

If a member were alone in a pod full of rivals, he would still have to represent the SNM and come out of his cell.

**Drug Trafficking within the SNM:**

RODRIGUEZ identified the only SNM member with connections to drug suppliers in Mexico to be Arturo GARCIA. RODRIGUEZ added, "allegedly Arturo did, but I never messed with dope like that. He (GARCIA) claimed he had cartel connections."

Arturo GARCIA and Chris GARCIA were the most successful drug dealers within the SNM. Anytime an SNM member got out of prison, they went to Chris GARCIA for their "first issue." Chris GARCIA would give them an ounce of crack or heroin. "If you did good and sold it, Chris would keep supplying you," explained RODRIGUEZ.

Carlos HERRERA usually had drugs and obtained them from his mother and brother, Shorty, before Shorty died. RODRIGUEZ didn't know HERRERA's mother (Geraldine HERRERA) personally, but knew her by reputation.

SNM associate Miguel GALLEGOS, aka: "Mexican Miguel" was a paisa and known to move large quantities of drugs. RODRIGUEZ saw GALLEGOS at the parole office when the FBI did the first round of SNM arrests (Phase I take down).

In prison, heroin is usually introduced via corrupt guards. Suboxone is typically mailed into the prison, disguised as legal mail. Suboxone is very popular in prison, easy to conceal, and "gets you higher than fuck," explained RODRIGUEZ.

Homemade alcohol would be very popular in the prison; however, the NMCD regulate the fruit and other materials that would be used to make it, so it's not very common.

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of <u>(U) Debrief of Mario Rodriguez</u> , On <u>11/01/2017</u> , Page <u>5</u> of <u>10</u>



**The Racketeering Defendants:**

RODRIGUEZ described the plots to hit Gregg Marcantel and Dwayne Santistevan as completely stupid. RODRIGUEZ did not understand how or why the SNM leadership considered the plot a good idea. *PLUS THE GUN WAS A 25 CALIBER THAT didn'T EVEN WORK*

RODRIGUEZ made it his practice not to ask questions about other inmate's past crimes *WITHIN THE PRISON SYSTEM.* and the only information he knew about the 2001 and 2007 homicides (Rolando Garza, Frank Castillo, and Fred Sanchez) he obtained from the discovery materials on his tablet.

Archie (VARELA) told RODRIGUEZ that Anthony CORDOVA, aka: "Antone," was not a carnal.

Although incarcerated together at Otero, RODRIGUEZ said he never got close to Joe GALLEGOS. RODRIGUEZ described GALLEGOS as being into conspiracy theories, science fiction, and aliens. RODRIGUEZ said, "Joe thinks you guys are watching him through his tablet and listening to him. He put a piece of tape over the camera. He's really paranoid." RODRIGUEZ said GALLEGOS didn't discuss his case and only occasionally mentioned his brothers Andrew GALLEGOS and Frankie GALLEGOS, aka: "Cunte." RODRIGUEZ described an incident involving Joe GALLEGOS and Shauna GUTIERREZ: Shauna *DURING TRANSP ON THE BUS IN* was on the transport to court with Joe and the other defendants. Joe and *WERE TELLING JOE* Shauna talked on the transport van. While in the booking area, some of the *INFRONT OF SHAUN LETS SEE HER* defendants told Joe that he should have Shauna show them her breasts. Joe *TITS & HE IM* got upset and started ranting and raving and kept saying he was gonna kill *SCARED TO TE* someone. RODRIGUEZ looked at some of the other defendants and asked, "Who' *HER.* s he gonna kill, one of us?" RODRIGUEZ thought Joe's comments were foolish, as he was surrounded by other SNM members and Joe had a questionable history in the SNM. Furthermore, some of the older members *DAN, DAN & ARTURO* said they'd seen paperwork on Joe in the past.

RODRIGUEZ was asked what might happen if the SNM had been let out of lock down and released to the "main lines" in general population. He answered, "We'd start stabbing everyone. Everybody would get hit. We'd get locked up, but in 10 years when he we got out everybody would know what was up."

When asked if there was an "underground economy" within the NMCD prisons, RODRIGUEZ answered in the affirmative. He said, "Everything is for sale. Anything I could get my hands on: weapons, metal, tools, hand sanitizer, tattoo stuff, anything."

RODRIGUEZ described the "tabla" as being powerful and meaningful in the old days. The leaders on the tabla "held the keys and the power. Orders

**U.S. v. DELEON, ET AI.   51512**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of  (U) Debrief of Mario Rodriguez  , On  11/01/2017  , Page  6 of 10

were given and orders were followed." RODRIGUEZ said that changed over
time as politics within the SNM intensified. Matters were made worse when
influential leaders were transferred out of state.

When asked if Anthony BACA, aka: "Pup," was a good leader, RODRIGUEZ said
he was. He went on to say that BACA tries to please everyone and had been
gone too long. He described BACA as unable to make hard decisions and was
"always afraid of being kited out, so he would listen to everyone."
RODRIGUEZ was also complementary of BACA and described situations in which
BACA would question members and gather the facts surrounding an incident.

RODRIGUEZ was familiar with at least one incident in which BACA ordered a
member to be killed. BACA wanted Joseph MONTOYA killed as a result of a ~~*paperwork & whei*~~
dispute between SNM members in the North facility and those at the *Montoya was not killed*
Southern New Mexico Correctional Facility. *a lot of SNM SNY were mad cuz we wer*
*stabbing good carnals like chulo sosaya*
*& Paul Silva.*
RODRIGUEZ and some of the other members didn't like the fact that BACA had
tried to negotiate a "cease fire" with NMCD management. RODRIGUEZ said he
and the other members viewed it as self-serving and it hurt other guys. *in court*
*proceeding like the RICO state case, due to DA using his (BACAs) petition against us.*
BACA also negotiated a temporary cease fire with "Happy" from the
Burquenos in 2014 or 2015. Los Carnales had been let out and the SNM
thought they might have a chance to get out of segregation. The SNM were
not let out and the cease fire did not last.

When asked if the rumor about Daniel SANCHEZ lobbying to hit BACA was
true, RODRIGUEZ said it was not. He explained, "Pup told me he had heard
it and asked about it, but I wasn't aware. I had never heard that before."
RODRIGUEZ later learned Benjamin CLARK had started the rumor. *Benjamin & Roy Martinez*
*approached Dan, Dan with a plot to kill Pup at snitcf due to Pup not hitting Stoner. Dan Dan tol*
*them Chale (Noway) but Pup has always said Dan was apart of a plot against him. Dan heard Pup started*
RODRIGUEZ explained the rules, under BACA's leadership: "Only Pup can call *going on now*
a hit on a good standing member. Pup approved the tabla. Pup allowed *where Pup is*
members to act within the reglas… they could hit a snitch or a rival… it *alleging Dan*
was ok to act, as long as it was in the reglas. Anything outside the *& thats why Dan &*
reglas required Pup's approval. And he was sly in how he went about it. He *archie would*
would ask questions, like 'What did you hear, or what did you see.' That *avoid Pup in*
way he knew what everyone saw or heard and could sort out the bullshit." *court.*

When asked if Vincent GARDUNO was a member of the SNM, RODRIGUEZ replied,
"Yes, unfortunately. He's like a kid." RODRIGUEZ went on to relate a *2008*
~~recent~~ story concerning GARDUNO: "We were living in ~~the~~ pod together *North 1 A pod level 6*
during the Olympics. Early one morning GARDUNO is yelling 'USA, USA,' so I *worked at the TV channel the Olympics were on, water polo*
~~looked out~~ and he's watching the U.S. swim team, ~~all alone~~, and cheering. *I didn't have to*
I ~~# like~~ to, 'Shut the fuck up.' And he (GARDUNO) tells me, 'NO. Styx has my *told him to*
back.'"

**U.S. v. DELEON, ET Al.   51513**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of  (U) Debrief of Mario Rodriguez                    , On  11/01/2017 , Page  7  of  10

RODRIGUEZ confirmed Daniel ARCHULETA, aka: "Smurf," was a member, although currently green lit.

RODRIGUEZ confirmed Sergio RODRIGUEZ was a member. RODRIGUEZ said he knew Sergio well and remarked, "If you can get his ear, he'll talk to you."

RODRIGUEZ related a conversation he had with Sergio RODRIGUEZ, while in *this was in 20* *in 2009, in 19 when he lived in N-3-A pod.* custody, prior to their federal arrests: "Sergio told me, 'they want me to *in(N-3-A)R* kill Daffy (James GARCIA). But Daffy's my friend and I already did *Q* something for them.' So I told him he didn't need to do it.'" SA Acee asked RODRIGUEZ if the "something" Sergio had referred to was the murder of Sammy CHAVEZ. RODRIGUEZ said he did not know.

RODRIGUEZ believed Sergio was in trouble with the other members because he had said he (Sergio) was willing to talk with investigators when he was arrested. Sergio admitted he was SNM and wept when speaking with the *Alot of SNM thought he was weak. I did not.* interviewing agents. Sergio said he would talk, but didn't want to *suitcase that as a worse offense due to switching, thinking to snitch as long as he's not exposed. Someca* testify. The conversation was recorded and all of the other defendants had *who does that is most, because they continue batting on the gang & acting like they're what* access to it on their tablets. RODRIGUEZ felt that Sergio was a marked man and his days with the SNM were numbered.

With regard to the MOLINA homicide, RODRIGUEZ pointed out that when he *through Carlos Herrera* first got to the SNMCF, he became aware that Timothy MARTINEZ and Javier *C. Herrera described Dan P* MOLINA had gotten into a verbal altercation with Daniel SANCHEZ. MARTINEZ *weak due to backing down.* took MOLINA's side in the argument and the rest of the pod sided with SANCHEZ. MOLINA and MARTINEZ were viewed as having disrespected SANCHEZ; however, SANCHEZ didn't act on it. Instead, SANCHEZ started plotting on MARTINEZ and MOLINA. RODRIGUEZ said, "Dan Dan wanted Red (MARTINEZ) in on the MOLINA hit because he thought Red wouldn't do it. Then he'd have reason to hit Red. But Red did it. Dan didn't like Red."

**Green Lights:**

RODRIGUEZ related the current SNM hit list, in order of importance, as discussed among the SNM members at the Otero Detention Facility:

- Eric DURAN, aka: "Crazo,"
- Gerald ARCHULETA, aka: "Styx,"
- Mario MONTOYA (RODRIGUEZ placed himself next to MONTOYA),
- Chris GARCIA,
- Donnie GUTIERREZ, aka: "DG,"
- Joe MARTINEZ, aka: "Cheech,"
- Christopher CHAVEZ, aka: "Critter,"
- Daniel ARCHULETA, aka: "Smurf,"
- Sergio RODRIGUEZ, aka: "Churro,"
- Carlos HERRERA, aka: "Lazy,"
- Javier RUBIO, aka: "BB,"

**U.S. v. DELEON, ET Al.   51514**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of   (U) Debrief of Mario Rodriguez   , On   11/01/2017 , Page   8 of 10

- Jamie PEREZ, aka: "Baby Joker,"
- Steven MORALES, aka: "Syclone"
- Alex BALDERAMA  *sil'CHUlO*
- Robert LOVATO, aka: "Boo Boo,"
- Benjamin CLARK, aka: "Cyclone,"
- Tomas CLARK,
- Any other FBI CHS or cooperating witness.

**RODRIGUEZ provided additional details on the persons on the list:**

Eric DURAN, Gerald ARCHULETA, and Mario MONTOYA should be hit because they wore wires and made recordings for the FBI.

Chris GARCIA should be hit because "he's always been a rat" and the information on the tablet highlighted everything.

*DON(*
Donnie GUTIERREZ due to information on the tablets related to the investigation of the SNM hit on then Bernalillo County Sheriff Darrin White.

Joe MARTINEZ because he gave a statement to the FBI and the report is on the tablet.

Christopher CHAVEZ will get hit due to some of CHAVEZ's letters that were on the tablet. One letter pertains to CHAVEZ's request to go to protective custody. He was "ratting and fronting," said RODRIGUEZ. In one letter, CHAVEZ allegedly crossed out the letters SNM and wrote "LC" (the *AND WROTE los CARNALAS ACROSS THE BOTTOM of THE LETTER* abbreviation for Los Carnales). RODRIGUEZ and other members were surprised CHAVEZ had not yet flipped. RODRIGUEZ said, "He's a sissy. They'll just use him in the feds." *AND KILL HIM SOONER THAN LATER.*

*ce ESPINOZA AND SPIDER CLIMBED LAWRENCE TORRES IN SNRFF*
Daniel ARCHULETA should get hit because he provided an interview to STIU. *WHEN I CONFRONT* When confronted about the interview by other SNM members, during a transport to court, ARCHULETA claimed Pup told him to snitch. RODRIGUEZ said Daniel SANCHEZ liked ARCHULETA and was lobbying for him to get a pass, *but ARTURo f ARCHIE e I SAID NO.*

Sergio RODRIGUEZ would be hit due to the fact he gave an interview at the time of arrest and admitted he was SNM, said he would cooperate, but didn't want to testify. Furthermore, Sergio RODRIGUEZ had already ratted on Lorenzo LNU, aka: "Dreamer," in the past. Mario RODRIGUEZ explained he knew Sergio well and had done a lot of time with him when they were younger. Mario RODRIGUEZ said, "We did a lot boy's school time together. He's a down ass motherfucker. He wants out. Dan, Lazy, and Archie want him out." Mario RODRIGUEZ talked to Daniel SANCHEZ about letting the issue go and giving Sergio a pass.

**U.S. v. DELEON, ET Al.   51515**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of (U) Debrief of Mario Rodriguez , On 11/01/2017 , Page 9 of 10

Carlos HERRERA will be hit as soon as possible. "They're trying now. He's done," said RODRIGUEZ. This information was new to the interviewing agents so they inquired further. RODRIGUEZ explained, "First it was his mom and brother (both were interviewed by the FBI) then the recordings came out. All the guys were saying Carlos could be good again by doing something good in the feds. Then the recordings. Fuck him. He's done. *[handwritten: POPPED UP ABOUT HIM TALKING SHIT ABOUT ARTURO & ME SO WE SAID]*

RODRIGUEZ also explained HERRERA was in trouble over a failed hit involving Peter Stevens, Baby G, Drama, Juan Mendez, and HERRERA. *[handwritten: CARLOS GOT THE PIN & HAD IT THROWN AWAY.]*

RODRIGUEZ related that many of the defendants were able to take off their belly chains while on transport and during lunch breaks at the federal courthouse. RODRIGUEZ and the other defendants planned to hit HERRERA during a transport; however, HERRERA sat in the back of the transport bus and took his belly chains off before the other guys. It was presumed HERRERA ~~had~~ *[handwritten: DID NOT HAVE]* a shank and they ~~would not be able to get behind him to strangle him~~ *[handwritten: DUE TO WHERE HE SAT]*. The defendants planned to use a sock to strangle HERRERA. RODRIGUEZ said, "Van doors would be opened and there would be a dead guy."

Note: Supervisory Deputy United States Marshal Joe Castro was asked to join the conversation and RODRIGUEZ explained to Castro how the defendants slipped their belly chains, brought shanks to court, and other security concerns.

RODRIGUEZ explained he *[handwritten: OVER-HEARD]* observed Arturo GARCIA and HERRERA playing chess. One of the chess pieces was ~~missing~~ *[handwritten: IN THE WRONG SPOT]* and GARCIA and HERRERA started arguing. GARCIA told HERRERA off and told him to "go sit down ~~in the corner~~." *[handwritten: ON HIS BUNK & SHUT THE FUC UP. THE HE CHATTERED]* HERRERA told GARCIA that next time his cuffs were off "it's on." *[handwritten: KNEW LAZY SON (LAZY) DIDN'T WANT TO BE PUT ON BLAST]*

RODRIGUEZ said, "HERRERA will get hit on transport or in the feds." *[handwritten: BEING PUT ON BLAST IS A TERM MEANING ONE IS EXPOSED OF A WRONG DOING IN FRONT OF EVERYONE.]*

**Weapons:**

RODRIGUEZ possessed two shanks *[handwritten: 4]* since his arrest in December 2015. He kept the weapons in his rectum when going to and from court. The weapons *[handwritten: ALWAYS ON ME. I NEVER LEFT MY WEAPON IN MY CELL]* ~~in his cell when at the detention center~~. RODRIGUEZ pointed out that the jails and U.S. Marshals Service security screening failed to detect the weapons. RODRIGUEZ believed other members at Otero had shanks and razors.

Daniel SANCHEZ asked RODRIGUEZ for one of his shanks; however, RODRIGUEZ made the decision to turn them over to the FBI with his cooperation. *[handwritten: IF HE GOT THE (2) OFF THE TV TO GIVE HIM ONE. WHEN IT CAME UP MESSIN DAN ASKED ME IF I GOT 'EM I TOLD HIM NO.]*

The defendants at the Otero facility were stripping Double A batteries because they contained a small metal ~~strip~~ *[handwritten: NAIL]*. The defendants sharpened the metal ~~strips~~ *[handwritten: NAILS FLAT]*. The metal ~~strips~~ *[handwritten: NAILS]* could also be used to pick handcuffs.

*[handwritten left margin: I TOOK WITH ME INTO FED CUSTODY, ACCIDENTLY FLUSHED (1) WHICH HIGH ON SPICE. OBTAINED A STEEL ONE FROM SMAII TV ROOM, DISPOSED OF IT & TOOK THE OTHER (2) FROM SAME TV ROOM WHICH I HANDED OVER TO YOU GUYS.]*

**U.S. v. DELEON, ET AL.   51516**

FD-302a (Rev. 05-08-10)

245U-AQ-6239655

Continuation of FD-302 of  (U) Debrief of Mario Rodriguez                    , On  11/01/2017 , Page 10 of 10

RODRIGUEZ admitted he planned on removing a shank while in the bathroom, located outside the courtroom, and bringing it back into the courtroom. He could then hit a co-defendant or other person in the courtroom. RODRIGUEZ said he planned on hitting Mauricio VARELA before the trial was over. WHILE EATTING SUNCH OR FOR A RECESS FROM COURT IN THE WAITING AREA

**Current and Future Leadership within the SNM:**

The decisions within the SNM are currently being made between ~~the guys~~ us at Otero. Arturo GARCIA ~~is~~ the most influential member at Otero. OAN OANY AND ARCHIE AND FLE AND ARTURO IS THE MOST INFENENTIAL ONE

RODRIGUEZ believed Anthony BACA would have to share power with Arturo GARCIA in the feds. GARCIA told RODRIGUEZ he wanted to start strangling people when they got to the feds. RODRIGUEZ said, "We'll be out numbered. How we gonna do that?" RODRIGUEZ said GARCIA responded, "No, I mean strangle our guys."

**Attachment:**

Hand written notes by Mario Rodriguez, totaling 10-pages, and provided to SA Bryan Acee on November 1, 2017.

**U.S. v. DELEON, ET AL.   51517**

COPY

☐ CNMCF / CMR / CMU   ☐ GCCF   ☐ LCCF   ☑ PNM   ☐ SNMCF   ☐ SNMCF-POU   ☐ WWCF   ☐ NENMCF   ☐ CCA- NMMCC
P.O. Drawer 1328   P.O. Box 620   6900 W. Millen DR.   P.O. Box 1059   P.O. Box 639   P.O. Box 2005   P.O. Drawer 250   185 Doctor Michael Jenkins Rd.   P.O. Box 800
Los Lunas, NM 87031   Santa Rosa, NM 88435   Hobbs, NM 88244   Santa Fe, NM 87504   Las Cruces, NM 88004   Las Cruces, NM 88004   Grants, NM 87020   Clayton, NM 88415   Grants, NM 87020

Name _Mario Rodriguez_

No. _46059_   Unit _____

Date: _nov. 11. 2017_

Churro!

OREVA! SO AS YOU'VE KNOWN I TOOK A PLEA & I BELIEVE YOU UNDERSTAND WHY. I'M GOING TO TRY & KEEP THIS SHORT & NOT PREACH OR RAMBLE TO MUCH. I did NOT EXPECT TO TAKE A PLEA HOMIE IT JUST HAPPENED & I'M VERY HAPPY I did, I'VE WANTED TO GIVE UP GANG LIFE SINCE 2011 HOMIE I JUST WASN'T READY SOME TIMES WE NEED A PUSH OR SOME ENCOURAGEMENT, YOU KNO ME BETTER THAN MOST, I'VE BEEN GANG RELATED ALL MY LIFE MY WHOLE EXISTENCE WAS REVOLVED AROUND GANG LIFE, I'VE NEVER BEEN HAPPY ESE, NEVER! UNTIL NOW, ESE CHURRO I'M SO AT PEACE ALL THAT ANGER, HATE & VIOLENCE I CARRIED IS GONE, IT'S A TRIP HOW LIFE IS SUPPOSED TO FEEL, I'VE NEVER HAD A LIFE ESE & WHO KNOS WHAT IT HAS IN STORE FOR ME CUZ I'M STILL GOING TO HAVE TO DO SOME TIME, BUT YOU'VE HAD A LIFE YOU KNO WHAT YOU'RE GO TO GAIN BACK & PROABLY ENJOY IT HOPE CUZ YOU'VE CHANGED YOUR LIFE, IF YOU CHOOSE TO CHANGE YOUR LIFE & IT IS YOUR CHOICE HOMIE! THERE'S A SAYING, "IF YOU WANT SOMETHING YOU'VE NEVER HAD, YOU HAVE TO DO THINGS YOU'VE NEVER DONE BEFORE."

I'VE NEVER HAD A LIFE SO I'M TRYING SOMETHING NEW & IF I DON'T GET A LIFE OUT OF IT AT LEAST I'VE FOUND PEACE & I'M NO LONGER BOUND TO ANY ONE THING THAT DID NOT RESPECT ME.

YOU'RE READY TO LEAVE THAT SHIT, I & EVERYONE HAS HEARD YOUR INTERVIEW YOU GAVE EM MORE THAN MOST & GOT NADA OUT OF IT EXCEPT A JACKET, YOU JUST DIDN'T WANT TO TESTIFY. LOOK I DIDN'T WANT TO EITHER but IT GOES BACK TO THE QUOTE ABOVE, "THINGS WE'VE NEVER DONE BEFORE."

YOU KNO ME I'VE NEVER RAN OR HIDE FROM ANYTHING AND I'M NOT NOW, I COULD DO THE TIEMPO I COULD CONTINUE THE WORK but I JUST DON'T WANT TO BE THAT ANYMORE.

I don't WANT TO TALK DOWN OF THE "S" CHURRO I GAVE MY ALL TO THAT VIAJE CUZ I THOUGHT IT'D APPRECIATE & RESPECT MY DEDICATION but THE "S" IS NOT AN INDIVIDUAL IT'S A GROUP OF VATOS WHO TREAT OUTSIDERS BETTER THAN THEY TREAT ONE ANOTHER & HAS NO LOYALTY TO ANYONE but THEMSELVES! YOU DESERVE BETTER THAN THAT, YOU DESERVE YOUR TRUE FAMILY & LIFE.

HERE IS THE SNM IN A 2017 NUTSHELL, PUP AND HIS GROUP OF ASSASSINS (1) KRAZO WHO HAS NEVER DONE NADA FOR THE VIAJE (2) CHRIS GARCIA WHO IS THE MOST KNOWN & UNTOUCHED SNITCH HE GETS AN OVERT ACT FOR SNITCHING (3) MARIO POO POO WHO GOT HIS NICKNAME POO POO CUZ A LCR WAS GOING TO PHUCK HIM OFF & HE SHITTED ON HIMSELF, BIGGEST TRAVIA CASE AROUND WHILE IN PRISON & PUP DIRECTS THESE VATOS TO KILL ELECTED OFFICIAL B. MARCANTEL, AND HERE'S THE "S" THE GUN IS THE "S" A GOD DAMN 25 CALIBER WITH LACK LUSTER POWER THAT SHOOTS ONE BULLET AT A TIME CUZ THERE'S NO CARNALAS WILLING TO LINE UP THE CLIP & EVEN IF THERE WAS THE CLIP DOESN'T EVEN HAVE THE ABILITY TO FEED THE CHAMBER AND DOESN'T EVEN FIRE WHEN THE TRIGGERS PULLED, LOOK AT THE TEST FIRE VIDEO IN THE DISCOVERY, THAT GUN IS THE "S"! THEY LOAD ONE BROTHER AT A TIME & FIRE FOR PERSONAL REASONS TO JUST & CONTINUE USING THAT SAME



BROTHER UNTIL HE'S JUST A SPENT SHELL BURNT OUT & USED.

THE FEDS IS GOING TO BE NO DIFFERANT! MORE DIVISION, MORE POLITICS MORE BUCK STABBING.

TONITE TAKE A COUPLE HOMPS AND REALLY LOOK AT THE VATOS LEFT ON THE CASE, THEIR CHARACTER, MORALS, WHAT THEY SAY & HOW THEY DO NOT LIVE UP TO THEIR WORDS AND ASK YOURSELF IS THAT YOU, WHO YOU WANT TO BE & DO THEY EVEN DESERVE TO BE ASSOCIATED WITH YOU!

PHUCK NO! PHUCK NO THEY DON'T!

AS YOU VIEW ME NOW CHURRO WHEN YOU THINK OF YOUR PERRO AZUL FROM ASTEN PROGRAM IS TO LEVEL 6 DECADES HOW DO YOU VIEW ME? DO YOU STILL RESPECT ME? DO YOU UNDERSTAND? ARE YOU HAPPY THAT I'VE FINALLY FOUND PEACE? I WOULD HOPE SO CHURRO BECUZ ALL OF THOSE WHO'VE LEFT BEFORE ME I ALWAYS OPENLY SAID —"I UNDERSTAND WHY."

LOOK, LIFE IS SUPPOSED TO BE A EVOLUTION, DAY AFTER DAY WE ARE SUPPOSED TO PROGRESS TOWARDS A GOAL & PURPOSE A POSITIVE PURPOSE! A GOAL WORTHY OF ACCOMPLISHING THAT BRINGS HAPPINESS TO YOU, YOUR LOVED ONES AND TRUE FRIENDS. I LOOKED AT THAT LIFE & KNEW IT WAS NOT LIFE THERE IS NADA TO PROGRESS TO IN THE "S" IF THERE WAS AND I HAD JUST GOT THE BASICS OUT OF MY DEDICATION, LIKE LOYALTY, RESPECT & A SENSE OF SECURITY AROUND THOSE I PUT IN WORK TO LIFT UP, CUZ THAT IS WHY WE PUT IN WORK TO LIFT UP THE VIAJE AND IN DOING SO EVALUTE EVERY VATO WHO DOES JUST AS WE HAVE. THAT IS NOT WHAT IT IS, HAS BEEN OR WILL EVER BE. YOU DESERVE TO BE YOUR OWN MAN. ALL THE VIAJE DID FOR VATOS LIKE YOU & I IS RUIN ALL OUR JUVINILE FRIENDSHIPS & MAKE US BE LOOKED AT AS PCRS, LIKE WE COULDN'T WALK, I SEE VATOS WHO WERE MY DAWGS IN JUVINILE THAT STILL RESPECT ME BUT TAINT THAT RESPECT DUE TO THE "S"

WELL I'M NOT "S" CHURRO & YES I'VE DONE SOMETHING I'VE NEVER DONE BEFORE BUT I HAD TO SO THAT I MAY RECIEVE SOMETHING I'VE NEVER HAD BEFORE. ...LIFE.

DO IT ESE! AND STIR UP THEY WON'T B/C YOU, THEIR NOT OUR FRIENDS (THE PROSECUTORS & FBI) WHICH THEY'LL TELL YOU, THEY GOT A JOB TO DO BUT THEY WON'T PHUCK YOU, BE SMART! HAVE YOUR LAWYER REQUEST A SIT DOWN, IF YOU WANT TO TALK TO ME FACE TO FACE, I TOLD 'EM I'D BE WILLING TO GO WHEREVER TO RAP TO YOU. THEY KNOW YOU DIDN'T DO THAT SHIT SO YOU CAN GO HOME & HAVE A REAL LIFE FOR ONCE, YEAH YOU MIGHT HAVE TO DO SOME TIEMPO, YOU GOT 2 YRS IN NOW RUN ALL YOUR STATE TIME CONCURRENT WITH YOUR FED TIME, COME KICK IT WITH ME IN A PRISON WE CAN EDUCATE OURSELVES, GET A NEW IDENTITY A CLEAN RECORD & BE WHO YOU REALLY WANT TO BE.

THE LINES ARE GETTING SHORT SO I'M GOING TO CLOSE THIS OUT CUZ I DON'T WANT TO CONTINUE ON ANOTHER PAGE NOT CUZ I DON'T CARE ABOUT YOU, BUT BECAUSE I DON'T WANT TO DISRUPT THE LETTERS SUBSTANCE, CHANGE YOUR LIFE CUZ YOU DESERVE IT, FAMILY FIRST, A REAL PURPOSEFUL LIFE AND MOST IMPORTANTLY YOU WANT TO! HERE'S ONE LAST THING, IT SEEMS HARD TO DO BUT ONCE YOU DO IT IT BECOMES EASY BECAUSE YOU NO LONGER HAVE A CHOICE BUT TO PROGRESS FORWARD THERE IS NO GOING BACK, LIFE BECOMES FRESH, LIKE HOLY SHIT THIS IS FOR REAL! THEN YOU SETTLE IN & THE CALM & PEACE KICKS IN & YOU'RE COASTING. SHIT I SIGNED ZERO TO LIFE & I'M HAPPY AS PHUCK! (LA VENGA) THEY'LL HELP YOU CHURRO, TRUST ME & I'LL BE HERE IF YOU STRUGGLE. LOVE & RESPECT YOU HOMIE. *Montoya/BQ*

BLUE

COPY

CNMCF / CMR / CMU  ☐   GCCF  ☐   LCCF  ☐   PNM  ☐   SMMCF  ☐   SMMCF-FOU  ☐   WWCF  ☐   NENMCF  ☐   CCA-NMMCC  ☐
P.O. Drawer 1328        P.O. Box 520    6900 W. Millen DR.   P.O. Box 1059   P.O. Box 639    P.O. Box 2005    P.O. Drawer 250   185 Dodor Michael Jenkins Rd.   P.O. Box 800
Los Lunas, NM 87031   Santa Rosa, NM 88435   Hobbs, NM 88244   Santa Fe, NM 87504   Las Cruces, NM 88004   Las Cruces, NM 88004   Grants, NM 87020   Clayton, NM 88415   Grants, NM 87020

Name _____
No. _____  Unit _____

Date: Nov 9 2017

ese Wizzler

() Yeah, yeah, I kno what you're saying, "Blue Shaffa, Blue Vale Vedga y que Tonto", I understand, pero hear me out Howard!

You're a smart vato and a quality of intelligence is that you should be willing to listen before you agree or disagree with what you're being told. First, let me tell you I've wanted to giveup gang life since "2011". But I thought about my family & reputition in Silver City, cuz just like your family glorifies you my family glorifies me. but here's our distortion of that glori-fication. they did not glorify me cuz they agreed with all the things I did or life I choose, they accepted that as a circumstance they had no choice in. They glorify me out of love and cuz they know who I really am and the life I could have if I found the strength to choose it. Your family loves you & will never stop loving you, you can do no wrong in their eyes.

Ese Dan, I've always had amor & respect for you, even when I tried to hate you & tongfie you but a homeboy it always turned into, "phuck, I wish I could get over my ego & talk to the perro, pero he'll think I'm bowing down." We thought alike to much and internally we both carried alot of anger & hate, frustration & just contempt for our circumstances. but take a honest look at the tablet & don't buy that shit still twisted shit up or that interviews weren't that bad. you & I homie liven one hundred, we never spoke vatos names in interviews. all they have Dan & it will continue & it'll be more contempt more anger & just shaffa for a vato like you, to have to go through.

I did not go to court with intentions of not going back ese, i'm not a liar Dan I fully intended to fight but it just happend & it was not easy it was very emotional for me. everything I've ever been 24/7 is gang related, everything! I'm so at peace now Dan you wouldn't believe the difference in me i'm so phucken happy my family was shocked they still can't believe it pero their happy & relieved that that part of my life is over.

Pero lets get to you. Dan you got 16 yrs left ese your brother says he has 2023 & a 19 yr sentence. Be smart ese, you got a suspend sentence they can void that, run your 16 with a 25 yrs fed sentence & get your brothers state tiempo kicked to fed on a concurrent sentence his state 25 run with a fed 25, he'd have to implicate hisself but you'd help yourself, him and give your family some relief, and make sure you're gauranteed parole. look for every 6 yrs in the feds you get 1 yr good time, the 1 yr drug program you get 1 yr plus lawsuits here's & there's your talking about it or is 8 yrs ese, and with everything you've experienced in over 25 yrs of time homie you could probably get out sooner!

There's nothing in federal prison that isn't in all the best you've been in Reality spend some lawyer time to going over a plea deal idea, alot of concurrent & see their counter, the catch is we gots to do shit we've never done before! Dan it was hard for me, but I look back & that life wasn't easy either

U.S. v. DELEON, ET AL.    51520



Page: _____

LIKE I TOLD YOU I'VE BEEN WANTING TO CHANGE MY LIFE SINCE 2011. IT JUST WASN'T
FOR ME ANYMORE AND YES IT'S PROABLY CUZ OF MY EXPERIENCE WITH THE VIDA AT
THE POINT IT HAD GOTTEN, I DID SOME, SOME HARD TIME ESE & STILL PUT IT DOWN WHEN
MOST WEREN'T.

     LOOK AT ALL THAT ROLLO FROM ARCH, TALKING YOU OUT OF THE GROUP PLEA & DOING HIS
OWN BEHIND OUR BACK, I KNOW YOU SAID YOU RESPECT HIM "FOR KEEPING THE LID ZIPPED"
BUT DID HE? COME ON DAK! TELL YOUR LAWYER TO GET THAT AUDIO OF HIM & PUT IN "TARDA"
WHEN I TOLD YOU VATOS WERE CALLING YOU A PUSSY, IT WAS HIM ESE, I'VE HAD YOUR DHUCKEN
BACK ESE, YOU THINK I JUST SAID I CAN'T DO THIS NO MORE I'M GOING TO RAT! I SEEN
THE BACKSTABBING & HEARD THE ROLLO & THEN THOSE FAKE SMILES TO YOUR FACE.

     YOUR BROTHERS OVER HERE ASKING ME, "WHAT CAN DAN DO?"
I KNOW YOUR HARD HEADED & DON'T NEED NO ONE TO HOLD YOUR HAND BUT IF YOU WANT
TO SPEAK TO ME DAN ALL YOU GOTS TO DO IS GET YOUR LAWYER TO ASK & THEY'LL
LET US SPEAK.

     DHUCK THAT LIFE DAN, OH, AND LET ME SAY I DID NOT INTEND FOR THEM
TO GO DHUCK WITH YOU GUYS BUT I GAVE UP THOSE VIDA'S & THEY TRIPPED SO
THAT'S WHY THEY DID THAT & I DID SPEAK ON SNOWCONES.

     LOOK DO THIS DAN LOOK AT ALL THEM VATOS LEFT & REALLY LOOK INTO THEIR PASTS,
MORALS, WORK, WORD, CHARACTER AND TELL YOURSELF THEIR NOT EMBARRASSING? &
ARE THEY WORTHY OF ASSOCIATING THEMSELVES WITH YOU?

     DHUCK NO ESE.
     YOU & YOUR BROTHER COULD KICK IT UNTIL SENTENCING & END UP IN THE SAME JOINT
NO MORE ½'S, KICK BACK TIEMPO, VISITS AND A REAL CHANCE AT LIFE, A NEW
IDENTY NO RECORD. DAN DHUCK THAT VIDA, TRUST ME THEY'LL HELP YOU & YOU
& I CAN DO SOME SHIT TOGETHER I'M NOT TALKING KRAZO & CAKE SHIT EITHER.
SEMINARS & LOCO SHIT.

     YOU'VE TOLD ARTURO YOU DIDN'T CARE / GIVE A DHUCK ABOUT ANYONE BUT YOURSELF!
GIVE A DHUCK ABOUT MORE THAN JUST YOU, GIVE A DHUCK ABOUT RON & YOUR
FAMILY ESE.

     DAN WHETHER YOU BELIEVE ME OR NOT & IT'S PROABLY HARD TO BELIEVE COMING
FROM WHAT I'VE DONE, BUT I DO CARE ABOUT YOU, THE WAY I GREW UP & ANGER
FRUSTRATION AND CONTEMPT I CARRIED DIDN'T ALLOW ME TO SHOW IT THEN, BUT ALL THAT'S
WASHED AWAY NOW, & I KNOW YOU RESPECTED ME, I DO HOPE YOU FIND IT POSSIBLE
TO CHANGE YOUR LIFE.

     HERE'S THE CONCLUSION I CAME TO, LIFE IS THE CONSTANT PROVING THAT YOU ARE
WILLING AND CAPABLE OF EVOLVING & PROGRESSING FORWARD TO OBTAIN GOALS OF
SUBSTANCE THAT NOT JUST SATISFY YOU BUT YOUR LOVED ONES AND FAMILY AND
SOMETIMES WE MUST DO THINGS WE HAVE NEVER DONE BEFORE TO OBTAIN
THINGS WE'VE NEVER HAD BEFORE.

     THAT VIDA IS NOT LIFE IF THERE WAS SOMETHING WORTH PROGRESSING TO
AND EVOLVING TOWARDS THAT'D BRING ME SATISFACTION I WOULD STILL BE
THERE. GIVE YOURSELF A GIFT OF LIFE!

     AND IF YOU DO OR DON'T DAN I GUESS I'LL SEE YOU SOON. TAKE CARE
BELIEVE IT OR NOT PEPO I DO RESPECT YOU & HAVE LOVE FOR YOU X X X X X X X X

P.S. A NEW IDENTY & RECORD MEANS YOU                   Mario Rodriguez
GUYS CAN GO HUNTING & AGAIN LEGALLY. THINK              BLUE
OF A REAL LIFE & ALL ITS PERKS & PLEASSURES, SERIO!
HAPPY BIRTHDAY DAN!

NOTES FROM MARIO RODRIGUEZ
TO SA BRYAN ACEE 11-1-17

7

(NO PROSECUTION FOR ANY INFO I
PROVIDE OR PLOTS I EXPOSE OR WEAPONS MY
INFO MY LEAD TO UNCOVERING!

#1 REGLAS FROM PUP ON ASSAULTS & HIS IDEAS & WANTS
FROM LEADERSHIP;
       *HE (PUP) KEEPS WITH SNM TRADITION, CHILD
MOLESTERS, RAPISTS & KNOWN SNITCHES ARE TO BE
ASSAULTED ON SIGHT & KILLED IF POSSIBLE, AS LONG
AS P/W IS LEGIT ON RATS & SEEN BY THOSE AROUND
WHO HOLD KEYS & CAN VERIFY P/W TO PUP. HE (PUP)
SUPPORTS EVERY ASSAULT & MURDER AS LONG AS
IT IS VOUCHED FOR & BACKED BY LEGIT P/W. BASICALLY
THROUGH SNITCHERS OBLIGATIONS TO SNM HE (PUP)
EXPECTS THE HIT TO TAKE PLACE, AS LONG AS IT
DOES NOT JEOPARDIZE HIS OWN PLACEMENT IN
(OTHER LEVEL; EXAMPLE; IS THE STONER (JEFFERY
WORD) ISSUE. PUP WAS IN HOLE AT SNMCF FOR
CI INFO HE THOUGHT WAS STONER. PUP SENDS
MENSAJE TO HIT STONER, THEY GIVE ROBERT BARRA
GIAN (TITO) A SHANK WHICH HE GOES & GIVES TO
STONER & EXPOSES HIT TO HIM. PUP COMES OUT OF
HOLE & IS PUT AS STONERS NEIGHBOR & PUP DOES
NOT DO ANYTHING & SQUASHES ISSUE. IF TITO
WOULD'VE HIT STONER, PUP WOULD'VE SPUN IT TO
ADMIN AS IT WAS THEIR FAULT CUZ THEY

2

locked him up & if he was out he'd have
stopped it, so he gets stoller hit & has
admin put him back on line to prevent
future stabbings.
   ★ Rud has been tring to move towards
smarter leadership by grooming inmates
like Antineo Martinez, Baby G, Eric Duran
Tim Martinez & others with these type of
mentalities, he encourages vatos like these
to earn their bones so they'll be respected
   ★ If someone smarter than Dan Dan
Sanchez was running poi when Molina ᴾ/ʰ
arrived Molinas murder wouldn't have
happend. I don't feel ᴾ/ʰ was enough

★ Things I missed on Molina Case ★
   I did not hear Rudy Perez's & Dan Sanchez's
initial convo, Dan called me to Rudys cell
door (closed at time) pointed out bar on
Perez walker & told me to make shanks
out of it. waived to S/o in Bubble to open
Perez's cell went in stated removing
bar, I turned around to ask Dan something
& he was gone, came out of Rudys cell with
bar in pant leg & Dan had went to his
cell. The reason I was in Molinas cell

3

IS CUZ WHEN RED TOLD ME HE WAS GOING TO
CHOKE MOLINA OUT INSTEAD OF KNOCKING HIM
OUT LIKE DAN WANTED I WENT & SPOKE TO DAN
AND TOLD HIM RED INTENDED IN CHOKING MOLINA
OUT. DAN TOLD ME, "MAKE SURE IT GOES RIGHT,"
AND, "GET THE DOPE, NOT TO LEAVE IT." AND CHOKED
"HALFERS."

THE SPOON IN THE SHOWER (TOP THR) IS THE
SPOON THE DOPE WAS ON.

I TOLD JERRY MONTOYA I'd GET RID OF HIS
SHANK & JERRY ARMENTA THAT DAN WOULD GET
HIS, I GAVE DAN DAN A RAZOR & HE ASKED
ME, "WHAT'S THIS FOR?" I TOLD HIM TO GET
ARMENTAS SHANK & THE RAZOR WAS TO CUT THE
HANDLE OFF SO HE COULD PUT IT IN DRAIN &
DESCRIBED TO HIM WHAT DIRECTION THE DRAIN
WENT. DAN SEEMED SURPRISED THAT I WAS
TELLING HIM THIS. I ASKED HIM LATER ON IN
CHAPARRAL WHAT HAPPEND. HE SAID, "ONCE THE
VATO (MOLINA) GOT OUT OF THE ROOM THE PLAN
WAS NO GOOD." I didn'T SEE IT THAT WAY &
DAN & I BEGUN NOT GETTING ALONG AMONGEST
OTHER ISSUES.

I DID NOT SEE RED STOMP MOLINA but
MONTOYA WOULD ASK ME REPEATEDLY OVER YRS,
"WHY did RED DO THAT IT WAS LOUD."

U.S. v. DELEON, ET AL.   51524

4

All THE EXCHANGING OF WEAPONS TOOK PLACE
AT 5:00 P.M WHEN DOORS OPENED AFTER 4:00 P.M
COUNT. DAN BROUGHT ARMENTA TO MY CELL TO
GET SHANK I THEN ASKED ME did You TELL
PLAZZ (MONTOYA) YET, I Told HIM NO I GOT
FRUSTRATED CUZ DAN WAS SUPPOSED TO. DAN
Told ME TO LET PLAZZ KNOW, I GOT 3rd SHANK
I TOOK IT TO MONTOYAS CELL I GAVE IT TO HIM.

* REASON I WENT AlONG WITH MOLINA HITS
CUZ DAN CALLED IT & WAS VERY INFLUENTIAL & LIKED
WITHIN SNM & I didn'T WANT DAN & LAZY ATTEMPTING
TO PUT A HIT ON ME OR POLITIC BY GOING AROUND
I SAYING BLUE didn'T WANT TO do IT THEN MY
NAME BECOMES A HOT TOPIC IN BAD LIGHT I
THEN IT COMES OUT I WASN'T BROUGHT INTO SNM
I THEN I'M FORSURE KILLED.

MAJORITY OF INMATES INVOLVED IN MOLINA P/N
I HAD "FRIENDSHIPS" WITH (SPIDER, LUPE, LAZY
ARCHIE, RED, I. MONTOYA, BABY ROB, MOLINA) AII
THESE GUYS WOULD'VE TURNED AGAINST ME,
SO I did NOT PROTEST DAN'S DECISION

I DON'T REMEMBER LEANING INTO MOLINA
but I PULLED HIS HANDS down

I DID LATER TELL, RED I MONTOYA THAT
THE WEAPONS CAME FROM "FAT ASS" & THAT
DAN didN'T EVEN Help ME I WHEN I TURNED

U.S. v. DELEON, ET AL.   51525

5

AROUND DAN WAS GONE
    IN MOLINAS CELL I NODDED/LOOKED AT RED. I
TIME HE LOOKED AS IF HE WAS GOING TO WAIT
SO I LOOKED DOWN & THEN HEARD RED GRAB
HIM
    DAN WENT TO TOP COUGHING DOOR TO
YELLOW POD BEFORE LOCKING DOWN & YELLED
INTO CRACK OF DOOR, "HOW YOU LIKE THAT BABY!"

(2) TABLA WHEN I GOT TO SNMCF WAS;
YELLOW POD / DC ARLOS HERRERA, AK X MUNOZ
BLUE POD / DANIEL SANCHEZ, DALE CHAVEZ
GREEN POD / JAVIER RUBIO, JESSE SEVILLO
    (PUP IMPLEMENTED THIS TABLA)

(3) RECENT & ACTIVE HITS;
    SNM WILL TRY TO COME TOGETHER IN
FEDS BUT WILL CONTINUE KILLING OFF ITS OWN.
    IN A CONVO WITH ARTURO GARCIA HE TOLD
ME WE COULD MAKE A NAME FOR STRANGLING
FUCKERS IN THE FEDS. I EXPLAINED TO HIM
THAT'D BE HARD DUE TO ENEMIES HAVING
THEIR HOMEBOYS. HE RESPONDED BY TELLING
ME, "WE'LL JUST DO THAT TO OUR OWN."
* TOP (3) ON HIT LIST IS; ERIC DURAN #1
STIX #2, AND AFTER ALL THIS I'LL PROBABLY

U.S. v. DELEON, ET AL.   51526

6

BECOME #3 ALONG WITH MARIO MONTOYA
* CHRIS GARCIA
* DON GUILE KREZ "DONNIE"
* JOE MARTINEZ "CHEECH"
* CHRISTOPHER CHAVEZ "CRITTER"
* DANIEL ARCHULETA "SMURF"
* SERGIO RODRIGUEZ IS (?) POSSIBLY I CAN HELP HIM
* CHANGE HIS LIFE IF THEY CAN GET HIS EAR
** CARLOS HERRERA "LAZY"
** PETER STEVENS (PURI)
* JAVIER RUBIO "BB"
* JAIME PEREZ  BABY JOKE ⎫
* STEVEN MORALES          ⎬ ARCHIES ISSUES ◯
* ALEX BALDERAMA          ⎭
* ROBERT LAVATO JR  boo boo
* CLARKS
* All COOPERATING WITNESSES
   *(AS FAR AS FAMILY BEING IN DANGER
   DAN/DAN & ARTURO HAS BROUGHT IT UP)
   ONCE OR TWICE

(4) DAN & RON SANCHEZ HIT ALLEGATIONS & HOW
THEY STARTED

(5) GALLEGOS BROTHERS HISTORY "ISSUES" TOLD ◯
TO ME BY DAN & ARTURO (PAPERWORK)

(6) WEAPONS, FASHIONING WEAPONS, HIDING THEM
MAKING PLASTER + GLUE TO HIDE THEM (+ WHERE
(3) WEAPONS CAN BE FOUND (2) IN PUNT + (1) IN
EVIDENCE (!! NO PROSECUTION!!) WHAT CELLS
I TOOK WEAPONS FROM

+ ✱✱ (7) SECURITY FLAWS DURING TRANSPORTATION.
(1) PLOT TO KILL CARLOS HERRERA 14ZR ON TRANS
PORT + (2) ATTEMPTS TO KILL JAVIER ALONSO / PLOTS
ON TRANSPORT BUS TO COURT FROM ESTANCIA +
BACK TO ESTANCIA FROM COURT

(8) VICAR + RICO DET'S WHO MAINTAIN loyalty TO
SNM + GET OUT ARE GOING TO BE REQUIRED TO
KILL WITNESSES + IF THERE'S A RESURGENCE OF
SNM IN GROWTH THEY WILL ATTEMPT A MOVE ON
FAMILIE + FBI OR PROSECUTION AS A RECRUITING
GIMCI

(9) HOW ARTURO PLANS TO RE-ESTABLISH SNM
RELATIONSHIP BTWN SNM + EME / SUR

(10) WHO WILL RUN SNM IN BOP

(11) PLUDS ISSUES + WHY HE WILL NO LONGER RUN
SNM BY HIMSELF

U.S. v. DELEON, ET AL.   51528



(12) NARCOTICS CASE
(13) POSSIBLE SAMMY CHAVEZ HIT INFO
(14) TABLA WANTIN SERGIO RODRIGUEZ CHURRO
TO KILL DAFFY/PINK MANNA
(15) JULIAN ROMERO HIT, SUPPOSED TO BE BUCKSO
(16) JOSEPH MONTOYA ASSAULT CALLED BY PUP
(17) LARRY MARTINEZ ASSAULT CALLED BY PUP
(18) JAIME ROMERO GREENLIGHT & WHY I BEGUN
TO DISTANCE FROM PUP
(19) PAUL SILVA ASSAULT
(20) ARCHIE & I'S ISSUES & CLARIFICATION ON
WHY I WANTED TO STAB HIM
(21) ARTURO GARCIA labeled A RAT/FBI INFORMANT
BY DAN DAN & ARCHIE.
(22) WHO MY CIRCLE WAS & HOW & ASSOCIATED WITH
MANY INFLUENTIAL CIRCLES & HOW CLICKS WITHIN
THE CLICK OPERATE.
(23) GARDUNES DEFENCE
(24) RECENT ATTEMPTS AT RECRUITING & RELATION
SHIPS BETWEEN SNM, NUEVO & PAISAS, DANS
ATTEMPT TO RECRUIT HOOD/CRUEES IN CHAMPPAI
SHU² TO become SNM & KILL CLARKS
(25) DAN CHOOSE, MONTOYA, CUZ OF P/M RUMOR
ARMENTA CUZ ARMENTA WAS DANS SON
& RED CUZ DAN didN'T LIKE HIM & THOUGHT
RED WOULD BACK OUT & DAN could GET RID OF HIM

U.S. v. DELEON, ET AL.   51529

9

LAZY SAYS REASON DAN WAS SO QUICK TO
ORDER MOLINA KILLED IS CUZ PRIOR TO MY
ARRIVAL TO SNNCF JAVIER MOLINA CALLED
OUT DAN & DAN BOWED DOWN.

(26) ANDREW ROMERO, SNM, WHO RECRUITED HIM.
(27) THE SNM IS WIERD IN A WAY EVERYONES
TRING TO TAKE ONE ANOTHER DOWN 1 MIN &
THE NEXT THEIR COMING TOGETHER TO KILL
THEIR OWN QUICKER AN A HEART BEAT &
THEN CONTINUE ON HATING ON ONE ANOTHER, /
THE SNM IS VERY DANGEROUS THEY DONT
LOOK TO HAVE $ OR DOPE BUT FEAR ALL OF
THEM WILL KILL FASTER THAN FUCK & I
DONT SEE SNM GOING AWAY, EVENTUALLY
THERE WILL BE A TILT & IT WILL GO IN SNMS
FAVOR, NUEVO CLICK IS TO BIG & SOME WILL
MOVE TO CLAIMING SNM BECUZ OF THE POWER
THE SNMS NAME CARRIES, YOU HEAR SINDICATO
& ITS VIOLENCE, DEATH, POWER & MURDER, YOUNGSTERS
IN FEDS WILL LOOK TO REVIVE IT.

(28) I'M LOOKING TO GET A WITNESS PROTECTION
IDENTITY DUE TO ME BEING SO WELL KNOWN
WITHIN THE NMDOC, MY HOMETOWN & THE
INFLUX OF BOP INMATES IN SILVER CITY

10

AND THE RECENT INCIDENT THAT OCCURED
TO TOMMY VALDEZ, YOU HAVE NINE-SHM
TAKING ON RENOUNCED SNM MEMBERS
+ ATTEMPTING TO KILL THEM

(J+C CR-03-213; CR-03-182; CR-03-190)
CR-03-191; CR-03-193; CR-04-29
50% → CR-03-182 1 CT (18 MOS) CONCURRENT
CR-2003-213, 3 CTS toT (15 YRS)
CR-2004-29 1 CT (18 MOS)
CR-2003-191 1 CT (18 MOS)    (TTL 18 YRS)

(CR-2003-193 + CR-2003-190 DISMISSED)

85% → D-424-CR-0200600003   3 CTS 7½ 6 MOS
SUSPENDED   7 YRS   1 YR 48 DAYS CREDIT

9 FELONYS 27 PTS

STILL ONE NMCD 4 YRS

U.S. v. DELEON, ET AL.   51531