



U.S. v. DELEON, ET AL.    55721

I WILL LOVE You Clyde
Til The day I die !!!

Keepin it Real
Always for You !!

you Again? And they left our monster over there by his self? That's messed up!
Is he happy he's going to Level 5? He's going to miss you! I already know! So do i send the fresh food # to B or what now?
Well Babe i'm gonna stop writing and turn my light out & just hold your picture all night! It just makes me feel closer to you !!
So Good Night - And i hope you sleep good as well !!
I Love You !!

- Good Morning -
Yep, that was the problem cuz i'm just now waking up and it's almost 8 AM. 😊 Oh and i forgot to say something - YOU DAMN SURE DON'T NEED ME TO WALK YOU THROUGH Anything - WOW 😊 😊 😊 😊
Oh my gosh - Babe - IF it's this good on the phone - I can only imagine when it's the real

U.S. v. DELEON, ET AL   55722

{I wish I could make your life where you didn't have to stress over all of this — } {If I COULD ~ You KNOW I WOULD}

I GOT YOU 1/28/(dos)

deal! HELL YEAH! :)
Phuck why can't your attorney think of a way to get you out Now!
Also → There should be something we can do about the mail Room! I know you noticed the dates on even just the mail you got last night! There should be No Reason for that!! For real! Anyway —
And i want to say that I'm sorry for when i get bummed or miss you to damn much — I'm an Asshole — you might even use the term Bitch — Sooo..... I am sorry! And Thank You so much for not adding fuel to the flame!!
I Love you Jim — and i always will! And our monster is right — Nothing should ever be able to tear apart the bond we have!!
Love you Always & Forever
Red Robin

U.S. v. DELEON, ET AL.   55723

*I miss you so much*

HAVE A GOOD DAY!
{ AND ALWAYS KNOW I'M TRYING TO GET things done as HERE }

Jim

10·23·15

Hi Babe ♥

I am so happy that you finally got to call. It was so good to hear your voice ~ You don't even know! I almost started to cry - So try not to do that song again without calling - "K" ♥. When we had to hang up - i bet i kept the phone up to my ear at least another 10 minutes! I didn't want to hang up!
You kinda sounded a little down. Please don't get down Babe - I do realize its so stressful and easy to do - But you have to stay up & stay positive - Try to focus on the good things and the good things that are coming our way ♥. I want you out of there just as bad as you do - And its gonna happen pretty soon! So you better get to making that Bucket List or whatever its called ♥ Cuz you gonna be busy ~ Gonna put that pick up to good use - front seat, back seat - even the

*What I'm trying to say is: I love you and I will always be by your side - RIDE OR DIE -*

U.S. v. DELEON, ET AL   55724


bad (lol) for real.
Anyway~ Yeah i would like to know what ole boy had to say - But you already know that his version of the story does Not match up to the evidence or to everyone elses statements! Take it one day at a time Babe - And regardless of what needs to be done - You know i'm right here - And will do any and everything to help you! Remember - You only lost a round - NOT THE FIGHT !! OK! I Love You and i'm Never leaving you !! We will get through this whole nightmare together! Anyway - Thats pretty cool what i told you about my Auntie CD huh?
Damn, i cannot believe how much I have missed you !! I feel so much better - I bet i'll even be able to sleep all night without waking up about 4am - I really hate that! Alot !! So why did they move

U.S. v. DELEON, ET AL.  55725