1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF NEW MEXICO
 3  UNITED STATES OF AMERICA,
 4              Plaintiff,
 5      vs.            NO:  CR-15-4268 JB
 6  ANGEL DELEON, et al.,
 7              Defendants.
 8
 9         Transcript of Excerpted Testimony of
10                   GUADALUPE URQUIZO
11                      I N D E X
```

| | | |
|---|---|---|
| 12 | EXAMINATION OF GUADALUPE URQUIZO (February 5, 2018) | |
| 13 | By Mr. Beck | 4 |
| 14 | By Mr. Lowry | 66 |
| 15 | EXAMINATION OF GUADALUPE URQUIZO (February 6, 2018) | |
| 16 | By Mr. Lowry | 99 |
| 17 | By Ms. Bhalla | 142 |
| 18 | By Mr. Villa | 166 |
| 19 | By Ms. Jacks | 200 |
| 20 | By Mr. Beck | 274 |
| 21 | By Mr. Villa | 304 |
| 22 | By Ms. Jacks | 312 |
| 23 | By Mr. Lowry | 317 |
| 24 | By Mr. Beck | 319 |
| 25 | REPORTER'S CERTIFICATE | 324 |





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

```
 1                    EXHIBITS ADMITTED
 2   Government 742 and 743 Admitted                  23
 3   Defendants' EP Admitted                         134
 4   Defendants' EQ Admitted                         136
 5   Defendants' EO Admitted                         161
 6   Defendants' ER Admitted                         228
 7   Defendants' ES Admitted                         246
 8   Defendants' AN 1 through 3 Admitted             273
 9   Government 747 and 748 Admitted                 281
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  getting hit?
2      A.   No, that was actually the third time.  The
3  last time that I had a conversation with him was
4  with -- he had got moved for 3-A; he was in Q pod.
5  And I was outside at rec and over there in 3-A Q pod
6  you could talk to the people that are in the cages.
7  I was in the first cage, and I told him I was
8  leaving to the South.
9      Q.   What did Mr. Baca say when you told him
10 you were leaving to the South?
11     A.   He told me, "Don't forget that message.
12 Take care of that."
13          I told him, "I already know.  I got you."
14     Q.   What do you understand he meant when he
15 said, "Don't forget that message.  You need to take
16 care of that"?
17     A.   He spelled it out on the window for me.
18 He didn't yell it out, but he said "Javier Molina."
19     Q.   How did he spell it out on the window?
20     A.   With the sign language.  With his hands.
21 We know how to talk with our hands.  We know how to
22 do letters like this.  That's how he did it.
23     Q.   Talking with your hands -- is that one of
24 the ways that the SNM talks in code?
25     A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So with his hands he told you it was
 2   Javier Molina?
 3        A.   Yes, sir.
 4        Q.   At some point were you moved down to the
 5   South facility at PNM?
 6        A.   Yeah.  That same day that I talked to him,
 7   that's the day I left to the PNM South.
 8        Q.   And at some point at PNM South, did David
 9   Calbert come down to PNM South, and was he housed
10   with you?
11        A.   Yes, sir.  February -- I believe February
12   of 2014, he showed up to the PNM South.
13        Q.   And what happened when he showed up to the
14   PNM South?
15        A.   He had the paperwork for Javier Molina.
16   So he called me, Robert Martinez, and Mauricio
17   Varela to his house, and he showed the paper to us
18   through the window and then he passed it to me.
19        Q.   The house?  What do you mean by "the
20   house"?
21        A.   Oh, his cell.  Yeah, in front of his cell
22   door.
23        Q.   So he was inside of his cell, and who was
24   on the outside?
25        A.   Me, Mauricio Varela, and Robert Martinez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   For the first seven days, it's orientation, so he
 2   can't come out.  So we were in front of his door.
 3       Q.   And what did Mr. Calbert tell you?
 4       A.   That he had the paperwork for the hit on
 5   Javier Molina, and I told him -- he said, "Pup wants
 6   this done."
 7            I said, "Yeah, I already know.  I talked
 8   to him."
 9       Q.   Did he give you the paperwork?
10       A.   Yes, sir, he did.
11       Q.   What did the paperwork look like?
12       A.   It was a white paper, and it had a
13   person's name on the top side with Social Security
14   and all that, address, and it was a whole typed
15   paper.  And the wording on there, do you want me to
16   tell you what it said on there?
17       Q.   Hold on.  We'll get to that.  Was it one
18   page, two-page?
19       A.   It was just the one page.
20       Q.   And was it front and back, or just on the
21   front?
22       A.   No, just one.  Just the front page.
23       Q.   Was it -- what did it look like?  Was it
24   just black and white?
25       A.   Black and white.  It was a Las Cruces
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Dean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   police report.  And I could tell it was a police
 2   report.
 3        Q.   What did the paperwork say?  Why was it
 4   paperwork on Mr. Molina?
 5        A.   It said that he was in -- that it wasn't
 6   him that did the purse-snatching; that it must have
 7   been one of the other guys.  And he named Jesse Sosa
 8   as one of the other guys that did the
 9   purse-snatching; that he was just sitting in the
10   car.  It was pretty much one sentence, maybe two
11   sentences.  That's it.
12        Q.   Where did the purse-snatching happen, if
13   you remember?
14        A.   I believe it said by the mall.  By the
15   front of the mall or behind the mall.
16        Q.   In what city?
17        A.   Right here in Las Cruces.
18        Q.   Did you -- what did -- did you and anyone
19   talk about the paperwork?
20        A.   Yeah.  While we were there, we discussed
21   it and we're, like, "Man."  I mean, before
22   everything happened we like laughed at it and said,
23   "Man, this ain't really telling," because it wasn't
24   really telling.
25        Q.   Who is "we"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

42

1    A.   Me, David Calbert, Mauricio Varela, and
2    Robert Martinez.
3    Q.   And did you still agree to transport the
4    paperwork from the South facility to Southern New
5    Mexico?
6    A.   Yes, sir.  Yeah.
7    Q.   Why?
8    A.   Because it's a hit.  It's an order to hit,
9    and you can't just get rid of it.  You would have a
10   hit on yourself for that.
11   Q.   Did you willingly take the paperwork from
12   the South facility to Southern?
13   A.   Yes, sir.
14   Q.   Did you know or think that that would
15   result in Javier Molina being murdered?
16   A.   Yes, they wanted him murdered.  It wasn't
17   just an assault.  They wanted a murder.
18   Q.   What did you do with the paperwork after
19   Mr. Calbert gave it to you?
20   A.   I put it with the paperwork.  I had a lot
21   of paperwork for my Court of Appeals.  It's a whole
22   stack.  So I took half of it out and put it there,
23   and put all my paperwork back together.
24   Q.   So you put it in your legal paperwork, in
25   the Court of Appeals paperwork?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, sir.
2    Q.   How big was the Court of Appeals stack?
3    A.   Probably about this much of a big stack.
4  There was probably like 1,000 sheets of paper.
5  There was a lot of Court of Appeals for seven or
6  eight years, so it's a lot of paperwork.
7    Q.   So I've got here two Redwelds full of
8  pages.  Was it thicker or less thick than this?
9    A.   Probably a little bit thicker.
10   Q.   A little bit thicker than these two
11 Redwelds full of paper?
12   A.   Yes, sir.
13   Q.   Why did you stick it in the middle of your
14 legal paperwork?
15   A.   Because corrections officers really --
16 they can't go through your legal paperwork.  Once
17 you get transferred somewhere, they're supposed to
18 maybe have, like, a legal library guy that's
19 supposed to go through your paperwork, more or less,
20 and look at it and give it to you.  So I knew the
21 chances of that happening -- usually they just put
22 all your property in the bag and inventory and give
23 it to you.  So I figured that would be the easiest
24 way to do it.
25   Q.   At some point were you transferred from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. BECK:
 2        Q.   Mr. Urquizo, I'm showing you what's been
 3   admitted as Exhibit EQ.
 4             THE COURT:   EQ has been admitted.
 5        Q.   Do you recognize this exhibit?
 6        A.   Yes, sir.
 7        Q.   I'm going to zoom in on the top.  Is that
 8   your handwriting that says Q and R?
 9        A.   Yes, sir.
10        Q.   And I think you testified that you said
11   when you talked to Mr. Baca, he was in Q pod?
12        A.   Yes, sir.
13        Q.   Is that here on the left where you marked
14   Q?
15        A.   Yes.
16        Q.   All right.  And up here, just above Q, I'm
17   circling at the top left of that screen in the dark
18   area, is that the cage that you were in?
19        A.   Yes.  It's actually a whole cage.  All the
20   way from the whole front end, that's a big cage.
21   It's a handball court, so it's actually a whole
22   cage.
23        Q.   Let me see if I can clear this again
24   without Ms. Standridge's help.
25        A.   All windows on Q pod are facing that cage.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

280

```
 1        Q.    So now I circled that whole dark-black
 2   area.  Is that one --
 3        A.    What I mean is, you see there is a first
 4   cage and there is like a hall right there?  The left
 5   side, where Q pod -- the whole part of Q pod, that's
 6   a cage right there.  Yes, there you go.
 7        Q.    This whole rectangular area, the dark
 8   area?
 9        A.    Yes.
10        Q.    So is that the cage that you were in?
11        A.    Yes, sir.
12        Q.    And Mr. Baca, again, was just right there
13   when you marked Q; is that right?
14        A.    No, he was in Q106.
15        Q.    Where is that?  On the left side, the
16   middle?
17        A.    Going towards R pod, the last cell.
18        Q.    So that area at the top right?
19        A.    It's a little bit more to your left, but
20   pretty much right there.
21        Q.    Okay.  And you said you believe your first
22   conversation with Mr. Baca was in the summer of
23   2012; is that right?
24        A.    Around August of 2012.
25              MR. BECK:  Your Honor, I'm going to show
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

281

1   the witness what's been previously identified as
2   Government's Exhibits 748 and 747.  I learned that
3   Exhibit 748 has already been admitted as Defense
4   V-24.  And Exhibit 747 is the same as Defendants'
5   Exhibit Z-4.
6               THE COURT:  Do you want to move your
7   exhibits?
8               MR. BECK:  I do.  I'll move to admit
9   Government's Exhibits 747 and 748.
10              THE COURT:  Any defendant have any
11  objection?  Not hearing any, then Government's
12  Exhibits 747 and 748 will be admitted into evidence.
13              (Government Exhibits 747 and 748
14  admitted.)
15  BY MR. BECK:
16      Q.  All right.  Mr. Urquizo, I think you were
17  shown this on cross-examination at some point.  Do
18  you recognize this to be your physical location
19  history?
20      A.  Yes, it looks like it, yes.
21      Q.  And I'm going to go down here to the
22  middle of the first page of Government's Exhibit
23  748.  And I pressed the wrong button.  But I'll get
24  out of here.
25              Now, directing your attention to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

282

```
 1   middle of that page, where it says 9/12/2011, where
 2   were you housed September 12 of 2011?
 3        A.   In W105.  At the north.  3-B W105.
 4        Q.   North?
 5        A.   Yeah.
 6        Q.   And then the line above that, it looks
 7   like maybe you were moved later that afternoon to
 8   another pod in the north?
 9        A.   Yes, I went to V107, to north 3-B would be
10   107.
11        Q.   Then it looks like --
12        A.   I was transported to the South.
13        Q.   When were you transported to the South?
14        A.   9/27/2012.
15        Q.   So is that September of 2012?
16        A.   Yes.
17        Q.   I'm showing you now what's been admitted
18   as Government's Exhibit 747.  Is that the physical
19   location history of Anthony Ray Baca?
20        A.   That's what it says on the top, yes.
21        Q.   And now I'm showing you the summer of
22   2012.  And in the summer of 2012 was Mr. Baca
23   housed --
24        A.   North, 3-A, Q106.
25        Q.   And is that where you told me earlier you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

283

```
 1  talked to him when he was in Q pod?
 2       A.   Yes, sir.
 3            MR. BECK:  Do you have Exhibit EO, the
 4  letter?  Is that around here somewhere?
 5            THE COURT:  Ms. Jacks, do you have EO?
 6            MS. JACKS:  EO?
 7            THE COURT:  That was Ms. Bhalla, I guess,
 8  that had EO.
 9            MS. BHALLA:  Your Honor, I think we left
10  it up there.  I can double-check.
11            I'm sorry, Your Honor, I have it.  Sorry.
12  BY MR. BECK:
13       Q.   Ms. Urquizo, I'm showing you what was
14  admitted with Ms. Bhalla as Defendants' Exhibit EO.
15  This is the letter that we stipulated was found in
16  your cell.  But you didn't recognize that as your
17  handwriting?
18       A.   No, sir.
19       Q.   Is that right?
20       A.   That's right.
21       Q.   And before it was presented to you and
22  told to you that it was in your cell, had you seen
23  that letter before?
24       A.   No.
25            MR. BECK:  Your Honor, I'm going to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

284

```
 1   approach with Government's Exhibit 749 and
 2   Government's Exhibit 750.
 3            MR. VILLA:  May we approach, Your Honor?
 4            THE COURT:  You may.
 5            (The following proceedings were held at
 6   the bench.)
 7            MR. VILLA:  Your Honor, we've never seen
 8   these letters before.  And according to Mr. Beck,
 9   they just received them.
10            MR. BECK:  I was handed them yesterday by
11   Mr. Urquizo's counsel.
12            THE COURT:  Who is that?
13            MR. BECK:  Rosanne Camunez.
14            MR. VILLA:  Could we take a minute to read
15   them?
16            THE COURT:  What are you going to do?  Try
17   to introduce them?
18            MR. BECK:  No, I'm just going to ask if he
19   wrote this one and then look and compare that to the
20   handwriting that was found in his cell.
21            MR. VILLA:  He already denied that he
22   wrote the letter in his cell.  So what the relevance
23   of this would be --
24            MS. BHALLA:  He also denied that he even
25   knew it was in his cell.  And the other day I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com