# ROTHSTEIN | DONATELLI

ATTORNEYS AT LAW

MARC M. LOWRY
mlowry@rothsteinlaw.com

May 14, 2018

**VIA EMAIL & FIRST CLASS U.S. MAIL**

Office of General Counsel
c/o General Counsel, Jim Brewster
New Mexico Corrections Department
P.O. Box 27116
Santa Fe, NM 87502-0116
Email: nmcd-ipra@state.nm.us

RE:     **Inspection of Public Records Act Request**

Dear Mr. Brewster:

The following records request is submitted pursuant to the New Mexico Inspection of Public
Records Act (NMSA 1978, § 14-2-1, *et. seq.*). I respectfully request copies of the following
information/materials/documents/records in the custody or control of the New Mexico
Corrections Department ("NMCD"), or an agency or subdivision thereof:

- Any and all documents and materials collected, secured, and/or maintained by the
  NMCD or any other employee or agent of the NMCD, including video records, regarding
  **North Unit Recreation Records for the period 9/14/2012 through 3/6/2014 at PNM
  North, Housing Units 1, 2 and 3 (by way of example, attached is a copy of the type
  of records we are seeking).**

Please advise me if this request does not describe all of the documents with sufficient specificity
for you to make a reasonable response, and I will attempt to reformulate the request in a manner
that meets your requirements. If the NMCD does not maintain these public records, please
forward this request to the designated custodian of the requested records, and notify me of that
action, including information required by NMSA 1978, § 14-2-8(E).

If this request encompasses exempt information that the NMCD will not release, then please
either separate or retain the exempt documents or redact that information from documents that
are otherwise non-exempt. If any requested documents/materials are purportedly exempt from
disclosure pursuant to the New Mexico Inspection of Public Records Act, please specify the
general nature of the document/materials and the statutory exemption that permits non-disclosure
of such document, materials, or information. If documents are purportedly exempt because the
documents reveal "law enforcement records that reveal confidential sources, methods,
information or individuals accused but not charged with a crime," (NMSA 1978, § 14-2-

**EXHIBIT**

J

PENGAD 800-631-6989

Office of General Counsel
c/o General Counsel, Jim Brewster
New Mexico Corrections Department
May 14, 2018
Page 2

1(A)(4)), please specify why the information falls under this exception by identifying the nature of the information or document without revealing the contents therein. *See generally Estate of Romero ex rel. Romero v. City of Santa Fe*, 2006-NMSC-028, 139 N. M. 671, 137 P.3d 611. Also, specify whether any documents/materials withheld pursuant to this exemption have ever been released to any other person or entity, including the federal government.

Please produce responsive documents/materials/records in electronic form, as soon as such documents/materials are located. Please contact me if the statutory 15-day production deadline cannot be met and we can discuss an alternative deadline. If possible, documents may be emailed to me my paralegal at psanchez@rothsteinlaw.com or to me at: mlowry@rothsteinlaw.com .

If there are any charges in relation to the requested records, we will cover these costs. Please contact me at (505) 243-1443 to arrange payment. I would ask that a receipt indicating the copying charges be provided.

Thank you in advance for your assistance and prompt attention in this matter. Feel free to contact our office if you have any questions or concerns.

Respectfully,

ROTHSTEIN DONATELLI LLP

MARC M. LOWRY

:prs

# NORTH UNIT RECREATION

Circle respective Unit:  HU-1       HU-2       Hu-3

Shift Supervisor: _____          Date: _____

Yard Location: __Yard #3__          Number Yards Run: __2__     Total of Inmates: __26__

| Inmate Name | NMCD# | REC PEN# | Time in | Time out | Escorting Officer |
|---|---|---|---|---|---|
| Archuleta m | | 1 | 632 | | C/o Gillтом |
| Adel | | 2 | 630 | 7:54 Am | C/o Garza |
| Candelaria | | 3 | 633 | 758 Am | C/o Gillтом |
| Tosh Irah | | 4 | 637 | 8:14 Am | C/o Garza |
| G. Serna | | 5 | 640 | 8:15 Am | C/o Gillтом |
| J Seeh | | 6 | 644 | 8/14 | C/o Garza |
| Salsaida | | 7 | 647 | 815 | C/o Gillтом |
| S. Mendez | | 8 | 650 | 8:24 Am | C/o Garза |
| kuncillo | | 9 | 657 | 820 | C/o Garza |
| C Monastero | | 10 | 653 | 825 | C/o Gillтом |
| D Sanchez | | 11 | 655 | 828 | C/o Garza |
| F. Garcia | | 12 | 658 | 829 | C/o Gillтом |
| D Gutierrez | | 13 | 705 | 7:51 Am | C/o Garza |
| Waterhouse | | 1 | 830 | 8:52 Am | C/o Gillтом |
| Silva | | 2 | 834 | 837 | C/o Gillтом |
| Brush | | 3 | 838 | 840 | C/o Gillтом |
| O'Quinn Tena | | 4 | 842 | 844 | C/o Gillтом |
| J Perez | | 5 | 844 | | C/o Gillтом |
| J Munoz | | 6 | 845 | | C/o Gillтом |
| Thomas | | 7 | 848 | | C/o Garza |
| Bustamante | | 8 | 851 | | C/o Garза |
| Otero | | 9 | 8:52 | | C/o Graham |
| Ramirez | | 10 | 8:57 | | C/o Garza |
| Valentra | | 11 | 901 | | C/o Garza |
| Rivera | | 12 | 907 | | C/o Garza |
| Maldonado | | 13 | 911 | | C/o Archuleta |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

COMMENTS: _____

_____

_____

_____

Recreation Officer Assigned                    S _____