| | |
|---|---|
| **Subject:** | IPRA Request 18-195 |
| **Date:** | Wednesday, May 16, 2018 at 4:32:52 PM Mountain Daylight Time |
| **From:** | Earl, Catherine, NMCD |
| **To:** | Marc M. Lowry |
| **CC:** | Brewster, Jim, NMCD, Garcia, Leslie A, NMCD |
| **Priority:** | High |
| **Attachments:** | image001.jpg, 2018-05-14_IPRA to NMCD for Rec Yard Recs_9-14-12 to 3-6-14.pdf |

Mr. Lowry:

Please be advised that NMCD normally only keeps records of this nature for three years. The Department no longer has any responsive documents at this point.

The Department has now fully responded to your request and is closing this matter.

Catherine Earl
IPRA Paralegal
catherine.earl@state.nm.us
NMCD-OGC


The information contained in this electronic communication is protected by the Electronic Privacy Act, 18 U.S.C. 2510 et seq., the attorney-client privilege and/or work product doctrine. It is intended for the use of the individual and/or entity named above and the privileges are not waived by virtue of having been sent electronically. If the person actually receiving this communication is not the intended recipient or employee or agent responsible for delivering it to the intended recipient, any use, distribution, or copying this communication sent or received in error is strictly prohibited.

---

**From:** Earl, Catherine, NMCD
**Sent:** Monday, May 14, 2018 4:57 PM
**To:** 'Patricia Sanchez'
**Cc:** Brewster, Jim, NMCD; Garcia, Leslie A, NMCD
**Subject:** RE: In re: IPRA Request 18-195

This is in response to your IPRA request dated 5-14-18. The Office of General Counsel for the New Mexico Corrections Department (NMCD) has received your request and is in the process of reviewing it.

Pursuant to 14-2-8(D) of the IPRA, you will be provided with this agency's response, including whether the Department has any objections (based on exemptions provided in the IPRA), within 15 days of receipt of your request, on or before 5-29-18.

However, pursuant to 14-2-10 of the IPRA if the Department determines that your request is excessively burdensome or broad, you will be notified within the timeframe noted above and provide you with an estimate of how much additional time


EXHIBIT K

will be needed to comply with your request.

Sincerely,

Catherine Earl
IPRA Paralegal
catherine.earl@state.nm.us
NMCD-OGC

The information contained in this electronic communication is protected by the Electronic Privacy Act, 18 U.S.C. 2510 et seq., the attorney-client privilege and/or work product doctrine. It is intended for the use of the individual and/or entity named above and the privileges are not waived by virtue of having been sent electronically. If the person actually receiving this communication is not the intended recipient or employee or agent responsible for delivering it to the intended recipient, any use, distribution, or copying this communication sent or received in error is strictly prohibited.

**From:** Patricia Sanchez [mailto:psanchez@rothsteinlaw.com]
**Sent:** Monday, May 14, 2018 9:23 AM
**To:** Brewster, Jim, NMCD; Garcia, Leslie A, NMCD; Earl, Catherine, NMCD
**Cc:** Marc M. Lowry; Theresa Duncan; Erin Glasser
**Subject:** RE: In re: IPRA Request

Mr. Brewster,

Please find attached hereto correspondence of this date from Attorney Marc Lowry outlining a IPRA request for your review and processing. A copy of this correspondence is also being sent via First Class U.S. Mail. Should you require anything further or have any questions, please do not hesitate to contact our offices. Thank you!

Respectfully,

Pat Sanchez



**Patricia R. Sanchez**
Senior Paralegal

505.243.1443 t    Albuquerque, New Mexico
505.242.7845 f    500 4th Street NW, Suite 400
RothsteinLaw.com  87102

website | map | email

This communication and any attachments may be ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and are intended for use only by the individual or entity named above as the intended recipient. If you have received this communication in error, please immediately notify the sender and delete this e-mail and any attachments. Thank you.