# Patricia Sanchez

**From:** Earl, Catherine, NMCD <Catherine.Earl@state.nm.us>
**Sent:** Thursday, May 17, 2018 11:26 AM
**To:** Patricia Sanchez
**Cc:** Brewster, Jim, NMCD
**Subject:** RE: IPRA Request   18-195

We do not have any documents in response to your request.

---

**From:** Patricia Sanchez [mailto:psanchez@rothsteinlaw.com]
**Sent:** Thursday, May 17, 2018 11:19 AM
**To:** Earl, Catherine, NMCD; Garcia, Leslie A, NMCD; Brewster, Jim, NMCD
**Cc:** Marc M. Lowry
**Subject:** RE: IPRA Request 18-195

Dear Ms. Earl,

In response to your email below concerning the recent **IPRA Request # 18-195** we submitted to your facility on 5/14/18 requesting recreation records for the **period 9/14/2012 through 3/6/2014** at PNM North, Housing Units 1, 2, and 3, please be advised that we find this rather puzzling.  You state in your email as follows: *"Please be advised that NMCD normally only keeps records of this nature for three years.  The Department no longer has any responsive documents at this point. . ."*

Ms. Earl, this is not possible, as we recently received records of this same nature from you via Dropbox on 5/10/2018 (IPRA Request 18-165) for the period 9/13/2011 through 9/13/2012, which is prior to the period we are currently requesting.

We are hereby requesting that you not close this IPRA Request 18-195 and that you kindly review your records once again in an effort to provide the requested documentation.

Thank you for your attention and cooperation in this regard.  Should you have any questions or wish to discuss this further, please do not hesitate to contact our offices.

Respectfully,
Pat Sanchez

**ROTHSTEIN | DONATELLI**

Patricia R. Sanchez
Senior Paralegal

505.243.1443 t      Albuquerque, New Mexico
505.242.7845 f      500 4th Street NW, Suite 400
RothsteinLaw.com  87102

website | map | email

This communication and any attachments may be ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and are intended for use only by the individual or entity named above as the intended recipient. If you have received this communication in error, please immediately notify the sender and delete this e-mail and any attachments. Thank you.



EXHIBIT L

1

**From:** "Earl, Catherine, NMCD" <Catherine.Earl@state.nm.us>
**Date:** May 16, 2018 at 4:32:52 PM MDT
**To:** "mlowry@rothsteinlaw.com" <mlowry@rothsteinlaw.com>
**Cc:** "Brewster, Jim, NMCD" <Jim.Brewster@state.nm.us>, "Garcia, Leslie A, NMCD" <LeslieA.Garcia@state.nm.us>
**Subject: IPRA Request 18-195**

Mr. Lowry:

Please be advised that NMCD normally only keeps records of this nature for three years. The Department no longer has any responsive documents at this point.

The Department has now fully responded to your request and is closing this matter.


Catherine Earl
IPRA Paralegal
catherine earl@state.nm.us
NMCD-OGC


The information contained in this electronic communication is protected by the Electronic Privacy Act, 18 U.S.C. 2510 et seq., the attorney-client privilege and/or work product doctrine. It is intended for the use of the individual and/or entity named above and the privileges are not waived by virtue of having been sent electronically. If the person actually receiving this communication is not the intended recipient or employee or agent responsible for delivering it to the intended recipient, any use, distribution, or copying this communication sent or received in error is strictly prohibited.


**From:** Earl, Catherine, NMCD
**Sent:** Monday, May 14, 2018 4:57 PM
**To:** 'Patricia Sanchez'
**Cc:** Brewster, Jim, NMCD; Garcia, Leslie A, NMCD
**Subject:** RE: In re: IPRA Request 18-195

This is in response to your IPRA request dated 5-14-18. The Office of General Counsel for the New Mexico Corrections Department (NMCD) has received your request and is in the process of reviewing it.

Pursuant to 14-2-8(D) of the IPRA, you will be provided with this agency's response, including whether the Department has any objections (based on exemptions provided in the IPRA), within 15 days of receipt of your request, on or before 5-29-18.

However, pursuant to 14-2-10 of the IPRA if the Department determines that your request is excessively burdensome or broad, you will be notified within the timeframe noted above and provide you with an estimate of how much additional time will be needed to comply with your request.

Sincerely,

Catherine Earl
IPRA Paralegal
catherine earl@state.nm.us
NMCD-OGC

The information contained in this electronic communication is protected by the Electronic Privacy Act, 18 U.S.C. 2510 et seq., the attorney-client privilege and/or work product doctrine. It is intended for the use of the individual and/or entity named above and the privileges are not waived by virtue of having been sent electronically. If the person actually receiving this communication is not the intended recipient or employee or agent responsible for delivering it to the intended recipient, any use, distribution, or copying this communication sent or received in error is strictly prohibited.

**From:** Patricia Sanchez [mailto:psanchez@rothsteinlaw.com]
**Sent:** Monday, May 14, 2018 9:23 AM
**To:** Brewster, Jim, NMCD; Garcia, Leslie A, NMCD; Earl, Catherine, NMCD
**Cc:** Marc M. Lowry; Theresa Duncan; Erin Glasser
**Subject:** RE: In re: IPRA Request

Mr. Brewster,

Please find attached hereto correspondence of this date from Attorney Marc Lowry outlining a IPRA request for your review and processing. A copy of this correspondence is also being sent via First Class U.S. Mail. Should you require anything further or have any questions, please do not hesitate to contact our offices. Thank you!

Respectfully,

Pat Sanchez