

## DOCUMENT DESTRUCTION SERVICES

**CERTIFICATE OF SECURE AND CONFIDENTIAL DESTRUCTION**

Customer: 01027  Horizons of NM- Penitentiary of New Mexico
Address: PNM Warehouse, 4311 NM 14
Santa Fe, NM  87508

Date: 05/18/2018
Next Visit: / /
Certificate No: (AAAAAYZH)

Bill To: 01027-CONTAINER PURGE  Container purge
4311 NM 14

| DEPARTMENT | B/C | TYPE | P.P. | CHECK | IN | OUT | WEIGHT |
|---|---|---|---|---|---|---|---|
| Container purge | | Standard banker box | 0.00 | | | | 0.00 |
| Container purge | 0000001704 | Standard banker box | 301.00 | | | | 0.00 |
| TOTALS | | | 301.00 | 0 | 0 | 0 | 0.00 |

Adelante Document Destruction Services hereby certifies that all materials received for confidential destruction throughout the preseding schedule of services was confidentially handled, completely destroyed beyond recognition within 3 business days unless prearranged with the customer for an extension on destruction times, and recycled.  The AAA NAID Certification for Adelante Document Destruction Services does not extend to Recycle paper.

_N Mtz_
nathan
*Client Representative*
Date:  05/18/2018

_Ed Haynen_
Pro Driver
*Adelante Document Destruction Services Representative*

EXHIBIT N

Adelante Document Destruction Services, Inc. | 1618 1st Street NW, Albuquerque NM  87102
Phone: 505-884-4702 | Fax 505-884-4722