

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO



18 OCT 16 PM 1:53

CLERK-ALBUQUERQUE

UNITED STATES OF AMERICA,

          *Plaintiff,*

vs.                                         No. 2:15-cr-04268-JB

ANGEL DELEON, et al.

          *Defendants.*

## NOTICE OF LODGING OF
## EXHIBIT A TO ANTHONY RAY BACA'S
## MOTION FOR A NEW TRIAL AND NOTICE OF JOINDER

Defendant Anthony Ray Baca respectfully tenders Exhibit A to the Motion for New Trial and Notice of Joinder, Dkt. 2421. Exhibit A is referenced in the Motion, and filed by hand on a compact disk since the audio file could not be filed electronically:

Exhibit A:    The June 8, 2018 Disclosure of the Mario Rodriquez jail calls November 14, 2017 call between Mario Rodriquez and his mother, file 10.94.0.21-bb9b19f40a5e00157acb37ee8d4c8f1b.mp3

                                              Respectfully submitted,

                                              ROTHSTEIN DONATELLI LLP

                                              MARC LOWRY
                                              500 Fourth Street NW, Suite 400
                                              Albuquerque, NM  87102
                                              (505) 243-1443
                                              mlowry@rothsteinlaw.com

                                                   *-and-*

DUNCAN EARNEST, LLC

/s/ Theresa M. Duncan
THERESA M. DUNCAN
515 Granite NW
Albuquerque, NM 87102
505-842-5196
505-750-9780 (facsimile)
teri@duncanearnest.com

*Attorneys for Anthony Ray Baca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and by First Class U.S. Mail, Certified, Return Receipt Requested to:

Maria Armijo, Asst. U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
maria.armijo@usdoj.gov

ROTHSTEIN, DONATELLI, LLP