IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 6 2018

CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No. CR 15-4268 JB

EDWARD TROUP,
ANTHONY RAY BACA,
CARLOS HERRERA, and
JOE GALLEGOS,

    Defendants.

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court on the written unopposed motion of the United States of America for an extension of time to file its responses to Defendant Carlos Herrera's Motion for New Trial and Notice of Joinder (Doc. 2413), Defendants' Gallegos' Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for New Trial with Regard to Counts Four and Five (Doc. 2415), Defendant Joe Gallegos's Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for New Trial on Count 1(Doc. 2419), Defendant Edward Troup's Motion for New Trial (Doc. 2420), and Defendant Anthony Ray Baca's Motion for New Trial and Notice of Joinder (Doc. 2421), and the Court, being advised that all Defendants in this case do not oppose the extension to respond, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be granted:

IT IS THEREFORE ORDERED that the extension of time within which to file its responses to Defendant Carlos Herrera's Motion for New Trial and Notice of Joinder (Doc. 2413), Defendants' Gallegos' Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for

New Trial with Regard to Counts Four and Five (Doc. 2415), Defendant Joe Gallegos's Rule 29 Motion for Judgment of Acquittal or in the Alternative Motion for New Trial on Count 1(Doc. 2419), Defendant Edward Troup's Motion for New Trial (Doc. 2420), and Defendant Anthony Ray Baca's Motion for New Trial and Notice of Joinder (Doc. 2421), is granted. The United States shall file its responses on or before **November 30, 2018**.

_____
UNITED STATES DISTRICT JUDGE