# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | NO.  15-CR-4268-JB |
| | § | |
| ANGEL DELEON, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

### DEFENDANT ANTHONY RAY BACA'S UNOPPOSED MOTION FOR A DAY EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS MOTION FOR NEW TRIAL AND NOTICE OF JOINDER (DKT. 2421)

Defendant Anthony Ray Baca moves the Court for leave to file his reply brief in support of his motion for a new trial, Dkt. 2421, a single day after the current due day which is today, Friday December 14, 2018.  Defense counsel requests the additional day to complete discovery related to the motion and to provide counsel with the opportunity to incorporate that discovery into the reply brief.  The United States, through Assistant United States Attorney Randy Castellano, indicated to undersigned counsel that this motion is unopposed.

Wherefore, for the reasons discussed above, Defendant Anthony Ray Baca requests leave of the Court to file his reply brief in support of his motion for a new trial on Saturday, December 15, 2018.

Respectfully submitted,

ROTHSTEIN, DONATELLI, LLP

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443
mlowry@rothsteinlaw.com

*Attorney for Defendant Anthony Ray Baca*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of December 2018, I filed the

foregoing pleading electronically through the CM/ECF system, which caused counsel for

Plaintiff and Defendants to be served by electronic means, as more fully reflected on the

Notice of Electronic Filing.


<u>/s/ Marc Lowry</u>
Marc Lowry