| Date/Time | 03/27/2017 11:25 | OFFENDER PHYSICAL LOCATION HISTORY | | Page 1 of 1 |
| NMCD # | 31373 | Offender Name   BACA, ANTHONY RAY | | |

| Start Date/Time | End Date/Time | Location | Entered By | Entry Date |
|---|---|---|---|---|
| 11/29/2016 12:26 | | US MARSHALL CUSTODY | ulibt919 | 11/29/2016 |
| 11/29/2016 07:01 | 11/29/2016 12:26 | FEDERAL COURT OUT | ulibt919 | 11/29/2016 |
| 11/28/2016 18:21 | 11/29/2016 07:01 | N1A A101 S | jaurm204 | 11/28/2016 |
| 11/28/2016 11:25 | 11/28/2016 18:21 | FEDERAL COURT OUT | ulibt919 | 11/28/2016 |
| 11/23/2016 12:26 | 11/28/2016 11:25 | N1A A101 S | urtie592 | 11/23/2016 |
| 12/03/2015 12:01 | 11/23/2016 12:26 | US MARSHALL CUSTODY | marts057 | 12/03/2015 |
| 10/22/2015 17:26 | 12/03/2015 12:01 | N3A Q106 S | rivem315 | 10/22/2015 |
| 03/12/2014 14:18 | 10/22/2015 17:26 | COLORADO DOC | gonze40 | 10/05/2015 |
| 03/12/2014 13:09 | 03/12/2014 14:18 | HAWAII DOC | gonze40 | 03/12/2014 |
| 03/12/2014 11:22 | 03/12/2014 13:09 | ARIZONA DOC | romes40 | 03/12/2014 |
| 03/11/2014 14:31 | 03/12/2014 11:22 | N3A Q101 S | romes40 | 03/11/2014 |
| 08/05/2013 16:23 | 03/11/2014 14:31 | N3B U110 S | sanmr88 | 08/05/2013 |
| 08/05/2013 10:44 | 08/05/2013 16:23 | TO PNM | enrir990 | 08/05/2013 |
| 08/02/2013 16:25 | 08/05/2013 10:44 | SB1 D108 A | enrir990 | 08/02/2013 |
| 08/02/2013 03:03 | 08/02/2013 16:25 | MEDICAL | silvz985 | 08/02/2013 |
| 07/16/2013 21:20 | 08/02/2013 03:03 | SB1 D108 A | espim85 | 07/16/2013 |
| 07/16/2013 11:46 | 07/16/2013 21:20 | MEDICAL | mccaj557 | 07/16/2013 |
| 06/27/2013 11:22 | 07/16/2013 11:46 | SB1 D108 A | ybarm743 | 06/27/2013 |
| 01/17/2013 14:40 | 06/27/2013 11:22 | SA1 B111 A | turkr326 | 01/17/2013 |
| 01/17/2013 09:20 | 01/17/2013 14:40 | TO SOUTHERN NMCF | ramil879 | 01/17/2013 |
| 10/18/2012 12:52 | 01/17/2013 09:20 | N3A R108 S | jackp959 | 10/18/2012 |
| 06/29/2012 17:01 | 10/18/2012 12:52 | N3A S101 S | jackp959 | 06/29/2012 |
| 02/27/2012 14:02 | 06/29/2012 17:01 | N3A Q106 S | bradi203 | 02/27/2012 |
| 05/12/2011 18:52 | 02/27/2012 14:02 | N3B X112 S | orter725 | 05/12/2011 |
| 05/12/2011 13:02 | 05/12/2011 18:52 | TO PNM | ybarm743 | 05/12/2011 |
| 05/09/2011 14:48 | 05/12/2011 13:02 | SB1 D102 A | saenc765 | 05/09/2011 |
| 03/30/2011 13:32 | 05/09/2011 14:48 | SA1 A105 A | girom047 | 03/30/2011 |
| 09/05/2010 08:52 | 03/30/2011 13:32 | SA1 C115 A | grayt985 | 09/05/2010 |
| 03/19/2010 16:20 | 09/05/2010 08:52 | SB1 F115 A | ortee073 | 03/19/2010 |
| 03/18/2010 14:50 | 03/19/2010 16:20 | SA1 C115 A | ortee073 | 03/18/2010 |
| 03/17/2010 15:09 | 03/18/2010 14:50 | SB2 E106 A | garcm297 | 03/17/2010 |
| 12/28/2009 20:01 | 03/17/2010 15:09 | SB1 E106 A | garcm297 | 12/28/2009 |
| 12/22/2009 12:45 | 12/28/2009 20:01 | SA1 A113 A | mccaj557 | 12/22/2009 |
| 12/16/2009 09:46 | 12/22/2009 12:45 | SB1 D111 A | ybarm743 | 12/16/2009 |
| 05/19/2009 09:31 | 12/16/2009 09:46 | SA1 C106 A | martm85 | 05/19/2009 |
| 11/19/2008 08:26 | 05/19/2009 09:31 | SA1 C113 A | savaj85 | 11/19/2008 |
| 10/06/2008 12:20 | 11/19/2008 08:26 | SA1 C111 A | savaj85 | 10/06/2008 |
| 09/18/2008 17:22 | 10/06/2008 12:20 | SB1 F111 A | autrj811 | 09/18/2008 |
| 09/18/2008 10:23 | 09/18/2008 17:22 | TO SOUTHERN NMCF | suaza40 | 09/18/2008 |
| 05/30/2008 14:39 | 09/18/2008 10:23 | N1A B112 S | suaza40 | 05/30/2008 |
| 05/30/2008 09:12 | 05/30/2008 14:39 | N1A B106 S | suaza40 | 05/30/2008 |
| 12/16/1997 08:00 | 05/30/2008 09:12 | NEVADA DOC | smitk40 | 02/05/2001 |

