```
                                                              1

 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF NEW MEXICO

 3   UNITED STATES OF AMERICA,

 4              Plaintiff,

 5       vs.              NO:   CR-15-4268 JB

 6   ANGEL DELEON, et al.,

 7              Defendants.

 8

 9         Transcript of Excerpted Testimony of

10                 GUADALUPE URQUIZO

11                  I N D E X

12   EXAMINATION OF GUADALUPE URQUIZO (February 5, 2018)

13   By Mr. Beck                                          4

14   By Mr. Lowry                                        66

15   EXAMINATION OF GUADALUPE URQUIZO (February 6, 2018)

16   By Mr. Lowry                                        99

17   By Ms. Bhalla                                      142

18   By Mr. Villa                                       166

19   By Ms. Jacks                                       200

20   By Mr. Beck                                        274

21   By Mr. Villa                                       304

22   By Ms. Jacks                                       312

23   By Mr. Lowry                                       317

24   By Mr. Beck                                        319

25   REPORTER'S CERTIFICATE                             324
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2

| | EXHIBITS ADMITTED | |
|---|---|---|
| 1 | | |
| 2 | Government 742 and 743 Admitted | 23 |
| 3 | Defendants' EP Admitted | 134 |
| 4 | Defendants' EQ Admitted | 136 |
| 5 | Defendants' EO Admitted | 161 |
| 6 | Defendants' ER Admitted | 228 |
| 7 | Defendants' ES Admitted | 246 |
| 8 | Defendants' AN 1 through 3 Admitted | 273 |
| 9 | Government 747 and 748 Admitted | 281 |



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

DEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  date.  But I know it was in 2012.
 2       Q.   Right.  Well, you told the FBI and the
 3  prosecutors it could have been 2013.
 4       A.   Late 2012 or early 2013.  That's what I
 5  said.
 6       Q.   And my question to you was:  Does that
 7  mean the winter of 2012?
 8       A.   I think it's a little bit before that,
 9  because I told them that, but I'm not too sure
10  exactly.  It happened in 2012.  For a fact, it
11  happened in 2012.
12       Q.   Okay.  So when you told them it could have
13  happened in 2013, you were wrong?
14       A.   Yeah.  I was trying to figure it out.  I
15  mean, there were so many questions coming my way, so
16  I was trying to figure it out.
17       Q.   Okay.  And according to you, where did
18  that conversation take place?
19       A.   Housing unit 3-B at the North facility.
20       Q.   And what pod were you in?
21       A.   I was in W pod, and Anthony Baca was in X
22  pod.
23       Q.   How long had you been housed in W pod?
24       A.   I wasn't there that long.  I had just got
25  there from housing unit 3-A.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So what does that mean, you weren't there
 2   that long?
 3        A.   Maybe a few weeks.  I'm not too sure.
 4        Q.   And how would you have communicated with
 5   somebody in the pod next door?
 6        A.   That's easy.  We went outside.  We talked
 7   in the rec.
 8        Q.   Now, at that point you had discussed with
 9   them about you traveling from PNM South in Santa Fe
10   down to Southern here in Las Cruces?
11        A.   Will you ask me the question again?
12        Q.   Sure.  When you spoke to them on March 6,
13   2017, you talked to them about your transfer from
14   PNM South, in Santa Fe, to Southern in Las Cruces.
15        A.   Actually, they transferred me to PNM
16   North.  And when I came to Las Cruces, I asked them
17   if they could transfer me to Southern.
18        Q.   So are you saying you didn't know you were
19   coming down to Southern?
20        A.   I don't understand what -- to talk to
21   them?  Yes, I knew I was coming down to talk to
22   them.  But I requested to go to Southern.
23        Q.   My question to you, Mr. Urquizo, is:  When
24   you spoke to these folks on March 6, 2017, right,
25   you talked to them about your transfer in early 2014
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

293

```
 1  he wanted to.  He just wanted to see if I was really
 2  doing it.  Once he seen I was, he said, "Okay."
 3       Q.   Did you tell him that you told the truth
 4  about the Javier Molina case?
 5       A.   Yes, sir, I did.
 6       Q.   Did you also tell him that you wanted him
 7  to cooperate so you wouldn't have to testify against
 8  him?
 9       A.   Yes, sir.  He's my best friend.
10       Q.   When you were housed with the other, as
11  I'm going to call them, cooperating witnesses for
12  the Government, did they have tablets with discovery
13  on them?
14       A.   No.
15       Q.   Have you ever seen discovery on a tablet?
16       A.   No, sir.
17       Q.   When you were talking with Ms. Bhalla, Mr.
18  Herrera's attorney, I think she asked you about your
19  plea agreement with the Government.  Do you remember
20  that?
21       A.   Yes, sir.
22       Q.   And she asked you if you remembered that
23  you were charged with 39 overt acts.  Do you
24  remember that?
25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

294

```
 1        Q.   Do you remember when she said that you
 2   only pled to one count?
 3        A.   Yes, sir.
 4             MR. BECK:  Your Honor, may we approach?
 5             THE COURT:  You may.
 6             (The following proceedings were held at
 7   the bench.)
 8             MR. BECK:  Your Honor, I intend to offer
 9   into evidence Government's Exhibit 742-B, which is
10   Mr. Urquizo's plea agreement.  And the only thing
11   redacted in this plea agreement is Ms. Cam Munoz'
12   preamble to her signature at the end.  The factual
13   basis from his plea agreement is not redacted
14   because it will show that he indeed pled guilty to
15   everything that was contained in the 39 overt acts.
16             THE COURT:  Any objection?
17             MR. LOWRY:  Yes, I thought we had an
18   agreement on the plea agreements that we were going
19   to redact factual basis.  I mean, Defendant Baca
20   didn't go there and pull it out.
21             THE COURT:  Well, it does seem to me that
22   it's being offered for the truth.  Then it would
23   be -- are you trying to clear up the line of
24   questioning whether there were overt acts and
25   whether there was only one count that he pled to?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


Bean & Associates, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com