| Date/Time | 07/14/2017 15:40 | OFFENDER PHYSICAL LOCATION HISTORY | | Page 1 of 4 |
|---|---|---|---|---|
| NMCD # | 50572 | Offender Name URQUIZO, LUPE | | |

| Start Date/Time | End Date/Time | Location | Entered By | Entry Date |
|---|---|---|---|---|
| 06/02/2017 15:05 | | N3B X109 S | bradi203 | 06/02/2017 |
| 03/06/2017 19:53 | 06/02/2017 15:05 | N3B W104 S | monrm434 | 03/06/2017 |
| 03/06/2017 05:02 | 03/06/2017 19:53 | FEDERAL COURT OUT | woodr136 | 03/06/2017 |
| 02/24/2017 12:28 | 03/06/2017 05:02 | N3B W104 S | rivem315 | 02/24/2017 |
| 02/24/2017 12:15 | 02/24/2017 12:28 | TO PNM | gallr636 | 02/24/2017 |
| 08/18/2016 10:51 | 02/24/2017 12:15 | S2A K101 S | archl583 | 08/18/2016 |
| 08/18/2016 08:37 | 08/18/2016 10:51 | 1ST DIST CRT-SANTA FE | archl583 | 08/18/2016 |
| 02/16/2016 08:58 | 08/18/2016 08:37 | S2A K101 S | ortij002 | 02/16/2016 |
| 02/02/2016 10:44 | 02/16/2016 08:58 | S2A L112 S | ortij002 | 02/02/2016 |
| 12/10/2015 09:46 | 02/02/2016 10:44 | S1B E102 S | torrr605 | 12/10/2015 |
| 12/10/2015 09:01 | 12/10/2015 09:46 | TO PNM | archl583 | 12/10/2015 |
| 06/17/2015 12:43 | 12/10/2015 09:01 | N3B W108 S | senam257 | 06/17/2015 |
| 06/17/2015 10:40 | 06/17/2015 12:43 | TO PNM | mccaj557 | 06/17/2015 |
| 12/24/2014 14:42 | 06/17/2015 10:40 | SA1 C104 A | enrir990 | 12/24/2014 |
| 12/24/2014 07:08 | 12/24/2014 14:42 | TO SOUTHERN NMCF | archl583 | 12/24/2014 |
| 08/29/2014 10:50 | 12/24/2014 07:08 | N3A R105 S | perec40 | 08/29/2014 |
| 03/14/2014 16:14 | 08/29/2014 10:50 | N3A S105 S | salag768 | 03/14/2014 |
| 03/14/2014 10:58 | 03/14/2014 16:14 | TO PNM | silvz985 | 03/14/2014 |
| 03/06/2014 18:48 | 03/14/2014 10:58 | SA1 A110 A | blacb102 | 03/06/2014 |
| 03/06/2014 12:55 | 03/06/2014 18:48 | TO SOUTHERN NMCF | morrf107 | 03/06/2014 |
| 02/13/2014 09:11 | 03/06/2014 12:55 | S2A J103 S | torrr605 | 02/13/2014 |
| 01/02/2014 16:51 | 02/13/2014 09:11 | S1B F103 S | torrr605 | 01/02/2014 |
| 01/01/2014 14:45 | 01/02/2014 16:51 | S2B N103 S | ortij002 | 01/01/2014 |
| 09/20/2013 14:18 | 01/01/2014 14:45 | S1B F103 S | torrr605 | 09/20/2013 |
| 08/08/2013 09:34 | 09/20/2013 14:18 | S1A C105 S | salag768 | 08/08/2013 |
| 07/19/2013 15:50 | 08/08/2013 09:34 | S1A D108 S | torrr605 | 07/19/2013 |
| 09/27/2012 13:23 | 07/19/2013 15:50 | S1A D101 S | fords979 | 09/27/2012 |
| 09/13/2012 14:29 | 09/27/2012 13:23 | S1A C111 S | marsb468 | 09/13/2012 |
| 09/13/2012 14:20 | 09/13/2012 14:29 | TO PNM | ramil879 | 09/13/2012 |
| 09/12/2011 13:34 | 09/13/2012 14:20 | N3B V107 S | marqj344 | 09/12/2011 |
| 09/12/2011 10:14 | 09/12/2011 13:34 | N3B W105 S | romes40 | 09/12/2011 |
| 04/20/2011 12:41 | 09/12/2011 10:14 | N3A T102 S | ramil879 | 04/20/2011 |
| 12/02/2010 09:48 | 04/20/2011 12:41 | N3A Q106 S | parmm40 | 12/02/2010 |
| 08/31/2010 13:37 | 12/02/2010 09:48 | N3A R111 S | padic40 | 08/31/2010 |
| 06/30/2010 12:54 | 08/31/2010 13:37 | N3B X108 S | parmm40 | 06/30/2010 |
| 05/26/2010 13:57 | 06/30/2010 12:54 | 9TH DISTR CRT-CLOVIS | suaza40 | 05/26/2010 |
| 05/20/2010 08:42 | 05/26/2010 13:57 | N3B X106 S | parmm40 | 05/20/2010 |
| 05/20/2010 04:34 | 05/20/2010 08:42 | TO PNM | padic643 | 05/20/2010 |
| 05/10/2010 09:20 | 05/20/2010 04:34 | C2A A112 S | martg670 | 05/10/2010 |
| 04/29/2010 15:11 | 05/10/2010 09:20 | C2A B108 S | sandm077 | 04/29/2010 |
| 04/09/2010 10:43 | 04/29/2010 15:11 | 9TH DISTR CRT-CLOVIS | martp335 | 04/09/2010 |
| 04/01/2010 15:30 | 04/09/2010 10:43 | C2A B116 S | sandm077 | 04/01/2010 |
| 03/05/2010 10:38 | 04/01/2010 15:30 | 9TH DISTR CRT-CLOVIS | martp335 | 03/05/2010 |
| 02/23/2010 10:33 | 03/05/2010 10:38 | C2A B113 S | pereb44 | 02/23/2010 |
| 02/22/2010 15:06 | 02/23/2010 10:33 | C1B F105 S | pereb44 | 02/22/2010 |
| 02/22/2010 12:57 | 02/22/2010 15:06 | RDC | richs075 | 02/22/2010 |
| 02/22/2010 12:44 | 02/22/2010 12:57 | INT A102 E | richs075 | 02/22/2010 |
| 02/22/2010 12:29 | 02/22/2010 12:44 | INT A102 E | ewinr348 | 02/22/2010 |
| 02/17/2010 10:41 | 02/22/2010 12:29 | 9TH DISTR CRT-CLOVIS | sancg88 | 02/17/2010 |
| 02/09/2010 10:04 | 02/17/2010 10:41 | C2A C112 S | sancg88 | 02/09/2010 |
| 02/08/2010 10:41 | 02/09/2010 10:04 | CIN A105 A | florp176 | 02/08/2010 |
| 02/03/2010 10:57 | 02/08/2010 10:41 | 9TH DISTR CRT-CLOVIS | sancg88 | 02/03/2010 |

U.S. v. DELEON, ET AL.

EXHIBIT T