IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        *Plaintiff*,

vs.                                                                                          No. 2:15-cr-04268-JB

ANGEL DELEON, et al.

        *Defendants*.

## NOTICE OF LODGING OF
## EXHIBIT Q, R, AND S TO DEFENDANT ANTHONY RAY BACA'S
## REPLY IN SUPPORT OF HIS MOTION FOR NEW TRIAL

Defendant Anthony Ray Baca respectfully tenders Exhibits Q, R and S to Defendant Anthony Ray Baca's Reply in Support of his Motion for New Trial, Dkt. 2469.  Exhibits Q, R and S are referenced in the Reply, and filed by hand on a thumb drive since the audio file could not be filed electronically:

    Exhibit Q:    Government Audio Lupe Uriquizo Jail Call
                         10.98.0.21-6b2efc330a6200155ffb5664b7e43dbd
    Exhibit R     Government Audio Lupe Uriquizo Jail Call
                         10.92.0.21-10f2ff7a0a5c001509b3f577f9664316
    Exhibit S     Government Audio Lupe Uriquizo Jail Call
                         10.95.0.21-9fd732e10a5f00151c81c2fa24d23142

                                        Respectfully submitted,

                                        **ROTHSTEIN DONATELLI LLP**

                                        */s/ Marc M. Lowry*

                                        _____
                                        MARC M. LOWRY
                                        500 Fourth Street NW, Suite 400
                                        Albuquerque, NM  87102
                                        (505) 243-1443
                                        mlowry@rothsteinlaw.com

-and-

DUNCAN EARNEST, LLC

*/s/ Theresa M. Duncan*
THERESA M. DUNCAN
515 Granite NW
Albuquerque, NM 87102
505-842-5196
505-750-9780 (facsimile)
teri@duncanearnest.com

*Attorneys for Anthony Ray Baca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff to be served by electronic means, as more fully reflected on the Notice of Electronic Filing and by First Class U.S. Mail, Certified, Return Receipt Requested to:

Maria Armijo, Asst. U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
maria.armijo@usdoj.gov

*/s/ Marc M. Lowry*

ROTHSTEIN, DONATELLI, LLP