IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Nos. 2:15-CR-04268-JB

ANTHONY RAY BACA, et al.

    Defendant.

**ORDER GRANTING ANTHONY RAY BACA'S UNOPPOSED MOTION FOR A DAY EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS MOTION FOR NEW TRIAL (DKT. 2421)**

THIS MATTER comes before the Court on Defendant Anthony Ray Baca's Unopposed Motion for a Day Extension of Time to File a Reply in Support of his Motion for New Trial (Dkt. 2468), filed December 14, 2018. The Court, noting the lack of opposition from the Government, and the Court being otherwise fully advised in the circumstances finds the motion well taken. Accordingly,

IT IS ORDERED that Defendant Anthony Ray Baca is granted leave of Court to file his reply brief in support of his motion for a new trial no later than Saturday, December 15, 2018.

_____
United States District Judge

**Submitted by:**

*/s/ Marc M. Lowry 12/17/2018*
Marc M. Lowry
ROTHSTEIN DONATELLI LLP
500 4th St. NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443

*Attorney for Defendant Anthony Ray Baca*

**Approved by:**

*Electronic Approval 12/14/2018*
*by Asst. US Attorney Randy Castellano*
Maria Y. Armijo, AUSA
Randy M. Castellano, AUSA
U.S. Attorney's Office 555
S. Telshor, Suite 300 Las
Cruces, NM 88011 (505)
522-2304

*Attorneys for Plaintiff United States*