1 IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF NEW MEXICO

3 UNITED STATES OF AMERICA,

4   Plaintiff,

5  vs.  NO:  CR-15-4268 JB

6 ANGEL DELEON, et al.,

7   Defendants.

8

9   VOLUME 1

10 Transcript of Motion Proceeding before The

11 Honorable James O. Browning, United States District

12 Judge, Las Cruces, Dona Ana County, New Mexico,

13 commencing on December 17, 2018.

14 For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
  Castellano
15
 For the Defendants:  Mr. Brock Benjamin; Ms. Cori
16 Harbour-Valdez; Mr. Pat Burke; Mr. Robert Cooper; Mr.
  Scott Davidson; Ms. Amy Jacks; Ms. Lauren Noriega;
17 Mr. Marc Lowry; Ms. Carey Bhalla, Mr. Bill Maynard;
  Mr. Donovan Roberts; Ms. Lisa Torraco; Mr. James
18 Castle

19

20

21  Jennifer Bean, FAPR, RDR, RMR, CCR
   United States Court Reporter
22   Certified Realtime Reporter
   333 Lomas, Northwest
23   Albuquerque, NM  87102
   Phone:   (505) 348-2283
24   Fax:   (505) 843-9492

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1                         I N D E X

2    EXAMINATION OF BRYAN ACEE

3    By Mr. Castle                                    8

4    By Ms. Armijo                                    55

5    By Mr. Castle                                    74

6    EXAMINATION OF NANCY STEMO

7    By Ms. Jacks                                     87

8    By Mr. Castellano                               129

9    By Ms. Jacks                                    136

10   By Mr. Castellano                               142

11   By Ms. Jacks                                    148

12   EXAMINATION OF LEONOR DELGADO

13   By Mr. Lowry                                    248

14   By Ms. Armijo                                   260

15   EXAMINATION OF JAMES ROBERT BREWSTER

16   By Mr. Lowry                                    264

17   By Ms. Armijo                                   277

18   By Mr. Lowry                                    284

19   EXAMINATION OF SERGIO SAPIEN

20   By Ms. Armijo                                   287

21   By Mr. Lowry                                    306

22   By Ms. Armijo                                   317

23   REPORTER'S CERTIFICATE                          332

24

25



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                         Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                           FAX (505) 843-9492
                                              1-800-669-9492
PROFESSIONAL COURT            e-mail: info@litsupport.com
REPORTING SERVICE

```
 1              THE COURT:  All right.  Let's get started
 2   here.  Good morning, everyone.  Do I get to say I
 3   missed you?
 4              SEVERAL VOICES:  Yes.
 5              THE COURT:  All right.  Okay.  All right.
 6   The Court will call United States of America versus
 7   Angel DeLeon, criminal number 15-4268-JB.  If
 8   counsel will enter their appearances for the
 9   Government.
10              MS. ARMIJO:  Maria Armijo on behalf of the
11   United States and Randy Castellano.  Good morning,
12   Your Honor.
13              THE COURT:  Ms. Armijo and Mr. Castellano,
14   good morning to you.  And for defendant --
15              (Off-the-record discussion.)
16              THE COURT:  All right.  Speak, and we'll
17   get some microphones working here.
18              MR. BENJAMIN:  Good morning, Your Honor.
19   Brock Benjamin on behalf of Mr. Gallegos.
20              THE COURT:  Mr. Benjamin, good morning to
21   you.  Mr. Gallegos, good morning to you.
22              THE DEFENDANT:  Good morning.
23              THE COURT:  And for defendant Edward
24   Troup.
25              MS. HARBOUR-VALDEZ:  Good morning, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor, Cori Harbour-Valdez and Pat Burke on behalf
 2   of Edward Troup.
 3             THE COURT:  Good morning to you.
 4             THE DEFENDANT:  Good morning.
 5             THE COURT:  And for defendant Billy
 6   Garcia.
 7             MR. COOPER:  Good morning, Your Honor.
 8   Bob Cooper and Jim Castle on behalf of Billy Garcia,
 9   and he's present.
10             THE COURT:  Mr. Cooper, Mr. Castle, and
11   Mr. Garcia, good morning to you.
12             And for defendant Arturo Arnulfo Garcia.
13             MR. DAVIDSON:  Good morning, Your Honor.
14   Scott Davidson here on behalf of Mr. Arturo Garcia.
15   Mr. Blackburn will join us later.
16             THE COURT:  Mr. Davidson, good morning to
17   you.  Mr. Garcia, good morning to you.
18             And for defendant Daniel Sanchez.
19             MS. JACKS:  Good morning, Your Honor.  Amy
20   Jacks and Lauren Noriega on behalf of Mr. Sanchez.
21             THE COURT:  All right.  Ms. Jacks, Ms.
22   Noriega, and Mr. Sanchez, good morning to you.
23             THE DEFENDANT:  Good morning.
24             THE COURT:  For defendant Anthony Ray
25   Baca.
```

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. LOWRY:  Marc Lowery on behalf of
 2   Anthony Ray Baca, who is present in court today at
 3   my right.
 4              THE COURT:  All right, Mr. Lowry.  Is Ms.
 5   Duncan back there?
 6              MR. LOWRY:  No, Your Honor.  She's going
 7   to be absent.
 8              THE COURT:  All right.  Mr. Lowry, Mr.
 9   Baca, good morning to you.
10              And for defendant Carlos Herrera.
11              MS. BHALLA:  Good morning, Your Honor.
12   Carey Bhalla for Mr. Herrera.
13              MR. MAYNARD:  Bill Maynard for Mr.
14   Herrera.
15              THE COURT:  All right, Ms. Bhalla, Mr.
16   Maynard, and Mr. Herrera, good morning to you.
17              And for defendant Andrew Gallegos.
18              MR. ROBERTS:  Good morning, Your Honor.
19   Donovan Roberts and Lisa Torraco for Mr. Gallegos.
20              THE COURT:  All right.  Mr. Roberts, Ms.
21   Torraco, and Mr. Gallegos, good morning to you.
22              All right.  We're here on a number of
23   motions.  I understand that y'all have agreed or at
24   least submitted a batting order, and I think the
25   first one is document 2416.  This is Mr. Billy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Garcia's motion to produce post-conviction

2  discovery, and for in camera review.  I understand

3  that everyone else has also joined this motion.

4  Let's see.  Seven.  Yes.

5           So Mr. Castle, are you going to take the

6  lead on this motion?

7           MR. CASTLE:  Yes, Your Honor.

8           MR. CASTELLANO:  Your Honor, how does the

9  Court want us to mark exhibits for this?

10          THE COURT:  I think probably since it's a

11  discrete hearing, why don't -- I'm going to go back.

12  I guess having gotten into this, I'll tell you where

13  I'm going with drafting an opinion.  It seems to me

14  that because of the evidence issues, I am probably

15  going to draft -- this is what I'm thinking at the

16  present time -- draft an opinion on the first trial

17  and then draft an opinion on the second trial.

18          And it seemed to me that this motion,

19  while y'all put it at the beginning, is probably

20  going to go at the bottom of the second motion.  So

21  that's my sort of thoughts at the present time.  So

22  with that, it seems to me that we ought to do what

23  we did in the pretrial:  This ought to be

24  Defendant's Exhibit 1 for -- we can call it Motion

25  1, we can talk about Document 2416.  Excuse me.  It

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   should be Document A, not 1, the Government for any

2   exhibits.  But Document A.  If you want to do it by

3   Motion 1 or if you want to do it by Document Number

4   2416, that way I'll keep everything straight when I

5   go back to Albuquerque and work on these opinions.

6   How does that work for you?

7           MR. CASTLE:  That sounds good.  I think I

8   prefer to do it by Exhibit A, Document 2416.

9           THE COURT:  That will be very clean.  So I

10  don't dispute that at all.

11          MR. CASTLE:  Your Honor, I'm offering

12  Defendant's Exhibits A and B by stipulation with the

13  Government.  We are requesting it be under seal

14  because some of the documents include phone records

15  by Agent Acee.

16          THE COURT:  All right.  Any objection from

17  any of the other defendants?  Not hearing any.

18  Ms. Armijo?

19          MS. ARMIJO:  No objection, Your Honor.

20          THE COURT:  All right.  So Defendant's

21  Exhibits A and B for Document 2416 will be admitted

22  into evidence.

23          (Defendant Garcia Exhibits A and B

24  admitted.)

25          MR. CASTLE:  Your Honor, at this time I'd

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   like to call Agent Bryan Acee to the stand.
 2            THE COURT:  All right.  Mr. Acee, if
 3   you'll return to the witness box up here, and I'll
 4   remind you that you're still under oath.  I guess
 5   since we're starting a new hearing, let me have
 6   Ms. Bevel swear you in, if you'll raise your right
 7   hand.
 8                      BRYAN ACEE,
 9        after having been first duly sworn under oath,
10        was questioned, and testified as follows:
11            THE COURT:  Mr. Acee, Mr. Castle.
12                   DIRECT EXAMINATION
13   BY MR. CASTLE:
14        Q.   Good morning, Agent.
15        A.   Good morning.
16        Q.   We meet again.
17            Agent Acee, I'm going to ask you some
18   questions regarding some text messages and phone
19   calls you had with an individual by the name of
20   Leroy Lucero.  Is that a person you're familiar
21   with?
22        A.   Yes, sir.
23        Q.   When did you first have a conversation
24   with Mr. Lucero?  If you could give us a year,
25   perhaps, to start with.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    I think it was in 2016.
 2       Q.    And do you know, can you try to give us a
 3  month?
 4       A.    Not without looking at 302s, no.
 5       Q.    Would that have been in the formal
 6  interview that was reduced to a 302?
 7       A.    Yes, sir.
 8       Q.    In 2018 -- I'll get directly to the
 9  issue -- did you begin to have further contact with
10  Mr. Lucero either by text message or by phone call?
11       A.    Yes.
12       Q.    How many times approximately did you have
13  phone calls with him?
14       A.    I'd defer to the phone records.  I'm not
15  sure.
16       Q.    Would all of the phone calls that you made
17  with him be reflected in the phone records that were
18  produced in discovery?
19       A.    Yes.
20       Q.    So you didn't use any other cellphone or
21  land line to have phone call discussions with Mr.
22  Lucero?
23       A.    Not that I recall.  I mean, it's always
24  possible a person could call the office and be
25  transferred to my desk, but I don't believe so.  I
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                       1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                          e-mail: info@litsupport.com

```
 1   think it was all over cellphone.
 2        Q.   Did you have an opportunity to look at
 3   Motion Number or Document Number 2416?
 4        A.   I have 2438, and I may not have 2416, sir.
 5             MR. CASTLE:   May I approach the witness,
 6   Your Honor?
 7             THE COURT:   You may.
 8   BY MR. CASTLE:
 9        Q.   I show you what is labeled Document 2416.
10   Does that look familiar?
11        A.   Yes, sir.
12        Q.   And you were provided with what's known as
13   a Touhy letter in this case; is that right?
14        A.   Yes, sir.
15        Q.   And it was indicated that these two
16   motions or these two, at least, documents were going
17   to be discussed during this hearing?
18        A.   Yes.
19        Q.   Okay.  If you could turn to page 3, there
20   is a letter C here.  It indicates there were 92 text
21   messages and 41 phone calls that you had with Mr.
22   Lucero.  Is that an accurate calculation of the
23   number of calls and text messages, or did you
24   ever --
25        A.   I presume.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Okay.  You didn't go back and count;

2  right?

3      A.    No, sir.

4      Q.    Agent Acee, I'm going to show you what's

5  been admitted as Exhibit B.  If you could take this

6  yellow highlighter and highlight your phone number,

7  if it's reflected in those records.  Just the first

8  time.  You don't need to each time.

9          Looks like you've gone through at least

10  five pages.  Your phone number is not reflected on

11  the first five pages?

12      A.    I don't believe so.

13      Q.    Whose records are these?  Can you tell us

14  whose records they are?

15      A.    I presume they're Leroy Lucero's.  I can

16  give you the phone number that they pertain to.

17      Q.    Why don't you go to the day of February 15

18  and see if you can find a phone call that Mr. Lucero

19  had with you.

20          MS. BHALLA:  Your Honor, sorry.

21          Mr. Acee, do you mind speaking into the --

22  I'm having a hard time hearing you.  I'm sorry.

23      A.    So this one I've highlighted I believe is

24  the first.

25      Q.    And that's at page 10 of Exhibit B; is

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



```
 1   that right?
 2        A.   Yes, sir.
 3        Q.   Now, that number is no longer operational;
 4   is that my understanding?
 5        A.   Correct.
 6        Q.   So disclosing that number on the record
 7   wouldn't endanger anyone?
 8        A.   No, sir.
 9        Q.   Okay.  What number is that?
10        A.   (505) 231-2844.
11        Q.   Was this a personal cellphone, or was this
12   a cellphone that was issued by the FBI?
13        A.   It's an FBI cellphone.
14        Q.   Are there policies concerning the
15   retention of such phones or destruction of such
16   phones?
17        A.   Yes.
18        Q.   What does the policy say?
19        A.   With the phone itself, I'm not sure.  But
20   we have policies regarding records retention.
21        Q.   I show you what's been admitted as Exhibit
22   A.  Are you able to tell us if it's the actual
23   policy, or if this is a different policy?
24        A.   This is the policy.
25        Q.   And can you paraphrase what the policy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  requires with regard to the retention of FBI

2  cellphones and/or data contained thereon?

3      A.   The policy doesn't address the cellphone

4  itself.  It address records.

5      Q.   Okay.

6      A.   And the Bureau categorizes records into

7  different categories.  And depending on what

8  category there is, there are retention policies and

9  terms or term limits in terms of how long the record

10  needs to be retained.

11      Q.   And can you tell us what the categories

12  are?

13      A.   Do you mind if I --

14      Q.   Absolutely.  Refer to Exhibit A if you

15  need to.

16      A.   I know that off the top of my head,

17  there's transitory, nontransitory, and nonrecord.

18  But I would want to review the policy a little

19  closer if we're going to get into details on it.

20      Q.   That's fine.

21      A.   Okay.  As I mentioned, there are three

22  types of records that the policy recognizes:

23  Nontransitory, transitory, and nonrecord.

24      Q.   What is your understanding of the

25  difference between transitory and nontransitory?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1        A.   The first thing that jumps out is the

2   significance of it.   So a nontransitory record would

3   be something that would maybe be the highest level,

4   I'll say, in terms of retention.   Nontransitory

5   records are typically something that we would upload

6   into Sentinel, which is our report database.   We put

7   a case number on it and we keep it.

8        Q.   Let me ask you a couple follow-up

9   questions.   So would that be, for example, if a

10  recording on a phone or a text message on a phone

11  contains something that is relevant to an

12  investigation?

13       A.   Yes.

14       Q.   Did you have more than one cellphone that

15  you used at this time?

16       A.   At times.   I mean, at times I'll have as

17  many as -- I think I've had as many as six.   It just

18  depends how many undercover operations we have

19  going.

20       Q.   Why did you use this particular phone to

21  make all your phone calls with Mr. Lucero?

22       A.   Because it was my Bureau-issued phone.   So

23  for people to contact me in a work context, other

24  than family, that's the phone number they had for

25  me.   Mr. Lucero wouldn't have had any other phone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  numbers.

 2      Q.   Now, would there be times during this

 3  investigation in particular where you would get a

 4  phone call or place a phone call where the content

 5  of the phone call was investigatory in nature?

 6      A.   Yes.

 7      Q.   The same with text messages.  Did you

 8  receive or place text messages on that phone that at

 9  times were investigatory in nature?

10      A.   If I had control over it, I usually tried

11  to do it with a phone call and a recording.  There

12  may have been some text or email.  None are jumping

13  out at me off the top of my head.

14      Q.   When you retired this phone, I guess is,

15  how did you end up terminating the use of the phone?

16  What would you call it?

17      A.   Well, the Bureau updates our phones every

18  so often.  We have no control over that.  We're

19  given a date and a time.  We show up with our phone

20  and we're issued a new phone.

21      Q.   And do you at that time -- well, is it a

22  person who does this, that gives you the phone?

23      A.   It is, yes.

24      Q.   And do you go through with them and say,

25  "Now, this particular text message is nontransitory,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    investigative record, and this one is not?"
 2            Do you go through those things and kind of
 3    delineate which needs to be retained and which do
 4    not?
 5        A.   That responsibility falls on me.  The
 6    person that I'm meeting with to obtain the new phone
 7    is just an enterprise security operations group that
 8    just says, "Here is your new phone and here are the
 9    security features," and they'll brief us on whatever
10    updates might be in there.
11        Q.   Did you in your -- after this motion was
12    filed, did you follow up and determine what happened
13    to the phone?
14        A.   I did, sir.
15        Q.   And what happened to the phone, to your
16    knowledge?
17        A.   So I believe the phone that you're
18    interested in was two phones ago.  So if I
19    understand the timeframe you're looking for, that
20    was when I had the Galaxy S5, and that phone has
21    been destroyed.
22        Q.   In what way?
23        A.   I don't know.  The Bureau -- I asked the
24    same question.  I spoke with our enterprise IT point
25    of contact for my squad, and I also talked to his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  supervisor.  What I was told is:  When the Bureau

2  collect our phones, because of the security

3  features, they're not wiped clean and sold at a used

4  cellphone store.  They're destroyed, because of the

5  security features that are on them.

6      Q.   Is the data on them downloaded and

7  retained, at least on that phone that we're talking

8  about?

9      A.   Not that I'm aware of, no.

10     Q.   What did you do to determine whether it

11 was downloaded and retained?

12     A.   I asked.

13     Q.   And who did you ask?

14     A.   The first time I asked, I asked Mr. Ortiz.

15 I'm not sure his first name, but he's one of our IT

16 folks.  And the second time, I asked -- because I

17 think I asked in response to an email I got, and

18 then I subsequently received your subpoena and asked

19 again.  And that time I talked to a supervisor by

20 the name of Oray (phonetic) Alverson (phonetic), in

21 the Enterprise IT Protocol Unit.  And she told me

22 that unless there had been a preservation letter

23 sent to Verizon or a litigation hold placed on my

24 communications, that they wouldn't be retained.

25     Q.   Did they indicate how long such a hold --

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you know, how soon you'd have to put a hold on that

2  in order to retain those -- that data?

3        A.    No, sir.  I have some experience having

4  litigation holds placed on communications before,

5  and I know that a reminder comes out every few

6  months, but...

7        Q.    At Verizon, is it two years that Verizon

8  will retain data for a particular phone number, or

9  is it six months, or do you know?

10        A.    It's three to seven days for text

11  messages.

12        Q.    Well, in this case, okay, let's back up on

13  that.  What kind of data is retained for only three

14  to seven days?

15        A.    Text messages.

16        Q.    The actual content of text messages?

17        A.    Correct, sir.

18        Q.    How about the number that was texted?

19        A.    Oh, the call detail records.  Off the top

20  of my head, I've had luck getting those

21  substantially later, months later, perhaps, maybe a

22  year later I've been able to go back.

23        Q.    Exhibit B before you -- when were those

24  call detail records obtained?  Well, let me ask you

25  in a leading fashion.  Were those records obtained



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                                1-800-669-9492
                                                        e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  pursuant to a grand jury subpoena that was issued?

2       A.   I believe so.

3       Q.   And would that have been issued on May 3

4  of 2018?

5       A.   That's possible.

6       Q.   How far back do those records go?

7       A.   It looks like they start on February 3,

8  2018.

9       Q.   So just in reviewing that particular

10  exhibit, would it be fair to say that three months

11  of toll records are retained by Verizon?

12       A.   Yes.

13       Q.   The phone that you were talking about --

14  did you have the ability to record a call if

15  something important was being stated on that phone?

16       A.   I carry a couple of recorders, so I can

17  record at almost anytime.

18       Q.   So those are recorders that attach to the

19  phone in some fashion?

20       A.   Yes, sir.  They attach to an ear piece and

21  to the phone itself, and they'll record.

22       Q.   So for example, during trial we would

23  sometimes see you with the ear piece and with your

24  phone.  Would that have been the device we're

25  talking about from, or some other device?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, I didn't make any recordings in the
 2   courtroom.
 3        Q.   Okay.  I wasn't -- I'm not talking about
 4   whether you made recordings, but is it that similar
 5   kind of head piece?
 6        A.   No.
 7        Q.   Okay.  During any of the times that you
 8   were talking to Mr. Lucero, did you record your
 9   phone calls with him?
10        A.   No.  I recorded an interview with him, but
11   no phone calls.
12        Q.   And with respect to the text messages that
13   you had with him, were they just from him to you, or
14   you to him, or both?
15        A.   They'd be both.  I would generally respond
16   if someone texted me.
17        Q.   So is it your memory that the text
18   messages that you had with Mr. Lucero were prompted
19   by him messaging you first and then you responding
20   to that text message?
21        A.   No.  Sometimes I might.  I remember after
22   we interviewed him, I left my sunglasses at his
23   house, so I texted him to say I was coming back to
24   get those.  So there may have been times that I
25   started the text.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And the records would reflect kind of the
 2   order in which those texts were done; is that
 3   correct?
 4        A.    That's correct.
 5        Q.    During the time that -- and I want to kind
 6   of talk about the time period in which you're having
 7   these text messages and phone calls.  Am I accurate
 8   that they would have been between the dates of
 9   February 15, which is the first record that you show
10   there, and then May 3 of 2018?
11        A.    The records for May 3?  I think that's
12   fair.
13        Q.    Would you have perhaps had phone contact
14   with Mr. Lucero prior to February 15, as well,
15   either by text or by voice calls?
16        A.    Yes.
17        Q.    And would you have had contact with Mr.
18   Lucero after February 3, 2018, by either text or
19   voice calls?
20        A.    Perhaps, but not for very much longer.
21        Q.    Now, during that time period was -- had
22   Mr. Lucero either requested an attorney or had one
23   appointed to him?
24        A.    He did have an attorney appointed to him.
25   I just don't recall the timeline there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   During the time period that he had a
 2   lawyer, would it be fair to say that you had phone
 3   contact with him and text message contact with him?
 4        A.   Yes, sir.
 5        Q.   Now, was that with the permission of the
 6   lawyer?
 7        A.   Yes, sir.
 8        Q.   And that was with the knowing -- with the
 9   knowledge of the prosecutors?
10        A.   Yes, sir.
11        Q.   Given that you were having, I guess, some
12   kinds of conversations, either through text message
13   or phone call, with a witness, what parameters were
14   put on you to retain or to take notes or somehow
15   record in some fashion the content of those
16   conversations?
17        A.    If any witness were to give me substantive
18   information or pertinent information, I need to and
19   I must record that.
20        Q.   So that was what you were told, to record
21   anything that was substantive or pertinent?
22        A.    I mean, I guess I was told that at some
23   point in my career, but I know that's a
24   responsibility that I have.
25        Q.    Right, but I mean, this is an unusual
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    situation to some extent when you're contacting

2    someone represented by counsel; right?

3         A.    That's not unusual.

4         Q.    That's not unusual?  Well, for part of

5    this period, the attorney and Mr. Lucero had

6    indicated that he wasn't going to make any

7    statements regarding this case because he was

8    relying upon his Fifth Amendment right to remain

9    silent; is that right?

10        A.    Yes.

11        Q.    Okay.  And during that time period that he

12   was still maintaining that right to remain silent,

13   you had communication with him; is that right?

14        A.    I'm not sure I did.

15        Q.    Well, that is the subject of this motion

16   to some extent; is that right?

17        A.    Yes, sir.

18        Q.    And after you had that motion and were

19   told that you were going to be testifying about the

20   content of those motions, did you go back to check

21   to see if any of your communication with Mr. Lucero

22   took place during the time that he had asserted his

23   rights to remain silent under the Fifth Amendment?

24        A.    No, sir.

25        Q.    Specifically at paragraph 9 of Document

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Number 2416, which is the motion I showed you --

2          MR. CASTLE:  May I approach the witness

3  again, Your Honor?

4          THE COURT:  You may.

5  BY MR. CASTLE:

6      Q.   It indicates here that Mr. Lucero asserted

7  his rights in court on March 13, 2018, and

8  reasserted that right during a March 16, 2018, court

9  appearance.  One phone call between Mr. Lucero and

10  Agent Acee occurred after court recessed on March

11  13, 2018, and lasted for nearly 15 minutes, followed

12  by 11 text messages and another phone call before

13  Mr. Lucero asserted his Fifth Amendment rights on

14  March 16.

15          Did you ever look to see if that was an

16  accurate statement?

17      A.   I believe you.  I did not look at it,

18  though.

19      Q.   Okay.  So during that time period when he

20  asserted his Fifth Amendment rights and you were

21  having communications with him, at least that part

22  is unusual; it's not normal course of things; right?

23  You don't contact witnesses when they've asserted

24  their Fifth Amendment rights normally, under normal

25  circumstances?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't know that I've been faced with
 2   that exact predicament before.
 3        Q.   Like, for example, Mr. Garcia, after he
 4   was represented by counsel, you would never go and
 5   contact him personally without the consent of
 6   counsel or the permission of the Court or --
 7   generally speaking; right?
 8        A.   That's correct.
 9        Q.   I mean, you might if it's a completely
10   different offense.  That might be an exception?
11        A.   Correct.
12        Q.   One that many people in this courtroom
13   would disagree with, but...
14             So during that particular time period when
15   he's represented by counsel, Mr. Lucero, and where
16   he had asserted his Fifth Amendment rights, were
17   there particular precautions that you were told to
18   take to make sure that your conversations did not, I
19   guess, morph or change into areas that would be
20   protected under that Fifth Amendment right?
21        A.   Yes.
22        Q.   What precautions were you instructed to
23   take?
24        A.   I only talked to him about his travel,
25   safety issues, and then he was still helping us on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  two other matters unrelated to -- I won't say

2  unrelated to the SNM, but unrelated to the charged

3  offenses.

4      Q.   Are these matters that are reflected in

5  the discovery documents that have been produced to

6  the defense?

7      A.   We turn over everything in the SNM file

8  under that 245-U.  So if they pertained to the

9  charges in this case, they would have been turned

10  over.  If they pertained to other matters, I'm not

11  sure.

12     Q.   Well, what were the two matters he was

13 assisting you in?

14     A.   There was an SNM member killed in Las

15 Vegas.  It turned out to be a domestic issue over a

16 female, so he was helping us with that.  And then he

17 was helping us capture Eddie Archuleta, a federal

18 SNM member.

19     Q.   Did he provide accurate information in

20 those two matters?

21     A.   He did to the best of his ability.  In the

22 first matter, it was purely domestic, so we were

23 just asking, "Who is this guy?"  The victim wasn't

24 someone I knew, and because he was from Las Vegas, I

25 inquired about it.  And I did that with his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   attorneys' permission.

 2           And then the other matter, that fugitive

 3   was from Las Vegas, and it's a small town, so I was

 4   just asking if he knew where he hung out, and he

 5   gave us leads.

 6       Q.   And was there a discussion about why he

 7   was providing this information to you?  In other

 8   words, was it in return for anything or --

 9       A.   No, I asked -- and I did that with his

10   attorney's permission, just because it was a small

11   town, and I thought he might have knowledge.

12       Q.   You indicated that during this timeframe

13   where these text messages and phone calls were going

14   on, that he had some concerns about his safety; is

15   that right?

16       A.   He always has concerns about his safety.

17       Q.   What kinds of concerns did he have in that

18   regard that were communicated during these calls and

19   text messages?

20       A.   Just what travel looked like.  How long he

21   would stay, where he would stay.  How he would get

22   to and from the courthouse.  He still lived up in

23   the Las Vegas area.  There was some discussion about

24   per diem issues and then eventual relocation,

25   although most of those conversations were with his

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  attorney being part of the phone call, as well.

2      Q.   So some of these calls were three-way

3  calls, or was Mr. Lucero in the presence of his

4  attorney?

5      A.   I think he was in the presence of his

6  attorney.

7      Q.   So some of these calls were concerning his

8  request for per diem compensation for his time in

9  court?

10     A.   No, just how that worked, and I think the

11  process was slow, the reimbursement checks and

12  things like that, and where to send the check, and

13  what I would call kind of administrative follow-up.

14     Q.   So he wanted to know where his money was?

15     A.   That's fair to say.

16     Q.   And how much are we talking?

17     A.   I'm not sure.  Whatever the per diem rate

18  is for witnesses.

19     Q.   Now, he wasn't a witness called by the

20  Government; right?  He was a witness called by the

21  defense.

22     A.   I think at a motion hearing he might have

23  been called by the defense, but I thought the

24  Government called him during the trial.

25     Q.   During the trial.  Okay.  But these calls

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    about his per diem -- they were during a motions

2    hearing, as well?

3         A.   I believe so.

4         Q.   So he wanted the Government to pay him

5    some money for his time in court?

6         A.   I don't think that's fair.  I think I was

7    his liaison.  I guess he could have called you

8    directly, but he chose to text me.

9         Q.   Okay.  So let's back up a little bit.  The

10   grand jury subpoena that we're talking about -- why

11   was that requested?

12        A.   I believe Agent Stemo requested that, and

13   it was to investigate whether or not there were

14   potential threats to Mr. Lucero.

15        Q.   And what did you all determine, based upon

16   the materials subpoenaed by the grand jury?  Were

17   you able to confirm that he had received threats?

18        A.   No, not from call detail records.  That

19   determination can't be made.

20        Q.   Did you go through the call detail records

21   with Mr. Lucero or Agent Stemo or someone else from

22   the FBI?

23        A.   I did not.

24        Q.   The purpose of the phone call records is

25   to identify who might have been making those phone

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    calls; right?

2        A.    Correct.

3        Q.    And the only way to do that is -- well,

4    one is to check with Mr. Lucero and find out if he

5    recognizes those phone numbers and whether they are

6    in his cellphone with names on them; right?

7        A.    That's one way.

8        Q.    And was that done in this case?

9        A.    I'm not sure.

10        Q.    Did you ever confirm through your

11    investigation that what Mr. Lucero had told you

12    about receiving these threatening phone calls was

13    true or accurate?

14        A.    That's a question for Agent Stemo.  I was,

15    I think, in trial 3 during that period of time.

16        Q.    Well, have you inquired or learned about

17    that information since these trials?

18        A.    I don't believe a suspect was identified.

19        Q.    Prior -- well, would Agent Stemo have had

20    phone calls and text messages as well with Mr.

21    Lucero?

22        A.    I believe so.

23        Q.    And do those exist anymore, or has that

24    phone been retired?

25        A.    That phone was retired two phones ago,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    yes.

 2         Q.    Would she have had more or less contact

 3    with Mr. Lucero than you did?

 4              MS. ARMIJO:   Objection, calls for

 5    speculation.

 6              THE COURT:   Well, if he knows, I'll let

 7    him answer.   Overruled.

 8         A.    Maybe the best way to answer is that once

 9    I got rid of that phone number, none of the

10    cooperating defendants have my phone number anymore.

11    So when I got rid of that phone, I have had no

12    telephone contact with any of the cooperating

13    defendants.

14    BY MR. CASTLE:

15         Q.    Between February and the end of trial

16    number 2, would Agent Stemo have had more or less

17    contact with Mr. Lucero than you did?

18         A.    I imagine less.

19         Q.    Did Mr. Lucero express specific -- during

20    these conversations, did he express specific fear of

21    any one or more of these individual defendants?

22         A.    No.   I can explain what I remember him

23    expressing but --

24         Q.    Please do.

25         A.    Just more like annoying or harassing phone
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   calls.  Almost like what I'd expect a teenager to do

2   where you're prank-calling people, stuff like that.

3   He would just get phone calls at odd hours and he

4   would just -- no one would express a threat to him.

5   It would just be like they were listening

6   momentarily and then they'd hang up.

7       Q.   Well, the grand jury, I think, subpoena

8   was issued for possible filing of criminal charges

9   of witness intimidation; is that right?

10      A.   It could lead to that, yes.

11      Q.   So what, if anything, did Mr. Lucero tell

12  you that -- or tell the FBI generally that led them

13  to believe that these calls could be evidence of

14  witness intimidation?

15      A.   He just reported that -- well, he reported

16  a few things, but regarding telephone calls, like I

17  just explained, he was getting odd and what he

18  described as annoying or harassing phone calls.

19      Q.   Did he indicate that he was afraid because

20  of the phone calls?

21      A.   He communicated a concern to me, and

22  that's why we looked into it.

23      Q.   What was the concern?

24      A.   Fear.

25      Q.   Did he indicate, because of this fear,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    that he at any time was hesitant to come forward,

2    testify, cooperate?

3         A.    No.

4         Q.    None of these defendants were living in

5    the community during the time these phone calls were

6    allegedly placed to Mr. Lucero; is that right?

7         A.    That's correct.

8         Q.    So of the 130 or so communications,

9    between the phone calls and the text messages, that

10   you had, how many of them were concerning issues of

11   fear or concern that Mr. Lucero had?

12        A.    Not very many.

13        Q.    Can you give us a percentage?

14        A.    How many were there, 100 --

15        Q.    130-odd communications.

16        A.    Less than a dozen had to do with him

17   expressing concern.  The majority were

18   travel-related, and then related to those other two

19   matters I discussed.

20        Q.    What percentage of those communications

21   were about his money?

22        A.    Less than a dozen.

23        Q.    And would those have been both text

24   messages and phone calls?

25        A.    No, I think those would have been text

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                            1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1    messages.  I didn't --

2         Q.   So if you can recall to the best of your

3    memory, what was the basic gist of those text

4    messages concerning the money?

5         A.   How did he go about obtaining it.

6         Q.   Okay.

7         A.   What I thought would be on forms provided

8    to him.  I don't know what's provided to defense

9    witnesses.  But how he went about obtaining gas

10   money reimbursement.

11        Q.   It would basically be how much and how do

12   I get it?

13        A.   Yes.

14        Q.   Concerning those two other matters, you

15   said that he was accurate to the best of his

16   knowledge.  Okay?  What do you mean by that?

17        A.   He stayed away from SNM members when he

18   got out, because he debriefed.  But because he lived

19   in a small town, I assumed that he would hear or

20   give me some background on where these guys might be

21   hanging out at.  The SNM member that was murdered

22   I'd never heard of, and so I was looking for some

23   background information on the guy.  He didn't seem

24   to know much about him, either.  I think he'd come

25   through the state system and they were generations



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                     FAX (505) 843-9492
                                                           1-800-669-9492
                                                 e-mail: info@litsupport.com

```
 1   apart.

 2              As far as Eddie Archuleta, he knew a

 3   little bit about his family, so he was able to

 4   provide, I think, a mom and an aunt's general

 5   location.

 6        Q.   Did he indicate when was the last time he

 7   had contact with Mr. Archuleta?

 8        A.   He'd run into him in town somewhere and

 9   seen him, because he was able to tell us what kind

10   of car he was driving.  And at the time, Archuleta

11   had two arrest warrants:  One from the marshals and

12   one from us.  And the FBI arrest warrant was the

13   result of him providing a location to either the

14   marshals or the FBI, and then Archuleta got arrested

15   with some crack cocaine, and that's how we adopted

16   that case.  So he had some background information on

17   Archuleta's whereabouts.

18        Q.   So he had had some contact with him since

19   he had gotten out of prison, he had some contact

20   with Mr. Archuleta enough to know what kind of car

21   he drove and things of that nature?

22        A.   Yeah.  But I think he saw him in town at a

23   grocery store or someplace like that.  I wouldn't

24   say it was significant contact.  He just observed

25   him enough to pass what he was driving.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    How did he know that he was an SNM member?
 2        A.    Because he'd been brought in in the feds.
 3        Q.    So this was -- when would he have been
 4   brought in in the feds, Mr. Archuleta?
 5        A.    I'm not sure of the dates.  I know we have
 6   them recorded somewhere in reports, but I'm not
 7   sure.  He's younger.
 8        Q.    Okay.  So it would have been in the last
 9   five or seven years?
10        A.    I think seven to ten.  I think he was
11   brought in by Fred Quintana, was one of his
12   sponsoring members when Quintana was in the feds,
13   and I think it's been some time.
14        Q.    Would it have been since 2008?
15        A.    Yes.
16        Q.    Okay.  Now there was an issue at trial.
17   Mr. Lucero indicated that after 2008, he had stopped
18   being a member of the SNM and associating with the
19   SNM; is that correct?
20        A.    I don't think I was here for all of his
21   testimony, but I'll take your representation.
22        Q.    Well, you were aware that at least the
23   defense in this case by Mr. Garcia was that it was
24   Mr. Lucero who had ordered the hits and was
25   continuing to be a member of the SNM for quite some
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  time; is that right?

 2      A.   Yes.

 3      Q.   Did you record and/or preserve this

 4  information that Mr. Lucero was still privy to SNM

 5  business after 2008 and provide it to the Government

 6  in a 302 or anything else?

 7      A.   Well, my debrief of Mr. Lucero was

 8  recorded, and I turned that over, as well as my 302.

 9  I'm not sure if we discussed Eddie Archuleta in

10  there.  It's not unusual for ex members to keep tabs

11  on the S, though.

12      Q.   Okay.  So was he telling you that he was

13  keeping tabs on Mr. Archuleta as an ex member of the

14  SNM?

15      A.   No, that's just my observation and my

16  opinion, that that's not unusual for ex members to

17  keep tabs on the S.

18      Q.   If you conduct an interview with a witness

19  and you're going to talk about multiple different

20  crimes that might not be related, do you at times

21  separate the interview out so that there is perhaps

22  a 302 for one case and another 302 for a different

23  case?

24      A.   Perhaps.

25      Q.   Assume for a moment we don't have anything

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   concerning this Archuleta investigation in the

2   discovery in this case.  If you'd just assume that

3   for a moment.  Would Mr. Lucero -- would you have

4   produced a 302 in the Archuleta matter concerning

5   what Mr. Lucero told you?

6        A.   You know, it depends.  If he just tells me

7   he's driving a gray BMW, I don't know that I would

8   have written a 302 to that effect.

9        Q.   Did you write one in this case in the

10  Archuleta matter concerning what Mr. Lucero told

11  you?

12       A.   Agent Stemo may have, because she's the

13  one that charged him and led that particular

14  investigation of that defendant.

15       Q.   Okay.  So she charged who?

16       A.   Archuleta with the crack cocaine

17  distribution.

18       Q.   Would there be any other 302s of

19  Mr. Lucero that may be located in files that have

20  not been produced to the defense?

21       A.   I don't believe so.  We tried to produce,

22  reproduce, and triple produce 302s so that you have

23  them.

24       Q.   Did you ever see a 302 by Agent Stemo

25  concerning her interview of Mr. Lucero on the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  Archuleta matter?

2       A.   No, not off the top of my head.

3       Q.   And you're familiar with the discovery

4  that's actually been produced in this case?

5       A.   I try to be.

6       Q.   Okay.  So if that had been produced in

7  this case, you'd be aware of it?

8       A.   Yes, sir.  I believe the Eddie Archuleta

9  stuff was on the tablets and turned over because it

10  became an issue at one point in the detention

11  facility, some of his stuff being on there.

12       Q.   Okay.  So other than -- would I be correct

13  that you had almost three hours of phone calls with

14  Mr. Lucero between February 15 and May 3?

15       A.   Did you say I had three hours of phone

16  calls?

17       Q.   Yes.

18       A.   I find that hard to believe.

19       Q.   Well, in your review of Motion Number

20  2416, it was indicated that it was just short of

21  three hours in total phone calls; is that right?

22       A.   Text messages and phone calls, or just

23  phone calls?

24       Q.   Just phone calls.  But I'll show you, if

25  you can get past all the scribbles --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  Can you give me a number?
 2              MR. CASTLE:  Yes, I will put it on the
 3    record.  Page 3, Document 2416, subparagraph 6,
 4    letter C.
 5    BY MR. CASTLE:
 6         Q.   The phone calls vary in length up to 25
 7    minutes in duration, just short of three hours in
 8    total.  Do you see that?
 9         A.   Yes.
10         Q.   And so in preparation -- well, attached to
11    that motion was actually the phone call records;
12    right?  So you can review those if you wanted to.
13         A.   Yes.
14         Q.   And in fact, those are in discovery.  They
15    have been produced after trial; right?
16         A.   Yes, sir.
17         Q.   And so did you do anything to determine
18    whether that was accurate or not, that your phone
19    calls with Mr. Lucero in total lasted just short of
20    three hours?
21         A.   I did not.  I guess I'm taking your
22    representation that it was that long.
23         Q.   Do you recall having a conversation with
24    him that lasted 25 minutes or something along that
25    length?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.    Yes.

 2       Q.    And what was that conversation about?

 3       A.    He went off the highway on his way home

 4  from here in Las Cruces.  I guess he was pretty

 5  sick.  He had some kind of stomach flu, or

 6  something, and he crashed his truck and hurt

 7  himself.

 8       Q.    Did he want reimbursement or help in

 9  repairing his truck?

10       A.    I'm sure he did, but we didn't talk about

11  that.

12       Q.    So he didn't tell you, "Hey, look, I

13  crashed this truck because I had to come to court,

14  and the FBI should have to pay for it, or the

15  Government in some fashion should have to pay for

16  that"?

17       A.    It's not an FBI issue.

18       Q.    I know it may not be for you, but did

19  Mr. Lucero ask?

20       A.    No.

21       Q.    Did he mention why he was asserting his

22  Fifth Amendment right?

23       A.    No, sir.  And I'll add that his attorney

24  was very aggressive and very candid with what he

25  wanted me talking about and not talking about.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                         Albuquerque, NM 87102
(505) 989-4949                                                                           (505) 843-9494
FAX (505) 843-9492                                                              FAX (505) 843-9492
                                                                                        1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        Q.    Okay.  So what did the attorney tell you?
 2        A.    "You can talk to him about his travel and
 3   his safety."
 4        Q.    Okay.  And nothing else?
 5        A.    Correct, without him being involved in the
 6   conversation.
 7        Q.    And did he say why?
 8        A.    No, and I didn't ask.  I respected his
 9   conditions, his instructions to me.
10        Q.    And did he tell you that you're not to ask
11   him anything about the case?
12        A.    Absolutely.  And he told that to the
13   prosecutors, as well.
14        Q.    And was that in the presence of
15   Mr. Lucero?
16        A.    He said it several times in the presence,
17   and then he reminded us a couple of times on phone
18   calls and outside -- in the hallway outside this
19   courtroom.  He was very passionate about, you know,
20   representing Mr. Lucero.
21        Q.    So during these phone calls or text
22   messages, was there discussion by Mr. Lucero about
23   what he wanted to be done so that he would be
24   protected or so that he wouldn't be in fear?
25        A.    No.  He had his attorney.  I can't say he
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



1   had his attorney.  His attorney directed the

2   majority of those conversations both with me and

3   with the prosecutor.  And then if there was specific

4   follow-up, like, for instance, I said I would need

5   to know the exact location that he intended to move,

6   because we had to calculate that into moving costs.

7   So there was a lot of back-and-forth on -- he had to

8   be very specific.

9       Q.   Did Mr. Lucero ever express a concern

10  about whether he was going to be charged in this

11  case during these conversations?

12      A.   No, sir.

13      Q.   He never mentioned once, "Am I going to be

14  charged at all, or are you focusing on me as a

15  suspect," or anything of that nature?

16      A.   Well, you asked during this period, so I

17  thought you meant --

18      Q.   This conversation.

19      A.   Post attorney.  He didn't have those

20  conversations with me post attorney.  I think when I

21  first met him, that was a concern.

22      Q.   Okay.  So let's talk about that a little

23  bit.  What did he tell you during that first time

24  you met him in -- was it 2015, '16?

25      A.   I think it was '16.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   '16.  What did he tell you then?

2    A.   He had some questions about -- from what I

3  recall, he had some questions about the RICO

4  statute.

5    Q.   Okay.

6    A.   And he wanted to make it well known to me

7  that he had worked for Roundy, that he had debriefed

8  with SIS in the BOP.  So I took that to mean he was

9  letting me know, hey, I'm not eligible for RICO; I'm

10 out.

11   Q.   So he was expressing to you in certain

12 ways that because he had cooperated in the past,

13 that he expected not to be charged with any crimes

14 in relation to the RICO, what he considered the RICO

15 investigation; is that right?

16   A.   I feel he was -- thought he was educating

17 me on those facts, yes.

18   Q.   So in this conversation that he had with

19 you, I take it he relayed to you that he already

20 knew there was an investigation afoot to investigate

21 the SNM?

22   A.   Well, yes, sir.  By the time I had my

23 first conversation with him, I believe we'd already

24 done the Phase 1 and perhaps the Phase 2 arrests.

25   Q.   Was this conversation at his request, or

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                           Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  was it one where you approached him?

2       A.   This was our initial meet at his house.

3  We sat in his living room and I interviewed him and

4  recorded a portion of that.

5       Q.   But you initiated the contact with him?

6  He didn't call you all up and say, "Come on over; I

7  want to chat"?

8       A.   Correct.  I initiated it.

9       Q.   Okay.  And then you recorded a part of

10 that, but not all of that; is that right?

11      A.   Yes, sir.

12      Q.   Would you have recorded the part where he

13 was informing you that he, you know, had cooperated

14 with Roundy in the past and that he expected not to

15 be charged in the RICO?

16      A.   No, and he didn't say he had that

17 expectation.  But my 302 details his former

18 cooperation, because if I remember correctly, we

19 went through some of his old debriefs where I

20 thought information might not have been recorded

21 correctly.

22      Q.   Was it unusual for you to get text

23 messages and phone calls from witnesses who

24 testified in these trials?

25      A.   Not at all.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Would you get phone calls and/or text

2   messages from witnesses who were in prison, other

3   than the infamous one that we kind of --

4        A.    Well, I think Eric Duran sent me some text

5   messages against my wishes, and I think we've

6   discussed those.  I would get -- yeah, I would

7   get -- I was the lead point of contact with many of

8   these witnesses for the Government, so I would...

9        Q.    And were these individuals represented by

10  counsel?

11       A.    The majority were.

12       Q.    And did their attorneys and you have

13  similar conversations about the limits put on phone

14  calls such as you had with counsel for Mr. Lucero?

15       A.    Yes, sir.  At every debrief I would bring

16  this up, and if the prosecutors forgot, I would

17  remind them that we needed to establish the

18  protocols for that, and those discussions always

19  happened.

20       Q.    And just generally speaking -- I don't

21  want to go into each one -- would the phone calls

22  that these other witnesses would make -- would they

23  be similar, you know, "Where is my money?  How am I

24  going to be protected?  Here is my fears.  Here's my

25  concerns."  Those kinds of things?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1      A.   The fears and concerns were usually

2  relayed through the attorneys, which was better.

3  What I communicated was that if their families had

4  problems on the outside, rather than go through the

5  attorney, they were welcome to call me.  And I made

6  that offer in front of the Government and their

7  attorneys so everyone knew.  And then if the

8  witnesses were on the outside, I would just get

9  permission to coordinate travel and security for the

10 witnesses and the attorneys, to a T, were all

11 agreeable to that.

12     Q.   Specifically with regard to trial number

13 2, Sammy Griego was an individual who was living in

14 the community at the time he testified; is that

15 right?

16     A.   Yes, sir.

17     Q.   Did he also communicate with you by text

18 or phone?

19          MS. ARMIJO:  Objection, relevance.

20 Fishing expedition now.

21          THE COURT:  Tie that to your motion.

22          MR. CASTLE:  Well, we requested in our

23 motion disclosure and discovery of other statements

24 made by witnesses in the case, and so this is a

25 witness in the case.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Well, I did see that in there.
 2    It did perk up my ears, because it did look like it
 3    was broadening the motion, so overruled.
 4              Mr. Castle.
 5              MR. CASTLE:  Thank you, Your Honor.
 6         A.   To be clear, sir, I believe I was the lead
 7    point of contact for all of the witnesses out of
 8    custody communicating, coming to court in response
 9    to the subpoenas.
10    BY MR. CASTLE:
11         Q.   So would Sammy Griego have text messaged
12    you and made phone calls to you before, in the
13    months leading up to his testimony?
14         A.   Yes, sir.
15         Q.   What were the general nature of his text
16    messages and phone calls?
17         A.   The same thing as Mr. Lucero's.  "Where am
18    I going?  "Do I really have to go to Las Cruces,
19    just being that it's a further drive?"  And a lot of
20    these guys didn't have a lot of funds.  So, yeah, of
21    that nature.  "What hotel and how do I get there."
22         Q.   "Where is my per diem or money?"
23         A.   If I remember correctly, Griego was able
24    to go to the marshals as soon as he was done here,
25    and I think they were able to drive him.  I would
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                          e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    oftentimes, as you recall, get up and walk out with

2    them, and I'd make that introduction, and then come

3    back in.

4         Q.   Did Mr. Griego, in these conversations,

5    indicate that he was afraid at all?

6         A.   He didn't report getting weird phone calls

7    or people, you know, driving by his house or

8    squealing tires, no, but I mean, he had a healthy

9    fear of the SNM in general.

10        Q.   Did Griego also make statements to you

11   about any concern that he might be part of the RICO

12   or get charged in the RICO?

13        A.   Only when we first met.  And he, as you

14   recall, cooperated right away.  I met him at his

15   parole office very early on, because he received one

16   of the original letters that went out.

17        Q.   He received a letter?  What kind of

18   letter?

19        A.   From Baby Rob and Roy to hit the

20   Secretary.

21        Q.   Oh, those letters.

22        A.   Yes, sir.

23        Q.   Not from the Government.

24        A.   I'm sorry?

25        Q.   Not from the Government?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, we had an in-person meeting.

 2        Q.   Can you think of any of the other

 3   witnesses who provided direct testimony against

 4   Mr. Billy Garcia that were out of custody at the

 5   time of the testimony, other than Mr. Lucero and

 6   Mr. Griego?

 7        A.   Mr. Armijo.

 8        Q.   Oh, right.  Jacob -- Manuel Jacob Armijo?

 9        A.   Yes, sir.

10        Q.   Did he have text message or voice

11   communications with you?

12        A.   Yes, sir.  I would keep him abreast of

13   when he needed to show up and if there were delays,

14   as you know there were, just updates on when to be

15   here.

16        Q.   Did he have any other concerns?

17        A.   He did, and we did.  And I believe we

18   disclosed this.  We gave him -- I gave him money to

19   purchase surveillance cameras for his house.

20        Q.   Yes.

21        A.   So he did express that, and he felt it

22   could be mitigated by having the surveillance

23   cameras, and we gave him funds for that.

24        Q.   Did he make any other requests for funds

25   that were either accepted or rejected?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Not that I recall, no.

 2             To finish answering your question, you'd

 3   have to help me remember who else testified

 4   regarding Mr. Garcia.  But I want to be clear, I was

 5   the point of contact for basically all of the

 6   witnesses for the Government.

 7        Q.    Have you made contact with Mr. Lucero

 8   since the filing of this motion?

 9        A.    No, sir.

10        Q.    Are you aware of anyone who has had

11   contact with him since the filing of this motion

12   that works for the FBI or the Government?

13        A.    No, sir.

14        Q.    So there has been no attempt to see if he

15   has the text messages still on his phone?

16        A.    No, sir.  I was not asked to do that.

17        Q.    In reviewing Exhibit B, would it be

18   accurate that at least as of May 15 of 2018,

19   Mr. Lucero's phone was still operational?

20        A.    Yes, sir.  You have call detail records,

21   so yes.

22        Q.    Do you have any knowledge whether he had

23   destroyed his phone?

24        A.    I have not talked to him since that trial,

25   sir, so I don't know.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Same thing with Mr. Armijo and Mr. Griego.
 2 Do you have any knowledge whether they still have
 3 the content of any text messages you had?
 4      A.   I have no knowledge of that, and I have
 5 not talked to them about text messages.
 6      Q.   I've just been reminded there was another
 7 witness who was out of custody, Julian Romero; is
 8 that right?
 9      A.   Yes, sir.
10      Q.   And you just forgot about him, and so did
11 I; right?
12      A.   Yes, I'm sorry.
13      Q.   Nobody was -- yeah, right.  Again, did you
14 have similar conversations, text messages, cellphone
15 calls with Mr. Romero?
16      A.   Yes, but it usually went through his wife
17 because he didn't have his own phone.  She was kind
18 of the keeper of the phone in their family.
19      Q.   I could ask you some follow-up questions
20 on that, but I think they'd be irrelevant.
21           MR. CASTLE:  If I could have a moment,
22 Your Honor.
23           THE COURT:  You may.
24 BY MR. CASTLE:
25      Q.   Agent Acee, when you were testifying
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    earlier about Mr. Lucero expressing some fears in

2    regards to annoying calls and prank calls -- is that

3    right; do you recall that?

4         A.   Yes, sir.

5         Q.   I believe you testified that he reported a

6    few things to you.  Do you recall what those few

7    things were?

8         A.   Yes, sir.  So in addition to the phone

9    calls, like screeching tires around his house, like

10   people peeling out -- and again, I thought that's

11   kind of -- maybe you don't want my thoughts on it.

12   But -- so the phone calls, the screeching tires.

13   And then his wife had her purse stolen from their

14   car, and he was concerned about that, because it had

15   their checkbook and her identifying documents.

16        Q.   And did he ask for help in investigating

17   that purse theft?

18        A.   No.  He was just making us aware of it.

19        Q.   And so whether or not Mr. Lucero's phone

20   records show, one way or the other, whether he was

21   being accurate regarding these unidentified calls to

22   him, we'd have to talk to Agent Stemo; is that

23   right?

24        A.   No, you might get more information from

25   her, but she told me that there were phone calls

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  when he indicated there were phone calls, but that

 2  doesn't take us one way or the other.

 3       Q.   Did anybody ever examine his phone?

 4       A.   I'm not sure.  I did not.

 5       Q.   Was there any indication that, you know --

 6  his phone was a cellphone; right?

 7       A.   Yes, sir.  He may also have a land line,

 8  but this is a cellphone.

 9       Q.   And you're pointing to Exhibit B; is that

10  right?

11       A.   Correct.

12       Q.   So did he indicate, "Here are the calls

13  that are unidentified on my phone, and these are the

14  ones I'm concerned about"?

15       A.   I'm not sure.  He did not to me.

16       Q.   Did he indicate when these -- generally

17  when these calls occurred?  Was it before he

18  testified?

19       A.   I'm not sure of that, but he gave some

20  indication to Agent Stemo when the calls were,

21  because she knew what to subpoena.

22       Q.   And would they have all been from the same

23  number or different numbers?

24       A.   I think different numbers or blocked

25  numbers.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And did the subpoena get records that were
 2  both blocked numbers and unblocked numbers?
 3       A.   I believe so.  I mean, when we asked for
 4  call detail records, a lot of times, from my
 5  experience, block numbers -- what shows up as
 6  blocked on your hand set will show up in the call
 7  detail records with the actual number.
 8            MR. CASTLE:  I have no other questions,
 9  Your Honor.
10            THE COURT:  Thank you, Mr. Castle.
11            How about any of the other defendants?
12  Y'all all joined the motion.  Anybody else want
13  direct examination of Mr. Acee?
14            All right.  Ms. Armijo, do you have
15  cross-examination of Mr. Acee?
16            MS. ARMIJO:  May I approach the witness,
17  Your Honor?
18            THE COURT:  You may.
19                 CROSS-EXAMINATION
20  BY MS. ARMIJO:
21       Q.   Now, Agent Acee, I think that when you
22  started, you were talking about how there's three
23  different types of records:  Nontransitory,
24  transitory, and non -- I wrote "record."  Is it
25  "nonrecord" or -- do you remember the three
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   different categories?  And I think Mr. Garcia

 2   started you on nontransitory.  I wanted to go back

 3   and talk about the three different types of

 4   recordings.  Do you recall that in your early

 5   testimony?

 6        A.   I do.

 7        Q.   Okay.  Can you explain to us those

 8   categories and what they are?

 9        A.   Yes.  Do you mind if I use the policy

10   guide to --

11        Q.   No.  And I just wanted to get the number.

12   Do you have a copy of the policy guide there?

13        A.   I do.

14        Q.   Is that Exhibit A?

15        A.   I don't have Exhibit A, but it's the same

16   as Exhibit A.  It's the policy guide.

17        Q.   Okay.

18        A.   It's actually what Mr. Castle attached to

19   his motion.  I have that.  And the policy guide has

20   not been updated, so that's the correct one.

21        Q.   All right.  And if you could refer us to

22   the correct page on that, just so that we're clear.

23        A.   Sure.  So this is the FBI's Records

24   Management Policy Guide.  It was last updated June

25   4, 2015.  And I'll start on page 11.

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1       Q.   Of the guide?

2       A.   Yes, ma'am.

3       Q.   Okay.

4       A.   There it provides the definition of a

5  nontransitory record, and it's identified as needed

6  for no more than 180 days, and it gives examples of

7  what a nontransitory record is.  Did you want me to

8  read those?

9       Q.   Well, and can you tell us your general

10  understanding of it?  And I think that's the one

11  that we've been talking about; correct?  In general?

12      A.   Yes, so it talks a lot about policy, and

13  then what I'll call administrative functions of the

14  FBI that need to be preserved.  But in my line of

15  work as a case agent, what's most important is

16  substantive documentation that has important or

17  valuable evidentiary information, and so...

18      Q.   What's your understanding of that?

19      A.   Well, I wanted to give you an example, if

20  I could.  Like my interactions with the FBI

21  laboratory, when I have something sent to the lab.

22  This is the most frequently used example of this.

23  So I send an item to undergo fingerprinting or DNA

24  testing.  The lab responds with an email, and that

25  email response is their findings as well as their
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  official report.  So that, to me, is a nontransitory

2  record that I then flag with the case number and it

3  goes into Sentinel, which is our report system.  So

4  that's to give you a real life application of a

5  nontransitory record.

6       Q.   Okay.  Now, were any of the text messages

7  that you had with Leroy Lucero during the time

8  period indicated -- which I believe is starting at

9  February 15 -- were any of those communications in

10 this category of nontransitory record, as you

11 understand it?

12      A.   No, none of them were.

13      Q.   Now let's go to the transitory record just

14 so we make clear what they are.  What is a

15 transitory record?

16      A.   This is a record that has minimal

17 documentary or evidentiary value and is needed for

18 180 days or less.  I don't know that I've ever used

19 this category.  Because to me it's either

20 evidentiary and I'd rather err on the side of

21 caution and make it nontransitory and I save it, and

22 someone else, such as yourself, can determine

23 whether it's important or not.  So I either will use

24 the nontransitory or the nonrecord.  But this

25 generally applies to administrative functions of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Bureau.  So something that they need to preserve for

2   a short period of time.  And in my case as an agent,

3   I think it again is either something I need to

4   preserve for another entity to determine if it's

5   relevant, or it's simply not; it's communications

6   that aren't a record.

7        Q.   Okay.  And what about the last category,

8   the nonrecord, which I believe would be on page 12

9   under 4.5; is that correct?

10       A.   That is correct, and this is any material

11  that does not meet the statutory definition of a

12  record as set forth in 44 USC Section 3301.  And it

13  gives examples of nonrecords.

14       Q.   Okay.  And so for nonrecord

15  communications, those are not required to be saved?

16       A.   That's correct.

17       Q.   Now, I believe you already talked about

18  the types of communications that you had with

19  Mr. Lucero.  Which category would you put those in

20  as far as your text messages?

21       A.   They were all nonrecord.

22       Q.   And I believe you talked about and you

23  described his attorney as very passionate and

24  aggressive.

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And can you explain that a little as far

2   as -- well, let me back up with that.  After you

3   initially spoke to Mr. Lucero, did you have a belief

4   that he would be a witness potentially in these

5   trials?

6        A.   Yes.

7        Q.   Was he also on supervised release at the

8   time initially?

9        A.   Yes.

10       Q.   And did he have an attorney?

11       A.   He did.

12       Q.   Did that attorney express concerns to you

13  about his safety and his testimony?

14       A.   Yes.

15       Q.   Now, were you present when Mr. Lucero came

16  and at the instruction of his attorney he initially

17  invoked his Fifth Amendment right?

18       A.   I was.

19       Q.   After that invocation, was Mr. Lucero --

20  was there continued discussion as to whether or not

21  he would testify as a witness?

22       A.   There was, but I wasn't on the tube line

23  with those conversations.  Your office and his

24  attorney were.

25       Q.   And you beat me to the next question.  Was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that an issue that was dealt with between the

2    attorneys as opposed to you as an agent?

3         A.   Yes.

4         Q.   And eventually, did Mr. Lucero's attorney

5    allow him to testify?

6         A.   Yes.

7         Q.   Now, and did he, in fact, testify in this

8    case?

9         A.   Yes, he did.

10        Q.   Was he around in the Las Cruces area for

11   at least a day or two, as you may recall?

12        A.   I believe it was several days, because

13   there were some delays.

14        Q.   And you indicated that he was in a car

15   accident on the way home from court?

16        A.   Yes.

17        Q.   Do you recall which time that was?

18        A.   I believe that was after motions hearings,

19   not the trial.

20        Q.   And did he call you after that?

21        A.   He did.

22        Q.   Were there also -- and you also talked

23   about issues with his per diem.  Are you aware of

24   witnesses that are not -- that are just civilian

25   witnesses that come to court, by either party, if

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492
                                                         1-800-669-9492



1   they get a per diem by the US Marshal Service?

2       A.   They do.

3       Q.   And was that the per diem that you were

4   talking about as far as with witnesses?

5       A.   Yes.

6       Q.   Now, as far -- is there any other guidance

7   in Exhibit A that you used as far as when you would

8   have to reserve text messages and emails that you

9   used for guidance?

10      A.   Yes.  There are other relevant points to

11  this policy that I think I was within in my review

12  of it.

13      Q.   Okay.  And can you please point us to what

14  page that is and what policy?

15      A.   Sure.  The policy guide we were just

16  talking about.

17      Q.   Which is Exhibit A, for the record?

18      A.   Yes.  I would have you turn to page 25,

19  where it talks about nonrecord emails.  And

20  understand, the policies are a little dated here.

21  They mostly deal with emails, but I'm considering an

22  email to be a text message, as well, because I think

23  the policy should probably fit both.  If it's good

24  for email, it should be good for text.  And in my

25  reviewing the nonrecord emails and the examples,

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  this clearly fit within it.  The communications with

2  the witnesses on how to get to court, what day to be

3  here, and at what time are, my reading of the

4  policy, clearly nonrecord emails or communication.

5      Q.   And so you were following, just so we're

6  clear, 4.8.19 of Exhibit A, which is nonrecord

7  emails, and you were applying it to text messages?

8      A.   Correct.

9      Q.   All right.  And is there another policy

10  that you used in this exhibit, as well, or is that

11  primarily it?

12      A.   Out of this exhibit, that's primarily it.

13      Q.   Okay.  Was there anything else that you

14  used for guidance?

15      A.   I did.  In another area of our policy, I

16  was looking for the definition of substantive

17  communications.  And I wanted to bring the policy

18  guide, but was not able to, because I'm not able to

19  divulge it, in whole or in part, without Department

20  of Justice permissions.

21      Q.   Okay.

22      A.   I did, however, find an online reference

23  to it in the Hillary Clinton email OIG

24  investigation, and the policy is quoted in there,

25  and I provided that to you for your reference.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.

2         MS. ARMIJO:  And so, Your Honor, the

3    United States would like to mark as Exhibit Number 1

4    a public document that was by OIG into evidence,

5    which contains policies that Special Agent Acee has

6    relied upon that are in this document that he can

7    point to that otherwise we don't have permission to

8    publish it, other than in this public document.

9         THE COURT:  Any objection, Mr. Castle?

10        MR. CASTLE:  I do, because I don't believe

11   the witness has testified that he relied upon this

12   at the time that he had his phone destroyed.  It

13   sounds like to me that his testimony is he's been

14   told about it after the motion was filed, which

15   isn't really relevant as to his conduct at the time

16   of destruction.

17        MS. ARMIJO:  I can ask some more

18   questions, Your Honor, to lay some foundation.

19        THE COURT:  Go ahead.

20   BY MS. ARMIJO:

21        Q.   Are there policies in this document that

22   you're aware of before either of your two previous

23   phones were destroyed?

24        A.   Yes.

25        Q.   Were you aware of those policies before

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                       1-800-669-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE                                      e-mail: info@litsupport.com

1   your phones were taken from you and destroyed?

2        A.   Yes.

3        Q.   Did you rely on those policies in the

4   actions that you took in reference to the phones

5   issued to you by the FBI?

6        A.   Yes.

7        Q.   Are the policies in Government's Exhibit 1

8   the same policies that you relied upon for the

9   actions that you took which are the subject of this

10  motion?

11       A.   Yes.

12            MS. ARMIJO:   The United States would move

13  for the admission of Exhibit Number 1.

14            THE COURT:   Any further objection, Mr.

15  Castle?

16            MR. CASTLE:   No, Your Honor.

17            THE COURT:   Any other defendant have any

18  objection?

19            Not hearing any, Government's Exhibit 1 to

20  Document Number 2416 -- can I write that on your

21  Exhibit 1?

22            MS. ARMIJO:   Yes, Your Honor.   Thank you.

23            THE COURT:   I'm going to put 2416.

24            All right.   So Government's Exhibit 1 to

25  Document 2416 hearing will be admitted into

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                              Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   evidence.
 2          (Government Exhibit 1 admitted.)
 3   BY MS. ARMIJO:
 4       Q.   All right.  And Agent Acee, in this
 5   document, can you please point us to the relevant
 6   portions?
 7       A.   I can.
 8            MS. ARMIJO:  And may I approach him with a
 9   copy of it, Your Honor?
10            THE COURT:  You may.
11            MS. ARMIJO:  So you can have the original.
12   BY MS. ARMIJO:
13       Q.   And can you please explain what document
14   this is, again?
15       A.   This is the U.S. Department of Justice
16   Office of the Inspector General Report of
17   Investigation Recovery of Text Messages from Certain
18   FBI Mobile Devices, and this pertained to the
19   much-reported investigation of the Hillary Clinton
20   emails and text messages between two FBI employees.
21       Q.   And so what, in general -- and this
22   document was made public; is that correct?
23       A.   Yes, ma'am.
24       Q.   And so --
25       A.   Portions are -- I'm sorry to interrupt
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492
                                                                  1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  you.  It was made public, but portions are redacted

2  by the DOJ.

3      Q.   All right.  And if you can, in Exhibit

4  Number 1, tell us by page number which are the

5  portions of the policy that you were referring to

6  that you are aware of that you were acting in

7  accordance with when your telephones were destroyed.

8      A.   I would turn to page 5.  So I want to be

9  clear that I'm going to reference FBI policy, but

10 much of this report pertains to not FBI agents, but

11 FBI executive management, who -- we all fall under

12 the same policies, but I noticed -- well, some of

13 those folks had different phones than agents have,

14 and it looked like maybe some different capabilities

15 than we have.

16     Q.   So they had better phones?

17     A.   I believe so.  Phones I didn't know -- for

18 example, the FBI doesn't typically use the Apple

19 phones, but these people had the iPhones.  I wasn't

20 aware, because we were told that we can't use those.

21     Q.   Okay.  If you could go to page 5, did you

22 indicate?

23     A.   Yes, toward the middle of the page.

24 Actually toward the bottom there are some bullet

25 points there, where it defines, according to policy,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   what substantive communications include.

2       Q.   Okay.  And under this, there is a policy.

3   It says "DOJ Policy and Guideline Regarding

4   Electronic Messaging Records Retention"; is that

5   correct, on page 5?

6       A.   Yes, and then under that in bold it talks

7   about FBI policy regarding the collection and

8   retention of text messages.  So the bullet points

9   are kind of what highlights what follows in the next

10  paragraph in my reading.

11      Q.   Okay.

12      A.   But it is substantive communications,

13  those that we need to preserve, and then upload into

14  Sentinel, so that they're in the report database or

15  factual information about investigative activity.

16  Factual information obtained during interviews or

17  interactions with victims, including victims,

18  potential witnesses, experts, informants, or

19  cooperators; factual discussions related to the

20  merits of evidence; factual information or opinions

21  relating to the credibility or bias of a witness,

22  informant, or potential witness; and other factual

23  information that's potentially discoverable under

24  Brady, Giglio, Rule 16, or Rule 26.2, which is the

25  Jencks Act.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN &
ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Ms. Armijo, I need to look for
 2   a break to give Ms. Bean a break.  Is this okay?
 3              MS. ARMIJO:  This is okay.  I believe we
 4   may be having some Elmo issues, so maybe we can deal
 5   with that then.
 6              THE COURT:  Didn't they use this courtroom
 7   since we were last here?  Let's shoot for 15
 8   minutes, see if we can get everybody in and out.
 9   We'll be in recess for 15 minutes.
10              (The Court stood in recess.)
11              THE COURT:  All right.  It looks like
12   everybody has an attorney.  Look around.  Help your
13   friends out.  Everybody have an attorney?  All the
14   defendants are in?  I don't recognize everybody
15   without their ties and haircuts.  You look a little
16   different over here today.
17              All right, Mr. Acee, I'll remind you
18   you're still under oath.
19              Yes, Mr. Lowry.
20              MR. LOWRY:  Your Honor, I was wondering
21   if -- I'd ask for a privilege to have one of the
22   hands released so the guys can take notes.
23              THE COURT:  Any objection from the
24   marshals that they can have one hand uncuffed?
25              MR. MARSHALL:  Your Honor, I was informed
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  that we just don't have the security personnel here

 2  today to be able to accommodate that.

 3          THE COURT:  All right.  Well, maybe you

 4  can talk to them about getting enough security in

 5  here so we can get them, but we may talk to them

 6  during the break.  Okay?

 7          All right.  Mr. Acee, I'll remind you're

 8  still under oath.

 9          Ms. Armijo, if you wish to continue your

10  cross-examination.

11          We didn't get monitors in here.  I

12  apologize.  We got in here this morning, there

13  weren't any computers in here.  We had to set them

14  up for clerks.  Didn't have enough wires for the

15  real-time for me.  So I don't know what happened as

16  far as setting up.  So if you decide you need to see

17  exhibits, we can move people into the jury box so

18  they can use those monitors.  But let's see how it

19  goes for a while.

20          All right, Ms. Armijo.

21          MS. ARMIJO:  All right.

22  BY MS. ARMIJO:

23      Q.   And Agent Acee, I believe we were on

24  Government's Exhibit 1 on page 5; is that correct?

25      A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And we were talking about it, and you were
 2   discussing different categories of information that
 3   would be needed, is your interpretation.  So with
 4   this category here, the factual information, would
 5   that be information that is in the nontransitory
 6   category?
 7        A.    No, nonrecord.
 8        Q.    Nonrecord.  I'm sorry.  Nonrecord.  All
 9   right.  And is there anything else in this document
10   that you relied upon regarding the FBI policy
11   regarding the collection and retention of text
12   messages?
13        A.    No.
14        Q.    And is there a definition of substantive
15   communication on page 6 of that exhibit?
16        A.    Yes.
17        Q.    And is that something that you relied upon
18   as well?
19        A.    It is.  And I just summarized it in the
20   bullet points on the previous page.
21        Q.    Okay.  Just so that we're clear, in this
22   investigation in Exhibit 1, were they able to obtain
23   old messages, emails, or text messages?  I should
24   just use the term data.
25        A.    In the OIG investigation?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492
                                                    1-800-669-9492




```
 1        Q.    Yes.

 2        A.    Yes, they were.

 3        Q.    But did they actually have the phones in

 4   which to do it?

 5        A.    Yes, and a contractor from the Department

 6   of Defense that was able to extract it from the

 7   iPhone.

 8        Q.    Now, your previous phones -- you mentioned

 9   one was the Galaxy S5?

10        A.    Correct.

11        Q.    Then what was the second phone?

12        A.    Galaxy S7.

13        Q.    Okay.  And both of those phones were

14   turned over and subsequently destroyed?

15        A.    Correct.

16        Q.    Per FBI usual procedure?

17        A.    Yes.  I have no dealings or influence over

18   that.

19        Q.    Now, has this case been unusual in that

20   you would receive throughout the course of the

21   pending of this case and even more so during the

22   trials, numerous requests for information?

23        A.    That's true.

24        Q.    And in fact, did you have any -- what was

25   the FBI, at your instruction as far as the agents
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  and anyone under you -- what was your instructions

2  to them as far as requests?

3      A.   Turn it over.

4      Q.   Did that include notes that you have?

5      A.   Yes.  It was easy for us, the FBI, because

6  if we gave you guys everything, then we've met our

7  obligation.

8      Q.   And you talked a little bit about Eddie

9  Archuleta.  Was he part of the cases as far as the

10 overall SNM investigation, but was his case a

11 nonracketeering charge?

12     A.   Yes.  He's what I previously described as

13 a one-off.  It's all under Operation Atonement but

14 not related to this particular group of defendants.

15     Q.   And did you already have an opportunity to

16 tell us all of -- I know that we talked about the

17 squealing cars and Mr. Lucero's car being broken

18 into and the phone calls.  Was there anything else,

19 as far as threats or anything that Mr. Lucero

20 indicated to you that he was in fear of?

21     A.   No.  The only thing you missed was, he was

22 in a car accident, a pretty significant car crash.

23     Q.   Did he -- and his indication of fear, was

24 that something that was unusual, given the

25 circumstances of this case and his testimony?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   No.

 2            MS. ARMIJO:  May I have a moment, Your

 3  Honor?

 4            THE COURT:  You may.

 5            MS. ARMIJO:  Nothing further.

 6            THE COURT:  Thank you, Ms. Armijo.

 7            Mr. Castle, do you have redirect of

 8  Mr. Acee?

 9            MR. CASTLE:  Yes, thank you.

10            THE COURT:  Mr. Castle.

11                 REDIRECT EXAMINATION

12  BY MR. CASTLE:

13       Q.   Mr. Acee, you were indicating that you

14  considered the text messages to be nonrecord; is

15  that right?

16       A.   Yes, sir.

17       Q.   Can you go to the portion of the policy

18  which is in Exhibit B that deals with -- defines

19  nonrecord?  I think it's 4.7 -- no, 4.5.  I

20  apologize.

21       A.   Yes, sir.

22       Q.   Does it have a definition, examples of

23  what a nonrecord is?

24       A.   Yes.

25       Q.   And what are the examples?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Library materials made or acquired and

2  preserved solely for reference or exhibition

3  purposes; stocks of publications or unprocessed

4  blank forms; extra copies of documents preserved

5  only for convenience or reference.

6    Q.    Okay.  Anywhere in this policy does it

7  give an example of a nonrecord that is in the form

8  of either an email or a text message or, for that

9  matter, the prosecution's Exhibit 1?

10    A.    I think it's covered in the first

11  sentence, sir.

12    Q.    The first sentence being library

13  materials?

14    A.    No, sir.  That's the first bullet.  A

15  nonrecord is any material that does not meet the

16  statutory definition of a record.

17    Q.    Okay.

18    A.    And then it gives examples, which I just

19  read, but that doesn't cover all examples.

20    Q.    And where is "record" defined in that

21  policy?

22    A.    44 USC, Section 3301.

23    Q.    Okay.  And how is that defined?

24    A.    I'd have to read the statute, sir.

25    Q.    Okay.  Well, there is a definition in the

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                      Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  policy under 4.2.  Can you at least go to that

2  portion of it, please?

3      A.   Yes, sir.  Would you like me to read it?

4      Q.   If I can, for just a moment.  What it does

5  is, it follows the statutory definition of a record;

6  right?

7      A.   Yes, sir.

8      Q.   And a record is all recorded information,

9  regardless of form or characteristics, made or

10  received by a federal agency, and then it goes on;

11  is that right?

12      A.   Yes, sir.

13      Q.   So these text messages were recorded

14  information, at least at one point; right?

15      A.   Yes.

16      Q.   And they were made or received by the FBI?

17      A.   Yes, sir.

18      Q.   So going back to what the definition of a

19  nonrecord is, a nonrecord is material that does not

20  meet the statutory definition of a record; is that

21  right?

22      A.   Yes.

23      Q.   So how is it that a text message is a

24  nonrecord?

25      A.   That is a question for the policymaker,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sir, not me.

2       Q.   Okay.  So did you make a conscious

3  decision to not keep the text messages with Mr.

4  Lucero, Mr. Griego, and Mr. Armijo?  Did you make a

5  conscious decision not to retain those?

6       A.   And Mr. Romero, Julian Romero.  I made

7  it -- if there had been substantive information

8  there, I would have needed to make a report.  And

9  based on the fact that I didn't make a report, I

10  guess I would agree with you that I did not.

11       Q.   Let's go to substantive information.

12  Would you agree that substantive communications

13  include factual information about investigative

14  activity?

15       A.   Yes, sir.

16       Q.   And Mr. Lucero gave you information

17  concerning investigative activity that you were

18  engaged in, namely the Archuleta investigation and

19  this other investigation; is that right?

20       A.   Yes.  He had given me the make and color

21  of his car, yes.

22       Q.   And the text messages that you had with

23  Mr. Lucero -- those were interaction with Mr. Lucero

24  in some form?

25       A.   Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                   FAX (505) 843-9492
                                                                        1-800-669-9492
                                                              e-mail: info@litsupport.com



1      Q.    And Mr. Lucero was a witness and

2  cooperator?

3      A.    At one time he was, yes.

4      Q.    So going to Government's Exhibit 1, page

5  5, it indicates that substantive communications

6  include interactions with witnesses, including

7  potential witnesses and informants; is that right?

8      A.    Factual information obtained during

9  interviews or interactions with witnesses.

10     Q.    And then also you're required to retain

11 substantive communications that might relate to the

12 bias of a witness; is that right?

13     A.    Yes, sir.

14     Q.    Now, in this case, various parties, but

15 mainly the Government, brought forth evidence before

16 the jury concerning the fear of certain witnesses in

17 this case; is that right?

18     A.    Yes, sir.

19          MR. CASTLE:  I have no other questions.

20          THE COURT:  Thank you, Mr. Castle.

21          Do any of the other defendants have

22 redirect of Mr. Acee?

23          All right, Mr. Acee, you may step down.

24 Thank you for your testimony.

25          Mr. Castle, do you have further witnesses

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   or evidence you want to present on your motion?
 2            MR. CASTLE:  I have no further witnesses
 3   or evidence.
 4            THE COURT:  Ms. Armijo, does the
 5   Government have witnesses or evidence it wishes to
 6   present?
 7            MS. ARMIJO:  No, Your Honor.  Thank you.
 8            THE COURT:  Do any of the other defendants
 9   have any witnesses or evidence they wish to present?
10            All right, Mr. Castle, if you wish to
11   argue your motion at this time.
12            MR. CASTLE:  Your Honor, if possible, I
13   want to go back and reference some of the discovery
14   materials, and I'd ask for permission to do it in
15   writing within a reasonable period of time.
16            THE COURT:  All right.  Any objection to
17   that, Ms. Armijo?
18            MS. ARMIJO:  No, depending on if the
19   United States has to respond, as long as it's in the
20   time.  I have a trial coming up that -- if we need
21   additional time.
22            THE COURT:  Any objection to that?
23            MR. CASTLE:  No objection.
24            THE COURT:  Any objection to that from the
25   defendants?  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              We'll work around your schedule,
 2   Ms. Armijo, if you desire to have any response.  So
 3   you want to hold off on arguing in support of your
 4   motion?
 5              MR. CASTLE:  Yes, Your Honor.
 6              THE COURT:  Can I ask you a couple of
 7   questions so I have it in mind?
 8              MR. CASTLE:  Yes, Your Honor.
 9              THE COURT:  Now, where we stand, is there
10   anything mechanical that the defendants are asking
11   the Court to do, now that we've had Mr. Acee on the
12   stand?  It doesn't look like there is, A, anything
13   to be produced; and B, it doesn't look like there is
14   anything for in camera review.  So it looks to me
15   like this is mostly a Jencks violation motion.  Am I
16   characterizing things correctly?
17              MR. CASTLE:  To some extent, yes, and no.
18   Let me tell if you about the "no" part.
19              THE COURT:  Take the first question.  Is
20   there anything mechanical that you're wanting the
21   Government to do that they haven't done?
22              MR. CASTLE:  I may.  One of the things
23   that I'm going to be checking on is that there was a
24   reference to a 2016 interview of Mr. Lucero.  Our
25   cursory review of the discovery here in court
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   doesn't reflect that that's been produced.  And

2   so -- but it may very well have been produced.  I'd

3   rather, before I ask the Court for anything

4   mechanical --

5           THE COURT:  Do you know, Ms. Armijo, or

6   Mr. Acee?  Do you know on that single issue?

7           MS. ARMIJO:  No, but I can find out about

8   it.

9           THE COURT:  I think you're about to get an

10  answer right here.

11          MR. ACEE:  Yes, sir.  I recorded

12  Mr. Lucero and I believe we played portions of it

13  during the trial.  I thought it was 2016.

14          MR. CASTLE:  Like I say, Judge, I just

15  want to make sure.

16          THE COURT:  Okay.  But other than that,

17  you're not sitting here right this minute -- I'm not

18  holding you to it, but you're not asking anything

19  mechanical that you know from the Government as far

20  as production or anything.

21          MR. CASTLE:  That's correct, Your Honor.

22          THE COURT:  And then, therefore, I can

23  kind of drop out this in camera review, it looks

24  like, correct?

25          MR. CASTLE:  Yes.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  So it looks like this is
 2   largely an alleged Jencks violation.
 3              MR. CASTLE:  Yes.  We didn't know whether
 4   the phone calls had been recorded.  The response
 5   said that the text messages had no longer been kept,
 6   so I wasn't going to ask for anything about the text
 7   messages.  But now that we've heard that the phone
 8   calls weren't recorded, I don't think there is
 9   anything that the Court can look at in camera.
10              THE COURT:  Okay.  That's the way I was
11   sizing it up, too.  So we'll hold off on any further
12   argument on that, Mr. Castle?
13              MR. CASTLE:  Yes, Your Honor.
14              THE COURT:  Anybody else on the defense
15   side want to say anything toward that motion?  I see
16   shaking heads.
17              Ms. Armijo, is it all right to hold off on
18   that argument?
19              MS. ARMIJO:  Yes, Your Honor.
20              THE COURT:  So we'll take up the second
21   motion that I understand the parties have agreed
22   would be next, and that's the Document 1841, which
23   is Mr. Sanchez' motion to dismiss the case for the
24   Government's outrageous misconduct in violation of
25   the Brady versus Maryland case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I think this was the motion that was filed
 2   back in March, and so kind of mid-trial or late
 3   trial or after the trial.  I think it was an early
 4   March motion, so we've touched on this a little bit
 5   in the past.  Ms. Jacks.
 6              MS. JACKS:  That's right, Your Honor.
 7   This is the motion regarding the pretrial interview
 8   of Lupe Urquizo, and this was the motion where Agent
 9   Sainato testified, in the hearing and at trial,
10   about the fact that he was the FBI agent that
11   participated in that interview and he took notes on
12   his computer.  And the 302 that was prepared omitted
13   a lot of that information.  That 302 was prepared by
14   Nancy Stemo.
15              So what I asked to be able to do today was
16   to essentially finish that hearing.  We have Agent
17   Sainato's testimony, and I actually brought a
18   transcript of that for the Court.
19              THE COURT:  Yeah, I think when I went back
20   and looked at my notes on this, I think I have a
21   65-page draft opinion on this, so we are pretty deep
22   into this motion.  I'm hoping to maybe crank that
23   one out.  But I wanted to hear what you had to say
24   today.
25              MS. JACKS:  Okay.  What I'd like to do is,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   I'd like to mark a couple of exhibits.  I'd like to

2   give the Court the testimony of Agent Sainato, and

3   then I'd like to call Nancy Stemo.  I saw she was

4   here earlier.  Is she available?

5           THE COURT:  All right.

6           MS. JACKS:  Did you want me to mark the

7   Sainato testimony?  I included everything.  It's

8   about 214 pages.  Some of it is not pertinent to

9   this motion, but I just wanted to be inclusive and I

10  included everything.

11          THE COURT:  I'm not particular.  If you

12  want to mark it all and there is no objection from

13  the Government, I'll just take it and you can tell

14  me what to look at, or I'll figure it out.

15          MR. CASTELLANO:  May I approach counsel,

16  Your Honor?

17          THE COURT:  You may.

18          MS. JACKS:  So Your Honor, my

19  understanding is, there is no objection.  How would

20  the Court like me to mark that?

21          THE COURT:  Why don't you mark this

22  Defendant's Exhibit 1 to the hearing on 1841.  Do

23  you recall if there were any other exhibits when we

24  did discuss this?

25          MS. JACKS:  I do, and I brought them.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   mean, I brought identical copies of what those

2   exhibits were.

3            THE COURT:  Do you know what they were

4   marked as?

5            MS. JACKS:  I do.  So that was the next

6   thing I wanted to mark.  The 302 that was prepared

7   by Agent Stemo is Bates stamped 51485.  That was

8   defense Exhibit S, as in Sam, and I have a copy of

9   that.

10            THE COURT:  At trial or just for purposes

11   of the hearing that we had on this motion?

12            MS. JACKS:  I think both.  Because I

13   think --

14            THE COURT:  We just kept the hearing?

15            MS. JACKS:  -- Agent Sainato testified in

16   the hearing about these exhibits and also in front

17   of the jury.

18            THE COURT:  May I make a suggestion?  Why

19   don't you put Trial Exhibit S, and then why don't

20   you underneath it say "Exhibit A to Document 1841

21   hearing," and that way I think that will be doubly

22   clear.  Does that work for you, Ms. Jacks?

23            MS. JACKS:  That's fine.  I just did that.

24            And then the other exhibit I have are the

25   notes, the four pages of notes that were the notes

SANTA FE OFFICE                                                                 MAIN OFFICE
119 East Marcy, Suite 110                                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                                             Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 843-9492                                                             FAX (505) 843-9492
                                                                               1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   of Agent Sainato.  That's Bates 54285 through 54288,

 2   and that was Trial Exhibit T.

 3              THE COURT:  Okay.  You want to do it the

 4   same way?

 5              MS. JACKS:  Yeah.

 6              THE COURT:  Is this all right with you,

 7   Mr. Castellano?

 8              MR. CASTELLANO:  It is, Your Honor.

 9              MS. JACKS:  And I'm going to mark that as

10   Exhibit B to the 1841 hearing.  And then why don't I

11   mark Sainato's testimony as Exhibit C?

12              THE COURT:  All right.  Sounds good.  Do

13   you want to move those for admission into this

14   hearing?

15              MS. JACKS:  Yes.

16              THE COURT:  Any objection, Mr. Castellano?

17              MR. CASTELLANO:  No, Your Honor.

18              THE COURT:  All right.  Exhibits A, B, and

19   C to Document 1841 hearing will be admitted into

20   evidence.

21              (Defendant Sanchez Exhibits A, B, and C

22   admitted.)

23              MS. JACKS:  We'd call Agent Stemo.

24              THE COURT:  Since we're doing a separate

25   hearing, I can't remember where we were on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  hearing before, but I'll ask Ms. Bevel to swear you

 2  in.

 3                   NANCY STEMO,

 4      after having been first duly sworn under oath,

 5      was questioned, and testified as follows:

 6          THE COURT:  Ms. Stemo, Ms. Jacks.

 7          MS. JACKS:  Thank you, Your Honor.

 8                 DIRECT EXAMINATION

 9  BY MS. JACKS:

10      Q.   Good morning, Agent Stemo.

11      A.   Good morning.

12      Q.   Can you tell us what your occupation and

13  assignment is?

14      A.   I'm a special agent with the Federal

15  Bureau of Investigation, assigned to the Albuquerque

16  Field Office.

17      Q.   And how long have you been a special

18  agent?

19      A.   Approximately two and a half years.

20      Q.   And were you assigned to assist in the SNM

21  investigation that resulted in these trials that

22  have taken place in 2018?

23      A.   Yes.

24      Q.   When were you assigned to that

25  investigation?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    October 2016.

 2        Q.    So that was after the cases had been

 3   indicted?

 4        A.    I believe so.

 5        Q.    And you came on sort of in the middle of

 6   the case?

 7        A.    Yes.

 8        Q.    And were you the lead investigator in the

 9   case?

10        A.    No.

11        Q.    Who was?

12        A.    Special Agent Bryan Acee.

13        Q.    And is Agent Acee senior to you in the

14   FBI?

15        A.    Yes.

16        Q.    Do you know by how many years?

17        A.    I'd guess about five or six.

18        Q.    Was Agent Acee the person that directed

19   you and supervised you during the course of this SNM

20   investigation?

21        A.    Yes.

22        Q.    Was there anybody else besides Agent Acee?

23        A.    Aside from my actual supervisor?

24        Q.    Who is your actual supervisor?

25        A.    At the time, Special Agent Sonya Chavez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And was Special Agent Chavez involved in
 2   this SNM investigation?
 3        A.    She was our squad supervisor, so she
 4   oversaw everything on that squad including this
 5   investigation.
 6        Q.    Would you go to her -- if you had
 7   questions because you were new, if you had questions
 8   about policy or procedure, would you go to Agent
 9   Acee, Agent Chavez, or both?
10        A.    Agent Acee.
11        Q.    And in terms of your participation in this
12   investigation, did you conduct interviews by
13   yourself without Agent Acee present?
14        A.    With other individuals, yes.
15        Q.    You mean with other FBI agents?
16        A.    Or task force officers.
17        Q.    Okay.  And in terms of when you would
18   prepare reports such as an FBI 302, was that
19   something that you would prepare and submit on your
20   own, or would you prepare and submit it to Agent
21   Acee for review?
22        A.    It depends on the situation.
23        Q.    Okay.  So some of each?
24        A.    Yes.
25        Q.    I want to direct your attention to two
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   exhibits.

2           MS. JACKS:  And Your Honor, if I can

3   approach Agent Stemo?

4           THE COURT:  You may.

5           MS. JACKS:  For ease, can I refer to these

6   as S and T?

7           THE COURT:  You can.  I think we'll know

8   what they are.  Do you mind adding maybe Trial

9   Exhibit S and T to --

10          MS. JACKS:  I'll try to do that.

11  BY MS. JACKS:

12      Q.   Agent Stemo, do you recognize the

13  documents I just gave you, Trial Exhibit S and Trial

14  Exhibit T?

15      A.   Yes.

16      Q.   And can you tell me just briefly what each

17  one of those is?

18      A.   Trial Exhibit S is an FBI 302 written by

19  myself regarding an interview with Lupe Urquizo.

20  And Trial Exhibit T appears to be Agent Sainato's

21  notes of that interview.

22      Q.   You said it appears to be.  Do you need to

23  do anything to confirm that that, in fact, is what

24  it is?

25      A.   Do you mind if I read it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Not at all.  Just let me know when you're

2  done.

3    A.   These are Agent Sainato's notes.

4    Q.   So you told us that you came in in the

5  middle of this investigation.  When you would

6  prepare to interview a witness or participate in a

7  witness interview, did you review the indictment?

8    A.   Yes.

9    Q.   Did you review prior FBI investigation

10  reports related to this investigation?

11    A.   Yes.

12    Q.   And did you speak to other people about

13  what was going on in the investigation?

14    A.   Yes.

15    Q.   Primarily in terms of guidance about the

16  importance of something to the investigation,

17  primarily did you rely on conversations with Agent

18  Acee, or were there other people that contributed?

19    A.   I would primarily rely on the reports that

20  were written.

21    Q.   Okay.  And then if you had questions or if

22  you were -- if you wanted more details, who would

23  you go to?

24    A.   It would depend on who wrote that report

25  or who was present for that.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                      1-800-669-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                  e-mail: info@litsupport.com

1      Q.   Okay.  As an overview, according to your

2   understanding, according to the Government's theory

3   of the case, did Mr. Sanchez participate in the

4   conspiracy and murder of Javier Molina?

5      A.   Yes.

6      Q.   And did he participate in those crimes,

7   according to the Government's theory, by approving

8   or authorizing the killing?

9      A.   Yes.

10      Q.   And did he also participate, according to

11   the Government's theory of the case, by assisting

12   and planning how the killing was going to happen?

13      A.   Yes.

14      Q.   And again, this is according to your

15   understanding of the Government's theory of the

16   case.  Did Mr. Sanchez participate in the Molina

17   murder by obtaining something from which weapons

18   could be made?

19      A.   I don't recall.

20      Q.   Do you recall whether, according to the

21   Government's theory of the case, Mr. Sanchez was the

22   person who obtained a piece of Rudy Perez' walker to

23   be fashioned into weapons with which to kill Molina?

24      A.   I believe he was present when that

25   conversation was had, but I don't know that he

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 843-9492                                                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   actually held on to the piece.
 2        Q.   Okay.  Is it your understanding, according
 3   to the Government's theory of the case, that
 4   Mr. Sanchez had some sort of conversation with Rudy
 5   Perez?
 6        A.   Yes.
 7        Q.   That caused him to provide a piece of his
 8   walker?
 9        A.   Yes.
10        Q.   And finally, according to your
11   understanding of the Government's theory of the
12   case, did Mr. Sanchez participate in the Molina
13   murder by assigning various roles to other
14   individuals?
15        A.   Yes.
16        Q.   And if the Government proved that
17   Mr. Sanchez did those things, would that show that
18   he conspired to commit the murder of Javier Molina?
19        A.   I don't believe that's up to me to decide.
20        Q.   Was it -- that's fine.  I accept that.  I
21   want you to take a look at Exhibit S.  And I think
22   you identified that as an FBI 302.
23        A.   Correct.
24        Q.   Did you prepare that exhibit?
25        A.   I did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And when did you prepare it?

2      A.    January 28, 2018.

3      Q.    And the report was documenting an

4  interview of Lupe Urquizo on January 22, 2018?

5      A.    Yes.

6      Q.    When in relation to the preparation of the

7  report did you provide it to the Government

8  prosecutors?

9      A.    I don't have an exact date.  It would be a

10  matter of days after the report was approved.

11      Q.    Within two or three days?

12      A.    I would approximate less an week.

13      Q.    How, just in general -- just sort of tell

14  me what the chain of custody would be.  You would

15  write the report of the 302, and then who would you

16  give it to?

17      A.    It would need to get approved by someone

18  in the FBI with approval authority.

19      Q.    Okay.

20      A.    Then I would -- more likely than not, I

21  would email it to the AUSAs and the paralegals

22  assigned to the case.

23      Q.    Okay.  So to the three prosecutors and

24  paralegals that were assisting them?

25      A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And who was the person, if you know, that

2    was reviewing the reports?  Or was it always the

3    same person or different people?

4      A.   I don't know.

5      Q.   There is not a section on that report that

6    indicates who approved it?  I'm talking about

7    Exhibit S.

8      A.   No.

9      Q.   And when you provided the 302 to the

10   Government prosecutors and paralegals, would you

11   provide anything else with it on that email?

12     A.   It depends.

13     Q.   It depends on what?

14     A.   If I have other reports to give to them,

15   any attachments to the reports, I would provide

16   those, as well.

17     Q.   Okay.  What about the notes?  For example,

18   when you interviewed a witness and took some notes

19   and then prepared a 302, would you include those

20   notes in the email?

21     A.   Not necessarily, no.

22     Q.   It would be a case-by-case basis?

23     A.   Yes.

24     Q.   Specifically with respect to Exhibit S,

25   the 302 that you prepared about the interview of

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

```
 1   Lupe Urquizo, did you forward anything else to the
 2   Government prosecutors at the time you gave them
 3   that 302?
 4        A.   Not that I recall.
 5        Q.   Is there something that would help you
 6   refresh your recollection?  For example, a copy of
 7   the sent email, and look to see what attachments
 8   were there?
 9        A.   That could help.
10        Q.   Do you know if you have that?
11        A.   I don't know.
12        Q.   Is that something you could check at
13   lunch?
14        A.   Yes.
15        Q.   I'd like to ask you to take a look at the
16   other exhibit up there.  That's Trial Exhibit T.
17   And can you tell us what that -- I think you've
18   identified that as Agent Sainato's notes.
19        A.   Correct.
20        Q.   Of the January 22 Urquizo interview.
21        A.   Right.
22        Q.   Did you prepare those notes?
23        A.   No.
24        Q.   Have you seen those notes prior to today?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    When?

 2        A.    When they were given to me in preparation

 3   for my 302 of that interview.

 4        Q.    Okay.  Who provided them to you?

 5        A.    I believe it was Agent Sainato.

 6        Q.    And did Agent Sainato provide them to you,

 7   like, in physical form, or did he email them to you?

 8        A.    He must have emailed them.

 9        Q.    And why do you say that?

10        A.    Because he was out of state and,

11   therefore, the only way to get them to me was to

12   either leave them on my desk or email.

13        Q.    And so he couldn't have left them on your

14   desk, because he wasn't physically present in New

15   Mexico?

16        A.    I believe he was out of state, yes.

17        Q.    Okay.  So your recollection is that you

18   received an email with the notes from Sainato?

19        A.    Yes.

20        Q.    And that would have been sometime before

21   January 28, 2018, when you prepared the 302?

22        A.    Before or on January 28.

23        Q.    Specifically directing your attention to

24   Trial Exhibit T, did you provide those notes to the

25   Government prosecutors and paralegals?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I don't think I did.

2      Q.   And why do you say you don't think you

3  did?

4      A.   Because they're Agent Sainato's notes.  I

5  typically don't include notes that aren't mine.  I

6  guess it is possible, when we went through all of

7  our records looking for handwritten notes of

8  interviews, that I could have provided them, but I'm

9  not sure if I did.

10     Q.   Okay.  But you had them when you prepared

11 the 302?

12     A.   Yes.

13     Q.   So is it possible that you emailed those

14 to the Government shortly after January 28 when you

15 emailed them the 302?

16     A.   It's possible, but I don't think I did.

17     Q.   And is that something that you could

18 potentially check over the lunch recess?

19     A.   Yes.

20     Q.   And correct me -- well, let me just go

21 back.  Do you have any specific recollection of

22 providing those notes, Trial Exhibit T, to the

23 Government prosecutors?

24     A.   No.

25     Q.   Do those notes look different than the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   notes that you took during interviews?

 2        A.   Yes.

 3        Q.   And what's the difference?  What's the

 4   main difference?

 5        A.   I typically handwrite my notes.

 6        Q.   And these notes are typed?

 7        A.   Yes.

 8        Q.   Agent Stemo, did you participate in the

 9   January 22, 2018, interview of Lupe Urquizo?

10        A.   I did not.

11        Q.   You weren't even in the room?

12        A.   Correct.

13        Q.   And can you tell us how it was that you

14   came to write a 302 of a witness interview that you

15   had nothing to do with?

16        A.   Agent Sainato contacted me and told me he

17   had not written the report, and it needed to be

18   written to provide to defense in a timely manner,

19   and he was out of state and did not have access to

20   computers to submit the report.

21        Q.   Now, Agent Sainato was a relatively new

22   FBI agent, as well; right?

23        A.   Yes.

24        Q.   Who has more seniority?  You or Sainato?

25        A.   He does.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   He does?

 2        A.   Yes.

 3        Q.   And when he made this request of you, was

 4   it unusual?

 5        A.   Yes.

 6        Q.   And did you speak with anybody about what

 7   Agent Sainato was asking you to do?

 8        A.   I don't think I did.

 9        Q.   You don't think so?

10        A.   No.

11        Q.   So it's your recollection that Sainato

12   asked you to write the 302, emailed you the notes,

13   and then you did what he said?

14        A.   Yes.

15        Q.   Since you didn't participate in the

16   interview, what did you rely on to prepare Trial

17   Exhibit S, the FBI 302?

18        A.   His notes and also the other 302s written

19   on interviews by Lupe Urquizo.

20        Q.   And the other 302s -- would that be an FBI

21   302 from February 24, 2017; March 6, 2017; August

22   22, 2017?

23        A.   I'm not sure about the dates, but there

24   were several.

25        Q.   Just so we make sure the record is clear,
```



SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492
                                                   1-800-669-9492
                                                   e-mail: info@litsupport.com

1  I'm going to grab those reports and show them to you

2  to make sure.

3           MS. JACKS:  I guess, Your Honor, I'd

4  better mark these.  So why don't I start with the

5  FBI report dated February 24, 2017, Bates pages

6  43636 and -637.  That would be Exhibit D.

7           THE COURT:  You're moving these admission?

8           MS. JACKS:  I will so that the record is

9  complete, if there is no objection.

10          THE COURT:  Any objection, Mr. Castellano?

11          MR. CASTELLANO:  If I can take a look

12  after she finishes, I don't think there will be any

13  objection.

14          THE COURT:  All right.

15          MS. JACKS:  That is a seven-page report

16  dated March 6, 2017, that would be E; and a

17  four-page report dated August 22, 2017, that would

18  be F.

19          MS. ARMIJO:  Your Honor, the Government

20  has no objection.

21          THE COURT:  Any objection from any of the

22  other defendants?

23          All right.  Not hearing any -- well, I

24  guess Defendant's Exhibits D, E, and F will be

25  admitted into evidence.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendant Sanchez Exhibits D, E, and F
 2   admitted.)
 3              MS. JACKS:  Thank you.  And may I approach
 4   Agent Stemo?
 5              THE COURT:  You may.
 6              MS. JACKS:  I apologize these aren't
 7   stapled.
 8              THE COURT:  Do you want a stapler?
 9              MS. JACKS:  Yes, that's probably better.
10   Thank you.
11   BY MS. JACKS:
12        Q.   Agent Stemo, I'm going to give you a
13   minute to look at those Exhibits D, E and F.  But my
14   question is:  Are those the FBI 302s that you
15   reviewed and relied upon in preparing your January
16   22, 2018, 302 for Lupe Urquizo?
17        A.   Yes, they are.
18        Q.   So those three documents, Exhibits D, E,
19   and F, along with Agent Sainato's notes which are
20   Trial Exhibit T -- those are the four documents that
21   you relied on in preparing your 302, Exhibit S?
22        A.   Yes.
23        Q.   Okay.  Was there anything else?
24        A.   I don't think so.
25        Q.   What about discussions with anybody?  For
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   example, discussions with Agent Sainato?

2        A.   No.

3        Q.   What about discussions with Agent Acee?

4        A.   No.

5        Q.   What about discussions with either U.S.

6   Attorney Beck or U.S. Attorney Castellano who were

7   present during that interview?

8        A.   I don't think U.S. Attorney Castellano was

9   present.  I guess it's possible, since I wasn't

10  there.  But no, I did not include those discussions

11  in my 302.

12       Q.   You mean you didn't rely on discussions

13  with those individuals to prepare the 302?

14       A.   No.  Are you getting at the guidance?

15       Q.   No, I'm talking about when you initially

16  sat down and prepared the 302, which is Trial

17  Exhibit S.

18       A.   Yes.

19       Q.   I think you said you relied on Sainato's

20  notes, Trial Exhibit T; right?

21       A.   Yes.

22       Q.   And Exhibits D, E, and F, the prior

23  interviews -- the 302s for the prior interviews of

24  Lupe Urquizo.

25       A.   Yes.



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com

1    Q.   What I'm asking you now is:  When you sat

2    down to initially prepare that 302, did you rely on

3    conversations with anybody?

4    A.   Regarding the facts?

5    Q.   Regarding what happened on January 22

6    during the interview of Mr. Urquizo when you weren't

7    there.

8    A.   No, those discussions aren't in the 302.

9    Q.   Okay.  My question is:  Did you have those

10   discussions?

11   A.   We did have a discussion about what would

12   be included in pretrial reports.

13   Q.   Specifically with respect to preparation

14   of the 302 that's Exhibit S.  Prior to preparing it,

15   did you have discussions with anyone regarding its

16   content?

17   A.   Specific to this 302?  No.

18   Q.   Now, you said just a minute ago that you

19   don't think Mr. Castellano was present during the

20   January 22 interview of Lupe Urquizo.

21   A.   Correct.

22   Q.   But you don't know, because you weren't

23   there.

24   A.   Correct.

25   Q.   But I'm going to ask you to take a look at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    Exhibit T, which is one of the documents you relied

2    on to prepare the 302, and specifically ask you to

3    look at the second line of the first paragraph.

4         A.   I see it.

5         Q.   Does that -- do Agent Sainato's notes

6    reflect that both Matthew Beck and Randy Castellano

7    were present during the interview?

8         A.   It does.

9         Q.   With respect to Trial Exhibit S, how long

10   is that?

11        A.   Four paragraphs.

12        Q.   About two-thirds of a page?

13        A.   About.

14        Q.   And how long is Trial Exhibit T, Agent

15   Sainato's notes?

16        A.   Four pages.

17        Q.   Four typewritten pages?

18        A.   Yes.

19        Q.   And are those typewritten pages

20   single-spaced or double-spaced?

21        A.   The paragraphs are single-spaced.  There

22   are double spaces between paragraphs and some other

23   notes.

24        Q.   Would you agree with me that Agent

25   Sainato's notes are more detailed, significantly

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492
                                                   e-mail: info@litsupport.com



 1   more detailed than the 302 you prepared?

 2        A.   Yes.

 3        Q.   Do you know how long the interview lasted

 4   with Lupe Urquizo on January 22, 2018?

 5        A.   I don't know.

 6        Q.   Now, looking at Trial Exhibit S, the 302,

 7   who is listed as the author of the 302?

 8        A.   I am.

 9        Q.   And is Trial Exhibit S, the 302, the first

10   draft of the 302 that you prepared that was supposed

11   to document the January 22 statements of Urquizo?

12        A.   We don't have drafts.  They're either

13   finalized or not.

14        Q.   Well, let me ask it this way, then.  When

15   you prepared the 302 on January 28, did you type it?

16        A.   Yes.

17        Q.   And prior to it being finalized, did you

18   show it to anybody?

19        A.   I don't think I did.

20        Q.   You said you don't think.  Is there some

21   doubt?

22        A.   Sometimes there's cases where I show my

23   work to others.  I don't believe I did that in this

24   specific instance.

25        Q.   You don't believe you did it in this



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   specific case?

 2        A.   Right.

 3        Q.   Did you discuss the content of the 302

 4   with anybody prior to it being finalized?

 5        A.   I don't think so.

 6        Q.   Is there anything that -- I don't know

 7   what you might have or what might help refresh your

 8   memory so you could be more certain.  Is there

 9   anything?

10        A.   No.

11        Q.   Is the 302 that is Trial Exhibit S -- let

12   me ask it this way.  How is the 302 that is Trial

13   Exhibit S -- how does that compare to what you

14   originally typed up on January 28?

15        A.   The 302 is what I typed up on January 28.

16        Q.   So it's identical?

17        A.   Yes.

18        Q.   Now, in the 302, Trial Exhibit S, did you

19   list yourself as somebody that participated in the

20   interview of Lupe Urquizo on January 22?

21        A.   I did not.

22        Q.   And why not?

23        A.   I wasn't there.

24        Q.   Did you list Agent Sainato as somebody

25   that participated in that interview with Lupe
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                        1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                              e-mail: info@litsupport.com

1    Urquizo on January 22?

2         A.   No, I didn't.

3         Q.   And why not?

4         A.   I'm not sure.  Mistake, probably.

5         Q.   How did you refer to the FBI agents who

6    participated in the interview with Lupe Urquizo on

7    January 22 in that 302, Exhibit S?

8         A.   I don't think I did.  I just said "FBI

9    personnel."

10        Q.   So you referred to the people

11   participating in that interview from the FBI as FBI

12   personnel?

13        A.   Yes.

14        Q.   And didn't list the name or names?

15        A.   Right.

16        Q.   And is that how the FBI participants in

17   the other interviews of Lupe Urquizo were documented

18   in FBI 302s?

19        A.   No.

20        Q.   I'm sorry?

21        A.   No.

22        Q.   No?

23        A.   No.

24        Q.   In the other 302s, Exhibits D, E, and F,

25   they're referenced specifically by name; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    Is it consistent with accepted FBI
 3   policies and procedures to prepare a 302 report of
 4   an investigation that you personally had nothing to
 5   do with?
 6        A.    I don't know.
 7        Q.    What do you think?
 8        A.    Probably not.
 9        Q.    Right.  What's the purpose of the 302?
10        A.    To report what happened or what was said.
11        Q.    And if you're not in the room to hear what
12   was said, how can you reliably report on it?
13        A.    I agree.  In this instance, which was
14   unusual, as you've said, Agent Sainato left, and in
15   order to get discovery to the defense in a timely
16   manner, we did something unusual.
17        Q.    In fact, it's contrary to accepted FBI
18   practices and procedures to prepare a 302 of an
19   interview that you did not participate in; right?
20        A.    I don't know for sure.
21        Q.    Well, did you get trained in how to be a
22   special agent?
23        A.    Yes.
24        Q.    Okay.  And did any of that training have
25   to do with preparation of 302 reports, official
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   reports of FBI investigations?

2       A.   Yes.

3       Q.   And did any part of that training discuss

4   how to prepare a report of an investigation that you

5   didn't do?

6       A.   I don't think so.

7       Q.   Whose idea was it to reference the FBI

8   agent that participated in the January 22 interview

9   of Urquizo by the term "FBI personnel"?

10      A.   I don't know for sure.  I assume that was

11  me, since I wrote it.

12      Q.   Who else's idea could it possibly have

13  been?

14      A.   Just mine.

15      Q.   Did you reference -- let me just ask you

16  first, who does "FBI personnel" reference?

17      A.   In this case?

18      Q.   Yes.

19      A.   Sainato.

20      Q.   Agent Sainato?

21      A.   Yes.

22      Q.   And only Agent Sainato; right?

23      A.   I can't say that there weren't other

24  personnel from the FBI in that room at one point in

25  time.

SANTA FE OFFICE                                                         MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But according to Agent Sainato's notes, he
 2   was the only FBI agent present during that
 3   interview; right?
 4        A.   At the beginning.  I don't know if anybody
 5   came in later.
 6        Q.   Did you discuss using the term "FBI
 7   personnel" in that 302, Exhibit S, with anybody
 8   else?
 9        A.   No.
10        Q.   And did you refer to Agent Sainato in that
11   302 as FBI personnel to obscure the fact that you
12   were writing a report, a 302 of an interview that
13   you didn't participate in?
14        A.   No.
15        Q.   Why did you do it?
16        A.   It was a mistake.
17        Q.   It's a mistake, obviously, now, when you
18   look back at it; right?
19        A.   Yes.
20        Q.   But why did you do it at the time?
21        A.   I don't think I had any nefarious reasons.
22   I just -- it could have been part of a pony that we
23   had --
24        Q.   I'm sorry?
25        A.   -- forgot to change it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I didn't hear the full answer.

2    A.   The beginning of the 302 could have been

3  part of a pony or a template that we had and I

4  neglected to change it or forgot to change it.

5    Q.   Prior to preparing Trial Exhibit S, had

6  you ever written a 302 before referencing the

7  federal agents present as, quote, "FBI personnel"?

8    A.   I don't know.

9    Q.   In your 302, Trial Exhibit S, did you list

10  the U.S. Attorneys that were present during the

11  interview of Lupe Urquizo on January 22?

12    A.   I listed AUSA Matthew Beck.

13    Q.   And I think we spoke about this earlier.

14  You did not list AUSA Randy Castellano?

15    A.   Correct.

16    Q.   And do you know from personal knowledge

17  whether Mr. Beck was present during the interview?

18    A.   No.

19    Q.   Okay.  You know based on Agent Sainato's

20  notes?

21    A.   Correct.

22    Q.   And do you know from personal knowledge

23  whether AUSA Castellano was present?

24    A.   No.

25    Q.   But you know from Agent Sainato's notes

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492
                                                                         1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                            e-mail: info@litsupport.com

 1  that the notes say he was there?

 2      A.   Correct.

 3      Q.   Did you have any discussions with anybody,

 4  Agent Sainato or U.S. Attorneys Beck or Castellano,

 5  about who was present during the interview or whose

 6  name to include in the 302?

 7      A.   I assume that when Agent Sainato called me

 8  to ask that I write this report, that he mentioned

 9  Matt Beck, and that's why I included him.

10      Q.   Okay.  And he didn't mention Randy

11  Castellano?

12      A.   Not that I remember.  He could have.

13      Q.   And when you prepared the 302, what was in

14  your mind with that conversation with Agent Sainato,

15  when you prepared the 302 of the interview Matt Beck

16  and I conducted?

17      A.   Yes.

18      Q.   So even though it was in the notes that

19  Randy Castellano was there, you left that out of the

20  302.

21      A.   I did.

22      Q.   Did you leave Mr. Castellano out of the

23  302 for some reason, or do you think it was a

24  mistake?

25      A.   I think it was a mistake. I think I was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    trying to turn this 302 out as quickly as possible

2    so that it could be turned over to defense.

3         Q.   So you were under some sort of time

4    pressure?

5         A.   Yes.

6         Q.   And because of that time pressure, you

7    didn't review Agent Sainato's notes, Exhibit T, as

8    carefully as you might have otherwise?

9         A.   I think I reviewed the content.  I may

10   have neglected to include with more specificity as

11   to who was there.

12        Q.   You've told us today that Trial Exhibit T

13   are Sainato's notes and that you had nothing to do

14   with preparing those notes; right?

15        A.   Correct.

16        Q.   Have you ever held those notes out or

17   represented to anybody that the notes in Trial

18   Exhibit T were your notes?

19        A.   No.

20        Q.   And you told us that you think, to the

21   best of your recollection, you got those notes from

22   Agent Sainato as an email attachment?

23        A.   I believe so.

24        Q.   And do you know what format the file was

25   in?  For example, was it a Word document, or was it

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   a PDF file, or something else?

2        A.   I don't remember.

3        Q.   Do you remember what the attachment or the

4   file was named that Agent Sainato sent you?

5        A.   I don't.

6        Q.   That's something, though, that you could

7   potentially find out if you found that email.  And

8   I'm assuming that email would have been sent to you

9   by Agent Sainato on or shortly before January 28,

10  2016?

11       A.   Yes.

12       Q.   And I think we've established -- I just

13  want to take this sort of methodically.  But I think

14  we have established you're not sure how the notes

15  ultimately got to the Government prosecutors,

16  whether they came from you or Agent Sainato or

17  somebody else?

18       A.   Correct.

19       Q.   And do you know what format the notes,

20  Trial Exhibit T, were handed over to Government

21  prosecutors?  In other words, as a Word document, or

22  as a PDF, or something else?

23       A.   I don't know.

24       Q.   Do you have any idea what the file itself

25  was named?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    The electronic file that contained the

 3   content of Trial Exhibit T?

 4        A.    I don't know.

 5        Q.    Okay.

 6              MS. JACKS:  Your Honor, I have a

 7   screenshot that I took of my computer depicting

 8   items that were turned over by the Government,

 9   depicting some of the items that were turned over by

10   the Government on March 2, 2018, in the evening

11   hours.  Can I mark that next in order?  I think that

12   would be G.

13              THE COURT:  Yeah, I don't have any problem

14   with that.  Your motion was filed on March 1st,

15   so...

16              MS. JACKS:  Then it would be -- excuse me.

17   Yeah.  Let me just -- this would have been February

18   28, I think, at 7:00 p.m., and I think -- the time

19   of that disclosure I think is referenced in my

20   original motion.

21              THE COURT:  Okay.  Any objection,

22   Mr. Castellano?

23              Are you moving this admission?

24              MS. JACKS:  Let me show him a copy.

25              THE COURT:  All right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. CASTELLANO:  While she's showing me
 2   the copy, I may have attached -- actually, I do have
 3   an attachment to the Government's response to the
 4   motion for a new trial, all of the discovery
 5   letters, so there may be some overlapping.
 6            THE COURT:  Is that your response to 2408?
 7   That's your 1850, isn't it?
 8            MR. CASTELLANO:  Actually, my response to
 9   2408 I think is 2442, and the discovery letters are
10   attached.
11            THE COURT:  Okay.  Should we just be
12   taking your 2408 at the same time here, or is there
13   a reason to separate those out?
14            MS. JACKS:  I don't think so.  I think my
15   block of time included this and our new trial Rule
16   29.
17            THE COURT:  So we'll just upgrade this.
18   This includes 2408.  So we'll just take this all
19   together.
20   BY MS. JACKS:
21       Q.   Agent Stemo, I want to ask you to take a
22   look at Trial Exhibit T, Agent Sainato's notes, and
23   can you tell me what the Bates numbers on those
24   notes are?
25       A.   U.S. v. DeLeon, et al., 54285 to 54288.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  Okay.  And may Exhibit G be
 2    admitted?  This is a screenshot of part of the
 3    discovery that was turned over on February 28.
 4              THE COURT:  Any objection, Mr. Castellano?
 5              MR. CASTELLANO:  Your Honor, I think she
 6    can lay a better foundation or write something on
 7    the exhibit so we know what it is.  When we look at
 8    the records it's going to be an extract of a page.
 9              THE COURT:  I don't know if she can help,
10    as far as any foundation.
11              MS. JACKS:  I'm just going to ask her to
12    identify the actual file that was disclosed to us
13    electronically.
14              THE COURT:  Okay.  Go ahead and see if you
15    can satisfy Mr. Castellano.
16              MS. JACKS:  Do you mind if I approach and
17    show her the exhibit?
18              THE COURT:  Go ahead.
19              MS. JACKS:  Thank you.
20              MR. CASTELLANO:  Sorry, Your Honor, what
21    was the date again of that exhibit?
22              MS. JACKS:  The screenshot was February
23    28.  And it's a partial.  It captures a part -- a
24    listing of part of the documents that were disclosed
25    that evening by the Government.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. JACKS:

 2        Q.   Do you recognize that list of documents,

 3   Agent Stemo, to some extent?

 4        A.   Yes.

 5        Q.   And is there an entry or a document that

 6   purports to be Bates pages 54285 to 54288?

 7        A.   Yes.

 8        Q.   And can you tell us the name of that

 9   electronic document that was disclosed by the

10   Government?

11        A.   Yes.  "Agent Stemo's notes, re-interview

12   of Lupe Urquizo on 1/22/18."

13        Q.   Did you do anything to rename an

14   electronic file that was produced by Agent Sainato

15   to reflect that it was your notes of the January 22

16   interview of Lupe Urquizo?

17        A.   No.

18        Q.   Would you agree with me that that file

19   misrepresents what the content actually was?

20        A.   Yes.

21        Q.   And how does it misrepresent the content?

22        A.   Those aren't my notes.

23        Q.   They're Agent Sainato's notes?

24        A.   Correct.

25        Q.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

120

```
 1          MR. CASTELLANO:  Your Honor, for the
 2   record, Document 2451-11 is the email from the
 3   Government to the paralegal.
 4          THE COURT:  All right.  So any objection
 5   to this coming in as an exhibit in this hearing,
 6   Mr. Castellano?
 7          MR. CASTELLANO:  No, Your Honor, because
 8   I'll also be moving the admission of these
 9   documents.
10          THE COURT:  All right.  So Defendants'
11   Exhibit -- or Sanchez Exhibit G will be admitted
12   into evidence.
13          (Defendant Sanchez Exhibit G admitted.)
14   BY MS. JACKS:
15      Q.   Do you know how that electronic file got
16   the name "Agent Stemo's notes of the Lupe Urquizo
17   interview"?
18      A.   I don't.
19      Q.   And you said you had nothing to do with
20   naming it that?
21      A.   Correct.
22      Q.   Do you know whose idea it was to name the
23   file "Agent Stemo's notes"?
24      A.   I do not.
25      Q.   Do you know when it was named that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    I do not.

2    Q.    When Agent Sainato emailed you the file

3 containing his notes of the Urquizo interview, was

4 it named "Agent Stemo's notes"?

5    A.    I don't know.

6    Q.    Let me just finish the question, because I

7 want to read it exactly.  Was it named "Agent

8 Stemo's notes re: interview of Lupe Urquizo on

9 January 22, 2018"?

10    A.    I don't think so.

11    Q.    Okay.  Because that would have been

12 completely untrue.

13    A.    Correct.

14    Q.    And Agent Sainato would have had no reason

15 to name his notes of the interview your notes of the

16 interview?

17    A.    Correct.

18    Q.    Have you had any conversations with

19 anybody about why that file containing Agent

20 Sainato's notes was renamed to make it appear as if

21 the notes were yours?

22    A.    No.

23    Q.    Is it consistent with generally accepted

24 FBI practices and procedures to rename electronic

25 files to try to obscure the true author?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                   e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    In fact, that would be directly contrary

 3   to FBI practices and procedures; correct?

 4        A.    I assume so.

 5        Q.    Was the file containing Agent Sainato's

 6   notes of the January 22 Urquizo interview renamed to

 7   obscure the fact that you weren't there?

 8        A.    I don't think so.

 9        Q.    Was it renamed to make it appear that the

10   person who prepared the 302, the official report of

11   the investigation, was actually present during the

12   interview?

13        A.    I don't think so.

14        Q.    Do you know why the file was renamed?

15        A.    I assume it was a miscommunication.

16   Someone saw that I wrote a 302 and assumed those

17   were my notes.

18        Q.    And certainly the content of the 302,

19   referring to the FBI agent participating in the

20   interview as "FBI personnel," could contribute to

21   someone making that faulty conclusion.

22        A.    Yes.

23        Q.    And when you chose to use the term "FBI

24   personnel" in the 302, did you use that term so that

25   somebody making some sort of conclusion about who
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                           1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1  was there could conclude that you were there?

2       A.   I don't think so.

3       Q.   Now, I want to talk to you about

4  information that's in Agent Sainato's notes, Exhibit

5  T, Trial Exhibit T, and ask you about whether that

6  information appeared in the official report of that

7  interview, Trial Exhibit S, that you prepared.  So

8  if you need to reference any of those documents,

9  just let me know and I'll give you time to look.

10            According to Agent Sainato's notes, on

11  January 22, 2018, did Lupe Urquizo tell Agent

12  Sainato and the U.S. Attorneys that were present

13  that Mario Rodriguez instructed Urquizo to bring the

14  paperwork to Southern New Mexico Correctional

15  Facility by having Urquizo's brother give him the

16  message?

17       A.   Yes.

18       Q.   Is that information contained in Trial

19  Exhibit S, the 302 that you prepared?

20       A.   No.

21       Q.   Who decided to leave that information out

22  of the official report of investigation?

23       A.   I did.

24       Q.   And did you decide on your own, or did you

25  get advice from somebody else or some other people?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1        A.    On my own.

 2        Q.    Do Agent Sainato's notes, Trial Exhibit T,

 3   indicate that on January 22, Lupe Urquizo told Agent

 4   Sainato and other people present during that

 5   interview that when Urquizo got to Southern New

 6   Mexico Correctional Facility, there was no property

 7   officer on duty and he couldn't immediately get his

 8   property?

 9        A.    Something to that effect, yes.

10        Q.    And does that information appear in the

11   official report of investigation, the 302, Exhibit

12   S?

13        A.    No, it doesn't.

14        Q.    And who decided to omit that information

15   from the 302, Exhibit S?

16        A.    I did.

17        Q.    And did you do that on your own, or did

18   anybody else participate in that decision with you?

19        A.    On my own.

20        Q.    Do Agent Sainato's notes, Trial Exhibit T,

21   reflect that on January 22, 2018, Lupe Urquizo said

22   that Mario Rodriguez passed a note under the door

23   asking if Urquizo had the Molina paperwork?

24        A.    Yes.

25        Q.    And is that information contained in the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  official report of investigation that you prepared,

2  Exhibit S?

3       A.   No.

4       Q.   Who decided to omit that information from

5  the 302?

6       A.   I did.

7       Q.   And did you do that on your own, or did

8  you have discussions about that with anybody else?

9       A.   On my own.

10      Q.   Do Agent Sainato's notes, Trial Exhibit T,

11  reflect that on January 22, 2018, Lupe Urquizo told

12  him that Rodriguez, Mario Rodriguez, said that

13  Montoya, Jerry Montoya, Jerry Armenta, and Timothy

14  Martinez were going to be tasked with killing

15  Molina?

16      A.   Yes.

17      Q.   And is that information contained in the

18  302 that you prepared, Exhibit S?

19      A.   No.

20      Q.   And who decided to omit that information?

21      A.   I did.

22      Q.   And did you do that on your own?

23      A.   I did.

24      Q.   Do Agent Sainato's notes of the January

25  22, 2018, interview of Lupe Urquizo reflect the fact

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that on that date, Urquizo said that Daniel Sanchez

2   was assigned to cover the cameras?

3        A.   Yes.

4        Q.   And is that information reflected in

5   Exhibit S, the 302 you prepared?

6        A.   No.

7        Q.   Who decided to omit that information from

8   the 302?

9        A.   I did.

10        Q.   And did you make that decision on your own

11   or with advice from somebody else?

12        A.   On my own.

13        Q.   And finally, do Agent Sainato's notes,

14   Exhibit T, reflect that on January 22, 2018, after

15   the Molina murder, that Lupe Urquizo, Mario

16   Rodriguez, David Calbert, Robert Martinez, and Roy

17   Martinez discussed killing Daniel Sanchez because,

18   quote, "he did not participate in the Molina

19   homicide or even cover the camera like he was

20   supposed to"?

21        A.   Yes.

22        Q.   And is that information reflected in the

23   official report of the interview that you prepared,

24   Exhibit S?

25        A.   It is not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And who decided to omit that information
2  from the 302?
3     A.   I did.
4     Q.   And did you do that in consultation with
5  anyone else?
6     A.   On my own.
7     Q.   I just have a few more questions, and it's
8  regarding the release of the notes that are Exhibit
9  T.  Do you know who made the decision to release
10 Exhibit T, the notes of the January 22 Urquizo
11 interview, to the defendants in this case?
12    A.   I don't know.
13    Q.   Do you know when that decision was made?
14    A.   I don't.
15    Q.   If the notes were released on the evening
16 of February 28, 2018, do you know how -- how much
17 prior to that there were discussions about releasing
18 those notes?
19    A.   I believe it was like a day or two, we
20 were ordered to produce them during the day.  And
21 after court ended, we went and tried to find
22 everything.
23    Q.   So your recollection is:  The Judge
24 ordered the notes produced, and then you scrambled
25 around, got them together, and you released them

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                               201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   that night?
 2        A.   I'm not sure if it was that night, but it
 3   was a short timeframe.
 4        Q.   Were you privy to any discussions
 5   concerning whether to release the notes?
 6        A.   No.
 7        Q.   Were you privy to any discussions about
 8   the timing of releasing those notes?
 9        A.   No.
10             MS. JACKS:   I have nothing further at this
11   time.
12             THE COURT:   Thank you, Ms. Jacks.
13             Did anybody join back on March 1st?  My
14   memory is that everybody joined that motion, but I
15   just don't remember.  I don't have a joinder, a
16   formal joinder, but I think we were moving rather
17   quickly, and my memory is in the courtroom,
18   everybody jumped up and said they joined Ms. Jacks'
19   March 1st motion.
20             Does anybody want to speak on that issue?
21             MS. BHALLA:   On the joinder issue, Your
22   Honor?
23             THE COURT:   Well, I just don't remember if
24   there was a formal joinder.  But I remember there
25   being -- my memory is it was an oral joinder with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    her motion at the time.

2              MS. BHALLA:  My memory is that Mr. Herrera

3    did orally join that motion, Your Honor.

4              THE COURT:  Does anybody have

5    cross-examination of Ms. Stemo on either this motion

6    or Ms. Jacks' 2408?  Mr. Lowry?

7              MR. LOWRY:  No, Your Honor, and I'll just

8    second Ms. Bhalla's.

9              THE COURT:  That's my memory, everybody

10   jumped up and joined that.

11             All right, Mr. Castellano.  Do you have

12   cross-examination of Ms. Stemo?

13             MR. CASTELLANO:  Yes, Your Honor.

14             THE COURT:  Mr. Castellano.

15                    CROSS-EXAMINATION

16   BY MR. CASTELLANO:

17        Q.   Agent Stemo, you testified earlier that

18   it's not common for one agent to prepare a report

19   from another agent's notes; is that correct?

20        A.   Correct.

21        Q.   What was different about this situation?

22        A.   Agent Sainato had left New Mexico and did

23   not have access to our systems to produce a report

24   on his own.

25        Q.   And what was the importance of getting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  this information out to the defendant?

2       A.   Getting it to them in a timely manner,

3  because we were about to start trial or were in

4  trial.

5       Q.   Do you recall that trial began on January

6  29 of 2018?

7       A.   Yes.

8       Q.   And looking at Exhibit S, it appears that

9  the date drafted was January 28, 2018; is that

10 correct?

11      A.   Yes.

12      Q.   And looking at the upper right-hand corner

13 where it says "Date of entry" on that report, what

14 does it indicate?

15      A.   January 29, 2018.

16      Q.   What does it mean that there's a

17 difference between those two dates?

18      A.   The date drafted is the date that the

19 report is entered and submitted.  The date of entry

20 is the date the report is approved and ready for

21 dissemination.

22      Q.   So then is it fair to say that you

23 potentially drafted this on the 28th and had it

24 approved the next day, the 29th?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   At that point, would you then have sent it

2  to the United States Attorney's Office for

3  disclosure?

4      A.   Yes.

5      Q.   You were asked about the phrase "FBI

6  personnel" being present for the interview.  You

7  mentioned -- I think you called it a pony?

8      A.   Yes.

9      Q.   Is it also known as a go-by?

10     A.   Yes.

11     Q.   So was there an indication that there were

12 other reports which started out with an introductory

13 statement that FBI personnel were present rather

14 than specific names?

15     A.   Yes.

16     Q.   And you mentioned when you prepared the

17 report which is Exhibit S, the January 22, 2018,

18 interview of Lupe Urquizo, that you reviewed other

19 reports in preparation for that report; is that

20 correct?

21     A.   Yes.

22     Q.   And why is it that after comparing the

23 notes and the other 302s from -- and the other 302s,

24 that we have three paragraphs in your report, which

25 is Exhibit S?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   The three paragraphs included new or
 2   potentially contradictory information provided by
 3   Lupe Urquizo on that date.
 4        Q.   Is that the conclusion you drew from
 5   looking at the notes and comparing that to the other
 6   302s which were statements by Lupe Urquizo?
 7        A.   Yes.
 8        Q.   And so was the purpose of your report,
 9   Exhibit S, to --
10             MS. JACKS:  Objection, leading.
11             THE COURT:  Yeah.  Don't lead.  I'll get
12   more information on this from Ms. Stemo if you don't
13   lead her.
14   BY MR. CASTELLANO:
15        Q.   So in other words, why are there just
16   three paragraphs there, as opposed to four pages
17   from Agent Sainato's notes?
18        A.   The purpose of our pretrial interviews and
19   subsequent reports was to provide any new
20   information to defense counsel that wasn't
21   previously provided.  I don't think we wanted to
22   inundate them with information they already had, and
23   therefore, we chose to only provide them new
24   information.
25        Q.   What were you aware of in terms of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  conspiracy to murder Daniel Sanchez following the

2  Molina murder?

3      A.   There was talk amongst SNM that they

4  wanted to hit him.

5           MS. JACKS:   Objection, this is hearsay.

6           THE COURT:   Well, you know, we can sort

7  this out in any findings of fact and conclusions,

8  but I may need to hear it post trial.   Overruled.

9  BY MR. CASTELLANO:

10     Q.   Please continue.

11     A.   The SNM talked about hitting Daniel

12 Sanchez because he failed to cover the cameras and

13 retrieve the shank from Jerry Armenta, like he was

14 supposed to after the hit occurred.

15     Q.   So when you look at Agent Sainato's notes

16 and there is an indication in there that people had

17 agreed to murder Daniel Sanchez for failure to do

18 what he agreed to do --

19     A.   Correct.

20     Q.   -- based on your information, was that new

21 information?

22     A.   No.

23     Q.   So do you recall from the March 6, 2017,

24 what it said about the 2017 report, which is Exhibit

25 E -- do you recall if there is a discussion in that

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                 FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   report that there was a green light placed on Daniel

 2   Sanchez?  And I'll refer you to page 4 of 7.  If it

 3   has a Bates stamp, it's 43641 at the bottom.

 4       A.   Yes.

 5       Q.   And so the fact that there was a

 6   conspiracy to murder Daniel Sanchez that was in the

 7   January 22 notes, was that new information to you?

 8       A.   No, it wasn't.

 9       Q.   Is that why that was omitted from your

10   report?

11       A.   Correct.

12       Q.   And you talked about believing that this

13   information was directed towards Mr. Beck when it

14   came to your discussions with Agent Sainato?

15       A.   Yes.

16       Q.   Were you aware that Lupe Urquizo was Matt

17   Beck's witness for trial?

18       A.   I don't remember, but it's likely.

19       Q.   And so if that was his witness for trial,

20   would it make sense that this information would be

21   directed towards him?

22       A.   Yes.

23       Q.   You talked earlier about not specifically

24   your 302, which is Exhibit S, but that generally

25   there is a discussion about pretrial interviews.  Do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you remember that?

2         A.   Yes.

3         Q.   And so what was the purpose of documenting

4    information that came out of the pretrial

5    interviews?

6         A.   The purpose was to document anything that

7    was new or potentially contradictory that would be

8    useful to the defense during trial that they didn't

9    already have.

10        Q.   And when you prepared the report, which

11   was Exhibit S, is that what you had in mind when you

12   prepared that report?

13        A.   Yes.

14             MR. CASTELLANO:  May I have a moment, Your

15   Honor?

16             THE COURT:  You may.

17             MR. CASTELLANO:  Thank you, Your Honor.  I

18   have no further questions.

19             THE COURT:  Thank you, Mr. Castellano.

20             Do any other defendants have questions of

21   Ms. Stemo before Ms. Jacks?

22             MS. JACKS:  I have a few.

23             THE COURT:  All right, Ms. Jacks.  Do you

24   have redirect of Ms. Stemo?

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  REDIRECT EXAMINATION
 2  BY MS. JACKS:
 3      Q.   Agent Stemo, do you know how many pages of
 4  materials were turned over to the defendants in this
 5  case between January 29 and March 1, 2018?
 6      A.   I do not.
 7      Q.   Would you be surprised if I told you it
 8  was 6,282 pages of materials?
 9      A.   No.
10      Q.   That's not surprising?  Sounds about
11  right?
12      A.   I don't know about the number, but it
13  wouldn't surprise me.
14      Q.   Would you agree that that is inundating
15  the defense with information in the middle of trial?
16      A.   No.
17      Q.   If you were so concerned about not
18  inundating the defense with information, do you know
19  why, during trial, the defense was provided 6,282
20  pages of discovery?
21      A.   I believe there were several reasons.
22      Q.   Okay.  I want to ask you -- I want to just
23  follow up with you about some of your answers to
24  Mr. Castellano's questions.  You said that in
25  preparing the 302, you wanted to include new
```

SANTA FE OFFICE                                                         MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    information?

2        A.    Yes.

3        Q.    And you wanted to include potentially

4    contradictory information?

5        A.    Yes.

6        Q.    I think you've agreed with me that Agent

7    Sainato's notes, Exhibit T, reflect that during that

8    January 22, 2018, interview, Lupe Urquizo told the

9    investigators, Agent Sainato and whoever else was in

10   the room, that Daniel Sanchez did not participate in

11   the Molina homicide.

12       A.    That's not entirely accurate.

13       Q.    Well, that's part of what he said.  Would

14   you agree with me?

15       A.    Yes, the cameras and the shank part.

16       Q.    Well, those notes don't say anything about

17   the shank, do they?

18       A.    Correct.

19       Q.    What Agent Sainato's notes say -- and I'm

20   going to read it specifically about that -- is that

21   Lupe Urquizo and others talked about hitting Daniel

22   Sanchez, quote, "because he did not participate in

23   the Molina homicide or even cover the camera like he

24   was supposed to."

25       A.    Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Prior to January 22, 2018, had Lupe

2   Urquizo ever told investigators or complained that

3   Daniel Sanchez did not participate in the Molina

4   homicide?

5      A.   Not in those words exactly.  I believe he

6   also mentioned the cameras and the shank before, so

7   yes.

8      Q.   Okay.  I mean, yeah, he did mention the

9   camera and the shank.  That's documented in the

10  report before you; right?  Would you agree with me

11  that no report prior to January 22, 2018, reflects

12  Lupe Urquizo saying, "Daniel Sanchez did not

13  participate in the Molina homicide"?

14     A.   May I have a moment?

15     Q.   Of course.

16     A.   He had said that before.

17     Q.   And would you direct me to the report in

18  which you think that's reflected?

19     A.   Exhibit E.  Bates stamp 43641, bottom

20  paragraph.  "Urquizo said that the SNM called a

21  green light on Daniel Sanchez after the Molina hit

22  because he failed to cover the camera and did not

23  retrieve Armenta's shank after the hit."

24     Q.   Is there anything in that sentence about

25  Lupe Urquizo saying Daniel Sanchez did not

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com



```
 1    participate in the Molina homicide?

 2         A.    Not in those exact words.

 3         Q.    And would you agree with me that the

 4    statement reflected in Agent Sainato's notes from

 5    January 22 said that there was a discussion about

 6    killing Daniel Sanchez because he didn't participate

 7    in the homicide and he didn't cover the camera like

 8    he was supposed to?

 9         A.    Yes, that's in there.

10         Q.    Is that statement inconsistent, at least

11    in part, with the statement that you just read me?

12         A.    I feel like this is a matter of semantics.

13         Q.    I think if you were Mr. Sanchez, you

14    wouldn't feel like it was a matter of semantics.

15         A.    Partly.

16         Q.    Try to look at it objectively.

17         A.    I am.

18         Q.    Is there information contained in the

19    January 22 notes about Mr. Sanchez not participating

20    in the homicide that is not contained in any other

21    302?

22         A.    Right.  The way it is written, yes.

23         Q.    Okay.  And would you also agree with me

24    that it is at least potentially inconsistent with

25    prior statements of Urquizo saying they wanted to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  kill Sanchez because he didn't cover the camera and

 2  he didn't dispose of Armenta's shank?

 3       A.   Somewhat.

 4       Q.   Somewhat inconsistent.

 5       A.   Yes.

 6       Q.   And I think you told us that it was the

 7  Government's theory of the case that Mr. Sanchez was

 8  the leader and assigned the roles to be -- to the

 9  various individuals that physically committed the

10  Molina homicide.

11       A.   He was involved in the planning and

12  assigning of the roles, yes.

13       Q.   That was the Government's theory.

14       A.   Yes.

15       Q.   And would you -- in regard to at least

16  Agent Sainato's notes of the January 22, 2018,

17  interview, did Urquizo complain that Sanchez didn't

18  do the job he was assigned?

19       A.   "He" being Sanchez?

20       Q.   Yes.

21       A.   Yes.

22       Q.   And would you agree with me that that's at

23  least potentially inconsistent with Sanchez

24  assigning jobs?

25       A.   Not necessarily.

SANTA FE OFFICE                                                     MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   I said "potentially."

2      A.   Then, yes.

3      Q.   So in preparing the 302, Exhibit S, of

4   that January 22 interview, you left out information

5   that was not contained in other 302s and that was

6   potentially inconsistent with other information that

7   had been provided by Urquizo?

8      A.   In my reading of the previous reports and

9   in comparing that with Agent Sainato's notes, I did

10   not read it that way.

11      Q.   But today you've acknowledged at least

12   that --

13      A.   It's possible, yes.

14      Q.   And if, as you've testified, there was a

15   rush to get the material to the defense about the

16   pretrial interviews of witnesses, do you know why

17   the notes of those interviews, in particular Agent

18   Sainato's notes, which were almost a transcription

19   of the interview -- why those weren't provided to

20   the defense prior to the beginning of trial?

21      A.   I don't know.

22           MS. JACKS:  I have nothing further.

23           THE COURT:  Thank you, Ms. Jacks.

24           Do you have anything further,

25   Mr. Castellano?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           MR. CASTELLANO:  I do, Your Honor; a few
 2   follow-up questions, if I may.
 3           THE COURT:  All right, Mr. Castellano.
 4                RECROSS-EXAMINATION
 5   BY MR. CASTELLANO:
 6      Q.   Agent Stemo, going back to Agent Sainato's
 7   notes, which is Exhibit T, does it indicate in the
 8   introductory paragraph that Agent Sainato is the
 9   author or present for that interview?
10      A.   It does.
11      Q.   And so when you open up that attachment,
12   is it clear that Agent Sainato is the author?
13      A.   Yes.
14           THE COURT:  Mr. Castellano, let's talk a
15   little bit about scheduling.  Do y'all want to take
16   a 15-minute break, take a late lunch, about 1:30, or
17   do you want to go ahead and take a lunch break now?
18   I need to give Ms. Bean some break here.  What do
19   you think?
20           MR. CASTELLANO:  I'm happy to take a break
21   now and a late lunch, but I'm happy --
22           THE COURT:  Does that work for the
23   defendants?  I know y'all are sack lunching today,
24   and tomorrow is the big meal; right?  That's the way
25   it's working?  Do I even know what I'm talking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    about?  I'm seeing some affirmative.  Is it chicken
 2    or burgers?  What are y'all getting?
 3              MR. CASTLE:  They were wanting one of
 4    those steaks you were talking about during trial,
 5    Judge.
 6              THE COURT:  I'm eating turkey.  If there
 7    is no objection, then, why don't we take a 15-minute
 8    break and come back in and do a late lunch.  Is that
 9    all right with you, Mr. Cooper?
10              MR. COOPER:  I know that Mr. Castle was
11    going to get out of here, and I'd just as soon go to
12    lunch now, but I don't know what everybody else --
13              MS. JACKS:  We do have the issue about the
14    emails that Agent Sainato -- I'm sorry, that Agent
15    Stemo may be able to check over the lunch hour.  I
16    don't know that we can finish totally unless she has
17    a chance to do that.
18              THE COURT:  All right.  Well, let's take
19    our lunch break now, and then we'll come back in and
20    start at quarter of 1:00, ten to 1:00, something
21    like that.  Mr. Benjamin?
22              MR. BENJAMIN:  Yes, Your Honor.  Assuming
23    we start at ten to 1:00, we'll take our normal
24    break, then, an hour and a half from there?  I'm
25    trying to schedule a call this afternoon.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

 1           THE COURT:  Yeah, that's probably about
 2  right.
 3           (The Court stood in recess).
 4           THE COURT:  All right.  Let's go on the
 5  record.  I think we've got all the defendants and an
 6  attorney for each one of the defendants.
 7           Ms. Stemo, I'll remind you that you're
 8  still under oath.
 9           Mr. Castellano, if you wish to continue
10  your cross-examination of Ms. Stemo, you may do so
11  at this time.
12           MR. CASTELLANO:  Thank you, Your Honor.
13           THE COURT:  Mr. Castellano.
14           MR. CASTELLANO:  I don't believe Ms. Jacks
15  has any objection.  I'm going to move the admission
16  of Government's Exhibits 12 and 13.  And if I can
17  have the Elmo, I'll show them to the Court.
18           THE COURT:  Do those numbers relate to
19  this hearing or --
20           MR. CASTELLANO:  They do, Your Honor.  I'm
21  going to show you the document.  So it will be
22  document 2451-12 and 2451-13.
23           THE COURT:  It's very blurry on the
24  screen, so you'll need to probably focus it some.
25           MR. CASTELLANO:  So these were attachments

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  from the Government's pleadings, Your Honor, and I'm

 2  showing the Court Government's Exhibit 12, which was

 3  Defendant's Exhibit FL.

 4          THE COURT:  All right.  Any objection,

 5  Ms. Jacks?

 6          MS. JACKS:  No, Your Honor.

 7          THE COURT:  All right.  Anybody else?  Not

 8  hearing any objection Government's Exhibits 12 and

 9  13 will be admitted into evidence for purposes of

10  this hearing.

11          (Government Exhibits 12 and 13 admitted.)

12          MR. CASTELLANO:  Thank you, Your Honor.

13  BY MR. CASTELLANO:

14      Q.   Agent Stemo, I'm going to show you what's

15  been marked for purposes of this hearing as

16  Government's Exhibit 3.  Do you see the designation

17  at the bottom?

18      A.   I do.

19      Q.   And this is also Defendants' Trial Exhibit

20  FV.  Do you recognize this document?

21      A.   Yes.

22      Q.   How do you recognize it?

23      A.   It was shown to me a few minutes ago.

24      Q.   And do you recognize it as something you

25  saw also before this hearing?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492
                                                     1-800-669-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1       A.   Yes.

2       Q.   What is it?

3       A.   It's a handwritten letter or a copy of one

4    written by Mario Rodriguez.

5       Q.   Is this the document that showed up at

6    trial that was one of the documents from Mario

7    Rodriguez' personal property under Agent Sainato's

8    desk?

9       A.   Yes.

10      Q.   And why was this produced to the United

11   States?

12      A.   Because when I went through some of those

13   documents, I determined that some of the information

14   in here contradicted what Mr. Rodriguez had told us

15   before.

16      Q.   So you identified that as something that

17   could be inconsistent with his trial testimony?

18      A.   Yes.

19      Q.   And as a result, then, did you turn it

20   over to the United States so it could be disclosed

21   to the defense?

22      A.   Yes.

23      Q.   I'm showing you what's been admitted as

24   Government's Exhibit 12.  It's also identified as

25   Defendant's Exhibit FL.  Turning to the fourth page

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

147

```
 1  of that document, before today had you ever seen
 2  this document?
 3       A.   No.
 4       Q.   And did you have a chance to review it
 5  today for court purposes?
 6       A.   I did.
 7       Q.   Do you recognize this as virtually a
 8  verbatim statement from Government's Exhibit 13,
 9  which I just showed you?
10       A.   Yes.
11       Q.   And at the time you found Government's
12  Exhibit 13 in Mario Rodriguez' property, were you
13  aware that Exhibit 12 had already been admitted as a
14  trial exhibit in the trial?
15       A.   No, I wasn't.
16       Q.   So not knowing that, did that Exhibit 13
17  which I'm showing you seem much more significant to
18  you, not knowing it had been introduced at trial?
19       A.   It did.
20            MR. CASTELLANO:  Your Honor, I don't have
21  any further questions.  I think Agent Stemo told
22  Ms. Jacks she looked for the emails over the break,
23  and I think she can answer some of Ms. Jacks'
24  questions.
25            THE COURT:  All right.  Thank you,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Mr. Castellano.
 2          Ms. Jacks.
 3              FURTHER REDIRECT EXAMINATION
 4   BY MS. JACKS:
 5      Q.    Agent Stemo, I'll let you tell us what you
 6   found over lunch about the email questions.
 7      A.    Okay.  I found the email in which Agent
 8   Sainato emailed me his notes.  They were entitled
 9   "Urquizo notes" and they were in a Word document.
10      Q.    They were entitled "Urquizo notes"?
11      A.    Yes.
12      Q.    And it was a Word document?
13      A.    Yes.
14      Q.    Okay.  And the date of that email?
15      A.    The 28th of January 2018.
16      Q.    The 20th?
17      A.    28th.
18      Q.    Oh, 28th, okay.  All right.
19      A.    And the second email was from Agent Tom
20   Neale that included a batch of interview notes
21   including the Urquizo notes.  That was on February
22   28, 2018, and the title of most of those documents
23   were last name of the individual interviewed,
24   underscore, whoever did those notes.  And in that
25   email, my assumption is that Agent Neale thought
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   because I wrote the 302 that I took the notes.  So
 2   the Word document is titled "Urquizo notes
 3   underscore Stemo."
 4        Q.   And the date of that email was February
 5   28?
 6        A.   Yes.
 7        Q.   Thank you for finding that out.  The notes
 8   which are Trial Exhibit T -- the notes identify that
 9   they're prepared by Agent Sainato; is that right?
10        A.   Correct.
11        Q.   Within the body of the document.
12        A.   Yes.
13             MS. JACKS:  I have nothing further.
14             THE COURT:  Thank you, Ms. Jacks.
15             Do any of the other defendants have any
16   redirect of Ms. Stemo?
17             All right.  Ms. Stemo, you may step down.
18             Is there any reason Ms. Stemo cannot be
19   excused from the proceedings, Mr. Castellano?
20             MR. CASTELLANO:  No, Your Honor.
21             THE COURT:  Can she be excused, Ms. Jacks?
22             MS. JACKS:  As far as I'm concerned, but I
23   can't speak for anybody else.
24             THE COURT:  How about anybody else?
25   Anybody else want to keep her under call or let her
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    go?

2           All right.  Not hearing anything, you're

3    discharged from the proceedings.  Thank you, Ms.

4    Stemo.

5           All right, Ms. Jacks.  Do you have further

6    witnesses or evidence?

7           MS. JACKS:  Well, I just have one other

8    thing that I want to put on the record, is that we

9    did file a Touhy request asking for the ability to

10   call Matt Beck and/or Mr. Castellano as part of this

11   hearing.  That, my understanding as of last week,

12   has been denied.  The United States Attorney's

13   Office has declined to make them available.

14          THE COURT:  Okay.  Let me ask you this.

15   Maybe Mr. Castellano and Ms. Armijo don't want to go

16   along with this.  There might be some questions you

17   have and they might be able to answer them.  Do you

18   want to ask me and then see if I might pose the

19   questions and see if they'd answer them?

20          MS. JACKS:  I think I'll just accept the

21   state of the record as it is.

22          THE COURT:  Fine.  All right.  Anything

23   else, Ms. Jacks?

24          MS. JACKS:  No.

25          THE COURT:  All right.  How about from the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                     1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1  Government?  Mr. Castellano, Ms. Armijo, do you have

2  any witnesses or evidence you want to present on

3  Ms. Jacks' and Mr. Sanchez' two motions?

4          MR. CASTELLANO:  I do have evidence in the

5  form of exhibits, Your Honor.

6          THE COURT:  All right.  The 12 and 13?

7          MR. CASTELLANO:  Yes.  And I have

8  additional exhibits that were all attachments to our

9  response.

10         THE COURT:  All right.

11         MR. CASTELLANO:  And a few other exhibits,

12 I believe.

13         THE COURT:  All right.  Do you want to

14 introduce those separately, or do you just want the

15 Court to take notice of those that are attached?

16         MR. CASTELLANO:  Yes, let me -- if I may

17 approach, Your Honor, the podium --

18         THE COURT:  You may.

19         MR. CASTELLANO:  -- and at least try to

20 make a record of what they are.  But I will

21 basically ask the Court to take notice of the

22 attachments, but I'll make a record of what they

23 are.

24         Okay, Your Honor, for the record, Exhibit

25 1 to Document 2451 was a transcript from Gerald

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Archuleta, and these have to do with limiting

2   instructions.

3           Exhibit 2 is a transcript of Billy

4   Cordova.

5           Document 3 is Government's Exhibit 215,

6   Trial Exhibit 215.

7           Exhibit 4 was the transcript of Antonio

8   Palomares.

9           Exhibit 5 was the transcripts of Roy

10  Martinez.

11          Exhibits 6 and 7 are also transcripts.

12          Exhibit 8 is a Billy Cordova transcript.

13          Exhibit 9 is the January 22 notes by Agent

14  Sainato.

15          Exhibit 10 are the March 6, 2017, FBI 302

16  notes, which was also a debrief of Lupe Urquizo.

17  That's Exhibit 10.

18          Exhibit 11 is the discovery letters that

19  were disclosed prior to and during trial.  That will

20  give the Court an idea of what was disclosed during

21  trial.  Those are all listed in the discovery

22  letters themselves.

23          Exhibits 12 and 13 have already been

24  admitted.

25          Exhibits 14 and 15 are transcripts of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Agent Acee's trial testimony.

 2           THE COURT:  All right.  You're moving 1

 3   through 11 and then 14 and 15, Mr. Castellano?

 4           MR. CASTELLANO:  Yes, Your Honor.  It

 5   should be 1 through 15.

 6           THE COURT:  Any objection, Ms. Jacks?

 7           MS. JACKS:  No.

 8           THE COURT:  Any objection from any of the

 9   other defendants?  All right.  Mr. Lowry?

10           MR. LOWRY:  No, Your Honor.

11           THE COURT:  All right.  Government's

12   exhibits for purposes of the hearing on 1841 and

13   2408, Exhibits 1 through 11 and 14 and 15 will be

14   admitted into evidence.

15           (Government Exhibits 1 through 11, 14 and

16   15 admitted.)

17           THE COURT:  All right, Mr. Castellano, any

18   further witnesses or evidence the Government wishes

19   to present?

20           MR. CASTELLANO:  Yes, Your Honor, I have a

21   couple more exhibits.  They were not attachments.  I

22   found them since the filing.  I'll show them to

23   defense counsel, or I can summarize them for the

24   Court.

25           THE COURT:  Why don't you see if there is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    any objection from Ms. Jacks right beside you?

2              MR. CASTELLANO:  What would be Exhibit 16

3    would be the transcript of the trial testimony of

4    Timothy Martinez on February 13, 2018.  And this

5    relates to the Rule 29 motion on page 52 of that

6    exhibit.  It discusses or mentions the conversation

7    that Timothy Martinez had with Mario Rodriguez and

8    with Daniel Sanchez.  And so for the Rule 29

9    purposes, this is direct evidence by a witness that

10   Daniel Sanchez was involved with the Molina

11   homicide.  So this exhibit and the next exhibit will

12   be conversations both before and after the Molina

13   murder.

14             MS. JACKS:  There is no objection.

15             THE COURT:  All right.  And what did you

16   mark that as, Mr. Castellano?

17             MR. CASTELLANO:  This will be Exhibit 16.

18             THE COURT:  16.  Any objection from any

19   other defendant?  Not seeing or hearing any -- you

20   are moving it; correct?

21             MR. CASTELLANO:  I am, Your Honor.

22             THE COURT:  All right.  Government's

23   Exhibit 16 will be admitted into evidence.

24             (Government Exhibit 16 admitted.)

25             MR. CASTELLANO:  Exhibit 17 is a

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
1    transcript from Timothy Martinez, also from trial.
2    It relates to the conversation that Mr. Martinez had
3    with Mr. Sanchez following the Molina murder.  The
4    first page of this document is from the transcript,
5    page 81.  I will let Ms. Jacks take a look at it.
6             MS. JACKS:  I have no objection.
7             THE COURT:  Any objection from any other
8    defendant?
9             And you're moving its admission,
10   Mr. Castellano?
11            MR. CASTELLANO:  I am, Your Honor.
12            THE COURT:  Government's Exhibit 18 will
13   be admitted into evidence for purposes of the
14   hearing related to 1841 and 2408.
15            MR. CASTELLANO:  And that should be 17,
16   Your Honor.
17            THE COURT:  All right. Government's
18   Exhibit 17.
19            (Government Exhibit 17 admitted.)
20            MR. CASTELLANO:  Exhibit 18 is trial
21   testimony, I believe, from February 12, 2018, by
22   Jerry Montoya.  And I'll show that, as well, to
23   Ms. Jacks.
24            On page 30 of Exhibit 18, which is the
25   Jerry Montoya transcript, on page 30 it says, "And I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  think we need to cover the cameras because they're

2  going to see myself and Jerry Armenta going into the

3  cell to do this crime.  And he says, 'No, no, we're

4  not going to cover the camera because Dan Dan,

5  Daniel Sanchez, didn't want the cameras covered.'"

6           And then page 36 indicates that Mr.

7  Montoya had a conversation with Mr. Sanchez, and

8  Mr. Sanchez asked Mr. Montoya if he knew what was

9  going on, and Mr. Montoya said yes.  So this relates

10 once again to a conversation between Mr. Sanchez and

11 Mr. Montoya about the Molina murder.

12          MS. JACKS:  No objection.

13          THE COURT:  Anybody else have an

14 objection?

15          All right.  And you're moving its

16 admission, Mr. Castellano?

17          MR. CASTELLANO:  Thank you, Your Honor.

18 That's Exhibit 18.

19          THE COURT:  You're moving its admission?

20          MR. CASTELLANO:  Yes, sir, I am.

21          THE COURT:  All right.  Not hearing any

22 objection, Government's Exhibit 18 will be admitted

23 for purposes of hearing on motions 1841 and 2408.

24          (Government Exhibit 18 admitted.)

25          MR. CASTLE:  Exhibit 19 is also a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   transcript of Jerry Montoya.  On page 49 of that

2   transcript it indicates that Mr. Sanchez's position

3   in the pod was the llavero.  And this transcript is

4   only pages 48 through 52 from that testimony.

5            MS. JACKS:  Again, no objection.

6            THE COURT:  Any objection from any other

7   defendants?

8            You're moving its admission,

9   Mr. Castellano?

10           MR. CASTELLANO:  Yes, sir.

11           THE COURT:  All right.  Government's

12   Exhibit -- this is going to be 19; correct?

13           MR. CASTELLANO:  Yes.

14           THE COURT:  It's admitted into evidence.

15           (Government Exhibit 19 admitted.)

16           MR. CASTELLANO:  I believe that's it, Your

17   Honor.

18           THE COURT:  All right.  Thank you,

19   Mr. Castellano.

20           Ms. Jacks, do the defendants have any

21   rebuttal evidence they wish to present on this?

22           MS. JACKS:  No.

23           THE COURT:  All right, Ms. Jacks.  Are you

24   ready to argue your motion?

25           MS. JACKS:  I am.  I actually -- I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   certainly am.

 2            THE COURT:  Ms. Jacks.

 3            MS. JACKS:  So do you want to start with

 4   the Brady issue that arose in trial or --

 5            THE COURT:  It's totally up to you.  I've

 6   certainly been up here refreshing my memory, and I

 7   have this week on that issue, so it's your call.

 8            MS. JACKS:  Why don't I start with that,

 9   because I think really that's dealt with both in --

10   there is the motion that's seeking a dismissal based

11   on the intentional and deliberate violation of

12   Brady.  And then there's the arguments in the motion

13   for a new trial, that the Brady violation justifies

14   a new trial, and that the Brady violation is also a

15   Rule 16 violation which should justify a new trial.

16            And I think the remedy -- I think it's

17   clear, even Agent Stemo acknowledged that the

18   statements attributed to Mr. Urquizo by Agent

19   Sainato in his notes are at least different than

20   what was previously disclosed and favorable to

21   Mr. Sanchez.  And I think the real question about

22   what the remedy for the Brady violation is is:  What

23   was the Government's state of mind or level of

24   culpability in not turning those over?  Did they

25   deliberately conceal those things to gain an unfair
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  tactical advantage at trial?  Was it reckless or

 2  rushed and was a mistake?  I think that's for the

 3  Court to decide.  I do --

 4           THE COURT:  Can we go back just a second

 5  and tell me where we were on March 1st?  Where were

 6  we in that trial?  Where exactly were we?

 7           MS. JACKS:  The last day of evidence was

 8  March 2.

 9           THE COURT:  So these rolled out on the

10  night of the 28th and we were dealing with them on

11  the 1st?

12           MS. JACKS:  Correct.  The defense was in

13  the middle of presenting its case.  It was a month

14  after Lupe Urquizo had testified that those notes

15  were disclosed.  And I would note that the

16  statements that were particularly favorable to

17  Mr. Sanchez, the idea, the statements that Mr.

18  Urquizo and most of the other Government's

19  testifying informants talked about killing

20  Mr. Sanchez because he did not participate in the

21  Molina murder or cover the cameras like he was

22  supposed to, would have been information that would

23  have informed the cross-examination not just of Mr.

24  Urquizo, but each and every one of those Government

25  informants who talked about, after the Molina
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  homicide, who participated in those alleged

2  discussions about killing Mr. Sanchez.  And I think

3  as a trial lawyer -- I mean if I had known about

4  that statement and that evidence, that would have

5  been something that I would have brought out and

6  discussed in opening statement, and it would have

7  been a recurring theme through the cross-examination

8  of almost each and every one of those Government

9  informants.

10         THE COURT:  And why did you or the other

11  defendants choose not to recall any witnesses at

12  that point to go over that?

13         MS. JACKS:  I think I answered that

14  question in my reply brief in support of my Rule 29

15  and Rule 33 motion.  And I think what I said -- I

16  may not quote it directly, but that's like asking

17  Mike Smith to change horses in the last stretch of

18  the Kentucky Derby.  You can't do it.  I mean, it's

19  a six-week trial.  And to bring back witnesses who

20  have been cross-examined for hours at a time,

21  cross-examined at least in sort of -- as far as I'm

22  concerned, I tried to be organized, make points,

23  make points in a convincing fashion.  And to bring

24  back witnesses just to put them up on the witness

25  stand and then on the last day of trial conduct a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   one-topic cross-examination is, I would say, per se

2   ineffective.

3          And the bottom line is what Brady says, is

4   that the Government has an obligation to turn over

5   favorable evidence to the defense in time for them

6   to use it in their defense.

7          And in my reply, I also quoted case law,

8   which talks about the fact that if the defense could

9   have been more effective or more persuasive, that's

10  sufficient.

11         And you know, in talking with Mr. Lowry

12  last night, he reminded me of a discussion that the

13  Court had with the Government, and this is in

14  pretrial proceedings probably in 2017 when we were

15  talking about their Brady obligation.  And what the

16  Court said was:  This was a review that should be

17  conducted by attorneys' eyes.  The attorneys need to

18  take responsibility.  The Government prosecutors

19  need to take responsibility for identifying and

20  disclosing Brady information.

21         And what we have here -- I mean, at best,

22  what we have here is a Government lawyer that

23  participated in the conversation but didn't disclose

24  the information to Mr. Sanchez for whatever reason,

25  which goes unexplained, because we're unable to call

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  him as a witness.  And we have a brand-new FBI agent

2  making judgments about what is or is not new

3  information or impeaching or different --

4  information regarding a different version of events

5  by the same witness.

6           I mean, I just think the Government

7  utterly failed.  And in a different situation, maybe

8  this failure wouldn't have the impact that it has on

9  Mr. Sanchez.  But this is an epic failure, and it

10  affected his entire trial strategy and defense, and

11  I think -- I mean, it's just inexcusable.  The

12  Government knew on January 22 that Lupe Urquizo

13  complained that Daniel Sanchez did not participate

14  in the Molina homicide.  And what he goes on to say

15  is contradictory of even the Government's theory

16  that Sanchez is the one that's assigning the roles

17  and controlling everything, because the next part of

18  that statement is that Mr. Sanchez didn't cover the

19  cameras like he was supposed to.  Wait a minute.  I

20  thought he was supposed to be the boss.  He's giving

21  assignments, not taking them.  So I think it's

22  inexcusable.

23           THE COURT:  All right.

24           MS. JACKS:  The other -- I guess I'll go

25  on.  With respect to the Rule 29 and new trial

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 | motion, I think I've answered the Government's

2 | points and arguments.  I'm happy to discuss

3 | something specific.  But what I see when I look back

4 | and try to consider what happened is really just one

5 | failure after another compounding the prejudice to

6 | Mr. Sanchez at this trial.  And I think it's -- I

7 | don't know, I found it sort of amusing, not really

8 | but just sort of, but even in the Government's

9 | response to my motion, they get it twisted up as to

10 | what evidence is admissible or inadmissible against

11 | Mr. Sanchez.  How could the jury possibly have kept

12 | track?

13 |          THE COURT:  Give me an example where you

14 | think they get confused about it.

15 |          MS. JACKS:  It's in there.  Let me pull

16 | it.  So basically, in one of the sections of my

17 | motion for a new trial was that there were

18 | statements of co-defendants that came in as

19 | admissions against those co-defendants that the jury

20 | wasn't supposed to consider against Mr. Sanchez.

21 | And I argued -- and I think I even argued this

22 | pretrial -- that those, quote, "inadmissible

23 | statements" that aren't to be considered against

24 | Mr. Sanchez are statements that corroborate or tend

25 | to corroborate the Government's informants.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          So the jury is being asked to weigh the

2    credibility of informants, knowing that

3    co-defendants have made statements that corroborate

4    them, but ignoring that fact and testing the weight

5    of the -- or the convincing force of the

6    Government's case against Mr. Sanchez.  And I think

7    it's an impossible task.

8          And in the Government's response in

9    arguing -- this is Document 2451 -- in arguing

10   against Mr. Sanchez' point, the Government cites the

11   statements of -- let's see.  Recites the statements

12   of Rudy Perez.  This is on page 5 of their motion.

13   The paragraph that starts, "The defendant himself

14   concedes a number of points that are sufficient to

15   overcome his Rule 29 motion."  And then they talk

16   about Mr. Perez' statements.

17          I mean, the point is that they're not

18   considered -- the statements can't be considered

19   against Mr. Sanchez at trial, they shouldn't be used

20   by the Government to argue against a motion for a

21   new trial at this point.  If they're not admissible

22   against him, they're not admissible.  Have I made

23   that point clear?

24          THE COURT:  Yeah, I think so.  I'll look

25   again at what the specific statements are.  I don't



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have a --

 2            MS. JACKS:  Well, there's a litany of the

 3   statements in my motion for a new trial.  It's in

 4   section 28A, and the statements that I cited start

 5   on page 32 and go through page 34.  And these are

 6   portions of the various recordings for the most

 7   part.

 8            THE COURT:  All right.  What else,

 9   Ms. Jacks?

10            MS. JACKS:  Unless the Court has something

11   specific, I feel pretty comfortable that I've put my

12   arguments in writing.

13            THE COURT:  Thank you, Ms. Jacks.

14            Any other defendant want to speak on

15   Ms. Jacks', Mr. Sanchez' two motions?

16            All right.  Mr. Castellano, are you going

17   to respond on these?

18            MR. CASTELLANO:  Ms. Jacks' primary

19   arguments with Mr. Urquizo really hinges on whether

20   or not information in Agent Sainato's notes is

21   exculpatory.  And it's not exculpatory.  As it was

22   argued even in Document 1850 at trial, which was the

23   Government's response to the motions to dismiss, the

24   Government made clear, even back then, that the

25   information had already been disclosed, and the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  March 2017 debrief notes of --
 2           THE COURT:  I guess her argument -- I'm
 3  sort of trying to characterize it.  You're saying
 4  it's not exculpatory because it shows that he's
 5  still involved in the murder.  I guess she's saying
 6  that she might have -- I don't quite know what the
 7  change in theory would have been, but instead of
 8  your argument being that he was the one calling the
 9  shots, your argument would have been -- or I guess
10  I'm not quite sure what the argument would be that
11  he was taking the orders from somebody else.
12           MR. CASTELLANO:  Ms. Jacks continues to
13  argue what the Government's theory was, but what our
14  theory is doesn't matter.  What matters is what the
15  evidence showed at trial, and that's what matters.
16  That's the decision on which the jury based its
17  verdict.
18           So theories aside, what matters is the
19  trial evidence.  And what also matters is that she
20  had the information prior to trial, because the
21  March 2017 notes indicate basically the same thing
22  that were in Agent Sainato's notes.  She just
23  quibbles with the fact that there's an "or" there,
24  he didn't participate in the murder or cover the
25  cameras like he was supposed to.  But at issue, he
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 843-9492                                        FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  didn't cover the cameras like he was supposed to,

2  and he also didn't participate like he was supposed

3  to, and that's supported by other testimony.

4           So for example, in Document 1850, footnote

5  1, it says, "Another way to say that defendant

6  Sanchez should be hit because he didn't do his job

7  to cover the camera is to say that Rodriguez and

8  Urquizo agreed to put a hit on defendant Sanchez

9  because he did not participate in the Molina

10 homicide or even cover the cameras like he was

11 supposed to."

12          It's really a different way of saying the

13 same thing.  And I introduced the testimony from

14 Jerry Montoya this afternoon because there's also an

15 indication that Jerry Montoya had asked about the

16 cameras specifically, because he didn't want to be

17 captured committing the murder with Jerry Armenta.

18 And his response was from Mario Rodriguez, who said

19 Daniel Sanchez does not want to cover the cameras.

20          So there is other testimony in the case

21 consistent with the reason that Mr. Sanchez was

22 considered to have failed as a leader, and that's

23 because he can't cover the cameras; and clearly it

24 was even on Jerry Montoya's mind, and he wasn't even

25 the one calling any of the shots.  So it's really a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   different way of saying the same thing.  They had

2   that information prior to trial.

3           Also during trial, during Billy Cordova's

4   testimony, we again tried to bring out this

5   information that Mr. Sanchez was part of the

6   conspiracy and that he failed on his part to collect

7   the shank and to cover the cameras.  And so

8   eventually Ms. Jacks actually objected to that

9   evidence at trial, describing it as cumulative.

10  That is on Government's Exhibit 8, I believe.  I'll

11  show it to the Court here in a second.  This is a

12  discussion on the record in this exhibit, and

13  Ms. Jacks wants to know what the relevance is.  And

14  ultimately it's actually -- she's actually the one

15  who tries to keep out this additional evidence that

16  there was conspiracy to murder Mr. Sanchez for two

17  things:  Not taking the shank and not covering the

18  cameras.

19          So actually, she had chances at trial to

20  delve into this, but she actually thought it was

21  cumulative and didn't want to hear more evidence of

22  this murder conspiracy.  So it was actually her

23  objection at trial that kept out further evidence.

24  So I don't think that she would have changed

25  anything, because there was nothing to change.  We

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   were bringing it in and she was trying to keep it
 2   out.
 3              And prior to that I'll show the Court also
 4   on Exhibit 8 the discussion -- this is a part where
 5   Mr. Cordova is referring to the discussion --
 6              THE COURT:  Are you able to blow that up a
 7   little bit?
 8              MR. CASTELLANO:  Yes.  The discussions, it
 9   reads, "Did you have concerns about Daniel Sanchez
10   not having disposed of the shanks like he was
11   supposed to?"  That sounds like a familiar phrase in
12   this case.
13              And the response of Mr. Cordova was,
14   "Well, any good brother would."  "Any good brother
15   would," because when there is foul play within the
16   onda, you leave a brother flojas, that's part of the
17   rules, not supposed to leave him stranded during the
18   mission.
19              So this is information that came through a
20   number of trial witnesses, and it was the same
21   information each time.  There was failure in
22   leadership by Mr. Sanchez.  Once again, this was
23   information we tried to bring in at trial and
24   eventually Ms. Jacks -- her objection was that it
25   was cumulative.  Clearly at trial they did not want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to hear more of this information.  They wanted to

2    hear less.  So I'm not convinced that her

3    examination of each of these witnesses would have

4    been different, and if it would have been, how would

5    it have been different?  The only question is:

6    Isn't it true that Lupe Urquizo said, you tried to

7    kill him because he was involved with the murder?

8    And what are each of those witnesses going to say

9    about that?  They're going to say it's not true or

10   "I don't know what he said."

11          So what she would be asking is about a

12   hearsay statement by another cooperator in the case.

13   So that wouldn't have formed the testimony of the

14   other cooperators.  And the other cooperators had

15   already testified that there was a conspiracy to

16   murder Daniel Sanchez, so that information was

17   already out there and had been out there for some

18   time.

19          THE COURT:  Let me make sure I understand

20   the facts.  What occurred on the 28th was, they had

21   had the 302 for a while, but -- and how long had

22   they had that 302?

23          MR. CASTELLANO:  The 302 that Agent Stemo

24   prepared or --

25          THE COURT:  Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. CASTELLANO:  The one that she had was

2   probably disclosed around the 29th or 30th.  I don't

3   know.  That's why I attached the discovery letters.

4          THE COURT:  Of February?

5          MS. JACKS:  January.

6          THE COURT:  January.

7          MS. JACKS:  The first day of trial.

8          THE COURT:  So then the notes of the other

9   agent -- that's what was produced on the evening of

10  the 28th.

11         MR. CASTELLANO:  Yes.  The agent's notes

12  from the 22nd were produced toward the end of trial,

13  but the March 2017 report I think was disclosed two

14  weeks before trial with the other Jencks materials,

15  and that was the information which was basically

16  cumulative and already stated the same things as the

17  Sainato notes, which was he failed, he didn't cover

18  the cameras, he didn't take Jerry Armenta's shank,

19  and there was a conspiracy to murder him.  So that

20  was not new information.

21         MS. JACKS:  Your Honor, Mr. Castellano

22  keeps arguing this, but his own FBI agent this

23  morning conceded that there were things in the notes

24  that were not covered in the 302s.

25         THE COURT:  Well, I'll let you have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    rebuttal.  Let me let Mr. Castellano finish.

2           MR. CASTELLANO:  Well, she's referring to

3    other things, but what she's claiming as exculpatory

4    is one statement.  So once again, how would she

5    examine other witnesses based on a report by Lupe

6    Urquizo when there were other reports indicating the

7    same thing?

8           Now, going back to the other witnesses'

9    statements, unless the Court is willing to change

10   its ruling on the admission of the other statements,

11   there is not much more to say about that.  The Court

12   ruled that other statements were admissible at

13   trial, and it's not a confusion about the evidence

14   or the use of the evidence.  I mean, what Ms. Jacks

15   herself said in the pleading was that that

16   information tended to corroborate what other

17   witnesses said.  It doesn't mean that the jury had

18   to use the other corroborating information against

19   other defendants.  What it means is, it strengthened

20   the testimony of cooperators.  So if there is other

21   information in the case which causes us to believe

22   what somebody says, she herself admits that that was

23   information that corroborated those witnesses.  So

24   there is a difference there.

25           Other than that, I think the rest of the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                              1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  pleadings speak for themselves, Your Honor.  If it's

2  not clear from the attachments, one of the

3  attachments has an exhibit which is a transcript

4  that has boxes around it.  And if the Court hasn't

5  figured that out, it's in color normally, but in

6  that transcript there are boxes around certain

7  sections of testimony, and inside those boxes, that

8  is what was redacted.  And so her pleading indicated

9  that the recordings brought in direct evidence of

10 Mr. Sanchez' guilt.  I attached one example of the

11 redactions we did at trial, and inside those boxes

12 are what were redacted.  So you'll see the

13 defendants' names inside those boxes, but that

14 information didn't go to the jury.

15          That's all I have, unless the Court has

16 questions.

17          THE COURT:  Well, it wasn't played to the

18 jury; correct?  When we redacted out?

19          MR. CASTELLANO:  They were played to the

20 jury.  We had to redact the audio and we redacted

21 the transcripts, both.  So that information did go

22 to the jury and if you look inside the boxes --

23          THE COURT:  But the stuff in the boxes

24 didn't go to the jury either orally or in writing;

25 correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1          MR. CASTELLANO:  That's correct.  So if

2    you heard the audio and you saw the transcript,

3    wherever there is a box in the transcript, that was

4    also cut from the audio.  So there was no direct

5    evidence of anyone else's guilt, other than the

6    declarants.

7          THE COURT:  My memory on the transcripts,

8    we didn't even show the boxes.  We just cut those

9    out.  We collapsed them so there wasn't even an

10   indication to the jury anything had been taken out;

11   right?

12         MR. CASTELLANO:  That's correct.  The jury

13   had no idea that the transcripts were redacted, or

14   the recordings.  And some of those redactions even

15   started after trial.  So we did 11th-hour-plus

16   redactions at the defendants' request to keep that

17   information out.

18         I don't have anything else unless the

19   Court has questions, Your Honor.

20         THE COURT:  All right.  Thank you, Mr.

21   Castellano.

22         Any other defendant before I hear from

23   Ms. Jacks?

24         All right, Ms. Jacks.  Do you have further

25   arguments on your two motions?



```
 1           MS. JACKS:  I'm not going to belabor this.
 2    What was contained in those Sainato notes that were
 3    withheld by the Government until the second-to-last
 4    day of trial was an unequivocal statement by Urquizo
 5    that Daniel Sanchez did not participate in the
 6    Molina homicide.  I don't know how much more
 7    favorable or exculpatory a statement gets.  And
 8    Agent Stemo conceded, not -- she did finally concede
 9    this morning in her examination that that
10    information is not contained in any report that was
11    ever turned over to the defense prior.  And for
12    Mr. Castellano to sort of speculate how I might
13    cross-examine if I had known that information, I
14    mean, I think it's ridiculous.  Do you want to know
15    how I'm going to cross-examine?  Give me the
16    information and I'll do it.
17           THE COURT:  Why didn't you pull him up
18    just for that one statement?  Wouldn't that have
19    been worth it if it's so important now?
20           MS. JACKS:  Well, no, because my point is
21    that the way to use this information will be to
22    weave it into your defense throughout the trial,
23    that Mr. Sanchez did not participate.  He didn't
24    participate, he didn't do anything.  He didn't order
25    it.  He didn't assign roles.  He didn't get the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  walker from Rudy Perez.  He did not participate.

2  And you heard Agent Stemo say each one of those

3  things was participation in the homicide.

4           THE COURT:  Wasn't that your defense?

5  That's what I remember --

6           MS. JACKS:  Well, it was.

7           THE COURT:  -- throughout.  You just said

8  Mr. Sanchez didn't -- he wasn't involved in any of

9  that.

10          MS. JACKS:  It was my defense, but Brady

11 applies to information that would have made my

12 defense better, made my defense more convincing.

13 And Mr. Castellano is right.  I didn't delve into

14 the conversation that all his informants supposedly

15 had about killing Mr. Sanchez, because I didn't

16 know -- Mr. Castellano hadn't turned the information

17 over to me -- that they wanted to kill him because

18 Mr. Sanchez did not participate.

19          I mean, you're hiding the ball for almost

20 the whole trial and then complaining I wasn't

21 kicking it for the month prior.  It's ridiculous.

22 And I just -- I think it's a disingenuous way to try

23 to get away with what is an alarming violation of

24 Brady.  And it wouldn't be asking witnesses, other

25 witnesses, about hearsay statements of Urquizo.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                      FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   Urquizo talked about a meeting where they all got

2   together and suggested, "Let's kill Sanchez because

3   he didn't help us with Molina."

4           That's a big deal, especially when it's a

5   conspiracy to commit murder and a murder.  And what

6   the -- you know, what the statement means to me is

7   he didn't participate in the murder and he didn't

8   cover the cameras like he was supposed to.  In other

9   words, Rodriguez told him, "Cover the cameras," and

10  he didn't do it.  That's evidence he didn't agree.

11  That's evidence he didn't agree with the other

12  people's decision to kill Javier Molina.  It's

13  exculpatory.  And it was withheld, and we still

14  don't know exactly why.  The Government seems to say

15  that it's not -- I mean, they're trying to argue

16  it's not even favorable.  I mean -- I don't know.

17  It's alarming.

18          And I think Mr. Sanchez, because the case

19  against him was based solely on the testimony of

20  informants who are expecting favorable treatment

21  from this Court by fingering Mr. Sanchez, it really

22  hurt his ability to present his defense.  And you

23  want to add onto that the pretrial publicity, the

24  secret emails between the marshals and the Court

25  that was reported in the paper, all the inadmissible

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    evidence that came in that the jury is not supposed

2    to consider in evaluating the Government's case

3    against Mr. Sanchez.  You know, you add all that up,

4    and he never had a chance at a fair trial.

5              THE COURT:  Well, I think Mr. Sanchez got

6    a fair trial.  I'm going to deny the motions.  I'll

7    give you an opinion on it.

8              All right.  Let's move to the next motion.

9    Let's go to Mr. Herrera's motion for a new trial.

10             MS. BHALLA:  Thank you, Your Honor.

11             THE COURT:  Ms. Bhalla.

12             MS. BHALLA:  I'm going to get a little

13   organized up here, Your Honor, if you could give me

14   just a second.

15             Your Honor, I did spend some time speaking

16   to the Government about what evidence we wanted to

17   present today, and I think that the Government has

18   agreed to allow me to tender some exhibits to the

19   Court for the Court's consideration, and

20   additionally one proffer, which I'll get to in a

21   minute, Your Honor.  But for now, we're going to go

22   ahead and move into admission Defendant's Exhibits A

23   through G.  Some of these were admitted -- or not

24   admitted; some of these were attached to our motion,

25   Your Honor, and there is one additional exhibit that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was not attached to our motion, which is G.
 2            For purposes of trying to keep the
 3   original filing not too long, I didn't do complete
 4   transcripts in regard to Exhibit F and with regard
 5   to Exhibit A, but for purposes of the hearing I
 6   wanted the Court to have the full record, so I have
 7   those ready to tender to the Court.
 8            THE COURT:  All right.  Do you have a
 9   number on this if we can mark these?
10            MS. BHALLA:  I did, Your Honor.  I marked
11   them as Defendant's Exhibit A to Document Number
12   2413 --
13            THE COURT:  Sounds good.
14            MS. BHALLA:  -- which is how I believe --
15            THE COURT:  Any objection to Exhibit A
16   coming in, Mr. Castellano?
17            MR. CASTELLANO:  I don't think so, Your
18   Honor.  If I could just look at the exhibits to see
19   what they are.  I think we have an agreement.
20            MS. BHALLA:  That's correct, Your Honor.
21   These are ones that we had talked about before.
22   Defendant's Exhibit A, which is a letter from
23   Timothy Martinez's wife to Timothy Martinez, which
24   was located in Mario Rodriguez' property.
25            MR. CASTELLANO:  No objection, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  All right.  Any other
2   defendant have any objection?  All right, so
3   Herrera's Exhibit A will be admitted for purposes of
4   2413 and 2481.
5              (Defendant Herrera Exhibit A admitted.)
6              MS. BHALLA:  Thank you, Your Honor.  I'll
7   just go through the exhibits, if that's all right
8   with the Court.  Exhibit B is a letter from Mario
9   Rodriguez to the court clerk that was also found in
10  Mario Rodriguez' property, Your Honor.
11             THE COURT:  Any objection?
12             MR. CASTELLANO:  No objection.
13             THE COURT:  Any objection from any other
14  defendant?
15             Not hearing any, you're moving all these,
16  Ms. Bhalla?
17             MS. BHALLA:  Yes.
18             THE COURT:  So Herrera Exhibit B for
19  purposes of this hearing will be admitted into
20  evidence.
21             (Defendant Herrera Exhibit B admitted.)
22             MS. BHALLA:  Exhibit C is a note from --
23  one of these notes that was produced late regarding
24  the investigation into the Javier Molina murder, and
25  it's a reflection of statements made -- I have to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    look at my notes, Your Honor.  We can get to this a
 2    little bit, Your Honor.  It's an agent's notes about
 3    their investigation that was disclosed later in
 4    trial.  It's attached as Exhibit 3 to our document
 5    which was filed on October 15, Your Honor.
 6              THE COURT:  All right.  This is Exhibit C.
 7    Any objection, Mr. Castellano?
 8              MR. CASTELLANO:  No, Your Honor.
 9              THE COURT:  Any other defendant?
10              Not hearing any objection, Herrera Exhibit
11    C will be admitted into evidence.
12              (Defendant Herrera Exhibit C admitted.)
13              MS. BHALLA:  Thank you, Your Honor.
14              Exhibit D will be a questionnaire that was
15    submitted to Mario Rodriguez.
16              THE COURT:  Any objection to that?  This
17    is D?
18              MS. BHALLA:  Correct.
19              THE COURT:  Any objection, Mr. Castellano?
20              MR. CASTELLANO:  No, Your Honor.
21              THE COURT:  Any other objection?
22              Not hearing any other objection, Herrera
23    Exhibit D will be admitted to this hearing.
24              (Defendant Herrera Exhibit D admitted.)
25              MS. BHALLA:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Exhibit E, Your Honor, is a 302 regarding
 2   an investigation that took place after this trial --
 3   or it might be during the midst of this trial; it's
 4   unclear; we'll get to that -- that concerns Billy
 5   Cordova's testimony in trial.
 6              THE COURT:  All right.  Any objection to
 7   Exhibit E, Mr. Castellano?
 8              MR. CASTELLANO:  No objection, Your Honor.
 9              THE COURT:  Any other defendant have any
10   objection?
11              Not hearing any, Herrera Exhibit E will be
12   admitted for purposes of the hearing on 2413 and
13   2431.
14              (Defendant Herrera Exhibit E admitted.)
15              MS. BHALLA:  Thank you, Your Honor.
16              Exhibit F is a transcript of a phone call
17   between Special Agent Acee and Joe Martinez that
18   occurred in the summer of 2018.  We'll be moving the
19   admission of that transcript.
20              THE COURT:  Any objection, Mr. Castellano?
21              MR. CASTELLANO:  If I can clarify, it's
22   the entire transcript?
23              MS. BHALLA:  It is.
24              MR. CASTELLANO:  Just for the record, one
25   of the attachments to the pleading was not the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  entire transcript, and it was also in mine, so I

2  have no objection to that.

3        THE COURT:  All right.  Any objection from

4  any other defendant?

5        Not hearing or seeing any objection,

6  Herrera Exhibit F will be admitted for the purpose

7  of the hearing on 2413 and 2431.

8        (Defendant Herrera Exhibit F admitted.)

9        MS. BHALLA:  Thank you, Your Honor.

10       The next exhibit we're going to admit was

11 not attached to the motion originally, Your Honor.

12 It's something that we just received.  It's

13 Defendant's Exhibit G.  It's a 302 regarding a

14 previous conversation with Joe Martinez by the FBI.

15       THE COURT:  Any objection to Exhibit G,

16 Mr. Castellano?

17       MR. CASTELLANO:  No, Your Honor.

18       THE COURT:  Any other defendant have any

19 objection?

20       Herrera Exhibit G will be admitted for

21 purposes of the 2431 and 2413 hearing on those

22 motions.

23       (Defendant Herrera Exhibit G admitted.)

24       MS. BHALLA:  Thank you, Your Honor.  May I

25 approach?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.  Before you get
 2    those, let me get a stack of what we had on the last
 3    one.  Let's keep those separate.  So do you have
 4    yours up here, Ms. Jacks?
 5              MS. JACKS:  I did.  I stacked them up.
 6              THE CLERK:  They're right here.
 7              THE COURT:  Do we have the ones also for
 8    the first hearing?  There was a handful of those.
 9    Give me those, and let me put those in the folder.
10    Is that for the first two motions?
11              THE CLERK:  Yes.
12              THE COURT:  Who had FV and FL?  Were those
13    yours, Ms. Jacks?
14              MS. JACKS:  Excuse me, Your Honor?
15              THE COURT:  We're trying to -- take a look
16    at these so I can put these in the correct folders.
17    Take a look at these.  Are those all related to your
18    motions?
19              Mr. Castellano, if you'd take a look at
20    it.  Or are some of those related to Mr. Billy
21    Garcia's?
22              THE CLERK:  Here are the ones just now.
23    These are related to Mr. Herrera's motion.
24              THE COURT:  Those are all yours?
25              MR. CASTELLANO:  Yes, Your Honor.  For the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   record, I think 1 through 15 have Government's
 2   Exhibit and the number at the bottom of the
 3   documents.
 4             MS. BHALLA:  There are some here.
 5             MR. CASTELLANO:  So Government's Exhibit
 6   13 also has a sticker which says Defendant's Trial
 7   Exhibit FV.
 8             THE COURT:  But those all relate to Mr.
 9   Sanchez' motions?
10             MR. CASTELLANO:  Yes, sir.
11             THE CLERK:  So these are all the ones
12   related to Mr. Sanchez' motion.
13             THE COURT:  And that other stack was, too?
14             THE CLERK:  No.  The stack I just gave you
15   with the blue labels, that's related to Mr.
16   Herrera's motion.
17             THE COURT:  But the ones earlier were
18   related to J, and I've got yours now, Mr. Lucero,
19   Ms. Bhalla?
20             MS. BHALLA:  I believe so, Your Honor.
21             THE COURT:  All right.  Do you have any
22   other witnesses or evidence you wanted to present on
23   your motion?
24             MS. BHALLA:  The only other evidence we're
25   going to present, Your Honor, is in the form of a
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1   proffer.  If I can sort of briefly explain to the
 2   Court why that might be necessary.  I don't believe
 3   there is going to be an objection by the Government
 4   to that proffer.
 5            After trial, Agent Acee communicated via
 6   telephone with Joe Martinez, also known as Cheech.
 7   David Calbert testified at trial that Cheech is the
 8   one who passed him the paperwork authorizing the hit
 9   on Javier Molina.  In that transcript, which the
10   Court will review -- oh, I don't know.  Do you have
11   a copy, Your Honor, of Defendant's Exhibit F up
12   there?  I just want to make sure, because I think I
13   have two of them with stickers.  I just want to make
14   sure you have yours.
15            THE COURT:  I do have an F.
16            MS. BHALLA:  Thank you, Your Honor.
17            THE COURT:  That's the transcript of --
18            MS. BHALLA:  Thank you, Your Honor.  There
19   is only one transcript, so that should be it.
20            In any event, after receiving this
21   transcript and reviewing, it became apparent there
22   was information in there that the defense team
23   wanted to follow up on.  We attempted lots of
24   different ways to get into contact with Mr.
25   Martinez.  We were able to finally serve him with a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   subpoena in Deming, New Mexico, when he was home for

2   Thanksgiving.  We are fairly confident that he

3   received that subpoena, because after receiving it,

4   he called our office.  There is no other way he

5   would have known that we were trying to communicate

6   with him, other than receiving that subpoena.

7           I was able to speak to him, and the

8   information that he relayed to me was that -- the

9   important part of that information is -- there's

10  three actual things, I think.  The first important

11  thing was:  There was no way he was going to show up

12  here today, and denied having received the subpoena

13  from our office, despite the fact that there was no

14  way he could have ever gotten in touch with us other

15  than receiving that subpoena.

16          And two, that he did, in fact, speak with

17  Agent Acee in December of 2016 about two issues.

18  One of them was the Molina homicide paperwork, and

19  one of them was about an investigation involving

20  him, where he was alleged to have been involved in

21  the murder.

22          Essentially what was relayed to me by Mr.

23  Martinez was that he had already explained to the

24  FBI how the story of the paperwork coming down was

25  impossible, that it had never happened the way that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they said it happened, and that it could not, in

2  fact, have happened the way they said it happened.

3  And that conversation is fairly relayed in the

4  transcript before Your Honor.

5           The other issue that Mr. Martinez brought

6  to our attention was that he believed Billy Cordova

7  had framed him for a murder he did not commit.  Some

8  of that information appears to be involved in

9  Defendant's Exhibit G, but it's still something that

10 is a little bit unclear, and something that would

11 have been helpful to have had, obviously, before

12 trial, and I can explain why that information would

13 have been helpful later.  But that's my proffer to

14 the Court regarding Mr. Martinez' statements to our

15 office, Your Honor.

16           THE COURT:  All right.  Any other witness

17 or evidence in support of your motion?

18           MS. BHALLA:  No, Your Honor.

19           THE COURT:  Ms. Jacks, you joined this

20 motion.  Anything you have to add to the motion?

21           MS. JACKS:  No, Your Honor.

22           THE COURT:  All right.  How about you,

23 Mr. Castellano?  Do you have any witnesses or

24 evidence you want to present on the motion?

25           MR. CASTELLANO:  I will have some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   exhibits, Your Honor.
 2           THE COURT:  Why don't you do those now.
 3   We'll see then if that causes Ms. Bhalla to have any
 4   other witnesses or evidence.
 5           MR. CASTELLANO:  And while I'm doing that,
 6   I don't know -- Ms. Bhalla asked me if I'd be
 7   willing to accept a proffer.  I'm not sure -- I
 8   haven't made a final decision what to think about
 9   that proffer, because Mr. Martinez, also known as
10   Cheech, is actually implicated in two of the murders
11   charged in this chase.  He was implicated in the
12   Javier Molina murder as having sent down the
13   paperwork.  He was also implicated in Trial 2 in the
14   Freddie Sanchez murder as having sent down the
15   paperwork, I believe through Kyle Dwyer and then
16   eventually to Ben Clark.
17           So I mean, if the Court wants to accept a
18   proffer, maybe that's fine.  But the question is:
19   What weight do we give to the proffer to Mr.
20   Martinez, who was not responding to a subpoena and
21   is implicated in two murders?  So the transcript --
22           THE COURT:  So all that that was proffered
23   would come through Mr. Martinez.
24           MR. CASTELLANO:  Yes, who has made himself
25   unavailable, and I understand Ms. Bhalla may not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  want to take time, understandably, to have him

2  arrested and brought to court, because I think if he

3  hits the stand, he's going to say nothing, because

4  he is facing exposure and he would need an attorney

5  before he hit the stand, based on him being

6  implicated in two separate murders in two separate

7  trials.

8          Once the Court looks at the transcript of

9  the recording by Agent Acee, it says a number of

10  interesting things which tend to corroborate what

11  other witnesses said at trial, and that's that he

12  was aware of the paperwork, he had seen the

13  paperwork, he was around at the time that the

14  paperwork was there, along with some of the other

15  participants.  And so he admits pretty much

16  everything with the exception of his participation

17  in the Molina murder.

18          So it's kind of an interesting set of

19  facts.  I guess a denial by him maybe means

20  something, but I think it doesn't, based on the fact

21  that he's facing exposure for two different murders.

22  So if the Court is willing to accept that proffer, I

23  think it's important to put it in proper context.

24  One, he hasn't responded to the subpoena he appears

25  to have been properly served; and two, he's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   implicated.  So therefore, it's not surprising he

2   would give a self-serving denial to Agent Acee after

3   otherwise corroborating other evidence in the case,

4   including having personally read the paperwork

5   related to Javier Molina.

6            THE COURT:  Well, I'm not sure, Ms.

7   Bhalla, what I can really do with the proffer.  The

8   Government is saying, yeah, we accept the proffer

9   and that could be the basis of the motion, and I

10  could, but if they're not willing to do it, then

11  without his testimony, I'm not sure that I can do

12  anything.  And I think we're all sort of probably

13  predicting that we're never going to get his

14  testimony.

15           MS. BHALLA:  I think that's fair to say.

16  Especially, Your Honor, since we know that he's not

17  in state, which makes the matter more complicated.

18  And I will say this:  In response to our discovery

19  requests, the Government did provide an additional

20  302, heavily redacted, which is Defendant's Exhibit

21  G.  Providing this document makes the proffer less

22  necessary than it was last week.  I think that we

23  can proceed without it.  But if they're willing to

24  stipulate it, it might make a more complete record.

25           THE COURT:  All right.  It doesn't look

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  like they're willing to.  So unless they are,

2  probably we're going to have to proceed without it.

3  I might drop a footnote.  I guess my initial

4  impression is, it's not going to make any

5  difference.  But I might drop a footnote and

6  consider it, saying even if I considered it, this is

7  how I'd come out.

8          All right.  What else do you have as far

9  as witness or evidence, Mr. Castellano?

10          MR. CASTELLANO:  I would once again ask

11  the Court to admit as exhibits the attachments to

12  this response.  So this response is the Government's

13  Document 2454.  Attachment 1 is, once again, the

14  discovery letters which the Court has heard about

15  from Daniel Sanchez' motion.

16          THE COURT:  Are we going to give these

17  separate exhibit numbers or just --

18          MR. CASTELLANO:  I think we can start

19  over, Your Honor.  And they are numbered.  For

20  example, the first one is Document 2454-1, and I

21  would treat that as Government's Exhibit 1 for

22  purposes of this motion.

23          THE COURT:  Any objection, Ms. Bhalla?

24          MS. BHALLA:  No, Your Honor.

25          THE COURT:  Ms. Jacks, any objection?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1             MS. JACKS:  No, Your Honor.
 2             THE COURT:  I don't know if any other
 3   defendant joined.  But not hearing any objection,
 4   Government's Exhibit 1 to the hearing on 2413 and
 5   2431 will be admitted into evidence.
 6             (Government Exhibit 1 admitted.)
 7             MR. LOWRY:  Your Honor, just for the
 8   record, Defendant Baca did join.
 9             THE COURT:  You did.  All right.  I'll ask
10   all defendants, then, and I'll sort out the joinder
11   when I --
12             MR. CASTELLANO:  Government's Exhibit 2 is
13   Document 2454-2.  Also at the bottom of that
14   document it says Government's Exhibit 2, and it's
15   Defendants' Exhibit FL from trial.
16             THE COURT:  All right.  Any objection?
17             MS. BHALLA:  No, Your Honor.  Thank you.
18             THE COURT:  Any objection to that by any
19   other defendants?
20             MS. JACKS:  No.
21             THE COURT:  Not hearing or seeing any,
22   Government's Exhibit 2 will be admitted for purposes
23   of the hearing on 2413 and 2431.
24             (Government Exhibit 2 admitted.)
25             MR. CASTELLANO:  Government's Exhibit 3 is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   marked Document 2454-3.  At the bottom it says

 2   Government's Exhibit 3, and in the lower right-hand

 3   corner is Defendants' Trial Exhibit FV.

 4             MS. BHALLA:  No objection, Your Honor.

 5             THE COURT:  Any other defendant have any

 6   objection?

 7             Not seeing or hearing any, Government's

 8   Exhibit 3 will be admitted for purposes of 2413 and

 9   2431.

10             (Government Exhibit 3 admitted.)

11             MR. CASTELLANO:  Exhibit 4 is Document

12   2454-4.  At the bottom it's Government's Exhibit 4,

13   and this is duplicative of the defense exhibit.

14   This is the entire transcript of the Bryan Acee/Joe

15   Martinez conversation.

16             MS. BHALLA:  No objection.

17             THE COURT:  Any other defendant have any

18   objection?

19             Not seeing or hearing any objection,

20   Government's Exhibit 4 for purpose of the hearing on

21   2413 and 2431 will be admitted into evidence.

22             (Government Exhibit 4 admitted.)

23             MR. CASTELLANO:  I think that's it for

24   now.  I may have some additional transcripts

25   introduced.  But I think for now that is it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

195

1            THE COURT:  All right.  Ms. Bevel, if

2  you'll get those exhibits from Mr. Castellano.

3            Ms. Bhalla, do you have further rebuttal

4  witnesses or evidence you want to present?

5            MS. BHALLA:  No, Your Honor.

6            THE COURT:  Any other defendants have any

7  other evidence or testimony they want to present?

8            All right, Ms. Bhalla, if you wish to

9  argue in support of your motion, you may do so at

10  this time.

11            MS. BHALLA:  I will, Your Honor.  Thank

12  you.

13            I don't intend to address everything that

14  was briefed, Your Honor, but I do want to start with

15  what I think are some of the more important points.

16  And one of those -- I kind of want to start a little

17  bit with the case law, Your Honor, and one of the

18  questions that I anticipated today that you asked

19  Ms. Jacks is how exactly would you have changed your

20  trial strategy, had you had some of this information

21  before trial?

22            And I want to just read a little bit from

23  United States v. Burke.  It's a Tenth Circuit 2009

24  case cited in our motion.  The citation is 571 F.3d

25  1048.  "The belated disclosure of Brady material

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492

**BEAN
&ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    tends to throw existing strategies and trial

2    presentation into disarray.  It becomes difficult to

3    assimilate new information, however favorable, when

4    a trial already has been prepared on the basis of

5    the best opportunities and choices available."

6            The Court went on, "It is not hard to

7    imagine the many circumstances in which the belated

8    revelation of Brady material might meaningfully

9    alter a defendant's choices before and during trial:

10   How to apportion time and resources to various

11   theories when investigating the case, whether the

12   defendant should testify, whether to focus the

13   jury's attention on this or that defense, and so on.

14   To force the defendant to bear these costs without

15   recourse would offend the notion of fair trial that

16   underlies the Brady principle."

17           That quotation is on page 1054, just to

18   get that out of the way, Your Honor.

19           In regard to the last two exhibits we

20   tendered today, Exhibits F and G, I want to draw the

21   Court's attention to a couple of things in

22   Defendant's Exhibit F.  Agent Acee decided post

23   trial the date that this recording was made was on

24   April 4, 2018.  Agent Acee decided to call Joe

25   Martinez, also known as Cheech, who was supposed to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   have passed the paperwork to David Calbert.  I don't

2   know if the Court remembers, but David Calbert

3   testified at trial that Cheech came out with a

4   three-man escort and passed the paperwork through a

5   fence while the guards were watching.  And --

6           THE COURT:  And we're five days before

7   trial; right?

8           MS. BHALLA:  This interview took place

9   after trial.  This is new evidence.  This is

10  evidence that no one had until after the trial.  The

11  recording did not take place until after trial had

12  concluded, Your Honor.  And I think it's important

13  to note for two reasons.  One, Agent Acee clearly is

14  still conducting an investigation about the

15  paperwork and wondering, himself, what happened,

16  which makes me wonder whether or not the agents

17  believed the testimony that was produced.

18          THE COURT:  Well, even if they didn't

19  believe it, what does that do?  I mean, if it's done

20  between the two trials, what do we do with it?  I

21  mean, it's new evidence, isn't it?

22          MS. BHALLA:  It is, but it's new

23  evidence --

24          THE COURT:  It's not really Brady

25  information.  It was turned over, but --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            MS. BHALLA:  It's new evidence that tends

2   to shed light on the testimony that occurred at

3   trial.

4            THE COURT:  So is it really a Brady

5   motion?

6            MS. BHALLA:  This is not part of the Brady

7   allegation, Your Honor.  There are Brady allegations

8   I kind of wanted to address in terms of -- the

9   reason that I read to you the quotation about late

10  Brady disclosures was a little bit in response to a

11  question the Court posed in the previous motion that

12  I was sort of planning on having to address today

13  with some of the other evidence.

14           We are arguing Brady violations, Your

15  Honor, but I wanted to deal with this new evidence

16  issue first, and then go into the Brady violation.

17  But I didn't want to neglect to give the Court that

18  citation, because it struck me when the Court asked

19  that question, and I didn't want to forget it, Your

20  Honor.  So it's a little bit out of turn, if that's

21  all right.

22           THE COURT:  Certainly.

23           MS. BHALLA:  Okay.  What's interesting is

24  that if you look at pages 3 and 4 of the transcript,

25  Your Honor, Agent Acee kind of brings up the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  paperwork and what happened with David Calbert and

2  how he had cooperated.  And he says to -- Agent Acee

3  says to him, "I'm being told it sounds like you

4  might have passed a couple of pieces over to

5  Spider."  Agent Acee says, "We've talked about it

6  before," meaning the paperwork, "and I don't know if

7  you even knew what the papers were or if you were

8  threatened to do it or what the circumstances were.

9  But let me say this, Joe," and then they go on to

10 talk about whether or not he needs an attorney and a

11 Kastigar letter to talk about the paperwork and to

12 talk about the issues.

13        And what struck me about this was, one,

14 that clearly Joe Martinez had given a different

15 variation of what happened with this paperwork

16 before; right?  And I don't remember reading a 302

17 about that or seeing a 302 about it, or anything of

18 that nature.  And so I contacted the Government, and

19 I actually contacted Agent Acee, too, and I asked

20 them:  Where are the previous conversations

21 mentioned in this transcript with Joe Martinez about

22 the paperwork in this case?  If there were previous

23 conversations, we need to know about them.

24        And we weren't able to find it, and

25 there's a reason we weren't able to find it, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it was heavily redacted, and it was produced right

2  before trial, and that's Defendant's Exhibit G.  And

3  what I noticed is that Joe Martinez' name has been

4  fully redacted from this document.  So there was no

5  way that the defense teams could have known that

6  Agent Acee had spoken to Joe Martinez about the

7  paperwork because his name is not in the 302.

8          What was also interesting is that -- and

9  I'll admit that I got this today, so I haven't spent

10  the time reading it that I would like to have.  But

11  nowhere in here is there a discussion about the

12  paperwork in the Molina murder.  There is a

13  discussion about other paperwork and about some

14  other parts of their investigation.  And there is

15  some history.  But there is nothing in here about a

16  completely different story about how the paperwork

17  was passed.

18          And I think, Your Honor, not having this

19  information, the fact that this 302 is incomplete,

20  the fact that this 302 doesn't encompass that

21  information is a problem.

22          If you continue on in Defendant's Exhibit

23  F and you get towards the end of the transcript,

24  Your Honor, if you go to pages 13 and 14, here is

25  what Agent Acee learns from Mr. Martinez, according

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to them, from the second time.  And I don't know why

2    Spider is insinuating or saying, "I handed him" --

3    excuse my language, but I'm going to read from

4    this -- "he's fucking stupid.  I didn't do that.  I

5    didn't.  I didn't.  I never had that kind of

6    opportunity to do.  Because when they take you out

7    of the cell, you don't come out with no paperwork.

8    They strip you.  You go to the cage and they strip

9    you.  There is no way in hell that I could have

10   passed him paperwork."

11          And it goes on.  And when you get to page

12   15, he says, "They're out there.  They're on a trip.

13   If I'm going to go take this fucker down, I'm going

14   to take this fucker down, and they're grasping for

15   straws."

16          And basically, what he's saying to Agent

17   Acee there is that they're willing to say whatever

18   they want about whoever they want to get themselves

19   out of trouble and they're going to take down people

20   that they don't like with them.

21          And when you compare this, Your Honor --

22   when you compare Defendant's Exhibit F to

23   Defendant's Exhibit G, you'll see that none of this

24   information -- which apparently is a second

25   conversation they're having about this -- is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   included in this 302.  And I think that had that

2   information been included, it would have been -- it

3   is material and I think it's exculpatory, because it

4   shows that the Government's theory of how the

5   paperwork was passed couldn't have happened.

6            And what I anticipate the Court to hear

7   next is that Mr. Lowry is going to introduce some

8   exhibits showing location histories, Your Honor.

9   Joe Martinez was never in the facility at the time

10  to provide that paperwork to David Calbert when

11  David Calbert says that paperwork was passed.  So

12  you're going to hear additional evidence from Mr.

13  Lowry that further supports and corroborates the

14  assertions that Joe Martinez is making in this

15  interview post trial with Agent Acee.  And

16  apparently, this conversation happened in December

17  of 2016, but the 302 regarding that conversation was

18  so heavily redacted that no one could read it and

19  know who they were interviewing.  And the facts

20  included in the second conversation, which clearly

21  states by Agent Acee they've had this conversation

22  before, is not included in this 302.  That would

23  have led to us trying to find, interview, and

24  subpoena Mr. Martinez for trial, and it probably

25  would have led to a further investigation about how

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 843-9492                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  it would not have been possible for the paperwork to

2  have been passed by Joe Martinez to David Calbert,

3  and it certainly would have been extremely useful

4  for the impeachment of David Calbert in his

5  testimony at trial.

6          Those were the first two major exhibits

7  that I wanted to talk about, Your Honor, and then

8  I'll move on, unless the Court has any questions

9  about those exhibits.

10         THE COURT:  Not at the present time.

11         MS. BHALLA:  Thank you, Your Honor.  The

12  first exhibit that I wanted to talk about, Your

13  Honor, is Exhibit A.  This is a letter from

14  Mrs. Martinez to Mr. Martinez found in Mario

15  Rodriguez's property.  And it's true that there was

16  some evidence that Jerry Montoya and some others

17  were -- and one other; I can't remember who it is.

18         THE COURT:  Can you think of -- I was

19  thinking last night and this morning about that

20  letter.  Can you think of any way that letter would

21  have been itself admissible?

22         MS. BHALLA:  Which one?

23         THE COURT:  The letter from Ms. Martinez

24  to Mr. Martinez.

25         MS. BHALLA:  Yes, I would have called

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mrs. Martinez to testify about it, and we could have

2  asked Mr. Martinez about it, had it been produced

3  prior to trial.

4          THE COURT:  Okay.  But would you agree

5  with me that the letter itself probably would never

6  get into evidence?  I couldn't think of a way that

7  it would come in itself.

8          MS. BHALLA:  I do.  I think it goes to

9  common plan or scheme, to state of mind, to motive

10 and intent.

11         THE COURT:  But that's her letter.

12         MS. BHALLA:  Yeah.  I think that we would

13 have -- this is how I think it would have gone

14 differently.  Had we had -- this letter was

15 produced, Your Honor, at the end of trial,

16 February --

17         THE COURT:  I'm not yet asking about what

18 you would have done differently.  I'm just trying to

19 think through that letter itself.  I couldn't think

20 of a way --

21         MS. BHALLA:  You mean to authenticate it?

22         THE COURT:  Not to authenticate it, but

23 that it would come in for the truth of the matters

24 that are being asserted, and how it would come in

25 over any sort of hearsay objection.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                          FAX (505) 843-9492
                                                                            1-800-669-9492
                                                                            e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        MS. BHALLA:  Well, it certainly could come

2   in as impeachment.

3        THE COURT:  Well, that's true.  But then

4   that limits considerably the value of this letter if

5   it's only going to be used for impeachment of who.

6   She's going to have to be called at trial, and now

7   you're talking about it being -- impeaching a

8   spouse.  We're getting kind of removed from the core

9   issues here.

10        MS. BHALLA:  I don't know that we are,

11   Your Honor.  I mean, I understand -- I do take the

12   Court's point, but what you've got is, you've got an

13   outside person helping facilitate the exchange of

14   fraudulent information to concoct a broad scheme

15   lie, so that other defendants could avoid

16   consequences, some of whom were the Government's key

17   witnesses.

18        THE COURT:  But wasn't it clear that at

19   the first trial -- wasn't it pretty clear that

20   people were concocting stories in that state trial?

21   That came across, I thought, pretty loud and clear

22   that if they had had that trial, people were not

23   going to be telling the truth in it.

24        MS. BHALLA:  I think that that's true for

25   Jerry Armenta and Jerry Montoya.  That evidence was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   not presented as to Timothy Martinez and Mario

2   Rodriguez.  And I think what happens, Your Honor, is

3   that it takes a lie between two people and broadens

4   it to a much larger conspiracy.  And I think that

5   that could have been very powerful evidence for the

6   jury to consider.  It wasn't just two guys in the

7   same facility communicating with each other's

8   lawyers.  You've got them involving third parties

9   from outside the prison system telling them, "Hey,

10  guys, your stories aren't matching up."  And it

11  involves Mario Rodriguez and it involves Timothy

12  Martinez, who had not been implicated in those other

13  letters.  And I think it becomes a much larger, more

14  dominant problem than it did by limiting it to just

15  Jerry Armenta and Jerry Montoya.  And I would also

16  argue if the Court is going towards any kind of

17  spousal privilege --

18          THE COURT:  I wasn't going so much to

19  that.  It was just that we're beginning to move kind

20  of two and three people away from the core issues

21  here of whether there were SNM folks in that first

22  trial that were trying to fool the state people and

23  potentially a state jury.

24          MS. BHALLA:  And I think there was

25  evidence presented that Jerry Armenta and Jerry

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Armenta did that.  That evidence was not presented

2    as it went to Mario Rodriguez, Timothy Martinez, and

3    his wife.  And I think it just creates a much more

4    pervasive problem and picture for the jury of the

5    scope of how these people are really able to

6    communicate and how they're able to work together.

7              THE COURT:  So if you had had it, what

8    would you tell that jury that you didn't tell the

9    jury about that state case?

10             MS. BHALLA:  I would have definitely spent

11   a lot more time weaving that into every

12   cross-examination and into our opening statement.

13   And I didn't get the opportunity to do that.  I also

14   would have taken the time to attempt to interview

15   Mrs. Martinez and to find out if we could get any

16   other communications between her and the other

17   defendants by way of IPRAs.  There are other ways we

18   could have investigated these issues that we didn't

19   get to investigate, Your Honor.

20             THE COURT:  This is the question I asked

21   of Ms. Jacks, as well, about her, that late

22   disclosure in the first trial.  Why didn't you --

23   once you got this box of documents about Mr.

24   Rodriguez, why didn't you then do what you needed to

25   do here?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. BHALLA:  I like what Ms. Jacks said

2    about it, Your Honor, and I tried to articulate that

3    in our reply.  It's impossible, in my mind, to sit

4    down and assimilate thousands of pages of

5    information given to you during trial and figure out

6    how to weave that back into your trial strategy at

7    the last minute by recalling Government witnesses

8    when that information was withheld.  And that's why

9    I cited that Burke case, Your Honor.  And I'll read

10   it again.  "It becomes difficult to assimilate new

11   information when a trial has already been prepared

12   on the basis of the best opportunities and choices

13   available."

14          It was so chaotic, Your Honor, to try and

15   process the amounts of discovery.  You know, I think

16   it's a mistake to isolate the disclosures into

17   discrete groups.  The fact is that the total number

18   of discovery that we were provided with pretrial was

19   6,282 pages, and most of those productions were in

20   multiple thousands of pages.  It's not like we got

21   ten pages a day and we were told to review it.

22   You're trying to assimilate this new information,

23   reevaluate how to handle witnesses that have already

24   been called after you've been in litigation for five

25   weeks and pretrial motions for months and months.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                FAX (505) 843-9492
                                                                         1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

```
1            And I think it affected more than just --
2    I mean, I think it just goes to trial strategy and
3    allowing the Government to benefit by withholding
4    such information during trial seems to me the wrong
5    sort of message to send about discovery practices,
6    Your Honor.
7            THE COURT:  All right.
8            MS. BHALLA:  I'll move on to our Exhibit
9    B.  I think my argument with Exhibit B is the same
10   as it pertains to Exhibit A.  But here, you know,
11   the Government's theory of the case is that these
12   gentleman received paperwork and were told what to
13   do with it.  In this letter, Mr. Rodriguez is
14   actively seeking out paperwork on other defendants
15   from the county clerk and misrepresenting how and
16   why he's doing so.  We didn't get this disclosure
17   until February 28 of 2018.
18           I want to move to Exhibit C now, Your
19   Honor, and let me just refresh my memory on this
20   exhibit.  I apologize.  That is a note from Agent
21   Stemo, Your Honor, that was produced on March 2 of
22   2018.  And again, I think this is exculpatory
23   information as it pertains to Mr. Herrera, because
24   Timothy Martinez indicated that he didn't know how
25   Carlos was involved in the murder, but that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  didn't get along with Carlos, he didn't like him,

2  essentially.

3          And I think it's important, when you

4  review this note from Agent Stemo, that you review

5  it while also reviewing Exhibit D, which is the

6  questionnaire that was disclosed to us on January

7  30.  And I'd like to point out that this is the only

8  questionnaire that the defense was provided.  It

9  seems to me that the other ones were provided in

10 Trial 2.

11         And I think that I took a lot of time to

12 explain why this was relevant in the brief, but I

13 just want to highlight to the Court that I think you

14 have to look at these exhibits together, because

15 when you look at the questionnaire that was

16 presented to the SNM defendants and cooperators in

17 this case, they give the names of the individuals

18 that they believe to be involved in the murder, and

19 that, as far as it concerns Mr. Herrera, starts on

20 page 6, Bates No. 51501.  And it sort of makes sense

21 when you look at the interview notes, Oh, yeah, I

22 see that, but I don't know how.

23         They're selling -- they're basically

24 telling the cooperators who their targets are.  And

25 these are targets that have already conspired to lie



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    together in a state case.  And I think that's pretty

2    powerful information that we could have put before

3    the jury when you tie all those knots together, Your

4    Honor, when you lace it up, if you will.

5            Here we've got -- when trial started, we

6    only had two defendants that we had evidence about

7    lying about what happened; right?  Now we have

8    evidence of four, or actually five, that we didn't

9    have before trial.  And now we have the

10   questionnaire that shows exactly how and why these

11   informants had our clients' names involved in the

12   different murders that were being investigated.

13           I mean, it's sort of like, "I want you to

14   tell me a story about Jimmie falling down the

15   mountain."

16           "Okay.  Sure.  I can do that."

17           But if you go and say, "Do you know what

18   happened on the mountaintop," they may not have any

19   information.  And I sort of feel like you have to

20   look at all of this together in a totality of the

21   circumstances, Your Honor.  When you start looking

22   at all of the evidence withheld and how it all works

23   in place together, I think it becomes obvious how

24   the trial strategy could have been wildly different

25   and produced a very different result.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              And that's what I'm asking the Court to
 2   do.  And I think, Your Honor, that explains why it's
 3   so hard to do that in the middle of trial, to pull
 4   all these pieces together and to take all these
 5   threads, and then try to recall witnesses without
 6   having the time to assimilate this information into
 7   a real working theory of the case.  It's one thing
 8   to read a chapter at a time.  It's another to sit
 9   down and read a novel.  And we were being given such
10   voluminous information that it was impossible to
11   process it in a cohesive way, and that's why, when
12   you look at these two exhibits together, I think it
13   makes a little more sense, Your Honor.
14              The last exhibit that I wanted to talk
15   about was Defendant's Exhibit E.  And this is
16   another sort of -- it may seem minor, Your Honor,
17   but to me it's not.  If you recall, during trial
18   Billy Cordova testified that he helped give another
19   SNM member a hotshot and they wrapped his body up in
20   a tarp and left it at a church.  The Government
21   followed up on this, and they generated a 302 on
22   June 25 of 2018, and they investigated that
23   allegation, and what they found is that that
24   allegation didn't have any support from the members
25   of the church and from the pastor who would have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   information about that.

2           And I think it's interesting, if

3   Mr. Cordova was willing to make up information about

4   himself just to curry favor or to make himself look

5   more important, what else would he be willing to lie

6   about?  I mean, to make up a story about a murder

7   that there is no evidence to support based on the

8   FBI's investigation, just to enhance your story or

9   to enhance your reputation, can really cause serious

10  doubt about whether or not that witness was really

11  telling the truth.  And I liked Mrs. Jacks' briefing

12  about the role of the Court as --

13          THE COURT:  Let's do this.  I don't want

14  to rush you, and I've got some questions on this.

15  Would this be a good time for me to let Ms. Bean

16  rest her fingers?

17          MS. BHALLA:  Sure.  And I'm close to

18  finishing, too, Your Honor.

19          THE COURT:  I don't want to rush you.

20  I've got some questions about this, because of the

21  timing of this 302.  So let's take about a 15-minute

22  break and I'll let you continue.

23          (The Court stood in recess.)

24          THE COURT:  All right.  I think we have

25  all the defendants, an attorney for each of the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

214

1   defendants.  All right.  We'll go back on the

2   record.  I think we have an attorney for each

3   defendant.

4           Ms. Bhalla, if you wish to continue your

5   argument in support of your motion, you may

6   continue.

7           MS. BHALLA:  I think I'm ready to take

8   questions from the Court, Your Honor.

9           THE COURT:  Well, I don't have any at the

10  present time, other than the timing of that last

11  disclosure.  It came -- again, it came after the

12  trial.

13          MS. BHALLA:  It did, Your Honor.

14          THE COURT:  So what do I do with that?

15  That's almost like evidence that occurred after the

16  trial.

17          MS. BHALLA:  It did, Your Honor.  And I

18  tried to, in my brief, distinguish the standards

19  between when what happened when new evidence is

20  presented and also what happens when there are Brady

21  violations, and to articulate why the disclosures

22  made during trial were Brady violations and why the

23  disclosures post trial were relevant.  But I think,

24  case law aside, I think that --

25          THE COURT:  It seems to me that we could

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    have spent about two months impeaching Mr. Cordova;

2    right?

3              MS. BHALLA:  That's a dangerous question,

4    Your Honor.

5              THE COURT:  So I mean, you know, the fact

6    that you may have another lie, I guess this seems to

7    me to be maybe the definition of "cumulative" with

8    Mr. Cordova, one more, and we don't have to have a

9    lie.  It's just there as an inconsistent, perhaps,

10   statement.

11             MS. BHALLA:  I think, Your Honor, that to

12   some extent I understand the Court's perspective.

13   But I would also point out that there are different

14   kinds of lies.  And lies can mean different things

15   to juries.  And taking credit for a murder that you

16   didn't commit just to curry favor with the

17   Government is the kind of lie that would have been

18   highly probative and highly (unintelligible).  It's

19   definitely something that we would bring out in

20   another trial.

21             And I think that when you look at this

22   kind of disclosure -- again, Your Honor, I think

23   it's a mistake to look at them individually.  I

24   really think that you have to put them all together.

25   Because when you put them all together, you see that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com



1  there could have been a very different defense and

2  there could have been a very different approach to

3  how we handled the informants.

4          And I want to remind the Court that all of

5  these convictions rest solely upon the testimony of

6  these cooperators.  And so every piece of

7  impeachment is very important when that's the case,

8  and so -- especially when you have evidence that the

9  cooperators were all working together.

10          So I would just ask the Court to keep that

11  in mind, Your Honor, when reviewing these exhibits

12  and when looking at the evidence that we presented

13  argument about, to do it in a totality of the

14  circumstances fashion.

15          THE COURT:  All right, I will.

16          MS. BHALLA:  Thank you, Your Honor.

17          THE COURT:  All right.  Thank you, Ms.

18  Bhalla.

19          Ms. Jacks, you specifically joined on

20  behalf of Mr. Sanchez.  Do you have anything you

21  want to say on this motion?

22          MS. JACKS:  I do not.

23          THE COURT:  Any other defendant wish to

24  comment on this?

25          Not seeing any, Mr. Castellano, are you

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                     Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 843-9492                                                        FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  going to respond?

2          MR. CASTELLANO:  Yes, Your Honor.  Thank

3  you.

4          I want to start where Ms. Bhalla left off.

5  She stated that all of the cooperators were working

6  together.  But there was never any evidence at trial

7  that they were working together.  That was a defense

8  theory, and clearly there were times when

9  cooperators were housed together.  I can say between

10  both trials, the only time there was evidence of one

11  cooperator talking to another was Trial 2, when Ben

12  Clark made a statement to Ruben Hernandez; Ruben

13  Hernandez testified at trial that Ben Clark asked

14  him if he remembered something about the paperwork

15  that Kyle Dwyer brought.  Ruben Hernandez said he

16  didn't remember that, and he testified to that.  And

17  that's the only evidence in either Trial 1 or 2

18  where there was indication that one cooperator

19  discussed the case with another one.  That's a

20  defense theory, but there was never proof at trial

21  that they had actually worked together.

22          Starting with the transcript of Joe

23  Martinez, I think it's important to note that on

24  page 1 of the transcript, Agent Acee actually isn't

25  calling Joe Martinez.  Joe Martinez is calling Agent

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Acee.  On the first page, Agent Acee is saying,

2    "Hello," and Mr. Martinez is saying, "Hello, Bryan."

3    So actually Joe Martinez is calling Agent Acee.

4             On page 15 of that exhibit, which is a

5    transcript between Joe Martinez and Agent Acee, I'm

6    showing the Court page 8 of that exhibit and I'm

7    indicating on the fifth box from the top there is

8    actually an admission by Joe Martinez that he was at

9    the facility the same time that they were.  He says

10   he already knows what Calbert is going to say and he

11   says, "That's when we were all there."

12            And so once again, there is admission by

13   Joe Martinez.  I know a couple of the defendants

14   have alleged there is no corroboration of this.  But

15   Joe Martinez himself admits that he was at the same

16   facility at the same time as Mr. Calbert.  So that

17   actually weighs against the arguments about the

18   possibility that they were at the same place at the

19   same time.  So I wanted to highlight that.

20            The other thing about Joe Martinez is that

21   he was actually somebody who was disclosed as a CI

22   to the defense.  I don't remember when that

23   happened, but I know his name came up in court, and

24   the defense can correct me if I'm wrong.  It came up

25   in court.  I think it may have been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Ms. Harbour-Valdez who actually interviewed Mr.

2  Martinez.  I know that she was Trial 2, not Trial 1,

3  but Mr. Martinez was disclosed to the defense in one

4  of the hearings where we had to disclose CIs who

5  were masked by redactions, but he was -- his name

6  was given.

7          The other thing about the letter from Tim

8  Martinez's wife.  I think the date indicates that

9  the letter was sent before this case was indicted.

10 It was a letter when the case was still pending in

11 state court.  And so the indication that -- the only

12 thing that happened here is that Defendant's Exhibit

13 A -- I can tell the Court at least on that document,

14 which is part of the packet, the date was October

15 23, 2015.  So once again, this was old information

16 from when the case was a state case, and all of

17 those defendants were impeached at length about the

18 fact that they were going to commit a fraud on the

19 Court.  So that's the first part of that.

20         The next is that, if I'm not mistaken --

21 the defense can correct me again -- I remember that

22 Timothy Martinez's wife was subpoenaed and was

23 waiting out in the foyer and had refused to testify.

24 And I think there was an allegation that they were

25 keeping her until she would cooperate.  She

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  ultimately did not agree to cooperate, and she was

2  released from the subpoena.  My recollection -- I

3  can be corrected -- is that Ms. Martinez was

4  subpoenaed, they made attempts to get her on the

5  stand, but she refused.

6          And so once again, it makes that document

7  even more difficult to introduce for evidentiary

8  reasons.

9          I want to turn to Defendant's D.  I do

10  have one more exhibit to introduce.  It's sworn

11  testimony by Agent Acee and I can show it to Ms.

12  Bhalla.  In Trial 2, Agent Acee was asked about the

13  questionnaires and he indicated that he didn't

14  recall actually giving the questionnaire to anybody

15  except for one cooperator, and that was Frederico

16  Munoz, because there were certain time constraints.

17  So the questionnaire -- there is testimony, not in

18  Trial 1 but in Trial 2, that Agent Acee was asked

19  about it.  He also testified that the questionnaire

20  was for the agents because there had been some

21  mistakes in the 302s about which participants were

22  involved in which crimes, and that was used as a

23  tool so that the agents could use that to question

24  people without making mistakes.

25          And so I'll mark this as an exhibit.  It's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Agent Acee's testimony from Trial 2, just to be

2  clear, and I believe it was testimony from April 16,

3  2018.  I want to be clear that the questionnaire was

4  not given to cooperators.  It was given to agents

5  for the purpose of questioning them.  And am I on

6  Exhibit 5, Your Honor?

7            THE CLERK:  Yes.

8            THE COURT:  Ms. Bevel is saying yes.  I'd

9  have to look back to make certain, but...

10            MR. CASTELLANO:  And I'll show the

11  transcript to Ms. Bhalla, the portion I have.  But

12  there is an indication from that -- that's a sworn

13  statement by Agent Acee at a trial that that was not

14  given to everybody, so therefore, they weren't

15  suggested.  Now, how agents have questioned people

16  might have varied from time to time, and that would

17  be a question regarding every single 302, how the

18  interview was conducted.  At this time I move the

19  admission of Government's 5.

20            THE COURT:  Ms. Bhalla, any objection to

21  Government's Exhibit 5 for your hearing on your

22  motion?

23            MS. BHALLA:  No, Your Honor.  I'm just --

24  there is no objection.  I'm just trying to review it

25  so I understand what it says before I reply.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

222

```
 1            THE COURT:  Any of the other defendants
 2   have any objection?
 3            Not seeing or hearing any, Government's
 4   Exhibit 5 will be admitted into evidence.
 5            (Government Exhibit 5 admitted.)
 6            MR. CASTELLANO:  Also on the
 7   questionnaire, which is Defendant's D, that was
 8   disclosed for trial.  I don't want to go through the
 9   whole thing, but I will note on question 144, page 8
10   of that exhibit, there is a question:  Why did
11   Daniel Sanchez conspire to murder Anthony Ray Baca?
12   The response was, "Not aware."
13            So there were times that even if we say
14   there was a certain answer that was prompted by
15   agents asking these questions, there is at least one
16   example where the witness, in this case Mario
17   Rodriguez, said, "I don't know.  I wasn't aware of
18   that."
19            So it's not clear in any way that just
20   because these questionnaires existed that they
21   necessarily suggested the answer to any of those
22   questions.
23            Looking at Exhibit E, what is correct is
24   that Exhibit E doesn't tell us anything one way or
25   the other.  This is the exhibit in which agents were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sent to the church to ask about any bodies found at

2    the church.  It relates to Billy Cordova.  And what

3    it tells us is that two people at the church didn't

4    know anything about the body.  So it doesn't tell us

5    he was lying, it doesn't tell us he was being

6    truthful.  It just tells us that two people don't

7    know anything about a body that was found there.

8              The timing is also interesting, because

9    the pastor on the March 1st paragraph of that

10   exhibit indicates that the church was purchased in

11   December of 2004 and didn't move in until several

12   months later.  So it may have been that none of

13   those people discovered the body because they

14   weren't there.  The alleged murder happened in 2005,

15   by Billy Cordova's admission.

16             And the other thing about this exhibit is

17   that, as I stated in my brief, it's a lot more

18   damaging to impeach Billy Cordova with a murder for

19   which he isn't being prosecuted than it is to allege

20   that he's lying about a murder.  And so I think they

21   got better impeachment out of that line of testimony

22   than they would have by claiming he was lying about

23   his participation in a murder.

24             Your Honor, I really don't have anything

25   to add than I responded in the briefing.  So if the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Court has questions, I don't think I have anything

2   further.

3        THE COURT:  Well, do you want to comment

4   on Ms. Bhalla's sort of final point there, her

5   cumulative point?

6        MR. CASTELLANO:  Well, I think if we look

7   at each of these individually, there would be no

8   error.  And to put them all together to say there is

9   sufficient error to undermine the verdict or to

10  grant a new trial, I think it just isn't there.

11       And I'm glad you asked me a question,

12  because I forgot to make the record that Ms. Bhalla

13  has withdrawn one of her arguments, which was

14  ineffective assistance of counsel.  So I want to

15  make sure we make that clear for the record.

16       THE COURT:  Is that the one that's built

17  on the fact that Mr. Davis got disqualified and then

18  she had to take over, and then we appointed new

19  counsel?

20       MR. CASTELLANO:  That's correct, Your

21  Honor.  So I wanted to make clear that she has

22  withdrawn that portion of her argument.

23       THE COURT:  I didn't think she was quite

24  arguing that she was ineffective.  She was arguing

25  that she didn't have enough time to prepare, was I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

225

```
 1   thought precisely her argument.

 2             MR. CASTELLANO:  And I didn't think she

 3   was effective -- ineffective.  I'll say that again.

 4   I don't think she was ineffective.  But I think she

 5   did a fine job at trial defending her client.  She

 6   said there was no -- it was strictly cooperator

 7   testimony in this case.  But as to her client, there

 8   were recordings, as well.  So certainly there was

 9   corroboration and other hard evidence regarding Mr.

10   Herrera.

11             One of her arguments related to the

12   evidence was the discovery, and that's why I

13   attached the discovery letters for the Court to see.

14   What the Court will see is that, according to the

15   defense, 3,000 pages were disclosed at the very

16   beginning of trial, so half of the disclosures were

17   made.  We're not saying it was a small amount of

18   discovery, but it was disclosed at the beginning of

19   trial, giving them, the defense team, with a joint

20   defense agreement and a joint defense with

21   resources, time to use those documents.  And I think

22   if the Court looks at the discovery letters, the

23   Court will see many of these documents were used at

24   trial by both sides, and it included some of the

25   prison records, locations, histories, and things of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that nature.

2          Some of the discovery is also related to

3   Trial 2, because we had ongoing discovery

4   obligations.  So those disclosures had no bearing on

5   this trial at all.  So that's why I made those

6   available to the Court and two responses.

7          But I don't think there's cumulative

8   error, going back to the Court's question, if none

9   of these really amounts to error.  And I don't think

10  the evidence in this case establishes that there

11  was.

12          What I will add is, one of those alleged

13  errors was the Mario Rodriguez letter, which was

14  found in his property.  I've introduced that now in

15  two of these hearings, and it's clear now that the

16  document which seemed to carry the greatest weight

17  for purposes of impeachment and any allegation of

18  wrongdoing by the Government was introduced two

19  weeks prior in a defense pleading.  So I want to

20  make that part of the record, as well.  That would

21  not be part of any prejudice to the defense.

22          Other than that, Your Honor, the United

23  States would rely on its briefing in this matter.

24          THE COURT:  All right.  Thank you,

25  Mr. Castellano.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1            Any other defendant want to speak before
 2    Ms. Bhalla gets the last word?
 3            All right, Ms. Bhalla.  Do you wish to
 4    speak on your motion?
 5            MS. BHALLA:  Thank you, Your Honor.
 6    Briefly.
 7            THE COURT:  And Mr. Castellano is correct
 8    that you have withdrawn the -- you didn't have
 9    enough time to prepare, that first portion of your
10    motion?
11            MS. BHALLA:  That's correct, Your Honor.
12    And I'd like for the Court to actually review that
13    portion of our reply explaining why we withdrew that
14    motion, because I think that that thought process is
15    informative for the Court and relevant to the
16    discovery violations which we had to deal with
17    during trial.
18            But I wanted to go very briefly -- and
19    Mr. Castellano just said there was no evidence that
20    the cooperators were working together.  Well, that's
21    the problem.  I mean, we didn't have that evidence
22    in time to prepare that.
23            THE COURT:  Wasn't that aspect pretty
24    minimal, pretty minuscule?
25            MS. BHALLA:  The aspect that they were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    working together?
2              THE COURT:  Yeah.  I mean, I don't
3    remember, other than the incident that has been
4    brought out this afternoon -- I don't recall another
5    incident.  Am I not missing or not remembering
6    others?
7              MS. BHALLA:  Let me narrow the question,
8    Your Honor.  Do you mean in terms of discovery that
9    was produced during trial?
10             THE COURT:  Well, I'm talking about
11   cooperation or people rehearsing their testimony or
12   anybody talking about it.  I thought that was a
13   fairly minimal problem in trial.
14             MS. BHALLA:  I'm talking about the
15   witnesses working together to fabricate the story
16   that they were providing to the Government.
17             THE COURT:  In the state court case.
18             MS. BHALLA:  Yes, but I also think that
19   you can find evidence of that in other places.  But
20   just so the record is clear, Your Honor, this letter
21   from -- Exhibit A, this letter from Timothy
22   Martinez's wife to Timothy Martinez -- that was
23   something that was disclosed to us; or at least the
24   only time that I became aware of its disclosure was
25   on February 28, 2018, when the 934 pages of Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Rodriguez' property were produced.

2           Now that Mr. Castellano says something

3   about Mrs. Martinez being here under subpoena, I

4   sort of vaguely remember that, as well, but it

5   wasn't for this.  Because this happened well -- this

6   production happened well after Timothy Martinez was

7   through testifying.  So that issue had never been

8   explored with Mrs. Martinez.  I don't know why she

9   was here.  It was for some other purpose, but it had

10  nothing do with this letter, because I didn't have

11  it.  And I hadn't seen it produced previously.

12          THE COURT:  But what else -- I guess I'm

13  trying to think what else would she have been

14  hanging around this court about?

15          MS. BHALLA:  I'm trying -- it would be

16  purely speculation on my part, but I --

17          THE COURT:  Well, speculate for me,

18  because --

19          MS. BHALLA:  I recall one of the

20  defense -- maybe it was Mr. Villa wanting to ask her

21  about a drug case or something.  I don't remember

22  how it was relevant.  But I'm pretty certain it had

23  nothing to do with this letter.  I'm willing to

24  entertain advice or suggestion from my cohorts back

25  here, but -- or from Ms. Salazar, who has an

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1   impeccable memory.

 2          Oh, that's right.  There was an allegation

 3   that Mr. Martinez was dealing drugs while he was at

 4   Sandoval County Detention Center, and Mrs. Martinez

 5   was facilitating that, that enterprise.  And it was

 6   after he had been working as a Government witness,

 7   and it went to his -- you know, it was Giglio

 8   information about his conduct while he was a

 9   cooperating witness.  And that does sound correct,

10   Your Honor.

11          The reference to the transcript, which is

12   Exhibit F, when he says that Mr. Martinez says,

13   "Well, that's when we were all there together," I

14   think he missed the point of what I was saying.

15   David Calbert testified as to a timeframe when that

16   paperwork was passed.  And according to the

17   timeframe he provided, Mr. Martinez was not there

18   and could not have possibly passed the paperwork.

19   And that was the point of that particular comment.

20   And I think that Mr. Lowry will clear that up, Your

21   Honor, so I won't belabor it.

22          Whether or not Mr. Martinez was disclosed

23   as a CI, the information provided in that 302 was

24   impossible for us to discern, given the redactions.

25   Let me just look over my notes, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           Oh, those letters, the letter being

2    written, the one we just discussed from Mr.

3    Martinez' wife, while that's true that the letter

4    may have been authored in 2015, it wasn't received

5    until almost the end of trial.

6           I think that I articulated my arguments

7    about the questionnaire fairly well in the reply,

8    and I would just say that the exhibits that they

9    tendered with Agent Acee's testimony about the

10   questionnaires were about the cooperators in Trial

11   2.  It didn't specify that those were the

12   cooperators in Trial 1.

13          Other than that, I just ask the Court to

14   review the briefs.  I mean, I certainly didn't cover

15   everything in oral argument today, but I wanted to

16   try and bring out the salient points, Your Honor,

17   and unless you have any other questions, I think I'm

18   through.

19          THE COURT:  All right.  Thank you, Ms.

20   Bhalla.

21          MS. BHALLA:  Thank you, Your Honor.

22          THE COURT:  Well, I'll certainly take a

23   closer look at this in light of the evidence that's

24   been presented.  As I read Mr. Herrera's motion and

25   the joinders in it, nothing jumped out at me that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   suggested that a new trial was appropriate.  It
 2   seemed to me that there was considerable evidence
 3   introduced against him, and that nothing here would
 4   have changed to any significant degree or materially
 5   the strategy in the case and because of the other
 6   evidence that was presented.
 7           So I'm inclined to deny the motion both as
 8   to him and the defendants that have joined that
 9   motion.  But I'll take a hard look at it, and I'll
10   give you an opinion on it as soon as I possibly can.
11           All right, Mr. Lowry, I think you're up
12   next on behalf of Mr. Baca.
13           MR. LOWRY:  Thank you, Your Honor.
14           THE COURT:  Mr. Lowry.
15           MR. LOWRY:  Thank you, Your Honor.
16           THE COURT:  Mr. Lowry.
17           MR. LOWRY:  Your Honor, just as a matter
18   of housekeeping, I think I worked out an arrangement
19   with the United States.  I want to follow a bit of
20   Mr. Castle's example this morning and just present
21   evidence.  And if it's okay with the Court, I'd
22   prefer to argue on paper afterwards.
23           THE COURT:  All right.  Do you have
24   additional evidence to present?
25           MR. LOWRY:  I do, Your Honor.  And
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   actually, I want to go through a bit of

2   housekeeping.  I talked throughout the day with

3   Ms. Armijo, and what I believe they've agreed to do

4   is allow all the exhibits that were attached to the

5   motions to come in as admitted, with one exception.

6   In the reply brief, we cited to three Lupe Urquizo

7   phone calls regarding his ability to view the

8   tablets.  And we had agreed that there would be a

9   conditional admittance to allow the Government a

10  chance to review those audiotapes because we had to

11  lodge them this morning, and to make sure they're

12  fair and accurate representations of what was

13  disclosed by the United States in discovery.

14          With that, Your Honor, there are some

15  additional exhibits, aside from what was on the

16  pleadings, that we've agreed to introduce as

17  evidence.  And they're largely -- well, there are

18  two general categories, and one to deal with the

19  IPRA requests, and some of them are redundant, but

20  some of them are the emails that went along with

21  them.  And that would be Exhibit W through, I

22  believe, it's CC.  And that's just --

23          THE COURT:  These are trial exhibits?

24          MR. LOWRY:  No, Your Honor, these would be

25  new exhibits.  They're associated with the exhibits,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  and I can get you a list.  They're associated, and

2  if you look at Document 2423, we filed an appendix

3  of exhibits to the motion for a new trial.  And they

4  would go with what has been marked 9 through 14 on

5  that Document 2423, and those would be Exhibits I

6  through N on the original motion.  And what these

7  really are are emails to just drill down and shed

8  more light on the nature of the conversations that

9  were taking place about the inability of the

10  Department of Corrections to follow up on the second

11  request for the recreation yard records, Your Honor.

12          And we do have -- I'm going to call two

13  witnesses.  One, our investigator, Leonor Delgado,

14  to talk about the line of sight from the recreation

15  yard into Q-106, the cell, and then we're going to

16  call Jim Brewster, the general counsel for the

17  Department of Corrections, to testify about the IPRA

18  requests and the document destruction that happened

19  in May of this year.

20          THE COURT:  All right.

21          MR. LOWRY:  There are two additional

22  exhibits, and these are marked as Defendant's

23  Exhibits DD and DE.  And DD is the field notes from

24  Bryan Acee regarding the initial meeting with Lupe

25  Urquizo before he had counsel present, and the 302

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    associated with that.  And Ms. Armijo agreed to

2    admit these with the provision that she'd be allowed

3    to augment the record with all of the 302s

4    concerning the cooperating witness Lupe Urquizo, and

5    we have no objection to that, Your Honor.

6              THE COURT:  All right.  So let me get

7    exactly the ones you're moving.  Do you want to move

8    those by number?

9              MR. LOWRY:  Sure.  Your Honor, we would

10   move Exhibit A, which is the November 14, 2017,

11   audio recording of Mario Rodriguez that was produced

12   in the summer of 2018.

13             THE COURT:  Any objection, Ms. Armijo?

14             MS. ARMIJO:  No, Your Honor.

15             THE COURT:  Any objection from any other

16   defendant?

17             All right.  So Baca Exhibit A will be

18   admitted into evidence.

19             (Defendant Baca Exhibit A admitted.)

20             MR. LOWRY:  And Exhibit B was a 302 dated

21   November 6, 2017.  It was actually the initial

22   intake interview with Mario Rodriguez.  The actual

23   interview happened on October 24, 2017.  That would

24   be Defendant's Exhibit B, Your Honor.

25             THE COURT:  Any objection, Ms. Armijo?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  No, Your Honor.
 2              THE COURT:  Any other defendant?
 3              Not hearing any, Baca Exhibit B will be
 4   admitted into evidence.
 5              (Defendant Baca Exhibit 5 admitted.)
 6              MR. LOWRY:  Your Honor, Exhibit C is Agent
 7   Acee's field notes from that same interview with
 8   Mario Rodriguez.
 9              THE COURT:  Any objection, Ms. Armijo?
10              MS. ARMIJO:  No, Your Honor.
11              THE COURT:  Any other defendant?
12              Not hearing or seeing any objection, Baca
13   Exhibit C will be admitted into evidence.
14              (Defendant Baca Exhibit C admitted.)
15              MR. LOWRY:  Your Honor, Exhibit D is the
16   October 24 letter to Timothy Martinez from his wife
17   that Ms. Bhalla just discussed at length.
18              THE COURT:  All right.  Any objection,
19   Ms. Armijo?
20              MS. ARMIJO:  No, Your Honor.
21              THE COURT:  Any other defendant?
22              Not seeing or hearing any objection, Baca
23   Exhibit D will be admitted into evidence.
24              (Defendant Baca Exhibit D admitted.)
25              MR. LOWRY:  Your Honor, Exhibit E are just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   selected pages from Lupe Urquizo's trial testimony

2   that sort of underscore the points we were making

3   about the line of sight and the Q-106 and the

4   timeframe within which that conversation -- not

5   really a conversation, but that communication took

6   place.

7              THE COURT:  Any objection, Ms. Armijo?

8              MS. ARMIJO:  Do we have this entire

9   transcript in, as well?

10             MR. LOWRY:  Your Honor, I think -- thank

11  you for asking the question, Ms. Armijo.

12             That brings up a broader point that I

13  believe Ms. Armijo and I had agreed on for the

14  purpose of drafting the final argument, that both

15  counsel would be permitted to use all the trial

16  transcripts and exhibits that were introduced at

17  trial.  And so I think that we would have the

18  complete trial transcript of Lupe Urquizo to select

19  from.

20             THE COURT:  All right.  So if he's just

21  got a portion, if you want to introduce the

22  entire -- do you want to do that?  And that way I

23  can focus at least on what Mr. Baca wants me to

24  focus on, and then I'd have the complete, if you

25  want to point to other things.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 843-9492                                                           FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  That's fine.  I don't have it
 2   right now.  I thought --
 3              THE COURT:  And you don't have any
 4   objection to supplementing it later?
 5              MR. LOWRY:  No, Your Honor.  I thought
 6   that was --
 7              THE COURT:  Anybody else have any
 8   objection or problem with that arrangement?  Baca
 9   Exhibit -- give me the letter again.
10              MR. LOWRY:  It was Exhibit E.
11              THE COURT:  Baca Exhibit E will be
12   admitted into evidence.
13              (Defendant Baca Exhibit E admitted.)
14              MR. LOWRY:  And Your Honor, Exhibits F, G,
15   and H are individual still shots depicting the line
16   of sight between cell North 3A Q-106 and the
17   recreation yard, and there are different
18   perspectives.  But those three exhibits, again, F,
19   G, and H, were individual still shots.
20              THE COURT:  Any objection, Ms. Armijo?
21              MS. ARMIJO:  No, but I would like to have,
22   for purposes of court hearings, especially if there
23   are going to be witnesses, if you have a copy of
24   that, a hard copy, to use for the hearings.
25              MR. LOWRY:  I'll look, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  It would be good for me to

2     have one, too.

3          MR. LOWRY:  What we were going to do with

4     Ms. Delgado today was do videotapes.

5          THE COURT:  Is that all right for the

6     hearing?

7          MS. ARMIJO:  Yes.

8          THE COURT:  Any other objection from any

9     other defendant?

10         Not hearing any, Baca Exhibits F, G, and H

11    will be admitted into evidence.

12         (Defendant Baca Exhibits F, G, and H

13    admitted.)

14         MR. LOWRY:  And Your Honor, Exhibit I was

15    just the IPRA request to the Department of

16    Corrections dated April 17, 2018, for the initial

17    set of recreation yard records from September 2011

18    to September 2012.

19         THE COURT:  All right.  Any objection to

20    Exhibit I, Ms. Armijo?

21         MS. ARMIJO:  No, Your Honor.

22         THE COURT:  Any other defendant?

23         Not hearing or seeing any objection, Baca

24    Exhibit I will be admitted for purposes of his new

25    trial motion.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendant Baca Exhibit I admitted.)
 2              MR. LOWRY:  And Your Honor, Exhibit J
 3   would be the follow-up IPRA request for the records
 4   at issue here from September 2012 to September 2014.
 5   That's Exhibit J.
 6              THE COURT:  All right.  Any objection,
 7   Ms. Armijo?
 8              MS. ARMIJO:  No, Your Honor.
 9              THE COURT:  Any other defendant?
10              Not seeing or hearing any objection, Baca
11   Exhibit J will be admitted for purposes of his new
12   trial motion.
13              (Defendant Baca Exhibit J admitted.)
14              MR. LOWRY:  Your Honor, Exhibit K was a
15   May 16, 2018, email correspondence between my office
16   and the Department of Corrections concerning the May
17   14 IPRA request.
18              THE COURT:  All right.  Any objection to
19   K, Ms. Armijo?
20              MS. ARMIJO:  No, Your Honor.
21              THE COURT:  Any other defendant?
22              Not seeing or hearing any objection, Baca
23   Exhibit K will be admitted for purposes of his new
24   trial hearing.
25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                (Defendant Baca Exhibit K admitted.)

 2                MR. LOWRY:  Your Honor, Exhibit L is a

 3     second email on May 17 on the same subject.

 4                THE COURT:  Any objection to L,

 5     Ms. Armijo?

 6                MS. ARMIJO:  No, Your Honor.

 7                THE COURT:  Any other defendant?

 8                Not seeing or hearing any objection, Baca

 9     Exhibit L will be admitted into evidence for

10     purposes of his new trial motion.

11                (Defendant Baca Exhibit L admitted.)

12                MR. LOWRY:  Your Honor, Exhibit M is a

13     September 19, 2018, email between my office and the

14     Department of Corrections concerning an August 23,

15     2018, IPRA request concerning the destruction of the

16     recreation yard records.

17                THE COURT:  Any objection, Ms. Armijo?

18                MS. ARMIJO:  No, Your Honor.

19                THE COURT:  Any other defendant?

20                Not seeing or hearing any, Baca Exhibit M

21     will be admitted for purposes of his new trial

22     motion.

23                (Defendant Baca Exhibit M admitted.)

24                MR. LOWRY:  Exhibit N is the document

25     destruction receipt dated May 18, 2018.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

242

```
 1              THE COURT:  Any objection, Ms. Armijo?
 2              MS. ARMIJO:  I'm sorry, what is it?
 3              THE COURT:  It's N, a document destruction
 4    receipt dated May 18, 2018.
 5              MS. ARMIJO:  That's fine.
 6              THE COURT:  Any other defendant?
 7              Not seeing or hearing any objection, Baca
 8    Exhibit N will be admitted for purposes of his new
 9    trial motion.
10              (Defendant Baca Exhibit N admitted.)
11              MR. LOWRY:  Your Honor, Defendant's
12    Exhibit -- and these were going to be used for
13    today's hearing with the witnesses.  But actually,
14    as I look at this, Defendant's Exhibit W is a
15    duplicate of Exhibit I, the IPRA request, so I don't
16    know if we just want to strike this W or --
17              THE COURT:  Okay.  Well, let's just skip
18    over it.  Do you want to -- does that work?
19              MR. LOWRY:  Yes.
20              THE COURT:  We'll just have a gap in our
21    letters.
22              MR. LOWRY:  And Your Honor, Defendant's
23    Exhibit X -- you should have it, Maria --
24    Defendant's Exhibit X is an email between Daniel
25    Salazar of the New Mexico Corrections Department and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Catherine Earl of the New Mexico Corrections
 2   Department regarding the initial recreation yard
 3   records request.  That's May 9, 2018.
 4             THE COURT:  Any objection to X, Ms.
 5   Armijo?
 6             MS. ARMIJO:  No, Your Honor.
 7             THE COURT:  Any other defendant?
 8             Not seeing or hearing any objection, Baca
 9   Exhibit X will be admitted for purposes of his new
10   trial motion.
11             (Defendant Baca Exhibit X admitted.)
12             MR. LOWRY:  Your Honor, Defendant's
13   Exhibit Y are three selected pages out of the
14   initial set of recreation yard records that were
15   produced by the Department of Corrections on May 10,
16   2018.
17             THE COURT:  Any objection to Exhibit Y,
18   Ms. Armijo?
19             MS. ARMIJO:  If I may just have a moment.
20             THE COURT:  You may.
21             MS. ARMIJO:  No objection.
22             THE COURT:  Any other defendant have any
23   objection?
24             Not seeing or hearing any objection, Baca
25   Exhibit Y will be admitted into evidence for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    purposes of his new trial hearing.

2             (Defendant Baca Exhibit Y admitted.)

3             MR. LOWRY:  Your Honor, Defendant's

4    Exhibit Z is a complete email thread concerning the

5    May -- pardon me, concerning the second IPRA request

6    for recreation yard records that was submitted to

7    the Department of Corrections on May 14, 2018.

8             THE COURT:  Any objection to Exhibit Z,

9    Ms. Armijo?

10            MS. ARMIJO:  No, Your Honor.

11            THE COURT:  Any other defendant have any

12   objection?

13            Not seeing or hearing any objection, Baca

14   Exhibit Z will be admitted into evidence for

15   purposes of his new trial motion.

16            (Defendant Baca Exhibit Z admitted.)

17            MR. LOWRY:  Your Honor, Defendant's

18   Exhibit AA is an email thread addressing the

19   Department of Corrections response to the May 14

20   IPRA request for the September 2012 to September

21   2014 recreation yard records.

22            THE COURT:  Any objection to AA,

23   Ms. Armijo?

24            MS. ARMIJO:  No, Your Honor.

25            THE COURT:  Any other defendant have any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    objection?

 2              Not seeing or hearing any objection, Baca

 3    Exhibit AA will be admitted for purposes of his new

 4    trial motion.

 5              (Defendant Baca Exhibit AA admitted.)

 6              MR. LOWRY:  And Exhibit BB is a similar

 7    email thread that ran in parallel with AA concerning

 8    the Department of Corrections response to the May 14

 9    IPRA request.

10              THE COURT:  Any objection to Exhibit BB,

11    Ms. Armijo?

12              MS. ARMIJO:  No, Your Honor.

13              THE COURT:  Any other defendant have any

14    objection?

15              Not seeing or hearing any objection, Baca

16    Exhibit BB will be admitted for purposes of his new

17    trial motion.

18              (Defendant Baca Exhibit BB admitted.)

19              MR. LOWRY:  Your Honor, Defendant's

20    Exhibit CC is just a complete set of documents

21    regarding the destruction of the recreation yard

22    records on May 18, 2018.  It's the original receipt

23    and the transmittal paperwork.  It's a two-page

24    exhibit.

25              THE COURT:  Any objection to CC,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Ms. Armijo?

2           MS. ARMIJO:  No, Your Honor.

3           THE COURT:  Any other defendant?

4           Not seeing or hearing any objection, Baca

5    Exhibit CC will be admitted into evidence.

6           (Defendant Baca Exhibit CC admitted.)

7           MR. LOWRY:  And then, Your Honor, Exhibit

8    DD is the FBI field notes from the initial meeting

9    between Agent Acee and others and Lupe Urquizo.

10          THE COURT:  Any objection to DD,

11   Ms. Armijo?

12          MS. ARMIJO:  No, Your Honor.

13          THE COURT:  Any other defendant have any

14   objection?

15          Not seeing or hearing any objection, Baca

16   Exhibit DD will be admitted into evidence.

17          (Defendant Baca Exhibit DD admitted.)

18          MR. LOWRY:  And Your Honor, Defendant's

19   Exhibit EE is the 302 associated with that same

20   meeting.

21          THE COURT:  Any objection to EE,

22   Ms. Armijo?

23          MS. ARMIJO:  No, Your Honor.

24          THE COURT:  Any other defendant have any

25   objection?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          Not seeing or hearing any objection, Baca

2    Exhibit EE will be admitted for purposes of his new

3    trial motion.

4          (Defendant Baca Exhibit EE admitted.)

5          THE COURT:  Any others, Mr. Lowry?

6          MR. LOWRY:  That's it, Your Honor.  And

7    again, just with the unilateral understanding that

8    both parties can refer back to the trial transcripts

9    in toto, as well as the exhibits tendered by both

10   parties during the trial.

11         THE COURT:  All right.  Do you have your

12   first witness, Mr. Lowry?

13         MR. LOWRY:  I do, Your Honor.  The defense

14   would like to call Leonor Delgado.

15         THE COURT:  Ms. Delgado, if you'll come up

16   and stand next to the witness box on my right, your

17   left, before you're seated, my courtroom deputy,

18   Ms. Bevel, will swear you in.

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    LEONOR DELGADO,
 2        after having been first duly sworn under oath,
 3        was questioned and testified as follows:
 4              THE COURT:  Ms. Delgado, Mr. Lowry.
 5              THE WITNESS:  Yes, sir.
 6              MR. LOWRY:  Thank you, Your Honor.
 7                    DIRECT EXAMINATION
 8   BY MR. LOWRY:
 9        Q.   Ms. Delgado, will you state and spell your
10   name for the court reporter, please?
11        A.   Leonor Delgado.  L-E-O-N-O-R,
12   D-E-L-G-A-D-O.
13        Q.   Ms. Delgado, how are you employed?
14        A.   I'm a licensed private investigator in the
15   state of New Mexico, and I'm employed by the
16   Rothstein Donatelli law firm.
17        Q.   Ms. Delgado, how long have you been an
18   investigator?
19        A.   Off and on since 1997.
20        Q.   In your capacity as an investigator, have
21   you had the opportunity to visit the Level 6
22   facility at the Penitentiary of New Mexico in
23   Santa Fe?
24        A.   I have.
25        Q.   And when was the last time you visited
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  that facility?

 2       A.   I was there last Thursday.  I want to say

 3  it was December 13th.

 4       Q.   Approximately what time did you arrive at

 5  the facility?

 6       A.   11:00 in the morning.

 7       Q.   And what was the purpose of your visit to

 8  the facility?

 9       A.   The purpose of my visit was to determine

10  whether I could see you in Q-106 of the prison

11  facility while standing in the rec yard.

12       Q.   Was there a specific rec yard unit you

13  were standing in?

14       A.   Yes, sir.

15       Q.   And which unit was that?

16       A.   That was directly across from Building Q.

17       Q.   Did that have a number associated with

18  that?

19       A.   Not that I recall.

20       Q.   Would it refresh your recollection to show

21  you one of the videos you shot that morning to

22  remember the recreation yard number?

23       A.   Yes, sir.

24            MR. LOWRY:  With the Court's permission,

25  may I play this video?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.

 2              (Videotape played.)

 3   BY MR. LOWRY:

 4       Q.   Do you recall this video?

 5       A.   Yes, sir, I do.

 6       Q.   And who took this video?

 7       A.   I took the video.

 8       Q.   Having reviewed that video, do you recall

 9   seeing a number on the door, on the right-hand side

10   of the door?

11       A.   I did not see that in the video, but I did

12   take it.

13       Q.   Let's go back and look at it again.  May I

14   draw your attention to the right-hand side of the

15   door?

16       A.   I see it now.  Thank you.  It's number 1.

17       Q.   Now, how were you going to assess this

18   line-of-sight project?

19       A.   I needed to first establish that that was

20   the rec yard across from Building Q.  You were going

21   into the cell 106.  You were -- wound up indicating

22   through a guard that you were in the cell, and then

23   I needed to pan and focus in on that particular

24   window.

25       Q.   Did you use your -- the naked eye in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

251

1    addition to a camera?

2         A.   I did.

3         Q.   And how could you tell when I was

4    positioned in Q-106?

5         A.   You were escorted by a guard while I was

6    outside with someone with the administration.  Once

7    you were in the cell, you radioed that you were

8    in -- the guard radioed that you two were in the

9    cell.

10        Q.   And at that time, were you able to see me

11   in cell Q-106 from recreation unit 1?

12        A.   I was not.

13        Q.   What other tools did you use to try to

14   enhance your vision into Q-106?

15        A.   I used the video camera and I used the

16   focus, the tight-focus lens on it.

17        Q.   Using any of those enhancements, were you

18   ever able to see into cell Q-106 from the recreation

19   unit 1?

20        A.   I was not.

21        Q.   And you took additional videos from the

22   interior of the recreational yard, did you not?

23        A.   I did.

24             MR. LOWRY:  Your Honor, I burned a compact

25   disc, two videos, which I've labeled for exhibit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  purposes Defendant's Exhibit U and Defendant's

 2  Exhibit V, and I'd like at this point to play

 3  Defendant's Exhibit U for Ms. Delgado, if I may.

 4          THE COURT:  All right.  You may.

 5          MS. ARMIJO:  Just so we're clear, are

 6  these offered?  Because I was just handed that right

 7  as she was sitting, so I haven't had a chance to

 8  look at both videos.

 9          THE COURT:  Are you going to move their

10  admission?

11          MR. LOWRY:  I am, Your Honor.  I was going

12  to ask her to authenticate them as true and accurate

13  depictions of the video she took last Thursday.

14          THE COURT:  All right.  Let him lay a

15  foundation, and we'll see, before you use it, if you

16  have any objection.

17          All right, Mr. Lowry.

18  BY MR. LOWRY:

19      Q.   Mrs. Delgado, can you describe at the

20  beginning of this what we're looking at?

21      A.   We're looking at a wall which is the left

22  as you enter the area of the cage.

23      Q.   And what did you use to take this video?

24      A.   A hand-held video camera.

25      Q.   And who was operating the camera at all

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 843-9492                                FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  times?

 2       A.    I was.

 3       Q.    Okay.  I'm going to play this clip.  It's

 4  a minute and 16 seconds.

 5            (Videotape played).

 6       Q.    Okay, Ms. Delgado, the whole video clip of

 7  a minute and 16 seconds ran.  Do you recognize this

 8  clip?

 9       A.    I do.

10       Q.    How do you recognize that?

11       A.    I took that video last Thursday on the

12  13th at PNM.

13       Q.    Does that fairly and accurately describe

14  the scene as you experienced it last Thursday?

15       A.    Yes, it does.

16            MR. LOWRY:  Your Honor, at this time I'd

17  like to move Defendant's Exhibit U in evidence.

18            THE COURT:  Any objection, Ms. Armijo?

19            MS. ARMIJO:  As long as it's being

20  admitted for how it appeared last Thursday, no

21  objection.

22            THE COURT:  All right.  I can't think it

23  would be any more.  You want me to make an inference

24  that it was the same.  But I'll admit it for being a

25  tape-recording that was made last week, or a



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

1    recording that was made last week.  All right.

2              Is there any objection from any other

3    defendant?

4              Not hearing any, Baca Exhibit U will be

5    admitted into evidence.

6              (Defendant Baca Exhibit U admitted.)

7    BY MR. LOWRY:

8         Q.   Ms. Delgado, let me back this up.  We're

9    looking at Defendant's Exhibit U at approximately 32

10   seconds into the video, and this is a still shot of

11   it.  Can you describe for the Court what we're

12   looking at here?

13        A.   I am in the rec area, looking -- the

14   camera is pointed through one, two layers of metal

15   screens facing cell dormitories on the other side.

16   There are windows, and the windows are covered with

17   plyboard.

18        Q.   Now, what housing unit is this that we're

19   looking at?

20        A.   Q.

21        Q.   And how could you tell?

22        A.   It's indicated in red on the building.

23        Q.   And could you tell the Court anything

24   about the particular windows in terms of what cell

25   they related to?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   There are six windows across the bottom,

2  and each one is covered with plyboard, tilted to the

3  side, and they're all on the other side of the two

4  layers of wire mesh.

5      Q.   Now, which window would have been Q-106?

6      A.   It would be the lower level, six windows

7  from the right.

8      Q.   The right being the right of this

9  photograph as you look at it?

10     A.   Yes, sir.

11     Q.   So for the Court's edification, this would

12  be Q-101, that very first piece of plywood we see on

13  the right-hand side?

14         MS. ARMIJO:  I'm sorry, I can't see.  Did

15  you mark?

16         MR. LOWRY:  No, I didn't.  I can't get the

17  marker up.

18  BY MR. LOWRY:

19     Q.   I apologize that there are no screens

20  available, but on the right of this is Q-101?

21     A.   Yes.

22     Q.   And the next window over is Q-102?

23     A.   Yes, sir.

24     Q.   And as you pan over, could you tell the

25  Court where Q-106 would be from that vantage point?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   It would be beyond what I now know to be a
 2  guard station booth, and it would be right behind
 3  that.
 4       Q.   Okay.  Were you able to use the windows at
 5  the top to orient where Q-106 would be?
 6       A.   I did not use that as a guide, no, sir.
 7       Q.   Could you?
 8       A.   Yes, sir.
 9       Q.   So where on this still shot -- and this is
10  at 41 seconds into the video -- would Q-106 be?
11       A.   I would -- looking at the screen, to your
12  left you have one, two, and three support beams.
13  And it would be in between the second and third
14  support beams.
15       Q.   Could you actually see the window at all
16  from that vantage point?
17       A.   I could see the window, yes, sir.
18       Q.   Wait.  On this particular still shot, can
19  you see?
20       A.   No.  No, sir, not on this particular shot.
21       Q.   But as you moved throughout the recreation
22  yard, could you see the window?
23       A.   I could see the window covered with
24  plyboard, yes.
25       Q.   Could you ever see into the room?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    I could not.

 2       Q.    And could you ever see any human

 3  silhouette inside the room?

 4       A.    No, sir.

 5            MR. LOWRY:  And Your Honor, I'm going to

 6  move to the next video clip which, again, is an

 7  equally short clip.  And this for identification

 8  purposes will be Defendant's Exhibit V.  And this

 9  clip is two minutes and nine seconds.

10            (Videotape played.)

11       Q.    And how does this video clip begin?

12       A.    It begins with me being in the rec yard.

13  I am starting from the right side, being the first

14  window is Q-101, and then panning left.

15            (Videotape played.)

16       Q.    Ms. Delgado, in this two-minute-and-nine-

17  second video, do you recognize that?

18       A.    I do.

19       Q.    How do you recognize that?

20       A.    I took that video on Thursday, December

21  13th, on a hand-held video.

22       Q.    And this fairly and accurately represents

23  the video that you shot last Thursday at

24  approximately 11:00 a.m.?

25       A.    It does.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

258

```
 1              MR. LOWRY:  Your Honor, at this time the
 2    defense would move Exhibit V into evidence.
 3              THE COURT:  Any objection, Ms. Armijo?
 4              MS. ARMIJO:  No, none, other than if it's
 5    just representing that sort of day.
 6              THE COURT:  Well, it does represent.  I
 7    think Mr. Lowry wants me to draw the inference that
 8    nothing has been changed there, so I'm not going to
 9    limit what he can admit it for, but I think there
10    was an agreement that it was only showing last
11    Thursday.  I think there is agreement there.
12              So I'll admit Baca Exhibit V.  No
13    objection from any other defendants?
14              Not seeing or hearing any, the Court will
15    admit Exhibit V for purposes of Mr. Baca's new trial
16    motion.
17              (Defendant Baca Exhibit V admitted.)
18    BY MR. LOWRY:
19        Q.   Ms. Delgado, I've backed up Defendant's
20    Exhibit V to the one-minute mark.  Can you describe
21    to the Court what we're looking at right here?
22        A.   I'm standing in the rec yard, and I am
23    looking through -- the camera is pointed through the
24    first door that -- in the -- aligned with the mesh
25    netting that is used to enter the rec yard.  Then
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    beyond that is the guard's booth, which is also two

2    walls, so another two levels of mesh.  And then

3    finally, the window to Q-106.

4         Q.   Is it -- pacing up and down the rec yard

5    in recreation yard 1, how would you describe this

6    vantage point in terms of being able to look into

7    that window?

8         A.   You are unable to see anything in that --

9    beyond that window.

10        Q.   Was there any better vantage point within

11   the rec yard than this one?

12        A.   No, sir.

13        Q.   And even when you zoomed in just after the

14   one-minute mark, were you able to distinguish

15   anything within the cell?

16        A.   No, sir.

17        Q.   Was there any better vantage point in the

18   recreation yard than that one we just looked at?

19        A.   There was not.

20             MR. LOWRY:  May I have a moment, Your

21   Honor?

22             THE COURT:  You may.

23             MR. LOWRY:  No further questions, Your

24   Honor.

25             THE COURT:  Any other defendants?  I know

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    there were some joinders on Mr. Baca's.  Ms. Jacks,
 2    you joined it?
 3              MS. JACKS:  I did.
 4              THE COURT:  Do you have any further
 5    questions?
 6              MS. JACKS:  I do not.
 7              THE COURT:  How about you, Ms. Bhalla?  Do
 8    you have further questions?
 9              MS. BHALLA:  No, Your Honor, thank you.
10              THE COURT:  Any other defendants?
11              All right.
12              Ms. Armijo, do you have cross-examination
13    of Ms. Delgado?
14                      CROSS-EXAMINATION
15    BY MS. ARMIJO:
16         Q.   Good afternoon, Ms. Delgado.  Now, you
17    took that at a time shortly before noon; is that
18    correct?
19         A.   Yes.  We arrived at the prison at 11:00
20    and then walked in.  We were escorted to the rec
21    yard, yeah.
22         Q.   And you can see at various points of the
23    video there that the sun is kind of coming down.  I
24    guess probably because of the position of where the
25    buildings are; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    You can see the sun, yes.
 2        Q.    Okay.   Now, did you ever try going to see
 3   what it looks like later in the day when you didn't
 4   have the sun glaring?
 5        A.    I didn't return.
 6        Q.    I'm sorry?
 7        A.    I did not return back.
 8        Q.    Okay.   Because it might look a little bit
 9   different depending on the sun -- would you agree
10   with that -- if the windows are tinted?
11        A.    I can't agree with that.   I don't know.
12        Q.    Well, for instance, not there, but do you
13   have the experience, for instance, you know, windows
14   in my house are tinted, and depending the time of
15   days, sometimes the people walking in front of my
16   house can't see in at all, but other times, if
17   you're driving by, depending on the placement of the
18   sun, you can see right in.   Would you agree that,
19   just in general, with tinted windows, that depending
20   on how the sun is, and the sunlight, that at times
21   you could see in tinted windows more so than others,
22   just as a general proposition?
23        A.    I think it would depend on the tinting.   I
24   personally have my windows tinted in my car, and I
25   can't see in them at any time.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Okay.  But it might depend on the tinting;
2   correct?
3        A.   Yes.
4        Q.   And so you cannot testify to any other
5   time of day that the windows would be -- look any
6   different depending on the sunlight; correct?
7        A.   I cannot.
8        Q.   And now, do you know when modifications
9   were made to that unit?
10       A.   I don't.
11       Q.   Okay.  And you cannot testify that -- what
12  is it -- U and V is an accurate representation of
13  how the rec yard was back in 2012?
14       A.   I cannot.
15       Q.   You cannot even testify that that's an
16  accurate representation from 2013.
17       A.   No, I cannot.
18       Q.   And did you take pictures reverse, where
19  you were in the unit and you were looking at Mr.
20  Lowry down in the rec yard?
21       A.   No, ma'am.
22       Q.   So you cannot testify what the person in
23  the unit was -- in the housing unit looking down at
24  the rec yard?
25       A.   I cannot.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And where is the video of you trying to

2   talk to Mr. Lowry?

3      A.   I did not attempt to talk to Mr. Lowry.

4      Q.   Okay.  So you did not attempt to say,

5   "Hey, Marc, can you hear me?"

6      A.   No, ma'am.

7      Q.   So you cannot testify that someone in the

8   rec yard could or could not talk to someone in 106?

9      A.   I cannot.

10          MS. ARMIJO:  I believe that -- if I may

11   just have a moment, Your Honor?

12          THE COURT:  You may.

13          MS. ARMIJO:  That's all I have.  Thank

14   you.

15          THE COURT:  Thank you, Ms. Armijo.

16          Anyone else before Mr. Lowry who wants to

17   ask any questions of Ms. Delgado?

18          All right, Mr. Lowry, do you have redirect

19   of Ms. Delgado?

20          MR. LOWRY:  No, I don't, Your Honor.

21          THE COURT:  All right.  Ms. Delgado, you

22   may step down.

23          Is there any reason that she cannot be

24   excused from the proceedings, Ms. Armijo?

25          MS. ARMIJO:  No, Your Honor.


SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  Mr. Lowry, can she be excused?
 2            MR. LOWRY:  She may, Your Honor.
 3            THE COURT:  Anybody else object?
 4            All right.  You're excused.  Thank you for
 5   your testimony.
 6            All right, Mr. Lowry, does Mr. Baca have
 7   his next witness or evidence?
 8            MR. LOWRY:  Yes, the defense would call
 9   Jim Brewster, general counsel for the Department of
10   Corrections.
11            THE COURT:  Mr. Brewster, if you'll come
12   up and stand next to the witness box on my right,
13   your left, before you are seated, my courtroom
14   deputy, Ms. Bevel, will swear you in.
15                 JAMES ROBERT BREWSTER,
16       after having been first duly sworn under oath,
17       was questioned and testified as follows:
18            THE COURT:  Mr. Brewster, Mr. Lowry.
19                 DIRECT EXAMINATION
20   BY MR. LOWRY:
21       Q.   Good afternoon, Mr. Brewster.
22       A.   Good afternoon.
23       Q.   Mr. Brewster, will you please state and
24   spell your name for the court reporter?
25       A.   My name is James Robert Brewster.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  B-R-E-W-S-T-E-R.

2       Q.   Mr. Brewster, how are you employed?

3       A.   I'm the general counsel for the New Mexico

4  Corrections Department.

5       Q.   And as quickly as you can, what are some

6  of your duties in the Office of General Counsel for

7  the Corrections Department?

8       A.   I provide day-to-day legal advice for

9  managers, primarily.  I'm also designated as the

10 custodian for public records requests.

11      Q.   And you understand that that's what brings

12 you here today?

13      A.   I do.

14      Q.   And Mr. Brewster, just so you know, the

15 parties have stipulated to the admission of the

16 exhibits today, so I'm going to try to move through

17 your testimony as quickly as we can, so you can get

18 home.

19           But Mr. Brewster, you're familiar with

20 defense counsel such as myself making requests of

21 your institution for records concerning their

22 clients?

23      A.   Yes.

24      Q.   And in fact, you've handled many such

25 requests in the context of this case?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I have.  And I haven't always known that

2    they are related to this case.

3        Q.    But even early on in 2016, you got a

4    request from my office for contracts and such for

5    the Lucky 8 Production Facility.  Do you recall

6    that?

7        A.    I do vaguely recall that, yes.

8        Q.    So would that have been a typical request

9    for somebody unaffiliated with this case to have

10   made?

11       A.    You know, I've gotten requests for that --

12   documents from all sorts of people, defense counsel,

13   reporters, various people.

14       Q.    But directing your attention to April of

15   this year, you're familiar with the IPRA request I

16   made to your office for recreational yard records

17   for Level 6?

18       A.    Yes, sir.

19       Q.    And in fact, your office -- you understand

20   that that request was for recreational records from

21   September of 2011 to September 2012?

22       A.    That's correct.

23       Q.    And your office was able to respond to

24   that request with a production of documents related

25   to that year?



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    Mr. Brewster, I'm showing you what's

3   marked as Defendant's Exhibit Y.  Are you familiar

4   with this document?

5        A.    Yes, I'm familiar with it.

6        Q.    And this would be one of the records that

7   your office disclosed to my office through that IPRA

8   request of April 17, 2018?

9        A.    That's correct.

10       Q.    And this document -- you can see

11   Defendant's Exhibit Y is from September 12, 2012;

12   correct?

13       A.    That's correct.

14       Q.    And this sort of runs through what the

15   staff requirements are when people move from their

16   housing unit into the recreation yard 3, which is

17   the list at the top; correct?

18       A.    I believe that's correct, yes.

19       Q.    And one of the things you typically see

20   when inmates are transferred from their holding cell

21   into the recreational yard to exercise is, you know,

22   all manner of standard operating procedures for

23   correctional officers to follow; right?

24       A.    Yes, sir.  This is a typical form.

25       Q.    And as part of that typical form, it has a

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                  1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    whole section that's entitled "The control of

 2    inmates," doesn't it?

 3         A.   Yes, it does.

 4         Q.   And it requires under "The control of

 5    inmates" that all inmates entering and leaving the

 6    unit are to be searched; correct?

 7         A.   That's what the form says, yes.

 8         Q.   And it even requires inmates to be patted

 9    down?

10         A.   Yes, it says that.

11         Q.   And this is typical for the Level 6 area?

12         A.   It is.

13         Q.   Moving on to the second page of

14    Defendant's Exhibit Y, you would agree with me,

15    wouldn't you, that this would give you sort of the

16    overview of the movement of inmates into the yard

17    from individual housing units, pods?

18         A.   Yes.

19         Q.   And so when you look at a form like this,

20    you can tell exactly when, like, for instance, this

21    says it's 6:10 a.m., "HU 3A yard turnout begins."

22    Did I read that correctly?

23         A.   Yes.

24         Q.   And would you agree with me that reflects

25    when the guards bring inmates from housing unit 3A
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    from their cells into the rec yard?

2         A.    I believe that's correct.

3         Q.    Then the next line down, just for an

4    example, it would say from 7:12 a.m. to 7:27 HU 3A

5    yard turn-in begins, meaning the guards would take

6    inmates from the recreational yard back indoors to

7    their holding cells?

8         A.    That's correct.

9         Q.    And by keeping records like this, you can

10   sort of monitor the flow of inmates in and out of

11   the recreation yard day in and day out?

12        A.    I think that's accurate.

13        Q.    On the third page of Defendant's Exhibit Y

14   we're looking at, you would agree with me that on

15   this date, September 12, 2012, it reflects that a

16   Mr. Urquizo, Department of Correction number 50572,

17   who resided in cell V-107, used recreation pen

18   number 1 from 10:14 a.m. to 11:00 a.m.

19        A.    That's correct.

20        Q.    And he was escorted by an individual

21   officer, Officer Torres, as reflected by this

22   document; correct?

23        A.    That's what the form says, yes, sir.

24        Q.    And it's interesting to note -- I mean,

25   you see, like, people, the inmates that are in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  different recreational units, they're all escorted

 2  out by different individuals?

 3      A.   Yes.  I do see some of the names repeat,

 4  but yes.

 5      Q.   But does that tell you, as the general

 6  counsel, that these inmates are brought out one by

 7  one to the rec yard?

 8      A.   I'm not really sure I could tell you how

 9  they're brought out to the rec yard.  That's not

10  something that I deal with on a daily basis.

11      Q.   But you would agree with me that this

12  accurately reflects the records that are in your

13  possession that we requested from that date range

14  from September 2011 to September 2012?

15      A.   Yes, all three of these documents you've

16  shown me I produced to you.

17      Q.   And in fairness, there were a lot more

18  than these three; there are hundreds.

19      A.   Correct.

20      Q.   Now, you produced these recreation yard

21  records for that year in question, 2011 to 2012, on

22  May 10th, 2018, to my office; correct?

23      A.   That's correct.

24      Q.   And you did that via email?

25      A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

271

1     Q.   And because no good deed goes unpunished,

2  that precipitated a second request four days later

3  from my office?

4     A.   Indeed it did.

5     Q.   And that request covered the years from

6  September 2012 to September 2014?

7     A.   That's correct.

8     Q.   Now, what happened with that request?

9     A.   The second request we checked on and were

10 led to understand that the documents had already

11 been destroyed, so we couldn't produce any documents

12 for you.

13    Q.   Okay.  And you responded to my office, in

14 fact, just that, that on -- I believe it was on the

15 afternoon of May 16, you responded to my office that

16 you didn't have any records related to those later

17 years?

18    A.   That's correct.

19    Q.   And not surprisingly, the response from my

20 office was a little bit dumbfounded, and it said,

21 "Wait a second.  We just got a year earlier.  What's

22 going on," to that effect?

23    A.   Yes.

24    Q.   And why did you believe that documents

25 didn't exist for the latter year on May 16?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Because my office had been in phone
 2   conversations with the institution, and it was our
 3   understanding after talking with the institution
 4   that the records had been set up and already
 5   scheduled for and already gone through destruction.
 6        Q.   So on May 16, you believed that these
 7   records had been, in fact, destroyed already?
 8        A.   That's correct.
 9        Q.   But that wasn't true, was it?
10        A.   That's correct.  It wasn't true.
11        Q.   They were actually in a warehouse on the
12   grounds of the penitentiary?
13        A.   They were apparently in line to be
14   destroyed, but they weren't destroyed until the
15   18th.
16        Q.   But you had no idea they were there?
17        A.   I had no idea they were there, based on
18   our conversations.
19        Q.   Now, you would agree with me that the same
20   officer who communicated with Daniel Salazar had
21   just turned over to you -- and I'm looking at
22   Defendant's Exhibit X here -- an email.  He had just
23   disclosed a lot of attachments related to that
24   earlier request that we made from 2011 to 2012?
25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And he had done that on -- this is dated
 2   May 9th, but he says he's going to provide them to
 3   you the next day, May 10th.
 4        A.    That's correct.
 5        Q.    And that's when you provided them to me?
 6        A.    Yes, sir, by Dropbox.
 7        Q.    And then by the 16th, when you asked him,
 8   "Hey, we got another request," he tells you they're
 9   gone, they're destroyed?
10        A.    That's my understanding of what he said,
11   yes.
12        Q.    And you didn't -- in fairness, you
13   literally took that at face value?
14        A.    Yes.
15        Q.    And you didn't do any follow-up requests
16   saying, "Hey, we just got hundreds of documents for
17   the previous years; when did these get destroyed?"
18        A.    No, we didn't follow up.  I didn't see a
19   need to.
20        Q.    And when my office requested on the very
21   next day after your office telling us there was
22   nothing remaining, we sent you a preservation
23   request on May 17?
24        A.    Yes, you did.
25        Q.    And in fact, when we sent that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   preservation request, those documents were still on

 2   the grounds in the PNM North, weren't they?

 3        A.   They were still on the ground, but we

 4   didn't think they were.

 5        Q.   Okay.  You didn't think they were.

 6        A.   That's correct.

 7        Q.   Because you had been misinformed?

 8        A.   Either we had been misinformed or we

 9   misunderstood.  As far as I know, we were -- my

10   paralegal talked to the institution and they said

11   those documents had been destroyed.  I guess there

12   is a slight possibility she misunderstood that, but

13   I don't know that for sure.

14        Q.   Well, I mean, she actually emailed to me

15   and said that they had been destroyed.

16        A.   Correct.

17        Q.   Past tense.

18        A.   Correct.

19        Q.   In fairness, you review all of her

20   correspondence that goes out to opposing counsel

21   like me?

22        A.   I do, yes.

23        Q.   So you shared that view, that the

24   documents that I had sought to be preserved had been

25   destroyed, in the past tense?
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                            e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       A.   Yes.

2       Q.   But again, in reality, they were sitting

3  in PNM in the warehouse?

4       A.   Yes, that's correct.

5       Q.   Because you believed the documents had

6  been destroyed, you didn't do anything with the

7  preservation request, like forward it to Level 6 or

8  forward it to any of the records -- the secondary

9  records custodians, if you will, on the grounds?

10      A.   That's correct.

11      Q.   And then it wasn't until I sent yet a

12 third IPRA request that you came across documents

13 that indicated that these records had actually been

14 destroyed on May 18?

15      A.   Yes, I saw the destruction notice.  It was

16 dated May 18.

17      Q.   And in fairness, that's just the date they

18 were picked up by the document destruction company?

19      A.   I assume that's the date they were picked

20 up, and destroyed on that same day.  But I mean, I

21 wasn't physically with them when they destroyed

22 them.  But that's my assumption, yes.

23      Q.   Well, you provided me with what's marked

24 as Defendant's Exhibit CC.  I mean, you do recognize

25 this document, don't you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.    Yes.

 2      Q.    And this was the receipt for the

 3 destruction of these materials?

 4      A.    Yes, sir.

 5      Q.    And if you look at the fine print or

 6 not-so-fine print at the bottom of this, actually

 7 Adelante Document Destruction Services certified

 8 that these documents will be confidentially handled

 9 and completely destroyed beyond recognition within

10 three business days of May 18, 2018?

11      A.    Correct.

12      Q.    So Defendant's Exhibit CC really reflects

13 the day that these 301 banker's boxes of recreation

14 yard and other records from the State Pen were

15 picked up by Adelante Document Destruction Services;

16 correct?

17      A.    That's what the document indicates, yes.

18      Q.    So they could have existed for a period of

19 up to three days after that, if this company abided

20 by the language in this document?

21      A.    Correct.

22           MR. LOWRY:  One moment, Your Honor.

23           THE COURT:  Certainly.

24           MR. LOWRY:  No further questions, Your

25 Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  Thank you, Mr.
 2  Lowry.
 3            Any other defendant have any questions of
 4  Mr. Brewster?
 5            All right, Ms. Armijo, do you have
 6  cross-examination of Mr. Brewster?
 7            MS. ARMIJO:  Yes, Your Honor.
 8                   CROSS-EXAMINATION
 9  BY MS. ARMIJO:
10      Q.   Good afternoon, Mr. Brewster.
11      A.   Good afternoon.
12            MS. ARMIJO:  Your Honor, at this time the
13  United States would like to move into evidence
14  Government's Exhibit 1 for purposes of this motion,
15  which is Mr. Brewster's affidavit.  It was attached.
16            THE COURT:  Any objection, Mr. Lowry?
17            MR. LOWRY:  No, Your Honor.
18            THE COURT:  Any other defendant have an
19  objection?
20            Not hearing or seeing an objection,
21  Government's Exhibit 1 for purposes of Mr. Baca's
22  new trial motion will be admitted into evidence.
23            (Government Exhibit 1 admitted.)
24            THE COURT:  Ms. Armijo.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MS. ARMIJO:

 2       Q.   Mr. Brewster, I have up on the screen the

 3  affidavit.  It says "Affidavit of James Brewster."

 4  Are you familiar with this item?

 5       A.   Yes, I am.

 6       Q.   Did you actually write this item?

 7       A.   Yes, I did.

 8       Q.   And was it at the request of the United

 9  States Attorney's Office, in reference to the motion

10  that we're here on today, that you're testifying

11  about?

12       A.   Yes, it was.

13       Q.   And is everything correct to the best of

14  your recollection on this document as to the three

15  different IPRA requests that Mr. Lowry made after

16  the conclusion of the trial of Mr. Baca?

17       A.    It's accurate, yes, ma'am.

18       Q.   Now, what is the policy -- just so that

19  we're clear, what is the policy for the retention of

20  the records that Mr. Lowry was seeking?

21       A.   Well, there is a statute, and our policy

22  normally follows the statute.  And under the

23  regulation, I call it -- it's not really a

24  statute -- it says that documents, rec yard --

25  recreation documents of inmates can be destroyed
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  within three years after they're created, basically.

2  And so the policy would have been normally to be

3  able to destroy those documents after three years.

4      Q.   And in reference to the ones that -- the

5  second IPRA request, the ones that you had believed

6  were already destroyed, what was the date of that

7  request for those records?

8      A.   I believe that was in the middle of May of

9  2018.  I don't recall the exact date.  I think it

10  may have been either the 14th or 16th.  I'm not sure

11  which.

12      Q.   All right.  And I'm going to page 2 of

13  exhibit --

14          THE COURT:  Ms. Armijo, I've got to give

15  Ms. Bean a break.  Can we take about a 15-minute

16  break and we'll come back in and work about an hour?

17          MS. ARMIJO:  Certainly, Your Honor.

18          THE COURT:  All right.  We'll be in recess

19  about 15 minutes, and then we'll put in another

20  hour.

21          (The Court stood in recess.)

22          THE COURT:  Let's go back on the record.

23          All right, Mr. Brewster, I'll remind you

24  that you're still under oath.

25          Ms. Armijo, if you wish to continue your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cross-examination of Mr. Brewster, you may do so at

2   this time.

3   BY MS. ARMIJO:

4       Q.   All right, Mr. Brewster, I think we were

5   talking about -- I was referring to page 2 of

6   Exhibit Number 1 for purposes of this motion, and

7   there is a second IPRA request that is from

8   9/14/2012 to 3/6/2014; correct?

9       A.   That's correct.

10      Q.   And that is the one that, here, your

11  office had received word that they were already

12  destroyed; correct?

13      A.   That's correct.

14      Q.   And so if the request was in May of 2018

15  and the date was -- this is making me dizzy,

16  sorry -- March of 2014, the destruction would have

17  been already expected or at least already allowed to

18  have been done; correct?

19      A.   Yes.  All of those documents were eligible

20  for destruction under the regulation.

21      Q.   And I believe the line that you used was

22  "in line to be destroyed."  Can you explain to us

23  the process for the destruction?

24      A.   My general understanding of it is that we

25  have a contract with various companies that destroy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   documents.  Each facility utilizes a destruction

2   company when they need to destroy documents, and so

3   they reach out to them under that contract and make

4   arrangements for them to come by and pick up

5   documents for destruction.

6          Q.   And so in May of 2018, have the records at

7   issue already been in line to be destroyed?

8          A.   Yes, that's my understanding.  They were

9   already in line to be destroyed.

10         Q.   And in addition to that, what was the

11   condition of the boxes and where they were being

12   kept?

13         A.   My understanding, based on discussions

14   with personnel over at the facility was that the

15   boxes were not in good shape, and the room that they

16   were in, there were, you know, animal droppings,

17   probably mice or rat droppings, and urine, and it

18   was not a good environment to keep the boxes in

19   there.  And that was another reason I think they

20   were looking to move to get them out of there.

21         Q.   Now, you also received a third IPRA

22   request from Mr. Lowry's office after the second one

23   was responded to; correct?

24         A.   That's correct.

25         Q.   And as part of that, was part of that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  request whether or not you had been in communication

 2  with the U.S. Attorney's Office about destruction of

 3  any records?

 4       A.   Yes, that was a part of it.

 5       Q.   And what was the response to that?

 6       A.   The response was:  There had been no

 7  communications, there had been no directions or

 8  suggestions or anything else from your office

 9  telling me to destroy those documents.

10       Q.   And in fact, were you aware that the

11  prosecution team was during this time period in the

12  second trial in this investigation?

13       A.   Yes, I'm aware that you continued on in

14  the second trial at that point, yes.

15       Q.   And was there any direction or any

16  communication by your office to our office about the

17  ongoing IPRA request by Mr. Lowry during this time

18  period?

19       A.   There was not.

20       Q.   You were also asked about --

21            MS. ARMIJO:  Mr. Lowry, do you have the

22  documents, your exhibits?

23       Q.   You were also asked about I believe it is

24  Y.  Do you recall being asked questions about this

25  document?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Yes, I do.

2        Q.    And specifically the second page of that.

3   Hold on.  The third page.  My mistake.  Which has

4   the times that people go out; correct?

5        A.    That's correct.

6        Q.    And you indicated that you saw some of the

7   names repeated; is that correct?

8        A.    Yes.

9        Q.    For instance, I see Torres taking Urquizo

10  at 10:14, and Torres taking another inmate at 10:19;

11  is that correct?

12       A.    Yes, ma'am.  That's correct.

13       Q.    And so would that mean that all of these

14  individuals could have potentially been out there at

15  the same time but within different rec cages?

16       A.    I believe it is possible.  I don't really

17  know how they do that, sitting here today.  I'm not

18  familiar with that.

19       Q.    Okay.  So although you can testify that

20  these are records that are kept in the normal course

21  of business for Corrections, you cannot really tell

22  us what it means as far as if the inmates were out

23  together or how it's handled?

24       A.    I can't tell you how they do that.  That's

25  not something that I'm involved in.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   And although it says findings here, these
 2  things are checked, you have no way of knowing how
 3  thorough a job each officer is in filling out and in
 4  doing each of these with each inmate; correct?
 5      A.   I don't have any way of knowing that for
 6  certain.   That's correct.
 7           MS. ARMIJO:   If I may have a moment, Your
 8  Honor.
 9           THE COURT:   You may.
10           MS. ARMIJO:   Thank you.   I pass the
11  witness.
12           THE COURT:   Thank you, Ms. Armijo.
13           Any other defendant have any redirect of
14  Mr. Brewster?
15           Not seeing any, Mr. Lowry, do you have
16  redirect of Mr. Brewster?
17           MR. LOWRY:   Just very briefly, Your Honor.
18           THE COURT:   Mr. Lowry.
19                    REDIRECT EXAMINATION
20  BY MR. LOWRY:
21      Q.   Mr. Brewster, you testified at the first
22  trial in this case, didn't you?
23      A.   I did.
24      Q.   And I take it that over the course of this
25  investigation at various points, you've been
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    involved with almost everyone involved in the case?

2        A.   I mean, I'm familiar generally with the

3    people involved in the case, not necessarily by

4    knowing their names, but having seen them in the

5    courtroom, that sort of thing.

6        Q.   Right.  But you knew that there was

7    litigation going on with regard to this case because

8    you'd actually participated in it?

9        A.   Yes.

10       Q.   And regardless of how long a document has

11   been warehoused at the penitentiary, if somebody

12   makes a request for it and you have it, in the

13   typical course of business you're going to provide

14   it to them?

15       A.   I'm going to provide it unless there is

16   some exception or exemption under the State Records

17   Act that would allow me or basically mandate me not

18   to provide it, yes.

19           MR. LOWRY:  No further questions, Your

20   Honor.

21           THE COURT:  Thank you, Mr. Lowry.

22           All right, Mr. Brewster, you may step

23   down.

24           Is there any reason Mr. Brewster cannot be

25   excused from the proceedings, Ms. Armijo?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  No, Your Honor.

 2              THE COURT:  Mr. Lowry?

 3              MR. LOWRY:  No, Your Honor.

 4              THE COURT:  Any other defendants object?

 5              Not seeing any objections, you're excused

 6   from the proceedings.  Thank you for your testimony.

 7              Do you have further witnesses or evidence

 8   you wish to present, Mr. Lowry?

 9              MR. LOWRY:  I don't, Your Honor.

10              THE COURT:  Ms. Armijo, do you have

11   witnesses or evidence to present?

12              MS. ARMIJO:  I do, Your Honor.  Before I

13   call witnesses, Your Honor, I'm going to move some

14   items into evidence.

15              THE COURT:  You may.

16              MS. ARMIJO:  I believe without objection,

17   Exhibits 2, 3, 4, 5, 6, and 7 are all additional

18   debriefs of Lupe Urquizo.

19              THE COURT:  And you're moving their

20   admission?

21              MS. ARMIJO:  Yes, Your Honor.

22              THE COURT:  Any objection, Mr. Lowry?

23              MR. LOWRY:  No, Your Honor.  I believe

24   that's part --

25              THE COURT:  Anyone else have any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   objections?  Any other defendant?

 2           Not seeing or hearing any, Government's

 3   Exhibits 2, 3, 4, 5, 6, and 7.  Government's

 4   Exhibits.  Those numbers will be admitted into

 5   evidence for purposes of Mr. Baca's new trial

 6   motion.

 7           (Government Exhibits 2 through 7

 8   admitted.)

 9           THE COURT:  Ms. Armijo.

10           MS. ARMIJO:  The United States is going to

11   call Sergio Sapien to testify.  I believe he's on

12   his way in.

13           THE COURT:  Mr. Sapien, if you'll come up

14   and stand next to the witness box on my right, your

15   left, before you're seated, my courtroom deputy,

16   Ms. Bevel, will swear you in.

17           THE WITNESS:  Yes, sir.

18               SERGIO SAPIEN,

19       after having been first duly sworn under oath,

20       was questioned and testified as follows:

21           THE COURT:  Mr. Sapien, Ms. Armijo.

22               DIRECT EXAMINATION

23   BY MS. ARMIJO:

24       Q.   Can you please state your name.

25       A.   Sergio Sapien.
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

288

```
1        Q.   How are you employed?

2        A.   With the New Mexico Corrections

3   Department, Security Threat Intelligence Unit.

4        Q.   How long have you worked for the

5   Corrections Department?

6        A.   Almost 19 years.

7        Q.   And what is your current title?

8        A.   Security Threat Intelligence Unit captain

9   at the Penitentiary of New Mexico.

10            MS. ARMIJO:  And Your Honor, I'm also

11   going to move into evidence Exhibit Number 8, which

12   is the North facility.

13            THE COURT:  Any objection, Mr. Lowry?

14            MR. LOWRY:  May I see it?  No.

15            THE COURT:  No objection, Mr. Lowry?

16            MR. LOWRY:  No, Your Honor.

17            THE COURT:  Anybody else?  Any defendant?

18            Not seeing or hearing any, Government's

19   Exhibit 8 will be admitted for purposes of Mr.

20   Baca's new trial motion.

21            (Government Exhibit 8 admitted.)

22            THE COURT:  Ms. Armijo.

23   BY MS. ARMIJO:

24        Q.   Captain, now, the Security Threat

25   Intelligence Unit -- is that more commonly known as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  STIU?

2       A.   Yes, ma'am.

3       Q.   And what primarily are your duties with

4  that?

5       A.   Monitoring, documenting gang-type activity

6  within the prison system.  Ending security threats

7  to the facility or its staff we deal with.

8       Q.   And you mentioned you've been with

9  Corrections for 19 years.  What are the different

10 positions you have held during that time period?

11      A.   Correctional officer, correctional officer

12 sergeant, correctional officer lieutenant.

13      Q.   And then what about since being with STIU?

14      A.   Captain.

15      Q.   And I want to go back to approximately

16 2011, 2012.  What was your position at that time?

17      A.   I believe I was the lieutenant at the

18 time.

19      Q.   And where were you assigned?

20      A.   For a moment, approximately a year, I was

21 the housing unit 3 lieutenant at the North facility.

22      Q.   And just so that we're clear, the North

23 facility is part of PNM?

24      A.   Yes, ma'am.

25      Q.   And I have displayed up Exhibit Number 8.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

290

1   Maybe I should do it this way.  How is that -- is

2   that better?  What is it that we're looking at?

3        A.   An aerial view of the North facility at

4   PNM.

5        Q.   And do you see there an area which would

6   include Q?

7        A.   Q pod, yes, ma'am.

8        Q.   And where is that?  And you should be able

9   to touch your screen.

10       A.   Okay, Q pod should be right here.

11       Q.   Okay.  And so you have a little dot on the

12   left side of the screen there; is that correct?

13       A.   Here, I could -- this would be Q pod.

14       Q.   And what pod is next to it?

15       A.   R pod.

16       Q.   And then -- okay.  And so is this -- to

17   the left of where you drew, is that R pod?

18       A.   Yes, ma'am.

19       Q.   And then what other pods are in that same

20   facility?

21       A.   In that same unit is S and T pods.

22       Q.   Okay.  And can you tell us a little bit

23   about how during -- I'm looking at a time period,

24   2011, 2012, around -- what the system was for

25   recreation?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    As far as inmates from housing unit 3?

 2        Q.    Yes.

 3        A.    They're allowed an hour outside recreation

 4   time in those cages right there on the photograph.

 5        Q.    Now, are you familiar with Anthony Baca?

 6        A.    Yes, ma'am.

 7        Q.    How so?

 8        A.    He was --

 9              MR. LOWRY:  Your Honor, this is beyond the

10   scope of -- pardon me.

11              THE COURT:  Well, I think it's Mr. Baca's

12   new trial motion.  Let me see what her questions

13   are.  I think this question is within the scope.

14   Overruled.

15   BY MS. ARMIJO:

16        Q.    Did you have a chance -- did I send you

17   and ask you questions about the location histories

18   of Mr. Baca and Mr. Urquizo?

19        A.    Yes.

20        Q.    And was that part in being able to respond

21   to the motion for which you're here to testify?

22        A.    Yes, ma'am.

23        Q.    And are you familiar with location

24   histories and how they work?

25        A.    Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  And Your Honor, at this time
 2   I'd like to move into evidence -- I think I'm on 9
 3   and 10.  Mr. Baca's is going to be 9 and Mr.
 4   Urquizo's location history will be 10.
 5              THE COURT:  Any objection, Mr. Lowry?
 6              MR. LOWRY:  No, Your Honor.  I think
 7   they've already been admitted at trial.
 8              THE COURT:  At trial?  All right.  Any
 9   other defendant have any objection?
10              All right.  Not hearing any, Government's
11   Exhibits 9 and 10 will be admitted for purposes of
12   Mr. Baca's new trial motion.
13              (Government Exhibits 9 and 10 admitted.)
14   BY MS. ARMIJO:
15       Q.   And so as part of captain of the STIU, are
16   you familiar with those two individuals?
17       A.   Yes, ma'am.
18       Q.   And do you know them to be at one time or
19   currently SNM Gang members?
20       A.   Yes.
21       Q.   What is Mr. Baca's position in the SNM
22   Gang?
23       A.   High-ranking.
24              MR. LOWRY:  Objection, Your Honor,
25   relevance.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Tell me how it's relevant.
 2  BY MS. ARMIJO:
 3       Q.   In your experience and communication --
 4            THE COURT:  Let's see what the new
 5  question is.
 6       Q.   In your experience and communications with
 7  people who are housed in a housing unit with inmates
 8  that are in the rec yard, does it make a difference
 9  if someone is a leader within a gang and how they
10  are treated by other members and how they
11  communicate?
12       A.   Yes.
13       Q.   And how do you have that experience?  Have
14  you seen that?
15       A.   In reference to the recreation yard and
16  the housing units?
17       Q.   Yes.
18       A.   If we have a high-ranking individual or a
19  more respected individual in either Q or R pods, any
20  time members of that particular organization are out
21  in the yard, they're going to pay their respects to
22  that individual.
23       Q.   How do they do that?
24       A.   Either coming out or going in, they'll
25  say, "Good morning," "Good afternoon," whatever,
```

SANTA FE OFFICE                                                        MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  just to ensure that they're saying, "Hi," paying

2  respects.

3      Q.   And are you aware of whether Mr. Baca

4  would be in that category that inmates would pay

5  respect to when they're on the recreational yard if

6  he is inside?

7      A.   Yes, ma'am.

8      Q.   Now, did you have a chance to look at

9  where Mr. Baca and Mr. Urquizo were housed during

10 2011 and 2012?

11     A.   I did, but it's been a while.

12     Q.   Okay.

13         MS. ARMIJO:  May I approach the witness,

14 Your Honor?

15         THE COURT:  You may.

16 BY MS. ARMIJO:

17     Q.   Now, with those two documents in front of

18 you, I'm going to ask you a couple of questions.

19 Was Mr. Baca housed in N 3B X 112 from May 12, 2011,

20 through February 11, 2012?

21     A.   May through -- I'm sorry?

22     Q.   May 2011 through February 27, 2012.  And

23 maybe another way for me to do it would be to put it

24 on the screen and I can point.

25     A.   I'm sorry, I was looking at the wrong one.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    I apologize.

2        Q.   All right.  Showing you Exhibit Number

3    9 -- I can't clear it.  All right.  I'm looking

4    right here.  Can you see May 12, 2011, to 2/27/2012?

5        A.   Yes, ma'am.

6        Q.   And where does it appear that Mr. Baca is?

7        A.   3B X 112.  That would be the North

8    facility.

9        Q.   Okay.  Then I'm also going to put up here

10   Exhibit Number 10, which you can see is Mr. Urquizo;

11   is that correct?

12       A.   Yes, ma'am.

13       Q.   Are you familiar with who Mr. Urquizo is?

14       A.   Yes, ma'am.

15       Q.   And back in 2011, 2012, 2013, was he an

16   SNM Gang member?

17       A.   Yes, ma'am.

18       Q.   Okay.  And then looking at September 12,

19   2011, here we go, do you see here 2012, 2011?

20       A.   Yes.

21       Q.   And what housing unit was he there?

22       A.   3B V 107.

23       Q.   Now, is 3B all the same building?

24       A.   Yes, ma'am.

25       Q.   And so when people from -- even though

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                               FAX (505) 843-9492
                                                                    1-800-669-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    they're in different pods, when they are in

2    recreation, where do they do rec?

3         A.   They all rec at the same -- those same

4    cages right there, located, yes, ma'am.

5         Q.   Okay.  So in Government's Exhibit 8 I'm

6    showing the cages there; is that correct?

7         A.   Yes.

8         Q.   Okay.  So even though they're in different

9    housing pods, if they're in the same building, they

10   still do recreation there?

11        A.   Yes, ma'am.

12        Q.   Now, I'm going to go to a time period when

13   Mr. Baca -- I'm going to show it up here again --

14   was housed in Q-106.  Do you see that?

15        A.   Yes.

16        Q.   So that would appear from February 27,

17   2012, to June 29, 2012?

18        A.   Um-hum.

19        Q.   And that is Q-106?

20        A.   Yes, ma'am.

21        Q.   Okay.  Going to Exhibit 8, was that the

22   unit that you were referring to earlier which is

23   near the rec area?

24        A.   Yes.

25        Q.   So during that time period, are you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   familiar with where Q-106 was located?

 2        A.    Yes, ma'am.

 3        Q.    And are inmates who are doing recreation

 4   in general -- are they able to communicate with

 5   inmates who are housed in Q-106?

 6        A.    Yes, ma'am.

 7        Q.    And how is that possible?

 8        A.    They can do hand signals; they yell; talk

 9   back and forth.

10        Q.    Okay.  And you say they yell back and

11   forth?

12        A.    Yes, ma'am.

13        Q.    So they can carry on a conversation?

14        A.    Yes, ma'am.

15        Q.    And have you seen that during your time

16   working there?

17        A.    Yes, ma'am.

18        Q.    And is it still possible to do today?

19        A.    It still happens today.

20        Q.    And are you aware -- you said hand

21   signals.  Tell us about that.

22        A.    Just like sign language type signals, the

23   best I can explain it.

24        Q.    Now, did you have an opportunity to see a

25   video?  Were you aware of the fact that Mr. Lowry
```

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                     FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    was there with his investigator -- and I say

2    "there," at the North facility this past Thursday?

3         A.   Yes, ma'am.

4         Q.   And did you have an opportunity during the

5    break -- did I show you two video clips?

6         A.   Yes, ma'am.

7         Q.   In looking at the video clips, is that an

8    accurate representation of how a person can actually

9    see or not see into the cells?

10        A.   I would think -- I mean, in my opinion,

11   it's a little different.  And what I can relate it

12   to is, if I'm taking a picture of a landscape with

13   my cellphone that I like, I'm looking at it, looks

14   really nice, and I take a picture.  For instance,

15   the moon.  It's big and out one day.  I take a

16   picture on my cellphone; it doesn't look the same as

17   the way I'm looking at it with my normal eye.

18        Q.   So can you see, if you are in the rec

19   yard, into Q-106?

20        A.   Yes, ma'am.

21        Q.   Depending on the angle?

22        A.   Depending on the angle and what yard

23   you're in.  There's I believe 12 rec yards out

24   there.

25        Q.   Okay.  And so you can see?

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 843-9492                                   FAX (505) 843-9492
                                                        1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                              e-mail: info@litsupport.com

 1      A.    Yes, ma'am.

 2      Q.    Now, the video that you saw, there were

 3   some coverings on some of the windows; is that

 4   correct?

 5      A.    Yes, ma'am.

 6      Q.    Do you know when those coverings were put

 7   there?

 8      A.    I can't recollect the exact date, no.

 9      Q.    Do you know if they were even there in

10   2012?

11      A.    I can't recall.

12      Q.    And do you know, do they completely cover

13   the window, or does there have to be some sort of

14   opening, by law or regulation?

15      A.    If I can recall, I believe that we were

16   having the issues with the communication from the

17   cells onto the yard, and they are at a 45-degree

18   angle.  Some face different ways or angle different

19   ways.  At one time I believe they put them out flat

20   with the window, but you know, out 6 inches away

21   from the window, and there was an issue with

22   sunlight regulations coming into the cell.  There

23   has got to be a certain amount of light coming into

24   the cell.

25      Q.    So as they are today, it's at a 45-degree

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  angle?

2       A.   Yes, ma'am.

3       Q.   But depending on the cell, it could be 45

4  degrees a different way?

5       A.   One way or the other, yes, ma'am.

6       Q.   Was there also a change in the rec yard as

7  far as some sort of building being -- or structure

8  being built?

9       A.   Yes, ma'am.

10      Q.   Tell us about that.

11      A.   What I can recall is that there was an

12 officer station that was put in or implemented in

13 yard 3.  I can't remember the exact date or time

14 that it was implemented.  In 2011, 2012, when I was

15 the housing unit lieutenant for housing unit 3, I

16 don't recall that being there.

17      Q.   Now, when you were there in 2011 to 2012,

18 you indicated you don't believe it was there.  Tell

19 us -- but you don't know the exact date it was

20 constructed.  Why is it -- what memory do you have

21 as far as when you were a lieutenant there that

22 leads you to believe that?

23      A.   Currently, the officers use that little

24 officer station, and I believe it's got Plexiglas

25 windows, and that's where they hand out the keys for

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                        e-mail: info@litsupport.com

1  the rec yards, as currently.  When I was a

2  lieutenant there, the officer would sit in what we

3  call the dog run, which is the little hallway that

4  runs from outside housing unit 3A into the rec

5  yards.  And that's where the officer was stationed.

6  That's where they sat, and that's where the little

7  keyboard was, and they issue out keys and complete

8  their paperwork.

9       Q.   And that's how it is currently?

10      A.   No, that's how it was before.

11      Q.   And that's how you remember it?

12      A.   Yes, ma'am.

13      Q.   And once that was built, that changed?

14      A.   Yes, ma'am.

15      Q.   Now, so you indicated -- explain to us a

16 little bit about if Mr. Baca was in Q-106 and if

17 people were recreating there, what would be the

18 common experience for -- I should say, when I say

19 "people," other SNM Gang members specifically.

20      A.   Given the --

21           MR. LOWRY:  Objection, Your Honor.  This

22 calls for speculation.

23           THE COURT:  Well, I think he can talk

24 about his common experience there in the prison.  If

25 he can't, then he can say so.  But I'll allow him to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   answer the question.  Overruled.

2        A.   Could you repeat it?  I'm sorry.

3   BY MS. ARMIJO:

4        Q.   When Mr. Baca was in Q-106 and there were

5   people, SNM members, that were in the rec yard,

6   based on your experience, what type of communication

7   could be going on with Mr. Baca?

8        A.   Based on experience, anybody knowing that

9   he's in that cell, so close to the yard, when

10  they're escorted in and out of the yard, of course,

11  they're going to say, "Hello," "Goodbye," however

12  they say that.  And they'll also talk real

13  frequently while they're in the rec yard for the

14  amount of time that they're in there with whoever is

15  housed, whether it be Mr. Baca or somebody with

16  influence that's housed in those pods.

17       Q.   And did he have the influence back in

18  2011, 2012, 2013?

19       A.   Yes, ma'am.

20       Q.   When I say "influence," I'll be specific.

21  Within the SNM Gang.

22       A.   Yes, ma'am.

23       Q.   Now, do people who are not only in the

24  building that communicate with people outside -- but

25  what about people that are doing rec together?  Can

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    they communicate?

2         A.   Yes, ma'am.

3         Q.   And do people in different pods but in the

4    same unit, the same building -- do they recreate

5    together at different times?

6         A.   Yes, ma'am.

7         Q.   Now, I'm also going to show you

8    Defendant's Exhibit Y.  Are you familiar with these

9    forms?  I'm showing you the first page of Y, and

10   then there is a second page there?

11        A.   Yes, ma'am.

12        Q.   What is it that we're looking at?

13        A.   I'm sorry, I've got a glare up here.  The

14   first page is just a checklist for the yard officer

15   indicating that the COs are randomly quizzed on

16   their post orders.  Everything is present that's

17   assigned to the post; what's working, what's not

18   working, stuff like that.  That first page.  The

19   second page is going to be a post log.  The officers

20   will fill that out when they're assigned to a post.

21        Q.   And then a third page?

22        A.   That looks like a recreation list.

23        Q.   All right.  And so it shows here on this

24   one -- it says 9/12/12, and it says "Urquizo."  Time

25   in was 10:14.  Time out 11:00; is that correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, ma'am.

 2        Q.    And I see that he was escorted by Officer

 3   Torres; is that correct?

 4        A.    Yes.

 5        Q.    Now, I see also at 10:19 Torres was

 6   already escorting out, so five minutes later he was

 7   already escorting out somebody else; is that

 8   correct?

 9        A.    Yes, ma'am.

10        Q.    So would that have meant that all these

11   people here at different points would all be

12   recreating together?

13        A.    As far as the officers?

14        Q.    Not the officers; the inmates.

15        A.    Yes, that's one recreation, I believe.

16        Q.    Okay.  Now, as part of that, do the

17   officers -- are they supposed to conduct a search on

18   inmates before they go out?

19        A.    Yes, ma'am.

20        Q.    Does that always happen?

21        A.    I'd like to say yes, but probably not

22   correctly every time.

23        Q.    Okay.  Are you aware of instances when

24   inmates have taken out to the yard items that

25   they're not supposed to have?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.   Yes, ma'am.

2        Q.   And would that include things like paper?

3        A.   It could.

4        Q.   Include things like weapons?

5        A.   Yes, ma'am.

6        Q.   What other types of things have you seen

7   that inmates have gotten out on the rec yard where

8   they were supposed to have been checked?

9        A.   Coffee, Walkmen, CD players, MP3 players,

10  stuff like that.

11       Q.   So then it's possible for an inmate to

12  take out a piece of paper?

13       A.   Yes, ma'am.

14            MS. ARMIJO:   If I may have a moment, Your

15  Honor?

16            THE COURT:   You may.

17  BY MS. ARMIJO:

18       Q.   And I guess just to follow up, are you

19  aware of whether or not they bring shanks to the

20  yard, because sometimes there were actual fights

21  with them and things are confiscated on the yard?

22       A.   Yes, ma'am.

23       Q.   So it's possible that things are not

24  always detected that are taken out?

25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  That's all I have.  Thank
 2   you, Your Honor.
 3              THE COURT:  Thank you, Ms. Armijo.
 4              Before Mr. Lowry redirects, any other
 5   defendant have any questions of Mr. Sapien?
 6              All right.  Mr. Lowry, if you wish to
 7   redirect (sic) Mr. Sapien, you may do so.
 8                   CROSS-EXAMINATION
 9   BY MR. LOWRY:
10       Q.   Good afternoon, Mr. Sapien.
11       A.   How are you doing, sir?
12       Q.   You said you were a lieutenant in 2011,
13   2012?
14       A.   Yes, sir.
15       Q.   Okay.  Now lieutenants normally don't run
16   the recreation yards, do they?
17       A.   "Run" as in --
18       Q.   Well, you don't sit out in the guard shack
19   and manage the keys like you were talking about?
20       A.   Not unless they're on overtime, no, sir.
21       Q.   So normally you have a position in more
22   the administrative part of the facility?
23       A.   Yes, sir.
24       Q.   Now, you went over some offender location
25   history documents with Ms. Armijo, and I want to
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 843-9492                                       FAX (505) 843-9492
                                                            1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1   show you what's been marked as Government's Exhibit

2   10.  Now, you would agree with me that Mr. Urquizo

3   was transferred from the North facility to the South

4   facility, meaning from Level 6 to Level 5, on

5   September 13, 2012; correct?

6        A.   Yes, sir.

7        Q.   So that would be the day he was

8   transferred, on the 13th of September 2012?

9        A.   Yes, sir.

10        Q.   And if you look at Mr. Baca's physical

11   location history in September of 2012, he's in the

12   North 3A, the S unit; correct?

13        A.   Yes, sir.

14        Q.   So hypothetically, if somebody claims that

15   they're in the recreation yard on September 13 or

16   even the 12th of 2012, they wouldn't be able to sign

17   to Mr. Baca, who was housed in the S unit, would

18   they?

19        A.   Depending upon what time they took him

20   out.

21        Q.   But I mean, if you assume Mr. Baca is

22   inside the interior in his cell, they wouldn't be

23   able to sign to him from the first recreational

24   cage, could you?

25        A.   You could from the first one, possibly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  even the second one.
 2       Q.   So the S?
 3       A.   S?  Oh, I'm sorry.  S pod, no, sir.
 4       Q.   Correct.  S pod.  Mr. Baca is in S pod;
 5  correct?
 6       A.   Sorry.
 7       Q.   Your testimony was, you may be able to
 8  sign somebody in the Q pod?
 9       A.   Yes, sir.
10       Q.   But if you were in the S pod, it would be
11  impossible, wouldn't it?
12       A.   Um-hum.
13       Q.   And that's because -- I want to make sure
14  the Court gets this.  If we look at this -- and you
15  said you're familiar with this layout, I would
16  assume; correct?
17       A.   Yes, sir.
18       Q.   I'll blow this up.  Now, this is 3A North?
19       A.   Yes, sir.
20       Q.   You say in 3A, I guess, in the correct
21  terminology.  In 3A?
22       A.   Yes, sir.
23       Q.   And if you had to label the cells in
24  order -- and you said you're familiar with it -- can
25  you mark this?  They would start in this little
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   notch.  If we mark this, it would start from right

 2   to left, Q-1, 2, 3, 4, 5, and 6; correct?

 3        A.   Yes, sir.

 4        Q.   So Q-6 actual cell would be right in this

 5   notch in the building right there?

 6        A.   Right here.

 7        Q.   Thanks.  Exactly.  Right there.  And you

 8   said this is the Q unit there, and the next one over

 9   is --

10        A.   Q, R, and S.

11        Q.   And if you have a really good picture, you

12   can even see them on the top.  They're labeled on

13   the roof, aren't they?

14        A.   Do you want me to mark out S?

15        Q.   Sure.  S would be right there.

16        A.   Right here.

17        Q.   So if you're standing in this recreation

18   yard, recreation yard 1, do you mind marking that

19   for me?

20        A.   (Witness complies.)

21        Q.   The only vantage point outside of S is in

22   the opposite direction -- not the opposite

23   direction, but perpendicular.  You would not be able

24   to look out a window in the S pod and look into the

25   first recreation yard cage, would you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    No.

2    Q.    So if somebody testified to a conversation

3  between the first rec cage and an individual who

4  happened to be housed in S unit, that would be

5  impossible?

6    A.    If the individual is in the pod, yes.

7    Q.    Can you clear that?  Great, thank you.

8          Now, is this document something that's

9  filled out on a daily basis by supervisors?

10   A.    Can we go to the bottom real quick?  I

11  believe this one is filled out by the staff that's

12  assigned to the post.

13   Q.    So this would be something that, if things

14  were done by the book, would be monitored on a daily

15  basis?

16   A.    Yes, sir.

17   Q.    And if correction officers were doing

18  their duty as they should, everybody would be

19  searched, and you really wouldn't have these items

20  you were talking about, the iPods, the cups of

21  coffee, and the paper out on the yard.

22   A.    Yes, sir.

23   Q.    So that would be, you know, not living up

24  to snuff, if you will, if you were a correctional

25  officer, to let that kind of thing out in the yard?

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 843-9492                                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    It would be out of the ordinary for a
 3   correctional officer to let somebody walk out of
 4   their cell with a rolled-up piece of paper like this
 5   and walk out to the yard?
 6        A.    Correct.
 7        Q.    And it would be really against policy for
 8   somebody to hand that to somebody else on the yard?
 9        A.    Yes, sir.
10        Q.    And that's something a document like this
11   is aimed to manage, to keep that from happening;
12   correct?
13        A.    Yes, sir.  Essentially, yes.
14        Q.    And in keeping with that, I mean, if
15   somebody -- if you're in the guard shack here, and
16   the guard shack is -- can you pull up the --
17        A.    Do you want me to point it out?
18        Q.    Well, the guard shack is right here;
19   correct?  I can blow this up.  But if you're in the
20   guard shack, it would be the guard's duty to
21   eliminate or at least stop the communication between
22   inmates in the rec yard and inmates in the Q pod?
23        A.    They should.  It doesn't happen, probably.
24   As a lieutenant, I would try and quell it.
25        Q.    I mean, they could get written up for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that?

 2       A.   Yes, sir.

 3       Q.   The inmates could?

 4       A.   Yes.

 5       Q.   And your testimony is:  You really don't

 6   recall when the guard shack was built?

 7       A.   Correct.

 8       Q.   Is it fair to say that the guard shack was

 9   put in by Manuel Pacheco when he became acting

10   warden on Level 6?

11       A.   I don't recall.

12       Q.   You don't recall?

13       A.   I don't recall if it was already there

14   when I was a lieutenant or it wasn't; it wasn't

15   being utilized.  All I can recall is that the

16   officers did sit in the dog run and hand out keys

17   and fill out the logs and stuff like that.

18       Q.   And they hand out keys basically to keep

19   inmate violence down so people can't leave one cell

20   and grab the key and unlock the other cells and let

21   everybody out and have a riot; correct?

22       A.   Yes, sir.

23       Q.   So it's a security mechanism to have

24   somebody posted there?

25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So somebody is posted there throughout the

2  entire recreation; correct?

3    A.   Yes, sir.

4    Q.   And they monitor the rec yard to make sure

5  everything is running smoothly?

6    A.   Yes, sir.

7    Q.   I want to come back -- and I apologize for

8  this.  I want to come back to the Urquizo -- if you

9  look at this, Mr. Urquizo says he spent some time on

10  N3BW pod.  And if you read that line -- let me move

11  this over here -- you would agree with me that

12  between September 12, 2011, and September 12, 2011,

13  Mr. Urquizo was only housed at W-105 for just a tad

14  over three hours; correct?

15    A.   I'm sorry, the top of the form, is that

16  for --

17    Q.   For Lupe?

18    A.   I can't see the top.

19    Q.   Sure.  I'll move it down.

20    A.   Okay.  Yes, sir.

21    Q.   And in fairness, you mentioned that you

22  see the inmate DOC number here; correct?

23    A.   Yes, sir.

24    Q.   And that would be the same DOC number that

25  you would see on the rec yard sheet under this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  column when somebody comes out.  That's the number

2  the staff uses to track an individual inmate;

3  correct?

4       A.   Correct.  That's their assigned

5  Corrections Department number.

6       Q.   And using that number, you can essentially

7  track somebody's movement throughout the entire

8  facility throughout their whole tenure there;

9  correct?

10      A.   Yes, sir.

11      Q.   I mean, from minute to minute from day to

12 day?

13      A.   Yes, sir.

14      Q.   Just like we see here that Lupe Urquizo,

15 when he was on the W-105 cell, he was there from

16 10:14 on September 12, 2011, to 1:34 p.m. on

17 September 12, 2011.

18      A.   I'm still looking at the top half of that

19 form.

20      Q.   Sure.  I'll zoom it out for you.

21      A.   Okay.

22      Q.   Correct?

23      A.   Yes, sir.

24      Q.   So Ms. Armijo asked you about Mr. Baca

25 living on the X pod from May 12, 2011, to September

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                    201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                                  1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1   27, 2012, on the X pod.  That means Mr. Urquizo

2   would have only had three hours, approximately, to

3   communicate with Mr. Baca at all.

4        A.   In that instance, yes.

5        Q.   Now, hypothetically, if Mr. Urquizo said

6   the first time he ever spoke with Mr. Baca was in

7   2012, and Mr. Baca -- well, and Mr. Urquizo was only

8   in the X pod in 2011, that particular housing

9   configuration wouldn't be conducive to them having a

10  conversation, would it?

11       A.   Depending on when they go to recreation,

12  where they're housed, stuff like that, yes.

13       Q.   Right.  What's the likelihood somebody is

14  going to go to rec if they're only in a living cell

15  for three hours?

16       A.   It depends on when they go to rec.

17       Q.   And you would need to see the recreation

18  yard records like we have here to make that

19  determination?

20       A.   Yes, sir.

21            MR. LOWRY:  May I have a moment, Your

22  Honor?

23            THE COURT:  You may.

24  BY MR. LOWRY:

25       Q.   Mr. Sapien, you're familiar, I take it,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  with the ACA standards in your position as a

 2  lieutenant in the facility, or even STIU.

 3      A.   Yes, sir.  It's been a while.

 4      Q.   But earlier, you were talking about there

 5  was a problem with the covering on the windows when

 6  you had them flat; right?

 7      A.   Yes, sir.

 8      Q.   Because under the ACA standards, it didn't

 9  let in enough sunlight.

10      A.   I believe so, yes, sir.

11      Q.   So I guess I assume there was either an

12  inspection or somebody complained and they had to

13  reconfigure --

14      A.   I believe it was the Deputy Warden at the

15  time that made that.

16      Q.   Made that adjustment, if you will?

17      A.   Yes.

18      Q.   Do you recall who that was?

19      A.   I believe it was Lawrence Jaramillo.

20      Q.   Okay.  Lawrence Jaramillo?

21      A.   Yes, sir.

22      Q.   Okay.  So Lawrence Jaramillo made those

23  adjustments?

24      A.   It could have been Lawrence Jaramillo or

25  Jerry Roark at the time.  It's been a while, like I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   said.  I apologize.
 2        Q.   Okay.  And do you recall who made those
 3   adjustments out on the yard, when they were made?
 4        A.   The ones that actually put them up?
 5        Q.   Yeah, who --
 6        A.   Maintenance, facility maintenance.
 7        Q.   Okay.  Do you recall if any of the folks
 8   there that worked at Level 6 helped Maintenance put
 9   them up?
10        A.   I don't.
11             MR. LOWRY:  One second, Your Honor.
12             THE COURT:  Certainly.
13             MR. LOWRY:  I have no further questions,
14   Your Honor.
15             THE COURT:  Thank you, Mr. Lowry.
16             Any other defendant have cross-examination
17   of Mr. Sapien?
18             All right, Ms. Armijo, if you have
19   redirect of Mr. Sapien, you may conduct that at this
20   time.
21             MS. ARMIJO:  Thank you, Your Honor.
22             THE COURT:  Ms. Armijo.
23                   REDIRECT EXAMINATION
24   BY MS. ARMIJO:
25        Q.   Mr. Lowry was asking you about whether or
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 843-9492                               FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   not there could have been communications when -- I'm
 2   showing you Exhibit Number 8 -- when Mr. Baca was in
 3   S pod; and if they were in the same -- if they were
 4   all in the same building but in different pods,
 5   could they have still gone to recreation at the same
 6   time?
 7        A.   Yes, ma'am.
 8        Q.   And people in recreation, do they have an
 9   opportunity to talk, even though they're in
10   different cages?
11        A.   Yes.
12        Q.   You were also asked questions about
13   whether or not Mr. Lowry even demonstrated, by
14   rolling up a piece of paper, taking something out to
15   the recreation yard, given what the policy is.  Do
16   you ever find correctional officers with contraband?
17        A.   Yes, ma'am.
18        Q.   Are correctional officers sometimes having
19   an inappropriate relationship with inmates?
20        A.   Yes, ma'am.
21        Q.   Do correctional officers sometimes let
22   small violations go by?
23        A.   Yes, ma'am.
24        Q.   And why is it that they would sometimes do
25   that?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Get lazy, lax, tired of the same
 2   repetitive behavior day after day after day.   In
 3   reference to the searches going out to the yard, the
 4   same officers in the same posts for six months,
 5   they're seeing the same individuals going out to the
 6   yard, and just get lax in their duties and diligence
 7   and exactly how they're supposed to do their job,
 8   so...
 9        Q.    In addition to being a little bit relaxed
10   in their job, do sometimes they just are purposely
11   doing favors for certain inmates?
12        A.    That could happen.
13             MS. ARMIJO:   Thank you.   I have no further
14   questions.
15             THE COURT:   Thank you, Ms. Armijo.
16             All right, Mr. Sapien.   You may step down.
17             Is there any reason that Mr. Sapien cannot
18   be excused from the proceedings?
19             MS. ARMIJO:   No, Your Honor.
20             THE COURT:   How about you, Mr. Lowry?
21             MR. LOWRY:   No, Your Honor.
22             THE COURT:   Any other defendant object?
23             All right.   Not seeing or hearing any
24   objection, you're excused from the proceedings.
25   Thank you for your testimony.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE WITNESS:  Thank you.
 2              THE COURT:  Ms. Armijo, does the
 3    Government have further witnesses or evidence it
 4    wishes to present on Mr. Baca's motion for a new
 5    trial?
 6              MS. ARMIJO:  Your Honor, I do not have any
 7    more evidence, other than I did want to put in -- I
 8    guess it would be -- am I up to Exhibit 9?  9.
 9    Tomorrow I will bring the full copy of Mr. Urquizo's
10    trial transcript.
11              THE COURT:  All right.  And we agreed that
12    that would come in; correct?  As Exhibit 9.
13              MR. LOWRY:  Yes, Your Honor.  I thought
14    our agreement was any trial transcript or any
15    exhibit used at trial is fair game to use in this
16    motion.  So yeah, I don't have any problem with that
17    at all.
18              THE COURT:  All right.  So you can either
19    bring it or just tell me what to look at, either
20    one.
21              MS. ARMIJO:  I'll bring it so it's easier
22    for purposes if I have to refer to it.
23              THE COURT:  And did I admit 9, Ms. Bevel?
24    Have I admitted Exhibit 9?
25              THE CLERK:  Yes, Your Honor.  Exhibit 9 is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the location history for Mr. Baca.
 2             THE COURT:  So this will be 10.
 3             THE CLERK:  11.
 4             THE COURT:  So any other objection or
 5   comment on Exhibit 10?
 6             THE CLERK:  It needs to be Exhibit 11,
 7   because the 10 is the location history to Lupe
 8   Urquizo.
 9             THE COURT:  All right.  So not hearing or
10   seeing any objection, Government's Exhibit 11 will
11   be admitted into evidence.
12             (Government Exhibit 11 admitted.)
13             MS. ARMIJO:  Thank you.  With that, I
14   don't believe there is anything else, Your Honor.
15             THE COURT:  Mr. Lowry, do you have any
16   further witnesses or evidence you want to present?
17             MR. LOWRY:  Your Honor, the hour is late.
18   I have one rebuttal witness potentially, Your Honor,
19   if I could call him in the morning, if necessary,
20   I'd ask the Court for leave to do that.  I'm not
21   quite sure I'm there, and I might pass on it.
22             But if I could, Your Honor, I did brief
23   this, and I want to do that, but one other
24   housekeeping matter I have with Ms. Armijo with
25   regard to this motion is:  I think we had an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   agreement that Mr. Acee's interview with Joe

2   Martinez post trial -- there was an April 4

3   interview that was disclosed on June 25, 2018 --

4   that we could use that in this motion and I can walk

5   the Court through why I think it's relevant to this

6   motion.  Ms. Bhalla had mentioned this a few times.

7   I don't want to get into an argument.

8            THE COURT:  Do you have any objection to

9   it, Ms. Armijo?

10           MS. ARMIJO:  I don't, as long as we can

11  also -- I'm not sure what the relevance is yet, so I

12  don't -- as long as I can also put in Mr. Martinez'

13  location history as Exhibit 12.

14           THE COURT:  Do you have any objection to

15  that?

16           MR. LOWRY:  No, Your Honor, not at all.

17           THE COURT:  Anybody have an objection to

18  these two exhibits coming in?

19           Not seeing or hearing any objection, your

20  exhibit, Mr. Lowry, is letter what?  Is it FF?

21           THE CLERK:  That would be the next one.

22           THE COURT:  So Mr. Baca's Exhibit FF will

23  be admitted into evidence.

24           (Defendant Baca Exhibit FF admitted.)

25           MR. LOWRY:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  And Ms. Armijo, it looks like
 2   yours is going to be number 15.
 3            THE CLERK:  12, Your Honor.
 4            THE COURT:  Isn't that the one I gave to
 5   the transcript that's coming in tomorrow morning?
 6            THE CLERK:  That was 11.
 7            THE COURT:  Okay.  So Government's Exhibit
 8   12 to Mr. Baca's new trial motion will be admitted
 9   into evidence, as well.
10            (Government Exhibit 12 admitted.)
11            MR. LOWRY:  And Your Honor, I don't want
12   to belabor the point, but Ms. Armijo wanted me to
13   make the relevance, and it ties into the same issue
14   Ms. Bhalla had.  And if I could walk through that
15   quickly, why I think it's relevant in the context of
16   this post trial interview, I'm happy to do that.
17            THE COURT:  Before I forget, I think there
18   is a motion -- Government's motion for extension of
19   time that was filed related to Mr. Sanchez' 2408.
20   Any objection to me granting that motion for
21   extension of time, Ms. Jacks?
22            MS. JACKS:  2408, I'm not sure what -- no,
23   I don't have a problem.
24            THE COURT:  Anybody else on the defense
25   side have a problem?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            All right.  So Government's Document
 2  Number 2442, which is a motion for extension of
 3  time, will be granted.
 4            And I should do the same as to Document
 5  2441 related to Mr. Herrera's motion for new trial.
 6  Any objection to that, Ms. Bhalla?
 7            MS. BHALLA:  No, Your Honor.
 8            THE COURT:  All right.  Any other
 9  defendant have any objection to that?
10            Not seeing or hearing any, Government's
11  Document 2441, which is a motion for extension of
12  time, will be granted as to Mr. Herrera's motion for
13  a new trial.
14            All right.  Mr. Lowry, if you wish to
15  speak on the relevancy of document FF, you may do so
16  at this time.
17            MR. LOWRY:  Thank you, Your Honor.  One
18  day I'll learn how to manage paper.
19            THE COURT:  You need a good paralegal.
20            MR. LOWRY:  If we'd only get that CJA
21  budget to cover that.
22            Your Honor, here is where I just really
23  drill down on this quickly for the Court.  When Mr.
24  Calbert testified about this infamous exchange of
25  paperwork on Level 6, Ms. Duncan asked him, because
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 843-9492                                           FAX (505) 843-9492
                                                             1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                           e-mail: info@litsupport.com

1 it wasn't clear in any of the 302s or pretrial

2 interviews.  So when we got to trial, Ms. Duncan

3 asked him when this happened.  And David Calbert

4 said at line 12 on page 46 of his transcript or

5 partial transcript, he said, "I would say maybe

6 within four to five months" before he was

7 transferred from Level 6 to Level 5.

8            Do we have his location history, Calbert?

9 I thought I had it.

10            But Calbert was transferred.  So if you

11 take David Calbert that he's transferred, and let's

12 give him the benefit of the doubt, this paperwork

13 transfer happened five months before he moved from

14 Level 6 to Level 5, and Mr. Calbert was transferred

15 on February 13, 2014.  That would take him somewhere

16 approximately September or August of 2013 when he

17 purportedly met Joe Martinez out on the rec yard and

18 transferred this paper.

19            And the reason everybody is having a

20 problem with this at this juncture is because what

21 Ms. Bhalla said, if you look at Mr. Martinez'

22 physical location history, he's actually discharged

23 from the facility, from Level 6, on April 11 of

24 2013.  This is a weird physical location history

25 because it doesn't really show that he's discharged,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  but the next line up, you can see that he's at

2  intake three years later.

3         So Joe Martinez wasn't even in Level 6

4  when David Calbert says that this transfer of the

5  paperwork happened.  And even if you were very

6  gratuitous and say, okay, it wasn't five months but

7  it was 10 months, it still doesn't line up when Mr.

8  Martinez was there.  So that's a problem.

9         Now, the Government has claimed -- and I

10 can understand why -- they said, well, look, Mr.

11 Martinez is never going to testify, and he testified

12 that this transfer of the paperwork never happened

13 when Mr. Acee spoke with him in April of this year.

14        But I take a different view of that

15 altogether.  I mean, not only was Mr. Martinez

16 verifying what you can see in the housing records,

17 but if he was to go in and lie to Mr. Acee -- I

18 mean, he knows he's committing a 1001 violence and

19 putting himself at further risk of prosecution.

20        So rather than the Government's

21 perspective, which is, of course, he's going to deny

22 it, because he didn't want to admit involvement in

23 this Molina homicide and earn his own VICAR

24 prosecution, I take a different view of that

25 altogether, which is that he's saying what we see in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the physical location history, that this transfer of

2  paperwork was frankly impossible, and he's being

3  honest with Mr. Acee when they have this

4  conversation, that it's not a subterfuge where he's

5  trying to dodge a prosecution.

6          And that's why this becomes -- that's why

7  the Joe Martinez interview with Mr. Acee becomes

8  relevant for my motion, because it's the first time

9  we're able to really get him on the record, so to

10  speak.  I mean, unfortunately, as a defense attorney

11  in this case, we're really -- anytime we would call

12  most people -- and by most, I mean 99 percent,

13  they're going to take the Fifth on the stand here,

14  and I think that was the first opportunity we had to

15  get to Mr. Martinez and get his actual honest

16  perspective on what happened.

17          The reason I think it's an honest

18  perspective is because he's not being prosecuted for

19  lying to Mr. Acee.  So I really think that goes to

20  the heart of why I think this Joe Martinez interview

21  post trial is relevant and it spirals back, and I'll

22  save this for my pleadings of why these recreation

23  yard records are exculpatory.  But I'll get into

24  that in my own briefing, Your Honor.

25          But when I spoke to Ms. Bhalla this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    morning and said I would wrap this up, Your Honor, I

2    thought that I'd make my argument on my feet, but I

3    haven't been feeling well, so I'm going to reserve

4    it for paper.

5            THE COURT:  All right.  Everybody ready to

6    shut her down for the day?

7            MS. ARMIJO:  Yes, Your Honor.  And I would

8    just like to briefly respond tomorrow morning to the

9    issue that he brought up.

10           THE COURT:  All right.  I'll let you.

11   It's in, so you might work it into your arguments.

12   So whatever, I'll let you argue, if you want to

13   respond separately.

14           All right, I appreciate everybody's hard

15   work.  We'll see you at 8:30 in the morning.  Have a

16   good evening.

17           (The Court stood in recess.)

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 23rd day of December, 2018.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/18

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com