# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| *Plaintiff,* | § § § |
| | §   No. 2:15-cr-04268-JB |
| v. | § § |
| ANGEL DELEON, ET AL., | § § |
| *Defendants.* | § § |

### DEFENDANT ANTHONY RAY BACA'S UNOPPOSED MOTION FOR A ONE WEEK EXTENSION OF TIME TO FILE WRITTEN ARGUMENT IN SUPPORT OF HIS MOTION FOR NEW TRIAL (DKT. 2421)

Defendant Anthony Ray Baca moves the Court for leave to file his written argument in support of his motion for a new trial, Dkt. 2421, a week from today, Friday, January 04, 2019. The parties had agreed on January 4, 2019 as the due date as the December 2018 motions hearings ended on December 18, 2018. The additional time will allow counsel to confer with his client about the written argument before it is filed. The United States, through Assistant University States Attorney Maria Armijo, indicated to undersigned counsel the relief requested this motion is unopposed. All defense counsels' positions have been requested, and as of this filing no other party has opposed the requested relief.

WHEREFORE, for the reasons discussed above, Defendant Anthony Ray Baca requests leave of the Court to file his written argument no later than Friday, January 11, 2019.

Respectfully submitted,

**ROTHSTEIN DONATELLI, LLP**

*/s/ Marc M. Lowry*
MARC M. LOWRY
500 4th Street, N.W., Suite 400
Albuquerque, New Mexico 87102
(505) 243-1443
mlowry@rothsteinlaw.com
*Attorney for Defendant Anthony Ray Baca*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of January 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for Plaintiff and Defendants to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Marc M. Lowry*
Marc M. Lowry