IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                    No. CR15-04268 JB

ANTHONY RAY BACA, et al.

       Defendant.

### ORDER GRANTING ANTHONY RAY BACA'S UNOPPOSED MOTION FOR A ONE WEEK EXTENSION OF TIME TO FILE WRITTEN ARGUMENT IN SUPPORT OF HIS MOTION FOR NEW TRIAL (DKT. 2421)

THIS MATTER comes before the Court on Defendant Anthony Ray Baca's Unopposed Motion for a One Week Extension of Time to File Written Argument in Support of his Motion for New Trial (Dkt. 2468), filed December 14, 2018. The Court, noting the lack of opposition from the Government and being otherwise fully advised in the circumstances, finds the motion well taken. Accordingly,

IT IS ORDERED that Defendant Anthony Ray Baca is granted leave of Court to file his written argument in support of his motion for a new trial no later than Friday, January 11, 2019.

_____
United States District Judge

**Submitted by:**

/s/ *Marc M. Lowry 1/04/2019*
Marc M. Lowry
ROTHSTEIN DONATELLI LLP
500 4th Street N.W., Suite 400
Albuquerque, NM 87102
(505) 243-1443

*Attorney for Defendant Anthony Ray Baca*

**Approved by:**

*Electronic Approval 1/02/2019*
*by Asst. US Attorney Maria Y. Armijo*
Maria Y. Armijo, AUSA
Randy M. Castellano, AUSA
U.S. Attorney's Office 555
S. Telshor, Suite 300
Las Cruces, NM 88011
(505) 522-2304

*Attorneys for Plaintiff United States of America*