*Copy*

ANAYA, LETASHA D

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                    No. CR 15-4268 JB

ANGEL DELEON, et al.

      Defendants.

## SUPPLEMENTAL JUROR QUESTIONNAIRE

As a prospective juror in this case, you are being asked to fill out a questionnaire reflecting your personal attitudes and experience. We ask that you complete this questionnaire, to inform us of your present situation and the perspectives you bring to court at this time. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror *in this particular case,* though questions contained in the questionnaire may have nothing to do with the facts of this case. If there is any reason why you might not be able to listen openly to both the prosecution and the defense, it is important that you say so.

The questionnaires will be viewed only by the judge, court personnel, and the legal teams for the prosecution and defense. At no time will they be made available to the media or the public.

There are no right or wrong answers, only complete and honest answers. Please respond to *each* question as honestly and completely as you can, based on your best understanding of the questions. Do not leave any questions blank. If a particular question does not apply to you, write "N/A" in the space provided for the answer. Upon completion of the questionnaire, you are required to sign and date the Juror's Oath. Your answers will have the effect of a statement given to the Court under oath.

You should not discuss this case or the questionnaire with anyone, including your family and fellow jurors. Nor should you do any research in reference to this questionnaire. Research includes using the internet or any type of social media to attempt to find further information about this subject or case. Your answers must be your own. If you need more space for your responses, or wish to make further comments about any of your answers, please use the extra sheet at the back of the questionnaire. Thank you for your patience and honesty.

JUDGE JAMES BROWNING

ANAYA, LETASHA D

**BACKGROUND:**

1.   Please tell us the following about your job.  (If not currently employed, tell us about your last job.)

a.   Where do you work?

_____

b.   How long have you worked there?

_____

c.   What are your job title(s) and duties:

_____

_____

d.   Do you supervise others as part of your job?      ___ YES   ___ NO

e.   Do you have responsibility for hiring or firing others?   ___ YES   ___ NO

2.   What other jobs have you held?

_____

_____

3.   Marital status:      ____ Married for _____ years

     ___ Divorced      ___ Separated        ___ Widowed

     ___ Never married        ___Living with someone

4.   Spouse's or significant other's current occupation and employer:

_____

5.   If you have children or stepchildren, tell us the following, whether or not they are living in your household.

| Gender | Age | Education Level | Occupation |
|--------|-----|-----------------|------------|
|        |     |                 |            |
|        |     |                 |            |

1

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

6.   If you have grandchildren, please tell us how many, their ages and occupations, if employed:

\# of Male(s):   _____            Ages:

_____

Occupations:

_____

\# of Female(s): _____            Ages: _____

Occupations:

_____

7.   Do you have brothers or sisters?   ___YES   ___ NO

If YES, please list by gender, age and occupation.

_____

_____

_____

8.   What are/were (if deceased or retired) your parents' occupations?

Father: _____

Mother: _____

9.  If you, or a close relative, have had military experience, indicate who (relation to you) the branch of service and rank at discharge:

a.  Who (relation to you)? _____

b.  What special schools or training did they receive?

_____

c.  Did they see or participate in combat? ____ YES ___ NO   If YES, please explain circumstances.

_____

_____


10.  If you attended college or vocational school, please tell us:

Major areas of study: _____

What degrees or certificates did you earn? _____


11.  Have you ever taken any courses or had any training in the following areas:

___ Law        ___ Law enforcement        ___ Criminology/Penology    ____Investigation

___Forensics        ___ Any health related field        ___ Psychology/Social Work

Please describe:

_____

_____


12.  Have you acquired any experience, training or knowledge in firearms, fingerprinting, fingerprint identification, chemical or DNA analysis, traumatic injury, autopsies, or any other forensic field? ___ YES ___ NO  If YES, please explain.

_____

_____


13. Have you, or any friends, relatives or acquaintances applied, worked or volunteered for any regulatory or law enforcement agency, which has as a part of its responsibilities the enforcement of any state or federal laws?  ___ YES ___ NO

If YES, please state what type of law enforcement, where and when, in what capacity and in what specialty.

_____

3

_____
_____

14.  Have you or any relatives, friends or acquaintances worked in security or investigative services?

___ YES   ___ NO

If YES, please state who (their relation to you), where, when and circumstances.

_____
_____

15.     Have you or any relatives, friends or acquaintances ever worked in a prison, jail, detention

center or for probation services?        ___ YES   ___ NO

If YES, please state who, where, when and circumstances.

_____
_____

16.  Have you or any friends or acquaintances ever visited a prison, jail or detention center?

___ YES   ___ NO    If yes, please state who (relation to you) and explain the circumstances:

_____
_____
_____

17.     What bumper stickers, if any, do you have on your vehicle? _____

18.     What religious, civic, social, union, professional, fraternal, political or recreational organizations

have you joined or participated in, and what offices, if any, have you held in these organizations?

_____
_____
_____

4

19. Have you, any family members or close friends participated in, or contributed money to, any group such as Crime Stoppers, MADD, SADD, neighborhood watch programs, shelters or crisis centers, the National Rifle Association, Gun Owners of America, American Civil Liberties Union (ACLU), Black Lives Matter, Planned Parenthood, Indivisible, or any group that takes public positions on criminal justice issues (including gang violence, prison expansion and prisoner rights)?

___ YES  ___ NO

If YES, please tell us who was involved, at what level, and the nature and position of the group.

_____

_____

a.      What led you to join?_____

_____

b.      What was the extent of your participation? _____

_____

c.   Do you own any weapons?          ___ YES  ___ NO

If YES, what type(s) of weapons do you own, and for what purpose(s)?

_____

20.  In what ways, if at all, might your religious view or philosophical beliefs affect your service as a juror?

_____

21.  Are you currently affiliated with a political party?    ___ YES  ___ NO

22.  Have you ever sought or held political office?    ___ YES  ___ NO   If YES, please give details:

_____

23.  Have you worked in a political campaign?    ___ YES  ___ NO

If YES, please give name of the candidate, office sought, and issue(s) that led to your active support.

_____

_____

_____

24.  How do you keep up with the news? (Check all that apply)

___ Radio        ___ Television        ___ Newspaper        ___ Magazines

___ Internet web/blogs/Twitter/Facebook

___ Other _____

25.  Which newspapers do you read, either in print or on line?

_____

How often? (check one) ____ Regularly      ____ Somewhat      ____ A little      ____ Not at all

Which parts of the newspaper do you read regularly?

_____

26.  Do you regularly listen to or watch any radio or television news or talk shows?  __ YES  ___ NO

If YES, which ones?

_____

27.  What Internet or web sites do you frequent? _____

_____

a.   Have you ever had a blog or followed a blog?  ___ YES  ___ NO   If Yes, what was your blog?

_____

_____

b.   Do you regularly comment on blogs?  ___ YES  ___ NO   If YES, which ones?

_____

**CRIME AND GANGS:**

28.     How big a problem is crime in your neighborhood? _____

_____

29.     What types of crime seem most common? _____

_____

6

30.     Are street gangs a problem in your neighborhood?     ___ YES     ___ NO
If YES, please explain. _____
_____
_____


31.     What have you read or heard about gang involvement in drugs in New Mexico?
_____
_____
What was the source of your information? _____

32.     What have you read or heard about gang activity in New Mexico?
_____
_____
_____


33.     What particular gangs have you heard of?
_____
From what source(s)?
_____


34.     Have you, your family or close friends been affected in any way by gang activity, including
being a member of a gang or recruited by a gang?
___ YES ___ NO     If YES, please explain.
_____
_____
_____


35.  Have you, or anyone close to you, been the victim or witness of a crime, reported or not?
     ___ VICTIM               ___ WITNESS               ___NEITHER
If YES, please explain who (relation to you), when, and what happened.
_____
_____

a.   Was the incident gang related?     ___ YES     ___ NO

7

b.   Was it drug-related in any way?  ___YES  __NO

c    Was anyone arrested?  ___ YES  ___ NO

d.   What was the outcome of the case?

_____

d.   If there was a trial, did you/they testify?  ___ YES  ___ NO

f.   Did you/they think justice was served? Why or why not?

_____

_____

## CRIMINAL JUSTICE EXPERIENCE

36. Have you, any family members or close friends called, been interviewed by or made a report to the police, the FBI or any other local, state or federal law enforcement agency? __ YES __ NO
If YES, please explain circumstances:

_____

_____

_____

a.   Would you describe your experience with law enforcement, which includes local police, FBI, or corrections/prison officials as positive ____ or negative ____?  (Check one and explain)

_____

_____

37. Would you be more likely to believe a law enforcement officer, including an FBI agent or prison official over any other witness in a court of law?

___ YES  ___ NO

a.   Do you believe law enforcement officers, including FBI or prison officials are more likely to be truthful on the witness stand?  ___ YES  ___ NO  Why or why not?

_____

_____

8

38. Have you or any member of your family or close friend been accused, arrested, charged or convicted of any offense other than a traffic ticket? ___ YES ___ NO

If YES, please state:

Who (relation to you)? _____

What crime? _____

When? _____

Was the incident gang related in any way? ___ YES ___ NO

Was it drug-related in any way? ___ YES ___ NO

Outcome? _____

If convicted, did the person serve jail or prison time? ___ YES ___ NO

39. Has someone you know served time in a New Mexico prison or jail? ___ YES ___ NO

If YES, who (relation to you), where, for how long? _____

_____

40. What have you seen, read or heard about violence between prisoners, and what prisoners do to protect themselves?

_____

_____

Source(s)?

_____

41. What have you seen, read or heard about the use of solitary confinement in prisons?

_____

_____

_____

Source(s)?

_____

9

42.  What have you seen, read or heard about gangs in prisons?

_____

_____

_____

Source(s)?

_____

43.  Do you believe that a prison inmate is entitled to be presumed innocent until proven guilty if he is being prosecuted for committing a crime while in prison?  ____YES____NO ____NO OPINION
Why or why not if you have an opinion?

_____

a.  Do you think that it should be easier for the government to convict a prison inmate of a crime than a person who is not in prison? ___ YES ___ NO ___ NO OPINION Why or why not if you have an opinion?

_____

_____

44.  Have you ever been in a situation in which you felt like you, or someone you know, were in physical danger or feared being hurt or killed? ___ YES ___ NO If YES, please describe:

_____

_____

45.  Have you, or anyone close to you, ever been threatened with a weapon, including a knife or firearm?
___ YES ___ NO   If YES, describe the situation(s) and the weapon(s).

_____

_____

46.  Have you known anyone who was involved with drugs? ___ YES ___NO
If YES, please explain who, relationship to you, nature of involvement, and particular drug(s).

_____

10

_____

_____

47.  Do you support the legalization of marijuana?  ____ YES  ____ NO

48.  Do you support the legalization of all controlled substances?  ____ YES  ____ NO

49.  Have you, or anyone close to you, worked or volunteered in a program concerned with drug treatment or drug education, or joined any organization or campaign concerned with the use or abuse of drugs?  ____ YES ____ NO.
If YES, please state who (relationship to you); name and purpose of program, organization or campaign; and extent of your participation.  _____

_____

_____

50.  Do you think your feelings involving people who sell or use drugs, or your personal experiences involving drugs might influence you in a case where there are allegations of distribution of drugs?
____ YES  ____ NO   If YES, please explain:

_____

_____

**RACIAL QUESTIONS:**

51.  Please state your personal opinion about the following:

a.  Hispanic men have been unfairly discriminated against by our criminal justice system.
___ Strongly agree          ___ Agree            ___Agree somewhat
___ Disagree                ___ Strongly disagree    ___ Don't know
___ No opinion

b.  Hispanic males commit most of the violent crime in New Mexico.
___ Strongly agree          ___ Agree            ___Agree somewhat
___ Disagree                ___ Strongly disagree    ___ Don't know
___ No opinion

11

c.  Hispanic males commit most drug offenses in New Mexico.

___ Strongly agree          ___ Agree          ___Agree somewhat

___ Disagree          ___ Strongly disagree    ___ Don't know

___ No opinion


d.   Hispanic males are more likely to participate in violent gangs in New Mexico.

___ Strongly agree          ___ Agree          ___Agree somewhat

___ Disagree          ___ Strongly disagree    ___ Don't know

___ No opinion


e.  Prison is not enough of a deterrent for Hispanic males engaging in drug crime and gang violence.

___ Strongly agree          ___ Agree          ___Agree somewhat

___ Disagree          ___ Strongly disagree    ___ Don't know

___ No opinion


52.  Do you believe that racial prejudice exists in this country today?


53.  Do you have any bias for or against Hispanics?

___ YES    ___ NO

If YES, please explain: _____

_____

**CRIMINAL JUSTICE SYSTEM:**

54.  What movies, books or TV programs about violent crime, the criminal justice system, prison life or gang activity have been of interest to you?

_____

_____

What did you learn?

_____

_____

55.  What criminal cases have you followed in the news?

12

_____

_____

Why were those cases of particular

interest?_____

_____

_____

56.     Do you think if a person is brought to trial, there must be some truth to the charges, and it is likely that person is guilty under the law?      ___ YES     ___ NO   Please explain.

_____

_____

_____

a.   Do you think if a person is brought to trial for being a member of a prison gang allegedly involved in crimes such as murder, assault and conspiracy, there must be some truth to the charges, and it is likely that person is guilty under the law?      ___ YES     ___ NO   Please explain.

_____

_____

_____

57.   The judge will instruct you that the burden is on the prosecution to prove beyond a reasonable doubt that the defendant is guilty; it is not for the defense to prove that the defendant is not guilty.  If, after hearing the evidence, you thought the defendant could be guilty, but you were not convinced beyond a reasonable doubt, would you be able to return a verdict of not guilty?      ___ YES___ NO If NO, why not?

_____

_____

_____

58. If the charges are proven beyond a reasonable doubt, would you have any concerns about convicting the Defendant?  Would you be in fear of retaliation if, after hearing the evidence and the instructions of the court, you came to a decision to vote guilty?  _____ YES _____ NO

59.     In a trial with multiple defendants who are alleged to be members of a gang, do you believe the charges against each defendant should be judged individually? ___ YES     ___ NO

13

Why or why not? _____

_____

60.  A person accused of a crime does not have to testify in his defense, and his silence may not be considered as evidence against him.  How do you feel about that?

_____

_____

61.  Do you know any employee of the Office of the United States Attorney for the District of New Mexico, or have you had any dealings with that office?   __YES   _____NO
If YES, please explain:_____   _____

_____

62.  Do you personally, or in connection with your business, have an interest (financial or otherwise) in any pending legal action or dispute with the United States, or any officer, agents or employees of the United States? _____YES   _____NO   If YES, please explain:

_____

_____

63.  Have you served on a jury?  ___ YES   ___ NO   If YES, please indicate:

a. State Court   ___ Civil   ___ Criminal   Date(s) _____

b. Federal Court   ___ Civil   ___ Criminal   Date(s) _____

c.   ___ State Grand Jury        Date(s) _____

d.   ___ Federal Grand Jury   Date(s) _____

e. Briefly describe the nature of the case(s) _____

_____

f. Was your trial jury able to reach a verdict? ___ YES   ___ NO
If NO, please explain:

_____

g. Were you ever the foreperson?   ___ YES  Number of times _____      ___ NO

h.   Is there anything about your prior jury service that might make it difficult for you to serve again?
___ YES      ___ NO           If YES, please explain.

_____

_____

14

64.  Have you, any family members or close friends ever been an attorney, or ever worked for any private attorney, city or town attorney, District Attorney, state Attorney General, U.S. Attorney or in a courthouse?     ___ YES ___ NO    If YES, please state who, where and when, and in what capacity.

_____

_____

**NATURE OF EVIDENCE AND CHARGED CRIMES:**

This case involves allegations that members, prospects and associates of Sindicato de Nuevo Mexico / Syndicato de Nuevo Mexico ("SNM") were engaged in acts of violence and other criminal activity.

65.  Have your read, seen or heard anything about this case or about the SNM? __ YES __ NO

If YES, please indicate the source(s).  (Check all that apply)

___ TV news ___ Newspaper          ___ Radio news       ___Internet/blogs/Twitter

___ Other people     ___ Overheard conversations

Other (specify) _____

a.   What stands out most in your mind about what you have read, seen or heard?

_____

_____

b.   How did you react to what you read, saw or heard?

_____

_____

c.   What did you last read, see, or hear about this case?

_____

_____

_____

When and where was that? _____

_____

66.  Do you, or anyone close to you, know any of the persons involved in any way with the events charged in this case?  _____YES   _____NO

If YES, please explain:_____

_____

15

67.  In such a case, where there are allegations such as conspiracy to murder, murder and drug trafficking, will you have difficulty keeping an open mind until you have heard all the evidence, the arguments of attorneys for both sides and the judge's instructions?      ___ YES ___ NO
If YES, please explain your reaction and how it may affect you if chosen as a juror.

_____

_____

_____

68.  A gang member should be legally responsible for the criminal actions that other members commit on orders from the gang leaders.
___ Strongly agree          ___ Agree          ___ Agree somewhat
___ Disagree          ___ Strongly disagree ___ No opinion

69.  During the course of this trial, you may hear evidence from individuals who are testifying with the expectation of obtaining lenient treatment for their own criminal conduct and/or other benefits.  How do you feel about that testimony?  Please explain.

_____

_____

a.      Would it matter to you that becoming an informant was one of their avenues to avoid the full
         legal consequences of their actions? ___ YES          ___ NO   Why or why not?

_____

_____

70.  The prosecution will likely introduce into evidence graphic photographs and video recordings of the crimes charged that, as a juror, you would be required to view.  These photographs and recordings will not only show the location of the crime, but the traumatic injuries that the victims suffered.
a.   Knowing your own sensibilities, do you feel it is possible you would not be able to look at such photographs and video recordings at all, if they were part of the evidence?
___ YES ___ NO
b.   Do you think your reaction to such graphic images could be so strong as to affect your ability to listen to *all* the evidence and reach a fair and impartial decision whether guilty or not guilty, based on the entirety of the evidence presented in court and the judge's instructions on the law? ___ YES ___ NO

16

Please explain your concerns, if any, about your ability to view and evaluate all evidence, including any graphic photographs and video.

_____

_____

_____

71. There may be evidence that victims in this case may be gang members. Will the fact that a victim may be a gang member affect your ability to render a guilty verdict? In other words, do you think that as a gang member they deserve what they get, even if it means being victim of a crime?  ___ YES ___ NO

If YES, please explain: _____

_____

**JURY SERVICE**

72. Do you agree that every juror is entitled to hold his or her own opinions and that differences in individual opinions should be respected  ___ YES  ___ NO

a.   Will you expect to be treated with dignity and respect during jury deliberations?  And will you likewise treat your fellow jurors with dignity and respect, even if you do not share their view?  ___ YES  ___ NO

b.   Will you stand up for the right of every juror to vote their decisions in the manner they feel is appropriate, even if other jurors disagree with their "vote"?  ___ YES  ___ NO

Please explain what you feel it means to you to respect your fellow jurors:

_____

_____

73.   Do you have any health problems that might make it difficult for you to sit as a juror in this case?

___ YES  ___ NO           If YES, please explain:

_____

_____

_____

17

74.    Are you taking any medications which might make it difficult for you to sit and listen attentively to testimony for hours at a time?           ___ YES        ___ NO
If YES, please state the medication(s) and the effect on you.

_____

_____

_____


75.    Is there any matter, including your past jury service, that may interfere with your duty as a juror to listen with an open mind to the evidence in this case and render an impartial verdict based solely on the evidence *(or lack thereof)* and the judge's instructions on the law?           ___ YES        ___ NO
If YES, please explain: _____

_____


76.    The trial in this case is expected to last approximately six weeks in Las Cruces, New Mexico. Is there anything about the approximate length of time that would not allow you to serve on this jury?
____ YES    ____ NO
If YES, please explain:

_____

_____

18

**JUROR'S OATH**

I affirm under penalty of law that I have answered truthfully and completely all questions in this questionnaire. I further declare that I have completed this questionnaire without anyone's assistance.

Signature _____

_____

JUROR'S NAME (Please print)

DATE _____

Please use this space to complete any answers to questions in the questionnaire.   Indicate the number of the question, before continuing with your full answer.

19