CLARK, VERNON MARK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                        No. CR 15-4268 JB

ANGEL DELEON, et al.

      Defendants.

## SUPPLEMENTAL JUROR QUESTIONNAIRE

As a prospective juror in this case, you are being asked to fill out a questionnaire reflecting your personal attitudes and experiences. We ask that you complete this questionnaire, to inform us of your present situation and the perspectives you bring to court at this time. The questions are asked not to invade your privacy, but to make sure that you can be a fair and impartial juror *in this particular case,* though questions contained in the questionnaire may have nothing to do with the facts of this case. The integrity of our legal system depends on the fairness and impartiality of the judge and jurors. It is therefore important to know if there is any reason why you might not be able to listen openly to both the prosecution and the defense, and even more important that you say so.

The questionnaires will be viewed only by the judge, court personnel, and the legal teams for the prosecution and defense. At no time will they be made available to the media or the public.

There are no right or wrong answers, only complete and honest answers. Please respond to *each* question as honestly and completely as you can, based on your best understanding of the questions. Do not leave any questions blank. If a particular question does not apply to you, write "N/A" in the space provided for the answer. Upon completion of the questionnaire, you are required to sign and date the Juror's Oath. Your answers will have the effect of a statement given to the Court under oath.

You should not discuss this case or the questionnaire with anyone, including your family and fellow jurors. Nor should you do any research in reference to this questionnaire. Research includes using the internet or any type of social media to attempt to find further information about any subject, issue, words in this questionnaire or related to this or a similar case. Your answers must be your own. If you need more space for your responses, or wish to make further comments about any of your answers, please use the extra sheet at the back of the questionnaire.

We realize that we have imposed upon your time in asking you to fill out this questionnaire. We thank you in advance for your attention, patience and honesty. We believe you will find that this process expedites Jury Selection for you, the Judge and the lawyers.

JUDGE JAMES BROWNING

CLARK, VERNON MARK

**BACKGROUND:**

1.  Please tell us the following about your job.  (If not currently employed, tell us about your last job.)

a.  Where do you work?

_____

b.  How long have you worked there?

_____

c.  What are your job title(s) and duties:

_____

_____

d.  Do you supervise others as part of your job?     ___ YES ___ NO

e.  Do you have responsibility for hiring or firing others?     ___ YES ___ NO

2.  What other jobs have you held?

_____

_____

3.  Marital status:

_____ Married for _____ years

_____ Divorced _____ Separated _____Widowed     If Div./Sep./Widowed:  for _____ years

_____Single, never married     _____ Living with someone

4.  Spouse's or significant other's current occupation and employer:

_____

5.  If you have children or stepchildren, tell us the following (whether or not they are living in your household).

| GENDER | AGE | HIGHEST EDUCATION LEVEL | OCCUPATION |
|--------|-----|-------------------------|------------|
|        |     |                         |            |
|        |     |                         |            |

1

CLARK, VERNON MARK

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

6.   If you have grandchildren, please tell us how many, their ages and occupations, if employed:

\# of <u>Male</u>(s):   _____      Ages: _____

Occupations: _____

_____

\# of <u>Female</u>(s):   _____      Ages: _____

Occupations: _____

_____

7.   Do you have brothers or sisters?   ___YES   ___ NO

If YES, please list by gender, age and occupation.

_____

_____

_____

_____

8.   What are/were (even if deceased or retired) your parents' occupations?

Father: _____

Mother: _____

9.   If you, or a close relative, have had military experience, indicate who (relation to you) the branch

of service and rank at discharge:

a.   Who (relation to you)? _____

b.   What special schools or training did you/they receive? _____

_____

c.   Did you/they see or participate in combat?   ____ YES   ___ NO

CLARK, VERNON MARK

If YES, please explain circumstances.

_____

_____


10.  If you attended college or vocational school, please tell us:

Major areas of study: _____

What degrees or certificates did you earn? _____


11.  Have you ever taken any courses, had training or worked in any of the following areas:

___ Law           ___ Law enforcement        ___ Criminology/Penology
___ Investigation ___ Forensics               ___ Any health related field
___ Ethics        ___ Toxicology              ___ Emergency services
___ News/Media/Journalism

Please describe:

_____

_____

a.   Is there anything about your knowledge in any of these fields that would influence you if selected

as a juror? ___ YES ___ NO  If YES, please explain.

_____

_____


12.  Have you acquired any experience, training or knowledge in firearms, fingerprinting, fingerprint

identification, chemical or DNA analysis, traumatic injury, autopsies, or any other forensic field?

___ YES ___ NO  If YES, please explain.

_____

_____


13.  Do you own any weapons?          ___ YES   ___ NO

If YES, what type(s) of weapons do you own, and for what purpose(s)?

_____


3

14. Have you, or any friends, relatives or acquaintances applied, worked or volunteered for any regulatory or law enforcement agency, which has as a part of its responsibilities the enforcement of any state or federal laws? ___ YES ___ NO

If YES, please state what type of law enforcement, where, when, in what capacity and in what specialty.

_____

_____

_____

15. Have you or any relatives, friends or acquaintances worked in security or investigative services? ___ YES ___ NO If YES, please state who (their relation to you), where, when and circumstances.

_____

_____

16. Have you or any relatives, friends or acquaintances ever worked in a prison, jail, detention center or for probation services?        ___ YES ___ NO

If YES, please state who, where, when and circumstances.

_____

_____

17. Have you or any friends or acquaintances ever visited a prison, jail or detention center? ___ YES ___ NO    If yes, please state who (relation to you) and explain the circumstances:

_____

_____

_____

a.   What impressions, if any, did you/they form about life inside the prison/jail/detention center?

_____

_____

18. What bumper stickers, if any, do you have on your vehicle? _____

19. What religious, civic, social, union, professional, fraternal, political or recreational organizations

CLARK, VERNON MARK

have you joined or participated in, and what offices, if any, have you held in these organizations?

_____

_____

_____

20.  Have you, any family members or close friends participated in, or contributed money to, any group such as Crime Stoppers, MADD, SADD, neighborhood watch programs, shelters or crisis centers, the National Rifle Association, Gun Owners of America, American Civil Liberties Union (ACLU), Black Lives Matter, Planned Parenthood, Indivisible, or any group that takes public positions on criminal justice issues (including gang violence, prison expansion and prisoner rights)?

___ YES  ___ NO

If YES, please tell us who was involved, at what level, and the nature and position of the group.

_____

_____

a.    What led you/them to join? _____

_____

b.    What was the extent of your/their participation? _____

_____

c.    Would you consider you/them to be an Advocate for this group or any other group, particular issue or cause? ___ YES  ___ NO  If YES, please explain: _____

_____

21.  In what ways, if at all, might your religious or philosophical beliefs affect your service as a juror?

_____

_____

22.  Have you ever sought or held political office?  ___ YES  ___ NO  If YES, please give details:

_____

23.  Have you worked in a political campaign?  ___ YES  ___ NO

If YES, please give name of the candidate, office sought, and issue(s) that led to your active support.

5

_____
_____
_____

24. How do you keep up with the news? (Check all that apply.)

___ Radio      ___ Television      ___ Newspaper      ___Magazines

___ Internet web/blogs/Twitter/Facebook      ___ Other _____

25. Which newspapers do you read, either in print or online?

_____

How often? (Check one.) ____ Regularly      ____ Somewhat      ____ A little      ____ Not at all

Which parts of the newspaper do you read regularly?

_____

26. Do you regularly listen to or watch any radio or television news or talk shows?  ___ YES  ___ NO

If YES, which ones? _____

27. What Internet or web sites do you frequent? _____

_____

a.  Have you ever had a blog or followed a blog?  ___ YES  ___ NO  If Yes, what was your blog?

_____

b.  Do you regularly comment on blogs?  ___ YES  ___ NO  If YES, which ones?

_____

## CRIME AND GANGS:

28.  To what degree is crime a problem in your neighborhood? (Circle one number.)

| No problem at all | 1 | 2 | 3 | 4 | 5 | Very significant problem |
|---|---|---|---|---|---|---|

a.  What type(s) of crime are most common in your neighborhood? _____

_____

b.  Are street gangs a problem in your neighborhood?  ___ YES  ___ NO

If YES, please explain. _____

CLARK, VERNON MARK

_____

_____

29.     What have you read or heard about gang activity in New Mexico?

_____

_____

From what source(s)? _____

a.      What have you read or heard about gang involvement in drugs in New Mexico?

_____

_____

From what source(s)? _____

b.      What particular gangs have you heard of? _____

_____

From what source(s)? _____

30.  Have you ever been in a situation in which you felt like you, or someone you know, were in physical danger or feared being hurt or killed?  ___ YES   ___ NO   If YES, please describe:

_____

_____

a.  Has anyone tried to choke you or someone you know?   ___ YES   ___ NO   If YES, please explain.

_____

_____

b.  Have you ever choked on an object/item or experienced the feeling that you were choking?
___ YES   ___ NO   If YES, Please explain.

_____

_____

31.  Have you, or anyone close to you, ever been threatened with a weapon, including a knife or firearm?   ___ YES   ___ NO
If YES, describe the situation(s) and the weapon(s).

_____

_____

32.  Have you, your family or close friends been affected in any way by gang activity, including being a member of a gang or recruited by a gang?

___ YES   ___ NO    If YES, please explain.

_____

_____

_____


33.  Have you, or anyone close to you, been the victim or witness of a crime, reported or not?

___ VICTIM            ___ WITNESS            ___NEITHER

If YES, please explain who (relation to you), when, and what happened.

_____

_____

a.   Was the incident gang related?   ___ YES   ___ NO

b.   Was it drug-related in any way?   ___ YES   ___ NO

c.   Was anyone arrested?   ___ YES   ___ NO

d.   Was it a violent crime?   ___ YES   ___ NO

e.   What was the outcome of the case?

_____

f.   If there was a trial, did you/they testify?   ___ YES   ___ NO

g.   Did you/they think justice was served? Why or why not?

_____

_____


## CRIMINAL JUSTICE EXPERIENCE

34.  Have you, any family members or close friends called, been interviewed by or made a report to the police, the FBI or any other local, state or federal law enforcement agency? ___ YES ___ NO

If YES, please explain the circumstances:

_____

_____

_____

CLARK, VERNON MARK

a.   Would you describe your experience with law enforcement, which includes local police, FBI, or corrections/prison officials as Positive _____ or Negative _____?   (Check one and explain.)

_____

_____

35.  Would you be more likely to believe a law enforcement officer, including an FBI agent or prison official, over any other witness in a court of law?  ___ YES  ___ NO   Why or why not?

_____

_____

_____

36.  Have you or any member of your family or close friend been accused, arrested, charged or convicted of any offense other than a traffic ticket? ___ YES  ___ NO   If YES, please state:

Who (in relation to you)? _____

What crime?  _____

When? _____

Was the incident gang related in any way?  ___ YES  ___ NO

Was it drug-related in any way? ___ YES  ___ NO

Outcome? _____

If convicted, did the person serve jail or prison time? ___ YES  ___ NO

If YES, how long? _____

37.  Has someone you know served time in a New Mexico prison or jail?  ___ YES  ___ NO

If YES, who (in relation to you), where, why and for how long? _____

_____

9

38.  What have you seen, read or heard about violence between prisoners, and what prisoners do to protect themselves?

_____

_____

Source(s)? _____

39.  What have you seen, read or heard about the use of solitary confinement in prisons?

_____

_____

_____

Source(s)? _____

40.  What have you seen, read or heard about gangs in prisons?

_____

_____

_____

Source(s)? _____

41.  Do you believe that a prison inmate is presumed innocent if he is being prosecuted for committing a crime while in prison?   ____YES____NO

Why or why not? _____

_____

_____

a.   Do you believe it should be easier to convict a prison inmate who commits a crime in prison than a person who is not in prison who commits the same crime?  ___ YES  ___ NO  Why or why not?

_____

_____

42.  Have you or anyone you know been involved with drugs?  ___ YES ___NO

If YES, please explain who, relationship to you, nature of involvement, and particular drug(s).

_____

_____

CLARK, VERNON MARK

43.  Do you support the legalization of marijuana?  ____ YES  ____ NO

44.  Do you support the legalization of all controlled substances?  ____ YES  ____ NO

45.  Have you, or anyone close to you, worked or volunteered in a program concerned with drug treatment or drug education, or joined any organization or campaign concerned with the use or abuse of drugs?  ____ YES  ____ NO.
If YES, please state who (relationship to you); name and purpose of program, organization or campaign; and extent of your participation.  _____

_____

_____

a.  Do you have strong feelings or special knowledge about the use of illegal drugs or individuals who sell/distribute or manufacture illegal drugs?  ___ YES  ___ NO
If YES, please explain.

_____

_____

46.  Do you think your feelings involving people who sell or use drugs, or your personal experiences involving drugs might influence you in a case where there are allegations of distribution of drugs?  ____ YES  ____ NO  If YES, please explain: _____

_____

**RACIAL QUESTIONS:**

47.  Please state your personal opinion about the following:

a.  Hispanic men have been unfairly discriminated against by our criminal justice system.

___ Strongly agree        ___ Agree          ___ Agree somewhat

___ Disagree          ___ Strongly disagree    ___ Don't know

___ No opinion

11

b.   Hispanic males commit most of the violent crime in New Mexico.

___ Strongly agree          ___ Agree          ___ Agree somewhat

___ Disagree                ___ Strongly disagree   ___ Don't know

___ No opinion

c.   Hispanic males commit most drug offenses in New Mexico.

___ Strongly agree          ___ Agree          ___ Agree somewhat

___ Disagree                ___ Strongly disagree   ___ Don't know

___ No opinion

d.    Hispanic males are more likely to participate in violent gangs in New Mexico.

___ Strongly agree          ___ Agree          ___ Agree somewhat

___ Disagree                ___ Strongly disagree   ___ Don't know

___ No opinion

e.   Prison is not enough of a deterrent for Hispanic males.

___ Strongly agree          ___ Agree          ___ Agree somewhat

___ Disagree                ___ Strongly disagree   ___ Don't know

___ No opinion

f.   Prison is not enough of a deterrent for anyone engaging in drug crime and gang violence.

___ Strongly agree          ___ Agree          ___ Agree somewhat

___ Disagree                ___ Strongly disagree   ___ Don't know

___ No opinion

48.  Do you believe that racial prejudice exists in this country today?    ___ YES    ___ NO

49.  Do you have any bias for or against Hispanics?   ___ YES    ___ NO

If YES, please explain: _____

_____

CLARK, VERNON MARK

**CRIMINAL JUSTICE SYSTEM:**

50.   What movies, books or TV programs about violent crime, the criminal justice system, prison life or gang activity have been of interest to you?

_____

_____

What did you learn?

_____

_____

51.   What criminal cases have you followed in the news?

_____

_____

Why were those cases of particular interest?

_____

_____

52.   Do you think if a person is brought to trial, there must be some truth to the charges?

___ YES     ___ NO   If Yes, please explain.

_____

_____

a. Is it more likely that a person brought to trial is guilty under the law?   ___ YES     ___ NO   Why or why not?

_____

_____

53.     If a person who is brought to trial is a member of a prison gang, and that gang is allegedly involved in murder, assault and drug trafficking:

a. There must be some truth to the charges against the individual person.       ___ YES       ___ NO

b. That individual person brought to trial  is likely guilty.   ___YES     ___ NO     Please explain.

_____

_____

_____

13

CLARK, VERNON MARK

54.     In a trial with multiple defendants who are alleged to be members of a gang, do you believe the charges against each defendant should be judged individually? ___ YES ___ NO

Why or why not? _____

_____

55.     The judge will instruct you that the burden is on the prosecution to prove beyond a reasonable doubt that the defendant is guilty; it is not for the defense to prove that the defendant is not guilty. If, after hearing the evidence, you thought the defendant could be guilty, but you were not convinced beyond a reasonable doubt that he is guilty, would you be able to return a verdict of not guilty?

___ YES         ___ NO

If NO, why not?

_____

_____

_____

56.     If the charges are proven beyond a reasonable doubt, would anything prevent you from convicting any or all of the Defendants? ____ YES ____ NO

57.     Would you be in fear of retaliation if you came to a decision to vote guilty? ____ YES ____ NO

58.     A person accused of a crime does not have to testify in his defense, and his silence may not be considered as evidence against him. How do you feel about that?

_____

_____

59.     Do you know any employee of the Office of the United States Attorney for the District of New Mexico, or have you had any dealings with that office? _____ YES _____ NO

If YES, please explain: _____

_____

14

CLARK, VERNON MARK

60.    Do you personally, or in connection with your business, have an interest (financial or otherwise) in any pending legal action or dispute with the United States, or any officer, agents or employees of the United States? _____YES _____NO  If YES, please explain:

_____

_____

61.  Have you served on a jury? ___ YES ___ NO   If YES, please indicate:

a. State Court ___ Civil ___ Criminal  Date(s) _____

b. Federal Court ___ Civil ___ Criminal  Date(s) _____

c. ___ State Grand Jury      Date(s) _____

d. ___ Federal Grand Jury   Date(s) _____

e. Briefly describe the nature of the case(s) _____

_____

f. Was your trial jury able to reach a verdict? ___ YES ___ NO ___ BOTH

If NO or BOTH, please explain:

_____

g. Were you ever the foreperson? ___ YES ___ NO      Number of times ____

h.   Is there anything about your prior jury service that might make it difficult for you to serve again?

___ YES ___ NO      If YES, please explain.

_____

_____

62.  Have you, any family members or close friends ever been an attorney, or ever worked for any private attorney, city or town attorney, District Attorney, state Attorney General, U.S. Attorney or in a courthouse? ___ YES ___ NO   If YES, please state who, where and when, and in what capacity.

_____

_____

**NATURE OF EVIDENCE AND CHARGED CRIMES:**

**This case involves allegations that members, prospects and associates of Sindicato de Nuevo Mexico/ Syndicato de Nuevo Mexico ("SNM") were engaged in acts of violence and other criminal activity.**

15

CLARK, VERNON MARK

63.  Have your read, seen or heard anything about the SNM?  ___ YES       ___ NO

If YES, please indicate the source(s).  (Check all that apply.)

___ TV news  ___ Newspaper              ___ Radio news       ___ Internet/blogs/Twitter

___ Other people       ___ Overheard conversations       ___ Other, specify: _____

a.   What stands out most in your mind about what you have read, seen or heard?

_____

_____

b.   How did you react to what you read, saw or heard?

_____

_____

c.   What did you last read, see, or hear about the SNM?

_____

When and where was that?  _____

_____

d.   Based on what you have read, seen or heard, have you formed an opinion about the guilt of the
individuals charged with crimes allegedly committed by the SNM?  ___ YES ___ NO

_____

If YES, what opinion have you formed? (Circle one number.)

| Not Guilty | 1 | 2 | 3 | 4 | 5 | Guilty |
|------------|---|---|---|---|---|--------|

64.   Do you, or anyone close to you, know any of the persons involved in any way with the events
charged in this case?  _____YES       _____NO

If YES, please explain:

_____

_____

a.   Have you read, seen or heard anything about the case itself?  ___ YES ___ NO

If YES, please explain:

_____

_____

Source(s)?  _____

16

CLARK, VERNON MARK

65.  In such a case, where there are allegations such as conspiracy to murder, murder and drug trafficking, will you be able to keep an open mind until you have heard all the evidence, the arguments of attorneys for both sides and the judge's instructions?     ___ YES ___ NO
If NO, please explain why and how it may affect you if chosen as a juror.

_____

_____

_____

66.  A gang member should be held responsible for criminal acts that other gang members committed on behalf of the gang.

| Strongly Disagree | 1 | 2 | 3 | 4 | 5 | Strongly Agree |
|---|---|---|---|---|---|---|

67. A gang leader should be held responsible for the criminal acts committed by its gang members.

| Strongly Disagree | 1 | 2 | 3 | 4 | 5 | Strongly Agree |
|---|---|---|---|---|---|---|

68.  A gang member who is aware of his gang's plans to commit a criminal act, and doesn't stop it, is just as responsible for the criminal act as the people who commit the crime.

| Strongly Disagree | 1 | 2 | 3 | 4 | 5 | Strongly Agree |
|---|---|---|---|---|---|---|

69.  During the course of this trial, you may hear evidence from individuals who are testifying with the expectation of obtaining lenient treatment for their own criminal conduct and/or other benefits.  How do you feel about that testimony?  Please explain.

_____

_____

a.      Would it matter to you that becoming an informant was one way for them to avoid the full legal consequences of their actions? ___ YES      ___ NO   Why or why not?

_____

_____

70.  The prosecution will likely introduce into evidence graphic photographs and video recordings of the crimes charged that, as a juror, you would be required to view.  These photographs and recordings will not only show the location of the crime, but the traumatic injuries that the victims suffered.

17

a.   Knowing your own sensibilities, do you feel it is possible you would be unable to look at such photographs and video recordings at all, if they were part of the evidence?   ___ YES ___ NO

b.   Do you think your reaction to such graphic images could be so strong as to affect your ability to listen to *all* the evidence and reach a fair and impartial decision whether guilty or not guilty, based on the entirety of the evidence presented in court and the judge's instructions on the law? __ YES __ NO

Please explain your concerns, if any, about your ability to view and evaluate all evidence, including any graphic photographs and video.

_____

_____

71.   There may be evidence that victims in this case may be gang members.  Will the fact that a victim may be a gang member affect your ability to render a guilty verdict?   ____ YES ____ NO

a.   Do you think that being a gang member they deserve what they get, even if it means being a victim of a crime?   ____ YES ____ NO

If YES, please explain: _____

_____

**JURY SERVICE**

72.   Do you agree that every juror is entitled to hold his or her own opinions and that differences in individual opinions should be respected   ___ YES ____ NO

a.   Will you expect to be treated with dignity and respect during jury deliberations?   And will you likewise treat your fellow jurors with dignity and respect, even if you do not share their view?

___ YES        ___NO

b.   Will you stand up for the right of every juror to vote their decisions in the manner they feel is appropriate, even if other jurors disagree with their "vote"?   ___ YES        ___NO

Please explain what you feel it means to you to respect your fellow jurors:

_____

_____

73.   Do you have any health problems that might make it difficult for you to sit as a juror in this case?   ___ YES ___ NO   If YES, please explain: _____

CLARK, VERNON MARK

_____

_____

_____

74.     Are you taking any medications which might make it difficult for you to sit and listen attentively to testimony for hours at a time?          ___ YES          ___ NO

If YES, please state the medication(s) and the effect on you.

_____

_____

_____

75.     What thoughts, if any, do you have about individuals with visible and multiple tattoos?

_____

_____

76.     Have you recently experienced or anticipating a significant loss, death, stressor or life-changing event that would make jury service difficult for you at this time? ___ YES ___ NO

If YES, please explain:

_____

_____

77.     Is there any matter, including your past jury service, that may interfere with your duty as a juror to listen with an open mind to the evidence in this case and render an impartial verdict based solely on the evidence *(or lack thereof)* and the judge's instructions on the law?          ___ YES          ___ NO

If YES, please explain: _____

_____

78.     The trial in this case is expected to last approximately eight weeks in Las Cruces, New Mexico. Is there anything about the approximate length of time that would not allow you to serve on this jury? ____ YES ____ NO

If YES, please explain:

_____

_____

19

CLARK, VERNON MARK

**JUROR'S OATH**

I affirm under penalty of law that I have answered truthfully and completely all questions in this questionnaire. I further declare that I have completed this questionnaire without anyone's assistance.

**Signature** _____

_____ **DATE** _____

**JUROR'S NAME (Please print)**

Please use this space to complete any answers to questions in the questionnaire.   Indicate the number of the question, before continuing with your full answer.

20