# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                No. CR 15-4268 JB

ANGEL DELEON, et al,

    Defendants.

## ORDER RE SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FURTHER MOTIONS FOR DISCOVERY AND/OR MOTION FOR NEW TRIAL

This matter comes before the Court upon Defendant Billy Garcia's Second Unopposed Motion for Extension of Time to File Further Motions for Discover and/or Motion for New Trial (Doc. No. 2485).

The Court having reviewed this request and being otherwise fully advised in the premises, finds that it should be GRANTED;

IT IS THEREFORE ORDERED that Defendant Billy Garcia shall file additional motions for discovery and or a motion for a new trial on or before February 9, 2019.

IT IS SO ORDERED.

_____
United States District Judge