# UNITED STATES DISTRICT COURT
### District of New Mexico

*USA v. DeLeon, et al.*      Case No. CR 15-4268 JB
EXHIBIT AND WITNESS LIST

| Presiding Judge:<br>James O. Browning | Plaintiff's Counsel:<br>Maria Armijo/Randy Castellano/Matt Beck, AUSA's | Defendant's Counsel:<br>see minutes |
|---|---|---|
| Motion (*Suppression*) Hearing Dates:<br>December 11-13, 2017 | Court Reporter:<br>Jennifer Bean | Courtroom Deputy/Law Clerk:<br>JoAnn Standridge |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | | | | | **DECEMBER 11, 12 & 13, 2017** |
| | CG-A | 12/11/2017 | | X | Deft Garcia: Copy of User Manual (obtained from internet) |
| | CG-B | 12/11/2017 | | X | Deft Garcia: Summary of call session |
| | AB-A | 12/11/2017 | | X | Deft A. Baca: Text (Target 5052181861 dated 10/23/2015) |
| | | | | | |
| 31 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.003 |
| 32 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.004 |
| 33 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.005 |
| 34 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.006 |
| 35 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.007 |
| 36 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.008 |
| 37 | | 12/12/2017 | | X | Gov't: Audio Discs 1168.009 |
| 31a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.003 |
| 32a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.004 |
| 33a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.005 |
| 34a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.006 |
| 35a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.007 |
| 36a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.008 |
| 37a | | 12/12/2017 | | X | Gov't: Transcripts of Audio Discs 1168.009 |
| 38 | | 12/12/2017 | | X | Gov't: State Police Recording 03/08/2014 |
| 39 | | 12/12/2017 | | X | Gov't: State Police Recording 03/10/2014 |
| | RP-A | 12/12/2017 | | X | Rudy Perez: Judgment for Billy Cordova dated 05/12/2016 |
| | RP-B | 12/12/2017 | | X | Rudy Perez: 3 page diagram of PNM Levels 5 & 6, layout of Level 6 Rec Yard |
| | RP-C | 12/12/2017 | | X | Rudy Perez: Print out Meta Data S/N 1168 – 11 sessions – Rudy Perez |
| | CH-A | 12/12/2017 | | X | Carlos Herrera: Transcript of Herrera and Cordova |
| | CH-B | 12/12/2017 | | X | Carlos Herrera: Offender Disciplinary History for Billy Cordova dated 07/26/2017 |
| | CH-C | 12/12/2017 | | X | Carlos Herrera: Transcript of conversation between Dale Chavez, Carlos Herrera & Billy Cordova |
| | RP-D | 12/12/2017 | | X | Rudy Perez: Video PNM-North, Edited Walk-through |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| 16 | | 12/13/2017 | | X | Gov't: Transcript of CHS & Rudy Perez, dated 02/xx/2016 (Previously admitted at a prior hearing) |
| 40 | | 12/13/2017 | | X | Gov't: Disc – Audio body recording between CI & Carlos Herrera 2373-006 |
| 40a | | 12/13/2017 | | X | Gov't: Disc – Enhanced audio body recording between CI & Carlos Herrera 2373-006 |
| 41 | | 12/13/2017 | | X | Gov't: Body recording between CHS, Carlos Herrera & Dale Chavez 2373-012 |
| 41a | | 12/13/2017 | | X | Gov't: Enhanced body recording between CHS, Carlos Herrera & Dale Chavez 2373-012 |
| 42 | | 12/13/2017 | | X | Gov't: NM Corrections Dept – Level IV Table of Services |
| 43 | | 12/13/2017 | | X | Gov't: NM Corrections Dept – Offender Physical Location History – Rudy Perez |
| 44 | | 12/13/2017 | | X | Gov't: NM Corrections Dept – Offender Physical Location History – Carlos Herrera |
| 45 | | 12/13/2017 | | X | Gov't: NM Corrections Dept – Offender Physical Location History – Billy Cordova |
| | RP-E | 12/13/2017 | | X | Rudy Perez: Notes by witness Jerry Roark, used during testimony |
| | RP-F | 12/13/2017 | | X | Rudy Perez: NM Corrections Dept – Level V & VI Placement Criteria and Procedures dated 06/24/2014 |
| | RP-G | 12/13/2017 | | X | Rudy Perez: NM Corrections Dept – Level VI/Interim Level VI/PHD/Disciplinary Placement – Inmate Rudy Perez |
| | RP-H | 12/13/2017 | | X | Rudy Perez: Email chain between Jerry Roark, Wendy Perez & Roland Mares, Subject – Rudy Perez 40830, dated 02/11/2015 |
| | CH-D | 12/13/2017 | | X | Carlos Herrera: NM Corrections Dept – Level VI/Interim Level VI/PHD/Disciplinary Placement – Inamate Carlos Herrera, dated 03/11/2014 |
| | CH-E | 12/13/2017 | | X | Carlos Herrera: NM Corrections Dept – Level VI Status Review – Inmate Carlos Herrera, dated 03/11/2014 |
| | CH-F | 12/13/2017 | | X | Carlos Herrera: Reclassification Scoring Form – Inmate Carlos Herrera dated 06/18/2014 |
| | CH-G | 12/13/2017 | | X | Carlos Herrera: Reclassification Scoring Form – Inmate Carlos Herrera dated 12/02/2014 |
| | CH-H | 12/13/2017 | | X | Carlos Herrera: NM Corrections Dept – Tap Committee Review dated 12/03/2014 |
| | AB-A | 12/13/2017 | | X | Anthony Baca: NM Corrections Dept – Level VI/Interim Level VI/PHD/Disciplinary Placement – Inmate Anthony Baca, dated 06/28/2013 |
| | AB-B | 12/13/2017 | | X | Anthony Baca: Confidential Information Memo from Lt. Mark Griego, dated 06/26/2013 |
| | AB-C | 12/13/2017 | | X | Anthony Baca: Letter from Anthony Baca to Jerry Roark, dated 02/07/2014 |
| 46 | | 12/13/2017 | | X | Gov't: Offender Disciplinary History – Rudy Perez |
| 47 | | 12/13/2017 | | X | Gov't: CMIS Inmate Privilege Level – Carlos Herrera (name handwritten) |
| | CH-I | 12/13/2017 | | X | Carlos Herrera: Witness Shannon McReynolds CV (6 pages) |

***END***