IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,   ) | CRIMINAL NO. 15-4268 JB |
| ) | |
| vs.                                         ) | |
| ) | |
| **ANTHONY RAY BACA,**        ) | |
| ) | |
| Defendant.   ) | |

**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT ANTHONY RAY BACA'S WRITTEN ARGUMENT IN SUPPORT OF HIS MOTION FOR NEW TRIAL (DOC. 2488)**

The United States of America moves this Court under D.N.M.LR-Cr. 47.8(a) for an extension of time in which to file its response to Defendant Anthony Ray Baca's Written Argument in Support of his Motion for New Trial (Doc. 2488).

1. On January 11, 2019, Defendant Anthony Ray Baca filed a Written Argument in Support of his Motion for New Trial (Doc. 2488).

2. The United States response is due January 25, 2019.

3. Additional time is needed to complete the United States' response to Anthony Ray Baca's Written Argument in Support of his Motion for New Trial.

4. The United States, under D.N.M.LR-Cr. 47.1, sought the position of defense counsel for Defendant Anthony Ray Baca, and he does not oppose this motion. Additionally, Counsel for co-defendants do not oppose this motion.[1]

---

[1] The United States sent an email to trial co-counsel to respond with opposition, or the United States would assume there was no opposition. Trial co-counsel did not respond.

**WHEREFORE**, the United States respectfully requests that this Court grant the United States an extension of time in which to file its response to Defendant Anthony Ray Baca's Written Argument in Support of his Motion for New Trial (Doc. 2488), until **February 15, 2019**.

Respectfully submitted,

FRED FEDERICI
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. §515

***Electronically Filed 1/25/2019***
MARIA Y. ARMIJO
RANDY M. CASTELLANO
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

_____/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney