IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Cause No. 15-CR-4268-JB

ANGEL DELEON, et al,

    Defendants.

_____

**THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FURTHER MOTIONS FOR DISCOVERY AND/OR MOTION FOR NEW TRIAL**
_____

    Defendant Billy Garcia moves this Court for an order authorizing an extension of time of 21 days, from February 9, 2019 to March 2, 2019 to file any further motions for discovery and/or motions for a new trial based upon the following grounds:

1. Defense counsel needs additional time to investigate the viability of filing a motion for a new trial and/or additional discovery motions.

2. The government and remaining defendants do not object to this motion.

                                                      Respectfully Submitted,

                                                      */s/ James A. Castle*
                                                      JAMES A. CASTLE
                                                      Counsel for Billy Garcia (5)
                                                      1544 Race Street
                                                      Denver, Colorado 80206
                                                      (303) 675-0500
                                                      JCastlelaw@gmail.com

        Robert R. Cooper Law Firm
/s/ *Robert R. Cooper*
ROBERT R. COOPER
Counsel for Billy Garcia (5)
1011 Lomas Blvd NW
Albuquerque, New Mexico 87102
(505) 842-8494
bob@rrcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    /s/ *James Castle*
JAMES CASTLE