```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF NEW MEXICO

 3  UNITED STATES OF AMERICA,

 4                    Plaintiff,

 5        vs.             NO:  CR-15-4268 JB

 6  ANGEL DELEON, et al.,

 7                    Defendants.

 8                       VOLUME 3

 9       Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  January 31, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck
14

15  For the Trial 1 Defendants:  Ms. Amy Jacks,
    Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc
16  Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
    Villa, Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                   333 Lomas, Northwest
21               Albuquerque, NM  87102
                 Phone:   (505) 348-2283
22                Fax:   (505) 843-9492

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

713

```
1                        I N D E X

2   EXAMINATION OF BRYAN ACEE

3    By Mr. Castellano                              803

4    By Mr. Lowry                                   941

5    By Mr. Maynard                                 958

6    By Mr. Villa                                   968

7    By Ms. Jacks                                  1027

8   REPORTER'S CERTIFICATE                         1060

9                   EXHIBITS ADMITTED

10  Government 495 to 502  Admitted                 849

11  Government 504 to 507  Admitted                 849

12  Government 528 through 530  Admitted            904

13  Government 528 through 538  Admitted            905

14  Government 539 through 547  Admitted            896

15  Government 548 through 560  Admitted            841

16  Government 561 through 567  Admitted            872

17  Government 568 through 573  Admitted            878

18  Government 574 through 580  Admitted            882

19  Government 581 through 585  Admitted            885

20  Government 586 through 595  Admitted            864

21  Government 596 through 605  Admitted            860

22  Government 606 through 618  Admitted            855

23  Government 628 through 635  Admitted            888

24  Government 636 through 643  Admitted            875

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  Good morning,
 2   everyone.  I appreciate everyone being here and
 3   ready to go.  I don't think the jury is quite here
 4   yet, so why don't I see if there is anything we need
 5   to discuss.  Is there anything else I can do for
 6   you, need to do?
 7            MS. JACKS:  Your Honor, I think there was
 8   one thing that we wanted to put on the record that
 9   we failed to do last night, and that was just the
10   observation that when the jurors were brought in and
11   seated, two of the jurors were visibly emotional and
12   crying.  I don't have my list, but I'll tell you
13   which two.
14            THE COURT:  While you're looking for that,
15   Ms. Jacks, let me put a letter on the record that we
16   had discussed at the bench during voir dire with Mr.
17   Dixon.  He's juror number 7 on the front row.  He's
18   from Albuquerque.  We had his letter from his
19   employer seeking his excusal.  I'm going to have
20   that marked as Clerk's Exhibit D to the Clerk's
21   minutes.
22            All right, Ms. Jacks.
23            MS. JACKS:  Thank you, Your Honor.  The
24   two jurors that were visibly crying and emotional
25   when they were informed that they were actually on
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                         BEAN                         e-mail: info@litsupport.com
                         & ASSOCIATES, Inc.
                         PROFESSIONAL COURT
                         REPORTING SERVICE

715

```
 1   the jury is a juror seated in the number 2 position,
 2   Dora Quinones; and the juror seated in the number 4
 3   position, Norah Harris.  And I observed that.  I
 4   also believed Mr. Lowry observed that, as well.
 5            THE COURT:  All right.  I had supper last
 6   night with Ms. Wild.  I called her from my phone and
 7   said, "How is the jury?"  Because she meets with the
 8   jury before she leaves.  And she said they were a
 9   good bunch, that they were doing well.  I don't know
10   if anybody would use the words "excited to be back
11   there," but that they were doing well.  Because I
12   was concerned about, you know, a little bit of
13   the -- I don't want to call it shock, but a little
14   bit of the reality that they're about to serve for
15   six to eight weeks.
16            So I then had supper, my wife and I, with
17   Ms. Wild, and I repeatedly said, "Is that jury
18   okay?"
19            She said, "It's a good bunch."
20            So let's watch them.  Let's see what
21   happens.  I care greatly about them.  I know we all
22   do.  So we'll keep an eye on them.  But Ms. Wild --
23   I had said, "Is anybody upset?  Are they doing
24   okay?"
25            For your information we got about seven
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

716

1  from the north, 11 from the south.  I haven't

2  mentally broken it down to see if, once we send them

3  back, if it's going to be a little bit more even,

4  six, six.  But right at the moment, we've got more

5  people locally.  Interestingly, only one from Las

6  Cruces.  So we've got some people that are

7  traveling.  But from I think it's -- as far as I can

8  tell, everybody is doing okay.  But let's watch

9  them, monitor them.  I'm concerned about them, too,

10  but I was told.

11          Anything else we need to discuss?

12  Anything else I can do for you, Ms. Jacks?

13          MS. JACKS:  I think there is one other

14  thing that we discussed among ourselves, and that

15  is, the Government has indicated that its first

16  witness is going to be Special Agent Acee.  And Mr.

17  Acee hasn't been designated as an expert.  I'm not

18  quite sure what he's being called for this morning,

19  but we would ask for just a brief offer of proof as

20  to the topic or the purpose of his testimony, so we

21  can make sure to make any appropriate objections.

22          THE COURT:  All right.  Mr. Castellano,

23  are you calling Special Agent Acee?

24          MS. CASTELLANO:  Yes, Your Honor.  He's

25  going to provide an overview of the investigation

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and, therefore, an introduction to the SNM Gang, how

2  he got here today.  He's not going to be offering

3  any expert opinions.  We will be introducing

4  photographs of SNM Gang members, including their

5  tattoos, including the defendants.  So we'll have

6  those exhibits introduced through him, and that's

7  pretty much it.

8           THE COURT:  Okay.  And he's going to be --

9  if I understand, he's going to be called several

10 times throughout your case.

11          MS. CASTELLANO:  That's correct, Your

12 Honor.

13          THE COURT:  So he may be on for -- not

14 days here, but a short period of time, and then move

15 on to other people?

16          MS. CASTELLANO:  Yes.  And related to that

17 topic, I know that in the motions practice as well

18 as in a Touhy request, the defense had requested

19 information about two civil suits in which Agent

20 Acee was mentioned.  I just want to make sure that

21 there is no cross-examination involving those.  I

22 don't think there is any good faith basis to inquire

23 into those matters, especially since there were no

24 findings entered against Agent Acee.  So I want to

25 make sure that the defense doesn't try to poison the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    jury with any of that information.  I think it's
 2    irrelevant.
 3              THE COURT:  Anybody intend to bring up the
 4    civil lawsuits?  Ms. Jacks, do you know?
 5              MS. JACKS:  I don't know.  I can only
 6    speak for myself, and I'm certainly not bringing
 7    those up today.
 8              THE COURT:  If anybody brings them up,
 9    just approach the bench.  Because maybe we discussed
10    this, but I'm not real familiar with it, so I'll
11    need to be a little bit educated on it.
12              MS. JACKS:  I guess the one thing -- I
13    hear what Mr. Castellano is saying.  I'm not sure if
14    he's offering Mr. Acee to testify that person A, B,
15    or C is an SNM Gang member.  If that's the case, I'm
16    not quite sure what that's based on.  It would
17    appear to be hearsay unless somebody has admitted it
18    directly to Agent Acee, and then there would be, I
19    think, a Sixth Amendment issue.  So I'm not clear on
20    exactly how the Government is going to examine him
21    on that.
22              THE COURT:  Are you going to try to use --
23              MS. CASTELLANO:  No.
24              THE COURT:  No, he's not going to do that.
25              MS. CASTELLANO:  He's not going to state
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  those opinions.  He will talk about the tattoos and

2  trends he has seen among the tattoos of the people

3  photographed, but he's not going to render those

4  opinions.

5           THE COURT:  Okay.  Let me start with the

6  Government.  Anything else we need to discuss before

7  we bring the jury in?  Anything else I can do for

8  you, Ms. Armijo?

9           MS. ARMIJO:  No, Your Honor.

10          THE COURT:  How about any of the

11 defendants?  Anybody else have anything?

12          MR. VILLA:  Your Honor, I know -- I'm

13 sorry.

14          THE COURT:  Let me get Ms. Duncan, since

15 she was moving toward the podium.  Then I'll come

16 back to you, Mr. Villa.

17          MS. DUNCAN:  I know the Government is

18 going to introduce some exhibits today.  I wonder if

19 we could get exhibit numbers in case we have

20 objections, or not.  We're not spending too much

21 time at the bench.

22          THE COURT:  Are you able to do that,

23 Mr. Castellano?

24          MS. DUNCAN:  We do have the exhibits.

25          MS. CASTELLANO:  I'll give them on the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    break, Your Honor.  I have a stack of photographs

 2    here, and they're welcome to look at them.

 3              THE COURT:  Does that work for you, Ms.

 4    Duncan?

 5              MS. DUNCAN:  You think he'll give me a

 6    list?

 7              THE COURT:  He'll show you at the break.

 8    Does that work?

 9              MS. DUNCAN:  Yes.

10              THE COURT:  Mr. Villa, what did you have?

11              MR. VILLA:  Your Honor, I know this was

12    talked about pretrial, but I want for the record the

13    rule to be invoked.

14              THE COURT:  I've got it right here.  So

15    you want to invoke it now, or do you want me to ask

16    on the record and let you invoke it in the presence

17    of the jury?  What would you prefer?

18              MR. VILLA:  I'd like to invoke it now.

19              THE COURT:  All right.  So I'll just

20    instruct the jury.  If nobody wants to invoke it

21    publicly, I'll just make the statement to the jury

22    before openings begin.

23              What else from the defendants?  Mr. Lowry,

24    you had something?

25              MR. LOWRY:  Well, Your Honor, should we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

721

```
 1   turn the podium before the jury comes in?
 2              THE COURT:  It's up to y'all.  If y'all
 3   want to readjust the podiums, that's y'all's
 4   business.
 5              MS. ARMIJO:  I tried this morning and the
 6   most it can go, which may be fine for the defense,
 7   is right here.  But it wasn't comfortable for me,
 8   and so I think I'm going to just have to stand
 9   because I was told that this cannot be moved.  So
10   it's literally -- that's what I --
11              THE COURT:  And who told you that?
12              MS. ARMIJO:  Ms. Standridge.
13              THE COURT:  Okay.
14              MS. ARMIJO:  They said that IT would have
15   to come in and move things.
16              THE COURT:  Is that true?  Can they get
17   any flexibility out of that?
18              He'll check and see if he can get any
19   flexibility.  If he can, y'all kind of tell him what
20   you'd prefer.
21              While y'all are adjusting that, can I
22   confirm the order of the openings?  What Ms. Wild
23   told me, it's Mr. Sanchez, Mr. Herrera, Mr. Perez,
24   and then Mr. Baca.  Is that the order?
25              MS. BHALLA:  Yes, Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MR. VILLA:  Yes, Your Honor.
 2              THE COURT:  Is that better for you, Mr.
 3    Lowry?
 4              MR. LOWRY:  I'm trying to get a sense of
 5    it, Your Honor.  It's fine for me.
 6              MR. VILLA:  You have the attorneys for
 7    each team that are giving the openings?
 8              THE COURT:  Let's see.  For Mr. Sanchez,
 9    is it Mr. Jewkes?
10              MR. JEWKES:  Ms. Jacks will be making the
11    opening, Your Honor.
12              THE COURT:  Ms. Jacks.  All right.  I'll
13    change that.
14              And for Mr. Herrera, it's going to be Mr.
15    Maynard; is that correct?  Are you going to give the
16    opening?
17              MR. MAYNARD:  It will be Ms. Bhalla.
18              THE COURT:  Ms. Bhalla.  And for Mr.
19    Perez, it's going to be Ms. Fox-Young?
20              MS. FOX-YOUNG:  That's right, Judge.
21              THE COURT:  And then for Mr. Baca, it's
22    going to be Mr. Lowry?
23              MR. LOWRY:  That's correct, Your Honor.
24              THE COURT:  Ms. Armijo, you're up first.
25    Does that work for you.  Is that better?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

723

```
 1              (A discussion was held off the record.)
 2              THE COURT:  All right.  Does this work for
 3   you, Ms. Armijo?  All right.  Everybody ready?
 4              All rise.
 5              (The jury entered the courtroom).
 6              THE COURT:  All right.  Everyone be
 7   seated.
 8              Good morning, ladies and gentlemen.  Thank
 9   you for being here on time and ready to go.  I
10   appreciate it.  Last night before Ms. Wild headed
11   back to Albuquerque, I called her on the phone and
12   asked, "Is everybody okay?"
13              And she said everybody seemed to be okay.
14   And she didn't use the word "excited," but she said
15   y'all were okay, and she said you were a great
16   bunch.  She said I would enjoy working with you, and
17   that y'all were a really good bunch already, and we
18   appreciate what you've already done for us.  Thank
19   you for being back and ready to go.
20              I appreciate counsel being ready to go so
21   we can keep things going today and keep it on track.
22              The rule has been invoked in this case.
23   And what that means, there's a rule of law that
24   witnesses may be excluded from the courtroom so that
25   they cannot hear the testimony of other witnesses.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   This rule does not apply to parties or expert
2   witnesses.  The rule of exclusion has been invoked
3   in this case, and all witnesses to whom the rule
4   applies will be required to remain outside the
5   courtroom until they are called to testify.
6   Witnesses excluded from the courtroom should not
7   discuss with other witnesses their testimony before
8   they or the other witnesses testify, but they may
9   discuss their testimony with the lawyers.
10          All right, Ms. Armijo, does the Government
11  have an opening statement?
12          MS. ARMIJO:  Yes, Your Honor.
13          THE COURT:  Ms. Armijo.
14          MS. ARMIJO:  Counsel.  May it please the
15  Court?
16          THE COURT:  Ms. Armijo.
17          MS. ARMIJO:  The S is about violence.  We
18  get respect through violence.  Defendant Daniel
19  Sanchez' view about the Syndicato de Nuevo Mexico,
20  known as the S, or the SNM, the largest prison gang
21  in New Mexico's prison history.
22          During the course of this trial, you will
23  hear testimony about how the SNM was born out of one
24  of the bloodiest riots in United States history in
25  the '80s.  They gained in numbers until it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

725

1    eventually became the largest prison gang in New
2    Mexico, controlling the prisons through acts of
3    violence, acts of extortion, and controlling the
4    drugs.  Basically, the SNM ran the prisons, in part
5    because of their large numbers.
6           New Mexico Corrections Department had to
7    do something to gain control.  And in the late '90s,
8    they created a security threat group, a specialized
9    unit designed to deal with prison gangs.  They
10   created a system to validate prison gangs, to
11   officially recognize them as a security threat
12   group, and the SNM was validated as such.  And then
13   they also created a system, a classification system,
14   in which gang members were to be housed.  They
15   created a level system, and gang members could go
16   no -- not underneath a Level 4, the classifications
17   being Level 4 through 6 for gang members.  And this
18   was kept to keep the general population of the
19   prisons safe.
20          And so the conflict continued with
21   Corrections and SNM each trying to control one
22   another; SNM using the rule of the prisons against
23   them, SNM using the weakness of correctional
24   officers to bring them in contraband, to find their
25   weaknesses, and to have certain officers assist

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

726

```
 1  them.
 2          So Corrections will do things like move
 3  leaders out of the state, away from gang members.
 4  That didn't stop the lines of communication or the
 5  leadership.  Each prison facility -- and you will
 6  hear that about there are various prison facilities
 7  throughout the state -- would have members that were
 8  leaders.  In the old days, you will hear testimony,
 9  that there was a tabla, a group of men that would
10  control and actually vote on things.  There would be
11  someone that would hold the keys, or the llaves, for
12  different facilities, who would ensure that gang
13  business was being accomplished.
14          The SNM, you will hear, has rules.  For
15  the most part, at least one person has to bring you
16  into the gang, stand up for a prospect.  You have to
17  do things for the gang or earn your huesos, your
18  bones.  While in custody, you have to be willing to
19  commit acts of violence at any time as directed, all
20  in the name of the gang.  You have to be willing to
21  assist with the war between prison gangs and
22  correctional officials, because there were other
23  prison gangs that were their sworn enemies.
24          When out of custody, you didn't just stop
25  being an SNM Gang member; you still have to put work
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   out on the streets, whether that be drug activity

2   such as trafficking to assist the goals of the gang,

3   or hitting or killing other rival gang members on

4   sight; and in general, committing crimes of violence

5   such as murder, kidnapping, and other types of

6   witness intimidation.

7           You are a member for life, blood in, blood

8   out, and you do not, you do not, in any manner

9   cooperate with law enforcement, because cooperation

10  of any type will get you killed.

11          You will hear how the SNM has no problem

12  enforcing these rules, even if it means you kill

13  your best friend, your brother, your carnal.  The

14  rules are the rules, and you must pay for any

15  violations, and members have paid with their lives.

16          The defendants in this case, you will hear

17  testimony, are all SNM Gang members.  Anthony Baca,

18  known as Pup, is the leader of the gang.  Daniel

19  Sanchez, known as Dan Dan, one of the leaders

20  underneath Pup.  Carlos Herrera, you will hear his

21  nickname is Lazy, another influential member of the

22  gang, leader of the gang.  And Rudy Perez, known as

23  Ru Dog, a veteran member of the gang.

24          During the course of this trial, we're

25  going to go back to 2014, and you will hear how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

728

1   Javier Molina, a validated SNM Gang member and an

2   inmate at the Southern New Mexico Correctional

3   Facility, was murdered by his fellow gang members.

4   He was stabbed 43 times with shanks, which you will

5   hear are weapons made in prison.  And he never stood

6   a chance to survive.

7          The hit, or the order, had been

8   outstanding for at least a couple years before his

9   death.  Paperwork, which is proof that -- of

10  cooperation that is needed to carry out the hit, had

11  been sent down previously at the direction of

12  Anthony Baca as leader.  But other members had not

13  followed through.  It was based on a statement that

14  Javier Molina gave to law enforcement years before,

15  but time doesn't eradicate a green light, which is

16  an order to kill someone.  Because as Rudy Perez

17  states, nobody deserves a free pass on a violation.

18  If they do something serious enough to deserve the

19  violation, they have to accept it, right or wrong.

20          It is important to know that SNM Gang

21  members were held in a building at the Southern New

22  Mexico Correctional Facility, also known as

23  Southern.  They were divided up into three pods.

24  There was a yellow pod, a blue pod, and a green pod,

25  all of which were connected with one door, but they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   housed separate inmates.  And each pod contained
2   several cells which housed inmates.
3            And so on March 7, 2014, a
4   well-orchestrated long-standing plan was finally
5   carried out.  The day before, on March 6, the
6   paperwork came down for at least the second time to
7   Southern.  It was brought down by gang members who
8   were being transferred from up north, from a
9   facility up north, down to the south.
10           You will hear that the members who were
11  down at Southern, the gang members, had been waiting
12  for the paperwork and proof.  As soon as it arrived,
13  Lupe Urquizo provided it to Carlos Herrera.  And
14  Carlos was in charge of the yellow pod.
15           Herrera reviewed the paperwork and after
16  approving of it, passed it on to the blue pod
17  underneath the doors in between, for the hit to
18  finally be carried out.  Because of the paperwork
19  being passed out, people could now act on it.
20           Mario Rodriguez, known as Blue.  He's the
21  one that received the paperwork, and at that
22  point -- and you will hear from him.  At that point,
23  he showed the paper to Daniel Sanchez, who was in
24  charge of the blue pod where Javier Molina was being
25  housed.  After reviewing the paperwork, Sanchez put
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  things into motion.  He ordered Rodriguez to have

2  Timothy Martinez, who is known as Red, a good friend

3  of Javier Molina's, first go into Javier Molina's

4  cell at the designated time and render him

5  unconscious.

6          Sanchez then wanted gang members Jerry

7  Armenta and Jerry Montoya to do their actual

8  stabbing, in part because they were gang members,

9  but they hadn't earned their bones yet; they had to

10 prove themselves to the gang.

11         Sanchez then went into Rudy Perez' cell.

12 Rudy Perez had a walker and provided a piece of the

13 walker to Mario Rodriguez and shanks were made out

14 of the pieces of the walker.

15         At 4:00 p.m. on the 7th, Corrections

16 conducted the normal count, which you will hear

17 testimony that at every day at 4:00, at that time,

18 inmates have to go into their cells for the

19 correctional officers to literally do a count.  And

20 that's what was done.  And during that hour-long

21 count, Rodriguez was able to make two shanks out of

22 the pieces of the walker from Rudy Perez.

23         When the doors opened at 5:00 p.m.,

24 inmates came out of their cells for tier time, which

25 you will hear is a time for inmates to socialize out

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    in the main area.

2            Around 5:15, Javier Molina went into his

3    cell with Rodriguez and Martinez under the guise of

4    getting high.  But as directed, Martinez choked out

5    Molina and he went unconscious.  Montoya and Armenta

6    came in as planned and took over and started

7    stabbing him.

8            But Javier was bigger than Montoya and

9    Armenta, and he actually woke up.  You will see the

10   video of him coming out of his cell, running down

11   the stairs to the door in an effort to get help.  As

12   he was running downstairs with his bloody chest, he

13   told Rodriguez, "I am done, carnal.  I am done."

14   Those would be his last words.  Rudy Perez would

15   later say about the murder, "We all have our part,

16   you know what I mean?  One way or another, homes,

17   everybody has their part, no matter how big or

18   small.  If you are asked to do something or

19   whatever, that's what you do, no questions."

20           And the evidence will show that each of

21   these defendants had an important role in this

22   murder, an active role for the murder to be carried

23   out.

24           Now, before 2014 the majority of SNM Gang

25   members were being housed at Southern.  Anthony Baca

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was even housed there for a time period, but he was

2   moved back up to the Penitentiary of New Mexico in

3   2013 after prison officials had received information

4   that his life was in danger, and they acted upon it

5   and moved him up north.

6           Baca was not happy about this decision.

7   In fact, he tried to reason with prison officials

8   about moving him back down to Southern with his

9   prison family, with his familia.  And in January and

10  February of 2014, he even met with prison officials.

11  He proposed to them to maintain a peaceful

12  environment down at Southern, to call a ceasefire

13  with rival gang members and put a sudden halt to

14  recruiting, and prevent SNM Gang members from

15  targeting other SNM Gang members who, in his words,

16  wished to subject themselves to the RPP Program,

17  which is the program that prison officials have for

18  inmates that want to leave a gang.  However, based

19  upon a meeting that they had with him, the

20  administration refused to give in to his demands.

21          When Corrections refused to send him back

22  down to Southern, the hit was finally acted on at

23  his direction.  The S was trying to send a message

24  to Corrections.  As a result of the Javier Molina

25  murder, the S was put back down -- put in lockdown,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   and several members were moved back north and to

2   even more restrictive housing.  Baca and Sanchez

3   were moved out of state.  Eventually, all of the S

4   would be moved back north, where they would

5   initially be placed in Level 6 housing which is the

6   most restrictive housing.

7           Once again, the SNM was not happy about

8   this lockdown.  They thought their rights had been

9   stripped away, and eventually they wanted to make

10  yet another statement, retaliate based on their

11  feelings of mistreatment by prison officials.

12          At the same time, the prison officials

13  were slowly trying to give members more privileges,

14  such as giving them more recreation time, although

15  it was in a solitary fashion; allowing one phone

16  call and one visit a month, eventually increasing

17  it, six months later, to two phone calls and two

18  visits a month, and again, six months later, to four

19  phone calls and four visits a month.  And prison

20  officials in July of 2015 actually had town hall

21  meetings with SNM Gang members to inform them that

22  they would be returning them to their normal Level 4

23  activities.  And by that, they would actually get

24  their tier time back.

25          But yet, on the very first day that that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  was allowed, within hours of being let out -- which

2  they were only being let out four at a time --

3  Julian Romero, a validated, long-standing SNM Gang

4  member, was brutally attacked.

5          Now, this hit, you will hear, was

6  outstanding.  It went back to a fight more than 10

7  years before between Romero and Gerald Archuleta,

8  who is a former gang leader known as Styx.  A fight

9  that caused the factions in the S that led to --

10 factions in the S; a fight that led to Romero

11 actually being shot by a soldier for the S.  The

12 issues between Romero and Styx stems from the fact

13 that Romero got out of the prison and became

14 romantically involved with Styx's wife.  That is

15 something that is prohibited in the SNM.  It's not

16 acceptable for you to steal a member's woman.

17         And so word came down from the leader of

18 the gang that Romero should be hit, the leader at

19 the time being Baca, even after all the time had

20 passed.  In this case, he was beaten, not killed;

21 and once again, in 2015, SNM members were back on

22 lockdown.

23         At the same time that all of this was

24 going on, leaders were still upset about the housing

25 situation.  Baca is still out of state and the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   leaders in New Mexico were quite upset about it.  In
2   order to make a statement, another plan was created.
3   "We want Gregg Marcantel, Secretary for Corrections,
4   and Dwayne Santistevan to be taken out."  A written
5   directive in a letter that Robert Martinez, or Baby
6   Rob, a leader of the SNM at the time, sent to a
7   soldier on the street.  The S set out to murder two
8   very important people, Gregg Marcantel, as you heard
9   the head of Corrections, a member of the Governor's
10  cabinet; and Dwayne Santistevan, who you will hear
11  was the head of the STIU, the Security Threat
12  Intelligence Unit at the time.  "Get the message
13  out."
14          Baca stated, "We need to make a move, but
15  not any move.  We need to go to the top.  Marcantel,
16  Santistevan, the wardens; we need to make our
17  presence felt again.  Molina was just a building
18  block for bigger jobs, like Marcantel, and get the
19  respect we once had."
20          Fortunately for Marcantel and Santistevan,
21  one of the persons that received the letters to
22  assist in carrying out murders decided to cooperate.
23  SNM members on their own came to officials, wanting
24  to end the violence, to avoid the violence, and to
25  escape the lifestyle.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              One of the things that I should mention
 2   here is that you will hear from SNM Gang members on
 3   the stand who will shed light, who will illuminate
 4   things that happened in the dark side of prison
 5   life.  Hard criminals that have been sentenced to
 6   hard time.  They aren't choir boys.  These are men
 7   with violent criminal histories who will come in and
 8   tell you about the violent crimes that they
 9   committed all in the name of the SNM.  And you will
10   hear how some of them have pled guilty to murder and
11   other charges, and how they hope that the judge will
12   give them a break eventually for their cooperation.
13   Some of them have even been released, and you will
14   hear about the troubles that they've encountered on
15   the streets, because sometimes it's hard to break
16   old habits or to deal with the weight of it all.
17              And you will hear about all the benefits
18   that they have received from the Government which in
19   some cases includes financial assistance.
20              And so the investigation into the SNM was
21   commenced, and that included moving Baca in 2015
22   back into the state of New Mexico and putting him
23   next to a cooperator, who would then record him.
24   And eventually, Baca was able to get another SNM
25   Gang member, Christopher Garcia, a drug trafficker
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    for the S who was out on the streets, to give a
2    firearm to an SNM Gang member who was a good soldier
3    for the S, to kill Marcantel.  And in late November
4    2015, a firearm had been given to that person at
5    Garcia's house specifically to kill Gregg Marcantel.
6           Fortunately for Gregg Marcantel, the
7    person, the soldier on the street, that they had
8    trusted had already been working with law
9    enforcement, and so the transaction was recorded and
10   the firearm was not used for its intended purpose.
11   As Baca said, "If they would have let me out, Javier
12   wouldn't be dead.  That man would still be alive.
13   But they didn't, and what's done is done.  They
14   called my bluff, and now they have a dead man on
15   their hands."
16           So you will learn through the evidence
17   that for SNM, it's all about power and respect.  In
18   prison there is one surefire way to get that.
19   That's through fear and violence, and through fear
20   and violence extends to the streets.  You will hear
21   Carlos Herrera say, "They fear us because they don't
22   have it in them to kill.  They ain't killers.
23   That's the difference between them and us."
24           The SNM wasn't getting respect anymore
25   from Corrections.  In their minds, they felt they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   were losing their power.  And so they did what they
 2   needed to do.  No more just beating up people.  It
 3   was time for violence, time to make a statement.
 4   Time to shank a man 43 times, time to kill the top
 5   of Corrections.  Time to exert their power to show
 6   that they would not give in to anyone.  Time to go
 7   back to the good old days when the S gets respect.
 8            At the end of this trial, we will speak to
 9   you again, and when we do, we'll walk through each
10   of the defendants' violent acts, all they have done
11   in the name of the SNM, all done for power and
12   respect and to maintain or increase their position
13   in the S, and ask you to find each of these men
14   guilty.
15            Thank you.
16            THE COURT:  Thank you, Ms. Armijo.
17            Ms. Jacks, do you have an opening
18   statement for Mr. Sanchez?
19            MS. JACKS:  I do, Your Honor.
20            THE COURT:  Ms. Jacks.
21            MS. JACKS:  Thank you very much.  We have
22   some slides that we're going to use.
23            MS. ARMIJO:  And Your Honor, since nothing
24   has been admitted, we will object to anything, since
25   nothing has been provided to us ahead of time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Is this like a PowerPoint?
2              MS. JACKS:  It is.
3              THE COURT:  We'll see what the PowerPoint
4  is.
5              MS. JACKS:  I have a copy right here.  You
6  can flip through it, if you like, while we get it up
7  on the screen.
8              MS. ARMIJO:  Yes, Your Honor.  May we
9  approach?
10             THE COURT:  You may.
11             (The following proceedings were held at
12 the bench.)
13             MS. ARMIJO:  Your Honor, this is the first
14 time we're seeing it.  None of these have been
15 admitted pretrial.  It is pictures.
16             MS. JACKS:  Those are from the exhibits.
17             THE COURT:  Hold on.  Let Ms. Armijo make
18 her record.
19             MS. ARMIJO:  They are from the exhibits,
20 but the problem is:  Nothing has been admitted.  We
21 didn't agree to the admission of any of these
22 exhibits.
23             THE COURT:  Let me take a look at them.
24             MS. ARMIJO:  So we are strongly opposing
25 this.  What are these right here?  SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

740

```
 1              MS. JACKS:  That's what I'm going to talk
 2   about.  That's a moral compass.
 3              THE COURT:  Just a demonstrative?
 4              MS. JACKS:  It is.  Once you get past the
 5   ones that we've offered in evidence in our exhibit
 6   list, they're just demonstrative slides that go
 7   along with what I'm going to talk about, what the
 8   evidence is going to show, some of which Ms. Armijo
 9   referred to in her opening statement of --
10              THE COURT:  What is this a picture of?
11   Just a guy?
12              MS. JACKS:  Right.
13              THE COURT:  Any guy?
14              MS. JACKS:  This is a threat.  We're going
15   to -- that goes along with the discussion about the
16   threats and promises.
17              THE COURT:  These are demonstrative?
18              MS. JACKS:  Exactly.
19              MS. ARMIJO:  I can't see.  I'm too short.
20              THE COURT:  I'm just going through them.
21              MS. ARMIJO:  I can't see, so --
22              MS. JACKS:  You've got a couple inches on
23   me.
24              THE COURT:  Well, I think it's okay.
25   These are pretty generic sorts of things, and most
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   of them are just demonstratives.  I think it's okay.

2   So I'll overrule the objection.

3            MS. JACKS:  Thank you, Your Honor.

4            (The following proceedings were held in

5   open court.)

6            THE COURT:  All right.  Ms. Jacks.

7            MS. JACKS:  Thank you, Your Honor.

8            Good morning, ladies and gentlemen.  I

9   guess I want to talk about the elephant in the room,

10  to just get started.  You know, the trial is just

11  beginning, and there is no evidence.  You guys

12  haven't heard one piece of evidence yet.  But a lot

13  of you, as you've told us Monday and Tuesday, have

14  heard things about this case and about the

15  individuals that are charged, Mr. Sanchez included.

16           And when I was thinking last night about

17  what I wanted to say to you, I was reminded of the

18  Supreme Court opinion -- a Supreme Court opinion

19  written by Justice Hugo Black.  And as the case may

20  be, Justice Black actually wrote one of the opinions

21  in the Pentagon Papers case.  And in that opinion,

22  what Justice Black recognized was how important a

23  free press was in exposing government corruption.

24  It's the subject of a movie out.  But Justice Black

25  also realized that there was a real tension between

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

742

1    the free press and the rights of a criminal

2    defendant.  And what he wrote in a different case, a

3    case called Bridges versus California, is up here on

4    the screen, that legal trials are not like

5    elections, to be won through the use of the meeting

6    hall, the radio, and the newspapers.  We can go to

7    another slide.

8              He said in that same opinion that "The

9    very word 'trial' connotes decisions on the evidence

10   and arguments properly advanced in open court."

11             And that's what we're here for today.  And

12   I guess in talking with you on Monday and Tuesday --

13   I mean, we all realized you're a group of

14   conscientious, thoughtful, fair-minded people.  And

15   I would submit to you in the spirit of these

16   comments by Justice Black, that instead of trying

17   the case on what you read in the press, see on TV,

18   get a push notification on your phone, or hear from

19   some clerk in the jury room, let's try this case

20   based on what's presented here in court and the

21   evidence that you're going to hear through the

22   course of this trial.

23             The jury trial, I think as the judge told

24   you the other day, is a key component of our

25   government, and it's been in place for over 200

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  years.  And I think we all owe it to ourselves and

2  to our conscience, we owe it to the Court and to the

3  people charged with these very serious crimes to

4  give it our best shot and to make a decision based

5  on the evidence and the arguments that are presented

6  here in this courtroom, the trial.

7          So that being the case, I want to get down

8  to what this trial is about, at least with regard to

9  Mr. Sanchez.  And it's about the homicide of Javier

10 Molina at the Southern New Mexico Correctional

11 Facility.  I just pulled this off of Google Maps,

12 but where Southern New Mexico Correctional Facility

13 is, it's a little bit south of the 10 freeway and a

14 little bit west of Las Cruces.  This is an overview,

15 and you can kind of see the prison facility there,

16 isolated off the freeway exit.

17         The evidence in this case is going to show

18 you that the environment at Southern New Mexico

19 Correctional Facility is austere.  This is the

20 housing unit.  It called Unit 1-A, B pod, or blue

21 pod, you'll come to know, based on what you see in

22 the evidence.  This is the housing unit where Mr.

23 Molina was killed.  And we can go to the next slide.

24         It's in an austere environment.  The

25 inmates make few decisions for themselves.  They're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

744

1   told when to get up, when to go to bed.  They're
2   told what they can eat and when they can exercise.
3   They're told what they can wear and when they can
4   have contact or a visit with their loved ones.
5   They're limited in their personal calls and their
6   personal property.
7           This is a typical cell at the Southern New
8   Mexico Correctional Facility.  This is in a
9   neighboring pod.  It looks orange, but it's called
10  yellow pod.  And as you can see, the picture on the
11  left is the entrance to the cell.  The picture on
12  the right sort of shows you what you see when you go
13  into the cell.  The first thing you come to is a
14  little clothes hamper, or a place where the inmate
15  is supposed to store their personal property.  And
16  then there is a little desk.
17          These are three pictures of the inside of
18  the cell.  And just opposite the desk area that you
19  see is a combination sink and toilet.  And you see
20  the bed, a pallet on a concrete slab.
21          It's an environment of oppression, an
22  environment of control, an environment that's
23  extremely unpleasant.
24          It's also an environment where the inmates
25  are under constant surveillance, constant

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    surveillance from correctional officers.  This is a

2    picture -- it's not the greatest picture.  You'll

3    see more like it during the course of this trial.

4    But it's a picture of the booth where the officers

5    are and where their surveillance equipment is

6    located.  And on the top is basically -- it's like a

7    one-way mirror.  The correctional officers are

8    behind that, and the little cutout there you see in

9    the middle is for a gun to be stuck through.  In

10   case there is some sort of disturbance, the

11   corrections officers in the booth can fire off

12   various things, beanbags, whatever they need to do

13   to try to control any sort of disturbance.

14            The other thing you'll notice is right

15   sort of along the bottom of the correctional officer

16   booth you see the round things?  There's one right

17   above the exit sign.  Go a little bit further to the

18   left and you'll see one in the corner.  There are

19   some around the corner, too.  You'll see those

20   pictures.  That's video surveillance.  And the unit

21   is under constant video surveillance.  Evidence will

22   show that it's recorded and stored in the prison

23   computers.

24            And what that means is, when there is a

25   crime committed on a unit, there is video showing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what happened.  There are also officers in the

2    booth, if they're paying attention, that see what

3    happened.

4              The charges against Mr. Sanchez involve a

5    stabbing of an inmate named Javier Molina on March

6    7, 2014.  We don't need to linger on this slide.  We

7    can go forward, but there is no doubt the evidence

8    in this trial will show that Mr. Molina was stabbed

9    on that date at the Southern New Mexico Correctional

10   Facility.  And these are photographs of the two

11   weapons that were recovered right after Mr. Molina

12   was stabbed that were, I think you'll hear

13   testimony, used to stab him.

14             The people that stabbed him -- the people

15   that stabbed him are two individuals, and you see

16   their pictures here:  Jerry Armenta and Jerry

17   Montoya.

18             Now, I don't know the Government's trial

19   strategy and who they're going to call, but these

20   two have been designated Government witnesses.  So

21   the two guys that actually stabbed Mr. Molina are

22   going to come in here and testify as witnesses for

23   the Government.

24             Timothy Martinez.  I think Ms. Armijo

25   explained his role a little bit.  Timothy Martinez

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  is also going to come in here and take an oath to

2  tell the truth and sit on that witness stand and

3  testify for the Government.

4          Mr. Martinez is the person that

5  incapacitated Mr. Molina so that Armenta and Montoya

6  could try to kill him.  Timothy Martinez -- I got a

7  picture there of a tattoo you'll see on his stomach,

8  "Me against the world."

9          And finally, Mario Rodriguez.  Mario

10 Rodriguez, as Ms. Armijo told you, is the person

11 that supplied the weapons and sort of supervised the

12 actual killing of Mr. Molina.  We expect that you'll

13 also see Mario Rodriguez come into this courtroom as

14 a Government witness, take an oath to tell the

15 truth, and sit up on that witness chair and tell you

16 his story.

17         The evidence in this case is going to show

18 you that Mr. Armenta, Montoya, and Rodriguez were

19 easily and very rapidly identified as the killers of

20 Mr. Molina, and they very immediately started facing

21 the consequences of those actions.

22         Prison is a harsh environment, and you and

23 I have a value system and make decisions based on

24 our values and what's important to us and try to

25 follow those values in living as a good citizen, as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

748

1  a good person.  But I would say we operate under a
2  moral compass.
3          Not everyone in prison operates with a
4  moral compass.  And in fact, a lot of people in
5  prison have a moral compass that's broken.  And when
6  those types of individuals are faced with
7  punishment, punishment like even worse conditions of
8  confinement that they've been living in, possibly
9  further lengthy or life-long incarceration, the
10 evidence is going to show you they begin to look for
11 a way out of it.  And the way out of it is a way --
12 a way that they can try to avoid the consequences of
13 their criminal behavior.  And I want to just give
14 you an example, and I think you're going to hear
15 from this person, too.  And that's an individual
16 named Billy Cordova.
17         Mr. Cordova, I think the evidence is going
18 to show you, made a deal to become a Government
19 witness in part to avoid being charged as a
20 defendant in this case.
21         I skipped something.  Excuse me.  My point
22 is, I guess, when these people with a lack of a
23 moral compass or a broken moral compass start
24 calculating what they're going to do to get out of
25 trouble, they have one goal in mind, and that is:

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

749

```
 1   What can they do to help themselves?  It's all about
 2   me.
 3           And I want to go back.  Mr. Cordova is one
 4   of those individuals.  And he told us in a pretrial
 5   hearing, and I think he'll tell you again from the
 6   witness stand, that when he sees a weakness in the
 7   system, he exploits it.  That's just a day at the
 8   office for Mr. Cordova.  And I think you'll see
 9   that's a mindset that pervades or will pervade the
10   testimony of many of these Government witnesses.
11           As I was saying, the killers, Armenta,
12   Montoya, Rodriguez, they were arrested and charged
13   in state court.  What you're going to learn through
14   the course of this trial is:  Because of that
15   process, they had access to what's called the
16   discovery, the police reports, the witness
17   statements, the information gathered by law
18   enforcement to prosecute the case, the killing of
19   Mr. Molina.  They had access to that information.
20           They also had access to each other, and
21   you're going to hear how the Government witnesses in
22   this case have had continued access to the discovery
23   in the case and to each other, so they can have
24   plenty of time to talk and think about how they're
25   going to exploit the situation.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              Now, the evidence in this case is going to
 2    show you that the homicide of Mr. Molina was
 3    essentially investigated by three law enforcement
 4    entities.  First, the New Mexico Department of
 5    Corrections, where the killing occurred.  Second,
 6    the New Mexico State Police.  They're the agency
 7    that responded to the prison to immediately handle
 8    the investigation of the Molina homicide.  And then
 9    finally, the FBI became involved.  So you have three
10    law enforcement agencies sort of working together to
11    put together the Government's case.
12              What the evidence is going to show you is
13    that members of these various agencies use what I
14    call motivators to induce these Government witnesses
15    to get on board with the story.  A motivator, one
16    very powerful motivator, you'll see, based on the
17    evidence, is threats.  The other goes hand in hand
18    with threats:  Promises.  And through the use of
19    these threats and promises, the Government
20    cultivated these witnesses.  And what you're going
21    to hear is that not only -- well, Ms. Armijo talked
22    to you about some of the witnesses were provided
23    benefits, and I think she called it financial
24    assistance.  There were other benefits provided.
25    But the other thing that law enforcement did, once a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   witness was on board as a Government witness, you'll
2   see from the testimony, is that they turned a blind
3   eye.  They kind of just, you know -- if I don't see
4   it, it's not happening.
5           And after signing up to be Government
6   witnesses, you'll see, based on the evidence, the
7   benefits to these witnesses start rolling in.  I'm
8   just going to go through a sampling of the type of
9   things, the type of benefits, that have been
10  provided to Mr. Armenta and Montoya, the stabbers;
11  Mr. Rodriguez.  Cash, cash money, thousands,
12  thousands of dollars to the witnesses and their
13  family members.  Better access, better conditions of
14  confinement, including access to things like better
15  food.  It may not seem like a big deal to you or me,
16  but if you're living in Unit 1-A, B pod, or in some
17  other restrictive prison environment in the state of
18  New Mexico, you can bet that you appreciate that.
19  Access to cellphones while in custody.  Internet
20  access; ability to open an email account, chat with
21  people.  Government witnesses were provided more
22  visits and contact visits with their family members.
23  Help getting housing when they're released from
24  prison.  Promises of future employment as government
25  agents.  Pornography.  Help getting speeding tickets

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   or traffic tickets fixed.  And escape from

2   consequences of other criminal behavior.

3          A trial is supposed to be a search for the

4   truth, and in the search for the truth, the

5   Government is going to bring you this parade, this

6   parade of bought-and-paid-for criminals.  And you'll

7   be able to consider or look at the evidence and ask

8   yourself whether these people are corroborated,

9   whether there are things that make their stories

10  true.  The evidence is going to show you that on

11  many important points there is a complete lack of

12  corroboration.

13         Let me just say something before we go --

14  before I finish up, because I want to just make an

15  important point.  The defense in this case is going

16  to be established really in two ways.  One is

17  through the cross-examination of the Government's

18  witnesses.  Once the Government presents the

19  witness' testimony, we have a chance to ask them

20  questions.  And the other is through the

21  presentation of our own witnesses if we have things

22  we want to present to you by the time that the

23  Government is done with their case.

24         It's not always going to be obvious, as

25  the evidence is presented, what the point is.  I'll

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   just tell you that right now.  Hopefully, it will be
2   some of the time, but not all the time.  And that's
3   just the nature of a trial.  And I think that you're
4   going to have to maybe wait to understand the
5   importance of particular details and exactly why a
6   particular witness lacks credibility or lacks
7   reliability.  But as Ms. Armijo said, we all get a
8   chance to talk to you again at the end of the trial
9   about what the evidence has shown and try to link up
10  some of the things that maybe aren't so obvious as
11  they're presented.
12          I think in spite of the Government's
13  efforts -- or I should say in spite of the
14  Government's witnesses' effort to mislead you about
15  the truth of the situation in order to avoid the
16  full consequences of their criminal behavior and in
17  order to gain and continue to gain Government
18  benefits, I think the evidence in this case will
19  show you the truth about the charges against Mr.
20  Sanchez.  And the truth is, there was no paperwork
21  sent to Southern New Mexico Correctional Facility on
22  March 6, 2014.  And the truth is, Mr. Sanchez didn't
23  order anybody to kill Mr. Molina.  And the truth is,
24  the killers, the criminals, the Government is going
25  to call as their witnesses -- the truth is, the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   evidence is going to show you they lack credibility.
 2   And the evidence will lead you to the truth, that
 3   Mr. Sanchez is not guilty.
 4             THE COURT:  Thank you, Ms. Jacks.
 5             Ms. Bhalla, do you have an opening
 6   statement for Mr. Herrera?
 7             MS. BHALLA:  Yes, Your Honor.  Thank you.
 8             THE COURT:  Ms. Bhalla.
 9             MS. BHALLA:  Good morning.
10             Carlos Herrera was born and raised in
11   Albuquerque, New Mexico.  And as a young man, he
12   made mistakes, and we're not going to deny that.
13   And he's paying for those mistakes and he's been
14   paying for those mistakes.  And part of the way he's
15   paying for those mistakes is that he's serving time
16   in prison.  We're not going to deny that.
17             And when Mr. Herrera entered prison as a
18   young man, he joined a gang, like a lot of people
19   do, for protection.  And you're going to hear a lot
20   about that during this trial, about why people join
21   gangs and about gang culture and prison culture and
22   how that all works.
23             And part of that means using drugs.  But
24   we're not going to ask you to decide whether or not
25   Mr. Herrera was a gang member or a drug user,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   because he is.  What we're going to ask you to

 2   decide is whether or not the Government is going to

 3   put on enough evidence to show you that he's guilty

 4   of killing Javier Molina and whether or not he's

 5   guilty of conspiring to murder Javier Molina.  And

 6   we're going to submit to you that they're not going

 7   to give you that proof, because it's not true.

 8            I want to talk to you a little bit about

 9   the murder of Javier Molina.  Ms. Jacks did a good

10   job showing you a picture of the blue pod.

11            I don't know if somebody can bring that

12   back up for me, please.

13            But what I want to show you for that --

14   and I'm sorry, I didn't prepare her to show me this

15   picture -- that's the blue pod.  This is where the

16   murder occurs.  Carlos Herrera is not in the blue

17   pod.  He doesn't live there.  He lives in the yellow

18   pod.

19            And I think if you go to the next slide,

20   you can see the door that separates the two pods.

21   That's the door.  There is no window.  That's the

22   blue pod, and it separates the yellow pod.

23            How -- I'm going to ask you to think about

24   that when you hear these witnesses' testimony --

25   were these inmates communicating with each other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   through these pods?  How would Carlos Herrera have

2   any control over what happened in the blue pod?

3          And that's something else you're going to

4   hear about.  You're going to hear a lot about prison

5   culture, gang culture, but you're also going to hear

6   that each pod is its own unit, its own entity, it

7   has its own social structure, and different people

8   are looked up to and respected.  Different people

9   are known and different people have been around.

10         And interestingly enough, the evidence is

11  going to show you that Mr. Herrera had been in the

12  yellow pod for a pretty long time before the Molina

13  murder.  And Ms. Armijo told you that the hit had

14  been outstanding for a long time.  It didn't happen

15  for the whole amount of time that Mr. Herrera was

16  next door in the yellow pod.  And Ms. Armijo also

17  told you that the leaders got shipped out to PNM

18  North.  Mr. Herrera never got shipped out to PNM

19  North.

20         The Government may show you a video of the

21  murder in blue pod.  Carlos Herrera is not in that

22  video.  The people you're going to see in that video

23  are the people the Government has made deals with,

24  like Ms. Jacks told you:  Mr. Armenta, Mr. Montoya,

25  and Mr. Rodriguez.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                        1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          Ms. Armijo also told you about the
2    Santistevan plots and the Marcantel plots.  And
3    you're not going to hear any evidence that Carlos
4    was involved in that or had anything to do with it,
5    and he's not charged with any conduct related to
6    that.  I'm going to ask you to keep that separate
7    from Mr. Herrera and from our case.
8          But it shows you why the Government got
9    involved, and why they wanted to take out SNM, and
10   why they started working with these people.  And it
11   became a situation where they were going to use any
12   means necessary to do what they needed to do to
13   eradicate the SNM.  And the easiest people to go
14   after are the people who they can prove did the
15   murders.  So their cover is blown; right?  Jerry
16   Armenta, Jerry Montoya, Mario Rodriguez are on the
17   video.  What do they get out of it if they say, "Oh,
18   yeah, I did it"?  They're not going to get a break.
19   The only way they get a break is if they help the
20   Government get the convictions of everybody they can
21   possibly bring into this net.  And they cast a wide
22   net, and they start applying pressure.  And you're
23   going to hear evidence that some of these witnesses
24   were threatened with the death penalty, and their
25   family members were threatened with prosecutions.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    People who weren't even in the prison.

2              And the pressure builds.  And the

3    incentives to cooperate become impossible to refuse.

4    The more people you implicate, the better your deal.

5    The more SNM members you get to flip, that you get

6    to cooperate, that you get to become part of our

7    case, the better your deal.

8              And that's why they all got moved

9    together, once they agreed to cooperate, to what the

10   Government has termed the cooperator pod, where they

11   all get to talk, where they all get to share

12   discovery.  They have the discovery on their

13   tablets.  They get the chance to talk to each other

14   about their stories, about what stories they're

15   going to tell, and about how they're going to help

16   the Government prove their case.  And they get

17   rewarded for it.  They get rewarded for it.

18             Every single word that comes out of these

19   witnesses' mouths either seals their fate or

20   delivers their salvation.  And I submit to you that

21   that's tainted testimony.  And there is nothing,

22   outside of these Government witnesses, to

23   corroborate their testimony.

24             And I'm going to urge you to keep that in

25   mind when you listen to the evidence and when you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   make decisions about assessing credibility and when
 2   you make decisions about who is telling the truth in
 3   this case.  And at the end of the evidence, you will
 4   find that Mr. Herrera is not guilty.
 5            Thank you, Your Honor.
 6            THE COURT:  Thank you, Ms. Bhalla.
 7            Ms. Fox-Young, do you have an opening
 8   statement for Mr. Perez?
 9            MS. FOX-YOUNG:  Yes, Your Honor.
10            THE COURT:  Ms. Fox-Young.
11            MS. FOX-YOUNG:  May it please the Court,
12   ladies and gentlemen.  Rudy Perez was sick in bed in
13   March of 2014 when Javier Molina died.  He was
14   almost always in bed in early 2014 and that's
15   because he was very sick at that time.  He had had
16   many injuries over the years, and for the better
17   part of a year prior to that spring, he had spent
18   several months in the hospital at the University of
19   New Mexico in Albuquerque.  He had had an
20   eight-day -- at least eight-day debilitating
21   seizure.  He had no memory.  He had spent -- after
22   he was released from the hospital, where he
23   originally was because of a very bad intestinal
24   problem and very nearly died, he spent the better
25   part of the year in a prison hospital in Los Lunas.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            And so in March of 2014, when he was
 2   housed at Southern New Mexico Correctional
 3   Facility -- and you've seen an image of that -- it
 4   was actually remarkable that he was still alive.
 5   And he spent most of his time in bed.  He was taking
 6   a number of medications.  He was taking medications
 7   for seizures, he was taking medications for pain, he
 8   was taking medications to sleep.  And all those
 9   medications had a great effect on him.  And you
10   don't have to take this from me.  You're going to
11   hear evidence in this case from a number of people
12   who treated Mr. Perez and who have reviewed his
13   records.  But that's the condition that he was in at
14   this time.  It was remarkable that he was alive, and
15   he was trying to stay alive; he was trying to
16   survive.
17            He also had a very difficult time getting
18   around, and he had a walker.  Ms. Jacks showed you
19   some photos of that area called blue pod.  And
20   you'll see these all again.  But she showed what it
21   looked like when you entered a cell.  And there is
22   an area where prisoners or inmates could hang their
23   clothing and keep their possessions, right there at
24   the front door.  And there is a little laundry
25   hamper that's built into the wall.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        In Mr. Perez' cell, there was no hamper.
2   That's what they termed the handicapped cell at that
3   time.  The prison officials cut that metal hamper
4   out, and that's where Mr. Perez's walker would sit.
5   He couldn't go out -- he really didn't go outside
6   much.  He didn't leave his cell much.  But when he
7   needed to move around, he had to use that walker.
8   He relied on it completely.  And you'll hear about
9   that.
10       Today Rudy is 49 years old, and he's been
11  through a lot.  The prosecutor told that you he's a
12  veteran member of the SNM.  He's been in prison a
13  long time.  You won't hear any evidence that he's a
14  leader.  You won't hear any evidence that he was
15  ever moved out of state.  You won't hear any
16  evidence that he held keys in a pod.  You won't hear
17  evidence that he called out hits.
18       He's been in prison a long time.  And his
19  biggest concern, particularly given his physical
20  condition, his physical weakness, and his various
21  medical issues that he fights day-to-day, has been
22  staying alive.
23       You all agreed over the past couple of
24  days to look at each of these men individually, and
25  you'll recall that.  I need you to look at Rudy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Perez individually, and I'll tell you he is not
2   charged with any of these events involving Mr.
3   Marcantel, Mr. Santistevan.  So you're looking at
4   the Molina case when you look at Mr. Perez.  And
5   he's charged with conspiracy to murder and murder of
6   Javier Molina.
7          So the rest of this stuff -- and this is
8   going to be a pretty long trial.  All this evidence
9   that you hear about folks being moved out of state
10  and negotiation with the Department of Corrections
11  and this long saga regarding the gang and hits on
12  officials -- that has nothing to do with Rudy Perez.
13         The only evidence that you will hear from
14  the Government from inside Rudy's cell on March 7,
15  2014, which is the day that Javier Molina was
16  stabbed by Jerry Armenta and Jerry Montoya, is going
17  to come from one of the killers themselves.  That
18  supervisor that Ms. Jacks told you about, Mario
19  Rodriguez.
20         Mario Rodriguez is going to tell you that
21  on March 7, 2014, he saw Mr. Sanchez go in and out
22  of Mr. Perez' cell, Rudy's cell, didn't hear what
23  happened; and that he himself went into Rudy's cell,
24  and that Rudy looked scared.  He's going to tell you
25  that.  He's going to tell you not that Rudy gave him

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1 a piece to use to kill anybody, but that he himself

2 took a piece off Rudy's walker, which I told you

3 Rudy needed to get around; and that he removed it,

4 that he put it in his pants, and that he returned to

5 his own cell to make shanks out of that piece for a

6 murder.

7          Nobody else was in that cell when this

8 happened.  You're not going to see video from the

9 Government as to what happened in there, although

10 Ms. Jacks told you that they had that capability.

11 Nobody was there except for Rudy and Mario

12 Rodriguez, and Mario Rodriguez is going to tell you

13 that Rudy was scared.  He's also going to tell you

14 that Rudy said that he was down for whatever, as

15 long as it wasn't him.  He didn't know if this was

16 going to be used on him.  And it was clear to Mario

17 Rodriguez -- and you'll be able to deduce this from

18 the evidence -- that Rudy just didn't want to get

19 hurt.  He's going to tell you he looked scared.  And

20 ladies and gentlemen, that's not somebody who is

21 making an agreement.  That's not somebody -- Rudy

22 was not somebody who wanted to help kill another

23 person; not somebody who intended to carry out a

24 murder, to assist in carrying out a murder, or to

25 send a message.  Rudy was just trying to stay alive.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              So this is the story that the Government
 2   is going to offer you.  And as Ms. Jacks explained,
 3   you will see the defense counsel cross-examining
 4   witnesses.  When we ask questions of the
 5   Government's witnesses, we're putting on our case as
 6   well, so pay close attention to what we ask and how
 7   those questions are answered.  You're going to hear
 8   that from Mario Rodriguez.
 9              You will also hear from the Government's
10   witnesses who investigated after Javier Molina died
11   that Rudy had been threatened and that he would have
12   been killed if he had tried to stop this from
13   happening.  When Mario Rodriguez came in and took
14   that piece, if Rudy had said no, he would have met
15   the same fate as Javier Molina.
16              And that's life in prison.  You're going
17   to hear a lot about that, and you're going to hear
18   about a prison gang.  But that was Rudy's reality on
19   that day:  If you get in the way, you're next.
20              Rudy had no choice in that he could not
21   physically defend himself.  He was sick, and he was
22   physically incapable of taking this on.  So Mario
23   took the piece, and you will hear from him and from
24   others that he then left and went with Tim Martinez,
25   another Government witness, one of the killers, to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

765

1   Javier Molina's cell to get high.  The evidence will
2   show you that Tim Martinez choked Javier Molina in
3   an attempt to incapacitate him, and that he was then
4   stabbed by Jerry Montoya and Jerry Armenta over 40
5   times, many times to the heart.  Jerry Montoya got
6   on top of Javier Molina and he stabbed him.  He
7   then, upon completing the stabbing, threw his shank
8   to Mario Rodriguez, the same guy who went into
9   Rudy's cell, and Mario stuffed it down the shower
10  drain and turned the water on.
11          When all this was happening -- and you're
12  going to hear about this multiple times -- Rudy was
13  in his cell in bed.  You're going to hear evidence
14  from other Government witnesses explaining that.
15          After Javier Molina died, everyone in this
16  area of the prison -- and keep in mind, these guys
17  don't get to say where they're going to be housed;
18  they're put together -- they all got moved to
19  various places.  Many of them got moved up to Santa
20  Fe.  And they were held in segregation for a long
21  time in solitary confinement.  You think the
22  conditions in blue pod were austere?  In solitary
23  confinement, with no natural light, kind of like
24  this courtroom, and very little time in recreation,
25  very limited social interaction, very dulling to the

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

766

1   senses.  You will hear from witnesses, killers,

2   other Government witnesses about the mental,

3   emotional, and other effects, the kind of paranoia

4   that sets in when you're in segregation for long

5   periods of time.

6            And so Rudy was transferred.  And he was

7   held in segregation something on the order of two

8   years for doing nothing.  And so when the

9   Government -- so when the prosecutor tells you that

10  these guys weren't happy about it, that's true.

11  Rudy wasn't happy about being held in solitary

12  confinement for two years for doing nothing.

13           The way it worked -- and you're going to

14  hear evidence about exactly where each of these

15  individuals was held.  Up at this facility in Santa

16  Fe, the folks who had been moved from Southern,

17  including Rudy, were able to communicate.  They

18  could communicate through the vents in the cells,

19  and occasionally the guys who were allowed to go to

20  rec could communicate, they could send messages,

21  called kites, to one another.

22           And so rumors were swirling.  Javier

23  Molina had died.  Nobody knew exactly, in the

24  beginning, who was going to be charged, what the

25  investigation was showing, and there was a lot of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    gossip.  There were a lot of rumors about what had

2    happened and what was known.  And that is where Rudy

3    learned what other people said happened.  And you'll

4    see this.  You'll be able to see where people were

5    housed and who could talk to each other.

6            And so months went by and Rudy learned

7    about the details of an agreement, an agreement he

8    wasn't part of.

9            After a number of months, in about

10   November of 2015 -- so the murder was in March of

11   2014 -- a number of people were, in fact, charged,

12   including the killers, who you will hear from in

13   this trial:  Montoya, Armenta, Rodriguez.  And

14   because Rudy himself wasn't charged, all these guys

15   started spreading rumors that he was working with

16   the Government, that he was a rat.  They knew that

17   the Government thought the murder weapons, the

18   pieces that were used, that Mario Rodriguez took --

19   or may have taken; they didn't know -- came from

20   Rudy's walker, so they figured, this guy is a rat;

21   this information is coming from him.  That's why he

22   hasn't been charged.

23           A number of people made statements after

24   the murder and up until this time.  Nobody ever

25   implicated Rudy, but the Government had the theory

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that this came from Rudy.  And so everybody thought

2   this had to be how they knew it.

3           So after those individuals are charged, in

4   November of 2015, several weeks go by and Bryan

5   Acee, who you will hear from, from the FBI, went to

6   see a man named Billy Cordova.  And you're going to

7   hear from Billy Cordova.  He went to see him in

8   Albuquerque, and he threatened to charge him with

9   racketeering.  He threatened to charge him with a

10  number of crimes.  And you will hear about his

11  criminal history.

12          Mr. Cordova, Billy Cordova, of course,

13  knew all the same rumors and the same theories.  He

14  knew that everybody thought Rudy was a rat, and he

15  knew that he could take advantage of that and try to

16  make a deal for himself by capitalizing on Rudy's

17  fears.

18          And so he talked to Mr. Acee and he made a

19  decision to save his own hide and to try to get

20  information.  And so the Government worked together,

21  and they were actually able to make arrangements to

22  put Mr. Cordova next to Rudy in segregation, where

23  Rudy had been for many months, where Rudy was alone,

24  paranoid, scared, hearing all these rumors.  So he

25  puts him right next door.  You'll see pictures of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

769

1  these cells and the way they were able to

2  communicate.

3          During this time period, Rudy could only

4  talk to Billy Cordova.  He was isolated.  He could

5  talk to him through the vent.  And so knowing that

6  Billy Cordova had a big mouth, which he had a

7  reputation for, and knowing that everybody thought

8  Rudy was a rat, that he was in danger, he tells

9  Cordova all this stuff he's heard.  He takes credit

10 for knowing all this information.  And he does do

11 more than that.  You heard -- the prosecutor told

12 you that Rudy said nobody deserves a free pass on a

13 violation, and that everybody has to do their part.

14 That's when Rudy said these things.  He said them to

15 Mr. Cordova because he was trying to save himself.

16 He was puffing.  And you're going to hear a lot

17 about how people in prison take credit for things

18 that they didn't do.  They do it to survive.  So

19 that's exactly what was happening with Mr. Cordova

20 in the cell next to Rudy.

21          And like many of these other murderers,

22 who you will hear from, one after another in this

23 case, when the Government puts them on the stand,

24 Billy Cordova had everything to gain, and he had to

25 exploit Rudy in order to serve up some information

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    to the Government so he himself could avoid
 2    something on the order of a life sentence.
 3            So you're going to hear a lot from the
 4    other killers in this case.  They all had everything
 5    to gain.  They'll say anything to get a deal, get
 6    out on the streets.  So with every single one of
 7    them, keep in mind that their lives depend on their
 8    performance in this case.  They have incentives to
 9    say anything in order to get a deal.
10            So I'd just like to remind you that over
11    the last two days, we all sat here and you agreed
12    that you could judge the facts of Rudy's case
13    individually, and that's what you have to do.  At
14    the end of this trial, you're going to decide that
15    there isn't evidence to find that Rudy agreed to
16    anything, that he committed these crimes; and we'll
17    ask you to find him not guilty.  Thank you.
18            THE COURT:  Thank you, Ms. Fox-Young.
19            Mr. Lowry, do you have an opening
20    statement for Mr. Baca?
21            MR. LOWRY:  I do, Your Honor.
22            THE COURT:  Mr. Lowry.
23            MR. LOWRY:  May it please the Court.
24            THE COURT:  Mr. Lowry.
25            MR. LOWRY:  If it's not recorded, it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

771

1    didn't happen.  And that's a really important thing
2    you need to consider in this case:  That when the
3    evidence hasn't been recorded, it hasn't happened.
4    That's a key component that you need to consider
5    when you listen to the evidence in this case.
6    Because once you carve out the law enforcement
7    officers, who you will hear testify, you'll find
8    that almost the entirety of this case rests upon the
9    shoulders of men who are murderers, thieves, drug
10   dealers, and wife-beaters.  And as you've heard
11   everybody say, the credibility of these people
12   leaves something to be desired.
13          All of the people you will hear from in
14   this case -- they either want to get out of prison
15   or they don't want to go in.  And there is a reason
16   we referred to these folks as con men, because they
17   know how to make the system work on their behalf.
18   And they know that in order to get out the prison
19   door or to avoid walking in it, they need to have a
20   compelling story to avoid the consequences of their
21   actions.
22          What Mr. Baca, Ms. Duncan, and I are going
23   to ask you to do throughout this trial is to listen
24   carefully to the evidence and watch these witnesses
25   testify, like we talked about in voir dire

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    yesterday, and pay attention.  Look at body

2    language, look at their demeanor, and decide for

3    yourselves.  Did it happen like they say?  Is there

4    any evidence to corroborate what they're saying?

5              Now, we've talked about these cooperating

6    witnesses in generalities, but I want to talk about

7    one in specific, and you're going to hear from one

8    of the key witnesses in this case, a gentleman named

9    Eric Duran.  And Eric Duran is a life-long criminal.

10   He went to prison in 1998 for evading arrest,

11   aggravated battery on a police officer.  He actually

12   stole a police car, and the police officer had his

13   pistol drawn, trying to get him to stop, and he

14   wouldn't stop, and he fled.  And he was arrested and

15   put in prison.

16             And while he was in prison, something

17   strange happened.  Not strange, but unfortunately,

18   odd.  You heard from Ms. Jacks, there are plenty of

19   people in the prison system that lack a moral

20   compass.  Unfortunately, you even heard from Ms.

21   Armijo that sometimes the people that lack the moral

22   compass are the actual prison guards.  They have to

23   watch the prison guards just as much as the inmates

24   to keep them from couriering in drugs.  But when

25   Mr. Duran was in prison for aggravated battery on a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  police officer, he had an incident one day where the
2  prison guards cuffed him behind his back, placed him
3  on the floor, and kicked his head in repeatedly.
4          So Mr. Duran knew that prison life is
5  violent.  He knew that prison life is corrupt.  And
6  he knew the prison life just isn't safe.
7          So he got out after that event, but it was
8  short-lived.  He was out for less than a year, and
9  then he committed a murder and he went back to
10 prison in 2005 for second-degree murder and he was
11 ordered to spend 15 years in the prison system.
12 You've seen the pictures.  It's not a glamorous
13 place.  And Mr. Duran sat there year after year
14 after year, and he was in prison and he wanted
15 nothing more than to get out.
16         Now, Mr. Duran was worried about his own
17 safety.  While he was sitting there in a prison
18 cell, he fashioned himself a steel shank, a rod of
19 metal, sharpened at the end, to protect himself.
20 But unfortunately, the guards found it in 2013.  And
21 because he had a not-so-glamorous history with his
22 prison discipline, he was actually criminally
23 prosecuted for holding that shank.  And he went to
24 court and was guilty, yet again, of another crime.
25 And the judge put a year on top of the 15-year

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sentence he already had.  And that happened in 2014.

2           Now, he was tired of living in prison.

3  It's not fun.  It's not safe.  And in the fall of

4  2014, he actually filed a civil lawsuit against the

5  Department of Corrections.  And he complained

6  bitterly about the conditions he was living under.

7  He complained about the lack of phone calls.  He

8  complained about the lack of basic human

9  necessities, like showers.  He complained about the

10 inability to get out of his cell and get recreation

11 time.  And he was furious about it.  And in his

12 civil lawsuit he described these deplorable

13 conditions as horrendous, in his own handwriting.

14 They are horrendous.  And at this time he's

15 living -- in the end of 2014, the beginning of 2015,

16 he's living in the most secure portion of the

17 facility, Level 6, in Santa Fe at PNM.  The most

18 austere conditions, the least amount of liberty, and

19 he's stuck.  His civil case is going nowhere and he

20 wants to get out.

21           And then the guards come back in early

22 February, February 13, and they shake down his cell

23 because they're concerned about him.  He's had

24 shanks.  They know he's not a nice guy.  And they

25 find another shank.  And at this point, Mr. Duran is

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   thinking to himself:  Here we go again.  I don't
2   want to do another year on top of my 15 years on top
3   of the year.  I want to get out.

4           Later that week, the prison staff comes by
5   and they shake down all their cells because they're
6   finding too many weapons in that portion of the
7   facility, and they take his property.  And when they
8   take his property, he screams at the guard
9   obscenities I won't share with you, and he threatens
10  this guard with a very pointed threat.  "I know
11  where you live," and he tells him his address.  "I
12  know what car you drive."  He reads him the license
13  plate to his car.  And he says, "I'm going to get
14  you."

15          Now, the guard wrote him up, like he
16  should.  And at this point Mr. Duran knows, "Wow, my
17  goose is cooked."

18          The very next day he goes to the FBI
19  office in Santa Fe.  They don't want to know about
20  the threat to the guard.  They don't want to know
21  about the shank.  They want to talk to him about
22  what he can barter with them to avoid the
23  consequences of his behavior.  And he wanted to be
24  there.  No doubt about it.  I mean, he saw it.  My
25  plan A didn't work; my civil case has sputtered out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

776

1  I'm still stuck here.  I need to do something.  I

2  need to do something fast.

3          But what you'll hear when he takes the

4  stand and the testimony in this case is, even though

5  he knows that's his shot to get out, this interview

6  starts with a question to Mr. Duran, and the FBI

7  asked him something very simple, very clear, pretty

8  binary.  "Are you a member of the SNM?"

9          And he tells the FBI a big fat lie.  He

10  goes, "No, I've never really been a member of the

11  SNM.  I don't know what you're talking about."

12          And they're scratching their heads.

13  They're going, like, "Wow, why is he here?  We

14  thought we were investigating prison gang guys."

15          Then they asked him a second question.

16  They said, "Well, what's your motivation for coming

17  here?"

18          And he tells them something to the effect

19  of, "I just want to give back to the community.  I

20  want to rehabilitate myself and give back to my

21  community, and I want to help you solve all kinds of

22  crimes.  And if you could just get me out of here, I

23  could be a great undercover agent, because I know

24  all these dope dealers because after the

25  correctional officers kicked my head in, I made a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 lot of money."

2          Do you know what Mr. Duran did with that

3 money?  He bought and sold, in his words, kilos of

4 cocaine.  So he told them he'd be happy to work with

5 them.  He could do whatever they wanted him to do.

6 He was a team player.  He was ready to play ball.

7          And even though they had to have known

8 that he was lying to them, they signed him up.  They

9 said, "Sounds like a deal."  And they put Mr. Duran

10 back in prison to cooperate with them, to get

11 information.

12          But Eric Duran wasn't worried about just

13 gathering information.  He needed to create

14 information to make sure the doors to that facility

15 opened, to make sure that he could get out.  And

16 that's a date I want you to think about and remember

17 throughout this case:  February 19, 2015.

18          Now, all of those things I'm talking

19 about, they're all recorded.  They happened.  The

20 three guards that kicked his head in?  They got

21 convicted.  They went to prison.  That happened.

22 There is a record of that.

23          The shank they found in his cell?  That

24 happened.  There is a record of that.  He got it

25 right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          The yelling at the guard?  He got

2    disciplinary action for that.  There is a record.

3    It's there.  You can read it.

4          But what happens next is, Mr. Duran does

5    the bidding of the Government.  He collects

6    evidence.  They give him a cell phone, they put on a

7    body wire, an electronic surveillance device, so he

8    can record anybody in the prison he wants to record,

9    and only he decides when to cut it on and when to

10   cut it off.  He gets to decide who to record and

11   when to record.  And over the course of that year,

12   2015, through March, April, May, June, up through

13   October, he records all kinds of people.  But he's a

14   Wile E. Coyote.  He knows how to butter people up.

15   And after he butters them up, he cuts on the

16   recorder.

17          Now, in exchange for all his work, his

18   plan B, to cooperate with the FBI, worked out like a

19   charm.  Because after my client -- after Mr. Baca

20   was indicted in this case with his co-defendants

21   that are here in the courtroom, on December 3, 2015,

22   the benefits really started to come in.

23          You see, throughout that summer he got

24   little trinkets; he got commissary money; they gave

25   his girlfriend money to help with her kids.  But

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  after December 3rd, the money started rolling in.

2  Not by the hundreds; by the thousands.  And the

3  Department of Corrections patted him on the back and

4  said, "You were so helpful for us, we're going to

5  let you go.  We're going to cut your prison sentence

6  and we're going to let you free early."  And that's

7  exactly what Mr. Duran wanted, and he got it.

8           Let's come back to what he told the FBI on

9  February 20, 2015.  What did he do with his

10  new-found freedom?  Did he give back to the

11  community?  No.  During early spring, summer -- I

12  believe it's 2017, because he gets out in 2016 --

13  the FBI has helped him out with relocating him to

14  Vancouver, Washington, a new place to live.  And

15  they set him up as being an undercover agent there,

16  so he could continue to dabble in his drug world and

17  pull people in for prosecution.

18           But that wasn't quite good enough for

19  Mr. Duran, because the reality of it was:  He wasn't

20  really a good guy.  He couldn't give up the life.

21  And what you'll see and what's recorded and what you

22  can put your hands on is, during 2017, he gets

23  investigated by Child Protective Services because

24  his stepdaughter complained that he smacked her so

25  hard on the cheek her tooth became loose.  And when

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    she told that to the teacher, they investigated him.
2              And it still amazes me that when they did
3    the investigation of him then, the folks in
4    Washington state found out that he had an
5    outstanding robbery charge in El Paso for an old
6    robbery that he had committed using a different
7    name.
8              Now, because he was working so generously
9    with your government, calls were made and the
10   prosecutors down in El Paso decided, "Hey, we're
11   going to drop that charge.  No biggie.  We're going
12   to let it go."  Great investment.  Great job if you
13   can get it.
14             But later that year, in 2017, while the
15   police in Washington are scouting out a hotel where
16   prostitution is taking place, Mr. Duran pulls up to
17   the hotel with a prostitute in his car who hops out
18   and enters the hotel.  And when the police converge
19   on his car to say, "Oh, we've got somebody else;
20   this is part of our sting operation," Mr. Duran was
21   in the car with a syringe full of a fluid.  But the
22   police never got to figure out what the fluid was,
23   because he sprayed it all over the floorboard of the
24   car.  And once again he confronted the police and
25   said, "Hey, hey, I'm with the FBI.  I'm undercover."
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

781

1          And they said, "You know, that's all
2   right, you're one of us.  Just don't do it again.
3   It's really not good to hang out with prostitutes.
4   You're on parole for all your crimes in New Mexico.
5   What are you doing?  And why do you have a syringe?"
6          But what happens to Mr. Duran?  Nothing.
7   A pat on the back, "Don't do it again."
8          Now, the folks -- and you can see these
9   records.  They're there.  They're contemporaneously
10  made.  You can hold them in your hand.  You can read
11  them.
12          Now, he goes on a couple weeks later --
13  this is November 11, 2017.  The police get a call.
14  There are two guys passed out in the car.  And the
15  police report, they follow up, and they look inside
16  this car, and they're, like, "Hmmm.  This is odd.
17  These guys are passed out in this car.  They don't
18  answer when we knock on the door.  They're really
19  sound asleep."
20          But when they look inside, they see a
21  pistol.  And at this point you're a police officer,
22  that's cause for concern.  So they call for backup.
23  They get their reserves there, they get everybody in
24  place, and still they're blaring horns, they can't
25  get these guys to wake up.  And they finally wake

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   up, and they say, "Put your hands up."

2           What does Mr. Duran do?  He slides down in

3   his seat.  And they're really worried, because he's

4   disappearing before their eyes.  And they're trying

5   to figure out, what's he doing?  What's he doing?

6   And he's hiding the pistol that he had with his feet

7   beneath the seat, hoping, praying that the police

8   don't find it.  But they're good law enforcement

9   officers, and they find it and they arrest him.

10          And he gets charged, because the police

11  officers don't know and he doesn't tell them that

12  he's working with the FBI.  But calls were made and,

13  lo and behold, the charges disappeared.  The other

14  guy in the car gets tried and convicted, but not

15  Mr. Duran.  He gets to go free.

16          Now, a couple of weeks later, he's a

17  passenger in a stolen car.  And the car takes off

18  like a bat out of hell, and the police have to chase

19  him in hot pursuit.  And when the driver of the car

20  wrecks the car, they get out of the car and flee.

21  Now, does that sound like somebody that wants to

22  give back to the community?  And when they found

23  him, still nothing happened.

24          Now, our federal government wouldn't do

25  anything, but the New Mexico Parole Division finally

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  had enough and they were, like, "One of our parolees

2  who can't behave -- we've got to reel him back in,"

3  and they issued a warrant for his arrest.

4          But nobody had him.  He was still free.

5  But finally, the next time the police found

6  Mr. Duran passed out in a different car in front of

7  a convenience store and they knocked on the window,

8  Mr. Duran knew he hadn't reported for parole.  He

9  knew he'd been arrested for not only the pistol in

10 that car, but he actually had a handful of heroin,

11 too, and he knew he was in deep trouble.

12         So when the police knocked on the car

13 window the next time, he gave them a fake name and

14 tried to pretend like he was being harassed by the

15 police and pretended like he was calling his

16 attorney because he was being badgered by law

17 enforcement officers.  And he wouldn't tell them who

18 he was.  And they knew; they were smart police

19 officers.  They knew something was up.  So they had

20 to have, you know, an electronic gizmo to come up --

21 they could run his fingerprints right there in the

22 parking lot, so they could find out who he was;

23 because he wouldn't tell them.  And they found out

24 who he was.  They found out he had an arrest

25 warrant, and finally Mr. Duran was arrested and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  brought back to New Mexico.

2          Now, I tell you that because every bit of

3  that information was really recorded.  You can put

4  your hands on it.  But Mr. Duran will tell you

5  stories that you cannot corroborate, just like the

6  police officer who doesn't believe his fictitious

7  name and has to roll his fingerprints on a

8  newfangled gizmo to find the truth.  And that's a

9  pretty heavy burden, and that's what we're going to

10 ask you, the jury, to be the newfangled gizmo.  Is

11 he telling the truth?  And that's what we'll spend

12 the next weeks doing.

13         Now, I tell you that just because it's not

14 going to be an easy task to separate what's really

15 the truth here.  But I have a good idea.

16         But that's enough about Mr. Duran.  I want

17 to tell you a little bit about Mr. Baca, our client.

18 We represent Mr. Baca, and we're happy to do that.

19 But Mr. Baca hasn't had the most glamorous life

20 either.  He's lived for decades in the New Mexico

21 Department of Corrections.  He went in as a very

22 young man, and we're not here to pull any strings.

23 You know, he joined a prison gang as a very young

24 man.  Because you heard the story about Mr. Duran.

25 It's not a glamorous life.  He joined the SNM.  He



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  got tattooed.  And you'll probably see pictures of

2  his tattoos here in a couple of minutes.  But he has

3  "Syndicato de Nuevo Mexico" tattooed on his stomach.

4          But at the time, as my colleagues have

5  explained, everybody has their own community.  And

6  when you live out in the free world, you can pick

7  your community.  You can pick your community.  You

8  can actually create your community, you know; and

9  you can say, "I want to be a mountain biker," or, "I

10 want to be an astronaut."  But when you're in

11 prison, your options are limited, and it comes down

12 to developing a community inside those walls of the

13 institution.

14         Now, Mr. Baca didn't always get along with

15 the prison administration.  They shipped him out of

16 state for a long period of time.  From about 1998 to

17 2008, he lived in Nevada.

18         And I just want to back up for a second,

19 because, I mean, it's important to understand.  It

20 might not be our culture, it might not be your

21 culture.  But you know, he needed the protection and

22 the bonds of friendship that that gang had to offer.

23 And over the years, like any village elder, he just

24 became somebody who knew the ropes, and people

25 looked up to him and went to him for advice.  How do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you survive?  What do you do in here to make it

2    through the day?

3             So prison he doesn't really get along

4    with, and they ship him out of state, and he comes

5    back in 2008.  And all of that -- there are records.

6    You can hold them.  It really happened.

7             Then when he comes back to New Mexico in

8    2008, you know, things change.  Like the rest of us

9    in our real lives, things change over a decade.  And

10   his old associations at SNM weren't really a

11   big-time thing anymore.  It wasn't even a unified

12   gang.  And even the Government agents will tell that

13   you it was fractured.  There were factions.  There

14   was infighting.  There was no unification.  It was

15   in disarray, for lack of a better term.  And because

16   he was older and because that's his community he

17   thought, I'm going to do what I can to see if I can

18   bring some structure, some organization, and some

19   bonds of unity within my community.

20            Now, it's an odd community.  It's not your

21   community; it's not my community.  It's a prison

22   community.  But nobody wants to have their head

23   kicked in by a bunch of COs for no reason.

24            But here's the thing:  He wasn't the man

25   for the time.  Nobody really went along with his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    ideas.  And at this point in time, he's living in
2    the Southern New Mexico Correctional Facility, which
3    is right outside town here, and he's trying to say,
4    Look, we need to come together; we need to quit this
5    infighting; we need to get together; we need to be
6    at peace with each other," you know.  And he was
7    rewarded with banishment.  And the SNM members and
8    others wrote to the prison administration in 2011
9    and they said, "We don't like this guy.  Get him out
10   of here or we're going to kill him."
11          And they did.  They took him out, they put
12   him in Level 6 in Santa Fe, because his attempts to
13   have a plan, his attempts to unite, his attempts to
14   bring people together failed.  And you can read
15   those papers.  And what they'll tell you is:  SNM
16   didn't want him.
17          Now, after a couple of years of living in
18   solitary confinement at Level 6 in Santa Fe, he
19   earned the right to return to Southern in January of
20   2013.  And he came back.  And he was like, jeez.
21   Because you learn, in the New Mexico Department of
22   Corrections, that's sort of where they aggregate all
23   the alleged SNM members together.  And it's not
24   fair, because not all of them are SNM members, but
25   that's where the majority of the validated guys are;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

788

```
 1   at least were in 2013.
 2           But the same thing happened and in no
 3   short order.  Everybody that lives there says, "Get
 4   Baca out of here.  We don't like his ideas.  We
 5   don't like him."  And in August of 2013 he was
 6   banished yet again.
 7           But the United States wants to say he's
 8   the leader of the SNM.  But that's two banishments
 9   in three years, and he's back at Level 6.  And
10   again, it's recorded.  You can put your hands on it.
11   You can read the papers.
12           Now, he's living in Level 6 in 2014.  He's
13   over 300 miles away from the Southern facility down
14   here with the Department of Corrections.  And the
15   United States wants you to believe that he killed
16   Javier Molina, but he was nowhere near there.  And
17   they want to say that they have their cooperating
18   witnesses that will testify about paperwork.
19           But here's the thing.  You won't see any
20   paperwork in this case, and here's the real critical
21   point that I'm going to ask you to focus on and
22   listen to during this trial.  The FBI put Mr. Duran
23   next to my client, Anthony Ray Baca, and recorded
24   him from October 22, 2015, to December 3, 2015.  And
25   in all of those recordings you'll never hear him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

789

```
 1  confess.  And they talked about all kinds of things.
 2  And I mean, they talked about unpleasant things.
 3  They talked about things that are going to make your
 4  skin crawl, and I'll be honest with you about it.
 5  But they never talked about him ordering a hit on
 6  Javier Molina, even though Mr. Duran asked him about
 7  it.  And so what I'm saying is that if it's not
 8  recorded, it didn't happen.
 9          Now, that's enough on Mr. Molina, because
10  unlike everybody else in the room, Mr. Baca is also
11  alleged to have assaulted Julian Romero.  And that's
12  another thing we need to consider.  Because the only
13  evidence you're going to hear is the evidence of
14  individuals who want to avoid prison time.  But what
15  the undisputed evidence will show you -- and they
16  will call in as a witness Gerald Archuleta, the
17  leader of the SNM, who will say he ordered a hit on
18  Julian Romero because when Julian Romero got out of
19  prison and Gerald Archuleta was in prison, Julian
20  Romero moved into his house and romanced his wife,
21  and they've lived together ever since.
22          And that just didn't really go over well
23  with somebody who's in prison, to have somebody who
24  you thought was your friend go out and steal your
25  wife.  And at that time, it's undisputed, Gerald
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Archuleta was the leader of the SNM.  And you will

2    hear testimony that he was the meanest, maddest,

3    baddest guy around, you know.  I mean, he was Bad,

4    Bad Leroy Brown.

5              And so he ordered Julian Romero to be

6    killed, and the evidence is going to be clear on

7    that.  Mr. Baca didn't order Mr. Romero to be

8    killed.  Gerald Archuleta did.  And they're going to

9    bring in a witness, Lupe Urquizo, and he's going to

10   take that stand and he's going to try to implicate

11   Mr. Baca.  But listen carefully and look at his

12   behavior; because he's going to tell you exactly

13   what he told law enforcement, that after Mr. Romero

14   was assaulted, did he call Mr. Baca?  Did he write

15   Mr. Baca a letter and say, "Hey, pat me on the back,

16   I did a great job"?

17             Oh, no.  He called Gerald Archuleta and

18   said, "Gerald, I pulled it off.  We did it.  We beat

19   the hell out of Julian Romero."

20             And according to Mr. Urquizo, you know

21   what Mr. Archuleta told him?  "Damn it, I told you

22   guys to kill him.  You only beat him up?  What's

23   wrong with you guys?"

24             Now, I want to talk about the real big

25   picture here, the big-ticket item, the most

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  salacious charge:  That Mr. Baca conspired to murder

2  Gregg Marcantel, the Secretary of Corrections.  I

3  want to take you back to that first meeting that

4  Eric Duran had with the FBI.  Because after he

5  finishes the introductory prefabrication -- or

6  prevarication, I meant to say, pardon me -- after he

7  finished lying to them to get in the door, they

8  said, "Well, tell us what you know."

9          And he said, "Jeez.  I think there are

10 going to be all these murders."

11         And they asked him pointblank, "Is anybody

12 going to murder the Secretary of Corrections?"

13         And he said, "Oh, no.  I don't know what

14 you're talking about."

15         But it put an idea in his head:  Wow,

16 that's a cool thought.  They're interested in it.

17 Maybe I should be interested in it.

18         And so they're going to talk about all

19 these letters that were miraculously intercepted by

20 Eric Duran.  Mr. Duran went in, and you'll see, in

21 the handwriting of FBI agents, notes from the people

22 that he talked to.  And what those notes say is:

23 "Eric Duran came up to me and asked me if I wanted

24 to hit Dwayne Santistevan."

25         So this idea didn't come from Mr. Baca.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  This idea came from Eric Duran.  And Eric Duran went

2  and talked people into writing letters and even

3  said, "Jeez, just give them to me.  I'll make sure

4  they get out."

5          But he had his own mission, and he

6  collected the letters and gave them to law

7  enforcement.  And they were like, "Man, you really

8  are our guy.  You are our guy."

9          At the same time, there are some

10 recordings of this.  But Eric Duran was the one that

11 controlled the on-and-off switch of that recorder.

12 So it's going to be really hard.  But if you pay

13 attention to the details of these conversations, you

14 can see it and you can hear it for yourself.

15 Because when Robert Martinez and Roy Martinez are

16 talking about the letters they're drafting, they

17 actually tell Mr. Duran, "Just like we were talking

18 about, just like you said," but those conversations

19 aren't recorded.  It will never happen.  The only

20 person that had the on-off switch was the guy that

21 fled from the cops, the guy that dropped off

22 prostitutes, the guy that allegedly slapped his

23 stepdaughter, the guy that wanted to give back to

24 our community.  And you're going to have to decide

25 for yourself what really happened.  Because what did

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  happen was, after October 22nd, after spending a

2  summer of creating this crime, of sitting down with

3  this case agent, and telling him, "By God, Mr. Baca

4  is eager, eager to kill the Secretary of

5  Corrections.  He can't wait to kill the Secretary of

6  Corrections," they orchestrate this entire thing,

7  where Mr. Baca comes back from out of state yet

8  again, and they put him in a cell right next to

9  Mr. Duran so Mr. Duran can record him at his

10  leisure.

11          And over the course of the first couple of

12  days, you'll be able to see it.  You'll have the

13  records, recording after recording, "Hey, let's talk

14  about this crime.  Let's do this.  Let's do this."

15          But what happens, he goes, "Hey, I've got

16  a great idea.  Let's kill the Secretary of

17  Corrections."

18          And Mr. Baca says, "No.  Why would we do

19  that?  Why would I want to kill the Secretary of

20  Corrections?  He's just a patsy.  He's being

21  spoon-fed bullshit by all these guys that make our

22  life a living hell.  He's a political hack.  I have

23  no beef with him."

24          And then you'll see the recording stop for

25  hours.  The hours turn into days.  No recordings.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Nothing.

2          Now, the next time he cuts the recording

3  on, yeah, Mr. Baca is gung ho.  I'm not going to

4  deny it.  But the real question you're going to have

5  to struggle with is:  Why is he gung ho?  Is he gung

6  ho because some con artist wants a meal ticket out

7  of the prison, or is he gung ho because he wanted

8  the Secretary of Corrections dead?  I would argue

9  that it's the former, and not the latter.

10          So we've got a long road ahead.  We're

11  going to be in this together.  And I applaud you for

12  doing your civic duty, for sitting with us and

13  engaging in what's going to be an intellectual and

14  factual expedition into what prison life is really

15  like.  And it's not going to always be pretty.  But

16  we're going to ask you, like we asked you in voir

17  dire, to judge these men against what the

18  allegations are, and not hold them responsible for

19  their past deeds, but to look at them as individuals

20  in the eyes of the law, and really pay attention to

21  the details of the facts of this case, and really

22  look into the eyes of these witnesses and assess

23  their credibility as human beings.

24          We're going to ask you to find Mr. Baca

25  not guilty.  Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

795

```
1              THE COURT:  Thank you, Mr. Lowry.
2              All right, ladies and gentlemen.  We're
3   going to take our first break today, this morning,
4   and I'm going to remind you of a few things that are
5   especially important.  Until the trial is completed,
6   you're not to discuss this case with anyone, whether
7   it's members of your family, people involved in the
8   trial, or anyone else, and that includes your fellow
9   jurors.  If anyone approaches you and tries to
10  discuss the trial with you, please let me know
11  immediately.  Also, you must not read or listen to
12  any news reports of the trial.  Again, don't get on
13  the internet and do any research for purposes of
14  this case.
15             And finally, remember that you must not
16  talk about anything with any person who is involved
17  in the trial, even if it doesn't have anything to do
18  with the trial.
19             If you need to speak with me, simply give
20  a note to one of the court security officers or Ms.
21  Standridge.
22             I'm probably going to repeat these a lot
23  today and then start trailing off as we get the
24  trial going, but do keep them in mind each time we
25  take a break, whether I repeat them or not.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              All right.  We'll be in recess for about
2    15 minutes.  All rise.
3              (The jury left the courtroom.)
4              THE COURT:  All right.  We'll be in recess
5    for about -- Ms. Jacks?
6              MS. JACKS:  Your Honor, I have something
7    to put on the record.
8              THE COURT:  All right.  Why don't we do it
9    after the break?
10             MS. FOX-YOUNG:  I was just going to
11   suggest if we have a few minutes before the jury
12   comes in to make a record.
13             THE COURT:  All right.  Let's do that.
14             (Court was in recess.)
15             THE COURT:  All right.  Ms. Jacks, you
16   wanted to put something on the record?
17             MS. JACKS:  I did, Your Honor.
18             THE COURT:  Ms. Jacks.
19             MS. JACKS:   Your Honor, I wanted to
20   lodge two objections with respect to the opening
21   statements, and move for a mistrial.  And the first
22   objection is with regards to Ms. Armijo's opening
23   statement, in which she referred to a statement by
24   Mr. Baca, something along the lines that, They
25   called my bluff, now they have a dead man on their
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  hands, which is a reference to an alleged statement

2  by Mr. Baca, acknowledging that he ordered the

3  Molina murder.  The reason I'm objecting is because

4  this clearly falls within the category of statements

5  that I've been arguing is inadmissible against Mr.

6  Sanchez.  Inadmissible because it's a hearsay

7  statement as to Mr. Sanchez that tends to

8  corroborate the veracity of Government informants.

9          And based on the case -- I think it's the

10  Sanpol case, S-A-N-P-O-L, case that I cited to the

11  court on Friday, statements -- inadmissible

12  statements that corroborate cooperating witnesses

13  are prejudicial evidence against the nondeclarant

14  defendants.

15          THE COURT:  All right.  I'll probably just

16  give a limiting instruction.  I'll start by

17  explaining to the jury that they can't use this

18  evidence.  But that will be how I'll handle it.

19          MS. JACKS:  I would ask that the Court do

20  that when the evidence is admitted, and not remind

21  them of it now right after opening statements.

22          THE COURT:  All right.  Just tell me when

23  you want it.

24          MR. BECK:  Your Honor, may I respond to

25  that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

798

```
 1            THE COURT:  You may.
 2            MR. BECK:  I think that the Sanpol may be
 3  an opinion from a circuit court outside of this
 4  circuit.  The controlling Supreme Court precedent is
 5  clear under Bruton that you can have statements that
 6  corroborate other information.  So if the only thing
 7  is that a statement of one co-defendant, an
 8  admission of one co-defendant corroborates other
 9  information and from that the jury can infer and
10  even obviously infer who that defendant is that's
11  being referred to.  That's permissible under Bruton,
12  that's perfectly fine.  What's not permissible under
13  Bruton is to have a statement that is clearly
14  redacted that the jury can tell that redaction
15  refers to this co-defendant that's not permissible
16  but if all it does is corroborate if all this
17  statement says if they would have let me out then
18  that never would have happened no Javier Molina
19  although they can infer from that the other people
20  killed Javier Molina, and Baca knew something about
21  that.  That's permissible.  And I'll cite to the
22  Court -- I think I've got it here.
23            THE COURT:  I don't think it's a Bruton
24  problem.  I think what Ms. Jacks is raising is an
25  evidence problem, that the statements made by Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Baca can't be used against anybody else.

2          MS. JACKS:  I'm also raising a Fifth

3   Amendment due process problem along the lines that

4   I've been arguing to this Court.  That's part of the

5   opinion of Bruton but also really Jackson versus

6   Denno. I think Mr. Sanchez has a right to be tried

7   with admissible evidence.

8          THE COURT:  We've come up with a solution,

9   my solution.  I'll give a limiting instruction.  I

10  think you're entitled to it.  And I'll give it when

11  you request it.

12         What's the other objection?

13         MS. JACKS:  The other objection and basis

14  for the motion for mistrial is I think in Mr. Perez'

15  opening statement there was reference to what we've

16  been alluding to, that there are -- there is tension

17  and conflicting defenses here.  Mr. Perez -- the

18  attorneys for Mr. Perez argued, essentially, that

19  Mr. Perez was threatened to give up a piece of his

20  walker, and that he was scared.  And that the

21  context of the argument, it was clear that the

22  individual who scared him was Mr. Sanchez.

23         Again, I think that this is just the tip

24  of the iceberg.  We've been telling the Court about

25  this for a while since it became apparent that they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   were going to proceed with this defense.  And I
2   think it just going to get worse.
3            THE COURT:  All right.  Send me a letter.
4   I'm going to probably have to have arguments on this
5   through letter.
6            MR. BECK:  I can --
7            THE COURT:  I'll deny the motion for
8   mistrial.  Deny motion to sever.
9            All rise.  You're going to have send me
10  arguments at night, and things like that.  Because
11  we can't have all the day filled with argument like
12  we did for the month of December.
13           Counsel, particularly for the defendants,
14  you need to speak up.  The jury says they can't hear
15  you.  So you're going to have to stay close to a
16  microphone.  Speak up.  But they're already talking
17  about it.
18           You can talk to me while we're waiting,
19  Mr. Beck.
20           MR. BECK:  Your Honor, I was just going to
21  cite to the Court the Supreme Court's opinion in
22  Richardson against March, that's 481 U.S. pin cite
23  would be pages 208 through 211.
24           THE COURT:  I tend to agree.  I think that
25  was one of the things that you put in your brief, if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

801

```
 1    I recall --
 2              MR. BECK:  It was, Your Honor.
 3              THE COURT:  -- on Saturday.  And it was
 4    one of the things that was persuasive to me in
 5    feeling like I could do this trial without having
 6    two juries.  So I did look at those.  And I tend to
 7    agree with you on that.
 8              MR. CASTELLANO:  Related to that issue,
 9    before the jury comes in, the statement that the
10    Rudy Perez was threatened is actually going to be
11    inadmissible hearsay in this case.  That's a
12    statement the defense wants to get from Mr. Roark.
13    But it's not a statement by a party opponent, if the
14    defense tries to get it in through Mr. Roark.  So
15    it's actually not coming in this trial at all.  It's
16    inadmissible hearsay.  So we're going to cure that
17    problem during trial because that's not coming in.
18              THE COURT:  Okay.  And I assume, Ms.
19    Jacks, you don't want anything done on that second
20    one at the present time as well, right?
21              MS. JACKS:  I think the second one, Your
22    Honor, was the subject of --
23              THE COURT:  Let's -- all rise.
24              (The jury entered the courtroom.)
25              THE COURT:  Everyone be seated.  Does the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government wish to call its first witness or

2  evidence.

3          MR. CASTELLANO:  Yes, Your Honor.  And for

4  this witness we'll be showing some photos.  I'm not

5  sure if the visualizer is on.

6          THE COURT:  All right.  We'll get it on

7  for you.

8          The first witness is Mr. Acee?

9          MR. CASTELLANO:  Yes, Your Honor, the

10  United States calls FBI Special Agent Bryan Acee.

11          THE COURT:  Mr. Acee, if you'll come up to

12  the witness stand on my right, your left, before

13  you're seated, Ms. Standridge will swear you in.

14                    BRYAN ACEE,

15      after having been first duly sworn under oath,

16      was questioned and testified as follows:

17          THE CLERK:  Please be seated, and spell

18  your name for the record.

19          THE WITNESS:  Good morning.  My name is

20  Bryan Acee, B-R-Y-A-N, A-C-E-E.

21          THE COURT:  Mr. Acee.  Mr. Castellano.

22          MR. CASTELLANO:  Thank you, Your Honor.

23          Ms. Standridge, before we begin, would it

24  be possible to have the visualizer?  I think the

25  computer screen is up there now.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

803

```
1              THE CLERK:  It's on.
2              MR. CASTELLANO:  It will be a little bit
3    before --
4              MR. LOWRY:  Your Honor, we have a hand
5    raised in the jury box.
6              JUROR:  We're having trouble hearing.
7              THE COURT:  I've told them to speak up.
8    Particularly at that table, grab a microphone.  I
9    told them before y'all came in.  So --
10                     DIRECT EXAMINATION
11   BY MR. CASTELLANO:
12        Q.   Please tell us about your training and
13   experience.
14        A.   Yes.  I began my law enforcement career in
15   1997.  I'm just short of about 20 years.  I started
16   out as a police officer and a detective.  In 2008 I
17   applied for a job with the FBI as a special agent,
18   and I was hired the following year.  So I've been an
19   FBI special agent since 2009.
20             Over the past just about 20 years, I have
21   worked gangs and drug violations and organized
22   crime.  Of course, as a police officer I spent some
23   time doing patrol, and when I was able to promote
24   out of that, I worked as a detective, again working
25   gangs, drugs, organized crime.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              The FBI, after graduating the academy,
2   sent me to New Mexico.  I worked here in Las Cruces
3   for about five and a half years, and then I was
4   transferred up to our Albuquerque Field Office in
5   Albuquerque, where I was assigned to the gang task
6   force.
7         Q.   What are your current responsibilities?
8         A.   So I'm a full-time FBI agent.  I work gang
9   and organized crime investigations.  I have some
10  collateral duties, one of which is I'm a firearm
11  instructor for the FBI, so I help agents do their
12  qualifications and training with the firearms.  I'm
13  one of our -- I've been a member of our SWAT team
14  for a long time.  I'm one of our team leaders now
15  for this region, so when the FBI SWAT team has a
16  call-out somewhere, I'll respond to that.  And I
17  serve as a training agent, basically a mentor, a
18  senior agent to the new agents when they graduate
19  the academy and they're assigned to Albuquerque.
20  Some of those agents are assigned to work with me
21  for about two years, and I'll stop there.
22        Q.   What types of responsibilities do you give
23  the agents under you when you're training them?
24        A.   Well, it's like learning to drive a car, I
25  guess, if I could use an analogy.  I'll start out by
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

805

 1  driving and doing most of the stuff, and as they

 2  gain that aptitude and extra confidences and

 3  abilities, they'll start to take over, such as in

 4  interviews, I'll do many of them so they can see my

 5  style.  We'll often debrief after each incident and

 6  talk about what was good, what was bad.  If

 7  everything goes well, about six months to a year

 8  into it, those agents are starting to conduct

 9  aspects of the investigation on their own under my

10  supervision.

11       Q.   As part of your training and experience,

12  have you had any teaching opportunities?

13       A.   I have.

14            MR. LOWRY:  Relevance.

15            THE COURT:  Overruled.

16       A.   I'm an adjunct professor for the FBI in

17  the areas of gangs, drugs, and the Juarez Cartel.

18  I've also served as a guest instructor at the

19  University of New Mexico and here in Las Cruces at

20  NMSU on those same topics.

21  BY MR. CASTELLANO:

22       Q.   Are you considered by the FBI to be a

23  subject matter expert in any areas?

24       A.   Yes, two; the first being the Juarez Drug

25  Cartel, and now the SNM Gang.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

806

1     Q.   Do you have any expertise in terms of

2  firearms and interstate commerce?

3          MS. JACKS:  Your Honor, I'm going to

4  object because I think we were told specifically

5  that Mr. Acee is not testifying as an expert.

6          THE COURT:  He's not testifying yet.  He's

7  giving his background.

8          MR. CASTELLANO:  He's not, Your Honor.

9          THE COURT:  Overruled.

10 BY MR. CASTELLANO:

11    Q.   So let's talk about your qualifications

12 when it comes to firearms and the interstate nexus.

13    A.   I completed the ATF's Firearm Specialist

14 Academy.  That's significant in federal

15 investigations, in that in order for the Government

16 to charge a firearms violation, we have to show

17 that, one, it's a firearm; and two, that it traveled

18 in interstate nexus, so over state lines.  So it's

19 an area of training, just to be able to make those

20 determinations and investigations.

21    Q.   Are you considered the lead case agent in

22 the investigation of the SNM prison gang?

23    A.   I am.

24    Q.   And did that investigation take place

25 largely in the New Mexico prison system?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes, sir.
 2        Q.    And why did the FBI get involved in a
 3  state gang matter, if they're considered a state
 4  gang that you're investigating?
 5        A.    Our involvement focused on racketeering
 6  activities, which are a federal violation.  They --
 7  racketeering activities are composed of numerous --
 8  what would otherwise be state violations such as
 9  murder, assault, robberies, things of that nature,
10  can be investigated by the Government as
11  racketeering activity.
12        Q.    And was that your plan when you got
13  involved with this case?
14        A.    Yes.
15        Q.    How did you first get involved in this
16  case and when?
17        A.     In early 2015, I think it was late
18  February or early March, I was up at the
19  Penitentiary of New Mexico in Santa Fe.  That was
20  also where the Department of Corrections
21  headquarters is.  I was up there on a separate gang
22  investigation involving a California prison gang
23  that had moved out to New Mexico, when I was
24  approached by some officials from the Security
25  Threat Intelligence Unit.  They go by the acronym
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  STIU.  Basically, they're a gang unit, and those

2  officials provided me with eight letters that they

3  had intercepted from one of their informants within

4  the prison, that was to send the letters out to

5  members -- to people on the street.

6         And they presented those letters to me,

7  explained that the letters were from some of the

8  bosses within the SNM Gang, and that they called for

9  the murder of two Department of Corrections

10  officials, the first being the cabinet secretary,

11  Gregg Marcantel, and the second being the head of

12  the gang unit, the statewide prison gang unit,

13  Dwayne Santistevan.

14     Q.   What did you do after receiving this

15  information?

16     A.   I opened a case on the SNM Gang.  We

17  comprised a task force and we began investigating

18  not only those threats but the gang as a whole.

19     Q.   Who did you try to partner with to further

20  this investigation?

21     A.   The task force was comprised of the FBI,

22  the New Mexico Corrections Department, and the

23  Bernalillo County Sheriff's Department in

24  Albuquerque.  Those were I'll call the full-time

25  task force participants.  We also had ad hoc or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

809

```
 1   part-time participation from all of the jails and

 2   detention centers in New Mexico, as well as some of

 3   the cold-case homicide units from the different

 4   police departments and sheriff's departments around

 5   the state.

 6        Q.    As part of your investigation, did you

 7   visit any of the state's prisons?

 8        A.    I think I've been out at all of them, yes.

 9        Q.    So let me ask you this:  You mentioned

10   that you were at the prison in Santa Fe.  What is

11   that normally referred to?

12        A.    PNM.

13        Q.    Is that the Penitentiary of New Mexico?

14        A.    Yes.

15        Q.    And when you're at PNM in Santa Fe, are

16   there facilities there known as the North and the

17   South?

18        A.    Yes, sir.

19        Q.    Please explain that to the members of the

20   jury.

21        A.    Simply stated, there are two facilities,

22   similar looking.  One is a little bit to the north,

23   and immediately south of that is the South.  The

24   North facility is also referred to as the Level 6.

25   That's the highest, most secure facility in our
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   state.  The South is a lesser secure facility, and

2   at the time housed the lower Level 5 facility, and

3   at the time it housed many of the state gang

4   members.  I think they call them the predatory

5   offenders; different units within that facility were

6   housed at Level 5.

7       Q.   You told us about the North and the South

8   in Santa Fe.  Is there another facility often

9   referred to as the Southern?

10      A.   Yes.

11      Q.   What's the name of that facility?

12      A.   The Southern New Mexico Correctional

13  Facility is the facility here in Las Cruces.  I

14  often would confuse the South with Southern, so

15  there is definitely a distinction there.

16      Q.   You also mentioned partnering with

17  cold-case homicide units.  What was the purpose of

18  doing that?

19      A.   When we opened up the case on the SNM,

20  through our initial review of hundreds of documents,

21  we discovered that there were at least a dozen

22  cold-case homicides around the state that there was

23  suspected involvement with the SNM prison gang or

24  SNM members who were on the street and those cases

25  hadn't been solved.  So we started collaborating

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

811

1  with the cold-case units to let them know we were

2  looking into the cases, and we'd provide resources

3  and partner up with them.

4       Q.   I think you touched on this.  When you

5  refer to the term "cold case" in terms of a

6  homicide, what does that normally refer to?

7       A.   The trail has gone cold.  These are older

8  homicides, some dating back to -- in my case file, I

9  think we had some homicides dating back into the

10  '90s.

11       Q.   I want to talk to you about some of the

12  investigative techniques you used as lead case agent

13  in this case.  What types of, I guess, categories of

14  techniques did you use?

15       A.   I guess I'd categorize them as traditional

16  techniques and then advanced techniques.

17       Q.   What would be some of the traditional

18  investigative techniques that you would consider?

19       A.   A review of prior case files,

20  collaboration with other law enforcement, state and

21  local, interviewing former members of the gang,

22  associates of the gang, family members, witnesses,

23  reviewing -- in this case, since it's a prison gang,

24  there are going to be prison files.  Reviewing

25  those, reviewing old police reports.  Trying to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  develop informants within the gang.  Conducting

2  surveillance, conducting drug and firearm buys, and

3  serving subpoenas, search warrants, analyzing phone

4  calls.  That sort of stuff I would call our

5  traditional investigative means.

6      Q.   Did you -- as part of this, part of the

7  investigation, did you ever try to partner with

8  probation and parole authorities?

9      A.   We did.  So when I say we partnered with

10  the Department of Corrections, they oversee the

11  Probation and Parole Department as well.

12      Q.   And what type of things would you do with

13  probation and parole officials?

14      A.   We would often accompany parole officers

15  when they conducted home visits or interviews with

16  SNM members who were on the street.

17      Q.   For what purpose?

18      A.   To be introduced to them, to collect

19  information.  The parole officers oftentimes were

20  allowed to search their premises, to leaf through

21  their document, notes, letters.  And so we would go

22  to accompany them so that we could have potential

23  access to that information and that we could assess

24  some of these offenders on the streets for

25  ourselves.  I'll be honest, prior to this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    investigation I didn't know a lot about the SNM, so

2    I was educating myself on the gang.

3         Q.    All right.   Is this still the 2015 time

4    period?

5         A.    Yes.

6         Q.    Now, you also mentioned approaching gang

7    members or suspected gang members.  How easy or

8    difficult was that, from time to time, to meet with

9    them or gather information from those individuals?

10        A.    I don't want to say it was difficult.

11   There were some challenges with it.  It depended if

12   we wanted to overtly let them know we were the FBI,

13   or if we wanted to maybe not broadcast that when we

14   arrived and just assume a position of supporting

15   parole.  As we gained momentum in the investigation,

16   most of my contacts with the SNM became overt.  We

17   would just let them know who we were and why we were

18   talking to them.

19        Q.    And what was the variety or array of

20   responses you would get when overtly meeting with

21   people who were either members or suspected members?

22        A.    Well, everyone was respectful, in terms of

23   respectful that the FBI agents were there to talk to

24   them.  Not everyone wanted to talk to us.  Many did,

25   and in different -- in varying levels of



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

814

1    cooperation.  For example, some would talk to me,

2    but they wouldn't want to go on the record.  Some

3    would say, "Yeah, I'm down.  I'll tell you what you

4    want to know."

5         Q.   As you begin using these initial

6    techniques to begin looking at the gang, what types

7    of assessments are you making about this

8    organization?

9         A.   What I'm looking for, in any criminal

10   organization, is their vulnerabilities.  As we study

11   them, our objective is to collect facts, to collect

12   evidence, and what routes would allow us to do that.

13   So in looking at the vulnerabilities of the SNM, one

14   of the major ones that we noticed and we focused on

15   was drug trafficking.

16        Q.   What about firearms?

17        A.   As well as firearms.  I think that goes

18   hand in hand with drug trafficking, but firearms and

19   drug trafficking.

20        Q.   Now, when you talk about crimes like that,

21   what would you do when you would come across a

22   violation of either the drug laws or firearms laws?

23        A.   So one of the things we kept our eye on,

24   one of the important reasons to liaison with the

25   state and local officers is, I let them know if they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

815

1    arrested any SNM members or associates, to give us a

2    call, because oftentimes the SNM members had prior

3    felony convictions.  So we would have jurisdiction

4    there where we could adopt the case, take it from

5    the state and local level, bring it into federal

6    court and charge them with being a felon in

7    possession of a firearm.  The federal drug laws are

8    much like the state laws, and so I could adopt

9    state-level cases and bring them into the feds so

10   that I could prosecute them at a federal level.

11        Q.   And when it came to drugs, for example,

12   did you do any proactive work on the streets?

13        A.   We did.  We did what I'll refer to as

14   controlled buys.  We also did undercover buys,

15   targeting members and associates of the SNM.

16        Q.   And what would normally be the

17   follow-through when you conducted a controlled buy

18   of somebody?

19        A.   Well, do you want me to explain what --

20   the process of the controlled buy or what happened

21   afterward?

22        Q.   Let's begin with the process and then

23   afterwards.

24        A.   Sure.  So a controlled buy, in simple

25   terms, is a normal drug deal; it's just that we're



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

816

1    controlling it covertly.  So typically the way it

2    works is, we have an informant who has access to

3    said drug dealer, in this case an SNM dealer.  The

4    informant meets with us.  We cover what the

5    expectations are, what the procedures should look

6    like.  We've already arranged how much we're going

7    to purchase and what it's going to cost so that

8    we're prepared for that.

9            When it comes time for the informant to

10   make the purchase, we establish a surveillance team.

11   After conducting a briefing, we set up on the

12   location where we're going to do the buy so that we

13   can watch it, and then I equip the informant with a

14   recorder and a live wire.  That's important, so

15   that, one, it records; and two, I can hear the

16   transaction, because they're dangerous.

17           And one of the things that we have to have

18   in place is a rescue team in case it's a rip-off or

19   a robbery or something else occurs that would

20   necessitate the agents rushing into the scene to

21   render it safe.

22           Before we send the informant to make the

23   purchase, we search him or her and their vehicle to

24   make sure there is no contraband, there is no drugs

25   in the car, there is no extra money.  If they have



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES,** Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

817

1  money, I hang onto it; I count it in front of them,

2  and I'll give it back to them later because we don't

3  want any extra drugs purchased.

4          Once the transaction happens, it takes

5  place, we're listening to it, and watching it from a

6  surveillance platform.  The informant drives away

7  from the drug deal, meets us at a predetermined

8  location.  We collect the evidence, we debrief them,

9  we search them and their car again, again to make

10  sure there is no extra contraband or funny business.

11          Transitioning to the second part of your

12  question, we use those controlled buys to establish

13  probable cause to arrest people and to serve search

14  warrants, which was a big part of this

15  investigation.

16      Q.   You mentioned the use of informants.  Do

17  you sometimes also use undercover agents?

18      A.   Yes.  It's difficult to have an undercover

19  agent cold-call somebody or meet them.  So we'll use

20  the informant to do the initial purchases, then

21  they'll introduce their cousin or their friend, or

22  someone, and that's when we'll insert an undercover

23  agent to take over those buys.

24          The same procedures, protocols take place

25  when the undercover does a buy, minus searching

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   them.  I wouldn't search an undercover FBI agent,
 2   but all the other safety precautions and
 3   evidence-handling precautions are there.
 4         Q.   On that scenario, you mentioned
 5   introducing somebody as friend or a cousin.  Is that
 6   friend or cousin the undercover agent?
 7         A.   Yes.
 8         Q.   Now, through some of these proactive
 9   techniques, do you have examples of people from this
10   case who you arrested under those circumstances?
11   Let me begin with someone named Mario Montoya.
12         A.   Yes.
13         Q.   What happened with him?
14         A.   I utilized an SNM member who was willing
15   to work with us.  I signed him up as -- excuse me.
16   He was already a Bernalillo County Sheriff's
17   informant.  And so in my liaison with that
18   department, I found out that they had an SNM member
19   who could make buys from other members.  So we
20   utilized that informant to buy from Mario Montoya.
21   And following those same protocols I just explained,
22   we did a series of buys from Mario.
23         Q.   Now, you said you utilized an SNM member.
24   How did you know that person was a SNM member?
25         A.   The sheriff's department knew he was.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   met him.  I talked to him.  He was a self-admitted

2   one.  He claimed to be one.

3        Q.   And along the same lines with the

4   undercover purchases, what can you tell the jury

5   about any operation regarding someone named Chris

6   Garcia?

7        A.   Chris Garcia is an SNM member that lived

8   on the streets in Albuquerque, was a pretty prolific

9   heroin and crack cocaine dealer for many years.  He

10  was one of our instant and immediate targets in the

11  investigation, the proactive portion, the portion on

12  the streets.  And we utilized, I think, three

13  separate undercover -- excuse me, three separate

14  informants and then eventually an undercover agent

15  to buy from Chris Garcia.

16       Q.   Now, in each of those examples, were both

17  Mario Montoya and Chris Garcia charged with drug

18  offenses?

19       A.   Yes.

20       Q.   I'm going to ask you about another person

21  named Robert Lovato.  How did you come across him,

22  if you did?

23       A.   During I believe it was our phase 2

24  operation or take-down of this case, after many

25  months of investigations, we would take the case

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                    1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                    e-mail: info@litsupport.com

820

```
1    down in phases.  And during our second phase, I had
2    asked the Department of Corrections to once again
3    conduct parole searches on all SNM members on the
4    street.  And this was contemporaneous with us
5    serving federal search warrants on other members and
6    arresting members.  So while we're out doing that,
7    the Department of Corrections parole officers are
8    searching SNM parolees' houses.  And the parole
9    officers located a firearm in Mr. Lovato's house.
10        Q.   Under those circumstances, were those some
11   of the means you used to get into the gang or to
12   unveil criminal activity?
13        A.   Yes.
14        Q.   Was Mr. Lovato charged with anything?
15        A.   He was charged with being a felon in
16   possession of a firearm.
17        Q.   Does there come a point where undercover
18   operations only take you so far in an investigation?
19        A.   Yes.
20        Q.   And what techniques do you then employ
21   once you get to a certain point?
22        A.   Well, some of the other techniques we can
23   employ, and did in this case, is wiretaps or phone
24   taps.  We call them wire intercepts.  We did a
25   series of those.  And then we also do what the FBI
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  refer to as covert electronic surveillance, and

2  that's bugs, wires; those are the terms used.  But

3  recording devices, hidden ones.

4      Q.   As part of the use of these techniques,

5  did you get court orders beforehand to wiretap a

6  phone?

7      A.   Yes.  If I remember correctly we did eight

8  or nine wiretaps with, I think, eleven extensions.

9  And we did all of those through the Court.  The

10  Court allows us to do those for 30 days at a time,

11  and that's why it necessitated so many extensions.

12  We would go back to the Court and request an

13  extension.  In every wiretap in this case, we had

14  court orders to do that.

15      Q.   And on whose phone would you be listening?

16  Give us examples, please.

17      A.   Sure.  Do you want examples by name, or --

18      Q.   Yes.

19      A.   Okay.  For example, I believe you heard

20  about an informant named Eric Duran.  He's one of

21  the individuals that I caused to have a phone inside

22  the prison that we had a wiretap on.  All of the

23  wiretaps in this case were phones utilized by

24  informants who were talking to other SNM members,

25  either buying drugs or buying guns or talking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

822

1   murders or other SNM business, and I wanted those

2   incidents recorded.  So I'd provide them with a

3   phone and get a court order to make sure we were

4   recording those phone calls and text messages.

5        Q.   All right.  You just mentioned having the

6   phone in prison.  Are phones, cellphones, allowed in

7   prisons?

8        A.   They are not.

9        Q.   What steps did you have to take in order

10   to introduce a phone into a facility like that?

11        A.   I had to get the permission of the deputy

12   secretary, who was the point of contact in this

13   operation.  That was a gentleman by the name of Mark

14   Myers, who is now retired.  Normally, we would

15   probably go to the cabinet secretary, but in this

16   case he's the victim, so we were not communicating

17   with him and not going to him for resources.  So we

18   went to Mr. Myers.  I got his permission.  And then

19   we went through the steps of actually introducing

20   the phone into the facility, which was -- has its

21   own challenges.

22        Q.   You mentioned an alleged victim.  So if

23   Mr. Marcantel is an alleged victim in this case, why

24   would you not go to him for permission?

25        A.   It's just not appropriate, in my mind.  We

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   shouldn't.  As a victim, he should not be involved

2   and was not involved in our investigation.  We

3   immediately identified another point of contact, and

4   that was Deputy Secretary Myers.

5        Q.   And were there times when permission would

6   also be sought of wardens of the facilities?

7        A.   Yes.  That did occur.  I would not

8   communicate beyond Mr. Myers, but he would filter to

9   people within his office that needed to know.

10       Q.   Generally speaking, I think you mentioned,

11  are cellphones contraband in the facility?

12       A.   They are contraband.

13       Q.   So under these circumstances, were they

14  permitted with the permission of the appropriate

15  officials?

16       A.   Yes.  Our phones that went in appeared to

17  be contraband to anyone that saw them.  But we had

18  the required permissions to have them in there.

19       Q.   And how many phones did you introduce into

20  facilities as part of this investigation?

21       A.   Two.

22       Q.   And did you follow the same procedures on

23  each occasion?

24       A.   I did.

25       Q.   Now, since this is a prison facility, was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this something that you made widely known to the

2  particular institution where the phone was?  Or what

3  steps did you take to conceal that?

4      A.   No, quite the opposite.  We didn't want it

5  known, and we wanted it known to as few people as

6  possible.  If I remember correctly, our legal

7  department actually had those that were aware of the

8  operation sign documentation that they would keep it

9  secret.  At the time, we had convened a federal

10 grand jury and the folks that knew about our secret

11 operation in the prison had to sign forms saying

12 that they would keep that information confidential.

13      Q.   Why did you want to reduce the number of

14 people who knew about the operation?

15      A.   A prison environment is a tough place to

16 do any kind of undercover work.  And unfortunately,

17 no disrespect to the Department of Corrections, but

18 we and the State Police arrest a lot of correctional

19 officers who bring phones or other contraband in or

20 have sex with inmates or other violations.  And so

21 from my perspective, it's not a trustworthy

22 environment where we want to put that business out.

23          The other problem is the inmates.  You

24 know, they're largely standing and sitting around

25 watching everything that moves around them in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pods and around the facility, and having a lot of

2  extra movement is not a good thing in that kind of

3  investigation.

4      Q.   Earlier you mentioned Mario Montoya and

5  the drug investigation regarding him.  What happened

6  as a result of him being charged with drug offenses?

7      A.   He was placed on federal pretrial

8  supervised release under the authority -- or excuse

9  me, not the authority; under the authority of the

10  Court but under the supervision of the FBI.  People

11  that are awaiting trial are under some kind of

12  supervision, and in this case it was under our

13  supervision.  He was subsequently relocated from New

14  Mexico to another state.

15      Q.   When you released him under your

16  supervision, it was for what purpose?

17      A.   To relocate him, keep him available for

18  court proceedings, for these proceedings, and to get

19  him out of New Mexico and away from the SNM.

20      Q.   Did Mr. Montoya do work for the FBI in an

21  undercover capacity?

22      A.   He did.

23      Q.   And what can you tell us about the use of

24  any phone issued to him by the FBI?

25      A.   I provided Mr. Montoya with a cellphone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that had the wiretap that I described earlier.  Mr.

2  Montoya was utilized to purchase drugs.  I can't

3  remember if he purchased any firearms.  He

4  subsequently acquired one from Mr. Garcia.  But he

5  was used to meet with other SNM members, and then to

6  make drug buys, controlled drug buys.  He also was

7  later utilized as a -- furthering his undercover

8  capacity on the streets in the plot to kill

9  Marcantel and Santistevan.

10      Q.   So you had him involved with that part of

11  the investigation?

12      A.   I did.

13      Q.   What types of phones did you issue to

14  Mr. Duran and Mr. Montoya?

15      A.   They had flip phones, just kind of

16  old-school Walmart $19.99 flip phones.  Particularly

17  in the prison setting, because of the means in which

18  the phones are smuggled, it needed to be a smaller

19  phone that looked like it could be in a prison

20  environment.

21      Q.   Okay.  So you mentioned utilizing Eric

22  Duran, who was in prison; and Mr. Montoya out of

23  prison.  What -- at some point in time do they cross

24  paths in this investigation?

25      A.   They do.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

827

 1        Q.   And how is it that they cross paths?

 2        A.   We had caused Mr. Baca to return from the

 3   prison he was at in Colorado to New Mexico.  Mr.

 4   Baca was situated in a cell next to Mr. Duran.  As

 5   those two conversed, Mr. Baca was made aware of the

 6   fact that Duran had a cellphone and Duran would make

 7   calls for Baca.  He couldn't hand the phone to him

 8   because they were in separate cells, but there were

 9   vents between the cells where Duran could put it on

10   speaker and hold it next to the vent and Baca would

11   talk into it.

12        During this process and the plot to murder

13   Gregg Marcantel, there was much discussion about who

14   was a good member on the streets that would actually

15   do this hit.

16        Now, I'm aware of this because Duran is

17   participating in this and there's phone calls.  On

18   the other end of it, I'm aware of it because they're

19   reaching out to Chris Garcia, that SNM drug dealer

20   that I talked about earlier, and they're wanting

21   Chris to finance the operation and find somebody

22   that would do the operation.

23        Our concern was they find somebody that's

24   not working for us, and they could be successful.

25   So this is where we inserted Mario Montoya, and we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

828

1    suggested -- on Mario's end, we're pushing him to

2    get in touch with Chris so that he presents himself,

3    shows that he's available to do this.  And on Eric

4    Duran's end, I'm also pushing him to, say, suggest

5    Mario.

6              Now, Mario and Eric don't know they're

7    both working for the FBI, so both phones -- we're

8    kind of getting double recordings there, but that's

9    all right.

10        Q.   That's what I was going to ask you, is

11   whether or not those two, as cooperators in this

12   investigation, knew that the other one was

13   cooperating.

14        A.   They did not.

15        Q.   Why did you not share that information

16   with each of them?

17        A.   They didn't need to know that.  The

18   informants just need to follow their instructions,

19   and they're not privy to the investigative

20   techniques that we are.  They're not part of the

21   decision process.

22        Q.   How did you come to know Eric Duran?

23        A.   I started off by explaining how the

24   threats evolved and how I got involved in the case,

25   excuse me.  And the informant that had provided the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

829

```
 1    letters to the STIU officials was Eric Duran.  He
 2    had at that time been an STIU informant, I think,
 3    for a little while, and then he had been introduced
 4    to some other FBI agents.
 5             I didn't meet Mr. Duran till later that
 6    summer because another FBI agent was working with
 7    him.  So I would just coordinate with that agent
 8    what Duran's efforts were.  But at that time I
 9    hadn't given him a phone yet.  I hadn't given him a
10    recording device yet.  I was getting intelligence
11    updates from him.
12       Q.   Now, you mentioned meeting Mr. Duran in
13    the summer.  What year?
14       A.   I think it was August of 2015.
15       Q.   Now, for what purpose did you come to know
16    Mr. Duran and -- instead of the other agent you --
17    agent or agents you mentioned that he was working
18    with?
19       A.   There were a couple of factors.  At that
20    point we're -- you know, we're four to five months
21    into the investigation.  It was largely -- it
22    started out largely as proactive operations on the
23    street, because we didn't know how big the threat
24    was, and I didn't know the SNM.  So my first
25    objective was:  Let's hit the streets.  The prison
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   officials can tell us who is there.  Let's find out

2   what threats are on the street.  Let's look for

3   vulnerabilities in these guys.  How are we going to

4   get into them?  Where do they make their mistakes?

5   Let's study them a little bit.

6           So three or four months into this, we're

7   now in the full swing of this investigation.  It's

8   picked up momentum.  And at that point I think it's

9   safe to say our task force took over the management

10  of all SNM informants in the state.  If a police

11  department had one, another federal agency had one,

12  we would push to manage that.  And so that is

13  largely how that other agent said, "Okay, here's

14  Eric Duran," and I sat down and met him for the

15  first time in August.

16      Q.   So you told the members of the jury that

17  you first received information about a threat in

18  March of 2015; that you meet Eric Duran in August of

19  2015.  And when is it that you make arrangements to

20  return Mr. Baca to New Mexico?

21      A.   I believe it was October, two months

22  later.

23      Q.   Okay.  You mentioned the name Mr. Baca.

24  Do you see him in court today?

25      A.   I do.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

831

1      Q.   Please point him out and identify him for
2  us.
3      A.   He's seated against the back wall.  He has
4  a shaved head, a dark-colored suit, and a
5  brownish-colored tie.
6      Q.   Why, as part of this investigation, did
7  you try to have Mr. Baca moved back to New Mexico?
8      A.    Well, as we dug deeper into the threats
9  and what was behind them, as we dug deeper into the
10  SNM, we learned a couple of things that pertained to
11  that movement.  One is that Mr. Baca was a leader,
12  and that Mr. Baca had -- the idea to hit corrections
13  officials, according to other members of the gang,
14  had originated with Mr. Baca; that he wanted, I
15  think his words were, "to put the SNM on the map"
16  with the other prison gangs around the country.
17          MR. LOWRY:  I'm going to have to object.
18  This is hearsay.
19          THE COURT:  Well, we probably don't need
20  to be eliciting it from him, so sustained.
21          MR. CASTELLANO:  Understood, Your Honor.
22  BY MR. CASTELLANO:
23      Q.   So as part of the investigation, did it
24  become important to move Mr. Baca back to further
25  the investigation?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

832

```
 1        A.    Yes.

 2        Q.    Where was he before he was returned to New

 3   Mexico?

 4        A.    He was in Florence, Colorado, at a federal

 5   facility.  Not there on federal charges; just an

 6   interstate compact, there as a state inmate.

 7        Q.    So is it your understanding through the

 8   compact that sometimes states exchange prisoners

 9   with each other?

10        A.    Yes.

11        Q.    So just to be clear, Mr. Baca is in

12   Colorado on exchange, not on a new crime committed

13   in Colorado?

14        A.    Correct.

15        Q.    Were you aware of whether Mr. Baca was

16   fighting his transfer out of state and wanted to

17   return to the state?

18             MR. LOWRY:  Objection, leading.

19             THE COURT:  Overruled.

20        A.    Yes, he was fighting it.  The paperwork

21   that I reviewed indicated that there was a process.

22   He was fighting it and --

23             MR. LOWRY:  Objection, Your Honor.  This

24   is hearsay.

25             THE COURT:  Lay a foundation as to how he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

833

1    got the information.

2    BY MR. CASTELLANO:

3        Q.    Let me just ask you this:  From the

4    investigation, was it your understanding that Mr.

5    Baca wanted to return to New Mexico?

6        A.    Yes.

7        Q.    So as part of this investigation, what did

8    you make it look like when he returned to New

9    Mexico?

10       A.    That his wish was granted.

11       Q.    Okay.  So if he's here in approximately

12   October of 2015, what do you do to further the

13   investigation focusing on Mr. Baca?

14       A.    I asked that the Department of Corrections

15   house him next to Eric Duran, because Duran had a

16   recording device and he had a cellphone.  The

17   Department of Corrections did that.  At the time,

18   Duran and several over members of the SNM were

19   housed at the North facility, the Level 6 facility.

20   When Mr. Baca arrived back to New Mexico, that's

21   where he went, and he landed in the cell next to

22   Mr. Duran.

23       Q.    And just to remind the members of the

24   jury, the North facility is the one in Santa Fe?

25       A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

834

```
1        Q.   All right.  Tell us how the operation

2   proceeds once Mr. Duran, with a phone, and Mr. Baca

3   are next to each other?

4        A.   Mr. Duran started recording certain

5   statements Mr. Baca made.  Mr. Baca would

6   participate in and make phone calls through

7   Mr. Duran's cellphone.  And at the point in which

8   Mr. Baca wanted to communicate the mechanics of the

9   hit on Gregg Marcantel, phone calls were made to

10  Chris Garcia, a member who was on the streets, the

11  one that we'd been buying drugs from.

12            Baca asked --

13            MR. LOWRY:  Objection, Your Honor,

14  hearsay.

15            THE COURT:  Are you trying to elicit this

16  out-of-court statement?

17            MR. CASTELLANO:  No, Your Honor.

18            THE COURT:  All right.  Let's move on.

19  BY MR. CASTELLANO:

20       Q.   So I won't worry about statements at this

21  point.  What I'm going to ask you is whether or not

22  there were recordings made from the interactions

23  from Mr. Duran and Mr. Baca.

24       A.   There were a lot of recordings made.

25       Q.   And you also mentioned earlier that by
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   this time, Mr. Duran has the phone and then Mr.

2   Montoya has a phone on the streets.  Is this the

3   part of investigation where they come together and

4   you have a phone conversation from in the prison and

5   outside of the prison being recorded?

6       A.   Yes.

7       Q.   So what other types of crimes did you

8   investigate as part of this larger investigation?

9       A.   Drug dealing, firearms trafficking,

10  firearms possession, use of a firearm in furtherance

11  of drug trafficking or in a crime of violence,

12  carjacking, Hobbs Act armed robbery, intimidation of

13  witnesses, and introducing contraband into a jail or

14  prison facility.

15      Q.   Now, eventually, as this investigation

16  progresses, does there come a point where you, in

17  connection with the U.S. Attorney's Office, make

18  charging decisions and present a case, the case to a

19  grand jury?

20      A.   Yes.

21      Q.   And approximately when did that happen?

22      A.   Around the 1st or 2nd of December 2015.

23      Q.   And did you name that part of the process

24  or the investigation?

25      A.   Phase 1.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And since you have a phase 1, did you have

2  in mind later on having later phases as part of this

3  investigation?

4    A.   Yes, sir.

5    Q.   So as part of phase 1, tell us what

6  happened once the case was presented to the grand

7  jury.  What happened with the investigation?

8    A.   The indictment was presented to the grand

9  jury, arrest warrants were issued.  Following that,

10  we spent a couple of days conducting site

11  assessments of where all the targets or the people

12  to be arrested were.  We brought in extra resources

13  from the FBI, SWAT teams, helicopters, aircraft, the

14  stuff that we need to conduct simultaneous takedown

15  around the state, if you will.

16         And so we did that, if my memory serves me

17  correct, December 3, 2015, very early in the

18  morning.  In fact, we started at 4:00 a.m., I

19  believe.  Some of the search warrants that I wrote,

20  we were granted permission from the Court to serve

21  them at that time in the morning.

22         So we served dozens of search and arrest

23  warrants.  At the same time, the New Mexico

24  Corrections Department locked down five prison

25  facilities around the state that housed SNM members

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

837

```
 1   and their internal -- I believe they call it --
 2   SCRT, their Special Corrections Response Team,
 3   extracted the SNM members and searched their cells.
 4   And if my memory serves me, the Department of
 5   Corrections Probation and Parole conducted about 45
 6   parole searches around the state of SNM members.
 7        Q.   Now, you said the prison facilities are
 8   locked down.  What's your understanding of what a
 9   lockdown is at a facility?
10        A.   There is no movement by the inmates.
11   Everyone stays in their cell, and all programming
12   and movement is suspended until the lockdown is
13   lifted.
14        Q.   And if you recall, which facilities were
15   involved with the lockdown?
16        A.   PNM up in Santa Fe; Southern, down here in
17   Las Cruces; Western, out in Grants, New Mexico;
18   Eastern -- that location escapes me -- and Central,
19   which is in Los Lunas, New Mexico.
20        Q.   Is Central the prison you see when you're
21   driving between Albuquerque and Las Cruces on the
22   side of the road?
23        A.   Yes, it would be on your right if you're
24   going northbound.  So it's located east of the
25   freeway.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

838

1      Q.   And as part of that process, what happened
2 to individuals who were arrested on that particular
3 day of the takedown?
4      A.   We set up what I'll call a prisoner
5 processing center.  We took over a state building in
6 downtown Albuquerque.  They call it the Gold
7 building.  It's a New Mexico Corrections Department
8 building.  And because there were arrests taking
9 place all over the state, as well as out of state,
10 actually -- there were a couple of operations -- as
11 arrestees were arrested, they were brought to the
12 central processing area so that we could fully
13 identify them, fingerprint them, photograph them,
14 and then read them their rights and attempt to
15 interview them.
16      Q.   And you mentioned photographing people.
17 What was the purpose of photographs?
18      A.   Twofold.  I'd written a search warrant
19 to -- I'd requested the Court's permission to
20 photograph them, basically their entire body minus
21 genitalia.  That was to capture their tattoos, both
22 street gang tattoos and prison gang tattoos.  The
23 search warrant also authorized, I forgot to mention
24 earlier, the collection of DNA, which is a protocol
25 we have to do in the FBI when we arrest somebody;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  and then to interview them.
 2       Q.   I'm going to begin with the people that
 3  are on trial here, and I'm going to show you some
 4  photographs.  I'll begin with Government's Exhibit
 5  548, 549, 550, 551, 552.
 6            MR. LOWRY:  Your Honor, may we approach
 7  real quickly?
 8            THE COURT:  You may.
 9            MR. CASTELLANO:  Those will be 549 through
10  560.
11            (The following proceedings were held at
12  the bench.)
13            THE COURT:  So you're going 548 through
14  560.  There are no gaps there?
15            MR. CASTELLANO:  That's correct, Your
16  Honor.
17            THE COURT:  Mr. Lowry.
18            MR. LOWRY:  Your Honor, I should have
19  talked to Mr. Castellano earlier about working out a
20  protocol.  If he'd read off the Bates numbers, if
21  he's not going to show them to me in the court.
22  They disclosed all the exhibits.  We're just going
23  to work on that level.  It would be nice to get a
24  heads-up.
25            THE COURT:  He did yesterday.  He told you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

840

```
 1   what exhibits the exhibits were going to be, and
 2   offered to show them to you yesterday.
 3             MR. LOWRY:  We looked at them this
 4   morning.  We don't mind the full-body shots.  I'm
 5   not sure how many -- 12 photographs are necessary of
 6   Mr. Baca.  It's overkill.
 7             MR. CASTELLANO:  These are actually Mr.
 8   Sanchez.
 9             THE COURT:  There's a whole bunch there.
10   It's not just Mr. Baca.
11             MR. LOWRY:  Fair enough.  I don't have
12   standing to --
13             THE COURT:  Well, it's all four
14   defendants; right?
15             MR. CASTELLANO:  That series is only Mr.
16   Sanchez, and there is a series for each of these
17   defendants.
18             MR. LOWRY:  I guess I'm objecting just to
19   the scope, the volume of the --
20             THE COURT:  Well, there's body shots,
21   there's close-ups, and everything else here.  I
22   think it's coming in.
23             (The following proceedings were held in
24   open court.)
25             THE COURT:  All right.  Mr. Castellano.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

841

```
 1   BY MR. CASTELLANO:
 2        Q.   Agent Acee, I'm handing you what's been
 3   marked for identification Government's Exhibits 548
 4   through 560.  Please look at these exhibits and tell
 5   us if you recognize each of those exhibits.
 6        A.   I do.
 7        Q.   Are those a fair and accurate depiction of
 8   the photographs taken on December 3 of 2015?
 9        A.   They are.
10        Q.   And those are photographs of who?
11        A.   These are photographs of Daniel Sanchez.
12             MR. CASTELLANO:  Your Honor, I move the
13   admission of Government's Exhibits 548 through 560.
14             THE COURT:  Any objection, Ms. Jacks?
15             MS. JACKS:  No objection, Your Honor.
16             THE COURT:  All right.  Government's
17   Exhibits 548 through 560 will be admitted into
18   evidence.
19             (Government Exhibits 548 through 560
20   admitted.)
21             MR. CASTELLANO:  With the Court's
22   permission, I'd like to publish them to the jury.
23             THE COURT:  You may.
24   BY MR. CASTELLANO:
25        Q.   Beginning with 548 -- and we'll just go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

842

1  sequentially through them.  Government's 548, there

2  is a name and date of birth redacted and the date

3  12/3 of 2015.  So is this consistent with what you

4  were telling us about doing the roundup and the mass

5  arrests in December of 2015?

6        A.   Yes.

7        Q.   The name Daniel Sanchez -- is that the

8  person you know as Daniel Sanchez from this case?

9        A.   It is.

10       Q.   And do you see Daniel Sanchez in the

11 courtroom?

12       A.   Yes, sir.

13       Q.   Would you please point him out and

14 identify him for us?

15       A.   He's seated to the left of defense

16 counsel, left side of the courtroom, looks like a

17 blue suit and bluish-grey shirt with a blue tie.

18            MR. CASTELLANO:  Let the record reflect

19 that Agent Acee has previously identified Mr. Baca,

20 and has now identified Mr. Sanchez.

21            THE COURT:  The record will so reflect.

22 BY MR. CASTELLANO:

23       Q.   Turning to Exhibit 549, I want to ask you

24 about any interpretation or meaning of these

25 tattoos, Agent Acee.  But I want to ask you, as you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

843

 1   took photographs or had someone photograph the

 2   people on this occasion, whether you saw common

 3   trends in some of the tattoos.

 4        A.   Okay.

 5        Q.   So looking at Exhibit 549, do you see

 6   anything there or similar that you've seen on other

 7   people arrested?

 8        A.   Yes.

 9        Q.   Okay.  Please start with the first one you

10   see.

11        A.   As you look at the photo, to the left side

12   of the photo on Mr. Sanchez's right forearm, lower

13   bicep area, the letter N, and the same location on

14   the opposite arm, you see the M for New Mexico.

15        Q.   Turn to Exhibit 550.  Is that focusing on

16   the hands you told us about previously?

17        A.   Yes, sir.

18        Q.   Exhibit 551.  Same question.  Are they --

19   are you just focusing primarily on the M there?

20        A.   Yes.

21        Q.   Exhibit 552, I want to draw your

22   attention -- we may have another photograph in a

23   second -- the left elbow shown in that picture?

24        A.   Yes.  There's two things with that.  The

25   Zia that I think we'll see in a subsequent picture,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

844

1   and then up toward the top of the photo, that's

2   depicting his left shoulder, kind of the front of

3   his shoulder, the female with the sombrero.  That's

4   often referred to as a chata, and that's a common

5   tattoo that we see.

6        Q.   Turning to Exhibit 553, you mentioned a

7   Zia symbol earlier.  Do you see it better in this

8   photograph?

9        A.   Yes.  That depicts Mr. Sanchez's left

10  elbow.

11       Q.   Next is Exhibit 554.  What do you see

12  there that you may have seen on other people

13  arrested in this case?

14       A.   You'll notice now in this photo you can

15  see on both elbows the Zia symbol, and then

16  prominently in the center of his back the chata

17  again.

18       Q.   Do you see his name anywhere up there?

19       A.   I do.  His name starts at the upper left

20  portion of his back and runs all the way across his

21  back to his right shoulder.  He also has his

22  hometown tattooed on the back of his neck.  It says

23  "Belen."

24       Q.   Belen, of what state?

25       A.   New Mexico.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

845

```
 1        Q.    Turning to Exhibit 555, anything

 2   additional you see there?

 3        A.    No.

 4        Q.    Now turning to Exhibit 556?

 5        A.    This photo on Mr. Sanchez' right knee,

 6   there is another Zia symbol, and on his left knee I

 7   believe is the outline of the state of New Mexico,

 8   which I think we'll see in a subsequent photo.

 9        Q.    Exhibit 557?

10        A.    In this photo it's of a man wearing a head

11   band behind prison bars.

12        Q.    Next is Exhibit 558.

13        A.    This is the one I described just a few

14   seconds ago, the outline of the state of New Mexico

15   on his knee and it says "Valencia County," which is

16   in New Mexico.

17        Q.    Turn your attention next to 559.

18        A.    In this photo it has the defendant's name,

19   it says, the left side of his leg.

20        Q.    Once again, the name "Sanchez" is on

21   there?

22        A.    Yes, sir.

23        Q.    And finally Exhibit 560.

24        A.    It's an overall photo of Mr. Sanchez at

25   the end of the photo session.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

846

1      Q.   Earlier, to begin this investigation, we

2  talked about potential threats against Secretary

3  Marcantel as well as the STIU head, Mr. Santistevan.

4  On this occasion, we now have a photograph of Mr.

5  Sanchez.  What can you tell the members of the jury,

6  why he was arrested on this occasion?  In connection

7  with which charges, I should say.

8      A.   Mr. Sanchez was arrested for a violation

9  of violent crime in aid of racketeering,

10 specifically for the murder of Javier Molina that

11 occurred in 2014 down here in Las Cruces, at the

12 Southern New Mexico Correctional Facility.

13     Q.   Now, related to the Javier Molina

14 investigation, you mentioned earlier that sometimes

15 you adopt cases and take them from the state system

16 into the federal system.  Do you recall that?

17     A.   Yes.

18     Q.   What can you tell us about the Javier

19 Molina murder and whether or not that was a similar

20 process?

21     A.   It was.  In that case we weren't adopting

22 a simple drug or firearm charge; we're actually

23 adopting a murder, because we had evidence that fell

24 within the federal racketeering guidelines.

25     Q.   And when the Javier Molina murder was



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                       1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

847

1    first charged, was it charged at the state level?

2         A.   It was.

3         Q.   Do you remember how many defendants were

4    initially charged in the Molina murder?

5         A.   I think four.

6         Q.   To the best of your recollection, who were

7    those people?

8         A.   Jerry Montoya, Jerry Armenta, and Mario

9    Rodriguez.  I hesitated there because I thought

10   there was some discussion of a fourth defendant, but

11   it may very well have just been those three.

12        Q.   And if you can recall, was Mr. Rodriguez

13   charged with the murder, or was he charged with

14   something else in connection with that murder?

15        A.   I believe he was charged with tampering

16   with evidence.

17        Q.   As a result of the investigation, then,

18   were additional people charged in connection with

19   that murder?

20        A.   Yes.

21        Q.   Was Mr. Sanchez one of those people?

22        A.   He was.

23        Q.   I have another set of photographs here

24   beginning with Exhibits 495, 496, 497, 498, 499,

25   500, 501, 502, 504, 505, 506 and 507.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

848

```
 1              MR. CASTELLANO:  May I approach the
 2   witness, Your Honor?
 3              THE COURT:  You may.
 4   BY MR. CASTELLANO:
 5      Q.   Agent Acee, same question.  I'll ask you
 6   to look at those photographs and see if you
 7   recognize them.
 8      A.   Yes, sir, I do.
 9      Q.   How do you recognize them?
10      A.   These are photos of Mr. Baca.
11      Q.   It's a fair and accurate depiction of
12   photos taken on December 3 of 2015?
13      A.   Yes, they are.
14              MR. CASTELLANO:  Your Honor, I move the
15   admission of those exhibits.
16              THE COURT:  Any objection, or anything?
17              MR. LOWRY:  No, Your Honor.
18              THE COURT:  And I believe from 495 to 507,
19   the only one that there was a gap was 503; is that
20   correct?
21              MR. CASTELLANO:  There was a gap, Your
22   Honor.  Let me just confirm that for the Court.
23              THE COURT:  I don't think there was 503.
24   So 495 to 507 will be admitted, except there will be
25   no 503; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

849

```
 1            MR. CASTELLANO:  I agree, Your Honor.  And
 2   with the Court's permission, I'll also publish these
 3   to the jury beginning with Exhibit 495.
 4            THE COURT:  You may.
 5            (Government Exhibits 495 to 502 and 504 to
 6   507 admitted.)
 7   BY MR. CASTELLANO:
 8       Q.   Agent Acee, consistent with what you've
 9   said, there is a name up there and a date of
10   December 3, 2015.  Is this the same situation we had
11   with Mr. Sanchez earlier?
12       A.   Yes.
13       Q.   And turn to the next exhibit.  What are we
14   looking at in Exhibit 496?
15       A.   We're looking at a side profile of Mr.
16   Baca's head and neck area, upper shoulders.
17       Q.   And what can you tell us about what's near
18   his left eye?
19       A.   It's a Zia symbol with an S in the center
20   of it.
21       Q.   Turning to Exhibit 497, what else do you
22   see in addition in this photograph?
23       A.   In this photograph it depicts Mr. Baca's
24   neck and upper chest area with several tattoos.  The
25   one in the center of his -- let me back up.  Excuse
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

850

1   me.  On his neck, it says his name, "Baca."  Below

2   that it says "Duke City," which is often referred to

3   as Albuquerque.  And just underneath that you can

4   start to see what I believe is the Hyatt building.

5   And we'll see the outline of some of the buildings

6   in Albuquerque.  On his left shoulder is currency,

7   looks like a $1,000 bill, and then some other

8   tattoos.

9       Q.   Let's get another view in Exhibit 498.

10  You mentioned the name Baca.  Can you see it better

11  in this exhibit?

12      A.   Yes, sir.

13      Q.   As well as the words "Duke City"?

14      A.   Yes.

15      Q.   And what about the Hyatt building?

16      A.   It's in the center of his chest in this

17  photo.  To the left side of the photo, it looks like

18  someone's ball cap or possibly a hoodie, but you'll

19  see on the front of it there is an S, as well.

20      Q.   And in your investigation of the SNM

21  prison gang, have you sometimes known them to be

22  called S for short?

23      A.   Yes.

24      Q.   Let me turn your attention to 499.

25      A.   This is his right shoulder and it's a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

851

1   better depiction of that ball cap, or perhaps it's a

2   hoodie, but it's a hat of some sort.  The person is

3   wearing a ski mask and holding a pistol with smoke

4   coming out of the muzzle.

5       Q.   Let's take a look at Exhibit 500.  In

6   addition to what you've already testified to, what

7   are we looking at in what I refer to as his torso or

8   his stomach area?

9       A.   A tattoo -- well, there is a tattoo in the

10  center, where his solar plexus would be, of a prison

11  tower.  Below that it says "Nuevo Mexico Sindicato."

12      Q.   Turning next to Exhibit 501.  You

13  mentioned a prison tower.  Can you see it a little

14  better in this picture?

15      A.   Yes.  It's towards the top of the photo.

16      Q.   If you can go ahead and touch the screen,

17  you can probably circle that from the witness stand.

18      A.   (Witness complies.)

19      Q.   Anything else you notice from this

20  exhibit?

21      A.   I previously mentioned the Nuevo Mexico

22  Sindicato, as I indicated on the screen.

23          MR. CASTELLANO:  For the record, the

24  witness has underlined the words "Nuevo Mexico" and

25  "Sindicato" and circled the tower on the top of that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  photograph.

2      Q.   Exhibit 502 of the -- I want to draw your

3  attention to the back of the arm there and see if

4  you can tell us what that is.  If it's easier, I can

5  show you the -- we're showing this up on the screen.

6  I can show you a physical copy of the exhibit, if

7  that helps.

8      A.   That might help.  There is a glare on here

9  I'm having trouble seeing.

10          MR. CASTELLANO:  May I approach, Your

11  Honor?

12          THE COURT:  You may.

13     A.   So in this photo, there are several --

14  this is depicting Mr. Baca's right arm and his

15  profile looking at the right side of his body.

16  There are several tattoos, some of which I've

17  already described.

18  BY MR. CASTELLANO:

19     Q.   Turning to Exhibit 504, can you tell the

20  members of the jury if this is a common theme you've

21  seen in some of the people you've arrested in this

22  case?

23     A.   Yes.

24     Q.   And for the record, what are we looking at

25  in this exhibit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

853

1    A.   We're looking at the back of Mr. Baca's

2 upper back and shoulders.  It's a Mayan or an Aztec

3 artwork.  This is a theme that some of the members

4 of the SNM have.

5    Q.   Turning to Exhibit 505.

6    A.   This is a closer-up picture of what I just

7 described, and this is on the upper right side, rear

8 of Mr. Baca's shoulder.

9    Q.   Now looking at Exhibit 506.

10    A.   This is a photo of Mr. Baca's right hand

11 with some tattoos.

12    Q.   If you can tell, do you know what that --

13 on his left thumb, on Exhibit 506, what that is or

14 what it looks like?

15    A.   It's -- there are different names for it,

16 but I'll describe the photo first.  It's a man in a

17 hat wearing sunglasses with a handlebar-style

18 mustache.  And it's sometimes -- I've heard it

19 called, like, a -- I'm drawing a blank on the name.

20 I'm sorry.

21    Q.   That's okay.  Finally, Exhibit 507.

22    A.   This is similar to a photo we looked at

23 earlier.  This is just a profile of Mr. Baca with

24 his shirt off, showing the front of his body with

25 his tattoos.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

854

 1      Q.   The same question as earlier.  In the

 2   state case -- was Mr. Baca charged in the state

 3   case?

 4      A.   He was.

 5      Q.   In the state case?

 6      A.   Excuse me, no.  Just in the federal case.

 7      Q.   So was he also an addition to the Molina

 8   murder as a part of your investigation?

 9      A.   Yes.

10      Q.   Next, I'm going to draw your attention to

11   another set of photographs.  Those numbers are

12   606 -- let me see if there are any gaps here.  These

13   are all sequential.  These are Exhibits 606 through

14   613.

15           MR. CASTELLANO:  May I approach, Your

16   Honor?

17           THE COURT:  You may.

18   BY MR. CASTELLANO:

19      Q.   Agent Acee, let me show you Exhibits 606

20   through 618.  Do you recognize each of those

21   photographs?

22      A.   I do.

23      Q.   And they are photographs of who?

24      A.   Jerry Armenta.

25      Q.   Are they a fair and accurate depiction of



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

855

1  the photos taken on December 3, 2015?

2      A.   Yes, sir.

3           MR. CASTELLANO:  Your Honor, I move the

4  admission of Government's Exhibits 608 through 618.

5           THE COURT:  Earlier I thought you said

6  606.

7           MR. CASTELLANO:  You are correct, Your

8  Honor.  606.

9           THE COURT:  Any objection from the

10 Defendants?  Not hearing any, Government's Exhibits

11 606 through 618 inclusive will be admitted into

12 evidence.

13          (Government Exhibits 606 through 618

14 admitted.)

15 BY MR. CASTELLANO:

16     Q.   I'd like to begin looking at 606.  I think

17 you mentioned the name, but who is this?

18     A.   Jerry Armenta.

19     Q.   And was Jerry Armenta initially charged in

20 the Molina murder when it was a state case?

21     A.   Yes.

22     Q.   Did you bring him into the federal case?

23     A.   Yes.

24     Q.   Next Exhibit 607.  What are we looking at

25 there?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

856

```
 1        A.   We're looking at Mr. Armenta's lower
 2   chest, upper stomach area.  On his stomach he has a
 3   street gang tattoo, NSL, which I believe would be
 4   North Side Locos.  Below that you'll see the number
 5   114 with the percent symbol.
 6        Q.   Let's turn to 608.  I think it's a better
 7   picture of that tattoo there.  Can you see that
 8   better?
 9        A.   Yes.
10        Q.   Okay.  Tell us about that tattoo first.
11        A.   So even more clearly you see it here, NSL.
12   It says "114 percent," and below his belly button
13   says "Norteno."  These are street gang tattoos that
14   pertain to -- here, the 114 percent is he's claiming
15   pride in being a Norteno.  I don't want to give you
16   a long history lesson on California gangs, but this
17   is an offshoot of a gang from California.
18        Q.   Let me ask you this.  Just generally in
19   this case, when you came across somebody who you
20   identified as an SNM Gang member, were you also
21   aware whether or not they previously belonged to a
22   street gang?
23        A.   Yes.  That was one of the first questions
24   I'd find out from them.
25        Q.   Let's turn to 609.  Anything significant
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

857

1    in the left arm depicted in this photograph?

2         A.   It's a scheme -- a common theme that we're

3    going to see over and over again:  Naked women, guns

4    and money.  And that's what's depicted on the left

5    arm of Mr. Armenta.

6         Q.   And let's look at Exhibit 610.

7         A.   In this one there's -- there are a couple

8    significant tattoos.  We're looking at his right

9    arm.  And to the upper left here, you see a prison

10   tower.  Below that there are scrolls.  The first one

11   says 01, 02 -- I think we have 05.  These scrolls

12   are years that the person wearing them fell or those

13   were years they did time in prison.

14        Q.   Exhibit 611?

15        A.   This photo depicts the back of Mr.

16   Armenta's neck, and his moniker is spelled across

17   it, which is Creeper.

18        Q.   During the course of the investigation,

19   did you come to know Mr. Armenta as Creeper?

20        A.   Yes.

21        Q.   Exhibit 612?

22        A.   This photo depicts the back side of Mr.

23   Armenta's right ear.  It looks like the tattoo says,

24   "Disavowed."

25        Q.   And do you know anything about that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

858

1  tattoo?

2      A.   I don't.

3      Q.   Looking at Exhibit 613.

4      A.   This is Mr. Armenta's left ear, and it

5  says, "Misunderstood."

6      Q.   And have you met Mr. Armenta?

7      A.   I have.

8      Q.   Have you sat down and interviewed him or

9  debriefed him?

10      A.   Yes.

11      Q.   Let's take a look at Exhibit 614.

12      A.   This is the top of Mr. Armenta's head.

13  His head is shaved.  You'll see the outline of the

14  state of New Mexico and the Zia symbol.

15      Q.   Once again, are things like NM or the

16  state of New Mexico or the Zia symbol a common theme

17  that you have noticed in this case?

18      A.   Yes.

19      Q.   Again, Exhibit 615.  What do we see in

20  this photograph?

21      A.   This is Mr. Armenta's right hand.  He's

22  spreading his fingers, and it looks like his right

23  middle finger -- I talked about before NSL 14, a

24  street gang.  It looks like he has some other

25  tattoos that are either too light or he either

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

859

 1   shaded over in the circle there.

 2        Q.    All right.   Looking next to Exhibit 616.

 3        A.    This is Mr. Armenta's right leg.   You see

 4   the Zia symbol on his knee.   Below that, another

 5   reference to a street gang.   N-O-R, for north, and

 6   then you can see the 14 at the bottom.

 7        Q.    Exhibit 617?

 8        A.    This is Mr. Armenta's left leg.

 9        Q.    If the other leg said "north," what does

10   this leg show?

11        A.    It spells out side, S-I-D-E.

12        Q.    So when you put the two legs together,

13   what do we get?

14        A.    North side.

15        Q.    And finally, Exhibit 618.

16        A.    So this depicts Mr. Armenta's stomach and

17   the tattoos that I talked about before, NSL and 14

18   percent, Norteno.

19        Q.    I'm going to turn your attention next to

20   another set of photographs.   These photographs are

21   numbered 596 through 605.

22             MR. CASTELLANO:   May I approach?

23             MS. JACKS:   No objection.

24             THE COURT:   Any objection from any of the

25   Defendants?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

860

```
 1          MR. VILLA:  No, Your Honor.
 2          THE COURT:  I assume you're going to move
 3   their admission?
 4          MR. CASTELLANO:  Yes, sir.
 5          THE COURT:  All right.  Exhibits 596
 6   through 605, with no gaps, inclusive, will be
 7   admitted into evidence.
 8          (Government Exhibits 596 through 605
 9   admitted.)
10   BY MR. CASTELLANO:
11      Q.   Agent Acee, let's look at Exhibit 596.
12   Who is that?
13      A.   Jerry Montoya.
14      Q.   And do you know him from this
15   investigation?
16      A.   I do.
17      Q.   And have you had a chance to sit down and
18   interview him or debrief him?
19      A.   Yes.
20      Q.   Was he one of the original defendants from
21   the state case involving Mr. Molina?
22      A.   Yes.
23      Q.   Let's turn to the next exhibit.  597.
24      A.   This photo depicts Mr. Montoya with his
25   shirt off.  He has the initials JR on his chest,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

861

```
 1   which is a nickname he goes by.  His father had the
 2   same name, so he's a junior.
 3        Q.   From that photograph, are those boxing
 4   gloves?
 5        A.   Yes.
 6        Q.   What other names do you know Mr. Montoya
 7   by?
 8        A.   Plaz, P-L-A-Z, or double Z; Plazi, or JR.
 9        Q.   Turning next to 598.
10        A.   This photo is the forearm of Mr. Montoya
11   at the top.  There's a couple of things I'll note.
12   The first is a peacock.  Below that, the name of his
13   street gang, San Jo, or San Jose.
14        Q.   So you mentioned the term or the words San
15   Jo.  Is that short for San Jose?
16        A.   Yes, sir.
17        Q.   What do you know about that gang or that
18   area?
19        A.   That's a neighborhood in Albuquerque.
20   It's a street gang that's been around for a long
21   time.
22        Q.   Let's turn to the next exhibit, please.
23   599.  Anything significant you see in this
24   photograph?
25        A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

862

1     Q.    The next, Exhibit 600.

2     A.    This is the back side of his forearm.  He

3 has "east."

4     Q.    If he has "east," let's turn then to 601.

5     A.    On his right forearm he has "side."

6     Q.    Once again, when you put the two together

7 you get "east side"?

8     A.    Yes.  The San Jose street gang is split

9 into two:  An east side and a west side.

10    Q.    Turning to Exhibit 602.

11    A.    This is Mr. Montoya's back, his shirt off.

12 At the base of his neck he has "San Jose."  He has

13 the same thing in letters across his lower back, and

14 then we can start to see the Zia symbol here with an

15 S in it.

16    Q.    For the record, you circled the right side

17 of his neck; is that correct?

18    A.    Yes.

19    Q.    Let's go ahead and turn, then, to Exhibit

20 603.

21    A.    That's a closer-up photo.  You see the Zia

22 symbol with the S shaded out inside.

23    Q.    The same thing?  This is a common theme

24 you've seen?

25    A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

863

```
1        Q.   604.

2        A.   It's the same photo, just a little closer

3   up.

4        Q.   And 605?

5        A.   This would be Mr. Montoya's out photo,

6   we'll call it, after all the photos were taken.

7        Q.   Showing us a smile?

8        A.   Seems like he's always smiling.

9        Q.   And so for someone like Mr. Montoya -- and

10  when you talked about arresting people, where was he

11  when you grabbed him and took him from the State and

12  brought him to federal court?

13       A.   He was one of the people arrested at the

14  facility up in Santa Fe.  So he was up at PNM.  He

15  was extracted during the lockdown, and then

16  transported down to our processing center in

17  Albuquerque.

18       Q.   I'm going to show you another set of

19  photographs beginning with 586.  These are Exhibits

20  586 through 595.

21            MS. JACKS:  Again, Your Honor, there is no

22  objection.

23            THE COURT:  Any objection from any of the

24  Defendants?

25            MR. VILLA:  No objection.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

864

```
 1          MR. BALL:  No, Your Honor.

 2          THE COURT:  All right.  We'll admit

 3   Government's Exhibits 586 through 595, without gaps,

 4   inclusive.

 5          (Government Exhibits 586 through 595

 6   admitted.)

 7   BY MR. CASTELLANO:

 8      Q.   Let's begin with 586, please.  Who is

 9   that?

10      A.   Mario Rodriguez.

11      Q.   Do you know him by any other names from

12   this investigation?

13      A.   He uses the moniker Blue.

14      Q.   The same thing.  This has a date on here

15   of December 3, 2015.  Is this the same date as the

16   other people arrested?

17      A.   Yes.

18          THE COURT:  Mr. Castellano, would this be

19   a good time for us to take our lunch break before

20   you get too far into Mr. Rodriguez's pictures?

21          MR. CASTELLANO:  Yes, sir.

22          THE COURT:  All right.  Since we're going

23   to be taking our first lunch break during the trial,

24   I'm going to remind you of a few things that are

25   especially important.  Until the trial is completed,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you're not to discuss this case with anyone, whether

2  it's members of your family, people involved in the

3  trial, or anyone else.  And that includes your

4  fellow jurors.  If anyone approaches and tries to

5  discuss the trial with you, please let me know about

6  it immediately.

7          Also, you must not read or listen to any

8  news reports of the trial.  Again, don't get on the

9  internet and do any research for purposes of this

10  case.  And finally, remember that you must not talk

11  about anything with any person who is involved in

12  the trial, even if it doesn't have anything to do

13  with the trial.

14          If you need to speak with me, simply give

15  a note to one of the court security officers or Ms.

16  Standridge.  Again, I'm going to repeat these today

17  and we'll start dropping them off tomorrow.  But do

18  keep them in mind each time we take a break.

19          All right.  We'll be in recess for about

20  an hour so have a good lunch.  All rise.

21          (The jury left the courtroom.)

22          THE COURT:  Anything before we take our

23  lunch break?  All right.  Have a good lunch.  See

24  you in about an hour.

25          (Court was in recess.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

866

```
 1            THE COURT:  All right.  Let's go on the
 2   record before we bring the jury in.
 3            Ms. Fox-Young, I think you had something
 4   that you wanted to try to raise before we brought
 5   the jury in?
 6            MS. FOX-YOUNG:  Thank you, Your Honor.
 7            THE COURT:  Ms. Fox-Young.
 8            MS. FOX-YOUNG:  Your Honor, in the last
 9   hour I had the opportunity to briefly review the
10   Government's response to the motion that Mr. Lowry
11   filed to strike witnesses.  I don't know the
12   document number.  But all Defendants joined.  The
13   Government's response is Document 172, I believe.
14            THE COURT:  Hold on just a second.  Are
15   they ready?
16            THE CLERK:  Yes.
17            THE COURT:  Well, you said it could wait.
18   Can I take you up on that?
19            MS. FOX-YOUNG:  It can wait.
20            THE COURT:  All right.  You can talk to me
21   while she's getting the jury.  I thought they were
22   ready.  Not yet.
23            MS. FOX-YOUNG:  So the Government's
24   response, Document 1725, says on page 6, "The U.S.
25   has disclosed Brady and Giglio material as timely as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

867

```
 1   possible.  The latest information that was provided
 2   was not in the custody of the Government prior to
 3   production, and were provided as timely as
 4   possible."
 5            This Court has also received pleadings --
 6   there was one filed by Mr. Castle that attached some
 7   302s.  One in particular was produced within -- and
 8   there are many examples.  I'm going to give the
 9   Court one example.  It's Bates 41707.  It's a Billy
10   Cordova 302 regarding a July 14, 2016, interview, in
11   which he talks about helping to murder a Los
12   Carnales gang member, dumping the body in San Jose,
13   in Albuquerque.  He refers to lengthy
14   drug-trafficking history and an autobiography of
15   that drug-trafficking history that he was to
16   provide.  The Government has had this for a year and
17   a half.  Mr. Castellano and Mr. Armijo were at that
18   meeting.
19            THE COURT:  All right.  All rise.
20            (The jury entered the courtroom.)
21            THE COURT:  All right.  Be seated.
22            Good afternoon, everyone.  I appreciate
23   you being back and on time ready to go.  I think
24   we're even a minute or so early.  I appreciate
25   everybody working and trying to stay on schedule.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

868

```
 1            Mr. Castellano, if you wish to continue
 2   the direct examination of Mr. Acee.
 3            Mr. Acee, I'll remind you that you're
 4   still under oath.
 5            THE WITNESS:  Yes, sir.
 6            THE COURT:  Mr. Castellano.
 7            MR. CASTELLANO:  Thank you, Your Honor.
 8   BY MR. CASTELLANO:
 9       Q.   We're pulling up the next set of pictures,
10   I believe, starting with Government's 586.  I'm
11   going to use the visualizer.  While the computer is
12   starting up again, Agent Acee, this is Government's
13   Exhibit 586.  Who is this?
14       A.   Mario Rodriguez.
15       Q.   And the same question as usual:  There is
16   a date of December 3, 2015.  Is that the same date
17   as the roundup of the other people?
18       A.   Yes.
19       Q.   I think you testified earlier -- was it
20   your belief that Mr. Rodriguez was charged only with
21   tampering with evidence at the state level?
22       A.   Yes.
23       Q.   And once this became a federal case, was
24   he then charged with the Molina murder?
25       A.   Yes.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

869

1      Q.   Showing you Exhibit 587, once again, what
2   can you tell us about what you see in this photo
3   regarding tattoos?
4      A.   Across Mr. Rodriguez's abdomen is his
5   moniker, "Blue."  In between the L and the U is the
6   state of New Mexico outline that says "Silver City,
7   NM."
8      Q.   And what's your understanding about why
9   there is a "Silver City" in the NM?
10      A.   That's where he's from, and the street
11   gang that he belonged to is in Silver City.
12      Q.   Once again, you referenced a street gang.
13   So is it your understanding that he was a member of
14   the street gang before he was an SNM Gang member?
15      A.   Yes.
16      Q.   Anything else from that photograph?
17      A.   I think it's better depicted in subsequent
18   photographs, but you can see at his neck he has
19   writing there, and I believe that's the name of his
20   street gang.
21      Q.   Turning to Exhibit 588.
22      A.   This is a closer photo of Mr. Rodriguez'
23   abdomen with his moniker and the New Mexico tattoo.
24      Q.   Looking at Exhibit 589.
25      A.   We're looking at Mr. Rodriguez' left arm.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

870

1   You see on his -- just below his wrist he has an

2   "ES" for "east side."  That's the street gang that

3   he's part of.

4        Q.   For the record, I'm circling something on

5   his wrist.  Is that what you were referring to for

6   the "ES"?

7        A.   Yes.

8        Q.   Turning to Exhibit 590, what, if anything,

9   can you tell from this photograph?

10       A.   I see that it looks like he covered up

11  some tattoos there, but I'm not seeing anything of

12  significance.

13       Q.   If you can from this photograph, can you

14  see anything on his hand?

15       A.   I do see a tattoo on his hand.  I can't

16  quite make out what it is.

17       Q.   Looking at Exhibit 591.

18       A.   That's a close-up of his left inner

19  forearm.  Among the different designs there, I see

20  some prison bars here where I'm circling.

21       Q.   I'm now showing you Exhibit 592.  Are you

22  able to make out anything from this photograph?

23       A.   There is writing on the middle finger of

24  his left hand, but it's too blurry.

25       Q.   Looking at Exhibit 593.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

871

 1        A.   This is a similar to a photo I talked

 2   about earlier where he has "ES" on his left hand.

 3        Q.   And 594?

 4        A.   This is the back of Mr. Rodriguez' head.

 5   He has a tattoo on his scalp.  It looks like it says

 6   "SC."  I'm trying to go off memory of times I've had

 7   a closer look at it, but I don't recall what it is.

 8   And it's not clear in this photo, but I believe the

 9   circle here says "Silver City," but I'm going off

10   memory of conversations.

11        Q.   You said conversations.  Have you had a

12   chance to meet with him and interview him?

13        A.   I have.

14        Q.   Exhibit 595.

15        A.   In this photo it depicts Mr. Rodriguez.

16   He's holding up his shorts, so it's a photo of his

17   legs, that have several tattoos on them.  You'll see

18   on the left thigh -- I'll circle it -- there is a

19   large Zia symbol.

20             MR. CASTELLANO:  Now, turning to exhibits

21   beginning with 561.  These are Exhibits 561 through

22   567.

23             MS. JACKS:  No objection, Your Honor.

24             MR. VILLA:  No objection.

25             MR. BALL:  No objection.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

872

```
 1          THE COURT:  All right.  Not hearing any
 2   objection, Government's Exhibits 561 to 567 will be
 3   admitted into evidence.
 4          (Government Exhibits 561 through 567
 5   admitted.)
 6   BY MR. CASTELLANO:
 7      Q.   Agent Acee, I'm showing you Exhibit 561.
 8   Who is that?
 9      A.   Timothy Martinez.
10      Q.   Was he arrested the same day as the
11   others?
12      A.   Yes.
13      Q.   Where was he when you arrested him, or
14   some member of the team?
15      A.   He was up at the Penitentiary of New
16   Mexico, PNM North facility in Santa Fe.
17      Q.   Showing you Government's Exhibit 562.
18      A.   This is a photo of Mr. Martinez's torso.
19   He has his arms extended.
20      Q.   I'm showing you Government's Exhibit 563.
21      A.   I don't see any gang-specific tattoos.
22      Q.   I'm now showing you Exhibit 564.  Let me
23   zoom out a little bit.
24      A.   That is Mr. Martinez's upper back.  You'll
25   see that it says "Silver City" in the center where
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

873

```
 1    he is from, and then the outline of the state of New

 2    Mexico and it says "Nuevo Mexico."  I just noticed

 3    as you were pulling away, sir, it looked like there

 4    was some Mayan -- some of the Aztec stuff that I

 5    referred to earlier, theme, kind of starting here

 6    and going down the right half of his back.

 7         Q.   So for the record, you're showing the back

 8    of his right arm, shoulder, and down the right side

 9    of his back; isn't that correct?

10         A.   Yes, sir.

11         Q.   And is Timothy Martinez known by any other

12    names from this investigation?

13         A.   He uses the moniker Red.

14         Q.   I'm showing you Exhibit 565.

15         A.   This is Mr. Martinez's left leg.  The

16    photo starts at the knee.  You'll see the Zia symbol

17    here with the letter M in it.  Below that, the

18    outline of the state of New Mexico.  Within the Zia

19    symbol you'll see the numbers 575, the area code

20    down here in southern New Mexico.

21         Q.   Let me skip ahead one to -- actually, let

22    me go ahead and show you 566.

23         A.   This is the left calf area of Mr.

24    Martinez.  And of significance is the peacock that

25    you see on his calf.  I've circled it.  Some SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    members maintain that that bird is a symbol that's

2    identified with the S.  Other members have told me

3    that it's not.

4         Q.   I can't tell from here.  Is that a peacock

5    or a roadrunner on that tattoo?

6         A.   I'm not a bird expert, but I guess it

7    could be a roadrunner.

8         Q.   But you have mentioned a peacock.  Have we

9    already seen earlier this morning at least one

10   tattoo with a peacock?

11        A.   We did.

12        Q.   Now, turning to Exhibit 567.  We saw the M

13   earlier.

14        A.   So you have the other kneecap, where it

15   has the N within the Zia, for New Mexico.

16        Q.   Looking down here on the right kneecap in

17   the photograph, can you tell what that is from the

18   photograph?

19        A.   First I thought it was a prison tower.

20   I'm just hesitating because it stays kind of wide

21   down here, so it almost looks like an Asian thing,

22   which would go with some of the letters or

23   characters you see on his leg.  So I'm not confident

24   that that's a prison tower.

25        Q.   I'm going to turn your attention to a set

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

875

```
 1    of photographs beginning with Government's Exhibit
 2    636.
 3              MR. CASTELLANO:  These are Exhibits 636
 4    through 643.
 5              MS. JACKS:  Again, no objection, Your
 6    Honor.
 7              MR. VILLA:  No objection.
 8              MR. MAYNARD:  No objection.
 9              MR. LOWRY:  No objection.
10              THE COURT:  And you're moving their
11    admission, Mr. Castellano?
12              MR. CASTELLANO:  Yes, Your Honor.
13              THE COURT:  Government's Exhibits 636
14    through 643, without gap, inclusive, will be
15    admitted into evidence.
16              (Government Exhibits 636 through 643
17    admitted.)
18    BY MR. CASTELLANO:
19        Q.   Agent Acee, let me begin with Exhibit 636.
20    Even though there is a name up there, who is that
21    person?
22        A.   David Calbert.
23        Q.   Same date of arrest?
24        A.   Yes.
25        Q.   Now, can you tell the members of the jury
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

876

1  whether or not David Calbert was initially charged

2  with any participation in the Molina murder?

3      A.   No, he was not.

4      Q.   Can you tell the members of the jury

5  whether he is now in some way tied to the Molina

6  murder?

7      A.   Yes, he is.

8      Q.   So as this investigation continued, is it

9  fair to say he was not initially charged with that

10 conduct?

11     A.   No, he was not charged with the Molina

12 murder.  He was charged with different racketeering

13 activity.

14     Q.   What was he charged with, if you remember?

15     A.   Violent crime in aid of racketeering,

16 assault causing great bodily injury, and I believe

17 there was a second count of violent crime in aid of

18 racketeering, attempted murder.

19     Q.   Let's look at Exhibit 637.  What do you

20 notice from his tattoos there?

21     A.   A couple things.  You'll notice on his

22 chin there is an S.  There is also a Zia symbol with

23 an SNM here on the lower part of his throat.  Across

24 his stomach here he has the name "Spider."  That's

25 his moniker.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

877

1        Q.    Turning to Exhibit 638.

2        A.    This is a close-up view of Mr. Calbert's

3    chin with that S, and then the S on his throat,

4    inside the Zia.

5        Q.    Let's look to Exhibit 639.

6        A.    That's a close-up photo of his moniker

7    "Spider" on his stomach.

8        Q.    And Exhibit 640?

9        A.    It's another shot of the S that's on his

10   neck.

11       Q.    Now looking at Exhibit 641.

12       A.    These are just spider webs.  Because his

13   moniker is Spider, it makes sense he has them.  They

14   used to be identified with -- people that have done

15   time would have spider webs, but people buy that in

16   tattoo shops, now, too, so it's lost its

17   significance.

18       Q.    So let's look at 643 next.

19       A.    On the back of Mr. Calbert's neck is his

20   name and his NMCD number.

21       Q.    And when you say NMCD, what is NMCD?

22       A.    That's his identification number for the

23   Department of Corrections.

24       Q.    All right.  What about the tattoo across

25   his shoulder blades?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

878

 1      A.    So that says, "Trust no bitch."

 2      Q.    Now, looking at Exhibit 643.

 3      A.    This is another close-up photo of the

 4  tattoo on his chin and his neck.

 5      Q.    And what is the tattoo on his chin?

 6      A.    The letter S.

 7      Q.    I discussed earlier about Mr. Calbert --

 8  was he also not charged with the Molina murder when

 9  it was a state case?

10      A.    He was not.

11          MR. CASTELLANO:  The next set of photos

12  begin with Exhibits 568 through 573.

13          MS. JACKS:  No objection, Your Honor.

14          THE COURT:  Anyone else?

15          MR. MAYNARD:  No objection.

16          MR. VILLA:  No objection, Your Honor.

17          THE COURT:  Not hearing any objection,

18  Government's Exhibits 568 through 573 without gap,

19  inclusive, will be admitted into evidence.

20          (Government Exhibits 568 through 573

21  admitted.)

22  BY MR. CASTELLANO:

23      Q.    Let's begin with Exhibit 568, please.  Who

24  is this person, Agent Acee?

25      A.    Roy Martinez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

879

```
 1        Q.   The same arrest date as the others?

 2        A.   Yes.

 3        Q.   How was Mr. Martinez implicated in this

 4   case, or what was he charged with?

 5        A.   Mr. Martinez was charged with racketeering

 6   violations related to the conspiracy to kill Gregg

 7   Marcantel and Dwayne Santistevan.

 8        Q.   Now, you previously mentioned that

 9   somebody -- I think Eric Duran -- turned over

10   letters to corrections officials?

11        A.   Yes.

12        Q.   Can you tell the members of the jury

13   whether any of those letters were authored by Mr.

14   Martinez?

15        A.   Yes.

16             MR. LOWRY:  Objection.  Calls for hearsay.

17             THE COURT:  Why don't you lay a foundation

18   how he knows this information before he testifies

19   about it.

20   BY MR. CASTELLANO:

21        Q.   Have you had a chance to read any of those

22   letters?

23        A.   All of them.

24        Q.   And do any of those letters claim to be

25   written by someone named Roy Martinez?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

880

```
1        A.    Yes.

2        Q.    Let's take a look at Exhibit 569.

3        A.    In this photograph we see Mr. Martinez's

4  chest and abdomen.  I'm circling a Zia in which the

5  letters SNM are listed.

6        Q.    What does SNM stand for?

7        A.    It's the New Mexico syndicate, or

8  Sindicato de Nuevo Mexico.

9        Q.    And on the various tattoos you've seen

10 throughout this case, does the word "syndicate" or

11 "sindicato" -- have you seen it spelled different

12 ways?

13       A.    Yes.

14       Q.    What ways have you seen it spelled?

15       A.    Well, "syndicate" is spelled the standard

16 English way you would spell it.  "Sindicato" I have

17 seen spelled with both a Y and an I.  I have seen

18 the Corrections Department spell it that way, both

19 ways.  And I have seen members of the SNM spell it

20 both ways on tattoos on their body.  So it seems to

21 just be a preference.

22       Q.    So the first two letters, either S-I or

23 S-Y?

24       A.    Correct.

25       Q.    Let's take a look at 570.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

881

1    A.   This is a closer-up photo of Mr. Martinez'

2  stomach.  It depicts a Zia with the SNM.  To the

3  right of that in the photo, it looks like it says

4  "West Side Locos," with a 16.  Off the top of my

5  head, I don't remember what street gang he grew up

6  in, but I know the West Side Locos to be a street

7  gang.

8    Q.   When you say West Side Locos, are we

9  looking at three letters, W-S-L?

10   A.   Yes.

11   Q.   We're looking at 571.  What else do you

12 notice about the tattoos in this exhibit?

13   A.   Well, in this one I see Mr. Martinez.

14 He's holding his arms out so we can see part of his

15 bicep.  Then down his forearms.  It looks likes he

16 has a Zia on his left arm, and he covered up some

17 other tattoos below that.  On his other arm I don't

18 see anything of significance.

19   Q.   And throughout this investigation, by what

20 other name or names have you known Roy Martinez?

21   A.   Shadow or Big Shadow.

22   Q.   Looking at Exhibit 572.

23   A.   This is Mr. Martinez with his shirt off,

24 and you'll see on his upper right shoulder on the

25 back he has a tattoo of a home boy and it says

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

882

```
 1   "Shadow" above it.
 2        Q.   And then Exhibit 573?
 3        A.   This is Mr. Martinez' out photo.
 4        Q.   Have you had a chance to visit with Mr.
 5   Martinez and interview him?
 6        A.   I have.
 7        Q.   And is he cooperating in relation to the
 8   Gregg Marcantel and Dwayne Santistevan part of this
 9   investigation?
10        A.   Yes.
11             MR. CASTELLANO:  Okay.  I'm looking next
12   at the exhibits beginning with Exhibit 574 through
13   580.
14             MS. JACKS:  No objection.  Your Honor.
15             MR. VILLA:  No objection.
16             MR. LOWRY:  No objection.
17             MR. MAYNARD:  No objection.
18             THE COURT:  Government's Exhibits 574
19   through 580, inclusive, without gap, are admitted
20   into evidence.
21             (Government Exhibits 574 through 580
22   admitted.)
23   BY MR. CASTELLANO:
24        Q.   And beginning with Exhibit 574, who are we
25   looking at?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

883

```
1        A.    Robert Martinez.
2        Q.    And was he arrested on the same date?
3        A.    Yes.
4        Q.    Was he in prison at that time?
5        A.    He was.
6        Q.    Let's look at 575.
7        A.    In this photo, Mr. Martinez' chest and
8   arms are exposed with several tattoos.  It looks
9   like he covered up some tattoos in this area, but I
10  don't see anything of significance.
11       Q.    Let's then turn to 576.  Anything of
12  significance there that stands out?
13       A.    No, sir.
14       Q.    Exhibit 577.
15       A.    This is Mr. Martinez' -- the underside of
16  his left arm, starting at his armpit and running
17  down his forearm.  He has the letters SNM on his
18  tricep area.
19       Q.    Has he self-identified as an SNM Gang
20  member?
21       A.    Yes.
22       Q.    578.
23       A.    That's a closer view of that same photo.
24       Q.    Then Exhibit 579.  Do you see anything
25  there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

884

1       A.   No, sir.

2       Q.   Finally, Exhibit 580.

3       A.   No, sir.

4       Q.   Now, how is Mr. Martinez, Robert Martinez,

5   implicated in this case?

6       A.   He was charged in the

7   Marcantel-Santistevan conspiracy, as well as another

8   violent-crime-in-aid- of-racketeering assault that

9   took place.

10      Q.   What was he alleged to have done when it

11  comes to the Marcantel-Santistevan conspiracies?

12      A.   He authored letters that were sent out to

13  the street to members on the street to hit Marcantel

14  and Santistevan.

15      Q.   What about the assault?

16      A.   In the assault he and another member

17  paired up to assault an SNM member that had

18  disrespected Baby Rob, or Mr. Martinez.

19      Q.   Let me turn your attention then to

20  Government 581 through 585.

21          MS. JACKS:  No objection.

22          MR. VILLA:  No objection.

23          MR. LOWRY:  No objection.

24          MR. MAYNARD:  No objection.

25          THE COURT:  And assuming you're going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

885

```
 1  move their admission, Government's Exhibits 581
 2  through 585 will be admitted into evidence.
 3              (Government Exhibits 581 through 585
 4  admitted.)
 5              MR. CASTELLANO:  Thank you, Your Honor.
 6  BY MR. CASTELLANO:
 7      Q.    Okay.  Beginning with Exhibit 581, who is
 8  that?
 9      A.    Gerald Archuleta.
10      Q.    Now, I notice in this exhibit there is a
11  different date of April 28, 2016.
12      A.    Yes.
13      Q.    So I want to pause there for a moment and
14  ask you, you mentioned phase 1 of this prosecution
15  or the investigation was in December of 2015.  So
16  what happened between that time and the time that we
17  have photographs of Mr. Archuleta?
18      A.    We continued our investigation, continued
19  collecting evidence, and then myself and the other
20  agents assigned to the case went back to the federal
21  grand jury, provided testimony, secured indictments
22  and arrest warrants for phase 2 defendants.  Similar
23  to phase 1, we put together operational plans,
24  search warrants, and did another large-scale law
25  enforcement takedown around New Mexico and elsewhere
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

886

1   early in the morning.

2        Q.   All right.  So looking at Exhibit 581,

3   where was Mr. Archuleta when he was arrested?

4        A.   He was in Tennessee.

5        Q.   And was he in or out of prison at that

6   time?

7        A.   He was out.  He had a house, had a job,

8   living on the street -- excuse me, not living on the

9   street, but on the street.

10       Q.   And if you recall, do you remember how

11  long he'd been out of prison?

12       A.   More than a couple years.  I don't

13  remember the exact time.  But he did his parole

14  time.  He transferred his parole out to Tennessee,

15  and successfully completed it out there.

16       Q.   Looking at the next exhibit, 582.

17       A.   This is a photo of Mr. Archuleta with his

18  shirt off depicting the front of his body.

19       Q.   At some point in time, was Mr. Archuleta

20  known to be a leader of the SNM Gang?

21       A.   Yes.  I think we'll capture it in another

22  photo, but if you look at the top of his pants, it

23  will say "Nuevo Mexico" there.  You can just make it

24  out.

25       Q.   We may or may not have one of those, but

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

887

1   let's turn to 583.  Anything of significance stand

2   out in that exhibit?

3        A.   No.

4        Q.   Okay.  Turn to Exhibit 584.

5        A.   We might disagree on the bird, but I see

6   two peacocks at the top of his shoulders there, and

7   then on the back of his neck it says "Lilly."

8        Q.   So no roadrunners in this picture?

9        A.   No what?

10       Q.   No roadrunners in this picture?  Peacocks?

11       A.   Not in my opinion, no.

12       Q.   Exhibit 585.

13       A.   On his right shoulder he has the name

14  Lilly S.  I only mention that it's not a gang

15  tattoo, but someone in their opening -- I think it

16  was Ms. Armijo -- actually talked about the

17  controversy and the civil war in the SNM.  This is

18  the lady it ends up being over.

19       Q.   We'll probably hear from other witnesses,

20  but was that issue a point of contention within the

21  gang?

22       A.   Well, it was a point of contention between

23  these two guys, and they politicked to make it a

24  point of contention in the gang.

25       Q.   You mentioned two guys.  Who were the two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

888

```
 1  guys?
 2       A.    Gerald Archuleta and Julian Romero.
 3       Q.    And for what charge was Mr. Archuleta
 4  arrested?
 5       A.    Violent crime in aid of racketeering.  I'm
 6  only hesitating because there were three charges I
 7  thought were applicable.  But in the end, I think
 8  all that ultimately he was held responsible for was
 9  the violent-crime-in-aid-of-racketeering attempt to
10  commit assault resulting in great bodily injury.
11       Q.    And who was the victim of that assault?
12       A.    Julian Romero.
13       Q.    Turning to Government's Exhibit 628
14  through 635.
15            MS. JACKS:  No objection, Your Honor.
16            MR. VILLA:  No objection.
17            MR. LOWRY:  No objection, Your Honor.
18            MR. MAYNARD:  No objection.
19            THE COURT:  All right.  Assuming the
20  Government is moving the admission, Government's
21  Exhibits 628 through 635 inclusive and without gap
22  are admitted into evidence.
23            (Government Exhibits 628 through 635
24  admitted.)
25            MR. CASTELLANO:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

889

```
 1   BY MR. CASTELLANO:

 2        Q.   Beginning with Exhibit 628, who is this

 3   person?

 4        A.   Manuel Jacob Armijo.

 5        Q.   And I see once again the date of April 28,

 6   2016, on there?

 7        A.   Yes.

 8        Q.   Was this, then, part of the phase 2?

 9        A.   It was.

10        Q.   And when phase 2 happened, were additional

11   charges brought against additional defendants in

12   that next phase of the operation?

13        A.   Yes.

14        Q.   And so can you tell the jury, in addition

15   to the people in court today, were there other

16   members charged and other members still pending

17   trial?

18        A.   Yes.  Should I stop there?

19        Q.   Yes.  And is Mr. Armijo known by any other

20   names?

21        A.   Big Jake.

22        Q.   Let's turn to the next exhibit, 629.

23        A.   This is Mr. Armijo's right arm.  On the

24   back side of his arm you see the prison tower with

25   the gate and the barbed wire.  Just below that a Zia
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

890

1   with an S in it.

2        Q.   All right.  Turning to Exhibit 630.

3        A.   Nothing on that one.

4        Q.   Next is Exhibit 631.

5        A.   This tattoo that I'm circling that has the

6   paw print and then it says MEX, M-E-X.  To me, this

7   is a tattoo that signifies not only New Mexico but

8   Albuquerque, given the reference to what I recognize

9   to be to the Lobos.

10       Q.   What's at the bottom of his arm?

11       A.   It's a Zia symbol, and if I remember

12  correctly, inside that there is the letter S.  I

13  think we'll have another image of it.

14       Q.   Turning to Exhibit 632, what do we see

15  there?

16       A.   So in this photo a couple of things.

17  Across his lower stomach is Barelas, which is an

18  older neighborhood in Albuquerque, and is one of the

19  older street gangs in New Mexico.  A lot of the

20  founding members of the SNM are from that

21  neighborhood, as is Mr. Armijo.  Then you start to

22  make out -- looks like on his left arm, which is

23  depicted on the right side of the photo, it looks

24  like he covered up some tattoos here.  And then

25  there is another Zia symbol below that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Let's go ahead and turn to 633, then, to

2   get a better look.

3        A.    So the Zia symbol I was referencing is

4   shown in this photo, and it's got the S in the

5   center.

6        Q.    And 634?

7        A.    It's the same thing.

8        Q.    Exhibit 635?

9        A.    This is Mr. Armijo's back.  See on the

10  back of his right tricep the Zia with the S.

11       Q.    If you recall, what was Mr. Armijo charged

12  with?

13       A.    RICO Act conspiracy, Racketeer Influenced

14  and Corrupt Organizations Act conspiracy.

15       Q.    And was he charged in a separate

16  indictment than the gentlemen in court?  It was a

17  RICO conspiracy?

18       A.    Two of the gentlemen in court were charged

19  with that as well.

20       Q.    Let me ask you in that indictment, was

21  there any allegation against Mr. Armijo regarding a

22  murder in the overt acts of that indictment?

23       A.    Yes.

24       Q.    And was that indictment later superseded

25  or changed in any way regarding that murder?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   And what happened with the murder charge
 3   in which he was implicated between the first
 4   indictment and the second indictment in his case?
 5        A.   It was -- those overt acts were dropped
 6   because we determined that --
 7             MS. JACKS:  Objection, hearsay.
 8             THE COURT:  Are you trying to elicit this
 9   out-of-court?
10             MR. CASTELLANO:  I am, Your Honor.
11             THE COURT:  Why don't y'all approach on
12   this.
13             (The following proceedings were held at
14   the bench.)
15             THE COURT:  What is he going to say?
16   What's he about to say?
17             MR. CASTELLANO:  I think what he's going
18   to say is that the further investigation revealed
19   that he was not involved with that and therefore the
20   charge was removed.
21             MS. JACKS:  I think that's a conclusion
22   based on hearsay, and it's irrelevant.
23             THE COURT:  Well, but if it's his
24   conclusion from his investigation, I don't think
25   it's hearsay.  If he did the investigation and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

893

1  concluded --

2          MS. JACKS:  The investigation was based on

3  interviewing people.

4          THE COURT:  Well, he interviewed people,

5  but he made the determination.  Overruled.

6          MS. DUNCAN:  Your Honor, I'd like to move

7  for a mistrial based on Bryan Acee announcing to the

8  jury that two of the defendants are being charged in

9  another case not before the jury.  That is was

10  improper.

11          THE COURT:  These other defendants --

12          MS. DUNCAN:  There are two people in this

13  room that have been charged in another case, is what

14  he said; which now these jurors are aware of another

15  case pending against two of them.  So on that

16  ground, I would ask for a mistrial.

17          THE COURT:  Well --

18          MR. VILLA:  I want to join on behalf of

19  Mr. Perez, because the testimony was that two of the

20  defendants were joined, charged, in another

21  indictment.  It's not clear who.  So it leaves the

22  impression that it could be Mr. Perez.

23          THE COURT:  Can you clear it up, and can

24  you somehow eliminate this thing with Baca being in

25  the other cases?


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

894

```
 1          MR. CASTELLANO:  When he first said it, I
 2  noticed the comment, and quickly moved to another
 3  subject to try to minimize that.  But I did notice
 4  the comment, which was not intended to be elicited.
 5          THE COURT:  Why don't you tell him you're
 6  going to come back to it and clear up that none of
 7  the men in this case are charged in other cases, and
 8  just get an answer from him.
 9          MS. JACKS:  Mr. Sanchez joins in the
10  objection, and I also think it's probably
11  inappropriate for Mr. Castellano to tell Agent Acee
12  to come back to court and testify to something
13  that's not true.
14          MR. CASTELLANO:  I agree.  He can't do
15  that.  So the question is what we can do to minimize
16  that or shape his testimony to minimize or gloss
17  over that.
18          MR. LOWRY:  That horse has left the barn.
19          THE COURT:  Do this:  Minimize it by
20  saying, "Let's clear up right now, Mr. Sanchez is
21  not charged in any other cases; Mr. Perez is not
22  charged in any other case; Mr. Herrera is not
23  charged in any other case," and move on.
24          MS. JACKS:  I would object to that as a
25  solution because it's instructing him to elicit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

895

1   false evidence.

2           THE COURT:  It's not false evidence.

3           MS. JACKS:  It's not true.  Mr. Sanchez is

4   charged in another case, and referred to by Agent

5   Acee.

6           THE COURT:  Well, clear it up as to the

7   ones that are truthful.

8           MS. JACKS:  That's going to highlight it

9   all the more to Mr. Sanchez.

10          THE COURT:  Make up your mind.  Move on.

11          MS. JACKS:  Move for a mistrial.

12          THE COURT:  That's denied.  What do you

13  want?  Do you want this testimony or not?

14          MS. JACKS:  I don't want anything further

15  on behalf of Mr. Sanchez.  Let's go back to our

16  chairs.  The other Defendants may feel differently.

17          THE COURT:  Go back to your chairs.

18          (The following proceedings were held in

19  open court.)

20          THE COURT:  Mr. Castellano.

21  BY MR. CASTELLANO:

22      Q.  Now, Agent Acee, you had earlier talked

23  about the use of informants.  And as a result of the

24  use of informants, can you tell the members of the

25  jury whether Mr. Herrera and Mr. Perez were added to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the Molina murder?

 2        A.   Yes, they were.

 3        Q.   So beginning with Exhibits 539 through

 4   547, I'll approach in a second.

 5             MR. VILLA:  No objection from Mr. Perez.

 6             MS. JACKS:  No objection.

 7             MR. LOWRY:  No objection.

 8             MR. MAYNARD:  No objection.

 9             THE COURT:  All right.  Government's

10   Exhibit 539 through 547, without gap, inclusive,

11   will be admitted into evidence.

12             (Government Exhibits 539 through 547

13   admitted.)

14   BY MR. CASTELLANO:

15        Q.   Now, referring to other charges with these

16   defendants, we continue to say "the Molina murder,"

17   but is there more than one charge to include a

18   conspiracy to murder?

19        A.   Yes.

20        Q.   So looking at Exhibit 539, who is this

21   person?

22        A.   Rudy Perez.

23        Q.   Is this one of the defendants on trial?

24        A.   Yes, sir.

25        Q.   I notice the date there is also April 28
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

897

1   of 2016.

2        A.    Phase 2.

3        Q.    So without getting into the details, how

4   is it that Mr. Perez was not charged initially but

5   was charged in the later indictment?

6        A.    We developed additional information that

7   supported probable cause to charge him.

8        Q.    And who was the person who was involved

9   with that part of the investigation?  Which

10  cooperator?

11       A.    Billy Cordova, Little Shadow.

12       Q.    And how did you come to know Billy

13  Cordova?

14       A.    Depends how long of a story you want.  But

15  the short version is:  He was in custody up at MDC,

16  which is the Metropolitan Detention Center in

17  Bernalillo County.  I was at the detention center

18  visiting another SNM member who was cooperating.

19  The manner in which the correctional officers

20  brought the cooperator into the office to talk to me

21  compromised the cooperator.  It basically --

22  because --

23       Q.    Here's the question.  MDC is where and

24  what is it called?

25       A.    It's the Metropolitan Detention Center.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

898

1   It's Bernalillo County's jail.  It's west of
2   Albuquerque.
3        Q.   And did you say that you were intending to
4   meet with a cooperator there?
5        A.   Yes.
6        Q.   And what's the issue in meeting with
7   somebody who is cooperating with you in a jail or
8   prison facility?  What concerns do you have?
9        A.   Well, it's kind of a delicate matter,
10  because when I arrive at a jail, because I don't
11  work there, I have to identify myself.  And jails
12  and prisons have ears and news travels quickly.  And
13  what the concern was, being able to visit a
14  cooperator without compromising the fact that the
15  cooperator is meeting with the FBI.
16       Q.   And in order to kind of gloss over that
17  situation at the jail, what procedure or tactic did
18  you use?
19       A.   The cooperator was living in an SNM pod.
20  So we asked the jail to pull everybody from the pod
21  one at a time, to make it look like we were there to
22  interview all the SNM members.  That way, I could
23  relay the information to the informant, and make it
24  look like he's just another guy getting questioned
25  by the FBI that day.  Phase 1 of the investigation

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

899

```
 1   happened.  The SNM is well aware that the FBI is
 2   pursuing them, investigating them.  So for the FBI
 3   to show up and interview everybody in the jail
 4   that's SNM is a good cover story at that point.
 5        Q.   Okay.  So this would be then after
 6   December, which is phase 1, leading up to April; is
 7   that the correct timeframe?  Is this before the
 8   indictment adding Defendants Herrera and Perez?
 9        A.   Yes.
10        Q.   So what happens -- what do you expect when
11   Billy Cordova walks in the room?
12        A.   I thought we were going to have problems
13   with him.  According to the guards, they actually
14   brought extra correctional officers in because they
15   thought he would attack us.
16        Q.   And at that point was he cooperating at
17   all?
18        A.   No.
19        Q.   Did you expect him to cooperate at all?
20        A.   I did not.
21        Q.   And what happened once you met him?
22        A.   He came in with a big smile, he sat down,
23   and he talked to -- at the time, I sat off to the
24   side and I had two other agents talking to him.  And
25   I was just sort of evaluating him without talking to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

900

```
 1  him.  After some time, I entered the conversation
 2  and he agreed to cooperate with us.
 3       Q.   Did that surprise you?
 4       A.   Very much so.  In fact, I didn't even have
 5  a pen and a piece of paper out.  I didn't expect him
 6  to talk to me.
 7       Q.   And when he agreed to cooperate with you,
 8  was he charged with any crimes?
 9       A.   I didn't charge him with any crimes.  He
10  was at jail because he'd been charged with a crime.
11       Q.   What was he in jail for at the time?
12       A.   He'd been charged with a homicide, and he
13  pled guilty to something less than homicide.  I
14  think it might have been manslaughter.
15       Q.   Do you remember if he pled guilty or went
16  to trial on that matter?
17       A.   Thank you.  I think he actually -- I'm not
18  sure.
19       Q.   If you don't remember, that's okay.
20       A.   I don't recall.
21       Q.   Did you discuss with him the idea that you
22  might be looking at him to charge him because other
23  people had already been charged?
24       A.   Yes.
25       Q.   And once he decided to cooperate, what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   decision did you make about any charge decisions
 2   regarding Billy Cordova?
 3        A.    I don't make charging decisions.  I make
 4   recommendations to the U.S. Attorney's office.  When
 5   Billy Cordova told me that he would cooperate, at
 6   that point I was no longer looking to charge him.  I
 7   was looking to utilize him as a tool to continue to
 8   collect the information on the SNM.
 9        Q.    And based on what you knew of his status
10   in the gang, did you think that you could utilize
11   him successfully?
12        A.    Absolutely.
13        Q.    And did you utilize him?
14        A.    I did.
15        Q.    For what purpose?
16        A.    To simply go back into the prison as a
17   good-standing member of the S, a popular well-known
18   one, wearing an FBI wire.
19        Q.    Can you tell the members of the jury if he
20   wore a wire when he was housed next to Rudy Perez?
21        A.    He did.
22        Q.    And Carlos Herrera?
23        A.    He did.
24        Q.    And as a result of recordings and what the
25   investigation revealed, were these two gentlemen
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

902

```
 1   then added to the Molina murder?

 2        A.   Yes.

 3             MR. VILLA:  Objection, Your Honor.

 4             THE COURT:  What's the objection?

 5             MR. VILLA:  I mean, I think this is based

 6   on hearsay information.  He's essentially asking the

 7   results of information that transpired between Mr.

 8   Cordova and Mr. Perez.

 9             THE COURT:  Overruled.

10   BY MR. CASTELLANO:

11        Q.   Then turning to Exhibit 539, who are we

12   looking at?

13        A.   Rudy Perez.

14        Q.   And let's turn then to Exhibit 540.  What,

15   if anything, do you notice about his tattoos in

16   Exhibit 540?

17        A.   Nothing of significance.  He has his name

18   on his lower stomach, but nothing of significance.

19        Q.   Turning to 541.

20        A.   There is a tattoo there on his neck that

21   says "Mi Vida Loca," "my crazy life."  We in law

22   enforcement used to attribute that to gangs.  But a

23   lot of people get them who aren't gang members.

24        Q.   So in your opinion, that tattoo by itself

25   may not necessarily have any significance?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Today, as I sit here, that tattoo doesn't

2  mean anything.

3      Q.   Let's look at Exhibit 542.  Look at the

4  bottom of his arms.

5      A.   Yes.  It says "New" on the back side of

6  his wrist.

7      Q.   Let's go to Exhibit 543.

8      A.   On the opposite wrist it says "Mexico."

9      Q.   Turning to Exhibit 544, anything that you

10  notice from that particular exhibit?

11      A.   No.

12      Q.   Exhibit 545.

13      A.   On the upper portion of Mr. Perez' back,

14  it says "Brown Pride."

15      Q.   Exhibit 546.

16      A.   On the back of Mr. Perez' left shoulder,

17  there is a tattoo of a peacock.

18      Q.   You talked a little bit about that

19  earlier.  Have you noticed peacock tattoos on other

20  people who were arrested as part of the overall

21  investigation?

22      A.   Yes.

23      Q.   Exhibit 547.  Anything stand out in that

24  one?

25      A.   No, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

904

1      Q.   Turning to the exhibits beginning with

2  number 528 to 530.

3           MS. JACKS:  We have no objection.

4           MR. VILLA:  No objection.

5           MR. LOWRY:  No objection, Your Honor.

6           MR. MAYNARD:  No objection.

7           THE COURT:  All right.  Government's

8  Exhibits 528, 529, and 530 will be admitted into

9  evidence.

10          (Government Exhibits 528 through 530

11  admitted.)

12 BY MR. CASTELLANO:

13     Q.   Beginning with Exhibit 528.  Who is this?

14     A.   Carlos Herrera.

15     Q.   And judging by the date of April 28, does

16 this mean this was part of phase 2 of the

17 investigation?

18     A.   Yes.

19     Q.   Looking at 529.

20     A.   This is a photo of Mr. Herrera with his

21 shirt off.  You see just above his belly button he

22 has a Zia with an S in it.

23     Q.   Exhibit 530?

24     A.   That's a close-up photo of the same.

25     Q.   Also looking at Exhibit 531?




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

905

```
 1        A.    The same.
 2        Q.    And 532, anything of significance in 532?
 3        A.    No, sir.
 4        Q.    Or 533?
 5              THE COURT:  All right.  You haven't moved
 6   these admissions.  Do you want to pull those down
 7   for a second?  What numbers are these?
 8              MR. CASTELLANO:  Your Honor, these are --
 9   and I apologize.  These are Exhibits 528 through
10   538.  I thought I had.  But I may have missed that.
11              THE COURT:  What you said a minute ago was
12   528 to 530.  Did you mean 538?
13              MR. CASTELLANO:  Yes, Your Honor, 538.
14              THE COURT:  Any objection to those?
15              MS. JACKS:  No.
16              MR. VILLA:  No, Your Honor.
17              MR. LOWRY:  No, objection.
18              MR. MAYNARD:  No, Your Honor.
19              THE COURT:  So 528 through 538 will be
20   admitted into evidence.
21              (Government Exhibits 528 through 538
22   admitted.)
23              MR. CASTELLANO:  Thank you, Your Honor.
24   BY MR. CASTELLANO:
25        Q.    So let's look at 534.  Anything there that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   stands out?

 2        A.    No.

 3        Q.    Turning to Exhibit 535?

 4        A.    This is a photo of Mr. Herrera's left

 5   hand.  He has an 18 on his middle fingers.

 6        Q.    Have you seen the number 18 on other

 7   people?

 8        A.    Yes.

 9        Q.    And what has it meant for the other

10   people?

11        A.    18th Street Gang in Albuquerque.

12        Q.    Looking at Exhibit 536?

13        A.    This is the back of Mr. Herrera's head and

14   neck, and you see it's spelled out 18 again in

15   reference to the street gang.

16        Q.    Exhibit 537?

17        A.    I don't see anything of significance.

18        Q.    And that Exhibit 538.

19        A.    This is Mr. Herrera's left hand and you

20   see his moniker there, "Lazy."  Earlier I talked

21   about that tattoo that said "Mi Vida Loca."  It can

22   also signify those three dots.  But again, kids in

23   high school get these now sometimes.

24        Q.    So from this investigation, have you come

25   to know Mr. Herrera as Lazy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes.  That's his moniker.

2    Q.   I mentioned another indictment earlier.

3 Is it fair to say that in the first indictment, Mr.

4 Sanchez and Mr. Baca were named when this was first

5 charged?

6    A.   Yes.

7    Q.   And then when it was charged a second

8 time, were they renamed in that indictment adding

9 these two defendants?

10    A.   Yes.

11    Q.   I'm going to go back to something I missed

12 with Mr. Armijo, Manuel Jacob Armijo.

13    A.   Yes.

14    Q.   I was asking you about his indictment.  In

15 his case, do you recall conduct in his first

16 indictment that was removed from a second

17 indictment?

18    A.   Yes.

19    Q.   What did that relate to?

20    A.   It related to the murder of SNM member

21 Michael Giron, alias "Choo Choo," in Albuquerque.

22    Q.   And when you looked closer into those

23 allegations, did you, in conjunction with the U.S.

24 Attorney's Office, decide to remove that conduct

25 from the second indictment?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

908

```
 1        A.   Yes.  Evidence works both ways.  If we
 2   find something that shows they didn't do it, then
 3   that was the case there, they took it out.
 4        Q.   And to clarify this, is Mr. Armijo
 5   cooperating with the Government?
 6        A.   Yes.
 7        Q.   And was that -- can you tell the members
 8   of the jury whether that conduct was removed from a
 9   second indictment because he was cooperating or
10   because the investigation showed something
11   otherwise?
12        A.   To be clear, it was removed because the
13   investigation showed otherwise.
14        Q.   Okay.  Now, moving to cooperators in this
15   case, obviously the jury heard about benefits and
16   things of that nature in opening statements.  Can
17   you tell the members of the jury whether some of the
18   cooperators in this case received benefits?
19        A.   Yes.
20        Q.   So turning to people like, let's say,
21   Jerry Armenta or Jerry Montoya, people like them,
22   can you tell the members of the jury whether or not
23   they were incarcerated pending their charges?
24        A.   They were in custody.  They were
25   incarcerated.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

909

```
 1        Q.   And while they were incarcerated, did the
 2   FBI put any money on their books?  And I'll have you
 3   explain that in a second.
 4        A.   Yes.
 5        Q.   What does it mean to put money on
 6   someone's books?
 7        A.   If you had a family member that was in
 8   prison and you wanted to send money for them to
 9   utilize to make phone calls or buy stamps or letters
10   or drawing pencils or extra food, you put money on
11   their books.
12        Q.   And is that like a prison or jail account?
13        A.   Yes.  You give the money to the Department
14   of Corrections, you let them know which inmate it's
15   for, and it goes on their account.
16        Q.   And for people like that -- the jury will
17   hear about each of them individually later on.  But
18   for people who you put money on their books,
19   oftentimes what was the amount that was placed on
20   their jail or prison books?
21        A.   It averaged out to about $50 a month, or a
22   little less than $2 a day.
23        Q.   What was the purpose of doing that?
24        A.   So they could buy extra stamps, envelopes,
25   drawing pencils, chips, snacks.  They could make
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    extra phone calls, because those cost money in some

2    of the levels -- well, some of the areas of the

3    prison.  And some of the guys asked that the money

4    be sent to their wives instead, because they had to

5    buy shoes because school was starting.  So they were

6    free to use it within the prison.  However, the

7    prison allowed them to use that dollar-something a

8    day.  On the outside, if they asked us to give the

9    $50 to their wife or girlfriend, we'd try to

10   accommodate that.

11       Q.   So was this after each of these

12   individuals turned their backs on the prison gang?

13       A.   Yes.  This is once they were cooperating

14   and were relocated to a different facility for

15   safety.

16       Q.   And what happened to any of these

17   individuals if they broke the rules?

18       A.   Our rules?

19       Q.   Yes.

20       A.   I talked to them.

21            MS. JACKS:  Objection, compound.

22            THE COURT:  Overruled.

23       A.   I'd talk to them, confront them about it.

24   The Corrections Department would be involved in it,

25   because they're inmates.  And from the FBI



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    perspective, I closed them.  I closed them as an

2    informant.  It doesn't mean I didn't still talk to

3    them, or talk to them through their attorney, visit

4    them.  It doesn't mean they didn't cooperate.  But

5    the FBI stopped paying them and officially closed

6    them as an FBI informant.

7         Q.   What was the purpose of opening them as

8    FBI informants?

9         A.   Simply stated -- well, a few things.

10   Because some of them were actually operational,

11   where they wore wires and did things like that.  In

12   order for an informant to be operational for us,

13   there are certain rules and protocols that have to

14   be followed, the first of which is:  I actually have

15   to open them as an informant.  That starts that

16   documentation process, that official recognition

17   that they're working with us.

18             In terms of, you know, just being a case

19   agent and trying to manage a lot of aspects of the

20   case, I like them being open as an informant because

21   it helped me manage -- use the FBI's resources to

22   manage that person.  So for example, if an informant

23   got commissary money or the $50 a month, a different

24   entity within the FBI kept that accounting for me so

25   that I didn't have to.  And so it was a good way to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   manage them.

2       Q.   Why did you feel it necessary to account

3   for the benefits that you were giving them?

4       A.   That is all important information when we

5   go to court and I'm asked by both the prosecution

6   and the defense to provide that information.  I'm

7   then able to, down to the penny, with dates, because

8   anytime we provide money to an informant, they have

9   to sign our receipt.  It's not always in their real

10  name, but it's in an FBI-created name with an FBI

11  informant number so we can keep track of that.

12      Q.   And then, as you stated, once you have

13  benefits, you also not only turn over that

14  information to the Government, but it goes to the

15  defense attorneys?

16      A.   It does.  I don't typically provide stuff

17  directly to the defense, but I do it through your

18  office.

19      Q.   Now, you mentioned earlier you had moved a

20  couple of people.

21      A.   Yes.

22      Q.   Tell us who you moved in relation to this

23  case.

24      A.   Do you want to start in prison or on the

25  street?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Let's start on the street.

2      A.    Okay.  After -- actually, just before the

3  phase 1 takedown, we moved Mario Montoya.  That was

4  the informant I had on the street that was acting as

5  the hit man in the Marcantel-Santistevan conspiracy.

6  I moved him out of state.

7           I also moved -- subsequently moved Eric

8  Duran when he got out of prison.  The Department of

9  Corrections allowed him to start his parole term

10 early.  And so we moved him out of state for safety

11 as well.

12          Other cooperators, I offered to move them

13 out of state.  In one instance we helped move a

14 cooperator's wife out of state who felt threatened.

15 In other instances I've offered, but I can't

16 think -- not everybody wants to leave New Mexico.

17     Q.    So for people like Eric Duran and Mario

18 Montoya, what was your concern about getting them

19 out of the state?

20     A.    They were walking dead men.

21     Q.    And can you tell the members of the jury

22 whether their voices showed up on recordings that

23 were turned over?

24          MR. LOWRY:  Objection, Your Honor,

25 hearsay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

914

```
 1              THE COURT:  It's just a yes/no question.
 2    Overruled.
 3              Don't tell us the contents.  Just tell us
 4    yes or no.
 5              MR. CASTELLANO:  Can I have the question
 6    again?  I forgot, Your Honor.
 7              THE COURT:  The question was:  "Can you
 8    tell the members of the jury whether their voices
 9    showed up on the recordings that were turned over?"
10       A.   Yes.
11    BY MR. CASTELLANO:
12       Q.   Correct.  I'm not worried about the
13    content.  What I want to know is whether their
14    voices were captured on recordings when they were
15    talking to other people charged in this case.
16       A.   Yes.
17       Q.   And did that give you concern?
18       A.   Yes.
19       Q.   Did that give them concern?
20       A.   Yes.
21              MS. JACKS:  Objection.  Move to strike;
22    testimonial and hearsay.
23              THE COURT:  Overruled.
24    BY MR. CASTELLANO
25       Q.   Regarding Mr. Duran, there has been --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

915

1  well, it's not in evidence, but it was talked about

2  in opening statements by the attorneys.  Are you

3  aware of whether or not his sentence in the

4  Corrections Department was reduced?

5      A.   Yes.

6      Q.   And are you aware of why his sentence in

7  the Corrections Department was reduced?

8      A.   Yes.

9      Q.   What was the basis?

10      A.   The Department of Corrections awarded him

11  with, I believe, two lifesaving awards.  It's

12  something I wasn't familiar with before this case.

13  But he was credited with saving two lives, and so

14  there is -- their policies allow them to award time

15  off their sentence for that.

16      Q.   Did you ask for that?

17      A.   I did not. I wasn't aware of it when it

18  was brought up.  I know about it after the fact.

19      Q.   In terms of benefits to Eric Duran, what

20  type of monetary benefits did he receive?

21      A.   He received money from the FBI.  I don't

22  have the exact amount.  I know that I put -- in late

23  2016 I put $25,000 on his prison account, which is

24  not an ideal way to pay an informant, but

25  circumstances in the Government were that I had to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

916

```
1   spend the money due to fiscal end-of-year kind of
2   silly stuff.  So I paid him $25,000.
3       Q.   Did any of the other people cooperating
4   with the Government receive that much money?
5       A.   No, not anywhere near that.
6       Q.   What was different about Eric Duran?
7       A.   Duran made his way to the top of the SNM's
8   hit list.  He recorded --
9            MR. LOWRY:  Objection, Your Honor, that
10  calls for --
11           THE COURT:  Sustained.  Let's try not to
12  ask open-ended questions like that.
13           MR. CASTELLANO:  Understood, Your Honor.
14           MS. JACKS:  Can the answer be stricken and
15  the jury be instructed?
16           MR. LOWRY:  Can we approach the bench?
17           THE COURT:  No, you can't.  The jury will
18  disregard that statement, and it will stricken from
19  the record.
20           Mr. Castellano.
21  BY MR. CASTELLANO:
22       Q.   Agent Acee, I may lead you through part of
23  the testimony here.  So you mentioned that you
24  wanted to move him out of state?
25       A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

917

```
 1        Q.   Did the money help cover the moving
 2   expenses?
 3        A.   Yes.
 4        Q.   And what else did the money cover in terms
 5   of benefits to Eric Duran and moving him out of
 6   state?
 7        A.   I calculated the amount, I factored in
 8   moving Mr. Duran and his family and children, the
 9   expenses related to moving a significant distance
10   from New Mexico.  It wasn't just a neighboring
11   state.  I factored in six months of rent at the new
12   location, which has a much higher rent than New
13   Mexico.  And then just some of the basic living
14   expenses associated with that move.
15        Q.   And with Eric Duran, once he moved, did he
16   continue working for the FBI?
17        A.   Yes.
18        Q.   Did he continue working for you or for
19   another office of the FBI?
20        A.   He -- when he moved, he was transferred to
21   another agent in another office of the FBI.
22        Q.   And was he involved in other operations?
23        A.   Not for New Mexico, but for the new
24   office, yes.
25        Q.   And if any of those investigations are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

918

1   pending, I won't ask you about those.  I'll stay

2   away from those.

3           But as a result of him moving out of

4   state, what, if any, other benefits did you provide

5   to him once you moved him?

6       A.   I want to be clear.  He received more than

7   the $25,000 from New Mexico agents.  There were some

8   other costs that came up.  I know at one time we

9   gave his wife $6,000 to help move, move some

10  vehicles.  When he got to the new FBI office, I am

11  aware that he received some money there, as well;

12  not to the tune of $25,000.  I think, all told, Eric

13  Duran received about $45,000 or so from the FBI

14  between the two offices.  As far as other benefits,

15  we mentioned what the Department of Corrections gave

16  him.  I can't think of any more benefits, at least

17  from my handling of him.

18      Q.   It was suggested from the opening

19  statements that the Government was responsible for

20  charges getting dropped against Mr. Duran.  I want

21  to talk to you about charges in El Paso, for

22  starters.

23      A.   Okay.

24      Q.   Were you aware of charges pending against

25  Mr. Duran coming out of El Paso?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

919

 1        A.    I became aware of it after he left New

 2    Mexico, yes.

 3        Q.    How did it come up?

 4        A.    I'm not sure how much detail you want.  I

 5    can give you a pretty long story, but --

 6        Q.    Let me ask you this, to avoid --

 7              THE COURT:  Why don't you lead him through

 8    this?

 9              MR. CASTELLANO:  Yes, sir.

10    BY MR. CASTELLANO:

11        Q.    Is it fair to say he was working for the

12    FBI unrelated to this case in another part of the

13    country?

14        A.    Yes.

15        Q.    And related to that, was it important that

16    he not have any outstanding charges or warrants?

17        A.    Yes.

18        Q.    And when he was working for them, did the

19    issue of a warrant in El Paso surface?

20        A.    Yes.

21        Q.    And what happened to those charges?

22        A.    Ultimately the district attorney's office

23    in El Paso dismissed that arrest warrant.

24        Q.    And what efforts were you doing to clear

25    up those charges for Mr. Duran?




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

920

```
 1        A.   I don't clear up charges.  I didn't clear
 2   up his charges.
 3        Q.   And -- well, what steps were you going to
 4   take to present him to El Paso authorities to hold
 5   him responsible or let them figure out what they
 6   were going to do with those charges?
 7        A.   I offered to pick him up on his warrant,
 8   fly him to El Paso, and deliver him to the DA's
 9   office.
10        Q.   If you recall, approximately how old were
11   those charges?
12        A.   Close to 20 years.
13        Q.   So after the DA's office looked at the
14   case, was the case dismissed?
15        A.   Yes.
16        Q.   Did you ask their office to dismiss those
17   charges?
18        A.   I didn't.  And I don't think I ever had a
19   single conversation with anyone in their office.
20        Q.   Now, when it comes to any conduct out of
21   the state, did you have a say in dismissal of any
22   charges if he got into trouble up there?
23        A.   No.
24        Q.   Now, are you aware of a situation where he
25   was found in a vehicle with a firearm?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   What did you do in response to learning

 3   that information?

 4        A.   I asked the New Mexico Department of

 5   Corrections to issue a warrant for him for parole

 6   violation, to bring him back to New Mexico.  I also

 7   reached out to an FBI agent in the city he was in

 8   and asked them to open a case on him and charge him

 9   with a federal violation of being a felon in

10   possession of a firearm.

11        Q.   What steps did you take to further that

12   investigation against Eric Duran?

13        A.   As soon as Duran got back here to New

14   Mexico, I had obtained a search warrant to swab the

15   inside of his mouth for DNA.  I executed it on him

16   as soon as he arrived.  And I sent that swab to the

17   FBI in -- are we not saying locations?

18        Q.   Well, in other words, did you send the

19   swab for DNA testing?

20        A.   I did not.  I sent it to the case agent,

21   the new FBI case agent that I contacted, so that

22   they could submit it with their case.

23        Q.   As far as you know, are you pending

24   results to see if the firearm in that case has Eric

25   Duran's DNA on it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

922

1    A.   Yes, we're waiting for DNA and the

2    fingerprints.

3    Q.   Let me ask you about some of the other

4    cooperators in the case.  At some point in time were

5    some of the cooperators housed in the same facility?

6    A.   Yes.

7    Q.   For their safety, were you trying to house

8    them away from other inmates?

9    A.   Yes.

10   Q.   At that point in time, was it known that

11   they were cooperating with the Government?

12   A.   Yes.

13   Q.   So under those circumstances, were some of

14   those inmates allowed additional privileges?

15   A.   Yes.

16   Q.   What were some of those privileges?

17   A.   They got extra tier time, or time to be

18   outside their cells and be in the bigger area.  I

19   think we saw some photos earlier where it shows some

20   tables, and there are board games and stuff out

21   there.  So they had extra tier time.  They were

22   afforded extra phone calls so they could call family

23   and friends.  I don't know how that translates to

24   calling attorneys.  And they got more family visits.

25   Q.   Do you know what a contact visit is?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

923

```
 1        A.   I believe so.
 2        Q.   Or at least, do you know, if an inmate has
 3   a contact visit with family, are you aware of
 4   whether or not there are rules on how much contact
 5   is allowed?
 6        A.   Yes.
 7        Q.   At some point did you become aware that
 8   some of those cooperators broke those rules?
 9        A.   Yes.
10        Q.   And in what context did they break those
11   rules?
12        A.   They had more contact than they were
13   allowed.
14        Q.   And does that include sexual contact in
15   some cases?
16        A.   Yes.
17        Q.   At that point in time, until that
18   happened, were those some of the inmates you were
19   putting money on their books?
20        A.   Yes.
21        Q.   Did they get in trouble for that contact
22   with, I'll say, females?
23        A.   Yes.
24        Q.   What happened -- what were the
25   consequences, once they broke those rules, with the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

924

1    contact visits?

2        A.   I closed them as informants.  I advised

3    them of that.

4        Q.   Did that mean you quit paying them any

5    money, even that $50 a month?

6        A.   Yes.  I -- for many months, in some cases

7    almost a year, I had no contact with them and would

8    only interact with the attorneys.  I know that two

9    of the men were not housed there on federal charges.

10   They were there on state charges, and the State

11   locked them down in isolation for, like, nine

12   months.

13            MR. VILLA:  Objection, hearsay.

14            THE COURT:  Lay a foundation if he's going

15   to testify to that.  Are you wanting to elicit this?

16            MR. CASTELLANO:  Yes, Your Honor.  I'm

17   intending to elicit consequences to these

18   cooperators.

19            THE COURT:  Lay a foundation as to how he

20   knows about the consequences.

21   BY MR. CASTELLANO:

22       Q.   In terms of the consequences, you said in

23   some cases you didn't have contact with them for

24   some time?

25       A.   Yes, I limited it to only having contact

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

925

```
 1   with them through their attorneys.

 2       Q.   Then were you made aware whether they were

 3   moved to other facilities?

 4            MR. VILLA:  Objection.  Calls for hearsay.

 5            THE COURT:  Well, you're going to have to

 6   lay some foundation before I allow him to answer

 7   these questions as to how he knows this.  If he just

 8   got it from the Corrections Department, I'll have to

 9   exclude it.

10   BY MR. CASTELLANO:

11       Q.   Where were they housed at the point that

12   they were getting contact visits?

13       A.   The North facility, L pod, in Santa Fe.

14       Q.   And so were there times when you would go

15   up there to check on them and you would see them

16   there?

17       A.   Yes.  I was there a couple times a month.

18       Q.   And after they got in trouble, did you see

19   them there anymore?

20       A.   No.  They were transferred.

21       Q.   Now, in terms of the phase 1 and phase 2,

22   let me return to that part of the investigation for

23   a bit.  Did you eventually have a phase 3?

24       A.   Yes.

25       Q.   What was the purpose of phase 3?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

926

1      A.    It was to address several threats to
2   cooperators, witnesses.
3      Q.    And in relation to that, did you then once
4   again begin investigating and executing warrants at
5   people's homes?
6      A.    Yes.   I wrote 12 federal search warrants
7   and then four probation parole searches were also
8   conducted.
9      Q.    What did you recover as a result of the
10  warrants in phase 3?
11         MR. LOWRY:   Objection, Your Honor.   How is
12  this relevant?
13         THE COURT:   Overruled.   I think it's
14  relevant.
15     A.    We collected a lot of the usual stuff we
16  do during search warrants:   Drugs, currency -- I
17  think we seized 11 firearms during the searches, and
18  additional information related to the SNM.
19  BY MR. CASTELLANO:
20     Q.    In addition to any state inmates, did you
21  then conduct any searches of any federal inmates'
22  cells?  You, or have other people do it?
23     A.    Yes.
24     Q.    Who was that?
25     A.    A federal inmate by the name of Frankie

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Gallegos, or Frankie G, who was housed at the United

2  States Bureau of Prisons facility in Beaumont,

3  Texas.

4      Q.   And what relation does he have to any SNM

5  Gang members in New Mexico?

6      A.   He has two brothers who are also SNM

7  members that we've arrested.

8      Q.   Can you tell the members of the jury

9  whether those brothers are charged in another part

10 of this case?

11     A.   They are.

12     Q.   With what type of conduct?

13     A.   One brother is charged with two

14 violent-crime-in-aid-of-racketeering murders.  And

15 the second brother -- excuse me.  He has more

16 charges.  He also has been charged with

17 violent-crime-in-aid-of-racketeering attempted

18 murder, assault causing bodily injury, and

19 intimidation of a victim or witness.

20          The second brother has been charged in one

21 violent-crime-in-aid-of-racketeering murder.

22     Q.   In terms of the law enforcement techniques

23 employed in this case, can you tell us what a

24 reversal operation is?

25     A.   Yes.  That's when we, the law enforcement,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    pose as bad guys and we sell the gun or the drugs or

2    something illegal to someone.

3        Q.    Did you conduct those type of operations

4    in relation to this overall investigation?

5        A.    Yes, on three occasions.

6        Q.    And on that occasion, was the target of

7    that investigation seeking anything?

8        A.    Yes.

9        Q.    What was that person or those persons

10   seeking?

11       A.    Guns.

12       Q.    Did the FBI provide -- in each of those

13   three instances, did the FBI, through an undercover

14   person, provide firearms to those people?

15       A.    Yes.

16       Q.    And what happened once the firearm was

17   delivered?

18       A.    An FBI SWAT team hit their house and

19   arrested them and recovered a gun.

20       Q.    How quickly after the gun was delivered?

21       A.    We did it three times.  The longest period

22   of time that went by was probably two minutes.  The

23   shortest was 30 seconds.  The FBI SWAT teams were in

24   vans parked down the road, around the corner.

25       Q.    And before the FBI delivered those

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

929

```
 1   firearms to those people, can you say whether or not
 2   they were operational, whether they could fire
 3   bullets?
 4        A.   They could function, but they could not
 5   fire bullets.
 6        Q.   Why not?
 7        A.   The FBI shortened the firing pin just a
 8   couple of millimeters so it appeared to work but it
 9   wouldn't strike the primer of the bullet.
10        Q.   So overall, if you recall, approximately
11   how many murders have been charged in the overall
12   investigation?
13        A.   Nine.
14        Q.   In addition to any proactive approaches
15   for safety purposes, what have you and the other
16   agents been doing in terms of approaching people
17   coming out of the jail or prison?
18        A.   Every SNM member that comes out of a
19   federal prison or a state prison, myself -- usually
20   myself or another FBI agent is at their parole
21   office to meet them when they check in with their
22   initial check-in with their parole officer.
23        Q.   And what is the purpose of doing that?
24        A.   Twofold.  Every one of them has been aware
25   of the fact that the FBI has been picking up the SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    members.  It's to introduce myself to them, ask them

2    to gauge where they're at; are they going to stay

3    active, or are they done.  And quite frankly, it's

4    to let them know that not only do they have the

5    conditions of their parole, but if they're going to

6    continue to be gang members in New Mexico, we're

7    going to keep an eye on them and we're going to be

8    after them.

9         Q.   Now, we talked about the use of informants

10   and -- including the prison facilities.  What were

11   your options in terms of investigating inside the

12   prison?  In other words, what were your options in

13   terms of putting an undercover agent into the prison

14   to record the defendants in this case?

15        A.   Putting an undercover police officer, FBI

16   agent in a prison setting like that is actually not

17   an option.

18        Q.   Why not?

19        A.   For a number of reasons.  Specific to this

20   case, I mean, the SNM members' resumes were decades

21   in the making.  To have an undercover agent to just

22   come in, ask to be housed in their pod, to live with

23   them and try to befriend them, there were -- it was

24   not only unlikely to succeed, but there were just

25   way too many risks with that, not only in failing



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the case; I think they'd smell that out a mile away.

2  But it would be too dangerous for an agent to have

3  to live in there without -- it's against all of our

4  protocols for undercover operations.  We have no

5  ability to rescue them.  We have no ability to

6  really monitor it.  And let alone, what we're

7  exposing the agent to, to lock him up in a prison

8  for a long period of time to try to infiltrate a

9  gang -- it just wouldn't work.

10     Q.   In other words, for example, if you were

11  trying to get an undercover officer into prison to

12  infiltrate a gang, without any specifics, would you

13  be concerned about anything the gang might ask him

14  to do to become a member?

15     A.   Absolutely.

16     Q.   Or anything to do on behalf of the gang to

17  further their purposes?

18     A.   Absolutely.

19     Q.   Could you allow an undercover agent to do

20  anything like that if it involves something illegal?

21     A.   No.

22     Q.   So in these circumstances, even though we

23  had problems with some of these informants, did you

24  feel it was necessary to use them because of their

25  relationships to the defendants in this case for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   purpose of capturing other evidence?
2        A.   Yes.
3             MR. CASTELLANO:  May I have a moment, Your
4   Honor?
5             THE COURT:  You may.
6             MR. CASTELLANO:  Thank you, Your Honor.
7             THE COURT:  Mr. Castellano.
8   BY MR. CASTELLANO:
9        Q.   Turning back to the topic of informants
10  and cooperators, are you aware that in this case
11  many of the defendants receive their discovery, all
12  the information in this case, on tablets?
13       A.   Yes.
14       Q.   And related to that topic, what, if any,
15  concerns did you have about paperwork being given to
16  any particular defendant in this case?
17       A.   That it would enter the prison system or
18  the jails.
19       Q.   So for example, if there was a report of
20  somebody who was cooperating, did you have concerns
21  that that information might be distributed
22  throughout a jail or prison facility?
23       A.   Yes.
24       Q.   At some point in time, were you made aware
25  of some of the cooperators in this case misusing the
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   tablets?

 2        A.   Yes.

 3        Q.   And what was the misuse that you were made

 4   aware of?

 5        A.   I was told that they were able to access

 6   the internet.  One of the cooperators -- actually, I

 7   was summoned to a meeting by the cooperators'

 8   attorneys.  I attended the meeting.  The cooperator

 9   told me that they could access the internet on the

10   tablets, which I didn't think possible.  So I gave

11   them my email address and told them to email me.

12        Q.   And was that done?

13        A.   Yes.  In fact, two of them emailed me

14   overnight.

15        Q.   And as best as you knew from the

16   proceedings, was the internet function of the

17   tablets supposed to be taken off or disabled on the

18   tablets?

19        A.   Yes.

20        Q.   So then did you learn that somehow they

21   learned how to disable the tablet and do other

22   things with them?

23        A.   Yes.

24        Q.   And what were the types of things that

25   were done with the tablets?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   They were able to send emails, access

2 Facebook, make accounts, and surf the internet, and

3 access pornography, and anything else that's on the

4 internet.

5      Q.   And did they have authorization to do

6 anything like that with the tablets?

7      A.   No.

8      Q.   In other words, did you allow them to look

9 at pornography or access the internet with any of

10 those devices?

11      A.   Absolutely not.

12      Q.   And as a result of a misuse of the

13 tablets, were those tablets taken from them?

14      A.   They were.

15      Q.   And as far as you know, have those tablets

16 been returned?

17      A.   The FBI has those tablets and is in the

18 process of turning them over to some of the defense

19 attorneys.

20      Q.   Now, we talked generally about putting

21 money on cooperators' books.  Were we talking in

22 general terms?

23      A.   Yes.

24      Q.   As to -- in other words, do you have

25 documentation which shows the exact amount of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    benefits provided to each of the cooperators?

2         A.   Yes.

3         Q.   I just want to correct something possibly.

4    Do you recall if Gerald Archuleta was charged in

5    phase 1 with the Julian Romero assault?  He's got an

6    arrest dated April, but do you recall if there was a

7    warrant outstanding before he was arrested in

8    Tennessee?

9         A.   He was arrested right away.  But no knock

10   on the Marshal Service; it just takes a while for a

11   defendant to get here.  So --

12            THE COURT:  Mr. Castellano, are you about

13   done, or would this be a good time to take our

14   afternoon break?

15            MR. CASTELLANO:  Yes.  It would be a good

16   place for a break, Your Honor.

17            THE COURT:  All right.

18            Since we're taking our first afternoon

19   break during the evidentiary portion of the trial,

20   I'm going to remind the jury of a few things that

21   are especially important.  Until the trial is

22   completed, you're not to discuss the case, this

23   case, with anyone, whether it's members of your

24   family, people involved in the trial, or anyone

25   else; and that includes your fellow jurors.  If

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   anyone approaches you and tries to discuss the trial

 2   with you, please let me know immediately.

 3            Also, don't listen to any news reports of

 4   the trial, and don't get on the internet and do

 5   research for the purposes of this case.  And

 6   remember that you must not talk about anything with

 7   anybody that's involved in the trial, even if

 8   doesn't have anything to do with the trial.

 9            If you need to speak with me, give a note

10   to one of the court security officers or Ms.

11   Standridge.  Again, I'm going to keep repeating

12   these today, but we'll start lightening them up

13   tomorrow as we begin to get in a groove here.

14            I appreciate your hard work.  We'll be

15   back in about 15 minutes.  All rise.

16            (The jury left the courtroom.)

17            THE COURT:  All right.  We'll be in recess

18   for about 15 minutes.

19            (The Court was in recess.)

20            THE COURT:  All right.  While Ms.

21   Standridge is lining up the jury, do you want to

22   finish, Ms. Fox-Young?

23            MR. VILLA:  Your Honor --

24            THE COURT:  It's all right.  If she's not

25   here, we'll finish it another time, unless you want
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  to do it.

2          MR. VILLA:  Well, I can add a couple of

3  things.

4          THE COURT:  Can you tell me what your end

5  goal is?  I'm not trying to cut off this, but what

6  are you going to be requesting?

7          MR. VILLA:  We ask for the remedy that the

8  Court strike Billy Cordova from testifying as a

9  witness, because this 302, which I alluded to on

10 Friday -- so it's part of the record on Friday -- I

11 gave the doc number that was attached to -- was from

12 2016, has clearly exculpatory information about Mr.

13 Cordova committing a murder, at least Giglio

14 information, that wasn't produced until late

15 January, mid-January, with the Jencks disclosure.

16 It's not Jencks material.  It's Giglio material.

17          And this is part of a pattern by the

18 United States that we've been pointing out in which

19 they have not produced Giglio material, and this

20 Court ordered it to be produced back in the spring.

21          THE COURT:  Do this for me:  To my ears,

22 it sounds kind of academic at this point.  It may

23 not be.  Y'all may be having some prejudice or

24 something like that.  But it's sounding academic.

25 Why don't you think about it.  If you can point to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  some prejudice in a more concrete way, I'm ears for

2  it.  But it sounds to me -- it's too academic for me

3  to impose such a drastic remedy.

4          MR. VILLA:  Well, your Honor, I don't

5  think it's such a drastic remedy.  We're talking

6  about one witness.  And when you have a pattern of

7  conduct of violating the Court's rules and the

8  Court's orders, it's not academic.  It ensures that

9  the Government complies with their constitutional

10 duty.

11         THE COURT:  Well, I certainly want them to

12 do it.  And I think I got a pattern of riding them

13 pretty hard over the last year and a half.  But if

14 you can put some meat on these bones, then I can

15 listen to it a little better.  But it seems to me

16 it's a pretty severe remedy being requested for

17 something that I can't figure out how it's hurting

18 you right at the moment.

19         MR. BECK:  And Your Honor, I'll point out

20 for the record --

21         THE COURT:  Let me do this:  Ms. Fox-Young

22 is back.

23         Did you want to add anything?  I know you

24 were a little bit out of the room for Mr. Villa, but

25 I cut you off a little bit earlier, so I wanted to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    let you finish up.
2            MS. FOX-YOUNG:  Thank you, Judge.  I've
3    looked back at the real-time.  I think the best
4    thing would be to submit a letter to the Court.  I
5    know you want to get the jury back in here, and I
6    can fill in some of the blanks.
7            THE COURT:  Okay.  All rise.
8            (The jury entered the courtroom.)
9            THE COURT:  All right.  Everyone be
10   seated.
11           All right.  Mr. Acee, I'll remind you that
12   you're still under oath.
13           Mr. Castellano --
14           Wait.  We need somebody else?  It's never
15   good to lose a juror, is it?  People are going to
16   think I can't count that high.
17           All right.  Mr. Acee, I'll remind you that
18   you're still under oath.
19           Mr. Castellano, if you wish to continue
20   your direct examination of Mr. Acee, you may do so
21   at this time.
22           MR. CASTELLANO:  Thank you, Your Honor.
23           THE COURT:  Mr. Castellano.
24   BY MR. CASTELLANO:
25        Q.  Agent Acee, I think we were just about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

940

```
 1   winding down our direct examination, but I want to
 2   make sure I have some of these players covered in
 3   the charge in the Molina murder, or implicated in
 4   the murder, or the conspiracy to murder.  So far,
 5   you've talked about Defendant Baca, Defendant
 6   Sanchez, Defendant Perez, Defendant Herrera.  You
 7   mentioned in passing David Calbert --
 8        A.   Yes.
 9        Q.   -- as well as Mr. Rodriguez.  So when this
10   case started with the State, is it your recollection
11   it was three defendants charged when it was a state
12   case?
13        A.   Yes.
14        Q.   And you also referenced Mr. Armenta and
15   Mr. Montoya; is that correct?
16        A.   Those are two of the other ones charged in
17   the state case.
18        Q.   I want to also ask you if there was
19   another person implicated or somehow involved, and
20   is that a person named Lupe Urquizo?
21        A.   Yes.
22        Q.   So is it fair to say the number went from
23   nine -- well, three to approximately nine people
24   now, somehow implicated or touching on the Molina
25   murder?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2              MR. CASTELLANO:  I pass the witness, Your

 3    Honor.

 4              THE COURT:  Thank you, Mr. Castellano.

 5              Ms. Jacks, are you going to examine first?

 6              MS. JACKS:  I think counsel for Mr. Baca

 7    is going first, and I'm last.

 8              THE COURT:  Okay.  I'll get this order

 9    down here.

10              All right.  Mr. Lowry, you have

11    cross-examination of Mr. Acee?

12              MR. LOWRY:  Thank you, Your Honor.

13              THE COURT:  Mr. Lowry.

14                   CROSS-EXAMINATION

15    BY MR. LOWRY:

16        Q.    Good afternoon, Special Agent.

17        A.    Good afternoon.

18        Q.    Special Agent Acee, I'd like to take off

19    where we sort of left off with benefits.  Okay?

20        A.    Okay.

21        Q.    You had suggested that you thought

22    Mr. Duran received about $45,000 in benefits, if I

23    understood you correctly.

24        A.    Yes, sir.

25              MR. LOWRY:  May I approach the witness,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Your Honor?
 2              THE COURT:  You may.
 3    BY MR. LOWRY:
 4         Q.   I'm handing you an FBI document.  Would
 5    you review that briefly?
 6         A.   Yes, sir.
 7         Q.   Does that refresh your recollection of how
 8    much Mr. Duran actually received?
 9         A.   I may have missed it.  That looked like a
10    $1500 payment?  Was there an aggregate total?
11         Q.   There was an aggregate total.
12         A.   I'm sorry, I missed that.
13              MR. LOWRY:  May I approach again, Your
14    Honor?
15              THE COURT:  You may.
16         A.   Yes, sir, on page 1 there.  Thank you.
17    BY MR. LOWRY:
18         Q.   What was the aggregate total?
19         A.   It was $46,200 -- was it 97, I think?
20         Q.   97 dollars.
21         A.   Okay.
22         Q.   That was as of November 1st, 2017?
23         A.   Yes, sir.
24         Q.   And this was --
25              THE COURT:  Mr. Lowry, louder.  Be louder.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

943

```
 1   You're not going to be too loud for us.
 2        Q.   And this would be the official
 3   record-keeping process you were talking about
 4   earlier --
 5        A.   Yes, sir.
 6        Q.   -- that helped you with that project?
 7   What about the other individuals involved with
 8   benefits?  How did you make the decision who got how
 9   much?
10        A.   There were some variables.  Largely, the
11   folks that were incarcerated got about -- what
12   averages to about $50 a month.  The guys on the
13   streets, the payments were a little bit different.
14        Q.   Would there be any special occasions that
15   caused you to give substantial sums of money to an
16   individual?
17        A.   Yes.
18        Q.   And what would those occasions be?
19        A.   Outside of, like, relocation-type things?
20        Q.   Yes.
21        A.   Well, if some of the informants would
22   travel greater distances to meet with us, because it
23   was a statewide case.  So there were some
24   circumstances where some informants had car issues.
25   And we're not in the practice of buying people cars,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

944

1    so we would help if they had a flat tire, buying

2    them a tire, or things along those lines, putting

3    gas in their car.

4        Q.   Like Mario Montoya, for instance.  You

5    provided him with $1,601.50 for vehicle repair?

6        A.   Yes.

7        Q.   Do you recall what that was, what type of

8    repair that was?

9        A.   Yes.

10       Q.   What was it?

11       A.   For an RV that he was leaving New Mexico

12   in.

13       Q.   Individuals like Javier Alonso would only

14   get $400.  Why would he only get $400 compared to

15   others?

16       A.   He started cooperating much later.

17       Q.   Now, you were present in these debriefs

18   with the U.S. Attorney's office when they came in to

19   talk?

20       A.   Yes.

21       Q.   And another type of benefit might be the

22   benefit of not getting prosecuted; correct?

23       A.   I agree that's a benefit.

24       Q.   And that kind of benefit is not going to

25   show up on a financial report like that, is it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.
 2        Q.    But that would be a fairly significant
 3   benefit?
 4        A.    Yes.
 5        Q.    You talked a little bit about Gerald
 6   Archuleta?
 7        A.    Yes.
 8        Q.    And you debriefed with Gerald Archuleta?
 9        A.    Yes.
10        Q.    And Gerald Archuleta admitted to you that
11   he wanted to kill Julian Romero?
12        A.    Yes.
13        Q.    But you didn't prosecute him for
14   conspiracy to commit murder, did you?
15        A.    I think I suggested that, but ultimately,
16   of course, I defer to the U.S. Attorney's Office.
17   And sometimes my reading of a statute isn't their
18   reading of a statute.
19        Q.    All right.  But he did talk to other
20   people about wanting Julian Romero killed, didn't
21   he?
22        A.    Absolutely, yeah.
23        Q.    Because Julian Romero stole his wife away
24   from him?
25        A.    That's correct.
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                           1-800-669-9492
BEAN & ASSOCIATES, Inc.                          e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

946

```
 1        Q.    And he had the motive?
 2        A.    Yes.
 3        Q.    He had the opportunity?
 4        A.    Yeah.
 5        Q.    I mean, he was the leader of SNM?
 6        A.    You and I probably disagree on who the
 7   leader is.
 8        Q.    Well, would you -- well, Mr. Baca was out
 9   of New Mexico for many years.
10        A.    That is true.
11        Q.    And Gerald Archuleta was the man in town,
12   according to your investigation.
13        A.    He was one of the leaders.
14        Q.    So one of the leaders?
15        A.    Yes.
16        Q.    So let's talk about that for a second.
17   What do you mean by "one of the leaders"?
18        A.    In Mr. Baca's absence, that doesn't
19   completely strip him of leadership; but because he's
20   not on the scene, he's not in the state, other
21   leaders have stepped up.  And over time, leadership
22   has changed.  So in my mind, there has been
23   certainly more than one leader in the gang.
24        Q.    But let me get to the heart of this.  When
25   you go to interview people, you ask them point-blank
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

947

1  which faction you're in.  "Are you in the Gerald
2  Archuleta camp or are you in the Julian Romero
3  camp?"
4      A.   That is one of the questions I usually
5  ask.
6      Q.   That's because there are two different
7  factions, in your mind?
8      A.   Arguably three, and that doesn't count the
9  feds.
10     Q.   Right.  And the federal SNM -- is that
11  part of the SNM?
12     A.   Yes, under a different organizational
13  structure or leadership.
14     Q.   We might not be seeing eye to eye.  When I
15  say "the federal SNM," I'm talking about the Mario
16  Montoyas, the Eric Durans.
17     A.   Oh.  I'm referring to the guys that are in
18  the Federal Bureau of Prisons.  Sorry.
19     Q.   But in your mind's eye, there are at least
20  two factions?
21     A.   Today, yes.
22     Q.   And they would be characterized by the
23  people that follow Julian Romero and the people that
24  follow Gerald Archuleta?
25     A.   No, sir.  I think over history, that's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   been -- there have been those issues.  As we sit
 2   here today, if you're asking me factions, I think
 3   there is a state and I think there is a federal.
 4        Q.   Do you recall giving testimony -- well,
 5   let me put it this way.  When you take an oath to
 6   testify in a courtroom like this, you're here to
 7   tell the truth?
 8        A.   Of course.
 9        Q.   And you're going to do the best of your
10   ability to make sure you get it right?
11        A.   Yes, sir.
12        Q.   Every time you raise your hand and take
13   that oath?
14        A.   That's right.
15        Q.   And you testified in front of the grand
16   jury in this matter, didn't you?
17        A.   Yes.
18        Q.   And you say -- and in your grand jury
19   testimony, you said that the SNM was divided.  And
20   you said to the grand jury, "I do say, when I
21   interview these guys, 'Which side do you fall on?
22   Gerald or Julian?'  And the gang is still kind of
23   divided, to this day."
24        A.   Yes.  There I'm referring to kind of
25   opinions and what's happened within the gang.  There
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

949

```
 1  is definitely a split, and there are those that
 2  sided with Gerald and those that sided with Julian.
 3  I agree.
 4       Q.   The leaders of the SNM.
 5       A.   They are both -- well, they both were
 6  leaders at one time, yes.
 7       Q.   You made this statement on April 21, 2016?
 8       A.   I believe you.
 9       Q.   Mr. Baca was incarcerated?
10       A.   Yes.
11       Q.   So on April 21, 2016, you told the grand
12  jury that in your mind Gerald Archuleta or Julian
13  Romero were the two leaders of the SNM?
14       A.   That's what I --
15       Q.   Pardon?
16       A.   You're telling me that's what it says?
17            MR. LOWRY:  May I approach, Your Honor?
18            THE COURT:  You may.
19            MR. CASTELLANO:  Your Honor, may we have a
20  page reference, please, to the transcript?
21            MR. LOWRY:  Sure.
22       A.   On the top, it's page 108.
23            Sir, in this, I'm talking about the
24  history of the SNM, and why there was a split over
25  these two men, because they were battling over a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

950

```
 1   woman.  I'm not talking about leadership.
 2   BY MR. LOWRY:
 3       Q.   Well, you do say that the SNM is divided
 4   to this day?
 5       A.   I guess that's not in the highlighted
 6   part.  Let me keep reading.  Yes, I see that.
 7       Q.   And that day was April 21, 2016?
 8       A.   I believe it was, yes.
 9            MR. LOWRY:  May I approach?
10            THE COURT:  You may.
11   BY MR. LOWRY:
12       Q.   And according to your grand jury
13   testimony, SNM is a blood in, blood out gang?
14       A.   Yes.
15       Q.   That means once you've signed up, there
16   is -- only death gets you out?
17       A.   It depends who in the gang you ask.
18       Q.   And so if it depends on who you ask, what
19   are the rules?
20       A.   There's a lot of contradictions in the
21   SNM, I've discovered.
22       Q.   A lot of contradiction or a lot of
23   confusion?
24       A.   Contradictions.
25            MR. CASTELLANO:  Your Honor, at this point
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

951

```
 1   I'm going to object.  I'm not sure if the attorney
 2   is trying to elicit expert testimony.  If not, we're
 3   eliciting hearsay.
 4           MR. LOWRY:  No, I'm not, Your Honor.
 5           MR. CASTELLANO:  I would object to
 6   hearsay, Your Honor.
 7           THE COURT:  Well, don't elicit hearsay.
 8   BY MR. LOWRY:
 9       Q.   So back to the benefits.  We were talking
10   about Eric Duran, and Mr. Castellano asked you about
11   Eric Duran.  Were you aware of any calls made on his
12   behalf when he got in trouble with the law?
13       A.   No.  There were inquiries, but not what
14   I'd characterize as calls on his behalf.
15       Q.   When you realized he was in trouble, did
16   you or anybody from the United States Attorney's
17   Office for the District of New Mexico contact any of
18   the prosecuting agencies?
19       A.   Yes.
20       Q.   In which cases did they contact the
21   prosecuting agencies?
22       A.   The first instance was when we learned
23   there was an outstanding warrant in El Paso for
24   Duran, but it was not in his name; it was in an
25   alias name from 20 years earlier.  The United States
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Attorney's Office let the district attorney's office

 2   in El Paso know that we could deliver him, and we

 3   would; and I was told as soon as they want him, go

 4   pick him up and take him down there, and made plans

 5   to do that.

 6            The second time -- well, I had interaction

 7   with the district attorney's office in Multnomah

 8   County, when I learned that Duran picked up some

 9   charges there.

10            And then the only other instance I can

11   think of is -- well, related to that, I also had

12   interaction with the United States Attorney's Office

13   for the District of Oregon, again related to those

14   charges.

15       Q.   And those charges were never pursued?

16       A.   I don't agree.

17       Q.   Well, are you aware that if we're talking

18   about the November 11 incident where Mr. Duran was

19   caught in a vehicle with a pistol and with heroin,

20   didn't the district attorney in Washington State

21   dismiss -- or Portland dismiss those charges?

22       A.   Well, they did once they learned we were

23   going to pick them up.  But my understanding, in

24   talking with the deputy DA assigned to the case,

25   they have similar rules to New Mexico where they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

953

```
 1   have to present to grand jury in a certain amount of

 2   time.  They were intending to go to the grand jury.

 3   I don't know all the legal terms.  I know there was

 4   some delay in collecting evidence before they were

 5   ready to present the case.

 6        Q.   Then why did the driver of that car

 7   already go to trial and was convicted?

 8             MR. CASTELLANO:  Objection, calls for

 9   hearsay.

10             THE COURT:  Well, ask him if he knows.

11   BY MR. LOWRY:

12        Q.   Do you know why?

13        A.   No, sir --

14             THE COURT:  Just answer yes or no.

15        A.   No.

16        Q.   You were talking about how swiftly the

17   federal government could respond to situations

18   regarding the gun pickups in the reverse case?

19        A.   Yes.

20        Q.   Were those people charged?

21        A.   Yes.

22        Q.   Quickly?

23        A.   Well, they were arrested quickly.

24        Q.   Well, they were probably charged very soon

25   after their arrest.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

954

```
 1        A.   I did criminal complaints, yes.
 2        Q.   What's to prevent you from filing -- well,
 3   what's to prevent the FBI or the Department of
 4   Justice from filing a criminal complaint against
 5   Mr. Duran in Portland?
 6        A.   I pushed for that.  But the U.S.
 7   Attorney's Office there wanted results of
 8   fingerprints or DNA.
 9        Q.   There are no charges pending against
10   Mr. Duran?
11        A.   He hasn't been charged yet, but it's
12   pending.
13        Q.   So you did contact state prosecutorial
14   agencies there to talk to them about Mr. Duran's
15   status?
16        A.   Yes, sir.  I just want to say I wouldn't
17   characterize it as on his behalf.
18        Q.   Okay.  Then why would you contact them at
19   all?
20        A.   I wanted them to know that he needed to be
21   charged, because I had the same concern when I saw
22   that he hadn't yet been -- or he had been released.
23   I wanted to know why he had been released.
24        Q.   Given Mr. Duran's behavior over the
25   summer, why did the FBI sign him up at the beginning
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   of November for another confidential human source

 2   contract?

 3        A.   I'm not following, sir.

 4        Q.   Okay.  Well are you aware that your

 5   colleagues in the Northwest signed a -- well, let me

 6   back up for a second.  Locally here, the local FBI

 7   signed Mr. Duran up on March 25, 2015, to be a CHS,

 8   a confidential human source?

 9        A.   That's what our paperwork indicates.  I

10   believe you.  I didn't meet him until August.

11        Q.   Right.  Because somebody else in your

12   department was handling his case?

13        A.   Yes, sir, and as such, I wouldn't have

14   access to his information, like his records.  So I'm

15   not sure of the exact date.

16        Q.   You wouldn't have access to his records

17   once you took over his handling, his file?

18        A.   I would then, yes.

19        Q.   And would you have reviewed them just to

20   see how he did, how he performed?

21        A.   No.  I'd ask the agent.

22        Q.   And what was the response you got?  What

23   was the feedback you got about his ability to do the

24   job?

25        A.   That agent was Katie Brusuelas.  She told
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

956

1   me he had phenomenal access to the SNM, was housed

2   up at the Level 6 with some of the leaders, and that

3   he was willing to testify and make recordings.  She

4   told me she had deployed a device, and he was in the

5   process of making recordings.  And I thought that

6   sounded promising.

7        Q.   And you reinstituted when you signed him

8   up in the fall to keep recording?

9        A.   To be clear, it's just a transfer.  I

10  didn't resign him.  He was transferred to me.  I met

11  with him, questioned him about his access, his

12  abilities, and yes, I deployed a different recording

13  device or devices with him.

14       Q.   Because he struggled with the first one.

15       A.   I don't know that I blame him.  I blame

16  the device, and frankly -- I'll blame the device.

17       Q.   Now, when you talked to Mr. Duran about

18  using the device, you didn't give him a lot of

19  instruction, did you?

20       A.   No.

21       Q.   Okay.  One thing you did tell Mr. Duran is

22  that he needed to get the recording -- he needed to

23  get somebody speaking on the tape for you to believe

24  it happened?

25       A.   Yes, I typically tell all the informants

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that; there needs to be a recording.

2      Q.   And that's because you want solid

3  evidence?

4      A.   Yeah.  I want to corroborate what they're

5  telling me.  I want to hear it myself, yes.

6      Q.   Right.  And if you can't hear it for

7  yourself, it's like it never happened?

8      A.   I just have to corroborate it through

9  other means.  I prefer the recording, but if I don't

10 get the recording, we keep investigating and try to

11 corroborate it through other means.

12     Q.   Right.  But you testified earlier in this

13 case before this jury sat down, didn't you?

14     A.   Oh, like pretrial hearings?

15     Q.   Correct.

16     A.   Yes, sir, I did.

17     Q.   And during those pretrial hearings you

18 testified, "Well, if it's not recorded, the

19 conversation, in my mind, didn't happen."

20     A.   That's what I tell the informants, yes.

21     Q.   You want it on tape.

22     A.   Yes.

23     Q.   Is that because you're concerned about the

24 honesty of the people you work with when you work

25 with inmates in the Department of Corrections?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

958

```
 1        A.    Sometimes.

 2        Q.    You're concerned about their integrity?

 3        A.    That is sometimes a concern that I have,

 4   especially if I'm just meeting them and I haven't

 5   tested them yet.

 6        Q.    And you hadn't really met Mr. Duran

 7   before?

 8        A.    No.  I first met him in August.

 9        Q.    And that's when he told you that Mr. Baca

10   was eager to kill the secretary, Gregg Marcantel?

11        A.    I don't know that he told me that.  I'd

12   have to go back and look at the debrief reports, but

13   he subsequently told me that, for sure.

14             MR. LOWRY:  One moment, Your Honor.

15             THE COURT:  Certainly.

16             MR. LOWRY:  I'll pass the witness, Your

17   Honor.

18             THE COURT:  Thank you, Mr. Lowry.

19             Mr. Maynard, are you next?  Okay, Mr.

20   Maynard.

21                   CROSS-EXAMINATION

22   BY MR. MAYNARD:

23        Q.    Good afternoon, Mr. Acee.

24        A.    Good afternoon.

25        Q.    I'd like to clarify a few items that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   raised on direct examination to make sure the jury

2   understands as clearly as possible your testimony.

3           You mentioned at one point in the direct

4   examination that there were some other accusations

5   of other murders involved in SNM.

6       A.   Yes, sir.

7       Q.   Okay.  Now, Mr. Herrera is not charged in

8   any of those, is he?  Carlos Herrera?

9       A.   No, sir.

10      Q.   All right.  Now, you mentioned reference

11  to some state cases, especially, of course, Mr.

12  Jerry -- the two Jerrys, Jerry Armenta and Montoya?

13      A.   Yes, sir.

14      Q.   And I think Tim Martinez also was charged.

15      A.   Mario Rodriguez.

16      Q.   Mario Rodriguez.  I'm sorry.  Now, Carlos

17  Herrera was not charged in any of that, was he?

18      A.   No, sir.

19      Q.   All right.  Now, you testified also that

20  during the investigation, after the murder of Javier

21  Molina in 2014, several people that Corrections, at

22  least, felt were in some kind of influential or

23  leadership ability were sent north or sent out of

24  state, some of them.

25      A.   Three people were sent out of state, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

960

1    several were sent to the North facility in Santa Fe.

2        Q.   And out of the Southern -- out of the

3    facility from Las Cruces?

4        A.   Yes, sir.

5        Q.   And some were sent to other places east

6    and west, or were they all sent to PNM, if you know?

7    If you recall.

8        A.   I'm not sure.  I know that three were sent

9    out of state, and a group was sent north.  But I

10   couldn't tell you exactly who.

11       Q.   Now, Mr. Herrera was not one of any of

12   those that was sent out of state, was he?

13       A.   He was not.

14       Q.   Now, you also mentioned briefly -- you

15   made reference to the structure or politics,

16   disagreements, for instance, between Romero and the

17   Archuleta political parties, whatever.

18       A.   Good description, sir.  Yes.

19       Q.   Now, would it be at least -- it wouldn't

20   be unfair to say the origin of that dispute was over

21   a woman?

22       A.   Correct.

23       Q.   And if you look through your investigation

24   and disagreements between inmates, you run into

25   rivalries, you run into resentments over women, over

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 debts, over respect, et cetera; is that a fair

2 summary?

3        A.    Yes, sir.

4        Q.    And it's not so easy to figure out, well,

5 which one is an SNM issue and which one is an issue

6 between a couple of inmates and their friends?

7        A.    It depends.

8        Q.    Right.  It depends on a lot of facts.

9        A.    Yes, sir.

10        Q.    I mean, you can't do a roll call, like

11 in -- at the State House, legislature in Santa Fe,

12 and say who voted for what?

13        A.    Correct.

14        Q.    And a lot of that depends upon rumors.

15        A.    I think rumors play a factor in politics.

16        Q.    Right.  Politics.  And you mentioned back

17 in 2014, around the time -- and before the time

18 Mr. Molina was killed, there was some dissention,

19 some politics and dissension within the wings,

20 within the party, so to speak, if you want to

21 call --

22              MR. CASTELLANO:  Objection.  I'm sorry.

23 Calls for hearsay.

24              THE COURT:  Why don't you lay a foundation

25 as to, A, does he know it; and B, where he got the

SANTA FE OFFICE                                                                      MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                               Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                               FAX (505) 843-9492
                                                                                       1-800-669-9492
                                                                             e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

962

```
 1   information, so he can --
 2   BY MR. MAYNARD:
 3        Q.   You interviewed a lot of people that were
 4   in and out of custody with the Corrections
 5   Department or on the street?
 6        A.   Yes, sir.
 7        Q.   People with tattoos that -- you saw them
 8   during the earlier direct examination?
 9        A.   Tattoos very similar.
10        Q.   People that, by all appearances, appear to
11   be, at one time or another, members of SNM?
12        A.   Yes.
13        Q.   Okay.  And you ran into different opinions
14   about different issues?
15        A.   Yes.
16        Q.   And you have made reference to murders,
17   hits, during your testimony; correct?
18        A.   Yes, sir.
19        Q.   And the term "hit" is sort of a
20   colloquialism, sort of a jargon for a gang, for any
21   gang?  It's informal English; correct?
22        A.   Yes.
23        Q.   It doesn't necessarily mean a murder.  It
24   can mean a beating, it can mean a sanction of any
25   sort.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

963

1      A.   I think it can mean a murder or an

2   assault.

3      Q.   Or an assault.  Now, you gathered

4   information from various people that you felt were

5   at one time or another, or still were, SNM members.

6   And you went back and interviewed them on repeated

7   occasions.

8      A.   Some would only talk to me once, or

9   wouldn't talk to me at all.

10      Q.   That's true.  That's fair.

11      A.   Others, I interviewed more than once.

12      Q.   And for instance, in preparation for this

13   trial, you talked to several just within the past

14   few weeks.

15      A.   Primarily the attorneys did, but I was

16   present.

17      Q.   Right.  And they had been interviewed

18   before numerous times.

19      A.   Some of them had.

20      Q.   All right.  Now, with respect to Mr.

21   Herrera, the issues relate to events that happened

22   almost three years ago, in 2014.

23      A.   Yes, sir.

24      Q.   And the witnesses have spoken with you or

25   other agents of the FBI on prior occasions.  This is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   not just the past couple of months.

2       A.   Correct.

3       Q.   And over time, they've been receiving

4   benefits, or certain privileges or expenses have

5   been covered for them; correct?

6       A.   No.   Some of them received benefits for

7   some of the time, but all of them have not received

8   benefits all of the time.

9       Q.   I understand.   Right.   Now, would it be

10  fair to say that with some of these people that are

11  going to come in and testify today that with the

12  passage of time, they continue to come in with

13  additional details that they recall about 2014?

14      A.   Well, there were more than -- yes, in some

15  cases there would be a second or third interview

16  with more details, something that they remembered

17  when they went back and thought about it more, yes.

18      Q.   And while they thought about it more, many

19  of them have been housed together with each other.

20  Not all of them.

21      A.   Well, I don't know that I'd say many of

22  them.   I'll agree that some of them were, yes.

23      Q.   They could exchange stories; they've heard

24  each other's recollections?

25      A.   I don't know.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

965

1       Q.   You wouldn't know?

2       A.   I don't know.

3       Q.   But they had that opportunity.

4       A.    If they had tier time together and chose

5  to talk about those sorts of things, they certainly

6  could have.

7       Q.    In fact, you would expect them to talk

8  about this from time to time.  They would have a lot

9  of time on their hands.

10      A.    I don't know that I'd expect it, because

11 we told them not to.  So I would hope that they

12 would follow our directions.

13      Q.    Were there not occasions where they didn't

14 follow your directions?

15      A.    Yes, sir.

16      Q.    Not all of them, but a significant number

17 of them?

18      A.    A few of them didn't follow my

19 instructions.

20      Q.    Right.  So you're not sure to what extent

21 they did or did not speak with each other?

22      A.    No, sir.

23      Q.    Talk with each other about their

24 contemplated testimony in the future?

25      A.    No, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MR. MAYNARD:  May I have just a moment,
2    Your Honor?
3              THE COURT:  Certainly.
4    BY MR. MAYNARD:
5         Q.   Just a couple of other questions, Mr.
6    Acee.  With respect to the wiring of a couple of
7    cooperators, you called them, they were in
8    possession -- in custody in the Corrections
9    Department at this time; correct?
10        A.   Yes.
11        Q.   And they were staying, according to the
12   plan, the investigation, next to Mr. Herrera.  I'm
13   speaking about Mr. Cordova and Mr. Archuleta.
14        A.   Yes, sir.  They were.
15        Q.   All right.  Now, they were next to --
16   right adjacent to Carlos Herrera for a period of
17   several weeks, or at least a few weeks.
18        A.   At least a few weeks.  I had the dates
19   when we were doing the pretrial stuff, and I don't
20   recall them as I sit here today.  But I agree it was
21   at least a couple of weeks.
22        Q.   And they knew who they were to target to
23   try to elicit some relevant conversations --
24        A.   Yes, sir.
25        Q.   -- relevant about what happened on March 7
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of 2014?
 2         A.    Correct.
 3         Q.    And they had the ability during this
 4    period of time of a few weeks, with respect to each
 5    other -- and this was about a year and a half,
 6    almost two years ago, in 2016?
 7         A.    Correct.
 8         Q.    And they had control of the on-off button
 9    for this recording device.  They could turn it on
10    and off whenever they wanted to.
11         A.    Yes.
12         Q.    And so you have no way of knowing for sure
13    what was said when the recorder was off.
14         A.    Correct.
15         Q.    And you really have very little or no
16    control over that.
17         A.    I don't control that, no.
18              MR. MAYNARD:  No further questions.
19              THE COURT:  Thank you, Mr. Maynard.
20              Mr. Villa, do you have cross-examination
21    of Mr. Acee on behalf of Mr. Perez?
22              MR. VILLA:  Yes, Your Honor.
23              THE COURT:  Mr. Villa.
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

968

```
 1                    CROSS-EXAMINATION
 2   BY MR. VILLA:
 3        Q.    Good afternoon, Agent Acee.
 4        A.    Good afternoon.
 5        Q.    Mr. Perez is not charged in any other
 6   cases except this case; correct?
 7        A.    Correct.
 8        Q.    And in this case, he's only charged with
 9   the alleged murder and conspiracy to commit murder
10   of Javier Molina.
11        A.    Yes, sir.
12        Q.    And as you testified about with Mr.
13   Castellano, the first -- phase 1, if you will,
14   included an indictment of individuals; correct?
15        A.    Yes, sir.
16        Q.    And many of those individuals were charged
17   with the murder of Javier Molina.
18        A.    Yes.
19        Q.    And Mr. Perez was not included in that
20   indictment, was he?
21        A.    He was not.
22        Q.    In fact, he wasn't included until the
23   second round, phase 2, in April of 2016; correct?
24        A.    Yes.
25        Q.    And he was only included because of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  conversations that he had with Billy Cordova; isn't

2  that true?

3        A.    No.

4        Q.    Well, let me back up.  He had a

5  conversation with Billy Cordova that was recorded on

6  a recording device in February of 2016; right?

7        A.    Yes.

8        Q.    And after those conversations, he was then

9  indicted and charged in this case around about

10 April?

11       A.    Yes.

12       Q.    And you talked about, in your direct

13 examination, meeting Mr. Cordova.  Do you remember

14 that?

15       A.    Yes.

16       Q.    You said you met him at MDC, the jail in

17 Bernalillo County, outside of Albuquerque.

18       A.    Yes, sir.

19       Q.    And you might need to just speak up just a

20 little bit.  Thank you, Agent.

21             It was your testimony that Mr. Cordova

22 came in with a big smile on his face; right?

23       A.    Yes.

24       Q.    The guard said, "You know, I don't know;

25 we're going to bring him in, but we're a little



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

970

1   afraid he might attack you."  I think that was your
2   testimony.
3        A.   Those weren't the exact words, but...
4        Q.   Words to that effect?
5        A.   Yes.
6        Q.   And instead, it's your claim that he
7   walked in there with big smile on his face; right?
8        A.   He did.
9        Q.   That's your testimony today.
10       A.   Yes.
11       Q.   And you remember testifying about this at
12  the grand jury, don't you?
13       A.   Yes.
14       Q.   Isn't it true that at the grand jury, you
15  said, "I'll spare you a long story, but basically I
16  said, 'I'm with the FBI and we're going to target
17  you.'"
18       A.   I said that later in the conversation.
19       Q.   Okay.  So you didn't tell the grand jury
20  about the big smile, did you?
21       A.   If that's what you have there, I believe
22  you.
23       Q.   Well, you don't have to take my word for
24  it.  Do you want to see it?
25       A.   Sure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

971

```
 1            MR. VILLA:  May I approach?

 2            THE COURT:  You may.

 3            MR. CASTELLANO:  Page number, please, Your

 4   Honor?

 5            MR. VILLA:  I'm going to show him page

 6   101.  You might want to look back at 100 of the

 7   April 21, 2016.

 8   BY MR. VILLA:

 9       Q.  Agent Acee, there is the testimony that I

10   just read to you where I indicated that you said,

11   "I'll spare you a long story, but basically said,

12   'I'm with the FBI.  We're going to target you.'"  I

13   read that right?

14       A.  Well, you're reading that right, but who

15   are we talking about?

16       Q.  I'll let you take a look at it, and we'll

17   see if we're talking about Mr. Cordova.  Why don't

18   we flip back to page 100.  And -- let's see.  I

19   don't believe you indicate the person's name, but

20   I'll let you take a look at it, and tell me if we're

21   talking about Billy Cordova.

22       A.  Can you turn the page?

23       Q.  Absolutely.

24       A.  Okay.  Thank you.

25       Q.  Are you talking about Billy Cordova?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    Yes.

2     Q.    Can you show me in there where you talked

3 about the big smile?

4     A.    Yeah, that would be contained in the part

5 where I said, "I'll spare you a long story."

6     Q.    So "I'll spare you a long story" is where

7 you told the grand jury about the big smile?

8     A.    No, the opposite.  I'm responding to the

9 question I was asked at grand jury about that, and I

10 said, "I'll spare you a long story, but basically,"

11 and then you quoted me.

12    Q.    Well, let's talk a little bit about that

13 long story.  You told Mr. Cordova that you were

14 after him.

15    A.    At one point in that conversation I did.

16 Initially, I didn't start the conversation with him.

17 A couple other agents did.

18    Q.    You told Mr. Cordova that you were going

19 to charge him with racketeering, didn't you?

20    A.    I told him that we were preparing to do

21 that.

22    Q.    And as a matter of fact, you had another

23 agent there with you, Agent Neale?

24    A.    Yes.

25    Q.    And Agent Neale -- one of his job duties

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in this case was to write up what we call overt acts

2  against Billy Cordova; right?

3      A.   Correct.

4      Q.   And overt acts are the acts or the things

5  that somebody does in furtherance of a conspiracy;

6  right?

7      A.   In a racketeering enterprise, yes, sir.

8      Q.   And so Agent Neale was going to write up

9  the things that Mr. Cordova was going to be accused

10  of in a future case; right?

11      A.   Yes.

12      Q.   And instead of that happening, during the

13  conversation that we're talking about you told Mr.

14  Cordova that if he worked with you, you wouldn't

15  charge him; right?

16      A.   I think that was in a follow-up

17  conversation.  I don't know if I said it that first

18  meeting or the second meeting, which was within a

19  couple days.

20      Q.   So within a couple of days or maybe in the

21  first meeting you conveyed to Mr. Cordova that he

22  wouldn't be charged with racketeering in exchange

23  for cooperation?

24      A.   Well, I said I wouldn't recommend him for

25  charges, yes, in exchange, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   As a matter of fact, in Mr. Cordova's
2  presence you told Agent Neale that he didn't have to
3  work on those overt acts for Mr. Cordova if Mr.
4  Cordova was going to work for you.
5    A.   I don't think the conversation went like
6  that.  But at some point I did tell Agent Neale he
7  could stop working on Cordova's overt acts and work
8  on someone else's.
9    Q.   And you did that in front of Mr. Cordova,
10  didn't you?
11    A.   I know I introduced it to.  I don't know
12  if we had that conversation.  I definitely had it
13  with Neale.  I don't know if I had with Cordova.
14    Q.   Would you disagree with me that it was
15  clear to Billy Cordova that you weren't going to
16  pursue racketeering charges against him if he
17  cooperated?
18    A.   I believe that was clear to him.
19    Q.   And you made it clear to him, didn't you?
20    A.   Yes.
21    Q.   And this communication that you had with
22  Mr. Cordova took place in approximately January of
23  2016; agreed?
24    A.   Yes.
25    Q.   And within just a few weeks, Mr. Cordova

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

975

```
 1   is then placed in PNM North, in the Level 6
 2   facility; right?
 3        A.   Yes.
 4        Q.   The Level 6 facility is in PNM North in
 5   Santa Fe.  It's the most severe lockdown that the
 6   State of New Mexico has; correct?
 7        A.   It's their most secure facility.
 8        Q.   All right.  And the individuals placed in
 9   that -- sometimes they refer to that as solitary
10   confinement?
11        A.   I think the inmates do.  I don't think the
12   Department of Corrections does.
13        Q.   Okay.  The Department of Corrections gives
14   it a cleaner name, like administrative segregation
15   or something?
16        A.   That's probably a question for them.
17        Q.   Are you aware of the name they give it?
18        A.   They have lot of different programs in
19   there.  Let me try to think of what Corrections
20   calls it.  I'll have to get back to you.  I'm not
21   sure exactly what they call it.
22        Q.   So in any case, you knew that Rudy Perez
23   had been there at PNM North at the time Billy
24   Cordova was then moved to PNM North; true?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

976

```
 1        Q.   And Mr. Perez was in a downstairs pod in
 2   the corner cell; right?
 3        A.   I now know that.  At the time, I just knew
 4   he was at the North.
 5        Q.   Okay.  But you were working with the New
 6   Mexico Department of Corrections in this
 7   investigation; right?
 8        A.   Yes, sir.
 9        Q.   And so somebody knew where Rudy Perez was;
10   right?
11        A.   Somebody did.
12        Q.   Somebody you were working with.
13        A.   Yes.
14        Q.   And they knew -- or they put Rudy Perez in
15   a corner cell; right?
16        A.   I don't think he had a choice.  So yes.
17        Q.   Well, Mr. Perez didn't have a choice.  But
18   I'm saying the Department of Corrections put him
19   there.
20        A.   Yes.
21        Q.   And in the corner cell, there is only one
22   cell next to you; true?
23        A.   True.
24        Q.   So if you're going to talk to somebody
25   next door to you, that's the only person you can
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

977

1   talk to?

2        A.   If you're talking through the vents and

3   you're in your cells, yes.

4        Q.   And I want to ask you about that.  You

5   talked about how even though they're in these

6   lockdown cells, the folks can talk to each other

7   through the vents; right?

8        A.   Yes.

9        Q.   And isn't there a vent underneath the bed,

10  that if one inmate is in one cell talking through

11  the vent, and another inmate is another cell talking

12  through the vent, they could hear each other?

13       A.   Yes.  They have a shared vent, if you

14  will.  Yeah.

15       Q.   So Mr. Perez was in the corner cell and

16  Mr. Cordova was placed next to him; right?

17       A.   Yes.

18       Q.   And they talked to each other through the

19  vents?

20       A.   They did.

21       Q.   And you gave Mr. Cordova, after you had

22  this conversation with him about not charging him

23  for racketeering, a recording device; right?

24       A.   Yes.

25       Q.   And I think you referred to it in some of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

978

```
 1   your direct testimony as a wire, but it's actually a
 2   little recording device that has an on-and-off
 3   button so they can record; right?
 4        A.   That particular device does. I guess we as
 5   agents call them all wires.  The devices are
 6   different.  But yes, what you're referring to was a
 7   small device with an on-and-off switch.
 8        Q.   Mr. Cordova's device is not one that you
 9   can listen to or have another agent listen to while
10   he's recording.
11        A.   It is not real-time or live, no.
12        Q.   He records it, turns it off and on, gives
13   it back, it makes its way back to you, and then
14   you're able to listen to it?
15        A.   There is a process; but ultimately, yes.
16        Q.   Okay.  So it's not like a wiretap with a
17   phone where you can actually hear what's going on?
18        A.   Not real-time.
19        Q.   Or a real-time wire, like when you're
20   talking about the controlled buys, where you guys
21   can hear what's going on; right?
22        A.   Correct.
23        Q.   So Mr. Cordova is, within weeks of your
24   meeting with him at the Bernalillo County jail,
25   placed next to Rudy Perez and starts having a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

979

```
 1    conversation with him.
 2         A.   Yes, sir.
 3         Q.   Let's talk about the timeframe of that.
 4    This happens 23 months after the Javier Molina
 5    murder, does it not?
 6         A.   Yes.
 7         Q.   The Javier Molina murder took place March
 8    7 of 2014; true?
 9         A.   Yes.
10         Q.   And this recording that we're talking
11    about occurred in February of 2016.
12         A.   Correct.
13         Q.   And since that time, there have been a lot
14    of conversations about the Javier Molina murder,
15    hadn't there?
16         A.   With me?
17         Q.   Conversations -- well, let me back up.
18    You did some interviews of folks and learned
19    information about the Javier Molina murder.
20         A.   Yes, sir.
21         Q.   And some of that information came from
22    people that didn't have firsthand knowledge of the
23    murder.
24         A.   Correct.
25         Q.   So people were talking.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

980

```
1        A.   Yes.

2        Q.   Right?  And I think you testified about

3  Billy Cordova that he was a popular and well-known

4  member of the SNM.

5        A.   Yes, sir.

6        Q.   When you say "popular," what do you mean

7  by that?

8        A.   I usually refer to him as kind of a rising

9  star, well-liked, willing to put in work.

10       Q.   So a lot of people knew him.

11       A.   I believe so.

12       Q.   Do you have any reason to believe Mr.

13 Perez didn't know that Mr. Cordova was popular and

14 well-known?

15       A.   He probably did.  I've never talked to Mr.

16 Perez, but I assume -- others described him that

17 way.

18       Q.   And you agree with me that prior to

19 February 2016, when Mr. Cordova was recording Mr.

20 Perez, that at that point Mr. Perez had not been

21 charged in the Javier Molina murder?

22       A.   No, he wasn't charged until April.

23       Q.   All right.  And some of the folks who were

24 actually what I'll call the hands-on killers of

25 Javier Molina had been charged; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

981

```
1         A.   Yes, sir.  They were charged in December.
2         Q.   So for instance, Jerry Montoya was one of
3    the individuals charged in the first indictment;
4    right?
5         A.   Yes, sir.
6         Q.   And so I believe that was Government's
7    Exhibit 605, which I'll put up on the screen here
8    for you.  He got charged in the first round; right?
9         A.   Yes.
10        Q.   And this is Jerry Montoya that we're
11   looking at here.  And you can see the date,
12   12/3/2015.
13        A.   Yes, sir.
14        Q.   That's the date the photo was taken?
15        A.   Yes.
16        Q.   And that's when the roundup happened of
17   the first guys in phase 1; right?
18        A.   Yes.
19        Q.   So Mr. Montoya -- you'd agree with me he's
20   got a pretty big smile in this picture, wouldn't
21   you?
22        A.   He does.
23        Q.   And this is after he's been arrested by
24   you or somebody on your team for the murder of
25   Javier Molina?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

982

1    A.   I don't know that we told him what the
2 charges were yet, but he knows he's been arrested by
3 the FBI, certainly.
4    Q.   All right.  And he had actually been
5 charged by the State of New Mexico for the murder of
6 Javier Molina; right?
7    A.   Yes, sir.
8    Q.   And you know that he actually stabbed
9 Javier Molina with his own hands.
10    A.   I am aware of that.
11    Q.   And Javier Molina -- we saw some pictures
12 of it in opening -- had some stab wounds right
13 around his chest, over his heart?
14    A.   Yes.
15    Q.   And we saw pictures of the shanks that
16 were used allegedly to stab Javier Molina?
17    A.   I don't know.  That was Ms. Jacks'
18 presentation, I think.  I'm not sure.
19    Q.   Did you see the pictures?
20    A.   I did; not for very long.  They probably
21 were.  I just want to examine them a little closer.
22    Q.   No, I understand that.  But do you know if
23 it was Jerry Montoya that stabbed him in the heart,
24 or Jerry Armenta, the other defendant?
25    A.   I couldn't tell you which one stabbed him

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    in the heart.  I just know that both committed and

2    were successful in stabbing Mr. Molina.

3         Q.    Well, Jerry Montoya is cooperating with

4    you, isn't he?

5         A.    Yes.

6         Q.    Did you ask him how many times he stabbed

7    Javier Molina in the heart?

8         A.    I didn't ask him how many times he stabbed

9    him in the heart.  I asked him to show me what

10   happened.  And I laid on the ground so that he

11   could -- as if I were Mr. Molina, so he could stand

12   over me and show me.

13        Q.    Did he show you a stabbing motion to your

14   heart?

15        A.    To my upper body area, yes.

16        Q.    What about your heart?

17        A.    It's in my upper body, yes.

18        Q.    And he stabbed over that?

19        A.    Yes.

20        Q.    Okay.  One of the other people indicted in

21   the first round is Jerry Armenta.  I believe there

22   is a picture of him, Government's Exhibit 606?

23        A.    He was arrested, yes.

24        Q.    This is Jerry Armenta?

25        A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Also arrested on December 3, 2015?

2      A.   Yes, sir.

3      Q.   Did you ask him whether he stabbed Javier

4  Molina in the heart?

5      A.   Again, I just asked him to walk me through

6  it, and he did.  I don't think he said he stabbed

7  him in the heart, though.  He did say he stabbed

8  him.

9      Q.   Where?

10      A.   His upper body, as well.  It sounded like

11  it was pretty chaotic, and it sounded like they were

12  trying to get into the same areas.

13      Q.   I think we heard from Ms. Armijo in

14  opening statement that these two men stabbed Javier

15  Molina 43 times?

16      A.   I recall hearing that.

17      Q.   Did you ask Mr. Armenta how many times he

18  stabbed Javier Molina?

19           MR. CASTELLANO:  Objection, calls for

20  hearsay.

21           MR. VILLA:  It's just a question.

22           THE COURT:  He can answer this question.

23  It's a yes-or-no question.

24      A.   Yes.

25

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1    BY MR. VILLA:

 2         Q.   You did ask him?

 3         A.   Yes.

 4         Q.   Did you ask Jerry Montoya how many times

 5    he stabbed Javier Molina?

 6         A.   Yes.

 7         Q.   Did they answer you?

 8         A.   They answered.

 9         Q.   Both of them?

10         A.   Yes.

11         Q.   Let's talk about Mario Rodriguez.  That's

12    Government's Exhibit 586.  He was also charged in

13    the first round; right?  Whoops.

14         A.   Yes, sir.

15         Q.   And Mr. Rodriguez -- his picture here --

16    was arrested on December 3, 2015; right?

17         A.   Yes, sir.

18         Q.   And Mr. Rodriguez played a part -- or he

19    was charged in the first round with the murder of

20    Javier Molina and conspiracy to murder Javier

21    Molina; right?

22         A.   And other charges, yes.

23         Q.   And in other charges.

24         A.   Yes.

25         Q.   So not just those two.  He had others.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

986

```
 1        A.    Correct.

 2        Q.    What were those other charges?

 3        A.    Violent crime in aid of racketeering,

 4   assault causing great bodily injury for an incident

 5   up at PNM.

 6        Q.    In the course of your investigation, did

 7   you learn about the type of reputation Mario

 8   Rodriguez had?

 9        A.    Yes.

10        Q.    What was that?

11              MR. CASTELLANO:  Objection, calls for

12   hearsay.

13              MR. VILLA:  I think this is part of his

14   investigative conclusion, Your Honor.

15              THE COURT:  Well, I think I'll allow him

16   to testify and tell the jury they can't consider

17   this for the truth.  But this is going to Mr. Acee's

18   investigation, and so I'll allow it.

19              So don't consider this for the truth of

20   the matter, but only for the information that Mr.

21   Acee knew as part of his investigation.

22   BY MR. VILLA:

23        Q.    Go ahead, sir.

24        A.    You'd like me to explain what I learned

25   about Mr. Rodriguez in terms of his SNM membership?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

987

1        Q.   His reputation.

2        A.   His reputation.  He's a good soldier.

3   He's very dedicated to the mission of the SNM and

4   the ethos that they stand for, for a long time, and

5   was probably, in my opinion, one of their more

6   fierce soldiers.

7        Q.   Scary?

8        A.   Well, in the right circumstances, I would

9   probably be concerned with him.  But he's a

10  dangerous man.

11       Q.   And you investigated a number of violent

12  crimes that Mario Rodriguez allegedly committed,

13  didn't you?

14       A.   Yes, sir.

15       Q.   Very violent?

16       A.   Well, he was involved in some violent

17  incidents, yes.

18       Q.   And when I say "very violent," I mean more

19  violent than some of the other violent acts that you

20  investigated in this case.

21       A.   I don't agree.

22       Q.   You don't think so?

23       A.   No, I won't deny they were violent.  But

24  to me, there are other -- in my opinion, in my

25  experience, "very violent" to me is like

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  decapitation and stuff like that.  He's a violent

2  man.

3      Q.   And he had a reputation for being fierce.

4      A.   Yes.

5      Q.   And you'd agree with me that he played a

6  large role in orchestrating the murder of Javier

7  Molina?

8      A.   He played a significant role, yeah.

9      Q.   One of other individuals that was indicted

10 in the Javier Molina murder was Timothy Martinez.

11 That's Government's Exhibit 561?

12     A.   Yes, sir.

13     Q.   There is Mr. Martinez there on your

14 screen; right?

15     A.   Yes.

16     Q.   So these four individuals that we talked

17 about get charged in phase 1, and in your

18 investigation you learned that Mr. Martinez was a

19 good friend of Javier Molina; right?

20     A.   I did.

21     Q.   And his job in this alleged hit was to

22 incapacitate Javier Molina so that Jerry Montoya and

23 Jerry Armenta could stab him to death?

24     A.   I think it was more than that, but you're

25 correct.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

989

```
 1         Q.    It was even more than that.
 2         A.    I think it was to lure him into his room
 3    to use drugs, and then incapacitate him -- excuse
 4    me.  Let me drink some water.
 5         Q.    Go ahead.  Now, all four of these
 6    individuals that we just talked about have
 7    cooperated with you.
 8         A.    Yes.
 9         Q.    After they got charged in the indictment
10    in phase 1?
11         A.    Correct.
12         Q.    And these individuals have entered plea
13    agreements with the Government, have they not?
14         A.    They have.
15         Q.    And one of the things that they can get
16    from their plea agreements if they testify and
17    cooperate is a reduction in their sentence?
18         A.    It's up to the Judge.
19         Q.    Okay.  But that's something that the
20    Government can ask for in exchange for their
21    cooperation, is it not?
22         A.    Yes.
23         Q.    I'm sorry?
24         A.    Yes.
25         Q.    Otherwise, they're facing life sentences
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   for the murder of Javier Molina; true?

2       A.   True.

3       Q.   If they cooperate, they might not have to

4   spend the rest of their lives in prison.

5       A.   It's up to the Judge.

6       Q.   But it's possible.

7       A.   Yes.

8       Q.   Because of their cooperation.

9       A.   Yes.

10      Q.   Now, let's go back to what we were talking

11  about with Mr. Perez.  Billy Cordova was never

12  charged in phase 1, phase 2, or phase 3, or any

13  other phase of this investigation, was he?

14      A.   He was not.

15      Q.   Because he agreed to cooperate.

16      A.   No.

17      Q.   Well, in any case, that decision wasn't

18  yours to make, was it?

19      A.   No.

20      Q.   Okay.  And as we sit here today, Billy

21  Cordova has never been charged with racketeering or

22  any other crime that you've been investigating?

23      A.   That's true.

24      Q.   And before Billy Cordova recorded Rudy

25  Perez in February of 2016, you knew, didn't you,



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   that there were rumors that Mr. Perez was
2   cooperating?
3        A.   No.
4        Q.   You know that now, don't you?
5        A.   I do.
6        Q.   And you know that Mr. Cordova used those
7   rumors to exploit Mr. Perez?
8        A.   I don't agree.
9        Q.   Well, we'll ask Mr. Cordova about that.
10  All right?
11       A.   Yes, sir.
12       Q.   You would agree with me that oftentimes --
13  in the course of your investigation you learned that
14  there were rumors that somebody might be
15  cooperating; right?
16       A.   Yes.
17       Q.   And if there is a rumor that somebody is
18  cooperating with law enforcement, that person could
19  be in jeopardy.
20       A.   Yes.
21       Q.   Their life could be in jeopardy.
22       A.   Yes.
23       Q.   So if there were a rumor about Rudy Perez,
24  his life could be in jeopardy.
25       A.   Could be.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

992

```
 1        Q.   And you would agree with me, at least,
 2   that -- you may not have known it then, but you know
 3   it now -- at the time that Mr. Perez talked to Billy
 4   Cordova, that there were rumors he was cooperating
 5   with the FBI?
 6        A.   I don't know that we heard that.
 7        Q.   Well, that there were rumors that he was
 8   cooperating in the investigation because he had not
 9   been charged in phase 1.
10        A.   There were rumors that he may have
11   cooperated.  Yes, I do recall that.
12        Q.   So let me ask you this.  In the course of
13   your investigation, in interviewing the members
14   of -- alleged members of SNM and other gang members
15   and things like that, did you come to learn that
16   sometimes people take responsibility for things they
17   don't do?
18        A.   Yes.
19        Q.   So a member might take responsibility for
20   a crime they didn't commit?
21        A.   Yes.
22        Q.   Or for playing a role in a crime that they
23   didn't actually play?
24        A.   Yes.
25        Q.   And part of the reason they do that is to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  look like they're tough?

 2       A.   I guess.

 3       Q.   Well, I don't want you to guess.  Let me

 4  ask you:  In the course of your investigation, did

 5  you reach conclusions about why people take

 6  responsibility for things they don't do?

 7       A.   It's incredibly foolish.  I don't know.  I

 8  confronted guys on that before, so I'm not sure how

 9  to answer that.  They do it.  Why they're doing it I

10  don't know, because I think it's a bad idea.

11       Q.   One reason might be so that people don't

12  think they're a cooperator?

13       A.   Could be.

14       Q.   That's a good reason?

15       A.   Until the truth is found out, I guess.

16       Q.   And if you're going to take responsibility

17  for something you didn't do, perhaps because you

18  don't want people to think you're a cooperator, it

19  might be a good idea to say it to someone who is

20  well-known and popular in the gang?

21       A.   Yes.

22       Q.   Because if they're well-known and they're

23  popular in the gang, they might spread the word

24  that, oh, you're not a cooperator; you actually

25  helped out?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I suppose that could happen.
 2        Q.   Okay.  So I want to back up just a little
 3   bit.
 4             The testimony that you provided in your
 5   direct and that you've provided so far, that's all
 6   based on the investigation that you began -- I think
 7   you testified you began it in February or March of
 8   2015?
 9        A.   Yes, sir.
10        Q.   So your knowledge about the SNM and your
11   label by the FBI as a subject matter expert in SNM
12   comes from that investigation?
13        A.   Solely.
14        Q.   And in the course of your investigation,
15   didn't you learn -- or at least were you
16   investigating whether there was a division in the
17   SNM about whether to kill Javier Molina?
18        A.   Yes.
19        Q.   So some folks wanted to, and some folks
20   didn't?
21        A.   Yes.
22        Q.   So it's certainly possible that some folks
23   decided to act on that, and other folks didn't?
24        A.   That's what I believe, yes.
25        Q.   That's what you believe happened in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   case.

2       A.   Yes, sir.

3       Q.   And you were investigating, I think you

4   said, some cold-case homicides.  Did that include

5   all the homicides that you were investigating, or do

6   you consider them all cold cases, or were there

7   active homicides you were investigating, as well?

8       A.   Most of them are cold, but there were a

9   couple still active.

10      Q.   And how many of those homicides were you

11  investigating Billy Cordova for?

12      A.   Three.

13      Q.   Three homicides?

14      A.   Yes, sir.

15      Q.   Do you know how many people Billy Cordova

16  has actually killed?

17      A.   He's told me he's not killed anyone.  But

18  to answer your question, I don't know.

19      Q.   All right.  And as we sit here today, Mr.

20  Cordova hasn't been charged with any of the

21  homicides that you've been investigating.

22      A.   One, yes, sir.  What he's presently doing

23  time for.

24      Q.   Well, but that was actually charged by the

25  Bernalillo County DA; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1        A.   Yes, sir, it was.  We were looking at it.
 2   I wanted to answer your question.
 3        Q.   That's fair.
 4        A.   It was one -- to me, it doesn't matter who
 5   is looking at it or charging it; we're still looking
 6   at it, too, because again, as you know, sir, it
 7   could fall under the racketeering.
 8        Q.   So you did not bring that homicide into a
 9   racketeering case, did you?
10        A.   No, sir.
11        Q.   You just left it as it was, after Billy
12   Cordova agreed to cooperate.
13        A.   I didn't leave it.  I wanted to charge
14   him.
15        Q.   But you didn't.
16        A.   No.
17        Q.   And that's not all you investigated.
18   Well, excuse me.  That's not all your investigation
19   uncovered that Billy Cordova did, is it?
20        A.   No.
21        Q.   You were testifying earlier about some
22   drug trafficking and an individual named Christopher
23   Garcia?
24        A.   Yes, sir.
25        Q.   In the course of your investigation, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

997

1  learned that Billy Cordova was involved in some of

2  that drug trafficking.

3       A.   Yes.

4       Q.   Billy Cordova has not been charged for his

5  role in that drug trafficking, has he?

6       A.   No.

7       Q.   You've also learned in the course of your

8  investigation that Mr. Cordova had a role in the

9  murder of Javier Molina.

10      A.   I'm not sure that's correct.

11      Q.   Well, let me ask the question this way.

12 Before Javier Molina was killed, did Cordova agree

13 that he should be killed?

14      A.   Yes.  I say that because I think when

15 Billy was an active member, he believed all

16 informants should be killed.

17      Q.   But isn't it true that Billy Cordova told

18 you that he thought Javier Molina should be killed?

19           MR. CASTELLANO:  Object, Your Honor.  It

20 wasn't Agent Acee.  It was a different agent.

21           THE COURT:  Well, if he knows the answer,

22 he can answer it.

23      A.   I'm not sure.  I know his philosophy on it

24 was that informants should be killed.  I don't know

25 that I talked to him about specifically Molina.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

998

```
 1   BY MR. VILLA:
 2        Q.   Fair enough.  But on the side of the
 3   divide between whether Javier Molina should or
 4   should not be killed, Cordova was on the side of
 5   should.
 6        A.   Yes.
 7        Q.   And Cordova -- well, strike that.  You
 8   talked about how you handle informants and open them
 9   and close them and pay them and that sort of thing.
10   Do you remember that?
11        A.   Yes, sir.
12        Q.   So Billy Cordova was -- after you met with
13   him in Bernalillo County was opened up as an
14   informant by you; true?
15        A.   True.
16        Q.   And Mr. Cordova was provided money by
17   you -- or the FBI.
18        A.   Yes.
19        Q.   He was provided $650 in what you would
20   call payments for services as an informant?
21        A.   That would be that $50 amount, average,
22   yes.
23        Q.   So he got $50 a month put on his books at
24   the prison to use; right?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

999

```
 1        Q.    And that added up to $650?
 2        A.    That sounds right.
 3        Q.    Do you want to look at the paperwork that
 4   reflects that?
 5        A.    I believe you, sir.
 6        Q.    Okay.  Was he also given money for food?
 7        A.    It's part of that.
 8        Q.    Well, it's over and above the $650, isn't
 9   it?
10        A.    If there's additional receipts there, then
11   it's above, yes.
12        Q.    You don't --
13        A.    I'd want to see the aggregate total.  I'd
14   have to look at his paperwork.  Off the top of my
15   head -- I'm sorry to interrupt you.  I just don't
16   know.
17        Q.    I was interrupting you.  I'm sorry.  If
18   you looked at the paperwork, that might refresh your
19   recollection?
20        A.    Yes.
21              MR. VILLA:  May I approach?
22              THE COURT:  You may.
23   BY MR. VILLA:
24        Q.    Agent Acee, I'll show you some paperwork
25   from the United States Attorney's Office, and look
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   at page 3, Bates No. 30711.  Does this refresh your

2   recollection about how much money Billy Cordova was

3   paid?

4        A.   Yes, sir.

5        Q.   So $650 for informant work; right?

6        A.   Yes.

7        Q.   $100 for food?

8        A.   Yes.

9        Q.   $200 for telephone expenses?

10       A.   No.  I can explain that.

11       Q.   Okay.  Go ahead.

12       A.   Well, I've got to go back and look at his

13  records.  I'll give you an example.  Like Eric Duran

14  should have telephone expense, and that's me paying

15  for the wire phone.  The way the bureau has it, I

16  have to account for it somewhere, so it's CHS, or a

17  confidential human source, an informant expense.  I

18  just have to put it under telephone expense.  But

19  that's for the wiretap, so --

20       Q.   Did Billy Cordova get a phone?

21       A.   We didn't deploy a phone, but there were

22  some instances where we purchased phones and then we

23  realized it wouldn't work.  Based on where in the

24  facility they were, there was no signal.  So I'd

25  have to do research to figure out if I purchased a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1001

1  phone and a plan.  That's my initial thought, when I

2  look at that, that we must have bought a phone.

3      Q.   But you don't disagree with me that this

4  says the aggregate total for Billy Cordova is $950?

5      A.   That's what it says.

6      Q.   And it includes a $200 phone expense.

7      A.   Yes, sir.

8      Q.   And that was money paid to Billy Cordova

9  when he was opened as an informant; right?

10     A.   No.  That's just money that --

11     Q.   Not the phone.  I guess the other money.

12     A.   Yeah.  It wasn't a one-time payment, like,

13 "Hey, you're open, and here's that money."  That's a

14 total of -- you know, we might put $150 in, and then

15 say, "Okay, that's for the next three months,"

16 because we didn't want to go up to the penitentiary

17 every month.  But that is what he was paid.

18     Q.   And you said that the money could be used

19 for purchasing things in the commissary like food or

20 hygiene items, other things like that; right?

21     A.   Yes, sir.  I've actually never seen the

22 commissary, so I don't know what's in there.  But my

23 understanding of working with Corrections is,

24 they're allowed to use so much money each month for

25 commissary, and that's what that money was intended

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1002

1     for.

2         Q.   I think it was your testimony that they

3     could purchase anything that the prison allows them

4     to purchase; right?

5         A.   It's up to the prison, so, yes.

6         Q.   Okay.  But you know, in the course of your

7     investigation, that other things get purchased in

8     prisons that aren't allowed to be purchased; right?

9         A.   Are we talking about drugs or --

10        Q.   Yeah, I'm talking about drugs.

11        A.   Yes.

12        Q.   And other stuff that's contraband?

13        A.   Yes.  There is an underground economy, for

14    sure.

15        Q.   And the way -- at least one way that an

16    inmate might get something from the underground

17    economy contraband is by trading for something that

18    they purchased in the commissary.

19        A.   Yes.

20        Q.   Or using money that they have on their

21    books to purchase commissary for another inmate in

22    exchange for contraband.

23        A.   I think that's possible.

24        Q.   So you can't say, as you sit here today,

25    that some of that money Mr. Cordova received wasn't




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   used and ultimately end up in the underground

2   economy for contraband.

3        A.   I don't know how Mr. Cordova spent his

4   money.

5        Q.   But you do know, don't you, that Mr.

6   Cordova is still in prison today.

7        A.   Yes.

8        Q.   And less than a month and a half ago, he

9   used drugs in prison, didn't he?

10       A.   I'm not sure I have that information.

11       Q.   Now, you testified, Agent Acee, that you

12  didn't think you have that information.  Is that

13  because you don't remember, or you're not sure, you

14  don't know?

15       A.   I have a lot of information in my head.  A

16  lot of informants.  I'm trying to remember if Mr.

17  Cordova used drugs in the last month and a half and

18  how I know that.

19       Q.   If I showed you a letter from Mr.

20  Castellano, might that refresh your recollection?

21       A.   Yes.

22            MR. VILLA:  May I approach, Your Honor?

23            THE COURT:  You may.

24            MR. CASTELLANO:  Your Honor, once again,

25  that was the wrong witness.  We would stipulate to

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1004

1  that fact.  I think they just have the wrong witness

2  they're asking that information from.  We'll

3  stipulate.

4          THE COURT:  You accept the stipulation?

5          MR. VILLA:  The stipulation is in the last

6  month and a half Mr. Cordova used -- and I'd like to

7  read the drugs.

8          MR. CASTELLANO:  We can stipulate to that

9  as a fact.  I'll allow him to read it into the

10 record.  That's information our office provided to

11 the defense.

12         THE COURT:  All right.  Go ahead.

13         MR. VILLA:  Your Honor, the stipulation

14 would be that Mr. Cordova last used drugs

15 approximately one and a half months ago.  This is in

16 a letter dated January 29, 2018, and the drugs

17 listed are Suboxone, methamphetamine, heroin, spice,

18 and prescription medications, while incarcerated in

19 Clayton.

20         MR. CASTELLANO:  We stipulate to those

21 facts, Your Honor.  That's true.

22 BY MR. VILLA:

23     Q.  So Agent Acee, if you didn't know it, you

24 know it now; right?

25     A.  Yes, sir.



SANTA FE OFFICE                                                MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                           1-800-669-9492
                                                    e-mail: info@litsupport.com

```
 1        Q.   Do you have any idea how he bought those
 2   drugs?
 3        A.   Sounds like they were having parties up in
 4   Clayton.
 5        Q.   Do you have any idea how Mr. Cordova
 6   bought those drugs?
 7        A.   No.
 8        Q.   Speaking about parties, would you agree
 9   with me that there was a party at PNM for some of
10   the informants?
11        A.   Are you referring to something I would
12   have attended?
13        Q.   Well, I don't know.  Did you attend a
14   party?
15        A.   I'm trying to remember what it was.  Their
16   family was there.  I wouldn't call it a party, but
17   there was some kind of social engagement that I
18   attended with other agents.  Their family members
19   were there.
20        Q.   Where was the party?
21        A.   You keep calling it a party.
22        Q.   Where was the social engagement?
23        A.   It was at PNM.  I don't remember what part
24   of the facility.
25        Q.   PNM up in Santa Fe?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1006

```
1        A.   Yes, sir.

2        Q.   And which cooperating witnesses were in

3   attendance?

4        A.   I'm going off memory here, and I helped

5   prepare a document that actually lists who.  But

6   based on memory, Benjamin Clark.  Robert Martinez

7   may have been there.  He kind of keeps to himself,

8   though.  Jerry Armenta.

9        Q.   Jerry Armenta who we saw a minute ago?

10       A.   Yes, sir.

11       Q.   The same Jerry Armenta that stabbed Javier

12  Molina to death?

13       A.   That's the same person.

14       Q.   Okay.  Who else was there?  Let me ask you

15  this.  Was Billy Cordova there?

16       A.   He may have been.  The reason I'm

17  hesitating is:  Not all the cooperators came on at

18  the same time, so they joined that program up there

19  at different times and then some left it.  It's

20  tough.  I had to go back and research my records to

21  come up with that list that I provided to the U.S.

22  Attorney's Office.

23       Q.   So there was a social engagement.

24       A.   It was like -- yes, it was definitely a

25  social engagement.  I thought it was -- Corrections
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1007

1    was doing some kind of programming graduation or

2    something.

3        Q.    And the families were there?

4        A.    Not all the guys, but a few guys had

5    family members there.

6        Q.    Some other agents were there?

7        A.    Yes.

8        Q.    Who else was there?

9        A.    Just from the FBI?

10       Q.    No.  How about anybody from the U.S.

11   Attorney's Office?

12       A.    No one.  Just us and Corrections.

13       Q.    You and Corrections.  When you say

14   "Corrections," are you talking about the Security

15   Threat Investigation Unit, STIU?

16       A.    Anytime we're walking around in the

17   facility, they're usually with us, escorting and

18   whatnot.  So I'm sure they were there.  Mr. Myers

19   was there, who I talked about earlier being a deputy

20   secretary at that time.  Myself, and then two of the

21   agents that I was training and were part of the

22   investigation, Joe Sainato and Thomas Neale.

23       Q.    Thomas Neale?

24       A.    Yes, sir.

25       Q.    The same Neale that you had tasked to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  write up overt acts in the racketeering case against

2  Billy Cordova?

3       A.   Yes, sir.

4       Q.   Who you told to stop doing that when Mr.

5  Cordova cooperated?

6       A.   Yes.

7       Q.   The same guy?

8       A.   It is.

9       Q.   At this social engagement, was there food?

10      A.   Yes.

11      Q.   The prison food, the kind they get from

12  the cafeteria?

13      A.   No.

14      Q.   What kind of food?

15      A.   Pizza.

16      Q.   Who got the pizza?

17      A.   Mr. Myers.

18      Q.   Mark Myers?

19      A.   Yes.

20      Q.   He's one of the individuals that is part

21  of your investigative group?

22      A.   Yes, sir.

23      Q.   Anything else besides pizza?

24      A.   I think there were drinks, soda or juice.

25      Q.   Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I didn't eat, so I don't know.  I didn't
 2   really pay attention.
 3        Q.   And during this -- I think you said that
 4   you remember Jerry Armenta being there; right?
 5        A.   Yes.  And I remember Javier Rubio was
 6   there.  Ben Clark.  Paul Rivera may have been there.
 7        Q.   Was there more than one party that you
 8   attended, or social engagement?
 9        A.   Well, I think you would probably suggest
10   that there was one more, yes.  Timothy Martinez
11   graduated from college while in prison, and I
12   attended that, as well.
13        Q.   Timothy Martinez?  Do you remember when
14   that occurred?
15        A.   I don't.  I have some records of it
16   somewhere.  But it was -- if you want me to give you
17   a rough estimation, it was -- I'm trying to remember
18   what facility.  It was at Sandoval.  So this would
19   have been post L pod, post PNM, and before the
20   compromise of the tablets.  That would be my time
21   line.
22        Q.   When was the compromise of the tablets?
23        A.   Off the top of my head, I couldn't tell
24   you.  I did write some documentation and some
25   reports on it.  I just don't recall a date as I sit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1010

```
 1   here.

 2        Q.    You said that was at Sandoval?

 3        A.    Yes.

 4        Q.    But Timothy Martinez's party.

 5        A.    The graduation, yes.

 6        Q.    Graduation.  All right.  And Timothy

 7   Martinez is the same individual who choked out his

 8   friend Javier Molina so he could be stabbed to

 9   death?

10        A.    That's the same Timothy Martinez.

11        Q.    This party occurred after that; right?

12        A.    Yes.

13        Q.    "Sandoval" is the Sandoval County

14   Detention Center, isn't it?

15        A.    It is.

16        Q.    And the Sandoval County Detention Center

17   is a place where individuals who are pending federal

18   charges can be held?

19        A.    It's one of many, yes.

20        Q.    And Mr. Martinez was held there at some

21   point?

22        A.    Correct.

23        Q.    And wasn't he held there with a number of

24   other cooperating witnesses?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1011

1     Q.   And they were held together?

2     A.   They were in the same pod.

3     Q.   And a pod is --

4     A.   I'm sorry, they were -- yes, some were.

5  Some were in another area of the detention center.

6     Q.   You're aware, are you not, that Timothy

7  Martinez was selling Suboxone in Sandoval County

8  Detention Center?

9     A.   I didn't conduct any investigations of

10 that.  But there was Suboxone all over that

11 facility.

12    Q.   What's Suboxone?

13    A.   Suboxone is a prescription narcotic to

14 help heroin users.

15    Q.   And if you take Suboxone and you're not a

16 regular heroin user, it gets you high, doesn't it?

17    A.   That's what I've been told, yes.

18    Q.   So it's often sold in jails and prisons so

19 people can get high?

20    A.   Yes, sir.

21    Q.   And it's easy, isn't it, to hide, because

22 it's, like, on these small, little strips?

23    A.   Yes.

24    Q.   So would you disagree with me if Mr.

25 Castellano wrote me a letter and told me that Roy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1012

```
 1   Martinez, another cooperating witness, bought
 2   Suboxone from Timothy Martinez while in custody in
 3   Sandoval County?
 4        A.   I believe Mr. Castellano, and I believe
 5   your representation.
 6        Q.   Okay.  Do you know if Mr. Martinez was
 7   selling Suboxone while he was taking his college
 8   classes?
 9        A.   I don't know.
10        Q.   So let's go back to the social engagement.
11   That was up at PNM; right?
12        A.   Yes.
13        Q.   In a different timeframe than the
14   graduation party.
15        A.   Yes.
16        Q.   And you don't remember if Billy Cordova
17   was at that social engagement?
18        A.   I put it in my documentation to the U.S.
19   Attorney's Office when I was requested to list out
20   all these benefits and things of this nature.  I'd
21   have to refer to that.  He may have been.
22        Q.   Do you remember socializing with Billy
23   Cordova?
24        A.   I don't socialize with any of my
25   informants.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1013

1    Q.    Well, when you go to a social engagement

2    with them, would you consider that socializing?

3    A.    Very minimally.  It would look a lot

4    different if you and I went somewhere and

5    socialized.  I don't eat the food.  I say "Hello."

6    I show up.  And I leave.

7    Q.    So you didn't talk to Mr. Cordova about

8    the murders that you stopped investigating on him?

9    A.    At these so-called social functions?

10   Q.    Yeah.

11   A.    No.

12   Q.    Did you talk to Mr. Armenta about what it

13   was like to stab Javier Molina to death?

14   A.    I didn't ask any investigative questions.

15   I kept my presence there to the shortest of a time

16   as I could.

17   Q.    But you showed up.

18   A.    I've said that, yes.

19   Q.    Why?

20   A.    With these guys, it's all about respect.

21   And I have to show it at times without compromising

22   who I am or what I do.  So I show up, I show my

23   respect.  I don't eat food.  I don't get to know

24   family members.  I make my presence known, and I

25   leave.  I get back to work.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1014

```
1        Q.   So let me go back to --
2             THE COURT:  Let me ask you this, Mr.
3    Villa.  I'm thinking of breaking for about 15
4    minutes, letting everybody rest.  Then we'll go
5    about another 45.  Would this be a good place for us
6    to do that?
7             MR. VILLA:  Yes, Your Honor.
8             THE COURT:  All right.  I'm not going to
9    give those instructions again.  Keep them in mind.
10   All rise.
11            (The jury left the courtroom.)
12            THE COURT:  All right.  We'll be in recess
13   for about 15 minutes.
14            (Court was in recess.)
15            THE COURT:  All right.  Let's go on the
16   record.
17            Did you have anything else, Mr. Villa?
18            Ms. Fox-Young, on yours, are you just
19   going to give me a letter?
20            MS. FOX-YOUNG:  Yes, we'll just do a
21   letter.
22            THE COURT:  Anybody else got anything
23   before Ms. Standridge gets the jury?  The
24   Government?
25            MS. ARMIJO:  We do have something to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1015

```
 1   raise, but we could do it later.
 2           THE COURT:  Go ahead while she's getting
 3   the jurors.
 4           MS. ARMIJO:  Your Honor, we will be
 5   submitting a letter to the Court, or possibly a
 6   motion.  We believe that Mr. Lowry's opening
 7   statement has created an issue now for his -- the
 8   issue regarding the conflict of interest.
 9           As you'll recall -- and we have a
10   transcript -- you indicated that you thought this
11   instant case and Duran's prior civil case are not
12   related.  But based upon his opening statements,
13   where Mr. Lowry personally went into great detail
14   about providing a motive for Mr. Duran's previous
15   beatdown, which was the basis of Mr. Donatelli's
16   representation, they're using that as part of their
17   defense.  We believe that potentially raises an
18   issue for a conflict.
19           THE COURT:  Was everything you said just
20   public record?
21           MR. LOWRY:  Absolutely, Your Honor.
22           THE COURT:  And you're still not planning
23   to --
24           MR. LOWRY:  Absolutely was not part of Mr.
25   Donatelli's representation.  Actually, it was part
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1016

```
 1  of the United States' prosecution of the three
 2  prison guards at Lea County Correctional.
 3          THE COURT:  Assuming that -- and I have to
 4  assume Mr. Lowry is being truthful there -- that all
 5  he did was rely on public record information, I
 6  wouldn't be inclined to change my ruling.
 7          And you're still not going to
 8  cross-examine --
 9          MR. LOWRY:  No, not at all.
10          THE COURT:  I still think we're in place.
11  We didn't discuss, pretrial, him not using it in
12  opening.  So I'm not inclined to ding him on that.
13          Anything else, Ms. Armijo?
14          MS. ARMIJO:  No, Your Honor.  I think
15  that -- for the record, I think our office will
16  still send something.
17          MR. CASTELLANO:  I do have one quick
18  thing, Your Honor.  In opening statements, they
19  mentioned where Eric Duran moved after he left New
20  Mexico.  And I just want to --
21          THE COURT:  Why don't we do this?  If the
22  jury is ready -- are they ready?
23          THE CLERK:  They are.
24          THE COURT:  I'll let you make that a
25  little bit later.  All rise.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1017

```
 1              (The jury entered the courtroom.)
 2              THE COURT:  All right.  Everyone be
 3    seated.  All right.
 4              Mr. Acee, I'll remind you that you're
 5    still under oath.
 6              Mr. Villa, if you wish to continue your
 7    cross-examination of Mr. Acee, you may do so at this
 8    time.
 9              MR. VILLA:  Yes, sir, thank you.
10              THE COURT:  Mr. Villa.
11    BY MR. VILLA:
12         Q.   Agent Acee, I want to go back to the four
13    killers of Javier Molina:  Jerry Montoya, Jerry
14    Armenta, Timothy Martinez, and Mario Rodriguez.
15    They were all paid money; correct?
16         A.   Yes.
17         Q.   When I say "paid money," I mean paid money
18    by the FBI?
19         A.   Yes.
20         Q.   After they cooperated.
21         A.   Correct.
22         Q.   After they entered into the plea
23    agreements we talked about before the break, in
24    which they'll have an opportunity to argue for less
25    than a life sentence for murdering Javier Molina?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    As soon as they agreed to cooperate, they
 2    were opened.  And then what I've described as the
 3    $50 a month in commissary money was put on their
 4    accounts.
 5        Q.    For Jerry Armenta, that totaled $750?
 6        A.    If that's the aggregate total, then yes.
 7        Q.    Is that a yes?
 8        A.    If that's what you have there -- I'm not
 9    looking at it -- I believe you.
10        Q.    Okay.  I mean, does that sound right?
11        A.    Yes.
12        Q.    Do you want to see it?
13        A.    Mr. Villa, I don't doubt your credibility.
14        Q.    All right.  So Timothy Martinez received
15    an aggregate total of $1,062.86.  Does that sound
16    right?
17        A.    Yes.
18        Q.    So in addition to receiving that money, he
19    also is going to get to argue for a lesser sentence
20    for his testimony he's going to provide in this
21    trial.
22        A.    He could, yes.
23        Q.    Jerry Montoya received an aggregate total
24    of $824.31?
25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And he'll also get to argue for a

2    reduction in his sentence for the killing of Javier

3    Molina in exchange for his testimony in this trial.

4    A.   And his attorney could do that.

5    Q.   Were any of these four individuals told

6    that they were going to get a specific sentence in

7    exchange for their cooperation?

8    A.   Not by me.  I wouldn't make those

9    representations, and I don't believe I heard anyone

10   else do that, either.

11   Q.   Nothing material where --

12   A.   A specific sentence, no.  I'm not in those

13   calculations or conversations, though.

14   Q.   When you open an informant, like you did

15   with Billy Cordova, you have to go over certain

16   rules with them; right?

17   A.   Yes, sir.

18   Q.   Rules that they're expected to follow.

19   A.   Correct.

20   Q.   If they don't follow their rules, like you

21   testified on direct, you have to close them as an

22   informant.

23   A.   I don't have to.  That's my choice.  I can

24   request to keep them open despite that.  I can do

25   memorandums justifying keeping them open.  In none

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  of these cases did I do that, and if they didn't

2  follow my instructions, I closed them.

3       Q.   Because if they don't follow your

4  instructions, it's hard to trust them, isn't it?

5       A.   It's hard to control them.  I have guys

6  that -- they're dope fiends, and they'll go back to

7  drugs, but they've never told me a lie.

8       Q.   I didn't say a lie.  I said it's hard to

9  trust them.

10      A.   Yes.

11      Q.   Maybe they lied; maybe they didn't.  But

12  it's hard to trust them.

13      A.   If they don't follow instructions, it's

14  hard for me to trust them.

15      Q.   And if they're dope fiends, it's hard to

16  trust them.

17      A.   That they won't go back to dope.  There

18  are other areas where they're trustworthy, in my

19  mind.

20      Q.   But a dope fiend isn't necessarily as

21  trustworthy as someone who is clean and sober;

22  right?

23      A.   No, not necessarily.

24      Q.   Somebody who is addicted to drugs --

25  sometimes they'll do anything to get those drugs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Some people.

2    Q.   And as a matter of fact, you closed Billy

3 Cordova, didn't you?

4    A.   I did.

5    Q.   Because he wasn't following the rules.

6    A.   Correct.

7    Q.   He was breaking the rules.

8    A.   Yes.

9    Q.   And you made the decision that you

10 couldn't trust him anymore, so you closed him.

11    A.   I don't have trust issues with him.  I'm

12 differentiating there.  I just closed him because I

13 didn't want to give him any more benefits, and I was

14 no longer interested in keeping him open.

15    Q.   If you had kept him open, you could have

16 him do more cooperation, couldn't you?

17    A.   No.  I mean, he wanted to continue to

18 cooperate, but he wasn't -- in terms of doing active

19 stuff on the streets, if that's what you're

20 referring to.  But that wouldn't have worked.

21    Q.   Well, you didn't close him after you had

22 him record -- or he recorded Rudy Perez, and Rudy

23 Perez then gets charged.  You didn't close him then,

24 did you?

25    A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1022

```
 1        Q.    You didn't close him six months after

 2   that, did you?

 3        A.    No.

 4        Q.    You kept paying him money.

 5        A.    Yes.

 6        Q.    And one of the things that happens when

 7   you stop, when you close him, is, you don't have to

 8   pay him any money anymore?

 9        A.    Correct.  There is no way for me to do it

10   anymore, to pay them.

11        Q.    With respect to Billy Cordova, one of the

12   reasons that led you to close him is that he was

13   violating rules of the prison.

14        A.    Yes.

15        Q.    He was given contact visits by the prison;

16   correct?

17        A.    He was.

18        Q.    And a contact visit is where he can

19   actually be in the same room with a family member, a

20   friend, where they're not talking between glass;

21   right?

22        A.    I'm not sure.  I just know what he did

23   wasn't allowed.  I've never been to a contact visit,

24   so I kind of hate to say what they look like.  But

25   there are definitely rules.  What I know is that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    what Mr. Cordova did during some of those was not
 2    allowed.
 3         Q.    Agent Acee, you've been investigating the
 4    SNM since spring of 2015.
 5         A.    Yes, sir.
 6         Q.    And you are investigating some of their
 7    classification levels; right?
 8         A.    No.
 9         Q.    Well, you testified with Mr. Castellano
10    that you know that the New Mexico prisons kept
11    alleged gang members in Level 4, 5 or 6; right?
12         A.    I only know about 5 and 6.
13         Q.    Oh, I'm sorry.
14         A.    I can speak about those, yes.
15         Q.    5 and 6.
16         A.    I have knowledge on 5 and 6.  I don't know
17    much about the other programs.  They didn't come
18    into play in this investigation.
19         Q.    In the course of your investigation, you
20    learned that alleged gang members who were held in
21    Level 5 and 6 don't get contact visits; right?
22         A.    Correct.  I think that starts at Level 4.
23         Q.    That starts at Level 4?
24         A.    That's what I recall, yes.
25         Q.    And you may not know what a contact visit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  looks like, but when you investigated this case and

2  heard the term "contact visit," can you please tell

3  the jury what you understood that to mean?

4       A.   They could see their families.  In some

5  facilities, I guess, they're allowed to kiss their

6  children, just once.  The reason I struggle with

7  defining what exactly they are is, it seems

8  different at facilities.  And that may have to do

9  with the levels.  When I interact with an inmate at

10  the facility, it's as an attorney visit or it's in a

11  secluded area.  So the rules are different.

12       Q.   But a contact visit is where they can

13  touch a family member?  Hence the word "contact";

14  right?

15       A.   Yes.

16       Q.   I mean, that's fair?

17       A.   Yeah.  I just hesitate to define something

18  I don't know a lot about.  In other facilities there

19  are contact visits and there's glass.  So I'm not

20  really sure.

21       Q.   Fair enough.  You would agree with me,

22  though, that the prisons when they were housing Mr.

23  Cordova and housing some of these other cooperators,

24  including Jerry Armenta, were giving them privileges

25  that they didn't normally get in the classification

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   level that they were in?

2       A.   That's part of the controversy.  That's

3   part of the problem, because I'm not sure what

4   classification level they were at that point.  They

5   were housed at Level 6 for security, but because

6   they were cooperating and had renounced the gang,

7   Corrections would have put them at a Level 4.  There

8   just wasn't a safe Level 4 to put them at.  So I'm

9   not really sure how to answer that.

10      Q.   I think it was your testimony that the

11  denial of the contact visit starts at Level 4?

12      A.   I think contact visits start at Level 4

13  and the denial starts at 5.  But I don't work for

14  the Corrections Department and I hesitate to sit

15  here and testify to what their policies are.

16      Q.   In any case, Mr. Cordova, unlike someone

17  else in Level 6, was given contact visits.

18      A.   Mr. Cordova was given contact visits.

19      Q.   And in those contact visits, he was

20  visiting with his wife and children?

21      A.   Yes.

22      Q.   And in the course of those contact visits,

23  he was having sex with his wife; correct?

24      A.   I believe that he did during more than one

25  occasion, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1026

```
 1        Q.    Do any contact visits that you're aware of

 2   in the State of New Mexico allow an inmate to have

 3   sex?

 4        A.    No.

 5        Q.    So he was violating the rules?

 6        A.    Absolutely.

 7        Q.    He wasn't just having sex with his wife in

 8   those contact rooms, was he?

 9        A.    Are you asking if he had sex somewhere

10   else?

11        Q.    No, I'm asking what else was going on in

12   those contact rooms.

13        A.    I'm not sure what you're asking.

14        Q.    Let me ask the question this way:  Was he

15   not having sex with his wife in front of his

16   children in the contact visit rooms?

17        A.    His children were in the rooms.  He and

18   his wife covered up, like you don't see any skin.

19   But when I watched the video of it, I believe they

20   were having sex.  There was no doubt in my mind when

21   I saw it.

22        Q.    And the children are there?

23        A.    The children are on the other side of the

24   table.

25        Q.    Has Mr. Cordova ever been charged with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   child abuse for that?
 2        A.   No, he wasn't charged.  We contacted the
 3   State Police and asked them to investigate, and also
 4   contacted Child Protective Services, CYFD.  We made
 5   all the notifications as soon as we found out.
 6        Q.   And after Mr. Cordova did that, you closed
 7   him as an informant?
 8        A.   Yes, sir.
 9             MR. VILLA:  May I have a moment, Your
10   Honor?
11             THE COURT:  You may.
12             MR. VILLA:  No further questions.
13             THE COURT:  Thank you, Mr. Villa.
14             Ms. Jacks, do you have cross-examination
15   of Mr. Acee on behalf of Mr. Sanchez?
16             MS. JACKS:  I do, Your Honor.  Thank you.
17             THE COURT:  Ms. Jacks.
18                     CROSS-EXAMINATION
19   BY MS. JACKS:
20        Q.   Good afternoon, Agent Acee.
21        A.   Ms. Jacks.
22        Q.   I noticed earlier, when Ms. Armijo was
23   asking you questions, that instead of looking at her
24   when you'd answer, you sort of turned to the jury to
25   answer.  You realize you were doing that; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I try to do that when answering.
 2        Q.   Okay.  And that's something that you're
 3   actually trained to do as part of your -- as part of
 4   your law enforcement training?
 5        A.   I don't recall if that's training.  I just
 6   think it's polite.  It seems like why we're here.
 7        Q.   So you weren't trained on that?  You
 8   weren't trained on ways to testify to juries?
 9        A.   I was trained on how to testify.  I don't
10   know that they added the caveat "to juries."
11        Q.   And in that training, were you taught to
12   turn and swivel your chair over and look at the
13   jury?
14        A.   I've answered.  I don't know that I was
15   taught that.  That was about 20 years ago.
16        Q.   All right.
17             MS. JACKS:  Can we have exhibits starting
18   with 548?  Thank you.
19        Q.   And this is the series of pictures that
20   Mr. Castellano showed you of Mr. Sanchez?
21        A.   Yes, ma'am.
22        Q.   I have just a couple of general questions
23   first.  You were shown a bunch of different
24   photographs, and you were asked about a bunch of
25   different tattoos.  On some of your answers you said
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    things like -- and this was in reference to Timothy

2    Martinez, one of the photos, you said none of those

3    tattoos were gang-specific.  And think for some of

4    the other pictures you were shown, you said, quote,

5    "The tattoos don't mean anything."  Do you recall

6    those answers?

7        A.   Yes, ma'am.

8        Q.   Okay.  So I guess my question is:  When

9    you testify about a tattoo, was that meant to imply

10   that it meant something?  Do you know what I mean?

11   Like if you said something about a tattoo, does that

12   mean, in your mind, it had some significance?

13       A.   Yes.

14       Q.   Okay.  Because you testified about a bunch

15   of tattoos regarding Mr. Sanchez, and I want to ask

16   you about that.  But before I do, would you agree

17   with me that New Mexico State prisons are, for the

18   most part, filled with New Mexico state residents?

19       A.   Yes.

20       Q.   All right.  And are tattoos popular in

21   prison?

22       A.   Yes.

23       Q.   I mean, they're popular outside of prison,

24   too, these days; right?

25       A.   I agree.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   But in prison, if you -- I mean, wouldn't

2  the majority of inmates in prison be tattooed?

3    A.   The ones I've seen, yes.

4    Q.   In some manner.

5    A.   Yes.

6    Q.   Would it almost be shocking to find a

7  prison inmate in the state of New Mexico that had no

8  tattoos?

9    A.   Maybe in the white-collar section or

10  something.

11    Q.   Do you know why tattoos are popular in

12  prison?

13    A.   Yes.

14    Q.   Why?

15    A.   To display various things.  In some cases,

16  gang membership; in others, pride in certain things.

17  Sometimes they display family names.  I think

18  there's a number of reasons.

19    Q.   Okay.  And it's also against the rules to

20  get a tattoo in prison, isn't it?

21    A.   While you're in prison, yes.

22    Q.   Right.  So in some ways, by getting a

23  tattoo while you're in prison, the person is sort of

24  displaying an act of rebellion against the prison.

25    A.   I don't know what they're displaying, but

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                  (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   they're getting tattoos.
 2        Q.   People get tattooed in prison all the
 3   time, even though it's against the rules.
 4        A.   Yes.
 5        Q.   And Mr. Castellano asked you some
 6   questions -- well, let me go back for a second.  Do
 7   you think it has anything to do with the boredom of
 8   prison that people get tattooed?
 9             MR. CASTELLANO:  Objection, calls for
10   speculation.
11             THE COURT:  Ask him if he knows.
12   BY MS. JACKS:
13        Q.   If you know.  That's all I'm asking.
14        A.   I don't know.
15        Q.   Mr. Castellano asked you some questions
16   about popular tattoos, and I think you said one
17   subject matter of popular tattoos is women.
18        A.   Yes.
19        Q.   Why do you think that tattoos of women,
20   and in particular, partially clothed or naked women
21   are popular in prison?
22        A.   Because a prison is full of men.
23        Q.   And another popular tattoo is, I think you
24   said, guns.
25        A.   I don't think I said that.  I think I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pointed out a gun.

2      Q.    Why would a prison inmate have a tattoo of

3  a gun?  What does an image of a gun convey?

4      A.    Violence.

5      Q.    Power?

6      A.    Yes.

7      Q.    Toughness?

8      A.    Yes.

9      Q.    Those are all qualities that, in prison,

10  someone would want to communicate to others; right?

11      A.    Yes.

12      Q.    So that people leave you alone.

13      A.    For a number of reasons, that among them.

14      Q.    That's a big reason; right?

15      A.    Yes.

16      Q.    And then the other tattoo I think you

17  talked about was tattoos involving dollar signs or

18  money.

19      A.    Yes.

20      Q.    And what is that, in your opinion?  What

21  is that meant to convey?

22      A.    Wealth, what you value, money, women, a

23  hard life, guns, toughness.

24      Q.    Going back to the money, is valuing money

25  or worshiping money isolated to the prison

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1033

```
 1   environment?
 2       A.   No.
 3       Q.   I mean, that's kind of, at least for a lot
 4   of people in the United States, almost a religion;
 5   right?
 6       A.   Sure.
 7       Q.   So tattoos of women, guns, and money don't
 8   necessarily mean that a person is affiliated with
 9   either a street gang or a prison gang?
10       A.   I wouldn't say that, no.  I'm not claiming
11   that those tattoos alone mean anything more than
12   what you've described.
13       Q.   Okay.  Let's just look at the pictures of
14   Mr. Sanchez for a second, and let's start with what
15   you had up there, 548.  And I'm just going to sort
16   of flip through them, because I don't have them
17   memorized.  So let's go.  This is Mr. Sanchez the
18   morning that everybody was arrested on this
19   indictment; right?
20       A.   In phase 1, yes, ma'am.
21       Q.   And where was he picked up from?
22       A.   Penitentiary of New Mexico -- no.  Well,
23   excuse me.  He was in Massachusetts, and we caused
24   him to be transferred back to New Mexico.  And I
25   think he went to the Pen.  I hesitate, because he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1034

1 could have been at Central, because that's their

2 processing center.  Either way, he was in a State of

3 New Mexico prison.

4      Q.   And you just don't remember right now

5 which one?

6      A.   I think he was at the North, but he could

7 have been at Central.

8      Q.   So he was driven from prison to this

9 office in Albuquerque where he was photographed;

10 right?

11      A.   Yes.

12      Q.   Okay.  Let's go to the next picture.  This

13 is 549.  All right.  Now, you testified about this

14 when Mr. Castellano asked you some questions.  This

15 is a tattoo on Mr. Sanchez's stomach; right?

16      A.   There is a tattoo on his stomach, but I

17 didn't talk about it.

18      Q.   What is the tattoo on the stomach?

19      A.   It looks like a depiction of The Last

20 Supper.

21      Q.   So would that be a religious tattoo?

22      A.   I believe so.

23      Q.   And the things you testified about were

24 the N and M on his arms?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1035

1     Q.   Is Mr. Sanchez from the state of New

2  Mexico?

3     A.   He is.

4     Q.   And do you know where?

5     A.   Belen.

6     Q.   And N and M -- are those the initials for

7  the state of New Mexico?

8     A.   Right.

9     Q.   And is it uncommon for prison inmates from

10 the state of New Mexico to have the N and the M,

11 signifying they're from the state of New Mexico?

12    A.   No.

13    Q.   And the N and the M alone, with nothing

14 else, don't signify any sort of membership in a

15 prison gang or street gang, do they?

16    A.   I agree with you.

17    Q.   You agree with me that they don't?

18    A.   They don't.

19    Q.   Can we have the next one, which would be

20 550?  That's just the N that we just talked about;

21 right?

22    A.   Yes, ma'am.

23    Q.   Can we go to the next one?  There is the

24 M, so that's 552.

25         Can we go to the next one, 553?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              All right.  In this picture, in Exhibit
 2    553, I think you testified about the symbol on Mr.
 3    Sanchez' -- I guess it would be left elbow?
 4        A.    Yes.
 5        Q.    And what is that symbol?
 6        A.    Zia.
 7        Q.    Okay.  What is the Zia symbol?
 8        A.    The Zia symbol is the same symbol you see
 9    on the New Mexican flag.  I can't tell you the
10    history of the Zia.
11        Q.    And it's on street signs in New Mexico;
12    right?
13        A.    It is.
14        Q.    Coffee cups, license plates, T shirts,
15    bumper stickers?
16        A.    And other places, as well.
17        Q.    It's displayed everywhere throughout the
18    state, isn't it?
19        A.    It's in a lot of places around the state.
20        Q.    As a symbol of pride for the state of New
21    Mexico?
22        A.    I agree.
23        Q.    Now, is the fact that Mr. Sanchez has a
24    Zia tattoo on his elbow some indication that he's a
25    member of a prison gang?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1037

```
 1        A.    Could be.  Would you like me to explain?
 2        Q.    No, because I'm going to ask you another
 3   question.  You said it could be, but you would agree
 4   with me that it also couldn't be; right?
 5        A.    Right.
 6        Q.    It may be; it may not be?
 7        A.    Correct.
 8        Q.    Now, is there a particular tattoo that is
 9   identified with the SNM Gang that involves the Zia
10   symbol?
11        A.    Yes.
12        Q.    And can you describe that?
13        A.    It is the Zia symbol in the old days; and
14   then more commonly now it's the Zia symbol with an S
15   in it, because other gangs have adopted the Zia
16   symbol.
17        Q.    So can we have -- let me just see if I
18   can -- can we have Exhibit 604, please?
19              And 604 I think was one of the photographs
20   of Jerry Montoya; is that right?
21        A.    It is.
22        Q.    And can you describe here what the tattoo
23   that we're viewing in this photograph is?
24        A.    Behind Mr. Montoya's ear is a tattoo of
25   the Zia symbol with an S in the center.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1038

1    Q.   And that's a tattoo that is unique to the

2  SNM Gang; is that right?

3    A.   It is.

4    Q.   And people that display that tattoo are

5  identified or are in the SNM Gang?

6    A.   Better be.

7    Q.   You can't -- at least in prison, you can't

8  display a tattoo like this unless you're a member of

9  SNM.

10   A.   Well, you could.  And I understand one or

11  two people have.  But it's going to cause you

12  problems.

13   Q.   So it would be unlikely that someone would

14  do that?

15   A.   Yes.

16   Q.   Can we see 637?

17        This is David Calbert?

18   A.   Yes.

19   Q.   And can we see 638?  I think it's a

20  close-up of a similar tattoo.

21        Can you describe what we're seeing here on

22  Mr. Calbert in this photograph?

23   A.   The chin and the neck, or just the neck?

24   Q.   The neck.

25   A.   On his neck he has a Zia symbol with an S

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1039

1    in the middle.

2         Q.   And again, that's the type of Zia symbol

3    with the S in the middle that would be displayed by

4    SNM Gang members?

5         A.   Yes.

6         Q.   And the fact that -- the picture also

7    displays an S on Mr. Calbert's chin; right?

8         A.   Yes.

9         Q.   And that's a tattoo associated with the

10   SNM Gang?

11        A.   Yes.

12        Q.   So the fact that somebody would have a

13   tattoo like that, the S or the S with the Zia symbol

14   on their chin and neck -- is that of particular

15   significance?

16        A.   Yes.

17        Q.   Why?

18        A.   You want everybody to see it.

19        Q.   No way to cover it up; right?

20        A.   No way to cover it up.

21        Q.   So when Mr. Calbert walks out onto the

22   prison yard, everybody knows right away what he's

23   claiming.

24        A.   Correct.  Unless he grows his beard out, I

25   guess.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1040

```
 1        Q.    And could we have 569?

 2              Is this Roy Paul Martinez?

 3        A.    Yes.

 4        Q.    Exhibit 569?

 5        A.    Yes.

 6        Q.    And I think the close-up is the next

 7   slide, 570.  What's the tattoo that we see on Mr.

 8   Roy Paul Martinez' stomach?

 9        A.    It's a Zia symbol and it has an S over an

10   N-M.

11        Q.    So he's got all three initials in the

12   middle of the Zia symbol.

13        A.    Correct.

14        Q.    Is that a tattoo uniquely associated with

15   the SNM?

16        A.    It is.

17        Q.    Can we go back now -- I'm sorry.  Why

18   don't we start -- I think we're at 550, with Mr.

19   Sanchez.  Let's go to 551.

20              Is there anything other than the M that's

21   of significance in this photograph, 551, of Mr.

22   Sanchez?

23        A.    Well, there's a lot of things significant

24   to me, but I think Mr. Castellano wanted

25   gang-specific tattoos.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1041

1    Q.   Right.  So nothing gang-specific?

2    A.   No.

3    Q.   Can we go to 552?

4         And this is Mr. Sanchez' other arm?

5    A.   Yes.

6    Q.   Also displaying a Zia symbol with nothing

7    in the middle?  It may be shown better in 553.  Is

8    it?

9    A.   It shows the Zia symbol on his elbow.

10   Q.   Okay.  Can we go to 554?

11        Now, you testified about Mr. Sanchez' back

12   when Mr. Castellano was asking you some questions.

13   We see his name; right?

14   A.   Yes.

15   Q.   Is that a tattoo that's affiliated with

16   his -- with some sort of street gang or prison gang

17   membership?

18   A.   Not his name, no.

19   Q.   And what about his hometown, Belen?

20   A.   Could be.

21   Q.   Could be and could not be; right?

22   A.   I'd have to, yeah, talk to him and find

23   out.

24   Q.   Based on what you know sitting up there on

25   the witness stand, you don't know one way or the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1042

```
 1  other, do you?
 2       A.   I actually don't believe he was part of a
 3  street gang.
 4       Q.   So in other words, that may just be Mr.
 5  Sanchez putting the name of his hometown on his
 6  neck?
 7       A.   Yes.
 8       Q.   And this female wearing a sombrero that
 9  says "Sanchez" on it -- what's the significance of
10  that, if any, to determining whether Mr. Sanchez is
11  a member of SNM?
12       A.   Some of the older SNM members have
13  explained to me that --
14       Q.   I'm going to stop you right there, because
15  that would be hearsay; right?
16       A.   Okay.
17       Q.   So if you just tell me what you think the
18  significance is yourself, if you know.
19       A.   It could signify membership in the SNM.
20       Q.   Do you know, with respect to Mr. Sanchez,
21  what the meaning of that tattoo is?
22       A.   No.
23       Q.   And the fact that he has it -- you're not
24  able to say this shows that he's a member of SNM;
25  right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1043

```
 1        A.    Based on the tattoo alone, no.

 2        Q.    Can we go to the next one?

 3              This is just another side shot.  If there

 4   are more pictures you want to see, let me know.  But

 5   I want to ask you this question.  Based on your

 6   review of the tattoos that Mr. Sanchez displayed --

 7   let me go back a second.  We've seen examples of

 8   people that were claiming street gang membership and

 9   they had tattoos consistent with being a street gang

10   member.  I think I recall on one leg it would say

11   "west," on the other leg it would say "side," things

12   like that.

13        A.    Yes.

14        Q.    Burquenos on somebody's stomach, I think?

15        A.    It shouldn't say that.  But maybe Burque,

16   or something like that.  Another gang.

17        Q.    So my question to you is:  Does Mr.

18   Sanchez, based on your inspection of his body, have

19   any tattoos that signify some sort of street gang

20   membership or affiliation?

21        A.    I didn't see any street gang affiliation.

22        Q.    And does he have any tattoos of peacocks,

23   which, for some reason, you're saying is associated

24   with the SNM?

25        A.    I didn't see any.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And does he have any tattoos of Zia

2    symbols that are filled in in the middle displaying

3    either S, or SNM, or anything of that nature?

4    A.   He has Zias, but not with an S in them.

5    Q.   Now, do you know when Mr. Sanchez got --

6    let me go back a second.  Does Mr. Sanchez have a

7    tattoo of Pancho Villa on his body?

8    A.   He may.  I'd have to look closer.

9    Q.   Do you know what the significance or why

10   somebody would have a Pancho Villa tattoo?

11   A.   Heritage.  Could be just pride in one's

12   ethnicity.

13   Q.   Do you know when Mr. Sanchez got any of

14   these tattoos?

15   A.   I do not.

16   Q.   Do you know where he got any of the

17   tattoos?

18   A.   I suspect in prison.

19   Q.   But we're here in court, and I guess we

20   operate on things that people know and can prove.

21   So my question again is:  Do you know where he got

22   these tattoos?

23   A.   No.

24   Q.   Can we have Exhibit 574, please.

25        This is a person you also -- that was also

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1045

```
 1   arrested on December 3, 2015?
 2        A.    Yes.
 3        Q.    Who is it?
 4        A.    Robert Martinez.
 5        Q.    Was Robert Martinez arrested in prison or
 6   jail, or was he arrested on the streets?
 7        A.    In prison.
 8        Q.    Where was he housed when he was arrested?
 9        A.    PNM.
10        Q.    I want to follow up just on a few
11   questions that Mr. Lowry asked you.  I think he
12   asked you some questions about Eric Duran and your
13   supplying a cellphone to Mr. Duran.  Do you recall
14   those questions?
15        A.    I do.
16        Q.    And your testimony is that you gave
17   Mr. Duran -- you bought a cellphone for Mr. Duran
18   and you gave it to him so he could assist you in
19   investigating this case.
20        A.    Yes.
21        Q.    And he gave you that assistance and ended
22   up getting out of jail early on his sentence?
23        A.    He got out of prison early.
24        Q.    And you relocated him?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you got him a job working for a
2  different federal law enforcement agency?
3    A.   I transferred him to another division, and
4  it was up to those agents if they wanted to work
5  with him.  I just made the introduction.
6    Q.   And they, in fact, did work with him and
7  pay him; right?
8    A.   They did.
9    Q.   Up until when he got arrested again?
10   A.   Yes, shortly.  They stopped working with
11 him a little bit before then, because it took us a
12 little while to find him.
13   Q.   Well, he got arrested.  Do you remember
14 when?
15   A.   No.  I turned over all the reports, but --
16   Q.   Was it fairly recently, like, was it in
17 the fall of 2017?
18   A.   Yes.  I'm just not sure which arrest
19 you're asking me about.
20   Q.   Okay.  He was arrested several times?
21   A.   Throughout his life he has been.
22   Q.   I want to go back to the phone that you
23 gave him, because you gave it to him for federal
24 government business; is that right?
25   A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And at least in part, he used it for
2    federal government business.
3    A.   He did.
4    Q.   Did he also use it to gamble in a
5    rotisserie football league?
6    A.   I don't know if he gambled.  I know that
7    he accessed -- what's it called -- fantasy football
8    on the phone.
9    Q.   And in fact, if you look at the text
10   messages on the phone, he's giving instructions
11   about what he wants to bet, and where and when and
12   which players he wants to play; right?
13   A.   I agree with all that except the betting
14   part.  I don't know -- I don't play fantasy
15   football, so I'm not sure if there is betting
16   involved.  But he's picking players; that's obvious.
17   Q.   So he's used a Government-issued cellphone
18   to play fantasy football while he was sitting in
19   prison.
20   A.   He did until I told him to stop, until I
21   noticed his data was -- he was using too much data,
22   and I asked him about it.
23   Q.   You have recordings of the phone calls
24   that he's made; right?
25   A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1048

```
 1        Q.   And do you also have copies of the text
 2   messages that he sent?
 3        A.   Yes.
 4        Q.   Have you listened to those?
 5        A.   I have not listened to all of the phone
 6   calls, but other agents have.
 7        Q.   And people have reported to you, as the
 8   agent in charge, what they're finding on this phone;
 9   right?
10        A.   Yes, ma'am.
11        Q.   Did he use the phone to engage in phone
12   sex with his girlfriend or wife?
13        A.   No, I don't think so.
14        Q.   Did he use the phone to solicit money from
15   females?
16        A.   I don't think he used the Government phone
17   for that.
18        Q.   Did he use the phone to talk and exchange
19   photographs with a stripper?
20        A.   He had contact with some females, and I
21   think one of them was a stripper.
22        Q.   And he's doing this from inside the
23   prison; right?
24        A.   Yes.
25        Q.   On the Government-issued phone.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1049

1    A.   Yes.

2    Q.   That's for Government business.

3    A.   Yes.

4    Q.   Did he use the phone to talk to his family

5  members?

6    A.   I don't believe so.

7    Q.   Did he use the phone to text with his

8  family members?

9    A.   Yes.

10   Q.   Did he use the phone to text with you?

11   A.   Yes.

12   Q.   You were asked some questions, I think, by

13 quite a few lawyers about Billy Cordova, and I want

14 to follow up on a couple of things.  Mr. Cordova was

15 an individual who agreed to become a Government

16 witness; is that right?

17   A.   Yes.

18   Q.   And I think you testified and had an

19 exchange with Mr. Villa about the first meeting

20 where you were expecting him to basically tell you

21 to get lost, and he came in smiling and was

22 agreeable to cooperating.

23   A.   Yes.

24   Q.   Okay.  Do you know if, prior to that

25 meeting, Mr. Cordova had any contact with any other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cooperators in this case, any other people that were

2   working as Government witnesses?

3        A.   He would have had contact with at least

4   one, because I was up at the jail to visit a

5   cooperator that was housed in his pod.

6        Q.   Do you know, prior to meeting you, what

7   Mr. Cordova knew about the type of benefits and

8   promises the Government was providing cooperating

9   witnesses in this case?

10       A.   No, he wouldn't have known.

11       Q.   You're saying he wouldn't have known?

12       A.   He would not have known.  The informant at

13  the jail was not an FBI informant.  It was a County

14  informant.

15       Q.   But do you know whether Mr. Cordova had

16  contact with others aside from that person that

17  you're thinking about?

18       A.   Yes, he did.  He was in an SNM pod, but I

19  didn't have cooperators in there.

20       Q.   But word gets around prison pretty quick,

21  doesn't it?

22       A.   Word can travel around prison quickly.

23       Q.   And you weren't with Mr. Cordova all the

24  time, were you?

25       A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So all you know is what he decides to tell

2  you.

3    A.   At any given time, I only know what people

4  decide to tell me.

5    Q.   When you met with Mr. Cordova to see if he

6  wanted to be a Government witness, did you threaten

7  to charge him in a racketeering case?

8    A.   Yes.

9    Q.   Did you threaten to charge him in a case

10  that carried punishment of the federal death

11  penalty?

12    A.   No.

13    Q.   Did you threaten -- Mr. Cordova has a

14  brother; right?

15    A.   I don't -- he does have a brother.

16    Q.   Did you talk to Mr. Cordova about things

17  his brother did to assist Mr. Cordova in his

18  criminal activity and threaten to charge his

19  brother?

20    A.   No, nothing like that.

21    Q.   Did you promise Mr. Cordova money?

22    A.   No.

23    Q.   Did you promise him a job, the kind of job

24  that Mr. Duran got after he got out of the prison?

25    A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1052

1      Q.   Never discussed that with him?

2      A.   It was discussed on his end.  He wanted to

3  do those kind of things.

4      Q.   What made him think that that's the kind

5  of thing you were doling out?

6      A.   A lot of guys like working with us after

7  they try it.  They like still getting the hustle,

8  and do stuff; but they're doing it for the FBI now.

9  And that's not uncommon over the years.

10      Q.   I guess my question is -- I mean, that may

11  be true; right?  But he also may have asked you

12  because he knew you gave it to somebody else.

13      A.   He may have.  He definitely wanted to work

14  on the streets after his cooperation.  But he wanted

15  to do it in New Mexico, and that was never going to

16  happen.

17      Q.   My question is just simply:  How did he

18  know to even bring that topic up with you?  And

19  you're saying maybe he just brought it up because he

20  realized that maybe you did stuff like that.  But

21  maybe he brought it up because he knew that somebody

22  else got that.

23      A.   Maybe he watches television.  I don't know

24  where he got it from.  But he definitely asked me,

25  and I didn't want to do that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1053

```
 1        Q.   Now, Mr. Maynard asked you some questions
 2   about Government witnesses making repeated
 3   statements.   Do you recall those questions?
 4        A.   Yes.
 5        Q.   And about the statements being different
 6   from -- you interview them on day one; they say one
 7   thing.   You interview them three months later, and
 8   they say something slightly different, maybe add a
 9   few details.   You interview them six months later,
10   and the statement is maybe more details, a little
11   bit different than what they told you before.
12        A.   There is a lot in what you just said, but
13   no, my recollection -- and it is my testimony that
14   it's not that the details changed; it's that, in
15   questioning them -- these are incidents, in some
16   cases, that are several years old.   And going back,
17   sleeping on it, thinking about it, they have more to
18   tell me about it.   It's not that -- I can't think of
19   any instances where the details were different, like
20   it didn't happen this way; it actually happened this
21   way.   Rather, it was just them expounding on what
22   they originally told me.
23        Q.   Maybe more embellished statements is what
24   you were referring to when you were talking to Mr.
25   Maynard.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    A.   No, I wouldn't agree with "more

 2   embellished"; maybe just more details.

 3    Q.   You would agree with me that the

 4   Government witnesses in this case had access to

 5   computerized tablets that contain what's called the

 6   discovery in the case.

 7    A.   For some period of time they did.

 8    Q.   And in addition to police reports, what

 9   sorts of other things are in that body of what's

10   called discovery?

11    A.   Everything that we've uncovered in our

12   investigation, we, the FBI, turn over to the U.S.

13   Attorney's Office, who in turn sends all that

14   discovery to a coordinator, who causes it to be put

15   on the tablets so that the defendants can review it.

16   It contains reports of videos -- not only our

17   reports, but State Police reports, prison reports.

18    Q.   Witness statements?

19    A.   Statements made by witnesses, victims.

20    Q.   Recordings of witness statements?

21    A.   Where available, yes.

22    Q.   Recordings of telephone conversations?

23    A.   Yes.

24    Q.   It contains a whole variety of information

25   about the Government's investigation.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    And you'd also agree with me that the
 3   Government witnesses in this case have had access to
 4   each other over the period of the investigation.
 5        A.    Some of them have.  Some have never seen
 6   one of the other cooperators.
 7        Q.    But some of them were housed together so
 8   they could spend 24 hours a day, seven days a week
 9   together.
10        A.    Well, it is a prison.  They're still in
11   individual cells, but they had some tier time
12   together; not 24/7.
13        Q.    And as you know, people can talk between
14   cells, too, can't they?
15        A.    You can talk to your neighbors.  You can't
16   talk a few cells away.
17        Q.    But I think what you said, when one of the
18   other lawyers was asking you questions, is that
19   because these people were Government witnesses, they
20   were maybe held in Level 6 confinement, but given
21   Level 4 confinement conditions.
22        A.    Some conditions.  That's my understanding.
23        Q.    Which meant that they had much more time
24   outside of their cell when they could interact and
25   speak with each other.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Than a Level 6 inmate?   Absolutely.   They
 2   had Level 4 privileges.
 3        Q.    And did you ever at times either encourage
 4   or enable one Government witness to meet with
 5   somebody else that you wanted to be a Government
 6   witness?
 7        A.    Yes.
 8        Q.    And when you did that -- you did that more
 9   than once, didn't you?
10        A.    Well, I hesitate, because some of them
11   have attorneys, and they can't do it when they have
12   an attorney.   But in instances where somebody didn't
13   have an attorney and hadn't been charged, I would
14   ask them, "Hey, do you think this guy would
15   cooperate?"   I'd feel them out for that member
16   because I hadn't talked to them yet.
17        Q.    And then you said you'd set up some sort
18   of meeting or conversation between the two inmates
19   to see what would come of it.
20        A.    I have done that before, yes.
21        Q.    All right.   And when you do have a
22   Government witness and you set up a meeting like
23   that, is there something that that Government
24   witness is potentially benefiting from if the person
25   you're sending him out to talk to decides to also
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  become a Government witness?

2      A.   There could be.

3      Q.   What is it that you tell these Government

4  witnesses about those kinds of contacts and the

5  potential benefits?

6      A.   I don't know that I tell them anything

7  other than that I want to talk to them.  If it's

8  someone that has pending charges in this case, for

9  instance, I'm aware that to the extent they help us,

10  we'll make that known to the judge at the end of the

11  case.

12     Q.   Do you communicate to the witness that "If

13  you bring somebody else on board, that's going to

14  look good for you and help reduce your sentence"?

15     A.   No, I always hesitate to talk about the

16  reduction of their sentence, because I'm not part of

17  that process.  As far as what I typically tell them,

18  if I were speaking to you, is, I would say, "To the

19  extent that you help me with my investigation, I'll

20  make that known.  If you want to call me as a

21  witness to have your attorney ask me questions about

22  how you helped me, I promise you I will answer all

23  those questions honestly, and I'll show up for

24  court."

25     Q.   Why would somebody want that, quote,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1058

```
1   "known"?

2       A.   Well, we've alleged, you know, violent

3   crimes and terrible things.  And I think that type

4   of characterization of them now maybe changing their

5   life and helping the Government and turning the

6   corner -- I think that might be favorable to them,

7   and their attorneys might want to call me to provide

8   that testimony to the Court.

9           THE COURT:  Ms. Jacks, would this be a

10  good time --

11          MS. JACKS:  We can.  I mean, I'm probably

12  going to wrap up, but I hate to hold people over.

13  That's fine.

14          THE COURT:  Thank you, Ms. Jacks.

15          All right.  Since we're going to be taking

16  our first break in the evidence overnight, I'm going

17  to remind you of a few things that are especially

18  important.  Until the trial is completed, you're not

19  to discuss the trial with anyone or the case with

20  anyone, whether it's members of your family, people

21  involved in the trial, or anyone else.  And that

22  includes your fellow jurors.  If anyone approaches

23  you and tries to discuss the trial with you, please

24  let me know immediately.

25          Also, you must not read or listen to any
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  news reports of the trial.  Again, don't get on the

2  internet and do any research for purposes of this

3  case.

4           And finally, remember that you must not

5  talk about anything with any person who is involved

6  in the trial, even if they don't have anything to do

7  with the trial.  If you need to speak with me,

8  simply give a note to one of my court security

9  officers or to Ms. Standridge.

10          I'll start decreasing these tomorrow, but

11 do keep them in mind each time we take a break,

12 because they are very, very important.

13          Thanks for your hard work.  Let's do the

14 schedule we did today.  Be in there at 8:30, and

15 we'll try to be ready for you at that time, as well.

16 Have a good evening.  Be safe if you're driving out

17 of town.  See you in the morning.

18          (The jury left the courtroom.)

19          THE COURT:  All right.  Y'all have a good

20 evening.  See y'all tomorrow.

21          (The Court stood in recess.)

22

23

24

25

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                         1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 3rd day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com