1439

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF NEW MEXICO

 3   UNITED STATES OF AMERICA,

 4                  Plaintiff,

 5       vs.            NO:  CR-15-4268 JB

 6   ANGEL DELEON, et al.,

 7                  Defendants.

 8                    VOLUME 5

 9       Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   February 2, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks,
     Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc
16   Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
     Villa, Ms. Justine Fox-Young.
17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
               United States Court Reporter
20             Certified Realtime Reporter
                  333 Lomas, Northwest
21              Albuquerque, NM  87102
                Phone:   (505) 348-2283
22               Fax:   (505) 843-9492

23

24

25
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1440

```
 1                        I N D E X

 2    EXAMINATION OF MANUEL JACOB ARMIJO

 3     By Ms. Duncan                           1451

 4    EXAMINATION OF ANTONIO PALOMARES

 5    By Ms. Armijo                            1454

 6    By Mr. Villa                             1468

 7    By Mr. Jewkes                            1513

 8    By Ms. Bhalla                            1527

 9    By Ms. Armijo                            1529

10    By Mr. Villa                             1535

11    EXAMINATION OF JAVIER RUBIO

12    By Mr. Beck                              1559

13    By Mr. Maynard                           1593

14    By Mr. Jewkes                            1604

15    By Mr. Lowry                             1623

16    By Ms. Fox-Young                         1632

17    EXAMINATION OF WILLIAM PRICE

18    By Mr. Castellano                        1636

19    By Mr. Villa                             1651

20    By Mr. Maynard                           1662

21    By Ms. Jacks                             1670

22    By Mr. Castellano                        1680

23    By Ms. Jacks                             1684

24    By Mr. Castellano                        1714

25    By Ms. Jacks                             1722
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1441

| | | |
|---|---|---|
| 1 | By Mr. Maynard | 1724 |
| 2 | EXAMINATION OF DAVID CALBERT | |
| 3 | By Mr. Beck | 1744 |
| 4 | By Ms. Duncan | 1753 |
| 5 | By Ms. Fox-Young | 1755 |
| 6 | By Mr. Beck | 1759 |
| 7 | By Ms. Duncan | 1786 |
| 8 | By Ms. Fox-Young | 1801 |
| 9 | REPORTER'S CERTIFICATE | 1827 |
| 10 | EXHIBITS ADMITTED | |
| 11 | Defendants' EM Admitted | 1679 |
| 12 | Defendants' PS  Admitted | 1795 |
| 13 | Defendants' EN Admitted | 1804 |
| 14 | Defendants' AM 11631 Admitted | |
| 15 | Defendants' E1 through E18 Admitted | 1697 |
| 16 | Defendants' S-4 and S-6 Admitted | 1684 |
| 17 | Government 11 Admitted | 1471 |
| 18 | Government 253 A Admitted | 1560 |
| 19 | Government 253 B Admitted | 1562 |
| 20 | Government 692 and 693 Admitted | 1772 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1442

1    THE COURT:  All right.  Good morning,
2  everyone.  I appreciate everybody being here and on
3  time and ready to go.  Let me see if there is
4  anything anybody needs to bring up with the Court
5  before we start this morning.
6    Mr. Maynard, looks like you're at the
7  microphone.
8    MR. MAYNARD:  Thank you, Your Honor.  I
9  just wanted to bring to the Court's attention I
10  filed a motion in limine last night.  This relates
11  to the testimony of Javier Rubio when he comes up to
12  testify.  I think the Government is going to try to
13  offer in some information or some statements perhaps
14  under the co-conspiracy exception to hearsay, and
15  yet the declarant -- there is no independent showing
16  the declarant is a co-conspirator and there is no
17  showing that it's in furtherance of the conspiracy.
18  This is the new information relating to an
19  interview -- coming out of an interview last week,
20  just days before jury selection, and we just learned
21  about it, of course, basically the day of the jury
22  selection itself.
23    THE COURT:  I did have some new briefs
24  this morning, but I'm not sure I've seen that one.
25  Let's see.  Okay.  I do have yours.  It's 1733?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1443

```
 1          MR. MAYNARD:  It doesn't have to be
 2   addressed right now, Your Honor, but I think it's
 3   critical that it be addressed before Rubio takes the
 4   stand.
 5          THE COURT:  Is Rubio coming up today?
 6          MR. BECK:  He is, Your Honor, and the
 7   United States filed a response brief, which is 1735.
 8   I don't know if you've got it in your pile there.
 9          I know you're a multi-tasker, so I'll keep
10   talking, Your Honor.  There will be one witness
11   between Mr. Armijo finishing this morning and Mr.
12   Rubio coming on this morning.
13          THE COURT:  Okay.  I now have both of
14   y'all's briefs in front of me.  Are you going to try
15   to get his statements in as a co-conspirator
16   statement?
17          MR. BECK:  Yes, Your Honor, our response
18   brief outlines that we expect Mr. Rubio to testify
19   that Juan Mendez, who told him the statement, was a
20   leader in one of the pods, as was Alex Munoz and
21   Carlos Herrera.  The statement was part of the
22   conspiracy to murder Javier Molina, because since it
23   was a hit authorized by the SNM, sent down from Pup,
24   and it was going to be a serious hit which would
25   place the pods on lockdown, all of the leaders in
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                    e-mail: info@litsupport.com

1444

1   the pods had to sign off on it, had to approve of

2   it.  It furthered the conspiracy, because once it

3   was a legitimate hit, sent down from the top, no SNM

4   member could then drop a kite or respond to it or

5   give any information.  So it was in furtherance of

6   the conspiracy because it helped prevent law

7   enforcement detection of the conspiracy.  That's all

8   outlined in our response, 1735.

9            THE COURT:  Let me take a look at your

10  motion, Mr. Maynard, and then I'll look at the

11  response and see if we need additional argument on

12  it.

13           MR. MAYNARD:  In addition, Your Honor, I

14  understand that the declarant of the -- the

15  declarant who states the declaration, the assertion

16  that the Government says is a co-conspirator

17  statement, that declarant is on the Government's

18  witness list.  It would be more appropriate if, in

19  fact, that person is a co-conspirator that that

20  person come and testify rather than have it come in

21  secondhand or thirdhand through Mr. Rubio.  And

22  there is just -- all we have is Rubio's assertion.

23  We don't have any independent evidence that this

24  declaration comes from a co-conspirator, and it

25  seems to be pure narrative anyway.  We can revisit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    this issue when Mr. Rubio comes in.

2            THE COURT:  All right.  Let me take a look

3    at it.  All right.  I think the jurors are all here.

4            MS. JACKS:  I had one thing I want to give

5    the Court a heads-up on, as well.  I think we have

6    an issue with David Calbert.  That's the second

7    Government informant.  And we got a report yesterday

8    that says in a recent interview Mr. Calbert now has

9    a story about Rudy Perez making a statement to him

10   regarding giving his walker.  So I do have some

11   argument regarding that.  It's the issue of the

12   admissibility of the Perez statements at a joint

13   trial.

14           THE COURT:  Is Calbert going to be today

15   as well?

16           MS. JACKS:  That's what I'm told.

17           MR. BECK:  He may be.  He's our last

18   witness to present today, so we may get to him this

19   afternoon.

20           THE COURT:  Are these late James

21   disclosures?

22           MR. BECK:  I have heard Mr. Calbert's

23   statement.  When he disclosed it, I don't know.  But

24   I certainly don't disagree with Ms. Jacks that he

25   had new ones that we disclosed on Sunday, so this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  very well could be one of those new ones we

2  disclosed on Sunday.

3          MS. JACKS:  I actually got the 302 last

4  night, I think, or yesterday afternoon in court.

5          MR. BECK:  Right.

6          MS. JACKS:  You disclosed the fact that

7  the statement was made on Sunday.  We got the 302

8  yesterday.

9          MR. BECK:  I think the 302 is disclosed in

10 discovery yesterday.  I attached the 302 in the

11 email that I sent out on Sunday.  So I think

12 we're -- I think Ms. Jacks is right.  I think we're

13 both right.  We can agree to disagree.

14         MS. JACKS:  It's a new statement, same

15 issue.

16         THE COURT:  Now, the Calbert statement is

17 not coming in as a co-conspirator.  It's coming in

18 in that other letter?

19         MR. BECK:  That's right.  It may not.  It

20 may not be in the other letter because it was

21 attached as a 302 to the first letter.  So Timothy

22 Martinez and David Calbert, we received their 302s

23 before we disclosed them on Sunday.  So it very well

24 may not be in that letter.  I have a copy of it

25 here.  I don't know if the Court has it.  I have a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1447

```
1   copy of that 302 here.  It's not coming in as --
2   I'll give it to you right now.  It's not coming in
3   as a co-conspirator statement.  It's coming in as an
4   admission by Mr. Perez.
5           MS. JACKS:  I would hope the issue about
6   whether it's coming in is still under consideration
7   and debate.
8           MS. FOX-YOUNG:  Your Honor, may I make a
9   brief statement about it?
10          THE COURT:  Let me get that 302 so I can
11  be looking at it.
12          MS. FOX-YOUNG:  Judge, I can show you my
13  copy, if I may approach.
14          THE COURT:  You may.
15          MS. FOX-YOUNG:  Your Honor, I think it
16  begins with Bates 41860.  This is an August 2017
17  report and there is absolutely no reason why this
18  wasn't disclosed earlier.  We're seeing this over
19  and over and over again.  I mean, at some point the
20  Judge has got to cut -- the Court has got to cut the
21  Government off in terms of these statements,
22  particularly given the problems with
23  cross-admissibility.  But these are very
24  incriminating reports that the Government has hung
25  onto for months and months.  And I think it might be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1448

```
 1   the third page, Your Honor, if you're looking for --
 2   it's under Molina, and I --
 3            THE COURT:  Well, given this is an August
 4   28, 2017, how come that wasn't produced earlier, Mr.
 5   Beck?
 6            MR. BECK:  So that's what I was saying my
 7   memory was -- I didn't remember that particular
 8   statement.  The August -- that Bates-numbered
 9   document that you're looking at is not the one I was
10   thinking of.  That was disclosed with Jencks.  That
11   would have been, I think, January 12 would have been
12   the disclosure of that date.
13            THE COURT:  The one I'm looking at?
14            MS. JACKS:  Right.  I think there is a
15   separate report which was the one I was talking
16   about.  It's --
17            THE COURT:  Hold on.  Ms. Jacks, that's
18   very inappropriate.  Nobody is talking to you right
19   now.
20            Now, this document that Ms. Fox-Young has
21   given me -- this one was Jencks material?
22            MR. BECK:  That's correct, Your Honor.
23            THE COURT:  So you've had this, then, for
24   three or four weeks, Ms. Fox-Young?
25            MS. FOX-YOUNG:  Your Honor, we may have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  had that one for two weeks.  There is a subsequent

2  report that expounds on this, and is actually

3  exculpatory with regard to Calbert's views of any

4  alleged hit, which came out, I think, on Tuesday.

5          THE COURT:  When was the interview done on

6  that?

7          MS. FOX-YOUNG:  That interview was January

8  12.  But Your Honor, it's hard to keep up.  We've

9  had thousands of pages over the last couple of weeks

10  and even over the last few days.  But I don't think

11  that there is a reasonable explanation for holding

12  an August report until January.  Your Honor can see

13  there's a whole lot more than Jencks in that report.

14          THE COURT:  Well, I can't see that that

15  quickly, but it was produced as the Jencks material.

16          Okay, well, let me take a look at it.  Is

17  there another 302 that I need to be looking at?

18          MR. BECK:  There is.  I have a copy of

19  that, Your Honor.

20          THE COURT:  Do you have one as well?

21          MS. FOX-YOUNG:  Your Honor, would it be

22  okay if I just produce clean copies for you?  I have

23  my notes on these.  I can give you copies of both

24  302s.  Thank you, Judge.

25          THE COURT:  Is the jury lined up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1450

```
 1              Let me have those 302s.  Now I don't have
 2    any, so I'm standing here without any 302s.  So give
 3    me the 302s that I can look at.
 4              MS. BHALLA:  We were going to ask if we
 5    can provide some, as well, Your Honor.
 6              THE COURT:  Let me have the 302s that I
 7    want.  I don't just need any 302.  I need the 302s I
 8    asked for.
 9              MS. FOX-YOUNG:  Mr. Beck has them, Your
10    Honor.
11              THE COURT:  Okay.  And are those the 302s
12    you wanted me to see, Ms. Jacks?
13              MS. JACKS:  I don't know what was
14    provided.
15              THE COURT:  What is it that you were going
16    to --
17              MS. JACKS:  I was referencing Bates 51474.
18    It's a two-paragraph 302.
19              MR. BECK:  Is it the 302 dated 1/28/2018?
20              MS. JACKS:  Mine says 1/29.
21              MR. BECK:  1/29.
22              THE COURT:  Who was crossing Mr. Armijo
23    when we ended for the evening?  You, Ms. Duncan?
24              What else do you want to say on the 302?
25    I'll let you talk about it in a minute.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            All rise.

 2            (The jury entered the courtroom.)

 3            THE COURT:  All right.  Everyone be

 4  seated.  Good morning, everyone.  I appreciate

 5  everybody being back ready to go and on time.  I

 6  appreciate counsel doing it as well.  Happy Friday.

 7  Groundhog Day.  Does it feel like Groundhog Day yet?

 8            I appreciate the way y'all have gone about

 9  your task.  You've been a good bunch to work with,

10  and we'll try to get a good day's worth of work in

11  today and let you go for the weekend.

12            All right, Mr. Armijo, if you wish to

13  return to the witness box this morning, I'll remind

14  you that you're still under oath.

15            Ms. Duncan, I think you were

16  cross-examining, recross of Mr. Armijo.

17            MS. DUNCAN:  Thank you, Your Honor.

18            THE COURT:  Ms. Duncan.

19                MANUEL JACOB ARMIJO,

20       after having been previously duly sworn under

21  oath, was questioned, and continued testifying as

22  follows:

23            CONTINUED RECROSS-EXAMINATION

24  BY MS. DUNCAN:

25       Q.   I just have a very few questions.  If I
```



SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1452

```
 1   could see Government's Exhibit 695, please.

 2           Mr. Armijo, I'm showing you what was

 3   admitted yesterday as Government's Exhibit 695.  I'm

 4   on the second page, and I just wanted to ask you

 5   about this paragraph 6.  Yesterday Mr. Castellano

 6   was talking to you about the last sentence, that you

 7   understood that ultimately the decision whether to

 8   depart downward from the 20 years was up to the

 9   judge; correct?

10       A.   Yes.

11       Q.   But before we get to that point, the

12   Government has to file its motion to seek a downward

13   departure; correct?

14       A.   Yes.

15       Q.   And you understand that the decision

16   whether to file that motion is completely up to the

17   people at this table?

18       A.   Correct.

19           MS. DUNCAN:  No more questions, Your

20   Honor.

21           THE COURT:  Thank you, Ms. Duncan.

22           Mr. Castellano, do you have redirect?

23           MR. CASTELLANO:  Your Honor, may we

24   approach?

25           THE COURT:  You may.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1       (The following proceedings were held at

2   the bench.)

3       MR. CASTELLANO:  We will be done with the

4   witness today.

5       THE COURT:  Is the defense ready to

6   proceed with the additional statements we discussed

7   yesterday or --

8       MS. DUNCAN:  No.

9       THE COURT:  Do you have any more

10  questions?

11      MR. CASTELLANO:  No, I'll just reserve.

12      MS. DUNCAN:  Thank you.

13      (The following proceedings were held in

14  open court.)

15      THE COURT:  All right.  Mr. Armijo, you

16  may step down.  You'll be subject to recall, so

17  you'll need to stay out of the courtroom while the

18  trial proceedings are ongoing.  Thank you for your

19  testimony.

20      MR. CASTELLANO:  May Mr. Armijo leave the

21  trial for now?  I know he's subject to recall, but I

22  don't think he'll be recalled this week.  Is that

23  okay with everyone?

24      MS. DUNCAN:  That's fine, Your Honor.

25      THE COURT:  I don't see any problem with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1454

 1   that.  You can leave the courthouse, but you will be

 2   subject to recall.

 3          All right.  Ms. Armijo, does the

 4   Government have its next witness or evidence?

 5          MS. ARMIJO:  Yes, Your Honor, the United

 6   States will call Antonio Palomares.

 7          THE COURT:  Mr. Palomares, if you'll come

 8   up and stand next to the witness box on my right,

 9   your left, before you're seated, my courtroom

10   deputy, Ms. Standridge, will swear you in.

11                  ANTONIO PALOMARES,

12      after having been first duly sworn under oath,

13      was questioned and testified as follows:

14          THE CLERK:  Please be seated.  State and

15   spell your name for the record.

16          THE WITNESS:  Antonio Palomares.

17   A-N-T-O-N-I-O.  P-A-L-O-M-A-R-E-S.

18          THE COURT:  Mr. Palomares, Ms. Armijo.

19          MS. ARMIJO:  Thank you, Your Honor.

20                 DIRECT EXAMINATION

21   BY MS. ARMIJO:

22      Q.   Sir, where are you employed?

23      A.   I'm employed by the New Mexico State

24   Police.

25      Q.   And what is your current position?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1455

```
 1        A.    I'm a sergeant with the Investigations
 2   Bureau.
 3        Q.    And how long have you been with State
 4   Police?
 5        A.    Eleven years.
 6        Q.    And what different positions have you held
 7   other than sergeant?
 8        A.    I initially started as an officer in
 9   uniform, and then I went to the Investigations
10   Bureau as an agent for three years.  And I have been
11   a sergeant for Investigations for one year.
12        Q.    And when did you first join the
13   Investigations Bureau?
14        A.    That was January 1st, 2012.  I'm sorry,
15   2014.
16        Q.    Now, what does the Criminal Investigation
17   Bureau do?
18        A.    We are responsible for handling any type
19   of felony investigations, from rapes, homicides, any
20   type -- basically any type of felony investigations
21   that uniform would not handle.
22        Q.    And what areas do you cover?
23        A.    Now I'm assigned to a different section.
24   I'm assigned to work property crimes and narcotics
25   investigation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1456

```
 1        Q.    Okay.  Back in 2014, what area were you

 2  assigned to?

 3        A.    At the time I was handling homicides,

 4  rapes, child abuse cases.

 5        Q.    Now, state police, do you have different

 6  divisions within the state, or do you cover the

 7  whole state?  How does that work?

 8        A.    Oh, in the Las Cruces area we handle five

 9  counties, which is Hidalgo County, Dona Ana County,

10  Sierra County, Luna County.

11        Q.    And where do you -- specifically as to the

12  Southern New Mexico Correctional Facility, does

13  state police handle any investigations out of there?

14        A.    Yes, we do.

15        Q.    And why is that?

16        A.    It's a state facility.

17        Q.    So would state police, because it's a

18  state facility, be the -- respond to serious

19  incidents out at the prisons?

20        A.    Correct.  We handle the state cases, being

21  a state facility and we're state employees.

22        Q.    Do you recall if, on March 7, 2014, you

23  were called out to investigate an incident at

24  Southern?

25        A.    I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Can you tell us about that?

 2        A.   I received a call from my supervisor at

 3   the time, Randy Larcher.  He advised me there was a

 4   homicide at Southern New Mexico Correctional

 5   Facility and I was going to be assigned as a case

 6   agent.

 7        Q.   And what is a case agent?

 8        A.   Basically the case agent is the one that

 9   oversees the whole investigation.

10        Q.   How long had you been with the Criminal

11   Investigations Bureau at that time, if you began in

12   January?

13        A.   At that time three months.

14        Q.   So what did you do after you received the

15   call?

16        A.   I started going to the location, along

17   with different agents with the New Mexico State

18   Police.  I arrived on scene and I made contact with

19   correctional officers, personnel.  I was briefed on

20   the situation.  I was advised that an inmate by the

21   name of Javier Molina had been stabbed, and he was

22   already transported to Memorial Medical Center in

23   Las Cruces.

24        Q.   Now, I know that Corrections spoke to you

25   and gave you a briefing; is that correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1458

```
 1        A.    Correct.

 2        Q.    Now, was it just you, or did others

 3   respond?

 4        A.    It was other agents, as well.

 5        Q.    And how does it normally work?  You're a

 6   case agent, so you're in charge of it.  What happens

 7   with other people?  Are they given assignments?

 8        A.    Yes.  Basically, they're assigned to

 9   different types of investigations, from interviews

10   to contacting evidence, from going to the hospital,

11   going to the autopsy in Albuquerque.  So each agent

12   at the time, depends on the situation, they're

13   assigned to some type of investigative --

14        Q.    Role?

15        A.    -- role.

16        Q.    Now, as case agent, what was it that you

17   did?

18        A.    Well, at this time I arrive on scene and I

19   was briefed on the situation, and we came up with a

20   plan that the whole scene needed to be processed for

21   evidence.  And once the scene was processed, at the

22   same time we were also attempting to obtain

23   statements from a possible witness in the pod,

24   basically different inmates.  We also spoke to

25   different correctional officers.  So that was my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1459

```
 1   role, basically trying to find what was going on by
 2   speaking to different inmates and correctional
 3   officers.
 4        Q.   Now, as part of it, I think you mentioned
 5   that there would be somebody that would be in charge
 6   of the scene, and who was that?
 7        A.   There is a different section for state
 8   police.  There our crime scene -- it's called a
 9   crime scene team, which in this case was two agents,
10   one being the supervisor or manager on scene; and
11   the second agent, they are in charge of processing
12   evidence, which it was Norman Rhoades.
13        Q.   Do they also take pictures?
14        A.   Yes.
15        Q.   So in addition to that, you indicated that
16   there were agents that went to the hospital; is that
17   correct?
18        A.   Correct.
19        Q.   And what is the process as far as -- at
20   some point, did you learn whether or not Mr. Molina
21   had survived the attack or whether or not he was
22   deceased?
23        A.   When I arrived on scene to that location,
24   I received a call from the agent, John Butter
25   (phonetic).  He's the one that responded to Memorial
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Medical Center.  He advised that the inmate had

2  passed away.

3       Q.   And so at that point was it treated like a

4  homicide investigation?

5       A.   Correct, yes.

6       Q.   What is the normal process for -- where

7  was Mr. Molina taken?

8       A.   He was taken to Memorial Medical Center.

9       Q.   And from there, what is the process when

10 somebody is at a hospital or at a scene?  You

11 mentioned the medical examiner.  What happened?

12      A.   Correct.  So basically, from the scene, he

13 was transported to Memorial Medical Center.  From

14 Memorial Medical Center he was transported to

15 Albuquerque for an autopsy.  Basically, they -- the

16 medical personnel at the autopsy, they try to find

17 out the reason for -- basically they do their

18 investigation on what happened to that person based

19 on the injuries.

20      Q.   Was that something that was assigned to

21 another agent to do?

22      A.   Yes.  That was an Albuquerque agent from

23 the New Mexico State Police.  He assisted the

24 autopsy in Albuquerque.

25      Q.   Do you recall approximately what time you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                             1-800-669-9492
                                                             e-mail: info@litsupport.com



1  all arrived at Corrections and in general when this

2  briefing occurred before you started processing the

3  scene and doing your investigation?

4      A.   I received the call probably approximately

5  5:17 p.m.  I was in Deming at the time on a

6  different case.  So I traveled to Las Cruces, so I

7  arrived on scene probably around 6:30, maybe, p.m.

8      Q.   Now, were you given a videotape that

9  night?

10      A.   Yes, I was.

11      Q.   And did Corrections assist you with trying

12  to set up interviews?

13      A.   Yes.

14      Q.   And what -- and I don't want the results

15  of interviews, like what people said, but in

16  general, can you tell us what types of people you

17  interviewed that initial evening?

18      A.   That initial evening we interviewed --

19  myself and other agents, we interviewed 10 inmates

20  and probably two or three correctional officers.

21      Q.   And was it a late night?

22      A.   Yes.

23      Q.   Were you there for a while?

24      A.   Yes, it was already March 8.  It was

25  probably 2:00 or 3:00 in the morning.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   When you left the scene?

2    A.   When we started interviewing inmates.

3    Q.   Okay.  When you started interviewing

4  inmates.  All right.  Now, as a result of the

5  investigation, did you have any arrests that you

6  made immediately?

7    A.   Not at that time, no.

8    Q.   Okay.  Did you have any suspects at that

9  time?

10    A.   I did.

11    Q.   And why was the decision made to not make

12  any immediate arrests?

13    A.   Well, we needed to follow up with the

14  investigation and complete an investigation and

15  speak to the district attorney's office in Las

16  Cruces.  They are in charge of proving any type of

17  felony cases.

18    Q.   Was there any concern on your part that

19  any suspects would be on the streets?

20    A.   No, but I spoke to correctional officers,

21  and at that time nobody was coming in within the

22  next couple of weeks.

23    Q.   Now, did you continue on with your

24  investigation?

25    A.   I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    After that initial day?

2    A.    Yes.

3    Q.    And what sort of things did you do?

4    A.    I went back to the Corrections, Southern

5    on March 8 -- I'm sorry, March 10th.  I was advised

6    by correctional officers that different inmates

7    wanted to speak to state police in reference to

8    Javier Molina's incident.  At that time, that's why

9    myself and other agents, we responded back to the

10   location.

11   Q.    Now, and again this is kind of a general

12   question.  I'm not asking for anything specific that

13   was said, but can you tell the jury about, in

14   general, the kind of response you got after the

15   first night of interviews?  I mean, were they very

16   productive from inmates?

17   A.    Not at all.  Each interview lasted between

18   two to five minutes.  None of the inmates at that

19   time provided any type of information that was going

20   to help us with the investigation.

21   Q.    Were you working with any particular unit

22   of corrections?

23   A.    Yes, I was.  I was working with -- it's

24   called STIU, Security Threat Intelligence Unit.

25   Q.    And how were you working with STIU?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1464

```
 1        A.   Because they are the ones in charge of --
 2   I believe they're the ones in charge of any type of
 3   gangs or any type of big incidents at the facility.
 4        Q.   Were you investigating this as a
 5   gang-related homicide?
 6        A.   Yes.  Initially, I was advised that the
 7   incident victim was Syndicato de Nuevo Mexico, which
 8   I learned there at the facility it's a gang here in
 9   New Mexico.
10        Q.   And so were you treating it -- in addition
11   to as a homicide, were you also looking at it at the
12   gang angle?
13        A.   Not at that time.  I was most concerned in
14   handling the investigation and who did it and bring
15   those people in to justice.
16        Q.   Now, at some point did you get permission
17   from the DA's office to file charges against
18   persons?
19        A.   I did.
20        Q.   And who was initially charged by the
21   State?
22        A.   Inmate Jerry Armenta, inmate Jerry
23   Montoya, inmate Mario Rodriguez.
24        Q.   And what were they charged with?
25        A.   Mario Rodriguez was charged with
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   conspiracy and having a weapon in a facility,
 2   correctional facility.  Jerry Armenta and Jerry
 3   Montoya, they were charged with -- I believe it was
 4   a first-degree murder.
 5       Q.   Now, in addition to charging people, did
 6   you continue your investigation, such as conducting
 7   DNA search warrants?
 8       A.   I did.  I requested DNA search warrants,
 9   and eventually I served four inmates with search
10   warrants, DNA search warrants.
11       Q.   And who did you serve those on?
12       A.   It was the same inmates:  Jerry Armenta,
13   Jerry Montoya, Mario Rodriguez, and Timothy
14   Martinez.
15       Q.   What was that based on?  Why did you pick
16   those individuals to do the DNA swabs on?
17       A.   Those are the people that I was able to
18   see on video committing the -- or taking action on
19   the homicide.
20       Q.   Now, was the case pending with the State
21   for some time?
22       A.   Yes.
23       Q.   And at some point did you learn anything
24   as far as somebody that was charged that wanted to
25   cooperate?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   A.   Correct, I did.

2   Q.   And who did you learn wanted to cooperate?

3   A.   At the time I received a call from

4  correctional officers in Santa Fe advising me that

5  inmate Jerry Armenta wanted to provide information

6  to law enforcement, that he wanted to speak to the

7  case agent.

8   Q.   And eventually, did you and other people

9  go and interview him?

10   A.   Yes.

11   Q.   Did he have an attorney at the time?  He

12  was pending charges; correct?

13   A.   I believe so.

14   Q.   Now when was that that you spoke to Mr.

15  Armenta, approximately, if you can recall?

16   A.   That was in October of 2015.

17   Q.   Now, at some point in 2015, did you learn

18  or were you contacted by the FBI in reference to

19  this murder?

20   A.   I was.

21   Q.   And did you, after that point, work in

22  connection with the FBI in reference to this

23  investigation?

24   A.   Correct, I did.

25   Q.   Now, up until you spoke to Jerry Armenta,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   any of the other people that were charged, did they

2   cooperate, meaning -- we know that Mario Rodriguez,

3   Jerry Armenta, and Jerry Montoya were initially

4   charged by the State; correct?

5        A.   Yes, ma'am.

6        Q.   Other than Jerry Armenta, when the case

7   was charged by the State, did any of the other two

8   decide they wanted to cooperate?

9        A.   No, ma'am.

10       Q.   Now, did the State eventually dismiss

11  their charges?

12       A.   Yes.

13       Q.   And why was that?

14       A.   At that time the United States

15  Attorneys -- they adopted the case.  So for the best

16  interests, the district attorney for the State --

17  they dismissed the case, because inmates were going

18  to be charged at the federal level.

19            MS. ARMIJO:  And if I may just have a

20  moment, Your Honor?

21            THE COURT:  You may.

22            MS. ARMIJO:  I pass the witness, Your

23  Honor.

24            THE COURT:  Thank you, Ms. Armijo.  Any of

25  the defendants have cross-examination of Mr.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1468

```
 1   Palomares?

 2           MR. VILLA:  Yes, Your Honor.

 3           THE COURT:  All right.  Mr. Villa.

 4                   CROSS-EXAMINATION

 5   BY MR. VILLA:

 6       Q.   Good morning, Agent.

 7       A.   Good morning.

 8       Q.   And I apologize.  You're no longer with

 9   the state police, are you?

10       A.   I'm still employed, sir.

11       Q.   Is it Agent Palomares?  Is that the right

12   term?

13       A.   Sergeant.

14       Q.   I knew I needed to apologize.  Sergeant

15   Palomares, let me go right to where you left off.

16   You testified that the state district attorney's

17   office here in Las Cruces dismissed the case against

18   Jerry Armenta, Jerry Montoya, and Mario Rodriguez,

19   correct?

20       A.   Yes, sir.

21       Q.   They did that because the U.S. Attorney's

22   Office adopted the case; correct?

23       A.   Yes, sir.

24       Q.   And are you aware now that all three of

25   those men are cooperating with the U.S. Attorney's
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Office?

2        A.    I know some inmates, yes.

3        Q.    All three of those men I just named are

4    cooperating with the U.S. Attorneys, aren't they?

5        A.    I'm not sure.

6        Q.    So Jerry Montoya and Jerry Armenta were

7    charged in state district court by the district

8    attorney's office here in Las Cruces, I think you

9    said with first-degree murder; right?

10       A.    I believe so, yes, sir.

11       Q.    First-degree murder carries a life

12   sentence in the state of New Mexico?

13       A.    I believe so.

14       Q.    So when those charges got dismissed, they

15   weren't facing a life sentence anymore, were they?

16       A.    I'm not sure.  I don't work for the

17   district attorney's office.

18       Q.    You took the DNA from those three men

19   because you saw them committing a homicide on video;

20   correct?

21       A.    I took DNA from four inmates.

22       Q.    I apologize.  So you took DNA from those

23   three men that we just talked about:  Jerry Armenta,

24   Jerry Montoya and Mario Rodriguez; correct?

25       A.    Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    And who was the fourth?

2        A.    Timothy Martinez.

3        Q.    And Timothy Martinez was also seen by you

4   on video participating in the homicide?

5        A.    He was a suspect.

6        Q.    He was a suspect.  Based on what you saw

7   on video?

8        A.    Correct.

9        Q.    The other three men were suspects based on

10  what you saw on video?

11       A.    Yes, sir.

12       Q.    Do you know that Timothy Martinez is also

13  cooperating with the United States Attorney's

14  Office?

15       A.    I'm not sure.

16       Q.    Let me ask you a little bit about that

17  video. I realize that the Government didn't play

18  that.

19            MR. VILLA:  But Your Honor, I'd like to

20  admit as evidence a copy of the video which is

21  identified as Defense Exhibit I-1.

22            THE COURT:  Any objection, Ms. Armijo?

23            MS. ARMIJO:  Your Honor, I don't know if

24  their video is cut.  We have a copy, too, but we

25  have the witness who actually gave it to this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1471

1    gentleman to come in and testify about it.  But I

2    don't know if theirs is the exact same or not.

3              MR. VILLA:  I'm happy to use the

4    Government's copy.

5              THE COURT:  All right.  Is it okay if we

6    go ahead and admit Defendant's Exhibits I-1 or the

7    Government's Exhibit?

8              MS. ARMIJO:  I would like the Government's

9    Exhibit --

10             THE COURT:  Any objection to that?

11             MR. VILLA:  What number is the

12   Government's?

13             MS. ARMIJO:  11.  Your Honor, may we just

14   have a brief moment?

15             THE COURT:  Certainly.  All right.  I'm

16   not hearing any objection.  So Government's Exhibit

17   11 will be admitted into evidence.

18             (Government Exhibit 11 admitted.)

19             MS. ARMIJO:  Thank you, Your Honor.

20   BY MR. VILLA:

21        Q.   Agent Palomares, you know that

22   Government's 11 is the same video that you reviewed

23   of the Javier Molina homicide?

24        A.   Yes, sir.

25        Q.   So I'm showing you Government's Exhibit

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   11.  Before we play the video, we'll see if we can
2   make it a little bit larger.  So Agent Palomares,
3   let me just ask you a few questions before we start.
4   You see here on the screen where I've got this
5   little cursor?  I'll just draw -- it says "1-A B
6   pod"?
7        A.   Yes.
8        Q.   That's the blue pod where the Javier
9   Molina assault took place?
10       A.   Yes.
11       Q.   Okay.  And this picture that we see here
12  is before the attack takes place; correct?
13       A.   Yes.
14       Q.   Why don't we play the video.
15            MS. ARMIJO:  And, Your Honor, just for
16  clarification, there's two different scenes, and we
17  just want to make sure that Mr. Villa wants this
18  scene as opposed to the other view.
19            MR. VILLA:  Let's start with this view and
20  then we'll go to the second view.
21            THE COURT:  I think Ms. Bean needs some
22  identification here.
23  BY MR. VILLA:
24       Q.   If we look in the top left corner so we
25  understand the views, Agent Palomares, you see here
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    where I've just drawn -- it says CH 04?

2         A.   Yes.

3         Q.   That's channel 4; correct?

4         A.   Yes.

5         Q.   You know that to be one of the two views

6    that are available from this pod?

7         A.   Yes.

8         Q.   And to the right of channel 4 it says

9    3/7/2014.  That's the date; correct?

10        A.   Yes.

11        Q.   And next to that it says 17:14:59:390.  Is

12   that a time stamp?

13        A.   Yes.

14        Q.   Do you know what time that is?

15        A.   It's 5:14 p.m.

16        Q.   So 17:14 military time?

17        A.   Yes.

18        Q.   And the rest of the time, is that seconds?

19        A.   Yes.

20        Q.   So that's where the video begins?

21        A.   Yes.

22        Q.   Okay.  I'll clear the screen again.  Now,

23   why don't we play this channel 4?

24             (Tape played.)

25             MR. VILLA:  Can we pause it right there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1474

1       Q.   Agent Palomares, I paused it.  Now we're
2   at 17:15:47:421; correct?
3       A.   Yes.
4       Q.   You see down on this bottom part where I'm
5   going to just draw a little line -- do you see that
6   stair rail there?
7       A.   I'm sorry?
8       Q.   Maybe it's not a stair rail, but it's a
9   rail that I just drew a line across?
10      A.   Yes, sir.
11      Q.   And that divides what we call in here the
12  day room from down here where there are cells;
13  correct?
14      A.   Correct.
15      Q.   So let me clear that screen.  Did you see
16  the two individuals that were coming out right here?
17      A.   I did.
18      Q.   You saw, just before we paused it, that
19  they were walking out of here, going this way?
20      A.   I wasn't paying attention to those people
21  in the back.
22      Q.   Did you identify who those people were in
23  the course of your investigation?
24      A.   Not at that time.
25      Q.   Did you ever identify who those people

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   were?
 2        A.   I know who they are, but I don't know who
 3   they are at the particular occasion.
 4        Q.   Okay.  So tell me who they are.
 5        A.   I don't know at this time.  I need to
 6   follow the video.
 7        Q.   Oh, okay.  So why don't we clear the
 8   screen, and let's play the video a little bit
 9   further.
10             (Tape played.)
11        Q.   What if we pause it right there.
12        A.   Yes, sir.
13        Q.   So you see this individual here?  Do you
14   know who that is?
15        A.   I believe that's a nurse.
16        Q.   Do you know her name?
17        A.   I don't know her name.
18        Q.   If I told you it was Julia Lamon
19   (phonetic) or Julia Black, does that refresh your
20   memory?
21        A.   That's hard to say.
22        Q.   Do you know that this nurse was coming
23   from Rudy Perez' room?
24        A.   Yes.
25        Q.   To provide him medication?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1476

```
 1        A.    Right.
 2        Q.    And then I guess there's this individual
 3   behind her and another individual to the right.
 4   Those are corrections officers?
 5        A.    Yes.
 6        Q.    And just for the record, this still that
 7   I've just been talking to you about is 17:15:53:421;
 8   correct?
 9        A.    Yes.
10        MR. VILLA:   Okay.  Why don't we clear the
11   screen and we can continue rolling video.
12        (Tape played.)
13        MR. VILLA:   Can we pause it right here?
14        Q.    Now, I paused it at 17:16:20:406.  Agent
15   Palomares, do you know who this individual is
16   walking up the stairs?
17        A.    That's Mario Rodriguez.
18        Q.    That's Mario Rodriguez?
19        A.    Yes.
20        Q.    One of the individuals that you charged
21   with conspiracy after your investigation?
22        A.    Yes.
23        Q.    Who you don't know -- or I think you do
24   know he's now cooperating with the United States
25   Attorney's office?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I'm not sure.
 2        Q.   Do you know -- in the course of your
 3   investigation, did you learn that he also goes by
 4   Blue?
 5        A.   Yes.
 6        Q.   That's his moniker?
 7        A.   Yes.
 8             MR. VILLA:  And did I get the time stamp
 9   already on this one?  Let's clear the screen and
10   we'll keep playing.
11             (Tape played.)
12        Q.   Now, I want to pause it right there, if we
13   can.  Agent Palomares, Javier Molina's room was on
14   the upstairs part.  Before you answer, I paused it
15   at 17:16:32:406; correct?
16        A.   Yes.
17        Q.   And Javier Molina's room was in the
18   upstairs part of the blue pod; correct?
19        A.   Yes.
20        Q.   I just sort of drew a line on the upstairs
21   part.  Which room was his room?
22        A.   105.
23        Q.   And can you see on here where 105 is?
24        A.   You can see it on the top right-hand
25   corner.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1478

```
 1        Q.    Right here where I drew the line?

 2        A.    Yes.

 3        Q.    You can see that the door is open?

 4        A.    Correct.

 5        Q.    And somebody just went in his room;

 6   correct?

 7        A.    Yes.

 8        Q.    Who was that that went in the room?

 9        A.    It's both Javier Molina and Mario

10   Rodriguez.

11        Q.    So you saw Javier Molina go in, and you

12   saw Mario Rodriguez go in?

13        A.    Yes.

14              MR. VILLA:  All right.  Let's clear the

15   screen and we'll keep playing it.

16              (Tape played.)

17              MR. VILLA:  Why don't we pause it there.

18        Q.    I'm sorry, Agent Palomares, I forgot to

19   ask you a question.  I paused it at 17:16:39:406.

20   You saw somebody who was walking themselves up the

21   stairs, and now they're at the top of the stairs

22   where I drew that mark?

23        A.    Yes.

24        Q.    Who is that?

25        A.    Jerry Armenta.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Jerry Armenta, the individual who you
 2   ultimately charged with first-degree murder for the
 3   murder of Javier Molina?
 4        A.    Yes.
 5        Q.    Who the district attorney's dismissed the
 6   case against?
 7        A.    Right; correct.
 8        Q.    Who is now cooperating with the United
 9   States Attorney's Office?
10        A.    Correct.
11        Q.    Who you got the call -- I think you
12   testified about this on direct -- you got a call
13   that he wanted to cooperate?
14        A.    Correct.
15             MR. VILLA:  All right.  We'll clear the
16   screen and continue playing.
17             (Tape played.)
18             MR. VILLA:  If we can pause it right
19   there.
20        Q.    So now I paused it at 17:17:38:406; is
21   that right, Agent Palomares?
22        A.    Yes.
23        Q.    There is an individual walking up the
24   stairs right there.  Who is that?
25        A.    That's Jerry Montoya.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1480

```
 1        Q.    Jerry Montoya.  That's the other
 2   individual that you charged with the homicide of
 3   Javier Molina?
 4        A.    Yes.
 5        Q.    Whose state case for first-degree murder
 6   was also dismissed?
 7        A.    Yes.
 8        Q.    Who is now cooperating with the United
 9   States Attorney's Office?
10        A.    I'm not sure.
11        Q.    You don't know.  Okay.
12              MR. VILLA:  Let's clear the screen and
13   we'll keep rolling.
14              (Tape played.)
15              MR. VILLA:  Will you pause it there.
16        Q.    Agent Palomares, I paused it at
17   17:18:24:406; correct?
18        A.    Yes.
19        Q.    Now, the individual on the right just
20   outside of Javier Molina's room -- who is that?
21        A.    That's Javier Molina.
22        Q.    And the individual that we just saw
23   walking up the stairs and is now at this point right
24   on the upper level, right above where it says 1A-B
25   pod -- who is that individual?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1481

```
1      A.    That's Mario Rodriguez.

2      Q.    Mario Rodriguez again.

3            MR. VILLA:  Let's clear the screen and

4  we'll keep playing.

5            (Tape played.)

6            MR. VILLA:  Now, can we pause it there?

7      Q.    So I paused it at 17:18:36:406.  It was

8  Javier Molina and Mario Rodriguez that just went

9  into Javier Molina's room?

10     A.    Yes.

11     Q.    Is anybody else in the room at this time?

12     A.    I need to see the second angle on the

13 camera, but it should be Timothy Martinez.

14     Q.    You learned in the course of your

15 investigation that Timothy Martinez also ultimately

16 goes into the room with Mario Rodriguez.

17     A.    Yes.

18     Q.    And Timothy Martinez -- sometimes he goes

19 by Red?

20     A.    Yes.

21     Q.    And that will be on the other channel, the

22 other angle of the video that you see; correct?

23     A.    Correct.

24     Q.    The way this video is, it's sort of, I

25 guess, delayed or kind of skips.  Is that the way
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1482

1    the correction video was, as you understood it?

2        A.   Yes.

3             MR. VILLA:  Can we pause it there?

4        Q.   Sergeant, I paused it at 17:18:54:406.  We

5    just saw somebody walk up the stairs, and now

6    they're sitting down.  I put a mark on him.  Who is

7    that?

8        A.   That's Jerry Armenta.

9             MR. VILLA:  Let's clear the screen and

10   keep rolling, please.

11            (Tape played.)

12       Q.   Let's pause it at 17:19:09:406.  We just

13   saw an individual with some kind of white cap or

14   something on his head and a towel over his shoulder

15   walk up the stairs and sit down near Mr. Armenta.

16   Who is that?

17       A.   Jerry Montoya.

18       Q.   So Jerry Montoya.  In the previous shot

19   we'd seen him, he didn't have anything on his head;

20   correct?

21       A.   Correct.

22       Q.   He must have put something on his head and

23   come back upstairs?

24       A.   From what I understand, it's a rag he was

25   holding.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1483

```
1       Q.    Some kind of rag?

2       A.    Yes.

3             MR. VILLA:  Let's keep playing.

4             (Tape played.)

5             MR. VILLA:  Will you pause it?

6       Q.    Sergeant, I paused it at 17:20:04:406;

7    correct?

8       A.    Yes.

9       Q.    We just saw Jerry Armenta and Jerry

10   Montoya stand up.  Now they're walking towards

11   Javier Molina's room; correct?

12      A.    Yes.

13            MR. VILLA:  Let's keep playing.

14            (Tape played.)

15            MR. VILLA:  Pause it there, please.

16      Q.    Sergeant, I paused now at 17:20:18:406;

17   correct?

18      A.    Yes.

19      Q.    Both Jerry Armenta and Jerry Montoya

20   walked into Javier Molina's cell, did they not?

21      A.    Yes.

22            MR. VILLA:  Please keep playing.

23            (Tape played.)

24      Q.    I stopped it at 17:20:31:406.  An

25   individual appeared to walk from the direction of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Javier Molina's room this way, and I stopped with

2  the marker on him now, just before he gets to the

3  stairway.  Who is that?

4      A.   That's Timothy Martinez.

5      Q.   Timothy Martinez, you know from the other

6  camera angle, walked out of Javier Molina's room?

7      A.   Yes.

8      Q.   Did you learn in the course of your

9  investigation that Timothy Martinez was good friends

10 with Javier Molina?

11     A.   Yes.

12     Q.   Before we do that, there's another

13 individual that appears in front of Javier Molina's

14 room.  Who is that individual?

15     A.   That's Mario Rodriguez.

16     Q.   And by the way, because the video is not

17 clear, you had to do some investigation before you

18 could identify who all these folks were; correct?

19     A.   Correct.

20     Q.   Because you didn't know them?

21     A.   Correct.

22     Q.   You worked with STIU -- we heard that

23 testimony -- and the New Mexico Corrections

24 Department officers to identify these individuals.

25     A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1485

```
 1              MR. VILLA:  Okay.  Let's clear the screen,
 2    please, and we'll keep playing.
 3              (Tape played.)
 4              MR. VILLA:  Can we pause it right there?
 5        Q.   Sergeant, I paused it at 17:20:46:406.
 6    The individual that's stopped in the upper level
 7    railing there -- is that Mario Rodriguez?
 8        A.   Yes.
 9        Q.   Did you ever determine whether Mario
10    Rodriguez also stabbed Javier Molina?
11        A.   I didn't have any evidence to determine
12    that he was stabbed by Mario Rodriguez.
13        Q.   Did Mario Rodriguez, Blue, stab Javier
14    Molina?
15        A.   No.
16        Q.   So his role in the murder, that you
17    concluded, was conspiracy?
18        A.   Correct.
19        Q.   Did you ever investigate whether Mario
20    Rodriguez had an icepick on the day of the murder
21    that was used on Javier Molina?
22        A.   I investigated.  I had no reason to
23    believe that he had one.
24        Q.   When I say "icepick," I don't mean like
25    the icepick you and I might go get from the store,
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  but a specific type of shank that the inmates call

2  an icepick.

3        A.    Correct.  I don't think he had one.

4              MR. VILLA:  Let's keep rolling.

5              (Tape played.)

6              MR. VILLA:  Let's pause it there at

7  17:20:56:406.

8        Q.    There is an individual at the top of the

9  stairs with a white shirt that appears to have

10  something on his chest.  Can you tell me who that

11  is?

12       A.    That's Javier Molina.

13             MR. VILLA:  Can we clear the screen,

14  please?

15       Q.    What's on his chest?

16       A.    What I know now, it's blood.

17       Q.    Okay.  So Javier Molina leaves his room,

18  and there is another individual sort of coming

19  behind him, I guess, in the same direction.  That's

20  Jerry Montoya?

21       A.    Yes.

22       Q.    Mario Rodriguez is still standing right

23  here in front of the railing?

24       A.    Yes.

25             MR. VILLA:  Okay.  Let's clear the screen,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1487

```
1    please, and continue rolling.

2              (Tape played.)

3              MR. VILLA:  Let's pause it right there.

4         Q.   So we paused it, Sergeant, at

5    17:21:02:421; is that right?

6         A.   Yes.

7         Q.   And I'm sorry I have to keep asking that.

8    It's for the record we're making.

9         A.   That's fine.

10        Q.   So down here at the bottom, the individual

11   at the bottom of the stairs on the left-hand corner

12   of the picture, the individual with the white shirt

13   where I've drawn my line, that's Javier Molina;

14   right?

15        A.   Yes.

16        Q.   This individual who happens to be

17   attacking Javier Molina is Jerry Montoya; correct?

18        A.   Yes.

19        Q.   This individual coming down the stairs at

20   the same time -- who is that?

21        A.   Jerry Armenta.

22        Q.   And up here, is that still Mario

23   Rodriguez?

24        A.   Yes.

25              MR. VILLA:  Okay.  So we'll clear the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1488

```
 1   screen, please, and continue playing.
 2              (Tape played.)
 3              MR. VILLA:  Now, let's pause it there.
 4       Q.   Sergeant, it's paused at 17:21:11:390?
 5       A.   Yes.
 6       Q.   Right before that, Jerry Armenta continues
 7   down the stairs and appears to be assisting Jerry
 8   Montoya in the attack on Javier Molina; right?
 9       A.   Right.
10       Q.   Okay.  And now they're walking away; in
11   this still shot they appear to be walking away;
12   correct?
13       A.   Yes.
14              MR. VILLA:  So let's keep going, please.
15              (Tape played.)
16              MR. VILLA:  Let's pause it right there.
17       Q.   Sergeant, I paused it at 17:21:19:390.  Is
18   this Jerry Armenta going back in the direction of
19   Javier Molina?
20       A.   Yes.
21       Q.   And did you see, up here, Mario Rodriguez
22   walked into that area?
23       A.   I did.
24       Q.   That's the shower area; correct?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And he -- right before that, Mario
2  Rodriguez leaned down and looked like he was picking
3   something up and then went to the shower; correct?
4    A.   Yes.
5    Q.   You ultimately found in that shower -- you
6  or someone that was working with you -- what
7  appeared to be a shank; correct?
8    A.   Correct.
9    Q.   That you believe was used to kill Javier
10  Molina?
11    A.   Correct.
12    Q.   And you charged Mario Rodriguez in part
13  because he was picking up that shank and putting it
14  in the shower drain to hide it?
15    A.   Correct.
16        MR. VILLA:   Let's clear the screen,
17  please, and we'll keep playing.
18        (Tape played.)
19    Q.   Sergeant, I paused it at 17:22:22:406;
20  correct?
21    A.   Yes.
22    Q.   Now it appears there's two individuals in
23  the bottom of the screen.   Those are corrections
24  officers?
25    A.   Yes.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
BEAN & ASSOCIATES, Inc.                              e-mail: info@litsupport.com

1490

```
 1        Q.   So they had come in after having seen what
 2   happened?
 3        A.   Yes.
 4        Q.   Is that right?  And we saw a number of
 5   inmates walking around, some of them back and forth,
 6   some of them go in their cell.  None of those
 7   individuals were Rudy Perez, were they?
 8        A.   No.
 9        Q.   Rudy Perez is never seen in any of the
10   videos that you captured for this investigation.
11        A.   Correct.
12             MR. VILLA:  All right.  Let's clear the
13   screen and continue.
14             (Tape played.)
15             MR. VILLA:  Let's pause it there.
16        Q.   So just for the record, Sergeant, I paused
17   it at 17:23:17:406.  I want to switch now, if we
18   can, to the other camera angle.  We'll get that up
19   in just a second.  Let me follow up while we're
20   doing that.  As far as you understood from your
21   investigation, while all this was taking place, Mr.
22   Perez was in his cell?
23        A.   I wasn't sure at the time.  I don't see
24   him on the video.  So at the time, yes, I was
25   assuming he was in his cell.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you ever make any other investigative

2    determination, other than that Mr. Perez was in his

3    cell?

4    A.   No.  I had no other leads.

5    Q.   So as far as you know, he was in his cell

6    the entire time?

7    A.   Correct.

8    Q.   Okay.  So now, this is the other part of

9    Government's Exhibit 11, and this is the other

10   camera angle that we're looking at that was

11   available or provided to you by Corrections

12   Department; right?

13   A.   Yes, sir.

14   Q.   And this now in the top left-hand corner

15   where I've just drawn an underline, it says "CH 05"

16   in brackets.  That's channel 5?

17   A.   Yes.

18   Q.   And again, that denotes the camera angle

19   that's available in blue pod?

20   A.   Yes.

21   Q.   And it also has 03-07-2014.  That's the

22   date; correct?

23   A.   Correct.

24   Q.   Next to that is the time 17:15:03:406;

25   correct?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                        1-800-669-9492
PROFESSIONAL COURT                        e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

```
 1        A.   Yes.
 2        Q.   And this -- again, this is before the
 3  assault takes place.  It starts at the same time as
 4  channel 4 started; correct?
 5        A.   Yes.
 6             MR. VILLA:  If we could clear the screen,
 7  please, and then we'll play it.
 8             (Tape played.)
 9        Q.   Sergeant, I paused it at 17:15:33:406;
10  correct?
11        A.   Yes.
12        Q.   Can you -- well, let me ask you this.  I'm
13  going to draw a line there.  Is that Javier Molina's
14  room?
15        A.   Yes.
16        Q.   And down here you see there is an
17  individual standing down here on the bottom level?
18        A.   Yes.
19        Q.   And so for the record, where I drew the
20  line for Javier Molina's room was on the upper level
21  part; correct?
22        A.   Correct.
23        Q.   Just above and to the right where we can
24  see in the middle of the screen, it says "1A-B pod";
25  correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.

 2        Q.    And below that, diagonally to the right, I

 3   just drew a line to an individual who is downstairs

 4   on the bottom level of cells; right?

 5        A.    Correct.

 6        Q.    Do you know who that individual is?

 7        A.    I'm not sure.

 8              MR. VILLA:  All right.  Let's clear the

 9   screen, please, and we'll continue to play.

10              (Tape played.)

11        Q.    I stopped it, Sergeant, at 17:15:43:390?

12        A.    Yes.

13        Q.    And I drew a line under an individual.

14   Did you recognize that as the nurse who was walking

15   out of Mr. Perez' cell?

16        A.    Yes.

17        Q.    Did you see which cell she walked out of?

18        A.    I believe it's 115.

19        Q.    Is that one there in the corner?

20        A.    Yes.

21        Q.    And that's the cell of Mr. Rudy Perez?

22        A.    Correct.

23        Q.    So just the other angle of what we saw on

24   channel 4?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  Let's clear the screen,
 2   please, and we'll continue playing.
 3            (Tape played.)
 4       Q.   I'm going to keep it rolling, but again,
 5   none of these individuals that we see in this video
 6   are Rudy Perez; correct?
 7       A.   Correct.
 8       Q.   In fact, you never saw him on this channel
 9   5; correct?
10       A.   No.
11            MR. VILLA:  Let's pause it right there.
12   Can you back it up just a second, please?  Just a
13   little bit more.  Okay, we'll stop it right there.
14       Q.   Sergeant, I paused it at 17:16:19:656.
15   This individual is going to walk into Javier
16   Molina's room.  Is that Javier Molina?
17       A.   Why don't you back it up a little bit?
18   I'm not sure if that's Mario or Javier.
19       Q.   Let me clear the screen also, and we'll
20   back it up a few seconds here and let it run for a
21   little bit.
22            (Tape played.)
23            MR. VILLA:  Why don't we stop there.
24       Q.   That individual that we're talking about
25   in front of Javier Molina's room -- I paused it at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   17:16:21:187.  Do you know who that individual is

2   now?

3       A.    That's Javier Molina.

4       Q.    And you saw him sort of gesturing with his

5   arm, like waving to somebody?

6       A.    I did.

7       Q.    Did you determine who he was gesturing to?

8       A.    Mario Rodriguez.

9       Q.    Mario Rodriguez, Blue?

10      A.    Yes.

11      Q.    Telling him, "Come on up," or something

12  like that?

13      A.    He was gesturing, I'm assuming.

14      Q.    That's what you -- when you looked at the

15  gesture, that's what you thought it was?

16      A.    Correct.

17            MR. VILLA:  Let's keep playing it, please.

18            (Tape played.)

19            MR. VILLA:  Let's pause it there.

20      Q.    Sergeant, I paused it at 17:16:34:187.

21  Now we see an individual go into Javier Molina's

22  room after him.  Is that Mario Rodriguez?

23      A.    Yes.

24      Q.    Okay.  Thank you.  We'll keep playing.

25            (Tape played.)




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1496

```
 1          MR. VILLA:  Let's pause it there.
 2     Q.    Sergeant, I paused it at 17:16:42:390.
 3  Someone just walked out of Mr. Molina's room and
 4  went the other direction away from where the stairs
 5  are.  Who was that?
 6     A.    Mario Rodriguez.
 7     Q.    Still Mario Rodriguez.
 8          MR. VILLA:  Okay, we'll keep playing it,
 9  please.
10          (Tape played.)
11          MR. VILLA:  Let's pause it there.  Thank
12  you.
13     Q.    Sergeant, we paused it at 17:17:04:390.
14  We just saw Javier Molina come out of his room and
15  go to the rail, make another gesture, and go back
16  in; correct?
17     A.    Yes.
18     Q.    Did you determine in your investigation
19  what he was doing?
20     A.    Yes, he was taking Suboxone.
21     Q.    What is Suboxone?
22     A.    It's some type of drug.  It's common in
23  inmates to ingest or inhale.
24     Q.    And then he goes into his cell right at
25  the point where we stopped it.  So then let's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  continue playing.

2          (Tape played.)

3          MR. VILLA:  We'll pause it there.  Thank

4  you.

5      Q.    Sergeant, I paused it at 17:17:23:421.

6  That was Mario Rodriguez who just walked back by

7  Mr. Molina's cell and out of the view to the left;

8  correct?

9      A.    Correct.

10          MR. VILLA:  Let's continue playing.

11          (Tape played.)

12      Q.    Sergeant, 17:18:22:390 -- that's where I

13  paused it; correct?

14      A.    Yes.

15      Q.    Right before that, you see the door to

16  Javier Molina's cell close?

17      A.    Yes.

18      Q.    Did you determine how those doors opened

19  and closed?

20      A.    It's the controller, the correctional

21  officer, which is on the opposite side of the pod.

22  He has access to close and shut the -- each cell.

23      Q.    And so that the jury understands, we're

24  looking at an angle that's similar to what the pod

25  officer would look at; correct?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    And if the officer is not in the pod, he's
 3   in an elevated area or tower where he can look into
 4   this pod as well as other pods; correct?
 5        A.    Yes.
 6        Q.    He has a button or switch or something
 7   that opens and closes the doors?
 8        A.    Yes.
 9        Q.    And so we saw Mr. Molina walk out of his
10   room a little bit kind of back and forth at the top
11   and then the cell door closes?
12        A.    Yes.
13              MR. VILLA:  Let's continue, please.
14              (Tape played.)
15              MR. VILLA:  Let's pause it there.
16        Q.    So I paused it, Sergeant, at 17:18:31:390.
17   The door opens up again; right?
18        A.    Yes.
19        Q.    And the way that the door opens, as we
20   said, the officer does it?
21        A.    Yes.
22        Q.    And it looks like three individuals are
23   now walking into Javier Molina's room; correct?
24        A.    Yes.
25        Q.    That's Javier Molina; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1499

```
 1        A.    Yes.

 2        Q.    Mario Rodriguez?

 3        A.    Correct.

 4        Q.    And Timothy Martinez?

 5        A.    Yes, sir.

 6              MR. VILLA:  Let's continue.

 7              (Tape played.)

 8              MR. VILLA:  Let's pause it there.

 9        Q.    Sergeant, we're at 17:20:03:390; correct?

10        A.    Yes.

11        Q.    And we now see two individuals on the

12  upper level walking in the direction of Javier

13  Molina's room; correct?

14        A.    Yes.

15        Q.    That's Jerry Armenta and Jerry Montoya?

16        A.    Yes.

17        Q.    And throughout the time since our last

18  pause, Javier Molina's door has been open; right?

19        A.    Yes.

20        Q.    But you're not able to see what's going on

21  in there; correct?

22        A.    Right.

23        Q.    There's a little bit, but it's difficult

24  to tell, because of the quality of video and the

25  angle.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1500

```
 1        A.    Just some shadows, that's it.

 2        Q.    But you ultimately determined that Timothy

 3   Martinez went in there and incapacitated Javier

 4   Molina; correct?

 5        A.    Yes.

 6        Q.    Choked him?

 7        A.    Yes.

 8        Q.    To unconsciousness?

 9        A.    Yes.

10        Q.    His own friend?

11        A.    Yes.

12        Q.    The same Timothy Martinez that's working

13   for the Government?

14        A.    I'm not sure.

15        Q.    And Mario Rodriguez is in there, too;

16   right?

17        A.    Yes.

18              MR. VILLA:  Let's keep playing.

19              (Tape played.)

20        Q.    Sergeant, we're at 17:20:16:390; right?

21        A.    Yes.

22        Q.    Jerry Armenta and Jerry Montoya just

23   walked into Javier Molina's room?

24        A.    Yes.

25        Q.    And you determined in your investigation
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that while Javier Molina was choked to

2    unconsciousness by his friend Timothy Martinez, they

3    began stabbing him?

4        A.    Correct.

5        Q.    Jerry Armenta and Jerry Montoya?

6        A.    Yes.

7        Q.    The same two guys working for the

8    Government?

9            MS. ARMIJO:   Objection, asked and

10   answered.

11           THE COURT:   Overruled.

12   BY MR. VILLA:

13       Q.    Are they?

14       A.    Is that a question?

15       Q.    Yes, it is.

16       A.    I'm not sure.

17           MR. VILLA:   Let's keep playing.

18           (Tape played.)

19           MR. VILLA:   Let's pause it there.

20       Q.    This is, Sergeant, 17:20:26:390?

21       A.    Yes.

22       Q.    So two individuals have come out of Javier

23   Molina's room; right?

24       A.    Yes.

25       Q.    Is that Timothy Martinez and Mario

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Rodriguez?

 2        A.   Yes, sir.

 3             MR. VILLA:  Let's keep playing.

 4             (Tape played.)

 5             MR. VILLA:  Let's pause it there.

 6        Q.   Sergeant, is 17:28:47:390 where it's

 7   paused?

 8        A.   Yes.

 9        Q.   So this individual at the top of the stair

10   rail -- that's Mario Rodriguez; right?

11        A.   Yes, sir.

12        Q.   We saw just a minute ago, or seconds ago,

13   that Timothy Martinez walks away out of view.

14        A.   Yes.

15        Q.   We saw from the other shot that he just

16   kept going; right?

17        A.   Yes.

18        Q.   Mario Rodriguez kind of lingers and he's

19   sitting there, he's looking in there, watching,

20   isn't he?

21        A.   Yes.

22             MR. VILLA:  Let's clear the screen,

23   please, and we'll keep playing.

24             (Tape played.)

25             MR. VILLA:  Let's pause it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1503

```
 1        Q.   We're at 17:20:54:406; correct?

 2        A.   Yes.

 3        Q.   And at the very left of the screen, the

 4   top rail, just above where it says "pod," that's

 5   Javier Molina walking out of his cell with blood on

 6   his shirt; right?

 7        A.   Right.

 8        Q.   And right next to Mario Rodriguez, here

 9   where I'm drawing in the middle of the top part of

10   the pod, Jerry Montoya has come out; right?

11        A.   Yes.

12        Q.   And coming out of the room of Javier

13   Molina is Jerry Armenta?

14        A.   Yes.

15             MR. VILLA:  Let's clear the screen,

16   please, and continue.

17             (Tape played.)

18             MR. VILLA:  We'll pause it there.

19        Q.   So we paused it at 17:21:02:406, and we

20   just saw Javier Molina, Jerry Armenta, and Jerry

21   Montoya go out of view; correct?

22        A.   Yes.

23        Q.   And for the jury, if we went back to

24   channel 4, which I don't necessarily want to do, but

25   that's where we pick up the part where they're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1504

1    pursuing Javier Molina down the stairs and
2    continuing to attack him; right?
3         A.   Correct.
4              MR. VILLA:  I think that's all I need to
5    show for Government's Exhibit 11.
6         Q.   So based on what you saw on this video --
7    I think you testified to this -- you wanted to get
8    DNA evidence from those four men:  Jerry Armenta,
9    Jerry Montoya, Mario Rodriguez and Timothy Martinez;
10   correct?
11        A.   Correct.
12             MR. VILLA:  So if I can have -- let's
13   switch over to, Ms. Gilbert, if I can -- let's look
14   at Government's 606, which has already been
15   admitted.
16        Q.   Sergeant, do you recognize that to be a
17   photo of Jerry Armenta?
18        A.   Yes.
19        Q.   The same individual that you charged with
20   first-degree murder?
21        A.   Yes, sir.
22        Q.   And let's go over to Government's 596,
23   which has already been admitted.  This is a
24   photograph of Jerry Montoya; is that correct?
25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1505

```
 1       Q.   And the date on there is 12/3/2015, isn't
 2  it?
 3       A.   Yes.
 4       Q.   That's the date -- do you know if that's
 5  the date when he was arrested on the federal
 6  charges?
 7       A.   I don't know that.
 8       Q.   Do you know who took this picture, or the
 9  purpose of the picture?
10       A.   No.
11       Q.   Do you know why Mr. Montoya is smiling?
12       A.   No.
13       Q.   Let's go to Government's 561.  That's a
14  picture of Timothy Martinez; correct?
15       A.   Correct.
16       Q.   Also goes by Red?
17       A.   Yes.
18       Q.   And again, it's taken on 12/3/2015.  You
19  don't know the significance of that, do you?
20       A.   No.
21       Q.   Let's go to Government's 586.  That's a
22  picture of Mario Rodriguez, or Blue?
23       A.   Yes.
24       Q.   Did you conduct an investigation about the
25  type of reputation Mario Rodriguez had?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1506

```
 1        A.    No.
 2        Q.    Now, Agent, isn't it true that following
 3   your investigation, you collected or individuals
 4   with your team collected what you believe to be the
 5   weapons used against Javier Molina?
 6        A.    Correct.
 7        Q.    How many weapons were collected?
 8        A.    Three weapons.
 9        Q.    Three weapons?
10        A.    Yes.
11        Q.    One from the shower; right?
12        A.    Yes.
13        Q.    And then were two collected from the trash
14   can that were in the downstairs part of the pod?
15        A.    Yes.
16        Q.    Were there any more weapons collected?
17        A.    Not at the time.
18        Q.    Any collected later?
19        A.    Yes.
20        Q.    When were they collected?
21        A.    On March 10th, 2014.
22        Q.    And how many weapons were collected then?
23        A.    One knife, one shank.
24        Q.    Where was that knife or shank collected
25   from?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1507

```
 1        A.    Somewhere between a wall, the top tier,
 2   bottom tier, near room 105.
 3        Q.    So in the wall that connects the top tier
 4   and bottom tier?  Is that what you're saying?
 5        A.    Yes, that was my understanding that's
 6   where they got it from.
 7        Q.    Okay.
 8              MR. VILLA:  May I have just a moment, Your
 9   Honor?
10              THE COURT:  You may.
11   BY MR. VILLA:
12        Q.    Remember I talked to you earlier about the
13   icepick?
14        A.    Yes, sir.
15        Q.    And when I said "icepick," I was talking
16   about something that the inmates refer to as an
17   icepick.  Would you consider any of the weapons you
18   recovered one of those things that they call a
19   icepick?
20        A.    I never heard it before.  I heard it as
21   shank.
22        Q.    So as far as you know, the shanks that
23   were recovered aren't classified as icepicks by
24   inmates?
25        A.    They're known as shanks.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Shanks.  Okay.  You were conducting your

2  investigation along with STIU; right?

3    A.    Yes.

4    Q.    Did you or STIU ever conduct an

5  investigation into whether Mr. Perez had been

6  threatened?

7    A.    I never heard anything of him being

8  threatened.

9          MR. VILLA:  Just one more moment, Your

10  Honor.

11          THE COURT:  All right.

12          MR. VILLA:  I'll pass the witness.

13          THE COURT:  Thank you, Mr. Villa.

14          Why don't we take our break for the

15  morning?  At least one of our morning breaks.  We'll

16  be in recess for about 15 minutes.  All rise.

17          (The jury left the courtroom.)

18          THE COURT:  Mr. Beck, is the 302 regarding

19  Calbert that was attached to your January 28 letter

20  that you sent to counsel -- is that the one that

21  I've just been handed.

22          MR. BECK:  I think there was a second one

23  at 1/29.  What I've done, because there was some

24  confusion, I've just gotten copies for everyone of

25  all the 302s that were disclosed under those two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1509

```
 1   letters that you have.  I'm going to distribute
 2   those to counsel and see if we can hand you up a
 3   copy of those so you also have the 302s.
 4             THE COURT:  Why don't you look and see if
 5   I've already gotten them and read them, so I don't
 6   get more copies here.  I've got a lot of copies
 7   here.
 8             All right.  We'll be in recess for about
 9   15 minutes.
10             (The Court stood in recess.)
11             THE COURT:  All right.  Before we bring
12   the jury in, Ms. Duncan, you needed to bring
13   something up?
14             MS. DUNCAN:  I just wanted to put
15   something on the record, Your Honor.  When the video
16   of the Javier Molina murder was about to be played,
17   Mr. Marcantel said something to the widow of Javier
18   Molina.  I don't know what he said, but he said it
19   loud enough to cause the jurors who are at the end
20   of the jury box to react to it.  So I would just ask
21   the Court to caution Mr. Marcantel to be aware of
22   where he's sitting in the courtroom, and that he
23   should not speak loud enough for the jurors to hear
24   him.
25             MR. VILLA:  Do you understand that?  Those
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1510

```
 1  are my instructions, Mr. Marcantel.
 2          MR. MARCANTEL:  Yes, sir.  If you need any
 3  clarity, all I did was ask her, is she okay.
 4          THE COURT:  Well, let's not do that,
 5  because it attracts attention to you, and I don't
 6  want people to start looking at you.  I want them to
 7  be watching the evidence.  So let's not be talking
 8  back there.
 9          MR. MARCANTEL:  Certainly.
10          THE COURT:  Okay.  You're next, Mr. Villa.
11          MR. VILLA:  Your Honor, on Friday you
12  ordered, in response to our motion to compel, that
13  we could issue a subpoena to Lovington for Jerry
14  Montoya because he had gotten caught with a
15  cellphone and drugs and other things.  And we got
16  the subpoena and information.  We issued the
17  subpoena.  It was returned to me yesterday by Agent
18  Acee with a cellphone, a copy of the search warrant,
19  and a charge for the cell phone.
20          Mr. Beck, however, informs me -- and he
21  informed us of this yesterday -- there was a DVD, as
22  well, and it contains 3,000 pages of documents, but
23  the Government took that.  It was my subpoena.  I
24  should get a copy of that disc.  If the Government
25  needs to have a copy, we're happy to provide them.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  But they essentially, in my view, interfered with
2  the subpoena and took the disc and just gave me the
3  rest.  Now Mr. Beck says he'll give me a copy, but
4  it's my subpoena.
5              THE COURT:  Why are y'all involved in the
6  process?
7              MR. BECK:  We offered to help coordinate
8  return of the cellphone -- production of the
9  cellphone to Mr. Villa when they obtained the
10  subpoena.  So I said the Lovington Police Department
11  could just send it to me and I would present it to
12  them so they didn't have to show up so they could
13  get it here earlier.
14              We found out, when they sent it, the
15  sergeant called me and said, "I also sent you a copy
16  of our investigative file inside the Fed Ex package
17  which was sent to Special Agent Acee."
18              When I received it, I understand Special
19  Agent Acee signed the evidence, signed it over to
20  the defense.  We took the DVD and we are making
21  copies of it.  All the defendants and I have agreed
22  that they will get copies of what's in it.  It will
23  be attorneys' eyes only, because there very well may
24  be PIIs and some other recordings.
25              MR. VILLA:  Would you have a problem with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1512

```
 1   this -- go ahead and make your copies, but then give
 2   the original to Mr. Villa, let him look at it, and
 3   then y'all can decide whether it goes back to
 4   Lovington or stays here for the trial.
 5             MR. BECK:  Sure.
 6             THE COURT:  Does that work for you, Mr.
 7   Villa, because they're making copies for everybody?
 8             MR. VILLA:  As long as we get it today,
 9   because I think Mr. Montoya may testify next week,
10   and we'd like to review it this weekend.
11             MR. BECK:  They'll get it today.
12             THE COURT:  Fair enough.
13             Ms. Jacks, did you have something you
14   wanted to give me and talk to me about?
15             MS. JACKS:  I did.  Over the recess, we
16   realized that the paper that I was referring to had
17   not been given to you.
18             THE COURT:  Okay.
19             MS. JACKS:  And so we gave you that page
20   from discovery.  I think it's 51474.
21             THE COURT:  51474.
22             MS. JACKS:  Thank you.
23             THE COURT:  All rise.
24             (The jury entered the courtroom.)
25             MR. VILLA:  All right.  Everyone be
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    seated.
 2             All right, Mr. Palomares, if you'll return
 3    to the witness box and I'll remind you that you're
 4    still under oath.
 5             THE WITNESS:  Yes, sir.
 6             THE COURT:  Who was going to go next?
 7             MR. JEWKES:  I will, Your Honor.
 8             THE COURT:  Mr. Jewkes.
 9             MR. JEWKES:  Yes.  Your Honor, may it
10    please the Court?
11             THE COURT:  Mr. Jewkes.
12                      CROSS-EXAMINATION
13    BY MR. JEWKES:
14        Q.   Good morning, Mr. Palomares.
15        A.   Good morning.
16        Q.   Okay.  On March 7, 2014, when you went to
17    New Mexico Southern, who had decided that you would
18    be the case agent?  Explain to us how that worked.
19        A.   Basically, it's up to our supervisor.
20    We're in kind of a rotation between different
21    agents, who gets the next case.
22        Q.   Okay.  So your name just kind of came up
23    in the draw, more or less?  Would that be accurate?
24        A.   Yes, sir.
25        Q.   Would you explain to the jury just what a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   case agent is and what he or she does, please?
 2        A.   A case agent is responsible for the
 3   operation, oversees the whole operation.  If any
 4   interviews need to be conducted, I can do the
 5   interviews or I can assign somebody, a different
 6   case agent, to assist with the investigation.
 7   Overall, I'm responsible for all of the
 8   investigation.
 9        Q.   Do you make the ultimate decision
10   regarding the collection and preservation of
11   physical evidence?
12        A.   No, I don't.
13        Q.   You do not?
14        A.   No.
15        Q.   Who does?
16        A.   Well, we have a different crime -- that's
17   why, as a case agent, I don't recover evidence
18   sometimes.  Most of the time, evidence is recovered
19   by a specialized team, which is called crime scene
20   team.  They are responsible for collecting all of
21   the evidence.
22        Q.   Are you kept abreast of what physical
23   evidence is collected?
24        A.   Yes.
25        Q.   And who advises you as to what physical
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1515

```
1   evidence you have collected?

2        A.   On this case, it would be the crime scene

3   supervisor.

4        Q.   Okay.  And who was the crime scene

5   supervisor that day?

6        A.   Norman Rhoades.

7        Q.   Did -- I assume Mr. Rhoades went out to

8   New Mexico Southern?

9        A.   Yes.

10       Q.   On March 7?

11       A.   Correct.

12       Q.   Now, you -- when you got there, let's run

13  through what happened.  I believe you indicated that

14  you spoke to correctional officers, COs; is that

15  correct?

16       A.   Yes.

17       Q.   And at what point in time did you look at

18  the video that was shown to the jury earlier this

19  morning?

20       A.   Well, before conducting interviews, before

21  going over the crime scene.  Upon our arrival, I

22  would say maybe within an hour, hour and a half,

23  maybe.

24       Q.   Now, let's back up a little.  You've been

25  out to New Mexico Southern a number of times, I
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 assume, and surveyed the situation out there; is

2 that accurate?

3      A.   That was the first time I went into the

4 correctional facility.

5      Q.   Okay.  And did you ask questions about

6 cameras and camera angles?

7      A.   I didn't ask questions.  They advised me

8 how the camera angles work.

9      Q.   In that particular pod that day, how many

10 cameras were operating; do you know?

11      A.   Two.

12      Q.   Two.  Both operational?

13      A.   Yes.

14      Q.   And do you happen to know at what angles

15 they were positioned?

16      A.   Angles?  There's one on the left side of

17 the pod and there's one on the right side of the

18 pod.

19      Q.   All right.  Did you collect two videos

20 that day?

21      A.   It was the same video, but it shows two

22 different cameras; the same CD.

23      Q.   You sat here while the jury watched the

24 video that was played earlier this morning, and it

25 encompasses, oh, probably less than 10 minutes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Would you agree with that?
 2        A.   Yes, sir.
 3        Q.   More or less, I mean --
 4        A.   Yes.
 5        Q.   The jury can do the math --
 6        A.   Right.
 7        Q.   -- someday.  What about the events, in
 8   other words, things that happened before that?  Did
 9   you collect any video prior to what we'll call the
10   assault?
11        A.   No, I didn't.
12        Q.   Okay.  Now, those cameras -- they operate
13   seven days a week, 24 hours a day; do you agree?
14        A.   Yes, sir.
15        Q.   But yet all we have are just roughly that
16   10-minute period.
17        A.   Correct.
18        Q.   Was there a reason why nothing was
19   collected prior -- I mean, video showing what
20   happened prior to the assault or after the assault?
21        A.   No.  At the time I was concentrating on
22   solving the homicide.  Everything was on video.  I
23   had no reason to go back to see who committed the
24   assault.
25        Q.   Well, during the course of your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    investigation, were you ever led to believe that

2    paperwork had been exchanged prior to the assault?

3        A.    No, not initially.

4        Q.    But later?

5        A.    Later, yes, sir.

6        Q.    How much later?

7        A.    I'm not sure.  Up to a year, maybe.  I

8    didn't keep track on how much longer, but some time

9    had passed.

10       Q.    After it came to your attention, did you

11   make any attempt to secure the video of what

12   occurred or didn't occur prior to the assault?  Did

13   you make any inquiries, make any attempts?

14       A.    No, because at that time, FBI was already

15   assisting with the investigation.

16       Q.    With regard to the shank that you

17   mentioned earlier, do you recall writing a report,

18   I'm going to say, on or about March 21, 2014?  And

19   I'm not trying to take advantage of you, because I'm

20   sure you've written many reports.

21            MR. JEWKES:  May I approach the witness,

22   Your Honor, to refresh his memory?

23            THE COURT:  You may.

24            MR. JEWKES:  Permission to approach the

25   witness, Your Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  You may.
 2  BY MR. JEWKES:
 3      Q.   Okay, Mr. Palomares, I'm going to let you
 4  look at that.  Take whatever time you need, and then
 5  I'd like to ask you a few questions.
 6      A.   Okay.
 7          MR. JEWKES:  If I may, Your Honor, I'll
 8  retrieve it.
 9          THE COURT:  You may.
10  BY MR. JEWKES:
11      Q.   All right.  Mr. Palomares, you wrote a
12  report concerning Mario Rodriguez, yes?
13      A.   Yes.
14      Q.   I'm referring to the one you just looked
15  at.
16      A.   Correct.
17      Q.   And I believe it indicated that he was
18  charged by the state authorities with tampering with
19  evidence and possession of a deadly weapon.
20      A.   Correct.
21      Q.   What would that deadly weapon have been?
22      A.   It would be a weapon, a shank.
23      Q.   A shank?
24      A.   Yes.
25      Q.   And in that report you indicate that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1520

```
 1  received a homemade knife, silver in color, from
 2  STIU Officer Maldonado?
 3           MS. ARMIJO:  Objection to the form of the
 4  question and counsel is putting in hearsay.
 5           THE COURT:  Well, let's don't have him
 6  just repeat what's in the report.  If you want --
 7  his memory has been refreshed.  If you want to just
 8  ask him, you may do so.
 9           MR. JEWKES:  I will.  Yes, sir.
10  BY MR. JEWKES:
11      Q.   Mr. Palomares, during the course of your
12  investigation, did you receive a shank?
13      A.   Yes, I did.
14      Q.   From whom?
15      A.   Which one are you talking about?  The
16  first ones or the last one?
17      Q.   How many did you receive?
18      A.   The initial investigation, I received
19  three weapons.  A couple weeks later, or a week
20  later, I received an additional weapon.
21      Q.   Did you ever receive a shank that you
22  believed came from Mario Rodriguez?
23      A.   No.
24      Q.   You don't believe that Mario Rodriguez was
25  ever in possession of a shank?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    He was in the possession of a shank at

2  some point.

3    Q.    Sir?

4    A.    At some point.

5    Q.    At what point?

6    A.    In the initial incident when he went into

7  the top shower, and he had possession of a shank

8  initially when Mr. Molina was stabbed.  He's the one

9  that placed the shank inside a drain.  That's why he

10 was charged, because he was in possession of the

11 shank at some point.

12   Q.    This particular shank was found where,

13 sir; do you recall?

14   A.    According to correctional officers, it was

15 found somewhere between the walls on one floor in

16 the 1-5 area.  I have to refer back to the report.

17   Q.    Mr. Palomares, Mario Rodriguez was charged

18 by the district attorney's office with several

19 charges in connection with the Molina homicide.  Do

20 you agree with that?

21   A.    Correct, two charges.

22   Q.    And what were those two charges?

23   A.    For having a weapon and tampering with

24 evidence.

25   Q.    And what evidence presumably would have

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   been tampered with?

 2        A.   The first shank inside the shower, trying

 3   to get rid of the evidence.

 4        Q.   He was looking at some serious

 5   consequences under those state charges.  Would you

 6   agree with that?

 7        A.   Two charges.

 8        Q.   Two charges, serious in nature; agreed?

 9        A.   Yes, sir.

10        Q.   And now he's cooperating with the

11   Government.  Do you understand that?

12        A.   If you're telling me, yes.

13        Q.   Sir?

14        A.   Yes, sir, if you're telling me, I do

15   understand that.

16        Q.   In reference to the video, how many of the

17   videos have you actually viewed from March 7?  Just

18   one, or more than one?

19        A.   The same video, two cameras.

20        Q.   Different angles?

21        A.   Yes, sir.

22        Q.   During the course of watching the video,

23   did you attempt to learn who the various actors

24   were, figures were, in the video?

25        A.   No, not at the time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1523

```
 1        Q.   What about later?
 2        A.   At that time, the FBI had already taken
 3   over the investigation.
 4        Q.   So you don't know who the different people
 5   are in the video?
 6        A.   Yes, I know the inmates.
 7        Q.   You know that now?
 8        A.   Yes.
 9        Q.   And do you know where Daniel Sanchez was
10   during the time of the assault, from looking at the
11   video?
12        A.   Yes, sir.
13        Q.   Where was he?
14        A.   He was in the commons area, right next to
15   a table.
16        Q.   Okay.  I'm just a little hard of hearing
17   on the left side.  One more time, sir.  Where was
18   it?
19        A.   He was standing right next to a table in
20   the commons area.
21        Q.   In the common area?
22        A.   Yes, sir.
23        Q.   Okay.  What -- did the video ever indicate
24   that Daniel Sanchez went into Javier Molina's cell?
25        A.   No, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did it show him entering anybody else's
2  cell but his own, Daniel Sanchez'?
3    A.   No, sir.  He didn't go into Javier
4  Molina's cell.
5    Q.   There came a point in time when the COs,
6  the correctional officers, showed up and they
7  ordered everyone to their individual cells.  Would
8  you agree with that?
9    A.   Yes, sir.
10    Q.   Basically it was a lockdown situation.  Do
11  you agree with that?
12    A.   Correct.
13    Q.   Mr. Palomares, do you happen to know how
14  long Southern New Mexico maintains its videos?  Is
15  there a certain time period that they keep them?
16    A.   I don't.
17    Q.   They do not?  You do not know, or they do
18  not?
19    A.   I don't know.
20    Q.   Do you happen to know whether or not the
21  video is stored on a master computer somewhere?
22    A.   I don't know that.
23    Q.   As the case agent, at least with regard to
24  the state case, generally, you're in on -- or at
25  least advised as to decisions made by the district

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1525

```
 1   attorney's office.  Would you agree with that?
 2        A.   Yes, sir.
 3        Q.   Now, when I say the district attorney's
 4   office, I'm talking about the state prosecutor as
 5   opposed to federal prosecutors.
 6        A.   Correct.
 7        Q.   And you would have remained the case agent
 8   while state charges were pending.  Am I correct in
 9   that assumption?
10        A.   Correct.
11        Q.   And naturally, they would consult with you
12   regarding any decisions they decided to make about
13   the case?
14        A.   Not all the time.
15        Q.   Not all the time?
16        A.   No, sir.
17        Q.   Some of the time?
18        A.   Sometimes.
19        Q.   Many times?
20        A.   Possible.
21        Q.   Possible?  Okay.  You were aware that
22   Jerry Armenta made a statement to the district
23   attorney's office?
24        A.   Yes, sir.
25        Q.   And basically he indicated --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1526

```
 1              MS. ARMIJO:  Objection, hearsay.
 2              MR. JEWKES:  I'll rephrase.
 3    BY MR. JEWKES:
 4         Q.   Mr. Armenta reached an agreement with the
 5    district attorney's office, did he not?
 6         A.   I'm not sure what type of agreement was
 7    reached.
 8         Q.   Mr. Armenta agreed to 18 months.
 9              MS. ARMIJO:  Objection, foundation, and
10    calling for hearsay.
11              THE COURT:  Well, ask him if he knows this
12    information before you ask the leading questions.
13    So ask him if he knows.
14              MR. JEWKES:  Yes, I will do that.
15    BY MR. JEWKES:
16         Q.   Mr. Palomares?
17         A.   Yes, sir.
18         Q.   Do you know what, if any, agreement Jerry
19    Armenta reached with the district attorney's office?
20         A.   I don't recall, sir.
21         Q.   Okay.  Do you happen to know whether or
22    not Mr. Armenta made written statements to try to
23    clear another defendant?  Do you know whether or not
24    that occurred?
25         A.   I don't know that, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You were never briefed by the district

2  attorney's office regarding anything of that nature?

3    A.   I don't recall being told by the district

4  attorney's office.

5    Q.   I'm sorry, sir?

6    A.   I don't recall being told by the district

7  attorney's office.  I don't recall them telling me

8  that information.

9         MR. JEWKES:  May I have a moment with

10  co-counsel, Your Honor?

11         THE COURT:  You may.

12         MR. JEWKES:  Pass the witness, Your Honor.

13         THE COURT:  Thank you, Mr. Jewkes.

14         Ms. Bhalla, do you have cross-examination

15  of Mr. Palomares?

16         MS. BHALLA:  Yes, Your Honor, briefly.

17         THE COURT:  Ms. Bhalla.

18              CROSS-EXAMINATION

19  BY MS. BHALLA:

20    Q.   Good morning.

21    A.   Good morning.

22    Q.   As part of your investigation, did you

23  ever review or were you made aware of a letter

24  written by Mr. Armenta to Mr. Montoya's lawyer?

25    A.   I don't recall.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1528

```
 1       Q.   Would it refresh your recollection to take
 2   a look at it?
 3       A.   Yes, ma'am.
 4            MS. BHALLA:  May I approach, Your Honor?
 5            THE COURT:  You may.
 6            MS. BHALLA:  Your Honor, I'm going to mark
 7   this as Defendants' EL.  We may not move for its
 8   admission at this time.
 9            THE COURT:  EL.
10   BY MS. BHALLA:
11       Q.   Do you recall reading that letter before?
12       A.   I believe it's the first time I read this
13   letter.
14       Q.   That's the first time you read that
15   letter?
16       A.   Yes, ma'am.
17       Q.   Do you think that this would have been
18   important to have seen during your investigation?
19       A.   At some point.
20            MS. BHALLA:  Okay.  Thank you, Your Honor.
21   I have no further questions.
22            THE COURT:  Thank you, Ms. Bhalla.
23            Mr. Lowry, Ms. Duncan, do you have
24   questions on behalf of Mr. Baca?
25            MS. DUNCAN:  We have no questions, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor.
 2            THE COURT:  Thank you, Ms. Duncan.
 3            All right, Ms. Armijo.  You have redirect
 4   of Mr. Palomares?
 5            MS. ARMIJO:  Yes, Your Honor.  I believe
 6   I'm going to show Exhibit Number 11, right where Mr.
 7   Villa ended off.
 8                    REDIRECT EXAMINATION
 9   BY MS. ARMIJO:
10       Q.   Sergeant Palomares, can you see the video
11   on the screen?
12       A.   Yes.
13       Q.   All right.  Now, who is the individual
14   that I'm circling?
15       A.    That's Daniel Sanchez, known as Dan Dan.
16       Q.   All right.  And is he seen down -- and I'm
17   looking at the screen at 17:21:02:406.  And is that
18   his position on Exhibit Number 11 on the second
19   camera view, I guess camera 5, throughout the video
20   that you have?
21       A.   Yes, ma'am.
22       Q.   All right.  Now, is it -- prior to -- I
23   believe you said that you're a sergeant now, but
24   prior to that, the unit that you were in, did they
25   investigate lots of homicides?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1530

```
 1        A.   Yes.
 2        Q.   Is it uncommon for you to initially charge
 3   or believe that certain people were involved, but
 4   then, later on, through the course of an
 5   investigation, learn that more people are involved?
 6        A.   No, it's not.
 7        Q.   Now, questions were asked of you about
 8   getting the video for the next door pod.  At the
 9   time that you requested video and received video,
10   did you have any information at that time that there
11   were potentially things going on in the neighboring
12   pod?
13        A.   No.
14        Q.   I believe you indicated it was more than a
15   year later?
16        A.   Roughly, yes.
17        Q.   Now, through the course of your
18   investigation, did you find out any information as
19   to if any individual from the gang was running the
20   pod in which Molina was killed?
21             MS. JACKS:  Objection, hearsay.
22             THE COURT:  How would he know that
23   otherwise?
24             MS. ARMIJO:  I'm just asking him a yes or
25   no right now, if he knows that, and then I'll ask
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1531

```
 1   him how he knows that.
 2          THE COURT:  Well, let's do it the other
 3   way.  Let's find out what the foundation is for
 4   knowing this information.
 5          MS. ARMIJO:  And I didn't know if he does
 6   know it.  That's what the question was.
 7   BY MS. ARMIJO:
 8       Q.   Do you even know if there was anybody
 9   running the pod at the time of the Molina murder?
10       A.   Not at the time.  I learned it later.
11       Q.   And I'm not asking you a person.  I'm just
12   asking you:  How did you learn later?
13       A.   I conducted an interview.
14       Q.   Now, Mr. Villa was asking you specifically
15   about Mr. Perez and if you were investigating him
16   being threatened; is that correct?
17       A.   Correct.
18       Q.   Now --
19          MR. VILLA:  Objection,
20   mischaracterization, Your Honor.  STIU was --
21          THE COURT:  Let Ms. Armijo ask her
22   question.  Overruled.
23   BY MS. ARMIJO:
24       Q.   Now, you indicated before that you went
25   back on March 10th of 2014 to conduct additional
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1532

```
 1   interviews; correct?
 2       A.   Correct.
 3       Q.   And when you did that, did you have an
 4   opportunity to speak to Mr. Perez?
 5       A.   Yes, I did.
 6       Q.   And when you did so, where was that
 7   interview held at?
 8       A.   It was at the offices there at the
 9   correctional facility.
10       Q.   And did you use any force or threats when
11   you spoke to him?
12       A.   No.
13       Q.   Did you make him any promises?
14       A.   No.
15       Q.   Did he appear to understand your
16   questions?
17       A.   Yes.
18       Q.   Did you record the interview?
19       A.   Yes, I did.
20       Q.   And when you interviewed him, did he
21   indicate to you, one way or another, whether or not
22   he was a member of a gang?
23       A.   Correct.  He did.
24       Q.   What did he say?
25       A.   That he was a member of Syndicato de Nuevo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1533

1    Mexico.

2        Q.   And did you ask him anything in reference

3    to his -- were you aware of whether or not he needed

4    anything for assistance to walk at that time?

5        A.   At that time, he needed a walker to walk.

6        Q.   And did you ask him any questions about

7    where he was during the time of the incident?

8        A.   I did.  He said he was in his holding

9    cell.

10       Q.   Did he tell you anything in reference to

11   his -- to him being in the -- anything had been

12   taken from him?

13       A.   He did.  He advised me -- referring to

14   STIU, he advised me they took his walker away.  He

15   was referring to STIU.

16       Q.   Okay.  And did he indicate why it was

17   taken away?

18       A.   He advised me there was a piece missing.

19       Q.   And did he indicate to you during that

20   conversation how the piece was missing from his

21   walker?

22       A.   He advised me he was in the shower when

23   his piece became missing.

24       Q.   And did he indicate to you whether or not

25   he knew who took the pieces from his walker?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   He advised me he had an idea who took it,
2 and he was going to handle it on his own.
3    Q.   So he never provided you with a name?
4    A.   No.
5    Q.   And he indicated to you that when it was
6 taken from him, he was in the shower?
7    A.   Correct.
8    Q.   And when you finished --
9         MS. JACKS:  Your Honor, on behalf of Mr.
10 Sanchez, we object to this entire line of
11 questioning pursuant to the Sixth Amendment of the
12 United States Constitution, and hearsay.
13         THE COURT:  Hold on.  I understand your
14 objection.
15         Ladies and gentlemen, these statements
16 that Mr. Palomares is reciting that Mr. Perez made
17 can only be used against Mr. Perez.  They can't be
18 used against any of the other three gentlemen in the
19 courtroom.  So it can only be used in your
20 deliberations about Mr. Perez.
21         All right, Ms. Armijo.
22         MS. ARMIJO:  No further questions.  Thank
23 you.
24         THE COURT:  Thank you, Ms. Armijo.
25         All right.  Mr. Palomares -- do you have


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1535

```
 1    more questions, Mr. Villa?
 2              MR. VILLA:  Just briefly, cross regarding
 3    that.
 4              THE COURT:  Mr. Villa.
 5                     RECROSS-EXAMINATION
 6    BY MR. VILLA:
 7         Q.   Agent Palomares, you testified that Mr.
 8    Perez told you that STIU, the agency you were
 9    working with at New Mexico Department of
10    Corrections, took his walker away from him; right?
11              MS. JACKS:  Again, Your Honor, we would
12    object, pursuant to the Sixth Amendment of the
13    Constitution, and hearsay, and request --
14              THE COURT:  I understand the objection.
15    No more talking objections if I understand it.  Same
16    instructions for these questions from Mr. Villa.
17              Mr. Villa.
18    BY MR. VILLA:
19         Q.   So it was that agency that he told you
20    took away his walker?
21         A.   Yes, sir.  He referred to that, so at this
22    time I was thinking he was referring to the
23    correctional department officers.
24         Q.   And he said that the reason the STIU took
25    away his walker is because there was a piece missing
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1536

```
 1    from the walker?

 2         A.   Yes, sir.

 3         Q.   And it was your testimony that Mr. Perez

 4    told you that it came up missing when he was in the

 5    shower?

 6         A.   Correct.

 7         Q.   And then he didn't have any idea who took

 8    it?

 9         A.   He said he had an idea.

10         Q.   I apologize.  I misstated that.  He said

11    he had an idea who took it, but he would take care

12    of it?

13         A.   Correct.

14         Q.   If he specifically told you who took it,

15    do you have any idea whether that would put him at

16    risk or danger?

17         A.   I don't know that at the time.

18         Q.   You didn't think if you wrote in your

19    police report that Mr. Perez told you who took a

20    piece from his walker, that that police report being

21    seen later by somebody else in the prison would put

22    him in danger?

23              MS. ARMIJO:  Objection, calls for

24    speculation and foundation.

25              THE COURT:  Well, he can ask if he knows.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1537

1    If he doesn't know, he can state that, as well.

2        A.   I would have put it in the report if he

3    would have told me.

4    BY MR. VILLA:

5        Q.   So my question is:  Do you know whether

6    putting that in your report would put Mr. Perez in

7    danger?

8        A.   Possibly.

9        Q.   Possibly; right?

10        A.   Yes, sir.

11        Q.   Now, this agency that you were working

12    with -- you testified on direct you were working

13    with the STIU.  Are you aware that they took a

14    statement from Mr. Perez about this?

15        A.   I believe so.

16        Q.   And are you aware that the statement they

17    took from Mr. Perez was that he was threatened?

18            MS. ARMIJO:  Objection, Your Honor.

19    Hearsay.

20            MR. VILLA:  Your Honor, I'm --

21            MS. JACKS:  I would also object.

22            MR. VILLA:  May I approach?

23            THE COURT:  Well, you can approach.

24            (The following proceedings were held at

25    the bench.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1538

```
 1            THE COURT:  I just don't think that we're
 2   getting any sort of relevant information here.
 3   You're just trying to get in hearsay statements of
 4   other people.  But I don't know what it really --
 5   what benefit it has as far as exploring his state of
 6   mind.
 7            MR. VILLA:  Well, and Your Honor --
 8            THE COURT:  That's very, very marginal.
 9   In fact, I'm not seeing any relevance to it.
10            MR. VILLA:  I'm offering it for
11   impeachment purposes under Rule 806.
12            THE COURT:  I'm not seeing any impeachment
13   value of it.
14            MR. VILLA:  If I could make a record, Your
15   Honor.
16            THE COURT:  Certainly.
17            MR. VILLA:  Agent Palomares testified that
18   Mr. Perez told him that a piece came up missing in
19   the shower, and that's a statement that's admissible
20   under Rule 801(d)(2) as an admission of a party
21   opponent; correct?  And the statement that I'm
22   offering is a statement that would impeach Mr.
23   Perez' statement to Agent Palomares.  And under Rule
24   806, when a hearsay statement or a statement
25   described in Rule 801(d)(2) has been admitted, it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  will be admitted evidence, the declarant's

2  credibility may be attacked and then supported by

3  any evidence that would be admissible for those

4  purposes if the declarant had testified as a

5  witness.  And so under Rule 806, I'm entitled to

6  offer this other statement from Mr. Perez as

7  impeachment of the statement that he gave to Agent

8  Palomares.

9          THE COURT:  He's already testified he

10 doesn't know the information.  He doesn't know about

11 this statement, so why blurt it out in front of the

12 jury here?

13         MR. VILLA:  Well, Your Honor, because if I

14 want to question another STIU agent about that

15 statement, I first have to confront Mr. Palomares

16 with it, whether he knows about it.  So that is the

17 purpose that I would be admitting it through another

18 STIU agent, would be for impeachment of Mr.

19 Palomares' hearsay statement Mr. Perez made.  And

20 before I can do that, I've got to confront him with

21 the statement whether he knows about it.  If he

22 doesn't know, he doesn't know.

23         MR. CASTELLANO:  Agent Palomares?

24         THE COURT:  Mr. Palomares?

25         Why don't you let him in over here?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1540

```
 1          Why don't you come right here.  Mr. Villa
 2   is going to ask you a question about whether you
 3   know a statement.  Let's see if you know the
 4   statement before you blurt it out in front of the
 5   jury.
 6   BY MR. VILLA:
 7        Q.   Sergeant Palomares, do you know if Mr.
 8   Perez made a statement as to STIU during the course
 9   of your investigation that he was threatened at the
10   time the piece was taken from his walker?
11        A.   No, sir.
12          MR. VILLA:  And so I just want to make
13   sure it's clear that when I confront STIU officers
14   about this, that I offered him the opportunity
15   whether he knew about the statement.
16          THE COURT:  Well, he didn't.  So I don't
17   think you need to do this in front of the jury.  Do
18   you?
19          MR. VILLA:  I mean --
20          THE COURT:  On this particular point, I
21   tend to agree under the rules of evidence, this may
22   be something people want to look at over the
23   weekend.  I tend to agree with you that -- and I
24   think Salzberg does, too -- that this is probably
25   admissible if you can figure out how to get it in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    without being a hearsay statement.  The problem is
 2    that every circuit that's looked at this issue --
 3    and I think there are three -- the Tenth has not
 4    admitted it, and it's good reasons for how they're
 5    coming out.  So I think you're going to have to
 6    really look at this, because it's not -- it's not a
 7    slam/dunk that this is admissible.  I think in a
 8    theoretical academic sense I agree with you, and so
 9    do the scholars.  But the case law is decidedly
10    against you on this.  So you're going to have to
11    work to get me to adopt the position that the case
12    law is against.  But I think this deals with this
13    problem right this minute; right?
14            MR. VILLA:  I don't think we need Sergeant
15    Palomares anymore, but I would add other things for
16    the record about why I should ask him this question
17    in front of the jury and just a couple of things I
18    want to put on the record.
19            THE COURT:  Go ahead and put them on.
20            You can go back to your seat.  Thank you,
21    Mr. Palomares.
22            MR. VILLA:  So Your Honor, under the rule
23    of completeness, a lot of people think --
24            THE COURT:  That just applies to writings.
25    So it doesn't apply to oral statements.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1542

```
 1              MR. VILLA:  Well, I guess I'll look at
 2   that.
 3              THE COURT:  What's your next one?
 4              MR. VILLA:  The other one is the trial
 5   brief that Ms. Fox-Young filed.
 6              THE COURT:  Yeah.
 7              MR. VILLA:  It talks about the defendant's
 8   right to put on evidence even if it's in violation
 9   of the rules of evidence.  So I would just adopt
10   that trial brief.  Do you remember the document?  It
11   was filed last night.  We'll get you the document
12   number.
13              THE COURT:  I've got a copy of it, and
14   I'll take a look at it.  I know what you're trying
15   to do.  Everybody is going to get a fair trial, and
16   I'll try to make sure Mr. Perez gets a fair trial,
17   but I do have to observe the rules of evidence and
18   that's just the way it will have to be.
19              MR. CASTELLANO:  Then we understand what
20   they're trying to do also is bring in self-serving
21   hearsay by the defendant.  An example would be a
22   defendant who talks to law enforcement, says, "I'm
23   innocent of this charge; I don't know anything about
24   it."  Of course, the defense would want to bring it
25   in.  It's still hearsay even though --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1           THE COURT:  It is, and I keep that out of
2    every case.  If you're going to take the stand, you
3    know that's the quid pro quo.
4           MR. VILLA:  I agree that it doesn't fit
5    the 803 or 804 exception to hearsay.  I think if
6    it's the 806 --
7           THE COURT:  Do you have anything on this
8    particular point?  We can take this up a little
9    later.
10           MR. VILLA:  No, Your Honor, I want to make
11    sure it's clear that our position is that the
12    authorities we cite in the trial brief allow us to
13    make this argument.
14           MS. JACKS:  We need to make a record, as
15    well, with respect to the statement that Mr. Villa
16    just said in front of the jury that was a statement
17    that Mr. Perez made to STIU that this Court found in
18    pretrial hearings was testimonial and was excluded
19    from this trial.  I'm trying to keep it out.  I
20    would simply note that has been brought out contrary
21    to the Court's ruling.
22           THE COURT:  He didn't get very far before
23    it got cut off.
24           MS. JACKS:  I think he got far enough.
25    The second thing, I would point out --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1544

```
 1            THE COURT:  Hold on.  Let me see.  He got
 2   cut off after the word "threatened."  Let's move on.
 3            MS. JACKS:  But I do think, just as a
 4   courtesy to other defendants, that when the Court
 5   rules a statement is inadmissible, if other counsel
 6   want to bring it up, it's improper to do that in
 7   front of jury.
 8            THE COURT:  Mr. Villa.  I've ruled that
 9   this is inadmissible, so don't try to bring it up in
10   front of the jury without approaching the bench.
11            MR. VILLA:  You mean with this witness or
12   another witness?
13            THE COURT:  Any witness.  The statement is
14   right at the moment inadmissible, so before you ask
15   a question like that again, you're going to have to
16   approach the bench.
17            MR. VILLA:  So we expect some STIU agents
18   who took the statement to testify.  So you want me
19   to approach the bench before asking the question?
20            THE COURT:  Yes, because I don't see how
21   this is admissible with this witness or any other.
22   So before you ask any questions, as a courtesy to
23   the Government and the other defendants, you're
24   going to have to approach the bench.
25            MR. VILLA:  Yes, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1545

```
 1              THE COURT:  Okay.
 2              MS. JACKS:  I'm not done.  I would ask
 3    that the Court strike Mr. Villa's question and
 4    instruct the jury to disregard it.
 5              THE COURT:  Okay.
 6              MS. JACKS:  The second thing -- and I
 7    would move for a mistrial.  The second thing is that
 8    Ms. Armijo's line of questioning bringing out Mr.
 9    Perez' statements was again bringing out clearly
10    testimonial statements of Mr. Perez here in this
11    joint trial.  She may have a hearsay exception, but
12    she doesn't have an exception to the Sixth
13    Amendment, and it was inappropriate to bring that
14    out, especially given the Court's prior rulings
15    about other statements of Mr. Perez to law
16    enforcement.  And based on that objection, I also
17    move for a mistrial.
18              MR. CASTELLANO:  That statement was
19    actually helpful to Daniel Sanchez because that
20    statement indicated that Mr. Perez was in the shower
21    when the shank was taken.  So that didn't point the
22    finger at anybody.  It actually pointed the finger
23    away from people.  So it was a statement against
24    interests and was not contrary to Mr. Sanchez'
25    interests or Mr. Baca's.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1546

```
1          THE COURT:  Did you have something?
2          MR. LOWRY:  I'd like to make a record, but
3    I can wait till before we break for lunch.  I don't
4    want to keep the jury waiting.
5          MR. CASTELLANO:  Move to strike the
6    question.
7          (The following proceedings were held in
8    open court.)
9          THE COURT:  All right.  Ladies and
10   gentlemen, I'm not going to permit the answer to the
11   question that Mr. Villa started.  If you caught any
12   of it before all the objections were made, I strike
13   the question, as well.  So don't even consider the
14   question, which is not what you should be doing
15   anyway.  You should be considering the answer.  But
16   in this case, I want you to strike the question and
17   not even consider it.
18          All right, Mr. Villa.  Anything further?
19          MR. VILLA:  Just a couple more questions,
20   Your Honor.
21          THE COURT:  All right.  Mr. Villa.
22   BY MR. VILLA:
23     Q.   Agent Palomares, the walker that Mr. Perez
24   had -- you actually saw him with this walker earlier
25   in your investigation; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1547

```
 1        A.   Yes, sir.
 2        Q.   He was using the walker to walk because he
 3   couldn't walk without it; right?
 4        A.   Correct.
 5        Q.   And when you learned from Mr. Perez that
 6   STIU took the walker away, as the case agent in this
 7   case, you're responsible for all the evidence in
 8   this case; correct?
 9        A.   Correct.
10        Q.   And that walker that Mr. Perez said was
11   taken away from him by the STIU, who was working
12   with you -- that at that point you knew that was
13   evidence, didn't you?
14        A.   No, sir.
15        Q.   You didn't think that was evidence?
16        A.   No.
17        Q.   And because of that, you never went and
18   tried to get the walker and preserve the walker for
19   this trial, did you?
20        A.   Correct.
21        Q.   The walker is gone, isn't it?
22        A.   I'm sure.
23        Q.   The jury is not going to ever be able to
24   get to see the walker in this case, are they?
25        A.   I'm not sure, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1548

```
 1        Q.    You don't know the answer to that?

 2        A.    No, sir.

 3              MR. VILLA:  That's all the questions I

 4   have.

 5              THE COURT:  Thank you, Mr. Villa.

 6              MS. JACKS:  Your Honor, may I ask the

 7   Court give a limiting instruction?  I think

 8   everything up until the bench conference was

 9   admissible against only Mr. Perez, and everything

10   after the bench conference I think sounds like it

11   was admissible against everyone.  I want to make it

12   clear.

13              THE COURT:  I think Ms. Jacks has

14   summarized my instruction to you.  So the portions

15   that were before the bench conference where Mr.

16   Villa was soliciting some statements of Mr. Perez

17   are only admissible against and can be considered

18   against Mr. Perez.  Afterwards it's for everyone.

19              All right.  Ms. Armijo, anything further

20   from Mr. Palomares?

21              MS. ARMIJO:  No, Your Honor.  Thank you.

22              THE COURT:  All right.  Mr. Palomares, you

23   may step down.  Thank you for your testimony.

24              Is there any reason that Mr. Palomares

25   cannot be excused from the proceedings.  Ms. Armijo?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1549

```
 1            MS. ARMIJO:  No, Your Honor.
 2            MR. VILLA:  Your Honor, we'd like to
 3  reserve him for the defense case.  He doesn't need
 4  to stay in the courtroom.
 5            THE COURT:  You don't need to stay in the
 6  courthouse, but you are subject to recall and you
 7  can't stay in the courtroom.  Thank you, Mr.
 8  Palomares.  Thank you for your testimony.
 9            All right.  Does the Government have its
10  next witness or evidence?
11            MR. BECK:  Your Honor, the United States
12  calls Javier Rubio.
13            THE COURT:  Let me see counsel up here at
14  the bench before we begin.
15            (The following proceedings were held at
16  the bench.)
17            THE COURT:  All right.  I have looked at
18  the statements.  I think I'm inclined to think it's
19  going to satisfy all the requirements of the
20  co-conspirator statement with the exception of one
21  that I am going to need to hear a lot of evidence
22  in, and you've already agreed that you're going to
23  approach the bench before trying to get these
24  statements in, the ones that we're talking about in
25  this letter.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I think I'm not sure that it's been
 2    established yet, from what I have seen, that Mr.
 3    Mendez is a part of the conspiracy.  So you're going
 4    to have to really give me some evidence on that.
 5    Certainly if he had the power to approve the death
 6    and the murder and those sort of things, then I
 7    guess I would think that that would be part of the
 8    conspiracy, and you could ask him.  But if all he's
 9    got is maybe a negative, he could, like, veto or
10    something like that, I'm not sure that would make
11    him part of the conspiracy.  You may have other
12    things there, but that's really what I'm going to be
13    focusing on.
14              So before you try to elicit any statements
15    that are in the letter, approach the bench and let
16    me see if I am satisfied -- that I'm convinced that
17    Mendez is part of the conspiracy.  You were nodding
18    your head, yes, I'm focusing on the right issue.
19              MR. LOWRY:  And there is one additional
20    one, Your Honor.  There is this statement here.
21              THE COURT:  Go ahead and speak up.
22              MR. LOWRY:  There is a statement here that
23    sometime after the Molina murder that Mr. Rubio was
24    approached by Alex Munoz and Juan Mendez.
25              THE COURT:  Let me see this.  There was
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   one I didn't see.  Yeah, I don't see that one as

2   coming in unless you've got some other statement.

3   Do you agree?

4          MR. BECK:  I agree.  I'm not eliciting

5   that statement.

6          MR. LOWRY:  And the Mendez statement.

7          MR. BECK:  So I'm not eliciting that

8   second statement, I think.

9          THE COURT:  I don't think it's the second.

10          MR. BECK:  The one that Mr. Lowry was just

11   talking about.  I think Mr. Rubio will also testify

12   that Mr. Mendez was the shot-caller, he had to

13   approve the hit, and that if not all of the

14   shot-callers in that SNM pod, including Mr. Rubio

15   approved the hit, if one of them found out about it,

16   they would have stopped the hit, not knowing that it

17   was a valid hit.

18          THE COURT:  Is the testimony just going to

19   be that he had a veto power, or is it going to be

20   that Mr. Mendez had to actually approve and say,

21   "Yes, go"?

22          MR. BECK:  I don't know.

23          MR. LOWRY:  Your Honor, can I just point

24   this out?  If you look at this last statement, it

25   doesn't appear that Mr. Rubio was part of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   conspiracy.  Because it says that they called the

2   hit without ever consulting Mr. Rubio.  So I'm

3   questioning whether there is even a co-conspirator

4   statement if there is sufficient cooperation.

5           THE COURT:  My memory is -- and I could be

6   refreshed on this -- but my memory is that we

7   established Rubio was a member of the conspiracy

8   back in the original James hearing.

9           MR. LOWRY:  I don't think we did.

10          MR. BECK:  I don't know.  I think Mr.

11  Rubio's position would be just like Mr. Mendez'.  So

12  I think this will also be -- we will see where it

13  goes.

14          THE COURT:  Well, okay.  You'll need to

15  establish that --

16          MR. BECK:  Sure.

17          THE COURT:  -- if my memory is wrong, but

18  I will say this.  I have less concern about Rubio

19  being part of the conspiracy than I do Mendez.

20  Mendez is where I think the linchpin is.

21          MR. MAYNARD:  On this point, Your Honor --

22          THE COURT:  Yes.

23          MR. MAYNARD:  There is an earlier 302

24  reflecting a statement by Mr. Rubio to the FBI where

25  he says he wasn't sure that Mendez was even involved

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1553

1  in the conspiracy or involved in the decisions.  So

2  it raises the question, and Mendez is on your

3  witness list, I understand.  So if that is to come

4  in, it should come in through Mendez.  It looks like

5  bootstrapping a claim of the conspiracy statutes,

6  which is not independently shown.  And of course, if

7  we do this in front of the jury, can you give the

8  jury another limiting instruction?  This should not

9  be done through Rubio at this juncture.

10        MR. BECK:  As I said, I'll approach the

11  bench before I get into any of these statements, if

12  the evidence does not play out the way I anticipate

13  it will.  I understand it's inadmissible; it's not a

14  co-conspirator statement.

15        THE COURT:  Does the fact that we have

16  this 302 -- does that give you some concern?

17        MR. BECK:  It does.

18        THE COURT:  It might get impeached.  I'm

19  not trying to tell you how to try the case.  But I

20  wonder from a tactical standpoint if it makes sense

21  to bring it through --

22        MR. BECK:  Sure.

23        MR. MAYNARD:  Even if the defense wins,

24  we've had to fight a defensive battle, and we

25  haven't gained anything.  And it is --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1554

```
 1          MR. BECK:  It is admissible once it's a
 2   co-conspirator.  So it doesn't matter it's coming in
 3   through Rubio as opposed to Mendez.  As I said, if
 4   the evidence doesn't play out as I expect it to, I'm
 5   not going to bring out that testimony.
 6          THE COURT:  Let's see how the cross goes,
 7   and then we may have to revisit this.  And I promise
 8   we'll revisit it before.
 9          MR. MAYNARD:  There may be a juncture
10   where I'd like to cover these admissibility issues
11   outside the presence of the jury, because this is,
12   like, tiptoeing around them.
13          THE COURT:  It's tough.  It's tough.  It
14   is.  But I think we're doing okay.
15          MS. JACKS:  Your Honor, on behalf of Mr.
16   Sanchez, we would object based on the arguments that
17   have just been made.  I believe there is also a
18   statement of Carlos Herrera to Mr. Rubio.  The
19   Government is intending --
20          MR. BECK:  There is an admission.
21          MS. JACKS:  This goes back to the issue
22   that I don't think we've settled.  The Court has
23   decided, but I still have argument on it whether
24   it's appropriate at a joint trial to bring in
25   admissions of co-defendants that will serve to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1   corroborate informants in this case.

2          THE COURT:  Yeah, well --

3          MS. JACKS:  I don't think I actually have.

4   And I'd like to argue this before --

5          THE COURT:  Look at Tennessee versus

6   Street, because the confrontation clause does permit

7   unconfronted out-of-court statements to be used for

8   nonhearsay purposes.  So I just think -- I know you

9   keep saying that, but I think that's just a loser.

10         MS. JACKS:  I do have some arguments based

11  on Richardson versus Marsh.

12         THE COURT:  Look at Tennessee versus

13  Street.

14         MS. JACKS:  I'll preserve --

15         MR. MAYNARD:  Our objection is preserved,

16  Your Honor.

17         THE COURT:  You bet.

18         MS. ARMIJO:  I'm assuming defense does not

19  object to correctional officers.  I believe the U.S.

20  Marshals asked me to triple-check with the Court and

21  defense counsel.  This will be our first witness

22  that is in custody.  And so I believe the Marshal's

23  Office had corrections officers come and be by him,

24  and they will not be in suits.  They will be in

25  their normal garb.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1556

```
 1              MR. MAYNARD:  Is that necessary?
 2              THE COURT:  I thought y'all wanted this.
 3              MS. ARMIJO:  I thought you wanted this.
 4              THE COURT:  I thought y'all wanted this.
 5    We agreed when we brought in these cooperators you
 6    didn't mind the security being here.  I think we've
 7    decided this issue.
 8              MS. JACKS:  I thought we did decide.
 9              MS. ARMIJO:  I thought it was decided.
10    I'm making sure.
11              THE COURT:  This isn't y'all's client.
12    This is their informants, and they're going to be
13    guarded.
14              MR. MAYNARD:  They need an escort.
15              THE COURT:  Seems like we decided that.
16    We decided this before.  And to pull this back in
17    the middle of trial creates some real logistical
18    issues.
19              MS. BHALLA:  I'm sorry, I think I
20    misunderstood.
21              MS. FOX-YOUNG:  I wasn't here on Friday.
22              THE COURT:  It was long before Friday.
23    This was decided, and you're going back on your word
24    as far as logistics.  Everybody agreed for your
25    defendants we'd take great precautions.  Everybody
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1557

1   else, we're going to bring them in in jump suits and
2   we've got guards.
3           MS. FOX-YOUNG:  Are we going to have
4   several guards?  How many guards are there going to
5   be?
6           MS. ARMIJO:  I believe it was decided two.
7           THE COURT:  Where are they going to be
8   positioned?
9           MS. ARMIJO:  I believe right next to him.
10          THE COURT:  Okay.  Does that work?
11          MS. ARMIJO:  And they are not in suits.
12          THE COURT:  They're not in suits.
13          MS. FOX-YOUNG:  For the record, I object.
14   I'm not going to back on my word, Judge.  I don't
15   recall.
16          THE COURT:  You are.  Everyone else in
17   agreement?
18          MS. JACKS:  Yes, we agreed on this before.
19          I have one more thing, and this is my
20   request to the Court, my objection to the admission
21   of the co-defendants' admissions be a continuing one
22   so I don't have to get up and state every time.
23          THE COURT:  Sure.  You probably need to
24   tell me you need a limiting instruction.
25          MS. JACKS:  That would be my next

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  objection.

2  THE COURT:  Tell me when you want it.

3  MS. DUNCAN:  I would just join the

4  objection of Mr. Sanchez also as to the statements

5  of Rudy Perez, and we'd ask for the same thing --

6  THE COURT:  All right.

7  MS. DUNCAN:  -- and Mr. Herrera.

8  THE COURT:  Just alert me when you want a

9  limiting instruction.  I'll need a little help with

10 that.

11 MS. JACKS:  The other thing I would

12 request, to the extent the Court gives the limiting

13 instruction, if it can set a range, like, say, "No,

14 this is admissible to everyone else."  Do you know

15 what I mean?  Because it's very different.

16 THE COURT:  I'll try, but y'all help me.

17 MS. JACKS:  Sure.

18 MS. DUNCAN:  Thank you, Your Honor.

19 (The following proceedings were held in

20 open court.)

21 THE COURT:  All right.  Mr. Rubio, if you

22 will come in and be seated, before you're seated, my

23 courtroom deputy, Ms. Standridge, will swear you in.

24 So if you'll raise your right hand to the best of

25 your ability there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1559

```
 1                    JAVIER RUBIO,
 2      after having been first duly sworn under oath,
 3      was questioned, and testified as follows:
 4            THE CLERK:  Please be seated.  State and
 5 spell your name for the record.
 6            THE WITNESS:  Javier Rubio.
 7            THE COURT:  Mr. Rubio.  Mr. Beck.
 8                    DIRECT EXAMINATION
 9 BY MR. BECK:
10      Q.   Mr. Rubio, are you now or were you ever a
11 member of the Syndicato de Nuevo Mexico Prison Gang?
12      A.   Yes.
13      Q.   Are you now a member of the Syndicato de
14 Nuevo Mexico?
15      A.   Yes.
16      Q.   How long have you been a member of the
17 SNM?
18      A.   Twenty-four years.
19      Q.   Do you go by any other names besides
20 Javier Rubio?
21      A.   AB.
22      Q.   When were you brought into the SNM?
23      A.   1994.
24      Q.   Where were you when you were brought in?
25      A.   At the South facility in Santa Fe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1560

1      Q.    And who were the SNM members who brought

2  you into the gang?

3      A.    Tony Perez, and I can't remember the other

4  guy's name.

5      Q.    And in 1994, why were you at the

6  Penitentiary of New Mexico?

7      A.    I was there serving a sentence for murder.

8      Q.    And what happened?  What were the

9  circumstances?

10      A.    During a burglary, I committed a murder.

11      Q.    How old were you?

12      A.    18.

13            MR. BECK:  Your Honor, I'm going to show

14  to defense and move to admit 253 A, which is Bates

15  No. 48480.

16            MS. JACKS:  Can we please have the exhibit

17  number again, please?

18            THE COURT:  253 A.  Any objection from the

19  Defendants?

20            MS. JACKS:  No, Your Honor.

21            THE COURT:  Not hearing any, then

22  Government's Exhibit 253 A will be admitted into

23  evidence.

24            (Government Exhibit 253 A admitted.)

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1561

```
 1   BY MR. BECK:
 2        Q.   Mr. Rubio, is that a photograph of you?
 3        A.   Yes.
 4        Q.   And is that your back pictured below your
 5   head on Exhibit 253 A?
 6        A.   Yes.
 7        Q.   What is that a tattoo of?
 8        A.   SNM.
 9        Q.   Can anyone just get an SNM tattoo inside
10   the prisons?
11        A.   No.  It has to be earned through violence.
12        Q.   Have you ever heard the term "earning your
13   bones"?
14        A.   Yes.
15        Q.   What does that mean?
16        A.   You have to murder someone.
17        Q.   Is that the only way somebody can earn
18   your bones?
19        A.   You can assault someone.
20        Q.   How did you earn your bones?
21        A.   I assaulted someone.  I stabbed someone.
22        Q.   When was that?
23        A.   '94.
24        Q.   Did you also stab -- and I want to be
25   clear on this.  Was that assault in 1994 to gain
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  membership into the SNM?
 2       A.   Yes.
 3       Q.   When you were brought in in 1994, who was
 4  the leader of the SNM?
 5       A.   Angel Munoz.
 6            MR. BECK:  Your Honor, I'm going to move
 7  to admit Exhibit 253 B, and I'll show that picture
 8  to the defense counsel.
 9            Move to admit Exhibit 253 B, Your Honor.
10            THE COURT:  Any objection from the
11  Defendants?
12            MR. LOWRY:  No, Your Honor.
13            THE COURT:  Not hearing any objection,
14  Government's Exhibit 253 B will be admitted into
15  evidence.
16            (Government Exhibit 253 B admitted.)
17  BY MR. BECK:
18       Q.   Mr. Rubio, is that you pictured on the
19  bottom left, second from the left, in this
20  photograph?
21       A.   Yes.
22       Q.   And who is at the top left of that
23  photograph?
24       A.   Angel Munoz.
25       Q.   Is that Angel Munoz who was the leader
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1563

1   when you were brought into the gang?

2        A.    Yes.

3        Q.    Were there other leaders below Mr. Munoz?

4        A.    Yes.

5        Q.    Who was that?

6        A.    Billy Garcia, Styx, Marty Barros.  There

7   was various other ones.

8        Q.    Was Julian Romero a leader at that time?

9        A.    Romero was one, yes.

10       Q.    Do you know Styx's real name?

11       A.    No.

12       Q.    Are you familiar with the defendant

13  sitting in the back of the courtroom, Anthony Ray

14  Baca?

15       A.    Yes.

16       Q.    At some point, was he the leader of the

17  SNM?

18       A.    Yes.

19       Q.    When was that?

20       A.    When Angel got out in '99, 2000.

21       Q.    And is Mr. Baca still the leader of the

22  SNM?

23       A.    Yes.

24       Q.    In your opinion, what's the purpose of the

25  SNM?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1564

1       A.   Control the prison system.

2       Q.   And how does the SNM do that?

3       A.   Through violence and extortion.

4       Q.   Does the SNM interact in any way with

5  drugs in prison?

6       A.   Yes.

7       Q.   How do they do that?

8       A.   Sell drugs, do drugs.

9       Q.   If someone who is not an SNM member brings

10  in drugs into a pod that has SNM members, what

11  happens?

12       A.   They have to give SNM drugs.

13       Q.   If an SNM member brings in drugs into an

14  SNM pod, what happens?

15       A.   He has to share it, as well.

16       Q.   Have SNM members shared drugs with you

17  over the years?

18       A.   Yes.

19       Q.   What drugs?

20       A.   Heroin, cocaine, marijuana.

21       Q.   I want to talk to you about some of the

22  rules of the SNM.  Is an SNM member allowed to

23  cooperate with law enforcement?

24       A.   No.

25       Q.   How is an SNM member admitted to the SNM?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1565

```
1      A.   He has to commit an act of violence.

2      Q.   Does he also have to have certain SNM

3  members vouch for him or raise their hands for him?

4      A.   Yes.

5      Q.   How many?

6      A.   Two or three.

7      Q.   Has that always been consistent, or has

8  that changed over the years?

9      A.   It's changed.

10     Q.   Can someone with a sex offense in their

11 personal history be admitted?

12          MR. LOWRY:  Objection, Your Honor, as

13 leading.

14     A.   No.

15          THE COURT:  Leading?  Overruled.

16 BY MR. BECK:

17     Q.   And Mr. Rubio, if there is an objection

18 like that, just hold your answer until afterwards.

19 Thank you.

20          Are there certain repercussions for

21 violation of these rules?

22     A.   Yes.

23     Q.   What are those?

24     A.   Murder, get killed.

25     Q.   Are there others?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1566

```
 1        A.    You could get beat up.

 2        Q.    And what does that repercussion depend on?

 3        A.    It depends on the rules that are set, the

 4   severity of the rule that you broke.

 5        Q.    What would be the most severe rule, in

 6   your experience?

 7        A.    To snitch, to not commit an act of

 8   violence when you're told to.

 9        Q.    What does "snitching" mean?

10        A.    You tell on somebody.

11        Q.    Do you just tell on someone to anyone

12   else, or are you telling on someone to specific

13   people?

14        A.    To prison officials.

15        Q.    Does the SNM have homemade weapons?

16        A.    Yes.

17        Q.    Are those shanks?

18        A.    Shanks.

19        Q.    How are shanks kept within an SNM pod?

20        A.    Usually anybody could have them, but

21   sometimes there's people that are designated to hold

22   them.

23        Q.    Does it depend on the pod you're in?

24        A.    Yes.

25        Q.    Do SNM members take their shanks into the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1567

```
 1  yard?
 2       A.   Yes.
 3       Q.   What's the yard?
 4       A.   It's a recreation yard where everybody
 5  goes to.
 6       Q.   What happens if a non-SNM member has a
 7  shank in the yard and the SNM finds out?
 8       A.   They want to know why he has it, if he's
 9  trying to use it towards them, or anything of that
10  matter.
11       Q.   What's a tabla?
12       A.   It's a board of leaders.
13       Q.   I should have asked a better question.
14  What's tabla with the SNM?
15       A.   A certain group of people that have been
16  appointed to be leaders and make decisions.
17       Q.   Does that include leaders of the pods at a
18  certain facility?
19       A.   Yes.
20       Q.   Did it include the leaders of the SNM pod
21  at the Southern New Mexico Correctional Facility in
22  2014?
23       A.   Yes.
24       Q.   Were you a member of that tabla?
25       A.   I was.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1568

```
 1        Q.   What happened if a member of the tabla
 2   orders a hit and a member that they tasked to do
 3   that doesn't perform?
 4        A.   He will be murdered.
 5        Q.   What happens if a member of a tabla gets
 6   an order to order a hit and doesn't follow through
 7   on that?
 8        A.   Same; he will be murdered.
 9        Q.   I think in 1994 you said you assaulted
10   someone to earn your bones?
11        A.   Yes.
12        Q.   Did you do that to maintain or gain more
13   of a reputation with the SNM?
14        A.   Yes.
15        Q.   In 1997 did you stab someone for the SNM?
16        A.   Yes, I did.
17        Q.   What happened?
18        A.   I stabbed somebody who was considered an
19   enemy to the SNM.
20        Q.   Why did you do that?
21        A.   To earn my bones.
22        Q.   How do you know if something is an SNM hit
23   or just a personal dispute?
24        A.   Well, it has to be verified.
25        Q.   What do you mean, "verified"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1569

```
 1        A.   It has to be verified through the leaders,
 2   the people that are actually calling the hit.  They
 3   have to verify that it's a legit hit, whether
 4   somebody, for whatever reason, he messed up or was
 5   supposed to get hit.
 6        Q.   In 2002, did you participate in another
 7   hit because of your membership in the SNM?
 8        A.   Yes.
 9        Q.   What was that?
10        A.   It was on Frankie Gonzalez, because he had
11   been at another facility in which an SNM Gang member
12   had problems with somebody else, and he didn't do
13   anything to help that SNM Gang member.
14        Q.   Why did that result in a hit on Frankie
15   Gonzalez?
16        A.   Because he should have hit that guy, the
17   one who had started the problems with the SNM Gang
18   member.
19        Q.   Is that a rule of the SNM?
20        A.   Yes.
21        Q.   And what did you do?  What was your role
22   in that?
23        A.   I made sure that somebody assaulted him.
24        Q.   Did you call the hit?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That is what you were saying about

2  verifying earlier?

3    A.   Yes.

4    Q.   So you verified it?

5    A.   I verified that he was there and didn't do

6  what he was supposed to do.

7    Q.   Was there an earlier stabbing that you

8  participated in as an SNM member related to that

9  same incident?

10   A.   Yes.

11   Q.   And tell us about that.

12   A.   The guy that disrespected SNM ended up in

13 the same pod I was living in.  And I had him hit,

14 too, as well.  I made the shank and --

15   Q.   What did you make the shank out of?

16   A.   A Scrabble board piece.

17   Q.   What do you mean?

18   A.   A Scrabble board comes with a little piece

19 of wood.  I made a shank out of that.

20   Q.   Is that the piece of wood where you hold

21 letters for the Scrabble?

22   A.   Yes.

23   Q.   And you made a shank out of that piece?

24   A.   Yes.

25   Q.   Is it fair to say that you received some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  benefits for agreeing to cooperate with us in this

2  case?

3      A.   Yes.

4      Q.   Were you told -- the Government didn't

5  indict you in any of its SNM --

6      A.   No.

7      Q.   -- in this SNM case?

8      A.   No.

9      Q.   Did you ask Special Agent Acee to help

10  reduce your state sentence?

11      A.   Well, I asked him if he could testify for

12  me at my parole hearing.

13      Q.   Do you expect that he'll do that?

14      A.   Yes.

15      Q.   What do you have to do for him to do that?

16      A.   Tell the truth.

17      Q.   While you were in the Corrections

18  Department after you agreed to cooperate, were you

19  allowed more telephone calls than a regular Level 6

20  inmate?

21      A.   Yes.

22      Q.   Were you allowed more tier time than

23  regular Level 6 inmates?

24      A.   Yes.

25      Q.   Were you allowed contact visits even

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   though you're an SNM member?
 2        A.   Yes.
 3        Q.   Did you attend a pizza party?
 4        A.   Yes.
 5        Q.   But those benefits stopped?
 6        A.   Yes, they did.
 7        Q.   When did they stop?
 8        A.   When I got caught having sex with my wife.
 9        Q.   When was that?
10        A.   January of 2017.
11        Q.   Were you allowed to have sex with your
12   wife?
13        A.   No.
14        Q.   Why did you do that?
15        A.   Human nature.  I've been in prison 24
16   years.
17        Q.   What happened to you after that?
18        A.   I had to do nine months in solitary
19   confinement.  I lost all my good time.  I lost all
20   my privileges for a year.
21        Q.   So you were reprimanded for that?
22        A.   Yes.
23        Q.   What does it mean to lose all of your good
24   time?
25        A.   You earn one day for every day you do in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  prison.  You're able to work your way up to doing

2  half the time you have to do.  I lost about 20 years

3  of it.

4      Q.   How many years of good time did you lose?

5      A.   About 20 years.

6      Q.   Did you interact with Mr. Baca at the

7  Southern New Mexico Correctional Facility in 2008?

8      A.   Yes.

9      Q.   And I want to talk to you about when Mr.

10 Baca came down, what happened at Southern.  Did he

11 want to put in place some kind of structure?

12     A.   Yes, he did.  He appointed --

13     Q.   Hold on one second there.  Did you have --

14 did you learn this in conversation with Mr. Baca?

15     A.   Yes, I did.

16     Q.   And did he -- were there other people

17 around when he was telling you this, or just you?

18     A.   There was other people around.

19     Q.   All right.  So what did Mr. Baca want to

20 do when he came down to Southern in 2008?

21     A.   He wanted to appoint certain people to run

22 the pods.  He wanted to write out a set of rules for

23 people to follow and make sure that those people

24 that run the pods follow those rules.

25     Q.   Do those people that run the pods report



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1574

```
 1   to him?

 2        A.   Yes.

 3        Q.   And the jury saw some of the facilities

 4   yesterday, and they saw a building that had three

 5   different sets of cell blocks.  When you're talking

 6   about the pods, are you talking about the whole

 7   building or each of those sets with cell blocks in

 8   between?

 9        A.   Each of those sets.  There was somebody

10   running those.

11        Q.   So I think we heard that there is -- the

12   SNM facility there has a blue pod, a green pod, and

13   a yellow pod.

14        A.   Yes.

15        Q.   So each one of those pods would have a

16   leader or leaders?

17        A.   Yes.

18        Q.   How are those leaders chosen for each of

19   the pods?

20             MR. LOWRY:  Objection, Your Honor.  He's

21   asked and answered.

22             THE COURT:  Overruled.

23        A.   Everybody there has to vote who they

24   choose as a leader.

25             THE COURT:  Are you okay, Ms. Jacks?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. JACKS:  I'm fine.  I was trying to
 2   wait until Mr. Beck finished with what Mr. Baca
 3   allegedly told this witness, and ask the Court for
 4   the limiting instruction.
 5          THE COURT:  Mr. Rubio is going to make
 6   some -- in his testimony, he's going to relate to
 7   you some statements that he is testifying Mr. Baca
 8   made.  Again, you can use these statements only in
 9   your deliberations regarding the charges against Mr.
10   Baca.  You can't use them in any way against the
11   other three gentlemen in the courtroom.
12          All right, Mr. Beck.
13   BY MR. BECK:
14       Q.   Just so we're clear, when you were talking
15   about the structure Mr. Baca put in place, putting
16   leaders in the pods, those were from conversations
17   that you had with Mr. Baca; right?
18       A.   Yes.
19       Q.   And now, I think you said people were
20   going to vote who they wanted to be a leader in each
21   of the pods?
22       A.   Yes.
23       Q.   Were you voted a leader for the green pod?
24       A.   I was.
25       Q.   Was there another leader for the green
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   pod?

2        A.   Jesse Sedillo.

3        Q.   When were you voted leader?

4        A.   2008.

5        Q.   Were you still the leader in 2014, March

6   of 2014?

7        A.   Yes.

8        Q.   I want to talk to you about the rules that

9   you said Mr. Baca wanted to put in place.  Did you

10  learn from Mr. Baca about a set of rules?

11       A.   Yes.

12       Q.   How did you learn from Mr. Baca about

13  these rules?

14       A.   He had them written down on a piece of

15  paper.  He wanted me to pass them around and let

16  everybody know the rules.

17       Q.   Did Mr. Baca give you that piece of paper?

18       A.   Yes.

19       Q.   How did he do that?

20       A.   He gave it to me so I could write it down.

21       Q.   Where did you take that paper?

22       A.   To my cell.

23       Q.   Did you write it down?

24       A.   Yes.

25       Q.   Where did you write it down?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1577

```
 1       A.   I wrote it down on a piece of paper in my
 2  cell, returned it to him, and I had my own copy.
 3       Q.   And now I want to talk to you about some
 4  of these rules that you learned specifically from
 5  this piece of paper that you received from Mr. Baca.
 6            MS. JACKS:  And again, Your Honor, this is
 7  limited to Mr. Baca?
 8            THE COURT:  It is.
 9            MS. JACKS:  I'll stop bringing that up.
10            THE COURT:  Same instruction.
11  BY MR. BECK:
12       Q.   What were the rules that Mr. Baca put in
13  place in 2008?
14       A.   There was various ones.  There was one
15  that pertained to anybody that is a snitch is to be
16  murdered.  Anybody that does not want to carry out a
17  hit is to be murdered.  There's -- we have to be
18  working out, exercise every day, and be ready to
19  fight or go to war with anybody.
20       Q.   Was there a rule about people who had not
21  yet --
22            MR. LOWRY:  Objection, Your Honor.
23  Leading the witness.
24            THE COURT:  Overruled.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1578

1   BY MR. BECK:

2       Q.   Was there a rule about people who had not

3   yet, as you say, earned your bones?

4       A.   Yes.  They have to be prepared to do so.

5       Q.   Any other rules you can think of?

6       A.   No.

7       Q.   Were there -- did this list of rules

8   include consequences for violating those rules?

9       A.   Yes.

10      Q.   What were some of those consequences?

11      A.   Anything from being murdered to being

12  assaulted.

13      Q.   And how did you know which consequences

14  would be doled out?

15      A.   The rules were set to where the first

16  rules carry the highest consequences, then on down,

17  it was lesser.

18      Q.   Thank you.

19           I want to talk to you about -- I want to

20  move away from Mr. Baca's statements and now talk to

21  you about when you were in the green pod at the

22  Southern New Mexico facility in July or August of

23  2013.  Were you the leader of the pod at that time?

24      A.   Yes.

25      Q.   Did you learn -- did you see paperwork

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  come down on Mr. Molina?

2       A.   I did.

3       Q.   As an SNM member in that pod, what should

4  you do with -- what did this paperwork entail?  Let

5  me ask that first.

6       A.   It was him making a statement to the

7  police.

8       Q.   I think you talked earlier about

9  snitching.

10      A.   Yeah.

11      Q.   Is that what you consider this paperwork?

12      A.   Yes.

13      Q.   As an SNM pod leader, what should happen

14  when you receive that paperwork?

15      A.   I'm supposed to verify where it came from,

16  supposed to verify that it's legit, and make sure

17  that a hit is carried out.

18      Q.   And who gave you that paperwork?

19      A.   Jesse Sedillo.

20      Q.   And don't tell me where, but did he tell

21  you where that paperwork came from?

22      A.   Yes.

23      Q.   And what did you do with that paperwork?

24      A.   I told him I didn't want anything to do

25  with it.  I told him if he wanted to, just throw it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    away or...

2        Q.   Why did you tell him that?

3        A.   Because at that point I was already done

4    with SNM.  I didn't want anything to do with it.

5        Q.   Why were you done with the SNM?

6        A.   I didn't agree with Pup's politics.

7        Q.   What do you mean?

8        A.   His politics were self-serving.  He had no

9    loyalty to others.

10       Q.   Why do you say that?

11       A.   Because he would -- he would make enemies

12   of his own people.

13           MS. DUNCAN:  I object.

14           THE COURT:  Only need one attorney.  Mr.

15   Lowry?

16           MR. LOWRY:  Your Honor, this is hearsay

17   and speculation, it sounds like.

18           THE COURT:  Why don't you tie it down

19   exactly where he's getting this information before I

20   allow it?

21   BY MR. BECK:

22       Q.   Are these your personal thoughts of why

23   you didn't agree with Pup's leadership?

24       A.   These are my personal thoughts and

25   feelings, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   And I think you said you thought that he
2   was self-serving?
3        A.   Yes.
4             MR. LOWRY:  Objection, Your Honor.  This
5   is 608.
6             THE COURT:  Overruled.
7   BY MR. BECK:
8        Q.   Had Mr. Baca ever, in your eyes, violated
9   the SNM rules?
10       A.   Yes.
11       Q.   What does "PC" mean?
12       A.   Protective custody, requesting protective
13  custody.
14       Q.   And what happens -- what are the SNM rules
15  generally about someone going to protective custody?
16       A.   It's not allowed.  Somebody that does that
17  generally will get stabbed or killed.
18       Q.   And have people -- have SNM members gotten
19  a pass on that?
20       A.   Yes.
21       Q.   Did you ever confront Mr. Baca about your
22  issues with him?
23       A.   Yes.
24       Q.   And what did Mr. Baca say to you when you
25  confronted him?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1582

```
 1        A.   He accused me of wanting his position.  He
 2   threatened me with violence.
 3        Q.   All right.  Moving away from what he
 4   said --
 5             MS. JACKS:  Again, Your Honor, would that
 6   be limited?
 7             THE COURT:  Yes.  So these statements that
 8   Mr. Rubio is testifying that Mr. Baca made can only
 9   be used in regard to Mr. Baca and not the other
10   three gentlemen.
11             Mr. Beck.
12   BY MR. BECK:
13        Q.   Did you want Mr. Baca's position?
14        A.   No.
15        Q.   Were you already done with the gang at
16   that point?
17        A.   Yes.
18        Q.   I want to talk to you a little bit about
19   March of 2014.  Was Juan Mendez one of the pod
20   leaders?  Let me ask that a different way.  Who are
21   the pod leaders of the SNM pods at the Southern
22   facility?  Let's start with the blue pod.  Who was
23   the leader of the SNM blue pod at that point?
24        A.   Daniel Sanchez.
25        Q.   Is Daniel Sanchez here in this room?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1583

```
 1      A.   Yes.

 2      Q.   Where is he?

 3      A.   Right there.

 4      Q.   In the front room (sic) right here?

 5           MR. BECK:  Let the record reflect he

 6 pointed to the defendant Daniel Sanchez.

 7           THE COURT:  The record will so reflect.

 8 BY MR. BECK:

 9      Q.   Who were the leaders in the yellow pod at

10 that time?

11      A.   Juan Mendez, Alex Munoz, and Carlos

12 Herrera.

13      Q.   Is Carlos Herrera in this room?

14      A.   Yes.

15      Q.   Where is he?  Back here behind me?

16      A.   Yes.

17      Q.   This counsel table in the back?

18      A.   Yes.

19           MR. BECK:  Let the record reflect he

20 pointed to the defendant Carlos Herrera.

21           THE COURT:  The record will so reflect.

22 BY MR. BECK:

23      Q.   Who were the leaders in the green pod at

24 this point?

25      A.   Me and Jesse Sedillo.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   When paperwork comes down, I think you

2  talked about a hit needing to be verified?

3    A.   Yes.

4    Q.   Is that true for -- if you're going to

5  murder a snitch?

6    A.   Yes, it is.

7    Q.   Who needs to verify the paperwork before a

8  snitch is murdered at Southern New Mexico

9  Correctional Facility in March of 2014?

10   A.   The leaders in those pods.

11   Q.   Is that the six leaders you just told me

12 about?

13   A.   Yes.

14   Q.   If the paperwork comes down and one of

15 those leaders doesn't verify the paperwork -- or let

16 me ask this next question before I get there.  Do

17 you actually have to verify the paperwork or do you

18 have to verify the hit?

19   A.   You have to verify both.  I have to verify

20 the hit.  I have to verify who sent it, how it got

21 to me, and verify that the paperwork is legit.

22   Q.   Now, after March of 2014, you were put on

23 lockdown status; is that right?  And by "you," I

24 mean the SNM.  Sorry.

25   A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   At some point -- when you were on lockdown
 2   with the SNM, could you have rec time?
 3        A.   Yes.
 4        Q.   How often did you have rec time?
 5        A.   Every day, Monday through Friday,
 6   individual rec cages.
 7        Q.   What are the individual rec cages?
 8        A.   Just --
 9        Q.   Let me ask a better question than that.
10   You're talking about recreation.
11             THE COURT:  Let me ask you this.  Could we
12   maybe do this after the break?  We've been going for
13   a while.
14             MR. BECK:  Yes, Your Honor.
15             THE COURT:  Let's be in recess for about
16   15 minutes.  Did yesterday's pace and schedule work
17   for everybody?  Everybody is sort of nodding.  It
18   makes for a little shorter afternoon.  So we're
19   going to be on that sort of schedule today and see
20   how it works.  All rise.
21             (The jury left the courtroom.)
22             THE COURT:  Y'all are covering up your
23   screen every time you come up here?
24             MR. CASTELLANO:  The last time we put it
25   down.  We are conscious of that now, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1586

```
 1            THE COURT:  One thing on the jury
 2   instruction, just be thinking of this.  If you're
 3   going to use the -- if we're going to use the drug
 4   dealers or drug users who are less credible, we're
 5   getting quite a group of witnesses here that they're
 6   going to have some drugs.  A, I'd like kind of know
 7   probably from the defendants:  Do y'all want that
 8   instruction?  And then B, y'all got to start giving
 9   me a list of people who will be on that.  Right at
10   the moment I'm not inclined to think these
11   co-conspirators --
12            MR. BECK:  I'm not eliciting that
13   testimony, Your Honor.  I agree.
14            THE COURT:  There is one statement.  I
15   don't know if it's worth anything to you, but that
16   one where --
17            MR. BECK:  Your Honor, I don't know if
18   you're about to talk about Mr. Rubio's statement, if
19   maybe he should -- maybe he shouldn't be here for
20   this.
21            THE COURT:  Okay.
22            MR. LOWRY:  I would agree with that, Your
23   Honor.
24            THE COURT:  All right.  Okay.  If you'll
25   just take him out, then.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1587

```
 1              (Mr. Rubio left the courtroom).
 2              THE COURT:  This is from the November 27
 3    transcript.  I guess it's page 151, filed 12/06/17,
 4    docket 1545.  I think you listed it in your order, I
 5    guess, when -- if I remember how it was set up, I
 6    guess Rubio was looking at the paperwork and he
 7    goes, "Damn, this is it."  It's just two sentences
 8    in this report.  I think that might be -- that might
 9    be a present sense impression.  So if that helps you
10    and you want it, I think that one might come in
11    without a co-conspirator.
12              All right.  We'll be in recess for about
13    15 minutes, then.
14              (The Court stood in recess.)
15              THE COURT:  All right.  We'll go on the
16    record.  Ms. Jacks?
17              MS. JACKS:  Your Honor, I had a
18    conversation with Mr. Beck.  I read Tennessee versus
19    Street.  I'm aware of that case.  What I was asking
20    Mr. Beck is if -- and I want to ask the Court -- if
21    we could take a few minutes and let me at least make
22    my argument to the Court before these statements
23    start flying in.  I think we're maybe not
24    understanding each other.  I feel like I have a
25    decent point, and I'd just like an opportunity to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1588

1    have you think about it.

2            THE COURT:  Go ahead.

3            MS. JACKS:  The witness here --

4            THE COURT:  I've got a jam between the

5    jurors coming in and there.  So go ahead and make

6    the point.

7            MS. JACKS:  Let me see if I can cut to the

8    chase.  We're making an objection based on the Fifth

9    Amendment due process clause and the Sixth Amendment

10   confrontation clause regarding the admission of what

11   the Court is calling admissions of co-defendants

12   Perez and Herrera at the joint trial.  Okay?

13           So my point is very simply this.  To the

14   extent that a co-defendant says something happened

15   and that's inadmissible evidence against Mr.

16   Sanchez, that's also evidence that can be used by

17   the jury -- well, shouldn't be used by the jury, but

18   will be used by the jury to corroborate the

19   informant testimony against Mr. Sanchez.

20           The whole issue of the case as to Mr.

21   Sanchez is whether the informants are credible.  So

22   anytime a co-defendant makes a statement, whether or

23   not it inculpates Mr. Sanchez by the content of the

24   statement, it's evidence that the jury is going to

25   have a very hard time not considering in evaluating



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1589

 1   the credibility of the informant.

 2          And I think much like the situation in

 3   Jackson versus Denno, what's happening is

 4   Mr. Sanchez is going to be tried, the credibility of

 5   the Government's evidence against him is going to be

 6   evaluated based on evidence that's inadmissible

 7   against Mr. Sanchez.

 8          And the problem with the limiting

 9   instruction is, we've got the same jury considering

10   whether any of these defendants are guilty or not

11   guilty.  But they're evaluating the credibility of

12   the same informants against all four defendants.

13          So I don't understand how a juror -- I

14   mean, a juror is not a computer.  I don't understand

15   how a juror is supposed to consider Mr. Perez'

16   statements when evaluating the credibility of

17   informants testifying against Mr. Perez, but cannot

18   consider Mr. Perez' statements when evaluating the

19   credibility of the informants, the same informants

20   that are testifying against Mr. Sanchez.

21          And I think -- and I go back to my point

22   that Bruton, I believe, stands on two constitutional

23   legs:  The Fifth and the Sixth Amendments.  But

24   Jackson versus Denno very clearly stands on the

25   Fifth Amendment, and that law has not been



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  undermined.  That holding has not been undermined at

2  all by the Supreme Court's decision in Crawford.

3          THE COURT:  All right.  You'll get my

4  opinion soon on this issue.  I do think Richardson

5  versus Marsh answers your question.  You got to make

6  your point.

7          All rise.

8          (The jury entered the courtroom.)

9          THE COURT:  All right.  Everyone be

10 seated.

11         All right, Mr. Rubio, I'll remind you that

12 you're still under oath.

13         THE WITNESS:  Yes.

14         THE COURT:  Mr. Beck, if you wish to

15 continue your direct examination of Mr. Rubio, you

16 may do so at this time.

17 BY MR. BECK:

18    Q.   Mr. Rubio, I was looking over my notes

19 during the break.  We talked about when you had sex

20 with your wife in the PNM; right?

21    A.   Yes.

22    Q.   That was against the regulations?

23    A.   Yes.

24    Q.   Did you know that was against the

25 regulations?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1591

```
1       A.   Yes.

2       Q.   Your wife wasn't the only person in the

3   room, was she?

4       A.   My granddaughter.

5       Q.   How old is your granddaughter?

6       A.   She was one year old at the time.

7       Q.   I want to get back to the cages.  We were

8   talking about the rec yard.  So when you're on

9   lockdown, are you allowed to just go into the rec

10  yard, open and free?

11      A.   No.  You're escorted out there,

12  handcuffed, one at a time.

13      Q.   And when you're escorted out there in

14  handcuffs, where do the correction officers put you?

15      A.   Everybody -- just as you go out, they put

16  you in order in the cages.

17      Q.   Okay.  And the cages.  That's what I want

18  to talk about.  Can you describe how big the cages

19  are?

20      A.   Maybe -- they're not very big.  They're

21  probably ten feet by ten feet.

22      Q.   That's ten feet wide, ten feet long, and

23  how high?

24      A.   Maybe 15, 20 feet.

25      Q.   And are they made out of metal?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.

 2      Q.   How many inmates are in each cage?

 3      A.   One in each cage.

 4      Q.   And when you're on lockdown status, that's

 5 how you have your rec time?  Am I understanding that

 6 correctly?

 7      A.   Yes.

 8      Q.   After the Molina murder, were you put in a

 9 rec cage next to the defendant, Mr. Herrera?

10      A.   Yes, I was.

11      Q.   Did you and he talk about the Molina

12 murder?  Did he tell you -- I mean, in your words --

13 this is your words --

14           MR. MAYNARD:  Objection, leading, Your

15 Honor.

16           MR. LOWRY:  And objection, hearsay.

17           THE COURT:  Well, I'll overrule the

18 objection on leading.

19           MR. BECK:  Your Honor?

20           THE COURT:  Sorry, whose statement is

21 going to be solicited?

22           MR. BECK:  Mr. Herrera's, and I think I

23 may lead during this point just --

24           THE COURT:  All right.

25           MR. BECK:  And I'll ask the Court's leave
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1593

```
 1   to do so.
 2              THE COURT:  I'm going to allow a little
 3   leeway to the Government on that.
 4              And these statements can only be used
 5   against Mr. Herrera, not against the other three
 6   defendants.  So if you're taking notes, you might
 7   want to indicate that.  But these statements can
 8   only be used against Mr. Herrera.
 9   BY MR. BECK:
10       Q.   Did Mr. Herrera tell you that he called
11   the Molina murder?
12       A.   Yes, he did.
13              MR. BECK:  May I have a moment, Your
14   Honor?
15              THE COURT:  You may.
16              MR. BECK:  Pass the witness, Your Honor.
17              THE COURT:  Thank you, Mr. Beck.
18              All right.  Who would like to go first on
19   cross-examination?  Mr. Maynard, are you going to go
20   first?
21              MR. MAYNARD:  Thank you, Your Honor.
22              THE COURT:  Mr. Maynard.
23                     CROSS-EXAMINATION
24   BY MR. MAYNARD:
25       Q.   Mr. Rubio, on direct examination, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   mentioned and described briefly some hits that you
 2   participated in.
 3        A.   Yes.
 4        Q.   And you described sort of your description
 5   of a hierarchy or a structure of SNM.
 6        A.   Yes.
 7             MR. BECK:  Your Honor, now that I'm in the
 8   back, I realize I'm having a difficult time hearing
 9   Mr. Rubio.  So maybe if you can pull that microphone
10   closer.
11             THE COURT:  Y'all will have to help him
12   there.  There we go.  Is that better, Mr. Beck?
13             MR. BECK:  Yes, Your Honor, thank you.
14             THE COURT:  Mr. Maynard.
15   BY MR. MAYNARD:
16        Q.   Isn't it frequently a fact that inmates in
17   prisons have their own personal disagreements and
18   disputes?
19        A.   Yes, they do.
20        Q.   And they have their grudges and their
21   arguments with each other over things?
22        A.   Yes.
23        Q.   Because the living conditions are not very
24   pleasant, among other things?
25        A.   Yes.
```

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1595

```
1       Q.   And so things can happen where there is
2  always a question or a risk of arguments and fights,
3  a disagreement escalating into a fight?
4       A.   Yes.
5       Q.   And there is always a chance that a fight
6  will happen for personal reasons, which is
7  supposedly against SNM rules, if it's between
8  members?
9       A.   Yes.
10       Q.   So the person who engages in the assault
11  or the hit or whatever would want to disguise it as
12  an SNM hit.  That happened?
13       A.   I suppose so.
14       Q.   You've seen it happen?
15       A.   Yes.
16       Q.   Now, you talked about verification.
17  The -- let me step back and ask you this question.
18  What's the difference between a llavero and a
19  shot-caller, if you know?
20       A.   There is no difference.
21       Q.   Okay.  So what do they represent, if there
22  is no difference?
23       A.   They're just two different ways of wording
24  it.  But it's just somebody who's in a position to
25  make decisions.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1596

 1      Q.   All right.  Now, you mentioned decisions

 2   are made in different pods and at different levels.

 3      A.   Yes.

 4      Q.   You were in the position to make decisions

 5   in your pod.

 6      A.   Yes.

 7      Q.   Yours was the green one?

 8      A.   Yes.

 9      Q.   Now, the murder of Mr. Molina occurred in

10   a different pod, the blue pod?

11      A.   Yes.

12      Q.   And even farther away from your pod was

13   the yellow pod?

14      A.   It was right next door.

15      Q.   Oh, next door.  Okay.  So you could never

16   see what was going on in the Blue or the yellow

17   pods?

18      A.   No.

19      Q.   So you'd have to rely on rumors to hear

20   about what was happening or to communicate --

21      A.   That's why there are people put in place

22   to make those decisions.

23      Q.   Right.  And the communication is by rumor.

24   Well, by word-of-mouth.

25      A.   Yeah, between those people.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1         Q.   All right.  Now, when you were describing
2    people who had positions of influence in the yellow
3    pod, you didn't mention a man by the name of Alex
4    Munoz?
5         A.   Yes.
6         Q.   Was he?
7         A.   Yes.
8         Q.   And so that means three people in the same
9    pod?
10        A.   Yeah.  People weren't voted on depending
11   on where you lived.  It just -- people voted for a
12   certain amount of people to be a leader.  It didn't
13   matter where you live.
14        Q.   And then they can unvote them?
15        A.   Yes.
16        Q.   All right.  But the procedures for that
17   are not very clearly laid out.
18        A.   No.
19        Q.   Okay.  Now, in terms of this
20   investigation, when were you first asked questions
21   by any law enforcement officer about what happened
22   the day or the days before and after the Molina
23   murder?
24        A.   Maybe within a couple of days of that.
25        Q.   And in fact, later on in March of 2014,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1598

```
1   this very same month that this happened, you were

2   questioned by authorities, state authorities?

3       A.   Yes.

4       Q.   And you basically said you were in the

5   shower and you knew nothing?

6       A.   Yes.  I don't know if I said I was in the

7   shower, but I said I knew nothing.

8       Q.   Right.  Later on -- and correct me if you

9   think I'm wrong -- in December of 2016 or at some

10  other date federal authorities came to talk to you

11  when you were in state custody.  Do you remember

12  that conversation?

13      A.   Yes.

14      Q.   And in fact -- by the way, how many times

15  have you been questioned by federal authorities in

16  preparation for your cooperation today?

17      A.   I'm not sure.

18      Q.   Do you have a count of it?

19      A.   No.

20      Q.   Could you hazard an estimate of how many

21  times?

22      A.   Maybe --

23      Q.   Two or three times?  Four or five times?

24      A.   Maybe two or three times.

25      Q.   That's it?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   Yes.
2        Q.   So over a year ago, they approached you
3   and asked you for your cooperation.
4        A.   Yes.
5        Q.   And now at that particular time they were
6   asking you for cooperation with respect to the
7   Molina murder, the Molina investigation; correct?
8        A.   Yes.
9        Q.   And you asked them for some benefit in
10  return if they could?
11       A.   Yes.
12       Q.   And one of the benefits you requested was
13  assistance in getting your state sentence lowered.
14       A.   No.
15       Q.   No?
16       A.   No.
17       Q.   Assistance in getting, perhaps, permission
18  to parole out sooner?
19       A.   Not permission.  Just to give a statement
20  and let them know that I cooperated with them at my
21  parole hearing.
22       Q.   Oh.  So your expectation was they couldn't
23  change your state sentence, but could perhaps
24  persuade the parole board to release you earlier.
25       A.   Not to release me earlier.  Just release
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1600

1    me on the day that I go before the parole board.

2        Q.    And when were you expecting to go before

3    the board?

4        A.    2024.

5        Q.    And you're hoping that date might be moved

6    up?

7        A.    No.  I'm expecting to go on the same day.

8        Q.    So it will be 30 straight?

9        A.    Yes.

10       Q.    They don't have to release you on that

11   date, but you're hoping they will?

12       A.    Yes.

13       Q.    Now, did the authorities for the FBI talk

14   to you about your exposure to possible federal

15   prosecution?

16       A.    No.

17       Q.    Did they indicate to you that if you were

18   cooperative, the Government would not have a

19   pressing interest in prosecuting you for any federal

20   RICO violations?

21       A.    No, they told me I wasn't a target.

22       Q.    You weren't a target?

23       A.    No.

24       Q.    All right.  So if there is a memo written

25   by Ms. Armijo relating to your statements and their

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1601

1  investigation indicating that the Government

2  indicated if you cooperated, they would have no

3  pressing interest in prosecuting you, that wouldn't

4  be correct?

5      A.    Well, I was told that I wouldn't be

6  getting prosecuted; I wouldn't be targeted.

7      Q.    Okay.  Now, that particular day when you

8  first agreed to cooperate, you didn't say anything

9  in response to questions.  You didn't even mention

10  Carlos Herrera's name, did you?

11      A.    I don't remember if I mentioned it that

12  day.

13      Q.    So if the reports of the investigators

14  indicate you said nothing about Carlos Herrera, you

15  don't have any dispute with that?

16      A.    No, I did mention him.  I just don't know

17  if I mentioned him that day.

18      Q.    Okay.  So maybe later on.

19      A.    Yes.

20      Q.    Okay.  Then later on, you had additional

21  privileges, family visitation?

22      A.    Yes.

23      Q.    And of course, during one of those

24  incidents of family visitation is when it occurred

25  that you had oral sex with your wife?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   In the same room with your infant

3 granddaughter.

4    A.   Yes.

5    Q.   And that resulted in a sanction and you

6 were at risk for losing quite a bit of good time.

7    A.   Yes, I lost all of it.

8    Q.   Now, you got tier-time privileges, in

9 addition, over and above what other inmates might

10 get; correct?

11    A.   Yes.

12    Q.   And you got extra telephone privileges?

13    A.   Yes.

14    Q.   All right.  And later on, you gave

15 additional statements.

16    A.   Yes.

17    Q.   And for instance, with respect to the

18 incident after -- well, let me step back and ask it

19 this way.  Were you put in custody with other people

20 who were also contemplating cooperating with the

21 federal investigation?

22    A.   Briefly I was, for about two weeks.

23    Q.   About two weeks?  And that's when you were

24 taken out because of the visitation violation?

25    A.   No, I was waiting to be sent to another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1603

1   facility, which is people who are renouncing being

2   gang members.

3        Q.   All right.  Now, by the way, you don't

4   consider you're a gang member anymore.

5        A.   I'm in the process of renouncing.

6        Q.   You indicated that hits can involve

7   murders, but they can also involve just assaults?

8        A.   Yes.

9        Q.   And in fact, to a certain extent, they can

10  involve just extortions.

11       A.   Yeah, there's extortions that happen, but

12  it's not considered a hit, I mean.

13       Q.   In fact, you haven't been prosecuted in

14  connection with any activities involving SNM, have

15  you?

16       A.   Yes, I have.

17       Q.   Federally, I mean?

18       A.   Federally, no.

19       Q.   Okay.  And you don't expect to be?

20       A.   No.

21       Q.   Although you indicated you participated in

22  such activities for which that might be possible.

23       A.   Yeah.

24       Q.   All right.

25            MR. MAYNARD:  May I have a moment, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Honor?

 2             THE COURT:  You may.

 3             MR. MAYNARD:  No further questions.

 4             THE COURT:  Thank you, Mr. Maynard.

 5             Mr. Lowry, do you have cross-examination

 6   of Mr. Rubio?

 7             MR. LOWRY:  May we have a moment?

 8             THE COURT:  You may.

 9             Do you want to go next, Mr. Jewkes?  Is

10   this all right with you, Mr. Lowry, if Mr. Jewkes

11   goes?

12             MR. LOWRY:  Yes, Your Honor.

13             THE COURT:  Mr. Jewkes.

14                   CROSS-EXAMINATION

15   BY MR. JEWKES:

16        Q.   It's afternoon now.  Good afternoon, Mr.

17   Rubio.

18        A.   Good afternoon.

19        Q.   Mr. Rubio, in response to questioning from

20   the prosecutor Mr. Beck, you indicated that your

21   first conviction was a murder conviction; is that

22   correct?

23        A.   Yes.

24        Q.   Where was that conviction obtained?  In

25   what county?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1605

```
 1        A.    Chaves County.

 2        Q.    Chaves County?  Carlsbad.

 3        A.    Roswell.

 4        Q.    Roswell.  Excuse me.  Okay.  And you told

 5   us that that was a murder sentence for conduct

 6   during a burglary.

 7        A.    Yes.

 8        Q.    What?  A homeowner died?  What was that

 9   about?

10        A.    Yes.

11        Q.    Yes?

12        A.    Homeowner died, yes.

13        Q.    How was that homeowner killed?

14        A.    With a tire iron.

15        Q.    Okay.  So it was a home invasion?

16        A.    Yes.

17        Q.    Yes?

18        A.    Yes.

19        Q.    That went bad?

20        A.    Yes.

21        Q.    And the homeowner was killed with a tire

22   iron?

23        A.    Yes.

24        Q.    And was that a male homeowner or a female

25   homeowner?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1606

```
 1        A.    Female.
 2        Q.    You received a lengthy sentence for that,
 3   I take it?
 4        A.    Yes.
 5        Q.    Life?
 6        A.    Life.
 7        Q.    And Mr. Rubio, have you obtained any other
 8   felony convictions in this state, any other state,
 9   or in any federal jurisdiction?
10        A.    No.
11        Q.    That's it?
12        A.    I have one conviction for -- in the state
13   for tampering with evidence, and that's it.
14        Q.    Okay.  Now, that tampering with
15   evidence -- was that in connection with the
16   investigation in this case?
17        A.    No.
18        Q.    Another case?
19        A.    Another case.
20        Q.    Would that have been a homicide case?
21        A.    No.  It was assault with a weapon.
22        Q.    Okay, sir.  Out of what jurisdiction?
23   What county?
24        A.    It was in Santa Fe.
25        Q.    Santa Fe.  All right, Mr. Rubio.  You
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1607

1    explained to Mr. Beck about, to some extent, these

2    homemade weapons, shanks.  You're familiar with what

3    a shank is.  It's for all practical purposes a

4    homemade knife.

5         A.   Yes.

6         Q.   What are they made of?

7         A.   Various wood, plastic, metal, sometimes

8    razor blades.

9         Q.   But generally you prefer steel; right?

10        A.   Yes.

11        Q.   Because of its strength?

12        A.   Yes.

13        Q.   How do you make a shank?

14        A.   There's different ways to obtain the

15   material, different ways to sharpen it.  Usually

16   like on the concrete.

17        Q.   Concrete?

18        A.   Yes.

19        Q.   So take some piece of steel, whatever

20   configuration it might be, whatever it might be, and

21   then you go to work on it on the concrete?

22        A.   Yes.

23        Q.   What kind of concrete?  Sidewalk?  Will

24   that do it, or do you need --

25        A.   The entire prison is made of concrete.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1608

1     Q.   Okay.  It's kind of slow, laborious work,
2  isn't it?
3     A.   Not if you know what you're doing.
4     Q.   How fast can you make a shank, Mr. Rubio?
5     A.   Within hours.
6     Q.   Hours, plural?
7     A.   Yes.
8     Q.   Say, like, more than two hours, three
9  hours?
10    A.   I could make one within an hour.
11    Q.   And you just run it back and forth over
12  the concrete?
13    A.   Yes.
14    Q.   You grind it, basically; is that correct?
15    A.   Yes.
16    Q.   And you can make a shank in, say, two
17  hours?
18    A.   Yes.
19    Q.   Where do you keep these shanks?  By that I
20  mean, how do you keep guards from finding shanks?
21    A.   Different places in the prison that you
22  can hide them.  Out in the yard, in the recreation
23  yard.  There's places where there are common areas.
24  Sometimes in cells.
25    Q.   Are shanks readily available in the prison

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1609

```
 1  system?
 2       A.   Yes.
 3       Q.   Why?
 4       A.   Because it's a place where -- I mean, it's
 5  a violent mentality.
 6       Q.   A lot of violence?
 7       A.   Yes.
 8       Q.   Some political beefs and a lot of personal
 9  beefs; yes?
10       A.   Yes.
11       Q.   If someone steals -- another inmate steals
12  your commissary, he's going to have to answer to
13  you, isn't he?
14       A.   Yeah.
15       Q.   Yes?
16       A.   Yes.
17       Q.   And you can have personal beefs over
18  women?
19       A.   Yes.
20       Q.   Or a possession as simple as a watch or a
21  book?
22       A.   Yes.
23       Q.   It does happen, does it not, Mr. Rubio?
24       A.   Yes, it happens.
25       Q.   It's not all political; it's not all gang
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1610

1  politics, is it?

2      A.   It varies.

3      Q.   You told Mr. Beck that you stabbed an

4  enemy of SNM.

5      A.   Yes.

6      Q.   That's how you earned your bones.

7      A.   Yes.

8      Q.   That was in 1997.

9      A.   Yes.

10     Q.   Did that kill him, or just take him out of

11 the game?

12     A.   It wounded him.  It didn't kill him.

13     Q.   I'm sorry?

14     A.   I wounded him, but I didn't kill him.

15     Q.   Okay.  He survived?

16     A.   Yes.

17     Q.   You picked up some more time for that;

18 correct?

19     A.   Yes.

20     Q.   By the way, what is your scheduled parole

21 date?

22     A.   My first parole hearing is in March of

23 2024.

24     Q.   2024?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1611

1    Q.   So you've got at least another six years

2  before you can be considered?

3    A.   Yes.

4    Q.   And you wanted the Government to kind of

5  come to your assistance, help you.  This Government.

6    A.   Just to, yeah, to testify on my behalf.

7    Q.   Put in a good word for you.

8    A.   Yes.

9    Q.   Who do you want to do that?  Which one?

10  Who do you want to --

11    A.   The federal government.

12    Q.   Which member of the federal government?

13    A.   Anyone.

14    Q.   Special Agent Acee?

15    A.   Yes.

16    Q.   What about these prosecutors here?  Any

17  one of them?  Do you want them to come to your aid,

18  say nice things about you?

19    A.   Not say nice things about me.  Just say

20  what I spoke.

21    Q.   Okay.  Well, when did you make the

22  decision to cooperate in this case?  About how long

23  ago?

24    A.   About a couple years ago.

25    Q.   Two years ago?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1612

```
 1        A.    Maybe, yeah.

 2        Q.    Not long after the indictments came down?

 3        A.    It was about a year after that, I think.

 4        Q.    Because we're talking about December 2015

 5   when the indictment came down.

 6        A.    Yeah.

 7        Q.    So it would have been about a year after

 8   that?

 9        A.    Yes.

10        Q.    Did you know the people that were

11   indicted?

12        A.    Yes.

13        Q.    After they were indicted, did you have any

14   conversations with any of those people?

15        A.    No.

16        Q.    None?

17        A.    I wasn't in the same facility as them at

18   that time.

19        Q.    What about later?  Were you transferred to

20   other facilities?

21        A.    Yeah, I was transferred to other

22   facilities, but I was never with them.

23        Q.    Not one of the defendants?

24        A.    Not one.

25        Q.    Have you had an opportunity to look at any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1613

```
 1   of the discovery in this case?

 2        A.    No.

 3        Q.    Now, when we use the word "discovery," do

 4   you understand what that means?

 5        A.    Yes, I said.

 6        Q.    I'm sure you do.

 7        A.    Yes, I do.

 8        Q.    Would you explain to the jury what

 9   discovery is, in your own words?

10        A.    In my own words, it's the evidence

11   presented in the case.

12        Q.    Sure.  We're talking about FBI

13   investigative reports, yes?

14        A.    Yes.

15        Q.    Witness statements?

16        A.    Yes.

17        Q.    Reports of interviews of witnesses?

18        A.    Yes.

19        Q.    Lab reports?  That sort of thing.  That

20   would all be the discovery?

21        A.    Okay.  Yes.

22        Q.    Mr. Rubio, have you had the opportunity to

23   look at any of the discovery in this case?

24        A.    No.

25        Q.    You hesitated just a little with me, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1614

```
 1   that's fine.  I'm assuming you're thinking and

 2   making sure you remember everything.

 3        A.   Yes.

 4        Q.   But are you sure you haven't seen any of

 5   the discovery in this case?

 6        A.   No, I haven't.

 7        Q.   You were interviewed by an FBI agent, a

 8   female agent, by the name of Nancy Stemo.  Do you

 9   know that agent?

10        A.   Yes.

11        Q.   And that would have been recently, within

12   the last few days?

13        A.   Yes.

14        Q.   Do you remember that interview?

15        A.   Within the last few days?

16        Q.   Yes, sir.

17        A.   No.

18        Q.   Did you meet with Agent Stemo on January

19   24, 2018?

20        A.   No.

21        Q.   No.  When was the last time you met with

22   Agent Stemo?

23        A.   I don't know.

24             MR. JEWKES:  May I approach the

25   Government, Your Honor?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1615

```
 1            THE COURT:  You may.
 2    BY MR. JEWKES:
 3        Q.   Okay, Mr. Rubio, we're talking about
 4    January 29.  I'm sorry, January 24.  Did you have a
 5    meeting with Agent Stemo?
 6        A.   I don't know who that is.
 7            MR. JEWKES:  May I approach the witness,
 8    Your Honor?
 9            THE COURT:  You may.
10        A.   2018?  I guess I don't know the name of
11    the agent.
12    BY MR. JEWKES:
13        Q.   Have you refreshed your memory?
14        A.   Yes.
15        Q.   All right, Mr. Rubio, going back to this
16    interview that you had with a female FBI agent --
17        A.   Yes.
18        Q.   -- did you tell that agent -- provide some
19    information about some paperwork in regard to the
20    Javier Molina homicide?
21        A.   Yes.
22        Q.   You claim now that there was some kind of
23    paperwork?
24            MR. MAYNARD:  I have to object.  I'm not
25    sure if this is on personal knowledge.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1616

```
 1              MR. JEWKES:  I'll clarify.
 2              THE COURT:  Go ahead.
 3    BY MR. JEWKES:
 4         Q.   Mr. Rubio, did you actually see any type
 5    of paperwork?
 6         A.   I seen some of it.  I don't know if it was
 7    legitimate paperwork, but I seen some, yes.
 8         Q.   Okay.  You seem to have a question in your
 9    mind as to whether or not it was legitimate.
10         A.   Yes.
11         Q.   Why do you say that?
12         A.   Because it was provided by another inmate.
13         Q.   Who was the inmate that provided it?
14              MS. DUNCAN:  Your Honor, I'm going to
15    object.
16              (Inaudible.)
17              THE COURT:  We need one.  We're getting a
18    couple of lawyers objecting, so just one.
19              MR. LOWRY:  Your Honor, may we approach?
20              THE COURT:  Well, he can ask this
21    question, just who provided the paperwork to him, if
22    he saw it.
23              And why don't you specify it that clearly,
24    Mr. Jewkes, that -- who handed him the paperwork?
25              MR. JEWKES:  I will.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1617

```
 1   BY MR. JEWKES:
 2        Q.   Who handed you the paperwork?
 3        A.   Ronald Sanchez.
 4        Q.   Now, this paperwork -- did it have
 5   anything to do with Javier Molina?
 6        A.   No.
 7        Q.   No?
 8        A.   No.
 9        Q.   Nothing?
10        A.   No.  The paperwork that had to do with
11   Javier Molina was handed to me by Jesse Sedillo in
12   2013.
13        Q.   2013?
14        A.   Yes.
15        Q.   What did the paperwork look like?
16        A.   I briefly read it.  It was a statement
17   made by Javier Molina to the Las Cruces Police
18   Department.
19        Q.   Let me ask you this.  First of all, what
20   size was it?  Was it 8-and-a-half-by-11?  Smaller
21   than that?
22        A.   I didn't measure it.  Looked like a
23   regular sheet of paper to me.
24        Q.   How many sheets of paper?
25        A.   I'm not sure.  It was a stack of paper,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1618

1   maybe 15, 20 sheets.

2        Q.    Fifteen or twenty sheets?

3        A.    Yes.

4        Q.    All pertaining to the same subject?

5        A.    No.  It was interviews that they made with

6   him and other people.

7        Q.    Was it typewritten?

8        A.    Yes.

9        Q.    Did it look like whether or not it was on

10  the official police report form?

11       A.    It looked like it.

12       Q.    Did you read it?

13       A.    I read some of it.  I skimmed through it.

14       Q.    Did it have any type of city or state logo

15  or police logo on it?

16       A.    No.  It had a case number on it.

17       Q.    This was going back years ago; correct?

18       A.    Yes.

19       Q.    Whatever happened to that paperwork?  Do

20  you know where it is now?

21       A.    No.  The person who showed it to me

22  supposedly flushed it down the toilet.  I gave it

23  back to him.

24       Q.    Did you read it?

25       A.    Yes, I skimmed through it.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Mr. Rubio, have you seen any of these

2    tablets that some of the defendants have?

3    A.   No.

4    Q.   You have not?

5    A.   No.

6    Q.   Regarding your parole status, whom with

7    the Government have you spoken to about your parole?

8    I'm talking about at this table, over with the FBI.

9    A.   Mr. Casey.  Mr. Casey.  Bryan Casey.

10   Q.   Acee?

11   A.   Acee.

12   Q.   Bryan Acee.  Okay.  What did you ask

13   Mr. Acee, Agent Acee, to do for you?

14   A.   If he can speak on my behalf on my parole

15   hearing.

16   Q.   And that would be in 2026?

17   A.   Yes, sir.

18   Q.   You can get a hearing before then, can't

19   you?

20   A.   No, I can't.

21   Q.   Because you're doing a life sentence?

22   A.   Yes.  I have to do 30 years.

23   Q.   How much time have you done?

24   A.   Twenty-four.

25   Q.   Twenty-four.  How did you come to earn the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1620

```
1    special privileges as far as your wife being able to
2    spend some time with you?  That's unusual, is it?
3         A.   No.  No, it's not.  You just earn
4    privileges through advancing in the level system and
5    good behavior.
6         Q.   Did you get any special privileges once
7    you agreed approximately a year ago, or however long
8    ago it was, to become a cooperating witness?
9         A.   I was put in a Level 6 facility.  I was
10   removed from a Level 4 facility.  I was still given
11   my Level 4 privileges when I was put in a Level 6
12   facility.
13        Q.   Okay.  So once you decided to become a
14   cooperator and to let these people know you were
15   going to cooperate, it changed your status.  Is that
16   correct, or did I misunderstand you?
17        A.   No, I was in a Level 4 facility during the
18   time.  I was taken to a Level 6 facility because my
19   life was -- supposedly my life was in danger because
20   Mr. Baca put a hit on me.
21             MR. LOWRY:  Objection, Your Honor.  Can we
22   move to strike?
23             THE COURT:  And why?
24             MR. LOWRY:  Hearsay.
25             MR. JEWKES:  May I respond, Your Honor?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1621

```
 1              THE COURT:  Well, if he knows that a hit
 2    was put on him, then I'll allow it.  Go ahead.
 3              MR. JEWKES:  I was going to say it was
 4    also nonresponsive to the question I asked, Your
 5    Honor.
 6              THE COURT:  Well, it's your question.  So
 7    if it's nonresponsive, I'll strike the answer and
 8    the jury will disregard the witness' answer.
 9              MR. JEWKES:  Thank you, Your Honor.
10    BY MR. JEWKES:
11        Q.   All right, Mr. Rubio, what -- you were
12    voted, according to what you told us, the leader of
13    the green pod?
14        A.   Yes.
15        Q.   Okay.  And that's at Southern New Mexico;
16    correct?
17        A.   Yes.
18        Q.   When did you decide after that that you no
19    longer wanted to be a leader, wanted to be part of
20    the group?
21        A.   Not long after.
22        Q.   You decided to enter the program?  You
23    know which program I'm talking about?
24        A.   What program?
25        Q.   Where you leave SNM.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yeah, but I done that last year.

 2       Q.   Last year?

 3       A.   Yes.  That program didn't exist at that

 4  time.

 5       Q.   What's the name of the program?  The

 6  R-what?  RPP?

 7       A.   RPP.

 8       Q.   RPP?

 9       A.   Yes.

10       Q.   I thought the RPP had been around for

11  quite a few years, Mr. Rubio.

12       A.   I wasn't aware of it.

13       Q.   You didn't know about it?

14       A.   I wasn't aware of it.

15       Q.   It could have been in existence, but

16  you --

17       A.   It could have been in existence, but I

18  wasn't aware of it at that time.

19            MR. JEWKES:  May I have a moment, Your

20  Honor?

21            THE COURT:  You may.

22            MR. JEWKES:  Pass the witness, Your Honor.

23            THE COURT:  Thank you, Mr. Jewkes.

24            Mr. Lowry, do you want to go next?

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1623

```
 1                    CROSS-EXAMINATION

 2   BY MR. LOWRY:

 3        Q.   Good afternoon, Mr. Rubio.  You spoke on

 4   direct about not being happy with Mr. Baca's

 5   leadership when he was at Southern.

 6        A.   Yes.

 7        Q.   When you were at Southern, did you know a

 8   gentleman named Jeffrey Madrid?

 9        A.   Yes.

10        Q.   Stoner?

11        A.   Yes.

12        Q.   And what was the relationship like between

13   Mr. Madrid and Mr. Stoner?  It was antagonistic,

14   wasn't it?

15        A.   Between who?

16        Q.   Mr. Baca and Mr. Stoner.

17        A.   I'm not sure if they actually got along or

18   not.

19        Q.   In fact, the folks at Southern wanted Mr.

20   Baca to kill Mr. Stoner because he was

21   disrespectful; isn't that true?

22        A.   Not that I know of.

23        Q.   Not that you know of.  Were you aware that

24   the people at Southern kited Mr. Baca out?

25        A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1624

```
 1        Q.    You weren't aware of that.  You just
 2   weren't happy with Mr. Baca because he didn't follow
 3   the rules?
 4        A.    Yeah.
 5        Q.    And he gave passes to people that went to
 6   PC?
 7        A.    Yes.
 8        Q.    And that wasn't a good thing, in your
 9   view?
10        A.    No.
11        Q.    And by giving a pass to somebody that went
12   to PC, he said he'd overlook that supposed
13   transgression against the SNM?
14        A.    Yes.
15        Q.    You talked about the drug use at the
16   prison.  Is it fair to say that you used heroin?
17        A.    Yes, I have.
18        Q.    How often?
19        A.    I've used it.  I mean, I was a drug addict
20   for maybe a couple of years in the '90s where I used
21   pretty much daily.  After that, I kind of stopped
22   doing drugs.
23        Q.    Altogether?
24        A.    Yes.
25        Q.    Before that, did you use everything you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   came across?

 2        A.    Yes.

 3        Q.    Just to pass the time?

 4        A.    Yes.

 5        Q.    Because it's not a glamorous place, is it?

 6        A.    Right.

 7        Q.    Prison?

 8        A.    Yes.

 9        Q.    You know, speaking of that, can we bring

10   up Government's Exhibit 13?

11              Mr. Beck was talking about where you

12   resided.  You lived in HU 1 A, that building down

13   right here; correct?

14        A.    Yes.

15        Q.    And when you were talking about going to

16   the rec yard, you were talking about going over to

17   these cages right here; correct?

18        A.    Yes.

19        Q.    And you literally had to sit in these

20   cages like a dog run, like a kennel?

21        A.    Yes.

22        Q.    And if we could go to Government's Exhibit

23   162.

24              This is a fair example of the floor plan

25   of your housing unit, isn't it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    And just to be clear, this would be the
 3   blue pod here?
 4        A.    Yes.
 5        Q.    And this was the yellow pod?
 6        A.    Yes.
 7        Q.    And this would be the green pod where you
 8   lived; correct?
 9        A.    Yes.
10        Q.    And I believe you said that you were a
11   llavero?
12        A.    Yes.
13        Q.    For the green pod?
14        A.    Yes.
15        Q.    And you'd order hits?
16        A.    Yes.
17        Q.    Why did that trouble you that Mr. Baca
18   would let people go into protective custody?
19        A.    Because he favored certain people.  He
20   favored people who took his side rather than
21   everybody living by the same rules.
22        Q.    So he would let some people just PC out?
23        A.    Yeah.  I mean, if it benefited him, yes.
24        Q.    Now, I want to talk to you about your
25   relationship with the prosecution in this case.  Did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you understand, when the FBI came to you, that they

2   said, "Please cooperate with us and if you

3   cooperate, we will not charge you"?

4        A.   Those weren't the exact words.  I was

5   asked to cooperate.

6        Q.   And you were told in exchange for your

7   cooperation, you wouldn't be prosecuted?

8        A.   Yes.  Not in exchange, but they just told

9   me I wasn't going to be prosecuted.

10       Q.   Okay.  So you just talked to them because

11  you wanted to?

12       A.   Because I wanted out of the SNM.

13       Q.   And you wanted out of Southern?

14       A.   No, out of the SNM Gang.

15       Q.   But you also wanted them to help you

16  reduce your state sentence?

17       A.   Not reduce my sentence.

18       Q.   Well, how often do people get paroled in

19  New Mexico on a murder charge?

20       A.   I don't know.

21       Q.   And your sentence isn't just the 30 years

22  for the murder.  You got life plus 18 years in your

23  sentence, didn't you?

24       A.   Yes.

25       Q.   So even if you got paroled in 2024, as you

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  testified, you'd still have to do the 18-year

2  sentence?

3      A.   Yes.

4      Q.   So what benefit does it get you to get

5  parole granted if you still have 18 years to serve?

6      A.   Well, if I parole from my life sentence, I

7  do my -- I start serving my 18 years.

8      Q.   Right.  So if you get parole in 2024, you

9  still have 18 to go.

10      A.   Yes.

11      Q.   Did you want the United States to help

12  neutralize that 18 years?

13      A.   No.

14      Q.   You wanted to do that 18 years.

15      A.   Yes.  I'm going to do my time, yes.

16      Q.   But when you were living in Level 6, you

17  got the benefits, you got all the calls you wanted?

18      A.   Yes.

19      Q.   You got contact visits?

20      A.   Yes.

21      Q.   You got to go to the pizza party?

22      A.   Yes.

23      Q.   And that was a social engagement?

24      A.   Yes.

25      Q.   And did you see Special Agent Acee there?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1629

```
1     A.   Yes.

2     Q.   Did you get to talk to him at that?

3     A.   Yes.

4     Q.   How long was he there?

5     A.   I'm not sure.

6     Q.   Who else was there in terms of the

7 correctional officials?

8     A.   I don't remember.

9     Q.   But one of the benefits they gave you at

10 Level 6 was unmonitored contact visits with your

11 wife; correct?

12    A.   Yes.

13         MR. LOWRY:  May we approach, Your Honor,

14 just briefly?

15         THE COURT:  You may.

16         (The following proceedings were held at

17 the bench.)

18         MR. LOWRY:  Your Honor, I was going to

19 queue up the video, but I don't know how the system

20 works, and I don't know if we can stipulate to its

21 admissibility or just play it.

22         MS. ARMIJO:  I believe they want to play

23 the sex video.  It's a 22-second clip.

24         MR. LOWRY:  It's faded.  It's got the

25 blocked --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1630

```
 1            THE COURT:  I think I saw it at the
 2   hearing.  It's very -- it's a piece of evidence?
 3            MR. LOWRY:  Yes, it is, Your Honor.
 4            MR. BECK:  So it was just handed to me on
 5   a thumb drive, and that's fine.
 6            MR. LOWRY:  It's blocked out.
 7            MR. BECK:  I think at this point he's
 8   admitted to sex.  He's admitted the granddaughter's
 9   in the room.
10            THE COURT:  Well, if you make it a 403,
11   I'll go ahead and let the defendants play the tape.
12            MR. BECK:  So under Rule 403, I think that
13   the evidentiary value is --
14            THE COURT:  I'll let them play it.
15            MS. JACKS:  Do you guys want to watch it
16   first?  It's on the thumb drive.  It's labeled
17   "Rubio."
18            MR. BECK:  We don't need to see it yet.
19            MR. LOWRY:  Can we break and do lunch and
20   clarify over the lunch hour?
21            THE COURT:  I don't think there is
22   anything to clarify.
23            MR. BECK:  I think the Court ruled.
24            (The following proceedings were held in
25   open court.)
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1631

```
 1                THE COURT:  Mr. Lowry.

 2                MR. LOWRY:  Thank you, Your Honor.

 3    BY MR. LOWRY:

 4        Q.   Mr. Rubio, I'm going to show you a little

 5    video clip, and I'm going to ask you if you can

 6    identify it, with the Court's permission.

 7                THE COURT:  You may.

 8                MR. BECK:  Your Honor, I'm not sure it was

 9    ever entered into evidence.

10                THE COURT:  Do you want to introduce it

11    into evidence?

12                MR. LOWRY:  I am, Your Honor.

13                THE COURT:  What's the exhibit number?

14                MR. LOWRY:  It is Exhibit Number AM 1.

15                THE COURT:  AM 1.  I assume this

16    defendants?  All right.

17                MR. LOWRY:  We'd move to admit Defendants'

18    AM 1.

19                THE COURT:  AM 1 will be admitted into

20    evidence.

21                (Defendants' Exhibit AM 1 admitted.)

22                MR. BECK:  Your Honor, we object under

23    Rule 403.

24                THE COURT:  I understand.  It will be

25    admitted.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1632

```
 1   BY MR. LOWRY:
 2        Q.   Can you identify the person in the yellow?
 3        A.   That's me.
 4        Q.   And who is that with you?
 5        A.   My wife.
 6        Q.   Okay.  And where was your granddaughter?
 7        A.   Sitting down on the chair.
 8        Q.   That's her foot?
 9        A.   Yes.
10        Q.   Is it normal for inmates at Level 6 to get
11   unmonitored visits with family members?
12        A.   No.
13             MR. LOWRY:  No further questions, Your
14   Honor.
15             THE COURT:  All right.  Thank you, Mr.
16   Lowry.
17             Ms. Fox-Young.
18             MS. FOX-YOUNG:  Thank you, Your Honor.
19                  CROSS-EXAMINATION
20   BY MS. FOX-YOUNG:
21        Q.   Good afternoon, Mr. Rubio.  In the
22   beginning of your testimony, I think you said that
23   Tony Perez brought you into the SNM; is that right?
24        A.   Yes.
25        Q.   Not Rudy Perez; right?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1633

```
 1        A.    Not Rudy.
 2        Q.    Okay.  Thank you.  You talked a little bit
 3   about an extensive period of time you spent in
 4   solitary confinement.
 5        A.    Yes.
 6        Q.    Can you tell me what that was like?
 7        A.    Basically I'm in my room 23 hours a day.
 8   I have only my state-issued clothing and my hygiene
 9   items.
10        Q.    And how big was the room?
11        A.    I'm not sure.  Maybe ten feet by eight
12   feet, maybe.
13        Q.    And day-to-day, on a daily basis, did you
14   see any other people?
15        A.    No.  I mean, everybody is locked in their
16   rooms.
17        Q.    How did you get food?
18        A.    The CO brings it, puts it in through the
19   food slot.
20        Q.    Did you see the CO?
21        A.    Yeah.
22        Q.    Just through the slot?
23        A.    Yeah.
24        Q.    And you'd eat in your room?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1634

```
1     Q.   And you didn't otherwise communicate with
2  anybody?
3     A.   You come out to rec by yourself.  They put
4  you in the rec cage by yourself.  They take you to
5  the shower by yourself, and put you back in the
6  room.
7     Q.   Sometimes it's possible to communicate
8  just with the person who is in a cell next to you;
9  right?  Through the vent?
10    A.   Yes.
11    Q.   But other than that, you can't communicate
12 with other inmates?
13    A.   No.
14    Q.   There are no windows; right?
15    A.   There is the window in the front and the
16 window in the back, but you can't see out the window
17 in the back.  Sunlight comes in, and that's it.
18    Q.   You talked a little bit about the
19 consequences of interfering with a hit; right?
20    A.   Yes.
21    Q.   And you said that's murder; you'd be
22 murdered?
23    A.   Yes.
24    Q.   You know that from personal experience?
25    A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. FOX-YOUNG:  No further questions, Your

 2   Honor.

 3              THE COURT:  Thank you, Ms. Fox-Young.

 4              Mr. Beck, do you have redirect?

 5              MR. BECK:  No, Your Honor.  The witness

 6   may be excused.

 7              THE COURT:  All right.

 8              Mr. Rubio, you may step down.

 9              Is there any reason that Mr. Rubio could

10   not be excused from the proceedings, Mr. Beck?

11              MR. BECK:  Not from the Government, Your

12   Honor.

13              THE COURT:  Can he be excused?

14              MS. FOX-YOUNG:  Yes, Your Honor.

15              THE COURT:  Everybody in agreement with

16   that?

17              MS. JACKS:  Your Honor, we'd like to keep

18   him subject to recall.

19              THE COURT:  All right.

20              You'll need to stay outside of the

21   courtroom, but you're subject to recall.  Thank you

22   for your testimony.

23              All right.  Mr. Castellano, does the

24   Government have its next witness or evidence?

25              MR. CASTELLANO:  Yes, Your Honor.  The
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1636

```
1   United States calls William Price.
2           THE COURT:  Mr. Price, if you'll come up
3   and stand next to the witness box on my right, your
4   left, before you're seated, Ms. Standridge, my
5   courtroom deputy, will swear you in right up here on
6   my right.
7           I'm going to go ahead and assume this is
8   all right with everybody.  They're going to go ahead
9   and transport Mr. Rubio.
10          MS. JACKS:  That's fine.
11                  WILLIAM PRICE,
12      after having been first duly sworn under oath,
13      was questioned, and testified as follows:
14          THE CLERK:  Please be seated and state and
15  spell your name for the record.
16          THE WITNESS:  William Price.  P-R-I-C-E.
17          THE COURT:  Mr. Price.  Mr. Castellano.
18          MR. CASTELLANO:  Thank you, Your Honor.
19                  DIRECT EXAMINATION
20  BY MR. CASTELLANO:
21      Q.   Good afternoon, sir.  Please tell us what
22  you do for a living.
23      A.   I'm a correctional officer at Southern New
24  Mexico Correctional Facility.
25      Q.   How long have you been a correctional
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   officer?
 2        A.   Eighteen years.
 3        Q.   Tell us a little bit about your training
 4   and experience.
 5        A.   I worked here from '99 till 2008.  Then I
 6   went to Texas TDCJ Prisons for three years, then I
 7   came back to Southern, went through the academy in
 8   Santa Fe twice, went through West Texas Community
 9   College for the TDCJ Prisons.
10        Q.   What does TDCJ stand for?
11        A.   Texas Department of Criminal Justice.
12        Q.   And which facilities in the state have you
13   worked?
14        A.   In New Mexico, just at Southern.
15        Q.   In New Mexico?
16        A.   Just at Southern New Mexico.
17        Q.   And what are your normal responsibilities
18   over there?
19        A.   Like roving control centers, just safety
20   and security, making sure that everything runs in a
21   smooth, orderly manner.
22        Q.   When you say "control center," what does
23   that refer to?
24        A.   The housing unit control center.  You open
25   doors, make sure, control movement, make sure
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1638

```
 1  everything runs as smooth as possible.
 2        Q.   When you use the term "roving," what does
 3  that mean?
 4        A.   Where you're down on the floor interacting
 5  with the inmates, doing shakedowns, serving chow,
 6  just normal everyday things.
 7        Q.   What's a shakedown?
 8        A.   Where you go in the inmate's cell and
 9  search for contraband.
10        Q.   When you search for contraband, what do
11  you do when an inmate has illegal mail or illegal
12  materials in the cell?
13        A.   Pick it up, thumb through it, don't read
14  it, and then just put it back where it was at.
15        Q.   Why are you not supposed to read it?
16        A.   Because it might be on a case that they're
17  working on at the time.
18        Q.   When you say thumb through it, what are
19  you thumbing through for?
20        A.   For contraband, drugs, weapons, things out
21  of the ordinary.
22        Q.   Now, were you on duty on March 7, 2014?
23        A.   Yes.
24        Q.   At approximately 5:18 p.m.?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What were you doing at that time?

2    A.   I was roving in Number 1.

3    Q.   What is 1-A?

4    A.   It was the SNM housing unit.

5    Q.   And what were you doing as part of your

6  roving responsibilities?

7    A.   At that particular time, we were escorting

8  the nurse to pass out meds.

9    Q.   Okay.  So in other words, if any of the

10 inmates take medications, do you escort the nurse so

11 they can be passed out to the inmates?

12   A.   Yes.

13   Q.   All right.  On that occasion, were you

14 passing through blue pod at any point?

15   A.   We started in green pod, then we went to

16 blue, then we went to yellow pod.

17   Q.   So the jury understands, are green, yellow

18 and blue pods in the same building?

19   A.   Yes.

20   Q.   And in which order are they?  You went

21 from bottom to top in terms of the structure, or if

22 you're looking at a diagram, where would blue,

23 yellow, and green pods be?

24   A.   Yellow pod is A pod, blue pod is B pod,

25 and green pod is C pod.  So if you walk in the front

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   door, you'd first see green pod.  Then you look to
 2   the left, it would be blue pod.  Around the little
 3   corner would be yellow pod.
 4        Q.   Now, in the blue pod, during the time that
 5   you were there, did anything happen out of the
 6   ordinary?
 7        A.   No.
 8        Q.   What was the environment like in blue pod?
 9
10        A.   Calm, no tension; everyday, normal
11   activity.
12        Q.   At the point that you were walking
13   through, did you suspect that anything was going to
14   happen?
15        A.   No.
16        Q.   About how much time did it take you to
17   move from cell to cell and give the inmates who
18   needed their medicine their medicine?
19        A.   I think we were probably in there about
20   five minutes, maybe a little bit longer.
21        Q.   Do you remember how many inmates were in
22   blue pod on that day?
23        A.   I believe there were 11 assigned to that
24   unit for that pod that day.
25        Q.   Did you notice anything unusual about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1641

1    anything going on in green pod, or did you make it

2    to green pod on that day?

3        A.   We started in green pod, then went to blue

4    pod, then we ended up in yellow pod.  Green pod was

5    normal activity, too, nothing out of the ordinary.

6        Q.   What, if anything, did you notice in the

7    yellow pod?

8        A.   They were a little bit more rowdy, loud.

9        Q.   Do you recall if there were any new

10   inmates who had arrived at the yellow pod?

11       A.   There was three new intakes that probably

12   came a day or two before.

13       Q.   You say three new intakes?

14       A.   Yes, they were on orientation status.

15       Q.   Tell us what orientation status is.

16       A.   When they come in off the bus, they go in

17   their cell, put on orientation status, where they

18   can't come out, to make sure they're going to get

19   along with all the other inmates.  Then they'll go

20   to committee, and that will be determined at that

21   time if they're safe to come out.

22       Q.   Now, when the new inmates come in, are the

23   other inmates locked down so they're not

24   interacting?

25       A.   They're locked in their cell at the time

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1642

1   they enter the pod, yes.

2        Q.    Then approximately how long does the

3   orientation period last?

4        A.    About one week.

5        Q.    And during that time, if someone spots an

6   enemy or someone they might not get along with, does

7   that give them an opportunity to tell people before

8   they're moved into the larger pod?

9        A.    Yes.

10        Q.    And you mentioned yellow pod seemed a

11   little bit rowdy.  Did it seem rowdier than usual?

12        A.    Yes.

13        Q.    Was that the pod with the three new

14   intakes?

15        A.    Yes.

16        Q.    All right.  You told us you gave out the

17   meds in blue pod.  What happened once you left the

18   blue pod?

19        A.    Exited blue pod, the door was shut.  Then

20   we went into yellow pod.  And the nurse was passing

21   out meds when the control officer knocked on the

22   window and told us something was going on in blue

23   pod.  So I walked out of yellow pod, went over to

24   the door of blue pod, and you could see Molina with

25   a bloody chest and two other inmates attacking him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1643

```
1    Q.   Now, when you said that you saw that, did
2  you see him through an open door?
3    A.   Just a little window.  It's like a
4  4-inch-wide window.
5    Q.   And at that point was the door to that pod
6  closed?
7    A.   Yes.
8    Q.   So tell us about movement between pods.
9  Once you leave a pod, do you have the control
10 officer close the door behind you?
11   A.   Yes.
12   Q.   Why is that?
13   A.   Because you don't -- those inmates can't
14 interact with other pods.
15   Q.   And you said you heard knocking on the
16 window.  What window are you referring to?
17   A.   Control windows upstairs that look down
18 into the pods.
19   Q.   Describe the control room for the members
20 of the jury.
21   A.   The control room is where you've got
22 computers in each pod that open and close the doors.
23 In the control center you have windows that look all
24 the way around where you can see the inmates
25 interacting in each pod.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1644

```
 1      Q.   So you said interacting in each pod.  From

 2  the control room, are you able to see into all three

 3  of the pods by scanning through the windows?

 4      A.   Yes, you walk around the control center,

 5  you can see in all three pods.

 6      Q.   Okay.  So how long does it take you to --

 7  once you hear the knocking on the window, how long

 8  does it take you to move back to the yellow pod --

 9  the blue pod door?

10      A.   Probably about 15, 20 seconds from exiting

11  yellow pod to get over -- from when the knocking

12  started, it took about 15 seconds to get to the blue

13  pod door.

14      Q.   And when that happened, you said you saw

15  Javier Molina?

16      A.   Yes.

17      Q.   What was going on with him at that time?

18      A.   It looked like they were horse-playing.  I

19  told them, "Cut it out."

20           And then when he turned around, you could

21  see the white shirt he had had blood on it.  That's

22  when I yelled in the pod to lock it down where the

23  inmates go into their cells.

24      Q.   Since you first thought it was just

25  horseplay, was his back to you first?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1645

```
 1       A.   Yes.
 2       Q.   Then when he turned, you saw that it was
 3  something different?
 4       A.   Yes.
 5       Q.   What does the term "lock it down" mean?
 6       A.   Where each inmate goes in their assigned
 7  cells.
 8       Q.   And at this point, are you still behind a
 9  closed door which keeps you outside of the pod?
10       A.   Yes.
11       Q.   Are you able to go in right away?
12       A.   No.
13       Q.   Why not?
14       A.   We have to wait for backup, for our
15  safety, for our first-team responders to show up so
16  we have more numbers, and where we don't walk into
17  an incident with ourselves getting hurt.
18       Q.   So at the point that you're standing at
19  the door, you see an altercation going on inside,
20  who else is with you at that immediate --
21       A.   My other rover.  He's right behind me.  He
22  can't see nothing because I'm in the way of the
23  door -- sorry, the window.
24       Q.   And in addition to the two other people
25  you saw, did you know if anyone else was involved in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1646

1 this altercation?

2      A.   Not at that time, no.

3      Q.   Okay.  So what's the procedure, then, once

4 you see this and you called a lockdown?  What's

5 next?

6      A.   We wait for the first team responders to

7 get there.  Then once we have enough staff, we

8 enter, and then we lock that pod down.

9      Q.   Do you recall about how long it took for

10 the first team responders to get there?

11      A.   It felt like forever, but it was just

12 probably about a minute, minute and a half.

13      Q.   Why do you say it felt like forever?

14      A.   Because we wanted to get in and help, but

15 you had to wait for your help to help you.

16      Q.   Could you tell by looking at him that

17 Mr. Molina was in any kind of distress?

18      A.   At that time, no.  Once --

19      Q.   Go ahead.

20      A.   I say once the door opened, that's -- once

21 the first team got through, you could tell he was

22 starting...

23      Q.   Describe for the jury what you saw once

24 the door opened.

25      A.   Once the first team got there, they came

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1647

1  into the little corridor down below.  The control

2  officer then opened the blue door and Molina fell to

3  the ground, and you could see his hands were --

4  fists clenched closed, his eyes rolled back in his

5  head, and his hands just opened up, and he never

6  moved again.

7      Q.   Now, since you were doing rounds with

8  someone else administering medication, was that

9  person a medical personnel?

10      A.   She was a nurse.

11      Q.   What, if anything, did she do to try to

12  render assistance to Mr. Molina?

13      A.   After we got the pod secured, she came in

14  and started -- she cut off his shirt and then tried

15  plugging holes or stab wounds, trying to stop the

16  bleeding.

17      Q.   Now, you also mentioned locking down the

18  facilities.  So when the doors first opened and you

19  see Mr. Molina, are there still other inmates in the

20  common area?

21      A.   Yes, there is.

22      Q.   What did they do with the inmates?

23      A.   Put them in their assigned housing unit or

24  assigned cells.

25      Q.   Did you have any problem with any of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1648

```
 1   inmates, getting them back in their cells at that
 2   point?
 3        A.    Not when we had enough staff in there, no.
 4        Q.    You mentioned Mr. Molina's eyes rolling
 5   back in his head.  What happened to him after the
 6   first responders got there?
 7        A.    His eyes were already rolled back in his
 8   head by the time they started first aid on him.
 9        Q.    And what happened to him eventually?
10        A.    They put him on a gurney and hauled him to
11   the infirmary.  People were performing CPR on him.
12        Q.    Even when they were moving him on the
13   gurney, were they trying to render medical aid to
14   him?
15        A.    Yes, sir.
16        Q.    Did you have any other involvement with
17   this incident once Mr. Molina was removed from the
18   pod?
19        A.    No, sir.
20        Q.    What did you do the rest of that night?
21        A.    I gave my witness statement and talked to
22   the state police investigators.
23        Q.    So eventually, people responded to
24   investigate?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Now I'm going to ask you about whether you
2   work in the control center from time to time.
3    A.   Yes.
4    Q.   And then I'm also going to ask you about
5   roving.  When you're in the control center, are you
6   able to see sometimes if inmates are trying to pass
7   kites or anything else between them?
8    A.   Yes.
9    Q.   And have you tried to respond quickly
10  enough before to intercept a kite or whatever else
11  is being passed?
12   A.   I've tried, but it's almost impossible to
13  catch them.
14   Q.   Why do you say that?
15   A.   By the time they hear the door open, the
16  fishing lines are pulled or it's gone by the time
17  you get in there.
18   Q.   Now, you mentioned fishing line.  What is
19  a fishing line?
20   A.   A string where they make, like, a fishing
21  line and throw it from cell to cell to pass whatever
22  they need to pass to other rooms.
23   Q.   So tell us what you've seen before.  If an
24  inmate is in his cell and you see a line under the
25  door with something at the end of it, does it just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  sit there, or how does it get to another location?

2      A.    They throw it, slide it on the floor, and

3  then another guy will slide his out there to catch

4  that one and pull it out from the cell to tie

5  whatever they want to it, to pass it on.

6      Q.    Now, can you tell the members of the jury

7  whether these pods have doors between them so that

8  if you wanted to, you could walk between the pods?

9      A.    Are you referring to the interpod doors?

10     Q.    Yes.

11     A.    Yes, they have interpod doors that have

12 probably about a half-inch to one-inch gap that they

13 could slide things underneath the doors to each pod.

14     Q.    And have you witnessed that happening

15 before?

16     A.    Yes.

17     Q.    Same question.  When you've witnessed

18 something like that happen, have you been able to

19 respond quickly enough to intercept whatever was

20 passed?

21     A.    Normally we don't ever get it.  There have

22 been times we have, but normally not.

23     Q.    Do you ever see -- when you have that door

24 dividing the two pods, do you ever see inmates

25 talking on both sides of the door?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1651

```
 1        A.   Yes.

 2        Q.   Can you hear what they're saying from up

 3   at the control center?

 4        A.   No.

 5        Q.   And if you see people standing on both

 6   sides, are you always able to see if anything is

 7   passed at all?

 8        A.   Normally, you can't see if anything is

 9   passed.

10        Q.   In terms of the layout of the pods, what

11   pod is right next door to blue pod?

12        A.   Yellow pod.

13             MR. CASTELLANO:  May I have a moment, Your

14   Honor?

15             THE COURT:  You may.

16             MR. CASTELLANO:  Thank you, Your Honor.

17   Pass the witness.

18             THE COURT:  Thank you, Mr. Castellano.

19             Anybody like to go first?  Mr. Villa?  Ms.

20   Jacks?

21             MR. VILLA:  Thank you, Your Honor.

22             THE COURT:  Mr. Villa.

23                      CROSS-EXAMINATION

24   BY MR. VILLA:

25        Q.   Good afternoon, Mr. Price.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1652

```
1        A.   Good afternoon.

2        Q.   You testified that right before this

3   incident took place with Mr. Molina, you were

4   escorting the nurse to pass out medication?

5        A.   Yes.

6        Q.   And you went to green pod first; right?

7        A.   Yes.

8        Q.   And then you went to blue pod?

9        A.   Yes.

10       Q.   And then after blue pod, you went to

11  yellow pod?

12       A.   Yes.

13       Q.   Those three pods -- they're all in the

14  same housing unit?

15       A.   Yes.

16       Q.   So let me go back to the blue pod.  Have

17  you seen the video from the Javier Molina incident?

18       A.   Yes.

19       Q.   I'm going to ask you --

20            MR. VILLA:  Can you pull up Government's

21  11?  Can I have Government's 11, please?

22       Q.   It will show up on your screen there, sir,

23  and I'm just going to show you the very beginning of

24  channel 4.  You can see on your screen channel 4,

25  Mr. Price.  Look on the top left corner.  Do you see
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

1   the yellow writing there?

2       A.   Yes, channel 5, 3/7/2014 at 17:21.

3       Q.   Yes, sir.  So what we're looking at right

4   there, that's a view of the blue pod; right?

5       A.   Yes.

6       Q.   So I'm going to switch it over to a

7   different channel, which is channel 4.  Now we'll

8   just stop it there for just a second, and so what

9   I'm showing you is Government's Exhibit 11.  Again

10  in the top left, where I just drew a red underline,

11  you see where it says channel 4, March 7, 2014,

12  17:15?

13      A.   Yes.

14      Q.   And that's the day of the Javier Molina

15  incident?

16      A.   Yes.

17      Q.   So let me clear the screen there, please,

18  and I'm going to run it.  If you would look down at

19  the bottom, the bottom set of cells, in a minute

20  you'll see some movement down there and folks coming

21  out, so keep an eye on that.  That's where I'll

22  pause it.

23           (Tape played.)

24      Q.   Let's pause it right there.  So Officer,

25  I've paused it at channel 4, 17:15:46:421; correct?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1654

```
 1        A.   Yes.
 2        Q.   Did you see the movement down there,
 3   people starting to come out?
 4        A.   Yes.
 5        Q.   Okay.  So we'll clear the screen and start
 6   it up again and just track that here for just a
 7   second.
 8             (Tape played.)
 9        Q.   Let's go ahead and pause it there.  So now
10   I paused it for the record at 17:15:52:421; is that
11   right?
12        A.   Yes.
13        Q.   Is this individual I circled -- is that
14   the nurse you were escorting?
15        A.   Yes.
16        Q.   And behind the nurse that you're escorting
17   I just circled, that's you?
18        A.   Yes.
19        Q.   So y'all had just come up from the bottom
20   level and you're walking towards the exit to that
21   blue pod; right?
22        A.   Yes.
23        Q.   We'll clear the screen there.  And this
24   occurred right within I don't know how many minutes,
25   but minutes before the assault?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    Okay.  And the individual -- at least one

 3   of the individuals who was being given meds on that

 4   day was Rudy Perez; correct?

 5        A.    Yes.

 6        Q.    And Mr. Perez got medication every day,

 7   didn't he?

 8        A.    Yes.

 9        Q.    More than one time a day?

10        A.    I believe so.

11        Q.    And Mr. Perez at that time had a walker

12   that he used?

13        A.    Yes.

14        Q.    Because he couldn't walk without the

15   walker, could he?

16        A.    I've always seen him with it, so...

17        Q.    It's a little hard to hear you because of

18   the microphone.  Would you repeat your answer?

19        A.    I said yeah, because I've always seen him

20   with the walker.

21        Q.    You've always seen Mr. Perez with the

22   walker?

23        A.    Yes.

24        Q.    He usually spent most of the time in his

25   room, didn't he?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1656

```
 1        A.   Yes.

 2        Q.   Because he was very sick?

 3        A.   I just -- I don't have that answer on that

 4   one, if he's sick or not.  I know he stayed in his

 5   house or his room.

 6        Q.   When you say "house," oftentimes the cells

 7   are referred to as houses?

 8        A.   Yes.

 9        Q.   And Mr. Perez stayed in his cell or in his

10   house most of the time?

11        A.   Yes.

12        Q.   When you came back after you were alerted

13   by the control officer that something was going on

14   in blue pod, you were able to look into the door; is

15   that right?

16        A.   Yes.

17        Q.   Was that the door from the hallway between

18   the pods?

19        A.   No, there is no window on the interpod

20   doors.  It's just on the doors looking inside to the

21   pods, that lead inside to the pods.

22        Q.   I see.  So you looked through that -- it's

23   a small window, but you could see that there were

24   inmates attacking Mr. Molina?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1657

```
 1        Q.   And were you able to identify those
 2   inmates?
 3        A.   Not until a later time.
 4        Q.   How were you able to identify them at a
 5   later time?  With the video?
 6        A.   Yes.
 7        Q.   So you identified the two individuals as
 8   Jerry Armenta and Jerry Montoya; correct?
 9        A.   Yes.
10             MR. VILLA:  Can we switch back over,
11   Ms. Gilbert?
12        Q.   I want to show you Government's Exhibit
13   606.  Officer, I'm showing you on the screen there
14   Government's Exhibit 606.  That's Jerry Armenta?
15        A.   Yes.
16        Q.   He was one of the individuals attacking
17   Mr. Molina?
18        A.   Yes.
19        Q.   And then let's go to Government's 596.
20   That's a picture of Jerry Montoya?
21        A.   Yes.
22        Q.   He was also attacking Javier Molina?
23        A.   Yes.
24        Q.   So let me ask you just a little bit about
25   that.  You said once you were able to go into the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1658

```
 1   pod, once the other team was there to back you up,

 2   you saw Mr. Molina on the ground already; right?

 3        A.   Yes.

 4        Q.   And you said he had his fist closed and he

 5   opened it up and didn't move again?

 6        A.   Yes.

 7        Q.   Was he breathing at that point in time?

 8        A.   He made a slight verbal -- nothing else

 9   after that.

10        Q.   So whatever Mr. Montoya and Mr. Armenta

11   did to him, it appeared to you that they had killed

12   him?

13        A.   Yes.

14        Q.   Quickly?

15        A.   Yeah.

16        Q.   Did you ever investigate whether Mario

17   Rodriguez was involved in this assault?

18        A.   No.

19        Q.   Do you know who Mario Rodriguez is?

20        A.   Yes.

21        Q.   He often goes by Blue?

22        A.   I guess.

23        Q.   Do you know that?

24        A.   No.

25        Q.   I don't want you to guess.  Let me show
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you Government's Exhibit 586.  Is that Mario
 2   Rodriguez?
 3        A.   Yes.
 4        Q.   Are you aware of Mr. Rodriguez's
 5   reputation at the prison there?
 6        A.   No.
 7             MR. VILLA:  May I have just a moment, Your
 8   Honor.
 9             THE COURT:  You may.
10   BY MR. VILLA:
11        Q.   Officer Price, in the blue pod with the
12   cells, how do the doors inside the individual inmate
13   cells get opened?
14        A.   Through the control center.
15        Q.   There's an officer in the control center?
16        A.   Yes.
17        Q.   Were there any rules about when those
18   doors get opened or shut?
19        A.   It was -- at that point in time, it was
20   every hour they got opened for 10 minutes for a
21   bathroom break, then they got closed.
22        Q.   Okay.  So explain that to the jury.  Why
23   would they need to be open for a bathroom break?
24        A.   Because there's no bathrooms in the pods,
25   so you have to give them a break.  So we'd open the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1660

1   doors every hour for five or ten minutes to let them

2   use the restroom.   Then once they came out, we

3   secured the doors.

4       Q.   So the inmates during the day -- I don't

5   know if you remember the time; it was about 1700, a

6   little bit after, so that's about 5:00; right?

7       A.   Yes.

8       Q.   At that point in time, they're outside of

9   the cells in the day room?

10      A.   Yes.

11      Q.   And they don't get to go back into their

12  cells except every hour on the hour for a bathroom

13  break?

14      A.   Yes.

15      Q.   When they do that, do they open all of the

16  doors at once, or how does that happen?

17      A.   Normally it's all at once.

18      Q.   You say normally.  Is there something --

19      A.   We've changed policies since then.

20      Q.   But at the time, March 7, 2014, the policy

21  was open all the doors at once?

22      A.   Yes.

23      Q.   And an inmate can go in, use the restroom,

24  and come back out?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1661

```
1       Q.    Or they could stay in their cell.

2       A.    Or they could stay in.

3       Q.    Like Rudy Perez often did.

4       A.    Yes.

5       Q.    What if it's, you know, 5:15 and an inmate

6  wants to go into their cell?  Do they just have to

7  wait the hour?

8       A.    Normally, yes, unless an officer wants to

9  go in the pod to have the door open.  Because an

10 officer has to be in the pod for the door to be

11 open.

12      Q.    There has to be an officer in the pod to

13 open it?

14      A.    There is supposed to be an officer in the

15 pod to open the door.

16      Q.    Is that true even on the hour, when they

17 open them all?

18      A.    Yes.

19      Q.    Is there a way to open the doors even if

20 there is not an officer in the pod?

21      A.    Well, the control officer can do it, but

22 he's not supposed to.

23      Q.    Okay.  So for him in the control room --

24 which is not in the pod; right?

25      A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1662

```
 1        Q.    It's above the pod, sort of overlooking
 2   it?
 3        A.    Yes.
 4        Q.    He or she can push a button and open the
 5   doors if they want to?
 6        A.    Yes.
 7        Q.    But they're not supposed to.
 8        A.    Yes.
 9        Q.    Do you know who opened Javier Molina's
10   door before he was assaulted?
11        A.    That -- I don't have that answer.
12              MR. VILLA:  That's all the questions I
13   have.
14              THE COURT:  All right.  Thank you, Mr.
15   Villa.
16              Mr. Maynard, do you want to go next?
17                    CROSS-EXAMINATION
18   BY MR. MAYNARD:
19        Q.    Just a few questions, Mr. Price.  You
20   mentioned that you could see from the hallway that
21   there was something, some activity, unusual
22   activity, going on in the blue pod; correct?
23        A.    Yes.
24        Q.    Now, you can see into the pods from the
25   hallway of the building; correct?  There's small
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1663

```
 1   windows or control windows?
 2        A.   You can see from the control center down
 3   into all three pods, and then at each door there is
 4   a little window to look into.
 5        Q.   Okay.  Now, however, is it possible for
 6   people in one pod to see what's happening in another
 7   pod?
 8        A.   No.
 9        Q.   So there's no line of sight between any of
10   the pods?  The only line of sight into a pod is from
11   the hallway?
12        A.   Yes.
13        Q.   And in addition, of course, the doors
14   between each pod -- they're controlled by the
15   control center.
16        A.   Yes.
17        Q.   And they don't have windows.
18        A.   Can you repeat that?
19        Q.   They don't have windows?
20        A.   The control center?
21        Q.   No, the doors between pods.
22        A.   No, they do not.
23        Q.   All right.  Now, when -- Exhibit 11 I
24   think was the number that was being shown a moment
25   ago.  You could see -- what you see are the video
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  images from the cameras in the pods.

2      A.   Yes.

3      Q.   And each pod has a number, I think three

4  cameras showing different angles?

5      A.   Yes.

6      Q.   Now, when you were looking at that video,

7  could you see, in the corner of one of the images,

8  the door that would go into, I guess, one of the

9  neighboring pods?  Would that be in the field of

10  vision of the camera?

11      A.   From those angles of the cameras I saw, I

12  couldn't see the interpod doors.

13          MR. MAYNARD:  Could we put up -- I think

14  it's number 11.  The other side, the other angle.

15      Q.   Now, when you look over to the far right,

16  is that a door into a cell or between pods?

17      A.   That's for --

18      Q.   If you know.

19      A.   I see the door that goes out, the

20  emergency exit door.  That's the only one I can see.

21      Q.   All right.  Is that going into another

22  pod, or just an emergency exit?

23      A.   It's an emergency exit going outside.

24      Q.   Do you know which cameras were operating?

25  We've seen two angles in this particular pod.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1665

1       A.    Yes.

2       Q.    Reflecting two cameras?

3       A.    Yes.

4       Q.    How many cameras are normally in each pod?

5       A.    Three.

6       Q.    Three.  So what we see is sort of a

7   left-hand angle and a center angle, but the right

8   angle we don't have.

9       A.    Correct.

10            THE COURT:  Mr. Maynard, would this be a

11  good time for us to take our lunch break?

12            MR. MAYNARD:  Yes, I have no further

13  questions.

14            THE COURT:  All right.  We'll be in recess

15  for about an hour.  All rise.

16            (The jury left the courtroom.)

17            THE COURT:  All right.  For planning

18  purposes this afternoon, I'm inclined to allow the

19  Baca statement "I want you to."  I think that would

20  be a Rule 8033 statement as then existing state of

21  mind.  And then it's also a Rule 801(d)(2)(E)

22  co-conspirator statement.

23            Then T. Martinez' statement qualifies as a

24  co-conspirator statement under 801(d)(2)(E).

25            And then the other one is Calbert's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1666

```
1   statement about Perez.  I think this should come in
2   as a party opponent admission, 801(d)(2)(A).  So
3   that's what I'm inclined to do on those for planning
4   purposes.
5           MR. LOWRY:  Could I get more specificity
6   as to what statement we're talking about for the
7   Baca statement?
8           THE COURT:  The one that's in the 302 that
9   says, "Pup, Anthony Baca, wants you to take this
10  down there."
11          MR. LOWRY:  Okay.
12          MR. BECK:  Your Honor, and just for the
13  record, so that we make a record, I think the Court
14  struck Mr. Rubio's response to Mr. Jewkes' question
15  about why he was put in Level 6.  The United States
16  does believe that was responsive, but the United
17  States is fine with the Court striking it.  Just for
18  the record, we believe it was responsive.
19          THE COURT:  All right.  See y'all about an
20  hour.
21          (The Court stood in recess.)
22          THE COURT:  All right.  We'll go back on
23  the record.
24          Ms. Jacks, you had come to the podium.
25  Are you going to be the next examiner?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      MS. JACKS:  I was getting ready.

2      THE COURT:  Let me ask -- you know, I

3  haven't established any order.  Am I doing okay just

4  kind of looking and seeing who is getting up, or do

5  y'all want me to do -- you're doing okay on that?

6  All right.  So I'll just keeping doing it.  I assume

7  y'all have got it divided up and you've got your

8  stuff, so I'll just keep doing it.

9      Ms. Fox-Young?

10      MS. FOX-YOUNG:  Your Honor, I would like

11  to provide the Court with one more 302 along the

12  lines of what we were discussing with the Court this

13  morning, and it begins with Bates 43650.  It's an

14  interview of Lupe Urquizo.  I don't know when he's

15  going to be on the stand, but we'd like the Court to

16  consider this information before he comes on the

17  stand, if he is to come on the stand.  This is of an

18  interview conducted August 22, 2017.  And the entire

19  prosecution team -- well, all the assistant U.S.

20  Attorneys were present for the interview, along with

21  other agents.

22      There is a lot of detail in there.  I

23  won't do it now.  I won't recite it for the record.

24  The Court could take a look if the Court might

25  indulge us.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              But in particular with respect to Mr.
 2    Perez, there are alleged statements of Mr. Perez
 3    included in here.  Clearly, Rule 16, and you know, I
 4    won't go line by line, but there's a lot of
 5    information in here.  This document, along with
 6    hundreds of others, was not produced until January
 7    12.  I believe that's true.  I've just checked.
 8              THE COURT:  Well, I've looked at some of
 9    these, and some of them we got through this morning.
10    I'm going to have to have a lot of help if you're
11    going to really push this issue.  It doesn't -- it's
12    not intuitive to me that it's either Rule 16 or
13    Brady or Giglio.  I'm just not seeing it.  It looks
14    like Jencks material.
15              MS. FOX-YOUNG:  Your Honor, this one in
16    particular has statements of Rudy Perez.
17              THE COURT:  Okay.
18              MS. FOX-YOUNG:  So I think that's clearly
19    Rule 16.  I don't know if the Court would like to
20    look at it, or if the Court wants us to submit some
21    paper.
22              THE COURT:  If you want to give it to me.
23    Do you know when Urquizo is going to be up?
24              MR. BECK:  He'll be up early next week.
25              THE COURT:  Next week?  All right.  I'll
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1669

```
1   take a look at it, if you want to go ahead and give

2   it to me.  Now, this is probably the procedure to do

3   it.  I need to take a look at it.  But your specific

4   problem here is going to be the statement that Mr.

5   Beck has identified in his letter?  Is that going to

6   be the particular problem?  Or is this sort of the

7   continuation of the -- that I should include

8   witnesses for Brady and Giglio?

9              MS. FOX-YOUNG:  Both, Your Honor.

10             THE COURT:  Both.

11             MS. FOX-YOUNG:  But particular with regard

12  to this witness and this interview, which was

13  conducted months and months and months ago, there is

14  a statement of Rudy Perez that shouldn't come in,

15  should have been disclosed, it should have been

16  disclosed long before January 12, and it's at the

17  end of that document.  There is a section on Molina.

18  There is a section on Perez.  And it's just six

19  lines, and we think the Court ought not to let it

20  in.

21             THE COURT:  All right.  I'll take a look

22  at it.  All rise.

23             (The jury entered the courtroom.)

24             THE COURT:  All right.  Everyone be

25  seated.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1670

 1            All right, Mr. Price, I'll remind you that

 2   you're still under oath.  Ms. Jacks?

 3            And you were done, Mr. Maynard?

 4            MR. MAYNARD:  Yes, Your Honor.

 5            THE COURT:  Thank you, Mr. Maynard.

 6            Ms. Jacks.

 7            MS. JACKS:  Thank you.

 8                     CROSS-EXAMINATION

 9   BY MS. JACKS:

10        Q.   Good afternoon, Mr. Price.  How are you?

11        A.   Pretty good.

12        Q.   I want to sort of go back and ask you some

13   questions in probably a deliberate way about the

14   unit where Mr. Molina was killed.  And so up on the

15   Elmo is a diagram.  I think it's a copy of the

16   Government's Exhibit 162.  And is that the layout of

17   Unit 1-A?

18        A.   Yes.

19        Q.   Okay.  Now, the day, March 7, 2014, you

20   were working in Unit 1-A; is that right?

21        A.   Yes.

22        Q.   And Unit 1-A consists of three separate

23   housing areas?

24        A.   Yes.

25        Q.   Known as blue, yellow, and green pods?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1671

 1        A.    Or A, B, and C.

 2        Q.    Or A, B, and C.  So I want to just take a

 3   minute and mark on this diagram, starting with this

 4   area here.

 5        A.    That would be blue pod, or B pod.

 6        Q.    So it's blue, B.  And what about the one

 7   in the middle?

 8        A.    That's A pod, would be yellow pod.

 9        Q.    I'm just writing that in the housing unit

10   area.  And the last one?

11        A.    Would be green pod, C pod.

12        Q.    And this area in the middle that's marked

13   officer station area --

14        A.    That's the control center.

15        Q.    Okay.  And have we also referred to that

16   as the bubble?

17        A.    Yes.

18        Q.    How many other correctional officers

19   worked with you that day, that shift?

20        A.    In that housing unit?

21        Q.    In that particular housing unit.

22        A.    Two other officers.

23        Q.    So it's a total of three correctional

24   officers in that Unit 1-A?

25        A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1672

1    Q.   And when you're working, where are the
2  officers positioned during the shift?
3    A.   What do you mean by that?
4    Q.   Well, is there one officer that's always
5  in the bubble?
6    A.   Yes.
7    Q.   Why don't you just explain how the duties
8  are divided.
9    A.   Like the control officer stays in the
10  bubble all day long.  He controls all the movement
11  in and out of that unit.
12    Q.   Okay.
13    A.   Then the rovers, the other two officers,
14  walk the floor and do the normal daily routine, what
15  we do.
16    Q.   Of --
17    A.   Correctional officer, like, walking the
18  unit every hour to make sure everybody is living,
19  breathing flesh; shakedowns, passing food trays out,
20  passing the mail out.
21    Q.   Letting inmates out to rec?
22    A.   Yes.
23    Q.   Escorting religious staff?
24    A.   Yes.
25    Q.   Taking inmates in and out of pods?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1673

1       A.    Normally after a certain time, inmates

2   normally don't leave the unit.

3       Q.    They're usually in their particular unit

4   24 hours a day, seven days a week?

5       A.    No, they go out to rec.  But by 5:00, rec

6   is already over for the day.

7       Q.    All right.  So tell us -- there are three

8   shifts; right?

9       A.    Yes.

10      Q.    So can you just briefly describe what the

11  three shifts are and the time periods they

12  encompass?

13      A.    Graveyard, 10:00 p.m. to 6:00 a.m.  Day

14  shift is 6:00 a.m. to 2:00 p.m.  Swing shift, 2:00

15  p.m. to 10:00 p.m.

16      Q.    And the day that Mr. Molina was killed,

17  were you working swing shift?

18      A.    I was working overtime on swing shift,

19  yes.

20      Q.    So did you also work day shift?

21      A.    Yes.

22      Q.    And so that particular day, you were going

23  to work a total of 16 hours?

24      A.    Yes.

25      Q.    There are doors between the units; right?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                             201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                  1-800-669-9492
                                                   e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.    What do you mean?

2        Q.    Well, I'm sorry, between blue pod and

3   yellow pod, there are some doors.

4        A.    Yes.

5        Q.    And on this diagram, can you -- well, let

6   me see if I can point to it, since I've got it here

7   on the Elmo.  Let's see.  Are the doors between the

8   units right here?

9        A.    Yes.

10       Q.    Between blue pod and yellow pod?

11       A.    Yes.

12       Q.    Just for the record, I'm going to place,

13  like, a circle on this diagram.  Have I done it in

14  the right area?

15       A.    Yes.

16       Q.    And when I look at the diagram, it looks

17  like it kind of shows, like, the dots don't go all

18  the way across.  Is it possible, like, during the

19  day for inmates from blue pod just to walk into

20  yellow pod?

21       A.    No.

22       Q.    So there is a solid door there; right?

23       A.    There is a solid wall and a solid door.

24       Q.    Is the door locked?

25       A.    Yes.
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And is it a door that normally inmates go

2  through at any time?

3    A.   No.

4    Q.   Who uses that door, if anybody?

5    A.   They're put there for emergency purposes.

6  Otherwise, we do not use them.

7    Q.   So normally, the door is not -- you'll go

8  through a whole shift and that door will never be

9  opened?

10    A.   You're correct.

11    Q.   Now, I think you were asked some questions

12  about fishing and about people putting things

13  underneath the door.  Do you recall those questions?

14    A.   Yes.

15    Q.   And I think your answer was that -- when

16  you answered, you were talking about you could see

17  things like that happening; right?

18    A.   Yes.

19    Q.   And you're talking about that's from your

20  position in the bubble?

21    A.   Yes.

22    Q.   Okay.  So in the bubble, there's glass all

23  around; right?

24    A.   Yes.

25    Q.   And is the bubble designed to try to give

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1676

1    you maximum visibility into the housing unit?

2         A.   Yes.

3         Q.   I mean, what's the point of being up

4    there?

5         A.   To watch to see what the inmates are doing

6    in the pods.

7         Q.   Okay.  That's part of your job; right?

8         A.   Yes.

9         Q.   And from the bubble, you can see if

10   inmates are fishing or if inmates are at the door

11   exchanging materials?

12        A.   Yes.

13        Q.   But I think what you said is:  By the time

14   you get down from the bubble and out on the tier,

15   you can't find out what was being fished or

16   transferred?

17        A.   Correct.

18        Q.   Okay.  And so the day that Mr. Molina was

19   killed, you worked both the day shift and the swing

20   shift; right?

21        A.   Yes.

22        Q.   Did you ever personally observe any sort

23   of activity at this door that connects blue pod and

24   yellow pod?

25        A.   I can't remember.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1677

```
1        Q.   Okay.  As part of your job as a
2   correctional officer, do you guys have to keep some
3   sort of log about events on the unit during your
4   shift?
5        A.   The control officer does.
6        Q.   Okay.  And are those kept as a matter of
7   course in your job as a correctional officer?
8        A.   Yes.
9        Q.   And they are handwritten logs?
10       A.   Yes.
11       Q.   What sort of information are you supposed
12  to record on those logs?
13       A.   Any activity that goes on in the housing
14  unit, like when inmates come out of their cells,
15  when chow comes in, when we take them out to rec,
16  when we return them to rec, when an officer goes
17  into each pod, when nurses come in, do the rounds,
18  education.
19       Q.   So just about everything that happens on
20  the unit?
21       A.   Yes.
22       Q.   Do you record the times when you walk
23  through the unit?
24       A.   Yes.
25       Q.   And do you record the times when inmates
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1678

1   are locked down for count?

2        A.    Yes.

3        Q.    And do you record, like, if there's

4   incidents with inmates that are, I don't know, doing

5   things that are breaking the rules of the prison?

6        A.    Like if there's a fight that breaks out,

7   that gets logged in.  But if it's a petty violation,

8   no.

9        Q.    So if there's some sort of what you would

10  call like a major disturbance or something like

11  that?

12       A.    Yes.

13       Q.    And if inmates are moved in and out of the

14  pod, is that also recorded?

15       A.    Yes.

16       Q.    I'd like to show you what's been marked as

17  Defendants' Exhibit S-5.

18            MS. JACKS:  Can we admit S-5?  It's a

19  housing unit log, and I think the Government had a

20  chance to review it over lunch.

21            THE COURT:  Any objection, Mr. Castellano?

22            MR. CASTELLANO:  Your Honor, I would ask

23  that counsel lay a foundation and if she can, then

24  that's fine, with this witness.

25            THE COURT:  All right.  Go ahead and try

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1679

1  to lay a foundation.

2          MS. JACKS:  I kind of thought I just did,

3  but I'll try again.

4          MR. CASTELLANO:  She didn't have the

5  document.  What I'm asking is if she'd show it to

6  him and if he recognizes it.

7          MS. JACKS:  No problem.

8          MR. CASTELLANO:  If she can --

9          MS. JACKS:  So I don't have to keep

10 walking up there, I'm going to show him S-4, S-5,

11 and S-6.  While he's looking at that, can I mark

12 this diagram that we've written on as Defendants'

13 Exhibit next in order?

14         THE COURT:  Any objection to that, Mr.

15 Castellano?

16         MR. CASTELLANO:  No objection, Your Honor.

17         THE COURT:  From any other defendants?

18 All right.  It will be so marked.

19         What number does that end up with, Ms.

20 Jacks?

21         MS. JACKS:  I think it's EM.

22         THE COURT:  Defendants' Exhibit EM will be

23 admitted into evidence.

24         (Defendants' Exhibit EM admitted.)

25         MS. JACKS:  Thank you.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. JACKS:
 2        Q.   I'm sorry, Officer Price, I should have
 3   showed you those at lunch so you didn't have to do
 4   that.
 5        A.   They look like the logs from the day of
 6   the incident on March 7.
 7        Q.   And are they the logs from Housing Unit
 8   1-A for the day shift and the swing shift?
 9        A.   Yes.
10        Q.   And you recognize those as the authentic
11   logs from the day?
12        A.   Yes.
13             MS. JACKS:  Can those please be admitted?
14             THE COURT:  Any objection?
15             MR. CASTELLANO:  May I voir dire the
16   witness, Your Honor?
17             THE COURT:  I'm sorry?
18             MR. CASTELLANO:  May I voir dire the
19   witness?
20             THE COURT:  Yes, you may.
21                  VOIR DIRE EXAMINATION
22   BY MR. CASTELLANO:
23        Q.   Officer Price, looking at the exhibits,
24   how were these exhibits made and by whom?
25        A.   What do you mean?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1681

```
1        Q.   Let me start with Defense S-6.  Do you see
2   it at the bottom of the page?
3             MS. JACKS:  Let me help him so he can look
4   at the right one.
5             I'll hand it to you.
6        A.   Okay.  Okay.
7   BY MR. CASTELLANO:
8        Q.   So for the Defense Exhibit S-6, did you
9   make this document or prepare it in any way?
10       A.   No, sir.
11       Q.   Without telling us what's in the document,
12  do you know generally what this document is about or
13  how it's made?
14       A.   Yes.
15       Q.   How is it made?
16       A.   It's made, like, on our daily activity
17  that we do in our work.
18       Q.   And do you know if you, as a corrections
19  officer or the person who did it, had a duty to keep
20  and maintain these records?
21       A.   Yes.
22       Q.   Are they made in the regular course of
23  business for corrections officers?
24       A.   Yes.
25       Q.   And generally speaking, looking at Defense
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1682

1    Exhibit S-6, what type of information is contained
2    in that particular exhibit?
3        A.    Our daily job assignments, when we do our
4    security checks, when inmates went out to rec, when
5    chow was served, and when the nurse enters to get
6    escorted through the -- pass out meds.
7        Q.    Does Defense Exhibit S-6 appear to be a
8    document from March 7 of 2014?
9        A.    Yes.
10       Q.    Let me turn your attention to Defense
11   Exhibit S-4.
12       A.    Okay.
13       Q.    Can you tell us, first of all, whether
14   your signature is on this document?
15       A.    No, sir, it's not on there.
16       Q.    Once again, without telling us the
17   contents of the document, what is Defendants'
18   Exhibit S-4?
19       A.    It's a day shift, daily log of activities
20   of what occurred on day shift.
21       Q.    When you say "activities," what type of
22   activities are captured in a document like this?
23       A.    The rounds, security checks, rec, chow,
24   nurses, any activity that happens in that unit for
25   the day.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Same question:  Do the officers have a

2    duty to keep and maintain these records and record

3    activity on these documents?

4    A.   Yes, they do.

5    Q.   Is that done as part of the regularly

6    conducted business over at the prison?

7    A.   Yes.

8    Q.   Please look at S-5.  Same question:  Did

9    you prepare this document?

10   A.   No.

11   Q.   And what can you tell us about this type

12   of document?

13   A.   This was after the incident that happened

14   in 1-A that night.  That's all I can gather out of

15   this one; when officers went in the other pods to do

16   their security checks.

17   Q.   Okay.  So do you know less about this

18   document than the other ones?

19   A.   Yes.  It should be the same as the other

20   ones, but I didn't know anything about this one.

21        MR. CASTELLANO:  Your Honor, no objection

22   to Defense Exhibit S-4 and S-6.  I do object to S-5.

23   He doesn't have the knowledge that he does of the

24   other documents.

25        MS. JACKS:  That's fine, Your Honor.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1684

 1   only need one.

 2          THE COURT:  All right.  So I'll admit

 3   Defendants' Exhibits S-4 and S-6.  Anyone else on

 4   the defense side have any objection?  Not hearing

 5   any, S-4 and S-6 will be admitted into evidence.

 6          (Defendants' Exhibit S-4 and S-6

 7   admitted.)

 8              CONTINUED CROSS-EXAMINATION

 9   BY MS. JACKS:

10      Q.   And Mr. Price, let me just ask you a

11   question while you just looked at all those

12   exhibits.  Does it appear that after the incident in

13   blue pod, a new log was started and the normal log

14   that's kept every day was stopped?

15      A.   Yes, it's pulled.

16      Q.   Okay.

17      A.   When a major incident like that happens,

18   the logs get pulled and a new one starts at that

19   time.

20      Q.   Okay.  And so Exhibit S-5, the one you

21   said you were less familiar with, is actually the

22   new log that was started because of the incident in

23   blue pod?

24      A.   Yes.

25      Q.   Can we please look at S-4?  All right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Just a couple of quick questions.  So looking at the
 2   top of the page, the date -- is that the date that
 3   the log is created?
 4        A.   Yes.
 5        Q.   And I think the next thing is, we have the
 6   boxes:  Day, swing, and grave.
 7        A.   Yes.
 8        Q.   So that's just to be completed by the
 9   person filling out the log as to which shift it's
10   being completed for?
11        A.   Yes.
12        Q.   Okay.  Before we go much further, are you
13   always a rover, or are you sometimes the officer
14   that stays in the bubble?
15        A.   Sometimes I'm the officer that stays in
16   the bubble.
17        Q.   So sometimes you complete these logs?
18        A.   Yes.
19        Q.   And sometimes somebody else on your
20   three-man team does?
21        A.   Yes.
22        Q.   And the person who completes the log -- is
23   their name somewhere on this form?
24        A.   Yes.
25        Q.   Where is that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1686

```
 1        A.    Where it says "CO assigned."

 2        Q.    Can you just touch the screen?  Can we

 3   go -- one more question.  This day, on March 7 of

 4   2014, you worked day shift and swing shift?

 5        A.    Yes.

 6        Q.    But if you come in and just work swing

 7   shift, when you take over from the day shift, do you

 8   review their log to see what was going on earlier

 9   that day?

10        A.    The control officer is supposed to.

11        Q.    Okay.  So if you're the person that's

12   assigned to be the control officer in the bubble,

13   one of your duties is to kind of flip through the

14   log of the shift before you and see if there was

15   anything that needs to be followed up on?

16        A.    Yes.

17        Q.    Can we go to the next page?  I want S-6.

18              We were talking about swing shift; right?

19        A.    Yes.

20        Q.    All right.  And can we zero in on the top

21   of that page, like maybe the first, I don't know,

22   third of it?  Perfect.

23              So the time.  Is that military time?

24        A.    Yes.

25        Q.    And then just translate -- let's just take
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    one of these.  1417.  What happened at 1417 on March

 2    7 of 2014?

 3         A.   It says, "Price and Murphy entered C pod

 4    through the security check."

 5         Q.   And there was somebody that was escorted

 6    into the pod?

 7         A.   The librarian.

 8         Q.   That's the kind of thing that's logged in

 9    just over the general course of business?

10         A.   Yes.

11         Q.   And can we go down to -- let's see.  Go

12    down to the second third of the page.

13              Let's look at 1647, which is 4:47 in the

14    afternoon?

15         A.   Yes.

16         Q.   And what's happening at 1647?

17         A.   I just completed serving chow.

18         Q.   When you feed the inmates, do they eat in

19    the common area, or do they eat in their cells?

20         A.   That day they ate in their cells because

21    we hadn't cleared count.

22         Q.   Is there somewhere on this log that shows

23    when count happened?

24         A.   Yes.

25         Q.   Okay.  Can you point us to where?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   At 1600.  At 1600 it says, "CO Price and
 2   Murphy enter C pod for formal count."
 3        Q.   And at formal count, does that mean that
 4   every inmate in the pod is actually in their cell
 5   with the door closed?
 6        A.   Yes.
 7        Q.   And is there somewhere on this log that
 8   tells us when count ended on March 7, 2014?
 9        A.   That I do not see.
10        Q.   How long is count?
11        A.   It's one hour or less.
12        Q.   Okay.  Can you look at the entry at -- is
13   it 1609?
14        A.   Yes.
15        Q.   "CO Price, CO Murphy complete F/C.  Exit A
16   pod"?
17        A.   Yes.
18        Q.   What does F/C mean?
19        A.   Formal count.
20        Q.   So does it look like, according to this
21   log, formal count was completed at 4:09 p.m.?
22        A.   Yes.
23        Q.   What happens once -- or what happened that
24   day once count was completed?
25        A.   We call in, make sure we had a good count.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Then we take our count sheets over to the captain's

2    office for them to inspect them.  Then we go pick up

3    the chow cart and come back and feed.

4        Q.   When you say you leave, you file your

5    documents, and you bring the food back to the pod

6    and then you take the food to each inmate in their

7    cell?

8        A.   Yes.

9        Q.   Is there somewhere on this log that

10   reflects when the doors were then reopened and when

11   the inmates were able to leave their cells?

12       A.   That I do not see.

13       Q.   And at 1706 is there an entry about

14   escorting the nurse?

15       A.   Yes.

16       Q.   And at that point in time, were the

17   inmates in blue pod out of their cells or still in

18   their cells?

19       A.   They should have been out of their cells

20   by then.

21       Q.   And the entry just before that, the 1647

22   entry, it says, "CO Price complete passing chow,

23   exit A pod.  S/C completed."  What does that mean?

24       A.   Security check was completed.

25       Q.   Okay.  Can you explain?  What is a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1690

```
 1   security check?
 2        A.   A security check is when we go cell to
 3   cell to make sure every inmate is alive and
 4   breathing.
 5        Q.   So at 1647, every inmate was still in
 6   their own cell with the door closed?
 7        A.   Yes.
 8             MS. JACKS:  And is this log two pages?
 9             MS. GILBERT:  Yes.
10   BY MS. JACKS:
11        Q.   Can we go to the bottom of the page and
12   look at the last entry, please?
13             Is there an entry on the log that shows
14   when the disturbance with Javier Molina happened?
15        A.   I do not see one.  Yes, I do.  It says
16   1719.
17        Q.   Okay.  1719.  And what does the entry say?
18        A.   It says, "CO Price and CO Murphy exit A
19   pod.  Rushed into B pod."
20        Q.   That's at the point where somebody was
21   rapping on the window and telling you there was a
22   disturbance; is that right?
23        A.   Yes.
24        Q.   Then at 1830, or 6:30 p.m., was there some
25   event related to that disturbance?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1691

```
 1        A.    Master control called emergency count.

 2        Q.    Tell us what that means.

 3        A.    That means the whole facility gets locked

 4   back down and they count every inmate in the whole

 5   facility.

 6        Q.    Then can we go to the last page of that

 7   exhibit that's page 1 of 2?

 8              That's a few entries on the last page.

 9   Can you explain what is being documented here?

10        A.    The officer is doing an emergency count in

11   C pod and A pod.

12        Q.    Okay.  And then at, like, 1610 or 6:10

13   p.m. was there change in who was in that bubble?

14        A.    I honestly don't remember.

15        Q.    There appears to be an entry that says,

16   "Officer Lagarrate relieved me in my post."

17        A.    I see that there, yes.

18        Q.    What is that documenting?

19        A.    The control officer got relieved.

20        Q.    Okay.  And as far as -- based on your

21   recollection of that day, what did you do after the

22   incident with Mr. Molina?  Where did you go or what

23   was going on with you the rest of that evening?

24        A.    I stayed in the housing unit and assisted

25   state police.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1692

```
 1        Q.    I want to show you one other log, and then
 2   we'll move on.
 3             Can we go S-4, please?
 4             Officer Price, do you recognize this
 5   particular log from Unit 1-A?
 6        A.    That looks like the day shift log.
 7        Q.    Okay.  From March 7 of 2014?
 8        A.    Yes.
 9        Q.    And this was a shift that you also worked?
10        A.    Yes.
11        Q.    Were you a rover on that shift, or were
12   you the control officer in the bubble?
13        A.    Looks like I was a rover that day.
14        Q.    Looks like you were roving for quite a bit
15   of time, hum?
16        A.    Yeah.
17        Q.    And can we look at the actual log entries,
18   please?  I just want to direct your attention to
19   these entries, and can you just explain what you're
20   documenting, what is being documented here?
21        A.    They were documenting security checks in
22   all three pods from 6:00, 7:00, 8:00, 9:00, and
23   10:00.  At 11:00 we did formal count.  Then at 12:00
24   and 1:00, it was just regular security checks.
25        Q.    And does a security check mean that an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   officer is actually walking each pod, each housing
 2   unit?
 3        A.   Yes, both rovers go down and do security
 4   checks together.
 5        Q.   Door to door?
 6        A.   Yes.
 7        Q.   Go past each cell?
 8        A.   Yes.
 9        Q.   And in these housing units in Unit 1-A,
10   are the cells stacked in two layers?
11        A.   Yes.
12        Q.   Can you tell me how many are on each
13   floor?
14        A.   There's eight on top, eight on bottom.
15        Q.   All right.  And are all the cells full?
16   Or were all the cells full on March 7 of 2014?
17        A.   No, they had empty cells.
18        Q.   And I think you said in blue pod on that
19   particular day, your recollection was you had 11
20   inmates?
21        A.   Yes.
22        Q.   And can we go to the next page?
23             We don't have to go through everything on
24   this.  I just want to take an overview of this.
25   Does this appear to be the entries regarding the day
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1694

```
 1   shift about what was going on in Unit 1-A while you
 2   were the rover that day?
 3        A.   Yes, but I want to make a statement after
 4   reading that part.  That was not me as second rover
 5   that day.  I recognize the name now.  Officer
 6   Tristan Irick.
 7        Q.   So were you working a different unit?
 8        A.   I was in a different unit on day shift but
 9   I was not working that one.
10        Q.   Not Housing Unit 1-A?
11        A.   Not Housing Unit 1-A for day shift.
12        Q.   Okay.  Thank you.
13             Can we look at exhibits starting with E-1?
14   I'm going to have you go through a few pictures.
15             MR. CASTELLANO:  I object, Your Honor.
16   May we approach?  I don't know that these have been
17   disclosed.
18             THE COURT:  What's the exhibit number on
19   this?
20             MS. JACKS:  Excuse me.  I'm sorry.  You're
21   right.
22             MR. CASTELLANO:  May we approach, Your
23   Honor?
24             THE COURT:  You may.
25             (The following proceedings were held at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   the bench.)

2            MR. CASTELLANO:  So I think -- I don't

3   know that these were disclosed to us before.  We did

4   get them, I think, probably on the thumb drive.

5   So --

6            MS. JACKS:  This is a misunderstanding,

7   because I asked Mr. Beck at lunch if you guys would

8   have any objections to admitting these, so I thought

9   there weren't any objections.

10           MR. VILLA:  Your Honor, my office

11  disclosed those in the first defense discovery

12  deadline, if I'm not mistaken, but they were

13  certainly disclosed as exhibits.

14           MR. CASTELLANO:  I don't want to cut you

15  off.  That's why I want to check when they were

16  disclosed.  When were they disclosed?

17           MR. VILLA:  I mean, we're talking maybe

18  2016.  I don't remember the first defense discovery

19  deadline.  Maybe spring of 2017.

20           MR. CASTELLANO:  The only thing I would

21  ask is that they note if there are any differences

22  between March 7, 2014, and when these were taken.

23  I'm sure it's years afterwards, so I would make sure

24  we differentiate with this witness if there are

25  changes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1696

```
1              THE COURT:  If he can.

2              MR. CASTELLANO:  If he can.

3              THE COURT:  He can probably authenticate

4   the pictures.  He's probably got enough knowledge.

5   If you need to lead him through that to see if

6   there's changes, I'd be inclined to admit them.

7              MR. CASTELLANO:  That's fine.

8              THE COURT:  But you probably need to make

9   sure if there are changes.

10             MS. JACKS:  I'll try to remember to ask

11  him.

12             MR. CASTELLANO:  I think that's fine, as

13  long as we do that.  Thank you, Your Honor.

14             MS. JACKS:  Do you want to show him those

15  pictures right now?

16             (The following proceedings were held in

17  open court.)

18  BY MS. JACKS:

19      Q.   Officer Price, those are marked E-1

20  through 18 up there on the bench before you.  And

21  I'd just ask you to take a look at those pictures

22  and see if you recognize that to be Housing Unit 1-A

23  at Southern New Mexico Correctional Facility.

24      A.   Yes.

25      Q.   Take your time and just flip through them
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   all.  Okay?

 2        A.   It looks like 1-A.

 3        Q.   Basically what the housing unit looked

 4   like on March 7 of 2014?

 5        A.   Yes.

 6        Q.   And as we go through these pictures, if

 7   there's anything that you see that you think is

 8   different, will you bring that to our attention?  In

 9   other words, if there's anything different in the

10   picture than how it was set up on March 7, 2014,

11   would you just point that out to us?  And we're

12   going to go through them one by one on the screen.

13        A.   Okay.

14             MS. JACKS:  May E1 through 18 be admitted?

15             THE COURT:  Any objection?

16             MR. CASTELLANO:  No, Your Honor.

17             THE COURT:  E1 through E18 inclusive and

18   without gaps are admitted into evidence.

19             (Defendants' Exhibits E-1 through E-18

20   admitted.)

21   BY MS. JACKS:

22        Q.   Thank you.  So why don't we start with E1.

23   Can you tell us what view is depicted in E1?

24        A.   That looks like right when you walk into

25   the door, the sliding door.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And when we're talking about the door,

2  we're talking about the one door that you go in and

3  out of the unit in on a -- multiple times a day.

4     A.   Yes, the door to that pod.

5     Q.   And that's the door that has a window on

6  it; right?

7     A.   Yes.

8     Q.   I think we have a picture of that.  Okay.

9  So in order to get to the upper tier, you go up the

10 stairs?

11    A.   Yes.

12    Q.   Then there's a tier that you go down a few

13 stairs to get to; right?

14    A.   Yes.

15    Q.   And then when you enter the unit, are you

16 on the level of the day room?

17    A.   Yes.

18         MS. JACKS:  All right.  You can go to the

19 next one.  E2.

20    Q.   Can you briefly describe to us what this

21 is, what view we're getting here?

22    A.   That's just the average day room where

23 it's got tables, where the inmates can sit and eat

24 or play games or do schoolwork.

25    Q.   And then you see the two layers of cells,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    bottom layer, top layer?

2         A.   Yes.

3         Q.   Does this picture appear to be taken

4    pretty much right after you walk into the pod, take

5    a few steps in?

6         A.   Yes.

7              MS. JACKS:   All right.   We can go to the

8    next picture.

9         Q.   So E3.   What is depicted in E3?

10        A.   That's a picture of the control center and

11   the door looking into the control space.

12        Q.   At the control center, that's where the

13   officer that's not a rover sits and makes the log

14   and keeps an eye out; right?

15        A.   Yes.

16        Q.   And it was the window -- does this control

17   center also have windows that look onto yellow pod

18   and green pod?

19        A.   Yes.

20        Q.   And was it the window of this control

21   center that the control officer banged on to get

22   your attention that there was a disturbance?

23        A.   Not on that window per se, but it was a

24   window like that.

25        Q.   A similar window, but in -- the window

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   that overlooks green pod?

2        A.   Yellow pod.

3        Q.   I'm sorry, yellow pod.  Okay.  There's a

4   hole in the window.  What's that for?

5        A.   That's a gun port for where you could pull

6   a shotgun out to shoot less lethal ammunition.  And

7   that has been changed since March 7.

8        Q.   Was there a hole in the window to use a

9   gun through?

10       A.   Yes, but it was much smaller at that time.

11       Q.   Okay.  And we see a blue door with an exit

12  sign over it.  Is that the door that you use to

13  enter and exit pods multiple times a day?

14       A.   Yes, and that's the window I looked

15  through.

16       Q.   And just above the exit sign, I see what

17  looks like to be, like, a little round black thing.

18  What is that?

19       A.   Which one?

20       Q.   I'm looking right here.

21       A.   The one right above the exit?  I believe

22  that appears to be the camera.

23       Q.   And this is also a camera here, just to

24  the left of it?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And is there another camera around the

2  corner?

3    A.   Yes.

4         MS. JACKS:  Can we have the next

5  photograph?  I think it's E4.  Again, what is this

6  view of?

7    A.   Basically right when you walk in the door,

8  the entrance door of B pod, or blue pod.

9    Q.   Looking up to the upper tier and down to

10  the lower tier?

11    A.   Yes.

12    Q.   Okay.  E5?

13    A.   That's basically the same thing right when

14  you walk in just looking to the right a little bit.

15    Q.   Okay.  E6?

16    A.   That's a little bit more to the right.

17    Q.   E7?

18    A.   That's all the way to the right.

19    Q.   That's looking all the way towards the

20  wall of blue pod that abuts yellow pod; is that

21  right?

22    A.   Yes.

23    Q.   And I see two exit doors on the far

24  right-hand side of that picture.

25    A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1702

```
 1        Q.   Are those the emergency exit doors?

 2        A.   No.

 3        Q.   Okay.  What are those?

 4        A.   Those are interpod doors that go to the

 5   other pods.

 6        Q.   I thought you said there were some doors

 7   that were only there for emergencies, that weren't

 8   normally used.

 9        A.   That's those doors right there.

10        Q.   So these doors are generally locked and no

11   one goes in or out of them over the course of a

12   shift, or many shifts?

13        A.   Correct.

14             MS. JACKS:  Can we have the next picture,

15   please?

16        A.   That's a picture further left where you

17   could see the TV and the microwave and the phone.

18        Q.   And we see those same two doors --

19        A.   Yes.

20        Q.   -- on the left side of this picture?

21        A.   Yes.

22             MS. JACKS:  What number was that?

23             MS. GILBERT:  E8.

24   BY MS. JACKS:

25        Q.   Okay.  E9.  That's just sort of panning
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1703

```
 1   around in the same direction?
 2        A.   Yes.
 3        Q.   And we see the phone there on the wall;
 4   right?
 5        A.   Yes.
 6        Q.   And is the phone mounted on the wall just
 7   below the bubble?
 8        A.   Yes.
 9        Q.   And I think in that picture, do we see the
10   other security camera?
11        A.   Yes.
12             MS. JACKS:  Can we have E10?
13        Q.   What is this a view of?
14        A.   That's a picture of right below the bubble
15   and the janitor's closet and the door exiting to the
16   little space outside.
17        Q.   So the door that you use to enter and exit
18   the unit?
19        A.   Yes.
20        Q.   So we sort of just panned around the whole
21   unit just now.
22        A.   Yes.
23             MS. JACKS:  Are we on E11?
24        Q.   What is this a view of?
25        A.   That's a picture of the top tier looking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1704

```
 1  down.
 2       Q.   Okay.  And you can see the bubble?
 3       A.   Yes.
 4       Q.   And do the officers in the bubble
 5  essentially look right over onto the top tier?
 6       A.   You can.
 7       Q.   Can you hear what's going on if you're in
 8  the control booth and you're the control officer?
 9       A.   If you have the little windows -- that
10  little square window open, you can hear.
11            MS. JACKS:  Can we see the next one?
12       Q.   This is E12.  Essentially the same view?
13       A.   Yes.
14       Q.   E13.  Now, can you tell us what view is
15  depicted here?
16       A.   That's a picture of the top tier looking
17  straight out to the other side of the --
18       Q.   So this would be, like, if you were at the
19  top of the stairs on the top tier and you turn and
20  just look straight down the tier?
21       A.   Yes.
22       Q.   And in this photograph do you see cell
23  105?
24       A.   Yes.
25       Q.   And is cell 105 the cell that was assigned
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1705

1  to Javier Molina on March 7 of 2014?

2      A.   Yes.

3           MS. JACKS:  Can we have the next one?

4  That's E14.

5      Q.   So tell us what view this is, or how the

6  view is changing?

7      A.   It's just the camera angle turned a little

8  bit more to the right on that one.

9      Q.   So we're walking down the top tier and

10 turning and looking towards the cells that start to

11 run the other direction?

12     A.   Yes.

13     Q.   Okay.  E15.  Can you tell us what that is,

14 Officer Price?

15     A.   It's just a little bit more of an angle to

16 the right.

17     Q.   And on the far right-hand side of this

18 photograph, do we see one of those exit doors that's

19 used for emergencies?

20     A.   Yes, the interpod doors.

21     Q.   The interpod doors.  Okay.  E16.  What is

22 this?

23     A.   Looks like it's in front of cell 105

24 looking on the lower tier.

25     Q.   And looking back towards the stairway;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1706

1    right?

2         A.    Yes.

3         Q.    And we can't see it because there is

4    somebody standing there, but if you were -- if that

5    person wasn't there on the far left-hand side of the

6    photograph, would you be able to see the door where

7    you normally enter and exit the housing unit?

8         A.    Yes.

9              MS. JACKS:    Can we see the next one?

10        Q.    And this is E17.    What is the view here,

11   Officer Price?

12        A.    That's the view of the top tier on cells

13   5, 6, 7, and 8.

14        Q.    And that's taken from right around the

15   corner right outside cell 105 looking towards yellow

16   pod?

17        A.    Yes.

18             MS. JACKS:    And this is our last one;

19   right?   E18?

20        Q.    Do you recognize the perspective that this

21   photograph was taken from?

22        A.    Looks like it was taken from the top tier

23   right at the edge of the railing.

24        Q.    Okay.   And looking towards the direction

25   of the bubble and kind of down; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1707

```
 1        A.    Yes.
 2        Q.    And other than the size of the little gun
 3   port that's cut in the window of the bubble, did you
 4   notice anything about these pictures that was
 5   different than March 7, 2014?
 6        A.    I couldn't tell any changes other than the
 7   window.
 8        Q.    Okay.  You were asked some questions about
 9   legal paperwork.  Do you recall those questions?
10        A.    Yes.
11        Q.    Are inmates allowed to possess legal
12   paperwork?
13        A.    Yes.
14        Q.    Okay.  Based on New Mexico Department of
15   Corrections regulations?
16        A.    Yes.
17        Q.    Are there restrictions on the type of
18   legal materials they can possess?
19        A.    I'm not 100% sure on that.
20        Q.    Are you familiar with the New Mexico
21   Department of Corrections policy, I think it's
22   labeled CD-150200?
23        A.    Probably.
24        Q.    About inmate property and what they're
25   allowed to have?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1708

1       A.    Yes.

2       Q.    I mean, one of the things that the

3   Department of Corrections controls with their

4   inmates is what personal property they can actually

5   possess; right?

6       A.    Yes.

7       Q.    Like down to the number of shirts you can

8   have and the number of pants, the number of socks;

9   right?

10      A.    Yes.

11      Q.    And then there's certain types of

12  electronics an inmate might be able to possess,

13  depending on where they're housed and how they've

14  behaved?

15      A.    Yes.

16      Q.    And then there is a certain amount of what

17  I think you called canteen items they're allowed to

18  possess?

19      A.    Yes.

20      Q.    With respect to legal materials, are

21  inmates permitted to possess legal materials of some

22  types?

23      A.    Yes.

24      Q.    Are they permitted to possess legal

25  materials regarding cases they intend to file?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And are they also permitted to possess

 3   legal materials related to cases that are filed and

 4   still active?

 5        A.   Yes.

 6        Q.   Other than those two types of legal

 7   materials, are there any other legal materials

 8   they're allowed to possess?

 9        A.   I believe only active cases that are

10   active at the time.

11        Q.   So either materials related to a case

12   you're actively fighting, or related to a case that

13   you intend to file?

14        A.   Yes.

15        Q.   I guess that's in relation to something

16   like if someone was going to bring a civil rights

17   action or something like that?

18        A.   Yes.

19        Q.   So part of your duties as a correctional

20   officer is to make sure that the inmate isn't

21   possessing legal materials that are unauthorized?

22        A.   Correct.  I don't read them, the legal

23   material.

24        Q.   But you are aware of which inmates have

25   active pending cases that they're fighting; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1710

```
 1       A.   Yes.

 2       Q.   Because they have to go back and forth to

 3   court?

 4       A.   Yes.

 5       Q.   And I guess inmates make you aware of

 6   materials related to cases they intend to file?

 7       A.   Yes.

 8       Q.   So that you don't take those?

 9       A.   Yes.

10       Q.   Is there a form, a standard form, that the

11   New Mexico Department of Corrections has for the

12   purpose of inventorying an inmate's property?

13       A.   Yes.

14       Q.   And is that a form that you have filled

15   out in the past?

16       A.   It's been many years, but yes, I filled

17   one out.

18       Q.   When are those forms -- when would a

19   correctional officer such as yourself be in a

20   position of filling out that kind of form?

21       A.   On days that they're going to get

22   transferred out to another facility.

23       Q.   Any other occasion?

24       A.   Also when they get locked up, put in the

25   hole.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1711

 1      Q.   So when an inmate is going to be
 2   transferred, you would go through their property and
 3   inventory it?
 4      A.   Yes.
 5      Q.   And that's for the purpose of making sure
 6   they don't have any contraband?
 7      A.   Yes.
 8      Q.   Because you're not going to let them move
 9   contraband to another institution?
10      A.   Yes.
11      Q.   And the other situation that would present
12   itself is if an inmate is going to be moved from
13   their housing unit into a disciplinary housing unit?
14      A.   Yes.
15      Q.   And again, you would inventory their
16   property?
17      A.   Yes.
18      Q.   When you inventory an inmate's property,
19   is it placed somewhere or is there something you
20   physically do with it?
21      A.   After we inventory it, we place it in a
22   property ID, for the property ID sergeant to re-go
23   through it and re-inventory it again.
24      Q.   So you put it in, like, a plastic bag?
25      A.   Yes.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                     (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1712

1       Q.   It's a clear plastic bag?

2       A.   Yes.

3       Q.   Then you take it to the property officer

4    and he double-checks your work?

5       A.   Yes.

6       Q.   And then is the inmate -- if the inmate is

7    moved, let's say, for example, transferred to

8    another institution, is he allowed to carry that

9    plastic bag with him, like somebody would carry a

10   suitcase?

11      A.   No.  It would get put on the transport

12   van, but the inmate won't have access to it while

13   he's on transport.

14      Q.   So it gets transported at the same time as

15   the inmate, but separate from the inmate.

16      A.   Yes.

17      Q.   Almost liked checked baggage on an

18   airplane?

19      A.   Yes.

20      Q.   And at the other end, is it then supposed

21   to go to the property officer at the new

22   institution?

23      A.   Yes.

24      Q.   So property is transported at the same

25   time as the inmate, but not carried by the inmate.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1713

```
 1        A.   Correct.
 2        Q.   And then at the receiving institution, is
 3   there a requirement for an additional property
 4   inventory?
 5        A.   They will do another property inventory
 6   when it gets to a new location.
 7        Q.   And on the property inventory form, is
 8   there a place that the inmate has to acknowledge the
 9   correctness of the form?
10        A.   He's supposed to sign for it when he
11   receives his property.
12        Q.   Okay.  What about if you're packing
13   somebody up to ship them somewhere else?
14        A.   The inmate does not sign.
15        Q.   He doesn't sign it?
16        A.   No.
17        Q.   He would sign it when he got it returned
18   to him?
19        A.   Yes.
20        Q.   And would that be concurrent with
21   returning the property to him.
22        A.   Can you repeat that?
23        Q.   Would that be at the same time?  If I'm an
24   inmate, I've just been transferred here to Las
25   Cruces, so if you hand me my property back, would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you also hand me a copy of that inventory form and

2   ask me to sign it?

3       A.   You're supposed to, yes.

4       Q.   Okay.

5            MS. JACKS:  Thank you, Your Honor.  I

6   don't have anything further right now.

7            THE COURT:  Thank you, Ms. Jacks.

8            Ms. Duncan, Mr. Lowry?

9            MS. DUNCAN:  We have no questions, Your

10  Honor.

11           THE COURT:  All right.  Mr. Castellano,

12  redirect of Mr. Price?

13           MR. CASTELLANO:  Yes, sir.

14           THE COURT:  Mr. Castellano.

15                 REDIRECT EXAMINATION

16  BY MR. CASTELLANO:

17      Q.   All right, Officer Price, I'm going to

18  show you --

19           MR. CASTELLANO:  Can we have the

20  visualizer please?  Thank you.

21      Q.   I'm going to show you Defendants' Exhibit

22  E3, which is what you've referred to as the bubble.

23      A.   Yes.

24      Q.   And I'm going to circle a window here.

25  Tell us what that is, please.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                 (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                              1-800-669-9492

PROFESSIONAL COURT                                          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

1715

1       A.    That's the gun port.

2       Q.    And you mentioned that's a different size

3   than it was on March 7 of 2014?

4       A.    Yes.

5       Q.    About how much smaller was it on that

6   occasion?

7       A.    See that little circle below right in

8   here?

9       Q.    Yes.

10      A.    It was just a little bit bigger than that

11  circle.

12      Q.    And do you know if that caused any

13  problems with trying to stop the Molina assault by

14  not being able to put a weapon through that port?

15      A.    I wasn't the one upstairs, so I couldn't

16  answer that.

17      Q.    Do you recall from your own experience how

18  easy or difficult it was with a smaller port?

19      A.    It was more difficult with a smaller port.

20      Q.    Are you aware whether or not that resulted

21  in the change in the size of the window as a result

22  of the Molina incident?

23      A.    It was.

24      Q.    And on the same exhibit, I'm going to go

25  ahead and circle two items on there.  What are

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

1716

 1    those?

 2         A.    Cameras.

 3         Q.    And do you recall on March 7, 2014,

 4    whether all three cameras were working?

 5         A.    I was always told they were all working at

 6    all times, but I didn't know if any were down or

 7    not.

 8         Q.    And so, for example, you've seen two

 9    angles that were shown to you in court.  Have you

10    seen the third?

11         A.    No.

12         Q.    This is Exhibit E10.  When the Molina

13    assault was happening, do you see the blue door in

14    the picture?

15         A.    Yes, sir.

16         Q.    On which side of the door were you?

17         A.    I was on the other side of that door.

18         Q.    You mentioned the small window.  Do you

19    see it there?

20         A.    Yes, sir.

21         Q.    So that window, you mentioned it was

22    somewhat hard to see because of the size?

23         A.    Yes.

24         Q.    And where was Mr. Molina?

25         A.    He was up against the window.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                              BEAN                                 1-800-669-9492
                              & ASSOCIATES, Inc.                   e-mail: info@litsupport.com
                              PROFESSIONAL COURT
                              REPORTING SERVICE

1   Q.   On the inside?  I was going to put a
2   circle here by the wall.  Was he on that side of the
3   door?
4       A.   Yes.
5       Q.   Turning your attention to Defendants'
6   Exhibit E17, I'm not sure if you can see that with
7   the glare.  Can you see it okay?
8       A.   I can see it pretty decent.
9       Q.   That seems like an easier picture to see.
10  Can you see that better?
11      A.   Yes.
12      Q.   I'm going to circle on E17 a door in that
13  picture.  Can you see something underneath that
14  door?
15      A.   You can see a shadow under there on the
16  right.
17      Q.   You mentioned earlier that there is a gap.
18      A.   Yes.
19      Q.   Can you see the gap from that picture?
20      A.   Yes.
21      Q.   And from your experience, either roving or
22  maybe even when you're in the bubble, have you seen
23  inmates at this door?
24      A.   Yes.
25      Q.   What have you seen inmates doing at that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1718

1   door?

2       A.   They're talking, they're passing kites,

3   and they also fish underneath that door.

4       Q.   This is blue pod.  Which pod is on the

5   other side of blue pod?

6       A.   Yellow pod.

7       Q.   Do you recall if Carlos Herrera was in

8   yellow pod during this time period?

9       A.   I honestly can't remember.

10      Q.   And you were questioned earlier, obviously

11  there is no window on this door; correct?

12      A.   No, sir.

13      Q.   Now defendant Sanchez's attorney asked you

14  about the inventory forms and you said you're

15  supposed to, when it comes to doing the inventory.

16  Do you know if that always happens?

17      A.   It does not always happen.

18      Q.   Why is that, if you know?

19      A.   A lot of the time, like a big incident,

20  like a murder, you don't have the time to do it

21  proper.

22      Q.   And what about when there is a transport

23  going on and people are in a hurry to get inmates

24  moved from one facility to the other?

25      A.   Usually we already know about the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  transports ahead of time, so we have lots of time to
2  get all that done.
3       Q.   What about a transport that's leaving the
4  facility?
5       A.   Usually we know when it happens, unless
6  it's an emergency transport; then it doesn't get
7  done.
8       Q.   Now regarding the legal paperwork, earlier
9  you made a gesture of having a handful of documents,
10 and you made a gesture like you were thumbing
11 through it; is that correct?
12      A.   Yes.
13      Q.   So if you're not allowed to read the
14 documents, how do you know if there are other
15 documents inserted in the legal documents?
16      A.   We don't.
17      Q.   If we don't need the exhibit, I won't put
18 it up, but what time was rec?
19      A.   Which pod?  Every pod was at a different
20 time.  But I believe blue pod was 2:00 to 3:00 or
21 are 2:30 to 3:30 that date.  I'm not 100% positive
22 on the time.
23      Q.   So your recollection right now is during
24 that time period, recreation for blue pod was about
25 2:00 to 3:00 p.m.?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1720

1      A.   Yes, sir.

2           MR. CASTELLANO:  If I can, can I have

3    Exhibit 11, please?

4           And for the record this is the exhibit

5    that has channel 5 currently displayed in the upper

6    left-hand side?

7      Q.   Okay.  From this view, are you able to see

8    what you call the inner pod door?

9      A.   No, sir.

10     Q.   And if we can get the next channel -- I

11   think it's 4 -- I'm now showing you Government's

12   Exhibit 11.  It's the other video and it has channel

13   or CH 04 in the upper left-hand corner.  Same

14   question.  Can you see the inner pod door from that

15   view?

16     A.   No.

17     Q.   And have you seen any other video showing

18   the third view from the third camera?

19     A.   No.

20     Q.   I'm going to draw your attention to

21   Exhibit 162.  Now, this exhibit, I think it's pretty

22   obvious now, but I'm going to go ahead and draw on

23   the screen.  In between the pods where you have the

24   day rooms, there is a dotted line.  And on two parts

25   of the exhibit, I've basically drawn a red line.  Do

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   those dotted lines reflect the walls between the
 2   pods?
 3        A.   Yes.
 4        Q.   And then can you see where it says inner
 5   pod door on -- I'm going to go ahead and indicate
 6   here --
 7        A.   Yes, I can.
 8        Q.   -- with an arrow.  Is that the same inner
 9   pod door I was asking you about earlier that showed
10   a gap underneath the door?
11        A.   Yes.
12        Q.   So if somebody wanted to get something
13   from -- I'll put a B here, that would be the pod
14   furthest south on the diagram; yellow pod was next;
15   is that correct?
16        A.   Yes.
17        Q.   That would be farthest west of the pods,
18   and green pod is farthest north; correct?
19        A.   Yes.
20        Q.   Would it be possible from your experience
21   that a note could travel as far as blue pod through
22   the inner pod doors and into green pod even through
23   the doors?
24        A.   Yes.
25             MR. CASTELLANO:  I pass the witness, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Honor.

2              THE COURT:  Thank you Mr. Castellano.  It

3    looks like, Mr. Price, you may step down.

4              MS. JACKS:  Your Honor, I have just a few

5    follow-ups questions.

6              THE COURT:  Go ahead, Ms. Jacks.

7                      RECROSS-EXAMINATION

8    BY MS. JACKS:

9        Q.   You're almost ready to step down.  Officer

10   Price, I just want to ask you a couple of questions

11   in follow-up on what Mr. Castellano just told you.

12             MS. JACKS:  Can I have that EM?

13       Q.   I'm just putting the diagram back up, EM,

14   the one that we marked earlier.  So we saw pictures

15   from inside blue pod.  But do yellow pod and green

16   pod -- are they set up basically the same?

17       A.   They're basically set up basically the

18   same way.

19       Q.   Just different colors?

20       A.   Just different colors, and TV and

21   microwave might be in a different location.

22       Q.   And do yellow pod and green pod also have

23   security cameras?

24       A.   Yes.

25       Q.   And those security cameras also record;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1723

```
 1   right?
 2       A.   They're supposed to, yes.
 3       Q.   So the inner pod doors, the upper and
 4   lower that are between blue pod and yellow pod, are
 5   there cameras -- if they're working, is there a
 6   camera in blue pod that captures that inner pod
 7   door?
 8       A.   Yes.
 9       Q.   Is there also a security camera in yellow
10   pod --
11       A.   Yes.
12       Q.   -- that captures that inner pod door?
13       A.   Yes.
14       Q.   And have you seen any video from yellow
15   pod for the date of March 7, 2014?
16       A.   No.
17            MS. JACKS:  Thank you.  I have nothing
18   further.
19            THE COURT:  Thank you, Ms. Jacks.
20            Mr. Maynard?
21            MR. MAYNARD:  Just a couple of questions,
22   Your Honor.
23            THE COURT:  You may.
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                      RECROSS-EXAMINATION

 2   BY MR. MAYNARD:

 3        Q.   Mr. Price, when people -- when inmates are

 4   transferred in from another facility or when they

 5   arrive at another facility, are they held separately

 6   and isolated from the general population of their

 7   pod?

 8        A.   Like when they first arrive?

 9        Q.   When they first arrive?

10        A.   Probably about an hour, and then they're

11   sent to their housing unit.

12        Q.   When they're in their housing unit, are

13   they held in any separate status, if you know?

14        A.   They're on orientation status and they're

15   locked in their cells.

16        Q.   How about -- do they have shower

17   privileges during that timeframe?

18        A.   Yes, they do.  They're supposed to get a

19   shower a day.

20        Q.   One a day.  And they're out without any

21   escort?  They're out in the general population just

22   for the shower?

23        A.   No, all the other inmates are locked down

24   while they're out.

25        Q.   While they're out.  So that person might
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   be in the shower; everyone else is locked in?

 2        A.   Yes.

 3        Q.   And that orientation status lasts for how

 4   many days?

 5        A.   Approximately seven days.

 6        Q.   Seven days?

 7             MR. MAYNARD:  Thank you.

 8             THE COURT:  Thank you, Mr. Maynard.

 9             Mr. Castellano, anything further?

10             MR. CASTELLANO:  No, Your Honor.

11             THE COURT:  All right.  Mr. Price, you may

12   step down.

13             Is there any reason that Mr. Price cannot

14   be excused from the proceedings?

15             MR. CASTELLANO:  No, Your Honor.

16             MR. VILLA:  Your Honor, we'd like him

17   subject to defense recall.  He doesn't need to stay

18   at the courthouse.

19             THE COURT:  You're free to leave the

20   courthouse, but you're subject to recall, so you

21   can't enter the courtroom.  Thank you, Mr. Price.

22   Thank you for your testimony.

23             All right.  Mr. Beck, does the Government

24   have its next witness or evidence?

25             MR. BECK:  Your Honor, the United States
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  calls David Calbert.  And may we approach?

2          THE COURT:  You may.

3          (The following proceedings were held at

4  the bench.)

5          MR. BECK:  Your Honor, I just want to make

6  sure that I'm clear on the Court's ruling.  I

7  understand the Court's ruling to allow in Mr.

8  Calbert's discussion with Cheech.

9          THE COURT:  Is that Martinez?

10         MR. BECK:  Yes.

11         THE COURT:  What's his first name?  I've

12 been calling him T. Martinez in my opinions.

13         MR. BECK:  Joe T. Martinez is one of our

14 other witnesses.

15         THE COURT:  So where Joe Martinez tells

16 him, "Take this down there for Pup," what did he

17 say?

18         MR. BECK:  "Take this down there for Pup."

19         THE COURT:  I think that's going to be a

20 803-3 statement, but I think it's also a

21 co-conspirator statement.

22         MS. FOX-YOUNG:  To be clear, I think the

23 T. Martinez we've been referring to is Tim Martinez.

24 So this is a new co-conspirator we didn't hear about

25 at the James --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           MS. DUNCAN:  Your Honor, we first got the
 2   statement on the 28th.  We weren't aware before
 3   that, and there has been no evidence to suggest that
 4   this Martinez Cheech is a member of the conspiracy
 5   with Mr. Baca.  So I don't think it is a
 6   co-conspirator statement, so we object both that
 7   it's hearsay and late notice.
 8           THE COURT:  What are you going to do to
 9   establish -- what is his name?  Joe Martinez?
10           MR. BECK:  Yes.
11           THE COURT:  What are you going to do to
12   establish him as a co-conspirator?
13           MR. BECK:  I think the facts that would
14   establish he's a co-conspirator is that he passed
15   the paperwork from Pup to David Calbert.  And so --
16           THE COURT:  He's the messenger.
17           MR. BECK:  Right.  So the paperwork has to
18   exist.
19           THE COURT:  Is he going to be able to
20   testify that he knew what he was carrying down
21   there?
22           MR. BECK:  Yes.
23           THE COURT:  He knew what the object of the
24   conspiracy was, or the object of the paperwork, what
25   it contained, that sort of stuff?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1728

```
 1            MR. BECK:  Yes.  He read it.
 2            MS. DUNCAN:  Your Honor, the only evidence
 3  that they have that Joe Martinez had this
 4  conversation with Anthony is from David Calbert
 5  saying that he said so.  There is no independent
 6  evidence that suggests -- they're not calling Joe
 7  Martinez.  He's on a backup list.
 8            THE COURT:  If Calbert gets -- how are you
 9  going to -- how are you going to establish Martinez
10  read the materials and knew those?
11            MR. BECK:  Well, because Martinez said,
12  "Pup wants this done.  Pup wants to get it done."
13  He knows what the paperwork contains.  There is no
14  other reason.
15            THE COURT:  Other than the
16  co-conspirator's statements that Martinez -- that
17  Calbert is going to say that Martinez told him, is
18  there any other evidence to establish or confirm
19  that Martinez, Joe Martinez, was part of the
20  conspiracy?
21            MR. BECK:  I think Mr. Calbert will
22  testify that he knew that Joe Martinez and Mr. Baca
23  were close; that they talked.  But outside of that,
24  it's just the paperwork.
25            THE COURT:  And Joe Martinez is not going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to testify in the trial?

2          MR. BECK:  He's not.  At this point he's

3   not.

4          MS. DUNCAN:  Your Honor, I'd like to note

5   for the record that David Calbert had not met Mr.

6   Baca, so any information he had that Mr. Martinez

7   and Mr. Baca were close is hearsay and outside of

8   personal experience.

9          THE COURT:  Well, if he knows they're

10  close, that could come from a number of sources,

11  couldn't it?  He could observe them or know them

12  from the organization.

13         MS. DUNCAN:  He'd never met Mr. Baca or

14  spent time around Mr. Baca.  There is no evidence.

15  He had to get it from someone other than Mr. Baca

16  and other than from personal observation.  So that

17  is really coming straight out of the mind of David

18  Calbert and no one else.

19         THE COURT:  Well, I mean, does he have a

20  source other than just hearsay of him being close?

21         MR. BECK:  I don't know.

22         THE COURT:  I guess I'm concerned.  I

23  thought it was T. Martinez.  I thought what -- I'm

24  writing these opinions, I've gotten familiar with

25  him.  But this fellow I guess we didn't analyze at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the James hearing, did we?

2           MR. BECK:  I don't think so.

3           MS. DUNCAN:  No, we did not.

4           MR. BECK:  This is -- so he knew that the

5   paperwork came from Mr. Baca.  I don't think we knew

6   precisely how Mr. Calbert knew that until the last

7   few days.  That's why it was just disclosed, as Ms.

8   Duncan said.  So Mr. Calbert will say that when Mr.

9   Martinez, Joe Martinez, handed him the paperwork, he

10  said, "Pup wants you to take this down there."

11          And then Mr. Calbert looks at it and says,

12  "What is this?"

13          And Mr. Martinez says, "Pup wants this

14  done."

15          And so again, the paperwork has to be

16  there for the conspiracy to be done.  Passing the

17  paperwork is involvement in the conspiracy, just

18  like Mr. Herrera is involved in the conspiracy for

19  passing the paperwork and authorizing the hit.

20          THE COURT:  But I'm having to use -- I

21  know I can use the hearsay statements to establish

22  the conspiracy.  But doesn't the law also require

23  something more?  It doesn't allow you to rely solely

24  on the hearsay statement, does it?

25          MR. BECK:  It requires independent proof.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I think that independent proof is Mr. Martinez

2  passing the paperwork to him.  There is no other

3  reason to pass the paperwork and say, "Pup wants

4  this done."

5        THE COURT:  Independent conduct, you're

6  saying.

7        MR. BECK:  Right.

8        MS. DUNCAN:  But Your Honor, there is a

9  reason to do it that way that has nothing to do with

10 the conspiracy.  He independently wanted Molina hit.

11 And saying that Anthony Baca ordered it is a way for

12 him to facilitate it.  There is no evidence there is

13 an agreement between Mr. Baca and Mr. Martinez

14 outside of Mr. Calbert saying it.

15       THE COURT:  But I don't think we have to

16 require that much of the proponent to get in the

17 evidence.  It has to be something about they were

18 handing paperwork to him, and Calbert can confirm

19 all that, because he looked at it.

20       MS. DUNCAN:  I mean, he can testify that

21 he got paperwork from Mr. Martinez, and we dispute

22 that.  And I'd also note to the Court that

23 Mr. Martinez is on the Government's witness list,

24 and they've interviewed and have access to him.  The

25 problem is:  We have a bunch of people talking about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1732

```
1   the paperwork from Pup and they have no evidence

2   other than hearsay and rumor.  And all they have is

3   David Calbert's testimony to show the conspiracy,

4   and it's not enough, particularly given we just got

5   notice of this this week, so --

6           MR. BECK:  I think the additional witness

7   we'll have is that Mr. Urquizo, when he testifies,

8   will testify that before this time he did speak with

9   Mr. Baca, and Mr. Baca told him he wanted him to get

10  the paperwork to make sure Molina got hit.  So we

11  have Mr. Urquizo's direct talk with Pup that Pup was

12  going to make sure that when Urquizo went down to

13  Southern New Mexico, to Southern New Mexico, that

14  Molina was going to be hit.

15          THE COURT:  I think there is enough

16  additional evidence besides just relying on the

17  statements themselves.  So I'm inclined to allow it.

18  Give me a second or two to think about it.  So

19  before you actually ask the questions related to

20  this 302, approach me again.  But I'm inclined to

21  think there is enough evidence in addition to the

22  statements themselves to make Joe Martinez a

23  co-conspirator.

24          MR. LOWRY:  Your Honor, may I make a

25  comment?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    THE COURT:  Let me let Ms. Fox-Young.
2  Then I'll come back to you.
3    MS. FOX-YOUNG:  Thank you, Your Honor.
4  Mr. Perez joins the objection.  I would just say
5  it's improper for the Court to rely on the
6  assertions of counsel, and this is why we had the
7  James hearing, and the Court has not heard any of
8  this evidence from Urquizo.
9    THE COURT:  I'm about to hear it.
10    MS. FOX-YOUNG:  The Lupe Urquizo that Mr.
11  Beck says next --
12    THE COURT:  I'm a little reluctant to rely
13  on it, but it may give me enough additional comfort
14  to allow it and find by a preponderance of the
15  evidence that Joe Martinez is a co-conspirator.
16    MS. FOX-YOUNG:  Further, Your Honor, the
17  statement is made in furtherance.  I don't think
18  there is enough there.  Mr. Perez objects.
19    THE COURT:  I don't think it's a hard one
20  to say it's in furtherance.  I mean, I'm in the
21  middle of passing these statements out.  I have sort
22  of a template.
23    MS. FOX-YOUNG:  I don't think there is a
24  temporal problem.  But not having heard from Mr.
25  Martinez -- and again, I think there isn't any

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  evidence outside of the statement itself.  I just

2  don't.

3          THE COURT:  Well, passing the note, I do

4  think we've got some action here.  There is no

5  statement, but they are passing the note, and

6  Calbert is going to be able to say what the note

7  said.

8          MS. FOX-YOUNG:  The other danger is,

9  you're doing this in front of the jury.  This has

10 not been done in a James hearing.  We don't know

11 what Calbert is going to say, so there may not be

12 enough there.

13         THE COURT:  I'm not sure what he's going

14 to tell Mr. Beck.  Reapproach and let me think about

15 it.

16         MR. LOWRY:  While you're thinking, Your

17 Honor, I just wanted to point out while I don't

18 disagree with Mr. Beck's representation, the problem

19 with the Lupe Urquizo statement is really

20 bootstrapping David Calbert's statement -- the

21 allegation that David Calbert gets to Level 5 and

22 hands Lupe Urquizo the paperwork.  And so it doesn't

23 really add anything to the conspiracy analysis

24 because he's just parroting the same.  And so like

25 Ms. Duncan said, you're just using Mr. Baca's name

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1735

1   for your own independent reasons.

2          THE COURT:  I'm a little reluctant to rest

3   it on whether Urquizo is going to say it, but I do

4   think that Mr. Martinez and Mr. Calbert together

5   here are going to be able to provide enough and

6   maybe Urquizo just gives a little bit more going to

7   the --

8          MS. JACKS:  For the record, Mr. Sanchez

9   joins in the objections.

10          THE COURT:  You join, as well?

11          MS. BHALLA:  Yes, Your Honor, I do.  And

12   just briefly I think part of the problem defense

13   counsel is having -- it's really impossible for us

14   to figure out whether or not these independent

15   assertions are supported by other evidence because

16   of the late disclosures.  And that's an ongoing and

17   repeated problem we're dealing with.  So I just want

18   to make sure that we note that.

19          THE COURT:  All right.  You may approach.

20          MR. BECK:  The second thing is if the

21   Court is going to allow Mr. Perez' admission to Mr.

22   Calbert in Estancia to come in, Mr. Perez tells

23   him --

24          THE COURT:  Yes, yes.  I'll have to give a

25   limiting instruction on that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1736

```
 1          MS. FOX-YOUNG:  Can I make a statement on
 2   that?  Again, this is the August 2017 interview for
 3   which the 302 was turned over January 12.  This is
 4   clearly Rule 16 as specifically denoted in the rule.
 5   This is a statement of the defendant.  There is no
 6   reason why it wasn't turned over.  The Government's
 7   sandbagging, giving this to us two weeks before
 8   trial in a raft of thousands of pages of documents,
 9   and the Court shouldn't allow it.
10          MR. BECK:  This isn't a Rule 16 statement
11   since it was Mr. Perez' statement to Mr. Calbert.
12   It's not a statement given to a known law
13   enforcement agent.  So it's not clearly a Rule 16
14   statement of the defendant.
15          THE COURT:  Well, when did you have --
16   when did you have this statement?
17          MR. BECK:  In Estancia, when we first --
18          MS. FOX-YOUNG:  August 22, 2017.
19          THE COURT:  This was turned over as part
20   of the Jencks material?
21          MS. FOX-YOUNG:  January 12.
22          THE COURT:  I guess I'm thinking this is
23   just classic Jencks material rather than any
24   Giglio-Brady material.
25          MS. FOX-YOUNG:  Your Honor, I'm not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1737

```
 1   arguing that it's Giglio-Brady.  There is
 2   Giglio-Brady in that disclosure.
 3            THE COURT:  It's a Rule 16.
 4            MS. FOX-YOUNG:  It's a statement of
 5   Mr. Perez.  It's Rule 16, and they sat on it, and we
 6   have no time to investigate it, to suss it out, and,
 7   you know, I think the Court ought to sanction the
 8   Government for a discovery violation and shouldn't
 9   allow that statement.
10            THE COURT:  Why wasn't this one turned
11   over earlier?
12            MR. BECK:  I believe that the United
13   States held back Mr. Urquizo's debrief when he
14   cooperated, as a Jencks statement, so it was turned
15   over.
16            MS. FOX-YOUNG:  This is Calbert.
17            MR. BECK:  Did I say Urquizo?
18            MS. FOX-YOUNG:  Your Honor, Rule 16
19   contains no such language about limiting statements
20   to those given to Government agents.  16(a)(1)(A).
21   Upon a defendant's request the Government must
22   disclose to the defendant the substance of any oral
23   statement by the defendant before or after arrest,
24   and then goes on to B) defendant's written statement
25   which includes all statements.  So the language that
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1738

1    Mr. Beck is referring to is in (A).  It's the

2    statement of the defendant.

3              MR. BECK:  I think it's also included in

4    (B).

5              MS. FOX-YOUNG:  And in fact, Mr. Calbert

6    was acting as a Government agent.  I think that's

7    clear.

8              MR. BECK:  Not at the time that Mr. Perez

9    gave the statement to Mr. Calbert.

10             MS. FOX-YOUNG:  I'd like to voir dire him

11   on that.  It's unclear from the report.  But --

12             MR. BECK:  Rule 16 addresses statements

13   given to known -- interrogation by a person known to

14   the defendant as a Government agent.  So it is known

15   to the person as a Government agent.  That's what's

16   covered in a Rule 16 statement.

17             MS. FOX-YOUNG:  16(B) says the Government

18   must disclose any relevant written or recorded

19   statement by the defendant if it's within the

20   Government's custody or control if the Government is

21   arguing this isn't recorded.

22             THE COURT:  Are you looking at 16?

23             MS. FOX-YOUNG:  16(a)(1)(B).

24             MR. BECK:  I think part 2 of 16(a)(1)(B)

25   refers to the Government agent -- interrogation by a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Government agent.

2            THE COURT:  It sure looks like it's more

3    of a 302 situation where the defendant writes

4    something out or records something rather than

5    another person reporting it as part of their 302.

6            MR. BECK:  That's the Government's

7    position, Your Honor.

8            THE COURT:  Do you have any law to support

9    that?

10           MR. BECK:  Not handy.  Just my reading of

11   the rule.

12           THE COURT:  Well, I don't think I'm going

13   to exclude that portion of it under Rule 16.  It has

14   been in your possession since January 12, so it came

15   out of the Jencks material.  I'm not sure there is

16   much you can do with it other than it's not a good

17   statement for you.  But I'm not sure that whether it

18   was disclosed or on January 12 would have made any

19   difference.

20           MS. FOX-YOUNG:  There are a number of

21   things we would have done.  I won't keep the Court,

22   but we've received thousands and thousands of pages

23   over the last few weeks.  We were able to identify

24   the statement with no time to run it down.  This is

25   deliberate late disclosure on the Government's part.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1740

```
 1  There is no question about that, and on the eve of
 2  trial.
 3          THE COURT:  Unless it's clear as part of a
 4  Jencks production rather than a statement to a
 5  Government agent.  If you've got some law on it, I'd
 6  be glad to take a look at it.  But looking at the
 7  rule, it's primarily talking about 302s or
 8  recordings or written statements.
 9          MS. FOX-YOUNG:  Given that it's late in
10  the date and given that we're trying to run this
11  down, would you allow us the weekend?  I don't know
12  if the Government intends to continue with Mr.
13  Calbert today, but we would like to look at the law
14  and brief the Court.  I can't find law in the next
15  10 minutes, but I'd like to alert the Court if there
16  is some authority.
17          THE COURT:  Well, take a look at it.  Do
18  the best you can to see what it is, but I guess I'm
19  just not seeing the prejudice here.
20          MS. BHALLA:  Could I add something?  The
21  prejudice in terms of what's going on with all of
22  this in addition to -- about the same time or after
23  we got this Jencks disclosure, we got this STIU
24  report where Captain Sapien and I believe it was
25  Chris Cupit interviewed people about what happened
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and it was redacted.  And part of that redacted CI
2  information was that it wasn't Calbert who brought
3  the paperwork down.  It was somebody else.  And it
4  was a whole different theory of how the paperwork
5  came down, who brought paperwork, and what happened
6  when the paperwork arrived.  And this is why we're
7  prejudiced by the delay.  There is other exculpatory
8  information that gets disclosed at the same time, or
9  after the Jencks material gets disclosed, and we
10  don't have time to go run down the leads to get the
11  impeachment witnesses to go track down the other
12  witnesses to flush out the stories, because we're
13  trying to deal with the discovery that's getting
14  dumped on us in the middle of trial.  And that's
15  prejudicial, Your Honor.
16         THE COURT:  Well, that's the way Jencks
17  works, and that's the way ongoing discovery with new
18  302s goes.
19         MS. DUNCAN:  I think the other issue, Your
20  Honor, that's prejudicial is that there are so many
21  informants in this case.  In preparing for trial
22  we've identified this informant is related to my
23  client.  This is my focus with this latest discovery
24  dump.  I think this happened to Team Perez.  You
25  don't think -- David Calbert has nothing to do with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1742

1   me, so I'm focusing on Billy Cordova, and suddenly

2   that is a huge witness.  We're not having time to

3   get up to speed on these witnesses who we didn't

4   know were relevant to our clients.  You're right.

5   Here, it's entire categories of witnesses who are

6   suddenly relevant for the first time before trial,

7   and we're scrambling.

8              THE COURT:  I'm inclined to allow the

9   statement based on my reading of Rule 16.  I'm not

10  sure if there is any violation there.  It was

11  available to the defendant on January 12, so the

12  statement has been out there for a while.  And

13  also -- I'll give it some thought, but I think there

14  is enough to let in the statements of Joe Martinez.

15  But approach me before it starts.

16             MS. FOX-YOUNG:  Your Honor, real briefly,

17  as you're giving some thought on the question of

18  Rule 16, I think the 302 is clearly a written

19  statement and should be considered by the Court

20  as -- I don't have the rule in front of me, but I

21  think it's section B of the rule.  It's not as if

22  this witness is coming, and I don't have the

23  opportunity right now to find the Court any

24  authority.  If the Court will delay the testimony on

25  this statement, we can do that.  It's not as if this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1743

```
1    witness is just going to come into court and blurt
2    this out.  This was contemplated; an interview was
3    done in August of 2017.  This prosecution team made
4    a written statement, a 302, that includes the
5    defendant's statement.  And I think it clearly falls
6    within the rule as written, 302, and I can see if
7    there is any law.
8              MS. JACKS:  For the record, Defendant
9    Sanchez objects and asks for a limiting instruction.
10             THE COURT:  All right.  I'll have to make
11   that limiting instruction.
12             (The following proceedings were held in
13   open court.)
14             THE COURT:  All right, Mr. Beck.
15             MR. BECK:  The United States calls David
16   Calbert, Your Honor.
17             THE COURT:  All right, Mr. Calbert.  If
18   you'll come up to the witness box, and before you're
19   seated, Ms. Standridge will swear you in.  So if
20   you'll raise your right hand to the best of your
21   ability there, Ms. Standridge will swear you in.
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1744

```
 1                    DAVID CALBERT,

 2        after having been first duly sworn under oath,

 3        was questioned, and testified as follows:

 4              THE CLERK:  Please be seated, and state

 5   and spell your name for the record.

 6              THE WITNESS:  David Calbert.

 7              THE COURT:  Mr. Calbert.  Mr. Beck.

 8                   DIRECT EXAMINATION

 9   BY MR. BECK:

10        Q.   Mr. Calbert, do you go by any other name?

11        A.   Spider.

12        Q.   When were you brought into the SNM Gang?

13        A.   It would have been about '98.

14        Q.   Where were you?

15        A.   In Hobbs.

16        Q.   How did you come to join the SNM?

17        A.   I was just asked to, and I ended up

18   hanging around with these guys and got in by

19   stabbing some enemy for the S to get in.

20        Q.   Is that when you -- or how you earned your

21   bones?

22        A.   Yes.

23        Q.   Was that an SNM stabbing?

24        A.   Yes.

25        Q.   Why?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.   Because he was a rival to the S.  There
2    was a little warrant for the white guys.  He ended
3    up going up to Hobbs, and we got him for that.
4          Q.   And I think you said you stabbed him?
5          A.   Yes.
6          Q.   What did you stab him with?
7          A.   A shank, a piece of metal from the mop
8    broom.
9          Q.   From the what?
10         A.   The mop broom.  A piece of metal.
11         Q.   Where did you keep that piece of metal?
12         A.   In my room, inside my mattress.
13         Q.   Did anyone help you with the assault?
14         A.   Yes.  I don't know his full name.  They
15   called him Utah.
16         Q.   Was that because it was an SNM assault?
17         A.   Yes.
18         Q.   I want to show you a couple of photo, Mr.
19   Calbert.
20              MR. BECK:  Can we bring up what's been
21   admitted as Exhibit 636?
22         Q.   Is that you, Mr. Calbert?
23         A.   Yes.
24         Q.   Look at 637.  Is that you with your
25   tattoos, Mr. Calbert?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    Yes.

 2       Q.    Have you gotten tattoos since then?

 3       A.    Yes.

 4       Q.    Where did you get those tattoos?

 5       A.    On my chest, my arms.

 6       Q.    Where were you located when you got those

 7  tattoos on your chest and your arms?

 8       A.    In Estancia.

 9       Q.    Is it allowed to get tattoos in Estancia?

10  Are you allowed to do that?

11       A.    No.

12             MR. BECK:  Will you bring up Exhibit 638,

13  please?

14       Q.    What's that tattoo on your neck?

15       A.    It's a Zia with an S in it.

16       Q.    What does that mean?

17       A.    It means I'm part of the syndicate, SNM.

18       Q.    Is that the Syndicato de Nuevo Mexico?

19       A.    Yes.

20       Q.    What about on your chin in that picture?

21       A.    That's an S also.

22       Q.    Does that also stand for the SNM?

23       A.    Yes.

24       Q.    And Exhibit 640, please.  Is that the same

25  S tattoo on your neck?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.
 2      Q.   Is that a spider web with a spider on your
 3 neck next to it?
 4      A.   Yes.
 5           THE COURT:  Mr. Beck, I know we just got
 6 started with Mr. Calbert.  But would this be a good
 7 place for us to take our afternoon break?
 8           MR. BECK:  It would, Your Honor.
 9           THE COURT:  All right.  We'll be in recess
10 for about 15 minutes.  All rise.
11           (The jury left the courtroom.)
12           THE COURT:  All right.  We'll be in recess
13 for about 15 minutes.
14           (The Court stood in recess.)
15           THE COURT:  All right.  We'll go on the
16 record.  I don't think they're Rule 16 statements.
17 So I just don't think it's going to fall within 16
18 or 16-B.  So I don't think it's a Rule 16 problem.
19 But I do want to have -- outside the presence of the
20 jury, I can rely on inadmissible hearsay to
21 determine whether Mr. Joe Martinez is a
22 co-conspirator here, and so I think I'd rather hear
23 that outside the presence of the jury.
24           So the points I think I'm going to be
25 looking for is:  Is he close, and how he knows that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    I can rely on inadmissible hearsay for that.

2              And I can also -- I think it's a closer

3    call -- if you were to ask in front of the presence

4    of the jury, I'd have to think through whether if he

5    read the materials and knew what was in the

6    materials whether those would be in furtherance of

7    the conspiracy or not.  I think certainly him

8    bringing the paperwork is, but those additional

9    statements might not be co-conspirator statements.

10   And I'm not sure I see any other hearsay exception.

11             So I think I can rely on those to

12   determine whether he's a conspirator, but I think I

13   better hear that testimony outside the presence.  So

14   if you want to ask --

15             MR. BECK:  Sure.  I think the latter

16   statement, after -- I think the latter statement may

17   also be an excited utterance.  But we will get

18   there.

19             THE COURT:  You're talking about when he

20   says, "This is nothing," that part?

21             MR. BECK:  That statement, and then the

22   response that "Pup wants it done."

23             THE COURT:  But this is nothing -- well,

24   those are Mr. Calbert's statements.  He's here.

25             MR. BECK:  "What is this?  This is


SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                            1-800-669-9492
PROFESSIONAL COURT
REPORTING SERVICE                         e-mail: info@litsupport.com

1  nothing," are Mr. Calbert's statements, which I

2  think may be excited utterances or present sense

3  impressions.  Then --

4          THE COURT:  I think present sense.

5          MR. BECK:  Right.  And Mr. Martinez'

6  response, "Pup wants this done," I think may be an

7  excited utterance because he gets the impression

8  that Mr. Calbert is not going to take down the

9  paperwork, or doesn't want to follow through with

10 it.

11         THE COURT:  I'm not quite persuaded by

12 that, but I'll think about it.  Why don't you go

13 ahead and ask Mr. Calbert the questions.

14         Mr. Calbert, I'll remind you you're still

15 under oath.

16         Mr. Beck.

17 BY MR. BECK:

18     Q.  Mr. Calbert, the paperwork is important in

19 an SNM-validated hit; is that right?

20     A.  Yes.

21     Q.  And you agreed to participate or help with

22 the Molina murder by taking the Molina paperwork

23 from the North facility to the South facility; is

24 that right?

25     A.  Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              MS. DUNCAN:  Your Honor, I'd ask that the
 2   Court instruct Mr. Beck not to lead the witness.
 3              MR. BECK:  I won't lead, Your Honor.
 4              THE COURT:  All right.
 5   BY MR. BECK:
 6        Q.   Did you read the paperwork?
 7        A.   Yes.
 8        Q.   What was it?
 9        A.   It was just saying that he had called on
10   something, on a robbery or -- I don't remember
11   exactly what it was.  But it was somewhere along
12   them lines where he said who did what.  And it's
13   been a while.  I don't remember.
14        Q.   All right.  And you didn't think it was
15   very significant or --
16        A.   Yeah.
17        Q.   Did you think it was significant?
18        A.   No, it wasn't very significant.
19        Q.   Is that statement to law enforcement -- is
20   that still ratting or snitching?
21        A.   Yes.
22        Q.   Who provided you the paperwork?
23        A.   Cheech.
24        Q.   Do you know his real name?
25        A.   I don't know his real name.  I just know
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  him by Cheech.

2       Q.   And does he know the defendant Anthony Ray

3  Baca?

4       A.   Yes, he told me he did.

5       Q.   Does he know him well?

6       A.   He says he does.

7       Q.   Did he say if they interacted with each

8  other?

9       A.   Yes.  At that point he had told me that he

10  wanted me to send -- that Pup wanted me to send that

11  down, down South, carry it with me, so...

12      Q.   And by giving you the paperwork from Pup,

13  was Cheech also agreeing and participating to

14  further the Molina murder?

15      A.   Yes.

16      Q.   And why is that?

17      A.   Because he's making sure that I'm going to

18  take it.

19      Q.   And when you said, "This is nothing," what

20  did he say in response to you?

21      A.   That's when he used Pup's name.  He told

22  me he wanted me to do that.

23      Q.   Do you know anything else about how close

24  Cheech and Pup are?

25      A.   No.  No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1752

1    Q.   You didn't learn anything after this about
2  how close they are?
3    A.   I knew they talked on the phone.
4    Q.   How often?
5    A.   I'm not sure.  I knew from the computer.
6    Q.   The tablet?
7    A.   The tablet.  Yeah.  Now, I know.
8    Q.   You heard Cheech and Pup talking on
9  recorded statements on the tablets?
10   A.   Yes.
11        MR. BECK:  I think that's probably --
12        THE COURT:  Why don't you maybe inquire --
13  one of the things you said up here at the bench was
14  you might -- that Joe Martinez may have said some
15  things about he had read the paperwork and knew what
16  the contents were and those things himself.
17  BY MR. BECK:
18   Q.   Do you know whether Cheech read the
19  paperwork and knew the contents of it?
20   A.   He didn't tell me he did, but I'm pretty
21  sure, you know.
22   Q.   Why is that?
23   A.   Because he told me what it was about,
24  really.  It was paperwork on Molina, and so I
25  figured he read it.



SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1753

```
1      Q.   He told you it was paperwork on Molina?

2      A.   Yes.

3      Q.   What does "paperwork" mean?

4      A.   It means him telling.

5      Q.   So he basically told you what the document

6   he was handing you is?

7      A.   Yes.  He didn't tell me word for word, but

8   he told me that's what it was.

9           THE COURT:  Anything further, Mr. Beck?

10          MR. BECK:  That's all, Your Honor.

11          MS. FOX-YOUNG:  Your Honor?

12          THE COURT:  Let me have Ms. Duncan go

13   first here.

14                    CROSS-EXAMINATION

15   BY MS. DUNCAN:

16      Q.   Mr. Calbert, at the time that you say that

17   Cheech gave you the paperwork, you had never met Mr.

18   Baca at that point; correct?

19      A.   No.

20      Q.   You'd never seen Mr. Baca interact with

21   Cheech?

22      A.   No.

23      Q.   So the only thing that you know about the

24   relationship between Cheech and Mr. Baca is from

25   what Cheech told you; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    And then also from what you've reviewed in
 3   the discovery?
 4        A.    Yes.
 5        Q.    And how long have you had your tablet?
 6        A.    I'd say close to a year altogether,
 7   because they took it away for a while.
 8        Q.    And how much of the discovery on that
 9   tablet have you reviewed?
10        A.    Well, most of it.  Most -- my case, really
11   you know, and some of the other cases.
12        Q.    And when you say "my case," what are you
13   referring to?
14        A.    The Paul Silva case.
15        Q.    How about the Javier Molina case?
16        A.    No, not too much, but I have.
17        Q.    You reviewed a call between Cheech and Mr.
18   Baca; correct?
19        A.    Yes.
20             MS. DUNCAN:  I have no further questions,
21   Your Honor.
22             THE COURT:  How about you, Ms. Fox-Young?
23             Thank you, Ms. Duncan.
24             MS. FOX-YOUNG:  Your Honor, I do, but it's
25   on the other issue.  Just very briefly, I'd ask at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1755

```
 1   the bench if I could voir dire on that issue, on Mr.

 2   Perez' statement?  Just on the time.  It's two

 3   questions.

 4            THE COURT:  Just refresh my memory.  What

 5   do you want to do?

 6            MS. FOX-YOUNG:  I just want to ask him

 7   about the timing of the statement with respect to

 8   the Rule 16 question.

 9            THE COURT:  Okay.  I don't remember the

10   issue, but go ahead.

11                    CROSS-EXAMINATION

12   BY MS. FOX-YOUNG:

13        Q.   Mr. Calbert, when did you receive a

14   Kastigar letter from the Government?

15        A.   A what?

16        Q.   The Kastigar letter.  Do you know what

17   that is?

18        A.   No.

19        Q.   When did you first sit down with the

20   Government and talk to them?  Was that in the

21   summer?

22        A.   Oh, yeah.  It was right after I left

23   Estancia, right before Estancia closed down.  I'm

24   not sure what month it was.

25        Q.   Okay.  "Right before" -- how many days
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1756

```
 1   before Estancia closed down?

 2        A.   I'd say a couple weeks, maybe.

 3        Q.   And then was it after that that you say

 4   Mr. Perez bragged to you about getting shanks for

 5   the Molina murder?

 6        A.   It was during that time there in Estancia.

 7        Q.   So if that happened, did -- are you saying

 8   that Mr. Perez bragged to you before you ever talked

 9   to the Government?

10        A.   Yes.

11             MS. FOX-YOUNG:  Okay.  Thank you, Your

12   Honor.

13             THE COURT:  Thank you, Ms. Fox-Young.

14             Anybody else?  Ms. Jacks?  Mr. Maynard?

15   Anybody else?

16             MS. JACKS:  No, Your Honor.

17             THE COURT:  Do you have anything further,

18   Mr. Beck?

19             MR. BECK:  Yes, Your Honor.  I'll point

20   out that also naming other members in the conspiracy

21   is an act in furtherance of the conspiracy.  So both

22   Cheech naming Pup -- well, not both.  I guess Cheech

23   naming Pup is an act in furtherance of the

24   conspiracy, as well.

25             THE COURT:  Do you have any further
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1757

```
 1  questions?
 2          MR. BECK:  No.  Sorry, I do not.
 3          THE COURT:  Well, I think you have
 4  established by a preponderance of the evidence that
 5  Joe Martinez is part of the conspiracy, so I'll
 6  allow these statements.
 7          All right, Ms. Standridge, do you want to
 8  bring the jury in?
 9          While she's getting the jury, anybody got
10  anything they need to say to me, want to say to me?
11  Anything we need to cover?
12          MR. BECK:  Getting out by 5:00?
13          THE COURT:  No.  Sorry.  I told you early
14  on, I have to say "No" a lot; right?
15          MR. BECK:  I know.  I thought I'd try.
16          MR. LOWRY:  Do you have any extra
17  Five-Hour Energy?
18          THE COURT:  I haven't had one this week.
19  Getting good rest.  Do you rest better in a trial or
20  before the trial?
21          MS. JACKS:  After.
22          THE COURT:  I start sleeping better during
23  than I did before.
24          MR. JACK:  That's because we tire you out.
25          THE COURT:  Once you get in the ball game,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   it starts getting...

2          MR. JEWKES:  Your Honor, are we going to

3   have a little voucher relief fairly soon?  We have

4   investigators and whatnot that are getting antsy.

5          MR. BECK:  Vouchers?

6          MR. JEWKES:  Vouchers.  CJA vouchers.

7          THE COURT:  I don't have a single one on

8   my desk.  I'll talk to you before we leave.  The

9   problem that I had is the Fed Ex I sent here

10  yesterday has not arrived in Albuquerque.  And I

11  can't remember if it was Wednesday that was full of

12  vouchers or yesterday.  But the package I got today

13  didn't have any.  So every one I have is either in

14  Albuquerque or en route.  I don't have a single one.

15  I sat up here and got them all paid.  The problem

16  was, I put the Fed Ex slip into today's package

17  before I realized they had it.  So I don't have a

18  way to track.  But at the worse, it's going to hit

19  there Monday.  K'Aun is out of town anyway.  She's

20  in Lubbock today and she's probably the one

21  processing those.  But I paid them all.

22          All right.  All rise.

23          (The jury entered the courtroom.)

24          THE COURT:  All right.  Everyone be

25  seated.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           On that last point, Mr. Jewkes, they had a

2   mechanical failure in El Paso with the plane, and so

3   the packages are in Memphis.

4           MR. JEWKES:  They always do, Your Honor.

5   I have tracked down a Fed Ex package, a couple of

6   them, from the Court back to Albuquerque.

7           THE COURT:  All right, Mr. Calbert, I'll

8   remind you that you are still under oath.

9           Mr. Beck, if you wish to continue your

10  direct examination of Mr. Calbert, you may do so at

11  this time.

12              CONTINUED DIRECT EXAMINATION

13  BY MR. BECK:

14      Q.   Mr. Calbert, why were you in Hobbs in

15  1998?

16      A.   That's where they sent me from RDC.

17      Q.   What's RDC?

18      A.   Like you go to a certain prison to, like,

19  verify your points and all that stuff, where they

20  want you to go, medium or minimum or whatever.

21      Q.   Okay.  Do you know what those three

22  letters stand for, RDC?

23      A.   No.

24      Q.   At RDC, it sounds like they decide which

25  facility they're going to send you to?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1760

```
 1        A.    Right.

 2        Q.    And they sent you to Hobbs?

 3        A.    Yes.

 4        Q.    What I meant by my question is:  Why were

 5   you sent to prison in 1998?

 6        A.    Oh, okay.  It's for a shooting on the

 7   street.

 8        Q.    What do you mean, a shooting on the

 9   street?  What happened?

10        A.    Just shooting from a motor vehicle.

11        Q.    What were you shooting at?

12        A.    Another person.

13        Q.    So is that what I would think of as a

14   drive-by shooting?

15        A.    Yeah, I guess.

16        Q.    Were you found guilty, or did you plead

17   guilty to aggravated assault with a deadly weapon?

18        A.    Yes, I pled.

19        Q.    I want to talk about other crimes that

20   you've done because it was expected of you as an SNM

21   member.  Did you assault or -- assault somebody in

22   1998 or 1999?

23        A.    Yes.

24        Q.    Who was that?

25        A.    Nick Olivas.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1761

```
 1        Q.   And did you do that because or by virtue

 2   of your membership in the SNM?

 3        A.   Yes.

 4        Q.   Was that an SNM-ordered hit?

 5        A.   Yes.

 6        Q.   And what did you do to Nick Olivas?

 7        A.   Just beat him up real bad.

 8        Q.   How about in 2004?  Did you do another SNM

 9   hit in 2004?

10        A.   Yes.

11        Q.   Who did you hit?

12        A.   Bandit.  I don't know his full name.

13        Q.   Is that Bandit?

14        A.   Yes.

15        Q.   Sometimes you lean away from the

16   microphone.

17        A.   Okay.  All right.

18        Q.   Why was that an SNM hit?

19        A.   Because he owed money.

20        Q.   He owed money for what?

21        A.   Drugs.

22        Q.   He owed money to the SNM for drugs?

23        A.   Yes.  Yes.

24        Q.   Is that why he was assaulted?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1762

1    Q.    Did someone order you to assault him?

2    A.    Arturo Garcia.

3    Q.    Is Arturo Garcia an SNM member?

4    A.    Yes.

5    Q.    Now, I want to talk a little bit more

6  about that hit.  Where did it happen?

7    A.    On that maximum security right there at

8  the North.

9    Q.    When you say "the North," is that the

10  North facility at the Penitentiary of New Mexico?

11    A.    Yes.

12    Q.    In Santa Fe?

13    A.    Yes.

14    Q.    Is that what is sometimes referred to as

15  the Level 6 facility?

16    A.    Yes.  Now it is, yes.

17    Q.    And where did this happen at the North?

18    A.    Right there in 3-B.

19    Q.    3-B -- is that the pod it was in?

20    A.    Yeah, the unit.  The unit.

21    Q.    Did it happen there, or did it happen in

22  the cages in the yard?

23    A.    It happened on the way coming back from

24  the yard.

25    Q.    Tell me about that.

SANTA FE OFFICE                                                                MAIN OFFICE
119 East Marcy, Suite 110                                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492
                                                                               1-800-669-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                        e-mail: info@litsupport.com

1763

1    A.   I just was coming back.  I had been

2  looking for him for a few weeks.  And I pulled my

3  mirror off the wall and we went to the yard.  We

4  were in the yard, and he was coming -- we were

5  coming back like that.  And I got a little ahead of

6  him and I knew he was coming out of the cage.  I

7  jumped my cuffs, was almost in the front door, and

8  then I ran back to the yard and I pulled my knife

9  around my neck with the string to my back so when

10  they searched me and stuff, I can look like I don't

11  got no clothes on, and then, like, turn around, I

12  can swing it around.  And that's how I had it.  And

13  I pulled it off and I ran back to the yard, and I

14  caught him coming out of his cage, and I stabbed

15  him.

16    Q.   There are a couple of things I wanted to

17  go back to there.  What did you make the shank out

18  of?

19    A.   It was a piece of a stainless steel mirror

20  that was on the wall.

21    Q.   And how did you -- let me ask this

22  question.  When you're taken out from the Level 6

23  facility to the cages in the yard, are you searched?

24    A.   Yes.

25    Q.   Who searches you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1764

1       A.    The COs.

2       Q.    And how do they search you?

3       A.    They strip search you, take all your

4   clothes, and turn around, and squat and cough, and

5   all that.

6       Q.    So how did you hide a piece of your metal

7   mirror when they were having you turn around and

8   squat and cough?

9       A.    I had a piece of string around my neck.  I

10  just tied it to it and held on the back.  It was

11  kind of heavy, so I could -- when they told me to

12  turn and squat and cough, kind of used the weight of

13  it.  I turned around and put it to the front, and

14  squat and cough, and they never seen it.

15      Q.    Are you allowed to have string in the

16  Level 6 facility?

17      A.    No.  I pulled it off my boxers.

18      Q.    I think you said you jumped your cuffs.

19      A.    Yes.

20      Q.    What does that mean?

21      A.    I jumped them to the front, like, from my

22  back.  I thought I could just step through them, you

23  know.

24      Q.    So they were behind you, and then you

25  jumped over them so that they went in front of you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1765

```
 1       A.   Yes, yes.
 2       Q.   So that stabbing of Gonzalez was in 2004.
 3  Did you do another assault or stabbing for the SNM
 4  in 2004?
 5       A.   Yes, I had assaulted three COs also.
 6       Q.   Was that an SNM hit?
 7       A.   Yeah.  It was sanctioned, yes.
 8       Q.   What do you mean, it was sanctioned?
 9       A.   I asked if I could, and they gave me the
10  okay.
11       Q.   So if you're going to assault a CO, do you
12  have to ask permission?
13       A.   Yeah.  If you're going to assault anybody,
14  pretty much, you have to.
15       Q.   And that's when it becomes an SNM crime?
16       A.   Yes.
17       Q.   What happened?
18       A.   It all started over the phone, you know
19  what I mean?  An argument for the phone and they
20  started messing with me, and --
21       Q.   Who is "they"?
22       A.   Just the COs that work in there.  That
23  Amanda, I guess her name was.
24       Q.   Don't say any names.  Let's just say the
25  COs.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Okay.

 2        Q.    So how did they start messing with you?

 3        A.    Because I was sticking up for one of my

 4   brothers, you know.

 5        Q.    One of your brothers?  You mean one of

 6   your SNM members?

 7        A.    Yes, yes.

 8        Q.    And what happened?

 9        A.    Then they just took their focus onto me

10   and I ended up getting a shampoo bottle full of

11   feces and stuff and I threw it on them, threw it on

12   her, and she went and got the lieutenant and got him

13   involved.

14             And it just got out of hand from there.

15   And they started just messing with me, so I went and

16   I asked Arturo and Juanito, you know what I mean,

17   these cops are messing with us, to see if I could

18   get the okay to do something.  And they told me

19   yeah.

20             So I went and got a knife, and when they

21   opened the door, they went to go take me and put me

22   in the strip cell, because I was going to protest

23   and stuff.  They came over there and I had put my

24   knife on the sink and then when they opened the door

25   halfway, I jumped them again, and I came out.  And I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1767

1    ended up stabbing two of the COs, and the other one

2    just took off, and that was about it right there.

3         Q.   Was anyone else involved in this stabbing

4    with you?

5         A.   No, because it was -- like I said, it was

6    segregation.  So I kind of had to come out -- you

7    know what I mean, they only open one door at a time.

8    But I was already there on a three-man escort from

9    the assault previously.  So that's why it was three

10   COs there.

11        Q.   And then did you commit another crime in

12   prison in 2011 by virtue of your SNM membership?

13        A.   Yes.

14        Q.   What was that?

15        A.   I assaulted Paul Silva.

16        Q.   Did you stab Paul Silva?

17        A.   Yes.

18        Q.   Did you stab him a lot of times?

19        A.   Yes.

20        Q.   Where did this happen?

21        A.   In the South, right there in Santa Fe at

22   Southern.

23        Q.   The South facility at PNM in Santa Fe?

24        A.   Yes.

25        Q.   Did it happen in the rec yard?

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                    1-800-669-9492
                                                         e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   Yes.

2    Q.   And why did you stab Paul Silva?

3    A.   Just over politics, you know.  We just

4  weren't looking eye to eye on a lot of things, and

5  things got out of hand, disrespect, and it became a

6  personal thing.  And out of all that, I ended up

7  having enough, stabbing him in the yard.

8    Q.   So how is it a personal thing if it's

9  still for the SNM?

10   A.   Because a lot of people didn't like what I

11 did, you know.  I didn't really go ask, you know.  I

12 just really did it.  But it was over a lot of things

13 we weren't seeing eye to eye about, you know, so...

14   Q.   I think you said politics.  What were the

15 things you didn't see eye to eye on?

16   A.   This dude was running the pod and he was

17 coming over there to do certain things, having

18 everybody -- I mean, who was really running the pod,

19 you know what I mean?  That was the big thing about

20 it.  I kind of didn't want nobody running it until

21 we got to where we were going, where Pup was at, so

22 he could -- you know what I mean?  Even everything

23 out.  Because everything was in chaos, so I just

24 wanted to get down over there so we could get

25 everything straight and get everything together like

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1769

```
 1   it's supposed to be, and he wasn't hearing it, you

 2   know.

 3        Q.   So did Paul Silva try to assert leadership

 4   in the pod when he came in?

 5        A.   Yes, yes.

 6        Q.   And did you disagree with that?

 7        A.   Yes, I disagreed.  I didn't want nobody

 8   running nothing there, you know.

 9        Q.   And I think you said once you get down to

10   where Pup is -- is Pup the defendant Anthony Ray

11   Baca behind me?

12        A.   Yes.

13        Q.   And is that the person in the back

14   right-hand side of the room?

15        A.   Yes.

16        Q.   What is he wearing?

17        A.   A blue suit, black suit.  I can't see that

18   far.

19             MR. BECK:  Let the record reflect Mr.

20   Calbert indicated the defendant Anthony Ray Baca.

21             THE COURT:  The record will so reflect.

22   BY MR. BECK:

23        Q.   Why did you want to wait to go where Pup

24   was going to determine a leader?

25        A.   Because the way the politics was, Arturo
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    had the keys there; he was making a mess of

2    everything, had everybody fighting, and there wasn't

3    no hope with them politics that were going around.

4    So I wanted, you know what I mean, to get somebody a

5    little bit smarter to put things together before I

6    fell in line, you know?

7         Q.   So you were looking at Mr. Baca as that

8    person who would put things together?

9         A.   Yes.

10        Q.   Did you expect him to pick a leader of the

11   pod?

12        A.   Well, we had already been over there in

13   Las Cruces, or over here in Las Cruces, so we

14   wouldn't have needed a leader because he would have

15   been it.

16        Q.   He would have been the leader?

17        A.   Yes.

18        Q.   Who else stabbed Paul Silva with you?

19        A.   Mauricio Varela.

20        Q.   Now, if there were documents in your

21   prison file in which you said, "I'm not an SNM Gang

22   member; I'm done with those guys," you said this in

23   2009, why is that?

24        A.   Because it's required of us to not talk to

25   law enforcement about anything, validation or



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   anything like that, because for fear of your life,

2   you know what I mean, if anything gets out.

3       Q.   So that's a rule required by the SNM, not

4   to talk to correction officers?

5       A.   Yes.

6       Q.   So is that why those documents say that

7   you said you're not an SNM member?

8       A.   Yes.

9       Q.   Were you an SNM member in 2008?

10      A.   Yes.

11      Q.   Were you an SNM member in 2009?

12      A.   Yes.

13      Q.   Were you an SNM member in 2017?

14      A.   Yes.

15      Q.   I'm going to show you what's been marked

16  for admission, Government's Exhibits 692 and 693.

17           MR. BECK:  May I approach the witness?

18           THE COURT:  You may.

19  BY MR. BECK:

20      Q.   Do you recognize those documents I just

21  handed you, Mr. Calbert?

22      A.   Yes.

23      Q.   Is that your plea agreement and addendum?

24      A.   Yes.

25           MR. BECK:  Your Honor, at this time the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1772

```
 1   United States moves into admission documents 629 and

 2   693.

 3              THE COURT:  Any objection from the

 4   defendants?

 5              MS. JACKS:  No objection.

 6              MS. DUNCAN:  No, Your Honor.

 7              MS. BHALLA:  No objection.

 8              THE COURT:  Government's Exhibits 692 and

 9   693 will be admitted into evidence.

10              (Government Exhibit 692 and 693 admitted.)

11              MR. BECK:  Bring up 692.

12   BY MR. BECK:

13       Q.   What is this document, Mr. Calbert?

14       A.   It's my plea agreement, what I pled guilty

15   to.

16       Q.   And did you plead guilty on September 28,

17   2017?

18       A.   Yes.

19       Q.   Did you plead guilty to all the charges

20   that the federal government filed against you?

21       A.   Yes.

22       Q.   Document 693, please.

23              Focus in on the top -- the bottom

24   paragraph.  Is this the addendum to your plea

25   agreement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1773

```
1        A.    Yes.
2        Q.    And what do you understand this document
3   to mean?
4        A.    That I pled guilty to both counts and that
5   I'm facing up to 30 years, and --
6        Q.    Let me ask you this question, Mr. Calbert.
7   Do you expect to receive some benefit from the
8   federal government for testifying here today?
9        A.    Yeah, I would think so, you know.
10       Q.    What do you have to do?
11       A.    To testify and whatever they need me to
12  do, you know.  Tell the truth.
13       Q.    All right.  Why did you decide to
14  cooperate in 2017?
15       A.    Because I just got tired of attempts on my
16  life, you know.  This last time was the last straw,
17  you know.
18       Q.    What happened the last time?
19       A.    They said they came up, but some bogus
20  paperwork that -- I don't know where they got it
21  from or what, but they said they had some paperwork.
22  So it was either, I'm going to have to keep going
23  and killing and doing all this, digging myself a
24  hole where I'm never going to climb out of it; or
25  this.  You know what I mean?  So there wasn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1774

```
 1   nothing worth fighting for anymore, you know.  I
 2   just decided to get out.
 3        Q.   When you say they had paperwork and they
 4   made an attempt on your life, are you referring to
 5   other SNM members?
 6        A.   Yes.
 7        Q.   And by "paperwork," do you mean, as we
 8   discussed earlier, a document where you cooperated
 9   with law enforcement?
10        A.   Yes, yes.
11        Q.   Did that paperwork exist?
12        A.   Somebody must have typed it up, but like I
13   said, I've never done anything like that until right
14   now.
15        Q.   Have you already received some benefits?
16        A.   Yes.
17        Q.   You began cooperating in August of last
18   year.  Does that sound right?  August of 2017?
19        A.   Yes.  I'm bad on dates.  But yeah, that
20   sounds...
21        Q.   Were you provided lunch that day from
22   Blake's Lotaburger?
23        A.   Yes.
24        Q.   Did you -- and up to this point, have you
25   received about $408.05 in benefits from the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government?

2       A.   Yes, about.

3            MS. DUNCAN:  Your Honor, we object to this

4  leading.  He can ask the witness what benefits he

5  received without telling him what they are.

6            MR. BECK:  I can do that, Your Honor.

7            THE COURT:  All right.

8  BY MR. BECK:

9       Q.   What other benefits have you been provided

10  because of your cooperation?

11      A.    I just got to go to a better spot.  You

12  know what I mean?  I get my TV and my radio and

13  stuff like that.  More canteen, more calls, you

14  know.  That money, like I said.

15      Q.   Did you also get a visit with a family

16  member?

17      A.   That's right.  I got a visit with my

18  people.

19      Q.   How many visits with your people did you

20  get?

21      A.   Just one.

22      Q.   Now, before you cooperated that day, did

23  you meet with another SNM member, Lupe Urquizo?

24      A.   Yes, yes.

25      Q.   And were his attorneys there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes, he was there.  She was there.

2    Q.    And did you -- and you met with them

3  before you met with Special Agent Acee; is that

4  right?

5    A.    Yes, yes.

6    Q.    Did y'all talk about this case?

7    A.    Yeah.  Well, pretty much, just like trying

8  to --

9    Q.    Without telling me what you said.

10    A.    Yes, we talked a bit about it, yes.

11    Q.    Then afterwards, did you talk to Special

12  Agent Acee?

13    A.    Yes.

14    Q.    And did you tell Special Agent Acee -- I

15  won't ask you that question.

16          I want to talk to you about 2014.  Where

17  were you in the beginning of 2014?

18    A.    Like I said, I'm bad with dates.  2014, I

19  think I was at the South.  I'm not sure.

20    Q.    At some point -- are you talking about the

21  South facility at PNM?

22    A.    Yes.  In Santa Fe, yes.

23    Q.    Prior to that, at some point, were you at

24  the North facility?

25    A.    Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1777

```
 1      Q.    Were you there after the Paul Silva
 2  stabbing?
 3      A.    Yes, over there.
 4      Q.    At some point in the rec yard did you have
 5  a conversation with a man named Cheech?
 6      A.    Yes.  Yes.
 7      Q.    What happened?
 8      A.    Nothing.  He just said that like --
 9      Q.    Hold on one second.
10            MS. DUNCAN:  Your Honor, I have an
11  objection as to hearsay.
12            THE COURT:  Well, let's see what the
13  question is going to be, Mr. Beck.
14            MR. BECK:  Sure.
15  BY MR. BECK:
16      Q.    Were you provided the paperwork on Javier
17  Molina?
18      A.    Yes, yes.
19      Q.    Were you provided that paperwork from
20  Cheech?
21      A.    Yes.  Yes.
22      Q.    And what did the -- what was the Molina
23  paperwork, as I'm referring to it?
24      A.    Just that he told on some robbery.  He
25  robbed some old lady, and he was telling on the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   people who were with him, who did what.  And it was
 2   just a real quick sentence.  It wasn't nothing,
 3   like, fantastic, you know.  It was paperwork.
 4        Q.   Was it a letter?  Was it --
 5        A.   It was a document from the police, like a
 6   statement.
 7        Q.   Was it a police report?
 8        A.   Yeah.  It was a police report that he
 9   made, you know.
10        Q.   And what happens when an SNM member has a
11   statement come out against someone else in a law
12   enforcement report?
13        A.   Well, the person who did it, they got a
14   hit on their life, you know.
15        Q.   Is that also referred to as a green light?
16        A.   Yes.
17        Q.   And with this paperwork, did you agree to
18   take it and pass it to someone else?
19        A.   Yes.  Yes.
20        Q.   And was Javier Molina ultimately murdered?
21        A.   Yes.
22        Q.   So you participated in the agreement to
23   make sure that Javier Molina got murdered?
24        A.   Yes.
25        Q.   And Cheech did -- I think you said Cheech
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  provided you the paperwork?

 2      A.   Yes.

 3      Q.   Did he tell you what it was?

 4      A.   Yes.

 5          MR. BECK:  Your Honor, I'm about to get

 6  into the statement.  Do we need to approach?

 7          THE COURT:  Well, I'll overrule the

 8  objection.  Go ahead.

 9  BY MR. BECK:

10      Q.   When you were outside in the yards with

11  Cheech, how did he give you this paperwork on Javier

12  Molina?

13      A.   He took it out there and just rolled it up

14  tight so it could fit through the holes in the cage,

15  and he just handed it to me like that when I passed,

16  you know?

17      Q.   I'm going to give you what's been admitted

18  as Government's Exhibit 693.

19          MR. BECK:  May I approach the witness,

20  Your Honor?

21          THE COURT:  You may.

22  BY MR. BECK:

23      Q.   If you can with those cuffs on, will you

24  show me how he rolled up the paperwork when he

25  passed it to you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1780

```
1        A.    Just like that, small, so it will fit
2    through the holes in the cages.
3        Q.    So you both were in cages?  Was he in the
4    cage next to you?
5        A.    Yeah, yes.
6              MR. BECK:  May I approach, Your Honor?
7              THE COURT:  You may.
8    BY MR. BECK:
9        Q.    He passed it through the cage?  Did he say
10   anything about the paperwork?
11       A.    He just said that he was telling, and that
12   was it.  He really didn't tell me exactly word for
13   word.  He just summed it up and said that they
14   wanted me to take it down there at first.  And I
15   told him, "No, this ain't even nothing."
16             And then when he threw Pup's name in
17   there, he said, "Yeah, Pup wants you to take it down
18   there."
19       Q.    He said, "Pup wants you to take it down
20   there?"  Is that Mr. Baca?
21       A.    Yes.
22       Q.    And what did you understand Mr. Cheech to
23   mean?
24       A.    To take the paperwork down there?
25       Q.    Yes.  What did you understand that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   meant?
 2        A.   That pretty much, I was required to carry
 3   the paperwork to make sure I get it over there to
 4   Southern facility and over here.
 5        Q.   So did you take that paperwork after that
 6   from the North facility to the South facility?
 7        A.   Yes.  Yes.
 8        Q.   And what did you do with that paperwork
 9   once you were at the South facility?
10        A.   I gave it to Lupe Urquizo.  He asked for
11   it, and I gave it to him.
12        Q.   Just for the record, do you know Cheech's
13   real name?
14        A.   I don't.
15        Q.   Is he an SNM member?
16        A.   Yes.
17        Q.   After you were arrested by the federal
18   government for the case you pled guilty to, were you
19   incarcerated with -- let me ask that a different
20   way.  After you were arrested for this case, did you
21   have a discussion with the defendant Rudy Perez?
22        A.   After, yes.  Yes.
23        Q.   And is that Rudy Perez -- is he in the
24   courtroom today?
25             MS. DUNCAN:  Your Honor, we'll stipulate.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Is that satisfactory?
 2              MR. BECK:  That's satisfactory, Your
 3   Honor.
 4              THE COURT:  Mr. Beck.
 5   BY MR. BECK:
 6      Q.   Where did the discussion with Mr. Perez
 7   happen?
 8      A.   In the shower.  In the shower.
 9      Q.   That's good.  In the shower.  And what did
10   Mr. Perez tell you?
11      A.   He just said that, man, out there -- he's
12   trying to make a joke, you know what I mean?  I
13   wanted credit for all this that went on, you know
14   what I mean, at first.  He said, well, after all
15   this came down, he said no, I don't want nothing to
16   do with it after all.
17      Q.   So at first --
18              MS. DUNCAN:  Your Honor, could we have a
19   limiting instruction as to this testimony?
20              MS. JACKS:  I would join.
21              THE COURT:  It appears Mr. Calbert is
22   testifying to statements that Mr. Perez made to him.
23   You can only use these statements in deciding the
24   charges against Mr. Perez.  You cannot use this
25   evidence in any way in your deliberations as to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    other three defendants.
 2             All right, Mr. Beck.
 3    BY MR. BECK:
 4        Q.   He told you he wanted to take credit for
 5    this?
 6        A.   Yeah, because he was crippled and can't
 7    get around, so I guess he wanted to do something.
 8        Q.   What do you mean, he wanted to do
 9    something?
10        A.   To, like, put in and say, "I did
11    something, I put in," you know what I mean?  A piece
12    of metal or whatever, you know, from his walker.
13        Q.   So you understood him to mean he'd get
14    credit for putting in a piece of his walker?
15        A.   Yes.  Yes.
16        Q.   Now, earlier you said -- you testified
17    about crimes you did for the SNM.
18        A.   Yes.
19        Q.   Have you ever heard of putting in work?
20        A.   Yes.
21        Q.   What does that mean?
22        A.   Just either assaulting somebody or
23    stabbing somebody, killing somebody for the cause,
24    for the SNM.
25        Q.   What did you understand Mr. Molina -- or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  excuse me.  What did you understand Mr. Perez to

2  mean when he said he wanted to get credit for his

3  walker?

4       A.   I took it that he just wanted to be part

5  of the thing that happened, the murder.  And I just

6  felt he wanted to be part of it, you know, because

7  he can't do nothing else.  He can't fight or -- like

8  I said, he's in a walker, a wheelchair.  I think he

9  just wanted to put in something, you know, to be

10 part of the team.

11            MR. BECK:  May I have a moment, Your

12 Honor?

13            THE COURT:  You may.

14 BY MR. BECK:

15      Q.   A couple more questions for you.  When you

16 met with Special Agent Acee and agreed to cooperate,

17 we talked about how you met with Lupe Urquizo and

18 your attorneys before that?

19      A.   Yes.  Yes.

20      Q.   How long was the meeting?  Was it a short

21 meeting or a long meeting?

22      A.   It wasn't very long.  Maybe five minute or

23 something.

24      Q.   You said when you went down to the South

25 facility at PNM, you gave Lupe Urquizo the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   paperwork.  Do you remember that?

2        A.   Yes.

3        Q.   Why did you give him the paperwork?

4        A.   So he could take it down.  Because he was

5   going before I was.  I had just arrived there.  And

6   I gave it to him so he could take it.  They asked

7   for it, really, you know, so I gave it to him.  They

8   were going that day.  So they were on that bus.

9   They would have got down there faster, you know.

10       Q.   So Lupe Urquizo asked you for the

11  paperwork?

12       A.   Yes.

13       Q.   Did he know what it was?

14       A.   Yes.

15       Q.   And when you say "going down there," where

16  was he going?

17       A.   Well, down here to Cruces.  To Las Cruces,

18  to the prison.

19       Q.   Is that the Southern New Mexico

20  Correctional Facility?

21       A.   Yes.

22       Q.   Was Javier Molina incarcerated at the

23  Southern New Mexico Correctional Facility then?

24       A.   Yes.

25       Q.   Is Lupe Urquizo an SNM member?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   So you handed Lupe Urquizo the paperwork
 3   and said they were going down.  Who is "they"?
 4        A.   Mauricio Varela, Lupe.  And I think that's
 5   all that went on that bus at that time.  It was just
 6   them.
 7        Q.   Is Mauricio Varela also an SNM member?
 8        A.   Yes.
 9             MR. BECK:  Pass the witness, Your Honor.
10             THE COURT:  Thank you, Mr. Beck.
11             Ms. Duncan, do you wish to cross-examine
12   Mr. Calbert?
13             MS. DUNCAN:  Yes, Your Honor.
14             THE COURT:  Ms. Duncan.
15                  FURTHER CROSS-EXAMINATION
16   BY MS. DUNCAN:
17        Q.   Mr. Calbert, when did the conversation
18   with Cheech happen?
19        A.    It was right after the Silva case, what
20   happened with Silva.  And they had put me in 1-B,
21   away from everybody.  And I don't know what year it
22   was.  Like I said, I'm real bad with dates and
23   things like that.
24        Q.   How long was it between the time of that
25   conversation with Cheech and you moving to South?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I would say maybe within that four to five
 2   months.
 3        Q.   You've never -- at that point you had
 4   never met Mr. Baca; correct?
 5        A.   No.
 6        Q.   You had never had a conversation with him?
 7        A.   No.
 8        Q.   The recreation yard at PNM North, the
 9   cells are -- the rec yards are separated by -- they
10   have gaps between the walls; correct?
11        A.   Yes.  Yes.
12        Q.   How far apart are those recreation cells?
13        A.   They're a little far away, about arm's
14   length.
15        Q.   And you and Cheech were not in the same
16   pod; correct?
17        A.   No.
18        Q.   And you've never been in the same pod as
19   Cheech?
20        A.   No.  No.
21        Q.   When is the first time you met him?
22        A.   A long time.  I've known him for years.
23        Q.   Where did you meet him?
24        A.   I think it was in Las Cruces, over here in
25   the prison.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You talked to Mr. Beck a little bit about
 2   your criminal history, and I'd like to talk some
 3   more about it.  Your first conviction was in 1995
 4   for possession of a controlled substance; correct?
 5        A.   Yes.
 6        Q.   Possession of methamphetamine?
 7        A.   Yes.
 8        Q.   And then your second conviction was in
 9   1998, aggravated assault with a deadly weapon;
10   correct?
11        A.   Yes.
12        Q.   And that was the drive-by shooting you
13   mentioned?
14        A.   Yes.
15        Q.   Who was in the car that you shot at?
16        A.   Adam Smith and Jared Smith.
17        Q.   Who are Adam and Jared Smith?
18        A.   Just some guys from where I'm from.
19        Q.   And why did you shoot at them?
20        A.   They tried to run over my little brother.
21        Q.   Were either of them injured?
22        A.   No.
23        Q.   And you were also charged with possession
24   of a firearm by a felon; correct?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1789

```
 1        Q.   And this was based on your prior
 2   conviction for possession of methamphetamine?
 3        A.   Yes.
 4        Q.   Next you were convicted in 2006 of
 5   aggravated battery; correct?
 6        A.   Yes.
 7        Q.   And what were the circumstances of that
 8   offense?
 9        A.   That was on the sheet; right?
10        Q.   You tell me.
11        A.   Well, I don't -- I think it was the same
12   guys, Adam and Jared Smith.  I think that's the one
13   I got caught for.
14        Q.   And in -- I skipped one.  In 1999, you
15   were convicted of possession of a weapon by a
16   prisoner; correct?
17        A.   Yes.  That was in prison.
18        Q.   What facility were you in when you --
19        A.   In Las Cruces.
20        Q.   And then you were convicted again in 2008
21   for the offense you described happening in 2004;
22   correct?
23        A.   Yes.
24        Q.   And in 2004, first you assaulted Anthony
25   Gonzalez; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1790

```
 1        A.   Yes.
 2        Q.   And I can't remember what name you called
 3   him?
 4        A.   Bandit.
 5        Q.   Bandit.  Okay.  So I think you talked
 6   about you were being escorted from the rec yard, and
 7   Bandit was being escorted to the rec yard; correct?
 8        A.   Yes.
 9        Q.   And you were being escorted by a
10   correctional officer?
11        A.   Yes.
12        Q.   And you escaped that correctional officer?
13        A.   Yes.
14        Q.   And then jumped your cuffs, meaning you
15   brought your cuffs from the back to the front?
16        A.   Right.
17        Q.   Grabbed a shank and then stabbed Bandit;
18   correct?
19        A.   Yes.
20        Q.   How many times did you stab Bandit?
21        A.   Maybe three.  I think about three or
22   something like that.
23        Q.   And where on his body did you stab him?
24        A.   His neck.
25        Q.   One of the COs tried to intervene as you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    were stabbing Bandit; correct?

2         A.   Yes.

3         Q.   And ended up pushing him into the fence to

4    protect him?

5         A.   Yes.

6         Q.   You ultimately were found guilty of

7    aggravated battery on those COs as well as

8    aggravated battery on Bandit; correct?

9         A.   Yes, I pled.

10        Q.   And then you were on prehearing detention

11   for that offense when you attacked the correctional

12   officers; right?

13        A.   Yes.

14        Q.   And so from your testimony it sounds like

15   you wanted to attack the COs for personal reasons,

16   but had to get permission; is that right?

17        A.   No.  Because I was sticking up for my

18   brothers.  Like I said, it started with Lupe, you

19   know.

20        Q.   Lupe Urquizo?  You were sticking up for

21   Lupe Urquizo?

22        A.   Yes.

23        Q.   The person who you met with before you met

24   with the FBI?

25        A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1792

1    Q.   And you actually served as a personal

2    representative for Mr. Urquizo when he had picked up

3    a disciplinary charge; correct?

4    A.   Yes.

5    Q.   Had you done that only once or on more

6    occasions?

7    A.   I think it was just that one time.

8    Q.   And I think you testified that you were

9    sticking up for him and then later they disrespected

10   you; correct?

11   A.   Yes.  They turned their attention to me.

12   Q.   So the officers came to your cell and

13   asked you to cuff up; correct?

14   A.   Yes.

15   Q.   And you put your hands through the food

16   port for them to put the cuffs on behind you?

17   A.   Yes.

18   Q.   And then as they opened the door, you once

19   again pulled your hands from your back to your

20   front?

21   A.   Yes.

22   Q.   And in addition to being known as Spider,

23   you're also known as Houdini; is that correct?

24   A.   That's what they said in the paper, yeah.

25   Q.   Then after you pulled your hands to the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1793

1   front, you had a shank in your hand; correct?

2        A.    Yes.

3        Q.    And you chased Lieutenant Allen around the

4   pod with that shank?

5        A.    Yes.

6        Q.    And you stabbed him?

7        A.    Yes.

8        Q.    And then you turned your attention to a

9   Sergeant Gould; correct?

10       A.    Yes.

11       Q.    Chased him around the pod, as well, and

12   stabbed him?

13       A.    Yes.

14       Q.    And for that you were convicted of

15   multiple counts of aggravated assault on a peace

16   officer, aggravated battery with a deadly weapon,

17   and possession of a deadly weapon by a prisoner;

18   correct?

19       A.    Yes.

20       Q.    And your sentences were enhanced because

21   you had been convicted of previous felonies;

22   correct?

23       A.    Yes.

24       Q.    And then in this case you were charged

25   with the attack on Paul Silva; correct?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                      1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        A.   Yes.

2        Q.   And that was about a power struggle

3   between you and Mr. Silva; correct?

4        A.   Yeah.  Yes.

5        Q.   And in that case, you and Mauricio Varela

6   attacked Mr. Silva in the rec yard; correct?

7        A.   Yes.

8        Q.   You stabbed Mr. Silva multiple times?

9        A.   Yes.

10       Q.   And Mr. Varela kicked him in the head?

11       A.   Yes.

12            MS. DUNCAN:  Your Honor, at this place I'd

13   like to --

14       Q.   You're aware that the attack on Mr. Silva

15   was videotaped; correct?

16       A.   Yes.

17       Q.   And you've seen that videotape?

18       A.   Yes.

19       Q.   And that accurately reflects the attack

20   that you committed on Mr. Silva?

21       A.   Yes, yes.

22            MS. DUNCAN:  Your Honor, that video is

23   Defense Exhibit PS, and we would move to admit it at

24   this time.

25            MR. BECK:  No objection, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1795

```
1           THE COURT:  All right.  Any objection from

2   the other defendants?  Not hearing any --

3           MS. FOX-YOUNG:  No, Your Honor.

4           MS. BHALLA:  No, Your Honor.

5           THE COURT:  All right.  Defendant's

6   Exhibit PS will be admitted into evidence.

7           (Defendants' Exhibit PS admitted.)

8           MS. DUNCAN:  If we could play that?

9           Your Honor, that video was produced in

10  discovery and we're going to try to play it without

11  the sound track.  If we could pause it, please,

12  here.  Take it back.

13  BY MS. DUNCAN:

14      Q.  So looking at the screen, can you tell us

15  which -- where are you in this video?  I apologize.

16  The counter number is 6:5:21:781.

17      A.  I'm the one on the right.

18      Q.  And who is -- and do you have anything --

19  you have a shank in your hand; correct?

20      A.  Yes.

21      Q.  And the person on the left is Mauricio

22  Varela?

23      A.  Yes.

24          MS. DUNCAN:  If you can continue the

25  video, please.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1796

```
 1              (Tape played.)
 2      Q.    How many times did you stab Mr. Silva?
 3      A.    They told me 14.
 4      Q.    And he was hospitalized for those
 5 injuries; correct?
 6      A.    Yes.
 7      Q.    You pled guilty to two offenses related to
 8 your attack on Mr. Silva; correct?
 9      A.    Yes.
10      Q.    One was conspiracy to murder him?
11      A.    Yes.
12      Q.    And the other was assaulting him with a
13 dangerous weapon?
14      A.    Yes.
15      Q.    And for those two offenses you face a
16 maximum sentence of 30 years?
17      A.    Yes.  Yes.
18      Q.    And you talked with Mr. Beck about an
19 addendum to your plea agreement where you agreed to
20 cooperate with the Government in this case; correct?
21      A.    Yes.
22      Q.    And you're expecting a reduced sentence as
23 a result of that cooperation?
24      A.    I would think, yes.
25      Q.    And in that addendum you understand that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1797

```
 1   it's up to the Government, the people here, to
 2   request that reduced sentence; correct?
 3        A.   Yes.
 4        Q.   And they don't have to; they only -- it's
 5   completely up to them?
 6        A.   Yes.
 7        Q.   You're not charged with conspiracy to kill
 8   Javier Molina; correct?
 9        A.   No.
10        Q.   They didn't bring any charges against you?
11        A.   No, no.
12        Q.   Or with the murder itself?
13        A.   No.
14        Q.   Although you admit that you gave the
15   paperwork to Lupe Urquizo, understanding that it
16   would be used to authorize a hit; correct?
17        A.   Yes.
18        Q.   Now, in 2014 you filed a lawsuit against
19   Gregg Marcantel; correct?
20        A.   Yes.
21        Q.   And it was a lawsuit complaining about the
22   way the Department of Corrections was treating you
23   and others in the wake of the Javier Molina murder?
24        A.   Yes.
25        Q.   And you were complaining because -- that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1798

```
1    you had been locked down following that murder;
2    correct?
3         A.    Yes.
4         Q.    And had lost some of your privileges?
5         A.    Yes.
6         Q.    You'd been stripped of your property;
7    you'd lost visits with your family?
8         A.    Yes.
9         Q.    Lost phone calls?
10        A.    Yes.
11        Q.    Lost commissary?
12        A.    Yes.
13        Q.    And you were in segregation?
14        A.    Right.
15        Q.    And so you -- in filing the lawsuit, you
16   were seeking a change in your conditions; correct?
17        A.    Right.
18        Q.    You wanted more phone calls?
19        A.    Yes.
20        Q.    More visits?
21        A.    Yes.
22        Q.    More showers?
23        A.    Yes.
24        Q.    And you also sought monetary damages.  You
25   were seeking $1,000 a day for every day that you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  were held in those conditions; correct?

 2       A.   Yes.

 3       Q.   And you signed that complaint before you

 4  filed it; correct?

 5       A.   Yes.

 6       Q.   You signed it under penalty of perjury;

 7  right?

 8       A.   Yes.

 9       Q.   And you signed saying you had reviewed

10  that complaint and everything in it was true --

11       A.   Yes.

12       Q.   -- and correct to the best of your

13  ability?

14       A.   Yes.

15       Q.   And then you filed it with the Court?

16       A.   Yes.

17       Q.   A Court much like this one?

18       A.   Yes.

19       Q.   And in that complaint you asserted, "This

20  plaintiff" -- that would be you; correct?  You were

21  the plaintiff in that lawsuit?

22       A.   Right.

23       Q.   "This plaintiff had no involvement in any

24  crime or disciplinary infraction with the murder

25  that took place at the Southern New Mexico

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1800

 1   Correctional Facility on March 7, 2014"; correct?

 2        A.   Yes.

 3        Q.   And that would have been the murder of

 4   Javier Molina?

 5        A.   Yes.

 6        Q.   So you swore under oath that you had no

 7   involvement with the murder of Javier Molina;

 8   correct?

 9        A.   Yes, but that didn't go through.  I never

10   came of nothing because I didn't do it right.

11        Q.   But you nonetheless swore under oath that

12   you had nothing to do with it --

13        A.   Yeah.

14        Q.   -- in an effort to improve your

15   conditions.

16        A.   Okay.  Yes.

17        Q.   Correct?  And win some monetary damages?

18        A.   Yes.

19             MS. DUNCAN:  Your Honor, if I could have a

20   moment?

21             THE COURT:  You may.

22   BY MS. DUNCAN:

23        Q.   Actually, Mr. Calbert, when is your parole

24   date?

25        A.   It's already passed.  It was March '15,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1    but I'm doing parole right now in-house.
 2            THE COURT:  Ms. Duncan, would you clear up
 3    the last word that he just said?  Did he say
 4    "hospital"?
 5        Q.   You were talking about being on parole?
 6    You're on parole right now?
 7        A.   I'm doing in-house parole right now.
 8        Q.   In-house parole.  And you're being
 9    detained in this case until sentencing; correct?
10        A.   Right.
11        Q.   The sentence for which you're going to
12    face 30 years?
13        A.   Yes.
14            MS. DUNCAN:  I have no further questions,
15    Your Honor.
16            THE COURT:  Thank you, Ms. Duncan.
17            Ms. Fox-Young, do you wish to
18    cross-examine Mr. Calbert?
19            MS. FOX-YOUNG:  Yes, Your Honor.
20              CONTINUED CROSS-EXAMINATION
21    BY MS. FOX-YOUNG:
22        Q.   Mr. Calbert, you know you're under oath
23    today?
24        A.   Yes.
25        Q.   And I think you testified a few minutes
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    ago that attack when you tried to kill Paul Silva --

2         A.    Yes.

3         Q.    -- that that was ordered by the SNM?

4         A.    No, it wasn't.

5         Q.    You told the Government that -- there was

6    just a certain way that Mr. Beck asked you, wasn't

7    this really done for the SNM?  And you said, yeah,

8    you were trying to curry favor, so it was for the

9    SNM; is that right?

10        A.    In a way it was.  In a way it wasn't.

11        Q.    In a way it wasn't, because actually, you

12   told the Government last August that it wasn't

13   sanctioned by the SNM leadership; right?  It had

14   nothing do with the SNM; isn't that right?

15        A.    It did and it didn't, like I said.

16        Q.    Did you or did you not tell the Government

17   last August that it wasn't sanctioned?

18        A.    Oh, yeah.

19        Q.    That's right.  And you've been asked about

20   some other situations where you decided to kill

21   people; right?

22        A.    Excuse me?  Say it again.

23        Q.    You've been asked about some other

24   circumstances, some other past convictions where you

25   made the decision to kill people.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   No.

2        Q.   No?

3        A.   No.

4        Q.   Well, let's talk about -- was it Mr.

5   Gonzalez, a gentleman that you sent to the hospital

6   in Santa Fe?

7        A.   Okay.

8        Q.   Was that Mr. Gonzalez?

9        A.   Yes.

10       Q.   And that was in 2004; right?

11       A.   Yes.

12       Q.   And in that case, you made a shank and you

13  attacked Anthony Gonzalez.  Several times you struck

14  him in the neck and the body; is that right?

15       A.   Yes.

16       Q.   And it was only when you were sprayed with

17  some chemical agents that you stopped attacking him;

18  right?

19       A.   No, they didn't spray me.  No.

20       Q.   Did they release some chemical agents into

21  the air?

22       A.   Not that time.

23       Q.   Not that time?  A different time?

24       A.   Yes.

25            MS. FOX-YOUNG:  Your Honor, may I approach
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1804

```
 1  the witness?
 2          THE COURT:  You may.
 3  BY MS. FOX-YOUNG:
 4      Q.   Do you recognize this picture?
 5      A.   Yes.
 6      Q.   Will you tell me what it is?
 7      A.   It's a hole in Anthony's, whatever,
 8  Gonzalez's neck.
 9      Q.   It's a hole in his neck that you made?
10      A.   Yes.
11          MS. FOX-YOUNG:  Your Honor, I'd like to
12  mark this as Exhibit EN.
13          THE COURT:  Before you turn it on, why
14  don't we see it?
15          MR. BECK:  No objection.
16          MS. FOX-YOUNG:  I'm sorry, Judge.  I
17  shared it with the Government.
18          THE COURT:  Anybody else have any
19  objection?  Not hearing any, Defendant's Exhibit EN
20  will be admitted into evidence.
21          (Defendants' Exhibit EN admitted.)
22  BY MS. FOX-YOUNG:
23      Q.   That's Mr. Gonzalez's neck?
24      A.   Yes.
25      Q.   And how many times -- you said you stabbed
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1805

```
 1   Mr. Gonzalez three times in the neck?
 2        A.   No, once in the neck, and I think a couple
 3   of times in the chest.
 4        Q.   Oh, okay.  And those injuries to his chest
 5   aren't pictured here?
 6        A.   Right.
 7        Q.   And you know you sent him to St. Vincent's
 8   Hospital where he received treatment; right?
 9        A.   Yes.
10        Q.   Do you know if he told anything to the
11   cops when they came to see him at the hospital?
12        A.   I don't think so.
13        Q.   Yeah, he didn't say anything; right?
14        A.   Right.
15        Q.   Because what would have happened to him if
16   he had said something about what you did to him?
17        A.   His own people probably would have got
18   him.
19        Q.   You or somebody else would have killed him
20   again?  Tried to kill him again?
21        A.   Or his own people.
22        Q.   Who are his own people?
23        A.   Surenos.
24        Q.   And you talked a little bit about an
25   incident with a correctional officer you attacked?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1806

1       A.    Yes.

2       Q.    Do you remember his name?

3       A.    Alden.  I don't remember his whole name.

4  Allen something.

5       Q.    And when was that?

6       A.    It was about -- I think it was 2004.

7       Q.    What caused you to attack that

8  correctional officer?

9       A.    Like I said, the situation blew out of

10 control when I was sticking up for one of my

11 brothers because of the phone.  It started real

12 simple and then it ended up to that, you know.

13 Ended up a big thing, ended up putting their

14 attention on me, took it off him, for fighting for

15 the phone.  And their attention went on me and it

16 blew out of control.

17      Q.    And so that's why you made the decision to

18 attack him?

19      A.    Yes.  Well, I went and asked.  You know

20 what I mean?  I can't just do things by myself, you

21 know.

22      Q.    Who did you ask?

23      A.    I asked Arturo Garcia.  Well, I asked

24 Juanito, and he went and asked him.

25      Q.    So Mr. Calbert, that attack was on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1807

```
 1   December 29, 2004?

 2        A.   Right.

 3        Q.   In the evening, 5:25 p.m.?

 4        A.   Yes.

 5        Q.   And you recall -- at that time were you in

 6   the Penitentiary of New Mexico?

 7        A.   Yes, at the maximum security right there.

 8        Q.   You were at X pod?

 9        A.   Yes.

10        Q.   And you had your hands behind your back

11   and an officer cuffed you; is that right?

12        A.   Yes.

13        Q.   And then Lieutenant Allen ordered that

14   your door be opened?

15        A.   Yes.

16        Q.   And you were sitting on the toilet and you

17   figured out how to slip out of the cuffs; right?

18        A.   Yes.

19        Q.   And at that time you had somehow in your

20   hand a homemade knife?

21        A.   Yes.

22        Q.   And you came charging out of your cell and

23   began pursuing Lieutenant Allen; right?

24        A.   Yes.

25        Q.   And you were stabbing him.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1808

```
 1        A.   Yes.

 2        Q.   And he ran away.  He ran over to the

 3   shower stand, and you followed him, and you kept

 4   stabbing him; right?

 5        A.   Yes.

 6        Q.   And then you charged a sergeant.

 7        A.   Yes.  Yes.

 8        Q.   And you stabbed him, too?

 9        A.   Yeah.  He tried to stop it.

10        Q.   And in order to stop you, that's when they

11   used chemical agents; right?

12        A.   Yes.

13        Q.   And you took another stab at Lieutenant

14   Allen and continued chasing them; is that right?

15        A.   Yes.

16        Q.   Then you started climbing over the table?

17        A.   Yes.

18        Q.   And as Lieutenant Allen backed away, he

19   fell down, and you kept stabbing him.

20        A.   Yes.

21        Q.   Okay.  So when in that series of events

22   did you ask anybody -- you made the decision in that

23   moment that you were going to attack Lieutenant

24   Allen; right?

25        A.   It was an ongoing thing, you know.  It
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1809

```
 1   happened --
 2        Q.   I'd also like to ask you a little bit more
 3   about your plea.  You pled to the assault of Paul
 4   Silva; right?
 5        A.   Yes.
 6        Q.   And I think you said you understand that
 7   the Government has entered into an agreement with
 8   you.  That's that 5K document?
 9        A.   Yes.
10        Q.   Whereby, based upon the stories that you
11   tell for the Government and the work you do for the
12   Government, they might help you in getting a reduced
13   sentence; is that right?
14        A.   Yes, they might.  Yes.
15        Q.   And they also have agreed not to charge
16   you for the murder or conspiracy to murder Javier
17   Molina?
18        A.   They didn't promise me nothing like that.
19   They never charged me for that.
20        Q.   They didn't charge you, even though you
21   told this jury that you're guilty of it a few
22   minutes ago?
23        A.   Right.
24        Q.   And that's because you're working for the
25   Government.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   You talked about some benefits.  Mr. Beck
 3   discussed about some benefits that you might have
 4   received from the Government.  Do you remember
 5   talking to your family about some things the
 6   Government had promised you?
 7        A.   Probably.
 8        Q.   Yeah.  You know that those calls that you
 9   make from the jail are all recorded; right?
10        A.   Yes.
11        Q.   Yeah.  And that the Department of
12   Corrections can listen to those calls?
13        A.   Yes.
14        Q.   And that they get produced to the defense?
15        A.   Yes.
16        Q.   Through discovery?
17        A.   Yes.
18        Q.   And they go on the tablets, like the
19   tablets that -- the tablet that you had or maybe you
20   still have?
21        A.   I -- yes.
22        Q.   And on that tablet, you can listen to the
23   calls and you can read all the material in the case,
24   know the theories.  And so in your calls you told
25   some family members that you're only going to get
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     three years, didn't you?

2          A.    I don't remember that.

3          Q.    You don't remember that?  We can play that

4     call for you.  You told them about the TV that the

5     STIU officer gave you?

6          A.    Yes, because they lost mine.

7          Q.    So he wanted to make sure you had one.

8     You also talked about how hard it was to be facing

9     30 years.

10         A.    Yes.

11         Q.    And thinking that you wouldn't get out.

12    That was last June; right?

13         A.    Yeah.  Like I say, I'm bad on dates.  But

14    I probably could have said that, yes.

15         Q.    And then later, after you started working

16    for the Government, you told your family that you

17    were going to be home soon; right?

18         A.    I hope.  I hope.

19         Q.    You told them that you were going to be

20    home soon and that you did things that you didn't

21    think you were going to do, but it was all worth it;

22    is that right?

23         A.    Yeah.

24         Q.    Telling stories for the Government?

25         A.    Not telling stories.  Telling the truth.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   And you told your family about how spoiled

2 the Government had you?

3      A.   Compared to what I was at.

4      Q.   You told them that you were spoiled and

5 that you were living pretty good.

6      A.   Yeah, compared to Estancia.

7      Q.   Mr. Calbert, you had been housed at one

8 time or another with an individual named Mario

9 Rodriguez; is that right?

10     A.   Yes.

11     Q.   Tell me when you were housed with Mr.

12 Rodriguez.

13     A.   I'm housed with him right now, but it's

14 been a few times I've been in there with him.

15     Q.   I'd like to put up the Defendant's

16 Exhibit -- I'm sorry, the Government's Exhibit 586.

17          Is that Mr. Rodriguez?

18     A.   Yes.

19     Q.   So you're housed with him now?  You've

20 known him a while?

21     A.   Yeah, I could say.

22     Q.   How long have you known him?

23     A.   Maybe five years, somewhere around there;

24 ten years.  I don't know.

25     Q.   You guys kind of run together?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349          BEAN                                   FAX (505) 843-9492
                           &ASSOCIATES, Inc.                       1-800-669-9492
                           PROFESSIONAL COURT                      e-mail: info@litsupport.com
                           REPORTING SERVICE

1813

```
 1        A.    Yeah.  Yeah.
 2        Q.    Yeah.  And how about Tim Martinez?  Do you
 3   know him?
 4        A.    Yeah, I know him.
 5        Q.    This is Government's Exhibit 561.  He's
 6   kind of in your group with Mr. Rodriguez; right?
 7        A.    Yeah, we're friends.  We're brothers.
 8        Q.    You're housed with him now?
 9        A.    Yes.
10        Q.    And you've known him for several years?
11        A.    Yes.
12        Q.    At some point were you housed with Mr.
13   Rodriguez and Mr. Martinez at Southern New Mexico
14   Correctional Facility?
15        A.    In Las Cruces over here?
16        Q.    Yes.
17        A.    No.
18        Q.    Do you know that they were housed at
19   Southern?
20        A.    Yes.
21        Q.    And they were housed there with Javier
22   Molina; right?
23        A.    Yes.
24        Q.    And let me ask you this.  Does Mr.
25   Rodriguez, who you looked at first -- does he have
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
BEAN & ASSOCIATES, Inc.                          e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

1814

1  kind of a signature move?  Does he have an action

2  that he likes to take when he's going after

3  somebody?

4      A.   Yeah.  He likes to bite the ears off.

5      Q.   He bites their ears off.  How many times

6  has Mr. Rodriguez bitten ears off, as far as you

7  know?

8      A.   I would think two, maybe; a couple of

9  times.  I'm not sure.

10     Q.   A couple of times.  Did he ever bite

11 Javier Molina's ear off?

12     A.   I'm not sure if that happened.

13     Q.   So at some point Mr. Rodriguez and Mr.

14 Martinez were down at the Southern New Mexico

15 Correctional Facility.  And neither one of them

16 really liked Javier Molina; right?

17     A.   I guess Blue did.  Mario liked him.

18     Q.   They didn't want him to be in charge?

19     A.   That guy was kind of both of their

20 friends, to tell you the truth.

21     Q.   I know he was Mr. Martinez' friend.

22     A.   Yeah.

23     Q.   He was no friend of Mr. Rodriguez; right?

24     A.   I've always believed he was, you know.

25     Q.   And so when they were down there, did you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1815

1  know if Mr. Rodriguez bit anybody's ears off at

2  Southern?

3       A.   No, I didn't hear nothing about that.

4       Q.   Where did he bite ears off?

5       A.   In the south, in Las Cruces.  I mean the

6  South in PNM, and at the North at PNM.

7       Q.   When was that?

8       A.   It's been a few years.  I'm real bad with

9  years, like I said.  I would ballpark it maybe 2016,

10  I'm thinking.

11       Q.   You know who Mr. Lupe Urquizo is?

12       A.   Yes.

13       Q.   He's kind of part of your group, too,

14  isn't he?

15       A.   Yes.

16       Q.   And anybody else in your group, your

17  buddies?

18       A.   Mauricio Varela.  He's pretty close.

19       Q.   Okay.  And you guys have been kind of

20  working to change the image of the SNM, haven't you?

21       A.   We try.

22       Q.   Yeah.  What do you do to change the image

23  of the gang?

24       A.   Try to put things together, you know, and

25  try put some kind of structure, and have people

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1816

```
 1   working out, and just simple things, because it's in

 2   chaos.  It was in chaos for a while.

 3        Q.   Right.  And so -- but you're all working

 4   for the Government now; right?

 5        A.   Yes.

 6        Q.   All those people you just listed?

 7        A.   Yes.

 8        Q.   But you want to change the image of the

 9   gang, and that's part of what the attack when you

10   tried to murder Paul Silva was about, was it not?

11        A.   It was -- we were bumping heads.

12        Q.   You wanted to show that you had the power,

13   you had the control, and you could take him out.

14        A.   One of the problems.

15        Q.   Okay.  One of the problems.

16        A.   Yeah, there was a bunch of elements.

17        Q.   That was one of the reasons that you

18   attacked him.

19        A.   Yes.

20        Q.   The same thing for Mr. Varela?

21        A.   Yes.

22        Q.   So at some point you say that you told the

23   Government that you were involved in the conspiracy

24   to murder Javier Molina?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1817

1    Q.   And you told them about these other guys?

2    A.   Yes.

3    Q.   Okay.  And at some point you talked to the

4 Government about meeting with Lupe Urquizo to get

5 your stories straight; right?

6    A.   We was trying to make sure -- we talked

7 about the case, but he more or less wanted me to

8 come over to do what he was doing, you know.

9    Q.   He wanted you to tell the same story that

10 he was telling, and he told you what that was.

11    A.   We talked about what he talked about with

12 the Government about.  That was about it.

13    Q.   He made it pretty easy for you to say the

14 same thing; right?

15    A.   No.  I just wanted to know what he said

16 about me, you know.

17    Q.   Okay.  And all these guys, your buddies,

18 Mr. Rodriguez and Mr. Martinez and Mr. Varela and

19 Mr. Urquizo, you were all facing a life sentence for

20 the Molina case; right?

21    A.   They were.  I think they still are.

22    Q.   Well, and you've told the jury that you're

23 guilty on Molina, but you didn't get charged.  So

24 the Government has taken that off the table.  None

25 of you guys are facing life anymore; is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I would think they're not no more.  But I
 2   never got charged in the first place.
 3        Q.   Yeah, you never even got charged.  When
 4   you --
 5             MR. BECK:  Objection, Your Honor,
 6   commenting on the evidence.  Was that a question?
 7             THE COURT:  Well, I think it was okay.
 8   But be careful.  Overruled.
 9   BY MS. FOX-YOUNG:
10        Q.   Mr. Calbert, when you made the decision to
11   go to work for the Government in August -- I think
12   you said it was in August --
13        A.   I think so.
14        Q.   -- and you flushed that weapon down the
15   toilet at Torrance County --
16        A.   Yes.
17        Q.   -- were you using a lot of methamphetamine
18   around that time?
19        A.   No.
20        Q.   Remember you're under oath.
21        A.   Yes.
22        Q.   You weren't using any meth?
23        A.   No.
24        Q.   Okay.  And that wasn't making you at all
25   paranoid?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1819

```
 1        A.   No.
 2        Q.   Okay.  You talked to the Government about
 3   all the shanks, all the weapons that were present at
 4   Torrance County, didn't you?
 5        A.   No, I didn't.
 6        Q.   Oh, you didn't?
 7        A.   I told them about mine.
 8        Q.   You don't remember telling the Government
 9   that there were lots of shanks that people made out
10   of the metal from the lights at Torrance County?
11        A.   I told them about the ones I made.
12        Q.   Okay.  Do you remember telling them that
13   there were numerous homemade shanks at Torrance
14   County?
15        A.   Um, no.
16        Q.   On August 22, 2017?
17        A.   Yes.
18        Q.   If I showed you a report that the
19   Government made because, of course, the lawyers at
20   this table were present for your interview; right?
21        A.   They were present, yes.
22        Q.   They were there when you told them all
23   this stuff, when you talked about the shanks?
24        A.   About mine.
25        Q.   About your shank.  If I showed you a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    report that they made after the conversation that

2    they had with you, would that refresh your memory?

3         A.   I would like to see that.

4              MS. FOX-YOUNG:  May I approach, Your

5    Honor?

6              THE COURT:  You may.

7    BY MS. FOX-YOUNG:

8         Q.   Do you see this section right here?

9         A.   I was telling them about mine.  They might

10   have misunderstood me.

11        Q.   Oh, okay.  Mr. Calbert, would you just

12   repeat what you just said?

13        A.   I said I was telling them about mine and

14   what I made, and you know what I mean, they probably

15   misunderstood.

16        Q.   Okay.  So maybe they got bad information

17   when they said that there were numerous shanks at

18   Torrance County?

19        A.   Yeah, I guess.

20        Q.   Okay.  In any event, you know about other

21   people who had weapons at Torrance County?

22        A.   Yeah, I did.

23        Q.   It was common --

24        A.   Right.

25        Q.   -- for people to have shanks at Torrance

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1821

 1   County.  And you talked to the Government about the

 2   fact that people could walk around freely at night

 3   around the pods at Torrance County; right?  "People"

 4   being the inmates who were held there?

 5        A.   Yes.  Yes.

 6        Q.   And it wasn't necessarily a safe place

 7   with all those weapons.

 8        A.   Yes.

 9        Q.   You talked a little bit about the rumors

10   that circulate?

11        A.   Yes.

12        Q.   And I think you talked about what happens

13   to somebody who is thought be cooperating?

14        A.   Yes.  Yes.

15        Q.   What happens to them?

16        A.   They get hit, they get stabbed, you know.

17        Q.   They're in danger of getting killed.  Are

18   you aware that there were rumors floating around

19   among a number of inmates that Mr. Perez had

20   cooperated?

21        A.   Yes.  What it was, in the computer he

22   had -- I guess he had a enemy list.

23        Q.   Okay.  And so he was in danger, just like

24   anybody else who was thought to have cooperated?

25        A.   I'm pretty sure could have been.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you think he talked to you at Torrance
 2   County?
 3        A.   Um-hum.
 4        Q.   And told you that he had wanted credit,
 5   that he didn't want anything to do with it anymore?
 6             THE COURT:  You'll have to speak --
 7             THE WITNESS:  I'm sorry.
 8   BY MS. FOX-YOUNG:
 9        Q.   It's a little hard to pick up.  I'll ask
10   you again --
11             THE COURT:  I'll tell you what.  Do you
12   think we better pick this up --
13             MS. FOX-YOUNG:  One more question, Your
14   Honor, and I'll wrap up?
15             THE COURT:  Go ahead.
16   BY MS. FOX-YOUNG:
17        Q.   You said you talked to Mr. Perez.  You
18   described the fact that he was unable to physically
19   defend himself; right?
20        A.   Yes.
21        Q.   And had trouble getting around; right?
22        A.   Yes.
23        Q.   And when -- you say you talked to him in
24   the shower and he told you that he wanted credit;
25   right?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Right.

2      Q.   And you knew at that time that there were

3 rumors swirling that Mr. Perez had cooperated.

4      A.   Yeah, pretty much.

5      Q.   Yeah.  And so it was reasonable for him to

6 say something to protect himself, to maybe to take

7 credit for something that he hadn't done.  Is that

8 right?

9           MR. BECK:  Objection, Your Honor, calls

10 for speculation.

11           MS. FOX-YOUNG:  I think if the witness

12 knows.

13           THE COURT:  If he knows.  But ask him if

14 he knows before you ask him the question.

15 BY MS. FOX-YOUNG:

16      Q.   Well, you told me that you know that when

17 rumors are circulating, people are in danger.  Tell

18 me, if you know, if it's reasonable, then, for

19 somebody to take credit for something that maybe

20 they didn't do, to protect themselves.

21      A.   No, because -- they probably, yeah, but

22 there's -- I've heard, you know what I mean, it's

23 been around that that's what he's been saying from a

24 long time already, you know.

25      Q.   And it's been around that somebody was

SANTA FE OFFICE                                         MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 820-6349                               FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                    e-mail: info@litsupport.com
REPORTING SERVICE

```
1   going to move on him, hasn't it?
2        A.   No.
3             MR. BECK:  Objection, Your Honor.
4   Foundation and hearsay.
5             THE COURT:  I think we do have a hearsay
6   problem.
7             MS. FOX-YOUNG:  All right, Your Honor.
8             THE COURT:  Do you want to quit for the
9   evening?
10            MS. FOX-YOUNG:  Yes, Your Honor.
11            THE COURT:  All right.
12            Because we're going to take our first
13  weekend break during the trial, I want to remind you
14  of a few things that are especially important.
15  Until the trial is completed, you're not to discuss
16  the case with anyone, whether it's members of your
17  family, people involved in the trial, or anyone
18  else, and that includes your fellow jurors.  If
19  anyone approaches you and tries to discuss the trial
20  with you, please let me know about it immediately.
21            Also, you must not read or listen to any
22  news reports of the trial.  Again, don't get on the
23  internet and do any research for purposes of this
24  case.
25            And finally, remember that you must not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   talk about anything with any person who is involved

2   in the trial, even if it doesn't have anything to do

3   with the trial.

4            If you need to speak with me, simply give

5   a note to one of the court security officers or Ms.

6   Standridge.

7            I probably won't be repeating these next

8   week, but do keep them in mind each time we take a

9   break for the evening or the weekend.  Just keep

10  them in mind.

11           Looks like about eight of us are going to

12  make the same road.  Not all of us to Hobbs, but

13  dropping people off along the way; or Carlsbad or

14  Artesia.  Everybody be safe on their travels.  My

15  prediction is that Brady is going to get his sixth

16  ring and 28/21.  So we'll see how smart I am on

17  Monday.  Right?  I'm going to root for Philadelphia,

18  though.  But I don't think we'll get it done.

19  That's pretty hard to say if you're a Cowboy fan,

20  but I'm going to root for Philadelphia.

21           Y'all have a good trip.  Have a good

22  weekend.  Get some rest.  See you at 8:30 on Monday

23  morning.

24           (The jury left the courtroom.)

25           THE COURT:  All right.  Y'all have a good

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1826

```
 1   weekend.
 2            MR. LOWRY:  Judge, at lunch I was going to
 3   make my record on the objections and I haven't been
 4   able to.  May I?
 5            THE COURT:  Okay.
 6            MR. LOWRY:  Your Honor, we wanted to join
 7   Ms. Jacks' objections throughout the day, and rather
 8   than gobbling up courtroom time with the jury in
 9   here, I wanted to put that on the record, so Mr.
10   Baca would join those on both Fifth and Sixth
11   Amendment grounds.  And Your Honor, I just think --
12   I'll look at it over the weekend.  But I've just --
13   given the cross inadmissibility of the evidence and
14   the limiting instructions and some of the statements
15   that were made, we're going to consider moving for a
16   mistrial.
17            THE COURT:  All right.  All right, y'all
18   have a good weekend.
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4              C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11     In testimony whereof, I have hereunto set my

12 hand on this 3rd day of February, 2019.

13

14         _____

15         Jennifer Bean, FAPR, RMR-RDR-CCR
           Certified Realtime Reporter
16         United States Court Reporter
           NM Certified Court Reporter #94
17         333 Lomas, Northwest
           Albuquerque, New Mexico 87102
18         Phone:        (505) 348-2283
           Fax: (505) 843-9492
19         License expires:  12/31/19

20

21

22

23

24

25


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com