1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.            NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8                    VOLUME 6

9        Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   February 5, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks,
     Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc
16   Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
     Villa, Ms. Justine Fox-Young.

17

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                  333 Lomas, Northwest
21              Albuquerque, NM  87102
                Phone:   (505) 348-2283
22               Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1828

```
 1                    I N D E X
 2    EXAMINATION OF DAVID CALBERT
 3    By Ms. Fox-Young                          1845
 4    By Ms. Jacks                              1858
 5    By Ms. Bhalla                             1899
 6    By Mr. Beck                               1902
 7    By Ms. Duncan                             1908
 8    EXAMINATION OF NORMAN RHOADES
 9    By Mr. Castellano                         1910
10    EXAMINATION OF HANNAH KASTENBAUM
11    By Ms. Fox-Young                          1992
12    By Ms. Armijo                             1994
13    By Ms. Armijo                             1998
14    EXAMINATION OF NORMAN RHOADES
15    By Ms. Jacks                              2008
16    By Mr. Maynard                            2012
17    By Mr. Villa                              2012
18    By Mr. Lowry                              2023
19    By Mr. Castellano                         2024
20    EXAMINATION OF GUADALUPE URQUIZO
21    By Mr. Beck                               2026
22    By Mr. Lowry                              2087
23
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1829

```
 1   REPORTER'S CERTIFICATE                              2112

 2                   EXHIBITS ADMITTED

 3   Defendants' AC1, AC2, AC3, and AC4  Admitted    1899

 4   Government 1  Admitted                            1972

 5   Government 2, 3, and 7  Admitted                  1984

 6   Government 4 and 8  Admitted                      1976

 7   Government 9 and 10  Admitted                     1974

 8   Government 14  Admitted                           1918

 9   Government 16  Admitted                           1920

10   Government 17 through 24  Admitted                1921

11   Government 25 through 37  Admitted                1926

12   Government 38 through 51  Admitted                1933

13   Government 52 through 64  Admitted                1940

14   Government 65 through 73  Admitted                1948

15   Government 74 through 83  Admitted                1953

16   Government 84 through 88 and 93 through 101  Admitted

17   Government 125 through 136  Admitted              1963

18   Government 137 through 142  Admitted              1968

19   Government 742 and 743  Admitted                  2045

20   Government 746 and 746-A  Admitted                1989

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  All right.  Good morning,
 2   everyone.  I appreciate everybody being here and on
 3   time.  The jury is here and ready to go.
 4          Mr. Villa.
 5          MR. VILLA:  When I arrived this morning, I
 6   was informed by the United States marshals that Mr.
 7   Perez is pretty ill.  I went downstairs to speak to
 8   Mr. Perez.  He informs me that he got ill on
 9   Saturday, some kind of flu.  He hasn't eaten since
10   Saturday.  He feels like he has a fever, head cold,
11   as well as diarrhea.  He's not able to control that.
12   As the Court has heard over the course of this case,
13   he's had a number of major surgeries in the
14   abdominal area and doesn't have the abdominal
15   muscles that you or I might, and so he's having a
16   lot of accidents.
17          And I guess that I've got a couple of
18   fears.  One is that he's not able to give his full
19   attention to the Court today; two, that the rest of
20   us at the table get what he has, along with perhaps
21   our co-counsel and we make this worse than it is.
22   And three, that he asked to see medical on Saturday.
23   They gave him some Tylenol.  He hasn't seen a
24   doctor.
25          Given his frail state of health, I think
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   that him having the flu is much more serious than

2   you or I having the flu.  We might be able to make

3   it through it.  But Mr. Perez is having a very

4   difficult time.  I think the only thing that I can

5   ask the Court to do is to give us a day, let him go

6   get seen by a doctor, and hope that his situation

7   improves and we can resume tomorrow.

8           THE COURT:  What's the Government's

9   thoughts on this?

10          MR. BECK:  Your Honor, the Government is

11  willing, ready, and able to proceed.  But I'm not

12  sure that that's the most compelling concern.  I

13  think the most compelling concern is:  The defendant

14  has the right to be here for the trial, and to be

15  present, both mentally and physically, for the

16  trial.

17          So with those concerns in mind, I've

18  spoken with Mr. Villa and Ms. Fox-Young, and it does

19  sound serious.  If we can -- if the marshals can

20  coordinate to get him to a doctor today and make

21  sure he's back ready tomorrow, I think that may be

22  the best way to proceed.  So the Government, as I

23  said, is ready and wants to proceed today, but the

24  United States doesn't want this to be an issue later

25  down the road.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1832

 1              MS. ARMIJO:  Your Honor, if I may just say

 2   for scheduling purposes, I know that we are on

 3   schedule, if not ahead of schedule.  I know that

 4   I've had to move several witnesses up.  For example,

 5   the medical examiner was going to be testifying

 6   today, but I didn't have her scheduled till

 7   Thursday.  So we have been juggling around witnesses

 8   because we are kind of full speed ahead, now that

 9   we're in trial and we're going and everything else.

10   So it's not as if we are behind schedule and this

11   will cause a great deal of delay.  And we are

12   concerned for Mr. Perez' situation.

13              But I just wanted to let the Court know as

14   far as where we are in trial.

15              THE COURT:  Any of the other defendants

16   have any thoughts on the issue?

17              MS. BHALLA:  I just don't want to get what

18   Mr. Perez has.  No offense to Mr. Perez, but I am a

19   little worried if the lawyers start dropping like

20   flies, we're going to have a problem, Your Honor.

21              MR. LOWRY:  On behalf of Team Baca, Your

22   Honor, I would second that concern.  I think I've

23   gone through that, but my teammates haven't, and I

24   think if we can avoid the catastrophe that could be

25   pending, we should.  I agree with Ms. Armijo.  In

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1833

1  our perspective, we are ahead of schedule, and I

2  think we're going to end much quicker than anybody

3  anticipated.

4        MS. JACKS:  We have no objection on behalf

5  of Mr. Sanchez.  And the only thing I would note is

6  that Mr. Perez is white as a sheet.

7        THE COURT:  Well, here's my concern,

8  though.  I don't know what one day is going to give

9  us.  If he's got the flu, he's got the flu.  I'm not

10  sure what that gives us.  I wish he'd been able to

11  see a doctor on Saturday, but I'm not sure what

12  anybody can do.  We've got some jurors that have

13  kind of gutted it out.  He's not going to be

14  testifying or anything today.  I'd rather just see

15  if we could see how it goes.  If we need to -- if

16  it's not going to work, you know, we're going to be

17  taking too many breaks or things like that, or it's

18  just not going to work, then we may have to rethink

19  it as the day goes on.

20        But I'm a little concerned about -- I'm

21  just not sure what a day does for us.  If they tell

22  him he's got the flu, what do we do tomorrow and

23  things like that.  I think we're just going to have

24  to gut through this a little bit.

25        MR. VILLA:  Your Honor, I'm no doctor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  I'm married to a nurse and know a little bit about

2  this stuff.  I know if they give him Tamiflu in a

3  certain period of time, it can have a significant

4  improvement on his health.  I don't know what the

5  time period is.  He did request to see medical on

6  Saturday because he was concerned about Monday.  I

7  know there is a window of time you've got to get

8  Tamiflu.  And if that window is today, he may be

9  healthy enough to proceed tomorrow as opposed to

10 getting worse or getting us into a real crisis

11 situation.

12        THE COURT:  Is there anybody from the

13 Marshal Service that can comment as to why he wasn't

14 given medical help on Saturday?  What could be done

15 today to maybe get somebody over here to help him

16 out?

17        THE MARSHAL:  Your Honor, Joe Castro at

18 the Marshal Service.  I understand that Mr. Perez

19 saw a provider this morning.  I don't know the

20 provider's hours on weekends, if they're on call.

21 But he did see someone this morning, and we would

22 make sure he gets seen immediately at the time he

23 returns back to the facility.

24        THE COURT:  How long was he seen by a

25 provider this morning?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1835

```
 1              MR. PEREZ:  Just a nurse.
 2              THE MARSHAL:  How long were you with them?
 3              MR. PEREZ:  (Snaps fingers.)
 4              THE MARSHAL:  Not long, Your Honor.
 5              MR. VILLA:  Mr. Perez is saying he saw a
 6   nurse.  He didn't see a doctor.
 7              THE COURT:  But sometimes that's --
 8              THE MARSHAL:  I don't know if it's a
 9   nurse, nurse practitioner.  Just some sort of
10   provider, Your Honor.
11              THE COURT:  Do you have somebody that
12   could swing by and see him here at the courthouse
13   today?
14              THE MARSHAL:  That's what the U.S.
15   Attorney's Office is requesting, and I've never seen
16   that happen.
17              THE COURT:  Would you try to make it?
18   There's a lot of things unusual about this trial.
19              THE MARSHAL:  I could request it, yes,
20   Your Honor.
21              THE COURT:  If somebody could swing by,
22   I'd very much appreciate it.
23              MS. ARMIJO:  Your Honor, what I was
24   requesting is even maybe this morning -- and I don't
25   know, and I don't want to put the U.S. marshals out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Maybe we could check to see if they are able to -- I

2  know this is unusual, but I was going to see if

3  maybe he could -- I know Memorial Medical Center

4  sees inmates.  If he could go to Memorial Medical

5  Center, I think all of us who have had been sick,

6  there's medications to stop bowel situations.

7  There's medicines for nausea.  Things even to make

8  him more comfortable.  And of course, they can test

9  him for the flu, and then we know what we're dealing

10 with.  If we have somebody here that has type A or

11 type B flu, that's an issue, too, and getting the

12 Tamiflu.

13         But there certainly are medications that

14 he can take that would make him more comfortable and

15 ease the situation.  So I don't know if we could

16 maybe take a break so the marshals can explore that

17 and to see if that's something they can do.  But I

18 don't know.

19         THE MARSHAL:  I can certainly take him to

20 the hospital, Your Honor.

21         MR. VILLA:  And Your Honor, I spend more

22 time than you'd like to know fighting with various

23 jail facilities trying to get my clients medical

24 attention.  Taking him back to the Dona Ana

25 Detention Center to get medical help is not a good

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  idea.  I would second the notion that he needs to go

2  to an urgent care or something like that.  If he's

3  going to see a doctor, that's probably the fastest

4  way to get him to the doctor.

5          THE COURT:  Why don't you do this:  Why

6  don't you see if you can get somebody here.  Maybe

7  we'll take an early lunch break, and if we don't

8  have somebody here by then, you can take him over to

9  the hospital or take him somewhere.

10          THE MARSHAL:  Yes, Your Honor.

11          THE COURT:  But let's see if you can get

12  somebody over here to look at him, and see if they

13  can start prescribing some medicines or things like

14  that, and we'll maybe take an early lunch break

15  today.  And if we don't have somebody over here by

16  this point, then we can -- you can run him to the

17  hospital, and we'll just wait for him.

18          THE MARSHAL:  Very well.

19          MR. CASTELLANO:  Your Honor, the concern I

20  have -- I'm all in favor of moving this trial, but

21  the concern I have is if Mr. Perez has kind of

22  gastrointestinal distress and feels the need to move

23  quickly, he won't be able to move quickly, and he is

24  shackled.  So I'm concerned that he may need to make

25  a run for the bathroom.  He may trip.  He's going to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492



1  be shackled.

2          THE COURT:  He can't run to the bathroom.

3  But Mr. Villa, Ms. Fox-Young, signal, and we'll

4  just -- I'll just dismiss the jury at that time.  I

5  won't hesitate to do it.  Okay?

6          MS. FOX-YOUNG:  Your Honor, just briefly.

7  You know, Counsel is in a difficult position because

8  we've all got to stay healthy through this trial,

9  too.  I've got a four-month-old baby at home and an

10 immunocompromised husband, and I want to be able to

11 sit and talk to my client through trial.  So we've

12 got a situation where we've got to get Rudy healthy

13 and we've got to stay healthy.  So we can't sit with

14 him this morning.  So I just hope the Court

15 understands.  I mean, he's coughing.  If he does

16 have flu and hasn't had Tamiflu, we could all be in

17 really bad shape really soon.

18          THE COURT:  Well, we've just got a

19 problem.  We've got men over here and at the defense

20 table that are coming out of detention facilities.

21 It's just a hard place as far as contagious

22 diseases.  We all that work in the court system know

23 that.

24          MR. BECK:  The only other thing I'll add,

25 Your Honor, is:  It also just concerns me of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  spectacle if Mr. Perez has to raise his hand or --

2          THE COURT:  No, he just tells Mr. Villa or

3  Ms. Fox-Young, and they'll signal to me we need to

4  take a break.  It will be done automatically.

5          MR. BECK:  Do we have enough time for

6  that, Mr. Villa?  Ms. Fox-Young?  Do you think we

7  have enough time for him to indicate to you?

8          THE COURT:  Mr. Beck, that's just the way

9  it's going to work.  Okay?  All right.

10          All rise.

11          MS. FOX-YOUNG:  Your Honor, we just need

12  to get Mr. Perez dressed for court, if the jury is

13  going to come in.  I'm not sure where his

14  clothing -- can we just get him a jacket?

15          MR. VILLA:  Just bring the jacket.

16          THE COURT:  I looked at Mr. Perez'

17  arguments this morning on the impeachment.  I'm

18  still not convinced that his credibility has been

19  attacked under 806.  I'm also not convinced that 806

20  comes into play until his credibility is attacked.

21          Is Mr. Palomares going to come back, Mr.

22  Beck, in any way?  I forgot to put Mr. Palomares on.

23          MR. BECK:  I don't think we intend to

24  recall him.

25          THE COURT:  It might be that during the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  course of the trial, we might want to bring Mr.

2  Palomares up and put him on the stand or have him

3  testify here as to what he knows.  It might be just

4  a good record here.  If he's not going to testify

5  that anybody told him there was a threat on Mr.

6  Perez, or otherwise, it might just make for a clean

7  record here.  I'll leave it to you as to what it is,

8  but it might help the record if he were to come up

9  one day out of the presence of the jury and we see

10  if he has anything to say.

11          MR. BECK:  We can do that.  My

12  recollection of the record is, when he was asked if

13  he knew anything about a threat, he said, "I don't

14  know that."

15          THE COURT:  That's mine, too.  But we

16  might want to just plumb it a little better --

17          MR. BECK:  Understood, Your Honor.

18          THE COURT:  -- to do that.  But I still

19  think 806 is not available to a party opponent until

20  his credibility is attacked.  And right at the

21  moment you have everybody wanting his statements to

22  be credible.

23          MR. VILLA:  Well, Your Honor, it's the

24  defense that's intending to impeach Mr. Perez'

25  statements.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1841

```
 1              THE COURT:  I know.

 2              MR. VILLA:  We're entitled to impeach.

 3              THE COURT:  I don't think so.  Nothing in

 4    806 says that, you know, you can start supporting

 5    his credibility on another statement that hasn't

 6    been introduced into court.  Right now nobody is

 7    attacking his credibility.  You're trying to get a

 8    statement in.

 9              Pull the door shut.  Does he have his

10    jacket?  Is that what he's going to wear today?

11              MS. FOX-YOUNG:  We're looking for a

12    jacket, and a mask.  I think the marshals went to

13    gather both of those things.

14              THE COURT:  Do you want to just explain in

15    your own words to the jury that he's sick today, or

16    what do you want to do?  Do you want me to do it?

17              MR. VILLA:  I think probably the Court.

18              THE COURT:  Okay.

19              MR. VILLA:  And Your Honor, I would just

20    say, while we've got a couple of minutes here, I

21    don't think that it's required that anyone else be

22    attacking the credibility of the statement that Mr.

23    Perez made to Agent Palomares in order for us to be

24    able to introduce statements that contradict the

25    statements made to Mr. Palomares, because as I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    talked about in the brief and, you know, the senate

2    report and those sorts of things, there are other

3    reasons to bring in an impeachment statement to try

4    to help explain or help the jury understand the

5    statement that was introduced through Agent

6    Palomares.

7              THE COURT:  I disagree.  Take a look at

8    806.  It's not going to come into play until his

9    credibility is attacked.  Those are the cases that

10   you cited from the First and the Seventh Circuit.

11   And I read the advisory rule there.  But until it's

12   attacked in some way, I'm not sure you're entitled

13   to come in and bring in I guess what would be a

14   prior inconsistent statement.  Take a look at it.

15             MR. VILLA:  I'll look at it again, Your

16   Honor.

17             THE COURT:  I think you pushed it pretty

18   hard, and you probably exhausted it, but I still

19   think that it's going to require somebody to attack

20   his credibility.  And right now, nobody is doing

21   that.

22             Does anybody else have anything while

23   we're waiting for the jacket to come up?

24             Anything from the Government to discuss?

25             MR. BECK:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            THE COURT:  Ms. Jacks, anything?

2            MS. JACKS:  No.

3            THE COURT:  Mr. Lowry, anything about --

4            MS. ARMIJO:  I bet you're happy with the

5   football results.

6            MR. VILLA:  Looks like he's got his

7   jacket.  So we can bring the jury in.  He's going to

8   wear a medical mask.  So I think if the Court would

9   just explain that to the jury, we'd appreciate it.

10            THE COURT:  I will.  All rise.

11            (The jury entered the courtroom.)

12            THE COURT:  Everybody be seated.  I

13  appreciate you coming back and ready to go on time.

14  We needed to discuss a few matters this morning

15  after all of us being gone.  I appreciate your

16  patience.

17            I had a nice trip to Hobbs.  And got there

18  a little bit after the start of the game.  You don't

19  want to take me to Las Vegas, do you?  I would have

20  gotten it all wrong.  I was happy with the game.  I

21  was glad to see Philadelphia win.  Brady's going to

22  throw for 505 yards and score 33 points and lose.  I

23  wouldn't have thought it would have happened.  So it

24  was a fun game.  I got to spend a little time with

25  my dad on -- his birthday is on Wednesday, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that's the best we can do.

2            I had a good weekend and I hope you had a

3    good weekend and I appreciate you being back.

4            As can you tell, Mr. Perez is going to

5    wear a mask.  He's not feeling well this morning, so

6    we might take some breaks to help him get through

7    the day, and maybe have some longer gaps here; see

8    if he may need medical attention or something like

9    that.  We'll just try to gut through it here a

10   little bit this morning, see how it goes.  But he's

11   going to wear a mask to not get anybody else sick.

12   And we know it's a tough time of year for people

13   like that.  And I appreciate Mr. Perez hanging in

14   there with us, and we'll see how it goes.

15           All right.  Is Mr. Calbert still our

16   witness?

17           MR. BECK:  Yes, he is.  I think he's being

18   brought up.  I think they were just waiting for the

19   jury to clear.  So it may take a moment.

20           THE COURT:  All right.

21           All right, Mr. Calbert, if you'll return

22   to the witness box.  And I'll remind you,

23   Mr. Calbert, that you're still under oath.

24           All right.  Ms. Fox-Young, if you wish to

25   continue your cross-examination of Mr. Calbert, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1845

```
 1   may do so at this time.

 2            MS. FOX-YOUNG:  Thank you, Your Honor.

 3            THE COURT:  Thank you, Ms. Fox-Young.

 4                    DAVID CALBERT,

 5       after having been previously duly sworn under

 6       oath, was questioned, and continued testifying

 7       as follows:

 8                  CONTINUED CROSS-EXAMINATION

 9   BY MS. FOX-YOUNG:

10       Q.   Good morning, Mr. Calbert.

11       A.   Good morning.

12       Q.   Do you recall Friday afternoon you and I

13   were talking about a statement that you said Mr.

14   Perez made to you at Torrance County?

15       A.   Yes.

16       Q.   Okay.  And was that in 2017?

17       A.   Yes.

18       Q.   Okay.  And you know that Javier Molina

19   died in early 2014?

20       A.   Yes.

21       Q.   And so this statement that you say

22   Mr. Perez made to you -- that was at least three

23   years after Mr. Molina died, is it not?

24       A.   Yes.

25       Q.   And when Mr. Perez talked to you, he told
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  you he just wanted credit; right?  He wanted credit

2  for the piece?

3      A.   Yes, for putting something in.  Helping

4  out.  For helping out.

5      Q.   And he didn't give you any details about

6  how the walker piece was taken, did he?

7      A.   No.

8      Q.   And he didn't tell you that Mario

9  Rodriguez came to take it from him, did he?

10      A.   No, he didn't mention that.

11      Q.   And he didn't tell you, either, that he

12  was scared of Mario Rodriguez, did he?

13      A.   No.

14      Q.   Or that he would be next if he stopped

15  Mario?

16      A.   He didn't do that.

17      Q.   Because that would be weak?  He didn't

18  tell you that?

19      A.   No.

20      Q.   And all this happened after Rudy was

21  charged; right?

22      A.   Yes.

23      Q.   Can you tell me when you were charged?  I

24  know not in this case, but you were charged in

25  another case.  Do you remember when that was?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                1-800-669-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1847

```
 1        A.   Right; I was arrested at the first of all
 2   this.  I don't know exactly what the date, you know
 3   what I mean, but...
 4        Q.   Late 2015?
 5        A.   Might have been.
 6        Q.   Okay.  And at some point after you were
 7   arrested and charged, did you get a computer to use
 8   that had the information from the case on it?
 9        A.   Yes.
10        Q.   And that's what's called a tablet?
11        A.   Yes.
12        Q.   And do you still have that tablet?
13        A.   I just got it back, yes.
14        Q.   So you've had it since close to the time
15   that you were charged?
16        A.   On and off.
17        Q.   Okay.  And why was it taken away?
18        A.   Well, I guess something happened in
19   Sandoval when they came and got everybody's, because
20   somebody was tampering with them and whatnot.
21        Q.   Do you know if that was somebody working
22   for the Government who was tampering with them?
23        A.   I can't say.  I don't know.
24        Q.   So on that computer, that tablet, you were
25   able to see the statements that other gang members
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 | working for the Government were making; right?

2 |     A.    There was a lot -- I looked at a lot of

3 | them, but there was a lot more.

4 |     Q.    Right.  And so you knew that Mr. Perez had

5 | been in solitary confinement next to Billy Cordova?

6 |         MR. BECK:  Objection, Your Honor.  I think

7 | based on his last statement, I think this would all

8 | be hearsay.

9 |         THE COURT:  It sounds like it would be,

10 | Ms. Fox-Young.

11 | BY MS. FOX-YOUNG:

12 |     Q.    Did you know -- you said that you knew

13 | statements that some of the folks working for the

14 | Government were making.  Did you know about

15 | statements that Mr. Billy Cordova was making?

16 |     A.    Yes.

17 |     Q.    And did you know -- do you know what year

18 | those pertained to?

19 |     A.    I'm not sure.

20 |     Q.    Do you know if they pertained to Mr.

21 | Perez?

22 |     A.    I'm thinking some of them.

23 |         MR. BECK:  Objection, Your Honor.  That

24 | would be hearsay.

25 |         THE COURT:  Sustained.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          MS. FOX-YOUNG:  I won't elicit any further
 2   if he doesn't know, Your Honor.
 3   BY MS. FOX-YOUNG:
 4      Q.   And so you told the Government about some
 5   things that you say Mr. Perez told you.  You told
 6   the Government in 2017, too; right?
 7      A.   Yes.
 8      Q.   After you'd had this computer for a couple
 9   years?
10      A.   Yes.
11      Q.   And that was also after you'd sat down
12   with Lupe Urquizo and gotten your stories straight;
13   right?
14      A.   No, we didn't -- we talked about it, a
15   little bit, about it.  But that meeting was -- he
16   was trying to pretty much recruit me to go do what
17   he was doing.
18      Q.   Mr. Calbert, in terms of the timing, you
19   sat down with Mr. Lupe Urquizo before he talked to
20   the Government; right?
21      A.   Yes.
22      Q.   And you talked to him about this case?
23      A.   Not this part of it, but yes.
24      Q.   Okay.  And you knew, didn't you, that Mr.
25   Perez wasn't pleading guilty; that he was fighting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    the case; right?

 2         A.   Yes.

 3         Q.   And you knew that unlike the killers

 4    Armenta, Montoya, Rodriguez, and Martinez, he was

 5    going to fight the case at trial?

 6         A.   Yes.

 7         Q.   And you knew that the Government would

 8    like to hear you implicating Mr. Perez; right?  That

 9    would give you a better deal?

10         A.   No, I figured, you know what I mean,

11    but...

12         Q.   Yeah, serve him up and you'd get a better

13    deal from the Government?

14         A.   There's a lot more other things that they

15    would probably rather like than that, you know what

16    I mean?

17         Q.   But you knew they'd like that.  Do you

18    remember on Friday you and I were talking about some

19    phone calls that you made from the jail?

20         A.   Yes.

21         Q.   And I asked you about some of them.  I

22    asked you if you remembered talking to your family

23    members about getting home in three years.  Do you

24    remember me asking you that?

25         A.   Yeah, I remember that, yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1851

```
 1        Q.   Do you remember telling your family you'd
 2   be home in maybe three years?
 3        A.   Maybe my mom, you know, just trying to
 4   comfort her.  She's having a real hard time with all
 5   this.  So I tried a more comforting thing, rounding
 6   things off.  It's not up to me. It's up to the
 7   Government.
 8        Q.   The folks at this table get to make a
 9   decision and tell the Court how long you should
10   serve; right?
11        A.   Yes, ma'am.
12        Q.   Do you remember talking to anybody beside
13   your mom about getting a sweet deal?
14        A.   I don't know about a sweet deal.  Maybe a
15   deal.
16        Q.   Okay.
17             MS. FOX-YOUNG:  Your Honor, I'd like to
18   play -- and I don't think the Government objects,
19   and we've provided this to the Government.  This is
20   going to be our Exhibit Z1.  I won't move it yet.
21             MR. BECK:  Your Honor, I did not object
22   based on his testimony last week.  However, I think
23   that now there wouldn't be a reason -- doesn't sound
24   like he needs refreshing of his recollection.  And
25   he just explained he remembers that and why he said
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it.  It's not impeachment.  At this point it's just

2  hearsay.

3           THE COURT:  Why don't y'all approach so I

4  know what's on the tape?

5           (The following proceedings were held at

6  the bench.)

7           THE COURT:  What is on this Z1?

8           MS. FOX-YOUNG:  It's about a

9  one-and-a-half-minute recording of him talking to --

10 I believe it's his brother, not his mother, so...

11          THE COURT:  Oh, this is Calbert.

12          MS. FOX-YOUNG:  It's him.  And I think

13 you'll be able to identify his voice.  This is not

14 for impeachment.  It's very quick, and just what

15 he's getting and what he's been offered.  And I know

16 the Government hasn't had a chance to listen to it.

17 It's very short and the Government provided these

18 calls, thousands of them.

19          THE COURT:  What is the problem with it,

20 then?

21          MR. BECK:  I think it's hearsay.  You can

22 impeach with bias and motive, but you can't with

23 hearsay unless we're going to give a limiting

24 instruction that this isn't considered for the

25 truth; it's just bias and motive, and it would be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1853

1  irrelevant.  I think she can ask him the

2  information.  If he doesn't remember, she can

3  refresh his recollection, but that takes place

4  outside of the jury.

5          THE COURT:  Well, why don't you set it up?

6  Why don't you set it up and see if he made these

7  statements?  If he made the statement, then I'll let

8  you impeach him with the statements and I'll give a

9  limiting instruction that this is to impeachment of

10 Mr. Calbert and they can't consider it to the truth

11 of the matter.  Is that acceptable?

12         MS. FOX-YOUNG:  That's fine.

13         THE COURT:  Why don't you set it up and

14 see if he needs to refresh his memory?  If he

15 doesn't, we'll go on.

16         MS. FOX-YOUNG:  If he doesn't, you'll

17 allow me to play at this time?

18         THE COURT:  I'll allow you to play it.

19         (The following proceedings were held in

20 open court.)

21         THE COURT:  Ms. Fox-Young.

22         MS. FOX-YOUNG:  Thank you, Your Honor.

23 BY MS. FOX-YOUNG:

24    Q.   Mr. Calbert, you told me you recalled

25 telling your mother you thought you were only going

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to get three years; is that right?

2       A.   Yes.

3       Q.   But you don't remember telling anybody

4   else?

5       A.   No.

6            MS. FOX-YOUNG:  Your Honor.

7            THE COURT:  Yeah, you can go ahead and

8   play it.

9            MR. BECK:  And Your Honor, will you

10  provide the instruction to the jury?

11           THE COURT:  This is just used to -- Ms.

12  Fox-Young, this functions -- this can only be used

13  to impeach Mr. Calbert.  It's not to consider it for

14  the truth of the matter of the statements that are

15  going to be made, but you can consider it in

16  determining whether Mr. Calbert is truthful or

17  credible or not.

18           (Audio clip played.)

19  BY MS. FOX-YOUNG:

20      Q.   And Mr. Calbert, this is what you hear on

21  your end when you make a call from the jail, is it

22  not?

23      A.   Yes.

24      Q.   And this is just the recording that

25  precedes every jail call that you make?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes.  Yes.

2    Q.    Okay.  Go ahead.

3          (Audio clip played.)

4    Q.    Is that your voice, Mr. Calbert?

5    A.    Yes.

6    Q.    Okay.  Go on.

7          (Audio clip played.)

8    Q.    Do you know who you were talking to on

9    that phone call?

10   A.    Yes.  That was my little brother.

11   Q.    Okay.  You have a couple of brothers?

12   A.    Yes.

13   Q.    And I think one of the first things you

14   said to him was you'd be out in a couple years,

15   three years at the worst; is that right?

16   A.    Yeah.  Just, like I said, comforting my

17   family.

18   Q.    But that's what you told them?

19   A.    Yes, yes.

20   Q.    And you also told him, did you not, that

21   they were going to come after you with another

22   murder charge; right?

23   A.    Yes.

24   Q.    And is the "they" the people at this

25   table?



SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                            1-800-669-9492
                                                 e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.
 2        Q.    And is that the murder charge for the
 3   death of Javier Molina?
 4        A.    Yes.
 5        Q.    And you said they were going to "bury me,"
 6   that you were through; right?
 7        A.    Yes.
 8        Q.    How did you know that?
 9        A.    Because I was facing 30 right now, and I
10   knew, so if they did come on another charge, I would
11   have been done.
12        Q.    And they told you they were going to come
13   with another charge if you didn't tell stories for
14   them; right?
15        A.    No.
16        Q.    No, they didn't say that?  And you said,
17   "This is really the only way out, bro.  I got to
18   look out for myself"; right?
19        A.    Yes.
20        Q.    And when you said "This is really the only
21   way out," you're talking about working for the
22   Government?
23        A.    Yes.
24        Q.    So that's really what you're getting in
25   exchange for working for the Government, isn't it?
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                     e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1       A.   I would expect, yes.
 2       Q.   You're getting to walk on a murder charge?
 3       A.   Like I said, I was never charged with that
 4  in the first place.
 5       Q.   You were never charged at all.  And you're
 6  expecting a couple years, three years at the worse;
 7  right?
 8       A.   At the best, you know what I mean?
 9       Q.   At the best.  And on Friday we talked
10  about stabbing Mr. Silva, which carries 30 years;
11  right?
12       A.   Yes.
13       Q.   But even though you've admitted to that
14  and even though you've admitted to being involved in
15  the murder of Javier Molina, three years at the
16  worse; right?
17       A.   Like I said, it's not up to me.  It's up
18  to them people at the table and the Judge, so --
19       Q.   And in fact, if you had been charged with
20  the murder of Javier Molina, you would have been
21  facing life; right?
22       A.   I'm already facing life.
23       Q.   And if you were convicted, you would have
24  spent the rest of your life in prison?
25       A.   I'm already facing 30 years.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492
                                                      1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1858

```
 1      Q.   Three years at the best, right -- or three
 2  years at the worst?
 3      A.   My mom, I was comforting her, yeah.
 4           MS. FOX-YOUNG:  Thank you, Your Honor.  No
 5  further questions.
 6           THE COURT:  Thank you, Ms. Fox-Young.
 7           Ms. Bhalla, Mr. Maynard, do you have any
 8  questions of Mr. Calbert?
 9           MS. BHALLA:  No, Your Honor.  Thank you.
10           THE COURT:  How about you, Ms. Jacks?
11           MS. JACKS:  I do, Your Honor.  Thank you.
12           THE COURT:  Ms. Jacks.
13                   CROSS-EXAMINATION
14  BY MS. JACKS:
15      Q.   Mr. Calbert, you told us last week that
16  you go by the nickname Spider?
17      A.   Yes, ma'am.
18      Q.   Is that a name that you gave yourself, or
19  is it a name that was given to you?
20      A.   I gave myself.
21      Q.   What was the thought behind giving
22  yourself that name Spider?
23      A.   It sounded cool.
24      Q.   What about it sounded cool?
25      A.   It just does.  It just does.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   It does?  Is a spider, the nickname

2  Spider, meant to put fear into other people?

3    A.   I'm sure it does, some.

4    Q.   Is it to suggest that you're a dangerous

5  person?

6    A.   Maybe.

7    Q.   Is it also to suggest that you may be a

8  person that can sneak up on somebody and surprise

9  them?

10   A.   I guess you could look at it like that.

11   Q.   Is that how you looked at it when you

12 named yourself Spider?

13   A.   No.

14   Q.   How did you look at it?

15   A.   Like I said, it sounded good.

16   Q.   Correct me if I'm wrong, but did you go to

17 prison in 1998?

18   A.   Yes.

19   Q.   And since 1998, have you ever been out of

20 custody?

21   A.   Yes.  Yes.

22   Q.   Okay.  So tell me, when did you get out of

23 custody after you went in in 1998?

24   A.   Must have been about maybe 2003, I'm

25 thinking.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1860

```
 1        Q.    And then you went back in?

 2        A.    Yes.

 3        Q.    And once you went back in, have you been

 4   in prison that whole time?

 5        A.    Since 2004, yes.

 6        Q.    Now, Ms. Fox-Young was just asking you

 7   some questions about the case that you were charged

 8   with, and I just want to go over that a little bit.

 9   Okay?  You were arrested in December of 2015 when

10   all these -- when a bunch of people allegedly from

11   SNM were arrested; right?

12        A.    Yes.

13        Q.    And you weren't charged in this case, but

14   you were charged in a different case; right?

15        A.    Yes.

16        Q.    And that case -- was the case number case

17   number 15-4269?

18        A.    I can't recall.

19        Q.    Were you charged in that case with two

20   crimes?

21        A.    Yes.

22        Q.    All right.  And were the two crimes the

23   conspiracy to murder Paul Silva and assault with a

24   deadly weapon on Paul Silva?

25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  What were the crimes?

2    A.   One I was doing time for at the time were

3  two COs and that Bandit.  I don't know his name.

4  Gonzalez?  Gonzalez, maybe.

5    Q.   Right.  And you told us about that last

6  week.

7    A.   Yes.

8    Q.   But my question is:  When you got arrested

9  in December of 2015 and you were charged in a

10  separate case, were the charges in that case related

11  to the assault on Paul Silva?

12    A.   What do you mean related?  Like --

13    Q.   Were you charged with conspiring to kill

14  Paul Silva?

15    A.   No, not yet.

16    Q.   And were you charged with assault with a

17  deadly weapon on Mr. Silva?

18    A.   No, it was just prison.  I was just in

19  trouble in prison for it.  They hadn't brought

20  charges on me.

21    Q.   But in December of 2015, you were arrested

22  on a new case; right?

23    A.   It's the same case, yeah.  It was for

24  that.

25    Q.   It was for the assault on Paul Silva?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                           1-800-669-9492
                                                           e-mail: info@litsupport.com



```
 1        A.   Yes.
 2        Q.   The one we saw on the video last week?
 3        A.   Yes.
 4        Q.   And were there any co-defendants on your
 5   case?
 6        A.   Mauricio Varela.
 7        Q.   So Mr. Varela was also accused of
 8   assaulting Mr. Silva with you?
 9        A.   Yes.
10        Q.   And Mauricio Varela -- is he an SNM Gang
11   member?
12        A.   Yes.
13        Q.   Does he go by the nickname of Archie?
14        A.   Yes.
15        Q.   All right.  So you were asked some
16   questions about Mr. Silva last Friday, and I want to
17   follow up on a few of those things.  Okay?  So the
18   assault on Mr. Silva, the one that we saw in the
19   video -- did that take place at the Penitentiary of
20   New Mexico South facility?
21        A.   Yes.
22        Q.   And that's in Santa Fe; right?
23        A.   Yes.
24        Q.   It's across the road from PNM North
25   facility?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1863

```
 1        A.    Yes.
 2        Q.    So they're two separate facilities, but in
 3   the same property in Santa Fe?
 4        A.    Yes.
 5        Q.    And the South is a Level 5 facility?
 6        A.    Yes.
 7        Q.    And the North is a Level 6?
 8        A.    Yes.
 9        Q.    Okay.  So did Mr. Silva come to your pod
10   at PNM South and claim he was running the show?
11        A.    Yes.
12        Q.    And did he come after you got rid of
13   Arturo Garcia, after he was removed from that pod?
14        A.    Yeah.  Yes.
15        Q.    I want to talk to you a minute about
16   Mr. Garcia, because you didn't like him, did you?
17        A.    No, I didn't.
18        Q.    And why didn't you like him?
19        A.    We were always arguing over something
20   stupid.
21        Q.    Wasn't part of the reason you didn't like
22   him because he was taking drugs from people and not
23   paying for it?
24        A.    One of the reasons.
25        Q.    And it caused some anger among people that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   were in the pod; right?

 2        A.    Yes.

 3        Q.    And was there something that you did or

 4   that you did in connection with other people that

 5   were living with you to get Mr. Garcia removed from

 6   the pod?

 7        A.    No.

 8        Q.    Well, did you, quote, kite him out?

 9        A.    No.

10        Q.    Do you know what "kite him out" means?

11        A.    I know what that means.

12        Q.    Tell me what that means, first of all.

13        A.    To go and say somebody is going to get hit

14   or something, send it through the mail to the STG or

15   whatever, and they take action and take them out of

16   there, whatever.

17        Q.    So what kiting somebody out means, if you

18   want to get somebody removed from the housing

19   unit --

20        A.    Yes.

21        Q.    -- you write a letter to the gang

22   correctional officers?

23        A.    Yes.

24        Q.    And you tell them, "Hey, this guy's life

25   is in danger"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1865

```
 1        A.    Yes.
 2        Q.    And whether it's in danger or not, the
 3   gang unit responds to that; right?
 4        A.    Right.
 5        Q.    And they remove the guy from the housing
 6   unit?
 7        A.    They question everybody, see if there is a
 8   problem.
 9        Q.    And then maybe the guy is removed from the
10   housing unit?
11        A.    Yes.
12        Q.    So it's a way to try to manipulate the
13   prison correctional officers, to get somebody out of
14   your housing unit that you don't like.
15        A.    Yeah, for some people.
16        Q.    And that's known as kiting somebody out?
17        A.    Yes.
18        Q.    Now, you're saying you didn't kite
19   Mr. Garcia out of the unit?
20        A.    No.
21        Q.    Did somebody else in your pod kite
22   Mr. Garcia out of the unit?
23        A.    I can't say, because people usually keep
24   it undercover when they're doing things like that.
25   But I'm pretty sure they did it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    Q.   Were you interviewed by the FBI and the
 2  prosecutors in this case on August 22 of 2017?
 3    A.   Yes.
 4    Q.   Okay.  That was the interview that you had
 5  with law enforcement after you were given an
 6  opportunity to visit with Lupe Urquizo; right?
 7    A.   Yes.
 8    Q.   And did you tell the investigator -- I
 9  guess it was Agent Acee -- or, no, Agent Neale and
10  some of the other prosecutors and the other
11  prosecutors that were there -- that Garcia was
12  transferred after another inmate kited him out?
13    A.   Like I said, I figured, you know what I
14  mean, like, somebody is not going to come tell me,
15  "Hey, I'm going to kite this guy out and you're
16  going to tag team on it."  They're not going to tell
17  everybody, you know.
18    Q.   So after Garcia left, Silva came in and
19  claimed he was the new boss; right?
20    A.   Yes, on the orders of Arturo Garcia.
21    Q.   And how did that make you feel?
22    A.   In danger.
23    Q.   It made you feel in danger?
24    A.   Yes.
25    Q.   Did it eventually make you feel angry?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1867

1       A.   Yeah.   There was a bit of feelings like

2    that also.

3       Q.   Did it make you feel angry because Silva

4    came in and was bossing people around, acting like

5    he had some sort of authority to run the show?

6       A.   Yes.

7       Q.   And you didn't recognize that authority,

8    did you?

9       A.   No.

10       Q.   And the longer he pushed, the more angry

11    you got?

12       A.   Yes.

13       Q.   And eventually you took enough of that and

14    you decided, hey, I'm going to get this guy.   And

15    you attacked him.

16       A.   That, and there's a lot of other elements

17    to that, why.   But that's one of the main reasons,

18    yes.

19       Q.   Well, eventually, you attacked him at

20    least in part because you were getting mad at him

21    trying to push you around.

22       A.   That's the main part, yes.

23       Q.   So was your stabbing of Silva something

24    that was sanctioned by the SNM?

25       A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   All right.  Was it something that was

2    ordered by the SNM?

3    A.   Not that one, no.

4    Q.   And was it something that you did because

5    you were somehow trying to improve your status

6    within the SNM?

7    A.   Yes.  All for the cause, yes.

8    Q.   Well, you're saying that now.  But back

9    when you were interviewed, right after -- about a

10   week after the assault on Mr. Silva, you spoke to a

11   guy named Cory Henn from the STIU unit; right?

12   A.   After that happened?

13   Q.   Yes.

14   A.   Yes.

15   Q.   And you told Mr. Henn that "I'm doing me,"

16   didn't you?

17   A.   Yes, I did.

18   Q.   And you told him that the assault on Silva

19   was your thing because you were mad at Silva.

20   A.   I was required to.

21   Q.   Now that's what you're saying.

22   A.   No, then.  Because you go and you talk to

23   the STG about anything like that, and that's your

24   life forfeit, you know what I mean?  That's just how

25   it is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1869

1     Q.    Did you tell Mr. Henn that you assaulted

2  Silva because you lost your temper?

3     A.    Yeah.

4     Q.    Now I want to ask you a couple of

5  questions about Mauricio Varela's involvement in the

6  assault on Silva.  Okay?  Mauricio Varela was a

7  friend of yours; right?

8     A.    Yes.

9     Q.    And people knew that you guys were -- you

10 hung out together and you were close?

11    A.    Right.

12    Q.    Right.  So when you attacked Silva in the

13 rec yard, was Silva with some other people that were

14 considered his friends or his buddies?

15    A.    Yes.

16    Q.    And when you stabbed Silva, did one of

17 Silva's friends shove Mauricio Varela?

18    A.    Yes.

19    Q.    So because you were attacking Silva, one

20 of Silva's friends decided to get into it with

21 Mauricio?

22    A.    Yes.

23    Q.    And he shoved Mauricio off of a walkway?

24    A.    Right.

25    Q.    And they were wrestling around on the

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                             Albuquerque, NM 87102
(505) 989-4949                                       (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492
                                                    1-800-669-9492
                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   ground.
 2        A.   Well, not him and the guy they pushed, no.
 3        Q.   I'm sorry, I'm not understanding your
 4   answer.
 5        A.   One guy pushed him, and he grabbed the
 6   other guy and fell over.
 7        Q.   And that's how Mauricio Varela got
 8   involved in the incident with Paul Silva?
 9        A.   Yes.
10        Q.   That type of thing happens in prison;
11   right?
12        A.   Yes.
13        Q.   Like if you decide to move on somebody,
14   you can expect that person's friend to move on one
15   of your friends?
16        A.   Yes.
17        Q.   That's just a common occurrence when there
18   is a physical altercation on the prison yard?
19        A.   Yes.
20        Q.   All right.  I'm going to move to another
21   topic.  Okay?
22             I want to go back to your arrest in
23   December of 2015.  When you were -- well, did you
24   fight your case from the time of that arrest up
25   until August 22, when you met with Lupe Urquizo and
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com



1    then the FBI at the office in Albuquerque?

2         A.   Yes.

3         Q.   So you fought your case for almost two

4    years?

5         A.   Yes.

6         Q.   And ultimately, after you had that August

7    22 meeting in 2017 with Lupe and then the FBI, did

8    you enter a plea of guilty?

9         A.   Yes.

10        Q.   And was that done on September 28 of 2017?

11        A.   It might have been.

12        Q.   And I think you told us last week you pled

13   to two charges which gave you the potential of a

14   maximum sentence of 30 years.

15        A.   Yes.

16        Q.   But you pled with the expectation that you

17   would get a significant reduction in that sentence.

18        A.   Yes.

19        Q.   In exchange -- as one of the benefits for

20   being a Government witness.

21        A.   Yes.

22        Q.   Now, during the almost two years that you

23   fought the case, were you provided -- I think Ms.

24   Fox-Young asked you some questions about this.  Were

25   you provided some of the materials that are known as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1   discovery?

 2        A.   Yes.

 3        Q.   And can you just tell us briefly what

 4   kinds of materials those are, like what that

 5   consists of?

 6        A.   Just people making statements, people --

 7   discoveries of everybody's past, like...

 8        Q.   Criminal history?

 9        A.   Exactly.  And just videos, video camera,

10   action of situations and things like that,

11   cellphones, phone calls, you know.

12        Q.   So there were recordings, videos?

13        A.   Yes.

14        Q.   Some recorded statements?

15        A.   Yes.

16        Q.   Telephone calls that people made?  All

17   that stuff.

18        A.   Yes.

19        Q.   Okay.  And would you agree with me, in

20   addition to that, there were all sorts of law

21   enforcement reports and other reports that were

22   generated in connection with the case?

23        A.   Yes.

24        Q.   And let me go back a second.  When you got

25   the discovery, how did you get it?  How did it come

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to you so you could read it and listen to it?

2         A.   On the iPad, like on the pad, I guess, the

3    Government --

4         Q.   It came on what's called a computer

5    tablet?

6         A.   Yes.

7         Q.   And is that something -- had you ever had

8    a tablet like that before?

9         A.   No, I didn't know how to use it, so I had

10   to -- took a while.

11        Q.   So you learned how to use it while you're

12   sitting there in your jail cell?

13        A.   Yes.

14        Q.   And you were able to use it; right?

15        A.   Yes, after a while.

16        Q.   And you used it to listen to all the

17   materials you were provided.  Or a lot of them.

18        A.   There is so much, there is no way to go

19   through all of it.  But yeah, I did some, yes.

20        Q.   Now, on your tablet you were only charged

21   in that one case regarding the assaults, on Mr.

22   Silva; right?

23        A.   Yes.

24        Q.   On your tablet, did you get only the

25   discovery materials related to the Silva assault, or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    did you get stuff related to all the cases the

2    Government brought on December 3?

3         A.   I got everything to everybody, yes.

4         Q.   You got everything.

5         A.   Everything to everybody's case that's on

6    there, yes.

7         Q.   So it wasn't limited to your case.

8         A.   No.

9         Q.   And you were free to go through materials

10   that related to other people's cases.

11        A.   Yes.

12        Q.   And you could do that 24 hours a day,

13   seven days a week, if you wanted to?

14        A.   Yes.

15        Q.   Is it fair to say that you looked at the

16   materials that related to the homicide of Javier

17   Molina, the thing that we're talking about here

18   today?

19        A.   Yes, I did.

20        Q.   And you listened to audios that were

21   related to that case?

22        A.   Some of them, yeah.

23        Q.   And you looked at videos?

24        A.   Yes.

25        Q.   And you read witness statements related to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that case?
 2        A.   Yes.
 3        Q.   Even though -- okay.  And as you did that,
 4   did you become aware that it was the Government's
 5   claim or the Government's theory that somehow
 6   paperwork must have been transferred from the
 7   Penitentiary of New Mexico down to Southern New
 8   Mexico Correctional Facility shortly before the
 9   homicide?
10             MR. BECK:  Objection, hearsay, Your Honor.
11             MS. JACKS:  I'm asking about his state of
12   mind.
13             THE COURT:  Overruled.
14        A.   Repeat the question.
15   BY MS. JACKS:
16        Q.   Yeah, I'm asking, based on your review
17   that you conducted on these materials about the
18   Molina homicide --
19        A.   Yes.
20        Q.   -- did you become aware that the
21   Government was trying to claim that some paperwork
22   came down just before Molina was killed?
23        A.   I knew that because I took it.
24        Q.   Well, you're saying you took it.
25        A.   I knew that on there, too.  I seen it,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1876

1    yes.

2         Q.   So you knew that was something the

3    Government was interested in.

4         A.   Yes.

5         Q.   I'm going to pause here a second because I

6    want to talk to you a little bit about how you made

7    the decision to become a Government witness.

8         A.   Okay.

9         Q.   And I guess really what we're focusing on

10   is that meeting with Lupe Urquizo on August 22 of

11   2017; right?

12        A.   Okay, yes.

13        Q.   And you were brought down to the FBI

14   office in Albuquerque on that date?

15        A.   Yes.

16        Q.   And you told us that you met with Lupe

17   before you met with the Government agents?

18        A.   Yes.

19        Q.   Now, at that time -- so in August of

20   2017 -- what was your relationship with Lupe

21   Urquizo?

22        A.   He's a good friend of mine from back from

23   my hometown.

24        Q.   So was he a close friend?

25        A.   Pretty close, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1877

```
 1        Q.   One of the people in -- one of the people
 2   that you know that you're closest to?
 3        A.   Yes.
 4        Q.   And I think you told us last week about a
 5   fight that you had with some correctional officers.
 6   I guess you had a few.  It's the one where I think
 7   you sprayed some feces on a female guard who was
 8   giving you attitude?
 9        A.   It was for him, because of him.
10        Q.   I just want to be clear about that.  Was
11   that a fight that you got into to defend Lupe
12   Urquizo's honor?
13        A.   No.  To defend the S's honor, yes.
14        Q.   And was it a fight that you got involved
15   with because of your relationship with Lupe Urquizo
16   specifically?
17        A.   That and because he's a brother.
18        Q.   And had Mr. Urquizo also represented you
19   in disciplinary hearings within the prison system in
20   the past?
21        A.   I think one.
22        Q.   So he was someone that you had come to
23   rely on.  Is that fair to say?
24        A.   Yes.
25        Q.   Now, when you met with him in the FBI
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   office, were there any FBI agents present in the
 2   room, or were you guys allowed to talk with each
 3   other without law enforcement present?
 4        A.   No, our lawyers were in there.
 5        Q.   But your lawyers aren't law enforcement;
 6   right?  They're representing you.
 7        A.   No, they were standing outside the door.
 8        Q.   Just so I'm clear, law enforcement was
 9   outside the door?
10        A.   Yes.
11        Q.   But they weren't inside the room
12   participating in the conversation.
13        A.   No.
14        Q.   And during that meeting, did Lupe tell
15   you, "Look, this is your opportunity to avoid being
16   charged with a case that carries a life sentence"?
17        A.   Yeah, he said it would help.  It would
18   help, you know.
19        Q.   Did he tell you you were going to be faced
20   with a choice where you were going to either have to
21   be a witness for the Government or a defendant in a
22   case where you could get life imprisonment?
23        A.   I was already facing that, so it wasn't
24   really...
25        Q.   Well, you weren't facing life.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not that, you know.
 2        Q.   Let's just be clear.  The assault on Mr.
 3   Silva --
 4        A.   Yes.
 5        Q.   -- and the conspiracy to murder Mr.
 6   Silva -- that case didn't carry a sentence of life,
 7   did it?
 8        A.   After 30 years, it might as well be 150.
 9        Q.   But we want to give the jury -- at least I
10   want to give the jury the correct information.  What
11   you're saying is:  30 years may as well be life to
12   you?
13        A.   I'll be 80-some years old.  Who wants to
14   get out at that age?
15        Q.   But you would agree with me that 30 years
16   is not a life sentence?
17        A.   It is to some.
18        Q.   So Urquizo told you, "Look.  This is your
19   opportunity and if you become a Government witness,
20   you're going to get some benefit in terms of your
21   case."
22        A.   Yes.
23        Q.   And in terms of not being charged with a
24   new case, the murder of Javier Molina.
25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    He didn't say that?

2     A.    No.  He didn't talk about that.

3     Q.    Did Mr. Urquizo tell you about other

4  benefits that the Government was willing to provide

5  if you signed up as a witness, like money, or

6  increased privileges, or family visits?

7     A.    Privileges and visits.  He didn't mention

8  money, no.

9     Q.    But he mentioned that you would have

10  better living conditions if you signed up to be a

11  Government witness?

12     A.    Yes.  It depends where I went, he said.

13  He said -- what he said is, "It's good over there

14  where I'm at.  You should try to ask them to put you

15  over there.  I got my TV."  Yeah, there was real

16  benefits.

17     Q.    So he was pleased with the benefits that

18  he had received, and he thought you would be

19  similarly pleased?

20     A.    Not all the way.  We're still in a box,

21  you know, so...

22     Q.    But my point is that what Mr. Urquizo was

23  telling you was that "If you sign up -- I'm getting

24  some stuff and you would want the stuff I'm getting,

25  so you should sign up."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   Yeah, I guess, in a way.
2        Q.   Did he tell you in that meeting that he
3   had told the Government that he was the person who
4   carried the paperwork from the Penitentiary of New
5   Mexico to Southern New Mexico Correctional Facility?
6        A.   I already knew that, because I'm the one
7   that gave it to him.
8        Q.   Did he tell you in that meeting that he
9   told that to the Government, is my question.
10       A.   I think he might have mentioned that.
11       Q.   Okay.  And did he also tell you that he
12  told the Government that you're the one who gave it
13  to him?
14       A.   Yes, he probably mentioned that.
15       Q.   After that meeting with Lupe Urquizo, did
16  you make a decision in your mind, All right, I'm
17  going to be a Government witness; I'm going to be a
18  witness and not a defendant?
19       A.   Yeah, probably around that time.  I think
20  I had decided before that, you know.
21       Q.   But that sealed the deal, the conversation
22  with Mr. Urquizo?
23       A.   I was already on the way out.  It was just
24  like a surprise stop there, you know.  He was
25  already there when he got there, so I wouldn't be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   taking that ride in the first place if I hadn't
 2   decided something, you know.
 3        Q.   Okay.  Well, did it make you, I guess,
 4   feel more comfortable with the decision?
 5        A.   There you go.
 6        Q.   And more enthusiastic about moving
 7   forward?
 8        A.   Yeah.  That would be the word.
 9        Q.   Now, I want to talk to you about this
10   testimony you gave last week about getting the
11   paperwork from Cheech.
12        A.   Right.
13        Q.   Okay?  So what you say -- what you told us
14   last week, what you claimed last week was that
15   Cheech gave you some paperwork on Molina; right?
16        A.   Right.
17        Q.   And you claim that you took that from PNM
18   North facility to PNM South facility.
19        A.   Yes.
20        Q.   And that you ultimately gave it to Mr.
21   Urquizo.
22        A.   Yes.
23        Q.   Now, I just want to go back and talk a
24   little bit about Cheech.  Do you know who Cheech is,
25   his real name?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1883

1      A.   I don't know his real name.  I'm thinking

2   Martinez is his last name, but I'm not sure.  I've

3   known him all his life as Cheech.

4           MS. JACKS:  Your Honor, I have a one-page

5   document, Bates No. 14077, that purports to have a

6   picture on it of an individual identified as Joe Pat

7   Martinez.  I'd like to just have this marked to show

8   the witness as the defense next in order.

9           THE COURT:  What do you want it marked as?

10          MS. JACKS:  I'm told our next is EP.  E as

11   in emergency, P as in Paul.  May I approach?

12          THE COURT:  You may.

13      A.   Yeah.

14   BY MS. JACKS:

15      Q.   Do you want to look any further?

16      A.   I know that's him.

17      Q.   So showing you this picture, is that the

18   person that you know as Cheech?

19      A.   Yes.

20      Q.   And is his name Joe Pat Martinez?

21      A.   Yeah, I guess that's his name.  I don't

22   know.  Like I said, I have known him by Cheech all

23   his life.

24      Q.   And you recognize him from this picture on

25   this piece of paper, Exhibit EP?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.
 2        Q.   Were you ever housed in the same housing
 3   pod as Cheech?
 4        A.   No.  He was always in the next pod.
 5        Q.   And I think you told us last week that he
 6   passed -- you're saying he passed you paperwork when
 7   you were both housed in unit 1-B at PNM North?
 8        A.   Yes.
 9        Q.   And is that -- did unit 1-B have
10   recreation at the same time?
11        A.   Yes.  We would go out with other pods.
12   Sometimes it would reach to certain pods.  This one
13   whole pod and half of the next one, or something
14   like that.
15        Q.   How many pods were in unit 1-B at that
16   point?
17        A.   I think there was four.
18        Q.   So sometimes you would recreate with
19   people from other housing pods in that same unit
20   1-B?
21        A.   Yes.
22        Q.   So that's how you're saying you had this
23   contact with Cheech?
24        A.   Yes.
25        Q.   All right.  And when Ms. Duncan was asking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1885

1    you questions last week, I think she asked you

2    how -- when was this supposed transfer of paperwork

3    in relation to you getting out of the PNM North and

4    heading to the South.  Do you recall those

5    questions?

6         A.   That was, like, right before -- like I

7    said, I'm bad with dates.  But I know it was within

8    three months, four months, within that time before I

9    left back to the South.

10        Q.   Okay.  And I think on Friday you said four

11   to five.  So the bottom line is:  It was fairly

12   shortly before you got transferred to the South that

13   you're saying this happened?

14        A.   Yes.

15        Q.   And at the time that you say Cheech gave

16   you this paperwork, did you know that you were going

17   to be transferred out of PNM North to the South?

18        A.   I figured I was close because I was

19   fighting it to come back out, yes.

20        Q.   So was that part of the reason you're

21   claiming that Cheech had this reason to give you the

22   paperwork, because he knew you were going to be

23   moved?

24        A.   Yes.

25        Q.   And I just want to put some -- I want to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1886

```
 1   try to understand the timeframe when you ended up in

 2   unit 1-B.  And I think you might have been asked

 3   those questions last week by Mr. Beck.  Did you go

 4   to PNM North, unit 1-B, after the attack on Paul

 5   Silva?

 6        A.   Yes.

 7        Q.   Or within a few weeks after the attack on

 8   Paul Silva?

 9        A.   Yes.

10        Q.   And Mr. Silva -- what was the date that

11   you attacked Mr. Silva?

12        A.   I think it might have been March, sometime

13   in March, maybe the 15th.  I'm not sure.

14        Q.   March 14, 2011?

15        A.   That might be.

16        Q.   Does that sound right?

17        A.   Sounds right, Yes.

18        Q.   Then the next day you went to PNM North?

19        A.   Yes.

20        Q.   And sometime shortly after that, you were

21   assigned to unit 1-B?

22        A.   Yes.

23        Q.   Do you remember the date that you were

24   transferred from PNM North to the South?  When you

25   got out of PNM North?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I don't remember the date, Miss.

 2        Q.   Okay.  Was it a few weeks before the

 3   Molina homicide?

 4        A.   No, I think it was that week.

 5        Q.   Was it in 2014 sometime?

 6        A.   When I took the paperwork; right?

 7        Q.   When you got transferred from PNM North to

 8   PNM South.

 9        A.   It might have been, yes.

10        Q.   Does the New Mexico Department of

11   Corrections keep records about where you were housed

12   when and where you're transferred?

13        A.   Yes.

14        Q.   Have you seen those records?

15        A.   No.

16        Q.   Do you think if you looked at those

17   records, that might help refresh your memory as to

18   when you were moved around to various places?

19        A.   Like I said, I'm doing bad.  I can't keep

20   up with the dates.  I never kept track of that

21   because the time drags, so I just...

22        Q.   So my question is -- I happen to have

23   those records.

24        A.   Okay.

25        Q.   Do you think if you looked at them, that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   might help you be more accurate in court --
 2        A.   Maybe.
 3        Q.   -- and refresh your memory about when you
 4   were moved?
 5        A.   Yeah, maybe.
 6             MS. JACKS:  Your Honor, I'd like to
 7   approach and show the witness a document previously
 8   marked V6.  And I'm not intending to publish it to
 9   the jury at this time.
10             THE COURT:  V?
11             MS. JACKS:  V as in Victor.  May I
12   approach?
13             THE COURT:  You may.
14   BY MS. JACKS:
15        Q.   I'm going to put this --
16        A.   Where are we talking about?
17        Q.   Give me a second, Mr. Calbert.  I'm going
18   to help you.  I know that's a lengthy document.  So
19   first of all, let's take a look at this document and
20   I just want you to take a look at the entry for
21   March 15, 2011.  And that's about halfway down the
22   first page.
23        A.   Okay.
24        Q.   Just tell me when you have found it.
25        A.   All right.  I've got it.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  So does that refresh -- can you

2   look up to me for a second?  Does that refresh your

3   memory as to when you were transferred to PNM North

4   after the assault on Paul Silva?

5    A.   Okay.  Yeah.

6    Q.   And was that March 15, 2011?

7    A.   Yes.

8    Q.   Let's go up the page and look at the

9   entries to February 13, 2014.  Don't tell me what

10  they say, but just take a look at them.  You're

11  going to go up the page.  Do you want me to come and

12  point it out to you?

13   A.   Yeah.  Would you?

14   Q.   Yeah, sure.  It's hard if you don't have a

15  finger to --

16   A.   Yeah, I can't.

17   Q.   So look -- I'm just going to mark a little

18  star by it.

19   A.   All right.

20   Q.   Have you had a chance to look at that?

21   A.   Yes.

22   Q.   All right.  So does that refresh your

23  memory as to when you got out of the PNM North and

24  went back to the South?

25   A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And did that happen on February 13 of

2  2014?

3    A.   Yes.

4    Q.   Okay.  And can you look at the entry just

5  below those entries that I just marked?

6    A.   Okay.

7    Q.   And does that refresh your memory that

8  just prior to your transfer from PNM North to PNM

9  South on February 13 of 2014, you were housed in the

10  North unit 1-B?

11    A.   Yes.

12    Q.   And were you housed there from May 2 of

13  2013 to February 13 of 2014?

14    A.   Yes.

15    Q.   Okay.  So if you got the paperwork, like

16  you've told us, from Cheech about four to five -- or

17  three, four, five months before you were transferred

18  back to the South facility, is that when that

19  transfer would have had to happen?

20    A.   I'd say within that time.

21    Q.   Okay.  So within that time period.

22  Between -- sometime between May 2 of 2013 and when

23  you were transferred to the South on February 13 of

24  2014?

25    A.   Yeah -- no, you're going to get me with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the dates, you know.

2        Q.   Well, the purpose of showing you those

3    records was to see if that refreshed your memory as

4    to the dates.

5        A.   I guess it don't.  You're going to get me

6    with the dates.  You know what I mean?  Like I said.

7        Q.   So I want to talk to you specifically

8    about this conversation you said you had with Cheech

9    when he supposedly gave you the paperwork.  Okay?

10       A.   Okay.

11       Q.   I think what you told us last week is you

12   were out in a recreation cage and he was in the cage

13   next to you.

14       A.   He was walking by.

15       Q.   He was walking by your cage on the way to

16   his?

17       A.   Yeah, coming outside.

18       Q.   Was he being escorted by correctional

19   officers?

20       A.   Yes.

21       Q.   And so according to your story, the

22   correctional officers paused and let him converse

23   with you?

24       A.   No, he just stopped and slid the paper

25   through the hole like that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1892

1    Q.   And I think what you told us last week,
2 that based on your story, the paper was rolled up
3 kind of like a straw?
4    A.   It was wrapped up in his hand, rolled up,
5 because he's handcuffed in the back, so he can't
6 just carry it regularly so...
7    Q.   So are you saying it was rolled
8 lengthwise, so it was long and thin?
9    A.   Not thin enough to stick through the
10 little holes, but thin enough to stick through the
11 slot by the door.
12   Q.   And it was cylindrical, according to your
13 story.
14   A.   Yes.
15   Q.   And if you -- well, correct me if I'm
16 wrong.  I think you told us last week that it was a
17 single page of paper?
18   A.   There was two of them.  I'm pretty sure
19 there was two.
20   Q.   Now you're saying there was two?
21   A.   I'm pretty sure there was two.
22   Q.   Did you tell us on Friday that it was one
23 page?
24   A.   I don't remember that.
25   Q.   And initially, did you agree to transfer

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1893

1  the paperwork?

2      A.  At first, no.  And then after a while, I

3  said yes.

4      Q.  So how long did you stand there?  How long

5  do you claim you stood there and talked with Cheech?

6      A.  To the hour.  It was an hour yard, so...

7      Q.  Okay.  So maybe -- so according to what

8  you're telling us, you're claiming he stuck the

9  paperwork through the cage and then somehow you had

10  a chance to talk to him after that?

11      A.  Yes.

12      Q.  Because he was in the neighboring cage.

13      A.  Yes.

14      Q.  And initially you told him, "I'm not doing

15  that"; right?

16      A.  Yeah, because I said, "This ain't really

17  nothing, you know?  I don't want to start any

18  trouble.  You know what I mean?  For something so

19  small."

20      Q.  Okay.  So in an effort to convince you

21  that you needed to take this paperwork, Cheech

22  dropped Mr. Baca's name, didn't he?

23      A.  Yes.

24      Q.  You don't know if that was -- if Baca had

25  really told Cheech to do anything, do you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    No.

2    Q.    It was just an effort by Cheech to get you

3  to do what he wanted you to do.

4    A.    Could have been.

5    Q.    According to your testimony, did you

6  unroll the paperwork and read it there while you

7  were in the rec cage next to Cheech?

8    A.    Yes, I just real quick glanced over.

9    Q.    And you're saying you took it back to your

10 cell; right?

11   A.    Yes.

12   Q.    And you had it for some period of time

13 before you got transferred to PNM South, didn't you?

14   A.    Yes.

15   Q.    So you read it, didn't you?

16   A.    Yes, I read it.

17   Q.    You looked at it?

18   A.    Yes.

19   Q.    And I want to ask you some questions about

20 what the paperwork supposedly looked like.  Was it

21 typed?  Printed?  Handwritten?

22   A.    It was typed.

23   Q.    And was it on -- was it on a blank sheet

24 of paper, just like a white sheet of paper, or was

25 it on paper that had lines or some sort of type of

SANTA FE OFFICE                                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                               (505) 843-9494
FAX (505) 820-6349                                                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    form?

2        A.   Yeah, like a piece of Government paper,

3    you know what I mean?  Like typed, you know.

4        Q.   It was typed, but I want to talk about --

5        A.   A police report.  Like a police report.

6        Q.   So was it -- did you see, like, a stamp of

7    a police agency on it, or a logo somewhere on the

8    paper?

9        A.   I'm pretty sure there was a stamp at the

10   end or where some signature was, but --

11       Q.   There was a stamp or a signature at the

12   end?

13       A.   It was a signature with a stamp at the

14   end, but I couldn't remember exactly what it was.

15       Q.   Do you know what kind of signature?  Was

16   it supposedly Mr. Molina's signature or a police

17   officer's signature or --

18       A.   I can't remember.

19       Q.   What color was the printing?  Was it all

20   black and white, or was there color?

21       A.   Black and white, and then I think at the

22   end there was some blue, maybe red at the end.  I'm

23   not sure.

24       Q.   So you recall seeing black and white and

25   blue and red on the paper?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Yeah, on the stamp.

 2         Q.    According to you?

 3         A.    Yeah.

 4         Q.    And what sort of information was contained

 5   in the paperwork about the crime that Mr. Molina had

 6   been involved in?  Anything?

 7         A.    Yes, it just said that he was parked in

 8   the Audi, and they went and robbed some lady and

 9   robbed purses.  And I can't remember word for word,

10   but that's about -- something like that.

11         Q.    Have you said in the past that it

12   described a purse-snatching?

13         A.    Some kind of robbery, yeah.

14         Q.    My question is:  Have you said in the past

15   that it was a purse-snatching?

16         A.    Yes.

17         Q.    So what does a purse-snatching mean to

18   you?

19         A.    I guess a robbery or strong-arm robbery,

20   I'm not sure.

21         Q.    So a strong-armed robbery is -- a robbery

22   is taking property from somebody by force or fear;

23   right?

24         A.    Yes.

25         Q.    So a strong-armed robbery would be a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1  robbery where you don't use a weapon; you just use
2  pure physical force?
3      A.   I can't say it wasn't with a weapon or
4  not.  I can't remember that.  It's been a long time.
5      Q.   When you say purse-snatching and
6  strong-armed robbery, does that mean to you that
7  somebody goes by where a lady is carrying a purse
8  and jerks it off her shoulder?
9      A.   I'm not saying that's what it was.  I'm
10  saying that's what it came back with, that they said
11  it came back with purses and I don't know what else.
12      Q.   And according to your story, what was it
13  or who was it that Molina supposedly said something
14  to?
15      A.   I guess it was law enforcement, when they
16  went and arrested him.
17      Q.   Well, what did the paperwork that you say
18  you saw say?
19      A.   Like I said, I can't remember word for
20  word.  Just -- what I told you is all I remember.
21      Q.   Can you remember anything about what he
22  supposedly said that was supposedly reflected on
23  this paperwork?
24      A.   He was saying what everybody's part was in
25  that robbery.  He just said that he stayed in the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1898

```
 1   car; he was the one driving.
 2        Q.   And who did he supposedly say that to,
 3   according to this paperwork that you said you read?
 4        A.   To who or about?
 5        Q.   To whom?
 6        A.   I guess a police officer, I guess.
 7        Q.   I'm not asking you to guess.  I'm
 8   asking --
 9        A.   I don't know.  I would have to guess, if
10   that was the question.
11        Q.   I'm asking you what the paperwork that you
12   say you saw said.
13        A.   I just finished telling you.
14        Q.   You don't know.
15        A.   No. I told you what I know.  That's what I
16   remember.
17        Q.   All right.
18             MS. JACKS:  Your Honor, I have four
19   certified copies of judgment, sentence, and
20   commitment for Mr. Calbert, and I'd just ask that
21   those be marked and entered at this time.
22             THE COURT:  All right.  Give me the
23   numbers for them.
24             MS. JACKS:  It's AC, as in Apple Charley,
25   1 through 4.  And the first one is from March 25,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   1998; the second one is December 3, 1999; the third
 2   one is January 11, 2006; and the last one, number 4,
 3   is November 2, 2007.
 4            THE COURT:  Any objection, Mr. Beck?
 5            MR. BECK:  No objection.
 6            THE COURT:  Any objection from any
 7   defendant?
 8            MS. BHALLA:  No, Your Honor.
 9            THE COURT:  Hearing none, Defendants'
10   Exhibits AC1, AC2, AC3, and AC4 will be admitted
11   into evidence.
12            (Defendants' Exhibits AC1, AC2, AC3, and
13   AC4 admitted.)
14            MS. JACKS:  Thank you.  I have nothing
15   further.
16            THE COURT:  Thank you, Ms. Jacks.
17            Ms. Bhalla, do you have some questions?
18            MS. BHALLA:  I do, Your Honor.
19            THE COURT:  Certainly.
20                CROSS-EXAMINATION
21   BY MS. BHALLA:
22       Q.   Mr. Calbert, you testified a little bit
23   about the transfer of the paperwork at PNM North,
24   and I had a couple of other questions for you about
25   that.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1900

1       Last week -- I believe it was on Friday --
2   you mentioned when you were housed at PNM North, you
3   had a three-guard escort; is that correct?
4       A.   Yes.
5       Q.   And that was because of all the assaults
6   that you had with COs; is that correct?
7       A.   Yes.
8       Q.   And so is it fair to say that you were
9   supervised fairly closely when you were at PNM?
10      A.   No.  At times.
11      Q.   Yeah.  Well, it's the most secure prison
12  system that you can go to, right, in New Mexico?
13  It's Level 6?
14      A.   Yeah.  A lot of things happen there, so I
15  guess you could call it that, I guess.
16      Q.   Okay.  And when Cheech was brought out --
17  I just want to make sure I understand this -- he was
18  cuffed behind?
19      A.   Yes.
20      Q.   So he was walking this way?
21      A.   Yes, this way past me.
22      Q.   Past you?  How many guards were with him?
23      A.   One.
24      Q.   How many guards are out in the recreation
25  area?  Ten, twenty, thirty?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   None.

2      Q.   None?

3      A.   That one taking him.  They just changed to

4  two guards now.  Now that things have been

5  happening, they finally changed the policy to have

6  two COs for everything.

7      Q.   Okay.  But when he was walking with

8  Cheech, Cheech was cuffed behind his back?

9      A.   Yes.

10     Q.   And there was a CO walking with him?

11     A.   Yes.

12     Q.   And it's your testimony that, like this,

13 with a CO with him --

14     A.   Yes.

15     Q.   -- he passed the paperwork to you through

16 the fence?

17     A.   There you go.  Yes.

18     Q.   And nobody did anything about that?

19     A.   No.

20          MS. BHALLA:  Nothing further, Your Honor.

21 Thank you.

22          THE COURT:  Thank you, Ms. Bhalla.

23          Mr. Beck, do you have redirect of Mr.

24 Calbert?

25          MR. BECK:  Yes, Your Honor.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1              THE COURT:  Mr. Beck.
 2                    REDIRECT EXAMINATION
 3   BY MR. BECK:
 4       Q.   Mr. Calbert, I'm showing you the addendum
 5   to your plea agreement.  Do you remember when we
 6   talked about that on Friday?
 7       A.   Yes.
 8       Q.   And in paragraph 2, what does that
 9   paragraph say to you?  What does it mean to you?
10       A.   That I have to say -- talk truthful and
11   the truth.
12       Q.   What happens if you don't talk truthfully
13   and say the truth?
14       A.   Then everything is off, you know.  I don't
15   get no benefits from nothing, you know.
16       Q.   Does that include the plea agreement that
17   you pled guilty to, for which you faced only 30
18   years?
19       A.   Yes.
20       Q.   Does that mean that we can go back, the
21   Government can go back and charge you with the
22   Molina murder if you don't testify truthfully?
23       A.   Yes.
24       Q.   On August 22, 2017, when you came to the
25   FBI in Albuquerque, had you already decided to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  cooperate?

 2       A.   Yes.

 3       Q.   Did you ask to meet with Lupe Urquizo?

 4       A.   I didn't, no.  But he was there, so he

 5  asked.

 6       Q.   And when you talked to him about this

 7  case, did you find out he told us the truth?

 8       A.   Yes.

 9       Q.   Did that include that you passed the

10  paperwork to him?

11            MS. FOX-YOUNG:  Your Honor, objection,

12  leading.  It's been leading for a little while.

13       A.   Yes.

14            THE COURT:  Overruled.

15  BY MR. BECK:

16       Q.   Sorry.  Did that include that you passed

17  the paperwork to him?

18       A.   Yes.

19       Q.   Now, I think you talked a little bit about

20  cooperation.  Is cooperation what you're doing now?

21       A.   Yes.

22       Q.   What are you doing now?

23       A.   I'm testifying.

24       Q.   And what's the punishment in SNM for

25  cooperating?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   It's death.

2    Q.   I think you talked with -- talked here on

3  cross-examination about Mr. Perez talking about

4  providing his walker.  Did he talk about this to

5  you?  Did he talk about the case only once, or did

6  he talk about the case multiple times while you were

7  together?

8         MS. JACKS:  Your Honor, I request a

9  limiting instruction.

10        THE COURT:  All right.  This evidence that

11  Mr. Beck is about to elicit can only be used against

12  Mr. Perez.  It cannot be used against any of the

13  other three gentlemen in the courtroom, the other

14  defendants.

15        All right, Mr. Beck.

16 BY MR. BECK:

17    Q.   Did Mr. Perez talk about this case only

18  once, or did he talk about it multiple times?

19    A.   Every time he was in the shower, every

20  time he got around people.  Couldn't shut him up.

21    Q.   I think with Ms. Jacks you were talking

22  about the Paul Silva assault that you pled guilty

23  to.  Do you remember that?

24    A.   Yes.

25    Q.   When you told Corey Henn that you did it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  only for personal reasons, why did you tell him

2  that?

3      A.   Because I was required to; because you

4  don't talk to law enforcement.  If they find out, it

5  comes out on paper, and they'll kill you.

6      Q.   Who required you to, and who would kill

7  you?

8      A.   Just SNM in general.

9      Q.   With the SNM, were COs extremely strict

10 with y'all as the SNM, or were they a little bit

11 more permissive with you all as the SNM?

12     A.   Depends who we were dealing with.

13     Q.   Were they scared of you?

14     A.   Yes.

15         MS. DUNCAN:  Objection, Your Honor.  Calls

16 for speculation.

17         THE COURT:  Well, if he knows.

18 BY MR. BECK:

19     Q.   Do you know whether they were scared of

20 you?

21     A.   Yes.

22     Q.   Were they scared of you?

23     A.   Yes.

24         MS. DUNCAN:  Your Honor, I don't know how

25 he knows.  Objection, and ask it be struck.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1906

```
 1          THE COURT:  Lay a foundation how he knows
 2   that.
 3   BY MR. BECK:
 4       Q.   How do you know?
 5       A.   He just said, dangerous --
 6          MS. DUNCAN:  Your Honor, I --
 7          THE COURT:  Sustained.
 8          MS. JACKS:  Move to strike the previous
 9   answer.
10          THE COURT:  I'll strike the previous
11   answer.
12   BY MR. BECK:
13       Q.   In your interactions with COs, do you
14   believe they're afraid of you, not from what they
15   said; just from what they did.
16          MS. DUNCAN:  Your Honor, I'm going to
17   object.
18          THE COURT:  If he can say what they did,
19   only from what they did, not what he was told, he
20   can answer.
21          But why don't you lay a foundation that
22   he's going to testify just from his knowledge of
23   what they said?
24   BY MR. BECK:
25       Q.   You said that -- I think earlier you said
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you were escorted by three COs when you walked out

2   to the yard; is that right?

3        A.   Yes.

4        Q.   Did you observe how COs interacted and

5   acted with non-SNM inmates?

6        A.   Yes.

7        Q.   Did they act differently when they were

8   around you?

9        A.   Yes.

10       Q.   Did they act differently when they were

11  around the SNM?

12       A.   Yes.

13       Q.   How did they act differently?

14       A.   They were just real scared.  They just

15  didn't talk back.  They would talk to other inmates,

16  but they wouldn't say things and do things with all

17  of us, you know what I mean, like they do with all

18  the other inmates.

19       Q.   Does this include when they walked SNM

20  members out to the yard?

21       A.   Yes.

22       Q.   Mr. Calbert, if you know, what is Spider

23  in Spanish?

24       A.   La araña.

25            MR. BECK:  May I have a moment, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1908

 1    Honor?

 2              THE COURT:  You may.

 3              MR. BECK:  Nothing further, Your Honor.

 4              Thank you, Mr. Calbert.

 5              THE COURT:  Thank you, Mr. Beck.

 6              Do you have something, Ms. Duncan?

 7              MS. DUNCAN:  I do, Your Honor, if I could

 8    just have a moment.

 9              THE COURT:  Ms. Duncan.

10                   RECROSS-EXAMINATION

11    BY MS. DUNCAN:

12         Q.   Mr. Calbert, you testified that

13    correctional officers were afraid of you; correct?

14         A.   Yes.

15         Q.   And that there were three-men escorts to

16    move you around PNM North; correct?

17         A.   Sometimes.

18         Q.   And you repeatedly stabbed two

19    correctional officers; right?

20         A.   Yes.

21         Q.   And you threw feces at another

22    correctional officer?

23         A.   Yes.

24              MS. DUNCAN:  Thank you.  I have no further

25    questions.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1909

```
1          THE COURT:  Thank you, Ms. Duncan.
2          Mr. Beck, anything further?
3          MR. BECK:  Nothing further, Your Honor.
4          THE COURT:  Mr. Calbert, you may step
5   down.
6          MS. FOX-YOUNG:  Your Honor, we'd like to
7   reserve this witness.
8          THE COURT:  All right.  You'll remain
9   outside of the courtroom, but you are subject to
10  re-call.  Thank you for your testimony.
11
12          THE COURT:  All right.  Does the
13  Government have its next witness or evidence?
14          MR. CASTELLANO:  Yes, Your Honor.  The
15  United States calls Norman Rhoades.
16          THE COURT:  Mr. Rhoades, if you'll come up
17  and stand next to the witness box on my right, your
18  left, before you're seated, Ms. Standridge, my
19  courtroom deputy, will swear you in.
20                  NORMAN RHOADES,
21      after having been first duly sworn under oath,
22      was questioned, and testified as follows:
23          THE CLERK:  Please be seated.  State and
24  spell your name for the record.
25          THE WITNESS:  My name is Norman Rhoades.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1910

```
 1              THE COURT:  Mr. Rhoades.

 2              Mr. Castellano.

 3              MR. CASTELLANO:  Thank you, Your Honor.

 4    May I have a moment?  I need to make an arrangement

 5    for the introduction of some of these exhibits.

 6                    DIRECT EXAMINATION

 7    BY MR. CASTELLANO:

 8         Q.   Good morning.

 9         A.   Good morning.

10         Q.   Please introduce yourself to the members

11    of the jury.

12         A.   My name is Norman Rhoades.

13         Q.   What do you do for a living?

14         A.   I'm employed with the New Mexico State

15    Police.

16         Q.   And can you tell us a little bit about

17    your training and experience?

18         A.   I've been employed with the State Police

19    for -- I just passed my 37th year last December.

20    Currently I'm assigned to our full-time Crime Scene

21    Unit.  I started in that position in 2005 when they

22    went full-time Crime Scene Unit.

23         Q.   All right.  What did they do before they

24    made the Crime Scene Unit in 2005?

25         A.   Prior to that we -- I was assigned to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   investigations after I spent some time on patrol.
 2   And in those days, we carried a caseload, but we
 3   also did our own crime scene processing.  So we kind
 4   of had dual responsibilities.
 5        Q.   And what other positions have you held in
 6   the New Mexico State Police?
 7        A.   Well, like I say, I spent about 18 years
 8   and some on the highways in uniform.  Then I went
 9   into investigations.  I've been involved with
10   training and I was, years ago, assigned to our bomb
11   unit, our bomb team, and then I was a field training
12   officer.  Various positions like that.
13        Q.   What do field training officers do?
14        A.   They're assigned to -- and this is several
15   years ago.  Procedures have changed now.  But in
16   those days, field training officers were assigned to
17   ensure that each commissioned officer within a
18   district had received the required amount of
19   training.  And that requirement was set by the Law
20   Enforcement Academy.
21             THE COURT:  Mr. Castellano, we've been
22   going for a while.  Would this be a good time for us
23   to take our break?
24             MR. CASTELLANO:  Yes, Your Honor.
25             THE COURT:  All right.  Let's take a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  recess for about 15 minutes.  All rise.

2            (The jury left the courtroom.)

3            THE COURT:  All right.  I guess the Dona

4  Ana County Detention Center advises the best they

5  can do is check Mr. Perez' vitals and give him Pepto

6  Bismol.  Health services administration advises it

7  is best Mr. Perez be taken to the ER to be tested

8  for the flu and given better meds for diarrhea than

9  Pepto Bismol and possibly an IV to rehydrate him.

10 The Marshal Service can get Mr. Perez to the

11 hospital over the lunch, so what we'll do, we'll

12 take a 15-minute break.  We'll go the morning and

13 then we'll take a little bit earlier break if we can

14 get in and out pretty quickly, and get him to an ER

15 during the lunch hour, and we'll just have to wait

16 and see how long it takes.

17            MR. VILLA:  Yes, sir.  I've been privy to

18 those emails from Mr. Castro.  I'd also ask him to

19 call ahead to the ER, and assuming they don't have

20 any more serious emergencies, let them know that his

21 health does not seem to be improving.  It seems to

22 be the same or getting worse.

23            THE COURT:  If you want to call ahead,

24 tell them we'll take a break about 11:45.  Get him

25 over there.  Fifteen minutes.  And then we'll just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   wait.
 2              THE MARSHAL:  Will do, Your Honor.
 3              MR. VILLA:  Thank you, Judge.
 4              (The Court stood in recess.)
 5              THE COURT:  Ready to go?  All rise.
 6              (The jury entered the courtroom.)
 7              THE COURT:  All right.  Everyone be
 8   seated.
 9              All right, Mr. Rhoades, I'll remind you
10   that you're still under oath.
11              Mr. Castellano, if you wish to continue
12   your direct examination of Mr. Rhoades, you may do
13   so at this time.
14              MR. CASTELLANO:  Thank you, Your Honor.
15              THE COURT:  Mr. Castellano.
16   BY MR. CASTELLANO:
17       Q.   What is your current rank or title?
18       A.   Agent.
19       Q.   Agent Rhoades, what types of training have
20   you had in processing crime scenes?
21       A.   I've had training in various disciplines
22   of crime scenes, including bloodstain pattern
23   analysis, crime scene reconstruction, shooting scene
24   reconstruction, latent prints, evidence
25   identification, collection, preservation.  Just a
```





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  lot of various types of things that deal with crime

2  scene processing.

3       Q.   What's the importance of trying to

4  minimize the number of people who walk through a

5  crime scene?

6       A.   Primarily for cross-contamination of

7  evidence.

8       Q.   So in other words, if you minimize the

9  number of bodies, you minimize the chances that

10 there will be cross-contamination of what's in the

11 crime scene?

12      A.   That's correct.

13      Q.   Were you on duty on March 7, 2014?

14      A.   Yes, I was.

15      Q.   What were your responsibilities on that

16 day?

17      A.   On that day I was again assigned to the

18 Crime Scene Unit.

19      Q.   Do you recall getting called out to the

20 Southern New Mexico Correctional Facility in Las

21 Cruces?

22      A.   Yes, I do.

23      Q.   Why were you called out there?

24      A.   I was called out to process a crime scene

25 inside one of the units involving a death

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                             1-800-669-9492
                                                             e-mail: info@litsupport.com



1915

 1  investigation.

 2      Q.   So given your position as a crime scene

 3  investigator, what would your responsibilities be on

 4  that occasion?

 5      A.   I would get an idea of what the crime

 6  scene consisted of so I would know what to take out

 7  to the units and as far as things I would need.  And

 8  that's dealing with the type of evidence that would

 9  be available.  And at that point, then, I load

10  everything into my unit.  We have a crime scene

11  truck that has all of our supplies, but for scenes

12  out at the correctional facilities, I don't take the

13  truck, because usually we're escorted back inside.

14  So I try to get everything I can just to make one

15  trip in.

16      Q.   And what was the process you intended to

17  use to collect evidence on that occasion?

18      A.   Well, for the items that we took in for

19  evidence collection and identification would be, of

20  course, our camera, things dealing with the

21  collection of blood; sharp, pointed instruments;

22  then, of course, collection bags and stuff for any

23  other types of larger type of evidence.

24      Q.   And once you got to the facility, what did

25  you consider your crime scene?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Once I got the briefing and a walk through

2  the crime scene, it was pretty much within a pod.

3  There was three pods within this unit, and the scene

4  was inside one pod.

5    Q.   I'm going to show you what's been admitted

6  previously as Government's Exhibit 13.  Do you

7  recognize that exhibit, Agent Rhoades?

8    A.   It appears to be an aerial view of the

9  correctional facility.

10    Q.   Let me now turn your attention --

11  actually, before I introduce the next exhibit, or

12  introduce an exhibit, did you take photographs in

13  this case, you or somebody with you?

14    A.   Someone with me did.

15    Q.   Can you tell us the process by which

16  photographs were taken?

17    A.   The process is to take overview

18  photographs of the exterior part of a crime scene,

19  and work our way in to medium shots, and then

20  ultimately close-up or macro shots.

21    Q.   And ideally, when you're processing a

22  scene, do you try to take a photograph of evidence

23  as you first find it before it's disturbed at all or

24  processed?

25    A.   As we find it, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1917

1     Q.   What's the purpose of doing that?

2     A.   We want to show what the scene was when we

3  got there.

4     Q.   And then as you process the scene and move

5  things around, do you then sometimes take additional

6  photographs?

7     A.   Yes, we do.

8     Q.   Who was the person taking pictures on this

9  occasion?

10    A.   On this occasion it was, at the time, Chad

11 Casson, who was assigned to our crime scene unit.

12    Q.   And as he took photographs, did you move

13 through the scene together and allow him to take

14 photographs while you were there processing the

15 scene?

16    A.   Yes.

17    Q.   Before trial, have you had a chance to

18 look at the photographs and can you tell the members

19 of the jury if the ones we're going to introduce are

20 a fair and accurate depiction of what you saw on or

21 about March 7, 2014?

22    A.   Yes, I did and I can.

23    Q.   I'm going to show you in a second here

24 Government's Exhibit 14, and actually with the

25 Court's permission I'll move the admission of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1918

1   Government's Exhibit 14.

2           THE COURT:  Any objection from the

3   defendants?

4           MR. VILLA:  No objection.

5           MS. BHALLA:  No objection.

6           THE COURT:  Not hearing any objection --

7   Mr. Jewkes?

8           MR. JEWKES:  No objection.

9           THE COURT:  Government Exhibit 14 will be

10  admitted into evidence.

11          (Government Exhibit 14 admitted.)

12          MR. CASTELLANO:  Thank you, Your Honor.

13  BY MR. CASTELLANO:

14      Q.   Looking at Government's Exhibit 14, is

15  that basically a diagram of the aerial view we just

16  saw on Government's Exhibit 13?

17      A.   It appears to be, yes.

18      Q.   On Government's Exhibit 14 I'm going to

19  put a circle around the lower left-hand corner of

20  the scene.  There are two buildings labeled 1-A and

21  1-B.  Do you recall if you responded to that area of

22  the prison?

23      A.   Yes, I did.

24      Q.   And you mentioned, for example -- I'm

25  going to circle building 1-A -- you mentioned there

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1919

 1  was a building with three pods contained inside.  Is

 2  that what you were discussing?

 3       A.   Yes.

 4       Q.   So this building here, 1-A, has three pods

 5  contained within?

 6       A.   Yes, it does.

 7       Q.   And when you processed the scene, did you

 8  process only one pod, or did you process multiple

 9  pods?

10       A.   Only one pod in this case is where the

11  evidence was located at.

12       Q.   And so you kind of answered that question

13  but why did you only process one pod at that time?

14       A.    To my understanding at the time, nothing

15  occurred in any of the other two pods or any of the

16  other units.

17       Q.   So at that time, did you have any

18  indication that there is any involvement from anyone

19  or anything in the other two pods within that

20  building?

21       A.   No.

22       Q.   Let me turn your attention now to

23  Government's Exhibit 16.

24            MR. CASTELLANO:  And I move the admission

25  of Government's Exhibit 16, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1920

```
 1            THE COURT:  Any objection from the
 2  defendants?
 3            Not hearing any objection from the
 4  defendants, Government's Exhibit 16 will be admitted
 5  into evidence.
 6            (Government Exhibit 16 admitted.)
 7  BY MR. CASTELLANO:
 8       Q.   Looking at Exhibit 16, what can you tell
 9  us about that door?
10       A.   This is the photo image of the exterior
11  side of the entrance into unit 1-A.
12       Q.   And what do you see once you enter that
13  first door labeled "1-A"?
14       A.   From here when you step through that door,
15  you enter an alternate area that has three doors
16  that go into the other three pods.  And then right
17  directly above you is the office area where the
18  observation correctional officer is stationed.
19       Q.   I'm going to show you what's already been
20  admitted as Government's Exhibit 15.  Now, you
21  mentioned you moved through the 1-A door and you
22  have three other doors, one for each pod; is that
23  correct?
24       A.   Yes.
25       Q.   And in this exhibit what are we looking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  at?

2      A.   This will be a photo image of the exterior

3  side of the B pod.

4      Q.   And during your time there, did you also

5  learn that B pod was known as the blue pod?

6      A.   Yes.

7      Q.   And did this become basically your crime

8  scene?

9      A.   Yes.

10         MR. CASTELLANO:  At this time, Your Honor,

11  just to move things along a little bit I'm going to

12  move en masse groups of photos starting with

13  Government's Exhibit 17 to Government's Exhibit 24.

14         THE COURT:  17 through 24?

15         MR. CASTELLANO:  Yes, sir.

16         THE COURT:  Any objections to those from

17  the defendants?

18         MR. VILLA:  No, Your Honor.

19         MR. MAYNARD:  No, Your Honor.

20         MR. JEWKES:  No, Your Honor.

21         THE COURT:  Not hearing any, Government's

22  Exhibits 17 through 24, inclusive without gaps, will

23  be admitted into evidence.

24         (Government Exhibits 17 through 24

25  admitted.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. CASTELLANO:

2        Q.   Agent Rhoades, I next want to turn your

3    attention to Government's Exhibit 17.  What are we

4    looking at there?

5        A.   This is standing outside in the entry room

6    and looking to the doorway of the B pod.

7        Q.   So this is what you first saw when you

8    opened that B pod door?

9        A.   Yes, it is.

10       Q.   In the lower left-hand corner, it looks

11   like there is something on the ground and on the

12   wall.  Do you know what that is or what it was later

13   revealed to be?

14       A.   Blood.

15       Q.   Also on that exhibit you see some stairs

16   straight ahead.  Tell us about the layout of the

17   pod.

18       A.   The pod has two levels, an upper and lower

19   level, and walkways that lead into -- I believe

20   there's eight cells on the upper level and eight

21   cells on the lower level.  So what this image is

22   showing is the steps going up to the upper level.

23       Q.   Next is Exhibit 18.  What are we looking

24   at there?

25       A.   This is an image through the entrance of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1923

1    the pod and the camera is panned a little bit to the

2    right of those steps, again just showing an

3    overview.

4         Q.   From the photograph, it looks like it's

5    dark inside the pod.  Is that just lighting?  Or

6    what can you tell us about that?

7         A.   I think that was from the flash not

8    getting in through the doorway and illuminating a

9    lot of the interior.

10        Q.   About what time were you called out to the

11   prison?

12        A.   I was called -- notified at around 6:00

13   p.m.  And I believe I got out there around 8:00,

14   8:00 p.m.

15        Q.   In March, do you recall if it was getting

16   dark at that time?

17        A.   No, I don't.

18        Q.   And if you recall, approximately what time

19   did you start actually processing the pod as a

20   scene?

21        A.   I believe it was around 8:00.  Let's see.

22   Let me think here.  8:00 or 9:00.  There was a

23   briefing before I actually got into the pod.

24        Q.   What's the need for the briefing once you

25   arrived?

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1924

```
 1        A.   Helps us to kind of get an overview of
 2   what type of evidence and a little bit of primarily
 3   of what was learned of the investigation.  So it
 4   kind of helps us to have an understanding of what
 5   we're going to be confronted with in a crime scene.
 6        Q.   At the point that you entered the pod,
 7   were there any inmates in there?
 8        A.   No.
 9        Q.   Do you know whether they were moved
10   somewhere else?
11        A.   Yes, they were.
12        Q.   Let's take a look at number 19 next.  And
13   what is that?
14        A.   This is a photo image of the -- again,
15   standing out into the entryway photographing inside
16   the B pod, and again, panned over slightly to the
17   right.
18        Q.   Let's look at Government's Exhibit 20,
19   please.  Okay.  Same question.  What is this a
20   photograph of?
21        A.   This is a photograph now taken from inside
22   the pod, and it's an overview of the steps and it
23   shows part of the upper-level areas, upper and lower
24   areas.  Sorry.
25        Q.   I'm circling in Exhibit 20 what appears to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1925

```
 1    be a trash can of some sort.  First of all, is this
 2    a trash can?
 3         A.   Yes, it is.
 4         Q.   Did that later become relevant to your
 5    investigation?
 6         A.   Yes, it did.
 7         Q.   Okay.  Next is Exhibit 21.  Is that just a
 8    larger picture of the pod itself?
 9         A.   Yes, it is.
10         Q.   And once again, are you just trying to get
11    a layout of the pod before you actually start to
12    look closer for evidence of crime?
13         A.   That's correct.  Overview photos.
14         Q.   Exhibit 22, same question.
15         A.   This is an overview of the pod, again
16    panning around to the right; shows the steps and the
17    upper and lower level.
18         Q.   Let's look next at Exhibit 23.
19         A.   And this is also an overview of the pod,
20    panning slightly to the right, again showing both
21    levels.
22         Q.   And Exhibit 24?
23         A.   This is going to be panning a little bit
24    to the right from the last photo image and this is
25    going to show a microwave.  There is a TV screen and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1926

1  looks like books, telephone, some other -- this is

2  part of the day area, I think they called it.

3       Q.   Okay.  This time I'm going to look at the

4  next group of pictures, Government's Exhibits 25

5  through 37.

6            MR. CASTELLANO:  And at this time the

7  Government moves the admission of Government's

8  Exhibit's 25 through 37.

9            THE COURT:  Any objection from the

10 defendants?

11           MS. DUNCAN:  No, Your Honor.

12           THE COURT:  Not hearing any objection,

13 Government's Exhibits 25 through 37 inclusive

14 without gaps will be admitted into evidence.

15           (Government Exhibits 25 through 37

16 admitted.)

17 BY MR. CASTELLANO:

18      Q.   Agent Rhoades, I'm going to show you

19 Exhibit 25.  What's the idea behind this photograph?

20      A.   This is going to be an overview, and again

21 panned a little bit to the right from the last

22 image.  It's showing the telephone, and that door is

23 a storage closet for -- I think they had, like, mops

24 and stuff like that in there.

25      Q.   I'm circling an object at the top of this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   exhibit.  Do you know what that is?

2        A.   Yes, I do.

3        Q.   What is it?

4        A.   That's a surveillance or video camera.

5        Q.   Was it your understanding that there was

6   at some point video produced from one or more of

7   these cameras?

8        A.   Yes, I do.

9        Q.   And do you recall how many different views

10  you get from the camera or camera angles?

11       A.   No, I don't.

12       Q.   Next is Exhibit Number 26.  What is that?

13       A.   This is going to be an overview of the

14  inside of the entrance into the B pod.  It's kind

15  of -- it's a side view of it.

16       Q.   Government's Exhibit 26.  If you go

17  through that door and turn to the left, are you

18  exiting the pod?

19       A.   Yes, you are.

20       Q.   I'm again circling something on the floor

21  in Government's Exhibit 26.  What is that?

22       A.   That's blood.

23       Q.   Turning next to Exhibit 27, what are we

24  looking at there?

25       A.   This is an overview of the lower-level

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1928

1    cell doors.  You can see the steps, so these would

2    be kind of under the steps.

3        Q.    And Exhibit 28.  In this exhibit here, it

4    appears that there are some tables here in the open

5    area.  Is this the scene, once again, as you found

6    it when you entered the pod?

7        A.    Yes, it is.

8        Q.    I'm circling some items on the table.  If

9    you recall, do you remember what these two items are

10   on this middle table in that exhibit?

11       A.    I believe they were playing cards.

12       Q.    And from your processing of the scene, did

13   those appear to have any significance?

14       A.    No.

15       Q.    Next is Exhibit 28.

16       A.    This is an overview of the day area as

17   well as the lower cells.

18       Q.    And next is Exhibit 30.

19       A.    This is the entrance to cell 105.

20       Q.    Do you know whose cell that was?

21       A.    I believe it was assigned to Javier

22   Molina.

23       Q.    As you were processing the scene, would

24   you try to take a picture of the outside of the cell

25   so that the rest of the pictures that followed,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1929

```
 1  you'd know it was pictures from the inside of the
 2  cell?
 3       A.   Yes.
 4       Q.   Was that the idea?
 5       A.   Yes.
 6       Q.   Okay.  Let me hand you next Exhibit 31.
 7  In this exhibit there appears to be an L-shaped
 8  ruler.  What would you call that?
 9       A.   They call it an L scale.  ABFO I think is
10  the proper name for it.  And it's in units of
11  measurements from millimeters and centimeters.
12       Q.   What's the purpose of using something like
13  this in processing a scene?
14       A.   We want to use this type of a scale and
15  take a photo image perpendicular so that any size or
16  dimensions can be accurately studied or reproduced,
17  mostly for lab analysis or some type of analytical
18  work.
19       Q.   Was there anything you were trying to
20  capture in Exhibit 31 that you recall?
21       A.   Just noticed some scratch marks and
22  disturbances on the floor.
23       Q.   And at this point in the investigation,
24  what significance might that have had to you?
25       A.   At that time we weren't really sure.  It
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1930

1    could have been from a struggle or some type of

2    movement.

3         Q.    Turning to Exhibit 32, same question.

4    What are you trying to look for in an exhibit like

5    this?

6         A.    This is similar to the previous

7    photograph.  It shows disturbance and scratch marks,

8    some gouges, it looks like, in the floor.

9         Q.    I'm going to circle something toward the

10   top center of the screen.  It looks like possibly a

11   horizontal line of some sort.  Are those the types

12   of things you're looking for?

13        A.    Yes.

14        Q.    What might that mean to you?

15        A.    Well, again, just some type of a movement

16   scraping across the surface of the floor.  In this

17   picture we also have what could be a hair or a

18   fiber.

19        Q.    On your screen, could you go ahead and

20   touch the area you're talking about?  Is it within

21   that same circle?

22        A.    Yes, it is.

23        Q.    And what significance might that have for

24   investigation?

25        A.    Again, it's just documenting not just this

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  one area, but the area within the view of that

2  scale.  Scratching or movement in that area of the

3  floor.

4      Q.   Next is Exhibit 33.  Does Exhibit 33

5  capture anything in addition to what you've already

6  discussed with us?

7      A.   I'm not seeing anything different.

8      Q.   Exhibit 34?

9      A.   Exhibit 34, on the top, you can begin to

10 see maybe some indication of footwear impression.

11     Q.   If you can, can you please circle that?

12     A.   (Witness complies.)

13     Q.   And what significance would that have to

14 you in processing the scene?

15     A.   It would be documentation of footwear

16 impression for any type of a footwear pattern

17 analysis that the lab may be able to conduct with a

18 submitted standard, of course.

19     Q.   So if you have an occasion, there might be

20 basically a footprint in there.  Would it help you

21 to collect other inmates' shoes to compare to

22 something like a pattern like this?

23     A.   Yes, it would.

24          MR. CASTELLANO:  For the record, the

25 witness has circled the top center of the screen.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1932

```
 1          THE COURT:  The record will so reflect.
 2   BY MR. CASTELLANO:
 3      Q.   Exhibit 35.  Same question.  Anything else
 4   of significance that you see here?
 5      A.   Not that I'm seeing, no.
 6      Q.   Next is Exhibit 36.  What is it that you
 7   notice about this photograph?
 8      A.   In this photograph we're documenting gouge
 9   marks in the floor.  They seem deeper.  And it looks
10   like a couple of gouge or chip marks.
11      Q.   What might that mean to you?
12      A.   Well, something heavy, or with a lot of
13   force or energy struck that surface to chip that out
14   or to gouge whatever that concrete surface or
15   whatever it's made out of occurred.
16      Q.   Next is Exhibit 37.  What do you see in
17   this photograph?
18      A.   This photo image shows more of the scratch
19   marks but in the upper portion of the photo it shows
20   blood drips.
21      Q.   I'm going to circle two darker spots
22   toward the top of this image.  Are those what you're
23   talking about when you say "blood drips"?
24      A.   Yes.
25      Q.   Was it your belief at that time that that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was blood?

2       A.   Yes.

3            MR. CASTELLANO:   The next set of exhibits

4   are Government's 38 through 51.  Your Honor, the

5   United States moves the admission of Government's

6   Exhibits 38 through 51.

7            THE COURT:  Any objection from the

8   defendants?

9            MR. VILLA:  No, Your Honor.

10           MR. JEWKES:  No, Your Honor.

11           THE COURT:  Not hearing any objection,

12  Government's Exhibit's 38 through 51 inclusive

13  without gaps are admitted into evidence.

14           (Government Exhibits 38 through 51

15  admitted.)

16  BY MR. CASTELLANO:

17      Q.   Just so it's clear, since we haven't seen

18  a picture of another door, is it your understanding

19  these are photographs inside of Javier Molina's

20  cell?

21      A.   Yes.

22      Q.   Let's turn next to Government's Exhibit

23  38.  Now, on this image it looks like the L-shaped

24  ruler is still on the floor.  Can you tell us

25  whether or not that's the same area that we looked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1934

1    at in the previous photographs with at least a

2    couple of spots of blood?

3         A.    Yes, it is.

4         Q.    Now, I'm circling the L on that screen,

5    and within that circle do you see a number of drops

6    of something?

7         A.    Yes, I do.

8         Q.    What is that?

9         A.    They're going to be drops of blood.

10        Q.    The same question as before:  When you

11   take this photograph -- or Agent Casson, who is with

12   you -- do you try to capture the scene as it was

13   when you entered the cell?

14        A.    That's correct.

15        Q.    Next is Exhibit 39.  Same question.

16   Within this L, are we now looking at multiple drops

17   of what appear to be blood?

18        A.    Yes.

19        Q.    And the same question as before.  Does

20   this ruler now help you measure the size of the

21   drops of blood, if necessary?

22        A.    Yes, it does, as well as the distance

23   between each drop.

24        Q.    Next is Exhibit 40.  What are we looking

25   at in this exhibit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1935

1    A.   This is going to be an overview.   The

2  green bag and those items are on top of the clothes

3  hamper.

4    Q.   Anything else of significance, or is this

5  just to show what's in that room?

6    A.   Yes, it's just an overview of how the room

7  was when we walked in.

8    Q.   Take a look at Exhibit 41.   Anything else

9  you see there?

10   A.   It's just showing, of course, the scale

11 with the drips of blood, and the work -- or bench or

12 desk.

13   Q.   Okay.   Now let's turn to Exhibit 42.   If

14 you can tell from that picture, what are we looking

15 at?

16   A.   We're looking at a cast-off bloodstain.

17   Q.   What is a cast-off bloodstain?

18   A.   That's going to be a bloodstain put into

19 free flight, and then it comes into contact with the

20 surface, usually, then it becomes an elliptical

21 shape.

22   Q.   From your training and experience, do you

23 know how drops like that are created?

24   A.   By being flung off of a bloody object.

25   Q.   In other words, if there is something on

SANTA FE OFFICE                                             MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                         1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1936

1  the object and the object is moved, does it then, as

2  you stated, fling something in the air?

3       A.   Yes, if you have a bloody object, you

4  swing back and you stop.  The blood then will

5  continue off of that object, creating a cast-off

6  pattern.

7       Q.   From this particular picture, can you tell

8  where this is in the cell?

9       A.   This is going to be on a vertical part of

10  the wall, right near that bench that was in the

11  previous image.

12      Q.   Let's take a look at 43.  That may help

13  out a little bit.  Okay.  Now, do we have an idea --

14  in this picture, it looks like there is a corner.

15  I'm highlighting a corner here.  Is this the corner

16  of a wall and the ground underneath?

17      A.   Yes, it is.

18      Q.   And in Exhibit 43 is this the same

19  cast-off pattern you previously talked about?

20      A.   Yes, it is.

21      Q.   Looking at Exhibit 44, is this the same

22  blood or different blood in a different part of the

23  cell?

24      A.   It's a different bloodstain in a different

25  part of the cell.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1937

 1    Q.   And next is Exhibit 45.  Looks like in
 2  this photograph toward the center there is
 3  another -- I'll call it just the L ruler.  What are
 4  you measuring there or what are you trying to show?
 5    A.   It's hard to tell in this.  This is an
 6  overview inside and an orientation to the location
 7  of that scale.  In this image it's hard to tell.
 8  I'm seeing what appear to be gouge marks on the
 9  floor.
10    Q.   Let's take a look at Exhibit 46.  Now, on
11  46, does this appear to be what you were trying to
12  measure in 45 or using that for reference?
13    A.   Actually, when you get down toward the L
14  part of the scale, you can see a bloodstain on the
15  floor.
16    Q.   Can you circle that for us, please?  You
17  made a circle towards where the L is, where the
18  perpendicular lines are in the L; is that correct?
19    A.   Yes.
20    Q.   Did you also believe that to be blood?
21    A.   Yes.
22    Q.   Next is Exhibit 47.  What are we looking
23  at in this exhibit?
24    A.   This is an image when you walk into the
25  pod, you can see the bottom parts of the steps, and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1938

1  you can see toward the left side would be the

2  entrance to the pod.

3      Q.   So for reference, if you went towards this

4  and turned left, you could walk out of the pod?

5      A.   Yes.

6      Q.   Actually, I'll show you the next picture.

7  Do you see there is an L here?  Let me go back one

8  more to 47.  I'm circling the L on the floor.  Once

9  you take that picture, do you then try to take a

10  closer picture so we know where this was taken

11  within a room?

12     A.   Yes, we do.

13     Q.   I'm also circling towards the left three,

14  I'll call them, smudges:  Two on the wall and one on

15  the floor.  Do you recall what those were?

16     A.   Yes, I do.  Blood.

17     Q.   Based on your investigation, whose blood

18  did you believe that to be?

19     A.   Mr. Molina's blood.

20     Q.   Turning now to Exhibit 48, is this a

21  closer picture of what we saw in 47 with the L on

22  the ground?

23     A.   Yes, it is.

24     Q.   And the same question.  What are you

25  trying to capture here?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    We are photographing those drips of blood.
 2        Q.    For the record, I'm circling what appear
 3   to be circles in this exhibit.  Are those what you
 4   believe to be drops of blood?
 5        A.    Yes.
 6        Q.    Okay.  Turning to Exhibit 49, is this what
 7   you mentioned in the other photograph is blood on
 8   the floor and the wall?
 9        A.    Yes.
10        Q.    Next is Exhibit 50.  In the previous
11   picture you had the L on the ground.  Is this the
12   same L now measuring a blood smear?
13        A.    Yes, it is.
14        Q.    What term would you use for that type of
15   blood pattern, if there is a term?
16        A.    Actually there are several events within
17   there.  One bloodstain.  You have a pooling of
18   blood.  You have what appears to be a drip into drip
19   of blood that's causing a pool.  And then you have a
20   smear, and you have what appears to be capillary
21   action, which is an object placed in blood, then
22   pulled away from it, so you have a distinct pattern
23   created after that's done.
24        Q.    Next is Exhibit 51.  What have you done in
25   this picture?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   We placed the L scale on the vertical

2 portion of the wall, bracketing that blood area.

3    Q.   And what, if any, significance does that

4 type of pattern have to you?

5    A.   It just shows that there was a bloody

6 object placed against that surface and in some type

7 of a lateral motion.

8        MR. CASTELLANO:  The next set of exhibits

9 will be Government's Exhibits 52 through 64, and at

10 this time the Government moves the admission of

11 Government's 52 through 64.

12       THE COURT:  Any objection from the

13 defendants?

14       MR. VILLA:  No, Your Honor.

15       MR. MAYNARD:  No, Your Honor.

16       THE COURT:  Not hearing any objection from

17 the defendants, Government's Exhibits 52 through 64

18 inclusive and without gaps will be admitted into

19 evidence.

20       (Government Exhibits 52 through 64

21 admitted.)

22 BY MR. CASTELLANO:

23    Q.   Let's look next at Exhibit 52.  Can you

24 tell us what we're looking at in this exhibit?

25    A.   That's going to be an image of a smear of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   blood on the inside of the pod entrance door.

2        Q.   So if we go through this door, are we

3   exiting the pod?

4        A.   Entering the pod.  Then you'd see it on

5   the interior side of the door.

6        Q.   Just so I'm clear, this picture is of the

7   door on the inside of the pod?

8        A.   Yes.

9        Q.   And what's the purpose of measuring here,

10  and were you trying to capture anything else in this

11  exhibit?

12       A.   No.  We were trying to capture that

13  bloodstain with the scale.

14       Q.   Next is Exhibit 53.  Is Exhibit 53 close

15  to Exhibit 52 on that door?

16       A.   Yes, it is.

17       Q.   And what, if any, significance do these

18  markings have on the door?

19       A.   The upper one appears to be a partial,

20  maybe some type of a latent print, I don't know,

21  from the finger, maybe from the palm side, given its

22  linear shape.

23       Q.   If it looks like something that might be a

24  fingerprint, why would that be important to you?

25       A.   For any type of comparison.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                  e-mail: info@litsupport.com
REPORTING SERVICE

1942

 1    Q.   Next is Exhibit 54.  What are we looking

 2  at?

 3    A.   This is an overview image depicting the

 4  trash can next to the steps.

 5    Q.   Why did the trash can become important to

 6  you?

 7    A.   We had found and collected some evidence

 8  from inside of it.

 9    Q.   Let's then turn to Exhibit 55.  What is

10  this?

11    A.   This is a photo image looking straight

12  down into the trash container.

13    Q.   Now, with Exhibit 55, can you tell the

14  members of the jury whether this is as you found it,

15  or had this been disturbed at any point where it was

16  found?

17    A.   At this point it had been disturbed as

18  this photograph was taken.

19    Q.   Okay.  Can you explain that, please?

20    A.   We did our overviews and documented the

21  visible evidence and then the -- I forget the name

22  of their unit from the Corrections -- helped us to

23  search for evidence at that point.  This is evidence

24  we don't know exists yet; and with the understanding

25  that as they find it to then stop and let us know so

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1943

1    we can document it.  But at that point in searching,

2    items are moved from on top of it or whatever the

3    case might be.

4         Q.   So when this photograph was taken, was it

5    your understanding that something may have been

6    found underneath this and the picture was taken to

7    try to show what it looked like before anything was

8    removed?

9         A.   That's correct.

10        Q.   Let's look at Exhibit 56.  Anything of

11   significance you see at this point in the

12   photography, number of pictures that were taken?

13        A.   This is looking down.  You can see part of

14   a handle of a sharp-edged instrument.

15        Q.   Can you circle that for us, please?

16        A.   I believe it's going to be in this area.

17        Q.   Let's go ahead and turn then to Exhibit

18   57.  Now, Exhibit 57 has a marker with a Number 1 on

19   it.  What is the purpose of that marker?

20        A.   These markers are used to identify

21   specific items of evidence we collect.  This Number

22   1 identified a chip bag that we collected as

23   evidence Number 1.

24        Q.   At that point in time, did the chip bag

25   seem to have some importance to you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   Yes, it did.

 2      Q.   What did you think was the significance at

 3  that point in time?

 4      A.   It appeared -- the way it was placed on

 5  top of that sharp-edged instrument, it appeared to

 6  be placed there for concealment purposes.  So it was

 7  photographed and collected for the possibility of

 8  latent prints or even DNA evidence on it.

 9      Q.   Look at Exhibit 58.  What do we now see in

10  this exhibit?

11      A.   Now, you can clearly see the handle of a

12  sharp-edged instrument, so --

13      Q.   I'm going to circle something that's in

14  what I would call the lower left corner of the trash

15  can in that exhibit.  Have I circled what you

16  believe to be the sharp instrument?

17      A.   Yes.

18      Q.   And what can you tell us about that?  It

19  looks like there is some string?

20      A.   There was string on one end of it.

21  Opposite, the sharp point was wrapped in plastic,

22  possibly, if I remember correctly, cardboard, pieces

23  of cardboard.

24      Q.   Now, looking at Exhibit 59, is that a

25  better view of the sharp instrument that was in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   previous exhibit?

2        A.    Yes.

3        Q.    And at this point it looks like it's been

4   moved; is that correct?

5        A.    Yes, it has been.

6        Q.    Is that so you could get a better

7   photograph of it in its entirety?

8        A.    Yes, and the area that it was collected

9   from.

10       Q.    And you mentioned a sharp point.  I'm

11  circling at the end of that black instrument the

12  tip.  How would you describe the tip of that object?

13       A.    It seems to be worked down to a point; by

14  whatever means, I don't know.

15       Q.    And what did the object appear to be, in

16  terms of plastic or metal?  What can you tell us

17  about that?

18       A.    It appeared to be some type of a metal,

19  and that could be a hard aluminum or some type of a

20  metal like that.

21       Q.    Next is Exhibit 60.  There is a Number 2

22  in this exhibit, what is the Number 2 for?

23       A.    It's identifying this sharp-edged

24  instrument as evidence item Number 2.

25       Q.    So if you write a report, does this help

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1  you remember and memorialize where items were taken

 2  as pieces of evidence?

 3      A.   Yes, and this number will follow that item

 4  if it goes to the lab and different places, so that

 5  helps us track that specific item of evidence.

 6      Q.   In terms of the numbering, then, as you

 7  indicated, is it important that the Number 2 remain

 8  Number 2 throughout so you can keep track of what

 9  this piece of evidence is?

10      A.   Yes.

11      Q.   Let's look at Exhibit 61.  What is that?

12      A.   This is a photograph of the sharp-edged

13  instrument collected as Number 2, and it's placed

14  inside of a knife box, which will be packaged with

15  evidence tape.

16      Q.   What's the purpose of the ruler in this

17  picture?

18      A.   This will show the length of that

19  sharp-edged instrument.

20      Q.   Would it be fair to say this instrument is

21  approximately 9 and a half inches?

22      A.   Yes.

23      Q.   Looking at Exhibit 62, what is this?

24      A.   This is a close-up photograph of the

25  handle portion of the sharp-edged instrument.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1947

1        Q.   Can you tell the members of the jury

2   whether this string in the photograph is somehow

3   attached to the sharp instrument?

4        A.   It appears to be taped on or wrapped in

5   with the plastic.

6        Q.   Now, are you familiar with other names?

7   We've been calling it a sharp instrument.  Are you

8   familiar with other names that this is called?

9        A.   We refer to it as slang as a shank.

10       Q.   Exhibit 63.  What's the purpose of this

11  exhibit?

12       A.   This is going to be a close-up of the

13  handle of the sharp-edged instrument marked as

14  Number 2 evidence, and it's showing a scale.  You

15  can see -- well, there's present some reddish stain

16  on there that appeared to be blood, so we're marking

17  that with a scale.

18       Q.   If you can, please circle the stain that

19  you're referring to.

20       A.   (Witness complies.)  I think this was in

21  these two areas here.

22       Q.   So you've made a circle between the one

23  and two-and-a-half centimeter mark and another one

24  between the three-and-a half and 5-centimeter mark

25  on that ruler; is that about right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1948

```
1        A.   Yes.

2        Q.   Okay.  Exhibit 64.  Same question.  What

3   are you measuring or looking at here?

4        A.   This image will be the same as the

5   previous one.  Again, marking what we believe to be

6   blood on the handle of that evidence item Number 2.

7             MR. CASTELLANO:  The next exhibits begin

8   with 65 through 73.  At this time the Government

9   moves the admission of 65 through 73, Your Honor.

10            THE COURT:  Any objection from the

11  defendants?

12            MS. DUNCAN:  No, Your Honor.

13            THE COURT:  Not hearing any objection,

14  Government's Exhibits 65 through 73 inclusive

15  without gaps are admitted into evidence.

16            (Government Exhibits 65 through 73

17  admitted.)

18  BY MR. CASTELLANO:

19       Q.   Agent Rhoades, let's take a look at

20  Exhibit 65.  What are we looking at?

21       A.   This is going to be an overview image of a

22  shower.  I think the upper level, if I remember

23  correctly.

24       Q.   Do you remember if this pod had an

25  upper-level shower and a lower-level shower?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    I believe it did, if I remember correctly.

2    Q.    Is it your recollection that this is the

3  upper-level shower?

4    A.    Yes, and -- I think it was.

5    Q.    Some other pictures may refresh your

6  recollection here in a second, so I'll move forward.

7  Before I do that there are some things.  I'm making

8  a circle on the bottom of the shower.  And can you

9  see a drain hole there?

10   A.    Yes.

11   Q.    What are the other items that are

12 referenced in this picture?

13   A.    You can see some pieces of plastic, pieces

14 of cardboard laying around the drain.

15   Q.    Let's look at Exhibit 66.  Is this now a

16 closer view of the previous exhibit?

17   A.    Yes, it is.

18   Q.    What are you trying to capture here?

19   A.    Again, the overall image to include the

20 plastic and the cardboard.  You can also see around

21 some of the plastic is a ligature of some type

22 similar to what was on the evidence item Number 2,

23 the sharp-edged instrument from the trash container.

24   Q.    I'm going to circle an item in the lower

25 right-hand corner.  You mentioned the term

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1950

```
1   "ligature."  What does that refer to?
2        A.   A string or a shoestring, a cord of some
3   type.  Just kind of a generic term.
4        Q.   And just comparing that string versus the
5   shank that was found in the trash can, did they
6   appear to be similar in nature?
7        A.   Appeared to be, yes.
8        Q.   Exhibit 67.  This is just now a closer
9   view of Exhibit 66?
10       A.   Yes, and then if you look inside one of
11  the holes in the drain, at the lower left you can
12  see a piece of an object showing through there.
13       Q.   Let's see if we can see it better in
14  Exhibit 68.  Is that a better view?
15       A.   Yes, it is.
16       Q.   If you can circle the object you were
17  referring to.
18       A.   (Witness complies.)
19       Q.   If this were a clock, I'll call it the
20  circle that is about 7:00 o'clock on the clock face.
21  What's inside of that circle that you drew?
22       A.   Once we're able to retrieve it, it turned
23  out to be another sharp-edged instrument.
24       Q.   And when you say that, do you mean -- are
25  you referring to a shank?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1951

```
 1        A.    Yes, a shank.

 2        Q.    Now, you said once you were able to

 3   retrieve it.  How easy or difficult was it to get

 4   that out of there?

 5        A.    We actually had to go down through the

 6   back side of the pod into a working area or crawl --

 7   walk space, if you will, where the drainage -- I

 8   think they have traps to catch evidence and stuff.

 9   So that was dismantled, and this was collected from

10   the back side of the drain, actually.

11        Q.    Looking at Exhibit 69, there is now a

12   marker with a Number 3 on it.  Is that -- did you

13   mark that for the same reason?  You collected

14   evidence, you identified where it came from?

15        A.    Yes.

16        Q.    And Exhibit 70.  Is that a closer view of

17   the items which would be labeled Exhibit 3 for your

18   purposes?

19        A.    Yes.  The shank was collected from here,

20   was collected as evidence item 3.  The plastic, the

21   cardboard inside the shower that you're looking at,

22   was collected as evidence item Number 3A.

23        Q.    Turning to Exhibit 71, what are we looking

24   at in this exhibit?

25        A.    This is the back side of that shower.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1952

1    That pipe was disconnected and then that shank was

2    retrieved from inside that pipe.

3         Q.    And is that the one that we saw in the

4    shower?

5         A.    Yes, it is.

6         Q.    Turning to Exhibit 72, what is that?

7         A.    That will be the shank in the shower.

8         Q.    Exhibit 73?

9         A.    This was a rope that we identified and

10   collected from cell number 105.

11        Q.    And why would you have collected something

12   like that from the cell?

13        A.    We had noticed what appeared to be blood

14   saturated inside or within the rope fibers.

15        Q.    I'm circling near the Number 3 on the

16   ruler you have on here at the marker 4, there is

17   something on that rope.  What is that?

18        A.    That's going to be what appeared to be

19   blood soaked into the fibers of that rope.

20        Q.    Now, did you later learn that was or

21   wasn't blood, or is that what you suspected at the

22   time?

23        A.    That's what we expected at the time.

24        Q.    Had you been to this facility before?

25        A.    Yes, I have.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    For what purpose?

2    A.    Similar investigations.

3    Q.    And have you been out there before for a

4 homicide?

5    A.    Yes.

6    Q.    And in the previous homicide, can you tell

7 the members of the jury whether a rope or a ligature

8 was used?

9    A.    Yes.  I've been on some that ligature was

10 used for strangulation.

11          MR. CASTELLANO:  Turning to the next set

12 of exhibits, Exhibits 74 through Exhibit 83 are the

13 next batch.  And at this time, Your Honor, I'd move

14 the admission of 74 through 83.

15          THE COURT:  Any objections from the

16 defendant?

17          MR. VILLA:  No, Your Honor.

18          MS. DUNCAN:  No, Your Honor.

19          THE COURT:  All right.  Government's

20 Exhibits 74 through 83 will be admitted into

21 evidence.

22          (Government Exhibits 74 through 83

23 admitted.)

24 BY MR. CASTELLANO:

25    Q.    Turning to Exhibit 74, Agent Rhoades, what

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    are we looking at?

2         A.   This is a pair of sweat pants that were

3    soaking in some water inside that sink.   This is

4    cell number 111.

5         Q.   If you recall, do you recall whose cell

6    was number 111?

7         A.   No, I don't recall.

8         Q.   What was the significance of this pair of

9    pants?

10        A.   This pair of pants had what appeared to be

11   blood saturated into the fabric.

12        Q.   And since you have the Number 5 there, did

13   you collect that as evidence?

14        A.   Yes.

15        Q.   Turning to Exhibit 75, is this what you

16   stated as cell 111 where the pants were collected?

17        A.   Yes.

18        Q.   Exhibit 76.   What are we looking at in

19   this exhibit?

20        A.   This commode inside of cell 111 had strips

21   of plastic floating inside the water.

22        Q.   And since we have the marker 6 on this

23   exhibit, what is it that you collected here?

24        A.   That strip of plastic.

25        Q.   Why was that significant to you at that

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1955

1  time?

2       A.   It seemed consistent with the type of

3  plastic that the shanks' handle were wrapped in.

4       Q.   Turning now to Exhibit 77, why have we now

5  gone back to this exhibit, if you remember -- or to

6  the trash can, I should say?

7       A.   This will be the trash can from before

8  next to the steps.  From further searching from the

9  correctional officers, they located another shank

10  deep further down inside of this trash container.

11       Q.   I'm going to circle something that's at

12  the tip of a plastic bottle in this exhibit.  What

13  have I circled there?

14       A.   That's going to be one of the ends of a

15  shank.

16       Q.   And since the Number 7 is there, did you

17  collect that as Exhibit 7 for your purposes?

18       A.   Yes.

19       Q.   Now turning to Exhibit 78, do you remember

20  who this person is?

21       A.   No, I don't.

22       Q.   Do you remember why this person is dressed

23  this way?

24       A.   After we had finished processing the pod,

25  then each of the inmates assigned to that pod were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    brought into another office, one at a time, and they

2    were photographed and their clothing were collected.

3    To my understanding, this was the clothing each of

4    them were dressed in during the time of the stabbing

5    incident.

6         Q.   Is that what they were asked to do, was

7    put on the clothing that they were wearing at the

8    time?

9         A.   That or that remained in the...

10        Q.   What's the purpose of showing the hands?

11        A.   Just to show if there is any, or lack of

12   any, blood or injuries.

13        Q.   Turning to Exhibit 79, do you remember who

14   this person was?

15        A.   No, I don't.

16        Q.   Do you remember if the picture was taken

17   because he was one of the people in that pod?

18        A.   Yes, that's correct.

19        Q.   And as best as you can tell, was he

20   supposed to be wearing what he was wearing at the

21   time of the Molina murder?

22        A.   That's my understanding, yes.

23        Q.   Exhibit 80.  Was this taken for the same

24   purpose?

25        A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Do you remember who this person was?

2    A.   No, I don't.

3    Q.   Exhibit 81.  Did you know who this person

4    was?

5    A.   No, I don't.

6    Q.   And just so it's clear, if you were there

7    to process the scene, was it your job to interview

8    anybody?

9    A.   No.

10   Q.   Or was it your job to identify anybody?

11   A.   No.

12   Q.   So at this point are you just identifying

13   by photographs and other ways what or who was there

14   on that occasion?

15   A.   Yes.  And the clothing taken from each of

16   these individuals was packaged and their name is

17   associated with it.  So it's in my report, but I

18   couldn't tell you offhand who they are.

19   Q.   Do you remember about what time these

20   photos were taken?  What time of the day or night?

21   A.   It was the early morning hours.  I think

22   we actually finished around 4:30 a.m.  May have

23   gotten started around 1:30, 2:00.

24   Q.   So once this process started, you stay on

25   scene, then, to continue to document everything that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was found there?

2        A.    Yes.

3        Q.    Exhibit 82.  Do you know anything about

4    this person other than what you documented here or

5    in your report?

6        A.    No.

7        Q.    Exhibit 83, same question.

8        A.    No, I don't know.

9            MR. CASTELLANO:  Okay.  The next set is

10   Exhibits 84 through 88, and 93 through 101.  The

11   Government at this time moves the admission of those

12   two sets of exhibits.

13           THE COURT:  All right.  Any objection from

14   the defendants?

15           MR. VILLA:  No, Your Honor.

16           MS. DUNCAN:  No, Your Honor.

17           THE COURT:  All right.  Government's

18   Exhibits 84 through 88 and 93 through 101 inclusive

19   without gaps will be admitted.

20           (Government Exhibits 84 through 88 and 93

21   through 101 admitted.)

22   BY MR. CASTELLANO:

23       Q.    Agent Rhoades, let's take a look at

24   Exhibit 84.  This is another picture of the

25   bloodstains in the doorway to the pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1959

```
 1        A.   Yes, it is.

 2        Q.   Exhibit 85.  What are we looking at there?

 3        A.   I believe this is going to be an image of

 4   one of the bloodstains inside the doorway.

 5        Q.   Exhibit 86?

 6        A.   This is going to be an image of the shank

 7   collected from the shower.

 8        Q.   87.  Now that we have the ruler there,

 9   does that help us with the dimension of that shank?

10        A.   Yes, it does.

11        Q.   Exhibit 88.  What is that there?  I'm

12   circling an object that runs diagonally from the top

13   center to the right center of this exhibit.

14        A.   You know, I haven't seen these photos.  I

15   don't know.  It looks like a long metal object.

16        Q.   Let's take a look at Exhibit 93 next.

17   This is a photograph of what?

18        A.   Looks like it's a photo of the lower

19   portion of the steps.

20        Q.   So are these the steps in the pod if

21   you're walking from the top tier to the bottom tier?

22        A.   It appears to be, yes.

23        Q.   And Exhibit 94.  I'm circling some objects

24   on the blue door.  Are these maybe some of the

25   stains that you documented earlier?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1960

1    A.   Yes, this would be the interior of the pod
2 door.
3    Q.   Exhibit 95?
4    A.   This will be the entrance coming into the
5 pod, showing the blood.
6    Q.   Exhibit 96?
7    A.   It will be the same image as before except
8 taken from just outside the pod.
9    Q.   Looking at Exhibit 97, can you tell us
10 what that is?
11    A.   That's standing outside of that cell
12 looking into it.
13    Q.   Do you recall what number cell this was or
14 which cell it was?
15    A.   No, I don't, and I can't see it on the
16 door, if it's written there.
17    Q.   And what, if any, significance does this
18 puddle of water have at the bottom of the picture?
19    A.   I don't know.
20    Q.   So at this point, if you don't know the
21 facts, are you just documenting in case it becomes
22 important later on?
23    A.   Yes.  We'll document, again, as we find
24 the scene.
25    Q.   I'm showing you Exhibit 98.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1961

```
 1      A.   This is going to -- you can see the lower

 2 part of the steps at the top of the photo image, and

 3 it's going to be documenting some of the bloodstains

 4 on the floor.

 5      Q.   And Exhibit 99?

 6      A.   That's going to be an image of the shank

 7 collected from the trash can.

 8      Q.   Exhibit 100?

 9      A.   That would be a photo image of the point

10 of the shank.

11      Q.   And I'll show you the shank in a little

12 bit.  But if you recall, was there anything that

13 caught your attention at the tip of this, the shank

14 in Exhibit 100?  If you can't tell from the picture,

15 I'll show you the shank in a little bit.

16      A.   Not to my recollection.  I don't see

17 anything.

18      Q.   Next is Exhibit 101?

19      A.   That's a photo image of the shank.

20      Q.   Now, you took some photographs of the pod.

21 I want to ask you if you recall, from being in the

22 pod, whether there were doors that connected blue

23 pod to the pod that was next door to it.

24      A.   I believe there was a door on the upper

25 tier, if I remember correctly, that connected to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     next pod.

2          Q.   If I could have the visualizer for a

3     second, please.  Thank you.

4               I'm showing you what's been admitted as

5     Defendants' Exhibit E, as in echo, 17 and I'm

6     showing you also here cell 105 for reference.  Now,

7     cell 105 you said was Javier Molina's cell?

8          A.   Yes.

9          Q.   Then you mentioned you believe there was a

10    door on the upper tier.  Is this the door that you

11    were referring to?

12         A.   Yes.

13         Q.   When you were taking photos at the scene,

14    did that door have any significance to you?

15         A.   Not at that time, no.

16         Q.   Did you document anything about that door?

17         A.   No.

18         Q.   And at the point you were at the scene,

19    did you have anything that pointed you to the cell

20    next door when you were investigating on March 7

21    into the hours of March 8, 2014?

22         A.   No.

23         Q.   I'm going to turn your attention now to,

24    if I can see the numbers, Exhibit 125 through

25    Exhibit 136.  Let start there.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1963

```
 1            MR. CASTELLANO:  Your Honor, at this point
 2   I move the admission of Government's Exhibits 125
 3   through 136.
 4            THE COURT:  Any objection from the
 5   defendants?
 6            MS. DUNCAN:  No, Your Honor.
 7            MR. VILLA:  No, Your Honor.
 8            THE COURT:  Not hearing any objection,
 9   Government's Exhibits 125 through 136 inclusive
10   without gaps are admitted into evidence.
11            (Government Exhibits 125 through 136
12   admitted.)
13   BY MR. CASTELLANO:
14       Q.  Agent Rhoades, beginning with Exhibit 125,
15   what can you tell us about what's shown in that
16   exhibit?
17       A.  This is a pair of boxer shorts that had
18   been cut, and this is showing some saturated blood
19   up on the upper left.
20       Q.  Do you know whose boxer shorts these were?
21       A.  These were relinquished to me from Agent
22   Jonathan Butler.  He was sent to the ER to collect
23   evidence from Mr. Molina.
24       Q.  Why were photographs taken of this type of
25   material or these items?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    We'll document any blood or types of

2  defects from clothing removed from decedents or

3  victims from these type of investigations.

4    Q.    When you received the item, as you stated

5  a second ago, was it actually cut off?

6    A.    At some point, yes.

7    Q.    Turning to Exhibit 126, does it look like

8  where the ruler is measuring at the L -- does that

9  look like an elastic waistband?

10    A.    Yes.

11    Q.    So what's in Exhibit 126?

12    A.    It's -- we're documenting the bloodstains

13  saturated into that clothing with a scale.

14    Q.    And do you recall on which day you

15  documented this information?

16    A.    I have it in my report.  It would be,

17  like, maybe the following day, possibly.

18    Q.    Is your recollection, without seeing your

19  report, this is still within maybe a day or so of

20  the Molina homicide?

21    A.    Yes.

22    Q.    Looking at Exhibit 127, same thing.  Are

23  you now in this image documenting anything that

24  might contain blood or other significance?

25    A.    Yes, we are, with the scale.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Exhibit 128, same question.  Are you just

2    documenting things at this point?

3    A.    Yes, we're documenting what appears to be

4    blood saturated into the fabric of those shorts.

5    Q.    Turning to Exhibit 129.  Still documenting

6    any evidence of blood or other material?

7    A.    Yes, and this image also shows the cut in

8    the shorts.

9    Q.    So for the record, between the number 7

10   and 8 on the ruler, is this the cut you're referring

11   to?

12   A.    Yes.

13   Q.    All right.  Turning to Exhibit 130, this

14   looks like a different type of material here.  So

15   what are we looking at in this exhibit?

16   A.    This is going to be now photographing a

17   suspected bloodstain saturated into a pair of sweat

18   pants.  I think they may have been sweat shorts, cut

19   short.

20   Q.    What was your understanding of who these

21   sweat pants belonged to?

22   A.    From Javier Molina.

23   Q.    Next is Exhibit 131-T.  Are you once again

24   documenting any indications of blood or other

25   evidence on his clothing?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1966

1        A.    Yes, the suspected blood.

2        Q.    Next is Exhibit 132.  What are we looking

3   at here?

4        A.    This is a T-shirt collected from Javier

5   Molina.

6        Q.    I've just circled various areas on the

7   shirt.  From the picture it looks like they're a

8   different color from the shirt.  I just made three

9   circles on the right, bottom center, and left of

10  this item of clothing.  What is that?

11       A.    That's going to be what we believe to be

12  blood saturated into the fabric.

13       Q.    Let's look at Exhibit 133.  Same thing.

14  What do the different colors on this clothing tell

15  you?

16       A.    Again, saturated blood.  And we're also

17  now documenting defects in the shirt.

18       Q.    What type of defects?

19       A.    Like cuts.  Some are near circular, some

20  are elongated within the fabric of the shirt.

21       Q.    Okay.  From this exhibit, can you -- are

22  you able to make a circle around anything that you

23  just referred to as any defects?

24       A.    Yes.

25       Q.    Go ahead and circle those, please, or at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   least a few examples.

 2        A.    (Witness complies.)

 3        Q.    That's toward the bottom center and then

 4   toward the left you've made some circles there.   And

 5   what is your understanding of what you circled?

 6        A.    My understanding?

 7        Q.    Yes.   What is that?

 8        A.    My understanding is it's holes or defects

 9   made from stabbing action.

10        Q.    Looking at Exhibit 134, you have another

11   measuring L, I'll call it, or ruler.   What are you

12   trying to capture there?

13        A.    We're again documenting with the scale the

14   blood, but also defects in his shirt.

15        Q.    Can you circle one of those defects for

16   us, please?

17        A.    Above that is the Number 3 and to the left

18   of that is Number 2 on the ruler, kind of where they

19   intersect.

20        Q.    Is that a hole in the shirt?

21        A.    Yes.

22        Q.    Turning to Exhibit 135, is this the same

23   thing?   You're now measuring bloodstains and holes

24   in the shirt?

25        A.    Yes.

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                   201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 820-6349                            FAX (505) 843-9492
                                              1-800-669-9492
                                       e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

1    Q.    And 136.  Do you see any other holes

2  depicted in this exhibit?

3    A.    Yes, right near the L part of the scale.

4    Q.    And then I'll circle an area right there.

5    A.    Yes.

6    Q.    Is that another hole in the shirt?

7    A.    Yes.

8         MR. CASTELLANO:  Okay.  The next set of

9  exhibits is Exhibits 137 through 142.  At this point

10 I move the admission of Government's Exhibits 137

11 through 142.

12        THE COURT:  Any objection from the

13 defendants?

14        MR. VILLA:  No objection.

15        MR. MAYNARD:  No, Your Honor.

16        THE COURT:  Not hearing any objection,

17 Government's Exhibits 137 through 142 will be

18 admitted into evidence.

19        (Government Exhibits 137 through 142

20 admitted.)

21 BY MR. CASTELLANO:

22    Q.    Turning to Exhibit 137, what are we

23 looking at there?

24    A.    This is a photo image from the T-shirt.

25 And it's a larger hole.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1969

1    Q.   There also appears to be a white ring on
2  the fabric.  What is that and what's its purpose?
3    A.   We use that to help highlight some of the
4  defects in the shirt, just to help show their
5  position.
6    Q.   Let's look at Exhibit 138.  Is this the
7  shirt now laid out on the table?
8    A.   Yes, it is.
9    Q.   Exhibit 139.  Now, you're here documenting
10 other holes and also showing the ring on there
11 indicating another hole on this piece of fabric?
12   A.   That's correct.
13   Q.   Also Exhibit 140.  In between the ones on
14 this exhibit, is there another hole?
15   A.   Yes.
16   Q.   Let's look at Exhibit 141.  Now, it
17 appears in the lower right-hand corner of this
18 exhibit there is a Number 5.  Do you recall where
19 you previously had a picture of some pants with a
20 Number 5 by it?
21   A.   Yes, I do, in the sink in cell 111.
22   Q.   What's the purpose of taking this exhibit?
23   A.   This is an overview of those pair of pants
24 laid out so we could examine and photograph possible
25 bloodstains and other things on the pants.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.   When you first found these pants, were
2    they dry or were they wet?
3    A.   They were wet.
4    Q.   And when you found them, could you tell if
5    there was anything else -- well, they were wet and
6    they were in a sink; is that correct?
7    A.   Yes.
8    Q.   What else do you remember seeing in that
9    sink?
10   A.   There was water in the sink with kind of a
11   reddish tint to it.
12   Q.   Looking at Exhibit 142, since there is the
13   Number 5 here, are these the same pants?
14   A.   Yes, they were.
15   Q.   Did you have to dry these pants out before
16   you did anything else with them?
17   A.   Yes, they were dried I think overnight.
18   Q.   Agent Rhoades, I want to now turn your
19   attention to some of the exhibits in this case.   I
20   think you testified earlier, if you had a number, it
21   was something that you had either collected or
22   otherwise documented in a report; is that correct?
23   A.   Yes.
24        MR. CASTELLANO:   May I approach the
25   witness, Your Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1971

```
 1            THE COURT:  You may.
 2  BY MR. CASTELLANO:
 3       Q.   Agent Rhoades, I want to show you what's
 4  been marked as Government's Exhibit 1.  Can you tell
 5  us what that is?
 6       A.   This is going to be that bag of chips that
 7  was on top of the first shank in the trash can next
 8  to the steps.
 9       Q.   Was this the exhibit that also had a
10  Number 1 by it in the photograph?
11       A.   Yes, it is.
12       Q.   How do you know it's the same thing you
13  collected?
14       A.   Well, it appears to be the same thing, and
15  packaged with it is a brown paper bag with my
16  evidence label on it.
17       Q.   And when you first packaged it, did you
18  store that in the brown paper bag that's contained
19  within the plastic bag?
20       A.   Yes.  Not the plastic bag; but I collected
21  and packaged this in the brown paper bag.
22       Q.   What was the purpose initially of storing
23  it in a paper bag as opposed to a plastic bag?
24       A.   Evidence preservation.  DNA.  A plastic
25  bag will develop condensation, moisture that could
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1972

1    destroy DNA.  So everything with DNA evidence is

2    packaged in paper so it can breathe, basically.

3         Q.   And that plastic bag -- does it appear to

4    be in the same condition as when you collected it?

5         A.   Pretty much, yes.

6              MR. CASTELLANO:  Your Honor, I'd move the

7    admission of Government Exhibit 1.

8              THE COURT:  Any objection from the

9    defendants?

10             MR. VILLA:  No, Your Honor.

11             MS. DUNCAN:  No, Your Honor.

12             THE COURT:  Not hearing any objection,

13   Government Exhibit 1 will be admitted into evidence.

14             (Government Exhibit 1 admitted.)

15             MR. CASTELLANO:  And as best as I can

16   right now, I'm going to publish these to the jury,

17   if that's okay, Your Honor, using the visualizer.

18             THE COURT:  You may.

19   BY MR. CASTELLANO:

20        Q.   Since this was collected, are you aware

21   that it had any significance in this case other than

22   possibly covering the contents of the trash can?

23        A.   Not to my knowledge, no.

24        Q.   Agent Rhoades, I don't know if you have

25   gloves.  Do you need gloves?  I'm going to hand you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   some other exhibits.  I'm going to show you
 2   Government's Exhibits 9 and 10.
 3           MR. CASTELLANO:  May I approach the
 4   witness, Your Honor?
 5           THE COURT:  You may.
 6   BY MR. CASTELLANO:
 7       Q.   Agent Rhoades, I'm going to show you what
 8   have been marked as Exhibits 9 and 10.  If you'll
 9   begin with Exhibit 9, then I'll turn your attention
10   to Exhibit 10.  Have you had a chance to look at
11   those exhibits?
12       A.   Yes.
13       Q.   Can you please tell us what Government's
14   Exhibit 9 is?
15       A.   9 is going to be the sweat pants that we
16   saw in the previous photographs.
17       Q.   Those are documented in the photographs?
18       A.   Yes.
19       Q.   And the next exhibit?
20       A.   Exhibit 10 is going to be a white pair of
21   boxer shorts, again observed in the photographs
22   previously.
23       Q.   And is there a paper bag contained within
24   that plastic bag for each of those exhibits?
25       A.   Yes, there is.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1974

1     Q.   When you initially collected this

2   evidence, was it stored in the paper bags?

3     A.   Yes.

4     Q.   And for purposes of the trial, has it been

5   placed in the plastic bags so the members of the

6   jury could see it?

7     A.   Yes.

8     Q.   And are those the same items you collected

9   from the crime scene on or about March 7, 2014?

10    A.   Yes, they are.

11         MR. CASTELLANO:  Your Honor, I'd move the

12   admission of Government's Exhibits 9 and 10.

13         THE COURT:  Any objection?

14         MR. VILLA:  Could we get clarification on

15   9?  We've seen photos of two different sweat pants,

16   so I just want to try to clarify which ones he's

17   referring to.

18    A.   These will be the gray ones collected from

19   the hospital from Mr. Molina.

20         MR. VILLA:  No objection.

21         MR. MAYNARD:  No objection.

22         THE COURT:  Not hearing any objections,

23   the Court will admit Government's Exhibits 9 and 10.

24         (Government Exhibits 9 and 10 admitted.)

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. CASTELLANO:
 2        Q.   Showing you on the visualizer Government's
 3   Exhibit 9, are you able to see on this exhibit what
 4   appear to be drops of blood?
 5        A.   Yes.
 6        Q.   And are those the types of things that you
 7   were documenting in the photographs that the jury
 8   has already seen?
 9        A.   Yes.
10        Q.   Looking at Exhibit 10, are these Javier
11   Molina's boxer shorts that were collected?
12        A.   Yes.
13        Q.   The same thing.  There appear to be
14   discolorations.  Is that what you believe to be the
15   blood that was on the boxer shorts?
16        A.   Yes.
17             MR. CASTELLANO:  Your Honor, at this time
18   I move the admission of Government's Exhibits 4 and
19   8.
20             THE COURT:  Any objection from the
21   defendants?
22             MS. DUNCAN:  No, Your Honor.
23             MR. MAYNARD:  No, Your Honor.
24             MR. VILLA:  No, Your Honor.
25             THE COURT:  Not hearing any objection,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Government's Exhibits 4 and 8 will be admitted into

2  evidence.

3           (Government Exhibits 4 and 8 admitted.)

4  BY MR. CASTELLANO:

5      Q.   I'm going to show you Exhibit 4, but if

6  you need to see it closer, please let us know.  I'm

7  showing you here Government's Exhibit 4.  If you

8  can, can you tell us what Exhibit 4 is or contains?

9      A.   This would be the rope collected from cell

10 105 that had what appeared to be saturation of blood

11 into it.

12     Q.   Now, on this exhibit there is a label on

13 here.  Can you explain that to the members of the

14 jury in terms of why it's labeled and what the label

15 is for?

16     A.   That's going to coincide with the evidence

17 marker in the photographs, the Number 4.

18     Q.   When it says item Number 4, when the

19 members of the jury see in Exhibit 4 in the

20 photographs, this should be the same thing?

21     A.   Yes.

22     Q.   I'm also showing you here -- I'm

23 indicating kind of a red spot there on the bottom of

24 this exhibit.  Is that what you initially had

25 thought was possibly blood?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1977

1     A.   I believe so.  I remember it being darker,

2  but that could be it.

3     Q.   And when you collect this evidence, do you

4  then put the stickers on it for purposes of future

5  identification?

6     A.   Yes, they'll have our case number, who it

7  was collected by, the date, time, things like that.

8     Q.   The white label on this exhibit -- is this

9  your label?

10    A.   Yes, it is.

11    Q.   I'm going to now refer you to a yellow

12 label on there that says "Northern Forensic

13 Laboratory."  Do you know where that label comes

14 from?

15    A.   That's their label.

16    Q.   And if you know from working with them,

17 what's the purpose of the forensic laboratory having

18 its own label?

19    A.   They have their own numbering system that

20 they use to identify and track evidence that they've

21 analyzed.

22    Q.   Looking now at Exhibit -- Government's

23 Exhibit Number 8, what are we looking at in this

24 exhibit?

25    A.   That's the --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And I'll show you the label here, if it

2  helps.

3    A.   That's going to be the T-shirt that we

4  examined from Mr. Molina -- collected from him, that

5  has what appears to be a lot of saturated blood and

6  the defects that appear to be from a shank or a

7  stabbing motion.

8    Q.   This item is labeled JM-1 where it says

9  item number.  Are you able to see that?

10   A.   Yes.

11   Q.   What was the purpose of labeling the items

12 like this with the letters and a number?

13   A.   It helps us to identify who it was

14 collected from.  In this case, JM would indicate or

15 be consistent with Javier Molina.

16   Q.   If you had collected other items from

17 Javier Molina would they then be numbered JM-2, -3,

18 and -4?

19   A.   Yes.

20        THE COURT:  Mr. Castellano, would this be

21 a good time for us to take our lunch break?

22        MR. CASTELLANO:  Yes, sir.

23        THE COURT:  We're going to break a little

24 early today.  Mr. Perez is going to run over to see

25 the doctor.  So we may have a little bit of an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  extended lunch break.  So if you've been wanting to

2  try a restaurant and didn't think you had enough

3  time, or run some errands, go ahead and do that.

4  We'll shoot for being back in an hour but if you

5  come back, you may be waiting.  So we'll wait for

6  everybody.  Have a good lunch.

7              All rise.

8              (The jury left the courtroom.)

9              THE COURT:  All right.  Y'all have a good

10  lunch.  We'll shoot for an hour, but it may take

11  longer.

12              (The Court stood in recess.)

13              MS. FOX-YOUNG:  Your Honor, can we make a

14  brief record before the jury comes in?

15              THE COURT:  Why don't you wait till Mr.

16  Baca gets in?

17              MR. MICKENDROW:  We're waiting for two

18  more defendants, Your Honor, Baca and Herrera.

19              THE COURT:  All right.

20              Mr. Villa.  We'll go on the record.

21              MR. VILLA:  Thank you, Your Honor.  Mr.

22  Perez has returned from the hospital.  I haven't

23  been able to look at all of the paperwork, because I

24  guess it's the United States Marshal's policy that I

25  can't.  So I would ask Mr. Mickendrow to provide

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   more information.

2            From what I understand, Mr. Perez had a

3   fever of 101.6.  He had a chest x-ray that the

4   doctors were concerned about.  He was given five

5   different prescriptions, given a little bit of apple

6   juice.  He still hasn't eaten since Saturday.

7            I would ask that the Court delay the trial

8   until tomorrow and we see how Mr. Perez is doing.

9   Some of the prescriptions that he's been given by

10  the doctor have not been filled yet.  I understand

11  the marshals are going to work to get those filled.

12  But I think he's got to be competent and got to be

13  able to assist counsel, and he's having a very

14  difficult time.  This morning he was having trouble

15  staying awake, having trouble concentrating.  Had a

16  very large, pounding headache, he was telling me.

17  So I think in support of this request, I'd ask Mr.

18  Mickendrow to provide whatever additional

19  information he has from Mr. Perez' paperwork.

20            THE COURT:  Do you have any additional

21  information?

22            MR. MICKENDROW:  I think Mr. Villa summed

23  it up well.  They were just concerned about the

24  chest x-ray.  They did the flu test.  It came back

25  negative for the flu.  But they said it's possible

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that if they didn't catch it early, it would have

2    progressed into the flu.  So they did give five

3    different prescriptions.  They want him on a

4    nebulizer both morning and evening.  And he'll have

5    an inhaler here in court after that, and then he's

6    on antibiotics, as well as a couple of allergy

7    medications to try and clear up the drainage that's

8    going on.  So hopefully, that will clear up the

9    chest issue.

10            THE COURT:  Thank you.  Sounds like he's

11   doing better, doesn't have the flu, doesn't have

12   pneumonia.  So I think we better plow ahead.  If he

13   runs into problems, alert the Court and we'll --

14            All rise.

15            MS. FOX-YOUNG:  Your Honor, I have one

16   exhibit that I'd like to move into evidence before

17   the jury comes out.  I probably could do it in 10

18   seconds, or I can do it at another break.

19            THE COURT:  Let's do it at another break.

20            (The jury entered the courtroom.)

21            THE COURT:  All right.  Everyone be

22   seated.

23            Mr. Rhoades, I'll remind you that you're

24   still under oath.

25            Mr. Castellano, if you wish to continue

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   your direct examination of Mr. Rhoades, you may do

2   so at this time.

3            MR. CASTELLANO:  Thank you, Your Honor.

4            THE COURT:  Mr. Castellano.

5   BY MR. CASTELLANO:

6       Q.   Agent Rhoades, I'm going to show you what

7   has been marked as Government's Exhibits 2, 3 and 7.

8            MR. CASTELLANO:  May I approach, Your

9   Honor?

10           THE COURT:  You may.

11  BY MR. CASTELLANO:

12      Q.   I'm going to give you 2 and 3 and I'll

13  also give you Exhibit 7.  Agent Rhoades, let me have

14  you look at those briefly, and I'll ask you if you

15  can tell us if you know what's contained within

16  those boxes.  And as you're talking about each one,

17  please tell us the exhibit number you're looking at.

18      A.   On the box marked Exhibit 7, which will be

19  my item number 7, it's going to be a box containing

20  one of the shanks collected from the pod.

21      Q.   And if you remember, where was that shank

22  collected?

23      A.   This one was collected further down into

24  the common area, trash container.

25      Q.   So if you recall, there is a photograph,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and it almost looked like there was a piece of metal

2  coming out of a plastic drinking bottle?

3       A.   Yes.

4       Q.   Is that the one that would be referenced

5  in Exhibit 7?

6       A.   Yes, it is.

7       Q.   And please turn to Exhibit 2.

8       A.   Okay.  Exhibit 2 is going to be my

9  evidence Number 2 and it's going to be a shank that

10 was collected from the common area of the trash can

11 inside the common area, and it's going to be the one

12 that was underneath the chip bag.

13      Q.   And the jury looked at the layers of the

14 trash.  This is the shank that was on top; or the

15 higher-up shank, I should say?

16      A.   Yes, it is.

17      Q.   Please turn to the next exhibit.

18      A.   Exhibit Number 3 is going to be my

19 evidence number 3 and this is going to be the shank

20 that was collected from the upper shower in the

21 drain.

22      Q.   And let me have you open those and take a

23 quick look at them to see if they are in the same or

24 substantially similar condition as when you

25 retrieved them or collected them.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1984

```
 1        A.   Number 7 will be the same, Number 2 will

 2   be the same, and Number 3 will be the same.

 3             MR. CASTELLANO:  Your Honor, at this time

 4   we'd move the admission of Government's Exhibits 2,

 5   3, and 7.

 6             THE COURT:  Any objection from the

 7   defendants?

 8             MS. DUNCAN:  No, Your Honor.

 9             MR. VILLA:  No, Your Honor.

10             MR. MAYNARD:  No, Your Honor.

11             THE COURT:  Not hearing any objection,

12   Government's Exhibits 2, 3, and 7 will be admitted

13   into evidence.

14             (Government Exhibits 2, 3, and 7

15   admitted.)

16             MR. CASTELLANO:  May I publish those to

17   the jury over the visualizer here?

18             THE COURT:  You may.

19   BY MR. CASTELLANO:

20        Q.   Agent Rhoades, I'm showing you

21   Government's Exhibit 2.  I'm going to open up the

22   contents of the box here.  I'm showing you the shank

23   here in Government's Exhibit 2.  Can you see the top

24   of that exhibit where it's pointed?  Do you see

25   where there looks like something like thread on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1985

 1   there?

 2        A.   Yes, looks like threading.

 3        Q.   And also contained in the exhibit is

 4   something -- you may recall this from earlier --

 5   pieces of plastic and a string?

 6        A.   Yes.

 7        Q.   I'm now showing you Government's Exhibit

 8   3.  Now, based on the way this is shaped, do you

 9   recall which shank this was?

10        A.   This would be from the shower, the drain

11   in the shower.

12        Q.   Next I'm going to show you Government's

13   Exhibit 7.  Was this the other piece that was in the

14   bottom of the trash can, if you recall?

15        A.   Yes, it is.

16        Q.   And can you see on here some sort of

17   threading at the end of this metal also?

18        A.   Yes.

19        Q.   Now, in the picture there is a plastic

20   bottle.  Can you tell the members of the jury

21   whether the bottle in this box was the bottle

22   depicted in that photograph?

23        A.   Yes, it is.

24        Q.   And what can you tell us about the paper

25   towels on the inside of the bottle?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   I didn't pull any of those out.  It was

2  collected as is.  So it just appeared like it's

3  paper towels.

4    Q.   So this is as you found it?

5    A.   Yes.

6    Q.   I'm going to ask you:  Recently you were

7  asked to look at a shoe belonging to Mario

8  Rodriguez?

9    A.   Yes.

10    Q.   And did you know, when you were looking,

11  what you were looking for?

12    A.   Yes, I did.

13    Q.   What did you believe you were looking for?

14    A.   A shank.

15    Q.   Now, can you tell the members of the jury

16  when you collected items on March 7 and 8 of 2014,

17  whether that included items, personal items,

18  belonging to people in the pod?

19    A.   Yes, it was.

20    Q.   And did that include their clothing and

21  their shoes?

22    A.   Yes.

23    Q.   I'm going to show you what have been

24  marked as Exhibits 746 and 746-A.

25         MR. CASTELLANO:  May I approach, Your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    Honor?

 2               THE COURT:  You may.

 3    BY MR. CASTELLANO:

 4        Q.   Turn first to Exhibit 746.  Can you tell

 5    us what that is?

 6        A.   Exhibit 746 is going to be the right

 7    Reebok shoe collected from Mario Rodriguez's

 8    clothing.

 9        Q.   And until recently, did you have any

10    reason to look any closer at that shoe?

11        A.   No.

12        Q.   And what did you do with that shoe?

13        A.   Initially, along with the rest of the

14    articles of clothing, it was relinquished into the

15    evidence vault at the State Police office.

16        Q.   And had it been sitting in the vault from

17    the time it was seized up until more recently?

18        A.   Yes.

19        Q.   And recently what did you do with that

20    shoe once you heard something about a shank?

21        A.   I searched -- I wasn't initially told

22    which shoe, so I took both the left and the right,

23    and began searching for a shank within the cloth

24    portion of the back of the shoe, where I understood

25    it was located.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And how easy or difficult was it to search

2  for any items contained within?

3     A.   The cloth portion wasn't too difficult.  I

4  was able to cut it with a knife.  The sole part of

5  rubber was more difficult, with a knife, to cut into

6  and look.

7     Q.   And as a result of your searching, did you

8  eventually find something in that shoe?

9     A.   Yes, I did.

10    Q.   How were you able to find that item?

11    A.   I took an electronic saw and just started

12 dicing through it.  So when I cut down through the

13 heel of the right shoe, then I hit the metal shank.

14    Q.   And let me turn your attention to Exhibit

15 746-A.  You've used the term "shank."  Can you tell

16 the members of the jury whether what's contained in

17 746 is what you found within the shoe?

18    A.   746-A is the shank that was found and

19 collected from the shoe.

20         MR. CASTELLANO:  Your Honor, I'd move the

21 admission of Government's Exhibits 746 and 746-A, as

22 in alpha.

23         THE COURT:  Any objection from the

24 defendants?

25         MR. VILLA:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  Not hearing any objections,
 2   Government's 746 and 746-A will be admitted into
 3   evidence.
 4          (Government Exhibits 746 and 746-A
 5   admitted.)
 6   BY MR. CASTELLANO:
 7     Q.  If you can for the members of the jury,
 8   please pull the shoe out of the bag, 746, give a
 9   quick look at the shoe, and tell them what you did.
10     A.  So what I did -- it's in several pieces.
11   Initially I cut off and through the cloth portion of
12   the shoe.  And then I went with the electric saw,
13   and then I cut through the back part of shoe.  And
14   that's where I -- the saw hit part of that metal
15   shank sticking out.  It was actually embedded in
16   this way.  And right above that gray color tab you
17   can see.
18          MR. CASTELLANO:  May I approach the
19   witness, Your Honor, to retrieve the exhibits?
20          THE COURT:  You may.
21   BY MR. CASTELLANO:
22     Q.  Agent Rhoades, how many times did you have
23   to search this shoe to find the contents?
24     A.  Twice.
25     Q.  What happened the first time you searched?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   The first time, I understood that it was
2  in the cloth in the back part of it.  So that's when
3  I cut it with a knife.  And then I observed in some
4  of the tabs some holes in it, so then I attempted to
5  cut through and did cut through part of that, but I
6  did not see anything.
7          The second time is when I took the -- I'd
8  learned more about where it was located, so then I
9  took an electric saw and cut down straight through
10 the back of the shoe, and that is when I discovered
11 it.
12    Q.   Was that on two different dates or
13 occasions?
14    A.   Yes.
15    Q.   I'm going to show you the content of the
16 box which is 746-A, and I'll ask you if that's what
17 you found inside the shoe.
18    A.   Yes, it is.
19         MR. CASTELLANO:  Your Honor, at this time
20 I may have more questions of this witness.  I think
21 the defense has agreed to let us put on Dr.
22 Kastenbaum out of order.  She has to be somewhere
23 tomorrow.  So I think with the Court's permission
24 and counsel's, we'll have Agent Rhoades come off the
25 stand and we'll have Dr. Kastenbaum testify.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Is that acceptable to the
2   defendants?
3              MR. VILLA:  Yes, Your Honor.
4              THE COURT:  All right.  Mr. Rhoades,
5   you'll need to stay outside of the courtroom until
6   you're called back in to testify.  Thank you for
7   your testimony.
8              Dr. Kastenbaum, if you'll come up and
9   stand next to the witness box on my right, your
10  left, before you're seated, my courtroom deputy, Ms.
11  Standridge, will swear you in.
12                  HANNAH KASTENBAUM,
13      after having been first duly sworn under oath,
14      was questioned and testified as follows:
15             THE CLERK:  Please be seated.  State and
16  spell your name for the record.
17             MS. FOX-YOUNG:  Your Honor?
18             THE COURT:  Yes.
19             MS. FOX-YOUNG:  May we briefly approach?
20             THE COURT:  You may.
21             (The following proceedings were held at
22  the bench.)
23             MS. FOX-YOUNG:  I don't believe that this
24  witness authored the report.  She supervised it.
25  I'd just like to do a brief voir dire, make sure we
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   don't have a Crawford problem, outside of the
 2   presence of the jury.  45 seconds.  I should have
 3   raised it earlier.  I know the jury just came out.
 4   But once she starts testifying, we need to know
 5   about it now.
 6            THE COURT:  Dr. Kastenbaum, if you'll come
 7   over and stand right here.  Ms. Fox-Young, outside
 8   the presence of the jury, is going to ask you some
 9   questions about how you prepared your report.
10            THE WITNESS:  Okay.
11            THE COURT:  This is Ms. Fox-Young.  She
12   represents Mr. Perez.
13                   VOIR DIRE EXAMINATION
14   BY MS. FOX-YOUNG:
15       Q.   There is a declaration, I think on the
16   face page of your report.  It says that you either
17   conducted or supervised everything that was done; is
18   that right?
19       A.   Yes.
20       Q.   It's not signed?
21       A.   No.  It's standard language that's on the
22   second page of every report.  It's by computer.
23       Q.   Okay.  Can you tell me what portions of
24   the autopsy you conducted?
25       A.   None of it.  It was conducted by
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1993

1  Dr. Leslie Hamilton.  I was her supervisor.

2      Q.   What did your supervision consist of?

3      A.   I am in the room, not necessarily at the

4  table the entire time, while she's performing the

5  autopsy.  She'll review findings with me, she gets

6  first crack at drafting the report, and then she

7  gives it to me when she thinks it's ready to go, and

8  review it, edit it, view the photos, and then I have

9  final say in finalizing the report.

10     Q.   Did you review the photos?

11     A.   Yes.

12     Q.   Did you review any other materials that

13 she considered in doing the autopsy herself?

14     A.   She drew some diagrams.  I would have

15 reviewed those at the time.

16     Q.   Are you relying on any of her findings?

17     A.   I am relying on her findings, yes.

18     Q.   Which findings of hers are you relying on?

19     A.   She directed the photographs to be taken.

20 She took the measurements.  So Dr. Hamilton does the

21 primary exam.  So she draws the diagram.  She

22 directs the tech to take whatever photos she wants

23 taken.  She takes any measurements of the wounds,

24 describes them, et cetera.  So they're basically all

25 her findings.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And you didn't go back and remeasure --

2     A.   No.

3     Q.   -- the wounds?

4     A.   No.

5     Q.   Is there anything that you -- is there any

6  portion of the autopsy that you went back and

7  considered, or are all of the findings what she did?

8     A.   No.  All the findings are hers.

9          THE COURT:  All right.  Do you have

10 anything?

11               VOIR DIRE EXAMINATION

12 BY MS. ARMIJO:

13    Q.   Doctor, what is your role as supervisor?

14    A.   It's to be available for the fellows,

15 Dr. Hamilton in this case.  Should she have

16 questions about any of the things she sees and

17 observes, she runs them by me, et cetera.

18    Q.   All right.  And then after the autopsy,

19 when you were reviewing, did you have the

20 opportunity to look at the body if you have

21 questions?

22    A.   Yes.

23    Q.   And you were there to supervise her?

24    A.   Yes.

25    Q.   Then she goes back and she does her report




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1995

```
1   and meets with you and then you go over it, whether
2   it's consistent with what you have done, as well?
3        A.   Yes.
4        Q.   Because you were in the room with her;
5   correct?
6        A.   The morgue has 12 tables in it.  I'm not
7   standing next to Dr. Hamilton the entire time she's
8   doing her exam, because I'm also supervising the
9   three other fellows and residents, so I'm in and
10  out.
11       Q.   But you were there available with her and
12  had opportunity to look at the body?
13       A.   Yes.
14            THE COURT:  All right.  Why don't you
15  return to the witness box.  Thank you.
16            MS. FOX-YOUNG:  Your Honor, may I make a
17  record?
18            THE COURT:  You may.
19            MS. FOX-YOUNG:  I think there is a clear
20  problem under Crawford and Melendez-Diaz that Dr.
21  Kastenbaum has said she's relying on the findings of
22  somebody else.  We're going to be talking about drug
23  testing, measurements of wounds, incisions, and Mr.
24  Perez has a right to confront the person who did
25  that testing and actually performed the autopsy.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1996

```
 1          There are some cases, and I may have had
 2   cases, where the supervisor actually did go back in
 3   and do analysis and has her own findings to which
 4   she could testify.  Dr. Kastenbaum has not said
 5   that's the case.  She's going to review the findings
 6   of the fellow, and Mr. Perez has the right to
 7   confront the fellow.
 8          THE COURT:  Is there anything that she can
 9   give you that Dr. Hamilton cannot give?
10          MS. ARMIJO:  That Dr. Hamilton cannot
11   give?
12          THE COURT:  Yeah.  What I'm thinking, it
13   sounds to me like probably we need Dr. Hamilton here
14   rather than her.
15          MS. ARMIJO:  We can get Hamilton here.  We
16   noticed her, nobody objected to her.  This is the
17   first -- we've been waiting for her, and we're
18   blinded by the defense counsel causing these
19   charades at this hour, especially with all the
20   pretrial hearings that we did.  And we were going to
21   have Dr. Zumwalt come in, so this is the first time
22   we're hearing that there is an objection to it.
23          Given that Mr. Javier Molina -- their
24   clients did not do the actual shanking, we didn't
25   think this would be an issue, per se.  But we could
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   probably call -- as long as they will allow us to

2   call Dr. Hamilton, that is fine.  But again, I see

3   this as just gamesmanship on their part, given that

4   all we have gone through with pretrial hearings

5   where you have asked about the experts and

6   everything else, and to now do this while she's on

7   the stand.

8           THE COURT:  Well, I assume with the

9   defendants making this objection, they don't have

10  any problem with replacing Dr. Kastenbaum with

11  Dr. Hamilton.

12          MS. FOX-YOUNG:  Not for Mr. Perez.

13          THE COURT:  Anybody else have any

14  objection?  Ms. Jacks, does that work for you?

15  Well, let's just switch her out unless there is

16  something here that I missed.

17          MS. ARMIJO:  I'm still going to ask the

18  questions if she supervised it, and if she

19  overviewed it without getting -- I'll still ask the

20  questions.

21          MS. FOX-YOUNG:  I think it's a problem if

22  she elicits any findings.

23          THE COURT:  Don't elicit any findings.

24          MS. ARMIJO:  I'm not.  I won't elicit any

25  findings.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1998

```
 1             THE COURT:  Just keep it clean here.  This
 2   is not a real critical witness, is it?
 3             MS. ARMIJO:  No.
 4             THE COURT:  So there is no reason to
 5   interject this into the case.
 6             MS. ARMIJO:  That's fine.
 7             (The following proceedings were held in
 8   open court.)
 9             THE COURT:  Ms. Armijo.
10                  DIRECT EXAMINATION
11   BY MS. ARMIJO:
12        Q.   Can you please state your name?
13        A.   Dr. Hannah Kastenbaum.
14        Q.   And Dr. Kastenbaum, where do you work?
15        A.   The Office of the Medical Investigator.
16        Q.   What is the Office of the Medical
17   Investigator?
18        A.   It is New Mexico's statewide medical
19   examiner's office.
20        Q.   And what do they do?
21        A.   So the medical examiner's office is tasked
22   with investigating certain deaths that fall under
23   its -- its jurisdiction in the state.  So anything
24   sudden, unexpected, unnatural, we will investigate
25   deaths of people who die under those circumstances.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1999

1      Q.   And if in doing so -- well, let me ask

2  this: What is your educational background?

3      A.   I'm a medical doctor, I have an M.D.

4  degree.  And after that, I did residency training or

5  on-the-job training in anatomic and clinical

6  pathology, and then I did a one-year fellowship in

7  forensic pathology.

8      Q.   And when did you graduate from medical

9  school?

10      A.   I graduated from medical school in 2007.

11      Q.   And how long have you been with OMI?

12      A.   I started at OMI as a fellow in July of

13  2011.  And my fellowship ended at the end of June of

14  2012, and then I got hired on and started as faculty

15  or staff on August 1, 2012.

16      Q.   And can you explain the difference to the

17  jury between what is a fellow and what is staff?

18      A.   So -- when you go -- so you go to medical

19  school, so you graduate with an M.D. or a D.O, so

20  your medical degree.  And then you decide what

21  specialty you're going to practice.  And you do

22  on-the-job training in that specialty.  Basically

23  you learn by treating patients, and that's called

24  residency training, and it varies in number of years

25  depending on the specialty.  So I did mine in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  pathology, which is the study and diagnosis of

2  disease, real broadly.  Also includes autopsy

3  pathology, which is examining deceased people to

4  figure out why they're dead.

5          And then after residency training, if you

6  want to further subspecialize, so focus your

7  training a little more, you can do what's called a

8  fellowship, which is more on-the-job training in a

9  slightly more focused specialty.  So I did one year

10 of additional training or on-the-job training in

11 forensic pathology, which is the study and diagnosis

12 of disease specifically, again, in deceased people,

13 to figure out why they're dead at the OMI.

14          So when you're a fellow, you are examining

15 deceased people, so you're doing autopsies, but you

16 are supervised by a member of the faculty.  So

17 somebody who is fully trained, fully licensed, fully

18 boarded, is responsible for reviewing your findings

19 since you're sort of still learning.  And then once

20 you finish your fellowship and you take your board

21 exam in forensics, then you can practice

22 independently without somebody supervising you.  So

23 that's what it means to be on the faculty or on the

24 staff at OMI.

25          Q.  And so after doing your fellowship, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    became part of staff?

2        A.   Yes.

3        Q.   And so what is it that you do as part of

4    staff?

5        A.   So as part of the staff, I both supervise

6    the trainees who are doing autopsy examinations, so

7    the fellows and the residents.  So I'm responsible

8    for sort of looking over their shoulder and

9    reviewing their findings and signing off on their

10   reports and their findings.  And I also

11   independently examine some deceased people.

12       Q.   Now, in reference to -- I guess I'm going

13   to go back to March of 2014 -- what was your

14   position?

15       A.   I was on the faculty of the OMI at that

16   time as a Medical Investigator.  That's my title.

17       Q.   And what's the title of a Medical

18   Investigator?

19       A.   That means that I am -- it's another term

20   for Medical Examiner or somebody who is responsible

21   for examining deceased people and deciding why

22   they've died.

23       Q.   And was -- do you know if you were a

24   supervisor when Javier Molina's autopsy was

25   performed?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    Yes.

2     Q.    Yes, you know?

3     A.    Yes, I know, and yes, I was a supervisor.

4     Q.    That's probably a poor question on my

5  part.

6           Now, who was the fellow that did the

7  autopsy on Javier Molina?

8     A.    Dr. Leslie Hamilton.

9     Q.    And were you her supervisor that day?

10    A.    Yes.

11    Q.    And as a supervisor that day, do you

12 recall what you would have done?

13    A.    So as the -- so there are ten faculty --

14 currently ten faculty pathologists at the OMI, I

15 think there were fewer at the time.  I don't recall

16 exactly.  So we take turns being the doctor in

17 charge for the day.

18          And our job as daily attending, as we call

19 it, is to basically assign out the cases, so that is

20 a list of people we're going to examine on a given

21 day, and we decide who's going to examine who, so

22 the fellow or the faculty, whomever.  And then as

23 the daily attending, it's my responsibility to

24 supervise the trainees, so to supervise any fellows

25 who are examining people that day, or any residents.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  So I would have been the daily attending that day,

2  and supervising Dr. Hamilton in addition to any

3  other fellows or residents who were working in the

4  morgue that day.

5       Q.   And would that have included going over

6  and actually looking at Javier Molina's body?

7       A.   Yes.

8       Q.   Now, what happens after an autopsy is

9  performed?

10       A.   How do you mean?

11       Q.   Well, after -- well, let me just ask a

12  couple of other basic questions.  What's an autopsy?

13       A.   So an autopsy is a complete outside and

14  inside examination of a deceased person to figure

15  out why they've died.  So we'll document any

16  evidence of natural disease, any evidence of

17  injuries, et cetera, both on the outside of the body

18  and on the inside of the body, including removing

19  and examining the organs individually.

20       Q.   After that is completed, what is the task

21  that you all must do?

22       A.   So the -- so the bottom line of our job is

23  to determine cause of death, which is the disease or

24  injury that specifically led to death.  And manner

25  of death, which is some description of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2004

1  circumstances under which somebody died.  So cause

2  of death can basically be anything.  Both of these

3  bits of information, cause and manner, go on the

4  death certificate and also on an autopsy report.

5          And on the death certificate, cause of

6  death is free text; we can basically write whatever

7  we want.  Manner of death, which I said is a

8  description of the circumstances.  The death

9  certificate, which is a standard form used by the

10 state and the country, has five choices:  homicide,

11 suicide, accident, natural, and undetermined, or I

12 don't know.  So I have to pick one of those for the

13 manner of death.

14          So after an autopsy, it's the job of the

15 fellow and their supervising physician or attending,

16 to review any other information they know about a

17 person and the circumstances under which they died.

18 The results of any ancillary studies we might do,

19 histology or looking at tissue under the microscope,

20 toxicology or drug testing.  There are a whole bunch

21 of options.  And come to some conclusion about cause

22 and manner of death for one; and two, generate a

23 report of all of those -- whatever findings,

24 whatever we saw at autopsy.  So to generate an

25 autopsy report.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And was that done in the case of Javier
 2   Molina?
 3        A.   Yes.
 4        Q.   Now, I don't want to ask you about the
 5   result of anything.  I'm just going to ask you a
 6   couple of general questions.  Did you, in fact, work
 7   with Dr. Hamilton in reference to the autopsy that
 8   was performed?
 9        A.   Yes.
10        Q.   Did you review the findings that she made
11   in reference to Javier Molina's body?
12        A.   Yes.
13        Q.   And in connection with that and in working
14   with her, was there a report generated that both has
15   your name and her name on it?
16        A.   Yes.
17        Q.   And is -- the findings in there, do you
18   agree with the findings in that report?
19             MS. FOX-YOUNG:  Your Honor, objection as
20   previously noted.
21             MS. ARMIJO:  I'm not asking the results.
22             THE COURT:  Let's not do this.  Sustained.
23             MS. ARMIJO:  All right.
24   BY MS. ARMIJO:
25        Q.   Is your name on the report?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.

 2           MS. ARMIJO:  All right.  I have no further

 3  questions.

 4           THE COURT:  Thank you, Ms. Armijo.

 5           Ms. Fox-Young, do you have

 6  cross-examination of Dr. Kastenbaum?

 7           MS. FOX-YOUNG:  I have no questions for

 8  this witness.  Thank you.

 9           THE COURT:  Any of the other defendants

10  have any questions?

11           MR. LOWRY:  No, Your Honor.

12           MR. MAYNARD:  No, Your Honor.

13           MR. JEWKES:  No, Your Honor.

14           THE COURT:  All right.  Dr. Kastenbaum,

15  you may step down.  Thank you for your testimony.

16           All right.  Does the Government have its

17  next witness or evidence?

18           THE WITNESS:  Am I excused?

19           THE COURT:  You are.  Well, it's up to the

20  Government, since you're their expert.  They can

21  tell you whether you're excused or not.

22           THE WITNESS:  Thank you.

23           MR. CASTELLANO:  Your Honor, we're

24  re-calling Agent Rhoades at this point.

25           THE COURT:  All right.  Mr. Rhoades, if
```



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you'll come up and return to the witness box.
 2           Mr. Rhoades, I'll remind you you're still
 3   under oath.
 4           All right, Mr. Castellano, if you wish to
 5   continue your direct examination of Mr. Rhoades, you
 6   may do so at this time.
 7           MR. CASTELLANO:  May I have a moment, Your
 8   Honor?
 9           THE COURT:  You may.
10           MR. CASTELLANO:  I was just checking my
11   exhibits.  At this point I pass the witness.
12           THE COURT:  Thank you, Mr. Castellano.
13   Mr. Jewkes, are you going to -- Ms. Jacks?
14           MS. JACKS:  I'm going to do it, Your
15   Honor.
16           THE COURT:  All right, Ms. Jacks.
17
18
19
20
21
22
23
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1                      NORMAN RHOADES,

 2        after having been previously duly sworn under

 3        oath, was questioned and continued testifying as

 4        follows:

 5                      CROSS-EXAMINATION

 6  BY MS. JACKS:

 7        Q.   Good afternoon, Mr. Rhoades.

 8        A.   Good afternoon.

 9        Q.   I want to start by asking you some

10  questions about the shoe that you found the shank

11  in, the shoe that you had to cut out -- I think

12  that's Exhibits 746 and 746-A.  When did you perform

13  that analysis, or when did you start?

14        A.   When I actually started to cut in the shoe

15  I think was the 24th or 25th of January.

16        Q.   So just a few days ago?  Last week?

17        A.   A week or so, yes.

18        Q.   And the first time you examined the shoe,

19  you were looking for some sort of shank in it and

20  you couldn't find it?

21        A.   Yes.

22        Q.   Then you went back the same day or a

23  different day?

24        A.   It was the next day.

25        Q.   So the 25th of January?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2009

1      A.   Yes, I think it was the days -- and it's

2   on the evidence labels -- I believe it was the days

3   of the 24th and 25th.

4      Q.   And I want to ask you some questions about

5   the video surveillance at Southern New Mexico

6   Correctional Facility.  When you went out the

7   evening of the Molina homicide, did you notice that

8   there were video cameras?

9      A.   Yes.  And I'm aware that they are, whether

10  they work or not sometimes.

11     Q.   I'm sorry?

12     A.   Whether they're working or not, I know

13  that there are surveillance cameras each time that

14  I've gone out in the past.

15     Q.   Okay.  In B pod, the pod where the Molina

16  homicide occurred, how many cameras were in that

17  unit?

18     A.   I don't know.  It could have been two, but

19  I couldn't say for sure.

20     Q.   Is there anything you could review that

21  might help refresh your memory?

22     A.   It would just be the overall photographs

23  that we took of inside the pod.

24     Q.   You say you think there may have been two.

25  Is that because you recall seeing video footage from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  two cameras?

2       A.   I really didn't have anything to do with

3  the video part of it.

4       Q.   That's actually where I was going to go.

5  When you were out there taking photographs and

6  documenting the situation with the crime scene, you

7  did notice that there were video cameras; right?

8       A.   Yes.

9       Q.   And did you ask anybody which cameras

10 were -- which, if any, cameras were operational that

11 day?

12      A.   No, I didn't.

13      Q.   And did you make any effort to recover any

14 of the video footage from those cameras at or around

15 the time of the homicide?

16      A.   I did not, no.

17      Q.   Did you make any inquiry about any other

18 sort of video?  For example, how long the video

19 might have been stored or whether there was video

20 from other pods?

21      A.   No.  Really, anything dealing with the

22 video was assigned to other agents.

23      Q.   Okay.  Other agents from the New Mexico --

24      A.   State Police.

25      Q.   -- State Police.  Okay.  Exhibits 2, 3 and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  7 are actually items that you booked into evidence;

2  right?

3       A.   Yes.

4       Q.   And those are potential weapons you

5  recovered the night of the Molina homicide from B

6  pod?

7       A.   Yes.

8       Q.   Did you talk to anybody about a possible

9  source of where those weapons or potential weapons

10  could have come from?

11       A.   No.

12       Q.   Did anybody -- did you interview anybody

13  at the prison regarding what's called the wheelchair

14  program where inmates refurbish wheelchairs and

15  walkers for charity?

16       A.   No, I did not.

17       Q.   Are you aware that such a program exists?

18       A.   No.

19       Q.   Are you aware if such a program existed

20  back in March of 2014?

21       A.   No.

22            MS. JACKS:   Thank you.  I don't have

23  anything further.

24            THE COURT:   Thank you, Ms. Jacks.

25            Anyone else wish to ask questions?  Go

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  ahead, Mr. Maynard.
 2          MR. MAYNARD:  Just a couple of questions.
 3          THE COURT:  Certainly, Mr. Maynard.
 4                  CROSS-EXAMINATION
 5  BY MR. MAYNARD:
 6      Q.   Mr. Rhoades, I take it from the answers to
 7  the questions just a moment ago, did you make any
 8  inquiry into the operation or records of cameras in
 9  any of the adjoining pods?
10      A.   No, I did not.
11      Q.   No?  Okay.  And to your knowledge, no
12  camera footage was ever preserved from the other
13  pods?
14      A.   I'm not aware of anything, no.
15          MR. MAYNARD:  No questions.
16          THE COURT:  Thank you, Mr. Maynard.
17          Mr. Villa.
18                  CROSS-EXAMINATION
19  BY MR. VILLA:
20      Q.   Good afternoon, Agent Rhoades.
21      A.   Good afternoon.
22      Q.   Let me take you back to Exhibit 74.  Do we
23  have those?  And that's Exhibit 74.  And I think it
24  was your testimony that these pants were in a sink
25  in cell 111; correct?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes.

2    Q.   And I can't remember if you testified if

3  you knew whose cell was cell 111.

4    A.   I could not recall, no.

5    Q.   Does it refresh your recollection that the

6  cell was Mario Rodriguez' cell?

7    A.   I don't know.

8    Q.   And those are the pants that you saw, and

9  ultimately found some blood on those pants; correct?

10    A.   Yes.

11    Q.   Did you do any testing of the blood?

12    A.   No, I did not.

13    Q.   You just turned that over to the lab?

14    A.   All the evidence was relinquished to

15  then-Agent Palomares, who was the lead on that case.

16  And so from me to him, and then he would facilitate

17  anything being sent to the lab.

18    Q.   So let me take you to Government's 79.

19  This is a photograph that you took of one of the

20  individuals inside blue pod; correct?

21    A.   Agent Casson actually took the photo.  I

22  was present when it was taken.

23    Q.   And do you know this individual to be

24  Mario Rodriguez?

25    A.   I don't know.  These photos were not taken

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2014

```
 1   in the blue pod.  Actually, they were taken in an
 2   office somewhere else in the facility.
 3        Q.    Did you take the individuals over to this
 4   office?
 5        A.    No.
 6        Q.    Do you know how they got there?
 7        A.    They were escorted by correction officers.
 8        Q.    And is it true that everybody in the pod
 9   got escorted by corrections officers?
10        A.    Yes.
11        Q.    So let me show you Government's 586.  Does
12   that look like the same individual who was in the
13   photograph I just showed you, Government's 79?
14        A.    Looks similar, yes.
15        Q.    And this picture, which has already been
16   admitted as evidence, indicates that this individual
17   is Mario Rodriguez?
18        A.    Yes.
19        Q.    So do you now remember that the individual
20   who Agent Casson photographed while you were present
21   in Government's 79 is Mario Rodriguez?
22        A.    I could say it looks similar to him, yes.
23        Q.    And you're saying that based on the photos
24   you're seeing, not necessarily your memory from that
25   night?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    So I'll talk to you about the shoe you
 3   collected that you found the shank in.  That just
 4   occurred, say, a month ago; is that right?
 5        A.    About a month, yes.
 6        Q.    And the reason you looked into that shoe
 7   is because you got information there might be a
 8   shank in the shoe?
 9        A.    Yes.
10        Q.    And you knew that the shoe had been taken
11   from Mario Rodriguez; right?
12        A.    Yes.
13        Q.    It took you a couple of times, but
14   ultimately you got into the shoe and you took out
15   that shank that you recovered that the jury got to
16   see just a minute ago?
17        A.    Yes.
18        Q.    Were you told to look in Mario Rodriguez'
19   shoe for the shank, were you given any reason why
20   you were looking at it?
21        A.    Just to recover and document a shank that
22   was hidden in a shoe.
23        Q.    Did you recognize that shank as what is
24   often called an icepick?
25        A.    I really didn't make any similarities to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2016

```
 1  specific object other than a piece of metal.
 2       Q.   I think was it your -- I may be going too
 3  far.  Let me know.  Was it your testimony that that
 4  piece of metal appeared similar to, like, metal from
 5  a fence or a gate?
 6       A.   I don't think that was my testimony.
 7       Q.   Okay.  Other than the shanks that we've
 8  talked about today, we saw three boxes that you
 9  recovered from the blue pod and the one you
10  recovered from Mario Rodriguez's shoe.  Did you
11  recover any more shanks from the blue pod?
12       A.   No.
13       Q.   Did you look for any more shanks from the
14  blue pod?
15       A.   I did.  Primarily the correctional
16  officers -- they have a specialized unit -- assisted
17  in searching blue pod.
18       Q.   Is that the STIU, or the Security Threat
19  Investigation Unit?
20       A.   Yes, I think that's it.
21       Q.   While you were there, were you made aware
22  of the discovery of any other shanks?
23       A.   No.
24       Q.   I'm going to take you to Government's 22,
25  please.  This is one of the photos you took of blue
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   pod that you talked about in your direct testimony;
 2   correct?
 3        A.   Yes, it is.
 4        Q.   And I'm going to circle here cell 115.  Do
 5   you see that there?
 6        A.   Yes.
 7        Q.   Now, I'll represent to you there has been
 8   in court testimony that Mr. Perez was in this cell
 9   at the time of the Javier Molina killing.  Were you
10   ever made aware of that?
11        A.   No, I was not.
12        Q.   Did you ever take any photographs inside
13   cell 115 for any reason?
14        A.   There were photographs taken, just
15   overviews, inside the cells that the doors were
16   open.  And I don't recollect any specific
17   photographs other than that being taken in cell 115.
18        Q.   In cell 115 were you ever asked to take as
19   evidence a walker?
20        A.   No.
21        Q.   Did you photograph a walker?
22        A.   Not to my knowledge, no.
23        Q.   Did you see a walker in there?
24        A.   No.
25        Q.   At any point in the course of your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   investigation at Southern New Mexico, did you ever
 2   see a walker?
 3        A.   No.
 4        Q.   Were you ever asked to photograph a
 5   walker?
 6        A.   No.
 7        Q.   Were you ever asked to take as evidence a
 8   walker?
 9        A.   No.
10             MR. VILLA:  Okay.  If we could clear the
11   screen, please.
12        Q.   Did you ever determine whether any of the
13   surveillance video had an angle into room 115?
14        A.   No.
15        Q.   Were you provided any information about
16   how the pieces of metal shanks that you found in the
17   trash can or the shower drain -- how they got there?
18        A.   No, I was not.
19        Q.   So you don't know who put the shank into
20   the shower drain?
21        A.   No.
22        Q.   Or the trash can?
23        A.   No.
24        Q.   Let me take you back to Government's
25   Exhibit 82.  Do you know that to be a photograph of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Perez, Rudy Perez?

2      A.   No.  When I reviewed this, I don't -- I

3  can't put a name to him.

4      Q.   Okay.  And I just want to make sure it's

5  clear, because we haven't seen all the photos.  But

6  photographs were taken of everybody who was in that

7  pod?

8      A.   Yes.

9      Q.   Regardless of whether they were suspected

10 to be involved in the crime or not?

11     A.   Yes.

12     Q.   And belongings were taken from all the

13 individuals in the pod; correct?

14     A.   Yes.

15     Q.   When I say "belongings," I mean personal

16 belongings, like clothing.

17     A.   The clothing that they wore into this

18 office that were photographed, they were collected.

19     Q.   So it didn't matter if you thought they

20 were actually involved in Mr. Molina's killing; you

21 wanted to collect everybody's clothing that they

22 were wearing to see if there was any evidence on

23 there?

24     A.   That's correct.

25     Q.   And photograph everybody that was in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2020

```
 1  pod?

 2      A.   Yes.

 3      Q.   There was a video that was recovered by

 4  Agent Palomares that the jury has seen showing the

 5  attack on Mr. Molina.  Did you ever watch that

 6  video?

 7      A.   I watched it that night in one of their

 8  offices, just a fast real-time, and this was the

 9  only time that I've seen that video.

10      Q.   Were you ever given information about who

11  the individuals were on the video?

12      A.   No.

13      Q.   You knew who Mr. Molina was?

14      A.   The victim, yes.

15      Q.   And the individuals who are seen on the

16  video actually attacking Mr. Molina -- were you

17  provided information about who they were?

18      A.   No.

19      Q.   I'm going to take you back quickly to 749,

20  the pants in the sink of cell 111.  There were some

21  photos we see later of the same pants out to dry;

22  correct?

23      A.   Yes.

24      Q.   And I noticed that those pants weren't

25  introduced by the Government during your testimony;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   is that correct?

2        A.    That's correct.

3        Q.    The actual physical pants themselves?

4        A.    Yes, that's correct.

5        Q.    But you took custody of those pants;

6   correct?

7        A.    Yes.

8        Q.    And you still have them?

9        A.    Yes.

10       Q.    Do you have them here with you today?

11       A.    No.

12       Q.    Are they back at the evidence room?

13       A.    Yes, at the State Police office.

14       Q.    And are you familiar with everything

15  that's in the evidence room with respect to this

16  case?

17       A.    I don't have it all memorized, but we have

18  the evidence custody list that I can refer back to.

19       Q.    And you would agree with me that nowhere

20  in that evidence room is a walker?

21       A.    Not that I had anything to do with, no,

22  and I'm not aware of one.

23       Q.    You haven't seen one in there related to

24  this case?

25       A.    Right.  Well, I don't go into the evidence

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2022

 1   vault.  The evidence custodian will do that.  But

 2   I'm not aware of a walker being inside there.

 3        Q.   Was it the Government that asked you which

 4   items to bring here today?

 5        A.   Yes.

 6        Q.   And so the Government didn't ask you to

 7   bring the pants that were found in cell 111 that had

 8   blood on them?

 9        A.   No.

10        Q.   Did they tell you not to bring them?

11        A.   No.

12             MR. VILLA:  May I have just a moment?

13             THE COURT:  You may.

14   BY MR. VILLA:

15        Q.   Agent Rhoades, the shank that was

16   recovered from Mario Rodriguez's shoe just a month

17   or so ago -- did you do any forensic testing on that

18   shank?

19        A.   I did not, and I don't believe it was ever

20   submitted to the lab.

21        Q.   When it gets submitted to the lab, you

22   know that they can, for instance, swab it for DNA?

23        A.   Yes.

24        Q.   And the DNA might reveal who touched it or

25   if there is blood on it or things like that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2023

```
 1        A.    Yes.

 2        Q.    But you didn't do that?

 3        A.    No.

 4        Q.    And as far as you know, nobody else did

 5   that?

 6        A.    That's correct.

 7        Q.    So you just found it in the shoe, put it

 8   in the box that's been admitted as part of the

 9   evidence, and that's it?

10        A.    Relinquished it to the evidence vault

11   under Agent, now Sergeant, Palomares' evidence.

12             MR. VILLA:  No more questions, Your Honor.

13             THE COURT:  Thank you, Mr. Villa.

14             Mr. Lowry?

15                     CROSS-EXAMINATION

16   BY MR. LOWRY:

17        Q.    Just a quick follow-up on that forensic

18   question.  Do you have any evidence whatsoever,

19   photographic or anything, from what you reviewed at

20   the scene to indicate that that shank taken out of

21   the tennis shoe is related to the Molina case?

22        A.    No, I don't.

23             MR. LOWRY:  No further questions, Your

24   Honor.

25             THE COURT:  Thank you, Mr. Lowry.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          Mr. Castellano, do you have redirect of

 2   Mr. Rhoades?

 3          MR. CASTELLANO:  Yes, Your Honor.

 4          THE COURT:  Mr. Castellano.

 5          MR. CASTELLANO:  May I approach the

 6   witness, Your Honor?

 7                REDIRECT EXAMINATION

 8   BY MR. CASTELLANO:

 9      Q.   Agent Rhoades, I'm showing you what's been

10   marked as Government's Exhibit 5.

11      A.   Oh, okay.

12      Q.   Do you recognize that exhibit?

13      A.   Yes, I do.

14      Q.   What is this?

15      A.   That is the green sweat pants.

16      Q.   Is that exhibit available to the defense

17   if they want to introduce it today?

18      A.   Yes, it is.

19      Q.   And all the other evidence collected in

20   this case -- is that available to the defense if

21   they want to move its admission at trial?

22      A.   Yes, it is.

23      Q.   And if they ask you to bring it, are you

24   willing to bring any of those items for the defense?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2025

```
 1        Q.   And they asked you questions about
 2   follow-up.  Was your job to do anything other than
 3   process the scene on that occasion?
 4        A.   No.
 5             MR. CASTELLANO:  I pass the witness, Your
 6   Honor.
 7             THE COURT:  All right.  Thank you, Mr.
 8   Castellano.
 9             All right.  Mr. Rhoades, you may step
10   down.
11             Is there any reason that Mr. Rhoades
12   cannot be excused from the proceedings, Mr.
13   Castellano?
14             MR. CASTELLANO:  No, Your Honor.
15             THE COURT:  From the defendants'
16   standpoint, can Mr. Rhoades be excused?
17             MR. VILLA:  Yes, Your Honor.
18             MR. MAYNARD:  Yes, Your Honor.
19             MR. LOWRY:  Yes, Your Honor.
20             MS. JACKS:  Yes.
21             THE COURT:  All right.  You're excused
22   from the proceedings.  Thank you for your testimony.
23             Does the Government have its next witness
24   or evidence?
25             MR. BECK:  Yes, Your Honor.  The United
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  States calls Guadalupe Urquizo.

2          THE COURT:  Mr. Urquizo, if you'll come up

3  and stand next to the witness box, before you're

4  seated, my courtroom deputy, Ms. Standridge, will

5  swear you in.  Raise your right hand to the best of

6  your ability there.

7                  GUADALUPE URQUIZO,

8      after having been first duly sworn under oath,

9      was questioned, and testified as follows:

10         THE CLERK:  Please be seated.  State and

11 spell your name for the record.

12         THE WITNESS:  Guadalupe Urquizo.

13         THE COURT:  Mr. Urquizo, Mr. Beck.

14                 DIRECT EXAMINATION

15 BY MR. BECK:

16     Q.   Mr. Urquizo, please spell your last name

17 for the record.

18     A.   U-R-Q-U-I-Z-O.

19     Q.   Do you go by any other names, Mr. Urquizo?

20     A.   Lupe and Marijuano.

21     Q.   When were you brought into the SNM

22 enterprise?

23     A.   1998.

24     Q.   And who brought you in?

25     A.   Presidente Richard Garcia; Harry Ortega,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   they call him Butch; and Joe Gordon.
 2        Q.   What does it mean to earn your bones?
 3        A.   To earn your bones, you got to either
 4   assault or stab or kill somebody.
 5        Q.   How did you earn your bones?
 6        A.   I assaulted inmates, correction officers.
 7   I eventually stabbed a correction officer.
 8        Q.   Did you stab someone named Paul Lasner?
 9        A.   Yes, sir.
10        Q.   And why was that SNM-related?
11        A.   Well, because that's when I first came to
12   SNM, and that was part of earning my bones.  So they
13   asked me if I wanted to do it, and I said yeah.
14        Q.   Who asked you?
15        A.   At that time it was Leroy Torrez.  He was
16   the one running the facility where I was at, at the
17   South.
18        Q.   Is Leroy Torrez an SNM member?
19        A.   Yes, sir.  He was the main SNM leader at
20   that time.
21        Q.   Do you have any SNM tattoos?
22        A.   Me, yes, sir.  I have a few of them.
23        Q.   Where are they?
24        A.   I have one on my hand, my right hand that
25   says S with an NM inside of it.  And I have a 505
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  with an S inside of it.  Then I have a big old Zia

2  on my stomach that says "Syndicato de Nuevo Mexico."

3      Q.   Does the SNM have a leadership structure?

4      A.   Yes, sir.

5      Q.   What is that?

6      A.   It's like -- it's a tabla or like a panel,

7  and it has like the main person on the top, and then

8  it has, like, a board, a few people, from four to

9  six people on there.

10      Q.   While you've been a member of the SNM, who

11  is the leader of the SNM?

12      A.   That would be Anthony Baca, Pup.

13      Q.   Is Mr. Baca in this courtroom?

14      A.   Yes, sir.  I don't know where he is.

15      Q.   Go ahead and point to him, if you see him.

16      A.   He's back there in the back.

17          MR. BECK:  Let the record reflect he

18  pointed to the defendant Mr. Baca.

19          THE COURT:  The record will so reflect.

20  BY MR. BECK:

21      Q.   What types of inmates does the SNM try to

22  recruit?

23      A.   They're violent, they're crazy, they're

24  down to do anything.  They are down to stab, assault

25  people, bring in drugs, whatever.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Why is that?

2    A.   Because that's what they want.  They want

3    to have control of all the prisons.  So you try to

4    pick people that look like the most craziest that

5    are willing to do anything, so that's what they look

6    for.

7    Q.   Did you have a hand in recruiting any SNM

8    members?

9    A.   Yeah, I recruited a few.

10   Q.   Did you recruit someone by the name of

11   Mario Rodriguez, or Blue?

12   A.   I didn't actually recruit him, but I

13   helped bring him in by telling him how everything

14   was about SNM, what it stands for, what we do, and

15   so I told Baby Robert that he would be a good

16   candidate to bring in, and he was brought in because

17   of that.

18   Q.   Why did you think Mr. Mario Rodriguez was

19   a good --

20   A.   Because he had a lot of charges for -- he

21   had just assaulted some corrections officers in

22   Santa Rosa Prison, so we knew that he had that

23   mentality that would be good for SNM.

24   Q.   I think you talked about telling Mario

25   Rodriguez some of the rules and how the SNM works.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   What are those rules?
 2        A.   The rules is:  Number 1, that you always
 3   got to be loyal to your brothers, have respect, be
 4   willing to do anything, an assault; you have to
 5   assault.  You can't have sex crimes come in.  You
 6   can't be telling, you can't be snitching, working
 7   with the law.  Stuff like that.
 8        Q.   And what if someone violates those rules?
 9        A.   Pretty much dead.  I mean, you're going to
10   get stabbed.  So you get a chance, they're going to
11   stab you.
12        Q.   If you bring in someone to the SNM and
13   that person that you bring in violates one of the
14   rules, what's your responsibility?
15        A.   To make sure to take care of it.  To make
16   sure -- it depends what kind of violation they got.
17   If it was just something simple, then maybe you
18   could get a few people beat him up, or have this
19   thing where you beat somebody up for, like, a minute
20   or two, whatever, a violation.  But if it's serious,
21   where they told, or they let one of your brothers
22   down, then more than likely they got to get stabbed.
23        Q.   What do you mean, "told"?
24        A.   Like if you go and tell the corrections
25   officers or the law enforcement or whoever that --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   like, telling in prison -- we call it ratting,

2   snitching.  That's one thing that you can't do.

3        Q.   Does that include testifying in court?

4        A.   Definitely, yes.

5        Q.   Have you ever testified in court before?

6        A.   No, never.  This is the first time.

7        Q.   I want to talk to you about drugs in the

8   prison.  How does the SNM control the drugs in the

9   prison?

10       A.   There's many ways to control it.  One is

11  by bringing them in, into the visits.  You try to

12  hire maybe correction officers by paying them off or

13  even intimidating them, telling them that if they

14  don't bring drugs in, that we know where their

15  family lives, and we're going to do something to

16  their family.

17            There's many ways.  Through the mail, in

18  legal mail, or even by other prisoners that bring it

19  in that isn't SNM.  If they bring it in, then the

20  SNM will go up to them and tell them, "Since you

21  brought that in, you've got to give it to me," and

22  they'll get a little percentage and the SNM keeps

23  the rest of it.

24       Q.   So the SNM takes drugs from prisoners who

25  are not SNM members?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2032

```
 1        A.    Yes.
 2        Q.    While you were in prison with the SNM, did
 3   you sell Suboxone?
 4        A.    Not Suboxone, no.
 5        Q.    Did you sell other drugs?
 6        A.    Yeah, before, I have.  Before, like,
 7   whenever -- be like heroin.  I don't do that, so I
 8   would get it and sell it or trade it for canteen or
 9   whatever.  Yes, I have.
10        Q.    Why don't you do heroin?
11        A.    I don't like doing heroin.  But I had a
12   bad episode back in 2009 with methamphetamine.  I
13   did methamphetamine and I lost my mind.  I didn't
14   know what was going on.  I slit my throat and almost
15   killed myself in the county jail.  So since then, I
16   try to step away from drugs.
17        Q.    Does the SNM get drugs when you go outside
18   the prisons onto the streets?
19        A.    Oh, yeah.
20        Q.    Have you gotten drugs when you were
21   outside on the streets?
22        A.    Yes, I did.
23        Q.    And what do you do with those drugs?
24        A.    Back in -- I got on -- 2006, I got some
25   drugs and I sold them.  I sold them.  And then the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2033

1   money that I made I sent to certain brothers that

2   were in prison.

3       Q.   Who did you send that money to?

4       A.   To David Calbert a few times, to Baby

5   Robert, and Arturo Garcia.

6       Q.   Is that expected of you as an SNM member?

7       A.   Yes, sir.

8       Q.   How do inmates -- how do SNM members

9   communicate with each other inside the prison?

10      A.   There's many ways.  The huilas, which

11  means kites or letters, you either write a letter to

12  that person and put in it a code where only you and

13  that person know; or even through phone calls.  You

14  could call somebody, like you call your wife, and

15  then his wife will call the other wife, and then

16  she'll deliver the message to the other prisoner.

17      Q.   Do SNM members talk in code?

18      A.   Yes.

19      Q.   Have you communicated with other SNM

20  members in code?

21      A.   Quite a few with Calbert, with Mario

22  Rodriguez.  There's been Victor Martinez, Little

23  Spider.  There's a few people that I did like that,

24  yes.

25      Q.   I want to talk to you about crimes that



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2034

```
 1   you've done that are related to the SNM.  Did you
 2   assault an inmate related to the SNM in 1998?
 3        A.   Yes, sir.
 4        Q.   Who was that?
 5        A.   Honestly, I don't know his name.  I know
 6   it's RT, but I was just told, "Hey, youngster, go
 7   get him," so I did.
 8        Q.   Who were you told that by?
 9        A.   By Leroy Torrez.
10        Q.   Is he an SNM member?
11        A.   Yes, sir.
12        Q.   And then in 1999, did you assault a
13   corrections officer related to the SNM?
14        A.   Yes, sir.
15        Q.   What happened?
16        A.   We had just got moved from Hobbs to the
17   North facility.  It was level --
18        Q.   Who is "we"?
19        A.   The SNM, all the SNM from Hobbs.  There
20   was just -- we were causing too much trouble there,
21   a murder had just been committed, so they got tired
22   of having SNM there, so they sent all the SNMers to
23   a North facility.  And it was called Program ISU,
24   Intense Supervision Unit.  And there were 46 of us
25   there.  And out of all 46, everybody started going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
1-800-669-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
e-mail: info@litsupport.com

1  off, broke the windows, lights, burned, flooded.
2  And no matter what, if you get a chance, you assault
3  a corrections officer.
4            So I was one of the first ones that got a
5  chance.  So I head-butted a correction officer as
6  soon as they opened my door to take me to medical.
7       Q.   When you said there were 46 of us, there
8  were 46 SNM members?  Is that what you mean?
9       A.   Yes, sir.
10      Q.   In 1999, did you possess a shank related
11  to SNM activities?
12      A.   Yes, sir, I did.
13      Q.   What was that?
14      A.   It was a shank that I had made, and it was
15  for a correction officer, because we were going to
16  try to prove to the corrections officers that we
17  were not going to be locked down.  So we were going
18  to try anything and everything we could to get out
19  of the ISU.  So we were told by the older SNM
20  leaders to handle that, so that's what we were going
21  to do.  So I had a shank to try to stab a CO.
22      Q.   In 2002, did you commit a crime outside
23  the prison related to SNM?
24      A.   Yes, sir.
25      Q.   What happened?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   In 2002, we started having problems --

2  what I mean "we," SNM started having problems with

3  Surenos from California.  They assaulted some SNMers

4  in other prisons.  So before I got out, Arturo

5  Garcia, Gerald Archuleta, Michael Zamora, and I

6  believe there's another one person, said, as soon as

7  I get out, to try to make a point and try to do

8  something to prove that we were for reals, and try

9  to get ahold of a Sureno and kill them or shoot them

10  or whatever.

11         And I got out April -- I want to say April

12  5th of 2002, and 10 days later I ran into a Sureno.

13  He ran up to my car and told me he was a Sureno.  I

14  told him, "Syndicato," and I shot him in the face.

15    Q.   What did you do after you shot him in the

16  face?

17    A.   I got out of my car, and got on top of him

18  and tried to shoot him again, but my gun got jammed.

19  So I got back in my car and I took off.  I went on a

20  hide-speed chase.  And I was caught like three

21  months later in Espanola, New Mexico.

22    Q.   Did you eventually plead guilty to a crime

23  in connection with that?

24    A.   Yes, I pled guilty to possession of a

25  firearm.  And they dropped the charges for

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                                           Albuquerque, NM 87102
(505) 989-4949                                                                        (505) 843-9494
FAX (505) 820-6349                                                          FAX (505) 843-9492
                                                                                    1-800-669-9492
                                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2037

```
 1    first-degree attempted murder and shooting from a
 2    motor vehicle.
 3         Q.   Do you know what an STG means in the
 4    corrections department?
 5         A.   Yes, sir.
 6         Q.   What is that?
 7         A.   Security Threat Group.
 8         Q.   Is the SNM an STG?
 9         A.   They are like the Number 1, yes, Number 1.
10         Q.   Is the Surenos an STG?
11         A.   Now they are, yes.
12         Q.   So is the Surenos another prison gang?
13         A.   That's another prison gang, yes, sir.
14         Q.   In 2005 did you attempt to commit another
15    crime for the SNM?
16         A.   Yes, sir.
17         Q.   What did you do?
18         A.   I assaulted Robert Saucedo.
19         Q.   How did that happen?
20         A.   Well, we -- at that time we started having
21    problems again with -- there was another prison gang
22    that was coming along, and they were called the
23    Cruces Boys.  Robert Saucedo was one of the guys
24    that started Cruces Boys, and he was disrespecting
25    all the SNMers.  So again, the older homies from SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    said, "If you get a chance, try to get this guy."

2            And I was trying to stab him for, like, a

3    week or two.  And anytime we go to the yard, we

4    never met up.  The day that I finally got a chance

5    to meet up with him, I didn't have a shank.  So when

6    I was coming in from rec, I was handcuffed, and he

7    was handcuffed, too.  As I was coming in, he was

8    coming out of W pod.  So I slipped my cuffs and I

9    punched him, and dropped him to the ground.  And at

10   that time another SNM that was coming out from X

11   pod, Edward Garcia, started kicking him.  So that's

12   what happened that day.

13        Q.   What does "slip your cuffs" mean?

14        A.   I was handcuffed in the back.  And back

15   then, my hands were even skinnier than they are now

16   and I could slip the cuffs off.  I took the cuffs

17   off, I took my right hand off.  So by the time he

18   got close to me, I already had my handcuff tooken

19   off, and I punched him in the face.

20        Q.   In 2002, did you assault a corrections

21   officer related to SNM?

22        A.   Yes, sir.

23        Q.   What happened?

24        A.   That was a correction officer that

25   disrespected all of us in the pod.  And there was an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2039

1   older one by the name of Ruben Ojos.  He said,

2   "Whoever gets a chance, get this CO for

3   disrespecting."

4           Well, it just happened that later on that

5   day they were supposed to open, I believe, R3.

6   Instead, they opened Q3, which was my cell.  And it

7   just happened I came out of my cell.  And I called

8   out to that CO and I told him, "Hey, man.  Why you

9   disrespecting us?"

10          And they told me, "Just get him."

11          So I assaulted him.  I dropped him and I

12  got a broom that was there and I started hitting him

13  with the broom.  I broke the broom over his head and

14  just assaulted him with the broom.

15      Q.   And how is that an SNM hit?

16      A.   Because I was told by -- like I said, he

17  disrespected the S.  He was being disrespectful.  So

18  Ruben Ojos told me if I get a chance -- well, not

19  just me, but if anybody gets the chance to get him.

20  And I'm the one who had the chance, so I got him.

21      Q.   And in December 2016, did you commit a

22  crime for the SNM?

23      A.   Yes, sir.

24      Q.   What did you do?

25      A.   I got into an altercation with Greg

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Chacon.  We were having a little dispute about

2    politics, about how SNM should be ran.  He wanted --

3    after everybody got indicted and locked down or

4    whatever, we were still coming out of the Level 4.

5    And he wanted to do it like how Pup, Anthony Baca,

6    wanted to do it, by having this policy where you do

7    roll call, and you got to do mandatory workout, and

8    you got make sure that everybody is doing what

9    they're supposed to do.  But that right there --

10   what he was trying to do is a Sureno thing.  It's

11   not an SNM thing.  So I disagreed with it.  And at

12   that time me with another inmate were running that

13   pod.  So we disagreed with it, and he got all mad.

14   So I told him, "We'll take care of this," and we got

15   into a fight right there, and I ended up biting his

16   face.  So I assaulted him because of that.

17        Q.   Who was the other inmate that you were

18   running the pod with in December?

19        A.   Javier Rubio.

20        Q.   Was he an SNM member?

21        A.   Yes, sir.

22        Q.   Now, you said you got in a disagreement

23   over politics.  How is that related to the SNM?

24        A.   Because he wanted to run the SNM the way

25   he wanted to, and I told him that we shouldn't do it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   like that, but we need to stop doing this -- how do

2   you say -- like back talking, talking bad about

3   other people, because that's what this was every

4   single day, was talking bad about SNM, about this

5   guy and that guy.  So me and Javier were trying to

6   put a stop to that, trying to be brothers, and

7   trying to get along as one, and this guy didn't want

8   to do that.  He wanted to run it a different way,

9   and we just didn't agree with that.

10      Q.   So as an SNM member, if you and Rubio are

11  running the pod at that time and there's another

12  person coming in, Greg Chacon trying to change the

13  rules, is it incumbent on you, as running the pod,

14  to stop that?

15      A.   Yes, sir.

16      Q.   Did Javier Rubio have a green light or an

17  order to murder him in December 2016?

18      A.   Yes, sir, he did.  It was put on by

19  Anthony Baca.

20      Q.   Did you tell him that?

21      A.   Yes, sir, I did.

22      Q.   Now, shortly after December 2016, did you

23  agree to cooperate with the Government in this case?

24      A.   Yes, sir, I did.

25      Q.   When was that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    It was in, I want to say, like, February

2  26, the end of -- February 26 of 2017.

3      Q.    And how did you come to cooperate with the

4  Government?

5      A.    I was pulled out by FBI Agent Mr. Acee,

6  and he talked to me about what was going on, and he

7  wanted me to see if I wanted to talk.  At first -- I

8  did a lot of thinking.  I didn't.  And then I

9  decided that I did want to talk to him.

10      Q.    Why did you want to talk to him?

11      A.    Well, because I was -- I was tired of it.

12  I was tired of the lifestyle, tired of every day

13  having to wake up and worry if I was going to have

14  to get in a fight, have to check somebody for not

15  doing what they're supposed to do and eventually

16  they turn on me.  I was just tired of it.

17      Q.    In February 2017, did he also tell you

18  that he was targeting you for federal crimes?

19      A.    Yes, sir.

20      Q.    Did that play into your decision to

21  cooperate?

22      A.    Yes, it did.

23      Q.    In August of 2017, did you debrief with

24  the FBI?

25      A.    Yes, I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2043

```
1        Q.    Where was that?

2        A.    That was at the FBI headquarters in

3   Albuquerque.

4        Q.    That morning, did you meet with Special

5   Agent Acee and the prosecutors and talk about this

6   case?

7        A.    Yes, sir.

8        Q.    Afterwards, did you meet with David

9   Calbert?

10       A.    Yes, sir, I did.

11       Q.    Did you know before that morning you were

12  going to meet with David Calbert?

13       A.    I had no clue.

14       Q.    How long did you and Mr. Calbert meet for?

15       A.    I'd say briefly.  Five minutes, tops.

16       Q.    Did you talk about this case?

17       A.    Not really at all.  There was only one

18  thing that we talked about, because I was just

19  honest.  I told him, "Look, man.  It's over.  We

20  need to let it go."

21             And he was, like, "Man, I'm thinking about

22  it, but I just wanted to see where you were at."

23             And I told him, "Look, I told them

24  everything.  I told them the truth about everything,

25  how you gave me paperwork, how you got it from
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Jesse."

2             And he's, like, "No, I didn't get it from

3    Jesse.  I got it from Joel Martinez, Cheech."

4             So he corrected me on that.  That was the

5    only thing that we talked about at all.  That's it.

6        Q.    So Mr. Calbert actually corrected you who

7    gave him the paperwork?

8        A.    Yes, sir.

9        Q.    Why did you try to convince Mr. Calbert to

10   cooperate with the Government?

11       A.    Because he's one of my good friends.

12   We've known each other since we were pretty much

13   kids.  We're from the same hometown.  So I just told

14   him "Look, it's over.  There's no reason to keep on

15   going with this."

16            And he agreed.

17       Q.    And afterwards, did he agree to cooperate

18   with the Government?

19       A.    Right after that, yes, sir, he did.

20       Q.    Now, you pled guilty and entered a plea

21   agreement and addendum with the United States; is

22   that right?

23       A.    Yes, sir, I did.

24       Q.    I'm going to show you what's been

25   previously identified as Government's Exhibits 742

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   and 743.

 2            MR. BECK:  May I approach, Your Honor?

 3            THE COURT:  You may.

 4   BY MR. BECK:

 5        Q.   Mr. Calbert, do you recognize what I've

 6   just handed you as Government's Exhibits 742 and

 7   743?

 8        A.   Yes, sir.

 9        Q.   Is that your plea agreement and addendum?

10        A.   Yes, sir, it is.

11            MR. BECK:  Your Honor, at this time the

12   Government moves to admit Exhibits 742 and 743.

13            THE COURT:  Any objection?

14            MR. LOWRY:  No objection, Your Honor.

15            MR. VILLA:  No.

16            MS. JACKS:  No.

17            MS. BHALLA:  No objection.

18            THE COURT:  Not hearing any objection,

19   Government's Exhibits 742 and 743 will be admitted

20   into evidence.

21            (Government Exhibits 742 and 743

22   admitted.)

23   BY MR. BECK:

24        Q.   So were you charged in paragraph 4 with

25   the racketeering conspiracy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2046

```
 1        A.    Yes, sir, I was.

 2        Q.    And in paragraph 5, did you face or do you

 3   face a term of imprisonment of up to 20 years?

 4        A.    Yes, sir.

 5        Q.    Did you agree with the Government that the

 6   sentence imposed in this federal case should run

 7   concurrent to your state sentences?

 8        A.    Yes, sir, I did.

 9        Q.    And how long do you have on your state

10   sentence?

11        A.    It's anywhere from nine to twelve years.

12        Q.    Have you heard any other numbers about how

13   long you have to serve?

14        A.    The State told me it was like around 15 to

15   16 years.  So we're still trying to figure out

16   exactly what it is from good time, if I messed up,

17   or somewhere.  I'm not too sure.

18        Q.    We saw that you face a term of

19   imprisonment for 20 years.  Were you -- did you know

20   that you were being targeted for the murder of

21   Javier Molina?

22        A.    Yes, sir.

23        Q.    Do you know what that charge would have --

24   how much prison time you would have been facing if

25   you were charged with that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    A life sentence.

 2        Q.    Did you enter this plea agreement after

 3   Mr. Calbert decided to cooperate with the

 4   Government?

 5        A.    Yes, sir.

 6        Q.    Do you consider facing 20 years instead of

 7   a life sentence a benefit?

 8        A.    It's a lot different, so, yes.

 9              MR. BECK:  Bring up Exhibit 743, please.

10        Q.    Mr. Urquizo, what do you understand this

11   paragraph to mean about your cooperation?

12        A.    By me being truthful, that it's --

13   hopefully, after everything is said and done, that

14   maybe the courts will consider what my plea is and

15   maybe give me 20 or less than 20 years.

16        Q.    Paragraph 2.  Read through that, and what

17   is required of you for this plea agreement?

18        A.    I have to testify truthfully, to be honest

19   about everything.

20        Q.    Paragraph 6, please.  Now, I think you

21   talked a little bit about this.  What do you

22   understand this paragraph to mean?

23        A.    That means once all the courts are done,

24   that the courts will try to put a 5K to see if they

25   could maybe lower my time for me being honest and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2048

1    truthful about everything.

2        Q.   And if you aren't honest and truthful

3    about everything, what happens?

4        A.   My plea gets thrown out, and I could get

5    charged with a different charge.

6        Q.   Beside the 20 years, the concurrent State

7    sentence, have you received any other benefits from

8    the Government for cooperating?

9        A.   A little benefit.  I received a little bit

10   of money.  I think maybe like $200, $300, I think.

11   I got one contact visit with my family.  And that's

12   pretty much it.  Maybe a little bit of extra phone

13   calls.

14       Q.   Since you've been cooperating with the

15   Government, have you called your family?

16       A.   Yes, a lot.

17       Q.   Have you talked to them about your

18   sentencing in this case?

19       A.   Yes, sir, to some, yes, I have.

20       Q.   All right.  What have you told your mom

21   about what you're receiving in this case?

22       A.   I told them -- not my mom.  My wife.

23       Q.   I'm sorry, your wife.

24       A.   That I'm hoping that I can get anywhere

25   from 10 to 15 years, hopefully that.  I mean, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2049

```
 1  don't know exactly how much time, but I told her
 2  that because I want her to feel good because of all
 3  this stuff that's going on.
 4          THE COURT:  Mr. Beck, would this be a good
 5  time for us to take our afternoon break?
 6          MR. BECK:  Sure, Your Honor.
 7          THE COURT:  All right.  We'll be in recess
 8  for about 15 minutes.  All rise.
 9          (The jury left the courtroom.)
10          THE COURT:  All right.  We'll be in recess
11  for about 15 minutes.
12          (The Court stood in recess.)
13          THE COURT:  All right.  Let's go on the
14  record.  As she was leaving, one of the jurors,
15  Ms. May, juror number 13 -- let me make sure that's
16  the right one -- gave this note.  She said, "Judge
17  Browning, may I please request a list of the exact
18  charges against each of the defendants?  Also a list
19  of the names of all the attorneys and which
20  defendant they are representing.  Thank you.  Laura
21  Dean May."
22          I guess I had a couple of thoughts.  One
23  is, I could just give them a copy of the preliminary
24  instruction, if everybody agreed.  That's got
25  everybody's names.  It's got a brief description of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2050

1  the charges.  They've already been given that.  And

2  it gives the names of the attorneys.

3          Another is:  I can prepare a little chart,

4  certainly, of the attorneys and the defendants so

5  that they match who it is.  And I'll try to -- I

6  started this at the beginning of the trial, and then

7  I kind of phased it out.  But every time I ask if

8  you have cross-examination, I will say "on behalf

9  of" a defendant so that helps them match the

10 attorneys with the defendants.

11         Any thoughts from anybody as to how to

12 address or should we address?  Mr. Lowry?

13         MR. LOWRY:  Well, Your Honor, I'm fine

14 with handing out preliminary instructions.  What I'm

15 guessing may be an issue with the jurors is, they're

16 hearing all this enterprise evidence, and they just

17 don't understand how it fits into the case.  So I'm

18 thinking that the jurors are thinking there's a lot

19 more charges out there than the VICAR charges we're

20 considering.

21         THE COURT:  It could be.  It could be

22 they're just having trouble matching attorneys

23 with --

24         MR. LOWRY:  But as long as it's that, we

25 could get preliminary instructions, like you said.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    I'm fine for that.  I don't want to get anything

2    beyond that, however.

3              THE COURT:  Does the Government have any

4    problem with me just passing out the preliminary

5    jury instruction?

6              MR. CASTELLANO:  No, Your Honor, there is

7    no objection to that.  It's already public record.

8    They've already heard it, and I think it would be

9    fine.

10             THE COURT:  Any defendant have a problem

11   with that?

12             MS. JACKS:  I'm fine with that.

13             THE COURT:  Ms. Bhalla, Mr. Maynard?

14             MS. BHALLA:  We have no objection.

15             THE COURT:  Does that work for you,

16   Mr. Villa?  Ms. Fox-Young?

17             MR. VILLA:  I think that works, Judge.

18             THE COURT:  Okay.  All right.  So we'll

19   make a set of the preliminary instructions and make

20   18 of them and give those to the jury.  I'm not

21   sure -- I think the caption on the thing may have

22   every defendant in the case.  Do you want me to make

23   a caption, just the four defendants here?

24             MS. JACKS:  I would prefer that.

25             THE COURT:  Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2052

```
 1           MR. LOWRY:  I would prefer that, Your
 2  Honor.
 3           THE COURT:  Why don't I just make a
 4  caption with the four current defendants in the
 5  case.
 6           MR. BECK:  We don't object to that.
 7           THE COURT:  All right.
 8           MR. VILLA:  And Your Honor --
 9           THE COURT:  I'm going to have Ms.
10  Standridge mark that note as Exhibit -- I think it's
11  F.  If I need to correct it later on, I will.
12           Mr. Villa.
13           MR. VILLA:  Just to clean up the record,
14  the exhibit, the phone call that Ms. Fox-Young
15  played for David Calbert was Z1, and it was played
16  but not admitted.  Can we admit that?
17           THE COURT:  Any objection?
18           MR. BECK:  I think since -- I mean, since
19  it was played for a limited purpose, yes, we object
20  as it's hearsay.  It wasn't offered for the truth of
21  the matter asserted.
22           THE COURT:  Yeah, let's leave it with the
23  instruction we had.  It was impeachment.  It was
24  sort of like you read a statement, say, "Didn't you
25  say that?"  Let's leave it at that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2053

```
 1              MR. VILLA:  Rather than admitting it?

 2              THE COURT:  Rather than admitting it.  All

 3    right.  We're going to -- should it be with the

 4    a/k/a's or without the a/k/a's on the caption?

 5              MR. VILLA:  Without the a/k/a monikers.

 6              THE COURT:  Without them?

 7              MR. BECK:  I think the caption of the case

 8    in the indictment has the monikers, and I also think

 9    it's helpful for them to understand the testimony in

10    court, because oftentimes these gentlemen are

11    referred to by their monikers by the witnesses.

12              THE COURT:  How do the defendants feel?

13    Do you care?

14              MS. FOX-YOUNG:  Your Honor, we would ask

15    that the a/k/a's not be included.  I think it's

16    confusing.  I think it's unnecessary.  And I think

17    it's --

18              THE COURT:  All right.  Well, let me

19    prepare something, then we'll take a look at it.

20    We're going to give the jury a preliminary jury

21    instruction, but we're just going to make the

22    caption the four defendants here.  At the present

23    time, we'll just take out the monikers, and just

24    have the four defendants, and I'll take a look at

25    that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2054

```
 1            Didn't the preliminary have everybody on
 2    there?
 3            THE CLERK:  Yes.
 4            THE COURT:  So let's get that.  We may
 5    have to make some change to the caption.  I think
 6    there was a second preliminary instruction or
 7    something.  Let's take a look at it.  All rise.
 8            (The jury entered the courtroom.)
 9            THE COURT:  I'll try to prepare, when we
10    have a chance, a set of the preliminary instructions
11    that I gave you at the beginning of the case, and
12    this will have the names of the attorneys, it will
13    have the names of the defendants, and it will also
14    have the charges against the defendants.  So I'll
15    try to prepare that for you and get that to you so
16    that will help you follow along, if you need that.
17            Mr. Urquizo, I remind you that you're
18    still under oath.
19            Mr. Beck, if you wish to continue your
20    direct of Mr. Urquizo, you may do so at this time.
21    BY MR. BECK:
22       Q.   Mr. Urquizo, I think before we broke, you
23    were talking about telling your wife or your
24    girlfriend about a 15-year sentence in this case.
25       A.   Yes, sir.  I was just telling her that I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was hoping that I could get anywhere from 10, 15.  I

2    wasn't too sure, you know.  The truth is, I could

3    get 20, but I just didn't want to tell her that,

4    because we're already going through a lot of things,

5    so --

6         Q.   Well, do you expect to get less than 20?

7         A.   Well, I'm hoping.  I'm being truthful.

8    I'm hoping that the Court would give me a chance.

9    That's what I'm hoping.  I mean, it's not promised

10   to me, but I hope so.

11        Q.   My question was:  Do you expect to get

12   less than 20?

13        A.   Yeah.  Hopefully, yes.

14        Q.   What do you have to do to get that?

15        A.   Do what I'm doing right now:  Be honest.

16        Q.   You and I have met a couple of times to

17   prepare for your testimony; is that right?

18        A.   Yes, sir.

19        Q.   How many times?

20        A.   I think three, about three times, three or

21   four times.

22        Q.   Now, the first time we met, was that a

23   couple of weeks ago?

24        A.   The first time?

25        Q.   The first time we met to prepare for your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   testimony.
 2        A.   Oh, yes.  About, yeah -- about a couple of
 3   weeks ago.
 4        Q.   After that, did you get into a
 5   disagreement with corrections?
 6        A.   Yes, sir, I did.
 7        Q.   What happened?
 8        A.   They went and told me that I was leaving
 9   on transport, and I thought it was for court, so I
10   asked if it was for court.  They said, "No, I think
11   you're going back to Otero County."
12             So I pretty much told them, "Well, I'm not
13   going.  I refuse."
14             I told them that.  They were, "Why?"
15             I said, "Because I was just there for
16   three months, and I was sent to Penitentiary of New
17   Mexico, and then sent back five days later."  So I
18   told them no, and I want to talk to Captain Sapien
19   about it.
20        Q.   When did this happen?
21        A.   This happened on February 1st.
22        Q.   Was that last Thursday?
23        A.   Yes, February 1st, 2018.
24        Q.   Why did you not want to go back to Otero
25   County?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Because I was there for three months, and
 2   I don't like the environment there.  It's dirty.
 3   It's a dirty jail.  I just didn't like it.  And
 4   every time you leave that facility, if you're
 5   leaving not for court but just leaving, even if it's
 6   for one day and you go back, everything that you
 7   bought there, whatever, you can't get it back,
 8   because you've got to start over every time, and it
 9   takes, like, a week for you to buy your own hygiene,
10   your own clothing.  So it's uncomfortable to live
11   like that for a week or two without nothing.  So I
12   didn't want to go back.
13        Q.   Did you tell -- did you feel -- on
14   Thursday, February 1st, did you feel you'd been
15   treated unfairly by Corrections?
16        A.   Yes, sir, I did.
17        Q.   Why?
18        A.   Well, because while I was gone for those
19   three months, I was in Otero County, and when I went
20   back to the penitentiary, all my stuff was missing.
21   My TV was missing, all my commissary, my address
22   book was tore out.  A lot of photos of my family
23   were missing.  And then there was a few things that,
24   when I was there, that I was supposed to get, maybe
25   a few contact visits, and never got none of it.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   thought I was being treated from everybody else.  So
 2   yes, I really did feel like I was being mistreated.
 3        Q.   Did you eventually, Thursday, agree to get
 4   on that transport and come down to Otero County?
 5        A.   Yes, I did.
 6        Q.   In 2012, 2013, where were you
 7   incarcerated?
 8        A.   Penitentiary of New Mexico North facility.
 9        Q.   Was the defendant Mr. Baca incarcerated at
10   the North facility with you?
11        A.   Yes, sir, he was.
12        Q.   Did you two interact while you were
13   incarcerated up there?
14        A.   Yes, sir, I did.
15        Q.   Before we get there, where were you and
16   where was Mr. Baca?
17        A.   Mr. Baca was in 3-B X pod and I was in 3-B
18   W pod.
19        Q.   So does that mean that you were in the
20   same housing unit, but in different pods within that
21   one unit?
22        A.   Yes.  3-B has four pods.  And I was right
23   next to him.
24        Q.   And what was Mr. Baca's position in the
25   SNM at this time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    SNM Gang leader.

2       Q.    At some point did you engage in a

3   conversation with Mr. Baca at that North facility?

4       A.    Yes, sir.  We were outside for rec.

5       Q.    Hold on one second.  Go ahead and tell me

6   what you and Mr. Baca discussed while you were

7   outside at rec.

8       A.    We discussed the fact that I was going to

9   be going to the Level 5 facility and from there to

10  Southern.  So we discussed the fact that there was

11  paperwork on Javier Molina, and he needed to be hit.

12  So he needed me to take the word down there since I

13  was going to be the next person to go to Level 5,

14  then from Level 5 to Level 4.

15      Q.    Level 5.  Is that at the South facility?

16      A.    Yes, sir, the South facility.

17      Q.    And then Southern.  Is that Southern New

18  Mexico Correctional Facility, or SNMCF, here in Las

19  Cruces?

20      A.    Yes, that's the Level 4 facility.

21      Q.    Was that the only conversation that you

22  had with Mr. Baca at the North about Javier Molina

23  getting hit?

24      A.    No, that was actually the third time.  The

25  last time that I had a conversation with him was

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                      1-800-669-9492
                                                      e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    with -- he had got moved for 3-A; he was in Q pod.

2    And I was outside at rec and over there in 3-A Q pod

3    you could talk to the people that are in the cages.

4    I was in the first cage, and I told him I was

5    leaving to the South.

6          Q.    What did Mr. Baca say when you told him

7    you were leaving to the South?

8          A.    He told me, "Don't forget that message.

9    Take care of that."

10               I told him, "I already know.  I got you."

11         Q.    What do you understand he meant when he

12   said, "Don't forget that message.  You need to take

13   care of that"?

14         A.    He spelled it out on the window for me.

15   He didn't yell it out, but he said "Javier Molina."

16         Q.    How did he spell it out on the window?

17         A.    With the sign language.  With his hands.

18   We know how to talk with our hands.  We know how to

19   do letters like this.  That's how he did it.

20         Q.    Talking with your hands -- is that one of

21   the ways that the SNM talks in code?

22         A.    Yes, sir.

23         Q.    So with his hands he told you it was

24   Javier Molina?

25         A.    Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    At some point were you moved down to the

2   South facility at PNM?

3      A.    Yeah.  That same day that I talked to him,

4   that's the day I left to the PNM South.

5      Q.    And at some point at PNM South, did David

6   Calbert come down to PNM South, and was he housed

7   with you?

8      A.    Yes, sir.  February -- I believe February

9   of 2014, he showed up to the PNM South.

10     Q.    And what happened when he showed up to the

11  PNM South?

12     A.    He had the paperwork for Javier Molina.

13  So he called me, Robert Martinez, and Mauricio

14  Varela to his house, and he showed the paper to us

15  through the window and then he passed it to me.

16     Q.    The house?  What do you mean by "the

17  house"?

18     A.    Oh, his cell.  Yeah, in front of his cell

19  door.

20     Q.    So he was inside of his cell, and who was

21  on the outside?

22     A.    Me, Mauricio Varela, and Robert Martinez.

23  For the first seven days, it's orientation, so he

24  can't come out.  So we were in front of his door.

25     Q.    And what did Mr. Calbert tell you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2062

```
 1        A.   That he had the paperwork for the hit on

 2   Javier Molina, and I told him -- he said, "Pup wants

 3   this done."

 4             I said, "Yeah, I already know.  I talked

 5   to him."

 6        Q.   Did he give you the paperwork?

 7        A.   Yes, sir, he did.

 8        Q.   What did the paperwork look like?

 9        A.   It was a white paper, and it had a

10   person's name on the top side with Social Security

11   and all that, address, and it was a whole typed

12   paper.  And the wording on there, do you want me to

13   tell you what it said on there?

14        Q.   Hold on.  We'll get to that.  Was it one

15   page, two-page?

16        A.   It was just the one page.

17        Q.   And was it front and back, or just on the

18   front?

19        A.   No, just one.  Just the front page.

20        Q.   Was it -- what did it look like?  Was it

21   just black and white?

22        A.   Black and white.  It was a Las Cruces

23   police report.  And I could tell it was a police

24   report.

25        Q.   What did the paperwork say?  Why was it
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                 1-800-669-9492
                                                         e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2063

1  paperwork on Mr. Molina?

2       A.   It said that he was in -- that it wasn't

3  him that did the purse-snatching; that it must have

4  been one of the other guys.  And he named Jesse Sosa

5  as one of the other guys that did the

6  purse-snatching; that he was just sitting in the

7  car.  It was pretty much one sentence, maybe two

8  sentences.  That's it.

9       Q.   Where did the purse-snatching happen, if

10 you remember?

11      A.   I believe it said by the mall.  By the

12 front of the mall or behind the mall.

13      Q.   In what city?

14      A.   Right here in Las Cruces.

15      Q.   Did you -- what did -- did you and anyone

16 talk about the paperwork?

17      A.   Yeah.  While we were there, we discussed

18 it and we're, like, "Man."  I mean, before

19 everything happened we like laughed at it and said,

20 "Man, this ain't really telling," because it wasn't

21 really telling.

22      Q.   Who is "we"?

23      A.   Me, David Calbert, Mauricio Varela, and

24 Robert Martinez.

25      Q.   And did you still agree to transport the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   paperwork from the South facility to Southern New

 2   Mexico?

 3        A.   Yes, sir.  Yeah.

 4        Q.   Why?

 5        A.   Because it's a hit.  It's an order to hit,

 6   and you can't just get rid of it.  You would have a

 7   hit on yourself for that.

 8        Q.   Did you willingly take the paperwork from

 9   the South facility to Southern?

10        A.   Yes, sir.

11        Q.   Did you know or think that that would

12   result in Javier Molina being murdered?

13        A.   Yes, they wanted him murdered.  It wasn't

14   just an assault.  They wanted a murder.

15        Q.   What did you do with the paperwork after

16   Mr. Calbert gave it to you?

17        A.   I put it with the paperwork.  I had a lot

18   of paperwork for my Court of Appeals.  It's a whole

19   stack.  So I took half of it out and put it there,

20   and put all my paperwork back together.

21        Q.   So you put it in your legal paperwork, in

22   the Court of Appeals paperwork?

23        A.   Yes, sir.

24        Q.   How big was the Court of Appeals stack?

25        A.   Probably about this much of a big stack.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



```
 1   There was probably like 1,000 sheets of paper.
 2   There was a lot of Court of Appeals for seven or
 3   eight years, so it's a lot of paperwork.
 4        Q.   So I've got here two Redwelds full of
 5   pages.  Was it thicker or less thick than this?
 6        A.   Probably a little bit thicker.
 7        Q.   A little bit thicker than these two
 8   Redwelds full of paper?
 9        A.   Yes, sir.
10        Q.   Why did you stick it in the middle of your
11   legal paperwork?
12        A.   Because corrections officers really --
13   they can't go through your legal paperwork.  Once
14   you get transferred somewhere, they're supposed to
15   maybe have, like, a legal library guy that's
16   supposed to go through your paperwork, more or less,
17   and look at it and give it to you.  So I knew the
18   chances of that happening -- usually they just put
19   all your property in the bag and inventory and give
20   it to you.  So I figured that would be the easiest
21   way to do it.
22        Q.   At some point were you transferred from
23   the PNM South facility to Southern New Mexico?
24        A.   Yes, sir, on March 6 of 2014.
25        Q.   Was that the day before the Molina murder?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, sir.

2        Q.   Did you take the paperwork with you?

3        A.   Yes, sir, I did.

4        Q.   What happened when you got to the Southern

5   New Mexico facility?

6        A.   As soon as I got there, I went through the

7   medical process.  All my property stayed in the

8   front.  I couldn't get because it was like 7:00 or

9   8:00 o'clock in the nighttime.  So I had to wait

10  till the next day to get it.  But as I was going

11  from there to housing unit 1-A -- that's where they

12  housed all the SNMers -- at the first pod I talked

13  to Mario Rodriguez and Timothy Martinez.  They were

14  at the window.  And the first thing he told me was,

15  like, "You got that?"  Looked at me like, "I got

16  that."

17             I told him, "Yeah."

18             So he told me to go to the side of the

19  door.  So I walked into yellow pod.

20             MS. JACKS:  I object.  The question is

21  asked and answered.  This is becoming a narrative.

22             THE COURT:  Try to keep it from being a

23  narrative by breaking it up with questions.

24  BY MR. BECK:

25        Q.   Okay.  When you walked into the housing

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

2067

1   pod at Southern, what did you see in the doorway to

2   blue pod?

3        A.   I seen Timothy Martinez and Mario

4   Rodriguez.

5        Q.   And what happened?

6        A.   I walked to the side of the door, and as

7   the corrections officer was searching my cell, I was

8   talking to Mario, and he asked me if I had paperwork

9   on Javier Molina, as well as --

10       Q.   Hold on one second.  Where were you and

11  where was Mario when he asked if you had the

12  paperwork on Javier Molina?

13       A.   On his side of the door.  There is a door

14  between blue pod and yellow pod, so it was in the

15  middle.  There is a door right there.  We were

16  talking through the door.

17       Q.   Okay.  So he was in blue pod on one side

18  of the door that separates them, and you were in

19  yellow pod on the other side?

20       A.   Yes, sir.

21       Q.   Why weren't you in your cell?

22       A.   Because a corrections officer was

23  searching my cell.

24       Q.   And were you able to just walk around

25  freely while he was --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2068

1      A.   Yeah.   I stood at the door talking to him

2   for, like, five or ten minutes.

3      Q.   And what did you and Mr. Rodriguez discuss

4   at the door?

5      A.   He asked me if I had the paperwork on

6   Javier Molina.  I told him yes.  And he kind of

7   whispered real low if I had Jerry Montoya's

8   paperwork as well.  I told him, "No, that paperwork

9   didn't make it."

10          So he said, "I wrote you a letter

11   already," and he slid it under my door, under the

12   door between blue pod and yellow pod.  So I grabbed

13   it.  And I told him that the paperwork was in my

14   property.  I wasn't going to get it until tomorrow.

15   So he said as soon as I get it, to pass it to them.

16      Q.   So he slipped you a note under that door

17   that separates the two pods while you were talking?

18      A.   Yes, sir.  Prior to me getting to the pod,

19   my name was already on the board.  I was already in

20   the front for, like, two hours.  So they had already

21   put my name on the chalk board, who was arriving,

22   all of that.  So they already knew.  So they had a

23   letter waiting for me.

24      Q.   Did anyone else -- when you got to the

25   Southern New Mexico facility and you were put in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  yellow pod, did anyone else ask you about the Javier
 2  Molina paperwork that day?
 3       A.   Yes, sir.
 4       Q.   Who else?
 5       A.   Carlos Herrera.
 6       Q.   And what did they say?
 7       A.   They asked if I had that paperwork on
 8  Javier Molina.  I told him yes, but it was in my
 9  property.
10       Q.   Did you discuss anyone else besides Javier
11  Molina and Mr. Montoya, Jerry Montoya, being hit?
12       A.   Yes, sir, Sammy Gonzalez, Gumby.
13       Q.   And who is that?
14       A.   He's an SNM Gang member, too.
15       Q.   And who wanted Gumby to be hit?
16       A.   Actually, that was a personal issue that I
17  had with him for a long time.  So I had asked Carlos
18  Herrera if it was still good to go with that, and he
19  said yes.
20       Q.   After you talked with Mr. Herrera about
21  the paperwork and about Gumby, did you read the
22  letter that Mario wrote to you?
23       A.   Yes.
24       Q.   And what was in that letter?
25       A.   He told me that he was hoping I had the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    paperwork because he's ready to get rid of Javier

2    Molina; nobody liked him.  And he was hoping that I

3    had the paperwork on Jerry Montoya, too, because he

4    wanted to hit him.  And as well, he knows the

5    personal beef that I had with Sammy Gonzalez, and it

6    was okay for me to handle that.  As soon as we got

7    the chance, we could take care of all that together.

8        Q.   What happened after you read the

9    paperwork -- or sorry, not the paperwork; the note

10   from Mr. Rodriguez?

11       A.   I wrote him back.  I wrote him back and I

12   told him, "Yes.  Like I told you, I have the

13   paperwork on Javier Molina."  The paperwork on Jerry

14   Montoya was at the North, but we couldn't get it in

15   time, and definitely want to get Sammy Gonzalez,

16   too.

17            So he said, "We're going to try to take

18   care of this as soon as possible."

19            And I asked if we could wait until I come

20   off of orientation, so I could take care of that,

21   which was seven days I had to be in orientation.

22       Q.   If you were in orientation, how did your

23   note that you wrote back to Mario Rodriguez -- how

24   did that get to him?

25       A.   I had asked Carlos Herrera to pass it for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  me, because I was locked down, but they were still

2  out in the pod.

3      Q.   At some point did you get your property

4  and the paperwork?

5      A.   Yes, sir.  The next day, like, around

6  11:00 in the morning.

7      Q.   What happened when you received that

8  paperwork on Javier Molina?

9      A.   Everybody was asking -- not everybody.

10  Like Carlos Herrera, Alex Munoz, Dale Chavez, in my

11  pod were asking for it right away.  And the guys

12  next door in blue pod.  Mario Rodriguez was already

13  at the door, hitting the door asking if I got that,

14  if I got that.  I said, "Hold on.  I barely even got

15  my stuff in my cell."

16          So I didn't even unpack my stuff.  I went

17  straight for my legal paperwork.

18      Q.   Let me stop you right there.  And I think

19  you've gone over this, but just to make clear.  Why

20  were you in your cell and Mr. Munoz, Mr. Herrera,

21  and I think you said Dreamer --

22      A.   Yeah, Dale Chavez.

23      Q.   Why are they outside your door and why are

24  you inside?

25      A.   Because they were Level 4.  They come out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    all day.  I was still on orientation.  I have to do

2    seven days in my cell to make sure everything is

3    okay, make sure I had no problems with anybody in

4    the pod, and then they would let me out with

5    everybody else.

6         Q.   And when they asked for the paperwork and

7    you were getting your property out, what happened?

8         A.   As soon as I got my property, like I said,

9    they were asking about it.  I didn't even unpack my

10   stuff.  So I went straight for my paperwork, and I

11   got the paper out.  I called Carlos Herrera, Dale

12   Chavez, and Juanito Mendez to the door, and I showed

13   them the paperwork.  It was underlined with a

14   pencil, the two lines of what the statement was,

15   that Javier Molina made.  And we kind of all laughed

16   about it, too, because it wasn't really telling.

17   And we looked at it, and gave to it Lazy, to Carlos

18   Herrera.

19        Q.   How did you give to it Mr. Herrera?

20        A.   Under the door.

21        Q.   And what happened when you gave to it

22   Mr. Herrera?

23        A.   He looked at it real close himself, and

24   then passed it to Juanito Mendez, and then Dale

25   Chavez.  All three of them looked at it real good.

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                       1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   And then Blue was knocking at the door.  Mario

2   Rodriguez was knocking, "Hey, what's up with that?

3   What's up with that?"

4           And they went to the door and they talked

5   a little bit, and he gave him the paper.

6       Q.   Who gave whom the paper?

7       A.   Carlos Herrera.

8       Q.   Gave who the paper?

9       A.   To Mario Rodriguez.

10      Q.   And Carlos Herrera -- is he in the

11  courtroom today?

12      A.   Yes, sir.

13      Q.   Where is he?

14      A.   He's right there on the first table right

15  there.

16          MR. BECK:  Let the record reflect that he

17  pointed to the defendant Mr. Herrera.

18          THE COURT:  The record will so reflect.

19  BY MR. BECK:

20      Q.   What happened after Mr. Herrera put the

21  Javier Molina paperwork under the door?

22      A.   Came back.  He just came back to my house,

23  back to my cell, and told me he gave it to them and

24  let's see what they're going to do and see if

25  they're going to do it right now or what.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          Sure enough, like about 20 minutes later,
2   Mario Rodriguez wrote me a letter, gave it to Carlos
3   Herrera, gave it to me, and I read it.
4          Q.   What did this letter -- what did this
5   second letter from Mr. Rodriguez say?
6          A.   The letter said, "Yeah, that's good that
7   you got this paperwork on this fucker.  Now we could
8   take care of him.  Obviously, nobody likes him, so
9   we're going to take care of him.  I wish you would
10  have had the paperwork on Jerry Montoya.  But since
11  you don't, we're going to go ahead and do this
12  probably after dinner."
13         And he apologized to me about Sammy
14  Gonzalez, because he knows I have that personal beef
15  with him, and I really wanted to get ahold of him,
16  and it wasn't going to happen.  So he apologized for
17  that.  He said, "Maybe after this is over, maybe it
18  could still happen."
19         Q.   Later on, at some point, do you take a
20  shower?
21         A.   Yes, sir.
22         Q.   What happens then?
23         A.   After -- I was the last one.  They said it
24  was going to happen after dinner, which -- after the
25  showers, because we were locked down.  So there was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  two people that took a shower before me that came on

2  transport with me.  Then after I took a shower, I

3  yelled out to Carlos Herrera and Alex Munoz and told

4  them I was done.  So they hit the wall and I guess

5  told Timothy Martinez to tell Mario that we were

6  done with the showers.

7       Q.    Then what happened?

8       A.    Right after that, five minutes after that,

9  once they lifted lockdown for them, they all came

10 out and five minutes after the doors were opened,

11 that's when it happened.

12      Q.    What happened?

13      A.    The stabbing of Javier Molina.

14      Q.    Why do you think that's when it happened?

15      A.    Oh, I know it did.  You could hear the

16 yelling.  I could hear, "Get him, get him."

17      Q.    And going back for a second, when you got

18 that second letter from Mr. Rodriguez, did Mr.

19 Herrera hand you any other paperwork at that time?

20      A.    Yes, sir.  He handed me back the

21 paperwork.

22      Q.    What paperwork?

23      A.    The paper that -- of Javier Molina.

24      Q.    After you heard, "Get him, get him," what

25 happened?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   After a few minutes, all the COs started

2  running into blue pod.  And I lived in South 10, so

3  you could look directly outside the window and see.

4  The door was actually open.  There was a lot of

5  commotion.  So the first door opened was yellow pod.

6  And all the COs ran in there, and I seen when they

7  pulled him out and they were trying to revive him

8  right there in front of our doors, in front of

9  yellow pod and blue pod.

10    Q.   So do I understand that the door from what

11  I'm going to call the foyer -- that door that enters

12  into yellow pod swung open?

13    A.   No, not the middle door.  The front door

14  that you come into the pod.

15    Q.   Okay.  The front door where the COs would

16  enter the pod and see all the cells?

17    A.   Yes.  They were yelling into yellow pod

18  for everybody to lockdown, but there was so much

19  commotion going on, everybody was listening to what

20  was going on, going back and forth.  Everybody knew

21  we were going to lockdown so everybody was doing

22  their thing to hurry up.  And in all of that

23  commotion, the door in the front opened and the COs

24  were yelling to go into lockdown.

25    Q.   Afterwards, did Mr. Herrera come over and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    say anything to you?

2         A.   Yeah, he told me that it happened, that it

3    went down.

4         Q.   What did you do with the Javier Molina

5    paperwork?

6         A.   Later on that night, me and Carlos

7    Herrera -- we were talking.  He lived above me.  So

8    we're, like, we found out that he had died, so,

9    like, "You better get rid of that."  So I got it and

10   I tore it to little pieces and flushed it.

11        Q.   You flushed the Javier Molina paperwork?

12        A.   Yes, sir.

13        Q.   Were people moved out after the Molina

14   murder?

15        A.   Yes, sir.  Everybody in blue pod, the

16   whole pod was moved out.  In my pod they moved

17   Mauricio Varela and Sammy Gonzalez out.

18        Q.   At some point did you -- at some point

19   afterwards did you put a hit out on Mr. Daniel

20   Sanchez?

21        A.   Well, it wasn't necessarily that I did.

22   Me and Mario Rodriguez, we spoke about it, and Mario

23   Rodriguez was saying that all this wouldn't have

24   happened if Dan Dan Sanchez would have did his job.

25   And his job was to cover the camera, and he didn't

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                 (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  do his job.

2       Q.   So what did you and Mr. Rodriguez

3  conclude, or what resolve did you come to in that

4  conversation?

5       A.   That he should get hit.

6       Q.   And why?  Why should he get hit?

7       A.   Because that's the Number 1 rule that SNM

8  has, that you never leave a brother down, especially

9  on a mission like that.  You always have to be

10 there, especially if you assign or you agree to do

11 something, then you have to carry it out, and he

12 failed to do that.

13      Q.   Did anyone else agree with you and Mr.

14 Rodriguez about that?

15      A.   Yes.  Afterwards we spoke to Roy Martinez,

16 Robert Martinez, Daniel Archuleta, David Calbert,

17 and we all agreed that that should happen, because

18 he's supposed to be an SNM Gang leader, and he's

19 supposed to set an example.  And that day he didn't

20 set an example.  He let his brothers down.

21      Q.   Who was the leader of blue pod for SNM on

22 March 7 of 2014?

23      A.   Daniel Sanchez.

24      Q.   And is Mr. Sanchez in the courtroom?

25      A.   Yes, sir.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    Where is he?

2       A.    Right there.

3             MR. BECK:  Let the record reflect he

4   pointed to Mr. Sanchez.

5             THE COURT:  The record will so reflect.

6   BY MR. BECK:

7       Q.    Do you not like Mr. Sanchez?

8       A.    No, I like him.  I mean, he's been through

9   all this stuff.  I mean, I still think he's all

10  right.

11      Q.    Why did you put a hit out on him?

12      A.    Because, like I said earlier, he let the

13  brothers down.  That's what they preached to us

14  younger guys that the Number 1 rule -- actually,

15  when I first came into SNM, he's one of the guys

16  that I first spoke to about coming into SNM, too.

17  And he told me that's one thing that you do is, you

18  never let a brother down.

19      Q.    I want to go a little bit back here to

20  Thursday when you had the problems with the

21  corrections officers.

22      A.    Okay.

23      Q.    What happened in the van when you passed

24  Las Cruces heading towards Otero County?

25      A.    Okay.  Well, I was told that between --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2080

```
 1          MR. LOWRY:  I'm going to object, Your
 2   Honor, to the relevance of this.
 3          THE COURT:  Well, I'll let him go back
 4   into it, but do we need to get into what he was told
 5   and these sort of things?  Are you trying to solicit
 6   these comments?
 7          MR. BECK:  I'm not trying to solicit those
 8   comments.
 9          THE COURT:  Why don't you lead him through
10   this?  That will give the defendants an opportunity
11   to see if they want to object to these questions.
12          MR. BECK:  Sure.
13   BY MR. BECK:
14      Q.   When you were heading past Las Cruces in
15   the transport van on Thursday, did you again argue
16   with the corrections officers?
17      A.   Yes, I had a little meltdown.
18      Q.   Hold on one second.  These are just going
19   to be yes-or-no questions, Mr. Urquizo.  And at that
20   point did you lose your temper?
21      A.   Yes.
22      Q.   Did you lose your temper because you were
23   headed towards Otero County again?
24      A.   Yes.
25      Q.   Did you tell the corrections officers that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    you were going to -- something to the effect of you

2    were going to turn this case upside down and not

3    cooperate?

4         A.   Yes, I did.

5         Q.   Did you tell them that you were going to

6    give Dan Dan Sanchez and Pup Baca squina, or love?

7         A.   Yes, I did.

8         Q.   And what did you mean by that?

9         A.   I meant that I was -- I said that I was

10   going to say, "Oh, well, I don't know what you're

11   talking about."  If you were going to ask me, well,

12   something about Dan Dan and Pup.  I was going to

13   say, "I don't know what you're talking about."

14        Q.   Why would that be giving them love, or

15   squina?

16        A.   Because then everything that I was being

17   truthful about, I wasn't going to, say, be truthful

18   about it.  So that was going to help them out.

19        Q.   Is what you told us today the truth?

20        A.   Yes, sir, very true.

21        Q.   Sometime after the Molina murder, were you

22   in a transport van with Mr. Perez to PNM?

23        A.   Yes, sir.

24        Q.   And where is Mr. Perez?

25        A.   Right there in the front.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  Let the record reflect --

 2              MR. VILLA:  We'll stipulate, Judge.

 3              THE COURT:  Does that work for you, Mr.

 4    Beck?

 5              MR. BECK:  That's fine, Your Honor.

 6    BY MR. BECK:

 7        Q.   And did you and Mr. Perez discuss what had

 8    happened during the Molina murder?

 9        A.   Yes, sir.

10        Q.   And what did Mr. Perez tell you?

11        A.   He said that --

12              MS. JACKS:  Your Honor, we ask for a

13    limiting instruction.

14              THE COURT:  All right.  He's going to

15    testify about some statements that Mr. Perez made,

16    or at least a statement, and these can only be used

17    in your deliberations as to the charges against Mr.

18    Perez, not as to the other defendants.

19    BY MR. BECK:

20        Q.   When you were in the transport van with

21    Mr. Perez after the Molina murder, what did Mr.

22    Perez tell you?

23        A.   He told me that he was part of that, that

24    he's the one that gave a shank from the walker to

25    Daniel Sanchez and Mario Rodriguez for that murder.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And what did you understand him to mean?

2      A.    That he helped out, he gave them -- he was

3  bragging about it.

4      Q.    How was he bragging about it?

5      A.    By saying, "Oh, I know why they're taking

6  me to the North, because I was part of that murder."

7            I was like, "What?"

8            He was, "Yeah, I was part of that murder.

9  I'm the one that gave the walker so they can make

10  the shanks, so" --

11      Q.    Have you ever heard of putting in work for

12  the S?

13      A.    Yes.

14      Q.    Did you understand Mr. Perez to mean that

15  he was putting in work for the S by giving them his

16  walker?

17      A.    Yes.

18      Q.    Mr. Urquizo, I'm going to take us from the

19  Molina murder to the assault of Julian Romero which

20  is Count 3 in this case.  When did that happen?

21      A.    That happened on July 2015.

22      Q.    So this was a little more than a year

23  after the Molina murder?

24      A.    Yes.

25      Q.    Were you involved in the Julian Romero

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2084

```
 1   assault?

 2        A.    Yes, sir.

 3        Q.    How were you involved?

 4        A.    Me and another SNM Gang member, Jonathan

 5   Gomez, got the order from Anthony Baca to put -- to

 6   assault Julian Romero.

 7        Q.    Okay.  What was your position at the time?

 8   Well, let me get there eventually.  Where were you

 9   at this time?

10        A.    I was in Southern.

11        Q.    Here in Las Cruces?

12        A.    Yes.

13        Q.    And were you housed in an SNM pod?

14        A.    Yes.

15        Q.    And what was your position in that SNM

16   pod?

17        A.    Me and Jonathan Gomez had, I guess you'd

18   say, the key.  They call it the key, llaves, like

19   you run the pod.

20        Q.    Is that why -- well, and as the key-holder

21   in that pod, when you got the word from Mr. Baca

22   about the Julian Romero assault, what did you and

23   Mr. Gomez do?

24        A.    We discussed it, and we would have three

25   other SNM Gang members assault Julian Romero.  And
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2085

```
 1   we had spoke to two SNM Gang members in advance, but
 2   they -- they were saying, "Oh, well, we already put
 3   in work," and they really didn't want to do it.  So
 4   we didn't want to tell the other individual, Conrad
 5   Vallejos (sic),  we didn't want to tell him just
 6   yet, because we didn't know how he would react.  So
 7   we waited to the last minute, and on the day that
 8   they finally opened the doors, Jonathan Gomez went
 9   up to Conrad and told him it was time, that he had
10   to assault Julian Romero, which he did.
11        Q.   I think you said "Vallejos."  Did you mean
12   Conrad Villegas?
13        A.   Villegas, yes.
14        Q.   Now, after the assault of Julian Romero,
15   if Pup called the hit, why did you call Gerald
16   Archuleta?
17        A.   Because I was -- from there I was tooken
18   to the North.  So -- and then Mr. Anthony Baca was
19   in Arizona.  He was out of state.  Styx was --
20   Gerald Archuleta was out in Tennessee.  So I called
21   him.  And the only way to get ahold of Anthony Baca
22   was through Jonathan Gomez.  So he called his wife,
23   and his wife called Anthony Baca's wife, and that's
24   how he found out about the hit, that it was done.
25        Q.   What did you tell Mr. Archuleta when you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  called him about the Julian Romero hit?

2      A.   I told him that it was finally done, that

3  he got what he had coming.  He's, like, "What?

4  Killed him?"

5          "No, we just beat him up."

6          He's, like, "That's it?"

7      Q.   And why did you just beat up Mr. Romero?

8      A.   Well, he was actually supposed to -- the

9  thing was that Anthony Baca had ordered for him to

10 get killed.  He was supposed to get killed.  But

11 Jonathan Gomez -- he's, like, "Maybe we shouldn't do

12 that.  We should just beat him up."

13         Because we had been locked down for a year

14 and a half since the murder happened with Javier

15 Molina.  So we were locked down that whole time.

16 And he gets visits and all that.  So he didn't

17 really want to do that.  He said, "We should just

18 assault him."

19         Plus, there was only one person.  The

20 other two guys didn't want to really do it.  That's

21 why he was assaulted.  But he was supposed to get

22 killed.  That's what Anthony Baca had ordered.

23     Q.   And again, Mr. Baca, to be fair, he didn't

24 tell you this personally.  He told Jonathan Gomez;

25 is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2087

```
 1        A.    Yes.

 2        Q.    And Mr. Gomez told you?

 3        A.    Yes, sir.

 4              MR. BECK:  May I have a moment, Your

 5   Honor?

 6              THE COURT:  You may.

 7   BY MR. BECK:

 8        Q.    Mr. Urquizo, on the day of the Javier

 9   Molina murder and the day before the Javier Molina

10   murder, what was Mr. Herrera's position in the pod?

11        A.    He was the leader.  He was SNM leader for

12   that pod, yellow pod.

13              MR. BECK:  Pass the witness, Your Honor.

14              THE COURT:  Thank you, Mr. Beck.

15              Mr. Lowry, do you wish to go first on

16   behalf of Mr. Baca?

17              MR. LOWRY:  I do, Your Honor.

18              THE COURT:  Mr. Lowry.

19              MR. LOWRY:  Good afternoon, Your Honor.

20   May it please the Court?

21              THE COURT:  Mr. Lowry.

22                    CROSS-EXAMINATION

23   BY MR. LOWRY:

24        Q.    Good afternoon, Mr. Urquizo.

25        A.    Good afternoon.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Mr. Urquizo, I want to start where you

2    left off talking about the Julian Romero murder.

3    A.   Yes, sir.

4    Q.   How many times did you debrief with the

5    United States?

6    A.   Just twice.  Yeah, twice.

7    Q.   At least twice?  Now, on each one of those

8    occasions, you informed the United States that

9    Gerald Archuleta ordered Julian Romero to be killed.

10   A.   No, that was an order already for like ten

11   years, but it came from Pup, Anthony Baca.

12   Q.   So Julian Romero was supposed to get

13   killed for sleeping with Gerald Archuleta's wife?

14   A.   Yes, sir.

15   Q.   And Gerald Archuleta wanted Julian Romero

16   killed just for that reason, didn't he?

17   A.   You'd be surprised what SNM will kill for,

18   man.

19   Q.   But that's why Mr. Archuleta wanted him

20   killed?

21   A.   Yes, sir.

22   Q.   And that's why you called Mr. Archuleta

23   after Julian Romero was attacked, so could you bask

24   in the glory of having done something for Mr.

25   Archuleta?  Gerald?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    Not necessarily, no.

2        Q.    Not necessarily?

3        A.    That was done for -- that order was done

4   for like ten years ago, but Mr. Anthony Baca is the

5   one that ordered that later on to still happen.

6        Q.    But do you recall talking to the case

7   agent, Bryan Acee, and telling Bryan Acee that if

8   Mr. Baca did anything, he stopped Mr. Romero from

9   getting killed?

10       A.    No.

11       Q.    You don't remember that?

12       A.    No.

13            MR. LOWRY:  May I approach, Your Honor?

14            THE COURT:  You may.

15       A.    I don't remember telling him.  I didn't

16   write that, so I couldn't tell you.

17   BY MR. LOWRY:

18       Q.    So on March 6, 2017, you met with the

19   folks at this table; correct?

20       A.    Yes, sir.

21       Q.    And you met with this gentleman here at

22   the end of the table, Special Agent Bryan Acee?

23       A.    Yes, I did.

24       Q.    And you met with -- I believe it was the

25   whole prosecution team:  Maria Armijo, Randy
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2090

1    Castellano -- I don't believe Mr. Beck was there.

2         A.    I think he was for that one.

3         Q.    You think he was?

4         A.    I'm not too sure.

5         Q.    But Nancy Stemo was there?

6         A.    Yes.

7         Q.    And Task Force Agent Chris Cupit; correct?

8         A.    Yes.

9         Q.    And Mr. Acee drafts a report of everything

10   you said at that meeting, and the report says

11   Anthony Baca sent word down that Romero should be

12   beat up, but not stabbed or killed.  You don't

13   recall saying that at all?

14        A.    No.  I think I might have said it on

15   accident.  It was supposed to be Jonathan Gomez that

16   said not to do all that.

17        Q.    Okay.  Now, you recall you were here to

18   testify truthfully; correct?

19        A.    That's exactly what I'm doing.

20        Q.    You're not just to testify to favor the

21   United States?

22        A.    No, sir, I'm not.

23        Q.    Okay.  And so your testimony today is:

24   Mr. Acee can't write a report correctly?

25        A.    No, that's not what I'm saying.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What are you saying?

2    A.   I'm saying that I might have accidentally

3  told him.  There was so many things going on, but I

4  know what was said.  It was Jonathan Gomez that said

5  we should just beat him up.

6    Q.   Okay.  So Mr. Baca didn't stop Mr. Romero

7  from getting killed?

8    A.   No, it was Jonathan Gomez.

9    Q.   I want to stop and -- you started your

10 testimony with a long litany of crimes you had

11 committed, and you talked about a gentleman named

12 Leroy Torrez.

13   A.   Yes, sir.

14   Q.   And it sounded to me like most of those

15 crimes you committed were on behalf or in

16 association with Leroy Torrez.

17   A.   At the beginning of my time, he was the

18 one that was running where I was at, so yes.

19   Q.   And did you run with Leroy Torrez, then?

20   A.   Yes.

21   Q.   So you were part of his -- what is it

22 called -- the ranfla, his car?

23   A.   No, this is back in 1998.  We were all

24 before -- Leroy Torrez ended up getting stabbed

25 after that happened.  After he got stabbed, I no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   longer talked to him.
 2       Q.   Okay.  So you weren't part of the All
 3   Stars that Leroy Torrez founded?
 4       A.   No.
 5       Q.   No?
 6       A.   There was no such thing as All Stars to
 7   begin with.
 8       Q.   There's no such thing?
 9       A.   No.
10       Q.   Okay.  So you've never heard of the All
11   Stars?
12       A.   No.  He tried to start it after he got
13   stabbed.  He tried to start it.  It lasted like a
14   year or so and died out right away.
15       Q.   So there is such a thing as All Stars?
16       A.   At one time, for about a year or so.
17       Q.   And Leroy Torrez started that because he
18   wanted to break away from the SNM, or start a
19   subgroup?
20       A.   Well, he got stabbed by SNM, so I'm pretty
21   sure that's why.
22       Q.   That's why they called them the Rejects.
23       A.   I guess so.  I don't know.
24       Q.   There's a whole bunch of folks that were
25   part of the Rejects.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1         A.    Maybe.  I really don't know.

 2         Q.    And part of the Rejects' philosophy was

 3    out with the old and in with the new; correct?

 4         A.    I guess.  I don't really know.  I didn't

 5    associate with him after that.

 6         Q.    They wanted to kill the Old Timers; right?

 7         A.    Ah, I don't know about that.

 8         Q.    You don't know about that?

 9         A.    No.

10         Q.    You don't remember telling Mr. Acee on

11    March 6, 2017, that that's why the young guys wanted

12    Julian Romero killed, because he was an old guy and

13    they wanted to get rid of the old guys?

14         A.    But that's different than what you're

15    telling me.  You were trying to go somewhere about

16    All Stars and all that.  I seen the direction you

17    were trying to go, and if you're talking about that,

18    yes, eventually all those that are my age were

19    trying to move up a little bit.  Yes, we were trying

20    to move up.  But you were trying to take me a

21    different direction, talking about All Stars and all

22    that.  So you were trying to confuse me there.

23         Q.    No, I'm asking a simple question.  The

24    young guys wanted to kill the old guys so they could

25    take over.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2094

```
 1        A.   Not necessarily kill them.  More or less
 2   just step up, because the job they were doing was
 3   not really good.  They were all about drugs.  They
 4   were all about themselves.
 5        Q.   So the best way to get rid of them and
 6   step up was to kill them so there would be a
 7   vacancy; correct?
 8        A.   Not necessarily.  I mean, there are other
 9   ways.
10        Q.   What other way?
11        A.   Eventually, they would walk away, like a
12   few people have walked away.  They have a program
13   where you renounce and walk away.
14        Q.   Or could you kite them out to Level 6;
15   right?
16        A.   Yeah, a lot of people have done that,
17   yeah.
18        Q.   You can get rid of them, float a kite to
19   STIU, and have those people pulled off the pod so
20   other younger folks can take over the leadership
21   roles.
22        A.   Yeah, that's another way, too, yes.
23        Q.   And the reason younger folks were
24   disappointed with Mr. Baca is, he wasn't violent
25   enough?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          A.   No, it's just that he had politics that he
 2    came with.  It was out of state and he came with
 3    some new agenda that was related to Surenos, and we
 4    weren't Surenos.  That's why.
 5          Q.   I want to step back again, and let's talk
 6    about the first time the FBI came to visit you.
 7          A.   Yeah.
 8          Q.   You were in Level 5?
 9          A.   Right.
10          Q.   Right.  And I believe you testified it was
11    February 27, but they actually came to visit you on
12    February 24, didn't they?
13          A.   Okay.  I'm off by three days, yeah.
14    February 24.
15          Q.   And when they came to visit you, you asked
16    for an attorney, didn't you?
17          A.   At the beginning, yes, I did.
18          Q.   But they ignored you and wanted to talk
19    anyway, didn't they?
20          A.   We talked a little bit.  Not nothing
21    really serious.  It was just telling me, "You know
22    we could charge you."  That's pretty much it.  They
23    didn't really get into details about it.
24          Q.   Is the death penalty serious to you?
25          A.   He didn't talk about the death penalty.

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                   FAX (505) 843-9492
                                                                       1-800-669-9492
                                                            e-mail: info@litsupport.com



2096

1       Q.    He didn't talk about the death penalty?

2       A.    No.  He said he could charge me for the

3    Javier Molina murder.  That was okay.

4       Q.    Did he talk about spending the rest of

5    your life in prison?

6       A.    It was a possibility, yes.

7       Q.    He did, didn't he?

8       A.    I think so.  I'm not too sure.  I think he

9    said he could charge me with 20 years or 30 years.

10   I wasn't too sure.

11      Q.    Did he talk about serving 20 years in

12   prison in addition to your State sentence?

13      A.    Probably, yeah.

14      Q.    And he said if you didn't think about what

15   you wanted to do, you could either consider working

16   with the United States or serving a 20-year

17   sentence, a life sentence, or even the possibility

18   of the death penalty.

19      A.    He didn't get into all those details and

20   stuff, but he just asked me to think.  He actually

21   asked me to think about it.  He gave me time to

22   think about it.

23      Q.    That was after he ignored your request for

24   an attorney.

25      A.    Well, when I first walked in, he told me

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2097

```
1    he was an FBI agent.  That's the first words that
2    came out of my mouth, I asked for a attorney.  He
3    said, "Just hear me out for a few minutes."
4              That's what I did.  But it wasn't an
5    aggressive approach to me, so I listened to him.
6         Q.   All right.  Do you recall -- okay, I would
7    think that with somebody that's been incarcerated
8    for as long as you have been, one of the most
9    important things in your life is having family
10   support you while you're incarcerated.
11        A.   Right.
12        Q.   And they're there for you through thick
13   and thin; right?
14        A.   Yes.
15        Q.   All the time?
16        A.   Yes.
17        Q.   They support you financially?
18        A.   Yes.
19        Q.   Emotionally?
20        A.   Yeah.
21        Q.   They keep your head together after those
22   long hours of being stuck in isolation in Level 6 by
23   yourself?
24        A.   Right.
25        Q.   When you're on the phone?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   And they're there for you so you can be

3  true to them and honest with them; right?

4      A.   Right.

5      Q.   And that's how you are with your wife?

6      A.   Right.

7      Q.   You're honest with her?

8      A.   Yeah, I'm honest with her about -- there

9  are certain things that I might not tell her exact

10 because I don't want to hurt her, but...

11     Q.   What about your sister?  You are honest

12 with her, too, aren't you?

13     A.   Yeah.

14     Q.   And your brother?

15     A.   Right.

16     Q.   Okay.  Do you remember talking to your

17 sister the day after you were visited by Special

18 Agent Acee at PNM Level 5 in Santa Fe and telling

19 your sister that the FBI came to visit you and they

20 said, "You can work with us or you can face 20 years

21 in prison, you can have life in prison, or maybe

22 even get the death penalty?"  Do you remember that

23 conversation?

24     A.   I'm not going to lie and all that.  I told

25 her, like, 20 years, 30 years.  I do remember that.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2099

1          MR. LOWRY:  Your Honor, may we approach

2   real quickly?

3          THE COURT:  You may.

4          (The following proceedings were held at

5   the bench.)

6          MR. LOWRY:  Your Honor, I've listened to

7   some of the jail calls we've been talking about for

8   the last month, and this is to impeach Mr. Urquizo,

9   who has had conversations now, and frankly I've

10  clipped them.  What we've done is started with the

11  introduction part of the jailhouse call just so the

12  jury can understand what it is, and it's clipped to

13  the relevant portion of the conversation.

14         THE COURT:  Are we going to handle it

15  differently than before?

16         MR. BECK:  I think there's two things.

17  First of all, I think if we're refreshing his

18  recollection, it should be done outside the presence

19  of the jury, just as when we hand someone a report

20  and they read it.  The jury does not get to hear or

21  see what they're reading, because we're refreshing

22  their recollection.

23         Second of all, he hasn't testified -- he

24  hasn't testified in a way in which this would be

25  impeachment material.  He asked, "If you recall."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    He said, "I don't recall all of that."

2              So he didn't -- it's not contradicting

3    what he said.  So it's improper impeachment.  It

4    also uses extrinsic evidence under 608(b) if we do

5    get to impeachment.

6              THE COURT:  Let's do this.  Go back to the

7    podium and ask the question properly in the sense

8    that "Didn't you say."

9              MR. LOWRY:  Your Honor, I would just --

10   it's more than just impeachment.  This goes to show

11   his bias towards the Government.  He's motivated to

12   testify on their behalf and he's motivated --

13             THE COURT:  I think it's impeachment.

14   Whether it's going to his bias is something else.

15   I'll let you do what I let Mr. Villa do with Mr.

16   Calbert.  So I'll let you do it that way.  Ask the

17   question.  Because if it is just refreshment, then I

18   probably do let you play it out.  And if it's going

19   to be he's not going to admit to saying these

20   things, then I'll let you play it as impeachment.

21             MR. LOWRY:  All right.

22             (The following proceedings were held in

23   open court.)

24   BY MR. LOWRY:

25        Q.   Mr. Urquizo, are you denying that you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  talked to your sister about the FBI saying they

2  would impose the death penalty?

3       A.   I don't know if I did or didn't.  I mean,

4  I made so many phone calls since then.  But I mean,

5  even if I did -- I mean, I'm not too sure if I did.

6       Q.   Okay.

7       A.   I can't say 100 percent if I did or I

8  didn't.

9            MR. LOWRY:  Your Honor, can we move --

10           THE COURT:  Well, let me talk to counsel.

11  So we'll take a short break here.  All rise.

12           (The jury left the courtroom.)

13           MR. LOWRY:  Your Honor, can we ask to have

14  the witness removed for this conversation?

15           THE COURT:  Aren't you going to refresh --

16           MR. LOWRY:  Sure.  We can do that.

17           THE COURT:  Everybody be seated.  Tell him

18  what you're going to do.

19  BY MR. LOWRY:

20       Q.   Okay, Mr. Urquizo.  I'm going to play you

21  an audio clip, and it's just a portion of the

22  telephone call that you had with your sister.  I

23  think it started off with a woman named Maria, but

24  it was a three-way call, and you talked to both of

25  them about your conversation with the FBI the day

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   before, on February 24, 2017.
 2            This is an audio clip from the discovery,
 3   and we can give you -- it's Exhibit Z-2 for
 4   identification purposes, and it is a clip that was
 5   referred to in discovery by this huge alphanumeric
 6   pattern.  It was
 7   10.98.0.21-7636A744A62001512BD527695F2855D.
 8            (Phone call played.)
 9            MR. BECK:  Judge, Your Honor.
10            THE COURT:  Yes.
11            MR. BECK:  Hearing that -- I guess I
12   wasn't sure if it was a call that -- Mr. Urquizo's
13   pin number had been stolen in some portions of time.
14   The United States doesn't oppose that as an exhibit,
15   entering it into evidence, and playing it in front
16   of the jury.  That's fine.
17            THE COURT:  All right.  Let's bring the
18   jury back in, then.
19            MR. BECK:  Sorry.  Not entering it into
20   evidence; just for impeachment purposes.  But the
21   United States does not oppose playing it in front of
22   the jury with a limiting instruction, with the
23   limiting.
24            THE COURT:  The limiting instruction being
25   it's just used for impeachment?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. BECK:  That's right, Your Honor.
 2            THE COURT:  Well, you'll have to set up
 3    either the impeachment or that his memory has been
 4    refreshed, one or the other.
 5            MS. JACKS:  Excuse me.  That seemed to be
 6    relevant on the issue of nonhearsay purposes, state
 7    of mind.
 8            MR. LOWRY:  And Your Honor, I think it
 9    really does go to his bias to testify favorably for
10    the Government and the pressure that was put on him.
11            THE COURT:  Well, get him either to admit
12    it, or impeach him with it.  If it comes in for -- I
13    guess I don't understand how his state of mind is
14    important at the time.
15            MR. VILLA:  Motive.
16            MS. JACKS:  Somebody that thinks they'd be
17    facing those types of punishments could have certain
18    motives to say certain things.
19            MR. LOWRY:  Your Honor, he's just saying
20    on the phone he's just getting ready to get released
21    from prison and now they're coming at him with the
22    death penalty, life in prison, or 20 years, or
23    cooperating.  It goes directly to his bias to please
24    the United States with favorable testimony.
25            THE COURT:  Let's see what you do with it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            All rise.

 2            (The jury entered the courtroom.)

 3            THE COURT:  All right.  Everyone be

 4  seated.

 5            All right, Mr. Urquizo.  I'll remind you

 6  you're still under oath.

 7            Mr. Lowry.

 8       A.   All right.

 9  BY MR. LOWRY:

10       Q.   Mr. Urquizo, if we listened to the

11  recording, would it help refresh your recollection

12  as to what you talked to your family about?

13       A.   Yes.

14            MR. LOWRY:  Can we play Z2?

15            (Tape played).

16       Q.   So the FBI came and talked to you about

17  the death penalty, and that completely changed your

18  life.

19       A.   No, actually, I'm still -- I'm sticking to

20  the truth, and the truth is:  He never told me

21  nothing about the death penalty.  I made that

22  assumption once I knew what was going on.  I seen

23  the news and all that.  Everybody else getting

24  charged for the murder was getting the death

25  penalty.  At that time they still had the death
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2105

```
1  penalty.  They ended up taking it off.

2           But he didn't tell me that I was facing

3  the death penalty.  I know he's told me 20 years.

4  I'm almost positive he told me, "You can get 20

5  years, or even up to life for the murder of Javier

6  Molina."

7           The death penalty wasn't -- he never told

8  that to me, so I'm not going to sit here and tell

9  you that he told me that, because he didn't tell me

10 that.

11      Q.   So you lied to your sister and you lied to

12 Maria about --

13      A.   No, I didn't lie to them.  I just told you

14 I made an assumption that I was thinking that right

15 away, because I seen that on the news.  I seen that

16 with everybody else.  That's why.

17      Q.   You followed this case on the news?  Did

18 you realize that the death penalty was taken off --

19      A.   Actually, it wasn't tooken off at that

20 time.

21      Q.   That was February --

22      A.   A little after that it was taken off.  In

23 February it was still on.

24      Q.   It was taken off on June 9, 2016.

25      A.   Okay.  When did this happen?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.    February 25.

2             MR. BECK:  Objection, Your Honor.  Counsel

3    is misstating the evidence.

4             THE COURT:  Well, I'll let you clean it up

5    on redirect.  Overruled.

6       A.    As far as I was concerned, the death

7    penalty was still there.  So that's why I said it,

8    but they never told me that.  So I'm not going to

9    sit here and tell you that he did tell me that,

10   because he didn't tell me that.

11   BY MR. LOWRY:

12      Q.    But they left you with the serious

13   impression that you were in deep trouble.

14      A.    Yes, but I knew that.  I actually knew I

15   was in deep trouble.  Just a matter of time when

16   they were going to come talk to me.  I already knew

17   that.

18      Q.    That's because you were a shot-caller?

19      A.    Not necessarily.  Because I know what I

20   did.

21      Q.    They didn't call you a shot-caller at that

22   meeting?

23      A.    Well, at that time, afterwards, after

24   everything happened.  But I mean, I knew what I did

25   when I went to Cruces.  I knew what message I took

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  down there.  I knew everything.  I knew I was part

 2  of the whole Javier Molina case.  It's just that

 3  they hadn't come and talked to me yet.

 4       Q.   You knew you were involved in a lot of

 5  other homicides.

 6       A.   If we're talking about Javier Molina, I

 7  knew about that.

 8       Q.   Did they talk to you about the recordings

 9  they had made of you with Styx?

10       A.   No.  I don't remember.

11       Q.   Did they play recordings for you at that

12  first meeting?

13       A.   No.

14       Q.   They just said, "You're in deep trouble.

15  You play with us or you're going to get a RICO

16  charge"?

17       A.   No, they just told me to think about it,

18  because they could charge me.  And he was going to

19  give me some time to think about it, and I told him,

20  "Let me think about it."

21            And I actually called my wife and I told

22  her, and she's, like, "You've been thinking about

23  doing this already for a while, so you might as well

24  do it now that you have a chance."

25            A few months prior to all this, I was

SANTA FE OFFICE                                                  MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

2108

1    thinking about getting out.  I just didn't know how

2    to do it because I didn't want to go to the rec

3    program that they have.  So whenever they came and

4    talked to me, it was actually a good opportunity for

5    me to get out.

6         Q.   Why didn't you just go talk to them?  What

7    were you waiting for?

8         A.   Because I just -- at that time, I was kind

9    of, like, I guess, the key guy there in that pod so

10   I didn't want to make it look bad.  I just didn't

11   know how to go about it.  So when they came to me,

12   it was a lot easier than me going to them.

13        Q.   Because you were the shot-caller for that

14   pod?

15        A.   At that time, yes.

16        Q.   So they gave you a couple of weeks to

17   think about it?

18        A.   No, I thought about it right away.  I

19   thought about it within an hour of talking to them.

20   I told them, "Give me a chance to call my wife real

21   quick," and I talked to my wife, and she told me,

22   "You know you've been wanting to do this already for

23   a while.  So why don't you just do it?"

24        Q.   Then why were you so reluctant talking to

25   her about, "Ah, I don't know"?



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                  e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Because I still knew that the possibility
 2   of me being, like, 20 years is still there.  So I
 3   was telling her, "Ah, well, I'm not too sure."
 4        Q.    You didn't want to get 20 years, did you?
 5        A.    I don't think nobody wants to get 20
 6   years.
 7        Q.    That's because prison is hell, isn't it?
 8        A.    Right.
 9        Q.    It's not where you want to be?
10        A.    No.
11        Q.    And you wanted to get out?
12        A.    Who doesn't?  Anybody that's in prison
13   wants to get out.
14             THE COURT:  Mr. Lowry, would this be a
15   good time for us to take our break for the evening?
16             MR. LOWRY:  Sure, Your Honor.
17             THE COURT:  Ladies and gentlemen, you've
18   just heard the testimony of Mr. Urquizo, and you've
19   also heard that before this trial he made a
20   statement that may be different from his testimony
21   here in court.  This earlier statement was brought
22   to your attention only to help you decide how
23   believable his testimony in this trial is.  You
24   cannot use it as proof of anything else.  You can
25   only use it as one way of evaluating Mr. Urquizo's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    testimony here in court.

2            All right.  I appreciate your hard work

3    today.  Y'all have a good evening.  We'll see you at

4    8:30 in the morning.

5            All rise.

6            (The jury left the courtroom.)

7            THE COURT:  I'll try to have you another

8    set of jury instructions in the morning.  But I

9    think both sides need to start doing this right now.

10   You need to start running some yellow tabs or some

11   sort of list.  You're going to need to tell me who

12   we're going to put in the drug -- and I don't want

13   to wait until the last minute to do this.  So I'd

14   like to -- if we're going to include these

15   instructions, then we need to start doing it now.

16           And so at the end of each day, I'd like

17   y'all to shoot me an email or a letter or something.

18   Tell me whether we picked up anybody additional.

19           The drug abuser -- if we're going to use

20   that, we need to put names in there.  Prior

21   inconsistent statements.  Who the experts are.

22   Deliberate -- the willful blindness instruction.  I

23   need to figure out what the Government's contention

24   is that there has been some deliberate ignorance.

25           Plea agreements.  I need to list out all

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the names in the plea agreements, and then all the

2    names of who we're going to put in the accomplice

3    instruction.

4            So that's my list of six right at the

5    moment.  We're going to have to tailor those and put

6    individual names in.  So start running a list, and

7    at the end of the day shooting Ms. Standridge or

8    Ms. Wild or somebody -- however we're doing that --

9    saying, "This needs to go in there," because I'll

10   start adding them to them.  But if we wait eight

11   weeks and then start reconstructing this trial,

12   we're not going to do a good job, and it's just

13   going to delay everything.

14           So start feeding me those names on those

15   six categories.

16           MR. BECK:  Your Honor, I don't believe

17   that Mr. Urquizo was impeached, and I understand

18   that you gave an instruction at the end of that that

19   something was to be used for impeachment.

20           THE COURT:  Yeah, I did, because I think

21   he was impeached.  He said one thing there, and then

22   he said that wasn't right; he got it from some other

23   source.  So the instruction will stand.

24           All right.  Y'all have a good evening.

25           (The Court stood in recess.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  UNITED STATES OF AMERICA

2  STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5      I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6  Official Court Reporter for the State of New Mexico,

7  do hereby certify that the foregoing pages

8  constitute a true transcript of proceedings had

9  before the said Court, held in the District of New

10 Mexico, in the matter therein stated.

11     In testimony whereof, I have hereunto set my

12 hand on this 3rd day of February, 2019.

13

14     _____

15     Jennifer Bean, FAPR, RMR-RDR-CCR
       Certified Realtime Reporter
16     United States Court Reporter
       NM Certified Court Reporter #94
17     333 Lomas, Northwest
       Albuquerque, New Mexico 87102
18     Phone:        (505) 348-2283
       Fax: (505) 843-9492
19     License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com