2112

```
1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW MEXICO

3    UNITED STATES OF AMERICA,

4                    Plaintiff,

5        vs.              NO:  CR-15-4268 JB

6    ANGEL DELEON, et al.,

7                    Defendants.

8                        VOLUME 7

9        Transcript of Jury Trial before The Honorable

10   James O. Browning, United States District Judge, Las

11   Cruces, Dona Ana County, New Mexico, commencing on

12   February 6, 2018.

13   For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
     Castellano, Mr Matthew Beck
14

15   For the Trial 1 Defendants:  Ms. Amy Jacks,
     Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc
16   Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
     Villa, Ms. Justine Fox-Young.
17

18

19           Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
20              Certified Realtime Reporter
                  333 Lomas, Northwest
21               Albuquerque, NM  87102
                 Phone:   (505) 348-2283
22                Fax:   (505) 843-9492

23

24

25
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2113

```
 1                    I N D E X

 2   EXAMINATION OF GUADALUPE URQUIZO

 3   By Mr. Lowry                              2124

 4   By Ms. Bhalla                             2166

 5   By Mr. Villa                              2191

 6   By Ms. Jacks                              2225

 7   By Mr. Beck                               2299

 8   By Mr. Villa                              2329

 9   By Ms. Jacks                              2337

10   By Mr. Lowry                              2342

11   By Mr. Beck                               2344

12   EXAMINATION OF DANIEL BLANCO

13   By Mr. Beck                               2349

14   By Ms. Fox-Young                          2376

15   By Mr. Beck                               2378

16   By Mr. Lowry                              2380

17   By Mr. Beck                               2395

18   By Mr. Lowry                              2396

19   By Mr. Maynard                            2403

20   By Ms. Fox-Young                          2412

21   By Ms. Jacks                              2443

22   REPORTER'S CERTIFICATE                    2461

23                 EXHIBITS ADMITTED

24   Defendants' EPAdmitted                    2159

25   Defendants' EQAdmitted                    2161
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2114

1    Defendants' EO Admitted                    2185

2    Defendants' ER Admitted                    2252

3    Defendants' ES Admitted                    2271

4    Defendants' EU Admitted                    2424

5    Defendants' AN 1 through 3 Admitted        2298

6    Government's 89 and 90 Admitted            2377

7    Government's 269 Admitted                  2365

8    Government 747 and 748 Admitted            2306

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  Good morning,
2    everyone.  I appreciate everybody being here and on
3    time.  I don't know if it was today or yesterday,
4    but Ms. Standridge passed out the preliminary jury
5    instruction that I was proposing to hand to the
6    jury.  Did those look okay to everybody?  Have you
7    had a chance to look at it?
8          MS. ARMIJO:  Yes, Your Honor, they were
9    fine.
10          MS. DUNCAN:  They look fine to us, Your
11    Honor.
12          THE COURT:  So I'll have Ms. Standridge
13    make 18 copies and get those to the jurors.  I hope
14    to have another set.  I worked last night, yesterday
15    to get you a new set of jury instructions.  As you
16    can see, I'm beginning to get into the VICAR
17    portions of it.  So you can see how I'm handling
18    those.  We've got a ways to go.  Do keep my request
19    last night in mind so we can start keeping these
20    things current so we don't run into a jam at the end
21    of the trial with not having any -- those six
22    categories, us scrambling to try to figure out what
23    we're going to put in.
24          All right.  Ms. Fox-Young, did you have
25    something you wanted to raise?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. FOX-YOUNG:  Yes.  Good morning, Your
 2   Honor.
 3              THE COURT:  Good morning, Ms. Fox-Young.
 4              MS. FOX-YOUNG:  I just wanted to let the
 5   Court know that, of course, Mr. Perez is here.  He
 6   has not yet received all of his medications and he
 7   is still feeling pretty awful.  He's, of course,
 8   here.
 9              Based upon the Court's order I wanted to
10   make a record that yesterday afternoon and yesterday
11   morning he was sleeping intermittently and coughing
12   very loudly, so loudly, in fact, that at times at
13   least our table couldn't hear the testimony or the
14   questioning.  But he did have a nebulizer treatment
15   last night and he does have an inhaler, and you
16   know, we've made the best provisions that we can for
17   him to get through today.
18              I'd just ask, if Mr. Perez does need to
19   take a quick break or is having trouble, if we could
20   let the Court know.  We're just having a hard time
21   communicating with him and getting him through the
22   trial, but we're doing our best.
23              THE COURT:  Yeah, there's a lot of
24   coughing going on.  Ms. Bean has been coughing all
25   the way through.  There have been some jurors that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  have been coughing.  I've noticed a lot of coughing.

2  I guess it's good news he doesn't have the flu.  But

3  I guess we don't really know what he has; right?

4         MS. FOX-YOUNG:  That's right, Your Honor.

5  And he does have some underlying conditions that

6  make him more susceptible.

7         THE COURT:  That's true.

8         MS. FOX-YOUNG:  And so we're keeping an

9  eye on his lungs.  I know the marshals are

10 communicating with us to some degree.  So we'd just

11 ask the Court to keep in mind that Mr. Perez has a

12 very frail condition and we're trying to get him

13 through this.  But he was not attentive yesterday.

14 We were not able to communicate with him.  I don't

15 think he even knew what was going on yesterday as

16 the proceedings continued.  Thank you, Judge.

17        THE COURT:  All right.  If you need to

18 take a break or something, just let me know.

19        Ms. Standridge, while you were out of the

20 room, everybody approved those jury instructions.

21 So if we'll go ahead and make 18 copies of those, we

22 can give those to the jurors.  And I've given

23 Brennan Hammond a set of jury instructions to get to

24 Mary today and pass out to the attorneys, as well.

25        THE CLERK:  Okay.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2118

```
1              THE COURT:  All right.  Mr. Lowry, you
2    have something?
3              MR. LOWRY:  Yes, Your Honor, I do.  At the
4    end of the proceedings yesterday, Mr. Beck made an
5    objection that I was misrepresenting the record.
6    And I think -- I spoke to Mr. Beck this morning.  I
7    think this is more of a misunderstanding.  I was
8    cross-examining Mr. Urquizo about his understanding
9    of whether the death penalty was possible, and he
10   made reference -- what I believe, made reference to
11   this case and was following this case in the news,
12   and said the death penalty in this case was still on
13   the books.  And that was my interpretation of what
14   the witness was staying.
15             And so when I questioned him directly
16   about the death penalty in this case was taken off
17   in June of 2016, Mr. Beck objected and said that I
18   was misrepresenting the facts.
19             I spoke to Mr. Beck this morning, and he
20   can speak for himself, but I think the Government's
21   position was that they understood Mr. Urquizo to be
22   talking about his specific case.  I went back and
23   looked at the daily transcript, and I'm still of the
24   opinion that we were talking about proceedings in
25   this case.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2119

```
1              So rather than get down in the weeds, I
2    was hoping to get some kind of instruction from the
3    Court that nobody has misrepresented the facts of
4    this case or attempted to.
5              THE COURT:  Well, I think that -- well,
6    let me hear from Mr. Beck before -- we kind of were
7    heading out when we had this conversation.
8              MR. BECK:  I tried to pull up the
9    transcript and I couldn't, so I'm looking at the
10   real-time.  Mr. Lowry asked, "So you lied to your
11   sister and you lied to his wife.  "No. I didn't
12   lie" -- and then the answer is, "No, I didn't lie.
13   I made -- I was thinking that right away because I
14   had seen that on the news and everybody else.
15   That's why."
16             Mr. Lowry said, "You followed that case on
17   the news.  Did you realize that the death penalty
18   was taken off?"
19             And Mr. Urquizo said, "Actually, it wasn't
20   taken off at that time."
21             Mr. Lowry says, "That was February."
22             He says, "A little after that, it was
23   taken off.  In February, it was still on."
24             Mr. Lowry asked, "It was still off June 9,
25   2016?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          He asked, "Okay, when this happened,
2  February 25."
3          And so what happened is, they were talking
4  about -- I believe Mr. Urquizo said when "Actually
5  it wasn't taken off the table at that time," Mr.
6  Urquizo was talking about his death penalty
7  protocol.  And indeed, his death penalty protocol
8  was still on the table at that time.  It was not
9  taken off until, I believe, sometime the middle of
10 last year, which would have been the middle of 2017.
11 And so when he says, "It was taken off June 9" --
12 when Mr. Lowry says, "It was taken off June 9,
13 2016," Mr. Urquizo says, "Okay, when did this
14 happen?"  "February 25."  That's not accurate.  Mr.
15 Urquizo's death penalty was still on the table at
16 that time.  So what I said is I objected because
17 there was misstatement of the evidence at that
18 point.  Mr. Urquizo's death penalty was still on at
19 that time.
20          THE COURT:  Well, this is the way I sort
21 of analyzed it.  It seemed that before the break,
22 without tying it in any way to Mr. Acee or anything
23 else, he seemed to have communicated to the people
24 on call that he was death-penalty eligible, and he
25 knew that he was not; and therefore, he could be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    impeached.  We'll let the jury decide whether he was

2    or not.  I do think these are not collateral issues

3    and so I'm allowing a little bit of proof by the

4    defendants because I don't think these are

5    collateral.  And that's just where I was.  You asked

6    for the instruction.  I gave the instruction.  So if

7    you don't want the instruction, that's fine.  But --

8              MR. BECK:  I understand, Your Honor.  I

9    think the curative instruction last night was

10   confusing because we asked for it if he was

11   impeached.  I thought he wasn't impeached, the Court

12   did.  I sort of --

13             THE COURT:  Well --

14             MR. BECK:  In the heat of the moment -- I

15   understand the Court's instruction, and I think it

16   was --

17             THE COURT:  The instruction doesn't tell

18   the jury that he was impeached.  It just simply

19   states that's the reason that the evidence was

20   brought in.  They make the determination.  But

21   you'll have to make a call as to whether you want

22   the instruction or not.  A lot of people don't want

23   it because it doesn't -- isn't helpful and it may

24   hurt them with the evidence.  But you're entitled to

25   it if you want it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. BECK:  I understand, Your Honor.  And
 2   I looked back at the transcript and saw that we had
 3   asked for it previously, and then I thought that he
 4   was not.  So I'm past that.  I understand.
 5              THE COURT:  Yeah, I don't make the
 6   determination as to whether he's impeached.  I
 7   simply make a determination that this evidence is
 8   coming in for that purpose.
 9              MR. BECK:  Sure.
10              THE COURT:  If you want the instruction,
11   you're entitled to it.
12              MR. BECK:  Right, Your Honor.
13              MR. LOWRY:  Well, Your Honor, I guess we
14   missed the boat on my issue, which was, I think
15   there was not a meeting of the minds between the
16   three parties here about what the conversation was.
17   Because when there was a mention about the news, my
18   interpretation was:  We were talking about the
19   proceedings in this case, and not his individual
20   case.
21              THE COURT:  So I allowed you to impeach
22   him on it.
23              MR. LOWRY:  Well, no.  There was an
24   objection that I was trying to misrepresent the
25   facts.  I had no idea what the Government was doing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I was not even privy to those facts.  So I couldn't
 2   misrepresent facts that I had no knowledge of.
 3           THE COURT:  Okay.  All right.
 4           All rise.
 5           (The jury entered the courtroom.)
 6           THE COURT:  All right.  Everyone be
 7   seated.
 8           Good morning, ladies and gentlemen.  I
 9   appreciate you being back and on time and ready to
10   go.  I appreciate counsel doing the same.  I
11   appreciate everybody making a real effort to keep
12   things on track so we can keep the commitment to you
13   as to how long this trial is going to last and keep
14   it moving.
15           Ms. Standridge will be passing out to you
16   a preliminary instruction, the one I read at the
17   beginning that you've already heard.  But in there
18   you'll see the names of the counsel, you'll see the
19   names of the defendants, and you'll also see the
20   charges here.  So if that helps you, you'll have
21   that here in a few minutes.
22           All right, Mr. Urquizo, I'll remind you
23   that you're still under oath.
24           THE WITNESS:  Okay.
25           THE COURT:  Mr. Lowry, if you wish to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   continue your cross-examination, you may do so at

 2   this time.

 3             MR. LOWRY:  Thank you, Your Honor.  May it

 4   please the Court.

 5             THE COURT:  Mr. Lowry.

 6                  GUADALUPE URQUIZO,

 7      after having been previously duly sworn under

 8             oath, was questioned, and continued
     testifying
 9             as follows:

10                  CONTINUED CROSS-EXAMINATION

11   BY MR. LOWRY:

12      Q.   Good morning, Mr. Urquizo.

13      A.   Good morning.

14      Q.   At the end of yesterday we were talking

15   about whether your case was death-eligible.

16      A.   Yes, sir.

17      Q.   And you said you were following this case

18   in the news.

19      A.   The news, and we had -- where I was at, we

20   had all the paperwork on the RICO indictment, so

21   everybody got indicted.  So that's how I know

22   everything that was happening.

23      Q.   In this case?

24      A.   In all the cases, yes.  Everybody got

25   charged.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Okay.  So were you aware that the death
 2   penalty was removed from the public cases by
 3   February of 2017?
 4        A.   No, I wasn't.  I don't think so.
 5             MR. LOWRY:  May I approach the bench, Your
 6   Honor?  I mean, approach the witness?
 7             THE COURT:  You may.
 8   BY MR. LOWRY:
 9        Q.   Now, Mr. Urquizo, I've handed you two
10   separate court documents.
11        A.   Um-hum.
12        Q.   Can you read the dates that those were
13   filed, at the very top of the document?
14        A.   Filed 9/13/2016.
15        Q.   And what was the second one filed?
16        A.   The second one was on June 6, 2016.
17             MR. LOWRY:  May I approach?
18        Q.   And would you agree with me that both of
19   these documents were entitled "Notice of intent not
20   to seek a sentence of death"?
21        A.   That's what it says on there, yes.
22        Q.   And that was before your first meeting
23   with the FBI in 2017?
24        A.   Yes.
25        Q.   Now, in your testimony yesterday, you said
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2126

1   that you didn't learn about the death penalty from

2   your meeting with the FBI; that that's something you

3   came up with on your own.

4        A.   No, I didn't say I came up -- I said I

5   made an assumption because we had the paperwork of

6   all the indictments.  When it happened, they were

7   placing the death penalty.  So that's why I said

8   that.

9        Q.   Okay.  So that was an assumption you made?

10       A.   Because we had the paperwork on the RICO

11  indictments.

12       Q.   We're going to play a recording marked as

13  Z-3.

14            MR. BECK:  Your Honor, may we approach?

15            THE COURT:  You may.

16            (The following proceedings were held at

17  the bench.)

18            MR. BECK:  So I don't know what this

19  recording is and what the purpose is.

20            THE COURT:  What are we about to hear?

21            MR. LOWRY:  Your Honor, we're about to

22  hear a call to his brother that was made after the

23  call we posted yesterday.  By the way, the call

24  yesterday said that the FBI told him he was looking

25  at the death penalty.  He's just testified that that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    wasn't the case.  This is something that he came up
 2    with on his own, and here he is making a second
 3    call, talking to his brother, and saying the FBI
 4    told him he was looking at 20 years, life, or the
 5    death penalty.  So this is direct impeachment of his
 6    testimony.
 7              THE COURT:  And you're positive he says
 8    the FBI told him?
 9              MR. LOWRY:  Yes, I am, Your Honor.  I
10    listened to it twice last night.
11              THE COURT:  Okay.
12              MR. BECK:  I'll take him -- I think
13    yesterday's call did not say that the FBI told him.
14    The FBI talked to him about 30 years, and was
15    consistent about that.  He said he thought could
16    face the death penalty; that's fine.  If this call
17    says the FBI told him that, I think it's proper
18    impeachment.
19              MR. LOWRY:  Your Honor, he says -- I mean,
20    he says, "The FBI came and talked to me, they said I
21    could do this, this, or this."
22              THE COURT:  Okay.  Well, go ahead and play
23    it, then.
24              (The following proceedings were held in
25    open court.)
```



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                              1-800-669-9492
BEAN & ASSOCIATES, Inc.                 e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

```
 1            THE COURT:  Mr. Lowry.
 2            MR. LOWRY:  Your Honor, we'll come back to
 3   this.
 4   BY MR. LOWRY:
 5       Q.   Suffice it to say that after that initial
 6   encounter with the FBI, you did get an attorney.
 7       A.   Yes.
 8       Q.   And you set up a second meeting with the
 9   FBI and the prosecutors for March 6, 2017?
10       A.   Yes, I did.
11       Q.   And at that meeting -- that happened in
12   Albuquerque, New Mexico?
13       A.   No, Las Cruces, New Mexico.
14       Q.   Right here?
15       A.   Las Cruces.
16       Q.   Las Cruces.  And so they transported you
17   all the way down here early in the morning?
18       A.   Yes.
19       Q.   Okay.  And you sat down to talk with them
20   about this case?
21       A.   Yes.
22       Q.   And they gave you a letter saying, "You
23   can say anything you want and it won't be used
24   against you"; correct?  A Kastigar letter?
25       A.   Right.  Right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you sat down and told them what you
 2   knew?
 3        A.   Correct.
 4        Q.   What they asked you about at the February
 5   24 meeting.
 6        A.   Yeah.
 7        Q.   Okay.  And you told them that you had
 8   spoke with Mr. Baca sometime in 2012 or 2013?
 9        A.   Somewhere around there, yes.
10        Q.   Was that in the winter of 2012?
11        A.   I think it was around August of 2012.
12   Around August.  Somewhere around there.
13        Q.   Okay.  August of 2012 you spoke to Mr.
14   Baca?
15        A.   I'm not exactly sure the month and the
16   date, but it was somewhere around that time.
17        Q.   Okay.  So we're going to play for you the
18   clip.
19             (Tape played.)
20             MR. LOWRY:  I apologize, Your Honor, it's
21   the wrong clip.
22             MR. BECK:  And Your Honor, can we get an
23   instruction to the jury just to strike or disregard
24   if some of them understood.  I didn't, but
25   apparently there was some mention of it.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2130

```
 1    think anything in there was relevant.

 2              THE COURT:  All right.  Let's just

 3    disregard, and I'll strike from the record that tape

 4    that was played.

 5    BY MR. LOWRY:

 6              (Tape played.)

 7         Q.   So when you were talking to your brother,

 8    you said they, meaning the FBI, could hit you with

 9    20 years, a life sentence, or the death penalty?

10         A.   That's what it sounded like, yes.

11         Q.   And after you talked to your brother about

12    that situation, that's when you decided to come down

13    to Las Cruces to meet with the prosecutors and the

14    FBI?

15         A.   Yes.

16         Q.   And when you came down, you were feeling

17    out the situation with them to see what they could

18    do for you?

19         A.   I wasn't feeling the situation.  I just

20    wanted to talk to my family and see if I wanted to

21    go through with it.  That was it.

22         Q.   And actually, at that meeting your wife

23    was there, wasn't she?

24         A.   Yes, for a while, yes.

25         Q.   Okay.  And you spoke at length about this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    case?
 2         A.    What do you mean?  Yeah, I spoke to them,
 3    yes.
 4         Q.    And we talked about this a bit yesterday.
 5    You told the FBI and the prosecutors that you had
 6    spoke with Mr. Baca.  Now you're saying in August of
 7    2012.
 8         A.    I mean, I don't know the exact date and
 9    time and all that.  I mean, if you're trying to get
10    me to lie about everything like that, I don't know
11    what to tell you.  I mean, it's hard to remember
12    every single thing, you know.
13         Q.    I'm not trying to get you to lie.  I'm
14    trying to figure out what happened.  So when did you
15    meet with Mr. Baca, according to you?
16         A.    If you ask me what day and time and all
17    that, I can't tell you exactly what month, what
18    date.  But I know it was in 2012.
19         Q.    Right.  Well, you told the FBI and the
20    prosecutors it could have been 2013.
21         A.    Late 2012 or early 2013.  That's what I
22    said.
23         Q.    And my question to you was:  Does that
24    mean the winter of 2012?
25         A.    I think it's a little bit before that,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  because I told them that, but I'm not too sure

2  exactly.  It happened in 2012.  For a fact, it

3  happened in 2012.

4       Q.   Okay.  So when you told them it could have

5  happened in 2013, you were wrong?

6       A.   Yeah.  I was trying to figure it out.  I

7  mean, there were so many questions coming my way, so

8  I was trying to figure it out.

9       Q.   Okay.  And according to you, where did

10  that conversation take place?

11       A.   Housing unit 3-B at the North facility.

12       Q.   And what pod were you in?

13       A.   I was in W pod, and Anthony Baca was in X

14  pod.

15       Q.   How long had you been housed in W pod?

16       A.   I wasn't there that long.  I had just got

17  there from housing unit 3-A.

18       Q.   So what does that mean, you weren't there

19  that long?

20       A.   Maybe a few weeks.  I'm not too sure.

21       Q.   And how would you have communicated with

22  somebody in the pod next door?

23       A.   That's easy.  We went outside.  We talked

24  in the rec.

25       Q.   Now, at that point you had discussed with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  them about you traveling from PNM South in Santa Fe

2  down to Southern here in Las Cruces?

3       A.   Will you ask me the question again?

4       Q.   Sure.  When you spoke to them on March 6,

5  2017, you talked to them about your transfer from

6  PNM South, in Santa Fe, to Southern in Las Cruces.

7       A.   Actually, they transferred me to PNM

8  North.  And when I came to Las Cruces, I asked them

9  if they could transfer me to Southern.

10      Q.   So are you saying you didn't know you were

11  coming down to Southern?

12      A.   I don't understand what -- to talk to

13  them?  Yes, I knew I was coming down to talk to

14  them.  But I requested to go to Southern.

15      Q.   My question to you, Mr. Urquizo, is:  When

16  you spoke to these folks on March 6, 2017, right,

17  you talked to them about your transfer in early 2014

18  from PNM --

19      A.   Oh.

20      Q.   -- in Santa Fe to the Southern facility

21  here in Las Cruces.

22      A.   Yes, yes.

23      Q.   Okay.  And you told them that when you got

24  to Southern you were assigned HU 1-A, yellow pod, A

25  pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2134

1        A.    Yes, sir.

2        Q.    And when you came into the pod, you told

3   them that you had a conversation with Mario

4   Rodriguez and Timothy Martinez?

5        A.    That's right.

6        Q.    But when you were talking to them on March

7   6, you told them that you had that conversation by

8   holding up notes to a glass window.

9        A.    No.  That's not -- no, that's not what I

10  said.  What I said is, as soon as I walked in, they

11  were by the window.  I talked to them.  They told me

12  to go to the side door.  And when I went to the side

13  door, Mario Rodriguez asked me if I had that, and he

14  slid a letter underneath the door that he already

15  had written, because he knew I was already there

16  for, like, three hours, because my name was on the

17  board.  That's what I said.

18       Q.    Okay.  But in the FBI's report of your

19  meeting on March 6, it says that "Rodriguez asked

20  Urquizo if he had brought paperwork, and Rodriguez

21  held the note up to the door."

22       A.    No, that's not what I said.  That's not

23  what I said.

24       Q.    That's not what you said?

25       A.    No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So Mr. Acee got it wrong when he wrote it?
 2        A.    No, I said he slid the letter under the
 3   door.
 4        Q.    Okay.
 5        A.    You can't hold a letter to the window.
 6   There is no window on the side door.
 7        Q.    Could we bring up E-8?  Now, this isn't
 8   yellow pod.  This is blue pod.  But when you're
 9   talking about the door, you're talking about these
10   two doors; right?
11        A.    When I first seen -- yes, when I first
12   walked in and seen Mario, it was at the front door.
13   It has a little window.  I seen Mario and Timothy
14   Martinez, and they told me go to the side door.
15   That's the side door I went to, the bottom tier.
16        Q.    Okay.  Because that's where your housing
17   unit -- you were in cell 110.
18        A.    Yes, which is two doors down from where
19   that door is right there in yellow pod.
20        Q.    Can I show E-17 real quickly?
21              And you would agree with me that E-17 --
22   this is a shot of what that door between the pods
23   looks like?
24        A.    Um-hum.
25        Q.    It's a solid door?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   No window?

 3        A.   No, there is no window.  I just told you I

 4   didn't talk to him through a window right there.

 5        Q.   Okay.  Could I get G-162, please?

 6             Do you recognize this schematic at all?

 7        A.   Kind of looks like, yeah, the shape of the

 8   unit.

 9        Q.   Okay.  And you would agree with me that

10   this is what we refer to as the blue pod?

11        A.   I think so, yes.  I would like to see the

12   color of it to know exactly.  But, yeah, I think so.

13        Q.   And we were just looking at photographs of

14   the blue pod?

15        A.   Right.

16        Q.   Okay.  And this would be the yellow pod,

17   where you were housed?

18        A.   Right.

19        Q.   And this would be the green pod?

20        A.   Right.

21        Q.   Okay.  And if you were in room 110, this

22   would have been your cell right there?

23        A.   On the bottom tier, yes.

24        Q.   On the bottom tier?

25        A.   Right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2137

 1    Q.   So if the FBI report indicates that you

 2 were communicating with folks in the next pod

 3 through glass, that's what you told them on March 6?

 4    A.   You're misunderstanding what you're

 5 reading.  That says, "When I first arrived to the

 6 unit Mario Rodriguez and Timothy Martinez were

 7 standing in front of blue pod, which has a little

 8 window, and I talked to them right there through the

 9 front, and then he told me, 'Go to the side door,'"

10 and that's where I went, which is the side door when

11 I went to yellow pod.

12    Q.   So you didn't hold up any notes to them on

13 the glass when you walked in?

14    A.   No, I just came in.  No.

15    Q.   Now, the purpose of meeting with the

16 Government was to tell them everything that you

17 thought you knew about the Molina murder?

18    A.   Not what I thought; what I know.

19    Q.   Okay.  You didn't say anything about this

20 meeting with Mr. Baca the day that you departed from

21 the North facility to the South facility.

22    A.   What do you mean?  Yes, I had told them

23 right away.  I had told them that I talked to them

24 about it.

25         MR. LOWRY:  May I approach, Your Honor?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2138

```
 1            THE COURT:  You may.
 2  BY MR. LOWRY:
 3       Q.   Mr. Urquizo, I handed you a report of your
 4  meeting with the FBI and the prosecutors on March 6,
 5  2017.  Take your time to review it and show me in
 6  that report where you discussed the meeting with Mr.
 7  Baca the day that you left for the South facility.
 8       A.   No, I told you that I discussed it with --
 9  the first time I talked to Acee, he asked me more or
10  less to give him a little detail so he could see
11  that I was being truthful.  And right there it does
12  say the first time I heard about the hit with Molina
13  was 2012, 2013.  And I told you that's around the
14  time that I talked to Anthony Baca.  So that's how I
15  learned about it.
16       Q.   I think you told me it was in August.
17       A.   Oh, man.  Well, what I'm saying is:  I
18  don't know the exact date, month or time.  I mean,
19  if you're trying to get me about that, I don't know
20  what to tell you.  I don't know the exact date.  I
21  didn't write it down.  If I knew I was going to be
22  testifying back, then I would have wrote everything
23  down on a paper so I could have exact dates.  But I
24  wasn't thinking like that back then.
25       Q.   So you don't know what time of day it was?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2139

1        A.    No.   What I'm saying is:   It seems to me
2  like that's what you want me to tell you, the exact
3  month, exact date, the exact time, and I can't tell
4  you all that because I can't remember every single
5  detail.
6        Q.    No, I'm just asking you what time of day
7  it was.
8        A.    What do you mean?   It was daytime.
9        Q.    Was it the morning?
10        A.    Yeah.   Well, we went to rec, so it had to
11  be between -- we go to the rec from 7:00 to 4:00, so
12  it had to be between that time.
13        Q.    So in this report show me where you spoke
14  to the FBI about this meeting with Mr. Baca when you
15  were transferred from the North facility to the
16  South facility.
17        A.    It does tell you right there that when I
18  was in W-5, North facility, I spoke to Baca.   It
19  does say it right there.
20        Q.    That is the meeting in August.   When were
21  you transferred from the North facility to the South
22  facility?
23        A.    Actually, it's not the meeting from
24  August.   If I'm looking at the paper, you told me
25  the dates to look at it, it says 3/16/2017.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Mr. Urquizo, I'm asking you a simple

2  question.  When were you transferred from the North

3  facility to the South facility in Santa Fe?

4      A.   Before when this happened, or --

5      Q.   I'm just asking you a very simple

6  question.  When were you transferred from the North

7  facility to the South facility before you arrived at

8  Southern just before the Molina murder?

9      A.   It was in, I believe, late 2012.

10     Q.   Okay.  So the last meeting you had with

11 Mr. Baca would have been?

12     A.   Before I went to the South.

13     Q.   And so you're saying that that's the

14 meeting you're talking about there on the front page

15 of that report?

16     A.   Yes.

17     Q.   Now, when you met with the FBI on March 6,

18 did you listen to audio recordings of you with other

19 inmates that were made in the facility?

20     A.   No.

21     Q.   You didn't?

22     A.   No.

23     Q.   Okay.  Did they talk to you about your

24 brother's exposure to criminal liability for

25 assisting you in shot-calling at South?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   No, that's not exactly what happened.

2 When I decided to talk to the FBI and to the U.S.

3 Attorneys, I told them that there was something that

4 happened that kind of involved my brother, but he

5 did not know that he was actually involved.  So I

6 wanted to make sure that nothing happened to him if

7 I spoke about it, and they said they weren't after

8 him.

9      Q.   And they told you if you cooperated with

10 them, they'd make sure your brother didn't get into

11 trouble?

12      A.   No, they told me from the get-go that they

13 weren't after him.

14      Q.   Then why were they asking questions about

15 your brother's involvement in shot-calling down in

16 Las Cruces?

17      A.   No, that's not what they were asking me.

18 I told them that Mario Rodriguez and Jerry Montoya

19 made a phone call to my brother not to forget for me

20 to get that letter.  So I told them that, but I

21 didn't want my brother -- because he didn't know

22 what was happening.  So they said, "We're not after

23 your brother."

24      Q.   Well, you made a deal with them so your

25 brother wouldn't get prosecuted.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2142

1        A.   No, that's not what I did, no.  I just --
2    they straight, flat-out told me from the get-go that
3    they were not after my brother; they weren't
4    concerned about that.
5        Q.   Following that meeting, you called your
6    brother and told your brother that the FBI was
7    asking questions about his criminal conduct.  Do you
8    remember that?
9        A.   No, I don't remember that.  They didn't
10   ask me.  They just asked me if he was an SNM Gang
11   member, and I said yes.  That was it.
12       Q.   Do you remember telling your brother that
13   not only were they asking questions; you tried to
14   deflect those questions?
15       A.   No, I don't remember saying that.  I can't
16   remember.  And if you're asking me, it wasn't
17   actually the FBI that asked me about that.  It was
18   some lawyer who came to talk to me about all that
19   stuff, and it was for -- Billy Garcia's lawyer.
20   Now, that's who came and asked me a lot of questions
21   about my brother, about being in Southern.
22       Q.   But when you were talking with the
23   prosecutors in this case, they were asking about
24   your brother's drug-dealing activities between New
25   Mexico and Baltimore, Maryland, and yours?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, I never -- I never drug-dealed from

2 here to Baltimore or nothing like that.

3      Q.   You're from Clovis; correct?

4      A.   Correct.

5      Q.   And you knew David Calbert because he's

6 from Clovis.

7      A.   Right.

8      Q.   And you knew Eric Duran, because he's from

9 Clovis.

10      A.   Correct.

11      Q.   And are you telling this jury you didn't

12 work with Eric Duran and his drug dealings?

13      A.   No, I didn't.  I never did work with Eric

14 Duran, no.

15      Q.   So you called your brother to tell them

16 that he was in the clear because you worked out a

17 deal with the Government where he wouldn't get

18 prosecuted?

19      A.   No.  I just told my brother that he had

20 nothing to worry about because he wasn't involved in

21 anything.  And I told him what happened with me,

22 telling them about Jerry Montoya and Mario Rodriguez

23 calling them.

24      Q.   You actually told your brother that if you

25 cooperated with the United States they were going to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   take care of everything and he'd be safe.
 2        A.    I mean -- of course.  After I decided that
 3   I was going to testify, I was going to be worried
 4   about him.  He's an SNM Gang member.  I mean, come
 5   on.
 6        Q.    That was part of your deal.  That was a
 7   benefit you got from the United States, that your
 8   brother wasn't going to get prosecuted.
 9        A.    I don't know if that's a benefit.  That's,
10   like, looking out for my brother as well as my
11   family.  Now my life is in danger, the rest of my
12   life.  What I'm doing right now, sitting right here
13   telling.
14        Q.    But my question to you, Mr. Urquizo, is:
15   They told you if you cooperated, they would not
16   prosecute your brother.
17        A.    Man, they didn't tell me that.  I mean,
18   you keep asking the same question.  I'm going to
19   tell you the same answer.  They didn't tell me that.
20        Q.    Do you remember telling your brother that?
21        A.    Like I told you, I told him that I talked
22   to them and I told them about the phone call, and
23   they weren't going to mess with him.  They told me
24   they're not after him, and that's what it was.
25        Q.    How did you know that they weren't going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2145

1  to mess with him if you didn't have a deal?

2      A.   Because my brother has never done nothing

3  for SNM, to begin with.  Everything that -- I've

4  actually done everything so they wouldn't mess with

5  my brother.  He's my little brother, so I protect my

6  little brother always.

7           MR. LOWRY:  Your Honor, I'm going to play

8  another audio clip of a conversation that Mr.

9  Urquizo had with his brother on March 12, following

10 his meeting with the United States on March 6.  And

11 part of this is in Spanish.  Exhibit Z-4.

12          (Tape played.)

13     Q.   When you're talking about -- you said to

14 your brother, "I want to make sure my carnal is all

15 good, too, and all that, you know."

16     A.   But if you listen to the beginning of the

17 call, I was talking about Wild Bill's lawyers.

18     Q.   Sure.  At the beginning --

19     A.   And they're the ones that started talking

20 about all this stuff that happened in Las Cruces.

21 So I then brought it to their attention about what

22 was happening with Wild Bill's lawyers.  So all

23 that -- the whole beginning of the conversation was

24 talking about Wild Bill's lawyers.

25     Q.   But at the end of the conversation, you're

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  talking about your brother, and you tell the United

2  States you want to make sure your carnal is all

3  good, too, and all that.

4      A.   Well, you just hear the beginning of the

5  conversation with -- Wild Bill's lawyers came, they

6  were asking us about stuff that happened in Las

7  Cruces back in the early 2000s that we had no part

8  of it.

9      Q.   Did Wild Bill's lawyers tell you, "If

10 you're truthful, and everything, we'll take care of

11 everything"?

12     A.   No.

13     Q.   Of course not.  Because that's what the

14 United States told you.

15     A.   Wild Bill's lawyers was trying to throw

16 things off on us.  That's what they were trying --

17     Q.   You were concerned about your brother

18 getting prosecuted by the United States Government.

19     A.   No, not prosecuted.  Maybe after Wild

20 Bill's lawyers talked to me, that maybe they would

21 want to go talk to him, and then maybe the feds will

22 maybe try to get involved in it.  It wasn't for

23 sure.

24              MR. LOWRY:  May I approach, Your Honor?

25              THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MR. LOWRY:

2      Q.   Mr. Urquizo, there is only mention of one

3  conversation that you purportedly had with Mr. Baca

4  in this document.

5      A.   Actually, there's that first time I talked

6  to him right there in the cages.  And before I left

7  to the South, I talked to him again.

8      Q.   But in this document that I asked you to

9  look through, there is only a mention of a single

10  conversation.

11     A.   Okay.

12     Q.   Now, in this document you also talked

13  about the Julian Romero assault.

14     A.   Right.

15     Q.   And we talked about this a little bit

16  yesterday, but in this document where you met with

17  the United States on March 6, this document says

18  that Ray Baca asked that Mr. Romero be beaten up,

19  but not be stabbed or killed.

20     A.   Yeah, I think there was a mess-up right

21  there.  What I was trying to say was that he

22  wanted -- Anthony Baca wanted him killed, but

23  Jonathan Gomez said, "No, we should just beat him

24  up.  They should have took care of that a long time

25  ago."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Then the next sentence of this document

2  says that Viarenga, Villegas, David Chavez, a/k/a

3  Whacky, were supposed to kill Romero despite Baca's

4  directive.

5    A.   Yeah.  That right there, the names got

6  switched around.  I don't know if I accidentally

7  mistakenly said it like that.  But what I was trying

8  to say, that it was Anthony Baca had to kill him,

9  but Jonathan Gomez said, "No, we should just beat

10 him up."

11        By this time Anthony Baca was out of state

12 already, so he wasn't be the one locked down the

13 whole time after what was going to happen.

14   Q.   Let's be clear about this.  You never

15 spoke directly to Mr. Baca about this Romero

16 assault.

17   A.   I never said I did.

18   Q.   I'm asking to be clear about it, for this

19 jury.

20   A.   Yes, I never did say.

21   Q.   The only thing you heard about the Romero

22 assault came from Mr. Gomez.

23   A.   Yes, sir.  Well, not the only time.  It

24 had been ongoing for years.  But yeah, that time,

25 yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And that's because Gerald Archuleta wanted

2  Mr. Romero dead?

3    A.   That was the original hit.

4    Q.   And that's why you called Gerald

5  Archuleta, to congratulate him on a job well-done.

6    A.   No.  The reason I called him was because

7  that's the only way I could get hold of him, and

8  Anthony Baca was out of state.  But he got word.

9    Q.   So after this meeting you had with the

10  Government on March 6, 2017, you were signed up as a

11  confidential human source of information, weren't

12  you?

13    A.   Yes.

14    Q.   And you started receiving benefits right

15  away, didn't you?

16    A.   No, not right away.  Like a few months

17  afterwards.

18    Q.   You had a contact visit with your wife at

19  that meeting; correct?

20    A.   That's a -- yeah, I guess it is.

21    Q.   Correct?

22    A.   Yes.

23    Q.   And you got to embrace her?

24    A.   Yeah.

25    Q.   And you apparently kissed her?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2150

```
 1       A.   Yes.

 2       Q.   Were you alone at the time?

 3       A.   No, I was in there with my lawyer.

 4       Q.   And she bit you on the lip?

 5       A.   Huh?

 6       Q.   Did she bite you on the lip?

 7       A.   When she kissed me, yeah.

 8       Q.   She didn't bite you on the lip?

 9       A.   Yeah, whenever she kissed me, yeah, she

10  bit on my lip, yeah.

11       Q.   That was a benefit.

12       A.   I guess, man.  Yes, I guess.

13       Q.   Is this humorous to you?

14       A.   No, but that's, like, why would you even

15  ask me that if it's a benefit?  Come on, man.  It's

16  my wife.  I kissed her.  I was happy to do it.  I

17  mean --

18       Q.   And you started getting money on your

19  commissary account?

20       A.   Yes.

21       Q.   And your expectation leaving that meeting

22  was that you were going to get a significantly

23  reduced sentence.

24       A.   Not expectations.  Hopeful.

25       Q.   Hopeful, but you talked to your wife about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   the sentencing exposure you thought you were going
2   to have, didn't you?
3        A.   Yes.  And said yesterday I was comforting
4   her.  I mean, I don't know exactly what I'm going to
5   get.  I was trying to make it easy on her.  I mean,
6   it's kind of hard to tell your wife what's going on.
7   She don't even know exactly what's going on with
8   this whole SNM thing.  She don't understand it.
9        Q.   But you told her you thought your sentence
10  would be down below five years.
11       A.   I told her I was hopeful for anything,
12  honestly.
13       Q.   No.  You told her that if you recruited
14  other informants to help the Government and tell
15  them what they wanted to hear, that you would get
16  substantial reductions in your sentence.
17       A.   Okay.  Like I said, again, I'm hoping for
18  it.  I was hoping for that.  I still am hoping for
19  whatever sentence I get.
20       Q.   But you didn't tell her you were hoping
21  for that.  You said if you turned David Calbert, you
22  would get five years off your sentence?
23       A.   I said -- I was mentioning -- again, I was
24  mentioning that assumption right there, myself, that
25  I was hoping that would happen.  I was comforting my
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   wife, and that's what I told her.

2        Q.   Did you use the word "hope" in that

3   conversation with your wife?

4        A.   I didn't know I had to.  But if I knew

5   this was going to happen, I would have said that,

6   yes.

7        Q.   So when you met with the Government on May

8   6, you didn't think you were going to have to

9   testify in this case?

10       A.   No, of course I knew I was going to

11   testify.  I was ready to testify.

12       Q.   Okay.  So my question is:  You expected a

13   sentence of less than five years based on your

14   conversation with the folks at this table.

15       A.   No, man.  I was hoping I could get

16   anything.  I don't expect it.  They made me clear

17   that there was no promises whatsoever when it came

18   to my time.

19            MR. LOWRY:  Can you play Z-6?

20            Your Honor, I'm going to play for the jury

21   Z-6, Defendants' Z-6, which is a conversation

22   between Mr. Urquizo and his wife.

23            (Tape played.)

24   BY MR. LOWRY:

25       Q.   So this Vato they were supposed to reel in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was David Calbert?

2         A.    I don't know if I was talking about David

3    Calbert, but...

4         Q.    Well, in an earlier call you talked about

5    David Calbert and Blue, landing them.

6         A.    Right.

7         Q.    And you wanted to land them because you

8    would get the benefit of a sentence reduction by

9    recruiting for the United States.

10        A.    But I also said on the conversation they

11   would consider it.

12        Q.    Right.

13        A.    So I mean, of course, if I'm helping them,

14   I'm sure they were going to consider, see that I'm

15   trying to help and even get other SNM Gang members

16   to come this way and help out to take SNM down.  So

17   of course, they're going to probably try to help me

18   out the best way they can.

19        Q.    And your math, in that conversation --

20   your sentence was below five years.

21        A.    Well, actually, like I told you, I had a

22   federal book, and it has the 5K, and actually,

23   that's where I got a lot of the information.

24   Because if you read through the federal book and it

25   talks about the 5K, and talks about if you help out,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they can reduce your sentence a lot, actually, if

2  you help out.  And they recommend it.  It's up to

3  the courts, of course, but that's how I got a lot of

4  my information about that.

5       Q.   Sure.  Let's talk about that 5K.  Now, the

6  5K is, if the folks at this table think you're being

7  truthful, they can file a motion with this Court for

8  you to get a reduction in your sentence.

9       A.   Correct.

10      Q.   But only if they think you're truthful?

11      A.   Correct.

12      Q.   Now, you testified yesterday that you had

13 given up drugs -- or hold on for a second.  I'll get

14 the exact quote.  I believe you testified that, "I

15 tried to step away from drugs."

16      A.   Right.

17           MR. LOWRY:  May I approach, Your Honor?

18           THE COURT:  You may.

19           MR. LOWRY:  And Your Honor, I've marked

20 this for identification purposes as Exhibit EO.

21 BY MR. LOWRY:

22      Q.   Mr. Urquizo, do you recognize that?

23      A.   I just barely seen it the other day.  They

24 had shown me for the first time.

25      Q.   Is that something that was in your cell?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

2155

1      A.   I was told that it was in my cell, but I
2   really don't know if it was or wasn't.
3      Q.   You don't know if that was in your cell?
4      A.   No.  They had told me it came out of my
5   cell.
6      Q.   The FBI says it came out of your cell.
7      A.   The FBI -- the New Mexico Department of
8   Corrections told them that it came out of my cell.
9   That's how they made that it came out of my cell.
10     Q.   So you're testifying to this jury that
11  that letter wasn't found in your cell?
12     A.   I don't know if it was.  I wasn't in my
13  cell when they found it or when they said they found
14  it, so I can't tell you yes or no about it.
15     Q.   Have you ever read that letter?
16     A.   Just a few days ago.  I barely got a copy
17  just a few days ago.
18     Q.   And that letter is discussing how to
19  smuggle drugs into the Department of Corrections?
20     A.   Yes, I read it.
21     Q.   When is the last time you used Suboxone?
22     A.   A few years ago.  It's been a few years.
23  I don't want to say the exact year, because you all
24  will attack me about the year.  But it's been a few
25  years.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So when your truthfulness is being
2  assessed whether that letter is yours or not, the
3  folks at this table are going to make that
4  assessment?
5    A.   Right.
6    Q.   You also testified yesterday on direct
7  examination about an assault of Greg Chacon in
8  December of 2016?
9    A.   Correct.
10   Q.   And you testified to this jury that that
11 assault was SNM business.
12   A.   That was politics.
13   Q.   Do you remember talking to your wife about
14 that assault being over the phone battery dying
15 before you got it?
16   A.   I'm not going to get on the phone and tell
17 her it was over SNM.  That would be the stupidest
18 thing ever.
19   Q.   But you told her that it was about the
20 phone battery dying?
21   A.   Yes, I did.
22   Q.   Why talk about it at all?
23   A.   Because I got locked down.  I couldn't use
24 the phone.  When I finally got to use the phone, I
25 told her what happened.  I had somebody actually

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    call her and tell her that I got in a fight.

2          But STIU and everybody listens to our

3    phone calls.  I wasn't going to say it was SNM

4    gang-related.  That would be the craziest thing.

5          Q.   So you fabricated a story for her?

6          A.   No, not fabricated.  I just didn't want to

7    tell her -- if I would have got a bid to where I

8    could tell her -- eventually I told her the truth.

9    But I couldn't tell her because on the phone they

10   record all that.  That would be stupid for me to do

11   that.  I would have got moved out of that pod as

12   soon as they heard that conversation.

13         Q.   But I thought you said that's what you

14   wanted to do, is get out of the pod, get away from

15   it.

16         A.   Yeah, but I also said that I was not going

17   to walk out like that.  So whenever they approached

18   me, that was good.

19         Q.   You also testified on direct yesterday

20   that you told your wife you're going to get from

21   between ten and fifteen years, hopefully.

22         A.   Yeah.  Somewhere around there.

23         Q.   And we just heard the conversation you had

24   with your wife when you were talking about less than

25   five.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2158

```
 1        A.   And I also said, too, that if I was
 2   helping to try to get other people to come this way,
 3   that maybe they could drop it even more.  I believe
 4   I said that, too.
 5        Q.   At the end of the day, it's the folks at
 6   this table who decide whether you're being truthful
 7   or not.
 8        A.   Yes, sir.  And I'm being 100 percent
 9   truthful.
10             MR. LOWRY:  May I approach, Your Honor?
11             THE COURT:  You may.
12   BY MR. LOWRY:
13        Q.   Mr. Urquizo, do you recognize this
14   photograph?
15        A.   Yeah.  It looks like the layout of the New
16   Mexico Corrections Department.
17        Q.   And what facility does that depict?
18        A.   I don't know.  It could be the North or
19   the South.  They're almost exactly the same.
20        Q.   So you can't tell the difference between
21   whether that's the North or the South facility?
22        A.   I think it's the North.
23             MR. LOWRY:  Your Honor, we've marked this
24   as EP, and move for its admission.
25             THE COURT:  Any objection, Mr. Beck?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1            MR. BECK:  No objection, Your Honor.
2            THE COURT:  Anybody else have any
3    objection?  Not hearing any, Defendants' Exhibit EP
4    will be admitted into evidence.
5            (Defendants' Exhibit EP admitted.)
6       Q.   Mr. Urquizo, for the benefit of the jury,
7    we talked about all these facilities.  But this is
8    the North facility at Santa Fe.  Can you tell me
9    what unit this is?
10      A.   I can't really notice from the top like
11   that.
12      Q.   But there are three separate units.
13      A.   Right.  I'm looking for -- if I know where
14   the baseball field used to be at, then I would know
15   exactly where -- I can't really tell, honestly.
16   From the top like that, I can't tell.
17      Q.   Okay.  Well, do you recall the
18   recreational cage where you claim that this
19   conversation happened with Mr. Baca?
20      A.   Which conversation?  The first
21   conversation or second one?
22      Q.   Either one.
23      A.   The first one, yeah, we were right next to
24   each other, cage 1, cage 2.  He was in 1, I was in
25   2.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Show me the cages on there, on the map.

2      A.   I just told you, I don't know which one --

3  I can't really -- I don't know which ones it is.  I

4  can't tell from the top like that.  You'd have to

5  show me, like, the cages directly.  I can't tell you

6  right there.  I really can't.

7      Q.   Okay.  So how many years did you live in

8  this facility?

9      A.   Like 14.  But I never really seen it from

10  the top like that, so...

11     Q.   Okay.

12          MR. LOWRY:  May I approach, Your Honor?

13          THE COURT:  You may.

14          MR. LOWRY:  Your Honor, Mr. Beck said he'd

15  stipulate to the admission of EQ, and I'd move for

16  the admission of EP and EQ.

17     A.   Actually, now I could see them.  There is

18  a track in the middle, so that's -- where the

19  track -- where it's open, that's a basketball court

20  right there.  And that's where it is, right there.

21          THE COURT:  All right.  EP has already

22  been admitted, and EQ.  Any objection, Ms. Jacks?

23          MS. JACKS:  No.

24          THE COURT:  Not hearing any objections

25  from any of the other defendants, it's all right

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with you, Mr. Beck?
 2              MR. BECK:  Yes, Your Honor.  No objection.
 3              THE COURT:  Then Defendants' Exhibit EQ
 4   will be admitted into evidence.
 5              (Defendants' Exhibit EQ admitted.)
 6   BY MR. LOWRY:
 7        Q.   Mr. Urquizo, you can touch that screen and
 8   point out the track, so everybody understands.
 9        A.   It's kind of hard to reach, but I believe
10   it's the one with the -- looks like it's kind of red
11   cages.  From the top, it looks like it's red.
12   Honestly, I can't really tell.  Yeah, I think it's
13   better if I get something like maybe where the cages
14   are when you first walk in.  It's kind of hard for
15   me to really tell.  I don't want to start pointing
16   out things that I'm not too sure about.
17        Q.   Sure.  And I don't want you to speculate,
18   either.  But it's your testimony that you lived in
19   this facility for 14 years and you don't know which
20   is housing unit 1, housing unit 2, or housing unit
21   3?
22        A.   I know the housing units, but I haven't
23   seen it like that from the top, so it's kind of
24   confusing.  If you show me, like, from the sides --
25   I know housing unit 1-A and 1-B are together and,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2162

```
 1  2-A and 2-B, and then 3-A and 3-B.  Now, if you
 2  point out which housing unit it is, I can tell you
 3  exactly.  But I can't look at the top and, oh, it's
 4  that one and that one.  I can't do that.
 5      Q.   So you testified to this jury that there
 6  was a point in time where you were in an exercise
 7  cage and you could see Mr. Baca on the inside of the
 8  facility.
 9      A.   Yes, Q pod is -- from the first cage, Q
10  pod is from, like, here to where the second juror is
11  sitting.  It's not that far.
12      Q.   So can you show me Q pod on this diagram?
13      A.   No, I can't.  That's the problem.  I don't
14  know exactly what we're looking at.
15      Q.   Well, you're looking at the North facility
16  for the Penitentiary of New Mexico in Santa Fe.
17      A.   Yeah, but I don't know exactly where
18  the -- which -- what I'm trying to get at is, I
19  don't know which unit is which one.  If I knew
20  exactly which unit, then I can point it out to you.
21      Q.   Okay.  Mr. Urquizo, this is Exhibit EQ.
22  If I represent to you that this is housing unit 3 --
23      A.   Okay.  And now we see those cages right
24  there on the side, and there is the building right
25  there on the side?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        Q.    Okay.  And again, point out to us, so we
2    all have the same understanding --
3        A.    Yeah, that's --
4        Q.    Okay.
5        A.    There is a row of cages on the very top.
6    I can't really touch the screen, but that row right
7    there on the very top.
8        Q.    Are you talking about this?
9        A.    Yes.  Those are the cages, and there is a
10   little walkway, and then right across the walkway is
11   exactly where all of the cell windows are to Q pod
12   and R pod.
13       Q.    Okay.  Now, I'm going to bring you a copy
14   of this Exhibit EQ and ask you to mark where the Q
15   pod and the R pod are.
16       A.    Okay.
17            MR. LOWRY:  May I approach, Your Honor?
18            THE COURT:  You may.
19       A.    Which do you want me to mark?
20   BY MR. LOWRY:
21       Q.    Where is the Q pod?
22       A.    Q pod is right here, and R pod is right
23   here.
24       Q.    Okay.  Will you mark it down on the right
25   so we can see it later?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                        1-800-669-9492
                                            e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Q pod and R pod.
 2        Q.   Do you want to initial that right over
 3   here?
 4        A.   (Witness complies.)
 5        Q.   And it was your testimony that on your
 6   last day that you were at the North facility, you
 7   saw Mr. Baca as you were out in the rec yard and he
 8   was in Q pod?
 9        A.   Correct.
10        Q.   And then you were transferred to the South
11   facility in Santa Fe?
12        A.   Yes.
13        Q.   And after that, you were transferred to
14   the Southern facility here in Las Cruces?
15        A.   Yes.
16        Q.   Now, I want to finish talking about the
17   final benefits.  You said on direct that you were
18   given only two to three hundred dollars?
19        A.   I think so.  Somewhere around there.
20        Q.   Okay.  Would it surprise you to learn that
21   you got about twice that much, a little over $650?
22        A.   I'm not too sure how much I got, honestly.
23        Q.   You weren't tracking it?
24        A.   No, I wasn't really tracking it.  I mean,
25   I just had it on my books.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          Q.   But the big benefit that you're going to
 2   get for your testimony is to run your state sentence
 3   concurrent with your federal sentence, isn't it?
 4          A.   Hopefully.
 5          Q.   Well, that's built into your plea
 6   agreement, isn't it?
 7          A.   Yes.
 8          Q.   And so part of that is, you get to run all
 9   of your time at the same time.
10          A.   That's what we're hoping, yes.
11          Q.   Well, you're not hoping for that; you
12   built it into your plea agreement.
13          A.   Yeah, I built it into my plea agreement.
14   But at the end of the day, it's still going to be up
15   to the Courts if I get that or not.
16               MR. LOWRY:   May I have a moment, Your
17   Honor?
18               THE COURT:   You may.
19   BY MR. LOWRY:
20          Q.   Mr. Urquizo, do you have any sense of how
21   much time you have left on your state charges?
22          A.   I was thinking nine to twelve years, but I
23   was told maybe even more than that.  Maybe, I don't
24   know, 15, 16, 17.
25          Q.   So you have a substantial amount of state

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   time still pending?

 2        A.   Correct.

 3        Q.   And so if you get this sentencing

 4   reduction you're anticipating to get off of your

 5   20-year sentence, you could get out of this without

 6   serving an additional day in prison; correct?

 7        A.   What do you mean?

 8        Q.   Well, if your federal sentence is equal to

 9   or less than your state sentence, you can get out

10   without doing any additional time; right?

11        A.   Besides the federal time that I got to do,

12   that's what I'm hoping for, yes.

13        Q.   Your federal time is going to run at the

14   same time as your state time.

15        A.   That's -- yes.

16             MR. LOWRY:  No further questions, Your

17   Honor.

18             THE COURT:  Thank you, Mr. Lowry.

19             Any other defendants?  Ms. Bhalla?

20                   CROSS-EXAMINATION

21   BY MS. BHALLA:

22        Q.   Good morning, Mr. Urquizo.

23        A.   Good morning.

24        Q.   If I understand your testimony correctly,

25   you first began cooperating or first sat down with
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2167

```
 1   the Government in February of 2017; is that correct?

 2        A.   Correct, ma'am.

 3        Q.   You might have to speak up a little bit.

 4   I'm sorry.

 5        A.   Yes, ma'am.

 6        Q.   And in that initial meeting, Special Agent

 7   Acee was there, yes?

 8        A.   Yes.

 9        Q.   And you indicated to him that you wanted

10   to protect yourself from prosecution, yes?

11        A.   Correct.

12        Q.   And Agent Acee told you that he understood

13   that, and he would get you a lawyer; is that

14   correct?

15        A.   Yes.

16        Q.   And he did that.  The federal government

17   got you a lawyer, didn't they?

18        A.   Yes, he did.

19        Q.   And after you got a lawyer, you went back

20   and you met with them again in March of 2017; is

21   that correct?

22        A.   Correct.

23        Q.   Okay.  And at that time they gave you a

24   Kastigar letter; is that correct?

25        A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2168

```
 1        Q.   And the Kastigar letter means it's going
 2   to protect you from prosecution for what you say to
 3   them; correct?
 4        A.   Correct.
 5        Q.   Okay.  The complaint in this matter
 6   charging you was filed on August 31 of 2017; is that
 7   correct?
 8        A.   Yes.
 9        Q.   Okay.  Have you had a chance to look at
10   that complaint?
11        A.   Yes, I have.
12        Q.   Okay.  And you're aware that you were
13   alleged to have been involved in 39 overt acts; is
14   that correct?
15        A.   Yes.
16        Q.   Okay.  And you entered a plea in this
17   matter in January of this year; is that correct?
18        A.   Yes, I did.
19        Q.   And you didn't plead guilty to any of
20   those 39 overt acts, did you?
21        A.   I pleaded guilty to everything that was on
22   there.
23        Q.   There was one count of RICO conspiracy
24   that you pled guilty to; isn't that correct?
25        A.   But it was the one thing --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   It's a yes-or-no question.

2      A.   I don't really understand this, so --

3      Q.   Would you like me to show you a copy of

4  the plea agreement?

5      A.   I know the plea agreement.

6      Q.   So the question is yes or no.  Did you

7  plead guilty to one count of a RICO conspiracy?  Yes

8  or no?

9      A.   I did, yes, I guess.

10     Q.   Okay, thank you.

11          In August of 2017, you met with Special

12 Agent Acee and you talked about this case; is that

13 correct?

14     A.   Correct.

15     Q.   And you talked a little bit about the --

16 is it the Sosoya or the Sosa hit?  I get them

17 confused.

18     A.   Sosoya hit.

19     Q.   And you told Agent Acee that a lot of that

20 had to do with Mario Rodriguez stirring the pot; is

21 that correct?

22     A.   No.  Afterwards, I mean, because it was

23 something that had happened a long time ago with

24 Robert Martinez and Carlos Herrera.

25     Q.   Let me take you to that 302.  Okay.  So

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   this meeting took place on August 22 of 2017;
 2   correct?
 3        A.   Correct.
 4        Q.   And you talked about the Sosoya hit;
 5   correct?
 6        A.   Right.
 7        Q.   And you stated -- and tell me yes or no,
 8   if this is right or wrong -- "Martinez did not want
 9   to look like a punk so he and Blue, Mario Rodriguez,
10   hit Alex Sosoya.  Mario Rodriguez was the one
11   stirring the pot and instigating the fight."
12             Did you say that?  Yes or no?
13        A.   I never denied it.  I just didn't deny it
14   earlier.  I just went back to how it all started.
15        Q.   Did you say that?  Yes or no?
16        A.   Yes.
17        Q.   Okay.  And you also told Special Agent
18   Acee, "Mario wanted to be a leader, but his prior
19   charges won't let that happen."  Did you say that?
20        A.   Right.
21        Q.   What do you know about Mario Rodriguez's
22   prior charges?
23        A.   He picked up a sexual crime when he was in
24   the county jail.
25        Q.   Okay.  And then you stated to Mr. Acee --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2171

1   and you tell me if you said this or tell me if you

2   didn't say it -- "All the guys started questioning

3   Rodriguez, and his motivation for sexually

4   assaulting Holguin.  Urquizo" -- I'm sorry.  That's

5   the end.  Did you say that?

6        A.   Yes.

7        Q.   Okay.  Did you also tell him that the

8   Holguin assault was not gang-related and was very

9   strange?

10       A.   Yes.

11       Q.   Okay.  What did Mario Rodriguez do in that

12  assault, do you know?

13       A.   To Holguin?

14       Q.   Yes.

15       A.   He put -- him and other individuals put a

16  hot sauce inside of Holguin's ass, I guess you could

17  say.

18       Q.   Why did they do that?

19       A.   Because it was believed he was a child

20  molester.

21       Q.   But you testified that Mario Rodriguez

22  also had sex offenses in the past; is that correct?

23  Yes or no?

24       A.   No, that's not what I said.  I said county

25  jail.  I'm talking about that right there.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                 1-800-669-9492
                                                       e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2172

1    Q.   No, I know you're talking about Mr.
2  Sosoya.  I'm asking you if Mario Rodriguez had prior
3  sex offenses.  Yes or no?
4    A.   No.  No.  That's not what I said.
5    Q.   Is it correct, then, that you said that he
6  wasn't going to be a leader because people suspected
7  he had prior sex charges?
8    A.   He got sex charges for doing that to
9  Holguin.  That's what I'm saying.
10    Q.   Okay.  You testified on --
11         MR. VILLA:  Judge, I need some help.
12         THE COURT:  Ladies and gentlemen, why
13  don't we take a break for this morning?
14            (The jury left the courtroom.)
15         MR. VILLA:  Your Honor, it appeared Mr.
16  Perez is having a seizure.  So I think he needs to
17  be examined by a health care provider of some sort.
18  He was having a serious cough, and then appeared to
19  be seizing to me and to the Marshal Service.
20         MS. DUNCAN:  Me, as well, Your Honor.  I
21  just want to say I saw the same thing, Your Honor.
22  He seemed to seize, and his head fell back and was
23  not responsive to his counsel.
24         MS. JACKS:  We saw it, as well, from
25  behind him, Team Sanchez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. VILLA:  As you recall some of the
 2   testimony from Dr. Brislen, he does have a seizure
 3   disorder.  And we've been having trouble getting him
 4   to see a neurologist.  His medications are very
 5   sensitive and need adjustment.  But it appears to
 6   have been brought on by the coughing attack.
 7            THE COURT:  Well, why don't y'all look at
 8   him, the marshals, and tell me what his situation
 9   is.  We'll be in recess for about 15 minutes.
10            (The Court stood in recess.)
11            MS. FOX-YOUNG:  Your Honor, I don't know
12   if you're going to want to hear from Mick first, but
13   we want to make a record.
14            THE COURT:  I think we need the lawyers
15   and defendants here.
16            MS. FOX-YOUNG:  I know.  I just want to
17   let the Court know we need a minute.
18            THE COURT:  All right.  We'll go on the
19   record.  Let me hear first from the Marshal Service
20   about what they've discovered during the break.
21            MR. MICKENDROW:  Good morning, Your Honor.
22   Deputy Mickendrow.  I spoke with Mr. Perez and
23   discussed his past seizure activity.  The Marshal
24   Service is well aware of it.  In fact, that's one of
25   the reasons that we brought him to Dona Ana
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2174

1  Detention Center, is that facility is able to

2  provide the best medical care for him.

3          The Marshal Service is waiting to get Mr.

4  Perez in to a neurologist.  The issue with that is

5  that any neurologist that we have contacted within

6  the Albuquerque, Las Cruces, and El Paso area is

7  booked out quite a distance into the future.  We're

8  looking at November of 2018 before we could get him

9  his first appointment at this point.

10          We are reaching out to our headquarters to

11  inquire about expanding the search criteria to areas

12  such as Lubbock and Arizona to provide us with maybe

13  a greater pool of neurologists to seek from.

14          Mr. Perez stated to me that he does

15  typically have seizures, and that they happen for a

16  few seconds, and that sometimes afterwards he'll

17  feel dizzy or faint, and that on about half of the

18  seizures he will pass out for them.  I asked him if

19  he notified the facility of that.  He stated he did

20  not, and that I asked him from here on out to make

21  sure that he notifies the facility whenever he has a

22  seizure, so that we can start documenting that.  In

23  addition, I'll reach out to the facility later on

24  today and let them know that that's something that

25  we want to occur.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          In this case, his blood pressure came back

2     fairly normal, considering that he's in a seated

3     position and resting after that; and his sugar

4     levels came back normal.  When I spoke with the

5     medics, they stated that it probably was not a

6     seizure, but they could not confirm that without

7     having blood work done.  I don't know what further

8     effort having blood work would provide us except

9     knowing whether it was or was not a seizure.  Rudy

10    did say he felt better at this point.  I did show

11    him the proper way of utilizing his nebulizer.  The

12    only reason I know is because I have experience with

13    asthma issues myself.

14          I believe that's about it, Your Honor.

15          THE COURT:  The firemen and paramedics are

16    still here.  Is there anything that the firemen or

17    paramedics would want to add to your examination of

18    Mr. Perez?

19          MR. ECKHART:  Your Honor, I apologize for

20    not knowing the procedures on this.

21          THE COURT:  Just go ahead and identify

22    yourself.  Looks like Mr. Eckhart?

23          MR. ECKHART:  Yes, sir.  Daniel Eckhart,

24    paramedic with the Las Cruces Fire Department.  With

25    our limited knowledge of the gentleman and what the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    statement said, we believe it was probably more a

2    sequelae episode from the coughing fit.  Like I

3    said, we cannot confirm that it was not a seizure

4    without the blood work, and the blood work just

5    shows the medicine or the medication that he takes

6    are at the prescribed levels.  They did explain that

7    he was changing his seizure medication, which you

8    could also have overlapping issues with.

9              THE COURT:  All right.  Anything else, Mr.

10   Eckhart?

11             MR. ECKHART:  Not that I'm aware of.

12             THE COURT:  Thank you.  I appreciate you

13   coming over.

14             Deputy, I understood that sometimes he has

15   three or four of these a day, and on a fairly

16   regular basis.  Am I getting an accurate picture?

17             MR. MICKENDROW:  From what I discussed

18   with Mr. Perez, it varies.  In fact, he stated to

19   the paramedics that he hasn't had a seizure in quite

20   some time now, but I know when we were tracking him

21   prior -- and I'm just looking over to Mr. Perez to

22   confirm this or not -- that he was at times having

23   three or four a day, depending on what was going on,

24   but that they were intermittent, in that he could go

25   some weeks where he'd only have maybe two or three a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  week, and then all of a sudden one day he'd have

2  several in one day.

3          THE COURT:  All right.  Thank you, Deputy.

4          Ms. Fox-Young.

5          MS. FOX-YOUNG:  Thank you, Your Honor.  As

6  the Court may have observed before the break, Mr.

7  Perez had a spasming coughing attack, as he's been

8  having throughout the course of the last two days.

9  We don't know whether he seized or not, but as the

10 Court knows, he does have a history of seizures, and

11 very serious ones.

12          I just incorporate the testimony from Dr.

13 Brislen from our suppression hearing in December.

14 He had an eight-day seizure that was actually a

15 result of a change in medication or correlated with

16 a change in medication.

17          He has not seen a neurologist in years.  I

18 personally and Mr. Villa have had conversations with

19 Mr. Joe Castro about getting him to see a

20 neurologist.  It is not as if this is not a

21 complaint that has been made.  That's not the issue

22 before the Court.  But Mr. Perez' neurological

23 condition is a problem, and he really needs to see a

24 neurologist.  I think he needs to be seen at the

25 hospital to see a neurologist if he cannot see

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    somebody until November of this year.  It's an

 2    emergent condition.

 3              I'll tell the Court it's my perception

 4    that Mr. Perez is quite out of it.  He has been

 5    today and he was yesterday.  He's not tracking

 6    what's going on, particularly after the episode that

 7    happened right before the break.  We came back, the

 8    Court can see his eyes are slits, barely open.  He

 9    has been falling asleep.  We've been losing him.

10    He's not aware of what's going on in this trial the

11    last two days and is not able to assist us in any

12    substantive way in terms of assisting in his own

13    trial.

14              As the Court knows, Mr. Perez has a due

15    process right not to be tried while he's

16    incompetent.  That's the Pate case, 383 U.S. at 377.

17    He has been spacing out.  Dr. Brislen's testimony

18    from the suppression hearing talked about

19    subclinical events and spacing out can signify that

20    a person is having seizures.

21              I can tell the Court that it appears Mr.

22    Perez has not yet had the antibiotics that were

23    ordered yesterday.  He is fighting a serious

24    infection.  I won't go through the litany of other

25    underlying conditions that he has, but he is very
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2179

1    vulnerable and frail and at risk of having a serious

2    medical event.  I think that's what we're seeing

3    happen as he starts to decompensate.

4            I'm also very concerned that his seizure

5    medications may be below a therapeutic level and the

6    only way to determine that is to do blood work.

7    That may be why he's seizing.  The paramedics told

8    us that to figure out if he's having a seizure, the

9    best thing to do is take him to the hospital, get

10   blood work.  They looked at him for a few seconds.

11   They can't rule that out or say what's going on.

12           I don't know what his oxygen levels are,

13   but he really is in bad shape, and I think the Watts

14   versus Singletary case explains the defense counsel

15   is in the best position to determine whether a

16   client is competent and is tracking and is engaged

17   in the trial against them.

18           And I'm very concerned that he's not

19   competent.  I would tell the Court that we have not

20   been able to have any productive conversations with

21   him about what's gone on in the trial for the last

22   two days.  And I think it's inhumane to have him sit

23   here in a chair, shackled.  He's just not doing

24   well.  And as the Court knows, he's been wearing a

25   mask.  He's been coughing heavily.  He's trying not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to get anybody else in the room sick.  He's in very

2   bad shape.

3           And for all those reasons, Your Honor -- I

4   mean he's here because you've ordered him to be here

5   I think if he's going to continue, he may need to

6   lie down.  You know, I don't know.  I can't tell the

7   Court what's going to happen the rest of the day.

8   But on these grounds, we move for a mistrial.  If

9   the Court wants to continue and have Mr. Perez sit,

10  he's probably going to need some additional

11  accommodations.  Thank you, Your Honor.

12          THE COURT:  All right.  Well, the motion

13  for a mistrial is denied.  I've been watching Mr.

14  Perez.  He came in this morning and was his old

15  self.  He was complaining about his cane.  He's

16  closest to me in this courtroom of any of the other

17  defendants.  And you know, he's been coughing; there

18  is no doubt about that.  But he's I think not

19  feeling well.  But he seems to be involved in the

20  trial, and I haven't noticed him being in and out as

21  much as defense counsel is suggesting.

22          So we'll monitor him.  We'll see how he

23  goes.  He's had to fight these epileptic seizures

24  for a long time, and we're having to deal with them

25  during his trial.  But I think we'll see how it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2181

```
1    goes.  And if we can't do it, we can't do it.  But
2    right at the moment, I think we'll see if we can
3    manage it.
4              Deputy?
5              MR. MICKENDROW:  Your Honor, I apologize.
6    But just given some of the comments made by Ms.
7    Fox-Young, I wanted to -- and the fact that they're
8    a part of the record now, I wanted to clarify a few
9    things.
10             In regard to the neurologist, Ms.
11   Fox-Young stated that Mr. Perez' condition is
12   emergent.  At this point, it is not emergent.  It's
13   considered routine.  And that is an evaluation that
14   is made by medical personnel.  That's not made by
15   the Marshal Service.  It's made by the doctors that
16   we sentenced Mr. Perez to to make those evaluations.
17             In addition, if we were to send Mr. Perez
18   to the hospital, there is no neurologist on staff at
19   a hospital.  They would still have to be called in,
20   and it would have to be considered an emergency
21   procedure at that point.  Given that we had just
22   brought Mr. Perez to the hospital yesterday, I don't
23   believe that condition would change today.
24             In addition, I would caution -- I would
25   caution, in general, the Court, but also Mr. Perez'
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2182

```
 1   counsel from providing medical guidance, because we
 2   just spoke with the EMTs, and they said that having
 3   Mr. Perez lay down may actually worsen the condition
 4   that he's in.  And therefore, that's why the Marshal
 5   Service is very cautious about the medical steps
 6   that we take when it comes to the people in our
 7   care.
 8           And one final note would be that the
 9   antibiotics provided to Mr. Perez yesterday were
10   precautionary.  They were not because of any
11   specific test or any specific result, but they were
12   in an effort to make sure that whatever Mr. Perez
13   has doesn't go any further.
14           THE COURT:  All right.  They weren't able
15   to give any sort of diagnosis; correct?
16           MR. MICKENDROW:  They were not, except for
17   the fact that the chest x-ray did not look good to
18   them.
19           THE COURT:  All right.  All right.  Well,
20   let's see how it goes.  We'll monitor it.  Let me
21   thank the firemen and the paramedics for coming
22   over.  I appreciate it.  I appreciate your counsel
23   on this and your input.  I appreciate it.  We'll
24   continue to watch Mr. Perez, and see how it goes.
25   Y'all have good day.  Thank you.  I appreciate it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The jury entered the courtroom.)
 2              THE COURT:  All right.  Everyone be
 3    seated.
 4              All right.  Mr. Urquizo, I remind you that
 5    you're still under oath.
 6              Ms. Bhalla, if you wish to continue your
 7    cross-examination of Mr. Urquizo, you may do so.
 8              MS. BHALLA:  Thank you, Your Honor.
 9    BY MS. BHALLA:
10         Q.   Mr. Urquizo, after you spoke with Agent
11    Acee in February of 2017, you were moved to another
12    location; is that correct?
13         A.   Yes, ma'am.
14         Q.   Where were you moved?
15         A.   The North facility.
16         Q.   Who else was there with you in the housing
17    unit?
18         A.   At that time?
19         Q.   Yes.
20         A.   Just me.
21         Q.   There was no one else in your housing
22    unit?
23         A.   No other individuals but me from SNM.
24         Q.   Do you know any other individuals who were
25    housed in that unit with you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2184

```
 1        A.   I believe Clark was in there.

 2        Q.   Benjamin Clark?

 3        A.   No, not Benjamin Clark.  His uncle.  I

 4   forgot.  He's an older dude.  He was in there.

 5   Actually, next door there was Javier Rubio.

 6        Q.   So BB was there next door?

 7        A.   Yes, next door.

 8        Q.   Who else?

 9        A.   Billy Cordova.

10        Q.   Billy Cordova.  Who else?

11        A.   And I think that's all I knew.

12        Q.   And at some point you were moved to the N

13   pod; is that correct?

14        A.   Where?

15        Q.   N?  Like N as in Nancy?

16        A.   No.  Actually, I stayed there.  I was in W

17   pod.  I was moved to 3-B W pod, and I stayed there

18   for about, I want to say, a good six months.

19        Q.   Who was in there with you then?

20        A.   Clark, the one I was telling you.  I

21   forgot his first name.

22        Q.   That's okay.  You can go to the next one.

23        A.   It was just me and him, really.  We were

24   the only ones that were SNM or past SNM, ex-gang

25   members.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2185

1      Q.   At some point were you housed with other

2   cooperators in this case aside from Javier Rubio and

3   Billy Cordova?

4      A.   Later on I was moved to X pod.

5      Q.   X pod.  And who was in the X pod?

6      A.    It was myself, Javier Rubio, Billy

7   Cordova, and eventually they ended up bringing Fred

8   Quintana and Robert Martinez.

9      Q.   Robert Martinez?

10     A.   Yes.

11     Q.   Were you ever given a tablet in this case?

12     A.   Nope.

13     Q.   I want to show you what's been marked EO.

14          MS. BHALLA:  And I'll submit to the Court,

15   Your Honor, this is a stipulated exhibit.

16          THE COURT:  All right.  Any objection to

17   it?

18          MR. BECK:  Yeah, we don't object to its

19   admissibility.

20          THE COURT:  Anybody else?  Not hearing any

21   objection, Defendants' EO will be admitted into

22   evidence.

23          (Defendants' Exhibit EO admitted.)

24          MS. BHALLA:  Your Honor, may I approach?

25          THE COURT:  You may.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MS. BHALLA:
 2       Q.   Can you see it on your screen?
 3       A.   Yes, I've seen it.
 4       Q.   Mr. Urquizo, I'm going to submit to you
 5   that this is a stipulated exhibit and that the
 6   Government stipulates that this letter was found in
 7   your cell.  Is that your handwriting?
 8       A.   No.  I've got pretty fancy handwriting.
 9   That's the only way I know how to write.
10       Q.   Would you agree with me that this letter
11   details ways for inmates to smuggle Suboxone into
12   the jail?  Again, it's a yes-or-no question.
13       A.   Yes.  Again, I read it, so yes, it does.
14       Q.   Thank you.  And that was found in your
15   cell in January of 2018; correct?
16       A.   That's what I was told, yes.
17       Q.   Okay.  Mr. Lowry asked you -- and I
18   believe the Government also asked you part of what
19   motivated you to cooperate in this case.  And if I
20   recall, your testimony was that you'd been thinking
21   about it for a while, and you were ready to move on,
22   and you were tired of the back-stabbing.  Is that
23   fair to say?
24       A.   Yeah.
25       Q.   And you were also asked whether or not you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   had been recorded by another cooperator in this
 2   case.  Do you recall that question?
 3        A.   Yes.
 4        Q.   Okay.  Do you recall that your answer to
 5   that question was no?
 6        A.   Yes.
 7             MS. BHALLA:  Could you please,
 8   Ms. Gilbert, get ready for Exhibit Z-8?
 9             I'd like to go ahead and play that
10   exhibit, Your Honor.
11        Q.   You know what?  Actually, before we start,
12   let me ask you a couple of questions before we
13   start.  You speak Spanish; correct?
14        A.   Yes.
15        Q.   And we've heard you speaking Spanish;
16   correct?
17        A.   Yes.
18        Q.   The word for "alambre" in Spanish is wire;
19   is that correct?
20        A.   Correct.
21        Q.   And "palitos" means sticks; correct?
22        A.   Correct.
23        Q.   And Gerald Archuleta is a cooperator in
24   this case; correct?
25        A.   Correct.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And his moniker is Styx; is that correct?

2    A.    Yes.

3          MS. BHALLA:  Okay.  Let's go ahead and

4    play Z-8 now, please.

5          (Tape played.)

6    Q.    Is it still your testimony that you

7    weren't recorded?

8    A.    Yes, I wasn't talking about myself.  I

9    never said "me."  When I said I read those papeles,

10   I'm talking about papeles that we had.  We had

11   papeles where Styx was actually wired recording

12   people.

13   Q.    So it's your testimony that you weren't

14   recorded; right?

15   A.    No, I wasn't recorded.

16   Q.    But it is your testimony that Styx made

17   recordings; right?

18   A.    Yes, he did.

19   Q.    And clearly, you were implicated on those

20   recordings; right?

21   A.    Hum, no.

22   Q.    No?  It's your testimony that you weren't

23   implicated on those recordings?

24   A.    Implicated?  Like, I don't understand the

25   question.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Well, the federal government came to talk
 2   to you; right?
 3        A.   Right.
 4        Q.   Okay.  And they told you they had you,
 5   didn't they?
 6        A.   Yes.
 7        Q.   And they had you because they showed you
 8   the transcripts of the recordings; is that right?
 9        A.   No, I seen the transcripts in L pod.  It
10   was in my pod.
11        Q.   Oh.  So you saw other people's discovery.
12        A.   Yeah, I said that earlier, the RICO
13   indictment.
14        Q.   And when you saw -- okay.  That's fine.
15   When you saw those recordings or the transcripts of
16   those recordings, you were implicated.
17        A.   Actually, I don't understand -- I still
18   don't understand the question, honestly.
19        Q.   Do you know what the word "implicated"
20   means?
21        A.   No, I guess I don't.
22        Q.   "Implicated" means you were shown to be
23   involved.
24        A.   Actually, on that paperwork, I wasn't, no.
25        Q.   So the paperwork that you read did not
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2190

1  implicate you, and that prompted you to cooperate

2  with the federal government?  Is that what you're

3  saying?

4      A.   No, it was afterwards when he came and

5  talked to me that I decided I want to talk to them.

6      Q.   That phone call was in March of 2017.  Do

7  you recall that?

8      A.   Yes, I do.

9      Q.   We took a brief break while the jury was

10  out.  Is your lawyer in the courtroom today, the one

11  that the federal government got you?

12      A.   Yes.

13      Q.   I'm not going to ask you what you talked

14  to her about, but you talked to her during the

15  break, didn't you?

16      A.   When?

17      Q.   During the break, when the jury was out,

18  and we were all sitting in the courtroom.

19      A.   Yes, ma'am.

20          MS. BHALLA:  Can I have just a moment,

21  Your Honor?

22          THE COURT:  You may.

23          MS. BHALLA:  Your Honor, I'll pass the

24  witness.  Thank you.

25          THE COURT:  Thank you, Ms. Bhalla.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2191

```
1            Mr. Villa, do you wish to cross-examine
2   Mr. Urquizo?
3            MR. VILLA:  Yes, Your Honor.
4            THE COURT:  Mr. Villa.
5            MR. VILLA:  Thank you, Your Honor.
6            THE COURT:  Mr. Villa.
7                    CROSS-EXAMINATION
8   BY MR. VILLA:
9        Q.   It's still morning.  Good morning, Mr.
10  Urquizo.
11       A.   Good morning, sir.
12       Q.   So it's your testimony that Mr. Perez told
13  you that he provided pieces for the shank to kill
14  Javier Molina?
15       A.   Yes, sir.
16       Q.   You said that happened on a transport van;
17  right?
18       A.   Yes, sir.
19       Q.   A transport van to where?
20       A.   From Las Cruces to Santa Fe.  We were both
21  transferred from Las Cruces to Santa Fe.
22       Q.   When was that?
23       A.   In 2015.
24       Q.   2015?
25       A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2192

1      Q.   What month?

2      A.   I'm not exactly too sure what month.  But

3  it was, I want to say, in the middle of 2015

4  somewhere.  I'm not too sure.

5      Q.   So if it was June 2015, that would sound

6  about right?

7      A.   Possibility.

8      Q.   So let me talk to you about that.  So when

9  you go from one prison to the next, you've got to

10 get transported in a van; correct?

11     A.   Yes, sir.

12     Q.   And you were on that van with Mr. Perez

13 and who else?

14     A.   Just me and Mr. Perez.

15     Q.   Just the two of you?

16     A.   Two of us.

17     Q.   And have you seen the document called an

18 offender location history or inmate location

19 history?

20     A.   Have I seen it?

21     Q.   Yeah.

22     A.   No.

23     Q.   So it's a document that shows where

24 somebody who is in the prison system is; they go

25 from one place to the next, they get moved to

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

```
 1   different places.
 2        A.   No, I haven't seen it.  No.
 3        Q.   Let me show you what's already been
 4   admitted as Defendants' V-24.  And if we could go to
 5   June 2015, Mr. Urquizo, this is the offender
 6   physical location history for Rudy Perez.  Do you
 7   see that there at the top?
 8        A.   Yes, sir.
 9        Q.   And so I want to draw your attention to
10   June 17, 2015.  We're going to highlight that for
11   you.  Do you see that there?
12        A.   Yes, sir.
13        Q.   So that says "to PNM."
14        A.   Right.
15        Q.   And PNM is Penitentiary of New Mexico?
16        A.   Yes, sir.
17        Q.   And sometime in the middle of 2015 you
18   remember being on a transport van with Rudy Perez.
19        A.   Yes, sir.
20        Q.   Okay.  So does it make sense that that
21   would have occurred on June 17, 2015?
22        A.   Like it says there, yes.
23        Q.   You don't have any reason to dispute that,
24   do you?
25        A.   No.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So you agree with me, Mr. Urquizo, that

2 that conversation you said you had took place -- I

3 guess it's a year and three months after the Javier

4 Molina murder?

5    A.   Yeah, something like that, yeah.

6    Q.   Javier Molina was killed March 7, 2014;

7 right?

8    A.   Correct.

9    Q.   And so it wasn't until June 2015 that you

10 had this conversation; right?

11    A.   Yes.

12    Q.   And when Mr. Perez told you that, in fact,

13 what happened on that transport van was that Mr.

14 Perez fell over; right?

15    A.   Yes, sir.

16    Q.   And he got stuck between the seats, didn't

17 he?

18    A.   Yes, he did.

19    Q.   Because he's disabled?

20    A.   Yes.

21    Q.   And you knew him to be disabled for many

22 years; right?

23    A.   I didn't really know him very well.  I

24 just kind of met him.  I didn't know him too well,

25 actually.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   When did you meet him?

 2        A.   I had met him while I was there, the four

 3   or five months I was there with him in Southern.  I

 4   didn't really know him before then.

 5        Q.   So when you were in Southern -- we know

 6   you were there sometime before the Javier Molina

 7   murder, according to your testimony -- did you meet

 8   Mr. Perez then?

 9        A.   I was only there for one day when the

10   Javier Molina murder happened.  It happened the next

11   day.

12        Q.   Then you got moved out?

13        A.   I went back to PNM and I appealed and went

14   back to Southern.

15        Q.   So when you went back to Southern, that's

16   when you met Mr. Perez?

17        A.   Yes.

18        Q.   At the time you met him, he was locked

19   down in solitary like you were; right?

20        A.   Yes, we were all locked down for that

21   murder, yes.

22        Q.   Everybody got locked down?

23        A.   Yes.

24        Q.   And everybody in the SNM got locked down?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2196

```
 1        Q.   Whether they were guilty or involved in
 2   the murder; right?
 3        A.   Yes.  We were all locked down.
 4        Q.   Okay.  You never talked to him the day
 5   before the Javier Molina murder; right?  You never
 6   talked to Mr. Perez?
 7        A.   No.
 8        Q.   In fact, you hadn't met him?
 9        A.   No.
10        Q.   Hadn't even heard about him?
11        A.   I heard about him.
12        Q.   You knew of him?
13        A.   Yeah, I knew of him, but I didn't know
14   him.
15        Q.   So still, June 2015, he's still disabled,
16   he still has difficulty walking, and somewhere along
17   the travel he falls between the seats, and they
18   actually have to stop the van and help him; right?
19        A.   Correct.
20        Q.   And get him back out?
21        A.   Yes, sir.
22        Q.   And that's kind of embarrassing, isn't it?
23        A.   Yes.
24        Q.   For Mr. Perez that's embarrassing, isn't
25   it?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yeah.  I helped him out.

 2        Q.    Okay.  Good.  And so while you're

 3   having -- at some point, you're having this

 4   conversation about Mr. Molina.  I think you

 5   characterized it in your direct testimony that he

 6   was sort of bragging or proud; right?

 7        A.    Yes.

 8        Q.    He didn't tell you, did he, that before

 9   the Molina murder, Mario Rodriguez came into his

10   room and took the piece from his walker.

11        A.    No.

12        Q.    And we talked a little bit about Mario

13   Rodriguez; at least, you've talked about him here a

14   couple of times.  Let me show you a photograph,

15   Government's 586.  Is that Mario Rodriguez?

16        A.    Yes, sir.

17        Q.    Also goes by Blue?

18        A.    Yes, sir.

19        Q.    And Mario Rodriguez -- he's got a

20   reputation in the SNM, doesn't he?

21        A.    Yes, sir.

22        Q.    He's pretty scary?

23        A.    He can be, yes.

24        Q.    Can be violent?

25        A.    Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And I think it was your testimony that he
 2   was -- he wanted to be a leader in the SNM; right?
 3        A.    Correct.
 4        Q.    He wanted to rise up the ranks, if you
 5   will?
 6        A.    Yes.
 7        Q.    But he had trouble with that because he
 8   had a sex offense conviction; right?
 9        A.    Correct.
10        Q.    This issue that you talked about, he was
11   in the county jail and raped somebody with a bottle?
12        A.    Hot sauce bottle.
13        Q.    Hot sauce bottle?  Like Tabasco hot sauce?
14        A.    Yes, sir.
15        Q.    So you all knew about that; right?
16        A.    Yes.
17        Q.    And had some concerns about whether he
18   could be a leader, because sex offenses are looked
19   upon differently, aren't they?
20        A.    Correct.
21        Q.    But Mario wanted to be a leader, no matter
22   what?
23        A.    Yes.
24        Q.    He wanted to rise up the ranks, didn't he?
25        A.    Yes, he did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And along with some of the other younger
 2   up-and-comers; right?
 3        A.   Yes, sir.
 4        Q.   And isn't it true that Mario Rodriguez was
 5   sort of aligning himself with certain people in the
 6   SNM?
 7        A.   Well, I mean, not aligning, but we kind of
 8   were close friends.  There were several of us that
 9   were close friends.
10        Q.   And Mario was one of them; right?
11        A.   Yes, sir.
12        Q.   And David Calbert?
13        A.   Yes, sir.
14        Q.   And who else?
15        A.   Carlos Herrera.  He was one of the close
16   friends.
17        Q.   Okay.  Mario Rodriguez and David Calbert
18   are both working with the Government now; right?
19        A.   Correct.
20        Q.   Just like you?
21        A.   Right.
22        Q.   And one of the things that you and Calbert
23   and Mario were breaking away from was Anthony Baca;
24   right?
25        A.   We didn't like his politics.  Not breaking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2200

1  away.  He was still the leader.

2       Q.   Well, there were some disputes and

3  disagreements.

4       A.   We just didn't like his politics, yeah.

5       Q.   We'll get back to that.  So when you and

6  Mr. Perez are having this conversation in the

7  transport van, he didn't say Mario came and took the

8  piece from his walker; right?

9       A.   No.

10      Q.   He didn't say that he was really scared

11  when that happened.

12      A.   No.

13      Q.   Mr. Perez didn't tell you that.

14      A.   That he was scared?

15      Q.   That he was scared.

16      A.   No.

17      Q.   He didn't tell you he was scared of being

18  next?

19      A.   No.

20      Q.   Because that would be weak of Mr. Perez to

21  say that to you, wouldn't it?

22      A.   No.  Nobody is going to mess with him.  We

23  know that he's disabled.  He pretty much gets a

24  pass.

25      Q.   Well, you don't know what took place in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2201

```
 1  Mr. Perez' cell when Mario Rodriguez went in there,
 2  do you?
 3       A.   No, I don't know.
 4       Q.   Okay.  So you weren't there.
 5       A.   No, I wasn't.  I wasn't.
 6       Q.   You were in yellow pod.
 7       A.   Yes, I was.
 8       Q.   And Mario Rodriguez and Rudy Perez were in
 9  the blue pod?
10       A.   Right.
11       Q.   Do you know what cell Mario Rodriguez was
12  in?
13       A.   No, I don't.
14       Q.   So you don't know what transpired between
15  those two gentlemen when Mario Rodriguez came and
16  took that piece from Mr. Perez' walker, do you?
17       A.   No, I don't.
18       Q.   But if Mr. Perez said, "Gosh, I was really
19  scared, I was afraid for myself," that would be weak
20  of him?
21       A.   It would, but I wouldn't believe him.
22       Q.   You agreed with me that it would be weak?
23       A.   It would be weak.  Yes, it would.
24       Q.   Now, you agree with me that -- I think you
25  testified that there was a phone call with your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    brother that -- this came up in the

2    cross-examination about you're trying to protect

3    your brother, you're trying to make sure he doesn't

4    get prosecuted; right?

5         A.   I remember the conversation, yes.

6         Q.   You said that there was a phone call from

7    Mario Rodriguez and Jerry Montoya to your brother

8    asking about paper; right?

9         A.   A huila, a letter, yes.

10        Q.   Was that -- what huila was that?

11        A.   Paperwork for Javier Molina and Jerry

12   Montoya.

13        Q.   So Jerry Montoya is calling about his own

14   paperwork?

15        A.   He didn't know it, but yes, he was.

16        Q.   So Mario Rodriguez, who is working with

17   the Government, and Jerry Montoya, who is also

18   working with the Government -- you know that; right?

19        A.   Right.

20        Q.   -- call your brother and ask about

21   paperwork, ask him to ask you about the Javier

22   Molina paperwork.

23        A.   No, he didn't say it like that.  He told

24   him, "Tell your brother.  Don't you forget.  Don't

25   forget those letters."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2203

```
 1            And so my brother told me, "Don't forget
 2    those letters.  And we got ice cream and chicken,"
 3    which I know what that meant, because we talked
 4    about it before Mario Rodriguez went to Southern.  I
 5    was with him at the cell like about seven months
 6    before he went to Southern, so we already knew the
 7    paperwork was coming.  We were just waiting for
 8    whoever got it.
 9        Q.   So Mario involved your brother because he
10    wanted to get this paperwork down there, didn't he?
11        A.   Yes, but my brother don't know it was
12    paperwork.
13        Q.   But Mario did, because he wanted the
14    paperwork; right?  Mario Rodriguez.
15        A.   Yeah, he was getting it from Dan Dan.
16    Dan Dan had the call.
17        Q.   No, no, I didn't ask you about that.  The
18    phone call between your brother was between your
19    brother and Mario Rodriguez and Jerry Montoya;
20    right?
21        A.   Yes.
22        Q.   And that's what you know.
23        A.   Yes.
24        Q.   Mario was asking for the paperwork.
25        A.   Yes.
```





SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   And when you got down to yellow pod the

 2   day before Javier Molina got killed, it was Mario

 3   Rodriguez that you spoke to; right?

 4      A.   Correct.

 5      Q.   Through the door.

 6      A.   Yes.

 7      Q.   He asked if you had that paperwork; right?

 8      A.   Yes.

 9      Q.   You all were passing letters to each other

10   about the paperwork; right?

11      A.   Correct.

12      Q.   And one of the things you wanted to do

13   when you got down there was take care of an issue

14   you had with Samuel Gonzalez; right?

15      A.   Yes.

16      Q.   Gumby?

17      A.   Yes.

18      Q.   You wanted to kill him.

19      A.   Yes.

20      Q.   Right?

21      A.   Yes.

22      Q.   But Mario said to you, "Look.  We've got

23   to do this thing on Javier Molina.  Sorry, we can't

24   wait till you get out" -- because you were locked

25   down for like a week; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes.

2    Q.    "We can't wait till you get out.  We've

3  got to do this thing on Molina.  I'm sorry.  We'll

4  deal with Samuel Gonzalez later"; right?

5    A.    Yes, because if not, somebody would throw

6  a kite and Javier Molina would have got moved.

7  That's why it happened so fast.

8    Q.    And it was Mario that told you they needed

9  to do that; right?

10    A.    Orders of Daniel Sanchez.  He wrote me a

11  letter telling me --

12    Q.    I'm not asking you about anybody but Mario

13  Rodriguez.  Mario passed you the letter that said,

14  "We're going to move on Javier Molina"; right?

15    A.    Yes.  Like he said, "we."

16    Q.    And Mario said that "We've got to do it

17  now"?

18    A.    Yes.

19    Q.    And the paperwork that you said you

20  brought down, you gave to Mario Rodriguez; right?

21    A.    I gave it to Carlos Herrera.  Carlos

22  Herrera gave it to Mario Rodriguez.

23    Q.    Okay.  So I want to understand your

24  testimony that that gets -- the paperwork, the

25  letters, and things like that -- those go underneath

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2206

```
 1   the doors; right?
 2        A.    Correct.
 3        Q.    And those doors -- let's see here.  Let's
 4   show you Defendants' E-8.
 5              Technical difficulties.
 6              While we're working on this, Mr. Urquizo,
 7   let me ask you something.  There is a door that
 8   connects from the blue pod to the yellow pod on the
 9   upper tier; right?
10        A.    Right.
11        Q.    And there is a door that connects from the
12   blue pod to the yellow pod in the lower tier; right?
13        A.    Yes.
14        Q.    And you were communicating with Mario
15   Rodriguez?
16        A.    Bottom door.
17        Q.    Through the bottom door.
18        A.    Yes, sir.
19        Q.    Did you ever communicate with him through
20   the top door?
21        A.    No.
22        Q.    All right.  And when the paperwork, the
23   Javier Molina paperwork, that you say was passed
24   under the door -- was that passed under the top door
25   or the bottom door?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          A.    Bottom door.  There is a gap.  There's a

2     good two-inches gap under the door.  You can pass

3     whatever.  You can pass soup.  A lot of stuff you

4     can pass underneath the door.

5          Q.    Pass shanks?

6          A.    Shanks, everything.

7          Q.    There is a big enough gap for that?

8          A.    Yes.

9          Q.    Let me make sure I understand the history

10    of your cooperation, Mr. Urquizo.  On February 24,

11    you met with Mr. Acee for the first time; right?

12         A.    Yes, sir.

13         Q.    And at that point in time you hadn't been

14    charged with anything related to the federal case;

15    right?

16         A.    No.

17         Q.    You heard about it?

18         A.    Yes.

19         Q.    You knew some rumors about it?

20         A.    Yes.

21         Q.    But you hadn't been charged?

22         A.    No.

23         Q.    And when you spoke to Agent Acee, you told

24    him that you knew about specific things related to

25    the Javier Molina homicide; right?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492

1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

2208

```
 1        A.    Correct.

 2        Q.    And by the way, this is February 24, 2017?

 3        A.    Um-hum.

 4        Q.    Yes, sir?

 5        A.    Yes.

 6        Q.    So after you had this conversation with

 7   Rudy Perez in the transport van that you talked

 8   about; right?

 9        A.    Yes.

10        Q.    So on February 24, you told Mr. Acee, "I

11   know about seven different things related to the

12   Javier Molina homicide."  Do you remember that?

13        A.    More or less, yes.

14        Q.    Well, it's not more or less.  It's

15   actually seven.

16        A.    Yes, I do.

17        Q.    Okay.  And none of those seven items

18   included any knowledge about where the shank or

19   shanks came from that were used on Javier Molina;

20   true?

21        A.    No, actually, I did tell him about Rudy

22   Perez.  I don't know if I told him -- actually, that

23   first day that I spoke to him, I spoke just about a

24   few little things, because I wanted to have a lawyer

25   with me just in case my lawyer told me not talk much
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2209

 1  or whatever.  So I gave him a brief statement so he
 2  could see I was being honest.  That's why it wasn't
 3  everything that it is now, because he just asked for
 4  a few questions.
 5      Q.  Okay.  So did you or did you not tell
 6  Agent Acee on February 24, 2017, that you possessed
 7  direct knowledge about seven different things
 8  related to the Javier Molina homicide?
 9      A.  I guess seven.  I guess.  Yes, I'm sure I
10  did.
11      Q.  I don't want you to guess, sir.  If I
12  showed you Mr. Acee's report, would that refresh
13  your recollection?
14      A.  Well, yeah.  I mean, I don't know.  Like I
15  didn't count, okay, there's one, there's two,
16  there's three, there's four.  I didn't do that.
17      Q.  Let me ask you this.  Do you agree that on
18  February 24, 2017, when you told him that you knew
19  things about the Molina homicide, you did not
20  mention anything at all about Rudy Perez?
21      A.  Honestly, I don't remember.  Maybe I did.
22          MR. VILLA:  May I approach, Your Honor?
23          THE COURT:  You may.
24  BY MR. VILLA:
25      Q.  Mr. Urquizo, I'm going to show you a



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2210

1   report written by Agent Acee; right?

2       A.   Yes.

3       Q.   And it's dated February 24, 2017; right?

4       A.   Yes.

5       Q.   And he's talking about meeting with you?

6       A.   Right.

7       Q.   Right.  And in here it says, "Urquizo said

8   he possessed direct knowledge about the following

9   information as it pertained to the Molina hit."

10          Did I read that right?

11      A.   Yes.

12      Q.   Now, how many points does he identify

13  there?

14      A.   Seven.

15      Q.   Seven?

16      A.   Yes.

17      Q.   Will you read all seven of those to

18  yourself, please?

19      A.   Yes.

20      Q.   You read them all?

21      A.   Yes.

22      Q.   It doesn't say anything about Rudy Perez,

23  does it?

24      A.   No, but you did just hear my statement.  I

25  also said that I did not want to speak too much

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   until I got a lawyer, and he agreed with that, and

2   he said, "I will provide you a lawyer and then we

3   can continue this."

4        Q.   I'm sorry.  Because I thought you said,

5   "Maybe I did tell him.  Maybe I didn't.  I don't

6   remember.  Maybe I could get a lawyer."

7             But I want to make sure it's not in Mr.

8   Acee's report, anything about Rudy Perez on February

9   24.

10        A.   On February 24, it was not.  But right

11   after that, there is.  A few days after that, there

12   is.

13        Q.   Because you wanted to talk to a lawyer.

14        A.   Yes, I needed to talk to a lawyer.  I

15   wanted to make sure -- I've never talked to an FBI

16   agent.

17        Q.   The lawyer they got you.

18        A.   Yes.

19        Q.   And then you had that phone call that we

20   heard with your sister, where you talked about

21   potentially facing life in prison or the death

22   penalty or 20 years; right?

23        A.   Yes, sir.

24        Q.   That was before you met with Agent Acee

25   again in March, wasn't it?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes, sir.

2    Q.    And you had the phone call with your

3 brother where you said you were facing life and they

4 were going to charge you related to the Javier

5 Molina homicide; right?

6    A.    Yes, sir.

7    Q.    And then you went to meet with Agent Acee

8 on March 6; correct?

9    A.    Correct.

10    Q.    But you don't talk to Agent Acee on March

11 6 about Mr. Perez telling you this in the transport

12 van, did you?

13    A.    I don't recall if it was March 6 or on the

14 next time that I talked to him.  But I think I did

15 talk to him on March 6.  I'm not too sure, though.

16    Q.    Well, let me tell you this:  You talked to

17 Agent Acee about the belief that the -- where the

18 shanks came from; that they came from -- that Mr.

19 Perez provided them.  But you didn't tell him about

20 being on the transport van.

21    A.    Yes, I told him that I spoke to Rudy Perez

22 about it.  I told him that there's three shanks.  I

23 knew there was three shanks, and one of them, I

24 believe, came from -- I did say I believe came from

25 Rudy Perez, because he talked to me about it in the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2213

```
 1   transport van.
 2        Q.   You told him about the transport van in
 3   August; right?
 4        A.   It might have been August or March.  I'm
 5   not too sure when it was, but I did tell him about
 6   it.
 7        Q.   I'm trying to understand if you told him
 8   in March or if you told him in August, because
 9   that's a difference.
10        A.   The difference -- I can't remember if it
11   was March 6 or August.  If you show me, then I'll
12   remember.
13             MR. VILLA:  May I approach, Your Honor?
14             THE COURT:  You may.
15   BY MR. VILLA:
16        Q.   So Mr. Urquizo, I'm showing you a report
17   from Agent Acee; right?
18        A.   Yes.
19        Q.   March 6, 2017?
20        A.   Okay.
21        Q.   I'm going to jump over to page 5.  And
22   what Agent Acee wrote in here is that "When
23   questioned about the origin of the shanks used in
24   the Molina hit, Urquizo said Rudy Perez had supplied
25   at least one shank, and the other one may have come
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   from the wheelchair program."  Right?
 2        A.    So I did tell them on March.  You just
 3   said I didn't.
 4        Q.    I want to clarify.  You told him that;
 5   right?
 6        A.    Yes.
 7        Q.    Did you tell him about any conversation on
 8   the transport van?  You can read it to yourself.
 9        A.    It don't say -- later on, I guess I did.
10   But I did talk to him about the transfer van.
11             MS. JACKS:  We're having trouble hearing.
12        A.    Later on, I did talk to him about the
13   transport van.  But I did tell him about Rudy Perez
14   providing the shank, though.
15        Q.    And you didn't tell him that it was
16   actually Mario Rodriguez that came and took the
17   piece from Rudy's walker; right?
18        A.    No, Mario Rodriguez never told me that.
19        Q.    So you didn't know that?
20        A.    No.
21        Q.    You didn't tell him that Mr. Perez was
22   scared when that happened because you didn't know
23   that, either?
24        A.    I didn't know that, either.
25        Q.    But you did know, didn't you, that the
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2215

 1 more information that you provided, the more people

 2 that you helped get prosecuted, the better your

 3 sentence would be?

 4      A.   Earlier they asked me a question, who was

 5 I housed with.  I was in W pod when this happened by

 6 myself.  There was another guy by the name of Clark,

 7 Tomas Clark, and I really didn't speak to him.  So

 8 there was nobody I had spoken to about anything.

 9 Nobody knew nothing whatsoever in that pod, what was

10 going on.

11      Q.   Well, you agree with me that after August,

12 in September we heard the phone call.  If you want,

13 we can play it again.  But in the phone call you

14 talk about how the more help you give, the more

15 people you get to cooperate, the more people that

16 you tell them about, the more information you give

17 them, the better you hope your sentence to be;

18 right?

19      A.   Yes.

20      Q.   And so you knew that at least as of early

21 September?

22      A.   Somewhere around there.

23      Q.   So I think it was your testimony, Mr.

24 Urquizo, that you joined the SNM in 1998?

25      A.   Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2216

1    Q.   And I think you earned your bones by

2  stabbing somebody named Paul?

3    A.   Paul Lasner, one of my -- he's from my

4  hometown.  One of my cousins had got killed by him,

5  so that's why I did it.  I asked SNM if I could do

6  it.  I wasn't actually an SNMer yet.

7    Q.   But you wanted to be?

8    A.   Yes.

9    Q.   You wanted to be part of the gang?

10   A.   Yes, sir.

11   Q.   For protection?

12   A.   No.  Actually, they liked my style, how I

13  was, I guess.  I was young.  And they liked that I

14  guess I had the aggressive look, so they approached

15  me.  And I thought about it, and I asked my friends

16  from Clovis if it was okay.  And they told me,

17  "Well, you seem to want to be that direction, so

18  it's okay."  So I joined.

19   Q.   How long had you been in prison when you

20  joined?

21   A.   I want to say about three months, four

22  months.

23   Q.   That was the first time you went to

24  prison?

25   A.   Yes, sir.  I had just turned 18 years old.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   So within three or four months of going to
2  prison, you became part of the gang?
3      A.   Yes, sir.
4      Q.   And while you were part of the gang, you
5  did a lot for them, didn't you?
6      A.   Yes, sir.
7      Q.   I think you testified about assaulting an
8  inmate in 1998; right?
9      A.   Yes, sir.
10     Q.   Head-butting a correction officer in
11  Hobbs?
12     A.   Yes, sir.
13     Q.   You did that for the gang; right?
14     A.   Yes, sir.
15     Q.   You possessed a shank in 1999 so that you
16  could assault a corrections officer?
17     A.   Yes, sir.
18     Q.   And the reason for that assault, I think
19  you testified, was you wanted to get out.  You guys
20  wanted to get out of being locked down; right?
21     A.   Yes, they had locked us down, yes.
22     Q.   And you thought that committing this
23  assault would help get you out of being locked down.
24  When I say "locked down," we're talking about being
25  in solitary confinement, not being able to leave the

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

2218

```
 1   cell; right?
 2        A.   That's not what I thought.  That's what
 3   the older homies thought, so I just did what they
 4   told me.
 5        Q.   So you did what you were told?
 6        A.   Yes.
 7        Q.   For the gang?
 8        A.   Yes.
 9        Q.   And I think you also said in 2002, again,
10   you said it's for the gang that you shot a man in
11   the face?
12        A.   Yes, sir.
13        Q.   And you tried to shoot him again, but your
14   gun jammed?
15        A.   Yes, sir.
16        Q.   And then you ran from the cops; you were
17   on a high-speed chase, and ultimately you were
18   caught?
19        A.   Yes, sir.
20        Q.   Right.  You did that for the gang.
21        A.   Yes, sir.
22        Q.   And I think in 2002 you said you assaulted
23   a corrections officer who had disrespected you guys.
24        A.   Yes.
25        Q.   You did that for the gang, too?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2219

```
 1        A.   Yes, sir.
 2        Q.   And in 2016, I know you said something a
 3   little bit different to your wife.  But you said you
 4   got into this fight with Greg Chacon also for the
 5   gang; right?
 6        A.   Over politics, yes.
 7        Q.   But when Agent Acee came around in
 8   February talking to you about the death penalty and
 9   life, you switched, didn't you?
10        A.   What do you mean, I "switched"?
11        Q.   Well, March 6 you came and saw Agent Acee
12   again, and you provided information to Agent Acee,
13   didn't you?
14        A.   Yes, sir.
15        Q.   You joined their gang.
16        A.   Yes, sir.
17        Q.   Along with Mario Rodriguez.
18        A.   Mario Rodriguez just barely did it
19   recently.
20        Q.   He just joined the gang a little while
21   ago, didn't he?
22        A.   Yeah.
23        Q.   Okay.  David Calbert?
24        A.   Yes.
25        Q.   A matter of fact, you talked to David
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2220

1  Calbert about joining their gang, didn't you?

2       A.   Yes, I did.

3       Q.   And after you had that conversation, you

4  gave some more information to the Government, didn't

5  you?

6       A.   No.  I had talked to the Government first,

7  and then I talked to David Calbert.

8       Q.   That's right.  That's right.  You talked

9  to David Calbert, and then he joined their gang,

10 didn't he?

11      A.   Yes.

12      Q.   Because just like when you shot that man

13 in the face, you were going to do whatever it took.

14      A.   For the gang.

15      Q.   This gang now.

16      A.   No, this is not a gang.  That is a whole

17 totally different thing.

18      Q.   There is a whole totally different thing.

19 This is about getting out of prison, isn't it?

20      A.   No.  I mean, I'm still --

21      Q.   Well, let's talk about it.  You're going

22 to get -- if you get what you hope for, you can be

23 out on the streets, in the community, a lot faster

24 than if you were facing a life sentence for the

25 murder of Javier Molina; right?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com
PROFESSIONAL COURT
REPORTING SERVICE

2221

```
 1        A.    Yes.

 2        Q.    Okay.  So you talked on the phone about

 3   some of the things you were facing.

 4        A.    Right.

 5        Q.    Right?

 6        A.    Yes.

 7        Q.    Death penalty, life sentence, those sorts

 8   of things; right?

 9        A.    Yes.

10        Q.    Okay.  For Javier Molina, your part in

11   that; right?

12        A.    Yes, sir.

13        Q.    For Julian Romero, your part in that --

14        A.    Yes, sir.

15        Q.    Right?

16        A.    Yes.

17        Q.    And all this other stuff that we're

18   hearing about that you did for SNM, that you say you

19   did; right?

20        A.    Yes, sir.

21        Q.    Okay.  So you've pled guilty to

22   racketeering, which carries 20 years; right?

23        A.    Yes, sir.

24        Q.    But it's zero to 20.

25        A.    I believe so.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2222

1      Q.   I don't want you to believe.  It's in your

2  plea agreement.  Do you need to see it?

3      A.   I don't think it says zero to 20.  It says

4  I face a maximum of 20 years.

5      Q.   So there is no minimum.

6      A.   No, it don't say minimum, no.  It says a

7  maximum 20 years.

8      Q.   There is no minimum amount of time that

9  you're facing.

10      A.   I don't know.  It doesn't say.

11      Q.   Okay.  So what you talked about on the

12  phone and what you've testified here is that the

13  more you do, the lesser of the sentence you're

14  hoping to receive.

15      A.   Yes, sir.

16      Q.   Right?

17      A.   Right.

18      Q.   And that sentence is going to be, as you

19  told Mr. Lowry, concurrent to the time you're doing

20  for the State; right?

21      A.   Hopefully, yes, sir.

22      Q.   Okay.  Not hopeful.  It says it in your

23  plea agreement.

24      A.   It says that.  But the Court still has to

25  approve that.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Okay.  But you're up here hoping the Court

2  approves it, aren't you?

3    A.   Yes, sir.

4    Q.   So if the Court approves it, and you get a

5  sentence, say, on the order of -- well, let me back

6  up.  I think there was some confusion about how much

7  you owe the State, somewhere between nine and, like,

8  15 years; right?

9    A.   Yes, sir.

10    Q.   So you don't know when you're going to get

11  released?

12    A.   I still don't know exactly.  No, we're

13  still trying to figure it out.  Don't know.

14    Q.   So no matter what happens in this case,

15  you're going to do nine to 15 years in the state;

16  right?

17    A.   Yes, sir.

18    Q.   And if you didn't have that agreement in

19  your plea to concurrent sentence, the default is a

20  consecutive sentence for this federal case, isn't

21  it?

22    A.   I believe so, yes.

23    Q.   Okay.  So then you do your nine to 15

24  years, and then you do another set of years for what

25  you pled guilty to in this case; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2224

1        A.    Yes, sir.

2        Q.    But because of the agreement the

3    Government gave you, it's concurrent.  So you do the

4    time at the same time; correct?

5        A.    Right.

6        Q.    So if you get a better deal than what you

7    owe the State -- let's say you owe the State 10

8    years.  Let's pick that number, because I know

9    you're confused and there's some stuff up in the

10   air.  If you get 10 years in the federal sentence,

11   then you're just doing 10 years that you already

12   have to do to the state; right?

13       A.    Right.

14       Q.    So for everything that I just went over,

15   everything that you did, you don't do a day in jail

16   for it, do you?

17       A.    I guess not.

18       Q.    I guess not.

19             MR. VILLA:  No further questions.

20             THE COURT:  Thank you, Mr. Villa.

21             Ms. Jacks, do you have further questions

22   of Mr. Urquizo?

23             MS. JACKS:  I do, Your Honor.

24             THE COURT:  Ms. Jacks.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2225

```
 1                    CROSS-EXAMINATION

 2    BY MS. JACKS:

 3         Q.   Mr. Urquizo, we've met before, haven't we?

 4         A.   Yes, ma'am, we have.

 5         Q.   Back in May of 2016, I came, along with an

 6    investigator, Chris Filipiak, to PNM to talk to you

 7    about this case, didn't I?

 8         A.   Yes, ma'am.

 9         Q.   And unlike the Government, I didn't come

10    offering money or time off your sentence, did I?

11         A.   No, but you did tell me something

12    different, though.

13         Q.   We came, Mr. Filipiak and I, to talk to

14    you about the accusations that the Government had

15    made that you brought paperwork down to Southern New

16    Mexico Correctional Facility right before the Molina

17    homicide; right?

18         A.   Right.

19         Q.   And you didn't have to talk to us, did

20    you?

21         A.   No.

22         Q.   I mean, you were free to walk away; right?

23         A.   Yeah.

24         Q.   And you agreed to talk to us.

25         A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2226

```
 1        Q.   And you agreed to talk to us because we
 2   were coming on behalf of Mr. Sanchez, somebody that
 3   you told us you respected?
 4        A.   Yes.
 5        Q.   Somebody that you told us was a good
 6   listener, who didn't take sides.
 7        A.   Yes.
 8        Q.   Somebody who you told us was wise and had
 9   been in custody a long time.
10        A.   Yes.
11        Q.   Somebody who you told us you respect,
12   because of the way he carries himself.
13        A.   Yes, ma'am.
14        Q.   And somebody who you told us the inmates
15   look up to because of the way he conducts himself in
16   prison.
17        A.   Yes, ma'am.
18        Q.   And how long did we sit there and talk?
19        A.   An hour?  I'm not too sure.
20        Q.   More than an hour; right?
21        A.   Two hours.
22        Q.   And we were in a -- where did we meet?
23        A.   In the South facility.
24        Q.   I mean where, physically, did you and Mr.
25   Filipiak and I sit down and talk?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2227

1        A.    I'd say where one of the caseworkers'
2   offices is at.
3        Q.    And there was a guard outside the door?
4        A.    Yes, ma'am.
5        Q.    But he allowed us to close the door --
6        A.    Yes, ma'am.
7        Q.    -- and speak candidly with each other?
8        A.    Yes.
9        Q.    Now, during that conversation, when we
10  told you that the Government had made a claim that
11  you brought paperwork down to Southern New Mexico
12  Correctional Facility, do you remember what your
13  reaction -- let me go back.  When we told you that
14  the Government had made this claim that you brought
15  paperwork down just before the Molina homicide when
16  you were transported with Mauricio Varela, do you
17  remember what your reaction was?
18       A.    Yeah.
19       Q.    What?
20       A.    I was like, oh, like, I didn't know what
21  to say.
22       Q.    You actually laughed, didn't you?
23       A.    I laugh a lot, though.  That's something I
24  do.  I don't know why.
25       Q.    Well, in this particular instance, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    laughed and you told us that that was impossible,

2    didn't you?

3         A.   Yes, I did tell you that.

4         Q.   And you went on to explain how that

5    transportation process worked and why it was

6    impossible.  Do you remember that?

7         A.   Yes.

8         Q.   And I guess I just want to step through

9    that a little bit at a time.  So we talked in detail

10   that day about what happened when you were

11   transported from the Penitentiary of New Mexico to

12   Southern New Mexico Correctional Facility; right?

13        A.   Right.

14        Q.   And did you start off by explaining what

15   happens physically to your person prior to

16   transport?

17        A.   Yes, ma'am.

18        Q.   And what did you tell us?

19        A.   I told you that they search us first.

20   Then they pick up all our property, put it together.

21        Q.   Let's break that down a minute.  Let's

22   just start, first of all, with your person.  So you

23   told us that they searched you.

24        A.   Yes, you go to a strip cage, and they

25   strip search you, make sure you don't have no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  contraband on you.

 2      Q.   You're talking fast.  And I told you that,

 3  too.  So I'm going to slow you down a little bit.

 4      A.   Okay.

 5      Q.   So you told us they take you to a strip

 6  cage --

 7      A.   Yes, ma'am.

 8      Q.   -- and make you take off all your clothes.

 9      A.   Yes.

10      Q.   And you actually give those clothes back

11  to the prison guards; right?

12      A.   Yes, ma'am.

13      Q.   And then you told us that once you're

14  naked, they search your body and some of your body

15  cavities; right?

16      A.   You've got to turn around and cough, make

17  sure you don't have nothing, stuff back there, yeah.

18      Q.   Right, because sometimes inmates transport

19  things in their rectum.

20      A.   Yes, ma'am.

21      Q.   So they want to make sure before you are

22  transported that you don't have anything there.

23      A.   Yes, ma'am.

24      Q.   And then what do they give you to put on

25  while you ride in the transport van?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Now, they give you a white suit.  But I
2    went in my greens that time -- no, my yellows.
3         Q.   Did you tell Mr. Filipiak and me on May
4    25, 2016, that after they stripped you, they let you
5    keep your boxers on, and they put you into a white
6    jumpsuit?
7         A.   I don't remember telling you that.
8         Q.   You've seen those white jumpsuits; right?
9         A.   Yeah, they do that now.
10        Q.   And you've worn those before; right?
11        A.   Yes.
12        Q.   And that's like a disposable white
13   jumpsuit?
14        A.   Yes, see-through.
15        Q.   That's -- I don't know how you can
16   describe the material.
17        A.   Some kind of fiber.  I don't know.  But
18   yeah, I know what you're talking about.
19        Q.   And so you don't remember telling Mr.
20   Filipiak and me that that's what they gave you, a
21   white jumpsuit?
22        A.   I thought it was my yellows I went in.
23   But maybe it's a possibility I did tell you that.
24   I'm not too sure.
25        Q.   Really, the issue is:  Is that what you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2231

1    wore, a white jumpsuit?

2        A.    I'm not too sure.  I don't think so.  I

3    think it was my yellows.

4        Q.    Would you agree with me on this point?

5    Whatever you wore, it was something they gave you

6    specifically to wear on that transport?

7        A.    Yes, yes.

8        Q.    After they took the clothes that you had

9    been wearing.

10       A.    Yes.

11       Q.    And that's just in case you had secreted

12   some sort of -- I don't know -- contraband in your

13   clothes somehow, in the seams of your clothes?

14       A.    Yeah, I guess, yes.

15       Q.    Then did you talk to us about what

16   happened to your property, your personal property?

17       A.    Um-hum, yes.

18       Q.    Prior to the transport?

19       A.    Yeah.  They put it all together, and they

20   put it in the bag, and then we took it.

21       Q.    Okay.  Let's just break that down a bit,

22   okay.  So when they told you you were going from the

23   Penitentiary of New Mexico down to Southern and it's

24   the day of the transport, what did you physically do

25   with the personal property in your cell?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2232

```
 1        A.   Actually, I did ask for -- they gave us,
 2   like, two bags.  I put everything inside two bags.
 3   And then the officer escorted me to the strip cage.
 4   And that's when he stripped me.  And then he got my
 5   bag -- my two bags, and took it with us.
 6        Q.   Okay.  Well, did the officer do something
 7   with your bags of property before he put it into the
 8   transport?
 9        A.   Well, no.  Actually, they were supposed to
10   inventory it.  But no, they didn't inventory it.
11        Q.   Your testimony today is that they did not
12   inventory it?
13        A.   No.  I think they just got a paper and
14   just wrote down things on it.  I don't think they
15   inventoried it.
16        Q.   Let me go back, okay?  Because I want to
17   talk to you about what you told Mr. Filipiak and me.
18        A.   Okay.
19        Q.   Did you tell us that, in fact, that once
20   you got your property together, you gave it to an
21   officer who went through it to make sure that you
22   were transporting only the items that you were
23   allowed to transport?
24        A.   Yeah.
25        Q.   Okay.  And did you tell us that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  prepared an inventory of that property?

2      A.   That's a possibility.  But, yes, they

3  write down the stuff.  They don't go through your

4  stuff, actually.  They just pretty much ask you,

5  "What's in your bag?"  They don't want to go through

6  all the hassle.  They just like, "What's in your

7  bag?" and they start marking things down.

8      Q.   Did you tell us that the officer went

9  through your things and placed them in a clear

10 plastic bag so it could be transported down to

11 Southern?

12     A.   No, I placed the stuff myself in the clear

13 plastic bag, two bags.

14     Q.   And did you tell us that the officer that

15 searched your property actually prepared a report

16 and confirmed that you were not attempting to

17 transport any contraband?

18     A.   They don't ever do that.

19     Q.   You're saying you didn't tell us that?

20     A.   No, I mean honestly, when I talked to you,

21 I mean, I was still on that side, so I was --

22     Q.   Mr. Urquizo, there is no pending question,

23 so you'll need to wait for me to ask the next

24 question.  Do you understand?

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Thank you.
 2             Now, the day that you met with Mr.
 3   Filipiak and me, you were describing the transport
 4   process, did you describe to us how you were
 5   transported down to Southern and how your property
 6   was transported?
 7        A.   Yes.
 8        Q.   And what did you tell us about that?
 9        A.   I told you they put me and Mauricio Varela
10   in a van and they put our property in a little
11   trailer.  They have a little trailer that's on the
12   van.  And that's where they put my stuff.
13        Q.   So you told us they actually transport the
14   inmates separate from the inmates' property?
15        A.   Yeah.  Well, they have the trailer in the
16   back.  So I guess it's separate.
17        Q.   And you described how there was a trailer
18   that was actually hitched onto the back of the van
19   that was towed behind the van as the van drove
20   around transporting inmates?
21        A.   Correct.
22        Q.   And did you have -- did you tell us that
23   during the transport, you had no access to your
24   property?
25        A.   Yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2235

1      Q.   And that was true; right?

2      A.   That's true.

3      Q.   When you left the Penitentiary of New

4  Mexico, did you go directly to Southern New Mexico

5  Correctional Facility?  And this would be on the

6  transport on March 6, 2014.

7      A.   Yes, ma'am.

8      Q.   You went directly there?

9      A.   Yes.

10     Q.   Are you sure?

11     A.   I think so.

12     Q.   Did you tell Mr. Filipiak and me that you

13  were in the van for quite a while and the van made

14  several stops between the Penitentiary of New Mexico

15  and Southern New Mexico Correctional Facility?

16     A.   It's a possibility.  Usually -- actually,

17  they do that sometimes.  So possibility.  I don't

18  know exactly where we stopped.  Those vans don't

19  have no windows or nothing, so --

20     Q.   And that wasn't my question.  My question

21  was:  Did you go directly, or did you stop?

22     A.   Oh, man.  We probably stopped.  Yeah, we

23  stopped.

24     Q.   And you told that to Mr. Filipiak and me;

25  right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2236

```
 1        A.    I guess.

 2        Q.    And that was the truth?

 3        A.    What?

 4        Q.    That you made stops; you didn't go direct.

 5        A.    Yes, I guess.  I can't remember.

 6        Q.    What time did you get to Southern New

 7   Mexico Correctional Facility; do you remember?

 8        A.    It was nighttime, probably close to 8:00,

 9   somewhere around there.

10        Q.    And that's what you told Mr. Filipiak and

11   me back in May of 2016; right?

12        A.    Yes.

13        Q.    And that was the truth?

14        A.    Yes.

15        Q.    And what happened when you got to Southern

16   New Mexico Correctional Facility, to you personally?

17        A.    Went through the medical procedures.  They

18   check you, make sure you're okay, and then we got

19   our new clothes; we got some greens, and our

20   beddings and all that.  And after that, they took us

21   to a housing unit.

22        Q.    Let me stop you there.  When you got off

23   the van and you went to medical and you got new

24   clothes and that sort of thing, were you subjected

25   to yet another strip search?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Actually, they didn't do a strip search
2  there, no.
3       Q.   At no point between the time that you
4  arrived at Southern and the time that you were
5  placed in your cell were you strip-searched?
6       A.   No.  They're supposed to, but we didn't
7  get strip-searched.
8       Q.   On May 25, 2016, did you tell Mr. Filipiak
9  and me that when you got to Southern, you were
10  strip-searched for the second time that day before
11  you were placed in your cell?
12       A.   I do not recall if I told you that or not.
13       Q.   And as you sit there today on the witness
14  stand, is it your testimony that you have a specific
15  recollection that, in fact, you were not
16  strip-searched at Southern?  Or are you just saying
17  that?
18       A.   I can't remember.  I mean, man, I've been
19  stripped so many times, I'm not sure.  But it's a
20  possibility.  Probably, yes.
21       Q.   Probably yes, you were strip-searched?
22       A.   Probably, yes.
23       Q.   So if you told this to Mr. Filipiak and me
24  back in May of 2016, that was the truth?
25       A.   I mean, I think there are a lot of things

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   that you're asking right now that I don't think I

 2   said.  I think you're just telling me things that I

 3   don't remember saying.

 4       Q.   We'll get to that in a minute, Mr.

 5   Urquizo.

 6       A.   Yeah.

 7       Q.   So once you got to Southern New Mexico

 8   Correctional Facility and you were placed in a cell,

 9   did you describe -- did you undergo a process that

10   you call orientation or that the prison calls

11   orientation?

12       A.   Yes.

13       Q.   And when you spoke to Mr. Filipiak and me

14   back in May of 2016, did you describe to us what

15   orientation was?

16       A.   Yes.

17       Q.   Can you tell us here what it is?

18       A.   You go to your cell and you're locked down

19   for, like, seven days.  You've got to see the

20   caseworker, mental health, STIU, make sure you have

21   no problems with nobody in the pod.  And they get

22   you, so you get to meet everybody and once they see

23   that everything is okay, within seven days they let

24   you out.

25       Q.   Okay.  Are you held in your cell the whole

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    seven days, or are you permitted out to take a

2    shower or to have some sort of tier time, like make

3    a telephone call?

4         A.   Yes, permitted to come out to take a

5    shower.

6         Q.   Okay.  And when -- during orientation when

7    you come out to take a shower, where are the other

8    inmates at that time?

9         A.   In my pod, they get locked down.

10        Q.   So what would happen is, if you were going

11   to shower, everybody would have to lock up, and then

12   you would be let out to shower?

13        A.   Correct.

14        Q.   So during orientation, you don't have

15   physical contact with other inmates in the housing

16   pod?

17        A.   No.

18        Q.   Okay.  But you can -- either they can talk

19   to you through your cell door?

20        A.   Yes.

21        Q.   Is that right?

22        A.   Yes.

23        Q.   Or you can talk to them when you're out on

24   the tier taking a shower, whatever, through their

25   cell door.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2240

```
 1        A.    Yes.
 2        Q.    When you got to Southern New Mexico
 3   Correctional Facility after the transport on March
 4   6, 2014, and you were brought in to yellow pod, was
 5   the pod locked down?
 6        A.    When I went into yellow pod?
 7        Q.    Right.
 8        A.    Yes.
 9        Q.    So everybody was locked in their cell?
10        A.    In yellow pod, yes.
11        Q.    And then you were walked to the cell that
12   was assigned to you?
13        A.    No.  The CO was searching the cell when I
14   went to the door to talk --
15        Q.    That wasn't my question.  You already
16   testified to that.  But my question was:  Once you
17   got there, you were locked into cell 110; right?
18        A.    Not right away, no.
19        Q.    Okay.  Well, at some point were you locked
20   into cell 110?
21        A.    Yes.
22        Q.    And when you were locked into cell 110,
23   was the rest of yellow pod still locked down into
24   their cell?
25        A.    Yes, but they let out the porters to
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   clean.

2        Q.   So let's go back a second.  I want to

3   flesh that out.  But let's just go back a second.

4   At the time that you were put into cell 110 -- this

5   is on March 6, the day before the Molina homicide --

6   and the door was closed -- approximately -- and I'm

7   asking you -- just approximately what time was that?

8        A.   I don't know, maybe 9:30, 10:00.  I'm not

9   too sure.

10       Q.   So 9:30 or 10:00 at night?

11       A.   Yes.

12       Q.   And the rest -- we're going to get to the

13  porters in a second.  But the rest of the unit was

14  locked down into their cell at that point?

15       A.   Except the porters.

16       Q.   I'm going to get to that.  But aside from

17  the porters, the rest of the unit was locked down?

18       A.   Yes.

19       Q.   And after you got locked into your cell

20  around 9:30 or 10:00 p.m., you're saying the porters

21  got released.

22       A.   Yes.

23       Q.   And is that one inmate or two inmates?

24       A.   Two inmates.

25       Q.   And the porters' job is to clean up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2242

1        A.    In the pod, yes.

2        Q.    At any point after you got locked into

3   your cell on March 6 of 2014, did other inmates

4   besides the porters get let out of their cells?

5        A.    In my pod?

6        Q.    Yes.

7        A.    No.

8        Q.    So yellow pod, once you entered that cell,

9   it remained locked down for the night?

10        A.    Yes, ma'am.

11        Q.    And did you tell that to Mr. Filipiak and

12   me back in May of 2016?

13        A.    Probably.

14        Q.    What happened to your property?  And I'm

15   talking about on March 6.

16        A.    I stayed in the front, in the intake,

17   because the property officer was gone.

18        Q.    Okay.  So the van pulls in with the

19   trailer behind it down at Southern, and the inmates

20   are taken out of the van?

21        A.    Correct.

22        Q.    Do you see what happens to your property?

23   I mean, did you see your property being removed from

24   the trailer?

25        A.    Yes.  They put all our property inside of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   a cage and locked it.
 2        Q.   And you observed that.
 3        A.   Yes.
 4        Q.   And based on your experience in the prison
 5   system being transported around, you know that you
 6   can't get your property back until the property
 7   officer comes in the next day or whenever he comes
 8   in.
 9        A.   Correct.
10        Q.   And searches the property and brings it to
11   you?
12        A.   Yes.
13        Q.   And did you tell that to Mr. Filipiak and
14   me back in May --
15        A.   Yes.
16        Q.   -- 2016?
17        A.   I think so, yes.
18        Q.   Was that the truth?
19        A.   Yes.
20        Q.   So I want to go to the next morning, which
21   would be March 7 of 2014.  So when you woke up that
22   morning, can you tell me -- just sort of describe to
23   me where people were in your pod, in yellow pod.
24        A.   As soon as we got up, I mean, everybody
25   came to -- not everybody, but Carlos Herrera, Dale
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2244

1  Chavez, Juanito Mendez -- they all came to my cell

2  right away, and I started talking to them through

3  the door.

4       Q.   So other inmates were released to go do

5  whatever they wanted to do.  They were released from

6  their cells.

7       A.   Yes, ma'am.

8       Q.   And you remained locked in your cell.

9       A.   Yes.

10      Q.   And how long on March 7, 2014, did you

11 stay locked in your cell until you were first

12 released?

13      A.   All day long.

14      Q.   At some point were you let out?

15      A.   To take a shower for the afternoon count.

16      Q.   So what time were you released from your

17 cell on March 7 to take a shower?

18      A.   It was like 4:00 or 5:00 when the count --

19 before the Javier Molina happened, before that

20 murder happened.

21      Q.   So give us your best recollection.

22      A.   I want to say 4:00 or 5:00.  Somewhere

23 around there.

24      Q.   And in fact, you told Mr. Filipiak and me

25 the same thing; it was somewhere around 4:00 or 5:00

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2245

1  p.m. on March 7 that you got to be released for the

2  first time from your cell on March 7.

3       A.   Yes.

4       Q.   And that was for the purpose of showering.

5       A.   Yes.

6       Q.   And was it still the case that in order

7  for you to be released to take a shower, the whole

8  pod had to be locked down?

9       A.   Yes.

10      Q.   Now, when you were transported from --

11  when you got to Southern, you weren't the only

12  inmate that was dropped off there; right?

13      A.   No.

14      Q.   Were there two other inmates with you?

15      A.   Yes, Marcelino Varela and Reynaldo

16  Enriquez.

17      Q.   And did both of those inmates also get

18  housed in yellow pod?

19      A.   Yes, ma'am.

20      Q.   So did the rules about orientation also

21  apply to both of those inmates?

22      A.   Yes.

23      Q.   Were they also locked in their cells from

24  when they got there on March 6 through the late

25  afternoon of March 7, 2014?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   And when you got out to shower, how long

3  were you let out to do that?

4      A.   Five, ten minutes.  I don't know.  I was

5  out there maybe ten minutes, maybe.

6      Q.   You had time to tend to your business and

7  walk back up?

8      A.   Yeah.  Talked to a few people in lockup,

9  yes.

10     Q.   And did that also happen for Mr. Varela

11 and Mr. Enriquez, the other two inmates?

12     A.   Yes.

13     Q.   Were they also let out one at a time to

14 shower?

15     A.   First it was Reynaldo Enriquez.  Then it

16 was Varela, and me.

17     Q.   So you were the last one?

18     A.   Yes, ma'am.

19     Q.   And when those two guys were let out one

20 at a time to shower, the whole pod stayed on

21 lockdown?

22     A.   Yes.

23     Q.   Did you eat dinner on March 7 of 2014?

24     A.   In 2007?

25     Q.   March 7.  So the day of the Molina

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2247

```
 1    homicide.
 2         A.   Yes.  They had just passed the dinners,
 3    yes.
 4         Q.   Did you eat dinner locked in your cell?
 5         A.   I didn't even get to eat dinner.  That's
 6    exactly when it happened.
 7         Q.   Okay.  So were you handed your dinner?
 8         A.   Yes.
 9         Q.   Okay.  So your dinner had been passed to
10    you in your cell, but you didn't have time to eat
11    it?
12         A.   No.
13         Q.   And did the other inmates in yellow pod
14    also get passed their dinner in their cells that
15    day?
16         A.   Yes.
17         Q.   Now, when Mr. Beck was asking you
18    questions -- let me just go back.  What is your
19    story today about when you got your property back,
20    if you did?
21         A.   What is my story?
22         Q.   What are you testifying to?
23         A.   I'm testifying to the truth.  And the
24    truth is that on March 7, I got my property around
25    11:00.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    And your testimony is that you got your

2  property around 11:00 in the morning.

3    A.    Yes, ma'am.

4    Q.    On March 7.

5    A.    Yes.

6    Q.    And that's what you said yesterday when

7  Mr. Beck asked you the question.

8    A.    Yes.

9    Q.    Okay.  That's not what you told Mr.

10  Filipiak and me back in May of 2016, is it?

11    A.    Yes, it is.

12    Q.    It's not -- you think it is?

13    A.    I know it is.  I know I said that.

14    Q.    Let me just ask you this question.  Did

15  you tell Mr. Filipiak and me back on May 25, 2016,

16  that while you were locked up, your property was

17  placed in the day room, but that you never had a

18  chance to get it back because Mr. Molina was killed?

19    A.    No.  No, I did not say that.

20    Q.    And did you tell Mr. Filipiak and me on

21  May 25, 2016, that what we ought to do is look for

22  your property inventory forms, because what your

23  property inventory forms would show is that your

24  property was inventoried at PNM prior to the

25  transport and that there was no inventory at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  Southern after the transport?

 2       A.   I'm not sure.

 3       Q.   So you might have told us that?

 4       A.   I might have told you that.  But actually,

 5  there was an inventory sheet in Southern.  They

 6  actually did inventory my stuff on March 7.  There

 7  is an inventory.

 8       Q.   Mr. Urquizo, there is no question pending.

 9            MS. JACKS:  Your Honor, I'd ask that that

10  outburst be stricken.

11            THE COURT:  It will be stricken from the

12  record.

13  BY MS. JACKS:

14       Q.   Now, when Mr. Filipiak met with you in May

15  2016, that was the first time -- after you told us

16  that, did we say, "Oh, darn, we didn't bring a

17  release.  We don't have a form for you to sign to

18  let us examine your records."  Do you recall that?

19       A.   Yes.

20       Q.   And then about two weeks later Mr.

21  Filipiak came back; right?

22       A.   Right.

23       Q.   And when he came back, he really came back

24  for two reasons, didn't he?

25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2250

```
 1        Q.   He came back, Number 1, to go over the
 2   statement that he had prepared to let you look at it
 3   and let you make any corrections; right?
 4        A.   He didn't go over it, though.
 5        Q.   That's your testimony today.  I'm asking
 6   you, did he come back and discuss with you and show
 7   you the prior -- the statement form that he had
 8   filled out?
 9        A.   He told me he typed out whatever we had
10   talked about.  That's what he told me.
11        Q.   He went over with you what he had typed
12   out about what we had talked about about two weeks
13   prior?
14        A.   We didn't go over it.  He just told me
15   what he had typed out.
16        Q.   Did he show it to you?
17        A.   He had it, and I told him, "That's all
18   good."  I didn't even look at it.
19        Q.   So he handed it to you and he asked you to
20   look at it; right?
21        A.   Yes.
22        Q.   And you looked at it.  Nobody was rushing
23   you; right?
24        A.   I did not look at it.  I said, "It's all
25   good."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2251

1     Q.   That's what you're saying now, but my

2 question is:  Did you look at it?

3     A.   No.

4     Q.   You didn't look at it at all?  He offered

5 it to you, and you just shoved it back in his face

6 and said, "I don't care"?

7     A.   No, I just told you I said it was all

8 good.

9     Q.   Okay.  "It's all good," meaning it's

10 accurate.  You told him that; right?

11     A.   I figured it was.  I mean, I talked to you

12 guys.

13     Q.   And the second thing he did was, he asked

14 you to sign a release so that we could access your

15 property records; right?

16     A.   Correct.

17          MS. JACKS:  Your Honor, I have a document.

18 I'd like this marked defense next in order.  That is

19 ER.

20     Q.   I'm going to mark it and ask you to take a

21 look at it, Mr. Urquizo.

22          MS. JACKS:  May I approach, Your Honor?

23          THE COURT:  You may.

24 BY MS. JACKS:

25     Q.   So Mr. Urquizo, showing you what's been

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                            Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 820-6349                                FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   marked as Defendants' Exhibit ER, do you recognize
 2   that form?
 3        A.   Yes, I do.
 4        Q.   And is that, in fact, the original of the
 5   release that Mr. Filipiak came back and asked you to
 6   sign?
 7        A.   I think it's the original.  That's my
 8   writing, so it has to be the original.
 9        Q.   It's in pen; right?  You're writing --
10   it's not a xerox copy, is it?
11        A.   Yes.
12        Q.   So is that, in fact, the release you
13   signed to give us access to those records?
14        A.   Yes.
15        Q.   Okay.
16             MS. JACKS:  Your Honor, I ask that ER be
17   admitted.
18             MR. BECK:  No objection, Your Honor.
19             THE COURT:  Any objection from any of the
20   other defendants?
21             MS. BHALLA:  No, Your Honor.
22             THE COURT:  Not hearing any, Defendants'
23   Exhibit ER will be admitted into evidence.
24             (Defendants' Exhibit ER admitted.)
25             MS. JACKS:  And Your Honor, can I publish
```


SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2253

```
 1   this to the jury?
 2             THE COURT:  You may.
 3   BY MS. JACKS:
 4        Q.   The date that you signed that was June 15,
 5   2016?
 6        A.   Yes, ma'am.
 7        Q.   And the reason you signed that was to help
 8   us corroborate what you were telling us, that you --
 9   that you never got -- I'm sorry, that you didn't
10   transport paperwork and that you never got your
11   property when you were down in Southern.
12        A.   That I never got my property?
13        Q.   Yeah.  When you signed this, that was the
14   reason you signed it; right?
15        A.   No, it was for an inventory sheet.
16        Q.   Right.  So that we could get your property
17   inventory forms.
18        A.   I never said I never got my property.
19        Q.   That's your testimony today; right?  But
20   you signed this to help us corroborate what you were
21   telling us, that it was impossible that you did not
22   transport the paperwork.
23        A.   No, you wanted to look through all my
24   phone calls and letters and stuff like that, so I
25   signed that paper.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2254

1        Q.    Well, that's not true.

2        A.    That's very true.

3        Q.    Mr. Urquizo, at some point when you were

4   housed at PNM North, after the Molina homicide, did

5   you actually see paperwork that Jerry Montoya had

6   while he was fighting the state murder charges?

7        A.    Did I see paperwork?

8        Q.    Yes.

9        A.    Yeah, I did see a little bit, yes.

10       Q.    But let's just break this down a little

11   bit.  Jerry Montoya is one of the people that was

12   accused of stabbing Mr. Molina; right?

13       A.    Correct.

14       Q.    And he was charged in state court with

15   that murder?

16       A.    Yes.

17       Q.    And while he was fighting his murder case

18   in state court, he was housed in the same pod as you

19   at PNM North, wasn't he, at least for some period of

20   time?

21       A.    Yes.  About a month or so, yes.

22       Q.    And Jerry Montoya had access to some of

23   the police reports and discovery documents and

24   witness statements related to the Molina homicide

25   because his lawyer had given them to him; right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Yes.

2    Q.    And he was fighting his case.

3    A.    Yes.

4    Q.    And at some point did Jerry Montoya

5    provide you with access to that paperwork?

6    A.    Parts of it.

7    Q.    And is it by reading Jerry Montoya's legal

8    paperwork that you discovered for the first time

9    that you were being accused of bringing it down or

10   the prosecution was alleging you were the one that

11   brought it down to Southern?

12   A.    No.  Actually, the paperwork didn't say

13   nothing about me.

14   Q.    Did you tell Mr. Filipiak and me in May of

15   2016 that that's exactly how you first found out

16   that the prosecution was alleging you brought the

17   paperwork?

18   A.    No, that's not.  I found out about the

19   paperwork that was sent to 2-A K pod.  That's how I

20   found out, RICO indictments.  And that was sent to

21   Ron Ron --

22   Q.    I'm sorry, there is no question pending.

23         Mr. Urquizo, did you just hiss?

24   A.    Did I what?

25   Q.    Did you just hiss?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   What do you mean, did I just hiss?  No, I

2 didn't.

3      Q.   Mr. Urquizo, did you tell Mr. Filipiak and

4 me that when you read Jerry Montoya's legal

5 paperwork, you realized that it contained false

6 statements, that you passed it under the door of

7 yellow pod to blue pod to Timothy Martinez?

8      A.   No.

9      Q.   You didn't say that?

10      A.   No.  That paperwork said nothing.

11      Q.   And did you tell Mr. Filipiak and me that

12 you never saw or possessed any paperwork on March 6

13 and 7, 2014?

14      A.   I straight lied to you guys about that.

15 Yes, I did.

16      Q.   So you did tell us that, but now you're

17 saying that's a lie?

18      A.   Well, at that time, I mean, I wasn't

19 helping --

20      Q.   Excuse me.  That's a yes-or-no question,

21 Mr. Urquizo.

22      A.   At that time, yeah.

23      Q.   Did you tell us that?

24      A.   At that time, I did say that.

25      Q.   Okay.  So you did tell us that you never

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2257

 1   saw or possessed the paperwork.  That's what you
 2   said back in May of 2016.
 3        A.   I lied to you guys, yes.
 4        Q.   And now your testimony is that was a lie?
 5        A.   That I lied to you guys about that, yes.
 6        Q.   When you met with Mr. Filipiak and me back
 7   in May of 2016, did you also tell us or give us a
 8   suggestion about what we could do to investigate the
 9   case to show that the paperwork wasn't passed?
10        A.   I don't recall.
11        Q.   Do you recall telling us anything about
12   video from blue pod and yellow pod?
13        A.   Oh, yes.  Yeah.
14        Q.   What did you tell us?
15        A.   That if you check the cameras, you could
16   see; but if you check the cameras, yeah.
17        Q.   You told us, in fact, that if we got the
18   video from blue pod and the video from yellow pod
19   for March 7 of 2014, it will show that you were
20   telling us the truth, that there was no paperwork
21   passed; right?
22        A.   I probably told you guys that.
23        Q.   In that discussion with us back in May of
24   2017, you also told us that you had told law
25   enforcement that.  Do you remember?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2258

```
 1        A.   That I had told law enforcement?

 2        Q.   Yeah.

 3        A.   They never came to talk to me.

 4        Q.   Did you have a particular white gold

 5   necklace that you were fond of?

 6        A.   Yes.  I lost a white gold necklace, yes.

 7        Q.   You didn't really lose it, did you?  It

 8   was taken by somebody, wasn't it?

 9        A.   Yes.  Whenever I got transported, the

10   STIU -- they took all my belongings, and my chain

11   was part of it.

12        Q.   Did you tell us, in fact, back in May of

13   2016, that STIU Officer Sapien pulled you in to

14   accuse you of transporting the paperwork?

15        A.   Actually, he asked me.  He didn't accuse

16   me.

17        Q.   But did you tell us that?

18        A.   I think so, yes.

19        Q.   Was that true?

20        A.   Yes.

21        Q.   And in fact, during that interview, did

22   you tell Sapien that you did not transport the

23   paperwork?

24        A.   Of course.  I was an acting SNM Gang

25   member still.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2259

1      Q.   And did you tell us during that interview

2   or in connection with that interview that

3   correctional officers who escorted you over to speak

4   with Sapien and back from speaking with him took

5   your white gold necklace?

6      A.   No, they didn't take it.  No.

7      Q.   That's just a lie?

8      A.   No, I didn't tell you that.  I lost that

9   in the property.

10      Q.   I have a few more questions about that

11   interview.  Because one of the other things we

12   talked about back in May of 2016 was about Jerry

13   Armenta.

14      A.   Right.

15      Q.   Do you remember that?

16      A.   Yes.

17      Q.   And Jerry Armenta was one of the people

18   that actually stabbed Molina; right?

19      A.   Yes.

20      Q.   And did you tell us something about Jerry

21   Armenta or that -- well, did you tell us something

22   about Jerry Armenta's daughter during our interview?

23      A.   Yes, that she was disabled.

24      Q.   Okay.  That he had an intellectually

25   disabled daughter?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    Yes.

2          Q.    And in fact, I think you said she had Down

3    Syndrome?

4          A.    Yes.

5          Q.    And that Mr. Armenta was -- at the time of

6    the Molina homicide, that Mr. Armenta didn't have a

7    lot of time left to do on his sentence.

8          A.    Right.

9          Q.    Right?

10         A.    Yes.

11         Q.    And did you tell us that because he was a

12    short-timer and because he had a Down Syndrome

13    daughter that the SNM wouldn't ask Jerry Armenta to

14    kill somebody?

15         A.    No, they shouldn't have asked him to do

16    it.

17         Q.    You told us back in May 2016 that they

18    wouldn't.

19         A.    Shouldn't ask him.

20         Q.    All right.  So I think we've been through

21    the facts -- the sort of chain of events that led

22    you to become a witness for the Government.  And you

23    agree that that started back in February of 2017.

24         A.    Yes.

25         Q.    And the story that you've told here in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



2261

1    court over the past two days is different than what

2    you told Mr. Filipiak and me; would you agree?

3         A.    No, maybe just one little part.  I was

4    doing that because I was still an active SNM Gang

5    member, so that's why I was doing that.

6         Q.    Now what you're saying is that you

7    actually had the paperwork and you brought it down

8    to Southern; right?  That's your story here in

9    court.

10        A.    Everybody knows I had the paperwork.

11        Q.    That's nonresponsive.  So I'm going to ask

12   you to answer the question.  That's your story here

13   in court; right?  That's a yes or no.

14        A.    No, it's been my story the whole time.

15        Q.    It hasn't been your story the whole time.

16   You just told us that you told me and Mr. Filipiak

17   back in May of 2016 that you had nothing to do with

18   the paperwork.

19        A.    Not with you guys, because I didn't really

20   want no part of it.  That's why.

21        Q.    Okay.  Well, that was something that you

22   said that's different, right, than what you're

23   telling us here in court?

24        A.    I wanted no part of it.  That's why.

25        Q.    I'm not asking you why, Mr. Urquizo.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Listen to the questions.  So now your story is that
 2   you brought the paperwork.  So let's sort of flesh
 3   that out.  Okay?  According to your story here in
 4   court, you're saying you got to Southern at night on
 5   March 6.
 6        A.   Yes.
 7        Q.   And everything was locked down except the
 8   porters.
 9        A.   Yes.
10        Q.   And that you're claiming now you got your
11   property back.
12        A.   Yeah.  I got my property March 7 around
13   11:00.
14        Q.   And you're saying around 11:00 in the
15   morning, so before lunch or --
16        A.   Yes, I told you that that day, too.
17        Q.   No, you didn't.
18        A.   Yeah, I did.
19        Q.   Well, that's why we have Mr. Filipiak.
20             And it's also your story here in court
21   that between the time that you got to Southern on
22   March 6 and the time that you were returned -- you
23   got your property back at 11:00 a.m. on March 7,
24   there were letters being exchanged under the door
25   between blue pod and yellow pod.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    Yes.

2     Q.    And I think you told us yesterday that Mr.

3  Rodriguez, you're claiming, passed two others?

4     A.    Yes.

5     Q.    Or two notes?

6     A.    Yes.  The first night I got there, I got a

7  letter, and then the next day.

8     Q.    Okay.  And were these letters written

9  on -- what kind of paper were these letters written

10  on?

11    A.    Lined paper.

12    Q.    Just like lined -- lined --

13    A.    Lined white paper, yes.

14    Q.    Okay.  And was it a normal-sized piece of

15  paper, or was it somehow folded up in a little ball

16  and rolled --

17    A.    Folded up like a little letter.

18    Q.    And you're claiming for the first time

19  today that Mr. Sanchez sent you a letter.

20    A.    What?  I didn't say that.

21    Q.    When you were answering questions of Mr.

22  Villa, he asked you some question and you said

23  something about Daniel Sanchez sending you a letter.

24    A.    I didn't say Daniel Sanchez sent me a

25  letter.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Maybe I misunderstood your testimony.

2    A.   I didn't say that.

3    Q.   So the letters that you're talking about

4    here in court are two from Mr. Rodriguez?

5    A.   Yes.

6    Q.   And then one from you to Mr. Rodriguez.

7    A.   One, yes.

8    Q.   Is that it?

9    A.   No.  Two letters -- two.  The same night I

10   wrote them, when the porters came out, passed it,

11   and the next day they sent a letter back.  Two

12   letters.  I wrote two.

13   Q.   So you're claiming Rodriguez wrote you

14   two, and that you wrote Rodriguez two.

15   A.   Yes, ma'am.

16   Q.   You don't have those letters, do you?

17   A.   No.

18   Q.   And you first -- when was it that you

19   first mentioned anything about letters going under

20   the door between blue and yellow pod?

21   A.   I believe it was like on the March -- when

22   I went down here in Las Cruces for the debrief.

23   Q.   Three years after the homicide of

24   Mr. Molina?

25   A.   I guess so.

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                               (505) 843-9494
FAX (505) 820-6349                                                      FAX (505) 843-9492
                                                                            1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.    In March of 2017?

2      A.    Yes.

3      Q.    And this paperwork that you claim to have

4  carried from PNM down to Southern, can you tell

5  us -- Mr. Beck asked you some questions about it.  I

6  just want to make sure we get your full story of

7  what that supposedly looked like.  So is it one

8  page, two pages, 20 pages?

9      A.    Just the one page of the police report.

10     Q.    It was one page?

11     A.    Yes.

12     Q.    And was it on -- what about it made you

13  know that it was a police report, according to you?

14     A.    It had the thing, Las Cruces Police.  I

15  don't remember exactly what it had on there, but it

16  also had -- I want to believe it had the name of one

17  of the defendants.  I think it was Jesse Sosa, I

18  think.  And it had an address, Social Security

19  number.

20     Q.    Whose address and Social Security number?

21     A.    I believe it was Jesse Sosa's.  I think

22  that was his paperwork.

23     Q.    And the paper had some -- according to

24  your story, had some sort of logo or stamp on it

25  from the Las Cruces Police Department?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   And was the paper a form?  Like, were

 3   there various boxes to be filled out, or was it just

 4   lined?

 5        A.   No, it was just -- had information.  It

 6   had the police report, and it had the typing on the

 7   front of the statement, the summary.

 8        Q.   It had -- I'm sorry?

 9        A.   Like the summary of what was said that

10   happened.

11             MR. VILLA:  Your Honor, can we have just a

12   minute?  Mr. Perez has --

13             THE COURT:  Well, why don't we do this:

14   We're pretty close to lunch.  Why don't we go ahead

15   and take our lunch break.  All right.  All rise.

16             (The jury left the courtroom.)

17             THE COURT:  All right.  We'll see

18   everybody in about an hour.

19             MR. VILLA:  And Your Honor, can we add

20   some things to the record before we take a break?

21             THE COURT:  Okay.

22             MR. VILLA:  So just for the record, Mr.

23   Perez had to run off urgently to use the bathroom.

24   I'm told that he was straining to keep his eyes open

25   during the cross of Urquizo and when I was up here
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  doing cross-examination, which is completely

2  unusual.  I mean, he's been completely attentive to

3  these proceedings up until this week.

4          From about 11:00 until just now, he's been

5  having a very difficult time keeping his eyes open

6  and staying awake.  And I asked him if he was okay,

7  and he told me that he's had a very severe headache,

8  and I've requested that he be given some medication.

9  So I think he's still struggling very mightily to

10  attend to proceedings.

11          THE COURT:  Well, my perception is

12  different than yours, Mr. Villa.  I watched him.

13  He's juggling the mask many, many times.  So if he's

14  sleeping, I don't know when he's sleeping.  Because

15  he's sitting there juggling that mask constantly.

16  He's coughing, and he -- I think with some

17  assistance with some kleenex and stuff.  So if he's

18  sleeping, I don't know when it is.  He's constantly

19  touching that mask.

20          MR. VILLA:  It's not long, Your Honor.

21  He's just having a difficult time keeping himself

22  awake.  I agree with the Court, he is awake during

23  times.  It's not unconsciousness or anything.  But I

24  think it's a result of the severe headache and his

25  illness that he's having a difficult time



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    maintaining being awake 100 percent of the time.

2              THE COURT:  Okay.  Let's see if we can get

3    him some medicine for his headache.

4              All right.  See y'all in about an hour.

5              (Court stood in recess.)

6              THE COURT:  All right.  We'll go on the

7    record.  Anything anybody needs to bring up before

8    we bring the jury in?  From the Government?  Mr.

9    Castellano?

10             MR. CASTELLANO:  No, Your Honor.

11             THE COURT:  I added one more thing that I

12   think our instructions need.  I'm probably going to

13   need -- if the predicate act or the racketeering act

14   is going to be intent to distribute and possession

15   with intent to distribute, I'm going to need to know

16   what the drugs are.  So if y'all remember to tell me

17   what drugs you're going to try to prove beyond a

18   reasonable doubt.

19             Mr. Villa, did you have something you

20   needed to put on?

21             MR. VILLA:  Yes, Your Honor.  I just want

22   to put on the record that when Mr. Perez had that

23   emergent need to use the restroom today, you know,

24   that's a symptom of the flu, or sickness, whatever

25   it is he's got, he's suffering from.  He had to run

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2269

1   out through the side door in the courtroom which is,

2   of course, to the marshals' room, and unfortunately

3   that was in front of the jury.  So rather than

4   exiting the rear of the courtroom, like we would

5   normally want to have happen, he had to run through

6   the marshal door.  So I wanted to put that on the

7   record.

8            THE COURT:  Well, he needs to not do that.

9   He was told not to do that.  So he'll just have to

10  wait.  So don't do that.  I watched him go out.  You

11  know, nobody could have told anything, because, you

12  know, he walks like he does with the cane.  So I

13  think he was okay.  But you're right, on the door.

14  But he's got to wait till the jury goes out of the

15  room.

16           MS. ARMIJO:  Your Honor, I will note that

17  at some point during this trial, I noticed in front

18  of the jury, Ms. Fox-Young went back there.  The

19  door was open, and she went back there.  I mean,

20  there was no client there or anybody else.  It

21  appeared as if she was talking to somebody.  But I

22  remember thinking, well, that's really strange.

23  That door is open, and she's going back there, and

24  it's in front of the jury.  It may have been in jury

25  selection.  I didn't think anything of it at the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2270

1   time, other than it was just really odd and wondered

2   why she was going back there.

3          MR. LOWRY:  Your Honor, I can speak to

4   that really quickly.  I know that Mr. Perez is on

5   medication, as is Mr. Baca.  And there was one day

6   during proceedings where we were both invited back

7   to that room to get medication for our clients by

8   the marshals.

9          THE COURT:  Just be mindful.  I mean, I

10  think that we've got the jury out, and Mr. Perez

11  walks with a cane and things, so I don't think

12  anything was noticed about his walking.  But he

13  probably ought to not use that door until the jury

14  has cleared the courtroom.

15         We're going to bring the witness up first,

16  so we're going to hold the jurors just for a second

17  to get the witness here.

18         MR. LOWRY:  Your Honor, just a point of

19  clarification.  Earlier today, we marked as Exhibit

20  EP the overview of the PNM North facility and I've

21  been informed by the staff that this should have

22  been appropriately marked as Exhibit ES.

23         THE COURT:  All right.  Any objection to

24  making that change, Mr. Beck?

25         MR. BECK:  No, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2271

```
 1            THE COURT:  All right.  Not hearing any
 2   from anybody else, then ES will be admitted and EP
 3   is not in evidence.  It's marked somewhere else.  It
 4   was marked, but not admitted.
 5            (Defendants' Exhibit EP admitted.)
 6            THE COURT:  All right.  Anything else from
 7   the defendants?  Anything else?
 8            MS. ARMIJO:  Your Honor, at some point
 9   we're going to need a deadline for the defense's
10   response to our statements.  As I indicated
11   yesterday, we're moving along quickly and I
12   anticipate that we may even rest our case by the end
13   of next week, potentially.  So we only had 72 hours
14   to produce those, so we would like to the Court to
15   set a deadline for any feedback.
16            THE COURT:  Could we set a deadline?
17   Because I'll need to build in a little bit of time
18   for me to look at them, too.  And like I said when
19   we got them, I glanced at them to sort of get a feel
20   for them, but I'm probably going to need the
21   defendants to point out if there's any problems.  Do
22   you want to propose a deadline?
23            MR. VILLA:  What about to the Court by
24   Friday, or to the Government by Friday?
25            THE COURT:  Why don't you get them to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Government by Friday.

2          MS. ARMIJO:  Can we consider that?

3    Because here's the issue.  Whatever is going to be

4    redacted, we have to go back and redact the audio

5    and also the transcript, and that's going to take a

6    lot of work.  And we could be having witnesses on

7    those as early as Monday.

8          MS. JACKS:  Our issue is, we've been going

9    through tens of thousands of late discovery to

10   prepare to cross-examine these informant witnesses.

11   So the defense hasn't exactly had time to sit down

12   and conference about these.

13         THE COURT:  What do you propose as a

14   deadline to try to make it work from the

15   Government's standpoint?

16         MR. BECK:  I think we could do close of

17   business Thursday, and then we'd have to put off

18   some of our witnesses that may bring it in.

19         THE COURT:  I think we're going to have to

20   make it at least Thursday, because I need -- you've

21   got to build me into it, too, if there's going to be

22   disputes.  So let's shoot for the end of business on

23   Thursday and see how it goes.

24         MS. DUNCAN:  Your Honor, can I propose a

25   compromise?  Perhaps if we know the Government's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  witnesses are coming -- I'm guessing it's Billy

2  Cordova, just on the story.  If we could get some of

3  them by the close of business Thursday, and then a

4  second set by the close of business Friday.

5          MR. BECK:  I think Gerald Archuleta will

6  be the first one.  So yeah, we anticipated him going

7  as early as Thursday, but we can wait on him a

8  little bit.  I don't think he has many recordings.

9  And so if we could do those Thursday, close of

10 business Thursday, we can settle those.

11         And it might be prudent just to submit

12 them to the Court, too.  I think -- I anticipate --

13 we were pretty liberal in our cutting-out.  So I

14 anticipate we won't be agreeing to any further

15 redactions.  That's not a bright-line rule, but I

16 just anticipate it.  So I think probably submitting

17 them to the Court and to us is a prudent course for

18 us all to take.  So if they could do Gerald

19 Archuleta's by Thursday and everyone else's by end

20 of the day Friday.  I'm hearing noon Friday, but end

21 of the day Friday, I think that would be fine.

22         MR. MAYNARD:  Your Honor.

23         THE COURT:  Mr. Maynard.

24         MR. MAYNARD:  One issue with respect to

25 the Cordova-Herrera conversations is that some of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the conversations -- one of them that's recorded is
2    an hour long.  Now, and I've spoken with Mr.
3    Castellano about, well, I hope you're not going to
4    play a whole hour of a rambling conversation.
5            And so I've had a discussion with him
6    about trying to narrow it down to relevant excerpts.
7    But there is a lot of give-and-take and conversation
8    that we have yet to resolve, and we're likely to
9    have some disputes about what's relevant or what's
10   just inflammatory on some other track.  So there's a
11   lot of work to work through.
12           THE COURT:  Well, it is.  And so I have
13   just got to push you.  Let's do Archuleta by the end
14   of the day on Thursday, and then everybody else by
15   noon on Friday, because it sounds like if the
16   Government is not going to negotiate anymore, then
17   it's going to be me.  So I'm going to have to start
18   looking at those sooner than later.  Let's work with
19   those deadlines and try to move it up to me as soon
20   as possible.
21           Do send them to Mr. Beck, though, because
22   I want the Government to take a look at it before I
23   have to start ruling on it.
24           All right.  All rise.
25           (The jury entered the courtroom.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2275

```
 1              THE COURT:  All right.  Everyone be

 2   seated.

 3              All right, Mr. Urquizo.  I remind you that

 4   you're still under oath.

 5              Ms. Jacks, if you wish to continue your

 6   cross-examination of Mr. Urquizo, you may do so at

 7   this time.

 8   BY MS. JACKS:

 9         Q.   Mr. Urquizo, how was your lunch?

10         A.   It was okay.

11         Q.   You actually were held down in a holding

12   cell downstairs with another Government witness in

13   this case, Mario Rodriguez, weren't you?

14         A.   Yes.

15         Q.   And you were just down there chatting to

16   him about the questions you were being asked up here

17   in court this morning, weren't you?

18         A.   No, I just told him I --

19         Q.   You know you're under oath; right?

20         A.   Yes.

21         Q.   And you know that lockup downstairs isn't

22   private.

23         A.   Yeah, I know.

24         Q.   So I suggest that you tell the truth to

25   this jury about the conversations you had downstairs
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2276

```
 1   with Mr. Rodriguez.
 2        A.   I didn't have a conversation with
 3   Rodriguez.  All I did was, when I walked by, I said
 4   "Hi," and I just looked at him and said, "Oh, man,
 5   it's brutal."  That's exactly what I said.
 6        Q.   Mr. Urquizo, before lunch we were talking
 7   about this paperwork you claim to have brought down.
 8   And I think you said it had some sort of Las Cruces
 9   Police Department logo on it?
10        A.   Yes, ma'am.
11        Q.   And it had some typewritten information on
12   it?
13        A.   Yes, like a police report.
14        Q.   And today you said it was one page; right?
15        A.   Yeah, it was like one page.  Yeah.
16        Q.   Well, not "like one page."  Was it one
17   page or more than one page?
18        A.   One page.
19        Q.   Are you positive about that?
20        A.   Yes, it was -- well, what we had was one
21   page.
22        Q.   Okay.  When you first talked about the
23   paperwork with your lawyer and to FBI Agent Acee
24   back on March 6, 2017, you said it was two pages,
25   didn't you?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   If -- I said it might be one or two pages.
 2       Q.   No.  Did you tell Agent Acee that it was
 3  two pages?  Not "might," not "like," but two pages?
 4       A.   I said "probably."
 5       Q.   Probably you did tell him that?
 6       A.   I said it was probably one or two pages.
 7       Q.   Did you have -- are you aware that Mr.
 8  Calbert testified yesterday?
 9       A.   Yes.
10       Q.   Okay.  And are you aware that Mr. Calbert
11  initially testified that the document was one page?
12       A.   Okay.
13       Q.   And so today you're changing your
14  description from your description in March of 2017
15  to now match Mr. Calbert's, aren't you?
16       A.   No, I told you it was one page.  Maybe it
17  was one or two pages.
18       Q.   But you told Detective Acee back in March
19  of 2017 it was two; right?
20       A.   I don't remember.  I thought it was one or
21  two pages.
22       Q.   You do know to count, Mr. Urquizo?
23       A.   Yes, I do.
24       Q.   Okay.  Now, what did this paperwork
25  supposedly say that Mr. Molina said?  Do you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



2278

1    remember?

2        A.   Yes, more or less.  I remember he said

3    that it wasn't him that was involved in that

4    purse-snatching; that there was two other guys with

5    him in the car, and one of the guys he identified

6    was Jesse Sosa.  I don't think he identified the

7    other one.  I just don't remember the other guy's

8    name.

9        Q.   So the statement that you're claiming was

10   on this document is a statement of Javier Molina to

11   the police?

12       A.   Yes.

13       Q.   Okay.  And the crime that you think was

14   involved is a purse-snatching?

15       A.   Yes, ma'am.

16       Q.   So that's like grabbing a purse off of a

17   lady's shoulder?

18       A.   That's exactly what it was; grabbing it

19   from an older woman and taking off running.

20       Q.   Without a weapon; just using force only?

21       A.   Yes, yes.

22       Q.   Exhibit 162, please.

23            You were asked some questions yesterday

24   about the Molina homicide.  And I want you to

25   correct me if I'm wrong, but did you say that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2279

```
 1   somehow you could actually see people trying to
 2   revive Molina in front of the doors to yellow and
 3   blue pod?
 4        A.   It kind of looked like they had him laid
 5   out there.
 6        Q.   Let me stop you.  Answer that question.
 7   Did you say that?
 8        A.   Yes.
 9        Q.   And at the time that the Molina homicide
10   happened, were you locked in cell 110?
11        A.   Yes, ma'am.
12        Q.   Okay.  So I want you -- okay, yellow pod
13   is the pod in the middle; right?
14        A.   Yes, ma'am.
15        Q.   And your cell, I think you said, was the
16   second cell closest to where yellow pod and blue pod
17   come together?
18        A.   Yes, at the bottom.
19        Q.   So I know you can't circle this because
20   you can't reach the monitor, but is this the cell
21   that you were in?  I tried to circle it.
22        A.   Yes.
23        Q.   Okay.  And does your cell have a window on
24   it?  Does cell 110 have a window on it?
25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2280

```
 1        Q.   Okay.  And just so that I'm clear, or it's
 2   clear for the jury, this dotted line right here --
 3        A.   Correct.
 4        Q.   -- is the wall that divides blue pod from
 5   yellow pod; right?
 6        A.   Yes.
 7        Q.   Would you agree with me that's a solid
 8   wall?
 9        A.   Yes.
10        Q.   So where was your line of sight to people
11   working on Mr. Molina?
12        A.   They pulled him out of the pod.  I lived
13   in cell 10.  It's directly straight to yellow pod's
14   window door.
15        Q.   So you're saying you looked out -- you're
16   claiming that you could look out of the door of your
17   cell and look out of the entrance door to yellow
18   pod --
19        A.   Um-hum.
20        Q.   -- and you could see Mr. Molina lying on
21   the floor?
22        A.   You could see the nurse.  You could see
23   his feet there.
24        Q.   You saw Mr. Molina's feet?
25        A.   Well, I'm sure it was his feet.  He was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2281

```
1   right there.  Yellow pod and blue pod's door are
2   right next to each other.  So when they pulled him
3   out, it was right between it.
4        Q.   Are you claiming that the guard and the
5   nurse were working on Mr. Molina somewhere in that
6   red area that I just marked?
7        A.   More or less, yes.
8        Q.   That's in sort of a hallway that adjoins
9   all three pods?
10       A.   Two pods.  The other hallway that goes
11   around the circle to go to green pod.
12       Q.   So that's what your testimony is?
13       A.   Yes.
14       Q.   Mr. Villa asked you some questions about a
15  statement you made regarding possibly the weapons
16  coming from a wheelchair program.  Do you recall
17  those questions?
18       A.   Yes, ma'am.
19       Q.   I just want to ask you a couple of
20  questions about the wheelchair program.  Can you
21  tell me what that is?
22       A.   They had the SNM group building
23  wheelchairs for third-world countries.
24       Q.   So like refurbishing used wheelchairs?
25       A.   Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2282

1      Q.   Was that a work assignment for some people

2   in blue, yellow, and green pods?

3      A.   Yes, ma'am.

4      Q.   And did that also involve working on

5   things like walkers?

6      A.   That I don't know.  I couldn't tell you.

7   I don't know about that.

8      Q.   Okay.  You didn't work in the wheelchair

9   program?

10      A.   No, so I couldn't say.

11      Q.   Were there inmates that were able to bring

12   pieces of metal back from this wheelchair program to

13   fashion into shanks?

14      A.   I couldn't say yes or no because I don't

15   know.

16      Q.   That's what I'm asking you:  Did you know?

17   When you answered Mr. Ryan's (sic) question, I think

18   the answer was that you suggested that possibly the

19   weapons came from the wheelchair program.

20      A.   Right.

21      Q.   So I'm wanting to know what the basis of

22   that information is.  Were you just speculating, or

23   did you have some sort of knowledge about that?

24      A.   It's a possibility.  You can smuggle it.

25      Q.   So you were just speculating that maybe

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    that's the situation?

 2         A.   On -- yeah, I guess, on one of them, yeah.

 3         Q.   Okay.  Well, it's also true that in the

 4    paperwork you read, some of the correctional

 5    officers suspected that the weapons were from the

 6    wheelchair program; right?

 7         A.   I didn't actually read all the paperwork.

 8    I just read a few pages of certain things.  That

 9    wasn't one of them.

10         Q.   Well, when you suggested to Agent Acee

11    that maybe one of the weapons came from the

12    wheelchair program, that was something you read in

13    somebody else's discovery; right?

14         A.   No.  Actually, I was told by somebody that

15    one of them came from there.

16         Q.   I want to follow up on this discovery

17    situation.  So before lunch, you were talking about

18    the fact that you actually were able to see Jerry

19    Montoya's state discovery materials for when he was

20    being prosecuted for the Molina murder here in state

21    court; right?

22         A.   Not all pages, but some, yes.

23         Q.   You saw some of it.  And you read through

24    it.

25         A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And I think that you also mentioned, at
 2   least in your interviews to law enforcement, that
 3   you had the opportunity to review some of Timothy
 4   Martinez' paperwork.
 5        A.   From when I was in L pod at the South,
 6   yes.
 7        Q.   Tell me about L pod and who was there with
 8   you and Timothy Martinez.
 9        A.   I don't mean L pod.  I mean K pod, 2-A K
10   at the South.
11        Q.   Okay.  So you were housed with Timothy
12   Martinez in the same pod?
13        A.   No.  No.  I wasn't housed with Timothy
14   Martinez.
15        Q.   How was it that you were able to see
16   Timothy Martinez' paperwork?
17        A.   Jerry Montoya had a few sheets of paper
18   that he sent to me of Timothy Martinez and Jerry
19   Armenta.
20        Q.   So when you were referring to Timothy
21   Martinez' paperwork in your interviews with the FBI,
22   it was actually Jerry Montoya's paperwork about
23   Timothy Martinez?  Is that what you're saying?
24        A.   Yeah, pretty much on that.
25        Q.   Well, not pretty much.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2285

1        A.   Yes, on that.  But also on the FBI
2   indictments that the paperwork got there to 2-A K
3   pod.
4        Q.   So you read the indictments in the case.
5        A.   Yes, they were sent to Ron Sanchez from
6   Dan Dan's lawyer.
7        Q.   You just hissed again.  You think that's
8   me?
9        A.   Daniel Sanchez's lawyer.
10       Q.   You think Daniel Sanchez only has one
11   lawyer?
12       A.   I don't know.
13       Q.   Let me ask you this.  Are you aware that
14   Daniel Sanchez has habeas corpus proceedings that
15   were pending at the time --
16       A.   Yes.
17       Q.   -- in state court?
18       A.   Yes, ma'am, I am.
19       Q.   And are you aware that he had lawyers on
20   that case?
21       A.   Yes, I am.  That's why I said lawyer.  I
22   don't know which lawyer he did have.
23       Q.   But you got some paperwork -- or you got
24   the indictments from Ronald Sanchez?
25       A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And you were able to read that?

2      A.    Yes.

3      Q.    And indictments in this case are public

4   record; correct?

5      A.    I guess so.

6      Q.    Anybody can pull it off the computer;

7   right?

8      A.    I'm not sure.

9      Q.    You've never had somebody pull court

10   records off a computer for you?

11      A.    Not indictments like that, no.

12      Q.    You also testified that you were housed

13   with some other people who were working as

14   Government witnesses; right?

15      A.    Right.

16      Q.    And I think you listed those as -- was it

17   Tomas Clark?

18      A.    I didn't know he was even working with

19   them, but I was with Tomas Clark, yes.

20      Q.    Who else?

21      A.    I just met with him just in that pod.

22   Then I got moved to X pod, and it was Javier Rubio,

23   Billy Cordova, and eventually it was Robert Martinez

24   and Flaco -- or Fred Quintana.

25      Q.    And was this during the period of time

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that you were also working as a Government witness?

2          A.    Yes.

3          Q.    And one of the things I think we've heard

4    about is that when you're working as a Government

5    witness, you get better conditions of confinement.

6          A.    Yes.  I guess, yes.

7          Q.    You're not locked in your cell 23 hours a

8    day, seven days a week?

9          A.    Actually, I was.

10         Q.    Did you have tier time when you were

11   housed with those individuals you just named?

12         A.    No.

13         Q.    So you were able to confer with them when

14   either you would go out of your cell and you were

15   able to talk to them through their cell door?

16         A.    I wasn't -- nobody in that pod came out.

17   It was already locked down.

18         Q.    Okay.  Were you able to talk with those

19   individuals in any way whatsoever?

20         A.    Maybe here and there with Robert Martinez,

21   because he was a little closer to me upstairs where

22   I live.  But everybody else, no, because there was

23   other individuals there that didn't know what was

24   going on so we didn't want to throw it out there.

25         Q.    So you talked with Robert Martinez, like,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2288

1    through the vents that connected your two cells?

2        A.   No, I lived in cell 8, and he lived in

3    cell 10, so there was a cell between us.  So once in

4    a while we'd make little comments where just me and

5    him understood what we were talking about.

6        Q.   That would be through the vents that

7    connect the cells?

8        A.   No, through the doors.

9        Q.   How?

10       A.   Through the doors.

11       Q.   Through the door.

12       A.   Yes.

13       Q.   Did you talk to other inmates through the

14   vents, either the vents that go from the lower cell

15   to the upper yell, or the vents that go along the

16   bottom of the cell?

17       A.   I wasn't connected to nobody that was

18   helping through the vents.

19       Q.   We know that you talked to David Calbert

20   when you went to the FBI office in August of 2017;

21   right?

22       A.   Yes, ma'am.

23       Q.   And the purpose of you being permitted to

24   talk to Calbert was to try to convince him to sign

25   up for the Government's witness program; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2289

 1      A.   Well, he was already thinking about it,
 2 but maybe if he seen that I was doing it, maybe it
 3 would help a little bit, so...
 4      Q.   How did you know he was already thinking
 5 about it, or is that something he told you?
 6      A.   Yeah, he told me afterwards.
 7      Q.   Okay.  So that's something he told you.
 8           But at the time, when that meeting was set
 9 up, that was actually set up for your benefit,
10 right, at least in part?
11      A.   I guess.  I didn't know until the last
12 minute before I was leaving.
13      Q.   But you were told by the Government that
14 if you were able to recruit David Calbert, you'd get
15 some time shaved off your sentence.
16      A.   Actually, I wasn't told by the Government.
17 There was other individuals that were helping out
18 the Government told me about it.  So that's how that
19 came about actually.
20      Q.   Okay.  So you learned about that from
21 other Government witnesses?
22      A.   Yes.
23      Q.   And who were those Government witnesses
24 that told you that if you recruited somebody else,
25 that you'd get brownie points for that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2290

```
 1        A.    Robert Martinez; and I think I know Fred
 2   Quintana.  Those are the two.
 3        Q.    Some of the guys that you were housed with
 4   for a while?
 5        A.    Yes.
 6        Q.    When you met with Mr. Calbert in the FBI
 7   office, did you tell him that you were making a
 8   decision to become a Government witness?
 9        A.    Yes.  I told him I had just decided to
10   give everything up, and I was going to help him out,
11   yes.
12        Q.    You told him you were making the decision
13   to become a Government witnesses?  Yes or no?
14        A.    I had made a decision.
15        Q.    Had.
16        A.    Yes.
17        Q.    And did you tell him about all the
18   different benefits that you were getting once you
19   signed up to become a Government witness?
20        A.    No.
21        Q.    You didn't say a thing about that?
22        A.    No.
23        Q.    Did you tell him the story that you were
24   going to tell -- that you had told the Government
25   was that you had brought the paperwork down and that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you had said he provided it?
 2        A.   I told him the truth, how it got there.
 3        Q.   My question is:  Did you tell him that?
 4   Did you tell him that you had involved him, that you
 5   had told the Government that he gave you the
 6   paperwork?
 7        A.   I told him the truth, if that's what
 8   you're trying to say then.  Yes, as in the truth,
 9   yes.
10        Q.   Okay.  Did you mention to Mr. Calbert
11   during that meeting that you had put his name out
12   there as the person that had given you the
13   paperwork?
14        A.   Yes.
15        Q.   Because what you didn't want was for him
16   to go in and say something different to the
17   Government; right?
18        A.   No.  That's not right.
19        Q.   Let's talk about the benefits that you've
20   gotten, because I think you testified yesterday that
21   you'd gotten about $300.
22        A.   Somewhere.  I don't know.
23        Q.   That's not really true; right?
24        A.   Well, I really don't know exactly how much
25   I got.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   You really don't?  Don't you spend that

2  money on commissary and phone calls --

3    A.   Yeah.

4    Q.   -- and try to give some to your family?

5    A.   I also get money from my family, too,

6  so --

7    Q.   So you don't know which money is from your

8  family and which money is from the federal

9  government?

10   A.   I know.  What I'm saying is that I had

11  money on my books.  There's times I didn't really

12  check, oh, this is how much I got, this and that.

13   Q.   The truth is, Mr. Urquizo, that you've

14  gotten at least $600 from the federal government;

15  right?

16   A.   Okay.

17   Q.   Well, is that the truth or is it not the

18  truth?

19   A.   No.  It is, okay, 600.

20   Q.   You don't even know what the truth is.

21   A.   Of course I do.

22        MR. BECK:  Object --

23        THE COURT:  Sustained.  Don't comment on

24  the evidence.  There will be argument.

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2293

```
 1   BY MS. JACKS:
 2        Q.   Mr. Urquizo, have you also been provided
 3   contact visits with your family members?
 4        A.   With my wife one time, yes.
 5        Q.   Just once?
 6        A.   Yes.
 7        Q.   And I think you were asked -- one of the
 8   other benefits you talked about is, you started
 9   getting more telephone calls; right?
10        A.   Yeah, unlimited phone calls.  So yes.
11        Q.   More frequent access to the phone.
12        A.   Yes.
13        Q.   You made a little face there when you
14   answered that.  Is that -- that's not really true,
15   or --
16        A.   No, the reason is because before I went
17   that way, I was already getting unlimited phone
18   calls.  I was Level 4.  So it's the same thing.  I
19   was already getting unlimited phone calls.
20        Q.   The truth is that you got so many calls
21   that you started letting other inmates use your
22   calling number to call their friends and family.
23        A.   No.
24        Q.   That's a lie?
25        A.   No, that's not why.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2294

```
1        Q.   I said:  That's a lie?  You did not --
2        A.   What's a lie?
3        Q.   You did not provide your -- let me ask the
4   question so that we can be very clear.  Did you
5   provide your PIN number to other inmates so they
6   could use some of the phone calls that you've been
7   provided?
8        A.   Yeah, I loaned my PIN number a few times.
9        Q.   And the other benefits you're getting is,
10  you're getting a federal sentence that runs
11  concurrent with your state sentence?
12       A.   That's what we're hoping, yes.
13       Q.   And you're hoping for a sentence in
14  federal court of less than 20 years.
15       A.   Yes.
16       Q.   And you're also hoping to be transferred
17  to a federal prison that has better confinement
18  conditions than the State of New Mexico?
19       A.   Yes.
20       Q.   The sentence that you're currently doing
21  in the State of New Mexico is how long?
22       A.   I believe it's a 28-year sentence.
23       Q.   And how many years of the 28 years have
24  you done?
25       A.   Since 2008.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.    Okay.  So about ten?

2        A.    Yes.

3        Q.    So you have roughly 18 years left?

4        A.    With good time and all that.

5        Q.    So what Mr. Villa asked you was, in fact,

6    true:  That -- well, even if you get the maximum,

7    the maximum federal sentence for what you pled

8    guilty to is 20 years; right?

9        A.    Yes.

10       Q.    So even if you get the maximum federal

11   sentence for what you were permitted to plead guilty

12   to by the Government, you won't do a day longer than

13   your state sentence.

14       A.    Probably.

15       Q.    And the other benefit you got was not to

16   be charged with a case that carried a life sentence

17   or the death penalty; right?

18       A.    Right.

19       Q.    So are those benefits important to you?

20       A.    Well, sure.  I mean, my life is in danger

21   now, of course.

22       Q.    Well, do you think the Government is

23   giving you those benefits in recognition for the

24   testimony that you're providing here today on their

25   behalf?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2296

```
 1        A.   Well, yes, they're helping me out, because
 2   I'm doing what I'm doing, yes.
 3        Q.   Okay, now back on February 2 -- I think
 4   Mr. Beck asked you some questions about this, but I
 5   just want to go back to this for a second.  Back on
 6   February 2, you refused to get out of your cell;
 7   right?
 8        A.   Correct.
 9        Q.   And you refused to be transported?
10        A.   Yes, ma'am.
11        Q.   And you refused to get out of your cell
12   and be transported because you didn't like where you
13   were going to be housed at the end of the transport.
14        A.   Yes.
15        Q.   And you didn't want to miss the Super
16   Bowl.
17        A.   That's not necessarily why.
18        Q.   Well, did you tell the people who
19   responded to try to talk you into getting out of
20   your cell and into getting on the transport that one
21   of the reasons you were refusing is because you
22   didn't want to miss the Super Bowl?
23        A.   No, I didn't have a TV.  The TV was lost.
24        Q.   Did you refuse because you weren't getting
25   what you wanted?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   No, I refused because I was in Otero
 2   County for three months, and I went to Santa Fe for
 3   five days, and then they were sending me back to
 4   Otero County.
 5        Q.   So it was just too much travel?
 6        A.   No, I just wanted to stay in Santa Fe.
 7        Q.   When you refused, did you tell people that
 8   everything is off the table?
 9        A.   Yes.
10        Q.   Did you tell people that you're going to
11   turn the case upside down?
12        A.   Yes.
13        Q.   And that because you didn't like the way
14   you were being treated, you were going to back out
15   of testifying?
16        A.   Yes.
17        Q.   So in your mind, Mr. Urquizo, if you don't
18   get what you want, you're not going to say what they
19   want.
20        A.   It's not what they want.  It's the truth.
21   I just wasn't going to say the truth.
22             MS. JACKS:  I have nothing further.
23             THE COURT:  Thank you, Ms. Jacks.
24             Mr. Beck, do you have --
25             MS. JACKS:  I do have -- I'm sorry, Your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

```
 1   Honor, I have three certified copies of judgments
 2   that I'd like to mark and enter at this time.  And I
 3   provided them to the Government yesterday.
 4           MR. BECK:  No objection, Your Honor.
 5           THE COURT:  Let's get the --
 6           MS. JACKS:  So these are going to be
 7   marked AN 1 through 3.  Number 1 is from September
 8   14, 1998.  Number 2 is from December 16 of 2003.
 9   And number 3 is from January 20 of 2010.
10           THE COURT:  Any objections to those, Mr.
11   Beck?
12           MR. BECK:  I just -- no objection.  I just
13   want to make sure they're properly redacted.  No
14   objections.
15           THE COURT:  Any other defendant have any
16   objections?  Not hearing any, Defendants' Exhibit AN
17   1 through 3 will be admitted into evidence.
18           (Defendants' Exhibits AN 1 through 3
19   admitted.)
20           THE COURT:  All right.  Mr. Beck, do you
21   have redirect of Mr. Urquizo?
22           MR. BECK:  Yes, Your Honor, thank you.
23           THE COURT:  Mr. Beck.
24
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    REDIRECT EXAMINATION
 2   BY MR. BECK:
 3        Q.   Mr. Urquizo, I think you were cut off a
 4   few times.  I think you were trying to explain why
 5   you didn't tell Ms. Jacks the truth about why you
 6   passed the paperwork.
 7        A.   Yes.  I didn't want to be involved in this
 8   whole thing, because if that came out, my life would
 9   in jeopardy, because I was still an active SNM Gang
10   member.
11        Q.   Have you ever testified before, Mr.
12   Urquizo?
13        A.   No.
14        Q.   Have you ever been cross-examined before?
15        A.   In a trial before, for me, yes; but not,
16   like, helping out or anything.
17        Q.   And why is that?
18        A.   Because that's against the law, against
19   our law, that you don't do that.  That's pretty much
20   snitching.  You're not allowed to help out at all.
21        Q.   Mr. Urquizo, why didn't you want to go
22   back to Otero County?
23        A.   Because I was there in Otero County for
24   three months.  Then I was sent to Santa Fe.  While I
25   was gone -- when I got in Santa Fe, all my stuff was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  missing.  Nobody knows what happened to it.  So the

2  little belongings that I did have, I didn't want to

3  lose them again.  I was in Santa Fe for, like, five

4  days, and I didn't want to go back.  And it felt

5  like I was being mistreated by the Corrections

6  Department as it was already.  That's why I didn't

7  want to go until I talked to Captain Sapien about

8  what was going on.

9         If I was told that I was going to court, I

10 would have came right away.  But I wasn't told that.

11     Q.   Were you threatened at Otero County last

12 time you were there?

13     A.   Yes.  There's another person that's on the

14 case or a different case, whatever, and started make

15 remarks, saying there's another FBI informant right

16 there, and started disrespecting and saying that

17 Dan Dan and Sanchez and Carlos Herrera came back

18 from court and said, "All you FBI informants need to

19 stop doing what you're doing.  Have some respect for

20 each other and stop doing what you're doing."

21     Q.   And who was that?

22     A.   Edward Troup.

23     Q.   And is he an SNM member?

24     A.   Yes, sir.

25     Q.   Now, I think you went through several --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   with several defense attorneys you went through the
2   reports in this matter and previous times that you
3   debriefed with the Government.  Do you remember
4   that?
5       A.   Yes, sir.
6       Q.   During those debriefs, did you answer the
7   questions that were asked of you?
8       A.   Yes, sir.
9       Q.   Now, yesterday you and I discussed
10  testifying here today.  How many times did we meet
11  to prepare for your testimony?
12      A.   I think two times.
13      Q.   How many?
14      A.   I think two times.
15      Q.   Okay.  If I told you three, would that
16  be -- would that surprise you?
17      A.   Yeah, I think -- yeah.
18      Q.   So it's possible we met three times?
19      A.   Yes.
20      Q.   And today and yesterday, after meeting
21  three times, did you have a better idea what I was
22  going to ask you about yesterday?
23      A.   A little bit, yes.
24      Q.   And did you prepare in your mind to
25  testify yesterday after we met?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2302

```
 1        A.    Yes.
 2        Q.    Were you better prepared to testify
 3  yesterday than you were for the questions at all
 4  your debriefs?
 5        A.    Yes.
 6        Q.    Now, I think you testified with Ms. Jacks
 7  she came to see you before Mr. Acee did for the
 8  Government?
 9        A.    Yes, sir.
10        Q.    Did she come to see you -- and I think she
11  said May of 2016?
12        A.    Yes, sir.
13        Q.    And when was the first time the Government
14  came and told you you were involved in the case?
15        A.    February 24, 2017.
16        Q.    So is that almost a year later?
17        A.    Yes.
18        Q.    And I think on one of the phone calls we
19  heard about Wild Bill's attorney.
20        A.    Yes.
21        Q.    Who is Wild Bill?
22        A.    Billy Garcia.
23        Q.    Is that another SNM member?
24        A.    Yes, he's another SNM Gang leader,
25  actually.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Do you know if he's been charged with any
 2  federal crimes?
 3      A.   Yes, sir.
 4      Q.   And was that before Special Agent Acee
 5  came and visited you?
 6      A.   Yes, sir, right after Ms. Jacks came and
 7  visited.  That's when Wild Bill's attorney came to
 8  visit me, too.
 9      Q.   Did he ask you if you passed the
10  paperwork?
11      A.   Yes.
12      Q.   And did you tell him the truth, that you
13  did?
14      A.   No, I told him I did it, and I didn't want
15  to be part of none of that stuff.  I only talked to
16  him briefly, like five minutes.  I told him I didn't
17  really want to be involved in this anymore.
18          MR. BECK:  Ms. Standridge, will you turn
19  on the Elmo, please?  And is Exhibit EQ admitted?
20          THE CLERK:  Yes.
21  BY MR. BECK:
22      Q.   Mr. Urquizo, I'm showing you what's been
23  admitted as Exhibit EQ.
24          THE COURT:  EQ has been admitted.
25      Q.   Do you recognize this exhibit?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2304

```
 1        A.    Yes, sir.
 2        Q.    I'm going to zoom in on the top.  Is that
 3   your handwriting that says Q and R?
 4        A.    Yes, sir.
 5        Q.    And I think you testified that you said
 6   when you talked to Mr. Baca, he was in Q pod?
 7        A.    Yes, sir.
 8        Q.    Is that here on the left where you marked
 9   Q?
10        A.    Yes.
11        Q.    All right.  And up here, just above Q, I'm
12   circling at the top left of that screen in the dark
13   area, is that the cage that you were in?
14        A.    Yes.  It's actually a whole cage.  All the
15   way from the whole front end, that's a big cage.
16   It's a handball court, so it's actually a whole
17   cage.
18        Q.    Let me see if I can clear this again
19   without Ms. Standridge's help.
20        A.    All windows on Q pod are facing that cage.
21        Q.    So now I circled that whole dark-black
22   area.  Is that one --
23        A.    What I mean is, you see there is a first
24   cage and there is like a hall right there?  The left
25   side, where Q pod -- the whole part of Q pod, that's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2305

1  a cage right there.  Yes, there you go.

2       Q.   This whole rectangular area, the dark

3  area?

4       A.   Yes.

5       Q.   So is that the cage that you were in?

6       A.   Yes, sir.

7       Q.   And Mr. Baca, again, was just right there

8  when you marked Q; is that right?

9       A.   No, he was in Q106.

10      Q.   Where is that?  On the left side, the

11 middle?

12      A.   Going towards R pod, the last cell.

13      Q.   So that area at the top right?

14      A.   It's a little bit more to your left, but

15 pretty much right there.

16      Q.   Okay.  And you said you believe your first

17 conversation with Mr. Baca was in the summer of

18 2012; is that right?

19      A.   Around August of 2012.

20           MR. BECK:  Your Honor, I'm going to show

21 the witness what's been previously identified as

22 Government's Exhibits 748 and 747.  I learned that

23 Exhibit 748 has already been admitted as Defense

24 V-24.  And Exhibit 747 is the same as Defendants'

25 Exhibit Z-4.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Do you want to move your

2    exhibits?

3              MR. BECK:  I do.  I'll move to admit

4    Government's Exhibits 747 and 748.

5              THE COURT:  Any defendant have any

6    objection?  Not hearing any, then Government's

7    Exhibits 747 and 748 will be admitted into evidence.

8              (Government Exhibits 747 and 748

9    admitted.)

10   BY MR. BECK:

11        Q.   All right.  Mr. Urquizo, I think you were

12   shown this on cross-examination at some point.  Do

13   you recognize this to be your physical location

14   history?

15        A.   Yes, it looks like it, yes.

16        Q.   And I'm going to go down here to the

17   middle of the first page of Government's Exhibit

18   748.  And I pressed the wrong button.  But I'll get

19   out of here.

20              Now, directing your attention to the

21   middle of that page, where it says 9/12/2011, where

22   were you housed September 12 of 2011?

23        A.   In W105.  At the north.  3-B W105.

24        Q.   North?

25        A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2307

```
 1        Q.   And then the line above that, it looks
 2   like maybe you were moved later that afternoon to
 3   another pod in the north?
 4        A.   Yes, I went to V107, to north 3-B would be
 5   107.
 6        Q.   Then it looks like --
 7        A.   I was transported to the South.
 8        Q.   When were you transported to the South?
 9        A.   9/27/2012.
10        Q.   So is that September of 2012?
11        A.   Yes.
12        Q.   I'm showing you now what's been admitted
13   as Government's Exhibit 747.  Is that the physical
14   location history of Anthony Ray Baca?
15        A.   That's what it says on the top, yes.
16        Q.   And now I'm showing you the summer of
17   2012.  And in the summer of 2012 was Mr. Baca
18   housed --
19        A.   North, 3-A, Q106.
20        Q.   And is that where you told me earlier you
21   talked to him when he was in Q pod?
22        A.   Yes, sir.
23             MR. BECK:  Do you have Exhibit EO, the
24   letter?  Is that around here somewhere?
25             THE COURT:  Ms. Jacks, do you have EO?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. JACKS:  EO?

 2              THE COURT:  That was Ms. Bhalla, I guess,

 3    that had EO.

 4              MS. BHALLA:  Your Honor, I think we left

 5    it up there.  I can double-check.

 6              I'm sorry, Your Honor, I have it.  Sorry.

 7    BY MR. BECK:

 8        Q.   Ms. Urquizo, I'm showing you what was

 9    admitted with Ms. Bhalla as Defendants' Exhibit EO.

10    This is the letter that we stipulated was found in

11    your cell.  But you didn't recognize that as your

12    handwriting?

13        A.   No, sir.

14        Q.   Is that right?

15        A.   That's right.

16        Q.   And before it was presented to you and

17    told to you that it was in your cell, had you seen

18    that letter before?

19        A.   No.

20              MR. BECK:  Your Honor, I'm going to

21    approach with Government's Exhibit 749 and

22    Government's Exhibit 750.

23              MR. VILLA:  May we approach, Your Honor?

24              THE COURT:  You may.

25              (The following proceedings were held at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the bench.)

 2            MR. VILLA:  Your Honor, we've never seen

 3   these letters before.  And according to Mr. Beck,

 4   they just received them.

 5            MR. BECK:  I was handed them yesterday by

 6   Mr. Urquizo's counsel.

 7            THE COURT:  Who is that?

 8            MR. BECK:  Rosanne Camunez.

 9            MR. VILLA:  Could we take a minute to read

10   them?

11            THE COURT:  What are you going to do?  Try

12   to introduce them?

13            MR. BECK:  No, I'm just going to ask if he

14   wrote this one and then look and compare that to the

15   handwriting that was found in his cell.

16            MR. VILLA:  He already denied that he

17   wrote the letter in his cell.  So what the relevance

18   of this would be --

19            MS. BHALLA:  He also denied that he even

20   knew it was in his cell.  And the other day I

21   believe it was the first time he'd seen it, Your

22   Honor, so --

23            MR. BECK:  Then the letter was admitted

24   into evidence, shown to the jury.  He said it's not

25   his handwriting, so I'm hoping to explain this is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2310

1  his handwriting -- he said it was "pretty" -- and

2  ask him if that looks similar to the letter in the

3  cell.

4              THE COURT:  Well, if it's not going to be

5  introduced, let's just take it a question at a time.

6  We're not here to surprise anybody.  We can

7  reconvene, but I think this is proper here.

8              MR. VILLA:  A separate issue:  Mr.

9  Santiago Hernandez, who is the attorney for Mario

10 Rodriguez, is in the courtroom.  And I think under

11 the rule of exclusion, he ought to be excluded.  I

12 think the attorney has a duty to talk to his client

13 about anything and everything, and --

14             THE COURT:  I think what we've been

15 doing -- we've had a lot of attorneys come in and

16 out -- caution them not to talk to him.  Who is

17 Mario's attorney?

18             MR. BECK:  Mr. Hernandez.  It's the

19 gentleman in the white shirt and the black tie on

20 the left there.  I think the second row.

21             (In open court.)

22             THE COURT:  Mr. Hernandez.  (Motions.)

23             (The following proceedings were held at

24 the bench.)

25             MR. VILLA:  For the record, I appreciate

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2311

```
1   the Court cautioning him.  But I think he's got a

2   duty to talk to his client.  And I don't think,

3   quite frankly, we can tell him not to.

4             THE COURT:  Well, we'll see.  If he can't

5   agree to it, then he'll step out.

6             MR. HERNANDEZ:  Yes, sir.

7             THE COURT:  How are you doing, Mr.

8   Hernandez?

9             MR. HERNANDEZ:  Good, Your Honor.

10            THE COURT:  I guess there is some concern,

11  with you sitting here in the courtroom, that you

12  need to talk to your client and talk to him about

13  what's being said here.  I guess I can approach it

14  two ways.  One is, I can get an assurance from you

15  that you will not talk and be a conduit of what's

16  taking place here to your client.  If you feel, on

17  the other hand, that, no, you need to talk to your

18  client about what's going on in here, then I

19  understand that, and just ask you -- I'll invoke the

20  rule and ask you to step outside.

21            MR. HERNANDEZ:  Your Honor, I can assure

22  you that I will not talk to my client.  But if you

23  prefer that I wait outside, I can do that also.

24            THE COURT:  I don't have a preference.  I

25  think the defendants have a preference, but I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   have a preference, if you give me your word that you
 2   won't be a conduit and won't relay what's being done
 3   or said here in the courtroom.
 4               MR. HERNANDEZ:  You have my word, Your
 5   Honor, yes.
 6               THE COURT:  So you can remain.  But just
 7   don't be a conduit for what's going on in here.
 8               MR. HERNANDEZ:  Yes, sir.
 9               THE COURT:  Thank you, Mr. Hernandez.
10               (Mr. Hernandez left the bench.)
11               THE COURT:  All right.  Well, let's take a
12   question at a time.  If we need to reconvene -- but
13   I think as far as just the signatures or the
14   handwriting, I think that's probably appropriate.
15               MR. BECK:  And Your Honor, I intend to put
16   this on the overhead so that he can compare in front
17   of the jury.
18               MR. LOWRY:  Can we get copies?
19               MR. BECK:  I think I've got another copy.
20   I don't think I have enough copies.
21               THE COURT:  Do you have something there?
22   That's fairly innocuous so that we can just use it
23   as an exemplar, rather than --
24               MR. BECK:  Yeah.  I just intend to kind of
25   show him the front page and show him the last page
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and show him the envelope here.

2          THE COURT:  Is any of that substantive?

3          MR. BECK:  No, no.

4          THE COURT:  All right.  Okay.

5          MR. BECK:  And then he talks about not

6  trusting us, the attorneys for the United States.

7  But I just intend to --

8          THE COURT:  That one has already been

9  admitted?

10          MR. BECK:  This one has not.  I just

11  intend to ask him if this is his handwriting and

12  signature.  I don't intend to elicit any of the

13  statements.

14          MR. VILLA:  Your Honor, if it's signed by

15  Mr. Urquizo and he says he doesn't trust the

16  Government, I would argue it's Giglio.  We have a

17  chance to review it and cross-examine him on it.  If

18  Mr. Beck had this yesterday, we should have been

19  produced a copy yesterday.

20          MR. BECK:  I disagree.  I don't think so.

21  But --

22          THE COURT:  Well, you'll get a copy of it

23  and we'll figure out what to do with it.  I'd have

24  to think about it to figure out if it's useful to

25  you in any way.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          MR. VILLA:  Obviously, we have to read it,
2   which we haven't had a chance to.
3          MR. BECK:  I do have copies of this
4   letter.
5          THE COURT:  Try not to put anything up
6   there that they can look at very long.
7          MR. BECK:  Sure.
8          (The following proceedings were held in
9   open court.)
10         THE COURT:  Mr. Beck.
11  BY MR. BECK:
12     Q.   Mr. Urquizo, I'm showing you what's been
13  admitted as Government's Exhibit EO, and now I'm
14  showing you what's been marked for identification
15  purposes --
16         THE COURT:  Mr. Beck, I believe that's
17  Defendants' Exhibit --
18         MR. BECK:  Sorry, Your Honor.
19  BY MR. BECK:
20     Q.   Defendants' Exhibit EO.  And now I'm
21  showing you what's been marked for identification
22  purposes as Government's Exhibit 749.  Do you
23  recognize the handwriting in Government's Exhibit
24  749?
25     A.   Yes, sir.  That's my writing.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2315

```
 1        Q.   And is that your name at the top, Lupe
 2   Urquizo?
 3        A.   Yes, sir.
 4        Q.   And on page 3, is that your signature,
 5   Lupe Urquizo, at the bottom?
 6        A.   Yes, sir.
 7        Q.   Did you write this letter?
 8        A.   Yes, I did.
 9        Q.   Who is this letter to?
10        A.   My lawyer.
11        Q.   And I'm showing you again Defendants'
12   Exhibit EO.  Is that your handwriting?
13        A.   No.
14        Q.   All right.  I'm now showing you what's
15   been marked for identification purposes as Exhibit
16   750.  Is that your handwriting?
17        A.   No.
18        Q.   And I'm showing you what's the last page
19   of the yellow.  Does that say "Kriminal"?
20        A.   Yes, it says "Kriminal."
21        Q.   Have you ever gone by the name or moniker
22   Kriminal?
23        A.   No, sir.
24        Q.   Do you know anyone in SNM that does?
25        A.   Not an SNMer, but a guy from Albuquerque
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    named Kevin Folse.

2         Q.   At any time have you been housed with a

3    guy from Albuquerque known as Kevin Folse?

4         A.   Yes, sir.  I was housed with him briefly

5    in W pod.  And then I was moved to T pod and I was

6    the porter, and he was the porter in 3-B.  And they

7    were allowed to go to my side and we would all kick

8    it in my cell.  There was about four people:  Me,

9    Kevin Folse, Timothy Martinez, and Fred Quintana.

10        Q.   And now I'm going to show you Defendants'

11   Exhibit EO.  And do you see where it says "legal

12   mail" in quotation marks there?

13        A.   Yes, sir.

14        Q.   I'm going to show you the envelope for

15   Government's Exhibit 750, and do you see where that

16   says "legal mail"?

17        A.   Yes, sir.

18        Q.   Does that look similar to you as to what's

19   in Defendants' Exhibit EO?

20             MR. VILLA:  Objection, Your Honor.  He

21   can't compare the handwriting.  He can testify if he

22   knows somebody named Kriminal.  He can't compare the

23   handwriting.

24             THE COURT:  I agree with that.  Sustained.

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2317

```
 1   BY MR. BECK:
 2        Q.   And I think you said you know a Kriminal
 3   as Kevin Folse; is that right?
 4        A.   Yes.
 5        Q.   And does this envelope say it's from Kevin
 6   Joseph Folse?
 7        A.   Yes, sir, it does.
 8        Q.   When you were talking with Ms. Jacks, I
 9   think she asked you if you talked to Mr. Calbert on
10   August 22, 2017, because you didn't want him to say
11   something different.  Do you remember that?
12        A.   Do I remember what she asked me?
13        Q.   Do you remember her asking you that?
14        A.   Yes, sir.
15        Q.   And did you talk to Mr. Calbert on August
16   22, 2017?
17        A.   Yes, sir, I did.
18        Q.   Did you try to help him decide to
19   cooperate with the Government that day?
20        A.   Yes, I did.  I told him I was pretty much
21   over it, and we should just let it go.  I did.  And
22   he wanted to.  He just wanted to see if I was really
23   doing it.  Once he seen I was, he said, "Okay."
24        Q.   Did you tell him that you told the truth
25   about the Javier Molina case?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2318

1      A.   Yes, sir, I did.

2      Q.   Did you also tell him that you wanted him

3  to cooperate so you wouldn't have to testify against

4  him?

5      A.   Yes, sir.  He's my best friend.

6      Q.   When you were housed with the other, as

7  I'm going to call them, cooperating witnesses for

8  the Government, did they have tablets with discovery

9  on them?

10      A.   No.

11      Q.   Have you ever seen discovery on a tablet?

12      A.   No, sir.

13      Q.   When you were talking with Ms. Bhalla, Mr.

14  Herrera's attorney, I think she asked you about your

15  plea agreement with the Government.  Do you remember

16  that?

17      A.   Yes, sir.

18      Q.   And she asked you if you remembered that

19  you were charged with 39 overt acts.  Do you

20  remember that?

21      A.   Yes, sir.

22      Q.   Do you remember when she said that you

23  only pled to one count?

24      A.   Yes, sir.

25           MR. BECK:  Your Honor, may we approach?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2319

```
1              THE COURT:  You may.
2              (The following proceedings were held at
3    the bench.)
4              MR. BECK:  Your Honor, I intend to offer
5    into evidence Government's Exhibit 742-B, which is
6    Mr. Urquizo's plea agreement.  And the only thing
7    redacted in this plea agreement is Ms. Cam Munoz'
8    preamble to her signature at the end.  The factual
9    basis from his plea agreement is not redacted
10   because it will show that he indeed pled guilty to
11   everything that was contained in the 39 overt acts.
12             THE COURT:  Any objection?
13             MR. LOWRY:  Yes, I thought we had an
14   agreement on the plea agreements that we were going
15   to redact factual basis.  I mean, Defendant Baca
16   didn't go there and pull it out.
17             THE COURT:  Well, it does seem to me that
18   it's being offered for the truth.  Then it would
19   be -- are you trying to clear up the line of
20   questioning whether there were overt acts and
21   whether there was only one count that he pled to?
22   Is that what you're trying --
23             MR. BECK:  I am, Your Honor.  I'm also
24   trying to clear up the record.  I think what
25   happened is, Ms. Bhalla used this plea agreement as
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2320

1  both the sword and the shield to create the

2  impression that there were many things that he was

3  charged with and he pled guilty to only one count,

4  and that's inaccurate.  That's misleading the jury

5  as to what happened in this case.

6          THE COURT:  I guess what I'd like to do is

7  see if we can clear that up without necessarily the

8  plea agreement coming in.  Do you have another

9  suggestion?  Could you put it in front of him and

10 lead him through it and say, "Are those all the

11 charges and you pled to every one of them,"

12 something along those lines rather than the plea

13 agreement coming in?

14         MR. BECK:  I can do that, Your Honor.  I

15 can ask him.

16         THE COURT:  I'm going to give Mr. Beck a

17 little leeway.  He can probably lead it just so

18 there is not a misimpression, but try to keep the

19 plea agreement out.  We did agree how those would

20 come in.  I think you'll be able to clear up the

21 record.

22         MR. BECK:  I think the agreement, Your

23 Honor, was that they wouldn't come in unless the

24 door was opened.

25         THE COURT:  Yeah.  Let's try to not open

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   the door.  Let's see if we can just clean it up

2   without opening the door to it.

3            MS. BHALLA:  And I apologize for that.  I

4   think what I was trying to indicate was the

5   difference between a plea agreement and overt acts,

6   and I don't think I did a very good job doing it.

7            THE COURT:  Reference your question

8   specifically.  And Ms. Bhalla, you can kind of do

9   what you want on this, but see if we can keep the

10  plea agreement out.

11           MR. BECK:  Your Honor, what I could do

12  instead is, I could offer the Information into

13  evidence, which is the charge, and I can bring that

14  out; but it's a charge he pled guilty to, and walk

15  through the 39 overt acts and ask if he pled to

16  those.

17           THE COURT:  Do you have any problem with

18  that?

19           MS. BHALLA:  I think it's going around the

20  door and getting in the same evidence that we want

21  to keep out.

22           THE COURT:  It probably is.  Let's just

23  see if you can walk it through.  I think you'll be

24  able to clean it up sufficiently.  Let me ask this.

25  Are you done with those letters?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1             MR. BECK:  Yes, Your Honor.
 2             THE COURT:  Ms. Standridge, Mr. Beck is
 3   going to give you -- it's just one letter, or is it
 4   two?
 5             MR. BECK:  Two letters.
 6             THE COURT:  Would you make five copies for
 7   the defense lawyers?  Is that okay?  Do you have
 8   them with you?
 9             MR. BECK:  I do.
10             MS. BHALLA:  I can stipulate that the
11   overt acts are complained in the plea agreement, if
12   that helps clean up the record.
13             THE COURT:  Okay.  You might turn around
14   and do that.
15             MR. BECK:  I think I'll clear it up with
16   the questioning, Your Honor.
17             THE COURT:  If you want to stand up and
18   stipulate, that's fine.  And he can accept it or
19   not.
20             MS. BHALLA:  Thank you, Your Honor.
21             THE COURT:  Mr. Beck.
22             (The following proceedings were held in
23   open court.)
24             THE COURT:  All right, Mr. Beck.
25             MR. BECK:  May I approach the witness,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Your Honor?
2            THE COURT:  You may.
3   BY MR. BECK:
4        Q.   Mr. Urquizo, I'm handing you what's been
5   marked for identification purposes as Government's
6   Exhibit 742-B.  Do you recognize that document?
7        A.   Yes, sir.
8        Q.   What is that?
9        A.   That's my plea agreement.
10       Q.   And I'm going to direct your attention to
11  pages 4 through 8, and I'll ask you to look at those
12  pages and count the number of paragraphs on those
13  pages.
14       A.   Okay.  40.
15       Q.   So Mr. Urquizo, in your plea agreement how
16  many paragraphs were there?
17       A.   40.
18       Q.   And I think earlier Ms. Bhalla asked you a
19  question about how many overt acts there were in
20  your charge.  How many overt acts were there?
21       A.   There was 40.
22       Q.   If she said 39, would there be 39?
23       A.   39, yeah.
24       Q.   And in those pages, are those your
25  admissions and pleading guilty?
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, sir.
 2             MR. BECK:  Your Honor, since Ms.
 3   Standridge stepped away, I'm going to show him the
 4   first two pages of 742-B, which are identical to
 5   what's previously been admitted as Government's
 6   Exhibit 742-B.
 7        Q.   Mr. Urquizo, is this your plea agreement
 8   that you just reviewed?
 9        A.   Yes, sir.
10        Q.   And on page 2 of that plea agreement, do
11   you see -- and before you signed and entered this
12   plea agreement, you went over it with your attorney;
13   is that right?
14        A.   Yes, sir.
15        Q.   Do you see on page 2, paragraph 4, where
16   it says the elements of racketeering conspiracy are?
17        A.   Yes, sir.
18        Q.   What's the first element under A?
19        A.   Enterprise.
20        Q.   Is it the existence of an enterprise?
21        A.   Yeah, existence of an enterprise.
22        Q.   I can't read that either.  Let me zoom in
23   on it.
24        A.   Yes, existence of an enterprise, yes.
25        Q.   What's the second element of a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    racketeering conspiracy?

2         A.   That the enterprise was or would be

3    engaged in or its activities affected or would

4    affect interstate or foreign -- I don't know how to

5    say that word.

6         Q.   Is that foreign commerce?

7         A.   Yeah, foreign commerce, yes.

8         Q.   And what's the third element?

9         A.   That each defendant knowingly agreed that

10   a conspirator, which may include the defendant

11   himself, would commit a violation of 18 USC 1962.

12        Q.   And you pled guilty to that charge; is

13   that right?

14        A.   That's right.

15        Q.   Mr. Urquizo, I think when you were being

16   cross-examined by Mr. Villa, he talked to you about

17   the list of crimes that you did for the SNM.  Do you

18   remember that?

19        A.   Yes, sir.

20        Q.   And let's see.  I wrote it down.  I think

21   he said that if this plea agreement is accepted, you

22   don't do a single day in prison.  Do you remember

23   that?

24        A.   Yes, sir.

25        Q.   For the crimes that you and I went through



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    that you've done for the SNM, have you served or are

2    you actually serving time for those crimes?

3        A.    That's what I'm doing time for right now,

4    one of my cases, yes.

5        Q.    And the court documents, your J & Cs, or

6    judgment and committals, which Ms. Jacks entered at

7    the end of cross-examination -- do those actually

8    say on there the sentences that you're serving?

9        A.    No.

10       Q.    What are you currently serving time for in

11   the state?

12       A.    First-degree attempted murder on a police

13   officer, and aggravated assault on a police officer,

14   and possession of a deadly weapon by a prisoner.

15       Q.    And what is that from?

16       A.    That's -- I stabbed a correction officer

17   in the Curry County Detention Center for SNM.

18       Q.    Did you and I go over that as one of your

19   SNM activities?

20       A.    Yes, sir.

21            MR. BECK:  And lastly, I'll ask Ms.

22   Standridge to switch it over to the computer really

23   quickly now that you're back.

24       Q.    I think you and I and all the defense

25   attorneys talked about all the benefits you expect

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    to receive for your testimony.
2            If we could go to the next page.
3            And what do you have to do to get that
4    benefit?
5        A.   Testify truthfully.
6        Q.   And if we file the motion -- zoom in on
7    paragraph 6, please -- what does the last sentence
8    of paragraph 6 mean to you?
9        A.   That means that if the United States
10   Attorneys -- they put a motion for the 5K for me to
11   get a lesser sentence, it's still up to the Court to
12   determine what I get.
13       Q.   Does that mean that the final word in your
14   sentence or the plea agreement is with the Court?
15       A.   Yes, sir.
16       Q.   And who is the Court?
17       A.   The judge.
18       Q.   Which judge?
19       A.   This judge.
20           MR. BECK:  May I have a moment, Your
21   Honor?
22           THE COURT:  You may.
23           MR. BECK:  Nothing further, Your Honor,
24   thank you.
25           THE COURT:  All right.  Thank you, Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Beck.
 2              Do the defendants need a moment?
 3              MR. LOWRY:  Yes, Your Honor.
 4              THE COURT:  Why don't we take our first
 5   afternoon break now.  All rise.
 6              (The jury left the courtroom.)
 7              THE COURT:  Let me say something about our
 8   door.  I'm not sure the jury knows what every door
 9   is here.  We're getting used to being in a
10   courtroom, and I'm not sure that they know what that
11   door is and draw any suspicion from it.
12              I do a program for the Inn of Courts in
13   Albuquerque where I bring young lawyers over and I
14   just set them all in the courtroom and explain to
15   them what each door is.  Because many, many young
16   lawyers don't know what all the doors are in the
17   courtroom, and they don't even know, sometimes, the
18   difference between a court reporter and a courtroom
19   deputy.  And those are young lawyers.
20              I'm not quite convinced the jury is going
21   to draw much inference from the door over there.
22   But we need to be careful, and we'll continue to try
23   to be careful.  But I'm not sure that they're as
24   focused on that door as maybe we will be.
25              All right.  We'll be in recess for about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2329

```
 1   15 minutes.

 2              (The Court stood in recess.)

 3              THE COURT:  All right.  Let's go on the

 4   record.  Anything we need to discuss?  Do the

 5   defendants need to do anything?  Want to do

 6   anything?

 7              MR. VILLA:  I think we would like some

 8   recross, Your Honor.

 9              THE COURT:  Okay.

10              (The jury entered the courtroom.)

11              THE COURT:  All right.  Everyone be

12   seated.

13              All right, Mr. Urquizo.  I remind you that

14   you're still under oath.

15              Mr. Villa, did you have recross that you

16   wanted to conduct?

17              MR. VILLA:  Yes, Your Honor.  Thank you.

18              THE COURT:  Mr. Villa.

19                     RECROSS-EXAMINATION

20   BY MR. VILLA:

21       Q.   May I use the Elmo, please?

22            Mr. Urquizo, I'm going to show you

23   Government's 749, which Mr. Beck showed you a minute

24   ago, and he was talking about your handwriting.

25   This is a letter to your attorney; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         A.    Yes, sir.
 2         Q.    The same attorney you spoke to during the
 3   break, the last break --
 4         A.    Yes, sir.
 5         Q.    -- after some of your examination, and
 6   then you got to testify some more?
 7         A.    Yes, sir.
 8         Q.    That's when you talked to her?
 9         A.    I just talked to her earlier, yeah.
10         Q.    Okay.  So you're saying the first page
11   handwriting -- that's your handwriting?
12         A.    Yes, sir.
13         Q.    And on the last page, you're saying that's
14   also your handwriting.
15         A.    Yes, sir.
16         Q.    Now, let me ask you to clear up a couple
17   of things.  You said you met with Mr. Beck, and he
18   was asking you some questions about getting you
19   better prepared for your testimony.  When did you
20   meet with Mr. Beck?  Last night?
21         A.    Yesterday.
22         Q.    You met with Mr. Beck yesterday?
23         A.    Yes.
24         Q.    Before you testified?
25         A.    Yes.  Briefly, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   And in response to his questions about
 2  whether you were more prepared for your testimony,
 3  what you're saying is, after you met with Mr. Beck,
 4  you're more prepared to tell the jury what you told
 5  them yesterday and today?
 6       A.   I mean, I was a little refreshed on
 7  certain things, yeah.
 8       Q.   All right.  He helped refresh you; is that
 9  right?
10       A.   Yes.
11       Q.   Now, with respect to this letter, do you
12  agree with me that on the first page, you asked --
13  let me go back here to the first page.  You're
14  asking your lawyer, "So if you can please call Mark
15  Myers."  Do you see that?
16       A.   Yes, sir.
17       Q.   And you identify Mark as the Deputy
18  Secretary of Corrections?
19       A.   Yes.
20       Q.   All right.  So you wanted -- and by the
21  way, this letter -- we can clear the screen -- is
22  April 2, 2017; right?
23       A.   Yes.
24       Q.   So it's after the second meeting you had
25  with Mr. Acee; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Yes, sir.

2    Q.   And so at that point you felt like you

3 could tell your lawyer to call the Deputy Secretary

4 of Corrections, Mark Myers; right?

5    A.   I didn't feel -- I just --

6    Q.   You asked, didn't you?

7    A.   Yes, I asked her, yes.

8    Q.   And you asked about whether he can get the

9 warden, Franco, to give you back your visits as well

10 as -- can you read your handwriting there?  Is this

11 word here "as well as moving, moving me"?

12    A.   "Moving me to Las Cruces."

13    Q.   So you wanted to get your visits back

14 after you spoke to Mr. Acee on March 6, and you

15 wanted to get moved to Las Cruces.

16    A.   Yes, sir.

17    Q.   And on the last page of your letter you

18 said -- well, I guess we've got to start here.  So

19 right here, "I guess what I'm getting at is, if they

20 don't want to do anything with me, then they can

21 just charge me -- I think, if they just charge me

22 for that hit with Julian Romero, which is

23 aggravated" -- did I read that right?

24    A.   Yes, sir.

25    Q.   Then I'll switch the page -- "aggravated

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2333

```
 1   assault, which doesn't carry that much time, we'll

 2   be okay" -- and I'll keep reading and stop using the

 3   line -- "that FBI guy said they don't have to charge

 4   me with a high crime, as long as it's something to

 5   be able to get me on the federal side, be able to

 6   help me out a lot more, I know."  Did I read that

 7   right?

 8        A.   Yes, sir.

 9        Q.   Then you say, "I know you don't really

10   trust them, nor do I."

11        A.   Yes, sir.

12        Q.   "But I already rolled the dice by saying

13   what I did.  So I'm just gonna take my chances."

14             Did I read that right?

15        A.   Yes.

16        Q.   When you're saying, "I don't really trust

17   them," you're talking about them?  (Pointing to AUSA

18   table.)

19        A.   Yes, at the beginning when I started

20   talking to them, yes.

21        Q.   Okay.  So you talked to them twice; right?

22        A.   Yes.

23        Q.   February 24?

24        A.   I had talked to the United States

25   Attorneys for the first time in March.  But Acee
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    twice.

2        Q.   Acee twice, okay.  And you didn't trust

3    them.

4             And now I'm just moving down to the last

5    paragraph.  You said right here, "Well, I hope you

6    can do something soon, because I feel like nothing

7    is being done.  Then I guess I have no choice but to

8    go back up, let them do whatever they want, and I

9    won't testify or anything"?

10       A.   Right.

11       Q.   Right?  So give me what I want, or else I

12   won't testify?

13       A.   Pretty much what it sounds like, yes.

14       Q.   When you were with the gang, you sort of

15   had the same attitude; right?  We're talking about

16   some of the things you did for the SNM and Mr. Beck

17   asked you about that, that you did what you had to

18   do for the gang; right?

19       A.   Yes, sir.

20       Q.   And in turn, you wanted to get something

21   back.

22       A.   Eventually, yes.

23       Q.   From the gang.

24       A.   Yes.

25       Q.   And although, as Mr. Beck asked you,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                      Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    you're doing time for some of the things you did for

2    the gang, you're not doing time for everything you

3    testified about that you did for the gang, are you?

4         A.   Everything but the one crime, yes.

5         Q.   The one crime.  And the plea agreement Mr.

6    Beck asked you about just a minute ago in which you

7    pled guilty to 39 or 40 overt acts -- that's the

8    same plea agreement in which you're hoping for a

9    consecutive (sic) sentence to your state time;

10   right?

11        A.   Yes, sir.

12        Q.   So that, in reality, if you get that and

13   that sentence is less than what you owe the State,

14   you're not doing any more time for the crimes that

15   you admitted to in that plea agreement.

16        A.   No, but I've done 10 years on it already,

17   so --

18        Q.   Well, you got to do 10 years, no matter

19   what; right?

20        A.   Yes, sir.

21        Q.   You're doing a sentence right now -- and I

22   know there's some confusion about how much time you

23   have left -- but if we assume it's ten years, you

24   have to do that no matter what you do; right?

25        A.   Right.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2336

1      Q.    But when the feds came after you, they
2  wanted to give you more time, didn't they?
3      A.    Yes.
4      Q.    Maybe life?
5      A.    Maybe.
6      Q.    Maybe 20 more years?
7      A.    Yes.
8      Q.    But now with the deal you've got, if it
9  works out, you'll get same amount of time for
10 everything that you pled guilty to in that plea
11 agreement.  You don't have to do any more jail time.
12     A.    Correct, but I have already done 10 years,
13 though.
14     Q.    Okay.  But not for what you pled guilty to
15 in the plea agreement for the feds; right?
16     A.    Yes.
17     Q.    You agree with me on that?
18     A.    Yes.
19           MR. VILLA:  That's all I have.  Pass the
20 witness.
21           THE COURT:  Thank you, Mr. Villa.
22           Ms. Jacks, do you have recross of Mr.
23 Urquizo?
24
25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2337

```
 1                    RECROSS-EXAMINATION
 2    BY MS. JACKS:
 3         Q.   So this is Exhibit EO, and Mr. Urquizo,
 4    this is the letter that was found in your cell.  Mr.
 5    Beck asked you some questions about that.  So you
 6    said that now that you've looked at the other letter
 7    that Mr. Beck gave you, the handwriting looks
 8    similar to the handwriting of someone that goes by
 9    the name of Kriminal.
10         A.   Yes.
11         Q.   Also known as Kevin Folse.  F-O-L-S-E.
12         A.   Yes.
13         Q.   And you said -- I think I heard you
14    right -- that you were housed with Mr. Folse?
15         A.   Shortly, but in the W pod, yes.
16         Q.   And that you were -- and that you were
17    housed with him when you were moved to a different
18    pod, T pod?
19         A.   No, I wasn't housed with him.  He was
20    coming out as porter in 3-B, and I was a porter for
21    3-A.  So I would be able to come out and clean.
22         Q.   That's what I was getting to.  You said
23    that you two were porters together.
24         A.   He was on the other side, but he was able
25    to come to the other side.  And they didn't mind if
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   we were in our cells kicking it together.
 2        Q.   I'm just trying to understand.  A porter
 3   is somebody that helps clean and straighten up the
 4   pod?
 5        A.   Yes, ma'am.
 6        Q.   And Folse was a porter in one pod?
 7        A.   Actually, the whole housing unit for 3-B,
 8   and I was the porter for housing unit 3-A.
 9        Q.   Okay.  And so 3-A and 3-B are in the same
10   housing unit?
11        A.   Two separate units.
12        Q.   Were you both porters?
13        A.   Yes.
14        Q.   And as that job porter, did you both get
15   the opportunity to interact with each other?
16        A.   Yes.
17        Q.   And I think what you said is you would
18   also kick it with him in your cell?
19        A.   Yes.
20        Q.   Meaning hang out with him in your cell?
21        A.   Yes.
22        Q.   Talking and doing whatever?
23        A.   Yes.
24        Q.   And was that a privilege that -- this was
25   during the time that you were a government witness;
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    right?

2         A.   Yes.

3         Q.   And Mr. Folse was also a government

4    cooperator, wasn't he?

5         A.   From what I hear.  Don't know.

6         Q.   Well, Mr. Folse and you -- didn't you talk

7    about things that he provided the information he

8    provided to the Government?

9         A.   No, he's not an SNM member, so --

10        Q.   When you were hanging out in your cell as

11   porters together, you also mentioned Timothy

12   Martinez.

13        A.   Yes, ma'am.

14        Q.   How did Timothy Martinez fit into that

15   mix?

16        A.   He ended up getting moved to T pod

17   briefly.  We were in the same pod for, like, maybe

18   three weeks.

19        Q.   Was he allowed to hang out in your cell

20   with Mr. Folse, too?

21        A.   Yes.

22        Q.   So you would kick it with Timothy

23   Martinez?

24        A.   Yes.

25        Q.   And Timothy Martinez is also a Government

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   witness in this case, isn't he?

2        A.   Yes.

3        Q.   And Timothy Martinez had a computer tablet

4   given to him after he was arrested as a defendant on

5   the case?

6        A.   Yes, but he lost it in Sandoval County.

7        Q.   You mean it was taken from him.  He didn't

8   actually lose track of it.  It got removed from his

9   possession; right?

10       A.   Yes.

11       Q.   After he reset the tablet and accessed the

12  internet and started surfing Facebook and porn

13  sites?

14       A.   I actually don't know exactly, because I

15  wasn't there.  But something like that.

16       Q.   And Fred Quintana.  You mentioned his

17  name?

18       A.   Yes, ma'am.

19       Q.   Quintana was also a Government cooperator;

20  right?

21       A.   Yes.

22       Q.   So was he also kicking it back with you in

23  your cell?

24       A.   Yes, him and Kevin Folse, the porters in

25  3-B; and I was porter in 3-A, me and Timothy



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  Martinez.

2     Q.   So in your spare time, you guys could just

3  hang out, do whatever you wanted?

4     A.   Yeah, stay out cleaning, so, yes.

5     Q.   Now, is it your -- I mean, is what we're

6  supposed to assume is this Exhibit EO was somehow,

7  like, left in your cell by mistake by Mr. Folse?

8     A.   It's not really a mistake.  I could

9  explain to you, if you like.

10     Q.   Well, Mr. Folse, in this letter, if you

11  read it closely, he's giving instructions about how

12  to smuggle drugs into the facility; right?

13     A.   I see that.

14     Q.   Right.  And was Mr. Folse writing this

15  letter to you and Mr. Martinez and Mr. Quintana to

16  teach you or help you be more effective in smuggling

17  in drugs?

18     A.   No.

19          MS. JACKS:  Thank you.  I have nothing

20  further.

21          THE COURT:  Thank you, Ms. Jacks.

22          Mr. Lowry, do you have recross of Mr.

23  Urquizo?

24

25



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2342

```
 1                    RECROSS-EXAMINATION
 2   BY MR. LOWRY:
 3        Q.    Good afternoon, Mr. Urquizo.
 4        A.    Good afternoon.
 5        Q.    In all those acts you were talking about,
 6   all the things you pled guilty to, they started as
 7   early as 1998; correct?
 8        A.    Yes, sir.
 9        Q.    And during that time from 1998 to 2008, my
10   client, Anthony Ray Baca, wasn't even in New Mexico,
11   was he?
12        A.    No.
13        Q.    And the leader of the SNM was Gerald
14   Archuleta, wasn't he?
15        A.    At that time he was one of the leaders,
16   yes.
17        Q.    But he's a significant player in the SNM.
18        A.    He was, yes.
19        Q.    And Gerald Archuleta is the one that
20   ordered the Julian Romero hit.
21        A.    Yeah, the hit had been on him for, like,
22   ten years, yes.
23        Q.    We talked about this earlier; because
24   Julian Romero stole his wife?
25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   But the reality of this letter is, you
 2   know from studying this case as you have that Gerald
 3   Archuleta got the three-year deal that you wanted
 4   here for the aggravated assault charge?
 5        A.   I just know the lesser charge.
 6        Q.   And you know that that charge, because
 7   you'd been studying the federal manual of criminal
 8   sentencing -- that that particular charge only has a
 9   three-year sentence?
10        A.   Yes, sir.
11        Q.   And that's the charge that Gerald
12   Archuleta pled guilty to.
13        A.   From what I understand or heard, I haven't
14   seen it, so I really don't know.
15        Q.   But you understand that Gerald Archuleta
16   pled guilty to that three-year sentence, the one
17   that you wanted?
18        A.   I think so, yes.
19        Q.   That's significantly less than the 20-year
20   sentence that's on the table.
21        A.   Yes.
22        Q.   And you're saying, "Give me that or I
23   walk"?
24        A.   I was trying to get into federal custody
25   instead of state custody.  That's why I told him to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   just go ahead and charge me with that.
 2             MR. LOWRY:  No further questions, Your
 3   Honor.
 4             THE COURT:  Thank you, Mr. Lowry.
 5             Mr. Maynard.  Ms. Bhalla, anything
 6   further?
 7             MS. BHALLA:  No, Your Honor.  Thank you.
 8             THE COURT:  Thank you, Ms. Bhalla.
 9             All right.  Mr. Beck, do you have
10   redirect?
11             MR. BECK:  Briefly.
12                     REDIRECT EXAMINATION
13   BY MR. BECK:
14        Q.   Again, Mr. Urquizo, I think you were cut
15   off.  You said that you could explain if you like.
16   I just wanted to give you that opportunity.
17        A.   Yes, sir.  When I was housed in W pod with
18   Kevin Folse briefly, he had hooked me up with a
19   female to talk to, and I started talking to her.
20   And right away, she started accepting my calls and,
21   you know, writing me a lot of letters, sending me
22   money.  So he wasn't really too cool with that.  So
23   he started writing to her, and telling her, "Hey,
24   how come you never did that stuff for me?"
25             So I think he had a little grudge on me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   And he never really said nothing directly to me, but

2   he did to her.  And she told me about it on the

3   phone and stuff like that.

4            So we were porters.  He would always look

5   at me funny, or whatever.  So he was in my cell.

6   And two days before they shook down my cell, we were

7   in my cell, all four of us, just there.  And then,

8   like I said, two days later, even the manager goes

9   and shakes down my house and says that they found a

10  letter in my house.  And the STIU went to my house

11  and he asked me, "How did Kevin Folse's letter get

12  in your cell?"

13           And I'm like, "What?"

14           And then they asked me to take a UA

15  because somebody went and said I was getting high.

16  I took a UA and I was clean.  I told them I don't

17  get high.

18      Q.   What does UA mean?

19      A.   A piss test.

20      Q.   It's a urinalysis?

21      A.   Yes.

22      Q.   And if it's clean, what does that mean?

23      A.   That means that I wasn't using.

24      Q.   And did you use Suboxone?

25      A.   No.  It has been a few years.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Did you write that letter?

2      A.   No.

3      Q.   I'm showing you what was marked as

4  Government's Exhibit 49.

5           MR. BECK:  And Your Honor, I'll move to

6  admit Government's Exhibit 49 into evidence.

7           THE COURT:  Any objection?

8           MS. JACKS:  May we approach?

9           MR. VILLA:  Your Honor, for the record,

10 it's 749.

11          (The following proceedings were held at

12 the bench.)

13          THE COURT:  Hurts or helps you?

14          MS. JACKS:  Obviously, it's a mixed bag.

15          THE COURT:  You can keep it out if you

16 want or keep it in.

17          MS. JACKS:  We want to keep it out.  We

18 brought the parts in.

19          THE COURT:  So it won't be admitted.

20          (The following proceedings were held in

21 open court.)

22          THE COURT:  All right, Mr. Beck.

23          MR. BECK:  So Your Honor, I'll move to

24 admit Government's Exhibit 749.

25          THE COURT:  And I'll keep it out of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   evidence.

 2   BY MR. BECK:

 3       Q.   I think Mr. Villa was talking to you about

 4   this, that you wanted Mr. Myers to give you personal

 5   visits.  Is that what you were asking your attorney

 6   for?

 7       A.   Yes, contact visits.

 8       Q.   Did Mr. Myers give you those contact

 9   visits?

10       A.   No.  I was not moved to Las Cruces either.

11       Q.   Did you ask Mr. Myers to move you to Las

12   Cruces?

13       A.   Yes, and he said no.

14       Q.   And then I think on the bottom you said

15   you wanted a charge that had a three-year maximum

16   sentence.  Were you charged with that crime?

17       A.   Yes.

18       Q.   Were you charged with the crime that had a

19   three-year maximum sentence?

20       A.   Oh, no.  No.

21       Q.   And on that last paper when you said, "I

22   already rolled the dice by saying what I did so,"

23   what did you already say that you rolled the dice

24   with?

25       A.   That would be -- I told them what happened

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2348

```
 1   with the Javier Molina murder and the Julian Romero.
 2   So I told them everything, what happened.
 3            MR. BECK:  Pass the witness.
 4            THE COURT:  All right.  Mr. Urquizo, you
 5   may step down.
 6            Is there any reason Mr. Urquizo cannot be
 7   excused from the proceedings, Mr. Beck?
 8            MR. BECK:  No, Your Honor.
 9            THE COURT:  How about from any of the
10   defendants?
11            MR. LOWRY:  He can be excused, Your Honor.
12            MS. JACKS:  No, let's keep him.  We'd like
13   him available for re-call, if necessary, Your Honor.
14            THE COURT:  All right.  You'll remain
15   subject to re-call, but at the present time you can
16   leave, and you'll need to stay outside of the
17   courtroom.  All right.  Thank you for your
18   testimony.
19            All right.  Does the Government have its
20   next witness or evidence, Mr. Beck?
21            MR. BECK:  Your Honor, the United States
22   calls STIU Coordinator Daniel Blanco.
23            THE COURT:  Mr. Blanco, if you'll come up
24   and stand next to the witness box on my right, your
25   left.  Before you're seated, my courtroom deputy,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2349

```
 1   Ms. Standridge, will swear you in.
 2                   DANIEL BLANCO,
 3        after having been first duly sworn under oath,
 4        was questioned, and testified as follows:
 5             THE CLERK:  Please be seated.  State and
 6   spell your name for the record.
 7             THE WITNESS:  Daniel Blanco. B-L-A-N-C-O.
 8             THE COURT:  Mr. Blanco.
 9             Mr. Beck?
10                   DIRECT EXAMINATION
11   BY MR. BECK:
12        Q.   Coordinator Blanco, how are you employed?
13        A.   I'm employed with the Department of
14   Corrections.
15        Q.   And what's your position there?
16        A.   I am the Security Threat Intelligence Unit
17   Coordinator.
18        Q.   What's the Security Threat Intelligence
19   Unit?
20        A.   STIU.  It's -- we deal with, of course,
21   gangs within the prison system.
22        Q.   What are your duties as Coordinator of the
23   STIU?
24        A.   There's a vast number of duties, but
25   mainly is gathering intelligence.  It's --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2350

```
 1   everything and anything having to do with gang
 2   activity within, of course, the prison walls.
 3        Q.    Why do you gather intelligence?
 4        A.    Well, to maintain the safety and security
 5   of the institution.  To basically have a little bit
 6   of knowledge of what gangs are doing within our
 7   prison system, so that we can combat, you know,
 8   whatever is going on, whether it's illegal, legal,
 9   or whatever the case may be.
10        Q.    And how long have you been the STIU
11   Coordinator?
12        A.    I'm currently going on about six years.
13        Q.    Your six years as STIU Coordinator, has
14   that been at multiple prisons or just at one
15   facility?
16        A.    It's been at multiple prisons.  I actually
17   also manage other prisons.
18        Q.    What prisons?
19        A.    That's Roswell Correctional Center, Hobbs,
20   Lea County, and Otero County.
21        Q.    Are you also the STIU Coordinator at
22   Southern New Mexico Correctional Facility here in
23   Las Cruces?
24        A.    Yes.
25        Q.    You talked about prison gangs.  What are
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the prison gangs inside of New Mexico Corrections

2  for STIU?

3       A.   Well, the Security Threat Groups that we

4  have currently in the New Mexico prison system is

5  Los Carnales, Syndicato de Nuevo Mexico, and the

6  California Surenos.

7       Q.   What's an STG?

8       A.   It's an Security Threat Group.

9       Q.   Is there another level of prison gangs in

10 the New Mexico Corrections Department?

11      A.   Another level that we have are

12 non-validated group, which is the regular street

13 gangs.  But other than our STGs, what we refer to is

14 just those three.

15      Q.   The Syndicato de Nuevo Mexico, is that

16 also known as the SNM?

17      A.   Yes.

18      Q.   What did you do before you were the STIU

19 Coordinator?

20      A.   I was the STIU Captain or Investigator.

21 Captain, which works under the STIU Coordinator.

22      Q.   And before that?

23      A.   Before that I was the Emergency

24 Preparedness Coordinator and Facility Coordinator or

25 Training Coordinator.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   How long have you worked at the New Mexico
2  Corrections Department?
3    A.   I'm coming up on 25 years in March.
4    Q.   I'd like to talk to you about an incident
5  on December 28, 2009, involving the defendant, Mr.
6  Anthony Baca.  On December 28, 2009, did you go and
7  visit Mr. Baca in his cell at Southern New Mexico?
8    A.   Yes.
9    Q.   And why did you do that?
10    A.   There was an incident involving Mr. Baca
11  and one of my employees, at which time I was working
12  the line.
13    Q.   And Coordinator Blanco, I can hear you all
14  right, but maybe some people in the back can't.  So
15  just try to speak into the microphone just a little
16  bit more.
17    A.   Okay, sorry.
18    Q.   So I ask, why did you go to Mr. Baca's
19  cell in 2009?
20    A.   That particular day there was an incident
21  involving one of my sergeants when I was on the
22  line, working on the line at that particular time.
23    Q.   What does "on the line" mean?
24    A.   Working -- while working in the back,
25  working as a supervisor in the institution.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And what happened when you went to go

2  visit Mr. Baca's cell?

3    A.   Well, it was particularly -- that day I

4  guess we locked him up due to having some

5  contraband, and an incident occurred where the

6  officers might have been in danger at that point in

7  time -- or threatened.

8    Q.   You said a couple of things there.  What

9  contraband did Mr. Baca have in his cell?

10   A.   It was heroin.

11   Q.   And you said that there was a situation

12  where officers were in danger.  What happened?

13   A.   Well, the sergeant was making a round

14  through the back of the units.  He looked into Mr.

15  Baca's cell.  He saw him putting some kind of

16  substance into a type of cellophane plastic.  He

17  radioed to the sergeant, which was there --

18        MR. LOWRY:  Your Honor, I'm going to

19  object to the hearsay.

20        THE COURT:  Why don't you walk him through

21  this, unless you're trying to elicit these

22  out-of-court statements.

23        MR. BECK:  I'm not trying to --

24        THE COURT:  Just lead him through, then.

25        MR. BECK:  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   BY MR. BECK:
 2        Q.   So a corrections officer viewed Mr. Baca
 3   putting something in cellophane?
 4        A.   Correct.
 5        Q.   And then at what point were you called out
 6   to the -- to Mr. Baca's cell --
 7        A.   Well, I was --
 8        Q.   -- without telling me who called you or
 9   what was said, at what point were you called out?
10        A.   It was shortly after; it was just through
11   radio communications.
12        Q.   And when you entered the pod, what did you
13   observe?
14        A.   I observed two of my officers inside the
15   cell and two other inmates in Mr. Baca's cell.
16        Q.   Did the two inmates include Mr. Baca, or
17   Mr. Baca and two other inmates?
18        A.   Mr. Baca and two other inmates.
19        Q.   Okay.  And what were the two other inmates
20   and the corrections officers doing to one another?
21        A.   It seemed like they were arguing.
22        Q.   Okay.  And then what happened?
23        A.   Well, the rest of the inmates were locked
24   down -- were placed back in their cells so we could,
25   of course, settle that situation down.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2355

 1    Q.   Why did you think the inmates were in

 2 danger?

 3    A.   I don't believe --

 4    Q.   Well --  sorry -- sorry, not the inmates.

 5 Why did you think the corrections officers were in

 6 danger?

 7    A.   Well, simply because of the circumstances,

 8 them finding contraband in the cell, and because,

 9 you know, there were some words being exchanged

10 between the officers and, of course, the inmates.

11 The officers were telling the inmates to back off.

12    Q.   Hold on one second.  I don't want you to

13 tell me what they were talking -- did -- did an

14 altercation break out between the corrections

15 officers and the inmates?

16    A.   No, there was no altercation.

17    Q.   Why not?

18    A.   Because at that point in time, the inmates

19 actually backed off.

20    Q.   And why did -- and -- and it -- did they

21 back off because of something that was said?

22    A.   Yes.

23    Q.   Okay.  And who said that?

24    A.   Baca.

25    Q.   And now, what did Mr. Baca say that made

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  those two inmates back down?

2       A.    Mr. Baca told them to back down because

3  they were making the situation worse.

4       Q.    And did those inmates listen to Mr. Baca?

5       A.    Yes, they did.

6       Q.    And at the end of that situation, what was

7  found in Mr. Baca's cell?

8       A.    The substance was tested.  It was sent

9  back to the lab and it was known to be heroin.

10      Q.    After 2009 -- in 2011, what happened when

11  Gregg Marcantel was appointed Secretary of

12  Corrections?  What happened with the SNM?

13      A.    Well, there was some kind of movement by

14  the Corrections Department to try and incorporate --

15  or try and bring the SNM back into general

16  population.

17      Q.    And it was Mr. Marcantel's idea?

18      A.    At the time, yes, we believe -- well, it

19  was coming from the Secretary of Corrections, so we

20  figured, yes, that was his idea.

21      Q.    And at this time, were you an STIU

22  Investigator when this was happening?

23      A.    Yes.

24      Q.    Were you working with the STGs, including

25  SNM?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Yes.

2      Q.    And what did you think about Corrections'

3  decision to try to get SNM out of lockdown and back

4  to population?

5      A.    I thought it was a bad decision.

6      Q.    Why?

7      A.    Because -- knowing the history of the SNM.

8      Q.    I want to talk to you about March 7 of

9  2014.  What was your position on that day?

10     A.    I was the STIU Coordinator.

11     Q.    And what happened on March 7, 2014?

12     A.    I was called to respond to the facility

13 for possible assault.

14     Q.    And what did you learn upon arriving at

15 the facility?

16     A.    I had learned that Javier Molina had been

17 stabbed numerous times.

18     Q.    What did you do when you arrived at the

19 facility?

20     A.    My job at that point in time was to gather

21 my staff and prepare to investigate -- or begin

22 assisting State Police in investigations.

23     Q.    Why was the STIU investigating Javier

24 Molina's stabbing?

25     A.    Because that's part of one of our duties

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                  Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    is to investigate and gain intelligence as to why

2    the situation happened.

3        Q.    Was Javier Molina a validated SNM member?

4        A.    Yes.

5        Q.    Was he living in an SNM pod?

6        A.    Yes.

7        Q.    Is that also why it was STIU's job to

8    investigate?

9        A.    Yes.

10       Q.    So after you gathered your men, what did

11   you do?

12       A.    We coordinated with State Police in

13   escorting and getting involved into some of the

14   investigations during that -- the whole process.

15       Q.    Did you assign STIU investigators to go to

16   the hospital with Mr. Molina?

17       A.    Yes, I did.

18       Q.    Did you assist with the interviews?

19       A.    I assisted a few days after.

20       Q.    On that night, did you pull videos from

21   the video camera?

22       A.    On that night, there were some videos

23   that -- that yes, were downloaded.

24       Q.    Did STIU pull the videos from the video

25   camera that night?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    Why were those videos pulled?
 3        A.    Because we wanted to see if there was
 4   any -- anything that we could -- we could see as to
 5   what actually transpired with that -- with those
 6   instances -- or that instance.
 7        Q.    And as the STIU Coordinator, what did you
 8   know about the operation of the video camera system
 9   at Southern New Mexico Correctional Facility at that
10   time?
11        A.    Well, I mean, that's what we utilized, you
12   know, for every instance or situation.  What I know
13   about it is, it was a Pelco system, which was
14   actually -- the whole system was in the location of
15   the master control.  So there was very little access
16   to individuals -- to -- I mean, as far as accessing
17   it, it was only supervisors that could actually
18   access the video camera or system.
19        Q.    Were all the cameras at Southern New
20   Mexico working?
21        A.    No.
22        Q.    When STIU pulled the videos that night,
23   were videos from all of the cameras in 1-A, B pod
24   pulled?
25        A.    No.  There was only two cameras that were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2360

```
1   actually working.  One was down.
2        Q.   Is that the reason that there was not a
3   video pulled from that camera, because it wasn't
4   functioning?
5        A.   Correct.
6        Q.   Do you know that the videos -- the videos
7   are stored on a Corrections mainframe after
8   they're -- after they're recorded?
9        A.   Yes.
10       Q.   Do you know if those videos are there for
11  a week after they're recorded?
12       A.   There was always the impression -- I mean,
13  I don't know because I wasn't an expert, and I'm
14  not, you know -- I don't work on the videos other
15  than retrieving information from them.  But we were
16  told there were 30 days.
17       Q.   After STIU pulled the videos from 1-A, B
18  pod where the Molina -- is that where the Molina
19  stabbing occurred, 1-A, B pod?
20       A.   Yes.
21       Q.   After you pulled those videos, what did
22  you do with them?
23       A.   We viewed them.  And I sat and pretty much
24  identified people that were on the video and what
25  they were doing at that point in time of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   incident.

 2        Q.   Okay.  At some point did you then send

 3   those videos to the New Mexico State Police?

 4        A.   Yes.  They were given to New Mexico State

 5   Police for evidence.

 6        Q.   Okay.  And did you and I review those

 7   videos a couple of weeks ago?

 8        A.   Yes.

 9        Q.   And were they in the same or substantially

10   the same condition as when you -- when you saw them

11   the day -- the night or the day after the Molina

12   stabbing?

13        A.   Yes.

14        Q.   Were you the STIU Coordinator when Julian

15   Romero was assaulted at Southern New Mexico

16   Correctional Facility?

17        A.   Yes.

18        Q.   And what happened -- where were you when

19   that happened?

20        A.   I was in the office.

21        Q.   At Southern New Mexico Correctional

22   Facility?

23        A.   Yes.

24        Q.   And how did you -- without telling me what

25   anyone said, how did you find out about the Julian

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Romero assault?

2         A.    Through the radio.  Through our guard --

3         Q.    And what did you do after you found out

4    about the Julian Romero assault?

5         A.    I gathered one -- or two of my officers

6    and I went to the hospital where he was taken to,

7    Memorial Medical Center.

8         Q.    All right.  And right before the Julian

9    Romero assault, was anything happening with the SNM

10   pod from Corrections' standpoint?

11        A.    From the Corrections' standpoint, they

12   were still on lockdown due to the assault on Molina.

13        Q.    And how soon after they were put on

14   lockdown -- after they were released from

15   lockdown -- how soon after they were released from

16   lockdown did the Julian Romero assault happen?

17        A.    It must have been possibly minutes --

18   minutes after.

19        Q.    And did you -- did Corrections then

20   immediately lock down the SNM after the assault

21   again?

22        A.    Yes.

23        Q.    Were you part of that decision?

24        A.    No, I wasn't part of that decision.

25        Q.    Did you go to the hospital with Julian

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Romero?
 2        A.   I met Julian Romero there.  They took him,
 3   but I didn't transport -- or wasn't in the ambulance
 4   with Romero.
 5        Q.   So did you see Julian Romero at the
 6   hospital right after the Julian Romero assault?
 7        A.   Yes.
 8        Q.   And did you observe his wounds?
 9        A.   Yes.
10        Q.   And how would you -- were they serious,
11   were they minor?
12        A.   They were fairly serious.
13        Q.   Okay.  Did you try to interview Mr.
14   Romero?
15        A.   Yes, I did.
16        Q.   And did Mr. Romero tell you all about what
17   happened?
18        A.   Mr. Romero just stayed quiet.  He -- all
19   he told me was that --
20        Q.   I'm not trying -- why did he -- in your
21   opinion, why did he stay quiet?
22        A.   Because that was just -- knowing Julian
23   Romero, that's basically his code.  He will not tell
24   you anything or talk to you or anything.
25        Q.   Was Julian Romero a validated SNM member?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, he was.

 2        Q.   Did STIU pull the video after the assault

 3   for the Julian Romero assault?

 4        A.   Yes.

 5        Q.   How long afterwards?

 6        A.   I believe it was possibly the next day.

 7        Q.   And did you watch it when it was pulled?

 8        A.   Yes.

 9        Q.   Did you and I review that video a few days

10   ago?

11        A.   Yes.

12        Q.   And was that video, when you and I

13   reviewed it a few days ago, in the same or

14   substantially the same condition as it was when you

15   viewed it when it was pulled from the SNMCF?

16        A.   Yes.

17             MR. BECK:  Your Honor, at this time the

18   United States -- and I might be -- thank you.

19             At this time the United States moves to

20   admit Government's Exhibit 269.

21             THE COURT:  Any objection from the

22   defendants?

23             MR. LOWRY:  No objection.

24             MS. FOX-YOUNG:  No objection.

25             THE COURT:  All right.  Government's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
1   Exhibit 2 -- not hearing any objection, Government's
2   Exhibit 269 will be admitted into evidence.
3              (Government's Exhibit 269 admitted.)
4   BY MR. BECK:
5       Q.   Where is this, Coordinator Blanco?
6       A.   This is Housing Unit 1-A, C pod.
7       Q.   And we've heard reference to -- is this
8   the same pod where the Molina murder occurred?
9       A.   No.
10      Q.   Was that in 1-A, B pod?
11      A.   Yes.
12      Q.   Is this pod -- during the time of this
13  video -- during the time of the Julian Romero video,
14  is this an SNM pod?
15      A.   Yes.
16      Q.   What does that mean?
17      A.   That is basically where we housed all the
18  SNM validated members.
19      Q.   Okay.  And Government's Exhibit 269 --
20  Government's Exhibit 269, on the top left-hand
21  corner, does it say, "Channel 7, 07/13/2015,
22  14:36:29:921."  Is that what it says in the top
23  left-hand corner, Mr. Blanco?
24      A.   Yes.
25      Q.   And did the Julian Romero assault occur on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2366

1  July 13, 2015?

2      A.   Yes.

3           MR. BECK:   And if you'll press play,

4  please, thank you.

5           (Tape played.)

6  BY MR. BECK:

7      Q.   Coordinator Blanco, the time stamp now

8  says 14:36:59:890.  And how many inmates have we

9  observed since -- how many inmates have you observed

10 since you started watching the video?

11     A.   One.

12     Q.   Okay.  Is that the gentleman in the front

13 left-hand corner of this frame?

14     A.   Yes, underneath the TV screen.

15     Q.   Okay.  What about in the back of this at

16 the middle -- I'm going to mark here -- is there

17 another individual?

18     A.   Yes.

19     Q.   All right.  And I think -- did you observe

20 earlier in this screen -- maybe not on this frame,

21 but did you observe one other individual in this --

22 in this video?

23     A.   Yes.

24     Q.   And how many inmates -- is this depicting

25 what we've heard referred to as tier time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.
 2        Q.    How many inmates were allowed on tier time
 3   at this time?
 4        A.    There is eight usually allowed tier time
 5   at a time.
 6        Q.    Okay.  But how about on July 13 of 2015,
 7   at approximately 2:35 in the afternoon?
 8        A.    I believe at that time they went down to
 9   just four because of the incidents prior.
10             MR. BECK:  Please press play.
11             (Tape played.)
12             MR. BECK:  Please press pause.  Thank you.
13   BY MR. BECK:
14        Q.    I paused the video at 14:37:27:906; is
15   that right?
16        A.    Yes.
17        Q.    And how many individuals do we now see in
18   the frame?
19        A.    I see four.
20             MR. BECK:  Please -- please press play.
21             (Tape played.)
22             MR. BECK:  Please press pause.
23   BY MR. BECK:
24        Q.    I paused it at 14:37:59:906.  What are the
25   gentlemen in front doing?  In the front left corner
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2368

```
 1   of that screen?

 2        A.   I believe they're just taking their

 3   laundry.

 4        Q.   Does that include towels?

 5        A.   Yes.

 6        Q.   Are those towels used for showering?

 7        A.   Yes.

 8             MR. BECK:  Please press play.

 9             (Tape played.)

10             MR. BECK:  Please press pause.

11   BY MR. BECK:

12        Q.   So I paused the video at 14:38:21:921.

13   And if we look in the back left center of that

14   screen, what did we just see in the last few

15   seconds?

16        A.   An inmate come up and hit another inmate.

17        Q.   And say that one more time into the

18   microphone just so everyone can hear you.

19        A.   Inmate just walked up and hit another

20   inmate.

21             MR. BECK:  And can you go back just a

22   couple of frames?

23             (Tape played.)

24             MR. BECK:  All right.

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MR. BECK:

2        Q.   I paused it now at 14:38:16:921.  Who is

3    the inmate in the middle of that -- in the middle of

4    the screen that I just circled in his -- what I will

5    call his greens.  Who is that inmate?

6        A.   That would be Julian Romero.

7        Q.   And do you know who the inmate right next

8    to him in white -- just to his right, is?

9        A.   No.

10           MR. BECK:  Please press play.

11           (Tape played.)

12           MR. BECK:  Please press pause.

13   BY MR. BECK:

14       Q.   I paused it at 14:38:46:890.  What have we

15   seen between those two inmates in the back on the

16   lower tier?

17       A.   They're engaging in a physical

18   altercation.

19           MR. BECK:  Please press play.

20           (Tape played.)

21           MR. BECK:  Please press pause.

22   BY MR. BECK:

23       Q.   I stopped it at 14:40:09:921.  What does

24   the inmate in white appear to be doing?

25       A.   He's walking away.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2370

1    Q.   And did you observe Mr. Romero attempt to

2  get up approximately three times during those couple

3  of minutes?

4    A.   Yes.

5    Q.   And what happened when he tried to get up?

6    A.   He was again continued assault -- being

7  assaulted by the inmate.

8         MR. BECK:  Please press play.

9         (Tape played.)

10        MR. BECK:  Please press pause.

11 BY MR. BECK:

12   Q.   In the back -- I paused the video at

13 14:40:31:921.  The gentleman who was assaulting Mr.

14 Romero went to the back middle of the lower tier.

15 What is in that compartment that he went to in

16 there?

17   A.   That's the inmate shower, the bottom tier

18 shower.

19        MR. BECK:  Please press play.

20        (Tape played.)

21        MR. BECK:  Please press pause.

22 BY MR. BECK:

23   Q.   I paused the video at 14:40:49:890, and

24 I'm circling a spot on the lower tier, right in

25 between the two cell doors.  Do you know which cell

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2371

1  is the last on the bottom left?

2      A.   Yes.

3      Q.   What cell is that?

4      A.   108 -- 1108.

5      Q.   And just to the right of that, which cell

6  is that, the second from the right?

7      A.   109.

8      Q.   And in between cells 108 and 109, do you

9  see anything on the wall on the floor there?

10      A.   Yeah, it appears to be towels.

11      Q.   Do you see a dark spot in between those

12  doors?  And if you don't, that's fine.

13      A.   Yes.

14      Q.   What is that dark spot?

15      A.   Possibly blood.

16          MR. BECK:  Please press play.

17          (Tape played.)

18          MR. BECK:  All right.  Please press pause.

19  BY MR. BECK:

20      Q.   And where did Mr. Romero go?  We paused

21  the video at 14:40:57:890.  Where does it appear

22  that Mr. Romero went?

23      A.   Towards the shower.

24          MR. BECK:  Please press play.

25          (Tape played.)



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2372

```
 1            MR. BECK:  Please press pause.  Will you
 2   rewind it just a couple seconds?  More, more, more.
 3   I'll tell you when to stop.
 4            All right.  Press play.  I am pressing
 5   play at 14:40:41:921.
 6            (Tape played.)
 7            MR. BECK:  Please press pause.
 8   BY MR. BECK:
 9      Q.   I paused the video at 14:42:18:906.  Did
10   you see Mr. Romero go out of sight to the right of
11   this video?
12      A.   Yes.
13      Q.   And where is the pod door on this pod?
14      A.   It's off to the right side.
15      Q.   Can you see -- can you see where the pod
16   door exiting this pod would be?
17      A.   No.  You wouldn't be able the see it from
18   this angle.
19      Q.   Is that to the right, where Mr. Romero
20   just went?
21      A.   Yes.
22      Q.   Which hospital did you visit to see Mr.
23   Romero?
24      A.   At Memorial Medical Center.
25      Q.   Is that here in Las Cruces?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2373

```
 1        A.   Yes.

 2        Q.   Did Mr. Romero go to another hospital, if

 3   you know?

 4        A.   Yes, he did.

 5        Q.   What hospital?

 6        A.   He went to the Trauma Center in El Paso.

 7             MR. BECK:  May I have a moment, Your

 8   Honor?

 9             THE COURT:  You may.

10   BY MR. BECK:

11        Q.   After the Molina murder, did you see Mr.

12   Perez' walker?

13        A.   Yes.

14        Q.   And just so we're clear, that's Mr. Rudy

15   Perez.  Is he seated here in this courtroom?

16        A.   Yes.

17             MS. FOX-YOUNG:  Your Honor, we'll

18   stipulate.

19             THE COURT:  Good enough.  Mr. Beck?

20             MR. BECK:  That's fine, Your Honor.

21   BY MR. BECK:

22        Q.   Where did you see Mr. Perez' walker after

23   the Javier Molina murder?

24        A.   At the time it was in Deputy Warden James

25   Mulheron's office.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          MR. BECK:  Your Honor, I'm going to

 2   approach the witness and show him what's been

 3   previously identified as Government's Exhibits 89

 4   and 90.

 5          May I approach, Your Honor?

 6          THE COURT:  You may.

 7   BY MR. BECK:

 8     Q.   Coordinator -- Coordinator Blanco, do you

 9   recognize what's in Government's Exhibits 89 and 90?

10     A.   Yes.

11     Q.   What is that?

12     A.   That is the walker belonging to inmate

13   Perez.

14     Q.   Where is that -- where are these photos

15   taken?

16     A.   Those are taken in the office, Mr.

17   Mulheron's office.

18     Q.   Is that where you observed Mr. Perez'

19   walker?

20     A.   Yes.

21          MR. BECK:  Your Honor, the United States

22   moves to admit Government's Exhibits 89 and 90.

23          THE COURT:  Any objection from the

24   defendants?

25          MS. FOX-YOUNG:  Your Honor, may we

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2375

```
 1   approach?

 2            THE COURT:  You may.

 3            (The following proceedings were held at

 4   the bench.)

 5            MS. FOX-YOUNG:  I don't want to tell Mr.

 6   Beck how to do his direct, but I don't think there

 7   is a foundation as to how and if he knows that it is

 8   Mr. Perez' walker.  Could I just do a brief voir

 9   dire?

10            THE COURT:  Okay.

11            MR. BECK:  Okay.

12            (The following proceedings were held in

13   open court.)

14            MR. BECK:  Should we do that outside the

15   presence --

16            THE COURT:  Well, it's laying a

17   foundation.

18            MR. BECK:  I think it's fine.

19            THE COURT:  All right.

20            Ms. Fox-Young, do you want to voir dire

21   the witness?

22            MS. FOX-YOUNG:  Thank you, Your Honor.

23            THE COURT:  Ms. Fox-Young?

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                  VOIR DIRE EXAMINATION
 2  BY MS. FOX-YOUNG:
 3       Q.    Good afternoon, Coordinator Blanco.
 4       A.    Good afternoon.
 5       Q.    Stop me if I'm mischaracterizing your
 6  testimony, but I think that you just said that you
 7  know that the walker that you saw in Mr. Mulheron's
 8  office belonged to Mr. Perez?
 9       A.    Yes.
10       Q.    Please tell me how you know that.
11       A.    He's been having that walker -- he used it
12  for plenty of times -- when we do rounds, we notice
13  what the inmates have, and that was assigned to Mr.
14  Perez.
15       Q.    And so can you tell me when you saw it in
16  Officer Mulheron's office?
17       A.    That was after -- possibly a week after
18  the Molina murder.
19       Q.    Okay.  And are you aware that there are --
20  or there were in 2014 contained within the
21  wheelchair program, numerous walkers like that?
22       A.    Maybe like that, but not that weren't
23  nowhere he could get ahold of those.  The inmates
24  didn't possess any walkers from that program.
25       Q.    Okay.  Can you just tell me there is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2377

1  something identifying about this walker in

2  particular that lets you know that it was Mr.

3  Perez'?

4       A.   It's purple in color.  And he's had that

5  walker for a while.

6       Q.   Okay.  And you had seen it in Mr. Perez'

7  cell?

8       A.   Yes.

9       Q.   Okay.  And you knew that he used a walker

10 for a long period of time?

11      A.   Yes.

12           MS. FOX-YOUNG:  Okay.  Thank you, Your

13 Honor.

14           THE COURT:  Thank you, Ms. Fox-Young.

15           All right.  Any objection then to the

16 admission of 89 and 90, Ms. Fox-Young?

17           MS. FOX-YOUNG:  No objection.

18           THE COURT:  Anybody else?  No objection?

19 Not hearing any objection, Government's Exhibits 89

20 and 90 will be admitted into evidence.

21           (Government's Exhibits 89 and 90

22 admitted.)

23           THE COURT:  Mr. Beck?

24           MR. BECK:  I'm not going to -- will you

25 bring up Exhibit 89, please.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2378

```
 1                CONTINUED DIRECT EXAMINATION

 2   BY MR. BECK:

 3        Q.   We already know how you know this is in

 4   Perez's walker, so I'm not going to ask you that.

 5   What do you observe down there in the bottom left

 6   corner of this picture -- on the bottom of Mr.

 7   Perez' walker next to the wheel?

 8        A.   It's a piece of a sheet -- institutional

 9   sheets that we give the inmates.

10        Q.   Why is that there?

11        A.   To hold the walker together.

12             MR. BECK:  Will you bring up Government's

13   Exhibit 90.

14   BY MR. BECK:

15        Q.   And the same question about Government's

16   Exhibit 90.  What do you observe in the bottom -- in

17   the middle of this screen next to the wheel.  Is

18   that the same?

19        A.   It's the same cloth material from the

20   sheets.

21        Q.   And again, this is how you observed the

22   walker after the Molina homicide; is that correct?

23        A.   Correct.

24        Q.   Was that significant to you that it was

25   tied together with sheets?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   Yes.
 2      Q.   Why?
 3      A.   Because there was -- held together by
 4  that -- I mean, there is a piece missing from that
 5  walker.
 6           MR. BECK:  May I have a moment, Your
 7  Honor?
 8           THE COURT:  You may.
 9  BY MR. BECK:
10      Q.   And Coordinator Blanco, I think you and I
11  talked about this, but just so we're clear, the pod
12  where the Julian Romero -- that's Count 3 in this
13  case -- where the Julian Romero assault happened,
14  was that an SNM pod?
15      A.   Yes.
16      Q.   And what does that mean?
17      A.   That's an SNM pod because that's --
18  inmates that are housed in that -- in that
19  particular pod are validated SNM members.
20           MR. BECK:  Pass the witness, Your Honor.
21           THE COURT:  Thank you, Mr. Beck.
22           Ms. Fox-Young, do you want to --
23           MS. FOX-YOUNG:  I think Mr. Lowry is going
24  to.
25           THE COURT:  All right.  Mr. Lowry, if you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   wish to cross-examine Mr. Blanco.
 2                     CROSS-EXAMINATION
 3   BY MR. LOWRY:
 4        Q.   Good afternoon, Mr. Blanco.
 5        A.   Good afternoon.
 6        Q.   So I take it in your career as a STIU
 7   Officer, you're familiar with historical records in
 8   the STIU files?
 9        A.   Yes.
10        Q.   And you had begun your testimony on direct
11   examination about a discussion of a 2009 incident
12   involving my client, Anthony Ray Baca; is that
13   right?
14        A.   Yes.
15        Q.   And that was an incident where Mr. Baca
16   was using heroin in his cell?
17        A.   Correct.
18        Q.   And, in fact, when he was caught by a
19   correctional officer using heroin in his cell, other
20   folks in the pod rushed to try to separate -- keep
21   the guard from obtaining his paraphernalia, if you
22   will?
23        A.   Correct.
24        Q.   And in fairness, Mr. Baca told everybody
25   in the pod to stand down, the officer was just doing
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



2381

```
 1   his job?

 2        A.   Yes.

 3        Q.   And that created tension between Mr. Baca

 4   and the other individuals in the pod, and that's

 5   what you were talking about when the inmates were

 6   exchanging words that created some concern on the

 7   part of correctional officers?

 8             MR. BECK:   Objection, compound, Your

 9   Honor.

10             THE COURT:   Overruled.

11        A.   Can you repeat that question?

12   BY MR. LOWRY:

13        Q.   Sure.   You testified about words being

14   exchanged between the inmates on the pod.

15        A.   Correct.

16        Q.   And that is typical for correctional

17   officers -- gave everybody -- you know, gave them a

18   bit of concern, that the tension was rising on the

19   pod?

20        A.   Yes.

21        Q.   So they put everybody in their cell just

22   to get control over the situation?

23        A.   Yes.

24        Q.   But the reason they needed to do that is

25   because Mr. Baca said, "Look, this guy is doing his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   job, let him do his job"?

2        A.   No.

3        Q.   You don't think -- you said that he told

4   them to stand down and not interfere with the

5   officer.

6        A.   Yes, I did.  But I believe there is a

7   little bit more to that than just him telling them.

8        Q.   But in fairness, other folks wanted to

9   intervene on his behalf?

10       A.   Other SNM members, yes.

11       Q.   Correct.  Now, you're aware at that time

12  with the SNM, given your historical knowledge, it

13  was pretty divided, if you will, politically?

14       A.   Yes, somewhat.

15       Q.   I mean, there was no cohesive

16  organization?

17       A.   There has always been an organization.

18       Q.   Right.  But there was no clear leader or

19  structure?

20       A.   No, Mr. Baca is the known leader.

21       Q.   Well, he had been out of state for almost

22  a decade; correct?

23       A.   And even then he was still the leader.

24       Q.   Okay.  Well, Gerald Archuleta was the

25  leader for many years; correct?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                 1-800-669-9492
                                                        e-mail: info@litsupport.com



2383

```
 1        A.   Under Mr. Baca.

 2        Q.   And that's according to your records?

 3        A.   That's according to our intelligence, yes.

 4        Q.   But you're aware that in 2011, Mr. Baca

 5   was removed from the Southern facility because the

 6   people there didn't like him, they wanted him out of

 7   there?

 8        A.   Yes.

 9        Q.   Okay.  And, in fact, the basis for the

10   removal was that Mr. Baca no longer had control over

11   the SNM?

12        A.   They wanted him out of the leadership

13   position.

14        Q.   Correct.  And he no longer had control

15   over the SNM?

16        A.   Yes.

17        Q.   And the other influential members of the

18   SNM wanted to step up in the leadership roles, so

19   they had planned to kill him?

20        A.   Yes.

21        Q.   And one of the reasons he was sent out is

22   because he didn't enforce the rules in a more

23   violent manner?

24             MR. BECK:  Objection, Your Honor.  I think

25   we're getting into hearsay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2384

```
 1      A.   No.
 2           MR. LOWRY:  May I approach, Your Honor?
 3           THE COURT:  Well, why don't you lay a
 4   foundation as to where he's getting this
 5   information?
 6           MR. LOWRY:  Sure.
 7   BY MR. LOWRY:
 8      Q.   Are you aware of the classification
 9   reports that were drafted by the Department of
10   Corrections to send Mr. Baca to Level 6 at Santa Fe?
11      A.   Not the classification reports.  I just
12   know that that's what -- the reason why he was sent
13   up to Santa Fe.
14      Q.   And those reports were actually instigated
15   by the STIU?
16      A.   No.  Instigated as far as what?
17      Q.   Well, that original information that
18   founded his removal from Southern to Level 6 came
19   from the STIU?
20      A.   Yes.  We gathered information or
21   intelligence regarding that situation.  And it was,
22   best to my knowledge, that he be sent back up to the
23   North.
24           MR. BECK:  Objection, Your Honor.
25           THE COURT:  I think we're just eliciting
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2385

```
 1   what he read.  So sustained.
 2   BY MR. LOWRY:
 3        Q.   You were aware of reports by the FBI
 4   concerning Mr. Baca's safety at that time?
 5        A.   No.
 6        Q.   You weren't?
 7        A.   No.
 8             MR. LOWRY:  Your Honor, can we approach
 9   real quickly?
10             THE COURT:  You may.
11             (The following proceedings were held at
12   the bench.)
13             MR. LOWRY:  Your Honor, this is a
14   classification report that the witness just stated
15   is based on STIU information.  And frankly, it's an
16   adopted admission by a party opponent, and the Court
17   has ruled throughout this case that the Department
18   of Corrections and the prosecution in this case are
19   one and the same.
20             And this report has been adopted by the
21   department for its truth of why Mr. Baca was sent to
22   Level 6.  And it's based on information that was
23   gathered in part by the Federal Bureau of
24   Investigations.  So I don't think it's hearsay.  I
25   think --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2386

1           THE COURT:  Well, I certainly made the

2   ruling for the purpose of discovery, but I don't

3   think I've made it for all purposes here.  I think

4   for me to equate the Department of Corrections with

5   the U.S. Attorney, I don't think that would be

6   correct, particularly with the documents from 2011.

7           So I'm not sure that that argument is

8   going to allow you to just have him indicate what

9   was said in the document back then.

10          MR. LOWRY:  But he has admitted to having

11  the basis for some of this knowledge, given his

12  historical role with the facility.

13          THE COURT:  If you can lay an independent

14  basis for it, then I'll let you do it.  But if he's

15  just going to sit there and say, "I read it in a

16  document," I don't think that's going to get it

17  done.

18          MR. BECK:  I also think that -- I mean, to

19  the extent that he would have knowledge, it's based

20  on -- it's based solely on hearsay and what he's

21  hearing from other inmates.  So in that case, I

22  think this Court has made that clear that we're not

23  going to have corrections officers just be conduits

24  for specific testimony of other inmates.  And that's

25  exactly what these reports would be.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Yeah, I think I've got to be
 2    even-handed here.  If I'm going to keep the
 3    Government from bringing in people and just being
 4    conduits, I've got to do it with the defendants, as
 5    well, when they're putting on some of their
 6    witnesses.
 7              MR. LOWRY:  Your Honor, here's the
 8    problem: We requested the identity of this
 9    confidential informant throughout the duration of
10    this case.  And the Government has not produced it.
11    So it painted me into a corner where the best piece
12    of information I have regarding this issue -- we
13    don't know who it is, and this is solely within the
14    custody and control of the Department of
15    Corrections.  And if the Court is going to require
16    that I produce the actual declarant, I think it has
17    to put the obligation on the United States and the
18    Department of Corrections to produce this
19    individual.
20              MR. BECK:  We've been working on that.
21    They're trying to track down the handler of this CI.
22              THE COURT:  The what?
23              MR. BECK:  The handler, the corrections
24    officer who handles this CI.
25              THE COURT:  So right now you don't know
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   who?
 2           MR. BECK:  We don't know who it is.  I
 3   think it's fair for him to ask if he knows who CI-15
 4   is.  So I think that's fair.  If he wants to try to
 5   get that out.
 6           THE COURT:  We'll have to keep working on
 7   it.  But I don't think that can come into evidence.
 8           MR. LOWRY:  Okay.
 9           (The following proceedings were held in
10   open court.)
11           THE COURT:  All right, Mr. Lowry.
12   BY MR. LOWRY:
13       Q.   Mr. Blanco, you're familiar with the work
14   of STIU Officer Ruben Archuleta?
15       A.   Yes.
16       Q.   And STIU Officer Cory Henn?
17       A.   Yes.
18       Q.   And the information when Mr. Baca had to
19   be removed was based on information developed by
20   those individuals who work under your supervision;
21   correct?
22       A.   The information you're refer -- asking
23   about was before my time.  I'm not really too
24   familiar with it.  I know that the determination for
25   Mr. Baca going back up North was made by myself,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    after doing some investigation on -- regarding the
 2    incident at that point.
 3         Q.   But I thought you had testified that you
 4    had been with the department for 25 years?
 5         A.   I've been with the department for 25
 6    years.  But I haven't been with STIU for 25 years.
 7         Q.   How long have you been with STIU?
 8         A.   I've been with STIU going on
 9    five-and-a-half years.
10         Q.   But you were familiar with the work
11    because you're on the paper of sending Mr. Baca, who
12    eventually came back to Southern, in January of
13    2013, for a short period of time?
14         A.   I am aware of a little bit of it.  But
15    most of the facts that we sent Mr. Baca back was
16    because there was an anonymous note saying that his
17    life was in danger.
18              MR. BECK:  Objection, Your Honor.
19              THE COURT:  Hold on.  Are you trying to
20    elicit out-of-court statements?
21              MR. LOWRY:  No, Your Honor, if he
22    understands the reason --
23              THE COURT:  Ask him the next question.
24    BY MR. LOWRY:
25         Q.   Do you understand the reason why Mr. Baca
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2390

1   was removed from Southern and re-placed at Level 6?

2        A.   Yes, because I made that determination.

3        Q.   And why did you move Mr. Baca from

4   Southern back to Level 6?

5             THE COURT:   Why don't you ask him how --

6   what the basis is, so that we know whether it's

7   out-of-court statements or --

8   BY MR. LOWRY:

9        Q.   How did you formulate your decision to

10  remove Mr. Baca from Southern back to Level 6?

11            THE COURT:   Don't tell us what anybody

12  said.  Just tell us how you went about making your

13  decision.

14       A.   Just due to intelligence gathered.  His

15  life was in danger.

16            MR. BECK:   Objection.

17            THE COURT:   Sustained, sustained.

18  BY MR LOWRY:

19       Q.   Did you, as a professional correctional

20  officer, feel like you could keep Mr. Baca at the

21  Southern facility?

22       A.   No.

23       Q.   And did you feel he was safer at Level 6?

24       A.   Yes.

25       Q.   And that was based on information you had

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   received from subordinates and STIU?

 2            MR. BECK:  Objection, Your Honor.

 3            THE COURT:  Sustained.

 4            MR. LOWRY:  I'm not asking for --

 5            THE COURT:  I still think it is.

 6   Sustained.

 7   BY MR. LOWRY:

 8       Q.   Now, you were discussing with the jury the

 9   Marcantel -- well, pardon me.  Let me withdraw that.

10            You were discussing with the jury the

11   Javier Molina homicide that happened on March 7,

12   2014?

13       A.   Correct.

14       Q.   And you were telling the jury about the

15   video camera system in place at the Southern

16   facility.  Are you familiar with it?

17       A.   Yes.

18       Q.   Are you familiar with the policy of the

19   Department of Corrections of how to install and

20   monitor and store digital data?

21       A.   Not monitor.  Possibly not store or -- of

22   course, anything that has to do with other than

23   viewing and downloading, possibly not.

24       Q.   So you're not -- are you aware that the

25   Department of Corrections even has a policy?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2392

```
 1        A.   Yes.

 2        Q.   Have you ever reviewed it?

 3        A.   Some of it.

 4        Q.   If we had the policy with us, do you think

 5   you could recognize it?

 6        A.   I would be able to recognize it, yes.

 7             MR. LOWRY:  Can we pull up Defendants'

 8   W-4?

 9             MR. BECK:  Has this been admitted into

10   evidence?

11             MR. LOWRY:  No, we can -- can we show it

12   to the witness, W4?

13             THE COURT:  You need the monitors for the

14   jury turned off?

15             MR. LOWRY:  Just the witness.  Yes, Your

16   Honor.  If we could turn off the monitors for the

17   witness -- for the jury and just leave the monitor

18   on for the witness.

19             THE COURT:  Can you see it, Mr. Blanco?

20             THE WITNESS:  No, Your Honor.

21             MR. LOWRY:  While she's getting the hard

22   copy, may I approach, Your Honor?

23             THE COURT:  You may.

24   BY MR. LOWRY:

25        Q.   Mr. Blanco, do you recognize this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    document?

2         A.    Yes.

3         Q.    Is that a document you're familiar with?

4         A.    Yes.

5         Q.    And that's a document you drafted?

6         A.    Yes.

7         Q.    Is that an accurate and fair depiction of

8    the document you drafted?

9         A.    Yes.

10            MR. LOWRY:  Your Honor, at this time I'd

11   move for the admission of Defendants' Exhibit ET.

12            THE COURT:  Any objection, Mr. Beck?

13            MR. BECK:  Yes, Your Honor, this is

14   hearsay.

15            THE COURT:  Well, let me -- why don't

16   y'all bring the document up and let me see what it

17   is.

18            (The following proceedings were held at

19   the bench.)

20            MR. BECK:  And, Your Honor, the document

21   is not hearsay.  The information within the document

22   is hearsay within hearsay, so I have no problem if

23   we redact the paragraph that begins, "On June 26,

24   2013," and ends in "wanted change."  I don't have an

25   objection to that coming in because he did sign it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    But the information within it is just hearsay.

2              MR. LOWRY:  Your Honor, with all due

3    respect, I think the Government waived this.  Ms.

4    Duncan got in early on in this case the

5    classification record.  It was created as a bookend

6    of this where it states exactly why he was placed in

7    Level 6, and it said that he was placed there

8    because there was a threat upon -- to his physical

9    being.

10             THE COURT:  Well, I still think this

11   document itself is hearsay.  I think that paragraph

12   is going to be hearsay, so if you want to introduce

13   it in a redacted copy, you can.  If that's the

14   critical point, we'll have to keep it out.

15             MR. LOWRY:  Well, we'll just call the

16   underlying officer.

17             (The following proceedings were held in

18   open court.)

19             MR. LOWRY:  May I approach, Your Honor?

20             THE COURT:  You may.

21   BY MR. LOWRY:

22        Q.  I'm going to hand you what I've marked for

23   identification purposes as Defense Exhibit W-4.  If

24   I could draw your attention to page 4 of that, the

25   camera policy.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2395

```
 1          MR. BECK:  Your Honor, is there a question
 2  pending, is he refreshing recollection?
 3          MR. LOWRY:  No, I'm just asking him -- he
 4  said he was familiar with the policy, and I'm just
 5  verifying his familiarity, whether he's familiar
 6  with it or not.
 7          MR. BECK:  Your Honor, may I voir dire the
 8  witness?  I'm not sure he's familiar with this
 9  document.
10          THE COURT:  Well, let him answer this
11  question, and then I'll let you voir dire on the
12  exhibit.
13  BY MR. LOWRY:
14      Q.   Have you seen this policy before?
15      A.   I've seen the policy before, yes.
16      Q.   Are you, in your capacity as STIU
17  Coordinator, are you interested in enforcing this
18  policy for the security of the facility?
19          THE COURT:  Why don't I let Mr. Beck do
20  his voir dire at this point, if you're going to go
21  into that line of questioning.  Mr. Beck?
22                 VOIR DIRE EXAMINATION
23  BY MR. BECK:
24      Q.   Coordinator Blanco, have you seen
25  Defendant's Exhibit W-4 before today?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



2396

1      A.   I've seen it in the past, but it's not

2   something that we deal with.

3      Q.   Okay.  Are you -- is this -- do you know

4   where this document is kept in the regular course of

5   business?

6      A.   We have policies that are kept on our

7   computers that we can access different policies, but

8   I would not know where -- what section that would be

9   in, no.

10      Q.   Okay.  Do you know who drafted this

11   policy?

12      A.   No.

13      Q.   And I think you said -- do you interact

14   with this policy in your position as STIU

15   Coordinator?

16      A.   No, that's not part of our duties.

17            CONTINUED CROSS-EXAMINATION

18   BY MR. LOWRY:

19      Q.   As part of your duties, do you use the

20   video camera system?

21      A.   We review video, yes.

22      Q.   And you review video because often that's

23   the best evidence you have of what transpires inside

24   the facility?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Do you always learn about events

2  contemporaneous, when they happen, like the Julian

3  Romero assault we just viewed?  I mean, that's

4  pretty significant.  Everybody knows it happened

5  when it happened.  But are there other events like

6  the movement of shanks or contraband that you might

7  not find out about until days later?

8    A.   Yes.  We could go back and review those

9  incidents when we know about them, yes.

10    Q.   And sometimes those incidents might not --

11  you might not become aware of them for weeks, or

12  maybe even a month later?

13    A.   Correct.

14    Q.   And that's why it would be important to

15  have a digital retention policy to keep that video

16  for an extended period of time.

17    A.   Correct.

18    Q.   In your investigation of the Molina

19  homicide, you said you just reviewed those two

20  videos out of H-U -- 1-A, B pod?

21    A.   Yes.

22    Q.   Were you aware of, through your

23  investigation, that other people have requested you

24  to review video in different pods?

25    A.   In different pods, no.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   Did you ever think to look at the video in
2   the yellow pod or the green pod to see what was
3   going on?
4        A.   Not at that time, no.
5        Q.   So you don't recall individuals who --
6             MR. BECK:  Objection, Your Honor.  I think
7   we're getting into hearsay now.
8             MR. LOWRY:  I'm just recalling what he
9   knew.
10            THE COURT:  Let me hear the question
11  first, then I'll make a determination.
12  BY MR. LOWRY:
13       Q.   Did you ever have a reason to look at the
14  videos in either of the other units -- the pods,
15  rather?
16            THE COURT:  Just answer yes or no.
17       A.   No.
18  BY MR. LOWRY:
19       Q.   Now, with regard to the Molina homicide,
20  at that time, in March 7, 2014 --
21            THE COURT:  Let me ask you this:  If
22  you're going to go in that direction, would this be
23  a good time for us to take our break?
24            MR. LOWRY:  Sure.
25            THE COURT:  All right.  We'll be in recess
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    for 15 minutes.

2            All rise.

3            (The jury left the courtroom.)

4            THE COURT:  All right.  We'll be in recess

5    for about 15 minutes.

6            (The Court stood in recess.)

7            THE COURT:  All right.  Anything we need

8    to talk about before we bring the jury in, Mr. Beck?

9    Mr. Castellano?

10           MR. BECK:  No, Your Honor.

11           THE COURT:  How about from the defendants?

12           MR. LOWRY:  Your Honor, I was just going

13   to see if the Court's inclined to tender what we had

14   offered as the -- this Classification Bureau Chief

15   Placement form as a Business Record exception for

16   the hearsay rule.

17           THE COURT:  Is this a different document?

18           MR. LOWRY:  No, it's the same one.

19           THE COURT:  Okay, just the report itself?

20   Aren't law enforcement records treated differently?

21           MR. LOWRY:  They are, and I didn't know if

22   this, in the context of this particular document,

23   whether it be considered law enforcement or agency.

24   I mean, I could see that that would be a close call.

25           MR. BECK:  They -- they are, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Law enforcement records are treated differently.

2            THE COURT:  Tell me which rule covers law

3    enforcement.

4            MR. BECK:  I think it would be 803(8) --

5            MR. LOWRY:  And, Your Honor, to the extent

6    the Government wants to argue that it's a law

7    enforcement document, I think the argument was made

8    that this was a classification which would be more

9    of a safety issue than internal to the Department of

10   Corrections rather than a law enforcement.  This was

11   done for the purpose of protecting Mr. Baca's

12   safety.  It wasn't done for a criminal investigative

13   purpose.

14           MR. BECK:  To the extent -- I mean, to the

15   extent it would be a business records exception,

16   Your Honor, there is hearsay within hearsay.  It

17   does not fit under that exception.  It's not

18   something created in the regular course of business.

19   It's created when they have information.

20           And again, it's not -- I think it's a law

21   enforcement document which is not treated as a

22   business records exception.  The information that

23   Mr. Mulheron has in there all comes from another

24   source.  So it's another --

25           THE COURT:  I mean, even with a business

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2401

1  record, you have got to -- you can't just send a

2  letter in there and say, you know, that it's

3  admissible just because it's kept by the business.

4          It seems to me you've still got a hearsay

5  problem here, if I remember what that document said.

6  It was reporting what somebody told the writer of

7  that report.

8          MR. LOWRY:  And I'm not -- I would agree

9  with that, Your Honor.  But in this particular

10  context with dealing with prison inmates and prison

11  populations, what we're seeing through Mr. Blanco's

12  testimony is that the Department of Corrections has

13  a whole agency devoted to gathering just the type of

14  information Mr. Blanco has dedicated the latter part

15  of his career to gathering, and that is the business

16  of the STIU.

17          THE COURT:  Well, I'm not seeing it coming

18  in.  If it's -- in a criminal case, a public record

19  can be set forth, but I'm not sure these are setting

20  forth factual findings from a legally authorized

21  investigation.  It's more just -- is the gathering

22  of information and what people said.  So we're not

23  to the findings portion like an airplane crash, and

24  you have the FAA reporting their findings.  I think

25  those can be used against the Government.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1           Here we're just looking at the raw data,
 2   so I'm not sure we're at the public records
 3   exception, and then with the business record, you
 4   still have the hearsay within --
 5           MR. LOWRY:  Well, Your Honor --
 6           THE COURT:  Put the document in, but I
 7   don't know if you can get the evidence in, which is
 8   what you're wanting to get, which is the statements.
 9           MR. LOWRY:  Well, Your Honor, I beg to
10   differ, because what they're doing is holding out
11   this information, and then Mr. Baca would appeal his
12   classification decision.  It's based on this
13   information, and then his appeals would be denied
14   based on precisely the same information.
15           So I would say that there were findings,
16   ultimately, and this is just the beginning of a
17   procedural due process issue.  This is the initial
18   findings that moved him from Southern to Level 6,
19   and then Mr. Baca would appeal his placement in
20   Level 6 because administrative segregation is a very
21   restrictive environment with his liberty, and the
22   administration would have a hearing, and have
23   findings, and routinely overruled Mr. Baca's due
24   process arguments based on precisely the same
25   information.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2403

```
 1              THE COURT:  Well, I'm still not seeing --
 2   that all may be true, but I'm not sure it gets the
 3   raw data in.  So I'm going to keep that document
 4   out.
 5              All right.  All rise.
 6              (The jury entered the courtroom.)
 7              THE COURT:  All right.  Everyone be
 8   seated.  All right.  Mr. Blanco, I'll remind you
 9   that you're still under oath.
10              Mr. Lowry, if you wish to continue your
11   cross-examination, you may do so at this time.
12              MR. LOWRY:  Your Honor, I don't have any
13   further questions on behalf of Mr. Baca.
14              THE COURT:  All right.  Thank you, Mr.
15   Lowry.
16              Mr. Maynard, do you have questions?
17              MR. MAYNARD:  Yes, Your Honor, thank you.
18              THE COURT:  Mr. Maynard?
19                      CROSS-EXAMINATION
20   BY MR. MAYNARD:
21       Q.   Mr. Blanco, is -- I want to go back to the
22   investigation and the follow-up after the homicide
23   relating to Mr. Molina.
24       A.   Yes, sir.
25       Q.   This is in March of 2014.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2404

```
 1        A.   Yes, sir.
 2        Q.   Now, just to talk a little bit about the
 3   context.  In this particular building, at the
 4   Southern New Mexico facility, there's three pods.
 5        A.   Yes.
 6        Q.   In the particular building?
 7        A.   Yes.
 8        Q.   All right.  And the homicide occurred in
 9   one of the three?
10        A.   Yes.
11        Q.   Now, did the Department of Corrections
12   have what it had concluded -- or felt were SNM
13   members in all three pods?
14        A.   Yes.
15        Q.   Okay.  Now, and you're familiar, of
16   course, with the investigation since then, since
17   March of 2014?
18        A.   Yes.
19        Q.   And you're also familiar with the fact
20   that Mr. Herrera was not in the pod where they -- he
21   was not housed in the pod where that homicide
22   occurred?
23        A.   Correct.
24        Q.   Now, you pulled videos from the blue pod
25   where the homicide occurred shortly after the event.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2405

```
 1          A.   Correct.

 2          Q.   And if I understand your testimony when

 3   Mr. Lowry was questioning -- or maybe it was Mr.

 4   Beck -- these are digital -- or back then they were

 5   already digital recording devices, the cameras?

 6          A.   Yes.

 7          Q.   So they would -- on a sort of a constant

 8   turnover, would hold approximately, according to

 9   your understanding, 30 days of footage, of record

10   that -- and it would be constantly retaining,

11   saving, and then on the back side deleting the

12   information.  So you would have an historical

13   perspective of as much as 30 days?

14          A.   I'm not sure how really it operates.  I

15   just know that they were, to my understanding, was

16   possibly 30 days.

17          Q.   Okay.  Number of days, anyway?

18          A.   Yes.

19          Q.   All right.  And so you pulled the footage,

20   all the cameras in the blue pod to review?

21          A.   Yes, the ones that were actually working.

22          Q.   And in each pod there is at least three

23   cameras; correct?

24          A.   Yes.

25          Q.   And the cameras are designed, the angle,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2406

1    to cover the entire pod from one wall to the other?

2         A.   Correct.

3         Q.   Now, you might have testified that one of

4    the cameras in the blue pod was not working?

5         A.   Correct.

6         Q.   And in any case, you retained, and we saw

7    angles from two of the cameras in the blue pod.

8         A.   Yes.

9         Q.   And those cameras are designed -- the ones

10   on the outer angles, not the central camera in each

11   pod, they're designed to cover all the way to the

12   wall, to the door of the adjacent pod?

13        A.   Yes.

14        Q.   And, in fact, in one case, one of the

15   cameras did cover all the way to the left-hand side

16   of the blue pod?

17        A.   Yes.

18        Q.   You didn't pull any footage from the

19   yellow pod?

20        A.   No, not at that point, no.

21        Q.   And of course that footage is gone a long

22   time ago?

23        A.   If -- my understanding is 30 days, yes.

24   And on top of that, we have a different camera

25   system, so we don't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2407

1    Q.    And, of course, you didn't pull footage

2  from the green pod.

3    A.    No.

4    Q.    Now, do you know if the cameras were

5  working in the yellow pod and the green pod, the

6  adjacent pods?

7    A.    I don't know that.  I only pulled the

8  footage from that particular pod.  Somebody may have

9  pulled footage from the other pods, but as it

10  pertains to me, it would be only the blue pod.

11    Q.    If that camera footage had been pulled, it

12  would cover all the way to the door, the wall

13  separating, for instance, the yellow pod from the

14  blue pod?

15    A.    If operable, yes.

16    Q.    And it would have revealed -- it would

17  have shown if any inmates were hanging around the

18  door talking to someone in the neighboring pod, it

19  would be on camera?

20    A.    Yes.

21    Q.    But of course we don't have that footage?

22    A.    Correct.

23    Q.    Now, you mentioned that there was lockdown

24  imposed on the entire building after the incident?

25    A.    Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2408

```
 1        Q.   And how quickly does that occur, and if
 2   you could describe to the jury in detail, what do
 3   staff members -- what do the correctional officers
 4   do?
 5        A.   The correctional officers actually come
 6   into the pod and secure the inmates in their
 7   assigned cells, and that's just to, you know, pretty
 8   much gain control of that situation, if need be.
 9        Q.   All right.  Now, that was, of course, done
10   in the blue pod where the homicide occurred?
11        A.   Correct.
12        Q.   And was it done more or less at the same
13   time in the yellow and green pods?
14        A.   Well, during an incident we isolate the
15   incident in that pod where it's taking place first,
16   and then -- and then we filter off to the other
17   pods, yes.
18        Q.   So the blue pod where the homicide
19   occurred, that was your initial focus?
20        A.   That was the initial focus.
21        Q.   I guess you have limited staff, so you
22   can't do lockdown on all three pods simultaneously?
23        A.   Well, it's -- it's announced in all three
24   pods, but the initial -- or the focus was basically
25   in that pod.  And then, again, we filter off to the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2409

```
 1    other ones.  Sometimes they -- sometimes the
 2    inmates, when it's mentioned to lock it down,
 3    they'll do it by themselves.
 4        Q.   And by the way, were you in the blue pod
 5    where the events occurred as the nurse and other
 6    staff members were trying to resuscitate Mr. Molina?
 7        A.   No.
 8        Q.   So you don't know whether that occurred in
 9    the pod or out in the hallway, or --
10        A.   No.
11        Q.   All right.  There is no line of sight
12    between any of the pods in any case.  You can't see
13    into one pod from -- you can't see into the blue pod
14    from the yellow or green pod?
15        A.   You can, in particular, if you're standing
16    up on the top tiers.  You can see through the glass
17    of the tower itself.
18        Q.   From the tower?
19        A.   Yes.
20        Q.   Okay.  But not from --
21        A.   No.
22        Q.   Okay.  Not from inside the pod.  Now, as
23    part of the lockdown procedure, do the corrections
24    officers search the cells of the inmates in the
25    different pods?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2410

```
1        A.   It depends on the situation.  It depends
2   on the incident.
3        Q.   Were the cells searched in the blue pod
4   that same afternoon?  If you know.
5        A.   I don't know.
6        Q.   Were the cells in the yellow and green
7   pods, the neighboring pods, were those cells
8   searched that same afternoon or evening?  If you
9   know.
10       A.   No.
11       Q.   Do you know that there were no searches,
12  or you're not sure?
13       A.   That particular night -- there were
14  searches, but I don't recall that particular night.
15       Q.   All right.  Now, so the searches might
16  have occurred later?
17       A.   Yes.
18       Q.   And you're not familiar with like a few
19  hours later or the next day?
20       A.   It's possibly the next day or the next
21  day.  I'm not 100% sure.
22       Q.   Now, part of STIU's function and
23  information gathering includes screening mail of the
24  inmates; correct?
25       A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And that involves screening personal mail
 2   and legal mail?
 3        A.   Not legal mail.  Personal mail, yes.
 4        Q.   Is legal mail delivered straight with
 5   unopened envelopes to the inmates?
 6        A.   Yes.
 7        Q.   Are they opened -- are the envelopes
 8   opened in the presence of the inmate -- of the staff
 9   member, if you know?
10        A.   The legal mail is delivered closed,
11   sealed, to the inmate and it's opened by a staff
12   member.
13        Q.   In --
14        A.   In the presence of the inmate.
15        Q.   In the presence of the inmate?
16        A.   Yes.
17             THE COURT:  Mr. Lowry, while Mr. Maynard
18   goes to his next question, would you bring that
19   document up that we were discussing at the bench?
20   Would you bring it up here?
21             Go ahead, Mr. Maynard.
22             MR. MAYNARD:  Your Honor, I have no other
23   questions.
24             THE COURT:  Thank you, Mr. Maynard.
25             Ms. Fox-Young, do you have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2412

```
 1    cross-examination of Mr. Blanco?
 2          MS. FOX-YOUNG:  Yes, Your Honor.
 3                   CROSS-EXAMINATION
 4    BY MS. FOX-YOUNG:
 5          Q.   Mr. Blanco?
 6          A.   Yes.
 7          Q.   Is your office -- in March of 2014, was
 8    your office located at the Southern New Mexico
 9    Correctional Facility?
10          A.   Yes.
11          Q.   Who did you report to at that time?
12          A.   At that time I reported to Mr. Sweeney,
13    which he at the time was the manager.
14          Q.   And where was he, in Santa Fe?
15          A.   He's located -- their office is located in
16    Albuquerque.
17          Q.   In Albuquerque.  So were you running the
18    STIU unit at Southern in March 2014?
19          A.   Yes.
20          Q.   Okay.  So everybody who investigated the
21    Javier Molina death was working for you at Southern?
22          A.   All the STIU members, yes.
23          Q.   Okay, yes.  It's not a trick question.
24    But if -- I'm sorry, everybody --
25          A.   Under my command, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2413

1    Q.   Okay.  And you also were working with some
2  State Police officers on that investigation?
3    A.   All we did was actually just escort for
4  them.
5    Q.   Okay.  Do you remember Agent Palomares
6  being there?
7    A.   Yes.
8    Q.   Okay.  And he was working on that
9  investigation?
10    A.   Correct.
11    Q.   And you talked about -- is it Officer
12  Mulheron?
13    A.   No, that was -- at the time it was Deputy
14  Mulheron.
15    Q.   So Deputy Mulheron worked for you?
16    A.   No.
17    Q.   Who did he work for?
18    A.   He works under the warden, the facility
19  warden.
20    Q.   But he was located at Southern New Mexico?
21    A.   Yes.
22    Q.   And he was the deputy of the whole
23  facility?
24    A.   He's a deputy warden.  There's two deputy
25  wardens for the inside and one for the Level 2.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Okay.  You talked about going into Deputy

2  Mulheron's office and seeing a walker; is that

3  right?

4    A.    Correct.

5    Q.    Let's take a look at Government's Exhibit

6  89.  And while we're pulling that up -- tell me

7  again when you started at Southern New -- when you

8  started to -- office out of Southern New Mexico

9  Correctional Facility?

10    A.    When I started working there?

11    Q.    Yes, physically.

12    A.    Yes, physically I started working in 1993.

13  And that's in March of 1993.

14    Q.    Is this '89?  Okay.

15          And so were you there when Mr. Perez

16  arrived in late 2013?

17    A.    Yes.

18    Q.    And were you aware of Mr. Perez' health

19  conditions?

20    A.    To an extent, yes.

21    Q.    Okay.  You knew that he needed a walker to

22  get around?

23    A.    Yes.

24    Q.    And you also knew, did you not, that he

25  had been in the prison hospital in Los Lunas for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2415

```
1    about a year prior to his arrival?
2         A.   I don't know the timeframe, but yes.
3         Q.   And you knew that he'd also been in and
4    out of the University of New Mexico Hospital for
5    various problems that he'd had?
6         A.   No, that I didn't.
7         Q.   But you knew he'd come from the prison
8    hospital in Los Lunas.
9         A.   Yes.
10        Q.   And he needed a walker to get around.
11             MS. FOX-YOUNG:  Okay.  Well, let's just
12   use the paper one.  Don't worry, Cindy.
13   BY MS. FOX-YOUNG:
14        Q.   I'm going to show you Government's Exhibit
15   90, and you testified that this was the walker that
16   you saw in Deputy Mulheron's office; right?
17        A.   Yes.
18        Q.   Can you tell if it was photographed in
19   Deputy Mulheron's office?
20        A.   Yes.
21        Q.   How can you tell?
22        A.   Just the carpeting, and just the way the
23   stuff was there around it.
24        Q.   Okay.  And when you saw it, you noticed
25   there was a piece missing?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Actually, there is a piece missing on both
2  sides.
3      Q.   Oh, okay.  So there is a piece missing
4  here on this side where the -- where it's tied;
5  right?
6      A.   Correct.
7      Q.   And you visualized that.  Do you know what
8  day that was that you saw it?
9      A.   I -- it must have been possibly a week
10 after the Molina murder.
11     Q.   And do you know how it came to be that
12 there was a piece missing?
13     A.   Yes.  It was through investigations or one
14 of my officers doing an interview on Mr. Perez.
15     Q.   Which officer was that?
16     A.   That's my K-9 specialist, Ernie Holguin.
17     Q.   Okay.  And Ernie Holguin, he -- did he
18 interview a number of individuals who were housed at
19 Southern New Mexico Correctional Facility?
20     A.   Yes.
21     Q.   And let me just get this straight:  The
22 individuals, including Mr. Perez, who were housed in
23 blue pod, had no say about that; right?  New Mexico
24 Corrections Department put them in blue pod?
25     A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2417

```
 1        Q.   Okay.  And so you knew from Officer
 2   Holguin -- and I don't want you to tell me anything
 3   anybody said -- I'm not trying to elicit any hearsay
 4   from you -- but you knew from Officer Holguin that a
 5   piece had gone missing?
 6             MR. BECK:  Objection, Your Honor.  I think
 7   this is hearsay.
 8             THE COURT:  I think it is, too.
 9   Sustained.
10   BY MS. FOX-YOUNG:
11        Q.   I'm trying to avoid hearsay, Mr. Olguin --
12   I'm sorry, Mr. Blanco.  But you -- and I don't want
13   to mischaracterize your testimony, but you just told
14   me you knew through the course of the investigation
15   done by your STIU officers about this walker?
16        A.   Correct.
17        Q.   And you said that about a week after
18   Javier Molina died, you saw it in Deputy Mulheron's
19   office and you knew that a piece was missing
20   already?
21        A.   Yes.
22        Q.   Before you saw it?
23        A.   Yes.
24        Q.   And that you learned through the course of
25   the investigation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1          A.   Through interviews, yes.

2          Q.   Okay.  And did your investigation -- or

3    Officer Holguin's investigation cover who took the

4    piece?

5          A.   I'm not sure.

6          Q.   You're not sure?

7          A.   I'm not -- yes, it did cover it, but I'm

8    not sure.  I would have to read it to see the names

9    on there.

10         Q.   Okay.  Isn't that something that would be

11   important to know in investigating a death?

12         A.   Yes.

13         Q.   Okay.  Let me just ask you, what did you

14   do in preparation for your testimony today?

15         A.   Possibly read a couple notes.

16         Q.   Whose notes?

17         A.   My notes.

18         Q.   Oh, okay.  Were those notes that were

19   taken in 2014?

20         A.   Yes.  Just documents that were from that

21   particular incident.

22         Q.   Did you bring them today?

23         A.   No, I didn't.

24         Q.   And did you review any other reports?

25         A.   I reviewed the assault on Romero.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2419

```
 1        Q.    Okay.  And I'm only talking to you about
 2   Javier Molina right now, but I understand you
 3   reviewed that.
 4        A.    Right.
 5        Q.    You also met with the prosecutors?
 6        A.    Yes.
 7        Q.    And did they provide you with any
 8   materials?
 9        A.    They -- the incident report on Romero, and
10   that's it.
11        Q.    Okay.  And you recall, do you not, that
12   the STIU officers who you had investigating after
13   Javier Molina died, provided you with a number of
14   memos; is that right?
15        A.    Yes, they provided documentation of all
16   the interviews conducted.
17        Q.    And they interviewed everybody in blue
18   pod?
19        A.    We interviewed everybody in that whole
20   unit.
21        Q.    Okay.  In all three pods?
22        A.    Correct.
23        Q.    Did you review those memos prior to today?
24        A.    No.
25        Q.    Okay.  And so you agree with me that it's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2420

1    important to know who took this piece?

2         A.   Correct.

3         Q.   But sitting here today, you don't know who

4    took it?

5         A.   I don't recall the name.  I just -- there

6    was a lot of memos at that point in time, but I'm

7    sure it's on the memo.

8         Q.   Okay.  And that was part of your

9    investigation, to try to figure out who had taken

10   that piece?

11        A.   Yes.

12        Q.   Doesn't it matter if someone went in to

13   Rudy Perez' cell and took the piece?

14        A.   Yes.

15        Q.   That's critical to your investigation,

16   right?

17        A.   Yes.

18        Q.   So you guys looked into that?

19        A.   Yes.

20        Q.   And there were some findings in that

21   regard?

22        A.   Correct.

23        Q.   You talked about the video evidence that

24   was collected portraying -- I guess captured a few

25   minutes portraying the murder itself; right?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2421

```
 1        A.    Yes.

 2        Q.    And you have viewed that video?

 3        A.    Yes.

 4        Q.    And the Government didn't walk you through

 5   that video today.  I'm not talking about the video

 6   of Mr. Romero.  But you have viewed that video.  On

 7   that video have you been able to identify Jerry

 8   Armenta?

 9        A.    Yes.

10        Q.    And have you also been able to identify

11   Jerry Montoya?

12        A.    Yes.

13        Q.    And how about Tim Martinez?

14        A.    Yes.

15        Q.    And how about Mario Rodriguez?

16        A.    Yes.

17        Q.    Okay.  And all of them active participants

18   in the killing?

19        A.    Yes.

20        Q.    Let's put up Government's Exhibit 586.  Do

21   you know this to be Mario Rodriguez --

22        A.    Yes.

23        Q.    -- who you identified in the video?

24        A.    Yes.

25        Q.    Now, how long have you known Mario
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2422

```
 1  Rodriguez?
 2       A.   Possibly ever since he came into our
 3  institution and we put him in our SNM unit.
 4       Q.   A number of years?
 5       A.   I couldn't tell you.  It's probably been
 6  like maybe more than five.
 7       Q.   He has a reputation?
 8       A.   He has a reputation, yes.
 9       Q.   What is that?
10       A.   He has a reputation of possibly violent
11  behavior and --
12       Q.   You'd agree with me that he's difficult to
13  control?
14       A.   I would say it would -- depending on the
15  situation.  But I mean, I don't know, it just
16  depends on the individual itself -- himself.
17       Q.   This individual, would you say Mario
18  Rodriguez is difficult to control?
19       A.   No, not at our institution.  He hasn't had
20  that -- as far as us controlling him, no.
21       Q.   And you're aware of his violent history in
22  the institution?
23       A.   Yes.
24       Q.   Okay.  And you're aware of his role in the
25  killing of Javier Molina?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes.

 2        Q.    But you don't know who took the piece off

 3   of Mr. Perez' walker?

 4        A.    If I'm not mistaken, on my recollection of

 5   that --

 6              MR. BECK:  Objection, Your Honor.

 7              MS. JACKS:  It seems to call for hearsay.

 8              THE COURT:  Yes, let's don't go there.

 9   BY MS. FOX-YOUNG:

10        Q.    Mr. Blanco, you also -- and tell me if

11   this wasn't in the course of STIU's investigation,

12   we won't talk about it -- but are you familiar with

13   the floor plan for blue pod?

14        A.    Yes.

15        Q.    It hasn't changed much in the last several

16   years; right?

17        A.    Since it was built, I would say no.

18        Q.    Hasn't changed at all?

19        A.    No.

20              MS. FOX-YOUNG:  Your Honor, I'd like to

21   publish for the jury -- and I don't think the

22   Government objects to the admission of their Exhibit

23   164.

24              THE COURT:  Any objection, Mr. Beck?

25              MR. BECK:  No objection.
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

```
1            THE COURT:  Anybody else?  Any defendant
2    have an objection?  Not hearing any, Defendants'
3    Exhibit 164 will be admitted into evidence.  I guess
4    it will be Government's Exhibit 164.
5            MR. BECK:  Your Honor, let's --
6            MS. FOX-YOUNG:  Your Honor, I'm going to
7    use the paper one.  The Government has a mistake on
8    the electronic one, so we've just blacked it out.
9    And we'll use this.
10           THE COURT:  All right.  What should it be?
11   Are you comfortable with it being Government's
12   Exhibit 164?
13           MR. BECK:  No.  I think it should probably
14   be Defendants'.
15           THE COURT:  Why don't you give it its own
16   number then, since we're --
17           MS. FOX-YOUNG:  Your Honor, I'd like to
18   publish for the jury what we're marking Defendants'
19   Exhibit EU.
20           THE COURT:  Still no objection, Mr. Beck?
21           MR. BECK:  No objection.
22           THE COURT:  All right.  So Defendants'
23   Exhibit EU will be admitted into evidence.
24           (Defendants' Exhibit EU admitted.)
25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2425

```
 1   BY MS. FOX-YOUNG:
 2        Q.   All right.  Mr. Blanco, do you recognize
 3   this diagram?
 4        A.   No, I haven't seen this diagram.
 5        Q.   Do you know what it is of?  I know I just
 6   put it up, but you can take a minute to look at it.
 7        A.    It -- it's one of the pods in the
 8   institution.
 9        Q.   Can you tell which pod -- and I'll tell
10   you this came from State Police, and there is an
11   indication on the top of it which says, "B pod 1-A
12   depicting lower level with approximate evidence
13   location."  Do you have any reason to dispute that
14   this is the lower level of B pod 1-A?
15        A.   No.
16        Q.   And through the course of your
17   investigation, you considered which inmates were in
18   which cells, did you not?
19        A.   No, I don't recall, other than if this is
20   a lower tier, we're basically focusing more on the
21   top tier because that's where the incident actually
22   took place.
23        Q.   So you don't actually know who was housed
24   in any of these cells on March 7, 2014?
25        A.   No, not off the top of my head.  I would
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2426

```
 1   have to go back and review my documentation as to
 2   who was in what cell at that time.
 3        Q.   I will represent to you that Mr. Rudy
 4   Perez was in this cell, 115, which I'm zooming in
 5   on.  And I think you said that you had seen Mr.
 6   Perez in his cell; is that right?
 7        A.   Correct.
 8        Q.   And you had seen his walker in his cell?
 9        A.   Yes.
10        Q.   There is -- in each of these cells, there
11   is a hamper area close to the door; is there not?
12        A.   Yes, right to the right of the door, or to
13   the left of the door, depending on how it opens.
14        Q.   Okay.  For cell 115, I'm circling an area.
15   Do you know that to be the hamper area?
16        A.   Yes.
17        Q.   And Mr. Perez was in a cell where that
18   area had been modified and the metal piece for the
19   hamper had been removed so that the walker could sit
20   out front; was it not?
21        A.   I don't believe that it was because of
22   that situation.  A lot of the cells in that
23   particular area -- a lot of hamper areas have been
24   removed.
25        Q.   Okay.  Do you remember that being termed a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2427

1    "handicapped cell" where the hamper was removed?

2         A.   No.  There are various cells that it had

3    been removed just because it was in that unit.

4         Q.   Do you remember it being used as a

5    handicapped cell because the hamper wasn't in there?

6         A.   No, it was never labeled or utilized as a

7    handicapped.

8         Q.   Do you remember seeing Mr. Perez' walker

9    out front in the area where the hamper used to be?

10        A.   I saw his walker in his cell.

11        Q.   And that's where the walker would sit and

12   fit, right?

13        A.   Right.

14        Q.   Okay.  And so you saw it there by the door

15   to the cell just to the left where this hamper area

16   is indicated?

17        A.   The hamper area is actually inside the

18   cell.  It's not on the exterior of the cell.

19        Q.   Right.  And that's what I've circled here.

20        A.   Right, it would be on the inside, yes.

21        Q.   And you don't remember where Mario

22   Rodriguez was housed?

23        A.   Where who?

24        Q.   Mario Rodriguez was housed?

25        A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   I'd like to show you Government's Exhibit
2  79.  Do you know who this is?
3    A.   Yes.
4    Q.   Who is it?
5    A.   Rodriguez.
6    Q.   That's Mario Rodriguez.  And do you know
7  when this photograph was taken?
8    A.   No, I don't.
9    Q.   I'll represent to you that in earlier
10 testimony it was testified to that this photograph
11 was taken on the night of the murder -- of Mario
12 Rodriguez.
13       And I'd like to show you Government's
14 Exhibit 76.  Have you ever seen this photo?
15    A.   No.
16    Q.   Do you know what it is, looking at it
17 today?
18    A.   Stainless steel toilet in the cells.
19    Q.   Okay.  Do you recall any result of the
20 investigation pertaining to what Mario Rodriguez did
21 vis-a-vis a toilet?
22       MR. BECK:  Objection, Your Honor.  I think
23 this calls for hearsay, too.
24       THE COURT:  Well, just a yes/no answer to
25 this question.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2429

```
 1        A.   No.
 2   BY MS. FOX-YOUNG:
 3        Q.   Do you recall?  You don't know anything
 4   about that?
 5        A.   No.
 6        Q.   Okay.  Can you see if there is anything in
 7   that toilet?
 8        A.   It appears to be like dirty water, plastic
 9   or something.
10        Q.   Looks like there is some plastic, maybe
11   Saran floating in there?
12        A.   Correct.
13        Q.   I'd like to show you Government's Exhibit
14   141 -- oh, no, I'm sorry, Exhibit 74.  Do you know
15   what's depicted in this exhibit?
16        A.   It's a stainless steel sink that's also in
17   the cells.  And a green garment -- uniform -- that
18   inmates wear in our institution.
19        Q.   Do you know who that garment belonged to?
20        A.   No, I don't.
21        Q.   I'll represent to you that earlier
22   testimony was that the garment belonged to Mario
23   Rodriguez, and that blood was found on it.  Did --
24   is that something that you knew in the course of
25   your investigation?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2430

1      A.   No.

2      Q.   Okay.  So the video that you reviewed was

3   only for -- it just began, I guess, a few minutes

4   prior to the death of Javier Molina; is that right?

5      A.   Correct.

6      Q.   Now did you ever view any video from

7   earlier that day?

8      A.   We viewed some video, but not -- I mean,

9   throughout the course of the day, it was basically

10   focused on that particular incident at the time of

11   the incident.

12      Q.   Didn't you want to see video from earlier

13   that day to see if you could tell if someone went

14   into Rudy Perez' cell and took something?

15      A.   It's a possibility, but I don't believe

16   that video -- we couldn't see that video. I think

17   that was camera 3 that focused on that cell on 15.

18      Q.   Okay.  Well, we can pull the cameras up.

19   But you don't remember looking at any video earlier

20   that day?

21      A.   I reviewed video -- the video that is on

22   the camera that's -- that we submitted.  That's the

23   video I reviewed.

24      Q.   Because it would be important to see

25   whether there was evidence of somebody going into

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Mr. Perez' cell?

2       A.   Possibly, yes.

3       Q.   Okay.  And if you had learned that

4   somebody had gone into Mr. Perez' cell, in the

5   course of your investigation, to take that piece,

6   you would have wanted to continue investigating

7   that; right?

8       A.   Correct.

9       Q.   And to learn maybe what happened inside

10  that cell?

11      A.   Yes.

12      Q.   And, in fact, your STIU officers did

13  conduct interviews with regard to that portion of

14  your investigation.

15      A.   Not with the portion of that

16  investigation.  It was known after the

17  investigation, possibly, maybe half a week, a week.

18      Q.   Okay.  So half a week or a week later, it

19  was pretty important to figure out if somebody had

20  gone into Mr. Perez' cell and taken that piece;

21  right?

22      A.   Yes.

23      Q.   And important to understand the

24  circumstances under which that happened; right?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2432

```
 1        Q.   It was significant to know how the piece
 2   was taken?
 3        A.   Yes.
 4        Q.   Who took it?
 5        A.   Yes.
 6        Q.   And why?
 7        A.   Correct.
 8             MS. FOX-YOUNG:  Your Honor, may I
 9   approach?
10             THE COURT:  You may.
11             MS. FOX-YOUNG:  May we approach?
12             (The following proceedings were held at
13   the bench.)
14             MS. FOX-YOUNG:  Your Honor, I am following
15   the Court's instruction that I am to approach before
16   I discuss anything with regard to threats.  This
17   witness knew from multiple different witnesses just
18   after the time of the murder that Mr. Perez was
19   threatened.  And the Government has already
20   referenced Deputy Mulheron.  There are others.  He
21   received memos.  I mean, I can go through them and
22   give the Court a process of exactly what questions I
23   would ask him and what I expect the answers to be.
24   But there are memos with regard to the threats
25   against Mr. Perez.  And I just referenced our two
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2433

1    trial briefs.  And, you know, this is the time I

2    would get into that testimony.

3              THE COURT:  Well, I guess you can ask him

4    whether he has any information that he personally

5    observed or saw any threats.  But if he doesn't

6    answer that question, if he doesn't get anything on

7    that, then anything else he's going to know is

8    hearsay.

9              MS. FOX-YOUNG:  It's in the course of his

10   investigation, just as when Acee gets up and talks

11   about the investigative steps they've taken.  This

12   is offered for a non-hearsay purpose, what steps

13   were taken when you learned this.

14             THE COURT:  You can ask about his

15   investigation.  But I think that's different than

16   asking him whether other people told him that there

17   were threats.

18             MR. BECK:  I think what they can ask is --

19   I think they can ask, as Your Honor said, if he has

20   any personal information, not threats.  Then I think

21   they can ask at some point in the investigation:

22   Did you move Rudy Perez up to the North?  I think

23   that's fine.  But I think if he gets into why he was

24   moved or did you get information about threats,

25   that's all hearsay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              MS. FOX-YOUNG:  Well, I've got to be able
2    to ask him what are the next investigative steps
3    that you took upon learning about the threats, and
4    you know --
5              THE COURT:  I don't think you can do that.
6    I think you can probably give him the moves that he
7    made.  But his state of mind is not particularly
8    important here.  What you're trying to get in is
9    largely what Mr. Perez was saying to investigators.
10             MS. FOX-YOUNG:  I have a good faith basis,
11   Judge, I'm --
12             THE COURT:  I'm not saying you don't.  But
13   still I think you're trying to get in hearsay
14   statements.  So we have to observe the rules and
15   proceed that way.
16             MS. FOX-YOUNG:  Well, I'll just -- as
17   previously noted, I think the Court is cutting into
18   our ability to present a defense on this.  But I
19   will -- in front of the jury I will limit my
20   questions.
21             Will the Court permit me to ask if he's
22   aware of what investigative steps were taken?  Well,
23   first, whether he has any knowledge of any threats
24   against Mr. Perez, and then, depending on his
25   answer --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  I think that question just --
2    I think that's just -- it's just inviting hearsay.
3    I think you can ask the question:  Did he ever
4    observe any threats?  Did he see -- does he have any
5    personal knowledge of threats?
6              MS. FOX-YOUNG:  Okay.
7              THE COURT:  You can ask those questions.
8    (The following proceedings were held in open court.)
9              THE COURT:  Ms. Fox-Young?
10             MS. FOX-YOUNG:  Thank you, Your Honor.
11   BY MS. FOX-YOUNG:
12        Q.   Mr. Blanco, do you have any personal
13   knowledge of any threats made against Mr. Perez in
14   the time period just before Javier Molina was
15   killed?
16        A.   No.
17        Q.   Can you tell me what steps, if you
18   remember, if you know, what steps your investigators
19   took after conducting their interviews of inmates in
20   blue pod?
21        A.   Some of the inmates were moved to
22   different units.
23        Q.   Okay.  And Mr. Perez was moved?
24        A.   Mr. Perez was moved, yes.
25        Q.   Do you know why Mr. Perez was moved?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2436

```
 1        A.   Initially he was just moved because we
 2   were placing different inmates in different areas
 3   throughout the facility.  Some inmates were also
 4   transferred out of the facility at one point.
 5        Q.   And Mr. Perez was moved up north to the
 6   Penitentiary of New Mexico?
 7        A.   Mr. Perez was moved over to the housing
 8   unit 2, I believe.  Housing unit 2.
 9        Q.   And subsequently, he was moved to the
10   Penitentiary of New Mexico?
11        A.   Correct.
12        Q.   Where he was held for about two years?
13        A.   Correct.
14        Q.   Do you know why he was held for that long?
15             MR. BECK:  Objection, Your Honor.
16             MS. FOX-YOUNG:  If you know.
17             THE COURT:  I'm sorry, I didn't hear
18   exactly the question, again.
19             MS. FOX-YOUNG:  Your Honor, the question
20   was --
21             THE COURT:  Did you ask where or why?
22             MS. FOX-YOUNG:  Does he know why Mr. Perez
23   was moved, or why Mr. Perez was held at the
24   Penitentiary of New Mexico for about two years?
25             THE COURT:  Well, it's a yes/no, question.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2437

```
 1   Just answer yes/no.
 2        A.   Yes.
 3   BY MS. FOX-YOUNG?
 4        Q.   Can you tell me why?
 5             THE COURT:  Well --
 6             MR. BECK:  Objection, Your Honor.
 7             MS. FOX-YOUNG:  If he has personal
 8   knowledge, Your Honor.
 9             THE COURT:  Well, if he has personal
10   knowledge.  You didn't get it from some other
11   source, somebody didn't tell you, but you have
12   personal knowledge.  Do you have personal knowledge?
13        A.   Yes.
14             MR. BECK:  I don't think he's
15   understanding what that means.  If he moved Mr.
16   Perez, then I think he would have personal
17   knowledge.
18             THE COURT:  Well, why don't you come up to
19   the bench.  And Mr. Blanco, why don't you come up
20   here, too, and I'll hear your testimony.
21             (The following proceedings were held at
22   the bench.)
23             THE COURT:  Tell me, Mr. Blanco, why was
24   he moved?
25             THE WITNESS:  He was moved after the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    murder.  That's where we determined that the cause

2    of death -- or the shanking, he was moved, just like

3    all the other inmates involved in the situation.

4    The North facility was more secure.  It's a Level 6

5    facility.  So that's why he was moved up there.

6              THE COURT:  I don't see any problem with

7    that answer, do you?

8              MR. BECK:  That's fine.

9              MS. FOX-YOUNG:  Your Honor, the

10   Corrections Department in previous pleadings in

11   suppression argued that he was held there for his

12   own safety.  So I'm going to impeach him with that,

13   if that's what he says.

14             THE COURT:  Well, do you --

15             MR. BECK:  If those are his statements, I

16   think it's fair to impeach him with that.  They're

17   not his statements.

18             THE COURT:  Did you ever tell anybody or

19   make any statements that he was being held there for

20   his own safety?

21             THE WITNESS:  No.

22             THE COURT:  Do you have any knowledge that

23   he was being held for his own safety?

24             THE WITNESS:  No.

25             THE COURT:  I think if the question is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    asked, those are going to be the answers.
2            MR. BECK:  That's fine.
3            MS. JACKS:  We think it's based on hearsay
4    and we'd object.
5            THE COURT:  He's going to say he doesn't
6    have any -- nothing -- I mean, nothing you're saying
7    based on hearsay if he has no knowledge.
8            MS. FOX-YOUNG:  If he doesn't have
9    personal knowledge, I'm not going to go into this.
10           THE COURT:  Okay.
11           (The following proceedings were held in
12   open court.)
13   BY MS. FOX-YOUNG:
14       Q.   Just a moment, Mr. Blanco.
15           Mr. Blanco, do you recall talking with an
16   individual -- I don't want you to tell me what he
17   said, I'm not trying to elicit hearsay from you --
18   an individual named Paul Valenzuela in 2014?
19       A.   No.
20       Q.   You don't remember that?
21       A.   I don't remember talking to him.  I've
22   talked to him in the past, but I'm not for certain
23   that was around that time.
24       Q.    If I showed you a report from the FBI,
25   would it refresh your memory?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   Yes.
 2            MS. FOX-YOUNG:  Your Honor, may I approach
 3  the witness?
 4            THE COURT:  You may.
 5  BY MS. FOX-YOUNG:
 6       Q.   Mr. Blanco, I'm just directing your
 7  attention to this third paragraph.  Take a minute to
 8  look.  Just tell me when you're done.
 9            Mr. Blanco, does that refresh your
10  recollection of this meeting?
11       A.   No.
12       Q.   Oh.
13       A.   No.
14       Q.   And so you don't believe that you ever
15  talked with a Mr. Paul Valenzuela in 2014?
16       A.   I've talked to Mr. Paul Valenzuela, but
17  never with that situation in Molina.  I never talked
18  to Paul Valenzuela about Molina.
19       Q.   You never talked to him about a green
20  light on Molina?
21       A.   No.
22       Q.   And that didn't happen before Javier
23  Molina died?
24       A.   No.  I never knew anything about a green
25  light on Molina until after the assault.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And so it isn't true that you knew about
 2   the green light before Molina died and failed to
 3   protect him?
 4        A.    No.
 5        Q.    When is the last time you talked to Paul
 6   Valenzuela?
 7        A.    I don't recall when the last time was.  It
 8   was prior -- prior to him getting out of Southern.
 9        Q.    The inmates housed in 2014 at Southern, in
10   those SNM pods, you told me they didn't choose to be
11   there.  The Corrections Department put them there;
12   right?
13        A.    Yes.
14        Q.    And --
15        A.    We house them there.  I mean, the housing
16   assignments are -- they're SNM; that's where they
17   go, yes.
18        Q.    And the only way to get out of one of
19   those pods is to go into protective custody; right?
20        A.    Not necessarily, no.
21        Q.    Oh, how else can you get out?
22        A.    It just depends on the circumstances.
23   There's individuals I have -- I guess, gone through
24   the process of, you know, decertifying or they're
25   saying they're not SNMers.  So we look into that,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2442

```
 1    and the possibility -- you know, if it comes back
 2    that our investigation isn't correct, they might be
 3    able to get out.
 4         Q.   And what happens to individuals who talk
 5    to STIU or law enforcement about the SNM?
 6         A.   What do you mean?  I mean, I don't
 7    understand.
 8         Q.   Let me put it this way:  You'd agree with
 9    me, would you not, that they put their lives in
10    danger with the SNM by talking to law enforcement?
11         A.   Yes.
12         Q.   And they often get killed?
13         A.   Yes.
14              THE COURT:  Mr. Lowry, did you bring me up
15    the other document?  You gave me the one -- the 2011
16    report.  Did you give me the other one?
17              MR. LOWRY:  Yes, Your Honor, I did.
18              THE COURT:  You gave me both of them?
19              MR. LOWRY:  It's a single page.
20              MS. FOX-YOUNG:  Your Honor, I'll pass the
21    witness.
22              THE COURT:  I think you just gave me this
23    three-page report.
24              All right.  Thank you, Ms. Fox-Young.
25              Ms. Jacks, do you have cross-examination
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    of Mr. Blanco?
 2            MS. JACKS:  I do, Your Honor.
 3                    CROSS-EXAMINATION
 4    BY MS. JACKS:
 5        Q.   Good afternoon, Mr. Blanco.
 6        A.   Good afternoon.
 7        Q.   I want to talk to you just for a minute
 8    about Javier Molina.  As the head of the STIU unit,
 9    did you have -- did you personally know Mr. Molina?
10        A.   I've talked to him.  I talked to
11    Mr. Molina before as I've talked to all the other
12    inmates in there.
13        Q.   I'm sorry, I couldn't hear.
14        A.   I talked to Mr. Molina prior -- yes, just
15    like I did every other inmate in there.
16        Q.   Okay.  And were you aware of his
17    activities at -- in the pod at Southern New Mexico
18    Correctional Facility?
19        A.   Activities as --
20        Q.   How he behaved, how he conducted himself?
21        A.   Yes.
22        Q.   All right.  Do you have an opinion about
23    what his reputation was?
24        A.   No.
25        Q.   I want to talk to you a little bit about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the video.  Were you the person that was in charge

2  of deciding what video got turned over to the New

3  Mexico State Police?

4       A.   No, they just got all turned over.  Not

5  necessarily what -- they were all just turned over

6  to the State Police.  Not necessarily one or the

7  other.

8       Q.   Okay.  Well, you're the person that turned

9  them over; right?

10       A.   Yes, they were all turned over.

11       Q.   So I'm assuming that what had to happen if

12  this video is like digital and it gets backed up to

13  a computer, somebody had to take a certain segment

14  of video off and hand it to the State Police; right?

15       A.   Yes.

16       Q.   How -- how is that physically done,

17  downloading it onto a DVD?

18       A.   Onto a disc.

19       Q.   And was that something that somebody did

20  at your direction?

21       A.   That was something I did.

22       Q.   You did, okay.

23       A.   Yes.

24       Q.   And you downloaded the video onto a disc

25  from two of the three cameras in blue pod; is that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2445

 1  right?

 2       A.   Yes.

 3       Q.   And you did it that night, the night of

 4  March 7, 2014?

 5       A.   Yes.

 6       Q.   Can you tell us from what time to what

 7  time you actually downloaded onto that disc to give

 8  to the State Police?

 9       A.   I don't recall times.  I mean, it was -- I

10  know it was late.  But I don't recall the times.

11       Q.   I don't mean when you physically did it.

12  I mean, what portion of the video from March 7 did

13  you give the State Police?  In other words, did you

14  give them video from 5:00 p.m. to 7:00 p.m.?  Did

15  you give them video from 5:00 p.m. to 5:15?  What

16  did you give them?

17       A.   I didn't look at times.  I looked at just

18  events of what was transpiring on the video itself

19  and started recording from that event to the end of

20  that event.

21       Q.   Okay.  So did you write down anywhere or

22  record anywhere the portion of the video from that

23  day?  Is there something you could look at to tell

24  us the times of day?

25       A.   No, other than what's showing on the video

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2446

1   itself.  It will tell you the time on top.

2        Q.    Okay.  Can you tell us, was it the same

3   timeframe for both cameras?

4        A.    The same timeframe as far as --

5        Q.    What you provided to the police?

6        A.    Yeah, close to.

7        Q.    And do you have an idea in your mind

8   whether what -- whether you provided them, you know,

9   10 or 15 minutes of video, versus 10 or 15 hours?

10       A.    No, I don't recall the hours or the

11  timeframe of that.

12       Q.    But do you know, like the segment that you

13  gave up -- that you gave them -- to the State

14  Police, do you know how long approximately it was?

15       A.    Honestly, I couldn't tell you.  I could

16  tell you, you know, it's been two minutes, three

17  minutes, but I wouldn't -- but I'm not sure how

18  many -- exactly how many minutes I recorded or

19  downloaded onto --

20       Q.    Okay.  But what your -- I guess your

21  answer was that you gave them some segment that

22  could be measured in minutes?

23       A.    Yes.  And that's why the time was on that

24  video. I mean, I never write it down as far as this

25  is what I gave them from this time to this time.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                                          Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                                FAX (505) 843-9492
                                                                                     1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                                            e-mail: info@litsupport.com

2447

```
 1        Q.    Okay.  Have you looked at the exhibits --
 2   I think they are Defense I-1 and 2?  Can we just
 3   pull up I-1?  I think we marked it as a Government's
 4   Exhibit because there was an objection.  It's a
 5   Government Exhibit.  It's 11.  Sorry about that.  I
 6   just want to -- I want you to look at the exhibit
 7   and tell us if that is, in your recollection, the
 8   entirety of the video to the State Police from that
 9   particular camera angle.
10        A.    Okay.
11        Q.    Do you see the time stamp in the upper
12   left-hand corner?
13        A.    Yes.
14        Q.    And -- my eyes aren't that great, but it
15   looks like it says 17, 15, and 12 seconds?
16        A.    Correct.
17        Q.    And this is the correctional officers
18   escorting the nurse to hand out the medication?
19        A.    Yes.
20        Q.    Based on your recollection of what you
21   provided the police, is that approximately --  is
22   that when you started the video?
23        A.    Yes.
24        Q.    Was the last portion of the video that you
25   provided the police when the correctional officers
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2448

```
 1   entered the pod after Mr. Molina was stabbed?

 2       A.   Yes, around there.

 3       Q.   Maybe what we can do to save time is fast

 4   forward to -- towards the end of the video and see

 5   if that's what the witness remembers.

 6            Is that the end?

 7       A.   Yeah, I believe so.

 8       Q.   Looks like this is 17, 27, and 16 seconds.

 9            Looks likes we're basically at the end,

10   17, 29, and 59 seconds.

11            So having just reviewed that, can you tell

12   us that that's the complete video from this camera

13   angle that you turned over to the New Mexico State

14   Police?

15       A.   That's -- yes.

16       Q.   And it would have been the same or pretty

17   much the same time period for the other working

18   camera?

19       A.   Yes, possibly around the same.

20       Q.   And that night, did you pull any -- did

21   you make any DVDs from video on any of the other

22   pods on Unit 1-A?

23       A.   No.

24       Q.   Your investigation started on March 7 and

25   it was ongoing for some period of time; correct?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Correct.
 2        Q.    And you were -- I think you said you
 3  escorted the State Police to interview the inmates?
 4        A.    I escorted -- we escorted the inmates to
 5  State Police.
 6        Q.    I got it backwards; escorted the inmates
 7  to be interviewed by the State Police?
 8        A.    Right.
 9        Q.    And did you actually sit -- sit in on
10  those interviews?
11        A.    No, because at that point in time they
12  were reading Miranda rights, so therefore they
13  didn't want anybody else in there.
14        Q.    They didn't want any correctional officers
15  present?
16        A.    No.  We interviewed them afterwards when
17  the State Police was done with their primary
18  investigation -- or their interviews that we
19  interviewed them after.
20        Q.    Okay.  And did you also confer with State
21  Police regarding the results of those interviews,
22  what they were finding out?
23        A.    Yeah.  We gave them some information as
24  far as, you know, what we were finding out.
25        Q.    Did you also interview -- well, did the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    State Police interview correctional officers?

2        A.   Yes.

3        Q.   And did you also interview correctional

4    officers?

5        A.   No, I didn't interview corrections

6    officers.

7        Q.   That investigation of interviewing inmates

8    and interviewing correctional officers, is it fair

9    to stay that that took place over the next several

10   days?

11       A.   Yes.

12       Q.   Okay.  And in conducting that

13   investigation, I'm assuming that you were provided

14   information about what may have happened?

15       A.   Correct.

16       Q.   And one -- or I guess one of your

17   responsibilities is to try to determine if the

18   information you're being provided is either true or

19   not true?

20       A.   Correct.

21       Q.   And particularly within a prison

22   environment, there's reasons when you're

23   interviewing inmates, there's reasons that sometimes

24   inmates may tell you something to -- in an attempt

25   to manipulate you or in an attempt to get some

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  benefit for themselves?

2       A.    Correct.

3       Q.    Would you agree?

4       A.    Yeah.

5       Q.    So in interviewing inmates, it's something

6  that you can't just take at face value; you need to

7  look for information to either prove or disprove the

8  truth of the -- of what the people are telling you?

9       A.    Correct.

10      Q.    Based on the interviews that were

11 conducted in the days after the Molina homicide, did

12 you ever go back to the computer system -- the

13 computer that stores the video -- and pull any

14 additional video from blue pod?

15      A.    No.

16      Q.    Based on the information that developed in

17 the days after the Molina homicide, did you ever go

18 back and pull any video from yellow pod?

19      A.    No, I didn't.

20      Q.    Did you ask or cause somebody else to do

21 that?

22      A.    No, I didn't.

23      Q.    Did you ever view -- you, personally --

24 ever view any additional video from blue pod or

25 yellow pod in the days after the Molina homicide?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2452

```
 1        A.   Just what I've -- just what I've reviewed,
 2   that's it.  That's two videos.
 3        Q.   And that's the videos we have here marked
 4   in court?
 5        A.   Correct.
 6        Q.   Now, I think when one of the other lawyers
 7   was asking you questions, you referred to the fact
 8   that perhaps somebody else may have pulled other
 9   footage?
10        A.   Correct.
11        Q.   But are you -- you're in charge -- or you
12   were in charge of this investigation; right?  Well,
13   in terms of the STIU unit.
14        A.   Yes, as far as our unit.  Yes.
15        Q.   Okay.  And your unit, people in your unit,
16   would be the people that would have access to the
17   digital video recording equipment; right?
18        A.   There's other individuals that have
19   access.  It not just my -- it's -- at that time it
20   was only supervisors.  So my particular guys or
21   people that fall under me would not have access to
22   them until I granted access to them, because you
23   have -- there was -- you have to go in there, and
24   it's -- there had to be a code, you had to have a
25   password, stuff like that.  And only supervisors had
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    that.

2         Q.   Okay.  And if somebody under you wanted to

3    access the video, they would have had to go through

4    you?

5         A.   Correct.

6         Q.   So you would have had knowledge of it?

7         A.   Correct.

8         Q.   So do you have knowledge of anybody

9    working for you during -- in the days after the

10   Molina homicide, going back and reviewing video from

11   either blue pod or yellow pod?

12        A.   No.

13        Q.   Now, when you turned the DVDs over to the

14   New Mexico State Police, were they logged somehow?

15   Did you have to keep track of them within your

16   records to document what you provided the State

17   Police?

18        A.   No, they were all turned in.  They were

19   turned in with the incident packet, which was the

20   whole incident as far as the investigation.  And it

21   was all turned in with also the initial lieutenant's

22   report -- or initial captain's report and all the

23   staff reports, reporting memorandums.  They were all

24   turned in within one packet.

25        Q.   So one big package was provided to the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2454

1   State Police?

2        A.    Correct.

3        Q.    And the State Police took responsibility

4   for booking those videos into evidence?

5        A.    Correct.

6        Q.    Are you aware of any other DVDs that were

7   provided to the State Police to book into evidence?

8        A.    No.

9        Q.    I want to ask you some questions about the

10   video that you were shown regarding the assault on

11   Julian Romero.  Do you recall that video?

12        A.    Yes.

13        Q.    And we don't need to replay it here, but I

14   noticed when I was watching it, in the lower

15   left-hand side of the video, there were inmates

16   folding laundry?

17        A.    Yes, that's their tier laundry.

18        Q.    And when the incident happened with

19   Mr. Romero, the inmates just went about their

20   business and continued to fold the laundry.  Do you

21   remember that part of the video?

22        A.    Yes.

23        Q.    And they didn't jump in to stop the --

24   stop the attack on Mr. Romero?

25        A.    Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2455

```
 1        Q.   And they didn't help him after the attack
 2   was over and he was staggering around the unit?
 3        A.   Correct.
 4        Q.   Is that unusual in the context of a prison
 5   situation?
 6        A.   No.
 7        Q.   And can you -- it may sound like a dumb
 8   question, but can you tell us why -- like why didn't
 9   they go to his aid?  Why wouldn't somebody go to
10   somebody's aid in that situation?
11        A.   They don't want to get involved.
12        Q.   Because if they got involved then --
13        A.   Maybe --
14        Q.   -- someone could engage them in a fight?
15        A.   Correct.
16        Q.   So people just turn a blind eye?
17        A.   Possibly.  I mean, I don't want to
18   speculate, you know, it's depending on what the
19   situation was at that point in time.  I mean, maybe
20   they would have got into it.  Maybe not.  Maybe for
21   the -- just for the sake of, you know, it wasn't
22   their business.
23        Q.   All right.  And in watching that video,
24   whereas a layperson might be kind of surprised that
25   they didn't go to Julian Romero's aid, from your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2456

```
1    perspective, that's daily business in state prison?
2         A.    Correct.
3               THE COURT:  Ms. Jacks, would this be a
4    good time for us to break for the evening?
5               MR. JACK:  Sure.  I actually have one more
6    line of questioning that should take two minutes.
7    But I guess there may be redirect.
8               THE COURT:  Yeah, there may be some more.
9    So why don't we stop.
10              All right.  I appreciate everybody's hard
11   work.  We'll see you at 8:30 in the morning.
12              All rise.
13              (The jury left the courtroom.)
14              THE COURT:  I don't want to spend a lot of
15   time arguing this tonight, because everybody has
16   worked hard today, and we need to get out of here.
17   But I am inclined, after looking at these two
18   documents a little more closely, and so you can
19   think about this overnight, Mr. Beck.
20              But on the document that -- the 2011
21   report, the enumerated list at the end of the report
22   looks like a set of factual findings.  So then the
23   entire report is, quote, a "Record of statement of a
24   public office that sets out factual findings from a
25   legally authorized investigation under 803(8)."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2457

1           And then you have the Beech Aircraft case
2   in the Supreme Court that says, "Second, we note
3   that contrary to what is often assumed, the language
4   of the Rule 803(8)(A)(3) does not state the factual
5   findings are admissible, but the report setting
6   forth factual findings are admissible."
7           So it seems to me that the report would
8   qualify as an admissible -- as admissible hearsay
9   under Rule 803(8)(A)(3).
10          I don't see how it comes under 2, because
11  these are not observations.  So it's a 3 issue.
12          And then you've got the hearsay within the
13  hearsay issue.  You've got the report itself,
14  admissible for its truth.  But then, looking at 805,
15  it requires, then, the statements from confidential
16  sources has got to be admissible for their truth.
17          It would seem to me that those statements
18  then qualify as admissible hearsay under 803(6),
19  public records, because the prison officials -- if
20  you look at that first, 803(6)(A), the prison
21  officials recorded information transmitted by
22  someone with knowledge, confidential human sources,
23  and monitoring security threats and recording
24  information from CHSs is a regularly conducted
25  activity in the New Mexico Corrections Department,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2458

```
 1   their Security Threats Investigative Unit.
 2            So it seemed to me that you're going to
 3   get 803(8) getting in the report, and then the
 4   statements by the CS is coming in as 803(6).  And
 5   then, as far as the report that we have of the shift
 6   supervisor -- I guess that would be what it's
 7   called -- but it's got Mr. Blanco's signature on it.
 8   There is in the middle of the page, it says,
 9   "Warden's assessment and recommendations," and it
10   says, "Needs further investigation."
11            So, again, I think that's a finding.  In
12   Beech Aircraft, the Supreme Court didn't draw a
13   distinction between factual or opinion findings.  So
14   here, with 803(8)(A)(2), it required the hearsay
15   record contain factual, as opposed to opinion
16   findings, and that more investigation is needed.
17   Looks like an opinion, and not a fact.  But the
18   Supreme Court didn't indicate that factual
19   findings -- or that the Supreme Court indicated that
20   factual findings included opinions.
21            So again, it looks to me like both of
22   these are going to slip in under 803(8)(A)(3), with
23   the factual findings portion.
24            So think about it overnight.  But I'm
25   inclined to think that Mr. Lowry can use these, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2459

1   these are admissible against the Government.

2           MR. BECK:  Your Honor, I'll just point out

3   for the Court, the Advisory Committee notes from the

4   1972 proposed rules note to paragraph 6, where it

5   talks about sources of information presenting no

6   substantial problem.  It says, "If, however, the

7   supplier of the information does not act in the

8   regular course of business, an essential link is

9   broken.  The assurance of accuracy does not extend

10  to the information itself.  And the fact that it may

11  be recorded with scrupulous accuracy is of no avail.

12  An illustration is the police report incorporating

13  information obtained from a bystander.  The officer

14  qualifies as acting in the regular course, but the

15  information does not."

16          And so the information from the CIs takes

17  whatever may be hearsay within hearsay out of the

18  803(6).  Now, I'll look closer at 803(8).

19          And I tend to agree with Your Honor that

20  the limited factual finding from Mulheron in the

21  Blanco statement, and maybe those factual findings

22  at the end come in under 803(8).  But the rest of

23  the document, the information from CIs, is just like

24  information taken by the police from bystanders.

25  Those do not come in under 803(6) because the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

2460

1    bystanders, and in this case the CIs, are not under

2    a legal duty to report.

3              And so the trustworthiness that a

4    regularly conducted business activity has does not

5    apply when the underlying source is not trustworthy,

6    and is not under a legal duty to report.

7              THE COURT:  All right.  I'll think about

8    it overnight.  But that's -- I'll look at what was

9    said.  If y'all want to send me anything tonight,

10   don't hesitate to do that.  All right, y'all have a

11   good evening.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4               C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 3rd day of February, 2019.

13

14  _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com