2461

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                Plaintiff,

5       vs.             NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                Defendants.

8                    VOLUME 8

9       Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 7, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck

14

15  For the Trial 1 Defendants:  Ms. Amy Jacks,
    Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc

16  Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
    Villa, Ms. Justine Fox-Young.

17

    Mr. Gary Mitchell, Mr. Santiago Hernandez

18

19          Jennifer Bean, FAPR, RDR, RMR, CCR
              United States Court Reporter

20            Certified Realtime Reporter
               333 Lomas, Northwest

21            Albuquerque, NM  87102
              Phone:   (505) 348-2283

22               Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2462

```
 1                         I N D E X

 2   By Ms. Jacks                              2472

 3   By Mr. Beck                               2474

 4   By Ms. Fox-Young                          2476

 5   By Mr. Maynard                            2478

 6   EXAMINATION OF MARIO RODRIGUEZ

 7   By Ms. Armijo                             2482

 8   By Mr. Lowry                              2549

 9   By Ms. Armijo                             2551

10   By Mr. Lowry                              2562

11   By Ms. Armijo                             2577

12   By Mr. Villa                              2758

13   REPORTER'S CERTIFICATE                    2890

14                  EXHIBITS ADMITTED

15   Defendants' EV Admitted                   2839

16   Defendants' EW and EX Admitted            2841

17   Defendants' V13 Admitted                  2480

18   Government 223-A Admitted                 2535

19   Government 223-A Admitted                 2551

20   Government 238Admitted                    2493

21   Government 682 Admitted                   2748

22   Government 751 and 752 Admitted           2758

23   Government 753 Admitted                   2577

24

25
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1          THE COURT:  All right.  Good morning,
 2   everyone.  We'll go on the record and see if anybody
 3   has anything we need to discuss.
 4          I think for the present time I'm not going
 5   to allow these two documents in.  I guess I'm having
 6   trouble with that last layer of hearsay.  Not
 7   knowing the informants, I'm a little reluctant to go
 8   off on the "not trustworthiness," but I think in
 9   some ways that is the problem.  We just don't know
10   what the -- lacking a legal duty of these people to
11   report, we don't know who they are, what they are.
12          I'll continue to think about it when we
13   take some documents one at a time.  But I am having
14   trouble with the last layer of hearsay where the
15   information is coming from.  I'm not seeing that
16   they had a business duty or a legal duty to report
17   that.  So I won't let that in right now, but I'll
18   continue to look at it.
19          MR. LOWRY:  And I'll continue to --
20          THE COURT:  Okay, now.  And that's where I
21   am.  I'm always a little reluctant to go off on
22   trustworthiness, but given the testimony that I've
23   seen about informants, what the defendants' own
24   defenses are, it's a little difficult to put a lot
25   of stock into an informant or confidential, and just
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  run with it.  And so I think in the end, I may never

2  get over the -- that prong.

3          But I think there may be more problems up

4  the chain, and that is with the legal duty of the

5  confidential informants, whoever they are and

6  whatever their motives, whether that can be placed

7  in a public record or business record and meet the

8  hearsay exception.

9          Mr. Castellano, do you have something?

10          MR. CASTELLANO:  I have additional -- an

11  additional issue.  We tried filing it last night,

12  but CM/ECF was down.  We filed this morning.  It's a

13  403 motion to exclude the videotapes of the contact

14  visits.

15          THE COURT:  I got it.  Here's my thing on

16  that.  You labeled it 403, and that may be where you

17  are, but in there you also tried to liken these to

18  prior inconsistent statements.  It seems to me --

19  and I'll -- I certainly can be educated on this.

20          It seems to me it's more in the nature

21  of -- if I understand the defendants' position,

22  these are benefits that these informants got.  Y'all

23  are saying they took advantage of the benefit they

24  got of a contact visit.  But they're saying the

25  Government looked away and gave them a little extra

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   on the contact visit.
2            So it seemed to me it's not a whole lot
3   different than, yes, they get on the stand, and they
4   admit these are the benefits they got.  But if there
5   is some record or document, those have been coming
6   in to prove the benefits.  How is it different than
7   that?
8            MR. CASTELLANO:  Well, those records
9   haven't come in.  They've been asking them about --
10           THE COURT:  Well, I'll give you an
11  example.  Just the plea agreement.  The plea
12  agreement has been coming in, even though we've
13  gotten really everything from the witness on the
14  stand.  But we bring in the plea agreement.
15           MR. CASTELLANO:  And we've been
16  introducing the plea agreements.
17           THE COURT:  Sure.
18           MR. CASTELLANO:  Well, the difference is
19  that there actually is no evidence that they had
20  these benefits in addition to just a regular contact
21  visit.  Even the cooperators so far have admitted
22  that.
23           The other issue is it's cumulative in
24  nature.  So if we bring it out in direct, which we
25  have been, and at least one of the defense attorneys
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 brings it in, the jury has heard it twice.  And if

2 all four defense teams do it, they've heard it five

3 times.  So by the time they get to the video, it's

4 also cumulative in nature because it will have been

5 the fifth time they've heard reference to the -- to

6 the visit.  So there is another issue with

7 cumulative informants.

8          And like I said, it's not a benefit -- the

9 contact visit, everyone agrees that's a benefit they

10 received.  But sexual contact was never approved.

11 And so that's actually not a benefit.  That's just

12 an indication that they broke the rules.  And so

13 that wouldn't qualify as benefits.

14          THE COURT:  Well, if it's -- if the

15 arguments are just 403 and cumulative, I'll probably

16 keep it out -- I mean, I'll probably let them put

17 that evidence on.  If you convince me that there is

18 something more in this prior inconsistent statement

19 and it shouldn't come in, then maybe I can relook at

20 it.  But at the present time, it seems to me it's

21 not a prior inconsistent statement, so it's not

22 subject to those rules.

23          It is, as you labeled your motion, more of

24 403 or cumulative issue.  And I'd be inclined to let

25 them make their point.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. CASTELLANO:  One indication that it
 2  wasn't a benefit was that Javier Ruben is doing 20
 3  extra years as a result of violating the rules.  So
 4  it clearly wasn't a benefit.  The reason I made the
 5  analogy to 613 is 613 says, once you admit it, the
 6  extraneous information really isn't necessary.  Once
 7  they've already admitted the act, then it doesn't
 8  come in.  So that's why I made that analogy.
 9              THE COURT:  Well, I understand your point,
10  and I understand your analogy better.  So it's not
11  you're making that argument; you're just making an
12  analogy.
13              MR. CASTELLANO:  That's correct.
14              THE COURT:  Okay.
15              MR. CASTELLANO:  Thank you, Your Honor.
16              THE COURT:  What is it that you're so
17  concerned about with these tapes?  They seem to be
18  rather small.  But what is it that you're really
19  concerned about?
20              MR. CASTELLANO:  Well, I think it's unduly
21  prejudicial under Rule 403.  The jury has already
22  heard -- or will hear -- what happened.  And so just
23  really at this point, it's really just embarrassing
24  the witnesses more than they need to be.  They're
25  obviously, going to get spanked for misbehaving, and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

2468

1   they deserve that.  But to show the video doesn't

2   do -- doesn't add anything to the case.  It doesn't

3   address any elements, for example.  So it is

4   somewhat of a collateral issue.

5           THE COURT:  Okay.  Does the Government

6   have anything else?  Mr. Beck?

7           MR. BECK:  Your Honor, I think there may

8   be a likeness to harassing a witness, you know, in a

9   cross-examination.  Once the facts are out there,

10  once the witness admits that he had sex, once he

11  admits he wasn't able to, once he admits that he was

12  reprimanded by New Mexico Corrections Department for

13  doing that, really there -- it's just been

14  impeachment with extrinsic evidence, which 608(B)

15  wouldn't allow.

16          So I think there -- so I think there is

17  multiple grounds for keeping that out.  It's also a

18  waste of time.  And, really, there is no purpose for

19  those videos after you admit it, except to harass

20  the witness and inflame the jury.

21          So I understand that Rule 403 is very

22  often, if not almost always, a losing argument.  But

23  I think in this case -- I think with the testimony

24  that the witnesses will give -- I think with the

25  testimony that's come in about what has happened to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    them once these facts were found out, I don't think

2    that whatever probative value the videos may have

3    additionally, I think that probative value is

4    substantially outweighed by not only the danger of

5    unfair prejudice, but a waste of time, confusing the

6    issues, and as I said, just harassing and

7    embarrassing the witnesses.

8              THE COURT:  Who is the next -- what's the

9    next contact visit I may see?

10             MR. BECK:  I believe it's Jerry Armenta,

11   Your Honor.

12             THE COURT:  Okay.  Is that coming up

13   today?

14             MR. BECK:  It may be.  I doubt it.  It

15   may more likely be tomorrow morning.

16             THE COURT:   Which defendant may be the

17   proponent of it?

18             MS. JACKS:  We'll be the proponent of the

19   evidence.

20             THE COURT:  Just think about this:  What

21   if I were to liken this more to it's kind of being

22   used to show the witnesses' bad character by

23   specific acts to show actions in conformity with the

24   character.  So it's kind of 404(B) evidence.

25             It's not -- I'm not quite buying what the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   Government is saying, but the point is that you're

2   saying that these witnesses are bad people because

3   of this incident, and bad people, I guess, lie on

4   the stand.  It's sort of a 404(B).  Just think about

5   it.

6           MS. JACKS:  I'm happy to.  Do you want me

7   to respond now or do that later?

8           THE COURT:  No.  Just think about it.

9   When it comes up, we'll deal with it.  But that's

10  one thought that I had.

11          Do you have something before we bring the

12  jury in?

13          MS. BHALLA:  Just quickly, Your Honor.  I

14  wanted to move for the admission of Defendants'

15  Exhibit Z8 into evidence from yesterday and I failed

16  to do that after Court.  It was the call that Lupe

17  Urquizo made to his brother, where he tells him that

18  they have him on a wire, and they showed him the

19  transcript.  It was used for impeachment.

20          But I also think that it goes to show bias

21  and motive because he had testified that he did this

22  on his own free will.  The fact of the matter is the

23  reason he decided to cooperate was because he got

24  caught.  And I think that that goes to bias and

25  incentive and motive to lie, Your Honor.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2471

```
 1                THE COURT:  Do you object?
 2                MR. BECK:  Your Honor, we object.
 3                THE COURT:  Yeah, let me keep those out.
 4    I'll give them some thought.  But let's keep them
 5    out.  I think they're strictly for impeachment
 6    purposes.  But I'll give it some thought.
 7                MS. BHALLA:  Thank you, Your Honor.
 8                THE COURT:  All rise.
 9                (The jury entered the courtroom.)
10                THE COURT:  All right.  Everyone be
11    seated.
12                Well, good morning, everyone.  I
13    appreciate everybody being back and ready to go and
14    on time.  I appreciate the lawyers doing the same
15    thing, and the parties.  Everybody has been very
16    good to try to really keep things moving, and I
17    think we're on schedule, so I think we're doing good
18    on that score, but it's really because of
19    everybody's efforts to be here on time and ready to
20    go.
21                I know some folks are dealing with some
22    tummy issues, and I know some people are dealing
23    with some allergies, and, of course, Mr. Perez has
24    been sick.  I appreciate everybody hanging in there.
25    And if we run into problems, we'll have to stop and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1   address those, so -- but it's that time of year

 2   where people do get sick.  And I appreciate

 3   everybody hanging in there and trying -- trying to

 4   make it work.  We'll just see how it goes.

 5           All right.  Mr. Blanco, I remind you that

 6   you're still under oath.  And Ms. Jacks, do you wish

 7   to --

 8           MS. JACKS:  Thank you.  I was just about

 9   to finish, and I'm going to do that right now.

10           THE COURT:  All right.

11               CONTINUED CROSS-EXAMINATION

12   BY MS. JACKS:

13       Q.  Good morning, Mr. Blanco.

14       A.  Good morning.

15       Q.  I just had one other topic that I wanted

16   to cover with you, and that was in regards to your

17   testimony about blue pod or the pods in Unit 1-A in

18   March of 2014 being SNM pods.  Do you recall that

19   testimony?

20       A.  Yes.

21       Q.  And my question -- I guess I just have a

22   couple questions on that topic.

23           First of all, does the New Mexico

24   Department of Corrections have what's called a

25   validation process that they go through in order to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    label somebody an SNM member?

2         A.   Yes.

3         Q.   Okay.  And there are certain criteria that

4    have to be met and documented before somebody can be

5    labeled an SNM member; is that right?

6         A.   Correct.

7         Q.   And if somebody is undergoing that process

8    but has not been validated by the Department of

9    Corrections, are they considered an SNM suspect?

10        A.   Correct.

11        Q.   And that -- that same validation criteria

12   and process, that applies to other groups that are

13   labeled security threat groups within the Department

14   of Corrections; correct?

15        A.   Correct.

16        Q.   So you have to validate -- you go through

17   the same validation process before you officially

18   label somebody a Los Carnales gang member?

19        A.   Correct.

20        Q.   Okay.  So when you say that the pods in

21   Unit 1-A, back in March of 2014, were SNM pods, do

22   you mean that the individuals in them were either

23   suspected SNM members or validated SNM members?

24        A.   Yes.

25        Q.   They could be either?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2474

```
 1        A.   Correct.

 2        Q.   Okay.  And do you know, for example, what

 3   the status of Daniel Sanchez was on March 7 of 2014,

 4   in respect to whether he was a suspected SNM member

 5   or a validated SNM member?

 6        A.   I believe he was a suspected --

 7        Q.   He's a suspected --

 8        A.   Suspected, I believe so.

 9        Q.   And his brother, Ronald Sanchez, was also

10   in that blue pod Unit 1-A on March 7, 2014, right?

11        A.   Correct.

12        Q.   And Ronald Sanchez, is he also labeled a

13   suspected SNM member?

14        A.   Yes.

15        Q.   As of that date?

16        A.   Yes.

17             MS. JACKS:  Thank you.  I have nothing

18   further.

19             THE COURT:  Thank you, Ms. Jacks.

20             Mr. Beck, do you have redirect of Mr.

21   Blanco?

22             MR. BECK:  Yes, Your Honor, thank you.

23                   REDIRECT EXAMINATION

24   BY MR. BECK:

25        Q.   Good morning, Mr. Blanco.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Good morning.

 2        Q.   Mr. Perez' attorney, Ms. Fox-Young, asked

 3   you yesterday about Mr. Perez' movements after the

 4   Molina murder.  Do you recall that?

 5        A.   Yes.

 6        Q.   Was he initially moved because you were

 7   placing other inmates in different areas throughout

 8   Southern New Mexico Correctional Facility?

 9        A.   Yes.

10        Q.   Was he then moved to Santa Fe to the

11   Penitentiary of New Mexico?

12        A.   Yes.

13        Q.   Was this done after Mr. Walker --

14   Mr. Perez' walker was confiscated and you observed

15   the towels tying together his walker?

16        A.   Yes.

17        Q.   Who else was moved to the Penitentiary of

18   New Mexico around that time?

19        A.   Basically everybody that was involved in

20   that situation -- or in that incident, the Molina

21   incident.

22             MR. BECK:  Nothing further.

23             MS. JACKS:  Your Honor, I would object.

24   It would seem like everybody that was suspected to

25   be involved that -- that was a conclusion that was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2476

```
 1   based on hearsay.
 2            THE COURT:  Well, if he knows personally.
 3   Ask him if he knows personally who else was moved
 4   and I think he has the basis to answer that
 5   question.
 6   BY MR. BECK:
 7        Q.  Do you know personally who else was moved
 8   at that time?
 9        A.  Yes.
10            THE COURT:  All right.  I'll leave it --
11   leave the answer.  Thank you, Mr. Beck.
12            All right.  Mr. Blanco.
13            Ms. Fox-Young, do you have something?
14            MS. FOX-YOUNG:  Brief recross, Your Honor.
15            THE COURT:  All right.  Ms. Fox-Young.
16                     RECROSS-EXAMINATION
17   BY MS. FOX-YOUNG:
18        Q.  Mr. Blanco, are you aware of how long it
19   was before Mr. Perez was moved to the Penitentiary
20   of New Mexico?
21        A.  No, not exactly.
22        Q.  You don't know if it was more than a year
23   later?
24        A.  It was definitely less than a year later.
25        Q.  Mr. Blanco, I'm going to show you an
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2477

1    exhibit that's already been entered into evidence.

2    It's Defendants' V24.  And are you familiar with the

3    physical location reports that the department

4    generates?

5         A.   Yes.

6         Q.   Okay.  Do you recognize this document?

7         A.   Yes.

8         Q.   And can you see on this document -- I

9    think it's -- I can show you.  Do you see right

10   here, this entry that I'm underlining, June 17,

11   2015?

12             Can you tell where Mr. Perez was moved

13   according to this document on June 17, 2015?  I'm

14   circling it.

15        A.   Yes.

16        Q.   Where was he moved?

17        A.   It shows PNM.

18        Q.   Okay.  And so prior to June 17, 2015, he

19   was at Southern New Mexico Correctional Facility?

20        A.   Correct.

21        Q.   Do you have any reason to dispute the

22   accuracy of this document that was produced by the

23   Corrections Department?

24        A.   No.

25        Q.   Okay.  And so Mr. Perez was moved to PNM

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   June 17, 2015, and you don't know exactly why; is
 2   that right?
 3        A.   At that point, everybody was moved prior
 4   to the --
 5        Q.   I'm asking specifically about Mr. Perez.
 6        A.   This particular document --
 7        Q.   You don't know why he was moved on June
 8   17, 2015?
 9        A.   No, not June 17.
10             MS. FOX-YOUNG:  Thank you.  Your Honor, no
11   further questions.
12             THE COURT:  Thank you, Ms. Fox-Young.
13             Mr. Beck do you have anything further?
14             MR. BECK:  No, Your Honor.
15             THE COURT:  Mr. Maynard, do you have
16   questions?
17             MR. MAYNARD:  Yes, Your Honor.
18             THE COURT:  Mr. Maynard.
19                    RECROSS-EXAMINATION
20   BY MR. MAYNARD:
21        Q.   With respect to moving inmates after the
22   Molina homicide, would it be fair to say that
23   Corrections just decided to move everyone in the
24   blue pod?
25        A.   No, not everyone in the blue pod.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Not everyone.  So some were moved and some
 2   were not?
 3        A.   Correct.
 4        Q.   How about the neighboring pods?
 5        A.   No.
 6        Q.   Do you know if Mr. Herrera was moved
 7   shortly after the incident?
 8        A.   I don't recall.
 9        Q.   And, in fact, if I were to show you a
10   location history of Mr. Herrera, would that inform
11   your knowledge about whether or not Mr. Herrera was
12   moved?
13        A.   I could see if he was moved or not, yes.
14             MR. MAYNARD:  I'm not sure what the --
15   V13.  If I may, and this has been disclosed in the
16   discovery process --
17             THE COURT:  Has this already been
18   admitted?
19             MR. MAYNARD:  It has not been admitted.
20             MR. BECK:  I don't have any objection.
21             THE COURT:  You don't have any objection?
22   All right.  So this is V13.  Any objection from any
23   other defendant?
24             All right.  Defendants' Exhibit V13 will
25   be admitted into evidence.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (Defendants' Exhibit V13 admitted.)
 2    BY MR. MAYNARD:
 3         Q.   And I'd like to focus on the timeframe
 4    shortly after March of 2014.  And at the top of the
 5    page, by the way, Mr. Blanco, we'd have to get to
 6    the top of the page to indicate whose location
 7    history this is.
 8              Does that appear to be the location
 9    history of Carlos Herrera?
10         A.   Yes.
11         Q.   Okay.  Now, does it give a location during
12    the timeframe between 2013 and 2016?
13         A.   Yes.
14         Q.   And where is Mr. Herrera located in the
15    correction system during that approximate three-year
16    timeframe?  Is he not in Southern New Mexico?
17         A.   He was in Southern New Mexico and
18    transferred to PNM.
19         Q.   And so he was moved in 2016 -- January 27
20    of 2016, for whatever reason?
21         A.   Correct.
22         Q.   About -- almost two years after the
23    incident?
24         A.   Correct.
25         Q.   Okay.  Does that -- do you have any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    question about the authenticity of this exhibit?

2         A.    No.

3               MR. MAYNARD:  Your Honor, I'd like to move

4    it into evidence.

5               THE COURT:  This is V13?

6               MR. MAYNARD:  V13, yes.

7               THE COURT:  We've already admitted it.

8               MR. MAYNARD:  Okay.  No further questions.

9               THE COURT:  Thank you, Mr. Maynard.

10              Mr. Beck, do you have anything?

11              MR. BECK:  Nothing further.

12              THE COURT:  Mr. Blanco, you may step down.

13              Is there any reason Mr. Blanco cannot be

14   excused from the proceedings?

15              MR. BECK:  Not from the Government, Your

16   Honor.

17              MS. FOX-YOUNG:  We'd like to reserve.

18              THE COURT:  All right.  So you're subject

19   to re-call.  You'll have to stay outside of the

20   courtroom but you're welcome to leave the

21   courthouse.

22              All right.  Thank you, Mr. Blanco, thank

23   you for your testimony.

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2482

```
 1            THE COURT:  All right.  Ms. Armijo, does
 2   the Government have its next witness or evidence?
 3            MS. ARMIJO:  Yes, Your Honor.  Mario
 4   Rodriguez.
 5            THE COURT:  Mr. Rodriguez, if you'll
 6   remain standing, raise your right hand to the best
 7   of your ability.  Ms. Standridge, my courtroom
 8   deputy, will swear you in before you're seated.
 9                 MARIO RODRIGUEZ,
10       after having been first duly sworn under oath,
11       was questioned, and testified as follows:
12            THE CLERK:  Please be seated.  State and
13   spell your name for the record.
14            THE WITNESS:  Mario Rodriguez.
15            THE COURT:  Mr. Rodriguez.  Ms. Armijo.
16                 DIRECT EXAMINATION
17   BY MS. ARMIJO:
18       A.   M-A-R-I-O, R-O-D-R-I-G-U-E-Z.
19       Q.   Good morning, Mr. Rodriguez.
20       A.   Good morning.
21       Q.   Mr. Rodriguez, are you an SNM Gang member?
22       A.   Yes, ma'am.
23       Q.   When did you join the SNM?
24       A.   In 2006.
25       Q.   And what is the SNM?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2483

```
 1        A.   It's the most violent, dangerous criminal
 2   organization in New Mexico.  It's based within the
 3   prison system and outside, and it has ties to other
 4   criminal organizations throughout the United States.
 5   Its sole -- it's based around violence.
 6        Q.   Now, I said SNM.  What is its full name?
 7   Let me back up.  I am referencing SNM.  Does that
 8   stand for anything?
 9        A.   Syndicato de Nuevo Mexico.
10        Q.   I'm sorry, could you say that again?
11        A.   Syndicato de Nuevo Mexico.
12        Q.   And now, have you previously denied that
13   you're a gang member?
14        A.   Yes, ma'am.
15        Q.   Tell us about that.
16        A.   Well, you're not supposed to admit it.
17   It's just not something you do.  You don't admit
18   that you're a gang member, no matter what.  And I
19   didn't admit to it.  It's just something that
20   doesn't come natural.
21        Q.   Now, who brought you into the gang, if
22   anyone?
23        A.   Arturo Garcia, James Yoakum, Juan Mendez,
24   and San Juan Silva.
25        Q.   And where did this occur at?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          A.    PNM Level 6, North facility, in Santa Fe,

2    New Mexico.

3          Q.    Now, are there different -- within the

4    SNM, is there a structure?  Are there different

5    positions?

6          A.    Yes, there is a structure.

7          Q.    Tell us about that.

8          A.    It's called a tabla.  It's people Anthony

9    Baca appointed before he went out of state.  It's

10   Arturo Garcia, Juan Mendez, Rupert Zamora, Gerald

11   Archuleta, and Baby Robert, Robert Martinez.

12         Q.    Okay.  Now, you mentioned Anthony Baca.

13         A.    He's the leader.

14         Q.    Okay.  And does he have a nickname?

15         A.    Pup.

16         Q.    Do you see him in the courtroom?

17         A.    Yes, ma'am.

18         Q.    Where do you see him?

19         A.    Right there.

20         Q.    Okay.  You say, "Right there."  Can you,

21   for the record, be a little bit more specific?

22         A.    Toward the back corner, sitting next to a

23   woman, and in between a man -- his lawyer.

24         Q.    And what color suit?

25         A.    Looks like black.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2485

```
 1          MS. ARMIJO:  May the record reflect
 2   identification of Mr. Baca?
 3          THE COURT:  The record will so reflect.
 4   BY MS. ARMIJO:
 5      Q.   And you indicated that he was the leader?
 6      A.   Yes, ma'am, him and another individual
 7   named Ramon Clark, Razer.
 8      Q.   Now, you talked about the tabla.  What was
 9   your role in the SNM?
10      A.   I was a soldier.
11      Q.   What's a soldier?
12      A.   I was putting in work and representing the
13   SNM to the fullest, giving it my all, to uplift it
14   and never bring it down.  I was very close with
15   Daniel Sanchez.  I became -- you know, we had a lot
16   of respect for each other, and pretty much like his
17   right-hand man.
18      Q.   Okay.  You said a couple of things there
19   I'm going to ask you about.  You mentioned Daniel
20   Sanchez.
21      A.   Yes, ma'am.
22      Q.   Do you see him in the courtroom?
23      A.   Yeah.  He looks a little different with
24   his hair cut.  But yeah, I see him.  Looks a little
25   funny.  I see him.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    What is he wearing?

 2        A.    Glasses, with a grayish suit.

 3        Q.    And where is he seated?

 4        A.    Next to Amy Jacks.

 5              MS. ARMIJO:  Okay.  May the record reflect

 6    the identification of Daniel Sanchez?

 7              THE COURT:  The record will so reflect.

 8    BY MS. ARMIJO:

 9        Q.    You indicated that he looks a little bit

10    different. I'm going to show you an exhibit.

11              MS. ARMIJO:  If I may just have a moment,

12    Your Honor?

13              THE COURT:  Certainly.

14        Q.    I'd like to display Exhibit 560.  I think

15    we're on the Elmo still.  Can you see that picture,

16    Mr. Rodriguez?

17        A.    Yes.

18        Q.    Who is that?

19        A.    That's Daniel Sanchez.

20        Q.    All right.  And is that how he appeared in

21    December of 2015?

22        A.    Yes, ma'am.

23        Q.    All right.  Now, you indicated that you

24    were a soldier and you put in work.  What do you

25    mean by that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2487

```
 1        A.   Anything the S needed me to do, I was
 2   willing to do it.  Anything that -- ice an enemy.  I
 3   don't care if there's cameras on, COs around.  If I
 4   had a weapon, I would stab them or assault them.
 5   Anything the S -- within the S, any enemies,
 6   anything I need to do, I would do it.
 7        Q.   All right.  Now, tell us what type of
 8   crimes, if any, the SNM is involved in.
 9        A.   Anything based around violence, murder,
10   extortion, kidnapping, assaults, distribution of
11   drugs, weapons.  Anything to bring in money.  Just
12   all criminal activity, pretty much.
13        Q.   Now, in your mind, did the SNM have a
14   philosophy?
15        A.   Yes.
16        Q.   What philosophy is that?
17        A.   Well, you're supposed to be a carnal
18   first, a brother first.  Never politic against each
19   other.  Supposed to have each other's back.  You're
20   in a workout routine, you're studying, and trying to
21   be the best SNM member you can be, and that's --
22        Q.   Now, what about rules?  Did SNM have
23   certain rules?
24        A.   Yes, ma'am.
25        Q.   What rules do you recall?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2488

```
1          A.    You can't do what I'm doing here today.

2          Q.    What's that?

3          A.    Testifying against my homies and

4     snitching.  And you can't -- no matter where you

5     are, you never deny that you're an SNM member to

6     another criminal organization.  Gang members always

7     represent the S.  If you go into a pod with 11

8     enemies, you got to tell them you're the S, you got

9     to come out, and you got to defend yourself and

10    assault them.

11         Q.    What do you mean, come out?

12         A.    When we go into a lockdown situation, come

13    out to a tier time, pop the doors to come out.  No

14    matter if you're going to get killed or whatever,

15    you've got to come out.

16         Q.    You mean instead of staying in your cell?

17         A.    Right.  But you can't be a child molester,

18    rapist.  You can't have really bad charges like that

19    in order to be an SNM member.  You can't be Z.  Just

20    basic rules, basic criminal rules.

21         Q.    You already mentioned a tabla.

22         A.    Right.

23         Q.    And you mentioned people on the tabla.

24    When were those people on the tabla?

25         A.    When I came into the SNM in 2006, they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  were already in place.

2      Q.   Okay.  And I want to mention a couple of

3  people that you've said.  You mentioned Gerald

4  Archuleta?

5      A.   Yes, ma'am.

6      Q.   Does he have a nickname?

7      A.   Does he have anything?

8      Q.   No, does he have a nickname?

9      A.   Oh, Styx.

10      Q.   Okay.  And you mentioned somebody by the

11  name of Robert Martinez, Baby Rob.  And did you

12  mention Arturo Garcia?

13      A.   Yes, ma'am.

14      Q.   And what is his nickname?

15      A.   I've always known him as Arturo, but he

16  goes by Shotgun.

17      Q.   Now, you mentioned something about your

18  relationship with Mr. Sanchez.

19      A.   Yes, ma'am.

20      Q.   And can you describe what you were to him?

21      A.   That was my big brother.  I looked up to

22  him, I respected him, and I had a love and respect

23  for him.  I was pretty much his right-hand man.

24  Wherever I went, where he went, I enforced anything

25  he wanted to do, because I looked up to him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   What do you mean by "enforce"?

2      A.   I was his right-hand man.  If he needed

3  something done, if he needed to talk to an

4  individual he couldn't reach, and he knew I had

5  influence on that person, he would come to me and

6  ask me to speak to that person, or -- I just had his

7  back 100 percent.

8      Q.   Now, is he an SNM Gang member?

9      A.   Yes, ma'am.

10     Q.   Now, let's talk a little bit now about

11  your background.  When you came into the prison,

12  were you a member of a street gang?

13     A.   Yes.

14     Q.   What street gang?

15     A.   East Side Folk.

16     Q.   East Side Folk?

17     A.   Yes, ma'am.

18     Q.   And is that from the Silver City area?

19     A.   Silver City, New Mexico.

20     Q.   Now, I want to talk a little bit about

21  your criminal history.

22     A.   Right.

23     Q.   Do you have felony convictions?

24     A.   Yes, ma'am.

25     Q.   Where did all of the crimes occur for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   which you received felony convictions?
 2        A.   In the Grant County Detention Center,
 3   Silver City, New Mexico.  I think I have one felony
 4   conviction from the streets.  I think it's a
 5   burglary and larceny.  But that's the only one from
 6   the streets.
 7        Q.   Okay.  How old were you when you were --
 8   as an adult, how old were you when you first went
 9   into -- being arrested?
10        A.   I was 18 years old, straight out of the
11   juvenile system.
12        Q.   Okay.  Did you have a nickname?
13        A.   Yes, ma'am.
14        Q.   What's your nickname?
15        A.   They call me Blue.
16        Q.   How did you get that nickname?
17        A.   From a teacher in the New Mexico Boys
18   School.
19        Q.   Do you know why you got that name?
20        A.   He said because I always looked like I was
21   depressed or sad.  They used to call me Baby Blue,
22   and a couple of guys switched it just to Blue.
23        Q.   Did that stick with you throughout your
24   time in the Corrections?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Even while as an SNM member?

 2        A.    Yes, ma'am.

 3        Q.    Now, 18 years old.  Where is it that you

 4   are first detained?

 5        A.    When I first got arrested, or in prison?

 6        Q.    No, when you first got arrested.

 7        A.    In Grant County Detention Center, Silver

 8   City, New Mexico.

 9        Q.    And did something happen there that got

10   you actually sent to Corrections?

11        A.    A lot happened there.  I picked up, I

12   think, five to six different cases in the county

13   jail.  Do you want me to go through them?

14        Q.    I'm sorry?

15        A.    Five or six cases.  Do you want me to go

16   through them?

17        Q.    In just a moment.

18        A.    Okay.

19        Q.    Now, I'm going to --

20              MS. ARMIJO:  Your Honor, I'm going to move

21   for admission without objection to Exhibit 238.

22              MR. VILLA:  No objection.

23              THE COURT:  Not hearing any objection?

24              MS. BHALLA:  No objection.

25              THE COURT:  All right.  Government's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Exhibit 238 will be admitted into evidence.
 2            (Government Exhibit 238 admitted.)
 3   BY MS. ARMIJO:
 4        Q.   Now, if you can, can you tell us -- I'm
 5   first going to move to -- on that exhibit.  Is
 6   this -- first of all, look at the first page of the
 7   exhibit.  Is that your name?
 8        A.   Yes, ma'am.
 9        Q.   And I don't know if you've had an
10   opportunity to see this before.
11        A.   Yes.
12        Q.   Are you familiar with this document?
13        A.   That's a pen pack.
14        Q.   Can you tell the jury what a pen pack is?
15        A.    It's something that they prepare for
16   sending you out of state, your fingerprint card.  It
17   goes to the NCIC in Washington -- or in West
18   Virginia.  I think it's everything to go in your
19   NCIC, all your criminal history.
20        Q.   Okay.  And it includes your convictions
21   for which --
22        A.   Yes.
23        Q.   -- you went to Corrections?
24        A.   And my judgment and sentence, my J&S.
25        Q.   Now, I'm going to move to the fourth page
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   of that, which is Bates 8781, and are you familiar

 2   with this item?

 3        A.   Yes, that's my J&S.

 4        Q.   Okay.  And the J&S stands for?

 5        A.   Judgment and sentence.

 6        Q.   Okay.  And up here -- and I'm going to

 7   circle it -- what are all those?

 8        A.   Those are all the cases I picked up while

 9   in the detention center in Grant County.

10        Q.   All right.  And so does this include all

11   of your cases that -- at the time when you were

12   sentenced that were kind of put together for one

13   sentence?

14        A.   Yeah.  Some of them were -- my original

15   street charge was dismissed, and one was an escape

16   that ran concurrent with the rest of them.  Pretty

17   much all of them bundled into one.

18        Q.   Okay.  And I'm going to go to that second

19   page -- the next page, I should say.  I spoke

20   poorly.  It would be the page after this one.  All

21   right?  And tell us what we're looking at here.

22        A.   These are the Count 2, 3, and 4.  And

23   Count 5 was dismissed.  Count 2, 3, and 4 is

24   CR-2003-213, a charge I picked up; the case I picked

25   up while in the detention center.  Count 1 is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   another charge I picked up in the detention center,

2   the battery on a peace officer, along with the

3   escaping jail.

4       Q.   All right.  Let's talk about that first

5   case, the 2003-213.

6       A.   Okay.

7       Q.   It says here that -- I believe these were

8   the charges that you have here.

9       A.   Right.

10      Q.   What happened during that incident?

11      A.   It was an inmate who we were going to roll

12  out of the county jail.  We were going to make him

13  PC.

14      Q.   I'm going to slow you down just a moment.

15  Now, you said "we were going to roll out"?

16      A.   Yeah.

17      Q.   Was there more than just you who committed

18  this crime?

19      A.   Yeah.  It was four to five who were

20  originally indicted, and four of us got convictions.

21      Q.   Okay.

22      A.   Do you want me to name them?

23      Q.   You don't have to name them.  That's fine.

24      A.   All right.  So we were going to make him

25  go into protective custody.  We find he has a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2496

1   receipt for, like, 300 bucks.  So I move him into a

2   cell with another inmate to keep him while we use

3   his money for canteen.  That inmate began beating

4   him up and assaulting him.  And it wasn't long that

5   pretty much the whole pod was beating him up every

6   day.

7           And on this day they were locked in a

8   cell.  We were on lockdown.  We were locked in the

9   cell, beating him up, playing a board game, and just

10  in the cell, tattooing.  And they called me to the

11  cell.  I went to the cell, which I was locked

12  into -- that's what the kidnapping was for -- and

13  proceeded to assault him, beat him up.  And somebody

14  threw a hot sauce bottle in the tier, told me, "Why

15  don't you shove this in his ass?"

16      Q.   I'm sorry.  And what?

17      A.   "Why don't you shove this in his ass?"

18           One of the guys in the other cell said --

19  so my co-defendant, Joseph Chavez, did it.  He

20  shoved it in his ass.  I was at the gate.  I turned

21  around, and it was going on behind me.  I got aiding

22  and abetting for this.  I was present during the

23  commission of this crime.

24      Q.    All right.  And so it talks about -- there

25  is one count of kidnapping and three counts of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2497

 1    sexual penetration.  And is that the incident that

 2    you're talking to?  Count 3 mentioned a hot sauce

 3    bottle.

 4         A.    Yes.

 5         Q.    Count 4 is a lotion bottle.

 6         A.    Yeah.

 7         Q.    Okay.  And did that occur, as well?

 8         A.    I think it did.  I don't remember that,

 9    but I'm pretty sure it probably did.  Count 5 was

10    dismissed.

11         Q.    Okay.

12         A.    Yeah.  If you read, go further in the J&S,

13    it will disclose that I got 15 years; nine years for

14    the kidnapping, and three years apiece for the

15    criminal sexual penetrations.

16         Q.    All right.  And we'll get to the next page

17    of this.

18         A.    Okay.

19         Q.    Now, were you the one that actually did

20    any of the penetration?

21         A.    No, ma'am.

22         Q.    And this was in which facility?

23         A.    Grant County Detention Center, Silver

24    City, New Mexico.

25         Q.    Let's go to the next incident, which is

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the battery on a peace officer.  No, wait.  Go back

2   to that page.  Sorry.  All right.

3           Now -- thank you -- you have a different

4   cause number, CR 2004-29, battery upon a peace

5   officer in the fourth degree.  Can you tell us about

6   that incident?  And it says it occurred on December

7   26 of 2003.

8       A.   There was an officer who, when my

9   girlfriend came to visit me at the time, was kind of

10  like harassing her a little bit, telling her why was

11  she with someone like me; that I was never going to

12  change, and she shouldn't be waiting for me.  So

13  when I confronted him on it, he got kind of smart,

14  and I proceeded to try to assault him.

15      Q.   Now, the last one there, it says that

16  occurred on December 26, which I believe is after

17  the prior incident that we spoke to.

18      A.   Yeah.

19      Q.   And then we have another case, 2003-191,

20  which is an escape that occurred actually five days

21  before the first incident you spoke about; is that

22  correct?

23      A.   Yes, ma'am.

24      Q.   Okay.  What did you do there?

25      A.   I told the Grant County Detention Center

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2499

1   that I swallowed a razor.  I swallowed a little

2   piece of metal so it would come up in the x-ray

3   machine so they could house me in the hospital.  And

4   during showering, the officer wasn't present to put

5   my shackles on.  I looked around, he wasn't there,

6   and I took off.  I took off running out of the

7   hospital.

8        Q.   And were you arrested right away?

9        A.   Yeah, I was.

10       Q.   And how old were you when that occurred?

11       A.   2003?  I was 18.

12       Q.   All right.  Now if we go now to the next

13  page, please.  So now we're looking at page 3 of

14  your judgment.  And is this what you're talking

15  about where you were only sentenced in that first

16  cause to Counts 2, 3, and 4?

17       A.   Yes, ma'am.

18       Q.   And if we can go to -- I'm sorry, I

19  accidentally did that.  If we can go to the next

20  page.  And I'm looking at page 4 of the judgment.

21  And it talks about some of your other cases being

22  dismissed as a result of that?

23       A.   Um-hum, yes.

24       Q.   Okay.  Now, how many years did you get for

25  all of these crimes?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    18 years.

2        Q.    And you were how old when you were sent to

3   Corrections?

4        A.    I think I was about to turn 19.

5        Q.    Now, if we could go now to part of this as

6   well, Bates 8786.  Do you have another felony

7   conviction?

8        A.    Yes, ma'am.

9        Q.    Okay.  And we're looking now at Bates

10  8786.  At the bottom of the right hand of the page,

11  what incident is this?

12       A.    This is an incident that occurred in Santa

13  Rosa, New Mexico, prison.

14       Q.    And when did it occur; do you recall?

15       A.    I think it was like May of 2006.

16       Q.    Oh, actually --

17       A.    This is the -- yeah, May.

18       Q.    It indicates -- I just circled the first

19  day of May 2005.  Does that sound correct?

20       A.    Yes, that's when I went to Level 6.

21       Q.    Okay.  Now, where did this occur, this

22  incident?

23       A.    In the Guadalupe County Prison facility in

24  Santa Rosa, New Mexico.

25       Q.    So at this point you -- in 2006, you were

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  still with Corrections; is that correct?

2       A.   Yes.

3       Q.   But at a facility in Santa Rosa; is that

4  what you said?

5       A.   Yes, in a prison in Santa Rosa.

6       Q.   Do you know what level, if any,

7  classification that was?

8       A.   I was a Level 3 custody, general

9  population.

10      Q.   And what happened while there?

11      A.   The officer for count came around and

12  asked me to stand up.  I had my headphones on.  And

13  he was telling me to stand up.  And I told him,

14  "Fuck you."

15           And he goes -- I had my head phones on, so

16  I didn't hear what he said.  So later on, when I

17  came -- I made my cellmate move that day, because I

18  was going to move an SNM member into my room.  Some

19  individuals pulled me over and told me, "Why did you

20  make that guy leave?"

21           I told them, "I want to move my homie in."

22           He goes, "That's because you're a

23  chester."

24           I said, "No, I don't do that."  Goes for

25  count, someone stopped by your door and calls one a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  chester.

2      Q.   What is --

3      A.   Child molester.  Okay.  And I was, like,

4  "What?"

5          So then they -- I guess they thought that

6  was my charges.  So when they came and asked for my

7  J&S, I gave it to them.  They read it, said, "Okay,

8  everything is all good."

9      Q.   Who is "they"?

10     A.   Some inmates.  A couple inmates approached

11 me and said, "We want to see your paperwork."

12          So I showed them my paperwork.

13     Q.   When you say "paperwork," what are you

14 referring to?

15     A.   The J&S we just went through for the

16 criminal sexual penetration.

17     Q.   And why is that important, as far as you

18 having that and showing it?

19     A.   It's important because whenever you go

20 somewhere, you have to show that you don't have

21 fucked-up charges, or -- say, my charges in

22 particular, I have to show that, because my charges

23 are questionable charges.  See, because if that

24 would have happened on the street, some of those

25 charges can get you killed like that.  So when they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   come and ask me for those, I've got have that shit.

2   So I provide it to them.  They say, "Okay,

3   everything is all good.  That ain't what you are."

4           I told them, "It's not all good.  That guy

5   put my life in danger."

6           So I was going to assault him.  I put a

7   soda can in a sock.  And when he came for count, I

8   approached him, and I beat him with it.

9      Q.   All right.  And did you then receive this

10  aggravated battery on a peace officer?

11     A.   I did.

12     Q.   All right.  How long of a sentence did you

13  receive for that?

14     A.   Seven years.

15     Q.   And was that going to be concurrent or

16  consecutive to your time?

17     A.   Consecutive.

18     Q.   All right.  So now going back a little bit

19  to -- you indicated that you were at Santa Rosa.  We

20  saw that you were sentenced to Corrections.  Was

21  that your first time being sentenced to Corrections

22  for all of those cases?

23     A.   Yes, ma'am.

24     Q.   And I believe you said you were just not

25  even 19 yet, or had you turned 19?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    I was about to turn 19.

2        Q.    And where did they send you to?

3        A.    I went to Lea County Corrections Facility

4   in Hobbs.  I went to RDC first in Los Lunas.

5        Q.    Do you know -- and if you don't know,

6   that's fine -- do you know what they do in Los

7   Lunas, "they" being Corrections?

8        A.    They just evaluate your level, your age,

9   your crime, everything like that, and they give you

10  certain points to say what level you're going to go

11  to.  If you have, like, I think it's 14 and above,

12  you go to a Level 4.  Below, you go to a Level 3.

13  And below 10 you go to a Level 2.

14       Q.    Is that kind of like where you go to be

15  classified?

16       A.    It's where you go to get classified, yes.

17       Q.    Where were you sent after you went to Los

18  Lunas?

19       A.    Hobbs, New Mexico, Level 3.

20       Q.    How long were you there?

21       A.    About maybe five or six months.

22       Q.    Where did you go from there?

23       A.    I went to Santa Rosa.

24       Q.    And is that where this incident that we

25  just saw happened?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.

 2        Q.   Now, when that happened, were you an SNM

 3   member yet, or not?

 4        A.   No.

 5        Q.   Okay.  I know that you were talking

 6   about -- when you were describing the incident, you

 7   mentioned something about SNM members.

 8        A.   Right.

 9        Q.   Were there SNM members there?

10        A.   I had interaction with SNM members

11   throughout my Level 3 in Hobbs, New Mexico, and

12   Santa Rosa.  And yes, there was SNM members there.

13        Q.   Now, after this incident in Santa Rosa,

14   where were you sent?

15        A.   To Santa Fe, New Mexico, Level 6, solitary

16   confinement.

17        Q.   Was that as a result of your actions in

18   Santa Rosa?

19        A.   Yes, ma'am.

20        Q.   And what happened once you got to -- you

21   say, Santa Fe, New Mexico, Level 6?  Which facility?

22        A.   The North facility.

23        Q.   And what happened there?  I mean, as far

24   as, did you know people there?

25        A.   I knew one person there.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2506

```
 1        Q.   Who did you know?
 2        A.   Tommy Valdez.  He's from Silver City.
 3   He's an SNM member, or was.
 4        Q.   And is that when you officially became a
 5   member?
 6        A.   No, not at that time.
 7        Q.   Okay.  When did you officially become a
 8   member in relationship to getting up to PNM North?
 9        A.    I think once I got there, it was all over
10   the news and everything like that, so people had
11   seen what I was there for.  And Tommy Valdez started
12   spreading around my case, about what took place in
13   the county jail, because he knew me from the
14   streets.  He knew me from the county jail.
15             So I would just go to yard and mind my own
16   business.  I walk the square.  And slowly but
17   surely, a lot of SNMers started talking to me.  My
18   neighbor was Baby Robert.  I lived with Carlos
19   Herrera, Lupe Urquizo, and Edward Garcia, which were
20   all SNMers in North 3-B V pod.  And I started
21   hearing that they're talking about recruiting me.
22   And one day I was in the yard, minding my own
23   business; and I didn't know him at the time, but
24   Arturo Garcia comes up to me, told me, "Do you want
25   to be down with the S?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2507

1      Q.   What did you take "being down with the S"
2  meant?
3      A.   Getting recruited and then earning my
4  bones to be respected within the SNM.
5      Q.   Okay.  Now you mentioned you didn't know
6  who he was at the time.  You mentioned Arturo Garcia
7  before.  What is his position in the gang?
8      A.   He's a leader.  He's on the tabla.
9      Q.   And what did you say when he asked you
10 that?
11     A.   I told him it's something to think about.
12 I'll think about it.  And that was it.  I started --
13 I kept walking around.
14     Q.   And then did you think about it?
15     A.   I thought about it.
16     Q.   And then what happened?
17     A.   We had a couple more conversations.  We
18 had at least three more conversations where he was
19 trying to get me to jump on the ride.  Everyone
20 already assumed that I was an SNM member.  He was
21 telling me, "Everyone already thinks you are, so you
22 might as well get in."
23     Q.   And what was your belief as to why people
24 thought you were already an SNM member?
25     A.   I've had that for a while.  When I was in



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the Level 3s, there was always the rumors that I was

2    an SNM member.  "He looks like an SNM member."  I

3    guess the way I look, I guess.

4         Q.   Did you, in fact, decide, after thinking

5    it over and Arturo Garcia talking to you, that you,

6    in fact, wanted to become a member?

7         A.   One day in the yard, Eugene Martinez comes

8    to me.  He's in the track, which is a cage that can

9    go and talk to all the cages in the solitary

10   confinement yard.  And he comes and tells me, he

11   goes, "Arturo wants to know.  It's your last time.

12   Do you want to get in or not?"

13             I told him, "Si, mon, I'll get in."

14        Q.   You said "si mon."

15        A.   That's yes, I'll get in.

16        Q.   And I just want to know what that means,

17   "si mon."

18        A.   Right.  I told him yes.  It means yes.

19        Q.   "Si mon" means yes?

20        A.   Yes.

21        Q.   Okay.  Now, you mentioned another couple

22   of things I just want to get clear.  You talked

23   about the cages?

24        A.   Yes.

25        Q.   Where were you when this conversation

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    occurred?

2         A.   I was in the first handball cage.  There's

3    about 12 cages.  There's two handball cages, there's

4    about four other cages.  They go in a big square and

5    there's a -- the track isn't there anymore.  They

6    took the door off it.  But there is a big basketball

7    cage, and there's a track around it.

8         Q.   And the persons that were on the track --

9    could they go and talk to the people in the cages?

10        A.   Yeah, they can go all the way around, talk

11   to every single cage.

12        Q.   And the cage that you were in -- why is it

13   that you were in the cage?

14        A.   I was one of the first ones that would

15   come out -- why were we put in the cages?

16        Q.   Yes.

17        A.   That's where they sent everyone that's

18   violent.  It's the Level 6 solitary confinement

19   yard.

20        Q.   And is that outside?

21        A.   It's outside, yes.  It's your

22   one-hour-a-day yard.

23        Q.   Okay.  And what is yard?

24        A.   Well, you go for yard, and there's 12

25   other people in the yard in separate cages.  And you



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   go out there.  There is a dip bar, a pull-up bar, or

 2   you just walk around.

 3       Q.   Okay.  That's your opportunity to

 4   basically go outside?

 5       A.   It's the gossip place.  Everyone gossips

 6   about each other.

 7       Q.   But if you're Level 6 -- and were you

 8   Level 6 at that time?

 9       A.   I was.

10       Q.   Okay.  And so you were subject to extra

11   restrictions?

12       A.   Yes, ma'am.

13       Q.   And is that why you were in the cage, so

14   to speak?

15       A.   Yes.

16       Q.   Now, once you became an SNM member, what

17   sort of things did you do for SNM?

18       A.   Arturo wanted me to be on the low-low.  He

19   didn't want no one to know that I was an SNM member.

20   Undercover.  He didn't want no one to know.  There

21   was a time for a whole year that SNMers were

22   stabbing COs, and he didn't want me involved at all.

23   "Don't get involved because you need to go back to

24   Level 3."

25            He wanted me to put in work on a Burqueno

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    or Sureno.

2         Q.   Now, if people did not -- if Corrections

3    did not know you were an SNM member, when you say,

4    "Go back down to Level 3," what do you mean?

5         A.   Okay.  So there is a process for SNM

6    members.  There is a process for general population

7    inmates.  If I'm in the Level 6, I'm a general

8    population inmate, not validated or suspected, I'm

9    able to proceed through all the steps.  If you're a

10   validator or suspected SNMer, you can only go to

11   Level 4 and live with your own population, which is

12   SNM members.

13           So what Arturo wanted me to do is go

14   through the process and make it back out to Level 3

15   line, where all the enemies were.

16        Q.   And was that something that you tried to

17   do?

18        A.   I did.  I stayed out of trouble for a long

19   time, trying to get out.

20        Q.   And when you say "stay out of trouble,"

21   what do you mean by that?

22        A.   I didn't go over my phone call limits,

23   behavior logs.  I didn't get write-ups.  I was just

24   straight, trying to do the program and get out, so I

25   can go do the work so I could prove to the S that I

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   was down.

2      Q.   And did you actually do that?

3      A.   No.

4      Q.   What happened?

5      A.   All right.  So about 2008, I go for

6   recommendation, because when I got to Level 6, I

7   told them, "How long is it going to take to get out

8   of here?"

9           They told me, "Three years."

10     Q.   When you say "they" --

11     A.   Classification.  They told me up to three

12  years.  So I did three years clear conduct, and they

13  denied me.  They said that because of the nature of

14  the crime that I was in Level 6 for, that they

15  feared for the security of the prison, the

16  institution; so not let me out.

17          I was involved in a little bit of drug

18  trade at the time.  A guy burned me for $900.  And

19  me, being an SNM member, knew that once that got

20  out, that I let someone burn me, then it's going to

21  lower you.  So I took it upon myself to get a weapon

22  and stab him.

23     Q.   Okay.  Now, you mentioned a couple things

24  I'm going to go back and talk about.

25     A.   Okay.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   You mentioned that you were involved in
 2   drug activity.
 3        A.   Right.
 4        Q.   Okay.  When are we talking about?  What
 5   approximate year is this?
 6        A.   This is 2008.
 7        Q.   And what do you mean by drug activity?
 8        A.   Bringing drugs into the institution
 9   through COs and using.
10        Q.   Is that something that is common in the
11   SNM?
12        A.   Yes, ma'am.
13        Q.   Now, you mentioned that somebody had
14   burned you.  What do you mean by that?
15        A.   He didn't pay his debt to me.  I kept on
16   giving him, waiting for the money to come through,
17   and eventually I cut him off.
18        Q.   Okay.  So were you supplying drugs to him?
19        A.   Yes.
20        Q.   And where were you getting the drugs from?
21        A.   At the time, me and another SNM member
22   were working with two LC members to bring in drugs
23   together through a CO.
24        Q.   Okay.  And so this person ended up burning
25   you for, as you say, not paying you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He didn't pay me.
 2        Q.    Okay.  Now, what significance did that
 3   have within the SNM?
 4        A.    Well, he's going to start bragging around
 5   that he burned one of us, and that we didn't do
 6   nothing to him, and it makes the SNM look weak.
 7        Q.    Is that not allowed?
 8        A.    No.
 9        Q.    So what did you do?
10        A.    I got a weapon from another SNM member
11   while in yard, and I brought it to stab him.  And
12   eventually one of the plots came through and I
13   stabbed him.
14        Q.    And when you said stabbed him, who did you
15   stab?
16        A.    Robert Esparza.
17        Q.    What did you stab him with?
18        A.    A sharpened piece of metal about five,
19   five and a half inches long.
20        Q.    Okay.
21        A.    It was a food port pin, to the food port.
22   When the food port is open, you have pins, like,
23   linchpins.  Another inmate pulled it out, sharpened
24   it, and gave it to me.
25        Q.    All right.  And do those sorts of things
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  in prison have a name?

2       A.   What is that?  Shanks?

3       Q.   Yes.  What's a shank?

4       A.   The fierro, shank, a piece.  It's a

5  sharpened piece of metal.

6       Q.   And were you convicted for that crime?

7       A.   No.

8       Q.   And where did this occur, again?

9       A.   In the Level 6 PNM North, Santa Fe.

10      Q.   And what year was this?

11      A.   2008.

12      Q.   Did you consider that -- or let me ask you

13  this.  Do you know whether or not that was

14  considered anything as far as your status within the

15  SNM?

16      A.   I know two of the tabla members, Juanito

17  Mendez and Arturo Garcia, were taking credit for it,

18  telling people they had told me to do it.  But it

19  just verified that I was going to go any extent that

20  was possible to prove that I was down and put in the

21  work.  There is a lot of significance in the SNM to

22  do stuff like that.

23      Q.   All right.  Now did you stay -- that was

24  2008?

25      A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did that incident help get you moved down

2 to Level 3?

3    A.   No, it did not.

4    Q.   Okay.  Where were you housed at that

5 point?

6    A.   Same place.

7    Q.   Now, what did you continue doing?  We're

8 talking about 2008 and going forward.  What did you

9 do for the SNM, if anything, continuing on forward?

10    A.   Just the basic -- just, you know, go to

11 yard, work out, you represent -- you carry yourself

12 with respect and you respect others, so you don't

13 put a bad light on the SNM.  You just -- there's

14 drug activity.  There's sharpening weapons.  There's

15 studying to be a better gang member.  It's every

16 day, every day you're just trying to be better,

17 better and better at your craft.

18    Q.   Now, during this time period, you were

19 being housed with SNM; is that correct?

20    A.   The Level 6 PNM North at that time was the

21 SNM stronghold.  It was -- every pod had at least

22 six to eight members in it.

23    Q.   And who were you being housed with?

24    A.   At the time of that assault?

25    Q.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   At that time of that assault, it was with
 2   a guy name Javier Manzanares and Guilardo Rodriguez,
 3   and myself were in that pod.
 4        Q.   I'm going to move forward a little bit to
 5   2011.  Where are you at?
 6        A.   I'm at Penitentiary of New Mexico, Santa
 7   Fe, Level 5.  Right there -- it's a lower-level
 8   right there in the same facility.
 9        Q.   Is it in North or the South facility?
10        A.   South facility.
11        Q.   And is the South facility where they
12   housed -- why don't you tell me.  When you were
13   there, what --
14        A.   All Level 5 custody inmates, but they have
15   designated pods for SNM members.  They have
16   designated pods for Surenos.  If everyone is getting
17   out of Level 6 solitary confinement, you go to tier
18   time.  So you come out six inmates at a time.
19        Q.   You mentioned Surenos.  What are Surenos?
20        A.   Surenos from California.  They have New
21   Mexico Surenos.  You know, they're another group,
22   Security Threat Group.
23        Q.   Okay.  And I guess we didn't talk about
24   this.  Are there other prison gangs, other than SNM?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Over the time that you've been in SNM?

2      A.   Yes, ma'am.

3      Q.   And you mentioned Surenos.  Is that

4  another one?

5      A.   I don't think it's really a New Mexico

6  prison gang, but they are a prison gang.  The two

7  dominant gangs -- SNM is the dominant gang, but the

8  LC, Los Carnales, is the rival to SNM.

9      Q.   Okay.  And so does SNM have any rules as

10  far as over the years in reference to their rivals

11  with Los Carnales?

12      A.   Yes.

13      Q.   What is that?

14      A.   Well, we live next to them in Level 6.  We

15  have them as neighbors, and you know, there is --

16  you can treat your enemy with respect and not

17  disrespect them, and still, when the door is open,

18  try to kill each other.  There is honor in that.  In

19  SNM, there is a lot of honor in that, the way you

20  carry yourself.  You just don't want to be

21  disrespectful to them.  But it's a kill-on-sight.

22      Q.   When you say "Kill-on-sight," what do you

23  mean?

24      A.   You assault them until someone is pulling

25  you off him.  You try to kill him, or he's going to

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                                   (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    try to kill you.

2         Q.   Going back to 2011, you said you were at

3    the South facility?

4         A.   Yes.

5         Q.   Were there SNM members with you there?

6         A.   I lived in a validated SNM or suspected

7    pod, yes.  The whole pod was SNM.

8         Q.   Okay.  And were there any leaders at the

9    time living with you?

10        A.   Baby Robert.  Robert Martinez.

11        Q.   And you mentioned him earlier as being on

12   the tabla?

13        A.   Yes, ma'am.

14        Q.   What was your relationship with Baby Rob?

15        A.   I was close to him.  I was real close to

16   him.

17        Q.   Did something happen in 2011 in reference

18   to -- with Robert Martinez and you?

19        A.   Yeah, he and I plotted to kill Alex

20   Sosoya, Chulo, another SNM member.

21        Q.   And you said Alex Sosoya.  What's his

22   nickname?

23        A.   Chulo, C-H-U-L-O.

24        Q.   And was Sosoya an inmate at the South at

25   the time?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      A.   He was.

 2      Q.   And what was going on that caused you and

 3  Robert Martinez to want to kill Sosoya?

 4      A.   I believe the incident occurred before I

 5  was in the SNM.  He was speaking badly of the tabla,

 6  telling them they were drug addicts and

 7  self-serving; they were just using you for their own

 8  reasons.  And he was trying to -- you know, he had a

 9  little bit of a following within the younger

10  generation.  He was trying to get people to plot on

11  Arturo Garcia, Juan Mendez, and Robert Martinez.

12  The only one he didn't want killed out of the tabla

13  was Styx at that time.

14      Q.   So he was seen as a little bit of a rebel?

15      A.   He was a little bit against the grain,

16  yeah.

17      Q.   Now, can you describe physically Robert

18  Martinez for the jury as far as his stature?

19      A.   He's a little guy.  They call him Baby

20  Rob.  He's a little guy.  He's not very big.  I

21  think Chulo was 6'2".  Robert is maybe 5'8",

22  something like that.  He's older.  He's in his 50s.

23      Q.   And Robert Martinez.  You indicated he was

24  older --

25      A.   Right.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    -- than Chulo?

 2        A.    Yes.

 3        Q.    And how big, again, was Chulo?

 4        A.    About 6'2", 6'3", about 208, 210 pounds.

 5        Q.    So when you got there, you were made aware

 6   of this issue going on?

 7        A.    I was aware prior to that.  I had told

 8   Baby Robert in the Level 6 solitary yard that if --

 9   I had his back; that I believed that no one should

10   be speaking badly about the tabla.  And you know, if

11   you let people speak badly about the tabla, someday

12   you're going to get up there and they're going to

13   speak badly about you.  And guys got to show an

14   example that you can't do that.  And if I was ever

15   with him and Chulo, I had his back.  I would help

16   him.  And it fell in our lap like that.

17        Q.    And did it eventually come to that?

18        A.    Yes, ma'am.

19        Q.    What happened?

20        A.    He showed up.

21        Q.    Who is "he"?

22        A.    Alex Sosoya showed up.  I noticed the

23   whole pod got quiet.  They were kind of -- they

24   didn't think he was going to show up.

25        Q.    What do you mean "show up"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   He came from Level 6 down to Level 5, to

2   tier time.  He showed up on our tier.  So they

3   housed him with us.  Right away they put him as Baby

4   Robert's neighbor.  I was still in orientation when

5   he showed up.  So that's a seven-day orientation.

6   You don't get to come out until seven days.

7      Q.   Okay.  So you indicated that he was moved

8   from the North to the South?

9      A.   Yes, ma'am.

10      Q.   And you indicated orientation.  What does

11   that entail?

12      A.   Seven days.  You go to classification on

13   the seventh day.  They let you know if you can come

14   out or not.

15      Q.   Okay.  And where, when you're in

16   orientation, are you housed?

17      A.    In your cell, on the top tier or the

18   bottom tier, whatever tier you're on.  It's the same

19   Level 6.  It's just that you're preparing to come

20   out.

21      Q.   And so you're kind of being held there,

22   kind of quarantined, until it's allowed for you to

23   come out?

24      A.    Right.

25      Q.    And is that standard?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2523

```
 1        A.    That's standard.

 2        Q.    So what's going on while Mr. Sosoya is in

 3   orientation?

 4        A.    Well, he's neighbors to Baby Rob, and

 5   they've been talking about possibly putting an end

 6   to a beef they had.  And he's -- a lot of people are

 7   trying to talk me out of not helping Baby Robert.

 8   People are coming to me and telling me, other SNM

 9   members, not to help him, and fuck him, and a bunch

10   of just hatred.  And I already told him, "I told

11   Baby Rob I'm going to have his back."

12              So Baby Robert and I started going to yard

13   and plotting together on where to get the weapons

14   from and where we're going to do it, where we were

15   going to assault him.

16        Q.    Now, why did you decide to have Baby Rob's

17   back?

18        A.    I'm a loyal person, and he was on the

19   tabla.  And that's what you're supposed do in the

20   SNM.  You're supposed to have the people on the

21   tabla's back.

22        Q.    It was important to you?

23        A.    Of course it was important to me.

24        Q.    And Sosoya.  Was he on the tabla?

25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Now, did you -- at a certain point in
 2   time, did the opportunity arise to where you
 3   actually were able to carry out this plan?
 4        A.    Yes, ma'am.
 5        Q.    Okay.  What happened?
 6        A.    He came out for, like, five days.  And
 7   Baby Rob and Chulo spoke, shook hands, and we let
 8   him get a little comfortable.  They we took our
 9   weapons to the yard.  We bypassed the strip search
10   and took our weapons to the yard and played some
11   basketball.
12        Q.    Where did you get the weapons from?
13        A.    I got a hot pot, I cut down the bottom of
14   the hot pot with some spun string, some nylon
15   string, and then I made a candle and melted them
16   down.  And Baby Robert got his razor blade out of
17   the shaver.
18        Q.    And then you mentioned that you were
19   outside now on the basketball court?
20        A.    Yes, on the basketball court.
21        Q.    Are there other SNM members there?
22        A.    Yeah.  There's volunteers in one yard
23   right next to us, and then we're in the other one.
24   There was about 11 SNM members in the yard that day.
25        Q.    And what happened?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   We waited.  The whole gang unit was
 2   watching us for a while.  We waited till they left,
 3   and then we proceeded to assault him.
 4        Q.   Okay.  And when you say "we proceeded to
 5   assault him," what exactly happened?
 6        A.   He got into an argument with another SNM
 7   member in the other yard and he walked away.
 8        Q.   Who is "he"?
 9        A.   Chulo, Alex Sosoya.  He called one of my
10   good friends a "bitch," and I was supposed to
11   wait -- we were supposed to wait to tire him down a
12   little bit.  And I just took flight on him right
13   there.  I pulled out my weapon from my knee brace
14   and went to stab him in the neck.  When I stabbed
15   him, at that time, I was still learning how to
16   sharpen the plastic ones real good.  So when it went
17   in, it went up, and I thought it broke.  Baby Robert
18   came in, we decided we'd push him up against the
19   fence, and started assaulting him.  He tried to run.
20   I grabbed him by the waist.  I picked him and dumped
21   him on his head, and Baby Robert sliced him in his
22   neck.
23        Q.   And then what happened?
24        A.   We went from this corner to another
25   corner, where I got him, pulled his arms back.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

1    was trying to get Baby Rob to get on top of him to

2    slice his neck again.  They shot him.  He was there,

3    he was gone.  So --

4         Q.   What do you mean, "they shot him"?

5         A.   The COs were shooting into the yard with

6    tear gas and rubber bullets and all that.  So he got

7    hit with a canister in the head.

8         Q.   Who is "he"?

9         A.   Baby Robert.

10        Q.   Okay.

11        A.   So with everything going around, I got my

12   hands, and I put them in his eyeballs and tried to

13   pull his eyes out.  And when I had -- my hands

14   slipped on all the blood, it went to his mouth, he

15   bit my finger.  So I proceeded to bite the top of

16   his ear off.

17        Q.   And did you actually bite part of his ear

18   off?

19        A.   Yes, ma'am.

20        Q.   What happened at that point?

21        A.   They were telling me to let him go, let

22   him go.  I got up.  I was sprayed in the face with

23   tear gas.  I looked to see where he was at, and I

24   kicked him in the face.  And then I went to kick him

25   again.  He was gone.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1          I went up against the cage.  The COs were

 2     yelling at me.  I went up to the cage, I got on the

 3     floor.  They came in, put the shotgun in the back of

 4     my head, and told me not to move and handcuffed me

 5     and took me out.

 6          Q.   Okay.  You mentioned that, I guess,

 7     correctional officials were trying to stop this

 8     fight?

 9          A.   Yes.

10          Q.   Is that a fair assessment?

11          A.   Fair assessment.

12          Q.   What do you recall as far as efforts to

13     try and stop this incident?

14          A.   They were throwing concussion grenades.

15          Q.   What are those, as far as what you know?

16          A.   They're these grenades that have rubber

17     bullets in them.  And when they go off, they're so

18     loud, they're supposed to make you stop.  And they

19     dispersed some rubber bullets all over the place.

20     They were discharging all the shotguns they have.

21     They threw, I think, three or four tear gas, and

22     used the terminator gun with the big canisters.  And

23     it spins and it shoots canisters.  And I believe

24     they called for lethal rounds, as well.

25          Q.   Okay.  So you mentioned all these other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    things that they were using?

2          A.    Right.

3          Q.    And you mentioned some shotguns or --

4          A.    Shotguns, yes.

5          Q.    Okay.  The shotguns that they had at that

6    time -- were they nonlethal force?

7          A.    They were nonlethal force.

8          Q.    And are you aware, from your time in

9    Corrections, whether or not, in stopping fights,

10   Corrections has to do something first before you

11   mentioned lethal force?

12         A.    They have to do everything -- they have to

13   use everything they have to stop it.  And if they

14   see that there is a real danger on the life, then

15   they go -- and the inmates aren't stopping, they go

16   for lethal rounds.

17         Q.    All right.  So are they allowed to use

18   lethal rounds just from the get-go?

19         A.    No, not that I'm aware of.

20         Q.    So what finally happened that you stopped?

21         A.    I couldn't see no more.  I was gassed out,

22   and I was tired, and I was sprayed in the face with

23   OC spray, tear gas spray.

24         Q.    Now, are you aware -- were you taken

25   anywhere after that incident?

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                                       Albuquerque, NM 87102
(505) 989-4949                                                           (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492
                                                                         1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                    e-mail: info@litsupport.com

1       A.     To Level 6 PNM North facility.

2       Q.     Let me stop.  I meant that day.  Did they

3  go --

4       A.     I went to Level 6 that day.

5       Q.     Okay.  That day.  Were you examined or

6  taken to the infirmary or anything?

7       A.     Yes, I seen medical.  They cleared me.

8       Q.     Why did you need to see medical?

9       A.     For the tear gas.

10      Q.     Do you know whether Mr. Sosoya -- what

11  happened with him?

12      A.     Yes, he went to the hospital.

13      Q.     And was he actually hospitalized?

14      A.     Yes, ma'am.

15      Q.     Do you know how long he was hospitalized

16  for?

17      A.     I think up to a week.  Five days to a

18  week.

19      Q.     And then what about Robert Martinez?  What

20  happened with him?

21      A.     I think he was hospitalized, as well, from

22  the grenade hitting him in the head.  I think he had

23  brain swelling.  They were going to have to cut a

24  piece of his skull out because his brain was

25  swelling, but they didn't have to.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   So he was taken to the hospital, as far as

2  you believe?

3    A.   Yes, ma'am.

4    Q.   Now, you indicated that you bit Mr.

5  Sosoya's ear?

6    A.   Yes, ma'am.

7    Q.   Had you ever bitten anybody's ear before?

8    A.   Yes.

9    Q.   When was that?

10   A.   In 2008, in the case when I stabbed Robert

11  Esparza.  I bit the top of his right ear off.

12   Q.   All right.  And was that during -- was

13  there a struggle with Mr. Esparza?

14   A.   Yeah.  I went to go to the door to pull

15  him back by his handcuffs, and he held onto a

16  railing that goes to the top tier.  I couldn't --

17  they were reloading the shotgun.  I couldn't get him

18  to let go, so I proceeded to bite the top of his ear

19  off.

20   Q.   Now, you mentioned you were sent back to

21  Level 6 from Level 5?

22   A.   Yes.

23   Q.   And did you stay there that day and

24  continuing on for some time in Level 6?

25   A.   Yes, I stayed there till the end of 2013.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And where did you go in 2013?

2      A.   I think it was the end of 2013.  I went

3  back to Level 5, South facility.

4      Q.   All right.  Now, have you ever -- I guess

5  I can see that you have tattoos on your neck.

6      A.   Yes, ma'am.

7      Q.   Do you have any SNM tattoos?

8      A.   I do not.

9      Q.   And why is that?

10     A.   I wanted to get them at one point in time,

11  when I was in the Level 4 recently, about -- right

12  before the Molina case took place.  Daniel Sanchez

13  talked me out of it.  And he told me for people like

14  he and I, the onda was in our hearts, so we didn't

15  need it on our bodies.

16     Q.   All right.  And you're saying a word --

17     A.   Onda.

18     Q.   Can you spell it for the jury?

19     A.   O-N-D-A.

20     Q.   What is that?

21     A.   It's another word for the SNM.  It's like

22  the family.

23     Q.   And so you do have, I believe, tattoos

24  from when you were -- from your street gang?

25     A.   Yes, ma'am.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                1-800-669-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                      e-mail: info@litsupport.com

2532

1      Q.   And I'm going to show -- I think it's

2  already been admitted -- Exhibit 590.  What are we

3  looking at in 590?

4      A.   That's a six-pointed star.  That's a

5  symbol for East Side Folk Gang.

6      Q.   That's your street gang?

7      A.   Yes, ma'am.

8      Q.   And then I want to show Exhibit 593.  What

9  are we looking at?

10      A.   That's ES, for East Side, with a six-point

11  star in between the E and S.

12      Q.   Do you have a tattoo on the back of your

13  head?

14      A.   Yes, ma'am.

15      Q.   Look at Exhibit 594.

16      A.   That's SC, with "Silver City" under it,

17  for my hometown.

18      Q.   And I'm circling --

19      A.   "Silver City."

20      Q.   -- "Silver City."  All right.

21           Now, I believe 2011, where were you at?

22      A.   2011?

23      Q.   Yes.

24      A.   I was in the PNM North facility.  After

25  the incident with Sosoya?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1        Q.   Yes.

2        A.   PNM North facility.

3        Q.   And did you, while there -- let me ask

4   you, where was Anthony Baca at that time?

5        A.   In 2011?

6        Q.   Yes.

7        A.   I think he was in Southern New Mexico, in

8   Las Cruces.  Oh, no.  You know what?  He was in X

9   pod, in North 3-B.

10       Q.   Okay.  And you say North 3-B.  What does

11  that refer to?

12       A.   The North 3-B is a unit within the Level 6

13  PNM North facility.

14       Q.   And you were at the same facility?

15       A.   Yes, ma'am.  We were in the same pod.  We

16  were in X pod.

17       Q.   And did you have contact with him?

18       A.   That was the first time I really got to

19  know Pup.  I knew him just from other interactions,

20  but this is the first time I lived with him and had

21  conversations with him.  I also lived with Carlos

22  Herrera at that time.

23       Q.   Okay.  Do you see Carlos Herrera in the

24  courtroom today?

25       A.   Yes, ma'am.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1              MS. BHALLA:  We'll stipulate, Your Honor.

2              THE COURT:  Does that work for you, Ms.

3    Armijo?

4              MS. ARMIJO:  Yes, Your Honor.

5    BY MS. ARMIJO:

6         Q.   Okay.  Carlos Herrera -- is he an SNM Gang

7    member?

8         A.   Yes, ma'am.

9         Q.   Now, you indicated that at that time that

10   you were housed with Mr. Baca?

11        A.   Yes, ma'am.

12        Q.   And did Mr. Baca ever discuss with you SNM

13   as far as --

14        A.   Yes.

15        Q.   -- a philosophy about it?

16        A.   Yes, ma'am.

17        Q.   Did he ever show you anything as far as a

18   structure of the SNM?

19        A.   Yes, ma'am.

20             MS. ARMIJO:  And Your Honor, may I

21   approach the witness?

22             THE COURT:  You may.

23             MS. JACKS:  Your Honor, I'm assuming this

24   is limited to Mr. Baca?

25             THE COURT:  I'm not sure what it is,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2535

```
 1   but --
 2            MS. ARMIJO:  For the record, Bates 11316.
 3   It's Government's Exhibit 223-A.  And it is as to
 4   Mr. Baca.
 5            THE COURT:  All right.  Any objection to
 6   223-A coming into evidence?
 7            MR. LOWRY:  No, Your Honor.
 8            THE COURT:  All right.  Not hearing any
 9   objection, Government's Exhibit 223-A will be
10   admitted into evidence.
11            (Government Exhibit 223-A admitted.)
12            MS. ARMIJO:  Actually, may we approach,
13   Your Honor?
14            THE COURT:  You may.
15            (The following proceedings were held at
16   the bench.)
17            MR. CASTELLANO:  Your Honor, the exhibit
18   is a diagram of potential structure of the SNM Gang.
19   I don't think this is limited only to Mr. Baca.  It
20   would be enterprise evidence.  And I guess talking
21   about the entire structure of the gang, I think that
22   would relate to all members of the gang, not just to
23   Mr. Baca.
24            MS. JACKS:  That would be hearsay.
25            THE COURT:  Hold on.  Let Mr. Castellano
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2536

1  finish.  Do you have anything else?

2              MR. CASTELLANO:  In terms of whether it

3  could be used for purposes of a co-conspirator

4  statement, we do have overall racketeering.  So

5  clearly this would be something that all members buy

6  into.  So I do think it's enterprise gang evidence,

7  and not just limited to Mr. Baca, especially if he's

8  sharing it with another SNM Gang member.

9              THE COURT:  Is this something that Mr.

10 Baca prepared?  It's a little hard to read.

11             MR. CASTELLANO:  Mr. Rodriguez prepared

12 it.

13             MS. ARMIJO:  No, no.

14             MR. CASTELLANO:  This was the one that was

15 in Pup's property?

16             MS. ARMIJO:  Yes.

17             MR. CASTELLANO:  This is Mr. Baca's.

18             THE COURT:  This is something Mr. Baca

19 prepared?

20             MR. CASTELLANO:  Yes.  Mr. Baca has other

21 things like diagrams and things of that nature

22 laying out how he wanted to structure the

23 enterprise.

24             THE COURT:  Okay.

25             MR. LOWRY:  Your Honor, may I be heard on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this?

2          MS. JACKS:  Our objection is hearsay as to

3  Mr. Sanchez or anybody but Mr. Baca.  And to the

4  extent that it's being offered as a co-conspirator

5  statement, this is the first time we're hearing

6  about it.  This was not addressed at the James

7  hearing.

8          MR. LOWRY:  And Your Honor, I would also

9  add to that.  This is -- we talked about this in

10 opening.  There is no evidence in the record that

11 this plan has ever been adopted by anybody.  And in

12 fact, this is one of the political reasons Mr. Baca

13 was driven out of Southern and kited out of the

14 Level 6, because there was a disagreement.

15         THE COURT:  That's the reason you object

16 to it coming in?

17         MR. LOWRY:  Well, it is his handwriting.

18 I'm not going to dispute that.  But absolutely, Your

19 Honor, I agree with Ms. Jacks, I don't think this is

20 evidence of co-conspirator statements because there

21 is no evidence that this was ever adopted by anyone

22 other than Mr. Baca.

23         THE COURT:  I don't think it can come in

24 as a co-conspirator statement.  So I think that it's

25 just going to be hearsay, so limit it to just Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Baca.

2          MR. CASTELLANO:  I think it's also useful

3  for its legal effect for nonhearsay purpose.  I

4  think there are a number of reasons why this

5  document is relevant as to the entire organization,

6  especially coming from a leader.  So if a leader is

7  putting out orders and structure and things of that

8  nature of the entire organization, that is an

9  organizational act.

10          THE COURT:  Well, I'm not seeing it for

11  the purpose right at the moment, so I'm going to

12  give the limiting instruction and you can use it

13  just as to Mr. Baca.

14          MR. VILLA:  Judge, before we go, your

15  Honor, this isn't related to this document, but I

16  believe Javier Molina's mother is in the back right

17  of the courtroom.  She's had her hands over her face

18  most of the morning.  Her head is down now, and she

19  appears to be getting emotional.  She has been

20  sitting with Mr. Molina's wife in court at other

21  times during the trial.  Not right now --

22  Mr. Molina's wife --Mr. Molina in earlier points in

23  time.  I know we're going to get into Mr. Molina's

24  testimony.  And maybe the Government can caution her

25  about her reactions and behavior in front of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   jury.

 2           The other issue, I believe Mr. Urquizo's

 3   attorney is in the courtroom, Ms. Camunez.  And he

 4   was reserved by Ms. Jacks.  I don't know -- my

 5   position is she should be excluded.  I know the

 6   Court's position; she should be cautioned.  But I

 7   would ask that she be excluded.

 8           THE COURT:  Is Urquizo's attorney still in

 9   the courtroom?  Does anybody know?

10           MS. ARMIJO:  I don't know.  Along those

11   lines, when I went -- I would just --

12           THE COURT:  Let's do this:  Why don't we

13   go ahead and take a break and let the jury go, and

14   come back and address some of these issues?

15           (The following proceedings were held in

16   open court.)

17           THE COURT:  All right.  Let's go ahead and

18   take our morning break.  This is getting a little

19   long up here.  So we'll take our morning break, and

20   it may be a little bit longer because I may give

21   Ms. Bean her break right now and finish up with the

22   attorneys at the end of our break.  So it may be a

23   little longer.  All rise.

24           (The jury left the courtroom.)

25           THE COURT:  All right.  Let's take our
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  break, and then we'll come back and finish up with

2  some of these items.  Can I get a copy of that

3  letter, 223?

4          MR. CASTELLANO:  I'm getting it right now,

5  Your Honor.

6          (The Court stood in recess.)

7          THE COURT:  All right.  We'll go on the

8  record.  I looked at this Exhibit 223 during the

9  break.  It looks so general that I'm not sure it's

10 as inculpatory.  I gave some thought to it being a

11 statement against interests, and then we come into a

12 hearsay exception which would then apply to

13 everybody.  But I don't think it's really that.  So

14 I am going to give the limiting instruction on 223

15 because I think it's limited to Mr. Baca.  And I

16 don't see another hearsay exception that's going to

17 pick it up.  It's not a co-conspirator.  So I will

18 give a limiting instruction on that.

19          Let me do a couple of things before you

20 argue.

21          Is Mr. Urquizo's attorney in the

22 courtroom?

23          MR. BECK:  She is, yes, Your Honor.

24          THE COURT:  What are you doing in the

25 courtroom today?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. CAMUNEZ:  Observing testimony.
 2              THE COURT:  Well, for what purpose?
 3              MS. CAMUNEZ:  Well, ultimately, I think on
 4    behalf of my client for purposes of sentencing.
 5              THE COURT:  Well, I think I'm going to
 6    invoke the rule against you and go ahead and exclude
 7    you from the courtroom.  Okay?
 8              MS. CAMUNEZ:  Okay.
 9              THE COURT:  All right.  So you'll need to
10    leave.
11              Let's see.  Here's what I was going to
12    suggest on Ms. Molina, is I was going to ask one of
13    the Court Security Officers and maybe the
14    Government, to step over to her and tell her that
15    she needs to have better composure in the courtroom,
16    and she needs to sit up.  She can't lean on the
17    podium -- or the seats.  And so she'll just need to
18    have better composure.  If she can't maintain it,
19    she'll need to step out.  But I don't want her to
20    distract the jury.
21              MR. O'CONNELL:  Your Honor, my name is
22    Jerome O'Connell.  We represent the plaintiff
23    family, with Jess Lilley.  And if you want me to
24    convey that to her, I would be happy to do that.
25              THE COURT:  You're an attorney?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2542

```
 1              MR. O'CONNELL:  Yes, Your Honor.  I'm
 2   sorry I'm not in my Superman clothes.
 3              THE COURT:  Is that all right, if he does
 4   it?
 5              MR. BECK:  I think that may work well,
 6   Your Honor.
 7              THE COURT:  All right.  Does that work for
 8   the defendants?
 9              Okay.  So if you'll just talk to her and
10   just tell her that she needs to sit up, doesn't need
11   to be leaning on the podium -- or the seats back
12   there.  She needs to stay up so she doesn't distract
13   the jury.
14              MR. O'CONNELL:  Absolutely, Your Honor.
15   I'll be happy to have that conversation with her as
16   soon as she comes back.
17              THE COURT:  Then you had something else,
18   Ms. Armijo?
19              MS. ARMIJO:  Your Honor, I did.  I know it
20   was Mr. Villa that has complained about people in
21   the back of the courtroom.  But I want to ask the
22   Court to please have that apply to attorneys as
23   well.  Mr. Villa said very loudly in front of the
24   jury when I was showing him the exhibit, "Be careful
25   up there," of course, referring to Mr. Rodriguez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  And it was said loud enough that I heard him.  He

2  was facing the jury.

3          I will also note that throughout this

4  trial Mr. Villa and Ms. Fox-Young are constantly

5  talking to each other and laughing while witnesses

6  are testifying, and commenting on the evidence to

7  each other, shaking their heads.  And I let it go

8  because, I think, unlike the other attorneys, who

9  are very stoic and professional, I think that plays

10  with the jury.  Maybe the jury is noticing that, as

11  well.

12          But I think this crosses the line, because

13  he's complaining about people in the back of the

14  courtroom, and he himself is making comments in

15  front of the jury about our witnesses.

16          THE COURT:  Well, certainly, don't do

17  that.  I mean, I can't comment -- it's not on the

18  record and I didn't see it.  But don't comment on

19  the evidence in a loud enough voice so that the jury

20  can hear it.

21          All right.

22          MR. VILLA:  I haven't, Your Honor.  But I

23  understand.

24          THE COURT:  Make sure we don't have extra

25  stuff going to the jury, because we're going to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2544

```
 1   telling them to exclude everything they didn't see
 2   in the courtroom.  But we don't need to be adding
 3   stuff that doesn't show up on the record.
 4            Let me get Mr. Lowry here.
 5            MR. LOWRY:  Your Honor, before we actually
 6   admit this exhibit, we'd like to voir dire the
 7   witness just to see if he's familiar with Mr.
 8   Baca's -- with the exhibit at all.
 9            THE COURT:  All right.
10            MR. BECK:  And your Honor, I don't think
11   our argument was that necessarily this fits into a
12   hearsay exception.  It's a nonhearsay -- it's
13   offered for a nonhearsay purpose, which is the
14   establishment of the criminal enterprise.  The
15   United States -- the first element that the United
16   States has to prove is that the SNM is an
17   enterprise; included within that is that it has a
18   certain structure.  So this document talks about the
19   responsibility of an SNM member --
20            THE COURT:  How would that be a nonhearsay
21   purpose?  I mean, that's --
22            MR. BECK:  Just like --
23            THE COURT:  It's for the truth of the
24   matter.
25            MR. BECK:  It's just like offering a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2545

1  contract that is hearsay.  But when you offer it in

2  a civil case to prove that the contract existed, and

3  it was signed, it's offered for a nonhearsay

4  purpose.  Your Honor has written on this before

5  several times, offering a document for a nonhearsay

6  purpose when it goes to a legal element that's

7  required to establish the case.  And in this case

8  we're required to establish that an enterprise

9  existed.  Within that is that it had a structure.

10 There is an requirement for an enterprise under the

11 RICO statute.  And it's not just -- it's not just

12 that there was an SNM Gang.  It's that it had a

13 certain structure in place.

14         So this, talking about what the

15 responsibilities of a member are -- become familiar

16 with the counties, to become familiar with the

17 street gangs -- goes to that structure.  So it is

18 offered for a nonhearsay purpose.  And so maybe a

19 limiting instruction may be that it goes towards

20 establishment of the enterprise.  That may be a

21 proper instruction, and in that case it goes against

22 all the defendants.  So it may warrant some type of

23 limiting instruction, but it should be admitted

24 against all defendants because it is being offered

25 for a proper nonhearsay purpose.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Well, I'll think about it.
2    Let me listen a little bit more.
3              MR. BECK:  I'll see if I can find
4    something.
5              MR. LOWRY:  Your Honor, can I respond to
6    that just briefly?
7              THE COURT:  Yeah, I think we've got time.
8    Go ahead.
9              MR. LOWRY:  These alleged musings, these
10   writings, there is no -- unlike a written contract
11   that has been signed by everybody involved, there is
12   no indication whatsoever that anybody other than the
13   author of that document adopted its philosophical
14   purpose.  So I find it very difficult to attribute
15   one writing to all of the alleged members of this
16   organization.  I don't think it really goes to the
17   enterprise element.  It's, as the Court pointed out,
18   a substantive leap into the truth of the matter
19   asserted, and there is absolutely no evidence that
20   that writing has been adopted by anyone.  So I think
21   that's pushing the contract analogy beyond the
22   breaking point for the purpose of this exhibit.
23             THE COURT:  Well, if you had -- I'm not
24   sure what this document is.  But if we likened it to
25   bylaws or articles of incorporation of a corporation
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  or an entity, that would probably be a nonhearsay

2  purpose.  It would just be these are what they are.

3            MR. LOWRY:  That's what I'm saying.  There

4  is no evidence that --

5            THE COURT:  Well, that's the reason I may

6  need to listen and see what this document is a

7  little bit to see what it is.

8            Anybody else?  We have a few minutes while

9  the jury is lining up.

10           Ms. Armijo.

11           MS. ARMIJO:  Yes, Your Honor.  And I am

12  going to -- and I told this yesterday to Mr. Baca's

13  defense attorneys, that Mr. Castellano previously

14  went over the bad acts of Mr. Baca, and specifically

15  we're talking about a bad act occurring on June 22,

16  1989?  Yes.

17           MR. LOWRY:  The Velasquez.

18           MS. ARMIJO:  Yes.  He murdered an inmate.

19  And previously Mr. Castellano indicated that if we

20  had more evidence of tying this to SNM, that we

21  would do so.  And at this time we do, and with this

22  witness have more information that we are making the

23  argument that this bad act should come in.

24           MR. LOWRY:  Your Honor, I'm going to

25  object to this.  There have been no disclosures

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2548

```
 1   whatsoever.
 2           THE COURT:  Well, approach before you try
 3   to bring this up.
 4           All right.  All rise.
 5           MR. LOWRY:  Can we voir dire on the
 6   handwriting?
 7           THE COURT:  You may.
 8           MR. LOWRY:  In front of the jury?
 9           THE COURT:  Well, is there any reason we
10   shouldn't?
11           MR. LOWRY:  All right.
12           THE COURT:  All right.
13           (The jury entered the courtroom.)
14           THE COURT:  All right.  Everyone be
15   seated.
16           All right.  Mr. Lowry, you wanted to voir
17   dire the witness on Exhibit 223-A?
18           MR. LOWRY:  Yes, I did, Your Honor.  Thank
19   you.
20           MS. ARMIJO:  He doesn't have it.  I think
21   where we left off --
22           THE WITNESS:  I know what it is.  Sorayo.
23   Yes, I recognize it.
24
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1                    VOIR DIRE EXAMINATION
 2   BY MR. LOWRY:
 3        Q.    Good morning, Mr. Rodriguez.
 4        A.    Good morning, sir.
 5        Q.    How are you doing?
 6        A.    All right.
 7        Q.    Has Anthony Baca ever written a letter to
 8   you?
 9        A.    Written a letter to me?
10        Q.    Right.
11        A.    Not that I could recall.  Now, are we
12   speaking of a letter directly to me or --
13        Q.    Has he ever written anything to you?
14        A.    Yes.
15        Q.    So could you recognize his handwriting if
16   it was presented to you?
17        A.    Yes, I think he has three different types
18   of handwriting.  He has cursive, plain, and kind of
19   like a gangster one.
20        Q.    How often have you seen it?
21        A.    I've seen the cursive and the plain one.
22        Q.    How often?
23        A.    Pretty often.  Well, he's written to me --
24   I read a lot of his writing while we were living in
25   X pod.  And I read a lot of his appeals, his
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   motions, his contracts with administration, and

2   stuff like that.

3        Q.   So you would review his legal paperwork in

4   the X pod?

5        A.   Yes, because he's real smart with the law.

6   If we need help, he'll show us how to file appeals.

7   And we all write habeases and legal documents, our

8   disciplinary appeals, and we learn off each other,

9   and he's one of the smarter ones with the policy.

10       Q.   Okay.  So one time?

11       A.   Maybe.  I couldn't give you a number, but

12  I've seen his writing a lot.  You can give me ten

13  different types of handwritings and I'll know

14  exactly which one is his.

15       Q.   I'm asking how many times have you seen

16  his handwriting?

17       A.   You want a specific number?

18       Q.   Yes.

19       A.   I can't give you that, but I can give you

20  about maybe 30 or 40.  I've seen his handwriting a

21  lot.

22            MR. LOWRY:  I have no further questions,

23  Your Honor.

24            THE COURT:  Thank you, Mr. Lowry.

25            Ms. Armijo, if you wish to continue your

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   direct examination.
 2            MS. ARMIJO:  Yes.  Thank you, Your Honor.
 3              CONTINUED DIRECT EXAMINATION
 4   BY MS. ARMIJO:
 5      Q.   All right.  Mr. Rodriguez, I believe you
 6   were -- before the break --
 7            MS. ARMIJO:  I'm going to move in at this
 8   time Exhibit 223-A into evidence.
 9            THE COURT:  And I'm going to admit 223-A.
10   But ladies and gentlemen, it can only be used in
11   your consideration against -- for the charges
12   against Mr. Baca.  It can't be used in any way as to
13   the other three defendants.
14            All right, Ms. Armijo.
15            (Government Exhibit 223-A admitted.)
16            MS. JACKS:  And Your Honor, we'd request a
17   similar limiting instruction regarding testimony
18   about that document.
19            THE COURT:  That's true.  That's true.
20   You get the same instruction about what
21   Mr. Rodriguez is going to say about this document
22   and what Mr. Baca was saying in the document.
23            All right, Ms. Armijo.
24   BY MS. ARMIJO:
25      Q.   Mr. Rodriguez, what are we looking at?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2552

```
 1        A.    You're look at the top four rays, which is
 2    called rayos of the Zia symbol, and a structural
 3    format for the northern region based on the counties
 4    of the northern state of New Mexico.
 5        Q.    All right.  Now, are you familiar with who
 6    wrote this document?
 7        A.    Yes.
 8        Q.    Who wrote this document?
 9        A.    Anthony Baca.
10        Q.    Did he go over this document with you, or
11    the contents of this document, back when you were
12    housed with him?
13        A.    Not this one in particular.
14        Q.    Okay.  Did he go over the basis of this
15    document?
16        A.    Yes.  I've seen the whole structure of it
17    and which county goes in what rayo, what the purpose
18    of it is.  I know all the structure of this.
19        Q.    Who do you know it from?
20        A.    Anthony Baca.
21        Q.    Do you recognize this writing to be his
22    writing?
23        A.    Yes, ma'am.
24        Q.    "His" being Anthony Baca?
25        A.    Yes, ma'am.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2553

1    Q.   You mentioned the Zia symbol.  What

2  significance does the Zia symbol have with the SNM?

3    A.   It's the logo.  It's the gang sign.  It's

4  the sun with the S in the middle.  And that's what

5  we all get on us.

6    Q.   Now, what significance does -- and I'm

7  looking at Exhibit Number 223-A and it looks like at

8  the top of the page there is a half-circle and some

9  lines coming up.

10   A.   Right.

11   Q.   What significance is this?

12   A.   The significance is to the northern

13  region.  This is given -- say I'm from the north --

14  the east region, I would be given an outline just

15  like this, but faced toward the east, with a

16  breakdown, pretty much recruitment requirements, how

17  elections go.  This is -- the top lines are the

18  northern rayos.  Each rayo has a county in it, and

19  there would be members from each set.  And there

20  would be a sergeant on the streets and a lieutenant

21  in the prison, and then there would be a captain

22  that's in all the directions.

23   Q.   And what was the purpose of this?

24   A.   To have each direction make things less

25  complicated, to -- the northern part of the Zia

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   could only be involved in the northern part of the
 2   business.  Me, being from the east rayo, could not
 3   interfere with the north, the south, or the west.
 4        Q.   And why, again, would you be in the
 5   eastern rayo?
 6        A.   Because my county was Grant County.  I'm
 7   bottom -- Number 1 rayo on the east side.
 8        Q.   And so whose structure was this?
 9        A.   This is Anthony Baca's.
10        Q.   And did he discuss these plans with you?
11        A.   Yes, ma'am.
12        Q.   And were these plans discussed with other
13   SNM members?
14        A.   Yes, ma'am.
15        Q.   And what was Mr. Baca attempting to do
16   with these plans?
17        A.   Build a stronger SNM, build a -- more
18   structured and more disciplined.
19        Q.   And does this document set the structure
20   of the whole SNM, or at least the part for the
21   north, the whole SNM enterprise?
22        A.   Pretty much for the northern region, yes.
23        Q.   And would there have been an eastern
24   region and western region and a south region?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2555

1      Q.   And all of those would be the whole

2  structure of the SNM enterprise as Mr. Baca had

3  wanted it?

4      A.   Yes, ma'am.

5      Q.   Now, I'm going to show you Exhibit 753.

6           MS. ARMIJO:  May I approach the witness?

7           THE COURT:  You may.

8  BY MS. ARMIJO:

9      Q.   Showing you Exhibit 753, I'm showing you

10 two documents.  Are you familiar with those

11 documents?

12     A.   Yes, ma'am.

13     Q.   Who authored this?

14     A.   I did.

15     Q.   And in general, what is it?

16     A.   It's the whole breakdown of the Zia based

17 on counties and the structure of SNM.

18     Q.   Okay.  And what is this based off of?

19     A.   Off Anthony Baca's teachings.

20     Q.   Did you, in fact, draw this?

21     A.   Yes, ma'am.

22     Q.   Recently, within the last week?

23     A.   Yes, ma'am.

24          MS. ARMIJO:  The United States would move

25 for the admission of 753.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2556

1           THE COURT:  Any objection?

2           MR. LOWRY:  Yes, Your Honor.  May we

3    approach on this?

4           THE COURT:  You may.

5           (The following proceedings were held at

6    the bench.)

7           MR. LOWRY:  I would object under the best

8    evidence rule.  This isn't a representation of what

9    they have up on the screen in 223-A.  This is

10   markedly different and decidedly more inculpatory,

11   if you will.  I mean, he has agents all outside of

12   the rays of this, and he's claiming that these are

13   individuals assigned outside that have specific

14   duties, and none of that is in document 223.  If he

15   wants to testify about what his understanding is,

16   that's one thing.  But this document is highly

17   prejudicial and doesn't accurately reflect writings

18   that are on the screen.

19          THE COURT:  If he were to come in and make

20   this chart up on the butcher block paper, how

21   different would it be?

22          MR. LOWRY:  Well, I don't know, because I

23   don't know how this was created.  It was just

24   disclosed to us.

25          THE COURT:  Well, it's kind of a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2557

```
1  demonstrative.  It's just a chart that he's putting
2  together.
3            Anybody else have any thoughts on it?
4            MS. JACKS:  On behalf of Mr. Sanchez and I
5  think other defendants, he's parroting what Mr. Baca
6  allegedly told him.  So I would think this is
7  hearsay as to the other defendants and should be --
8  it's based on hearsay, and it should be limited to
9  Baca.  I also don't know when this was turned over.
10 We were just debating about this.
11           MS. ARMIJO:  It was this weekend.
12           MS. JACKS:  Just in the past two days.  So
13 it's something lately disclosed to the defendant.
14           THE COURT:  Like I said, if he were to
15 stand up here and draw it on butcher block paper,
16 it's not a whole lot different.
17           MS. ARMIJO:  And Your Honor, he's going to
18 testify to it.  This is to help his testimony.  And
19 as you can see, he's handcuffed, so it's kind of
20 difficult for him to be unhandcuffed and have him do
21 it.
22           THE COURT:  But is he going to testify he
23 got all this information from Mr. Baca?
24           MS. ARMIJO:  Yes.
25           MR. LOWRY:  It's not been adopted by
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  anybody other than Mr. Baca.

2         THE COURT:  That's the reason I think the

3  limiting instruction is appropriate.  So I'll give

4  it as to everybody else.  He's going to testify what

5  this is.

6         MS. ARMIJO:  Can I ask him specifically if

7  anybody else was around during these discussions and

8  he's aware if he had discussions with any of these

9  defendants about this, just to be clear?  I don't

10  know what his abilities are.

11        THE COURT:  You need to keep it very

12  straight and very clean, though, because if somebody

13  gave one thing and somebody else -- I think you

14  probably better stick with "This is Baca's story,"

15  and not try to drag other people into it.

16        MR. BECK:  Your Honor, I think the

17  testimony that he just gave was that this was the

18  structure of the SNM in New Mexico, not that it was

19  Mr. Baca's structure.  It came from Mr. Baca, but it

20  was the structure of the SNM in New Mexico.  So

21  we're offering this drawing just like we offered Mr.

22  Baca.

23        THE COURT:  Get your stories straight,

24  because y'all aren't being very consistent here.

25  I'll admit it against Mr. Baca, but if it came from

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Mr. Baca, it came from Mr. Baca, how the chart was

2  put together before I admit it.  So you'll need to

3  lay a foundation, because the Government's attorneys

4  don't have their stories straight.

5              MS. ARMIJO:  No, Your Honor.

6              THE COURT:  Go back and lay a foundation.

7              MS. ARMIJO:  It's the other --

8              THE COURT:  Ms. Armijo.

9              MS. ARMIJO:  It's the other item that I

10  was going to approach on.  You told us to approach

11  before the bad act, and I'm approaching now.  That

12  will be the next thing I go into.

13              THE COURT:  What's this about?

14              MS. ARMIJO:  You wanted me to mention it

15  before the jury came in, about the murder.

16              THE COURT:  Talk to the witness about this

17  chart or a bad act.

18              MS. ARMIJO:  I am.  But right after that,

19  I'm going into the bad act.

20              THE COURT:  Well, then, approach on the

21  bad act.

22              MS. ARMIJO:  Okay.  Thank you.

23              (The following proceedings were held in

24  open court.)

25              THE COURT:  Ms. Armijo.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

BY MS. ARMIJO:

1  BY MS. ARMIJO:

2       Q.    Mr. Rodriguez, I'll show you Exhibit 753.

3       A.    Yes, ma'am.

4       Q.    Are you familiar with that item?

5       A.    Yes, ma'am.

6       Q.    How so?

7       A.    I learned it from Anthony Baca.

8       Q.    When did you learn it from Anthony Baca?

9       A.    2011, when we were in X pod together.  I

10  think I was in X1; he was in X12.

11      Q.    And what is it of?

12      A.    Structure of SNM.

13      Q.    And so did you -- who composed this?

14      A.    Anthony Baca.

15      Q.    Okay.  Who actually -- I'm not talking

16  about the contents of it, but who actually did the

17  physical drawing of it?

18      A.    Oh, I did.

19      Q.    And what was it based off of?

20      A.    Based on my teachings -- my learnings from

21  Anthony Baca.

22      Q.    Your learnings from what?

23      A.    The SNM structure.

24      Q.    Okay.  And what does Exhibit 753

25  represent?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                    1-800-669-9492
PROFESSIONAL COURT                     e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

```
 1        A.    That's what 753 is?

 2        Q.    Yes, I'm sorry.

 3        A.    The SNM.

 4        Q.    The SNM what?

 5        A.    Structure.

 6        Q.    Okay.  And what does it apply to -- and

 7   when did you draw this?

 8        A.    I think it was on Saturday.

 9        Q.    Okay.  And what -- and you indicated that

10   it's based upon what you found out in 2011?

11        A.    Right.

12        Q.    Okay.  What did it represent back in 2011?

13        A.    It was his desire to do -- he came back

14   from Nevada wanting to implement that, wanting to

15   build it up and strengthen the SNM from already what

16   it was.

17        Q.    And so did -- is this -- does this

18   document have part of the same structure that we saw

19   previously in the exhibit that we just showed?

20        A.    Yes, it has the northern region.

21        Q.    And what does this capture?

22        A.    What?

23        Q.    Document 753.

24        A.    What does it capture as a whole?

25        Q.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   A more structured version of the SNM from

2  what it already was.  So there was not no

3  complications of, like -- it's just to simplify it

4  and not have everyone in everyone's business.

5      Q.   Okay.  Was that a --

6           MS. ARMIJO:  All right.  The United States

7  would move for the admission of 753.

8           THE COURT:  Do you wish to voir dire?

9           MR. LOWRY:  Yes, I do, Your Honor.

10          THE COURT:  All right, Mr. Lowry.

11               VOIR DIRE EXAMINATION

12  BY MR. LOWRY:

13     Q.   Mr. Rodriguez?

14     A.   Yes, sir.

15     Q.   I believe you just said that at least with

16  document 223-A --

17     A.   Which one is that one?

18     Q.   The first one.

19     A.   Okay.

20     Q.   -- that that was Mr. Baca's desire; you

21  used the word "desire."

22     A.   Exactly.

23     Q.   And then you said that's something he

24  wanted to implement?

25     A.   Right.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2563

```
 1          Q.   That never really happened, did it?
 2          A.   It begun -- the northern region was the
 3    most -- that region that you showed on the first one
 4    was the one most structured at the time.  The rest
 5    were in process of being implemented.
 6          Q.   Who implemented it?
 7          A.   Pup.
 8          Q.   Okay.
 9          A.   Anthony Baca.
10          Q.   What do you mean?  How did it get
11    implemented?
12          A.   Okay.  You have to go -- well, first, you
13    have to have those individuals buy in.  I fully
14    bought into the structure.  And the northern region
15    fully bought in.  Espanola is a hub for SNM.  That's
16    why it was so structured.  You have to vote in the
17    person who was going to lead that.  And when he was
18    in Southern Correctional Facility, right here in Las
19    Cruces, he was around the majority of the Espanola
20    guys, and they began with the upstart of it on the
21    northern region.  They had the most structure, and
22    began getting us who are on the other sides buying
23    in.  So me buying in, I'm on the side with Valencia
24    County, Bernalillo, and my county is a smaller
25    county.  We have a lot of SNMers from that area.  So
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   we have to get together as that region, and we have
 2   to vote the person in there that we're willing to
 3   follow.  Because he didn't want it to be a version
 4   of:  I'm going to choose this person and you guys
 5   have to follow him.  That's going to cause problems.
 6   He wanted us as individuals to say "Who do you
 7   respect?"
 8            So okay.  There is a consensus, five of
 9   you respect this guy; one says he's willing to
10   follow, he doesn't really like him; but the majority
11   wins, and he's the leader.  So we're willing to
12   follow that person.
13            MR. LOWRY:  Can we pull up 223-A?
14            THE COURT:  I'm sorry, Mr. Lowry?
15            MR. LOWRY:  Can we pull up 223-A?
16   BY MR. LOWRY:
17       Q.   So you don't think this was wishful
18   thinking?
19       A.   No, not at all.
20       Q.   Okay.  So who was responsible for San
21   Juan, McKinley County, and Sandoval?
22       A.   The people responsible for this whole
23   rayo, there wasn't that many people from San Juan,
24   McKinley, and Sandoval.
25       Q.   My question is who?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2565

1       A.   I don't know.  I don't know.  That

2   wouldn't be my direction to find out.

3       Q.   Who was responsible for Rio Arriba?

4       A.   I do not know.

5       Q.   Who was responsible for Taos?

6       A.   What is Espanola County?

7       Q.   Espanola County?  There is no Espanola

8   County.

9       A.   It's in the northern region.  I think it's

10  San Miguel.  Okay.  Go ahead.

11      Q.   Okay.  So you don't know who was

12  responsible for San Juan?

13      A.   No.

14      Q.   You don't know who was responsible for

15  McKinley?

16      A.   No.

17      Q.   You don't know who was responsible for

18  Sandoval?

19      A.   No, not Sandoval.

20      Q.   And you don't know who is responsible for

21  Rio Arriba?

22      A.   No.

23      Q.   You don't know who is responsible for Los

24  Alamos?

25      A.   You're not talking about the northern --

SANTA FE OFFICE                                            MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  oh, no, I do not.  I know who is responsible for
 2  Santa Fe.
 3       Q.    Do you know who is responsible for Taos?
 4       A.    No.
 5       Q.    Okay.  Who is responsible for Santa Fe?
 6       A.    Daniel Archuleta, Smurf.
 7       Q.    Who is responsible for San Miguel?
 8       A.    No one.
 9       Q.    Who is responsible for Mora?
10       A.    No one.
11       Q.    Who is responsible for Colfax?
12       A.    No one.  The hub for SNM in the northern
13  region is Espanola and Santa Fe.  So they would
14  control all four directions, all four rayos.
15       Q.    So you said there was one individual
16  responsible for --
17       A.    All four of those.
18       Q.    And that individual's name was --
19       A.    Smurf, Daniel Archuleta.
20       Q.    Who voted him in?
21       A.    The Espanola guys.
22       Q.    Who are they?
23       A.    I'm not -- okay, it would be Larry
24  Martinez, Psycho.  It would be Swamp, Leroy Romero.
25  Tono Martinez.  Mono -- I don't know his real name.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2567

1   I know Daniel Archuleta was there at the time.  And

2   one other individual.  I don't recall his name.

3   There's pictures in the discovery of them.

4        Q.   And that brings me back to a point.

5   That's one of the reasons you know so much about

6   this is because all of this was in discovery on your

7   tablet?

8        A.   These are my carnals.  I know them.

9        Q.   Right, but you had access --

10        A.   Yeah, I seen the pictures in the

11   discovery.

12        Q.   You have had that for years to study?

13        A.   For two years, yeah.

14        Q.   And after two years of study, you can't

15   tell us who represented any of these other rayos?

16        A.   There is no carnals for me in the rayos.

17             THE COURT:  Ms. Armijo, do you have a copy

18   of this document for me, for the Court?

19             I wasn't trying to cut you off, Mr. Lowry.

20             MS. ARMIJO:  223-A or --

21             THE COURT:  753.

22             MS. ARMIJO:  I'll give you the original.

23             THE COURT:  Is that a copy the Court can

24   use, or is that --

25             MS. ARMIJO:  I will get a copy for the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Court to use.  This is the original.
 2              THE COURT:  Do you have a copy, then, for
 3   the witness?
 4              MS. ARMIJO:  Yes, we do, so the Court can
 5   use this.
 6              THE COURT:  Let me make a copy.  Why don't
 7   you make a copy real quick so I don't --
 8              MS. ARMIJO:  Oh, Your Honor, we do have a
 9   copy.  I'm sorry.
10              THE COURT:  Why don't you hand that back
11   to them, then.  Was it a two-page -- oh, it's front
12   and back?
13              MS. ARMIJO:  Yes.
14   BY MR. LOWRY:
15       Q.   Mr. Rodriguez, with regard to Exhibit
16   753 --
17       A.   Which one is that one?
18       Q.   I believe --
19       A.   Oh, yeah.  That's the one I drew, yes.
20       Q.   When did you draw this?
21       A.   On Saturday.
22       Q.   And who asked you to draw it?
23       A.   Nobody.  I drew it myself.  I brought it
24   up that I knew the thing, and I think they asked me
25   if I could draw it.  I don't remember who.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Where were you sitting when you drew it?

2    A.   In my cell.

3    Q.   And you drew it by yourself?

4    A.   Yes, through memory.  Some of the rayos on

5  the bottom, on the Dona Ana area, because I didn't

6  have the map of New Mexico, so that's all from

7  memory right there.

8    Q.   So you said you had a conversation with

9  the United States about whether you --

10   A.   Prior to drawing it, yes.

11   Q.   Who did you have that conversation with?

12   A.   I think it was the prosecution.

13   Q.   Okay.  Who?  Which one?

14   A.   I think it may have been Mr. Castellano or

15  Maria.  I just told them I knew the whole -- when I

16  seen that picture of the northern area, I told them

17  I knew the whole layout, and they asked me to do it.

18   Q.   But you've seen that picture of the

19  northern area for --

20   A.   Since 2011.

21   Q.   But I mean, on the tablet you've had it

22  since 2016?

23   A.   Yeah, 2016 -- no, 2015; right?

24   Q.   2015?

25   A.   Yes.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And that conversation never happened until
 2   last week?
 3        A.   Right.
 4        Q.   Was anybody else in the room when you had
 5   that conversation with --
 6        A.   Probably I think it might have been a
 7   couple officers, maybe.
 8        Q.   And by "officers," you mean correctional
 9   officers?
10        A.   Correctional officers.
11        Q.   Did this conversation happen at the Level
12   6 facility?
13        A.   No.  I've been in Santa Fe -- I mean, I've
14   been in Cruces.
15        Q.   In Las Cruces?
16        A.   Yes.
17        Q.   At the Southern facility; right?
18             MS. ARMIJO:  Your Honor --
19             MR. LOWRY:  Pardon me.
20   BY MR. LOWRY:
21        Q.   Inside a correctional facility?
22        A.   Yes.
23             MR. LOWRY:  No further questions, Your
24   Honor.
25             THE COURT:  All right.  Thank you, Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Lowry.

 2          Anybody else?

 3          MS. JACKS:  Your Honor, I think we made

 4  our objections at the bench.  It was my

 5  understanding the Court was going to limit the

 6  exhibit.

 7          MR. LOWRY:  Your Honor, may we approach

 8  very quickly?

 9          THE COURT:  Yeah.  Hold on.  Let me see if

10  I can read this on the back of the exhibit.

11          All right.  Why don't y'all approach?

12          (The following proceedings were held at

13  the bench.)

14          THE COURT:  I'm having trouble reading the

15  back of this, but I guess I don't understand how

16  this reflects Baca's plans.  If it's a description

17  of where things were at the time, explain to me how

18  these are -- how this document reflects Baca's

19  plans.

20          MS. ARMIJO:  This one, as Mr. Rodriguez

21  will testify, this is based on his conversations

22  with Mr. Baca, the structure that Mr. Baca -- when

23  coming back from out of state to get everything

24  organized with the SNM.  I think we've already heard

25  from other members as to when he came back, he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  wanted more regimen and people to exercise more and

2  everything.  This is part of his plan.

3          THE COURT:  Well, just explain it to me.

4  For example, just pick something here, Valencia,

5  Cibola, how does that reflect Mr. Baca's plan?

6          MS. ARMIJO:  Mr. Baca's plan wanted

7  different representation, like this says "sergeant."

8  So he wanted a sergeant from Valencia and Cibola.

9  So the different areas, he was wanting to assign a

10  sergeant to the different areas.

11          And then I believe he said there would be

12  an overlap, four captains, with him in the middle,

13  and then sergeants, representatives from the

14  different areas.  So you have the members, and you'd

15  have the sergeants from each of the areas

16  represented, and then you would have the captains.

17  I believe he previously testified to that.

18          THE COURT:  Well, if you think this is

19  going to be Baca's plans -- and I believe he said

20  that Baca followed through on some of them -- why

21  isn't this going to be an 803-3 issue of Mr. Baca's

22  then-existing state of mind such as motive, intent

23  or plan?  So that it's got a nonhearsay purpose, and

24  I should not give a limiting instruction here.

25          MR. LOWRY:  Your Honor, there is no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  evidence that this was his state of mind.  All of

2  these comments on this are not Mr. Baca's.  They're

3  Mr. Rodriguez'.  And there is no evidence whatsoever

4  that any of this notion were ever carried out, none.

5  This is --

6          THE COURT:  I thought he testified just a

7  moment ago that some of them were.  I don't know if

8  it's true or not.  That's not for me to decide.  But

9  his testimony is that these are his plans.  And I

10 guess I understand better now the chart.  It seems

11 to me it's got an 803-3 purpose, not Mr. Baca's

12 plans or motive.  I'm not seeing the basis for a

13 limiting instruction.

14         MR. LOWRY:  There is no evidence.  If you

15 eliminate the limiting instruction, Your Honor, what

16 you're saying is this comes in as substantive

17 enterprise evidence.  But there is, again -- there

18 is no evidence whatsoever.  Well, he did testify

19 that he can't name, other than one person, a single

20 person that purportedly bought into this plan.

21 And --

22         THE COURT:  That's not necessary for his

23 state of mind.  Here's what I'm going to do:  I'm

24 going to admit it, but I'm not going to give a

25 limiting instruction.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MR. LOWRY:  Could we at least limit it to
 2    the face page, because none of this -- this is
 3    highly prejudicial on page 2.  It's talking about --
 4            THE COURT:  What is on page 2?  I am
 5    having a hard time reading it.
 6            MR. LOWRY:  I am, too, Your Honor.
 7            THE COURT:  Are you going to elicit any
 8    testimony on page 2?
 9            MS. ARMIJO:  Page 2 represents a lot of
10    it.
11            THE COURT:  Represents what?
12            MS. ARMIJO:  It's an explanation of the
13    map.
14            THE COURT:  Represents what?
15            MS. ARMIJO:  The map, it talks about --
16    and I think I would be eliciting testimony --
17    elections every four years.  He talks about north,
18    south, east, west, captain, and explanation how the
19    captains come together and everything.  So yes, I
20    would be.  And it also represents with the dot
21    inside --
22            THE COURT:  And all of this came from Mr.
23    Baca?
24            MS. ARMIJO:  Yes.
25            MS. DUNCAN:  Your Honor, if I could be
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   heard on this.  These are Mr. Rodriguez' statements.

2   He can testify what Mr. Baca said, but this is

3   essentially a 302 that they're trying to introduce

4   of Mr. Rodriguez.

5           THE COURT:  If you want to voir dire some

6   more on it, you can.  But right at the moment it's

7   all Mr. Baca's.

8           MS. DUNCAN:  That's not my point.  I

9   understand what he's saying.  What I'm saying is:

10  The notes on the back is a summary of what Mr.

11  Rodriguez is testifying to, so it's essentially the

12  Government trying to bring in a 302 of the

13  statements in the past.  So this is similar just to

14  getting up and drawing on the white board.  One

15  thing -- they're not just using it for that purpose;

16  they're trying to bring in Mr. Rodriguez' statement,

17  memorialize it, and give it to the jury.  That's

18  improper.  Even if the Court is inclined to bring in

19  the demonstrative diagram to talk about Mr. Baca's

20  statements or plan, it should not admit page 2.

21  It's a police report, essentially, of a witness

22  statement.  He can testify to it, but it shouldn't

23  be memorialized and given to the jury as an exhibit.

24          THE COURT:  Well, I'm going to admit it

25  and without a limiting instruction at the present

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  time.

2        MS. BHALLA:  Just for the record, I think

3  that we want to note that we object and believe a

4  limiting instruction as to Mr. Herrera especially,

5  because it doesn't appear that he knew who were

6  supposed to be leaders.  And the implication is that

7  the other people in the courtroom may have been in

8  leadership positions based on that document.  And I

9  think that during the voir dire, what came out is he

10  doesn't know.  And I think that it's unfair for that

11  inference to be drawn that our clients are

12  implicated in that, when Mr. Rodriguez doesn't know.

13        THE COURT:  I think this is my copy, isn't

14  it?  Is this the original?

15        MR. BECK:  I think that's probably the

16  original.

17        MS. ARMIJO:  That's a copy.

18        MS. JACKS:  For the record, Your Honor,

19  Defendant Sanchez also joins in that objection.

20        THE COURT:  Well, if in your cross, you

21  know, you can establish what -- something that's

22  different than what I'm seeing, I can give a

23  limiting instruction at that time.  Right at the

24  moment, it seems to me that it comes in as Mr.

25  Baca's state of mind.  But I'll listen and y'all can



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2577

1  re-approach.

2          MS. BHALLA:  Okay.  Thank you, Your Honor.

3          MS. JACKS:  May I be heard?  I think if

4  it's going to come in as evidence of Mr. Baca's

5  state of mind, then the jury should be instructed as

6  to that, if it's Mr. Baca's state of mind.

7          THE COURT:  We don't normally explain

8  hearsay exceptions to them.

9          MS. JACKS:  I mean, if it's coming in to

10  show the state of mind, that is a limited purpose,

11  not substantive.

12          THE COURT:  Not on 803-3.  It's just an

13  exception.  You can re-approach.

14          (The following proceedings were held in

15  open court.)

16          THE COURT:  All right.  The Court will

17  admit Government's Exhibit 753 into evidence.

18          (Government Exhibit 753 admitted.)

19          MS. ARMIJO:  All right.  We will be

20  showing Exhibit 753.

21              CONTINUED DIRECT EXAMINATION

22  BY MS. ARMIJO:

23      Q.  Mr. Rodriguez, what is it that we're

24  looking at?

25      A.  The breakdown of the SNM structure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

PROFESSIONAL COURT
REPORTING SERVICE

 1       Q.   Okay.  And I believe we've already heard

 2  testimony that you -- that this is actually your

 3  drawing; is that correct?

 4       A.   Yes, ma'am.

 5       Q.   Okay.  And what did you base it off of,

 6  again?

 7       A.   Off of what I learned from Pup, Anthony

 8  Baca.

 9       Q.   Okay.  Can you please -- and I'm going to

10  first ask that the top half be focused in on.

11            (Cellphone interruption.)

12            THE COURT:   That's very happy.

13       Q.   All right.  Mr. Rodriguez, what is it that

14  we're looking at?

15       A.   The top northern part of Zia symbol.

16       Q.   Okay.  And I'm going to point out a couple

17  of different things.  You have numbers here 1, 2, 3

18  and 4?

19       A.   Right.

20       Q.   What do those represent?

21       A.   Each rayo, just clockwise, the rayos that

22  these are.

23       Q.   Okay.  And then you have -- I'm just going

24  to use this one as an example.

25       A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2579

```
 1        Q.   I drew what looks like a footprint on
 2   Exhibit 753, the top northern rayo, labeled Number
 3   1; is that correct?
 4        A.   Yes, ma'am.
 5        Q.   What is the first part up here that says
 6   "STG" and there is a dot?
 7        A.   That would be a sergeant on the streets.
 8        Q.   Okay.  And then what do you have written
 9   down below that?  What does that represent?
10        A.   That's -- the counties?  Or in the dot in
11   the rayo?
12        Q.   I'm sorry.  Underneath where it says
13   "sergeant."
14        A.   Those are the counties.  And if there was
15   SNMers from that area, they would choose that SNMer
16   to be a sergeant of that area.
17        Q.   So this is talking about out on the
18   street?
19        A.   Yes.  Any dot outside of Zia is the
20   streets.
21        Q.   Okay.  And there is a sergeant outside on
22   the -- let me clear this up a little bit.
23             Oh, thank you, Ms. Standridge.
24             Okay.  And then what does this mean in
25   here?  And I'm focusing to the rayo that says Number
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   1, and I circled the top part of it.  There is a dot

 2   there.

 3        A.   That would be the individual elected to be

 4   the lieutenant inside the prison of that direction.

 5        Q.   So are the rayos -- so you have number 1,

 6   a lieutenant inside?

 7        A.   Right, of San Juan, McKinley, and

 8   Sandoval.  If there was carnals from that area, he

 9   would be the lieutenant who reported to the captain

10   and to Pup based on that area.

11        Q.   Okay.  Now, I'm going to kind of draw a

12   line here.  You have a dot on the inner circle that

13   says CPT.  What does that represent?

14        A.   That would be a captain.

15        Q.   Okay.  And how many captains are there?

16        A.   Four.

17        Q.   And from what areas?

18        A.   Okay --

19        Q.   I mean in general, do the four areas --

20        A.   There are just four captains, and they

21   report to Pup.

22        Q.   Okay.  And are each of the captains from

23   the north, south, east, and west?

24        A.   Yes.

25        Q.   And is that how you have it written on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Exhibit Number 753?

2      A.   Yes.  That captain would be in charge of

3  all three of those rayos in the north.

4      Q.   I'm just going to draw here -- I drew on

5  753, the top part of it, that says "captain."  So

6  would the captain then be in charge of all this area

7  that I have encircled, which would be the four

8  inside lieutenants and then the sergeants on the

9  streets?

10     A.   Right.

11     Q.   All right.  And then if we can now go

12  towards the middle section.  Focus in on it.  Okay.

13  Maybe a little bit smaller.  I'm sorry.  That was

14  too much.  Let me just look at it normal again.  I'm

15  sorry.  There we go.  Okay.

16          Now, I'm looking at the middle section and

17  I believe now we can see it encircling the whole

18  thing.  Now we can see that there's four captains;

19  is that correct?

20     A.   Yes, ma'am.

21     Q.   Who do the captains report to?

22     A.   Pup.

23     Q.   And is that what you have in the middle of

24  the Zia?

25     A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And then going to each side, I believe you

2    indicated that you would have been on the eastern?

3    A.   Yes.

4    Q.   Okay.

5    A.   Yeah, the western.

6    Q.   Western, I'm sorry.

7    A.   The Grant, Sierra, Catron, on the second

8    rayo right there.

9    Q.   So this would have been where you were?

10   A.   Yes, ma'am.

11   Q.   Okay.  And so then you have other areas

12   there that are on the eastern part of the state, as

13   you best recollect?

14   A.   Yes.

15   Q.   And I believe you have -- and the western

16   part is set up the same way?  You have a sergeant

17   out on the street to cover each of them?

18   A.   It's all an election process.

19   Q.   Election by whom?

20   A.   Election by individuals from that

21   direction.  So me being from Grant County, we from

22   Grant County and anyone from Catron or Sierra would

23   come together and say, "Who do we want to lead us?"

24        And we would approve that, and then that

25   person would be an LT.  He would appoint the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sergeant on the streets.

2         Q.   Okay.  And that was going to be my

3    question.  How does the sergeant get appointed?

4         A.   That's the LT, because he needs someone

5    that's going to go forth with his -- like his

6    right-hand man.

7         Q.   Now, some of these rayos only have, like,

8    one.  I see that Bernalillo just has one, and Dona

9    Ana just has one, as opposed to some of the others

10   that have three.  Why is that?

11        A.   Because they're bigger counties.  And

12   there's more SNMers from those areas.

13        Q.   Now, I believe when Mr. Lowry was asking

14   you questions, you indicated that the southern part

15   of this was already getting into --

16        A.   Northern.

17        Q.   I'm sorry?

18        A.   The northern.

19        Q.   Oh, the northern part.  I'm sorry.  The

20   northern part was already getting into -- already

21   being put into play?

22        A.   I think it was put -- more simply put into

23   place there because there was a smaller pool of

24   SNMers from Espanola.  And from all these areas like

25   Bernalillo, Valencia, Grant County, you've got a lot

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2584

1   of SNM members.  So you have to get -- you have to

2   reach all them guys.  He was in Southern with most

3   of the Espanola guys, so he was able to get them on

4   board with it.

5        Q.   Okay.  Now, then, let's see.  Going to the

6   eastern part of the state, is it set up the same

7   way?

8        A.   Yes.

9        Q.   Okay.

10        A.   It's set up so that when Mr. Lowry was

11   asking me about the northern area, the issue with --

12   say if there was a carnal from Rio Arriba, I

13   wouldn't know his position, because that's not my

14   business.  The whole thing is that the only people

15   that interfere with all four directions is Pup.  I

16   can't be from the western side and interfere with

17   the northern side.  That's not my direction.  They

18   have to recruit the SNMers, because I didn't grow up

19   in those areas.

20             MR. LOWRY:  Your Honor, can we object to

21   this line of questioning?  It verges on expert

22   testimony, 701.  No factual basis.

23             THE COURT:  Well, lay a foundation.  If it

24   all came from Mr. Baca, that's one thing.  But if

25   it's something else, you probably need to make it

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  clear as to where the information is coming from.

2  BY MS. ARMIJO:

3      Q.   Where did this information that you're

4  testifying to come from?

5      A.   From Anthony Baca.  Like I said, I bought

6  in fully to this.  When he started teaching me this

7  stuff and the culture of New Mexico, I bought in

8  fully.

9      Q.   Okay.  Now, so you would not, as being

10  from the western part of it, have anything to do

11  with the other three sets of rayos?

12      A.   No.

13      Q.   Would you have anything to do -- I believe

14  that you would be, you said, on the second --

15      A.   Right.

16      Q.   -- rayo?  On the western part of the

17  state.  Would you have anything to do, then, with 1,

18  3 or 4 of the western part of the state?

19      A.   If I was a captain, yes.  But not if I'm

20  just the LT in that direction.

21      Q.   Did Mr. Baca indicate anything as far

22  as -- so what do the dots represent?  I'm sorry.

23  Let me ask you this.

24      A.   Individual SNM members.

25      Q.   And is there anything as far as the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   election part of it?
 2        A.   The election part of it is that you go for
 3   election every four years.  So whoever you elect --
 4   he says whoever you elect, make sure you're ready to
 5   follow them, because you can't go for reelection
 6   for -- after the four years.  So they're there for
 7   four years.
 8        Q.   Okay.  And do you know -- and you may not
 9   know -- could they be reelected?
10        A.   Yes.
11        Q.   And so you'd already indicated nobody gets
12   involved on other people's rayos?
13        A.   Right.
14        Q.   What about -- how, if any, if you know,
15   does politicking or any sort of thing that's going
16   on out on the streets come into play with this?
17        A.   This was to pretty much prevent that from
18   happening in other directions.  If you got involved
19   in southern politics from the northern area, you
20   were going to get in trouble; you had a violation
21   coming.  That's not your direction to be getting
22   into those guys' areas and telling them, "Why do you
23   elect this guy?"  They can't do it.
24        Q.   Okay.  So what was going to happen with
25   this?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    You would have -- what was happening with

 2   what?

 3        Q.    With this structure.  What was going to

 4   happen?

 5        A.    It was going to be a more simple and more

 6   refined SNM.  Say Pup has an issue going on in the

 7   northern region, all the SNM members are known from

 8   up there.  So if there is a hit to take place,

 9   they're pretty much who's going to look after it.

10   So he would get someone from the eastern, western,

11   the south to form a hit team to go up north and take

12   out huevos and leave, so you're not known.

13             MR. LOWRY:  I object to this line of

14   questioning and the answer.  There is no evidence

15   whatsoever that any hits ever took place under this

16   plan or this ever was implemented by anybody, other

17   than imagination.

18             THE COURT:  Why don't you try to -- as you

19   were doing earlier, I think he indicated that some

20   things were implemented and others were not.

21        A.    I think I said "if" there is any hits that

22   needed to be done.

23   BY MS. ARMIJO:

24        Q.    Okay.  And so let me just be clear.  What

25   you're talking about is a plan that was to be used
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and implemented if there was something to be done?

2       A.   Right.  Drug distribution.  Say someone

3  from the eastern rayos are doing good on drugs, he

4  would connect two individuals on the east and the

5  west, and they would work together to pretty much

6  lock down the whole state.

7            THE COURT:  Just have the witness, in the

8  testimony, make it clear what is a plan, and then if

9  it actually came about, then we may need to separate

10 it out so that people can make objections to that.

11      Q.   And again, just to be clear, was this the

12 plan?

13      A.   This was the plan.

14      Q.   And you indicated that you bought into it.

15      A.   Bought in fully.

16      Q.   Fully?

17      A.   Fully.  I was 100 percent in.  I was

18 willing to take a backseat to anyone who was able to

19 lead the ride in the right way and leave my politics

20 out of it.  If I didn't like you but you were

21 leading us right, I would take a backseat because I

22 wanted this to work.

23      Q.   Okay.  And so now also in 2011, during the

24 time that you were talking with Mr. Baca and learned

25 this -- hold on.  Let me go on.  I believe I wanted

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  to clarify a couple of things.  I believe you
 2  earlier testified about your 2009 incident --
 3       A.    2008.
 4       Q.    -- 2008 incident regarding how you were
 5  burned on the drug activity?
 6       A.    Robert Esparza?
 7       Q.    Yes.  What sort of drugs were involved?
 8       A.    Heroin, marijuana, and I think some
 9  cocaine.
10       Q.    And what was your involvement in that as
11  far as -- were you using drugs or were you selling
12  drugs?
13       A.    I was using and selling.
14       Q.    And who were you selling to?
15       A.    To Robert Esparza and other -- I think he
16  had a homie named Biaso, and just whoever would ask
17  for it, you're looking for it, we had it.
18       Q.    Okay.  And then the other thing I wanted
19  to clear up, the 2011 incident, you indicated that
20  with Mr. Sosoya, you indicated that you bypassed the
21  strip searches?
22       A.    Right.
23       Q.    What did you mean by that?
24       A.    I hid my weapon so that the officer
25  wouldn't see it.  I was -- we would come out of our
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   cell one at a time and go to the strip cage.  The

2   strip cage door is open and the officer watches the

3   strip.  We proceed to get naked, and I had a knee

4   brace with an ace bandage under it.  I got my weapon

5   and strapped it to my leg, to where it was pretty

6   much a part of my body.  I put the knee brace over

7   it.  And when they asked me to lift up my knee

8   brace, I lifted it up, and that was it, and I go out

9   to the yard.

10      Q.   You also indicated, I believe, that you

11  were possibly doing some studying at some time.

12      A.   Right.

13      Q.   What were you talking about then?

14      A.   When I joined the SNM, a day for chow, the

15  COs are passing out chow, I think it was probably a

16  lunch, he slides in a manila envelope about that

17  thick, and it was from Arturo Garcia.  I proceeded

18  to read it.  It was Stoicism from Seneca, Marcus

19  Aurelius' personal journals, leadership qualities,

20  Art of War by Sun Tzu; Robert Green, anything by

21  Robert Green.  Anything and everything to prepare

22  your mind to be a better soldier, a better SNM

23  member.

24      Q.   And is this something that you did?  You

25  read all those books?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2591

1      A.   Read it.  I devoured it.  It was all

2   handwritten personal excerpts taken out of one book

3   and twisted to turn into a belief of SNM.  We'll

4   take an excerpt, we'll take a paragraph, and we'll

5   maybe switch a couple words, and it will be

6   implementing the SNM to train your mind.

7      Q.   Now, and I believe you also were talking

8   about -- when Mr. Lowry was asking you questions,

9   that you indicated you were familiar with Mr. Baca's

10  writings.  You were talking about -- I believe you

11  indicated something about "we all write appeals and

12  that."  Can you explain that to the jury?

13     A.   So say I get a disciplinary report.  I get

14  locked down.  I'll defend myself, then I'll appeal

15  it to the Department of Corrections to try to beat

16  it.

17          If I'm in protective solitary confinement,

18  I'll write an appeal and a formal complaint and it

19  goes to a grievance.  Then I turn it into a habeas

20  corpus to go to the streets to get out of Level 6

21  sooner.  To the administration, if you have issues

22  going on where you feel you're locked down for the

23  wrong reasons, you file appeals.

24     Q.   Okay.  And is that something that is

25  expected of you as an SNM Gang member?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2592

```
 1        A.   Not expected, but for those of us who want
 2   out of Level 6, we try everything to get out, you
 3   know.  And some of us help each other, you know.
 4   The ones that are good at it, we will help write
 5   their appeals and try to get each other out, try to
 6   get each other to beat the reports.
 7        Q.   Now, I believe you already mentioned that
 8   you knew Daniel Sanchez; is that correct?
 9        A.   Yes, ma'am.
10        Q.   All right.  And what year did you meet
11   him?
12        A.   I think it was 2007, 2008, around there --
13   no, 2006, 2007.
14        Q.   And what was his position with the SNM?
15        A.   At that time I know he was going to be a
16   replacement for Arturo Garcia on the tabla.  Arturo
17   Garcia on the tabla -- there were rumors they were
18   going to get sent out of state, to Hawaii.  So he
19   was Arturo's right-hand man.
20        Q.   What did you think of Mr. Sanchez?
21        A.   I liked him.  I looked up to him.  He was
22   someone that encouraged me to speak up when things
23   were going wrong.  He was somebody to uplift you and
24   treat you right.
25        Q.   Now, did you have conversations with him
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   in reference to an incident that occurred after you

 2   had met him, that occurred previously?

 3        A.   Yes, ma'am.

 4        Q.   Okay.

 5             MS. ARMIJO:  And if I just may have a

 6   moment?

 7             THE COURT:  You may.

 8   BY MS. ARMIJO:

 9        Q.   Now, you were housed with him initially

10   where?

11        A.    In the North facility.

12        Q.   And do you recall approximately how long

13   you were housed with him at the North facility?

14        A.    I've lived with him throughout the years

15   in the Level 6 when -- we lived in the same pod

16   together for maybe a year.  But we'd see each other

17   in the yard, the Level 6 yard.

18        Q.   Then I'm going to fast-forward.  You

19   indicated that you moved to Southern in late 2013,

20   approximately?

21        A.   Around December.

22        Q.   And was he there at that time?

23        A.   Yes, ma'am.

24        Q.   And where was he in relationship to where

25   you were when you moved to Southern?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2594

```
 1        A.   Like where did he live?

 2        Q.   Was he in the same pod or the same

 3   building?

 4        A.   I showed up to 1-A blue pod.  He was in

 5   that pod on the top tier.

 6        Q.   Okay.  So in the same pod?

 7        A.   Yes, ma'am.

 8        Q.   All right.  When you met Mr. Sanchez, did

 9   he have -- did you learn about an incident that had

10   happened with him?

11        A.   Yes, ma'am.

12        Q.   Previous to your meeting him?

13        A.   Yes, ma'am.

14        Q.   And how did you learn of the incident?

15        A.   We spoke about it, he and I.

16        Q.   And what did he tell you about it?

17        A.   That he had stabbed a Sureno because the

18   Sureno had stabbed one of our carnals in the Hobbs

19   facility.

20             MR. LOWRY:  Your Honor, can we get a

21   limiting instruction on this?

22             THE COURT:  All right.  These are comments

23   that can only be used -- or evidence that can only

24   be used against Mr. Sanchez and cannot be used

25   against the other three defendants.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              All right.  Ms. Armijo.

2              MS. ARMIJO:  All right.

3    BY MS. ARMIJO:

4         Q.   And you indicated this happened where?

5         A.   At the South facility, Level 5.

6         Q.   And you indicated that he stabbed what

7    gang member?

8         A.   A Sureno.

9         Q.   And are the Surenos -- do they get along

10   with the SNM?  Are they rivals?

11        A.   We try to function and have respect, but

12   we tell them it's all good, and then usually the

13   time we see them, we try to stab them.

14        Q.   Okay.  And what was the reason for this?

15   Did he tell you what the reason was for the

16   stabbing?

17        A.   Yes.  The Surenos in Hobbs, in Level 3,

18   stabbed a guy named Spook, who was an SNM member

19   from his hometown, Belen.

20        Q.   So what did Mr. Sanchez do?

21        A.   Well, what usually happens in prison is

22   coincidence, when an individual like that -- they

23   put him in an SNM pod, they stab an SNMer, they put

24   them right in the midst of the SNM.  So the SNM were

25   taking turns with the fierro in the showers.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    think three SNMers were trading it off.  It just

2    happened to be that Dan was in the shower when the

3    guy, Rhino, was in the shower.  He came out of the

4    shower and proceeded stabbing him and the officer.

5        Q.   And he stabbed who else?

6        A.   I think he stabbed the officer for getting

7    in the way.  I think he stabbed him one time in the

8    vest.

9        Q.   And did Mr. Sanchez tell you about this

10   incident?

11       A.   Yes, ma'am.

12       Q.   And in your eyes, would that have been an

13   SNM-related incident?

14       A.   Yes, ma'am.

15       Q.   Now, I believe you've already identified

16   Mr. Herrera.  When you -- when did you meet him

17   again?

18       A.   In 2005.

19       Q.   And are you aware of whether or not he has

20   a tattoo that's gang-related?

21       A.   He has a Zia symbol on his stomach with an

22   S in it for Syndicato.

23       Q.   Now, were you aware of whether or not,

24   when you went to Southern in 2013 -- of whether or

25   not he was there?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, he was there.

 2        Q.    Where was he being housed?

 3        A.    He was in yellow pod.

 4        Q.    Did he have a position in yellow pod?

 5        A.    Yeah.  He was on the tabla.  He was one of

 6   the key-holders in yellow pod.

 7        Q.    Okay.  Explain what key-holders is.

 8        A.    It's a voted member of the tabla, pretty

 9   much.  If Arturo or one of the original tabla

10   members show up, he wouldn't have it.  So it's just

11   an elected position.

12        Q.    A leadership position?

13        A.    A leadership position.

14        Q.    Now, what about Rudy Perez?  Do you know

15   Rudy Perez?

16        A.    Yes, I know who he is.

17        Q.    Do you see him in the courtroom today?

18        A.    Yes, ma'am.

19              MR. VILLA:  Your Honor, we'll stipulate.

20              THE COURT:  Does that work for you, Ms.

21   Armijo?

22              MS. ARMIJO:  Yes, Your Honor.  Thank you.

23   BY MS. ARMIJO:

24        Q.    When did you meet him?

25        A.    When I showed up in Southern New Mexico
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1   Correctional Facility.

 2        Q.   Do you know if he's a member?

 3        A.   Yes, ma'am.

 4        Q.   Is he?

 5        A.   Yes.

 6        Q.   And where was he being housed in

 7   relationship to where you were housed?  Not exactly

 8   cells, but was he in the same pod or a different

 9   unit?

10        A.   He was in the same pod with me.

11        Q.   I'm going to go to when you went to

12   Southern, you indicated, in December of 2013.

13        A.   Right.

14        Q.   When you got there, was Mr. Baca there?

15        A.   No.

16        Q.   Do you know where he was?

17        A.   He was in the North facility.

18        Q.   And where were you coming from?

19        A.   I was coming from the South facility.

20        Q.   How long had you been, approximately, at

21   the South facility?

22        A.   For nine to ten months.

23        Q.   And then do you know, was that part of the

24   process of, if you know, being Level 6 and then when

25   you were in the South facility, what level were you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Level 5.
 2        Q.    Okay.  And when you went down to Southern,
 3   the Southern New Mexico Correctional Facility, what
 4   level were you there?
 5        A.    Level 4.
 6        Q.    So you had worked your way down to Level
 7   4?
 8        A.    Yes, ma'am.
 9        Q.    Okay.  What pod did you go into?
10        A.    1-A blue pod.
11        Q.    I'm going to have some pictures displayed
12   that are already in evidence.
13              Can we get Exhibit Number 20 displayed?
14              Are you familiar with that scene?
15        A.    Yes.
16        Q.    What are we looking at?
17        A.    Looking at the view from the front
18   entrance door, the bottom tier stairs, the top tier
19   stairs.
20        Q.    And is that where you were housed?
21        A.    Yes, ma'am.  Right there in 111.
22        Q.    Oh, okay.
23        A.    There is 110 and 111, yes, ma'am.
24        Q.    I'm circling it on the bottom right hand
25   of the screen?
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492
                                                    1-800-669-9492
                                         e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   Yes.

 2        Q.   All right.  And then are you familiar with

 3   the setup at Southern as far as the buildings?

 4        A.   Yes, I am.  Just that area, though.  I was

 5   only there for three months, so just the unit I was

 6   in.

 7        Q.   Now I'm going to show you Exhibit Number

 8   162, which is in evidence.  And this indicates that

 9   it is a Southern New Mexico Correctional Facility

10   unit floor plan.  And if you are aware or not, are

11   you aware of whether or not the buildings -- you

12   indicated that you were in a pod; correct?

13        A.   Right.

14        Q.   Blue pod?

15        A.   Yes.

16        Q.   Are you aware of whether or not the

17   building, the entire building that you were in, had

18   other pods in it?

19        A.   Yes, it did.

20        Q.   Okay.  How many other pods were in it?

21        A.   Two conjoining pods.

22        Q.   Okay.  And do you know where -- and I'm

23   looking at Exhibit Number 162 -- blue pod was?

24        A.   Yes.

25        Q.   Where would it have been on this screen?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    It's on the -- it's the bottom corner one.

2      Q.    The bottom corner one?

3      A.    Yes.

4      Q.    Where I've circled?

5      A.    That one.

6      Q.    That would have been the blue pod?

7      A.    That's blue pod.

8      Q.    Okay.  And what was the pod in the middle,

9  if you know?

10     A.    Yellow pod.

11     Q.    Okay.  And what is the pod to the right,

12  this one on top?

13     A.    That's green pod.

14     Q.    Okay.  Now are those the official names,

15  or are those the names that people use because

16  that's the color that the doors are?

17     A.    That's the color the doors are.  So the

18  one in the middle would be 1-A A.  The one I lived

19  in was 1-A B, and green was, I think, 1-A C.

20     Q.    Okay.  And does the 1-A refer to the

21  building?

22     A.    Yes.  It's the whole building as a whole.

23           MS. ARMIJO:  I'm going to use a couple of

24  exhibits and I believe the defense does not have an

25  objection.  But before I move for their admission,

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                            201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   I'm going to actually draw on it.  So Your Honor,
 2   I'm going to put up two exhibits on the Elmo but I
 3   have permission from defense counsel to use it as
 4   demonstrative evidence with Mr. Rodriguez.
 5            THE COURT:  Is that agreeable with all the
 6   defendants?
 7            MS. JACKS:  Yes, Your Honor.
 8            THE COURT:  Do you want to identify the
 9   exhibits, Ms. Armijo?
10            MS. ARMIJO:  Yes, Your Honor.  Exhibit
11   Number 752 is a New Mexico State Police diagram, not
12   to scale.  752 is the lower level of what would be
13   blue pod.
14            THE COURT:  Okay.  You gave me 752 twice.
15   Is the second one --
16            MS. ARMIJO:  That second one there is 751,
17   as well.  So one would be an upper level and one
18   would be a lower-level diagram.  I believe 751 is
19   the upper level, and then 752 indicates that it's
20   the lower level.
21   BY MS. ARMIJO:
22       Q.   And Mr. Rodriguez, are you familiar with
23   this diagram?
24       A.   Yes, ma'am.
25       Q.   Have you seen it in the discovery?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2603

```
 1        A.   I seen it in my original state case for
 2   the Molina murder.
 3        Q.   Okay.  Are you aware, then, that New
 4   Mexico State Police drew this diagram?
 5        A.   No.
 6        Q.   Okay.  But you saw it from there?
 7        A.   I saw it from there, yes.
 8        Q.   It says "New Mexico State Police" on top?
 9        A.   Yes.
10        Q.   Do you believe this is a fair and
11   accurate, although not to scale, diagram of the
12   lower level of the pod that you were referring to as
13   the blue pod?
14        A.   Yes.
15        Q.   Okay.  And the same for 751 except that's
16   upper level?
17        A.   Yes, ma'am.
18        Q.   All right.  Now, do you recall who was
19   living with you at the time in blue pod?  And I'm
20   going to go specifically to March of 2014, and I
21   guess I'll be more specific.  March 6th and 7th of
22   2014.  Are you aware what happened that day?
23        A.   Yes, ma'am.
24        Q.   So can you remember where certain people
25   lived in these units?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2604

```
 1        A.    Yes, ma'am.

 2        Q.    Okay.  I'm going to first start -- and if

 3   you don't remember, you know, just tell me.  Tell me

 4   if I am wrong on anything.  Okay.  Who, if you

 5   recall, was living in 109?

 6        A.    The cell was vacant.

 7        Q.    Vacant?

 8        A.    Yes.

 9        Q.    110?

10        A.    Michael Hernandez.

11        Q.    111?

12        A.    Myself, me.

13        Q.    That was your pod?

14        A.    Yes.

15        Q.    112?

16        A.    Jeffrey Madrid.

17        Q.    Right next to there is the shower; is that

18   correct?

19        A.    Yes, ma'am.

20        Q.    And then we're going to go up to -- I

21   believe it says 113?

22        A.    That was Jerry Montoya.

23        Q.    Room 114 -- cell?

24        A.    I think that cell was vacant.

25        Q.    Okay.  115?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    Rudy Perez.

2      Q.    Okay.  And 116?

3      A.    Ronald Sanchez.

4      Q.    And who is Ronald Sanchez?

5      A.    That's Dan Dan's brother, Daniel Sanchez'

6   brother.

7      Q.    Is he an SNM Gang member?

8      A.    No.

9      Q.    Now, is he an associate?

10     A.    I guess, yeah, he's an associate.

11     Q.    What does an associate mean in your mind?

12     A.    Just a friend that lives around us, just

13  someone that's in good standing with the SNM and

14  carries himself right and respectful.

15     Q.    I'm showing you Exhibit 751, and this I

16  believe should be the upper level; is that correct?

17     A.    Yes, ma'am.

18     Q.    101?

19     A.    Jerry Armenta.

20     Q.    102?

21     A.    I believe the next three cells were

22  vacant.

23     Q.    I'm just going to put Vs for vacant.

24  Okay.  105?

25     A.    Javier Molina.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    106?

 2        A.    Jason Wright.

 3        Q.    Does he spell it with a W?

 4        A.    Yes, with a W.

 5        Q.    107?

 6        A.    Daniel Sanchez.

 7        Q.    108?

 8        A.    Timothy Martinez.

 9        Q.    Let's see.  This is the upper level.  So

10   would it be fair to say if I were to take these two

11   diagrams, 7 -- let me go out a little bit.  There we

12   go.  If I were to take these two diagrams and put

13   them on top of each other -- in other words, was

14   Timothy Martinez on top of Ronald Sanchez?

15        A.    Yes.

16        Q.    And was Rudy Perez on top of, cell wise,

17   or below Daniel Sanchez?

18        A.    Yes.  Daniel Sanchez lived above him.

19        Q.    And just for clarification, I'm looking at

20   752, are these -- what are these?

21        A.    Those are tables, sitting tables.

22        Q.    And then in the picture we have, it says

23   "main entrance."  What are these?

24        A.    That's upper-level stairs and the lower

25   level, to go to the bottom tier.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2607

 1      Q.   So then just for purposes of orientation,

 2  is what we're looking at -- if I could have

 3  displayed -- I'm sorry.  I'm going to change it to

 4  photograph 117.  What is this a picture of?

 5      A.   That's the picture of the day of the

 6  Molina murder.

 7      Q.   Okay.  Now, specifically I'm looking at

 8  stairs?

 9      A.   That's the upper level stairs.

10      Q.   Okay.  So in the previous exhibit, 752

11  when it said "up" --

12      A.   Yes.

13      Q.   -- and then there was a main entrance,

14  would we be standing at the main entrance looking

15  into blue pod?

16      A.   Yes, ma'am.

17      Q.   All right.

18           Did you know Javier Molina?

19      A.   Yes, I knew him.

20      Q.   Was he an SNM Gang member?

21      A.   Yes.

22      Q.   Did he have a gang name?

23      A.   I used to call him Javi.  But they called

24  him Crazy, I think.

25      Q.   Now, did you know anything as far as his



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  status when you got to Southern, as far as his

2  status within the gang?

3       A.   Yes.

4       Q.   What was his status?

5       A.   He -- he was a rat.

6       Q.   And what do you mean by "rat"?

7       A.   That he had given information to the

8  police in a case that was on the streets.

9       Q.   And is that allowed?

10      A.   No.

11      Q.   Prior to your coming down to Southern,

12 were you part of any discussion about that?

13      A.   Yes.

14      Q.   Where was that discussion held?

15      A.   In 2013, before I went to the Level 5

16 South.

17      Q.   Okay.

18      A.   I was in the 1-A yard with Robert Martinez

19 and David Calbert.

20      Q.   Okay.  Robert Martinez?

21      A.   Baby Rob.

22      Q.   Baby Rob, the same individual that you had

23 talked about being on the tabla, and with the Sosoya

24 incident?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2609

```
 1        Q.   Okay.
 2        A.   This is the first time myself and Robert
 3   had seen each other since that incident.  So -- and
 4   Calbert was involved in the Silva incident.  This is
 5   the first time we've seen each other.  There was a
 6   lot of politicking going around.  And that's when
 7   Calbert told me he had paperwork on Jerry Montoya
 8   and Javier Molina.  That's the first I heard about
 9   it.
10        Q.   Okay.  And were you anticipating going
11   down to South?
12        A.   Yes.
13        Q.   And did you go down to Southern before
14   anybody else, before the paperwork or after
15   paperwork, if you know?
16        A.   Before or after?
17        Q.   Yes.
18        A.   Say that again.
19        Q.   That was a poor question on my part.  I
20   apologize.  Okay.  You indicated that at that
21   meeting you learned that there was paperwork.
22        A.   Right.
23        Q.   Okay.  What is needed in order for a hit
24   to be carried out?
25        A.   You need to see the paperwork.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What's the significance of that?

2    A.   Some carnals try to get other carnals

3 killed for personal vendettas, personal issues.  So

4 a lot of us were willing to go do the killing, and

5 willing to do that.  We don't want to be used.  So

6 we have to see it.  So I told him, "Well, let me get

7 that, because I'm about to go to the South."

8         And the next day, the caseworker seen he

9 was living in the same unit as his victim, Paul

10 Silva.  So they moved him back to 1-B.  I never got

11 paperwork from him.  I was in 1-A.  I left without

12 the paperwork.

13    Q.   Okay.  So just to be clear, Mr. Calbert

14 had assaulted --

15    A.   Paul Silva.

16    Q.   -- Paul Silva.  And Corrections realized

17 they were being housed -- and that was in 2011, if

18 you recall?

19    A.   It was -- no, this was towards the end of

20 2013, before I went to the South.

21    Q.   Okay.  The conversation -- but I'm talking

22 about the assault.

23    A.   The assault was -- oh, yeah.  It was at

24 the Level 5 facility in 2011.

25    Q.   The same year -- and around the time that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you had had the incident with Mr. Sosoya?

2      A.   A few months prior to the Sosoya incident.

3      Q.   Okay.  So Mr. Calbert was moved?

4      A.   Yes.

5      Q.   And was that expected by you?  That he

6  would be moved, I mean?

7      A.   I knew -- I knew the administration was

8  going to move him.

9      Q.   All right.  Because they didn't want him

10 housed --

11     A.   They didn't want him housed, and Silva was

12 still -- had a little bit of influence.

13     Q.   So going to when you get down to Southern,

14 do you see Javier Molina?

15     A.   I do.

16     Q.   And what was your relationship with him?

17     A.   Well, he was there the day I met Arturo

18 Garcia.  And Arturo Garcia asked me if I wanted to

19 get down with the S.  He was in the yard that day.

20     Q.   So you knew him previously?

21     A.   I've known him since 2005.  We didn't have

22 a relationship back then, but I knew him.

23     Q.   And when you came down to Southern, did

24 you remember him?  And how would you describe your

25 relationship after that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   We didn't have a relationship at that

2   time, but he was hanging out with a good friend of

3   mine, Timothy Martinez.  And that's how we became

4   friends.

5      Q.   Who is Timothy Martinez?

6      A.   He's a good friend of mine from the

7   streets.  I've known him since we were little kids.

8      Q.   And was he friends with Javier Molina?

9      A.   Yes, they were very close.

10     Q.   Okay.  Now, Timothy Martinez, while he was

11  incarcerated -- was he involved in any sort of

12  business?

13     A.   He was a hitter; they call them hitters:

14  Distribution of drugs, bringing in drugs, selling

15  drugs, a lot of money business.  He was into the

16  money part of SNM.

17     Q.   Now, when you say "hitter," you're

18  referring not to physical hits?

19     A.   No, we call hitters people who go to

20  visits and bring in drugs, always have drugs.

21  They're just known to -- someone comes in the pod,

22  oh, he's a hitter.  So everyone knows what that is.

23     Q.   Was Timothy Martinez supplying you with

24  drugs at the time?

25     A.   In Southern?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Yes.

 2      A.   Yes.

 3      Q.   Who was he supplying?

 4      A.   The whole unit, the whole unit.

 5      Q.   So at some point in time when you were at

 6 Southern, did you become aware of somebody coming

 7 down that causes you to do something?

 8           MS. BHALLA:  Objection, Your Honor,

 9 leading.

10      A.   Before --

11           THE COURT:  I don't know how else to ask

12 the question.  Overruled.

13      A.   Before I left the Level 5 facility at the

14 South, I sat down with Lupe Urquizo, Mauricio

15 Varela, and Robert Martinez, and told them to tell

16 David Calbert that I'm not going to do nothing to

17 Molina until I see the paperwork, to bring it, and

18 then I left.

19      Q.   Okay.

20      A.   I was aware that Mauricio Varela and Lupe

21 Urquizo were next after me to go to Level 4.

22      Q.   And how did you know that?

23      A.   Because that's the process.  We were

24 staying out of trouble just to -- it's a

25 six-to-nine-month process to complete the level.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2614

```
 1        Q.   All right.  So you knew that, based upon
 2   how long your time was there?
 3        A.   Yes.  And we knew that Calbert was going
 4   to be coming down to the Level 5 soon, too.  That
 5   was the group I was associated with.  We all have
 6   little groups, little cliques, that we associate
 7   with.  Those are my friends.
 8        Q.   Now, even though there are little cliques
 9   within the group --
10        A.   Right.
11        Q.   -- is it still one organization?
12        A.   One organization.  Just friendships are
13   stronger than others.
14        Q.   Now, at some point in March did you become
15   aware of something in reference to -- that you
16   thought might have something to do with paperwork?
17        A.   Yes.
18        Q.   Tell us about that.
19        A.   The train got there.  We knew that Lupe
20   Urquizo and Mauricio Varela were on the way to the
21   South facility.
22        Q.   You mentioned the train.  What do you
23   mean?
24        A.   The transport vehicle.  They were coming
25   from Level 5 down to Southern from Santa Fe.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   And how did you know that?

2        A.   There is a chalk board in the control

3   center.  And you'll see the CO wiping things off and

4   putting new names on.  And their names on there.

5   There was another individual, too.  I don't remember

6   his name, I know his nickname, Cartoon, but I didn't

7   know his real name.  I didn't recognize it when I

8   seen it on the board.

9        Q.   So you knew that Mr. Varela and Mr.

10  Urquizo were coming down?

11       A.   Right.

12       Q.   And what, in your mind, did that -- how

13  did that impact you?

14       A.   I met with Dan.  I told him, "I think the

15  paperwork is going to be here."

16       Q.   When you say "Dan," who are you referring

17  to?

18       A.   Daniel Sanchez.

19       Q.   Does he have a nickname within the gang?

20       A.   Dan Dan.

21       Q.   Okay.  And why would you have gone to

22  Dan Dan for -- because of this?

23       A.   He's my big homie.  He was the guy I

24  looked up to, and I respected him.

25       Q.   Now, in the pod that you -- in blue pod,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   was there a key-holder?

2       A.   Yes.

3       Q.   Who was the key-holder?

4       A.   Daniel Sanchez.

5       Q.   And you told him that the paperwork was

6   coming to you?  What were you referring to?

7       A.   I told him the paperwork was going to be

8   here.  I was referring to the paperwork on Molina,

9   him working with the police department right here in

10  Cruces.

11      Q.   And so what happened after that?

12      A.   Mauricio Varela and Lupe Urquizo came to

13  the pod.  They locked down yellow pod, and left us

14  out.  I had already written a letter to Lupe Urquizo

15  based on -- letting him know who the llaveros --

16  that Benjamin Clark was trying to get him hit.  And

17  then I was asking for a syringe, because there

18  wasn't that many syringes in the unit.  I was pretty

19  much giving him the rundown of what was going on.

20      Q.   Who were you giving that to?

21      A.   To Lupe Urquizo.  And as I wrote it, me

22  and Dan Sanchez were sitting at the table as I wrote

23  it, before he showed up.  So when he comes into the

24  door, I called him to the conjoining doors.

25      Q.   And who is "he"?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




1      A.    Who is who?

2      Q.    Who?

3      A.    Who?  Who is who?

4      Q.    Okay.  You said that he came to the door.

5      A.    Oh, yeah.  I called Lupe Urquizo to the

6  door.

7      Q.    Okay.  And what door are you referring to?

8      A.    The conjoining doors, the emergency

9  conjoining doors to each pod.

10     Q.    And I'm going to show you the picture or

11  diagram.  I'm going to show you -- I believe it's

12  Defendants' E-17.  Okay.  Can you see that picture?

13     A.    Yes.

14     Q.    I believe you were talking a little bit

15  about going to a door.  Do you, by chance, see the

16  door in the picture?

17     A.    That's the top tier conjoining door.

18  There is a bottom one, as well.

19     Q.    Okay.  So much like the diagrams we saw,

20  there is an upstairs and downstairs.  Is there

21  another door just like the one that I'm circling on

22  the bottom level?

23     A.    Yes, ma'am.

24     Q.    Okay.  And then I'm looking at the very

25  bottom.  Does the door go all the way to the ground,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

```
 1    or is there a little bit of an opening there?

 2         A.    There is a crack under the door.

 3              MR. VILLA:  Your Honor, can we take a

 4    quick break for Mr. Perez?

 5              THE COURT:  Why don't we maybe take a

 6    little bit later lunch?  Let's take a break here for

 7    about 15 minutes, and we'll take a little bit later

 8    lunch break.  All rise.

 9              (The jury left the courtroom.)

10              THE COURT:  Did you have this V-17 as

11    being in evidence already?

12              THE CLERK:  Yes.

13              THE COURT:  All right.  I must not have

14    written it down or it's on another piece of paper.

15              All right.  We'll be in recess about 15

16    minutes, and then we'll take a little later lunch

17    break.

18              (Court stood in recess.)

19              MS. FOX-YOUNG:  Your Honor, may I make a

20    brief record?

21              THE COURT:  Go ahead.

22              MS. FOX-YOUNG:  Your Honor, just for the

23    record, Mr. Perez has been asleep for large portions

24    of the testimony this morning, including the portion

25    where the witness was identifying who lived where,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2619

```
 1   with direct testimony about Mr. Perez.  He's been
 2   having a difficult time.  As the Court heard, he did
 3   have another coughing fit, and was awake for that
 4   portion of the testimony.  And then we want to thank
 5   the Court for giving us a break so he could go take
 6   care of what he needed to take care of.  But he is
 7   struggling.  And we're not able to work with him
 8   through the testimony.
 9             THE COURT:  I have been watching him.  He
10   looks quieter today.  As far as coughing, he did
11   cough there toward the end.  It looked to me like he
12   was awake most of the time.  I can't see his eyes as
13   well as you probably can with his glasses on.  But I
14   did notice him moving a fair amount, either --
15   adjusting the mask.  But I think he's been awake for
16   good portions of it.
17             Anything else while we're waiting for the
18   jury to come in?
19             What is it this bad act?  What is that
20   issue?
21             MS. ARMIJO:  Your Honor, it was an
22   incident in June 22, 1989.  It is Mr. Baca's
23   murdering of another SNM Gang member.  And Mr. Baca
24   spoke to Mr. Rodriguez about the incident.
25             THE COURT:  And is this the reason this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2620

```
 1   one is important, is because it wasn't disclosed
 2   earlier or --
 3            MS. ARMIJO:  No, the incident was
 4   disclosed earlier.  And we had it as -- I believe
 5   Mr. Castellano argued for this incident.  We had
 6   it -- we disclosed the incident itself, and
 7   everybody knew.  But I believe at the time that we
 8   were going over bad acts, I believe the Court
 9   indicated that if we could prove it's SNM-related --
10            THE COURT:  Okay.
11            MS. ARMIJO:  And then based upon what Mr.
12   Rodriguez has told us, and that was disclosed, and
13   I'll give --
14            THE COURT:  Let's do this:  I'll let you
15   do it when you're about ready to offer it.
16            MS. ARMIJO:  No, I'll offer it later.  I'm
17   going through the --
18            THE COURT:  Okay..
19            (The jury entered the courtroom.)
20            THE COURT:  All right.  Everyone be
21   seated.
22            All right.  Mr. Rodriguez, I'll remind you
23   that you're still under oath.
24            Ms. Armijo, if you wish to continue your
25   direct examination of Mr. Rodriguez --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            MS. ARMIJO:  Thank you, Your Honor.
 2            THE COURT:  -- you may do at this time.
 3  BY MS. ARMIJO:
 4      Q.   So Mr. Rodriguez, I believe before the
 5  break we were showing you a picture of a door.  And
 6  was that door between blue pod and yellow pod?
 7      A.   Yes.
 8      Q.   I think the picture was actually of the
 9  upper-level door.  Is there one on the lower level,
10  as well?
11      A.   There is.
12      Q.   And I believe you were talking about
13  something in referencing that door.  Could you again
14  remind us what you said about that door?
15      A.   Okay.  The day Lupe Urquizo showed up, I
16  went to the bottom door.  I called him to the bottom
17  door.  I already had written a letter to him letting
18  him know what was going on on the politics, who was
19  on the tabla, asking him for his syringe, just
20  pretty much a rundown of what was going on in the
21  unit.
22      Q.   Was that the letter that you said you sat
23  down and wrote when you were sitting at the table?
24      A.   At the table, yes, with Dan.  Dan was
25  sitting at the table with me at the time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2622

```
 1        Q.   And how was it that Mr. Urquizo was in
 2   yellow pod?  I mean, were there other gang members
 3   there, or -- I believe you said something about
 4   clearing out something.
 5        A.   They locked down the unit.  When new
 6   people come, they lock down the unit because they
 7   got to go to orientation first.
 8        Q.   And what does "lock down the unit" mean?
 9        A.   They make everyone go to their cells, they
10   close all the doors.
11        Q.   Okay.
12        A.   They let the new inmates come in.
13        Q.   Okay.  So as far as you are aware, the
14   inmates that had been staying at yellow pod were
15   locked down in their cells?
16        A.   Yes, ma'am.
17        Q.   Okay.  And do you recall what date that
18   was?
19        A.   That was Thursday, the day before the
20   Molina murder.
21        Q.   And you indicated you passed a note to Mr.
22   Urquizo?
23        A.   I -- me -- I took Timothy Martinez to the
24   door with me.  I introduced him to Timothy Martinez,
25   and I asked him, "Where is the CO at?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2623

```
 1              He said, "He's over there with Archie."

 2              I put the letter on the floor, and I

 3   kicked it to him.  I told him, "Get that."

 4              And I introduced him to Timothy.  I asked

 5   him if he still had a syringe.  And he said, "Yeah."

 6              I told him, "Don't tell them you have it.

 7   Just let me get it," because there was only one

 8   syringe in the unit.

 9              So he left, they locked him down, and that

10   was it.  I introduced him to Timothy Martinez, and

11   he went on lockdown.

12       Q.   Why did you introduce him to Timothy

13   Martinez?

14       A.   Because Timothy was my friend, and, you

15   know, he was the hitter.  And Lupe was one of my

16   good buddies, so I wanted Urquizo in on the ride.

17       Q.   Now, at some point, do you get paperwork?

18       A.   I do.

19       Q.   And that is on the same day, on Thursday,

20   or is that the next today?

21       A.   The next day.

22       Q.   What happens the rest of the day, in

23   general, on Thursday?

24       A.   All right.  He responded to my letter,

25   which Carlos Herrera brought me that letter that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  responded to my initial letter, telling me that --

2      Q.   "He" being who?

3      A.   Lupe Urquizo was telling me that he was

4  next door to -- I think his name is Gumby, who had

5  got him jumped in the past, and he was going to stab

6  him.  And then pretty much gave me a rundown what

7  was going down with him and Archie, as far as who

8  they were going to go after, and stuff like that.

9           I wrote him back after reading that

10 letter, and I told him not to stab Gumby; just to

11 beat him up; that he wasn't worth going back to the

12 North.  And I asked him again, "What's up with that

13 paperwork?"

14          And he didn't respond to -- the initial

15 one I asked him in the letter, he didn't respond to

16 it.  The one I sent him back to his response, he

17 didn't respond to it.

18     Q.   Okay.  So you sent him a total of two

19 letters?

20     A.   Sent him a total of two letters.  He sent

21 me one.

22     Q.   Okay.  And you're looking for the

23 paperwork?

24     A.   I was asking for the paperwork.

25     Q.   And that was on the 6th.  Do you recall

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                        (505) 843-9494
FAX (505) 820-6349                              FAX (505) 843-9492
                                                    1-800-669-9492
                                          e-mail: info@litsupport.com



1  approximately what time of day that was?  Was it in

2  the morning?  Was it at night?

3      A.   It was before the 4:00 count.  So it was

4  throughout the day from around maybe -- they got

5  there about maybe 12:00.

6      Q.   I guess I'm going to ask you a little bit

7  about was going on at that time.  You mentioned 4:00

8  count.

9      A.   Right.

10     Q.   What is that?

11     A.   4:00 count wasn't going on yet.  But 4:00

12 count is when everyone locks down in the unit, and

13 the COs go through and take numbers of -- where the

14 inmates are.  It's the official prison count.

15 Everyone in the whole prison is making sure no one

16 has escaped or no one is missing or anything like

17 that.

18     Q.   And does that happen throughout the day at

19 specific times?

20     A.   I think it happens three times a day.

21     Q.   Does it happen even at nighttime?

22     A.   It does.

23     Q.   And for count, do you have to go in your

24 cell?

25     A.   You have to go in your cell, yes, for an

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2626

```
 1  hour.
 2      Q.   For an hour?
 3      A.   Yes.
 4      Q.   Okay.  So nothing happens that night?
 5      A.   No.
 6      Q.   And we're on, now, March 6, I believe
 7  of --
 8      A.   That's March 6.
 9      Q.   Okay.  A Thursday night?
10      A.   Right.
11      Q.   What about the next morning?
12      A.   The next morning we're getting ready to go
13  to -- it's Friday, so we're going to go to gym and
14  big yard, which is two big cages inside of the GP
15  yard.
16      Q.   When you say "GP" --
17      A.   General population yard.
18      Q.   So you were getting ready to go -- is that
19  called something specific?  Is it --
20      A.   Big yard or gym.  We go once a week, and
21  we alternate.  One pod will go to gym; two pods will
22  go to outside rec, and then alternate.
23           So we were going then.  And before going
24  out, you walk out of your pod and you all are in the
25  middle of the unit, right below the control center.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2627

1  So you can see all three doors:  Yellow pod, green

2  pod, and blue pod.

3            I went to yellow pod, and I called Carlos

4  Herrera to the door.  And I asked him, "Does he have

5  that?"

6            He goes, "Yeah, yeah."  He thought I was

7  talking about the syringe.

8            I told him, "No.  Come here.  Come to the

9  door.  Does he have the paperwork?"

10            "Hold on."

11            He goes and talks to Marijuano, and

12  Marijuano tells him, "Yeah, I got it."

13            He comes back and tells me, "He gots it.

14  They'll send it to me later."

15       Q.   Where was this conversation again?

16       A.   This conversation was in the unit below

17  the control center.  It's like a sally port that

18  connects all three pods.

19       Q.   Okay.  And so you were standing there?

20       A.   I was standing in front of yellow pod

21  door.

22       Q.   So we're not talking about the door that

23  we had seen before.

24       A.   No.

25       Q.   It's actually -- if I could get the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   diagram of the three pods up again?

 2        A.   It's in the pod.

 3        Q.   162.  Are you familiar with this diagram,

 4   again?

 5        A.   Yes, ma'am.

 6        Q.   Now, is the area where you were

 7   standing -- is that area depicted in here?

 8        A.   Yes, it is.

 9        Q.   Okay.  And let's see.  I believe we had

10   previously said that the bottom one is blue pod;

11   correct?

12        A.   Right.

13        Q.   And so you said that you went -- you were

14   going outside?

15        A.   You see where it says "pod entrance/exit"?

16        Q.   Right here?

17        A.   Right there.

18        Q.   Okay.

19        A.   Each pod entrance/exit is the door going

20   into the pods, individual pods.

21        Q.   Okay.  Like this area, or not?

22        A.   That's the front door to the whole unit.

23        Q.   Okay.

24        A.   Okay.  See where it says "officer station

25   area"?  That's the control center.  It's above --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1    the white part around it is the sally port, where
2    you can go to each door.
3         Q.   Okay.  So if you're standing here --
4         A.   Right, standing there.
5         Q.   -- you can go and talk to --
6         A.   Each door.  Anyone in each different pod.
7         Q.   Okay.  And so if you're standing here --
8         A.   Right.
9         Q.   -- you can talk to the people in yellow?
10        A.   Yes.  And you'll see -- Carlos Herrera
11   came to the other side of the door.  You see where
12   the middle cell is?  That's where Lupe Urquizo was
13   at.  I could see him from the front door.
14        Q.   You said the middle cell.
15        A.   Right.
16        Q.   Like over here?
17        A.   No, to the other side.
18        Q.   I'm sorry.
19        A.   It's the same cell you just highlighted,
20   but the other side.  In the same pod.
21        Q.   Here?
22        A.   No, keep going.
23        Q.   Here?
24        A.   No, next one.
25        Q.   Here?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2630

```
 1        A.   Right there.

 2        Q.   The cell that I'm now circling?

 3        A.   The one next to it.

 4        Q.   This one?

 5        A.   No, the one right there.

 6        Q.   I'm sorry.  Can you touch the screen or

 7   no?

 8        A.   There's four cells.  See the first one you

 9   highlighted?  The one right next to it.

10        Q.   This one?

11        A.   No, the next one.

12        Q.   This one.

13        A.   Yes, that one.

14        Q.   So we now finally have on Exhibit 162 --

15        A.   That's where Lupe Urquizo lived.

16        Q.   And so he had already been placed into the

17   pod; correct?  Yellow pod?

18        A.   Yes.

19        Q.   So was he allowed to come out with

20   everyone else?

21        A.   No.  He was on orientation.

22        Q.   He was on orientation?

23        A.   Yes.

24        Q.   That's the seven-day period that you spoke

25   about before?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2631

1        A.    Yes, ma'am.

2        Q.    Okay.  Now -- and so where were you

3   standing when you were talking?  It says "pod

4   entrance door."  Is that where you were?

5        A.    Yes.  The door is closed right there.  I'm

6   standing right there.  And Carlos Herrera is

7   standing on the opposite side.

8        Q.    Okay.  And is there a window through that

9   door?

10       A.    Yes.  There is a little window.  There is

11  the door, and there is the window.  It's a

12  rectangle.

13       Q.    So you can see who you're talking to?

14       A.    You can see who you're talking to.

15       Q.    And you can hear them?

16       A.    Yes.

17       Q.    Can you see in the pod?

18       A.    Yes.

19       Q.    So you were actually able to see where

20  Lupe was?

21       A.    Yeah.

22       Q.    And then you were able to see who you were

23  talking to?

24       A.    Yes.

25       Q.    And who were you talking to?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   Carlos Herrera.

2     Q.   All right.  And this is before you were

3  going to be going out to the gym.

4     A.   The yard.

5     Q.   To the yard.

6     A.   The gym yard, yeah.

7     Q.   So what happens there when you're talking?

8     A.   Okay.  He tells me, Yeah, that he'll get

9  it to me later.  So we go to yard, and myself and

10  Daniel Sanchez go and talk to an individual named

11  Ernest Guerrero about not letting nothing happen to

12  Lupe Urquizo.  We go to yard, and do our one-hour

13  yard.  And we seen that -- I think Archie's property

14  was coming.

15     Q.   Okay.  Now, I'm going to stop you right

16  there.  When you were at the door talking to Mr.

17  Herrera, were you alone?

18     A.   Yeah.  I was alone.  Everyone else was

19  around me, but the conversation was just through the

20  door.

21     Q.   Okay.  So then at some point, you see that

22  Archie Varela is getting his property?

23     A.   While we're in yard.

24     Q.   How do you see that?

25     A.   Because he was the last one to get his

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    property.  And we can see whoever comes into the

2    unit from the yard.

3         Q.   And how did you know that was Archie

4    Varela's?

5         A.   Because he was the last one waiting for

6    his property.  He was asking for canteen prior,

7    because he hadn't got his property yet.

8         Q.   How is property transported?

9         A.   You go from -- one facility inventories it

10   to the next, and they're supposed to inventory it

11   there.

12        Q.   Is in it a box, a suitcase?

13        A.   It's in a big trash bag.

14        Q.   And is that trash bag clear?

15        A.   It is.

16        Q.   So after you see that, and after yard,

17   what do you do?  I mean, do you go back inside?

18        A.   Yeah, we go back inside.

19             And Carlos Herrera called me to the

20   conjoining door on the bottom, the emergency exit.

21        Q.   The one that you were talking to the night

22   before, to Mr. Urquizo?

23        A.   Yes, yes.

24        Q.   Okay.

25        A.   He slides me under a manila envelope with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    legal work in it.

 2         Q.    Okay.  And does Carlos tell you anything?

 3         A.    Not at that time, no.

 4         Q.    How do you know it was Carlos?

 5         A.    I know his voice.  I know him.  I talk to

 6    him.

 7         Q.    Did he call you, say, "Hey, Mario" --

 8         A.    "Hey, Blue, open the door."  I went to the

 9    door, and he was here.

10         Q.    Hey who?

11         A.    Blue.  B-L-U-E.

12         Q.    So he was calling you?

13         A.    Yes.

14         Q.    Okay.  And so he called you over to the

15    door?

16         A.    Right.

17         Q.    And he said it was a manila envelope?

18         A.    Right.

19         Q.    Did it have anything on the outside of it?

20         A.    Not that I remember.

21         Q.    You said it was legal paperwork.

22         A.    It was legal paperwork, yes.

23         Q.    How do you know it was legal paperwork?

24         A.    Because it was Lupe Urquizo's name, and

25    that's usually how we transport paperwork.  We'll

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2635

```
 1  get the statements and we'll take apart the staple
 2  and put the statement inside the real legal work and
 3  cover it up.
 4       Q.   Did the outside of the envelope have
 5  anything that said, like, Lupe Urquizo -- did it say
 6  legal work?
 7       A.   No, legal work had his name on it.  His
 8  appeal to one of his state convictions.
 9       Q.   Okay.  So you get this envelope, and what
10  do you do with it?
11       A.   I take it to -- I called Dan, and I take
12  it to right there in front of my cell 111.  There is
13  like a stoop.  And me and him sit there and we read
14  it.  We're sitting next to each other and we read
15  it. He's reading it at the same time I'm reading it.
16  And he says, "It's done."
17            I hadn't finished reading it yet.  And
18  told him, "All right.  It's done."  So --
19       Q.   Now, what did you take "It's done" to
20  mean?
21       A.   It's done.  The guy is done.  It's time to
22  kill him.
23       Q.   What do you recall -- you said you hadn't
24  finished reading it before Mr. Sanchez said, "It's
25  done."  What do you recall, as best you can, was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2636

1  inside that paperwork?

2      A.   What I noticed is that his name was in

3  bold letters, other than like the rest of the typing

4  was regular.  And Javier's was in bold writing with

5  an underline from, like, a computer.  And I was

6  waiting to see if he gave up names.  There was no

7  names he gave up.  He just said that he was the

8  driver of a car; that a guy in the backseat got out,

9  came back running with a purse, or something, and

10  told him to go.  The guy in the front got the purse

11  and threw it out.  I forget the street name, but he

12  identified the street name where the purse was

13  thrown out.  It was a robbery of some lady with a

14  purse.

15      Q.   Do you recall if it was one page or two,

16  if you remember?

17      A.   I don't remember.  I just remember that

18  page.

19      Q.   Okay.  And --

20      A.   There might have been three pages to the

21  whole thing.

22      Q.   But you don't recall?

23      A.   I don't recall exactly how many.

24      Q.   Because you were only able to look at one

25  page, as you recall?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.   I think I went through the whole thing
 2   eventually, but the main focus was on that page.
 3        Q.   Okay.  And then Mr. Sanchez said, "It's
 4   done"?
 5        A.   "It's done."
 6        Q.   What happens after that?
 7        A.   I take it back to Lazy at the door, and he
 8   goes --
 9        Q.   And who is Lazy?
10        A.   Carlos Herrera.
11        Q.   Okay.
12        A.   I call him to the door.  I gave it back to
13   him.  He goes, "Well, I'm going to go show green
14   pod."
15             And I said, "Don't fucking show green pod.
16   Don't trust them fuckers in green pod.  Don't show
17   them."
18             He got kind of mad.  He goes, "I have to.
19   They're on the tabla."
20             I said, "Just don't show green pod," and I
21   left.
22        Q.   Why did you not want green pod to see it?
23        A.   Because I didn't trust the guys in there.
24   They had a lot of clear conduct, and I didn't trust
25   them.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Were all three pods SNM Gang members?

 2        A.   Yes.

 3        Q.   So you give it back to him and you ask Mr.

 4   Herrera not to --

 5             MS. BHALLA:  Objection, leading.

 6             THE COURT:  Overruled.

 7   BY MS. ARMIJO:

 8        Q.   You asked Mr. Herrera not to give it to

 9   green pod.  What do you do after that?

10        A.   I go and I start talking to Dan Dan.

11        Q.   Okay.  And was there -- when you were with

12   Mr. Herrera, did you have any other conversation

13   about when it would happen?

14        A.   Not yet.

15        Q.   Okay.  So you then go to Dan Dan, and what

16   happens then?

17        A.   I told him, "Me and you or what?"

18             He goes, "No."

19        Q.   What did you mean by "me and you"?

20        A.   He and I would go kill Molina.  So "Me and

21   you?"

22             MR. LOWRY:  Your Honor, this is a perfect

23   time to give a limiting instruction.

24             THE COURT:  All right.  So these

25   statements can be used against Mr. Sanchez, but not
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                               Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1  as to the other defendants in the case.  So you can

2  use it only in your consideration of the charges

3  against Mr. Sanchez.

4          Ms. Armijo.

5          MS. ARMIJO:  Thank you.

6  BY MS. ARMIJO:

7      Q.  And so he says, "Me or you or what?"

8      A.  No, I told him, "Me and you or what," like

9  insinuating that me and you are going to do it.  He

10  said, No, that we'll figure it out.

11          So then we continue to talk.  I asked him,

12  "What about the cameras?"

13          He said, "Don't worry about the cameras."

14  He told me, "There's some guys need to earn their

15  bones."

16          So he chose Timothy Martinez.  But he

17  expressed to me that Timothy Martinez wouldn't

18  listen to him; that I needed to tell him.

19      Q.  You said he said -- I'm going to back you

20  up just a minute -- that there were some people that

21  needed to earn their bones?

22      A.  Yes.

23      Q.  What does that mean?

24      A.  Well, in the SNM, you're not really a made

25  member until you stab someone.  If you go and stab

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  someone, like an enemy, on your own, that can be

2  earning your bones.  But when you're told to do

3  something, that's earning your bones.  You're under

4  the gun.  You've got to do it.  It's time for you to

5  earn your bones.

6      Q.   You mentioned Timothy Martinez.  What

7  about him?

8      A.   He told me he wanted Timothy Martinez,

9  Jerry Montoya, and Jerry Armenta.  And I expressed

10  to him that I didn't think they were up to it.  I

11  didn't think Jerry Armenta was really about it.

12      Q.   So both Jerrys?

13      A.   Right.  And plus we -- earlier, Calbert

14  had told me that Jerry Armenta was a rat.  So I

15  really didn't want to use him, no.  And he goes,

16  "No, it's time for him to go.  He's done 16 years,

17  and he hasn't done shit yet."

18          So Jerry Armenta is his friend.  That's

19  his buddy.  So he's in control of that.  He's

20  supposed to tell both Jerrys.  I'm just supposed to

21  tell Timothy Martinez.

22      Q.   Whose decision was that?

23      A.   Dan Dan's.

24      Q.   Okay.  And you mentioned Timothy Martinez,

25  something about -- why was he picked?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.   Because Dan Dan didn't think --  Dan Dan

2  had issues with him.  There was rumors about Timothy

3  Martinez punking him out, or some shit like that.

4  And he didn't feel Timothy would be up to it.  And

5  he knew if Timothy didn't do it, he can get him out

6  of the picture.  Me being the loyal person I was to

7  the SNM, and Timothy being from my city, he knew I

8  would take it upon myself to stab him, if he didn't

9  do it.

10     Q.   And is this the same Timothy Martinez that

11  you said you introduced to Urquizo the night before?

12     A.   Same Timothy Martinez I introduced.

13     Q.   And what's his nickname in the gang?

14     A.   Red.

15     Q.   Does he have red hair?

16     A.   He does.

17     Q.   So what instructions are you given, if

18  any?

19     A.   Okay.  At this time, there was just the

20  choosing of them.  Then we need to find weapons.  We

21  sat down -- that's when I asked him about the

22  camera.  He said, "Don't worry about the camera."

23          It was going to happen in Molina's room.

24  And I told him, "That's not a blind."

25          He goes, "It's a blind spot.  The cameras

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   can't see in the room."

 2           I'm, like, "Fuck it."

 3           Then he told me to go tell Lazy that it

 4   would happen after cuenta.

 5       Q.   Okay.

 6       A.   I went and told Lazy, "After count, it's

 7   going to happen."

 8       Q.   When you say "Lazy," you're referring

 9   to --

10       A.   Carlos Herrera.

11       Q.   And how was it that you went to tell Lazy?

12       A.   I went to the conjoining emergency door at

13   the bottom.

14       Q.   I mean, do you call for him?  What did you

15   say?

16       A.   You just yell out, "Hey, Lazy," through

17   the crack of the door.  And they'll hear you and

18   come to the door.

19       Q.   Did he come to the door?

20       A.   He came to the door.

21       Q.   And what did you do?

22       A.   I told him after cuenta, after count.

23       Q.   What does "after cuenta" mean?

24       A.   It means that -- the 4:00 count, the doors

25   open back up at 5:00.  We go in for lockdown, so
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2643

```
 1   they can do the whole counting of the facility.
 2        Q.   And what was the purpose of telling him
 3   after cuenta?  What did you mean by saying after
 4   cuenta?  What were you referring to?
 5        A.   That the murder was going to take place.
 6   We're going to move on him.
 7        Q.   And why was it that you told Carlos?
 8        A.   Because Dan told me to.
 9        Q.   And do you know why?
10        A.   Now that I think about it, no, I don't.
11        Q.   Did Carlos say anything back?
12        A.   He said, "All right."
13        Q.   So after that, what do you do?
14        A.   All right.  So while I was telling Lazy,
15   he was at Rudy Perez' door talking to Rudy.  I
16   walked by him, because we needed to find some
17   weapons.  The weapons we had were just one-hitters.
18   They're icepicks.  And he wanted to do it a
19   stabbing, you know, so --
20        Q.   Who is "he" wanted to do a stabbing?
21        A.   Daniel Sanchez wanted it to be a stabbing.
22             So I had been working on taking a
23   double-edger off my hamper.  I was cutting the
24   metal.  And I was in my room seeing if I can get it
25   off really fast.  And he was talking to Rudy Perez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   He called me over, "Hey Blue, come here."

2           I went over.  And Rudy Perez' door was

3   closed.  Rudy was at the door.

4       Q.   Okay.  Now wait.  Just to reference this,

5   I'm going to show -- if I could have the Elmo again,

6   Ms. Standridge.  Thank you.

7           All right.  Just for referencing sake, I

8   believe this is Exhibit Number 752, which you

9   previously had said -- I'm pointing to Room 115.

10      A.   Right.

11      Q.   Is that correct?

12      A.   Yes, ma'am.

13      Q.   Now, on this diagram, it doesn't show it,

14  but can you tell the jury where that door would be

15  that -- if it's in this area, where the door would

16  be for yellow pod?

17      A.   It's the line to the right where it says

18  "lower walkway," like a long rectangle, that line

19  right there.  That's the door.

20      Q.   This whole line here?

21      A.   Just that block right there.  From the

22  cell to the other line, the parallel line.

23      Q.   Here?

24      A.   Yes.

25      Q.   Sorry.  So that's where you were when you

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   were talking to Carlos Herrera?

2        A.   Yes, ma'am.

3        Q.   And then when you turned around after

4   that, where was Mr. Sanchez?

5        A.   In front of Rudy Perez' cell, talking to

6   Rudy.

7        Q.   Okay.  I'm putting my finger in front of

8   115.

9        A.   Right.

10       Q.   And so is that a close area there?

11       A.   Yes.  Right at the front door, right at

12   Rudy's front door.

13       Q.   And at this point -- prior to this, you

14   were talking a little bit about not having what you

15   thought would be the correct weapons?

16       A.   Right.

17       Q.   Okay.  You mentioned "icepick"; what's

18   that?

19       A.   It's an icepick.  It's a long, thin, like

20   about a pencil-sized shank.

21       Q.   Okay.  So an icepick is a type of shank?

22       A.   Right.  I was in 111, right there, while

23   he was talking to Rudy Perez.  I went from the

24   adjoining -- the door, talking to Carlos Herrera, to

25   my cell.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2646

```
 1        Q.    Which is all the way right here?

 2        A.    Right.  And I had my door open, and I was

 3   looking at the hamper.

 4        Q.    Okay.  I drew a line from where you were

 5   talking, to your room, which is 111?

 6        A.    Right.

 7        Q.    Okay.

 8        A.    And then while I was messing with the

 9   hamper, Dan called me to -- what is it?  115?  Rudy

10   Perez' cell.

11        Q.    And you were not in there for -- you said

12   that you had seen Daniel Sanchez at the door?

13        A.    Right, talking to Rudy.

14        Q.    Okay.  Is that when you walked by, from

15   when you were talking to Carlos?

16        A.    Yes.

17        Q.    And you didn't overhear the conversation,

18   did you?

19        A.    No, I did not.

20        Q.    What was -- was it soft tones that they

21   were talking?  I mean --

22        A.    I just wasn't paying -- I was to go find a

23   weapon.

24        Q.    You didn't hear any screaming or anything?

25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You didn't hear anything that caused you
 2   any alarm?  Or did you?
 3        A.   No.
 4        Q.   Okay.  So then now Daniel Sanchez calls
 5   you over to Rudy Perez' cell?
 6        A.   Right.
 7        Q.   What happens then?
 8        A.   Rudy Perez steps to the side and tells
 9   me -- he points to the bar on the walker, "Get it."
10        Q.   Who points to it?
11        A.   Daniel Sanchez.  Rudy steps to the side.
12   Daniel points to the walker and says, "Get that
13   right there.  Make them out of that."
14        Q.   Okay.  And what was he pointing to?
15        A.   To -- there is a walker, and when it opens
16   up, there's two conjoining pieces of metal that
17   is -- has a bar connecting them all the way across.
18        Q.   Okay.  I'm going to show on Exhibit 88 --
19   which I believe has been admitted --
20        A.   Right.  That's it.
21             MS. FOX-YOUNG:  Your Honor, may we
22   approach?
23             THE COURT:  You may.
24             (The following proceedings were held at
25   the bench.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2648

```
 1            MS. FOX-YOUNG:  Your Honor, if you don't
 2   mind, Mr. Villa is handling this witness, but if the
 3   Court would just let me make a record because Mr.
 4   Villa has been taking notes.  Mr. Perez is sleeping
 5   through the testimony.  This is the most critical
 6   part of the testimony regarding his involvement.  We
 7   are trying to give him caffeine.  We're banging on
 8   his arm.  But I want to let the Court know he's
 9   really sick, and not alert.  We can't communicate
10   with him.  We're doing our best, Judge, short of
11   knocking him over his head.
12            THE COURT:  If you doze in court and
13   sleep, what am I supposed to do?
14            MS. FOX-YOUNG:  He's sick.
15            THE COURT:  There are other people sick.
16   The jurors are sick.
17            MS. FOX-YOUNG:  I'm just making a record,
18   Judge.
19            (The following proceedings were held in
20   open court.)
21            THE COURT:  Ms. Armijo.
22   BY MS. ARMIJO:
23       Q.   And I believe it was Exhibit Number 89
24   that we're looking at, for the record.
25            THE COURT:  Has it been admitted?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2649

1         MS. ARMIJO:  It has been admitted.

2    BY MS. ARMIJO:

3         Q.   All right.  Mr. Rodriguez, what are we

4    looking at?

5         A.   Rudy Perez' walker.

6         Q.   And how are you familiar with this walker?

7         A.   With the streamers, the sheets tied to the

8    bottoms, where I took the bar from.

9         Q.   Okay.  So were those streamers at the

10   bottom there before you took anything from them, or

11   afterward?

12        A.   No, they were after.  He did that.  I just

13   took the bar and left.

14        Q.   Okay.  So I believe you were saying that

15   Daniel Sanchez pointed to something?

16        A.   Pointed to the bar.

17        Q.   To this walker that we're seeing here in

18   Exhibit 89?

19        A.   Yes.

20        Q.   And what did he say?

21        A.   "Get that right there."

22        Q.   What was he referring to, "that"?

23        A.   That bar.

24        Q.   Okay.  Now, was there a bar that we're not

25   seeing?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Right now, yes, it's missing right now.

2        Q.    And where was it at?

3        A.    You see on the left side where there is a

4   piece of sheet?

5        Q.    Yes.

6        A.    Okay.  There is a left side, the right

7   side, you can't really see it -- there is a piece of

8   sheet tied there, too.

9        Q.    Right over there?

10       A.    It connects those two -- the piece --

11  yeah, exactly, the pieces of metal that come from

12  the walker on each side slide up next to each other,

13  and the screw goes -- the bar has a threaded end of

14  it, and the bolt's on the opposite side.

15       Q.    All right.  And so --

16             And 90 is in?  Can we display 90?  All

17  right.

18             The same walker?

19       A.    Yes.

20       Q.    And how do you recognize it again?

21       A.    The streamers on the side.

22       Q.    And so I'm going to draw a line from one

23  piece of white to the other.  Did there used to be a

24  bar there?

25       A.    Yes, there was.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And what did you do?

2    A.   I took it off.

3    Q.   How did you take it off?

4    A.   All right.  When Daniel Sanchez told me to

5    get it, I waved to the CO in the bubble; told him to

6    open his door.  I opened the door.  The CO opened

7    the door.

8    Q.   Okay.  So when Mr. Sanchez says, "Get

9    that," is the door closed?

10   A.   The door is closed.

11   Q.   And can you see into the cell?

12   A.   Yes.  There's windows.  The same windows

13   that are in each front pod door are in each cell,

14   long rectangles.

15   Q.   And I'm going back just for a minute.

16   When you had walked by before and Mr. Sanchez was

17   talking to Mr. Perez, were the doors open or closed?

18   A.   Closed.

19   Q.   Okay.

20   A.   You can only have one door open at a time.

21   Q.   Can you have a conversation through the

22   doors?

23   A.   Yes.

24   Q.   Okay.  So did it appear to you, even

25   though you're not part of conversation, that Mr.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



1    Sanchez was having a conversation with Mr. Perez?

2        A.   Yes.

3        Q.   Now, then, you're called back over.  The

4    door is still closed?

5        A.   Yes.

6        Q.   And then when Mr. Sanchez said, "Get

7    that," how could you tell what he was referring to?

8        A.   Because the walker was sitting back by the

9    toilet, and he was pointing to it.

10       Q.   So you could see it?

11       A.   Yeah, I seen -- when I seen -- when I

12   looked at it, that's the first thing I seen, was the

13   long bar.

14       Q.   Okay.

15       A.   He was pointing -- it's obvious what we're

16   looking for.

17       Q.   So then you motioned for the door to be

18   opened?

19       A.   Right.

20       Q.   And then is the door opened?

21       A.   The door is opened.  My door is closed.

22   Cell 111 is closed, and they open up Rudy Perez'

23   door.

24       Q.   Okay.  Again, because you said only one

25   door could be opened at a time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes.

2        Q.    What time of the day is this, as far as

3   Corrections?  Is this tier time?  Rec time?  What is

4   it?

5        A.    It's open unit.  Before, we were on tier

6   time.  They just opened up all the cells now.  So we

7   were just on pod restriction, pretty much.  We all

8   just go use the phone, microwave, watch TV.  You can

9   go to your room if you want.  You can come out.

10        Q.    And what time, approximately, was it?  Let

11   me put it in reference to something.  Was it before

12   count?

13        A.    Yes, yes.

14        Q.    And what time is count, again?

15        A.    It might have been before -- it was

16   after -- it was around maybe 1:00 that this

17   happened.  Let me see.  Because we go to yard at

18   3:00, so this was around 2:30, 2:00.

19        Q.    Okay.  So you motion to get in?

20        A.    Right.

21        Q.    Okay.

22        A.    Okay.  So Rudy is right there.  I get the

23   walker.  And I put it up, like, on the bunk.  I tilt

24   it sideways.  And when I was trying to take the bolt

25   off, I turned around to ask Dan for some nail

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  clippers or something.  He was gone.  He left the

2  cell.

3          Okay.  So I got some nail clippers that

4  were right there.  I started taking it off.  And

5  then Rudy tells me, "I'm down for whatever, as long

6  as it's not me.  I'm down for whatever."

7          I told him, "Don't worry about it.  It's

8  all good."

9          I was just getting the pole off.  I got

10 it.  I put it on the long side of my pant leg, and I

11 walked out.

12     Q.   When he said that to you, a regular,

13 normal tone?

14     A.   Yes.

15     Q.   Anything unusual about the way he spoke,

16 as far as his mannerisms or anything else?

17     A.   No.

18     Q.   Now, I'm going to show you -- you

19 indicated that you had to unscrew it?

20     A.   Right.

21     Q.   What do you do -- you said you put it in

22 your pants?

23     A.   Right.

24     Q.   And what do you do with them?

25     A.   I go to my cell.  Before I go to my cell,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2655

1  I get by that same stoop that Dan and I read the

2  paperwork at.  I looked up, and Dan Dan had locked

3  himself in his room.  So I go to my cell, and I put

4  it in my hamper.

5      Q.   Why did you put it in your hamper?

6      A.   Just to have it for -- I was going to

7  break it up for cuenta, for count, for the one-hour

8  count.

9      Q.   So do you leave it there?

10     A.   I leave it there until they're about to go

11 to yard.  I went into my room.  They were going to

12 go to phone yard, which was at 3:00.

13     Q.   Okay.

14     A.   So I pulled my curtain up in my room, and

15 begin breaking it.

16     Q.   Why do you put your curtain up in your

17 room?

18     A.   So no one could see in.  No one could see

19 my room.  I put a towel with a spoon.  And I bend

20 the spoon, and the tension keeps the towel in the

21 window.  So if the CO is coming in, they want to

22 know what I'm doing, I just tell them I'm using the

23 restroom.  None of the inmates seen me; Dan and I

24 are the only ones that knew, other than Rudy, that

25 the bar was missing.  Dan and I only knew what was

SANTA FE OFFICE                                      MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                        1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1  going on with the bar.

2      Q.   Okay.  So you stay in the room for how

3  long?

4      A.   I'm in the room before they go to yard.

5  And Javier Molina keeps telling me, "Let's go to

6  yard."

7           I told him, "I'm using the restroom.  Just

8  go ahead."

9           He goes, "We're going to wait for you."

10          I said, "No, just go.  I'm going to stay

11  in."

12          So they finally go, and I start putting

13  the bar -- there is a heater, and there is little

14  holes like grates, and I put it inside the hole, and

15  I begin breaking it, bending it back and forth.

16     Q.   How many pieces do you break it into?

17     A.   Three.

18     Q.   I'm showing on the Elmo what is

19  Government's Exhibit 2.  Can you see that item?

20     A.   Yes.

21     Q.   All right.  And I'm going to pick it up --

22  it's Exhibit Number 2.  All right.  Now, I'm

23  pointing to the left side of it, which is -- has a

24  tip at it?

25     A.   Right, there's threading.




2657

1      Q.    Okay.  Now, where would that threading --
2   where did you get --
3      A.    That threading was on the ends.  There was
4   threading on this end, threading on both, so the
5   right and left ends of the bar, which held it
6   together on the walker with the bolts.
7      Q.    Okay.
8      A.    The nuts.
9      Q.    Did it have this sharp point?
10     A.    No.
11     Q.    Who did that?
12     A.    I did.
13     Q.    How did you do that?
14     A.    I sharpened it on the floor.
15     Q.    All right.  I'm going to go to the other
16  end of it.  Can you see that?
17     A.    Yes.  That's the end that I broke off from
18  the other one.
19     Q.    Okay.  You say "the other one."  Are you
20  aware of this item?
21     A.    Yes.
22     Q.    What's that item?
23     A.    That item is a rope that you tie to the
24  end of the weapon that goes around your wrist.  So
25  when you're in one-on-one combat with another

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2658

1   inmate, you don't lose your shank, and it's not used

2   against you.

3        Q.   Did you actually put it on that?

4        A.   Yes.

5        Q.   Referring to Government's Exhibit number

6   3, do you see that item?

7        A.   I do.

8        Q.   All right.  Okay.  This item is bent.

9        A.   Right.

10       Q.   Is this the way you retrieved it?

11       A.   No.

12       Q.   How was it when you retrieved it?

13       A.   It was straight like the other one.

14   That's the end of the other one.

15       Q.   Okay.  I'm showing the --

16       A.   It was straight.

17       Q.   It was straight?

18       A.   Yeah.  There is no threading on the end of

19   that one.

20       Q.   Okay.  And was it pointed?

21       A.   When I got it?

22       Q.   Yes.

23       A.   No.  I did that.

24       Q.   You did that?

25       A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And this part was straight?

2      A.   Yes.

3      Q.   Okay.  Does it do -- at some point after

4  the homicide, do you get it and do something with it

5  that causes it to be in this condition?

6      A.   Yes.  Jerry Montoya throws it from the

7  bottom tier to the top tier.  I picked it up, took

8  it to the shower, and began bending it to put it

9  down the drain.  I took a razor blade to the handle.

10 I cut the handle off, and put it in the drain all

11 the way.

12     Q.   Okay.  So while you're making this into a

13 weapon, was it still straight?

14     A.   Yes.

15     Q.   And do you recall what eventually -- who

16 has this eventually?

17     A.   Jerry Montoya.  The reason why it's bent

18 is because the drain goes like an L, so I had to

19 bend it to go down the drain.

20     Q.   Now, I'm showing you Government's Exhibit

21 Number 7.  Are you familiar with this item?

22     A.   Yes.

23     Q.   How so?

24     A.   That's the extra piece.  And I believe

25 that one has threading on it that's untouched.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                            Albuquerque, NM 87102
(505) 989-4949                                                                          (505) 843-9494
FAX (505) 820-6349                                                                FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   Okay.  On the right side of the screen,
 2  where it's being displayed, is that the threading?
 3      A.   Yes, it is.
 4      Q.   What did you do with this item?
 5      A.   I put it in a honey jar with napkins and
 6  threw it in the trash and covered it with a brown
 7  paper bag.
 8      Q.   Is this --
 9      A.   There's napkins inside of it, yeah.
10      Q.   So you put it in there?
11      A.   Yes.
12      Q.   Was this to be used by anyone?
13      A.   Just extra, just to throw it away, to get
14  rid of -- I didn't know that the weapons were going
15  to be found, so that was just to throw it away.
16      Q.   Where did you throw it away?
17      A.   In the trash can.
18      Q.   Where was the trash can?
19      A.   Right there in the pod.  When you're
20  going -- the stairs that are going upstairs, there
21  is a trash can right next to it.
22      Q.   All right.  So you make two weapons and
23  you have an extra piece that eventually you throw
24  away in the trash can?
25      A.   Yes.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                          1-800-669-9492
                                                   e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1        Q.   How long did it take to make those

2   weapons?

3        A.   About 30 to 45 minutes.

4        Q.   And then at some time -- and you're doing

5   this during, as you say, cuenta?

6        A.   I had broken down before cuenta, before we

7   locked down, because I had to come out and talk to

8   Timothy before cuenta.  So when I broke them down

9   into pieces, I put them under my mattress.  So when

10  cuenta came, I was sharpening them.

11       Q.   Let's go back.  You said you had to talk

12  to Timothy.

13       A.   Right.

14       Q.   Why did you have to talk to Timothy?

15       A.   Because Dan told me to.

16       Q.   Where had Timothy been, if you know?

17       A.   He was at work at the wheelchair program.

18       Q.   And at some time did he get done with the

19  wheelchair program?

20       A.   Yes, right before, around maybe, I want to

21  say, about 3:30, 3:40.

22       Q.   Okay.

23       A.   They come about maybe 15, 20 minutes

24  before count.

25       Q.   Okay.  And what did you go tell Tim?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   We sat on the table, and I told him, "Go

2   get high."

3             And he said, "Why?"

4             I told him, "Go get high.  I'll tell you

5   later."

6             He said, "No, I'm not going to get high

7   today."

8             I said, "Just go fucking get high."

9             He looked at me, and he seen that I was,

10  like, I was kind of upset.  He goes, "What's wrong

11  with you?"

12       Q.   Why did you tell him to go get high?  What

13  was your point in telling him to go get high?

14       A.   It was probably the last time he was going

15  to get high for a while, because we were going to go

16  to Level 6.

17            "Just go get high," you know, "maybe numb

18  your feelings, whatever.  I know he's your friend."

19  I told him, "Go get high."

20            He told me, "What's wrong?"

21            "Nothing.  Let's go over here."

22            We went to the same stoop where me and Dan

23  read the paperwork.  And he has his arm around me.

24  "What's up?"

25            I told him, "The paperwork is here."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1           And he goes, "Which one?"

2           I told him, "Just -- you ready?"

3           He goes, "Well, who?"  He thought it was

4    Jerry Montoya.

5           And I kind of like shook my head, "Yeah,"

6    and I told him, "No.  No, fucking Javier.  Dan wants

7    you to knock him the fuck out."

8           He goes, "Why isn't Dan telling me?"

9           "You know why."

10          He goes, "Yeah, because if Dan would tell

11   me, I'll pop his fucking mouth."  He goes, "Well,

12   are you down with it?"

13          I go, "Don't worry.  If you're not, I'll

14   do it for you, and we'll just say you did."

15          And he goes, "No, if this is what the onda

16   needs me to do, I'll do it."

17          I told him, "All right.  After count."

18       Q.   Okay.  Now, you said this conversation

19   took place -- and if it is, can we see somewhere on

20   Exhibit 752 where this conversation took place?

21       A.   See cell 111?

22       Q.   Yes.

23       A.   That's my cell.  Right there, directly,

24   drag your line to the corner.  Right there -- no, to

25   the corner.  Right there.  There is a pole.  And

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2664

1  then we sit right there, there is a stoop, like a

2  little seat.

3      Q.   All right.  And just for the record, on

4  752 I drew a circle around what would be to the left

5  of the second table there?

6      A.   Yes.

7      Q.   Okay.  So you have the conversation there.

8  And I believe you indicated that you were willing to

9  do it for him?

10     A.   Yes.

11     Q.   And why were you willing to do that?

12     A.   Because he's my friend and I didn't really

13 know if he had it in him either.  I didn't want him

14 to get hit.  And I knew that he was going to get

15 killed.  And Timothy ain't -- he ain't your

16 prototype gang member.

17     Q.   So what was his role again?  You said to

18 knock him out?

19     A.   Yeah, knock him the fuck out.  Dan wanted

20 him to physically knock him out because Timothy had

21 MMA experience.

22     Q.   Okay.  Now, and you mentioned the other

23 two people that were going to get the shanks were

24 who?

25     A.   Were Jerry Montoya and Jerry Armenta.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2665

1   told them that he was going to knock him out, and

2   the homies were going to go stab him; to make sure

3   he was outside of the cell before they came in.

4        Q.   Now, did Mr. Martinez -- did he agree to

5   go along with it?

6        A.   He said, "If this is what the onda needs

7   me to do, I'll do it."

8        Q.   So how big, in relationship to Timothy

9   Martinez, is Javier Molina?

10       A.   Well, Timothy is taller than him, more

11  physically fit.  Javier Molina had gotten -- had put

12  on a lot of weight over the years, and he was

13  shorter.

14       Q.   Okay.  Now what about Jerry Armenta and

15  Jerry Montoya?

16       A.   Jerry Armenta is about the same height,

17  not as physically fit as Timothy.  And Jerry Montoya

18  is a smaller guy.

19       Q.   Okay.  Why -- I guess in the plan that

20  was -- why was it necessary to knock out Javier

21  Molina?

22       A.   Because we felt that they couldn't take

23  Molina by themselves.  If Molina was conscious,

24  we -- or not stunned -- we didn't believe that Jerry

25  Montoya and Jerry Armenta could take him out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2666

```
 1        Q.    Okay.  "We" being who?

 2        A.    Me and Daniel Sanchez.

 3        Q.    Was that something you discussed?

 4        A.    Yes.  Because I had concerns about them

 5   two individuals committing the crime.  And he said,

 6   "No, they'll get it done."

 7              Jerry Armenta was his homie.  He said,

 8   "No, I've been working out with him.  He's ready."

 9        Q.    Okay.  And so were you given the task to

10   tell anybody else?

11        A.    I was just supposed to tell Timothy

12   Martinez.

13        Q.    So then after this conversation --

14        A.    With Timothy.

15        Q.    -- with Timothy, what do you do?

16        A.    Okay.  After that conversation, the guys

17   from the phone yard:  Daniel Sanchez, Jerry Armenta,

18   Montoya, Michael Hernandez, Jeffrey Madrid, and all

19   them came from the phone yard.  We should be locked

20   down, go to cuenta, 4:00 count.

21        Q.    And that's when you make the weapons?

22        A.    That's when I begin making the weapons.

23        Q.    How long does count last, again?

24        A.    An hour.

25        Q.    So 5:00, count is over?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2667

1      A.   Right.

2      Q.   What happens at that point?

3      A.   Once the doors crack, I come out and I go

4  up the stairs to the day room area, where it says

5  "common area."  I go to the last cell over by Ronald

6  Sanchez.  There is a railing.  I jump on the

7  railing, and I pull myself up to the top tier, and I

8  go to Timothy Martinez' house.

9           And he's walking back and forth.  And I

10  told him, "Are you ready?"  I told him, "Don't worry

11  about it.  I've been in this position.  Don't worry

12  about it.  You're going to be all right."

13      Q.   I just put on the screen 751, which is the

14  upper level?

15      A.   Right.  See the lower walkway?

16      Q.   Yes.

17      A.   The line below is a railing, and the line

18  above it is a railing.  I pulled myself up to the

19  top tier.  And I told Timothy, "Are you ready?

20  Don't worry.  I've been in this position before.

21  Don't worry.  You're going to be all right.  I'll be

22  there with you."

23           And then he told me that he had gotten

24  Javier Molina's shank.  It was in the canteen bag.

25  He told me, "Take the canteen bag."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              So I take the canteen bag.  As I'm going
 2   on the upper walkway, I go all the way around to the
 3   top tier stairs, where it says "Up."
 4        Q.   Okay.  Here?
 5        A.   I go down the stairs.  Then I go back to
 6   my cell 111.  And when I go to my cell, Daniel
 7   Sanchez and Jerry Armenta comes in right behind me.
 8        Q.   So now -- and Tim gave you, just so we're
 9   clear, Javier Molina's shank?
10        A.   Yes.
11        Q.   So then you go back down to yours, which
12   is 111?
13        A.   Right.
14        Q.   And who is there?
15        A.   Right when I go in, I set the canteen on
16   the bed.  And here comes Daniel Sanchez and Jerry
17   Armenta.  And he asks me, "You got them ready?"
18              I said, "Yeah."
19        Q.   What was ready?
20        A.   If I had made the shanks, if they were
21   ready.  Daniel Sanchez asked me.  I was about to put
22   them in my socks to go to their cells.  And I just
23   handed them to them right there.
24        Q.   Handed it --
25        A.   To Jerry Armenta.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2669

```
 1        Q.   Okay.
 2        A.   Then he goes -- Daniel Sanchez goes, "Did
 3   you tell Plazi?" which is a nickname for Jerry
 4   Montoya -- and I looked at him.  I said, "No."
 5             I got kind of, like, mad because he was
 6   the one that was supposed to tell him.
 7             He said, "Well, tell Plazi."
 8             He's supposed to tell Jerry Montoya and
 9   Jerry Armenta.  I'm supposed to tell Timothy
10   Martinez.
11             So I go to Jerry Montoya's cell, 113.  I
12   walk --
13        Q.   Which is right here?
14        A.   Right.
15        Q.   Okay.
16        A.   I walk all the way to the back of the
17   cell.  He's in there.  And I put my hand down my
18   pants and I pull out the fucking fierro, and tell
19   him, "It's your time."
20        Q.   What's a fierro?
21        A.   The shank.  And he puts his hands in the
22   air.  I guess he thought we were going to stab him.
23   So he puts his hands, and I told him, "It's your
24   time."
25             He goes, "Well, what's up?"
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          I told him, "The paperwork is here.
2    You're going to hit Molina, Javier."
3          And he told me, "You've seen it."
4          I told him, "I seen it."
5          "Where is it at?"
6      Q.   Okay.  And what did you take "where is it
7    at" to mean?
8      A.   The paperwork.
9      Q.   What did you say?
10     A.   I told him, I said, "We already seen it,
11   Dan and I seen it.  It's already next door.  Don't
12   worry about it.  We've seen it."
13     Q.   Okay.  When you said, "It's already next
14   door," what were you referring to?
15     A.   I sent it back to Lazy and Lupe Urquizo.
16     Q.   So then what happened?
17     A.   What happened after that, I told him to
18   get into his greens, his uniform, his state-issued
19   pants and shirt.
20     Q.   And why did you tell him to do that?
21     A.   For the blood.  There was going to be
22   blood.  And so the cameras -- they were both
23   supposed to be greens so they couldn't identify
24   them.
25     Q.   And so did he eventually change?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    He did.

 2        Q.    And did you leave the shank with him?

 3        A.    I did.

 4        Q.    Where did you go after that?

 5        A.    I went and talked to Timothy again, I

 6  think.

 7        Q.    And what did Timothy tell you?

 8        A.    He said was going to choke him out.

 9  Instead of knock him out, he was going to choke him

10  out.

11        Q.    Okay.  Was that different from the plan?

12        A.    Yes.

13        Q.    Okay.  So what did you do at that point?

14        A.    I went and spoke to Dan Dan.  I went and

15  told him, "Hey, the homie is going to choke him out.

16  And I'm going to be right there, and he's going to

17  choke him out."

18              And that's when he told, he goes, "Make

19  sure it goes right, and don't forget the dope."

20        Q.    What did he mean by that?

21        A.    Because we were going there to shoot up

22  Suboxone.

23        Q.    Was that -- did you come up with a plan to

24  get into Molina's cell?

25        A.    Yes.  Through -- we usually went and did
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   drugs in there or tattooed in Molina's cell.  He
2   always had his door open.  So it wasn't unnatural
3   for us to be in there, especially me and Timothy.
4   It was planned that way for -- the closest people to
5   you are the right ones to kill you in the SNM.
6        Q.   So what do you do?
7        A.   At that point?
8        Q.   Yes.
9        A.   I think right before, we were sitting at
10  the bottom tables, and I go, "Are you ready," to
11  Javier Molina, Timothy Martinez.  And Daniel Sanchez
12  knew what we were doing, so he goes, "Well, can I
13  go?"
14            And I looked at him, like, You know what
15  the fuck we're doing, you know.  Why do you want to
16  go?  You know what's going on.
17            And he's putting me in a situation where I
18  have to tell him, "No."  It was an awkward
19  situation.  I just looked at him.  "No, we're going
20  to go."
21            So he went up to his cell, and I had the
22  Suboxone.  It was in Saran Wrap.  I was opening it,
23  and I couldn't get open.  So Molina grabbed it out
24  of my hand and started opening it.  I just looked at
25  him.  "It's all right."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   The conversation, "Can I go," were you

2  guys referring to, when you say "you guys," you were

3  going to go up to do the drugs?

4    A.   Yeah, he wanted to go get high with us.

5    Q.   When he said, "Can I go," you took that to

6  mean he was going to go to drugs with you?

7    A.   Right.  He wanted to go do a shot with us.

8    Q.   Because he had already mentioned that you

9  were to get the dope?

10   A.   Right.

11   Q.   Afterwards.

12   A.   After I spoken to him about changing the

13 plan, he said, "Don't forget the dope."  There is a

14 joke, like, CIC getting drugs, halfers, halfers.

15 When I was walking away, he was telling me

16 "halfers."  So he knew the plan, and he was trying

17 to -- I don't know what the fuck he was doing when

18 he told me that.

19   Q.   Okay.

20   A.   So we go up there.  And I'm opening the

21 Suboxone.  I can't get it.  So Molina pulls it away

22 from me.  And I look at Timothy, and I'm waiting for

23 him to get him.  I go like that, and he doesn't do

24 nothing, so I thought Timothy was going to wait till

25 we do the shot.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    Okay.  And so you were in Molina's cell

2  now?

3     A.    We're in Molina's cell.

4     Q.    And who is there?

5     A.    Myself, Timothy Martinez, and Javier

6  Molina.

7     Q.    Okay.  What happens?

8     A.    I nodded to him again.  And he didn't do

9  nothing.  So like I said, I nodded to him like two

10  or three times, and nothing happened.  So I assume

11  we're going to do the drugs.  And the next thing I

12  know, I hear like a thump, thump.  Timothy grabbed

13  him and started choking him out.  He dropped the

14  syringe and the Suboxone.  He had already opened the

15  Suboxone.  At that time it was in the spoon.  He

16  dropped the syringe next to the spoon.

17     Q.    Who is "he"?

18     A.    Javier Molina.

19     Q.    Okay.

20     A.    When Timothy grabbed him, he looked like

21  he was in shock, like he didn't know what the fuck

22  was going on.

23     Q.    Who is "he"?

24     A.    Javier Molina.

25     Q.    Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Then he reached his hands up to try to

2  grab Timothy Martinez' hands.  And I grabbed his by

3  the wrists, and I pulled him down, and I leaned in

4  to him.  And I seen him go unconscious.  And I told

5  Timothy to lay him down.  Timothy went to lay him

6  down.  I turned.  And when I went to wave in Armenta

7  and Montoya, they were already on their way in.  And

8  I was telling Timothy, "Get the fuck out of the

9  room.  Go."

10        And he went around, he stepped on the

11  bunk, and I think he left.  When they came into the

12  room, they started stabbing him.  Javier Montoya got

13  on top of him and started stabbing him on the

14  chest --

15    Q.   Sorry.  You said Javier got on top --

16    A.   I mean Jerry Montoya.  Jerry Montoya got

17  on top of him and started stabbing him in his chest.

18    Q.   And was Javier standing up at this time?

19    A.   No, he was laying down.  He was

20  unconscious.

21    Q.   Okay.

22    A.   So I reach over and I grab the spoon with

23  the Suboxone and the syringe off the table, and I go

24  to leave the room.  And I look back, and I see him

25  stabbing him.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2676

```
 1          Then the next thing I know, Molina is up,
 2  standing up.  So I walk back to the cell.  And
 3  Montoya tries to give me the shank.  And I told him,
 4  "Get him.  Don't let him out of the fucking room."
 5          Right when I turned around, Molina ran
 6  right through them on the tier.
 7     Q.   Okay.
 8     A.   He started coming out of the room.  And
 9  Molina says, "All right, carnals.  You got me."
10          And I told him, "You ain't our fucking
11  carnal."
12          And I told Jerry Montoya, "Go get him.
13  Get him."
14          And I heard Daniel Sanchez telling Creeper
15  to go get Molina, as well.
16     Q.   Okay.  So Javier is leaving his cell, and
17  what does he tell you?
18     A.   "You got me, carnals.  You already got
19  me."
20     Q.   I thought he said something about "all
21  right"?
22     A.   Oh, yeah, "Right, you got me, carnals."
23          I told him, "You ain't our fucking
24  carnal."
25     Q.   So then where does he go?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2677

```
1        A.    He goes to the top tier stairs.  And he
2   goes down to the front door.  And Montoya and
3   Armenta proceed to stab him down at the bottom door.
4        Q.    And I believe you said something about you
5   overheard Daniel Sanchez?
6        A.    Yeah, he was telling Creeper to go get
7   him.
8        Q.    Who is Creeper, again?
9        A.    Creeper is Jerry Armenta.
10       Q.    Is that the person that you said was close
11  to Daniel?
12       A.    Yeah, that's Dan's homie.
13       Q.    Okay.  And then what happened?  Were you
14  able to see what happens?
15       A.    No.  When the shank got thrown to the top
16  tier, I went to the shower.  I picked it up.  And it
17  hit the roof -- it hit the wall next the roof, and
18  hit the floor.  I picked it up and went to the
19  shower and started breaking it down to get it in the
20  shower drain.  The plan was that Daniel Sanchez was
21  supposed to take care of Armenta's shank.  I was
22  supposed to take care of Montoya's.
23       Q.    Now, so you then go into the shower?
24       A.    Right.  Top-tier shower.
25       Q.    And is that where you stick the shank?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2678

1       A.    I do, in the shower drain.

2       Q.    Is it bent?

3       A.    It's bent.  I bended it on my shin.  I

4  started bending it on my shin.  And as I put it into

5  the shower drain, I started bending it.

6       Q.    Now, at some point, do you know whether or

7  not -- you said you overheard Daniel Sanchez saying

8  something to the effect of, "Go get him"?

9       A.    "Get him, Creeper; Get him, Creeper."

10      Q.    Do you ever know or see Daniel Sanchez

11 going and talking to anybody in the yellow pod?

12      A.    When I was coming out of the shower, he

13 went to the top-tier shower and said something like,

14 "How do you like that, baby?"

15            And then, when we're locking down, someone

16 yelled back, "Fuck, yeah, Dan."

17      Q.    Now, have you seen the videos in this

18 case?

19      A.    Yes, I have.

20      Q.    And we're going to go to, I believe, the

21 first camera view and it's Exhibit Number 11.

22 Camera 4.

23            All right.  And now there's two

24 different -- this exhibit has two different cameras,

25 so this is camera 4 that we're looking at.  And I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  believe this is at the beginning.  Okay.  And this

2  is at 17:29:59:406.  And if you can start playing

3  it.  It's at the end.  Can we get to the beginning?

4  Sorry.

5          All right.  Now we're at 17:14:59:390.

6  Okay.  Before we start that -- I know it's kind of

7  grainy -- but do you recognize anybody on the top

8  level?

9      A.   Yeah, the one in the white shirt is Javier

10 Molina, and the one next to him is Timothy Martinez.

11     Q.   Okay.  So this would be approximately

12 5:00, almost 5:15 in the evening; is that correct?

13     A.   Yes.

14     Q.   Okay.  And we're going to play it.

15          (Tape played.)

16     Q.   Okay.  If we can stop it, and it is

17 17:15:37:421 frame.  There is a gentleman that came

18 into the camera.  Who is that in the green on the

19 bottom?

20     A.   That's Jerry Montoya in his greens.  And

21 he already has the shank at that time.

22     Q.   Okay.  If we could keep playing it.

23          (Tape played.)

24     Q.   If we could stop just briefly.  All right.

25 From the last segment to this segment, we're now at

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   17:15:53:421.  You saw some people coming out from

 2   the lower level.  Do you know who they were?

 3        A.   That's the nurse, Ms. Lammond.  Right

 4   there in front of her is Jeffrey Madrid, and I think

 5   behind the CO coming down the stairs is Jerry

 6   Armenta, behind the CO.  Yeah, there he is.

 7        Q.   Okay.  Pause it.  I'm going to go to the

 8   right hand of the screen, and we're at 17:16:05:421.

 9   What is it that we're looking at?

10        A.   Javier Molina asked me for the syringe.

11   I'm stepping up on the rail and giving it to him.

12        Q.   So I'm marking an X on the person in the

13   middle there.  Is that you?

14        A.   That's me.

15        Q.   And the person on the top is Javier

16   Molina?

17        A.   Yes, ma'am.

18        Q.   And who is it on the bottom, if you know?

19        A.   Jeffrey Madrid.

20        Q.   All right.  Let's continue on.

21             (Tape played.)

22        Q.   If you can stop.

23             All right.  We're now looking at

24   17:16:20:406.  Who is this person on the left hand

25   that's going up?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.   That's me.

 2      Q.   And where are you coming from?

 3      A.   Coming from the table.  I think I was

 4 talking to Dan Dan.

 5      Q.   Okay.  And who is this next to you that's

 6 going down?

 7      A.   That's Jerry Montoya.

 8      Q.   And on the top right of the picture, who

 9 is it over here?

10      A.   That's Mr. Molina calling me to his room.

11      Q.   Okay.  If we could continue on.

12           (Tape played.)

13      Q.   All right.  If you can stop.

14           Now we're at 17:16:55:406.  At the top

15 right screen you can see part of the doorway.  Do

16 you know whose doorway that is?

17      A.   That's Mr. Molina's.

18      Q.   And can you see that better from the other

19 camera?

20      A.   Yes, you can.

21      Q.   And then who is standing outside of it?

22      A.   Molina.

23      Q.   Where are you at this time?

24      A.   At that time, I think --

25      Q.   If you don't know, we can play on a little
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   bit.  I don't want you to guess.

 2        A.   I think I'm in Timothy's room at that

 3   time.

 4        Q.   Who is coming down the stairs?

 5        A.   Armenta, Jerry Armenta.

 6        Q.   All right.  Just clear this.  All right.

 7             I'm going to pause it there.  There is

 8   somebody, and it's 17:17:42:406.  There is somebody

 9   here on the table.  Do you know who that is?

10        A.   Yes, that's me after I finished talking to

11   Timothy Martinez about choking him out, or Timothy

12   told me he was going to choke Molina instead of

13   knocking him out.  That's -- I'm talking to Dan

14   about it right then.

15        Q.   Who are you talking to?

16        A.   Daniel Sanchez.

17        Q.   Who is on the top level?

18        A.   Jerry Montoya.

19             (Tape played.)

20        Q.   All right.  Stop it.  At 17:18:23, we saw

21   somebody leave the table and go up the stairs, and

22   now they're headed towards the right of the frame.

23   Who is that?

24        A.   That's going up the stairs?

25        Q.   Yes.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                  e-mail: info@litsupport.com

1    A.    That's me.  We're going to Molina's cell;

2  myself, Molina, and Timothy Martinez.

3    Q.    And there is a gentleman on the top right

4  of the picture frame.  Who is that?

5    A.    Molina.

6    Q.    Okay.  Continue on.

7          (Tape played.)

8    Q.    And are you in the cell at this time?

9    A.    Yes, I am.

10   Q.    So I'm going to stop, and we're now at

11  17:18:59:406.  We see two gentlemen on the left side

12  of the picture.  Who are they?

13   A.    Jerry Montoya and Jerry Armenta.

14   Q.    Jerry Montoya is which one?

15   A.    The one coming up the stairs.

16   Q.    Okay.  What's going on at this time?

17   A.    They were told to sit there, I think by

18  Daniel Sanchez, to sit there until they see what's

19  going on in the room, or I call them to see.  Until

20  he's knocked unconscious, then they go in.

21   Q.    And what are you doing at this point in

22  time?

23   A.    I think that's at the point in time where

24  I'm trying to open the Suboxone, and Molina pulls it

25  away, grabs it away from me, and starts opening it.

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



1  So all this is going on.  I'm standing the closest

2  to the front door.  Molina is in the middle, and

3  Timothy is behind him.  We're standing at the desk.

4      Q.   Okay.  So this is about the time that

5  Molina is going to be going unconscious?

6      A.   Yes, ma'am.

7      Q.   All right.

8           (Tape played.)

9      Q.   17:20:02:406.  And I believe that Armenta

10 and Montoya just get up and are going; is that

11 right?

12     A.   Yes.

13     Q.   Where are you at this point in time?  Are

14 you still in the room?

15     A.   I'm still in the room and waving them in

16 up against the bunk, and Molina is laying on the

17 floor, and Timothy is back behind his head.

18     Q.   Okay.

19          (Tape played.)

20     Q.   I'm going to stop right there.

21 17:20:28:406 and I believe somebody came out of the

22 room and is now headed towards the left side of the

23 picture frame.  Who is that?

24     A.   That's Timothy Martinez, and I think I'm

25 in the doorway.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2685

```
 1        Q.   Okay.
 2        A.   I think that was after grabbing the
 3   Suboxone and the syringe.  Timothy Martinez' photo
 4   album was on the bed and I grabbed it to take it
 5   out.
 6        Q.   What kind of photo album was it?
 7        A.   It's a photo album with a bunch of naked
 8   pictures of women.
 9             (Tape played.)
10        Q.   If you can stop right there, there is a
11   person on the top right -- I mean the top part of --
12   middle part of the screen.  Who is that?
13        A.   The top tier?
14        Q.   Yes.
15        A.   That's me.
16        Q.   And that's 1:20:41:406.  Okay.
17             (Tape played.)
18        Q.   Okay.  Stop.  Now, there was in -- this
19   frame is 17:20:55:421, there is a person on the top
20   left part of the screen that I'm circling right now,
21   above where it says 1-A.  Who is that?
22        A.   That's Javier Molina.
23        Q.   And did we just see him run by you?
24        A.   Yes.
25        Q.   Okay.  And where are you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2686

```
 1        A.   I'm against the rail in the white shirt.

 2        Q.   Is this you?

 3        A.   Yes.

 4        Q.   Okay.  And where are Jerry Armenta and

 5   Jerry Montoya?

 6        A.   Jerry Armenta is in the white shirt

 7   towards the right, and Jerry Montoya is right behind

 8   me.

 9        Q.   Okay.

10        A.   At this point, this is where he says, "All

11   right, carnals, you got me," when he's about to turn

12   down the rail, down the stairs.

13        Q.   Go ahead.

14             (Tape played.)

15        A.   Right here.

16        Q.   Okay.  He turned back there, and now we're

17   at 5:21:01:42.  Is that you on the top?

18        A.   Yes.

19        Q.   Above where it says "pod"?

20        A.   Yes, ma'am.

21        Q.   Okay.  And is this Javier Molina on the

22   bottom there?

23        A.   In the white shirt?

24        Q.   Yes.

25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2687

```
 1        Q.    Okay.

 2              (Tape played.)

 3        Q.    Okay.  If you can stop at 17:21:16.  And I

 4   believe at this point we have -- is that Jerry

 5   Armenta at the bottom?

 6        A.    That's Jerry Armenta in the white T-shirt,

 7   and Jerry Montoya who just flipped me the shank and

 8   went down the bottom tier.

 9        Q.    Okay.  So he's now at the bottom tier, and

10   where are you headed to at this point?

11        A.    To the shower, to dispose of the weapon.

12        Q.    Okay.  And so at this point Montoya gave

13   you the weapon already?

14        A.    He threw it up.  He flung it up to the top

15   tier.

16        Q.    Okay.  And what did Armenta do when he

17   walked by the trash can; do you know?

18        A.    I think he -- well, he dropped a weapon in

19   there.  It wasn't supposed to happen.

20        Q.    What was supposed to happen with it?

21        A.    Daniel Sanchez was supposed to take care

22   of it.  I gave him a razor blade and told him how

23   the drains went, and the razor blade was to cut the

24   handle off.  He seemed kind of surprised that I was

25   telling him to do that.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Was this before?

2    A.   This was before, yes.  I told Armenta that

3 I was going to take care of Montoya, and Dan Dan

4 would take care of his, Armenta's; I would take care

5 of Montoya.

6    Q.   Okay.  So you can play it.

7         (Tape played.)

8    Q.   We can stop this one.  And if we go to

9 camera 5 of Exhibit Number 11.

10        All right, Mr. Rodriguez.  Are you

11 familiar with this scene?  On the top it says CH05,

12 which I believe is camera 5 and it says 17:15:03?

13   A.   Yes.

14   Q.   Okay.  So this is obviously before the

15 incident?

16   A.   It is.

17   Q.   And who do we see in this picture?

18   A.   On the bottom tier, it's myself and Daniel

19 Sanchez; and on the top tier is Javier Molina and

20 Timothy Martinez.

21   Q.   Okay.  And this picks up at the same --

22 just a different angle from channel 4?

23   A.   Yes.

24   Q.   And in this picture, can we actually see

25 Javier Molina's cell?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2689

```
 1        A.   Yes, you can.

 2        Q.   And where is it?

 3        A.   It's to the right of him.  Yes, right

 4   there.

 5        Q.   So that's Javier Molina's cell?

 6        A.   Yes, ma'am.

 7        Q.   And I believe you said to the right of

 8   him, so I'm circling now the gentleman above 1-A in

 9   the picture.  Is that Javier Molina?

10        A.   Yes, it is.

11        Q.   So at this point in time before this

12   starts, does Armenta and Montoya -- do they have

13   their shanks?

14        A.   They do.

15        Q.   Okay.  And then I am going to -- if we can

16   play it.

17             (Tape played.)

18        Q.   And the person -- just so that we're

19   clear -- at the bottom talking to you with the white

20   socks and white tennis shoes -- who is that?

21        A.   That's Daniel Sanchez.

22             (Tape played.)

23        Q.   And if we can fast-forward a little bit.

24             (Tape played.)

25        Q.   All right.  We're now at 17:16:34, who do
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    we see there at the bottom?

2         A.    You see Daniel Sanchez.

3         Q.    Okay.

4         A.    I think right behind him is Montoya

5    sitting on the stoop.  You can't see him right now,

6    but right there by his right leg.

7         Q.    Okay.

8         A.    Yeah, there he is, right there.  He's

9    talking to him.

10        Q.    Do you know what's going on at this time?

11        A.    With who?

12        Q.    Somebody just walked out.

13        A.    That was me going to Timothy Martinez's

14   house.

15              (Tape played.)

16        Q.    I'm going to pause it at 17:17:31:656.

17   And there is four gentlemen at the bottom of the

18   screen.  Who are the middle two?

19        A.    Me and Daniel Sanchez.

20        Q.    Where did you come from?

21        A.    I came from Timothy Martinez's cell.

22        Q.    And what are you doing at this point in

23   time?

24        A.    I'm letting Dan Dan know that Timothy is

25   going to choke him out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2691

1    Q.   Okay.  And why were you telling him that?

2  Was the plan different initially?

3    A.   The plan was initially that he just said

4  to have Timothy "knock him the fuck out," which we

5  took as to physically assault him with his fists.

6    Q.   Okay.  And is this the point where you're

7  telling Mr. Sanchez the change in the plan?

8    A.   Yeah.  He tells me, "Make sure it goes

9  right and not to leave the dope."

10    Q.   Okay.

11        (Tape played.)

12    Q.   Okay.  And it is now 17:18:21:39.  I

13  believe you just got up and you're going back up?

14    A.   Yes.

15    Q.   All right.  Now, for the rest of the time

16  that you go up and you're in Mr. Molina's cell,

17  where does Mr. Sanchez stay?

18    A.   Right there with his brother.

19    Q.   And there's three tables that we can see

20  in this view.  The first two tables that I just made

21  two dots on -- were those the two tables in channel

22  4's views?

23    A.   Yes, ma'am.

24    Q.   So this is just an extended view?

25    A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1         Q.    And you said he's there with his brother?
 2         A.    Right.
 3         Q.    Is that the person sitting down right
 4    here?
 5         A.    Yes, it is.
 6         Q.    The person on the bottom right?  And is
 7    that the person that you said was Ronald Sanchez?
 8         A.    Yes, ma'am.
 9         Q.    All right.  And then what are you doing?
10    Are you going back up?
11         A.    Going back up.  Timothy Martinez is going
12    to come from his cell and we're going to enter
13    Molina's cell.
14         Q.    Is that Molina up on the top?
15         A.    Yes, ma'am.
16               (Tape played.)
17         Q.    And there is a person that just came from
18    the right-hand side of the screen and what -- we
19    stopped it now at 17:18:30.  Who is that person?
20         A.    That was Timothy Martinez.
21               (Tape played.)
22         Q.    So does the door remain open?
23         A.    It does.  When you see me come out
24    earlier, it's because I'm telling the CO to leave
25    the door open.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2693

```
 1              (Tape played.)
 2       Q.    What is going on at this time?
 3       A.    You can see the shadows right there.  The
 4  CO is wiggling the door.  When they want you to
 5  hurry up, close the door, they start wiggling the
 6  door.  I come back out and I tell them to hold on.
 7  Then you're going to see shadows on the white part
 8  of the cell.  That's when Timothy starts to choke
 9  him out.  Right now, I think, yeah.
10              (Tape played.)
11       Q.    Stop it.  It's now 17:20:04, and we now
12  see -- is that Jerry Montoya and Armenta?
13       A.    Yes, ma'am.
14       Q.    Okay.  And it appears as if they're headed
15  where?
16       A.    To Molina's cell.
17       Q.    Why were they headed to Molina's cell?
18       A.    Because he's unconscious and I was calling
19  them in.
20              (Tape played.)
21       Q.    The cell door remains open?
22       A.    Yes.
23              (Tape played.)
24       Q.    Okay.  Can you stop.
25              All right, at 17:20:31:390, who is at the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

2694

```
 1  bottom of the screen?

 2       A.   Daniel Sanchez.  And -- the bottom tier?

 3       Q.   Yes.

 4       A.   And his brother, Ron.

 5       Q.   And Mr. Sanchez has his back towards us?

 6       A.   He's looking up to the Molina cell.

 7       Q.   And who is it that -- who is the person in

 8  the white that we can see with the pants?

 9       A.   On the top tier?

10       Q.   Yes.

11       A.   That's me.

12       Q.   Okay.

13            (Tape played.)

14       Q.   I believe this is 17:20:54:406, and there

15  is a person on the left-hand side.  Looks like

16  something with a white shirt with something on the

17  shirt.  Who is that?

18       A.   That's Javier Molina.

19       Q.   What did he have on his shirt?

20       A.   Blood.

21       Q.   And who is the person in the white to the

22  right of him?

23       A.   That's me.

24       Q.   Okay.  And who is standing next to you, if

25  you can tell?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2695

```
 1        A.    Jerry Montoya.

 2        Q.    And who is the person coming out of

 3   Mr. Molina's cell?

 4        A.    Jerry Armenta.

 5        Q.    Okay.  And who is the bottom person that's

 6   standing up there with the white shirt on the bottom

 7   level?

 8        A.    Daniel Sanchez.

 9        Q.    All right.  And I believe -- go ahead.

10              (Tape played.)

11        Q.    All right.  Pausing.  It's at 17:21:16.

12   Was that just like a second or two before when the

13   shank was flipped up to you?

14        A.    Yes.

15        Q.    And it would have been right here where it

16   says "pod" on the left-hand side?

17        A.    It was in between the two cells on the

18   top.  Do you see the two blue doors?  It hit the

19   roof, the wall right above those doors, and then

20   bounced and hit the floor.

21        Q.    That's when you pick it up?

22        A.    That's when I pick it up.

23        Q.    Okay.  And I don't believe that we can see

24   anything else on this from what's happening on the

25   left-hand side; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2696

```
 1        A.    No.

 2        Q.    Okay.  Now, after you went to the shower,

 3   did you -- and you put the shank in there, what did

 4   you do after that?

 5        A.    I came out and went to lock myself in, go

 6   to my cell for lockdown.

 7        Q.    Now, we saw Daniel Sanchez in front of the

 8   camera.  Was that part of the plan?  Or what was the

 9   plan?

10        A.    I wasn't in on that part of the plan.  I

11   didn't initially take no mind to it or attention to

12   it until a lot of the carnals started pointing it

13   out to me.

14        Q.    Okay.  Now, at some point do correctional

15   officers respond?

16        A.    They do.

17        Q.    Police respond?

18        A.    They come in and I go to lockdown.

19   They're saying that there is a spot of blood outside

20   my house.  So I got a hand sanitizer with water and

21   threw it out to dilute the blood.  And I covered my

22   window.  I covered my window.  I started arguing

23   with the CO when he started trying to take pictures

24   of me.  I covered my window with a towel.  And I ate

25   some food.  I had the syringe.  I was trying to wrap
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    up the syringe to keister it.

2        Q.    What do you mean by "keister it"?

3        A.    I was going to put it in my rectum with

4    Saran Wrap.  And then I bent down, I don't remember

5    why, and I seen that I had blood on my greens.

6        Q.    What are your greens?

7        A.    My state-issue pants.

8        Q.    Okay.

9        A.    On my right shin, I had blood from bending

10   the weapon while I was in the shower.  So when I

11   took off my pants, I seen I had Molina's shank

12   still.  Because when I got it from Timothy, I put it

13   on my bunk, and I went to the canteen.  And I pulled

14   the shank out and put it in my sock.

15            So when I seen that, I took the handle off

16   it, and I put it on the corner of the desk.  And I

17   went to bend it.  I bent it in half.  I went to

18   Saran Wrap it.  And I had a lot of -- what do you

19   call it?  I wasn't calm at the time.  I was real

20   anxious, going -- trying to move fast.

21       Q.    What did you do with the pants?

22       A.    I threw them in my sink, with extra hand

23   sanitizer and toothpaste and started washing them.

24   And I got the Saran Wrap to try to wrap up the

25   weapon.  It was bent in, like, a U, about maybe two

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   and a half inches long, bent.
 2        Q.   And whose weapon was that?
 3        A.   Javier Molina's.
 4             THE COURT:  Ms. Armijo, would this be a
 5   good time for us to take our lunch break?
 6             MS. ARMIJO:  Sure.
 7             THE COURT:  All right.  We'll be in recess
 8   for about an hour.  All rise.
 9             (The jury left the courtroom.)
10             THE COURT:  All right.  Everyone be
11   seated.
12             I spent a lot of time watching Mr. Perez
13   since Ms. Fox-Young was up here.  As I noted, Mr.
14   Perez is closest to me as far as the defendants.
15   And he sits on the corner of the chair that's right
16   in front of my court reporter, so I'm able to
17   observe a lot of his body.  I can't see his feet but
18   I can see his hands and things like that.  So I am
19   able to watch him.
20             As far as my notes indicate, he didn't
21   cough at any time since Ms. Fox-Young was up here.
22   Several times as the witness was testifying, he
23   would turn his head to the witness and observe the
24   witness.  Then when it was appropriate to be looking
25   at a screen, he was looking at the screen.  So he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  looked very engaged to me.

2        I counted three times that he reached over

3  and got water, which required him to then adjust the

4  mask, and he did that.

5        He would touch himself, as people do, you

6  know.  I could watch his fingers moving.  He'd pat

7  his belly from time to time; and so he moved his

8  hands frequently.  He adjusted himself in the seat I

9  counted at least three times, and he adjusted the

10 mask three or four times.

11       He turned his head many times during that

12 time, and he turned his head at times that were

13 appropriate to be looking at the screen.  He looked

14 down.  At one time I actually saw him close his eyes

15 rather hard, so it was like a squint.  I saw him do

16 that.

17       He pulled himself up to the desk at one

18 point.  And instead of leaning back, as he does most

19 of the time, he leaned on the table.  He rubbed his

20 forehead, adjusted his glasses, and then leaned

21 back.

22       I saw Mr. Villa reach over and touch him

23 twice, and immediately he responded and turned to

24 him.  He put his hands on his thighs, patted those

25 at times.  Even when not moving, he would often be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 moving his fingers; so I could see his hands.

2        I did not see counsel at any time try to

3 discuss with Mr. Perez any of the evidence or any of

4 the -- anything that was going on.

5        He rubbed the back of his head at one time

6 and touched his hair.  He adjusted his glasses.  He

7 adjusted the mask at times.  He never put his chin

8 on his chest, indicating that he was sleeping that

9 way.  He never put his head back like he had fallen

10 asleep and was waking himself up.

11        He resumed putting -- pulling himself up.

12 He would adjust in his chair.  He moved his fingers

13 on his shirt and on his thighs.  Even when his head

14 was still, I could see his fingers moving.  And he

15 pulled his mask up several times to adjust and clean

16 his nose.  I indicated he had patted his tummy when

17 he was sitting there, like that.

18        So it seems to me -- and I hope you'll

19 agree, Mr. Villa; you're at the podium -- that he

20 had a good morning and that he was awake and alert

21 and seemed to be involved.  He closed his eyes.

22 That doesn't necessarily indicate to me that he's

23 asleep.  So I think it may be a wrong inference from

24 that, because when y'all reach over and touch him,

25 he immediately responds.  He may just close his eyes

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  at some point, but I'm not seeing that he's asleep.

2         MR. VILLA:  Well, Your Honor, I agree with

3  the Court's recitation of movements.  The two times

4  I reached over to touch him was because his eyes had

5  been closed long enough that it appeared to me he

6  was falling asleep.  I guess there's different

7  definitions of sleep.  But since we came to the

8  podium, I saw four times in between my note-taking

9  that I was concerned Mr. Perez was at least fighting

10 off sleep.  And I agree that oftentimes when he

11 fought that sleep off, he would move, he would

12 adjust his chair, he would adjust his mask, he would

13 drink water, he would do things like that.

14         There was a specific point in time during

15 Mr. Rodriguez' testimony after we came to the bench

16 last time in which Ms. Fox-Young wrote a question.

17 I'm not going to read it, because I think it's

18 privileged work product.  But the question was seven

19 words, a fairly simple question.  Mr. Perez looked

20 at it -- that we had about something that Mr.

21 Rodriguez was testifying to.  Mr. Perez looked at it

22 for what I thought was a lot longer time than would

23 normally take him to read it.  I then repeated the

24 question to him verbally, and in my opinion, it took

25 him a lot longer to understand the question.  He did



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  eventually answer it.

2          And so and Ms. Fox-Young and I are both

3  concerned.  I recognize that there are a lot of

4  people coughing, I recognize there are a lot of

5  people getting sick.  I don't think anybody is as

6  sick as Mr. Perez.  I don't think anybody has the

7  underlying medical issues that Mr. Perez has.  I

8  think that the fact that he was struggling to stay

9  awake during the most critical part of the testimony

10 against him in this case is telling.  He was

11 completely alert and active the entire week last

12 week.  There was never a moment, even though some of

13 them were dull, that I noticed him fighting sleep or

14 having any sort of trouble.  I have to believe it's

15 related to the illness he's suffering.

16          I learned today that he finally got his

17 antibiotics today.  He tells me he's still having a

18 lot of symptoms, a serious headache.  Perhaps he's

19 closing his eyes to help with the headache.  But in

20 any case, I think it is interfering with his ability

21 to assist counsel.  And I don't think that the

22 standard is, under due process, whether the

23 defendant is, you know, only able to assist some of

24 the time or parts of the time.  I think he has to be

25 able to assist counsel the entire time, and I don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  think he's able to do that.

2           And given his illness, I think that, you

3  know, we would renew our motion for a mistrial.  If

4  the Court doesn't grant that, I think the

5  appropriate remedy is a continuance until Mr. Perez

6  is healthy; or severance of Mr. Perez' case until

7  he's healthy enough to stand trial.

8           THE COURT:  I'm not adverse to it.  You'll

9  have to talk to the marshals.  But if he responds to

10  caffeine, I certainly don't mind him having a Coke

11  or, you know, a 5-hour Energy drink, or whatever he

12  has, if it's all right with the marshals.  So I

13  certainly don't mind him having that in the

14  courtroom.

15           MR. VILLA:  The cup you see in front of

16  him is tea with caffeine.  He had some tea earlier

17  that was more for, we were hoping, for congestion,

18  and they did allow him to have some tea with

19  caffeine.  I think it may have improved a little bit

20  from before when we came to the bench.  But in my

21  opinion, he was still fighting sleep.

22           THE COURT:  All right.  We'll monitor it.

23  I'll keep an eye on Mr. Perez.  We certainly want

24  him to be able to assist you when you want his

25  assistance, so we'll continue to monitor it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2704

```
 1           MR. VILLA:  And would the Court, for the
 2  record, rule on our motions?
 3           THE COURT:  I deny the motion for a
 4  mistrial.  We'll just continue to monitor.  So I'm
 5  not going to sever at the present time or continue
 6  the trial.  I'll keep an eye on him.
 7           MR. LOWRY:  May I --
 8           THE COURT:  What does it relate to?
 9           MR. LOWRY:  We haven't done this yet, but
10  the marshal is taking the witness down to the
11  holding cell.  And unfortunately, some of the
12  witnesses are commingling and we think possibly
13  sharing testimonial information.
14           Can we get a formal admonishment from the
15  witnesses before they leave not to discuss the case?
16           THE COURT:  Fine.  If I don't do it,
17  remind me.
18           Do you want to put anything on the record,
19  Deputy?  Are they commingling down there?
20           MR. MICKENDROW:  Deputy Mickendrow, just
21  for the record.  We are keeping all the witnesses
22  separate.  They are within shouting distance.  But
23  we are having deputies monitor the conversations
24  that are going on.  None of it is regarding the
25  trial.  And all of it is mainly just general talk
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    about how are you doing, and how's things been

 2    going.

 3              In addition, I don't believe defense

 4    counsel knows this, but the Marshal Service has been

 5    providing all of the defendants at lunch time

 6    caffeinated sodas in order to assist keeping them

 7    awake during the trial.  So the Marshal Service has

 8    been doing that.

 9              THE COURT:  Thank you, Deputy.  Appreciate

10    it.

11              All right.  See y'all in about an hour.

12              (Lunch recess.)

13              THE COURT:  All right.  We'll go on the

14    record.  Is there anything we need to discuss?

15              Do I need to know a little bit more about

16    this bad act?  Maybe I ought to hear from -- I

17    thought I had Ms. Duncan before I started talking.

18              What is it about this bad act that you're

19    concerned about, Mr. Lowry?

20              MR. LOWRY:  Your Honor, the bad act is a

21    1989 murder conviction.

22              THE COURT:  And this is one where, at the

23    time that I got the information, neither the

24    Government nor I had enough to make a decision?

25    Isn't that my memory on this one?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2706

```
 1           MR. LOWRY:  I think that is, Your Honor.
 2  And frankly, let me put it like this:  We've
 3  looked -- we've gotten the complete trial
 4  transcript.  We spoke to the trial attorney who
 5  handled that.  And we've actually spoken to the
 6  trial attorney, the appellate attorney.  The issue
 7  with the SNM gang or any gang affiliation or gang
 8  membership never came up during that trial.
 9           THE COURT:  Let me do this:  Let me have
10  Ms. Armijo make a proffer.  Have you heard this?
11           MR. LOWRY:  No, we haven't.
12           THE COURT:  Let me have her make a
13  proffer, and then I'll let you see what you think of
14  it.
15           MS. ARMIJO:  Your Honor, I disclosed on
16  February 3, on Saturday afternoon, I emailed this to
17  defense counsel.
18           THE COURT:  Is this a letter or email?
19           MS. ARMIJO:  This is a 302.  I first
20  emailed in the afternoon the draft 302 by Nancy
21  Stemo and then that evening --
22           THE COURT:  This is Agent Stemo talking to
23  Mr. Rodriguez?
24           MS. ARMIJO:  She was noting down anything
25  new.  It was during trial prep, when we were going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   over everything; anything that we felt had not been
2   previously gotten into more detail.  She authored a
3   three-page 302 for us to send to the defense.  When
4   she sent me a couple hours later a draft, I e-mailed
5   the draft out that afternoon, and Saturday evening,
6   I want to say after 10:00 p.m. I emailed to defense
7   counsel the finalized version, along with other 302s
8   from that day.
9              THE COURT:  So what's Mr. Rodriguez going
10  to say that ties this '89 murder with the SNM?
11             MS. ARMIJO:  Mr. Rodriguez would say that
12  Mr. Baca told him about it; that it was in reference
13  to -- I'm looking at the wrong sheet.  I'm sorry.
14             THE COURT:  You don't have an extra copy
15  of this 302, do you?
16             MS. ARMIJO:  No.  I can get you a copy.
17             THE COURT:  Go ahead and read me what you
18  have.
19             MS. ARMIJO:  I believe Special Agent Acee
20  may have one.  He says that when he was housed with
21  Mr. Baca, Baca shows Mr. Rodriguez a plan for the
22  SNM.  That's what we've already talked about.  Let's
23  see, "Baca told Rodriguez about the murder of Luis
24  Velasquez.  Baca killed Velasquez in front of the
25  PNM Main warden, and told the warden he was not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   going anywhere till Velasquez was dead.  Rodriguez

2   heard different versions of the story and believed

3   that the story Baca told him was different as to how

4   it actually occurred.  Baca and Rodriguez became

5   close to each other, though, in this time frame."

6           So in essence, Mr. Baca was bragging to

7   Mr. Rodriguez about the murder, and the important

8   part about it --

9           MR. LOWRY:  Your Honor.

10          THE COURT:  Why don't you keep him out for

11  just a second.  Okay?

12          Let me do this:  Why don't you go ahead

13  and bring him in.  Y'all go ahead and bring him in.

14          Why don't I read this.  I'll read it, and

15  then I'll give you a chance to come up before we get

16  into it, to approach before we get --

17          MR. LOWRY:  Your Honor, I will say this.

18  Everything on that piece of paper is everything I

19  know.

20          THE COURT:  Okay.

21          MR. LOWRY:  There is nothing on that piece

22  of paper that related to the SNM.

23          THE COURT:  Okay.  Where exactly are you

24  reading, Ms. Armijo?

25          MS. ARMIJO:  The second paragraph.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Is that everything that you
 2   know is in that second paragraph, as well?
 3              MS. ARMIJO:  Well, no.  I know that what
 4   he would say --
 5              THE COURT:  Well, don't --
 6              MS. ARMIJO:  -- the importance of what is
 7   said.
 8              THE COURT:  Okay.
 9              MR. BECK:  Right.  And we will have
10   testimony from another cooperator about this
11   incident and how it is related to the SNM and
12   increased Mr. Baca's --
13              MR. LOWRY:  Your Honor, can we not have
14   this conversation with the witness in the room?
15              THE COURT:  All right.  Let's hold off on
16   it.
17              MS. ARMIJO:  One more thing -- I'm not
18   going to get into contents, but this is discussed in
19   a phone conversation --
20              MR. LOWRY:  Can we not have the
21   conversation with the witness here?
22              THE COURT:  Let's not.  All right.  Is
23   there anything else we can talk about, other than
24   this issue?
25              MS. ARMIJO:  No, Your Honor.  I think that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2710

```
 1   before the next break, we'll ask to approach because
 2   we will be bringing it up.
 3           THE COURT:  All right.  How about from the
 4   defendants?  Anything we need to discuss?
 5           MR. LOWRY:  No.
 6           THE COURT:  All rise.
 7           (The jury entered the courtroom.)
 8           THE COURT:  All right.  Everyone be
 9   seated.
10           Mr. Rodriguez.  I'll remind you you're
11   still under oath.
12           THE WITNESS:  Yes, sir.
13           THE COURT:  Ms. Armijo, if you wish to
14   continue your direct examination of Mr. Rodriguez,
15   you may do so at this time.
16           MS. ARMIJO:  Thank you, Your Honor.
17           THE COURT:  Ms. Armijo.
18   BY MS. ARMIJO:
19      Q.   Now, I believe when we left off, we were
20   talking about when you were -- after the homicide
21   when you were in your cell, whatever became of the
22   shank that Timothy Martinez gave you that he
23   indicated was Javier Molina's?
24      A.   I took the handle off it, and then I put
25   it up on the desk, right in the middle; I bent it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  into -- where both the back end and the front were

2  touching.  And I went to put Saran Wrap around it,

3  and I couldn't get the Saran Wrap.  And I ended up

4  keistering it and taking it with me to the PNM Level

5  6.  And the Saran Wrap that is in the toilet is the

6  Saran Wrap that I attempted to wrap it with.

7      Q.   So there is some Saran Wrap that is

8  actually in a picture?

9      A.   Yes.

10     Q.   That was your cell?

11     A.   Yes, ma'am.

12     Q.   Now, when did you go back up to PNM?

13     A.   The next day, emergency transport.

14     Q.   Now, prior to going up to PNM in that

15 evening, was there investigations going on with

16 Corrections, maybe STIU interviews, or with the New

17 Mexico State Police?

18     A.   Yes, there was.

19     Q.   And were you actually -- did they attempt

20 to interview you?

21     A.   I think they did come interview me, the

22 State Police did.  I was one of the first

23 individuals taken out of the pod and put into the

24 segregation.  And then they moved me to -- I'm not

25 familiar with the grounds there, but it was either

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  2-A or 2-B.  And I lived with Rudy Perez, Jeffrey

2  Madrid, Jerry Montoya, and I think Michael

3  Hernandez.  And I lived right above Rudy Perez.

4       Q.   Okay.  And when was this?

5       A.   This was that night, the night of the

6  incident.

7       Q.   Okay.  So we're talking, like, March 7,

8  maybe into the --

9       A.   Maybe into the morning.

10       Q.   Into the morning hours of March 8?

11       A.   Yes.

12       Q.   And were they taking you all out, one at a

13  time, to interview?

14       A.   Yes.  I had called Rudy in the vent,

15  complaining that it was cold.  And he had started

16  laughing, that he brought his jacket, his sweats,

17  his radio, and that it wasn't his first rodeo.  And

18  I laughed at him.  I told him, "Well, you know

19  they're going to take all that shit from you."

20       Q.   Now, I'm going to hold you up.  You said

21  you called him through the vents?

22       A.   Right.

23       Q.   Explain to the jury what that means.

24       A.   Okay.  Each cell has an air duct.  It's a

25  vent that is -- there's two cells on the top, two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   cells on the bottom.  And in those cells there's air
 2   vents next to the toilet, and you could see right
 3   across into the next cell, and you can speak to the
 4   individuals at the bottom tier.  And each four cells
 5   could hear you when you talk.  So you just call out
 6   the name and they'll answer, and you begin having a
 7   conversation.
 8        Q.   All right.  I'm going to put up Exhibit
 9   Number --
10             MS. JACKS:  Your Honor, if that's the end
11   of that testimony, we'd ask that it be limited.
12             MS. ARMIJO:  I'm going to continue on.
13   But we can certainly start.
14             MS. JACKS:  Okay.
15   BY MS. ARMIJO:
16        Q.   All right.  Now, I'm looking at Exhibit
17   Number 751 and I'm just using this as an example.
18   There's cells 107 and 108?
19        A.   Right.
20        Q.   And if I were to put up on top of that --
21        A.   That would be the bottom tier right there.
22   That would be the top tier.
23        Q.   Okay.  I'm putting up 752, and I'm
24   pointing to rooms 115 and 116.
25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And then if we were to put that on top,

2  Exhibit Number 751, we would have cells 107 and 108?

3    A.   Yes, those four cells could speak to each

4  other through the vent.

5    Q.   Okay.  And so, now, you weren't in this

6  unit; correct?

7    A.   No.

8    Q.   So you said -- who did you have a

9  conversation with?

10   A.   With Rudy Perez.

11   Q.   And you said you were -- something about a

12  rodeo.  Can you explain that?

13   A.   When I was complaining it was cold,

14  because I was in a paper suit, and he had told me

15  that he had brought his sweats, his jacket, his

16  radio, his beanie, and stuff like that.  I told him,

17  "You know they're going to take that shit from you."

18        He said, "No, they're not going to take it

19  from me."

20        I said, "They're going to take it from

21  you."

22        And when they pulled him out for

23  interview, I seen -- that's the first time I seen

24  the walker with the streamers on it.  I just shook

25  my head, because I seen him walk out of his cell,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    knowing the bar was missing with the streamers

2    hanging on the side.  I figured STIU was going to

3    see it.

4         Q.   I guess that was my question.  Why were

5    you concerned?

6         A.   Because the bar was missing, and I took

7    the bar from the walker.

8         Q.   When you took the bar from the walker, did

9    you put, as you call them, the streamers on there?

10        A.   No, I did not.

11        Q.   Okay.  And were you afraid that the papers

12   would call attention to it?

13        A.   The STIU -- yeah, that the pieces of sheet

14   would call attention to it.

15        Q.   And is that -- was it pieces of sheet?  Is

16   that what you're referring to as streamers?

17        A.   I don't know what it is.  It looks like

18   pieces of sheet from the picture.

19        Q.   Okay.  But it's something white?

20        A.   Yes.

21        Q.   All right.  And did you have a

22   conversation with Mr. Perez when he returned?

23        A.   When he returned, I had a conversation

24   with him because he came back in a paper suit.  And

25   I was laughing at him.  And he goes, "Is everything

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   all good?"

 2            I said, "Yeah.  Why?"

 3            He goes, "Well, I mean, is everything all

 4   good with those things?"

 5            I said, "Yeah, it's all good.  Don't worry

 6   about it."

 7            He goes, "Well, Dan" --

 8            I said, "Don't worry about it."

 9            I didn't know who was in the conjoining

10   cells next to him, and I -- so I didn't want him to

11   say nothing.  I told him, "Just don't worry about

12   it.  Everything is all good."

13            He goes, "Okay.  I just want to make

14   sure."

15            I told him, "Don't worry about it.  It's

16   all good."

17            He was concerned that -- I can't say what

18   he was concerned with.  I can just assume what he

19   was concerned with.

20       Q.   Okay.  So he was trying to talk to you --

21       A.   About the weapons.

22       Q.   And then you didn't want him to say

23   anything else?

24       A.   No.

25       Q.   Were you aware of who else would have been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  next to you in the vents that could have heard?

2       A.   We didn't know who was in that unit.

3       Q.   But you did know that Mr. Perez was -- was

4  he next to you or below you?

5       A.   He was right below me.

6       Q.   So could you see him?

7       A.   No, I can't see him.  I can only see

8  across from -- I was on the top tier, he was on the

9  bottom tier.

10       Q.   Okay.  And how did you know he left with

11  the walker?

12       A.   I seen him.  I just came to my door and I

13  seen him coming out.

14       Q.   Okay.  So when they came to go get him,

15  you could look out your window --

16       A.   There is a window.

17       Q.   -- and see him?

18       A.   I believe there is pictures of the cells

19  where you could see the windows in the discovery.

20       Q.   Okay.  Now, before we move on, I want to

21  ask you just a couple of things.  Did you hear --

22  when you returned the paperwork to Carlos Herrera,

23  was that -- just so that we're clear -- before or

24  after the murder?

25       A.   Before.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2718

```
1        Q.   And was there any --
2             MS. JACKS:  Your Honor, I'm sorry, can we
3    have the limiting instruction regarding the
4    statements of Rudy Perez that counsel just elicited?
5             THE COURT:  All right.  These statements
6    that Ms. Armijo is getting that Mr. Rodriguez is
7    testifying Mr. Perez said -- these can only be used
8    against Mr. Perez.  They cannot be used against any
9    other person.
10            All right, Ms. Armijo.
11   BY MS. ARMIJO:
12       Q.   All right.  Now, when you returned the
13   paperwork, was there anybody with you?
14       A.   I recall -- I think I recall Dan coming to
15   the door with me.  And I'm thinking that when I slid
16   it under -- I think a few of us had contact visits
17   coming up.  And he said something about Wednesday.
18   And Carlitos, Lazy, Carlos Herrera said, "Just get
19   it done."
20       Q.   And what did you take him to mean by,
21   "Just get it done"?
22       A.   I think he thought we were trying to wait,
23   because there was drugs supposed to be hit on
24   Wednesday.  I thought that he was thinking that we
25   were going to wait till Wednesday, and then hit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 Molina.  I told him, "We'll talk about it.  Just

2 stay on your side.  We'll handle it over here."

3    Q.   Okay.  And so what did you take, "Just get

4 it done" to mean?

5    A.   We were all concerned that if it didn't

6 get done, with the paperwork going around, that he

7 was going to get kited out; someone was going to

8 drop a kite and inform, and then the hit wouldn't

9 have been able to take place.

10    Q.   What do you mean by "kited out"?

11    A.   When the wrong people come across

12 information, they'll go give it to STIU, or give it

13 to a CO, that someone's life is in danger, and

14 they'll move that individual.

15    Q.   Now, why did you choose to give the

16 paperwork back to Herrera?

17    A.    Well, I just figured to give it back to

18 Lupe Urquizo, because his paperwork was in there.

19 If I was to get caught with his paperwork, that's

20 instant report.  If you have anyone else's legal

21 work, you get a misconduct report for that.  And it

22 was his, so I gave it back to him.

23    Q.   Do you know -- are you aware of whether or

24 not Carlos Herrera -- what his position within the

25 pod was, yellow pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2720

1      A.    In his pod?

2      Q.    Yes.

3      A.    Along with Alex Munoz, him and Alex Munoz

4 had the keys for that pod.  They were the

5 key-holders.

6      Q.    In your experience with SNM, who is it

7 that does the actual stabbings as far as within the

8 structure of SNM?

9      A.    Sometimes -- it depends on the

10 individuals.  But more than likely, it's the

11 soldiers.  You've got a few leaders that are willing

12 to take it on and lead by example.  That's very few.

13 Most of them are trying to use you so they don't get

14 locked up as long as you will.

15     Q.    Now, you indicated that you were sent back

16 to the North; is that right?

17     A.    PNM North, Level 6.

18     Q.    Who were you sent back with?

19     A.    I was on transport with Mauricio Varela,

20 and there was a trailing transport with Daniel

21 Sanchez in it.

22     Q.    And that was on what day; do you recall?

23     A.    The next day.

24     Q.    So would that be the 8th, on Saturday?

25     A.    It would be on the 8th.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2721

```
 1        Q.   And where were you housed?

 2        A.   I was housed in 3-A R pod.

 3        Q.   Which unit?  The North?

 4        A.   North facility.

 5        Q.   So that would be Level 6?

 6        A.   Yes.

 7        Q.   At some point were you charged in the

 8   state case?

 9        A.   I was.

10        Q.   What were you charged with?

11        A.   With tampering with evidence, conspiracy

12   to tamper with evidence, and possession of a weapon.

13        Q.   Okay.  And which weapon was that?

14        A.   The weapon from the shower drain.

15        Q.   While we're speaking of weapons, did you

16   have actually a shank on you somewhere on March 7?

17        A.   Yes, I had one prior to the Molina one.

18   And prior to the ones I made, I had an icepick.

19        Q.   And where was that?

20        A.   It was in the sole of my shoe, shoved in

21   the foam.  Not underneath the sole, but in the back.

22        Q.   I'm going to show you on the Elmo what's

23   in evidence as Government's Exhibit 746.  Can you

24   see that?

25        A.   Right, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Does that appear to be your shoe?

2        A.    Doesn't look like it was before, but yeah,

3    that's it.

4        Q.    All right.  And where did you have it?

5        A.    In the back there is like a gray tab.  You

6    see the back of the sole?  The complete back of the

7    heel.  It looks like they chopped the heel off, but,

8    right.

9        Q.    All right.

10       A.    Yeah.  Lift it up.  See the gray tab right

11   there, where the holes are?

12       Q.    Right here?

13       A.    Those holes are from putting the weapon in

14   there.

15       Q.    All right.  So --

16       A.    You push down on it, it's like a soft

17   foam, and it goes down through the heel.

18       Q.    All right.  Did you ever take it out on

19   the 7th?

20       A.    No.

21       Q.    Where did you stay when you were pending

22   your state case?

23       A.    They took me and isolated me from all SNM

24   members to the South facility.

25       Q.    Okay.  And how long were you there?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.   I think I was isolated for around nine

2   months, nine and a half months.

3      Q.   Where did you go from there?

4      A.   I was going back and forth to court.

5   Eventually, they moved me to the PNM North facility,

6   X pod.  And then they moved me -- we had all the SNM

7   in 3-A.  I was in 3-B.  And then about a month

8   later, they moved me back with all the SNM members.

9      Q.   And were you up there up until your arrest

10  in this case?

11     A.   Yes, I was.

12     Q.   And were your state charges dismissed?

13     A.   They were.

14     Q.   And do you know why that is?

15     A.   Because the feds picked them up.

16     Q.   Now, when you were up there, did you -- up

17  at PNM, were you ever housed at some point with

18  Anthony Baca again?

19     A.   Yes.  When they brought him back from

20  Colorado, he was housed in the cell right below me,

21  in Q pod.

22     Q.   Okay.  Again, like that configuration that

23  we saw before with Mr. Perez?

24     A.   It's a little different in the North.

25  There's six cells on top of six cells, and it's one

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   front view.  So -- but the same thing.  You can talk

2   to each other through the vents, only the vents are

3   a little higher on the wall.

4        Q.   You can still hear each other?

5        A.   Still hear each other.  You just can't see

6   each other like you can in Southern.

7        Q.   And would you also do any rec time with

8   Mr. Baca?

9        A.   Yes.

10       Q.   Did you continue to have conversations

11  with him?

12       A.   I did.

13       Q.   Now, in reference to -- did you have a

14  conversation with Mr. Baca about your pending

15  charges?

16       A.   I did.

17       Q.   And when was it that you had a

18  conversation?  Let me back up.  Was he there the

19  entire time you were at North, or was there a point

20  in time when he was moved back?

21       A.   There was a point in time when he was

22  moved back.  I think it was around October, before

23  right there.  Let me see.  Early October, right

24  before you guys picked us up on the federal case.

25       Q.   And the federal case -- if you were picked

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2725

```
 1   up on December 3 of 2015, so this would be October
 2   of 2015?
 3        A.   Had to be early October.
 4             MR. LOWRY:  Your Honor, can we approach
 5   the bench?
 6             THE COURT:  You may.
 7             (The following proceedings were held at
 8   the bench.)
 9             MR. LOWRY:  Your Honor, I believe she's
10   going to solicit testimony about the threats that
11   were made on Mr. Armenta's family during the
12   pendency of the state case.  I want to just argue
13   that this is vastly more prejudicial than probative
14   of anything.  They have more than enough
15   racketeering -- alleged racketeering activity, and
16   that this is exceedingly prejudicial, especially for
17   a jury who has been told that they need to be
18   anonymous, and now they're not.
19             I'm just worried about the impact of this
20   type of evidence on this jury.  We've already seen
21   them crying in the courtroom when they got selected.
22   They expressed during voir dire that they were
23   scared that their names were shared.  I think it's
24   over the top in the context of this case, given the
25   evidence that they already have.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MS. ARMIJO:  That is a bad act that was

2    noticed and approved by the Court.

3          THE COURT:  Yeah, I think I've already

4    made the decision.

5          You know, as far as crying, I didn't see

6    anybody cry.  I did see, you know, jurors looking

7    kind of sad.  But that may be because they were

8    selected for an eight-week trial.  I think this is a

9    good bunch.  I think we weeded out people that we

10   thought were afraid to sit on this jury.  This bunch

11   really impresses me.  They just clock in, clock out.

12   I've had juries of 12 that aren't as good as this

13   group.  This is an outstanding bunch of Americans.

14   I think we made this call.  And I'll stick with it.

15   Overruled.

16          MS. DUNCAN:  We have a standing objection

17   to this line of questioning by Mr. Armenta.

18          MS. BHALLA:  Your Honor, in regards to --

19   I just wanted to -- for Mr. Herrera, we also would

20   object to this line of questioning in terms of bad

21   acts.  I think that a limiting instruction in this

22   case isn't enough to keep this from being

23   prejudicial to Mr. Herrera.  So we object to it, as

24   well.  If the Court is not inclined to grant the

25   objection, then I would ask that a limiting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2727

```
 1  instruction be given.
 2            THE COURT:  Okay, well --
 3            MR. VILLA:  On behalf of Mr. Perez, I join
 4  in Ms. Bhalla's objection.
 5            MS. JACKS:  And we join on behalf of Mr.
 6  Sanchez.  And I don't think a limiting instruction
 7  is sufficient to cure the damage caused.
 8            THE COURT:  I understand the objections.
 9  I'll allow the testimony.
10            (The following proceedings were held in
11  open court.)
12            THE COURT:  All right, Ms. Armijo.
13  BY MS. ARMIJO:
14       Q.   Mr. Rodriguez, did you have a conversation
15  with Mr. Baca about your pending case?
16       A.   Yes.
17       Q.   And just so we're clear, the pending case
18  was in reference to which incident?
19       A.   The Javier Molina murder.
20       Q.   What was your conversation with Mr. Baca
21  about?
22       A.   It was about that I suspected Jerry
23  Montoya and Armenta -- well, I knew Armenta was
24  ratting, but Jerry Armenta was working with the
25  STIU.  And went on to that my lawyer was going to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2728

1    get my charges amended.  They were about to amend me

2    for first-degree murder.  So we were talking about

3    that.

4             And then he brought up, if you don't want

5    to just go on and do it, so he wanted to ask me if

6    it was okay if he had someone holler at Armenta's

7    family.  And I told him, "I don't care.  You know,

8    I've got the information right there, if you want

9    it."  And I ended up giving him that.

10       Q.   Okay.  Now, when you stay "holler at

11   Armenta's family," what did you take that to mean?

12       A.   Threaten his family.  If he testified,

13   something was going to happen to his family.

14       Q.   Okay.  And how did you have that

15   information?

16       A.   In the state case, there is no such thing

17   as redacted.  I had the state discovery, which had

18   everyone's escape fliers, has all their personal

19   information, their mercy contacts, their charges,

20   everything that's on there; their mother and

21   father's addresses, everything.

22       Q.   And so what did you do with that

23   information?

24       A.   I wrote it down on a piece of paper and I

25   fished it down to the bottom tier from the top tier

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  to him.

 2      Q.   And did he tell you anything in reference

 3  to that?

 4      A.   To fishing it to him later?

 5      Q.   Yes.  I mean, after you gave it to him --

 6      A.   I didn't ask him another thing about it.

 7  I just -- he wanted to know if he could get

 8  involved.  I said, "Yeah."

 9      Q.   Okay.  Did you talk to him about your

10  state charges?  Did he tell you anything in

11  reference to them?

12      A.   He was disappointed that myself, Timothy

13  Martinez, and Jerry Montoya were charged, because

14  Javier Molina was supposed to be murdered far before

15  I got down there.  So he was disappointed that good

16  brothers like us got caught up in something that

17  should have been done before we got down there.

18          MS. JACKS:  Your Honor, may we request a

19  limiting instruction, please?

20          THE COURT:  Yes.  These comments that Mr.

21  Rodriguez is testifying about that Mr. Baca made to

22  him cannot be used against any of the other

23  defendants.  So you can only consider those as to

24  Mr. Baca.

25          Ms. Armijo.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES**, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   BY MS. ARMIJO:
2       Q.   Now, did you have a conversation with Mr.
3   Baca in reference to anything regarding Gregg
4   Marcantel or Dwayne Santistevan?
5       A.   In the same yard we conversated about
6   that; that they were having a banquet or a barbecue,
7   and he was going to have someone follow him home.
8   And I told him, "I don't want no part of that."
9            I already told the carnals before he got
10  back that I don't want no part of the Santistevan
11  and Marcantel case, the hits on them.
12      Q.   Okay.  So when he started talking to you
13  about it, what did you say?
14      A.   "I don't want nothing to do with that."  I
15  just told him, "I already told the carnals that were
16  involved in that shit, I don't want nothing to do
17  with it."
18           MS. JACKS:  Again, Your Honor, we'd
19  request a limiting instruction.
20           THE COURT:  Same instruction.  You can
21  only consider this evidence about what Mr. Baca said
22  to Mr. Rodriguez only in connection with Mr. Baca's
23  charges, not as to the other three defendants'
24  charges.
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  BY MS. ARMIJO:

2      Q.   And who specifically, if you can recall,

3  was it that he was talking about having followed?

4  Who --

5      A.   I didn't ask.  And I hope -- I didn't want

6  to hear it.  I shut it down right away because I

7  don't want nothing to -- I knew someone was going to

8  end up telling on that case.  And the more people he

9  talked to about it, the more he became suspect as

10  telling.  And I always try to keep my name out of

11  the suspect circle.

12     Q.   Now, in reference to the conversation that

13  you had with him about Jerry Armenta, did you leave

14  that -- were you worried?  Was there anything that

15  he told you as far as what he would do?

16     A.   There was nothing that he told me he would

17  do.  He was going to have someone reach out to them.

18          And then we also spoke about the case,

19  about him being -- he was insisting on letting me

20  know that he knew about the paperwork; that he kept

21  on telling me:  "I know Spider had the paperwork.

22  Cheech told me."

23          I told him, "I don't know."  I didn't

24  want -- there was only a few of us that knew Spider

25  had that paperwork.  So I wasn't --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    Who is Spider?

2        A.    David Calbert.  When he was insisting,

3   "No, no.  Cheech told me.  I talked to him."

4        Q.    Who is Cheech?

5        A.    Joe Martinez.

6        Q.    And when you say, "He's telling me, no,

7   Cheech told me --"

8        A.    Yeah.

9        Q.    What are you referring to?

10       A.    He's referring to that he spoke to Cheech.

11   He didn't tell me at the time.  It was on the phone.

12   He told me he spoke to Cheech.

13       Q.    Okay.

14       A.    He goes, "He told me that he gave the

15   paperwork to him."

16             I told him, "I don't know."

17             I didn't want Spider's name out there.

18   There is only maybe three of us that knew Spider had

19   that paperwork.

20       Q.    And so were you worried about that?

21       A.    I was worried he was being insistent like

22   that, because he's like -- either he's trying to

23   prove that he knows something about it and wants to

24   be involved, or --

25       Q.    I don't want you to speculate.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Okay.

2       Q.   So when was that conversation?

3       A.   The same yard, with the Marcantel, and the

4  disappointment that me and Timothy Martinez and

5  Jerry Montoya -- it was the same conversation.

6            I believe the Discovery Channel Rookie

7  Year -- they attempted to film us that day, and we

8  both refused to let them film us.

9       Q.   Okay.  So it was on the day that Rookie

10  Year was there?

11      A.   They filmed up there at the North.

12      Q.   But you didn't agree to be filmed?

13      A.   No.

14           MS. JACKS:  Your Honor, may we have the

15  limiting instruction as to that testimony?

16      A.   I didn't know --

17           THE COURT:  You mean not as to the film,

18  but as to Mr. Baca's comments?

19           MS. JACKS:  As to the alleged statements

20  of Mr. Baca.

21           THE COURT:  Yeah, these statements that

22  are being elicited as Mr. Baca's cannot be used

23  against any other defendant.  They can only be used

24  in your consideration of the charges against Mr.

25  Baca.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MS. ARMIJO:  And Your Honor, may we
 2   approach?
 3              THE COURT:  You may.
 4              (The following proceedings were held at
 5   the bench.)
 6              MS. ARMIJO:  I'm at the point now where I
 7   was going to ask him about --
 8              THE COURT:  This right here.  It's still
 9   just not enough information here for me to say that
10   this is gang-related.  If all he's going to say is
11   what's in this paragraph, it's just not enough to
12   link it with this.  And --
13              MS. ARMIJO:  This is why it's important
14   what he said in that paragraph.  He talks
15   specifically about the warden and how it links to
16   SNM.
17              THE COURT:  What?
18              MS. ARMIJO:  How it links to SNM is that
19   he specifically was bragging he was doing this crime
20   in front of the warden.  And in doing so, he is
21   raising his level in the SNM, and bragging about how
22   he had no regard for correctional officers.  And
23   that's basically what he would say.
24              Now, we will be able to tie it in later
25   with both a recording, where he describes this call
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2735

```
 1   with Eric Duran -- I mean, where he describes this
 2   murder and brags about it with Eric Duran.  And also
 3   I believe that Gerald Archuleta, Styx, who is going
 4   to be testifying, will be able to testify as to how
 5   this is gang-related, that this was a gang hit.
 6           Am I correct, Mr. Beck?
 7           MR. BECK:  Mr. Archuleta will testify that
 8   the victim of the murder, the day before, had
 9   stabbed an SNM member.  And so this murder was in
10   retribution for an SNM stabbing.  That's what
11   elevated Mr. Baca to the position of leader and was
12   admitted to the gang.
13           So this fits under the last element that
14   the United States must prove for VICAR, which is
15   that it was done either for the receipt of something
16   of value from the gang or to gain entrance, to
17   maintain, or increase position.
18           THE COURT:  So this was Baca's entrance?
19   This was his entry into the gang?
20           MR. BECK:  Right.
21           THE COURT:  And you can make a
22   representation to the Court that Archuleta will
23   testify just as you outlined?
24           MR. BECK:  No.
25           THE COURT:  Because if I don't have
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that --
 2           MR. BECK:  Right.
 3           THE COURT:  -- I've got a hiccup here.
 4           MR. BECK:  I think what's probably more
 5   prudent -- I know this won't work out well for us --
 6   I think it's probably more prudent to wait on
 7   getting this statement from Mario Rodriguez until
 8   after Mr. Archuleta testifies.
 9           THE COURT:  It would certainly be safer.
10           MR. BECK:  I think so.
11           THE COURT:  I'd be inclined to think, if
12   you've got that testimony from Archuleta, that would
13   it be appropriate, then, to have Rodriguez then
14   confirm that he was told about the murder, as well.
15           MR. BECK:  I think so, too.  I don't think
16   that will make Mr. Rodriguez pleased that he has to
17   stay down here, but I think it would be a better
18   record if we get that testimony in first, and then
19   bring him back on, if we do get that testimony.  I
20   expect we will, but I can't say for sure.
21           THE COURT:  Well, without an assurance
22   that it's coming in, I'm not going to let
23   Mr. Rodriguez, just on the basis of what was
24   provided in the letter, which I did review again,
25   and in this 302, the second paragraph -- I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2737

1    think there is enough to go forward with Rodriguez.

2              MR. LOWRY:  I appreciate that, Your Honor.

3    But we've been complaining about discovery

4    throughout the duration of this trial.  And it's a

5    little disappointing to have, you know, this coming

6    out during the process.  Is there any information we

7    can get from the Government to enlighten us about

8    this?

9              THE COURT:  Do you have anything on

10   Archuleta?

11             MR. BECK:  I can provide -- so, I mean, I

12   received that from his attorney.  I can forward that

13   email to the defense.

14             Just for the record, I received that email

15   at 12:36 p.m. today.

16             THE COURT:  During the lunch hour.

17             MR. BECK:  About two hours ago.

18             MR. LOWRY:  Do you understand why --

19             THE COURT:  I think we're being prudent

20   not putting it in through Mr. Rodriguez.  All we've

21   got to rely on is Mr. Rodriguez -- Mr. Archuleta's

22   attorney, and that's -- probably the Government's

23   wise not to be relying on that.

24             MR. CASTELLANO:  There is another piece of

25   evidence related to this, which was disclosed long

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  ago.  Mr. Baca makes an admission to Eric Duran

2  that's recorded.  He also discusses the murders with

3  Eric Duran, another SNM Gang member.  So this issue

4  has always been kind of floating out there.

5         MR. LOWRY:  I don't want to belabor this,

6  but I just want to point out that, as with this

7  morning, they said the confidential informant

8  statements aren't reliable because everybody puffs.

9  And it's very situational where statements are

10 suddenly reliable and not puffing and vice versa.

11 And the fact that he was in Level 6 talking about

12 this, and puffing when he was put in Level 6 because

13 of threats made on his life, shouldn't be

14 surprising.

15        MS. DUNCAN:  Your Honor, if I could just

16 add, it's true that he talks about this with Eric

17 Duran.  But he doesn't say it's an SNM hit.  There

18 is no dispute that Mr. Baca was convicted of this

19 murder in 1989.  So I think that's in dispute

20 whether it's gang-related.

21        THE COURT:  If they bring in Archuleta, I

22 do think that's probably enough to tie it to the

23 SNM.

24        MS. DUNCAN:  The only thing we'd ask,

25 before they get the testimony from Mr. Archuleta,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2739

```
 1   they provide a basis for that knowledge.  I think
 2   this is more hearsay.
 3             THE COURT:  Okay.
 4             MS. DUNCAN:  Thank you.
 5             (The following proceedings were held in
 6   open court.)
 7             THE COURT:  All right.  Ms. Armijo.
 8   BY MS. ARMIJO:
 9       Q.   Now, Mr. Rodriguez, you were charged in
10   this case -- I believe you said you were arrested in
11   December of 2015?
12       A.   December 3.  With the feds?
13       Q.   Yes.
14       A.   Yes, ma'am.
15       Q.   And how many cases were you actually
16   charged in?
17       A.   Two.
18       Q.   And involving which incidents?
19       A.   The Alex Sosoya incident from 2011, and
20   the Molina from 2014.
21       Q.   Okay.  And so who, if you recall, were you
22   charged with along -- in the Sosoya incident?
23       A.   With Robert Martinez, Baby Rob.
24       Q.   And are you aware of whether or not he's
25   cooperating with the United States?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2740

```
 1        A.   He is.

 2        Q.   Was that case set to go to trial?

 3        A.   It was.

 4        Q.   And when was that going to go to trial?

 5        A.   I think the week after October -- what is

 6   it?  October 24?

 7        Q.   Of which year?

 8        A.   Of this year -- or last year.  What year

 9   are we in?  2018?

10        Q.   Yes.

11        A.   2017.

12        Q.   And were you preparing to go to trial?

13        A.   I was.

14        Q.   Were you the only one that was left in

15   that case that was going to go to trial?

16        A.   Unfortunately, yes.

17        Q.   And at some point prior to that trial, did

18   you make a decision about whether to go forward with

19   that trial?

20        A.   I did.

21        Q.   Okay.  Tell us about that.

22        A.   The day of October 24?

23        Q.   Well, yes, about your decision not to go

24   forward with the trial.

25        A.   I showed up to court.  I was ready to go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    to trial.  I knew that I was being used as, like, a

2    test run with other lawyers.  I knew that they

3    wanted to see the outcome of my case.

4              MR. VILLA:  Objection, Your Honor.  Can we

5    approach?

6              THE COURT:  You may.

7              (The following proceedings were held at

8    the bench.)

9              MR. VILLA:  Your Honor, I think that --

10             THE COURT:  Let me suggest this.  What is

11   it that you want him to say?

12             MS. ARMIJO:  He's going to get in that

13   basically he was prepared to go to trial and he came

14   to the decision to cooperate.

15             THE COURT:  That's all you want out of

16   him?

17             MS. ARMIJO:  Yes.

18             THE COURT:  Because it sounds like he's

19   about to talk about his mother-in-law and everything

20   else.  Can you just lead him through that?

21             MS. ARMIJO:  Sure.

22             THE COURT:  Is that okay with you?

23             MR. VILLA:  I have a couple of problems,

24   Judge.  I'm okay with that, but I think the cat's

25   out of the bag.  He says he was being used by other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


1  lawyers as a test run.

2         THE COURT:  I don't know what to do about

3  that.

4         MR. VILLA:  I think, one, a mistrial is

5  appropriate.

6         Two, I think that comes from information

7  learned through the privilege, the joint defense

8  privilege.  And I think it's completely

9  inappropriate testimony.  And the Government is well

10  aware of that.

11         THE COURT:  Let me do this:  If there is

12  no problem, tell the jury to strike his answer.

13  Start over and then lead him through this as to why

14  he decided to plea.

15         MR. BECK:  Your Honor, I think his

16  testimony is responsive.  I think if it's his

17  privilege under the defense agreement, it's his

18  privilege.

19         THE COURT:  I don't want to get into that

20  right now.  That might take a lot of research to

21  decide whether a defendant here can just waive a

22  joint privilege on his own.  And I don't think it's

23  necessary.  Doesn't sound like it's anything you

24  really need.  So let's do it that way.  I'll tell

25  them to strike the answer and not to consider it,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  and start over as to --

2          MS. BHALLA:  Just for the record,

3  Defendant Herrera joins in the motion for the

4  mistrial.

5          THE COURT:  All the defendants.

6          MR. LOWRY:  Your Honor, I'd like to add

7  one point to this.  I don't want to belabor it, but

8  this testimony dovetails uniquely with the

9  Government's theory that individuals like Mr.

10  Rodriguez were used, in his words, as torpedoes for

11  the benefit of the enterprise.  And that's why they

12  wanted to solicit precisely that to show that he's

13  being used as a tool for the benefit of others.  And

14  I just think it's highly prejudicial, and I move for

15  a mistrial.

16          THE COURT:  Okay.

17          MS. JACKS:  Mr. Sanchez joins in the

18  objection and motion for mistrial.

19          THE COURT:  Okay.

20          (The following proceedings were held in

21  open court.)

22          THE COURT:  Ladies and gentlemen,

23  Mr. Rodriguez was telling you a few things about why

24  he decided to plea.  Ignore those.  Strike them from

25  the record.  We're going to start over.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Ms. Armijo, you can ask your questions
 2   again, and then we'll get the reasons for his plea.
 3   BY MS. ARMIJO:
 4        Q.   All right.  Mr. Rodriguez, you indicated
 5   that you were going to go ahead and go to trial; is
 6   that correct?
 7        A.   Yes, ma'am.
 8        Q.   And at some point when you were getting
 9   ready to go to trial, I think you said that you were
10   going to trial alone?
11        A.   Right.
12        Q.   And there was a court proceeding that I
13   believe you said you thought it was October 24; is
14   that correct?
15        A.   I think it was, yes.
16        Q.   And when you came to that court
17   proceeding, were you the only person left in that
18   case of yours regarding Mr. Sosoya?
19        A.   Yes, I was.  I was the only one left on
20   that indictment.
21        Q.   And as far as -- when you came to court,
22   you were still prepared to go to trial; correct?
23        A.   Yes, ma'am.
24        Q.   All right.  Now after that court
25   proceeding -- because I assume -- do you recall it
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2745

```
 1   was a pretrial hearing?

 2        A.   A pretrial hearing.

 3        Q.   After that proceeding, did you actually

 4   have an opportunity to sit down with the United

 5   States?

 6        A.   I did.

 7        Q.   Okay.  And when you walked into that room

 8   with the United States, did you have any intention

 9   of cooperating?

10        A.   No.

11        Q.   When you sat down, would it be fair to say

12   with that meeting, without -- that the United States

13   spoke to you about cooperating, but at that point in

14   time you just weren't interested?

15        A.   I wasn't interested.

16             MR. VILLA:  Objection, leading.

17             THE COURT:  Overruled.

18        A.   I wasn't interested in cooperating.

19   BY MS. ARMIJO:

20        Q.   Now, after that meeting, did you have an

21   opportunity to think about it?

22        A.   I think I spoke to my lawyer.  You guys

23   left.  I spoke to my lawyer, and I just said, "I'm

24   done."  And he contacted someone else's lawyer and

25   told them.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   I don't want to get into what your
 2 attorney did or anything else.
 3      A.   Okay.
 4      Q.   But at some point you said you spoke to
 5 him and you said, "He's done"?
 6      A.   That's what I said.  "I'm done."
 7      Q.   You're done, so --
 8      A.   "I'm done."
 9      Q.   Okay.  What did you mean when you said,
10 "I'm done"?
11      A.   I don't want to be an SNM member no more.
12 I don't want to be a gang member no more.  I was
13 tired of it.
14      Q.   How old are you?
15      A.   I'm 33.
16      Q.   And I believe we heard from your testimony
17 earlier today that you've been incarcerated since
18 you were 18?
19      A.   I was 18.
20      Q.   You made that decision with your attorney?
21      A.   I did.
22      Q.   After meeting with your attorney, did you
23 then meet with the United States?
24      A.   I did.
25      Q.   And when you made that decision, when you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


1  came to court that day, did you have any intentions

2  of cooperating?

3        A.    No, ma'am.

4        Q.    Was that an easy decision for you?

5        A.    Still not.

6        Q.    Still having a hard time with it?

7        A.    Yes, ma'am.

8        Q.    And why is that?

9        A.    I've been a gang member all my life.  I've

10  been a gang member all my life.  I put my all into

11  the SNM.  Every day I tried to be a better SNM

12  member.  I just gave it my all.  I was good at it.

13  That's something I was great at, something that I

14  felt you put in the work, and they can't take the

15  respect away from you.  They can't -- you know, you

16  earn it; they've got to give it to you.  And I did

17  everything for the SNM that they asked me for.  I

18  did everything above and beyond.  And it was hard.

19  I'm a gang member.  I was a gang member.  That's all

20  I've been all my life.

21        Q.    Now, did you eventually enter into a plea

22  agreement?

23        A.    I did.

24        Q.    All right.

25              MS. ARMIJO:  And I'm going to move for the

SANTA FE OFFICE                                                           MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                                Albuquerque, NM 87102
(505) 989-4949                                                              (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

2748

```
 1   admission of 682 into evidence.  I believe there is
 2   no objection.
 3           THE COURT:  Any objection to Government's
 4   Exhibit 682?
 5           MR. VILLA:  No objection.
 6           MR. LOWRY:  No objection, Your Honor.
 7           THE COURT:  All right.  Not hearing any
 8   objections, Government's Exhibit 682 will be
 9   admitted into evidence.
10           (Government Exhibit 682 admitted.)
11   BY MS. ARMIJO:
12       Q.   Okay.  We're looking at the first page.
13   Is this the first page of your plea agreement?
14       A.   Yes.
15       Q.   And does it have -- I'm going to circle --
16   it says "criminal cause numbers."  Does that reflect
17   that this covers both cases of yours?
18       A.   Yes, ma'am.
19       Q.   All right.  And I'm going to go to page 3,
20   please.  All right.  And on page 3 there is
21   information as to sentencing.  And it says under
22   cause number 15-4269 -- is that the case that you
23   were talking about in reference to Mr. Sosoya?
24       A.   Yes, ma'am.
25       Q.   And in that case you can be sentenced up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to 20 years on one count, and up to 10 years on the

2   other count; is that correct?

3        A.   Yes, ma'am.

4        Q.   And if we could go to the next page,

5   please.  All right.  And then paragraph 8 of this

6   exhibit, which is Exhibit Number 682, it has here

7   the punishment as to Count 7 in this case; is that

8   correct?

9        A.   Yes, ma'am.

10       Q.   Okay.  It says a term of imprisonment of

11  life.  Okay.  Does that mean -- what is your

12  understanding of that?

13       A.   It's over.  You never get out.

14       Q.   All right.  So that doesn't say it's a

15  possible up to life, does it?  What's your

16  understanding?

17       A.   No -- oh, okay, if I would have went to

18  trial or from this?

19       Q.   Yes.

20       A.   If I went to trial?

21       Q.   What you pled to.  It says a term --

22       A.   Up to 30 years, I think.

23       Q.   Okay.  We saw the other two that are 30

24  years; correct?

25       A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2750

```
 1        Q.   But as you pled to this case -- and we'll
 2   get to any benefit --
 3        A.   All right.
 4        Q.   -- in a minute.  But as it stands right
 5   now, as it pled as to Count 7, what is it that you
 6   are facing a mandatory term of?
 7        A.   A life sentence.
 8             MR. VILLA:  Objection, Your Honor.  It's
 9   misleading.
10             THE COURT:  Well, I'll let you go back
11   into it on cross.  Overruled.
12   BY MS. ARMIJO:
13        Q.   Does it say that you're subject to
14   anything else, other than life?
15        A.   No, not that I see.
16             MR. VILLA:  Same objection.
17             THE COURT:  Overruled.
18        A.   Five years supervised release.  But that
19   shit doesn't matter, because you're doing life.  You
20   know what I mean?
21   BY MS. ARMIJO:
22        Q.   Is there any -- and if you know this, yes
23   or no -- did your attorney tell you whether or not
24   in the federal system there is any parole?
25        A.   There is no parole in the federal system.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2751

```
1        Q.   Okay.  Now, are you aware of what a life
2   sentence in the state is?
3        A.   I'm not.
4        Q.   Okay.  Because you were never sentenced to
5   a life --
6        A.   No, I was not.
7        Q.   Now, did you in this plea agreement have
8   any agreements with the United States as to what
9   your sentence is in the plea agreement?
10        A.   I think it was just to run the first one
11   concurrent, and sign over my state custody.
12        Q.   All right.  Now, do you believe that
13   that's in there, or is that something you just want
14   to occur -- okay, no.  Here we go.  Sorry.  Going to
15   page 7 of this document.  All right.  I'm going to
16   paragraph 13, paragraph C.  Is that what you're
17   referring to, that the United States has no
18   objection to the sentences in both your federal
19   cases running concurrently with each other?
20        A.   Yes, ma'am.
21        Q.   And that the United States has no
22   objection with the sentences in these cases to run
23   concurrent with any state sentence that you're
24   serving?
25        A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Is that the only agreement that you have

2  with the United States?

3      A.   I believe I was given a 5K.

4           MR. VILLA:  Objection.

5           THE COURT:  I'm sorry?

6           MR. VILLA:  Withdrawn.

7           THE COURT:  All right.

8      A.   I was given a 5K, a Kastigar letter.

9  BY MS. ARMIJO:

10      Q.   I was going to talk about that.  When you

11  spoke to the United States, did we provide you with

12  a letter?

13      A.   Yes, ma'am.

14      Q.   That you went over with your attorney?

15      A.   Yes, ma'am.

16      Q.   And you mentioned a Kastigar.  What do you

17  mean by "Kastigar"?

18      A.   I think it's for cooperation; that --

19  well, I don't know the whole thing of it.  I just

20  know it's something I had to sign before I started

21  talking to you guys.

22      Q.   Did your attorney advise you that you

23  could have certain protections by talking to the

24  United States?

25      A.   Oh, right, right.



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com

1    Q.   Does that sound familiar?

2    A.   Yes, he spoke to me about stuff like that.

3    Q.   Now, you mentioned 5K.

4    A.   Um-hum.

5    Q.   What is 5K to you?  What does that mean?

6    A.   Well, it means that there is a

7  possibility, up to the judge's discretion, that I

8  can get a sentence reduction, from what I

9  understand.

10   Q.   And who makes that decision?

11   A.   The judge.

12   Q.   As far as what the reduction is?

13   A.   I believe so.

14   Q.   And who -- do you know -- this is yes or

15 no -- do you know who, in fact, files that motion

16 for the judge to consider it?

17   A.   My attorney.

18   Q.   Your attorney does?

19   A.   I believe so.  I'm not aware of it.

20   Q.   Okay.

21   A.   I haven't asked.

22   Q.   Okay.  But it's your understanding that

23 there is a possibility -- and what is the 5K based

24 on; do you know?

25   A.   To be honest, I don't know.  I was just

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2754

1   happy to be away from the gang life.  I was so

2   excited to be away from gang life that if you guys

3   want to give me a sentence reduction, give me a

4   sentence reduction.  You know?  And even though I

5   pled out to these charges and I was facing a zero

6   life, now I just have no more hatred.  I was just so

7   happy to be rid of the gang life.

8            So when you're asking me the guidelines

9   and stipulations to it, I can't tell you.

10       Q.   All right.

11       A.   I would have to go over it and read it.

12  But there is a lot of stuff I don't understand.  I

13  just know that I signed it, and it's part of getting

14  the fuck away from the gang life.

15       Q.   Now, I believe the date of that is

16  November 1st of 2017; is that correct?

17       A.   The date of what?

18       Q.   Of your guilty plea.

19       A.   I'm just aware of October 24.  I don't

20  remember what the other --

21       Q.   Okay.  If you can look on the screen --

22       A.   Where?

23       Q.   Maybe we can go to the last page of this

24  document.  All right.  Do you see there that it

25  says, "Agreed and signed this 1st day of November"?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2755

```
 1       A.   Yes, ma'am.

 2       Q.   And do you see on top of that that it says

 3  "Document 183, filed 11/1/17"?

 4       A.   I do.

 5       Q.   Okay.  What does that lead you to believe?

 6       A.   November 1st, I pled guilty to these

 7  charges on both indictments, of 2017.

 8       Q.   So up until October 24, were you

 9  cooperating with the United States?

10       A.   No.

11       Q.   Since that time, have you received any

12  other benefits from the United States?

13       A.   I think you guys gave me $50 a month, or

14  something like that.

15       Q.   In your commissary?

16       A.   Yes.

17       Q.   And the day of your plea agreement, did

18  you have an opportunity to meet with your family --

19       A.   I did.

20       Q.   -- to tell them the situation?

21       A.   I had -- I think it's a threat analysis

22  meeting with Mr. Acee and Nancy Stemo and the

23  prosecution, on what danger my life would be in, and

24  what danger my family's life would be in.

25            MR. VILLA:  Objection, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2756

```
 1        Q.   All right.
 2             THE COURT:  Do you want to elicit this?
 3             MS. ARMIJO:  I'm sorry?
 4             THE COURT:  Do you want to elicit this?
 5             MS. ARMIJO:  Yes.
 6   BY MS. ARMIJO:
 7        Q.   Now, did you -- as part of your
 8   cooperation, did you have a chance, then, after your
 9   guilty plea to talk and meet with your family?
10        A.   Yes, ma'am.
11        Q.   Okay.  And was that a benefit that you
12   received as part of your guilty plea?
13        A.   It wasn't something I was told I would get
14   for pleading guilty.  I thought it was just a threat
15   analysis meeting.
16        Q.   Okay.
17        A.   But I --
18        Q.   Did it have anything to do with you
19   pleading guilty?
20        A.   No.
21        Q.   Okay.  But it was something that happened
22   after you pled guilty?
23        A.   Yes, ma'am.
24        Q.   And I believe you indicated now -- did you
25   have -- do you still have your tablet?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2757

```
 1        A.    I do.

 2        Q.    Okay.  It was never taken away from you?

 3        A.    No, ma'am.

 4        Q.    You never had anything to do with the

 5   tampering of your tablet?

 6        A.    I never lived around any of those guys

 7   that were doing that.

 8        Q.    Oh, okay.

 9        A.    I was in Chaparral the whole time with the

10   rest of the defendants.

11             MS. ARMIJO:  I have no further questions.

12   Thank you.

13             THE COURT:  Thank you, Ms. Armijo.

14             Mr. Lowry, are you going to go first?  Mr.

15   Villa?

16             MR. VILLA:  Yes, Your Honor.

17             THE COURT:  All right.  Mr. Villa.

18             MS. ARMIJO:  Oh, Your Honor, I do need to

19   move into evidence -- I'm sorry -- numbers 751 and

20   752 at this time.  And those are the two diagrams

21   that previously the defense had allowed me to use

22   and to write on.

23             THE COURT:  Any objection to those?

24             MS. JACKS:  No.

25             MR. VILLA:  No, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Not hearing any objection,
 2  Government's Exhibits 751 and 752 will be admitted
 3  into evidence.
 4            (Government Exhibits 751 and 752
 5  admitted.)
 6            THE COURT:  All right.  Mr. Villa.
 7            MR. VILLA:  Sorry, Judge.
 8            THE COURT:  That's all right.  Take your
 9  time.
10                 CROSS-EXAMINATION
11  BY MR. VILLA:
12      Q.   Good afternoon, Mr. Rodriguez.
13      A.   Good morning -- good afternoon.  It's been
14  a long day.
15      Q.   It has been.
16           So Mr. Rodriguez, I want to take you back
17  to what you told Ms. Armijo about when you took the
18  piece from Mr. Perez' walker.  Okay?
19      A.   All right.
20      Q.   And I think it was your testimony that you
21  went into his cell; correct?
22      A.   Yes, sir.
23      Q.   And that you asked the CO to open the door
24  to his cell; true?
25      A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2759

```
 1      Q.   And so when somebody asks the CO to open
 2  the cell, they'll do it for you?
 3      A.   One cell at a time, yes.  Open one, then
 4  open the next one.
 5      Q.   So when you asked, they opened Mr. Perez'
 6  cell?
 7      A.   Yes, sir.
 8      Q.   And you testified that you walked in there
 9  and you took the walker; right?
10      A.   Yes, sir.
11      Q.   You put it on the bed?
12      A.   I tilted it at an angle where the bolt was
13  facing up, and it was resting on the end of the
14  mattress.
15      Q.   The mattress on the bed?
16      A.   Yes.
17      Q.   And you grabbed it, and you said you were
18  looking for some nail clippers to take it off;
19  right?
20      A.   I turned around to ask Dan, and Dan wasn't
21  there.  I seen some nail clippers on the table.
22  They were Rudy Perez'.  I got them, took off the
23  lever, the little nail that holds the lever
24  together, and you open them up, like some pliers,
25  and twisted it off.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And you were able to take the piece off
 2   yourself?
 3        A.   Yes, sir.
 4        Q.   You would agree with me that that piece --
 5   can I see Government's Exhibit 89 -- you would agree
 6   with me that piece is used to stabilize the walker;
 7   correct?
 8        A.   It is.
 9        Q.   We'll take a look at the picture here in
10   just a second.
11        A.   I don't know the construction of it, but
12   it's there for a reason.
13        Q.   You could tell just by looking at it that
14   that was a stabilization piece; correct?
15        A.   Yes, sir.
16        Q.   Give me just a second.  We'll look at
17   that.
18             So Mr. Perez didn't do anything to help
19   you actually physically take the piece off the
20   walker?
21        A.   No, sir.
22        Q.   He didn't help you unscrew it or anything
23   like that?
24        A.   No, he did not.
25        Q.   He didn't tell you how to take it off?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2761

1      A.   No.

2      Q.   He just stood there?

3      A.   He just stood there.   Told me he was down

4  for whatever.

5      Q.   We'll get to that in just a minute.   But

6  I'm just talking --

7      A.   Okay.

8      Q.   -- physically what Mr. Perez did.   He

9  didn't assist you in any way physically?

10      A.   No, sir.

11      Q.   And I think it was your testimony that you

12  got to Southern, December 2013?

13      A.   Yes.

14      Q.   So this happens March 7, 2014; correct?

15      A.   Yes, sir.

16      Q.   Just about three months later?

17      A.   Three months later.

18      Q.   January, February, March.   Three months

19  later.   And December 2013 was the first time you met

20  Mr. Perez?

21      A.   It is.

22      Q.   You didn't know him before that?

23      A.   I did not.

24      Q.   But during those three months that Mr.

25  Perez was there, and you were there at the same

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    time, in blue pod, Mr. Perez was pretty sick, wasn't
 2    he?
 3         A.   Not at that time.  He came back from
 4    surgery.
 5         Q.   He had come back from surgery from --
 6         A.   I didn't know his conditions or nothing.
 7    I never really spoke to him, so I don't know how bad
 8    his illness was or anything like that.
 9         Q.   So you didn't know what his conditions
10    were?
11         A.   I did not.
12         Q.   So the people that know his conditions --
13    they could speak better to that?
14         A.   Yeah.
15         Q.   You would agree with me that he spent most
16    of his time in his cell?
17         A.   Most of the time he spent in the cell.
18         Q.   He didn't come out of his cell very often?
19         A.   Once in a while, but not very often.
20         Q.   He didn't go to the yard very often?
21         A.   He would go to the yard with us, yes.
22         Q.   But not every day?
23         A.   No.
24         Q.   And a lot of people would go to yard every
25    day, but not Mr. Perez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.   A majority, some -- like maybe three out
 2  of a pod will go every day.  Some want to stay in.
 3  But yes, he would come out maybe four times a week.
 4       Q.   And when you saw him, he didn't look
 5  healthy; right?  He had a walker, didn't he?
 6       A.   I've seen him run around, and Dan would
 7  have him in a little workout routine.  He can move.
 8       Q.   You'd agree with me that Mr. Perez -- do
 9  you know that he's 49 years old?
10       A.   Yes.
11       Q.   And three years ago, I guess he's about 46
12  years old?  I'm bad at math.
13       A.   Was it three years ago this happened?
14       Q.   Maybe four years ago.  So about four years
15  ago he's 45; right?
16       A.   Right.
17       Q.   And he looked about the way he looks now?
18  Maybe just a little different?
19       A.   He looks like he put on an extra 50, 60
20  pounds since then.
21       Q.   Okay.  Now, Mr. Rodriguez, let's talk
22  about Exhibit 89 here, that -- the sheets that I'm
23  drawing the line from.  That's where you took the
24  piece off; right?
25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2764

 1      Q.   And Mr. Perez, again, didn't help you do
 2 that?
 3      A.   No, he did not.
 4      Q.   And I think that you testified that you
 5 don't know how the sheets got on there; right?
 6      A.   No.
 7      Q.   But the sheets -- at least just from
 8 looking at this photograph, you would agree with me,
 9 if the piece you took off stabilized the walker, the
10 sheets are being used right in the place where you
11 took the piece off; right?
12      A.   Yes.
13      Q.   So it helped stabilize the walker; right?
14      A.   Right.
15      Q.   Now, you testified that while you were
16 taking the piece off of Mr. Perez' walker, he said,
17 "I'm down for whatever, as long as it's not me"?
18      A.   Yes, sir.
19      Q.   Right?  And then Ms. Armijo asked you, was
20 there anything unusual about the way he spoke?  And
21 you said no; right?
22      A.   No.
23      Q.   And she asked, were his mannerisms normal?
24 And you said no; right?
25      A.   They were normal.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   But when you talked to the Government and

 2  Agent Acee on October 24, 2017, that's not exactly

 3  what you said, is it?

 4      A.   I don't recall what I said then.

 5      Q.   Okay.  Well, we'll get to what you said

 6  then in just a minute.  But let me ask you, since

 7  October 24, 2017, how many times have you met with

 8  the United States?

 9      A.   As far as prep?

10      Q.   Period.

11      A.   In reference to this case?

12      Q.   Yes, sir.

13      A.   I think my initial debrief, and then last

14  Saturday.

15      Q.   So your initial debrief was October 24;

16  correct?

17      A.   Yes.

18      Q.   And then you're saying that the other time

19  you met with them was last Saturday?

20      A.   I think it was last Saturday, yes, on a

21  prep.

22      Q.   And those are the only times?

23      A.   Yes, sir.

24      Q.   And that includes anything that you've

25  done in connection with your cooperation?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Well, I met with, I think -- who was it?

2   Chris Cupit on a time.  But it had nothing to do

3   with this case.

4        Q.   Okay.  Any other times that you met with

5   the Government related to this case, or anything

6   having to do with cooperation against the SNM?

7        A.   I think maybe total three times.

8        Q.   Okay.  So we know about October 24; right?

9        A.   Right.

10       Q.   And we know about last Saturday?

11       A.   Right.

12       Q.   Then you said there was one other time?

13       A.   Yeah.  But I don't know if I can disclose

14   it.  But it's other investigations.

15       Q.   Well, can you tell me the date?

16       A.   I cannot.

17       Q.   Can you tell me the month?

18       A.   I got up to the North.  It was probably

19   late November.

20       Q.   And with whom were you meeting with the

21   Government?

22       A.   Chris Cupit.

23       Q.   Anybody else?

24       A.   No.

25       Q.   Agent Acee wasn't there?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No, he was not.  There was a guy named

2  Paul -- Paul or Roy -- I don't remember his name.

3  He kind of resembles Matthew Beck.

4      Q.   But none of these individuals sitting at

5  this table were there?

6      A.   No.

7      Q.   And that's the only time you had meetings

8  with the Government?

9      A.   Yes, sir.

10      Q.   So you didn't meet with them to prepare

11  for your trial testimony except for Saturday?

12      A.   Except for Saturday.

13      Q.   This past Saturday?

14      A.   Yes, sir.

15      Q.   Who was present at that meeting?

16      A.   I think Ms. Armijo, Castellano, and Beck.

17      Q.   Anybody else?

18      A.   I think Bryan Acee.  I'm not sure.  Was

19  he?  No, he wasn't there on Saturday.  It was just

20  the prosecutors.

21      Q.   What were you told by the prosecutors?

22      A.   As far as what?

23      Q.   What did they tell you?

24      A.   They didn't really tell me much.  I told

25  them what my testimony would be.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2768

1     Q.   Okay.  Did they talk to you about the

2  testimony that's come out in trial so far?

3     A.   No.

4     Q.   Did they talk about the opening statements

5  or what the defenses of the defendant are?

6     A.   No.

7     Q.   Other than those three, nobody else was

8  there?

9     A.   No.  There was correctional officers

10  sitting for security, but they were just on the

11  outer -- like watching the door and shit like that.

12     Q.   Anybody else present?

13     A.   Not that I'm aware of.

14     Q.   We've covered all the meetings you've had

15  with either the United States attorneys or Agent

16  Acee or anybody else from the FBI; right?

17     A.   Again, I can't recall any off the top of

18  my head right now.  I believe that's it.

19     Q.   Okay.  I mean, October 24, 2017, I guess

20  that's, what, January, December, November, about

21  three and a half months ago?

22     A.   Right.

23     Q.   So not that long ago; right?

24     A.   Not long ago.

25     Q.   So your memory is pretty fresh, isn't it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2769

```
1        A.    My memory is very good.

2        Q.    You seem to have a pretty good memory?

3        A.    I do.

4        Q.    So you don't remember any other meetings?

5        A.    I don't.

6        Q.    That's all you've got?

7        A.    Pretty much all I got.

8        Q.    So now, let's talk about what you said to

9   Agent Acee -- well, let me back up.  On October 24,

10  2017, when you sat down and met with the Government,

11  Ms. Armijo was there; right?

12       A.    Yes.

13       Q.    Mr. Castellano was there; right?

14       A.    Yes, sir.

15       Q.    Mr. Beck was there?

16       A.    Yes.

17       Q.    And there was an FBI agent by the name of

18  Nancy Stemo there?

19       A.    Yes, sir.

20       Q.    Was Agent Acee there also?

21       A.    On that time?

22       Q.    Yes, sir, October 24.

23       A.    No, he was not there that time.

24       Q.    And you talked about at that time, on

25  October 24, how you took the piece from Mr. Perez'
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   walker; right?
 2        A.   I did.
 3        Q.   And you talked about the statement you
 4   made, where Mr. Perez said, "I'm down for whatever,
 5   as long as it's not me"; right?
 6        A.   Right.
 7        Q.   You don't remember what you said about Mr.
 8   Perez's mannerisms?  Is that what you're telling
 9   this jury?
10        A.   I don't think I paid attention to them.
11        Q.   You don't think you paid attention to
12   them?
13        A.   No.
14             MR. VILLA:  May I approach, Your Honor?
15             THE COURT:  You may.
16   BY MR. VILLA:
17        Q.   Mr. Rodriguez, I'm going to show you a
18   document.  And when you answer, you'll have to use
19   the mic.  I talk pretty loud, but -- so this is a
20   document from the Federal Bureau of Investigations;
21   right?
22        A.   Yes, sir.
23        Q.   And it says October 24, 2017?
24        A.   Yes, sir.
25        Q.   And it says that Special Agent Nancy Stemo
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   interviewed Mario Rodriguez, a/k/a Blue; right?

 2        A.   Yes.

 3        Q.   That's you?

 4        A.   That's me.

 5        Q.   That's the same date that you did your

 6   interview?

 7        A.   Right.

 8        Q.   I'm going to flip over, and I'm going to

 9   show you page 6 of this document; right?

10        A.   Okay.  6 of 9.

11        Q.   And you said --

12             MS. ARMIJO:  Objection, improper

13   impeachment.  If he wants to show that to the

14   witness to see if it refreshes the witness'

15   recollection, and then ask him questions about it.

16   But just reading the document is improper without

17   first allowing him to read it.

18             THE COURT:  Are you trying to refresh his

19   memory?

20             MR. VILLA:  No, Your Honor.  It's

21   impeachment of his direct testimony.

22             THE COURT:  Well, I'll let this continue.

23   Overruled.

24   BY MR. VILLA:

25        Q.   So you talk about the part where you're
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  going to take the piece from the walker.  And it

2  says, "Perez appeared scared, and stated that he,

3  Perez, 'was down for whatever as long as it was not

4  me.'"

5        Did I read that right?

6     A.   Yes, sir.

7     Q.   So Agent Stemo in her interview said that

8  you said Mr. Perez looked scared; right?

9     A.   That's what she says.

10    Q.   Okay.  And it also says that "Rodriguez,"

11 you, "understood Perez did not want to be hurt, and

12 would go along with the hit if he, Perez, did not

13 otherwise have to be involved"; right?

14    A.   Right.

15    Q.   And I read that right?

16    A.   You read that right.  I think the only

17 thing is that he didn't want to be hurt, would be

18 that he knew if he didn't give it up, you know,

19 you're not a part of the hit.  You know, everyone

20 has their part in the SNM.

21    Q.   So -- and if he didn't give it up, he

22 could get himself in trouble, too, couldn't he?

23    A.   Yes.

24    Q.   He could be killed?

25    A.   Possibly.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2773

1    Q.   Right?  I mean, that's a potential

2    consequence?

3    A.   That's a potential consequence.

4    Q.   And after you take the walker piece and

5    leave, if he had said to a Correction officer, "Hey,

6    Mr. Rodriguez just came and took my piece.  I think

7    he's going to use it to hurt somebody," that's

8    telling on you; right?

9    A.   That's telling.  Yes, it is.

10   Q.   And that could get him killed?

11   A.   Yes.

12   Q.   So I want to back up just a little bit and

13   talk to you about what happened with Mr. Molina.

14        Before Mr. Urquizo ever got to Southern

15   New Mexico, you made a phone call to his brother,

16   didn't you?

17   A.   I recall calling his brother one time,

18   yes.

19   Q.   And the purpose of the phone call was to

20   get the message to Mr. Urquizo to bring that

21   paperwork down?

22   A.   No.

23   Q.   Okay.  So if Mr. Urquizo testified that

24   that was the purpose, then Mr. Urquizo is incorrect?

25   A.   That's incorrect.  I never asked about no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  paperwork in that conversation.

 2       Q.   But you would agree with me, as you

 3  testified on direct, that you were willing to do the

 4  hit on Mr. Molina if you saw the paperwork?

 5       A.   Yes.

 6       Q.   And you were willing to do that before you

 7  ever left PNM; right?

 8       A.   If I had tooken the paperwork with me?

 9  Yes.

10       Q.   And when you left PNM, you thought, if I

11  get down there and I see the paperwork at a later

12  date, you're willing to do the hit?

13       A.   Yes.

14       Q.   And as a matter of fact, when this

15  paperwork arrived, at least according to you, you

16  volunteered to do the hit, didn't you?

17       A.   Myself and Sanchez, yes.

18       Q.   But you wanted to do it; you wanted to be

19  involved.

20       A.   "Me and you."

21       Q.   What's that?

22       A.   I asked him, "Me and you, right?"  Yes, I

23  was going to be involved, yes.

24       Q.   And as a matter of fact, it was you that

25  noticed Mr. Urquizo's name on the board, and knew he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was arriving there in the yellow pod; right?

2        A.   No.

3        Q.   Well, you didn't notice his name on the

4   board?

5        A.   I wasn't the initial one that noticed it.

6        Q.   I'm not asking about anybody else.  But

7   you noticed it; right?

8        A.   I went to the top tier, in the left

9   corner, and read the white board.

10       Q.   That's the board in the control room?

11       A.   Yes, sir.

12       Q.   And based on that, you went to try to

13  communicate with the yellow pod, to try to

14  communicate with Mr. Urquizo; right?

15       A.   He wasn't there at that time.  That was

16  three or four hours prior to him arriving.

17       Q.   I'm sorry, when they arrived --

18       A.   Right.

19       Q.   -- you had the opportunity to try to find

20  out, does he have the paperwork?

21       A.   No, I didn't ask him at that time.

22       Q.   I don't mean right when he arrived.  I

23  mean, you knew he arrived.  And the next day you get

24  out, and you're in the sally port; right?

25       A.   Right.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you wanted to know about the
2  paperwork; right?
3    A.   Yes, sir.
4    Q.   So that you could see it?
5    A.   Yes, sir.
6    Q.   Because if the paperwork indicated that
7  Mr. Molina was telling, you were going to help
8  execute this hit, weren't you?
9    A.   I was.  I was and I did.
10    Q.   And when you got the paperwork and you
11  looked at it, I think you said in your direct
12  testimony that you were waiting to see if Mr. Molina
13  had named names?
14    A.   Right.
15    Q.   And I don't think Ms. Armijo asked you the
16  question, but did the paperwork that you looked at
17  indicate whether Mr. Molina named names?
18    A.   There was no names in it.
19    Q.   It did have Mr. Molina's name?
20    A.   Yeah, in bold letters and underlined, I
21  believe.
22    Q.   And did it indicate that Mr. Molina was
23  telling on somebody?
24    A.   Yeah, it was telling.  According to the
25  SNM, yeah, it's telling.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2777

```
 1        Q.    Tell me why it was telling.

 2        A.    Well, because he disclosed that there was

 3   a crime that took place, and where the evidence was

 4   thrown away at.

 5        Q.    But he didn't name anybody's name?

 6        A.    He did not.

 7        Q.    But that was enough for you, at least in

 8   your mind, to do the killing; right?

 9        A.    When Dan said, "It's done," I said, "Fuck,

10   it's done."

11        Q.    I'm not asking you about Mr. Sanchez.  I'm

12   asking about you.

13        A.    At first, inside I looked at it and, you

14   know, it was stamped.  It was real paperwork.  It

15   just didn't seem that it was that bad.  Certainly

16   not as bad as what I'm doing, you know.

17        Q.    And let me ask you this.  Does it matter

18   whether what Mr. Molina says to the police, where

19   the evidence is, that a crime occurred -- does it

20   matter whether what Molina is saying to the police

21   is true or not?

22        A.    Well, it's in a police report, no.

23        Q.    So the fact that he said it, whether that

24   information is actually true is enough to get him

25   killed?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It could have been him that thrown it, and
 2   saying that it was someone else in the car.  And
 3   that's enough.
 4        Q.   Or he could just be making stuff up;
 5   right?
 6        A.   He could be making stuff up.
 7        Q.   So it doesn't matter if he's telling the
 8   truth or telling lies?  Telling is telling?
 9        A.   It's in a police report and we take it as:
10   Why are you going to say it, if it's not the truth?
11        Q.   I mean, there are reasons why people might
12   lie to the police; right?
13        A.   I don't know if you're going to implicate
14   yourself and still lie about it.
15        Q.   I mean, I'm just saying generally
16   speaking.
17        A.   I couldn't say.  I don't know.
18        Q.   So let's talk about SNM rules, because you
19   talked a little bit about SNM rules.
20        A.   Right.
21        Q.   If you found out that somebody said
22   something to the police or the prosecutors, or
23   testified in court, or whatever, does it matter
24   whether you think they were telling the truth or
25   not?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   Most of the time, no.  There is a lot of
2   politics behind it and further SNM stuff going on.
3   But for the most part, no.
4        Q.   I mean, you agree with me that sometimes
5   witnesses come to court and lie, don't you?
6        A.   Well, they probably do, yes.
7        Q.   Okay.  So whether -- if an SNM member or
8   somebody else came to court, whether they tell the
9   truth or tell a lie, they're in trouble?
10       A.   Yes.
11       Q.   So you get the information from the
12  paperwork that you looked at, and you start putting
13  things in motion, don't you?
14       A.   Myself and Daniel Sanchez, yes.
15       Q.   Yourself?
16       A.   Right.
17       Q.   Right?
18       A.   Right.
19       Q.   I think one of the things that you did
20  first was take the piece from Mr. Perez' walker;
21  right?
22       A.   In, like, the -- my actions?  Yes.  Yeah.
23       Q.   Yes, let's talk about your actions.
24  That's what I want to talk about.
25       A.   Yeah.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   You took the pieces from Mr. Perez'
 2   walker, and then you took them into your room;
 3   right?
 4        A.   Yes.
 5        Q.   And started to break it up so you could
 6   make shanks?
 7        A.   At that time, not right away, no.
 8        Q.   I understand.
 9        A.   I put it in my hamper.
10        Q.   I know it happened over a couple of hours,
11   basically.  But if I understand it correctly, you
12   went to Mr. Perez' room on March 7, 2017; right?
13        A.   Yeah, I was called over there.
14        Q.   The same day that Mr. Perez (sic) --
15   excuse me, the same day that Mr. Molina was killed?
16        A.   Same day, yes.
17        Q.   Okay.  And I think it was your testimony
18   that you went to Mr. Perez' room before you all went
19   to the big yard; right?  Or is it called large yard?
20        A.   Phone yard.
21        Q.   Phone yard?
22        A.   It's the yard right outside the unit.
23        Q.   And that's where you went to Mr. Perez'
24   room right before that?
25        A.   It was maybe, yes, right before that.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  don't know the timeframe.  But yeah, it was before

2  we went to yard.

3        Q.   I think on your direct testimony you

4  said --

5        A.   2:30, something like that.

6        Q.   Let me finish the question, okay?  Because

7  it's hard to write everything down.

8             So it's about 2:30 that you went and took

9  that piece?

10       A.   Probably, yes.

11       Q.   Okay.

12       A.   A little bit before that.

13       Q.   And you didn't go out to the yard --

14       A.   No.

15       Q.   -- because you were making shanks?

16       A.   I was making shanks.

17       Q.   In your room.

18       A.   In my room.

19       Q.   By yourself.

20       A.   By myself.

21       Q.   Alone?

22       A.   Alone.

23       Q.   You covered the cell windows so nobody

24  could see what you were doing?

25       A.   I did.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You broke the pieces up into three pieces;
2  right?
3      A.    Yes, sir.
4      Q.    Sharpened them?
5      A.    Sharpened two of them.
6      Q.    Sharpened two of them.  With the idea that
7  those two pieces were going to go to Jerry Armenta
8  and Jerry Montoya; right?
9      A.    Yes, sir.
10      Q.    And you called them handles, but it's just
11  putting tape around them; right?
12      A.    Right.  Napkins with Saran Wrap.
13      Q.    So that it's easier to hold the shank?
14      A.    Yes, sir.
15      Q.    Because if they're holding the shank
16  without those handles and they try to stab somebody,
17  it's just going to slip?
18      A.    No.  But it just makes it easier.
19      Q.    It could slip; right?
20      A.    That's what the rope is for.  It could
21  slip whether you have a handle or not.
22      Q.    I understand.  But a handle makes it
23  easier to handle?
24      A.    That's what it's there for.
25      Q.    And you sharpen it, so it's easier to stab

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   somebody with.

2       A.   Of course, yes.

3       Q.   You don't have to sharpen it.  But it

4   wouldn't be as easy to stab somebody.

5       A.   I would probably get killed if I didn't

6   sharpen it; gave them dull weapons.

7       Q.   So you sharpened it, made sure they were

8   good weapons?

9       A.   Right.

10      Q.   And you gave both of those weapons to

11  Jerry Armenta and Jerry Montoya; right?

12      A.   I did.

13      Q.   So you, yourself, gave one to Jerry

14  Montoya, I think you said in your cell; correct?

15      A.   Jerry Armenta came to my cell with Daniel

16  Sanchez.

17      Q.   I'm sorry.  You gave it to Jerry Armenta,

18  and then you gave it to Jerry Montoya after that?

19      A.   I was told to go -- to let Jerry Montoya

20  know that he was going to commit the assault.

21      Q.   I know you're telling the jury that that's

22  what you were told.  But you're the one that

23  actually gave it to Jerry Montoya.

24      A.   Yes, sir.

25      Q.   And when you went into Jerry Montoya's

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   room, he got scared, too; right?  He said -- he put

2   his hands up, and I think in your testimony you said

3   he thought you were going to stab him; right?

4       A.   That's what I assumed.

5       Q.   Okay.  I mean, that was what you were

6   observing.

7       A.   Right.  That's what I observed.

8       Q.   And then, after you hand the shanks to

9   those two folks -- or maybe it was before -- you

10  also then recruited Timothy Martinez?

11      A.   Before.

12      Q.   Before?

13      A.   I was told -- well, yeah, my actions.

14      Q.   You went to Timothy Martinez?

15      A.   I went to Timothy Martinez before the 4:00

16  count.  While I was sharpening the weapons and

17  breaking them down, I seen him come back from the

18  wheelchair program.  I took the curtain down from my

19  window, and I put the weapons under my mattress, and

20  I told the CO to open my door.  And I pulled over

21  Timothy, and started speaking to him about what they

22  wanted him to do.

23      Q.   So you said to Timothy Martinez:  We need

24  you to knock out Javier Molina or incapacitate him,

25  or something like that?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                               (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT          e-mail: info@litsupport.com
REPORTING SERVICE

```
1        A.    No.
2        Q.    What did you want Timothy Martinez to do?
3        A.    I told him Dan Dan wanted him to knock the
4   fuck out of Molina.
5        Q.    Okay.  So without the colorful language,
6   you told Timothy Martinez he needed to knock out
7   Molina?
8        A.    Right.
9        Q.    All right, so --
10       A.    And based on -- Daniel wanted him to knock
11  him out.
12       Q.    That's what you're saying.
13       A.    Right.
14       Q.    But you're the one who said to Timothy
15  Martinez that; right?
16       A.    Yes.
17       Q.    And you knew that Timothy Martinez was
18  Javier Molina's friend?
19       A.    I did.
20       Q.    And you were friends with Timothy
21  Martinez?
22       A.    I was.  And Molina.
23       Q.    And Javier Molina?
24       A.    Yes.
25       Q.    But because of your friendship with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Timothy Martinez, you said to him, when you had this
 2   conversation, "Hey, if you don't want to do it, I'll
 3   do it for you"?
 4        A.   Do it for you.
 5        Q.   You were willing to do that?
 6        A.   I was.
 7        Q.   So that you're the one that would be
 8   helping to kill Molina without Timothy Martinez
 9   having to do that.
10        A.   Yes, sir.
11        Q.   And I think you testified about this a
12   lot, but one of the reasons you were willing to do
13   this is you said you were loyal?
14        A.   Loyal.
15        Q.   Loyal to Timothy Martinez?
16        A.   Loyal to SNM.
17        Q.   Loyal to the SNM; right?
18        A.   Yes, sir.
19        Q.   Okay.  So after all the pieces are in
20   place, Timothy Martinez has his job, Jerry Armenta
21   and Jerry Montoya have their jobs, then you guys
22   have count; right?
23        A.   No.
24        Q.   So all the jobs are in place before count
25   or after count?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    The only job in place before count was
 2   Timothy Martinez.
 3        Q.    Okay.  So Armenta, Montoya got their
 4   jobs --
 5        A.    They were supposed to be told point-blank
 6   at that one point they went in; want no one to
 7   contemplate it.  Point-blank, "Here, you've got to
 8   go do this, you're going to go do it."
 9        Q.    And you're the one that told them.
10        A.    I was the one who was directed to tell
11   them.
12        Q.    You did that after count?
13        A.    After count.
14        Q.    So after count happens -- count starts at
15   4:00; right?
16        A.    Count ends at 5:00.
17        Q.    Ends at 5:00?
18        A.    Yes.
19        Q.    So after 5:00 --
20        A.    That happens.
21        Q.    You go and tell Mr. Armenta and Mr.
22   Montoya what they've got to do.
23        A.    No.  Armenta and Daniel Sanchez come to my
24   room.  I had no interactions with Armenta.  Nothing.
25   That's Daniel Sanchez' friend.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2788

1    Q.   You gave Mr. Armenta a shank, didn't you?

2    A.   He came to my room.  And Daniel told him

3    what he was supposed to do.  He came to my room for

4    the shank with Sanchez.

5    Q.   Okay.  But you gave the shank to Armenta?

6    A.   Gave the shank to Armenta.

7    Q.   And you gave it to Montoya?

8    A.   Gave it to Montoya.

9    Q.   Okay.  And 15 minutes later, roughly,

10   you're in Molina's room; right?

11   A.   I don't know; 15 to 20 later, yeah.

12   Q.   Give or take?

13   A.   Yes.

14   Q.   Before that happened, you testified about

15   the situation downstairs where Mr. Molina and you

16   all are talking in the day room about going up to

17   Mr. Molina's room to get high; right?

18   A.   Yes.

19   Q.   Isn't it true that before that, Mr. Molina

20   talked about setting up some food downstairs, to get

21   a spread, to make dinner?

22   A.   There was food for a spread.  There is

23   pictures of it on the discovery.

24   Q.   A spread is just laying out food, like the

25   tables, so you guys can have a community meal;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   right?
 2        A.   Right.
 3        Q.   And Mr. Molina brought that up after
 4   count, didn't he?
 5        A.   No.  I don't remember who brought it up.
 6   It might have been Molina, it might have been
 7   Martinez.  I don't remember exactly.
 8        Q.   One of those two?
 9        A.   One of them.  It's all over the discovery,
10   something about a spread.
11        Q.   And when you're saying "the discovery,"
12   you're talking about like all the reports, all the
13   paperwork in the case?
14        A.   Supplemental reports.
15        Q.   Like the report I showed you?
16        A.   Right.
17        Q.   With your statement and interview.
18        A.   Yeah.
19        Q.   And that's all on these tablets that we're
20   talking about.
21        A.   No, that was in my state case.
22        Q.   Well, it's on the tablets.
23        A.   Yes, it's on the tablets.
24        Q.   And all the discovery in this case is on
25   the tablet.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2790

```
 1        A.   Yes, sir.

 2        Q.   The tablet that you still have.

 3        A.   I still have.

 4             THE COURT:  Mr. Villa, would this be a

 5   good time for us to take our afternoon break?

 6             MR. VILLA:  Yes, Your Honor.

 7             THE COURT:  All right.  We'll be in recess

 8   for about 15 minutes.  All rise.

 9             (The jury left the courtroom.)

10             THE COURT:  All right.  We'll be in recess

11   for about 15 minutes.

12             (The Court stood in recess.)

13             THE COURT:  All right.  We'll go on the

14   record.  Is there anything we need to discuss while

15   Ms. Standridge is getting the jury lined up?  Ms.

16   Armijo?

17             MS. ARMIJO:  No, Your Honor.

18             THE COURT:  How about any of the

19   defendants?  Do you have any issues?

20             Ms. Bhalla said she's cold.

21             MR. LOWRY:  It's freezing.

22             THE COURT:  Are y'all cold?  Let's see

23   what we can do.  Generally, I thought with as many

24   people as have been in the room, it's been a little

25   warm.  I haven't been adjusting it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              (The jury entered the courtroom.)
 2              THE COURT:  All right.  Mr. Rodriguez,
 3    I'll remind you you're still under oath.
 4              THE WITNESS:  Yes, sir.
 5              THE COURT:  All right.  Mr. Villa, if you
 6    wish to continue your cross-examination of Mr.
 7    Rodriguez, you may do so at this time.
 8              MR. VILLA:  Thank you, Your Honor.
 9    BY MR. VILLA:
10         Q.   While you were in Mr. Rodriguez' and Mr.
11    Montoya's cell giving him the shank and telling him
12    what he was going to do, you told him to put his
13    greens on; right?
14         A.   While I was in Mr. Rodriguez' and
15    Montoya's cell?
16         Q.   Mr. Montoya's cell, giving him the shank,
17    you told him to put his greens on; right?
18         A.   Yeah, I told him to put his greens on,
19    yes.
20         Q.   Because of blood?
21         A.   For the blood, yeah.
22         Q.   And when it came time for the attack on
23    Mr. Molina, you had greens on, too; right?
24         A.   I had green pants.  I always wear my green
25    pants.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   To make it harder to see the blood?

2     A.   No.  I wear them every day.

3     Q.   No, I mean, that's why you were telling

4 Mr. Montoya to do that?

5     A.   Yes.

6     Q.   Now, let's see if we can play Government's

7 11.  I think we have to play it from over here, and

8 if we can do camera 5, please.

9          Before we get this started, Mr. Rodriguez,

10 I want to clear this up.  You don't remember who was

11 talking about the spread or having a meal?  And if

12 we can just pause it a second.

13          But it might have been Mr. Molina or

14 somebody else?

15     A.   I think that was something they came up

16 with, their defense in the disciplinary process.

17 You know, there is --

18     Q.   Well, let me ask you this:  Did you --

19     A.   I don't recall.

20     Q.   You don't recall --

21     A.   I don't recall who came up with that, who

22 said we were having a spread.

23     Q.   And in response to that, did you not say

24 that you guys should go to Mr. Molina's room and get

25 high?

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



1        A.   Yeah, that was the plan.

2        Q.   But you said that to Mr. Molina?

3        A.   To go to whose room?

4        Q.   Mr. Molina's room?

5        A.   Yeah -- no, I think it was that we were

6   running low on Suboxone.  And I told him, "I bet you

7   I can get Timothy to get high with us."

8              And we always go in there to do drugs,

9   shoot up, tattoos.  And I think it just fell in

10  place as part of the plan.  But that was the plan,

11  to go in there, under the guise of getting high.

12       Q.   My question to you, Mr. Rodriguez, is

13  fairly simple, yes or no.  Did you say to

14  Mr. Molina, in response to this conversation about

15  having a meal, "Let's go to your room and get high"?

16       A.   I think I did, yes.

17       Q.   Okay.  So you made the suggestion to go

18  get high?

19       A.   Yes.

20       Q.   Because you knew that when that happened,

21  you guys were going to hit Molina?

22       A.   That was the plan, yes.

23       Q.   Now, you said you used drugs in there a

24  lot?

25       A.   In Molina's room?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2794

```
 1        Q.    Yes.

 2        A.    Yes, sir, everyone uses it to do drugs.

 3        Q.    I'm talking about -- what drugs have you

 4   used in Mr. Molina's room?

 5        A.    Suboxone.

 6        Q.    What else?

 7        A.    That's it.

 8        Q.    You shoot that up?

 9        A.    Yes, sir.

10        Q.    You talked about wanting to get a

11   syringe -- or provide a syringe to Mr. Urquizo, or

12   something like that?

13        A.    No.  Before I left, I asked him if he had

14   a syringe.

15        Q.    So that you could shoot up Suboxone?

16        A.    So I can have access to my own syringe.

17        Q.    Did you take any other drugs while you

18   were in prison down there in Southern?

19        A.    Not that I can recall.  I think I did meth

20   one time.

21        Q.    So mostly Suboxone?

22        A.    Mostly Suboxone.

23        Q.    How often would you do Suboxone?

24        A.    Every day.

25        Q.    Every day?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Every day.

 2        Q.    When was the last time you used Suboxone?

 3        A.    It's been since the last time when I left

 4   Chaparral.  Maybe before we moved to SHU 3.  It's

 5   been close to seven months.

 6        Q.    Seven months?

 7        A.    Close to seven months.

 8        Q.    Any other drugs in the last seven months?

 9        A.    No, sir.

10        Q.    And how long were you using Suboxone on a

11   daily basis?

12        A.    In where?

13        Q.    When did you start using Suboxone on a

14   daily basis?

15        A.    When I got to Southern.

16        Q.    That's the first time?

17        A.    Yeah.  I never used to mess with no drugs

18   at all.

19        Q.    So you're telling me before that,

20   throughout your time in prison --

21        A.    I wouldn't mess with heroin.

22        Q.    Let me finish the question, Mr. Rodriguez,

23   please.  Before you got to Southern, while you were

24   in prison, did you ever use any other drugs?

25        A.    Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2796

```
 1        Q.    What drugs?

 2        A.    Heroin and weed.

 3        Q.    How often did you use those?

 4        A.    Up in current years, or altogether?

 5        Q.    Altogether, in prison.

 6        A.    My first maybe three to four years in the

 7   North facility, I did drugs as often as they were

 8   around.

 9        Q.    And I think there is a little bit of

10   feedback coming from your mic.  It's, like, ringing.

11   Maybe if you just talk a little bit farther away.

12   It's a double-edged sword.  We have to be able to

13   hear, but we're trying to cut down on the ringing.

14              Okay.  So you suggested to go to

15   Mr. Molina's room to shoot up Suboxone.  And that

16   was something you had done on a daily basis.

17        A.    Yes.

18        Q.    And that got Mr. Molina to go up to his

19   room?

20        A.    Yes.

21        Q.    Because he wanted to use Suboxone, too?

22        A.    That's the area we used to shoot up.

23        Q.    And was Suboxone provided by Timothy

24   Martinez?

25        A.    I believe so, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2797

```
1        Q.   And I think it was your testimony that
2   before the assault actually happened, you thought
3   you guys were going to shoot up first?
4        A.   Right.
5        Q.   And then you would do the assault?
6        A.   Yes, sir.
7        Q.   You wanted to get high before you did it?
8        A.   Well, the initial thought I had was it was
9   going to happen right away.  But when I nodded to
10  Timothy the first time, the second time, the third
11  time, he didn't do it.  So I figured we were going
12  to do a shot and it was going to happen while he was
13  shooting up.  I thought it was going to happen as
14  soon as we went in there.
15       Q.   You were nodding to Timothy to do it?
16       A.   Right.
17       Q.   Right, to get Mr. Molina, get him killed?
18       A.   Move on him.
19       Q.   That's what you wanted to convey when you
20  nodded to Mr. Martinez three times?
21       A.   Right.
22       Q.   So --
23       A.   Not kill him; just incapacitate him.
24       Q.   Because his job was to --
25       A.   That was what he was called to do.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Let's play now channel 5 here, that you

2  have on your screen.  And I don't know if you're

3  able to fast-forward to about 17:18:30 seconds.

4  We'll let it go to get to that, Mr. Rodriguez, but

5  let me ask you another question.

6          If Mr. Martinez had ultimately not done

7  his part and, say, walked out of there and tried to

8  alert the COs, and get it stopped, his life would be

9  in danger?  Is that what you're saying?

10     A.   It would have been in danger, yes.  Mine

11  and his, yes.

12     Q.   Now, but you can't control Mr. Martinez,

13  if he did that; right?

14     A.   I could not, no.

15     Q.   So let's play it from there.  We're at

16  17:18.  And we'll pause it right about 17:18:30

17  seconds and 39 (sic).  Is that what you see up

18  there, Mr. Rodriguez?

19     A.   What are you asking me if I see?

20     Q.   If you look at the top left, where it

21  shows the time.

22     A.   17:18:30.

23     Q.   Yes, sir.  Is that what it says?

24     A.   That's what it says.

25     Q.   And 39.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    390.

 2        Q.    Yes, sir, sorry.  390.

 3        A.    Right.

 4        Q.    So let's go -- I think you testified --

 5   and Ms. Armijo stopped it at 17:18:40 seconds, that

 6   the door was -- you told the CO to leave the door

 7   open; right?

 8        A.    Right.

 9        Q.    Let's run it through 17:18:40.

10              (Tape played.)

11        A.    There I am right there.

12        Q.    That's you coming out real quick.  You've

13   got the hat on?

14        A.    Yes.

15        Q.    Let's pause it there, please.

16              So I just want to ask you a couple of

17   questions about that.  The CO wanted to close the

18   door, because they don't like the doors being

19   opened; right?

20        A.    They leave one open.  But sometimes a

21   CO -- they just want to close it.

22        Q.    So you said, "Leave that door open,"

23   because you knew what was happening?

24        A.    Right.  The door needs to be open so Jerry

25   Montoya and Jerry Armenta could come in.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.    And kill Mr. Molina?

2     A.    Exactly.

3     Q.    That's why you wanted the door open?

4     A.    That's why the door was supposed to be

5  open.

6     Q.    To make sure Mr. Molina got killed?

7     A.    Exactly.

8     Q.    Now, let's run it again, please.  And

9  we'll go to about 17:19:30.  And since we have about

10  30 seconds, Mr. Rodriguez, you testified that around

11  that time the door kind of wiggles?

12     A.    Yeah.  There is a control center.  And

13  they'll hit the button, and you can hear the door

14  jiggle.  And that's pretty much saying, "Hurry up

15  whatever you're doing, because I'm going to close

16  the door."  That's pretty much what they're saying

17  to you.  And then you'll see -- when you do that,

18  we'll come out and tell them, "Hold on."

19          It's a routine thing in the Level 4

20  system.

21     Q.    Okay.  So let's watch this part here.

22          (Tape played.)

23     A.    There it is.

24     Q.    Why don't we pause it, please.  I think we

25  saw maybe about 7 seconds ago you stuck your head

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1    out?

 2         A.    Right.

 3         Q.    That was you; right?

 4         A.    You can see my hand, but I think my head

 5    is kind of blocking it, where the CO was jiggling

 6    the door again.

 7         Q.    So the door wiggled, yes?

 8         A.    Yes, sir.

 9         Q.    And you stuck your hand out to say, "Wait,

10    keep it open"?

11         A.    Yes, sir.

12         Q.    Because you knew that Jerry Armenta and

13    Jerry Montoya were coming?

14         A.    That's the plan.

15         Q.    To kill Molina?

16         A.    Yes, sir.

17         Q.    So the reason you did that was to make

18    sure Molina gets dead.

19         A.    Make sure he gets stabbed.  And the

20    initial goal was to kill him, yes.

21         Q.    Let's continue playing this, please.

22               (Tape played.)

23         Q.    Mr. Rodriguez, you saw this individual in

24    the bottom right corner?  And just for the record,

25    I'm paused at 17:19:59:390; correct?

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                   Albuquerque, NM 87102
(505) 989-4949                                                                   (505) 843-9494
FAX (505) 820-6349                                                       FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      A.    17:19:59:390.

2      Q.    Yes, sir.

3      A.    Yes.

4      Q.    So I just circled an individual that we

5  saw in the common area and then sort of walking out

6  of the screen.  Who is that?

7      A.    That's Jeffrey Madrid.

8      Q.    Jeffrey Madrid.  And throughout the course

9  of this video, you don't ever see Rudy Perez;

10  correct?

11      A.    No, sir.

12      Q.    Do you see an individual at any point in

13  time whose name is Michael Hernandez?

14      A.    I do not see him.  I think the camera view

15  cannot see him where he's at.  I don't see him on

16  the camera view.

17      Q.    There was somebody in the pod named

18  Michael Hernandez?

19      A.    Yes.

20      Q.    Was his nickname Polo?

21      A.    I think that's what it was.

22      Q.    Do you know if Mr. Hernandez was bringing

23  in drugs or selling drugs?

24      A.    I do not know.

25      Q.    Let's go ahead and continue the video,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   please.

 2           (Tape played.)

 3       Q.   Right there.  Thank you.  So now,

 4   Mr. Rodriguez, for the record, we're at

 5   17:20:06:390; yes?

 6       A.   Yes, sir.

 7       Q.   The individuals I've just circled are

 8   Jerry Montoya and Jerry Armenta; correct?

 9       A.   Yes, they are.

10       Q.   I believe it was your direct testimony

11   that you called them in because it was time; right?

12       A.   When I -- when he went to the floor

13   unconscious, I turned to wave them in.  They were

14   already up and coming.  But that was what I was

15   supposed to be doing.

16       Q.   So you waved them in so they could --

17       A.   They were already up and coming, though.

18       Q.   Let me finish my question.

19       A.   Go ahead.

20       Q.   At the point in time when Mr. Molina

21   became unconscious, isn't it true that you waved or

22   signaled to the Jerrys to come in?

23       A.   Yes.

24       Q.   So they could kill Molina?

25       A.   Right.  Stab him.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                     e-mail: info@litsupport.com

2804

1    Q.   Stab him?

2    A.   Yes.

3    Q.   With the shanks you made?

4    A.   Yes.

5    Q.   And sharpened?

6    A.   Yes, sir.

7    Q.   And made handles for?

8    A.   Yes, sir.

9    Q.   Gave to them?

10   A.   Directed us to.

11   Q.   So they could kill Molina?

12   A.   Yes, sir.

13   Q.   Let me back up just a little bit, because

14   I want to talk about the point in time where you

15   signaled to Mr. Martinez.  And I think in your

16   direct testimony with Ms. Armijo, you said you heard

17   a noise.  And the next thing you know, Mr. Martinez

18   is choking Javier Molina; right?

19   A.   Right.

20   Q.   And he eventually chokes him to

21   unconsciousness; correct?

22   A.   Yes, sir.

23   Q.   Is it like getting him on the sides of the

24   neck and putting him to sleep?

25   A.   Exactly what it is.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    I think you testified that at one point
2   Mr. Molina was struggling and fighting?
3        A.    No, he was not struggling and fighting.
4        Q.    He raised his arms up?
5        A.    He went to raise his arms up.  Not as you
6   did, but yes, he went to raise his arms up.
7        Q.    How did he raise his arms up?
8        A.    He went to grab his hand -- the arm that
9   was wrapped around his neck.
10        Q.    Oh, I understand.  He was grabbing Mr.
11   Martinez' arm --
12        A.    Exactly.
13        Q.    -- trying to save himself.
14             And you pulled his arms down; right?
15        A.    I grabbed him by the wrists and pulled his
16   arms down.
17        Q.    You pulled Mr. Molina's arms down?
18        A.    Yes, I did.
19        Q.    So Mr. Martinez could do what he needed to
20   do?
21        A.    So he wouldn't get any DNA of Timothy
22   Martinez' on his fingers.
23        Q.    And if Mr. Molina got Mr. Martinez' arm
24   away, he might have been able to fight; right?
25        A.    I would have probably got killed because

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2806

```
 1   of the situation; I didn't do my part.
 2        Q.   I just want to understand.  When
 3   Mr. Molina was reaching for Mr. Martinez's arms, he
 4   was trying to stop Mr. Martinez from choking him.
 5        A.   Yes.
 6        Q.   And you stopped Mr. Molina from doing
 7   that.
 8        A.   I did.
 9        Q.   You held his arms down until he went
10   unconscious.
11        A.   Yes, sir.
12        Q.   So that the Jerrys could come and kill
13   him.
14        A.   Exactly.
15        Q.   Thank you.  Okay.  Let's continue rolling
16   with the tape.
17             (Tape played.)
18        Q.   Let's pause it here.  Mr. Rodriguez, I've
19   paused it at 17:20:25:390.  Yes?
20        A.   Yes.
21        Q.   Mr. Martinez is right there.  I just
22   circled him.  He's in the middle upper tier, just to
23   the left of where it says 1-A B; is that right?
24        A.   Oh, yes.
25        Q.   That's Mr. Martinez?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Mr. Martinez.

 2        Q.    He left after the Jerrys came in and

 3   started stabbing him; correct?

 4        A.    Yes, he did.

 5        Q.    But you stayed in there.

 6        A.    Yeah, I stayed in there.  I turned around

 7   to get the photo album.

 8        Q.    And you actually got up on the bunk in

 9   Mr. Molina's room so that the Jerrys, Jerry Montoya

10   and Jerry Armenta, could do the stabbing; right?

11        A.    No.

12        Q.    You never got up on the bunk?

13        A.    I got up against the bunk.

14        Q.    Against the bunk?

15        A.    With my calves.  My calves are up against

16   the bunk.

17        Q.    So like backed up?

18        A.    Right.

19        Q.    And you stayed in there?

20        A.    And I stayed in there.

21        Q.    And watched them stab him?

22        A.    No.

23        Q.    You didn't watch?

24        A.    No.  When they came in, I backed up with

25   my calves against the bunk.  Jerry Montoya got on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  him.  Armenta came around him.  I grabbed the

 2  syringe and the spoon with the Suboxone.  And right

 3  there where you see me go back in, I'm grabbing a

 4  photo album.

 5      Q.   And so you got the spoon and the Suboxone.

 6  That's the drugs.

 7      A.   Spoon and Suboxone and syringe.

 8      Q.   And the syringe.

 9      A.   Yes, sir.

10      Q.   And you took those?

11      A.   Yes, sir.

12      Q.   And you got a photo album of naked

13  pictures?

14      A.   Yes, sir.

15      Q.   You took those, too?

16      A.   Timothy Martinez' photo album.

17      Q.   Did you give that back to Mr. Martinez?

18      A.   I took it to my room, and it was

19  confiscated.

20      Q.   What about the syringe and Suboxone and

21  spoon?

22      A.   The syringe I put in my sock, and the

23  Suboxone, if you see the picture from the top

24  shower, there will be a state-issued spoon.  That

25  was a spoon to Suboxone.  The Suboxone was lost in

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   the tier somewhere.

2       Q.   It was lost in the tier?

3       A.   Yeah, it was somewhere on the tier.

4   Because when I finished putting the weapon away in

5   the shower drain, I looked to the spoon, the

6   Suboxone was missing.

7       Q.   Do you agree with me, when you testified

8   on direct, you testified that Jerry Montoya stabbed

9   Mr. Molina in the chest?

10      A.   Right.

11      Q.   So you saw that happen?

12      A.   I saw that happen, yes.

13      Q.   And you saw that happen while you were in

14  the cell?

15      A.   When I leaned over to grab it, he was

16  already, like, in my peripheral right here.  So I

17  leaned over.  He was on top of him, stabbing him.  I

18  did see him stabbing like two or three times.  I

19  heard it.

20      Q.   You heard it and you saw it?

21      A.   I heard and I saw it.

22      Q.   You didn't leave when Mr. Martinez left?

23      A.   No.

24      Q.   Let's keep rolling.

25           (Tape played.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2810

1        A.    I'm grabbing the photo album.

2        Q.    Let's pause it right here.  Just a little

3   further.  There we go.  So Mr. Rodriguez, I've

4   paused it at 17:20:44:390; correct?

5        A.    Correct.

6        Q.    And I'm going to circle an individual who

7   is on the top tier, leaning over the top rail on the

8   left-hand side of the image; correct?

9        A.    Correct.  That's me.

10       Q.    That's you?

11       A.    Yes, sir.

12       Q.    Now, you've turned around, stopped, put

13   your arm up on the rail, and you're looking into

14   Mr. Molina's cell, aren't you?

15       A.    Yes, sir.

16       Q.    And while you're looking in there, Mr.

17   Armijo and Mr. Montoya are stabbing Mr. Molina to

18   death?

19       A.    No, sir.

20       Q.    What's going on at this point?

21       A.    Well, you see, when I'm coming out of the

22   cell, and you see them standing in the door frame,

23   he's already up.  He's already standing up.  Right

24   now they're standing to the door, and he's standing

25   in the back of the room.  And they're telling him to

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492
                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   stay back.
 2        Q.   Oh, that's right.
 3        A.   Yeah, he's already up by now.
 4        Q.   And you testified, didn't you, on direct
 5   that Mr. Montoya essentially tried to give you his
 6   shank; right?
 7        A.   No.
 8        Q.   You said, "No, get him"?
 9        A.   I said, "Don't let him out of the room."
10        Q.   "Don't let him out of the room," right?
11   You wanted them to keep him in there and kill him?
12        A.   That's what the plan was.
13        Q.   That's what you wanted to have happen;
14   right?
15        A.   That's what the plan was.
16        Q.   My question to you, sir, is:  Did you want
17   that to happen?
18        A.   Yeah, that's the plan.  Of course.
19        Q.   So the answer is yes?
20        A.   Yes.
21        Q.   And then I think, as we saw from the
22   video, Mr. Molina walks by, turns around, and as
23   he's going down the stairs says, "Okay, you've got
24   me, carnal"?
25        A.   "All right.  You got me, carnals."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       Q.   And you told him, "You're no carnal"?

2       A.   "You're not our carnal.  You're no

3  carnal."

4       Q.   Because you wanted him dead.

5       A.   Well, that's the plan.  If you go to hit

6  someone in the SNM, you've got to kill them.

7       Q.   You didn't try to stop Mr. Molina from

8  being killed, did you?

9       A.   Why would I?

10      Q.   Well, let's talk about that for a minute.

11  You just told Ms. Armijo that in the lead-up to your

12  trial, October 24, you decided you wanted to

13  cooperate and work for the Government; right?

14      A.   Not work for the Government, no.

15      Q.   Well, you're getting paid, aren't you?

16      A.   If you call $50 a month getting paid.

17      Q.   Well, let's talk about this.  You at least

18  agreed that you would testify for the Government;

19  right?

20      A.   Yes, sir.

21      Q.   And instead of going to trial on the Alex

22  Sosoya case, you decided to cooperate; right?

23      A.   Yes, sir.

24      Q.   And you testified that that puts your life

25  in danger?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Of course, yes.

 2        Q.    It does; right?

 3        A.    Yes, sir.

 4        Q.    The same as if you stopped the Molina hit

 5   would put your life in danger; right?

 6        A.    Yes, sir.

 7        Q.    If you stopped the Molina hit, Molina

 8   might get to live; right?

 9        A.    At this point in time?

10        Q.    No, I mean, at some point in time before

11   he's stabbed in the heart.

12        A.    Well, yeah.

13        Q.    He might get to live; right?

14        A.    Yeah.

15        Q.    And maybe you could have stopped it; maybe

16   you couldn't have.

17        A.    At that point in time, my mentality wasn't

18   there.

19        Q.    I'm not asking about your mentality.  I'm

20   talking about:  You might have been able to stop

21   Molina from dying; right?

22        A.    Of course.

23        Q.    But your mentality before going to trial

24   in the Alex Sosoya trial changed; right?

25        A.    It's been changing, but yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   And at the point when you were about to go
 2   to trial and potentially face a very long sentence,
 3   you decided to work for the Government.
 4        A.   Correct.
 5        Q.   Right?
 6        A.   Correct.
 7        Q.   And that's the point in time when you
 8   decided to stop.
 9        A.   Stop what?
10        Q.   Stop, I think as you described it, being a
11   gang member.
12        A.   Yes, sir.
13        Q.   You didn't make that decision before
14   Javier Molina got himself killed, did you?
15        A.   It was in the process.  But no, I did not.
16        Q.   You could have?
17        A.   Could have.
18        Q.   But you didn't?
19        A.   Didn't.
20        Q.   And you know from the discovery, because
21   you were charged in this case, that the Government
22   had this video evidence against you; right?
23        A.   Yes, I knew that.
24        Q.   And as a matter of fact, before the
25   federal government indicted you and charged you with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Mr. Molina's murder, you were charged in state

2    court; right?

3         A.   Right.

4         Q.   But you were only charged with tampering

5    with evidence; is that right?

6         A.   Tampering with evidence, conspiracy to

7    tamper, and possession of a weapon.

8         Q.   So tampering with evidence is hiding the

9    shank; right?

10        A.   Right.

11        Q.   And the conspiracy to tamper was related

12   to that; correct?

13        A.   Yes.

14        Q.   Then I think possession of the weapon is

15   because you possessed the shanks.

16        A.   Of course, yes.

17        Q.   And so those charges, you would agree with

18   me, didn't carry the same kind of punishment or

19   sentence that the federal charges for the murder of

20   Javier Molina carried?

21        A.   No.

22        Q.   And I think you testified that the state

23   charges got dismissed when the federal charges came

24   in?

25        A.   They were about to get them amended to

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                      1-800-669-9492
                                                              e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    first-degree murder before the feds investigated it.

2        Q.   So you were going to get charged with

3    first-degree murder?

4        A.   I was going to get charged with

5    first-degree murder.

6        Q.   Do you know what the punishment is for

7    first-degree murder?

8        A.   It's life.

9        Q.   In state court?

10       A.   I don't know.  I assume it's life.

11       Q.   You assume that it's life?

12       A.   Right.

13       Q.   And the feds came and they charged you?

14       A.   Right.

15       Q.   And you were able to then get access to

16   all this discovery on a tablet?

17       A.   Yes.

18       Q.   And see the case that they had against

19   you; right?

20       A.   Yes.

21       Q.   You saw this video that we're looking at;

22   right?

23       A.   Yes.

24       Q.   You also saw some photographic evidence?

25   Did you see some of the photographic evidence that

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492

 

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    the Government had, Mr. Rodriguez?

2         A.    Of what?

3         Q.    Of evidence in the Javier Molina murder

4    case.

5         A.    Yes, I seen it long before the feds picked

6    it up, I guess.

7         Q.    So let me show you Government's Exhibit

8    74.  Have you seen this picture before, Mr.

9    Rodriguez?

10        A.    In my state case, yes.

11        Q.    You've seen it on the tablet in the

12   federal case?

13        A.    Yes.

14        Q.    That's a picture of your pants in the

15   sink; correct?

16        A.    Yes, they are.

17        Q.    So I think you testified about this on

18   direct.  You got back into your room and you

19   realized that you had blood on your pants?

20        A.    Right, on my right leg.

21        Q.    Javier Molina's blood?

22        A.    Javier Molina's blood, off the shank.

23        Q.    So you put your pants into the sink and

24   tried to clean them?

25        A.    I did.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com



```
 1        Q.   But that's where the State Police
 2   investigators found your pants after you got cleared
 3   out of the pod; right?
 4        A.   Right.
 5        Q.   And they found that and, in fact, you
 6   learned from the discovery that there was blood on
 7   those pants; right?
 8        A.   No, there was no DNA found on my pants.
 9        Q.   So there wasn't any DNA found on your
10   pants?
11        A.   No, sir.
12        Q.   There was DNA found in your room.
13        A.   No, sir.
14        Q.   Where was the DNA found?
15        A.   Outside of my room, on the tier in front
16   of my cell.
17        Q.   Okay.  That's right.
18        A.   One drop of blood.
19        Q.   So there was the drop of blood in front of
20   your cell; correct?
21        A.   Yes, sir.
22        Q.   And I think you testified you tried to
23   wash up?
24        A.   I did.
25        Q.   But they found DNA?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2819

1        A.    No, they didn't find no DNA.

2        Q.    I think you just said there was some DNA.

3        A.    There was DNA outside my cell on the tier.

4   And I threw hand sanitizer and water out on the

5   tier.  There's pictures in the discovery.

6        Q.    I see.  And that's where the DNA was

7   found?

8        A.    Yes.

9        Q.    The DNA of Javier Molina?

10       A.    Yes.

11       Q.    You knew that?

12       A.    I didn't know whose blood it was.  I just

13  knew it was blood.

14       Q.    Well, you knew by the time you got the

15  discovery that the Government had that evidence

16  against you.

17       A.    No, there was no blood out there.  They

18  didn't pull DNA off it.  They alleged that I was

19  covering blood up.  They never found it.

20       Q.    I see.  I understand.  That was right

21  outside your cell --

22       A.    Right.

23       Q.    -- cell 111?

24       A.    What happened was, they came through with

25  the flashlight.  Someone seen it.  And before they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   could take pictures of it, I threw hand sanitizer
 2   and water on it.
 3        Q.   I see.  So they find your sweats in the
 4   sink?
 5        A.   My greens.
 6        Q.   Sorry, your greens in the sink, after the
 7   murder?
 8        A.   Right.
 9        Q.   And then let's look at Government's 76.
10        A.   With no DNA on it.
11        Q.   I understand.  Because you washed the
12   blood off.
13        A.   Washed the blood off.
14        Q.   So let's look at Government's 76.  Have
15   you seen that picture before?
16        A.   I have.
17        Q.   That's a picture of the toilet in your
18   room?
19        A.   Toilet in my room.
20        Q.   With Saran Wrap in there?
21        A.   The Saran Wrap is in there.
22        Q.   And you knew that the Government had this
23   evidence in the case against you; correct?
24        A.   What evidence is it?
25        Q.   Well, it's a photograph of the toilet in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    your room; right?

2        A.    Right.

3        Q.    Okay.  And I think you testified about

4    where that came from, didn't you?

5        A.    Why I threw it away or where it came from?

6    In my cell is where it came from.

7        Q.    So on your direct testimony with

8    Ms. Armijo, you testified that that was Saran Wrap

9    from the shanks; correct?

10       A.    No.

11       Q.    I'm sorry, from Mr. Molina's shank?

12       A.    No.

13       Q.    Where did that Saran Wrap come from?

14       A.    The Saran Wrap was in my room.  It's

15   something that we all keep.  It's from the sack

16   lunches.  That Saran Wrap, I attempted to wrap up

17   the shank that Timothy Martinez gave me that was

18   Javier Molina's.

19       Q.    That's right.

20       A.    When I bent it on the bunk, I bent it on

21   the desk into, like, a U.  I attempted to wrap it

22   up, but I was a little nervous and I couldn't get it

23   wrapped right, so I just threw it in the toilet.

24   And those toilets are stop-flushes, so when you

25   flush it more than twice back-to-back, they don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2822

```
 1   flush anymore.  That's why it's in the toilet.
 2        Q.   I got it.  So after the Javier Molina
 3   murder, they see the Saran Wrap in your toilet?
 4        A.   They assumed that it was from a weapon
 5   that I was trying to get rid of in my room.
 6        Q.   So let me talk to you a little bit about
 7   that.  You said that Timothy Martinez gave you
 8   Mr. Molina's shank?
 9        A.   Exactly.
10        Q.   And he had gotten it from Mr. Molina
11   earlier; correct?
12        A.   From what I understand, yes.  That's the
13   only place he could have got it from.
14        Q.   Well, he told you that's how he got it,
15   didn't he?
16        A.   Yes.
17        Q.   Told you that Mr. Molina had given it to
18   him?
19        A.   He didn't tell me who gave it to him or
20   nothing.  I just assumed that he went to his room
21   and took it.  I didn't ask him where he got it from
22   and how he got it.  I just got the bag and took off.
23        Q.   And you took the shank into your room --
24        A.   Right.
25        Q.   -- and bent it into half?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    Tell me what you did with it.

 3        A.    I put it in my sock.

 4        Q.    Put it in your sock.

 5        A.    Right.

 6        Q.    At some point you tried to wrap

 7   Mr. Molina's shank with Saran Wrap; right?

 8        A.    At some point in time, yes.

 9        Q.    Tell me about that.  Didn't you try to

10   bend it?

11        A.    I told you I bent it.

12        Q.    Okay.  That's what I'm trying to

13   understand.

14        A.    Okay.  This is what happened.  After the

15   Molina murder went down, I remembered I had a

16   syringe in my sock.  So when I went down to get it,

17   I seen that I had blood on my greens.  I took off my

18   greens.  And when I was going to go wash them, I

19   snapped that I had Javier Molina's weapon.  I pulled

20   it out of my sock.  I cut the handle off.  I bent

21   it, I attempted  to wrap it up -- this is after the

22   Molina -- this is after they see the drop of blood

23   outside my house.  This is, if you see the video

24   when I go to my room, when all the COs come in, this

25   is when they're at my door taking pictures, and I've
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   got the towel up.

 2        Q.   What kind of shank was it that Mr. Molina

 3   had?

 4        A.   It was about a five-and-a-half, six-inch

 5   screw to -- you know the screw that goes in

 6   crutches?

 7        Q.   Yes, sir.

 8        A.   It's one of those screws.

 9        Q.   And you were able to bend that screw?

10        A.   Yes, sir.

11        Q.   Wrap it in Saran Wrap?

12        A.   I didn't wrap it in Saran Wrap.  That's

13   the Saran Wrap right there.

14        Q.   I understand.  So what did you do with the

15   shank after you bent it?

16        A.   I keistered it.

17        Q.   Did you put it in anything before you

18   keistered it?

19        A.   No.

20        Q.   And "keistering" means you put it in your

21   rectum; right?

22        A.   Right.

23        Q.   So you took it, put it in your rectum to

24   hide it; correct?

25        A.   I did.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2825

```
1        Q.   And then you said you took it with you to
2   PNM, to Santa Fe; right?
3        A.   Yes, sir.
4        Q.   So was that, like, a souvenir?
5        A.   No.  It's hard to get weapons in Santa Fe.
6   When you're coming back out, you're coming out
7   without a weapon.  So when you come back out you
8   have to -- it's mandatory you have weapons,
9   something I don't have to go looking for later.
10       Q.   Did that screw come from the wheelchair
11  program?
12       A.   No, it came from crutches, like I told you
13  before.
14       Q.   From crutches.
15       A.   Yes.
16       Q.   Got it.  So that shank stayed in your
17  rectum all the way from Southern New Mexico
18  Correctional Facility up to Santa Fe?
19       A.   No.
20       Q.   How long did it stay in there?
21       A.   Well, they housed us in 2-A.  I took it
22  out, washed up.  The morning before they came for
23  us, I put it away and took it with me on transport.
24       Q.   Where did you put it away?
25       A.   The same place, my rectum.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.

 2        A.    And then I took it on transport and went

 3   to Santa Fe.  And I got up and took it out there.

 4        Q.    How many people did you use that shank on?

 5        A.    I threw it away.

 6        Q.    It's gone?

 7        A.    Yes, it's gone.

 8        Q.    Where did you throw it?

 9        A.    In the toilet.  I flushed it in cell 3, in

10   R pod, in 3-A.

11        Q.    So before you decided on October 24 to

12   cooperate with the Government, you knew about the

13   evidence we've talked about; right?  I'm not talking

14   about the shank that you keistered, but some of

15   these photographs; correct?

16        A.    Yes.

17        Q.    Then you knew about the video; right?

18        A.    I did.

19        Q.    You knew that the Government had

20   identified Jerry Armenta and Jerry Montoya as the

21   people on the video who were stabbing Javier Molina?

22        A.    Yes.

23        Q.    You knew that the Government had

24   identified Timothy Martinez and had charged him --

25   at least the federal government had charged him with
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the murder of Javier Molina; correct?

2        A.    Yes.

3        Q.    And before you decided to work for the

4    Government, you knew that Jerry Montoya was going to

5    testify against you, didn't you?

6        A.    Yes.

7        Q.    And you knew that Jerry Armenta was going

8    to testify against you, didn't you?

9        A.    Yes.

10       Q.    You knew that Timothy Martinez was going

11   to testify against you, didn't you?

12       A.    Yes, sir.

13       Q.    You knew all that before you made the

14   decision to join these guys.

15       A.    Yes, sir.

16       Q.    I think, as you told Ms. Armijo on your

17   direct, in the Sosoya case you were charged with

18   other defendants; correct?

19       A.    In the Sosoya case?

20       Q.    You were charged with Robert Martinez?

21       A.    Yes, sir.

22       Q.    Were you charged with anybody else?

23       A.    No.

24       Q.    You knew that Robert Martinez was

25   cooperating against you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Yes, sir.

 2        Q.    You also knew, at least with respect to

 3   Mr. Sosoya, there was quite a number of witnesses to

 4   the attack on Mr. Sosoya; correct?

 5        A.    No, sir.

 6        Q.    Well, let's talk a little bit about that.

 7   I think you said that you agreed to help Robert

 8   Martinez to hit Alex Sosoya; right?

 9        A.    Yes, sir.

10        Q.    And one of the reasons you did that, I

11   think you said, was to show loyalty to the SNM;

12   correct?

13        A.    Yes, sir.

14        Q.    And Mr. Martinez, at the time, was,

15   according to you, on the tabla of the SNM; right?

16        A.    Who?

17        Q.    Robert Martinez was on the tabla?

18        A.    Yes.

19        Q.    And you wanted to be on the tabla, didn't

20   you?

21        A.    On the tablet?

22        Q.    The tabla.

23        A.    Oh, on the tabla.

24        Q.    Yes, sir.  I'm sorry.

25        A.    I was far away from being on the tabla at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that time.
 2         Q.   But you aspired to be on the tabla?
 3         A.   I aspired to be a good SNM soldier.
 4         Q.   Did you or did you not aspire to be on the
 5   tabla?
 6         A.   No, I did not.
 7         Q.   Never?
 8         A.   No.
 9         Q.   So you never said you wanted to be on the
10   tabla?
11         A.   No.  That's something you do not express.
12   Your brothers express that for you.
13              MR. VILLA:  May I approach, Your Honor?
14              THE COURT:  You may.
15   BY MR. VILLA:
16         Q.   Mr. Rodriguez, do you remember the October
17   24, 2017, report?
18         A.   Yes, sir.
19         Q.   Written by Agent Stemo?
20         A.   Yes, sir.
21         Q.   And I'm showing you on page 31650, Bates
22   page, page 2 of the report; right?
23         A.   Yes, sir.
24         Q.   There is a section about the Alex Sosoya,
25   Chulo, assault?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1       A.    Right.

 2       Q.    And it says down here, "Rodriguez aspired

 3  to be on the tabla in the future"?

 4       A.    That's incorrect.  I think that's a

 5  misunderstanding there.

 6       Q.    So you're saying that Agent Nancy Stemo of

 7  the FBI misunderstood you?

 8       A.    I think it was a misunderstanding.

 9       Q.    So when she wrote this down, she wrote

10  something down wrong?

11       A.    I think I remember when -- expressing it

12  was that they asked me, "Why did you help him?"

13             And I said, "It's because he was on the

14  tabla, and someday, if you're on it, you don't want

15  no one speaking against you."

16             So I think that maybe got that aspirations

17  confused with my words.

18       Q.    You never wanted to be a leader, a

19  llavero?

20       A.    No.

21       Q.    A llavero is somebody who is --

22       A.    Eventually, if you're putting in the

23  work --

24       Q.    Let me finish my question, sir, please.  A

25  llavero is somebody who is going to be running a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  pod, or a leader; right?

 2       A.   Right.

 3       Q.   Llavero is like a key-holder.

 4       A.   Right.

 5       Q.   It's your testimony you didn't want to be

 6  a leader like that?

 7       A.   Well, I'm too young for that.

 8       Q.   I mean ever.

 9       A.   Someday, yeah, that's what you put in the

10  work for.

11       Q.   So you did aspire to be a leader?

12       A.   That's why I was such a good carnal.  And

13  you want your brothers to someday trust in you that

14  you could lead them.

15       Q.   So part of helping out somebody on the

16  tabla is to one day show that you can be a leader,

17  too; right?

18       A.   It's to show that if you help someone out

19  on the tabla, you have someone's voice who is heard,

20  someone who, next time you get into political

21  battle, you're going to have someone who could speak

22  to those leaders and help you out.  So that's what

23  that was for.  At that time, that was my first

24  initial actual hit for the SNM.  So you can't aspire

25  to be something with one hit on your belt.
```

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                      201 Third NW, Suite 1630
Santa Fe, NM 87501                              Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   And I'm not saying you did the Alex Sosoya

2    hit because you wanted to be a leader --

3    A.   Right.

4    Q.   -- but I want to clarify for this jury

5    that you did want to be a leader at some point.

6    A.   Yeah.  If you put in the work, yeah, some

7    day.

8    Q.   So when Agent Stemo wrote that you aspired

9    to be a leader in the future, she wasn't wrong?

10   A.   Well, I didn't say that in that interview.

11   Q.   Okay.  So the whole hit -- the whole issue

12   on Alex Sosoya, between Mr. Sosoya and Robert

13   Martinez, had to do with not returning a game of

14   cards and some bad drugs, or something like that;

15   isn't that true?

16   A.   A game of cards?

17   Q.   Sorry.  A deck of cards.

18   A.   I never heard that.

19   Q.   Oh, I'm getting my wires crossed.  It was

20   over an unreturned cassette player.

21   A.   It was over a cassette player and some

22   drugs he didn't want to pay for.  And the hit was

23   initially called by Arturo Garcia later on.

24   Q.   So Sosoya and Martinez had a dispute about

25   a cassette player and some drugs.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   It wasn't an open -- it wasn't an open

2     argument.  It was that I lent him my cassette

3     player, he broke it, and he didn't want to pay me

4     back.  Sosoya is complaining.

5          And Robert Martinez is complaining that a

6     Burqueno, a rival gang, sold him a small amount of

7     drugs for a high price.  And Alex Sosoya took the

8     Burqueno side.  And it started people gossiping

9     about it with one another, and it turned into Carlos

10    Herrera going and telling Baby Rob and Arturo Garcia

11    that Alex Sosoya --

12          MS. BHALLA:  Objection, hearsay.

13          THE COURT:  Are you trying to elicit this?

14          MR. VILLA:  No, Your Honor, I'm not.  I

15    think the question --

16          THE COURT:  Why don't you ask another

17    question?

18          MR. VILLA:  -- the question has been

19    answered, Your Honor.

20    BY MR. VILLA:

21     Q.   So in any case, you agreed to help do the

22    hit of Mr. Sosoya?

23     A.   Yes, sir.

24     Q.   And I think you said that the plan was to

25    get Sosoya out to the yard and get him tired; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Tired, yes.

 2        Q.    Make him tired, play basketball, or do

 3   something to get him --

 4        A.    That's what Robert Martinez wanted.

 5        Q.    But you didn't wait for that, did you?

 6        A.    I thought it was kind of weak.

 7        Q.    So you went for it right away?

 8        A.    Yes.

 9        Q.    And you stabbed him in the neck?

10        A.    Right.

11        Q.    With a shank that you had made?

12        A.    Yes, sir.

13        Q.    And I think, in the course of the

14   struggle, at some point you get Mr. Rodriguez (sic)

15   onto the ground; right?  Mr. Sosoya onto the ground.

16   I apologize.

17        A.    Yes, sir.

18        Q.    Right?

19        A.    Yes, sir.

20        Q.    And I think you testified that the guards

21   start shooting rubber bullets and tear gas and other

22   things; right?

23        A.    Yes, sir.

24        Q.    So the guards are seeing this happen?

25        A.    Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's why they're shooting?

2    A.   Yes.

3    Q.   So they're witnessing what's going on?

4    A.   Yes, sir.

5    Q.   Right.  And after -- I think you said

6  early on in the assault, Mr. Martinez got hit in the

7  head with a tear gas canister; right?

8    A.   Not early on, but towards the end of it,

9  yes.

10    Q.   So he was out of it, and you were fighting

11  Sosoya one-on-one?

12    A.   It was, like, maybe the last couple

13  minutes of it.

14    Q.   So the last couple minutes of the fight,

15  it's just the two of you; right?

16    A.   Yes, sir.

17    Q.   And during that last couple minutes of the

18  fight, I believe you tried to gouge Mr. Sosoya's

19  eyes out?

20    A.   Yes, sir.

21    Q.   And you bit his ear off?

22    A.   Yes, sir.

23    Q.   Is biting some people's ears off something

24  you do a lot?

25    A.   It's happened before.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                  (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                            1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     Q.   How many times?

2     A.   Once before.

3     Q.   Would you consider that your signature

4 move?

5     A.   No.

6     Q.   Okay.  But others in the SNM might?

7     A.   It's something that happens.  It's

8 something they do.  If that's what they told you.

9     Q.   And that -- all that happens in yard, in

10 view of these COs who are shooting at you, trying to

11 get you to stop?

12     A.   Yes, sir.

13     Q.   And Robert Martinez, as you testified, was

14 going to testify against you?

15     A.   I believe so, yes.

16     Q.   Okay.  So we've got more than one witness

17 who was going to testify about what happened in that

18 fight; right?

19     A.   Yes, sir.

20     Q.   And it's right before that trial that I

21 think you started your cooperation?

22     A.   Yes, sir.

23     Q.   Now, isn't it true that before you started

24 that cooperation, you had made plans, didn't you, to

25 try to attack some of the defendants in this case?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Yes, sir.

2        Q.    You were going to try to attack them in

3   court; right?

4        A.    One individual, yes.

5        Q.    You were going to bring shanks to court

6   and try to attack that individual?

7        A.     I did bring them to court.

8        Q.    And as a matter of fact, you brought those

9   shanks when you came to talk to the FBI; right?

10       A.    I take shanks everywhere, when I was

11   active.

12       Q.    You took shanks to talk to the FBI, and

13   turned them over to the FBI, didn't you?

14       A.    Yeah.

15       Q.    I think you testified you took shanks

16   everywhere when you were active?

17       A.    When I was an active SNM member, I took

18   shanks everywhere.

19       Q.    And you took them by keistering; right?

20       A.    Yes, sir.

21       Q.    Putting them in your rectum?

22       A.    Yes, sir.

23       Q.    So you're saying you don't do that

24   anymore?

25       A.    Do not do that no more.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   You don't have any shanks in your rectum
 2  right now?
 3       A.   Want to take me to an X-ray machine?
 4       Q.   Not really.
 5       A.   Well, then --
 6       Q.   But you did have them the day you went to
 7  talk to the FBI and ultimately worked for the
 8  Government; right?
 9       A.   I just told you, yes.
10       Q.   And you took those shanks out of your
11  rectum and turned them over to the Government?
12       A.   I did.
13       Q.   And told them about your plan to kill one
14  of the defendants in this case?
15       A.   I was going to attempt to kill one of the
16  defendants, yes.
17       Q.   All right.  I'm going to show you some
18  photographs, Mr. Rodriguez.
19            MR. VILLA:  May I approach?
20            THE COURT:  You may.
21  BY MR. VILLA:
22       Q.   Mr. Rodriguez, I'm showing you what's
23  marked as Defendants' EV.  Have you seen this
24  before?
25       A.   Yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2839

```
 1        Q.   It's a photograph of the shank that you
 2   had keistered when you went to talk to the FBI?
 3        A.   Two shanks.
 4        Q.   Okay.  There's two shanks in this
 5   photograph.
 6        A.   Yes, sir.
 7        Q.   And does this look the same --
 8        A.   It's the same exact one.
 9             MR. VILLA:  Your Honor, move to admit EV.
10             THE COURT:  Any objection?
11             MS. ARMIJO:  No, Your Honor.
12             THE COURT:  Any other defendant have any
13   objection?  Defendants' EV will be admitted into
14   evidence.
15             (Defendants' Exhibit EV admitted.)
16             MR. VILLA:  May I publish?
17             THE COURT:  You may.
18   BY MR. VILLA:
19        Q.   Mr. Rodriguez, that's Defendants' EV that
20   I just showed you; is that right?
21        A.   The what?
22        Q.   This is Defendants' Exhibit EV that I just
23   showed you?
24        A.   Yes, sir.
25        Q.   And this object that I've just circled
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    right in the middle looks like it has a round top.

2    That's two shanks wrapped together; right?

3         A.   Yes, sir.  One with the handle and one

4    just bare.

5         Q.   In Saran Wrap?

6         A.   In Saran Wrap in a toothpaste sheath, so I

7    could pull it out.

8              MR. VILLA:  May I approach, Your Honor?

9              THE COURT:  You may.

10   BY MR. VILLA:

11        Q.   I'm going to show you Defendants' EW and

12   EX.  Are those pictures of the shanks now taken out

13   of the toothpaste?

14        A.   Those are them.  Just one out of the

15   toothpaste.  The other one was on top of the

16   toothpaste.  So when I pull it out, the other one

17   can stay in.

18        Q.   I understand.  These pictures look the

19   same or substantially the same?

20        A.   The same ones.

21             MR. VILLA:  Your Honor, I move to admit EW

22   and EX.

23             THE COURT:  Any objection?

24             MS. ARMIJO:  No, Your Honor.

25             THE COURT:  Any objection from the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2841

1  defendants?  Not hearing any, Defendants' Exhibits

2  EW and EX will be admitted into evidence.

3          (Defendants' Exhibits EW and EX admitted.)

4          MR. VILLA:  May I publish?

5          THE COURT:  You may.

6  BY MR. VILLA:

7      Q.   Mr. Rodriguez, I'm showing you what's been

8  admitted as EX; correct?

9      A.   Yes, sir.

10     Q.   Those are the two shanks that you had in

11  your rectum when you came to talk to the FBI?

12     A.   Those are them.

13     Q.   How did you make those shanks?

14     A.   I took a piece off the TV while I was in

15  Chaparral, New Mexico, in the Otero County Prison

16  Facility.  It was a piece that was on a flat screen,

17  that keeps the flat screen stable.  I took them off,

18  broke them down with a stool on my desk, and

19  proceeded to sharpen one of them and kept the other

20  one just as it was.

21     Q.   Did you ever get to use this shank on

22  anybody?

23     A.   No.

24     Q.   Either one of them?

25     A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2842

1      Q.   And just so we see what EW is, it's just

2   another picture of the same two shanks; correct?

3      A.   Yes, sir.

4      Q.   So your plan, at least before you decided

5   to cooperate for the Government right before your

6   Alex Sosoya trial was going to start, was to use

7   those shanks on one of the defendants in this case?

8      A.   The defendant in my Sosoya indictment, not

9   this case.

10      Q.   Okay.  But the defendants being SNM

11   members?

12      A.   Yes, sir.

13      Q.   And you at that time, the time you decided

14   to cooperate with the Government, you weren't

15   particularly happy with the SNM, were you?

16      A.   No, I was not.

17      Q.   You were upset?

18      A.   I was very upset with SNM.

19      Q.   One of the reasons you were upset, were

20   you not, was that because of your criminal history,

21   you might not ever be a leader for the SNM?

22      A.   No.

23      Q.   That wasn't one of the reasons?

24      A.   No.

25      Q.   That was never a problem?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      A.    It's never been a problem.

 2      Q.    No one has ever questioned you about that?

 3      A.    No.

 4      Q.    So if Mr. Urquizo testified that there

 5   were questions about your criminal history, that's

 6   wrong?

 7      A.    It's never come to my attention.  Maybe it

 8   was behind my back, but never to my attention.

 9      Q.    Let me show you, Mr. Rodriguez,

10   Government's 238.  Do you remember that?

11      A.    Pen pack?

12      Q.    Yes, sir.

13      A.    Yes, sir.

14      Q.    I'm flipping to -- do we have this on the

15   computer?  I'm flipping to 8782, but I'm going to

16   show it to you on the computer.

17            And let's go to 8782.  I think.  Mr.

18   Rodriguez, you've been convicted in Counts 3, 4, and

19   5 of criminal sexual penetration, have you not?

20      A.    Three and four.

21      Q.    So you're not convicted anymore of Count

22   5?

23      A.    No, sir.

24      Q.    So let's focus, then, on Counts 3 and 4.

25      A.    Yes, sir.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Criminal sexual penetration is New
2  Mexico's rape law; right?
3    A.   Yes, sir.
4    Q.   I think you testified that as part of the
5  SNM, they don't allow child molesters; right?
6    A.   Yes, sir.
7    Q.   And also rapists?
8    A.   Sex offenders, yes.
9    Q.   You're a sex offender, aren't you?
10   A.   No, sir.
11   Q.   You don't have to register as a sex
12  offender?
13   A.   Not that I'm aware of.
14   Q.   So you're testifying that when you get out
15  of prison, you don't have to register as a sex
16  offender?
17   A.   I don't know.  I don't see it as against a
18  woman or child, so I wouldn't see why not.  Why?
19   Q.   It's a pretty bright-line rule that if
20  you're a sex offender, you can't be in the SNM;
21  right?
22   A.   That's the thing.  You're misunderstanding
23  the SNM and these charges.
24   Q.   So I just want to -- first of all, I want
25  to clarify.  You don't know whether you're a sex

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    offender or not?

2        A.    I'm not.

3        Q.    You're saying you don't have to register

4    as a sex offender --

5        A.    No, sir.

6        Q.    -- when you get out of prison?

7        A.    No, sir.

8        Q.    Even though you've been convicted of

9    criminal sexual penetration in the third degree?

10       A.    That's correct.

11       Q.    And this crime occurred before you were

12   ever part of the SNM; correct?

13       A.    Yes, sir.

14       Q.    So that's something that, if members of

15   the SNM thought you were a sex offender, could be a

16   problem for you; right?

17       A.    Of course.

18       Q.    It could be a problem for you in prison

19   anyway?

20       A.    Yes.

21       Q.    Whether you're in SNM or not; right?

22       A.    Yes, sir.

23       Q.    And if you went and got convicted in the

24   Alex Sosoya case, or got convicted in the Javier

25   Molina trial, you might have to go to prison for the

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                          1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1  rest of your life?

 2       A.   Yes, sir.

 3       Q.   And walk around with these charges; right?

 4       A.   These were already out in the open.

 5  Everyone knew about these.

 6       Q.   Well, these aren't necessarily out in the

 7  open in federal prison; right?

 8       A.   People are getting raped in prison all the

 9  time.

10       Q.   But the question I have for you, Mr.

11  Rodriguez, is:  If you got convicted by the federal

12  government --

13       A.   Right.

14       Q.   -- if you'd gone the trial and got

15  convicted --

16       A.   Right.

17       Q.   -- you go to federal prison; right?

18       A.   Yes, sir.

19       Q.   And just like in state prison, being a sex

20  offender can be a problem?

21       A.   Yes, sir.

22       Q.   And that could be a problem for you?

23       A.   No, sir.

24       Q.   Somebody could come and ask you for your

25  paperwork?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2847

```
1        A.   And guess what?

2        Q.   Well, let me ask the questions.  Okay, Mr.

3   Rodriguez?

4        A.   Yes, sir.

5        Q.   But if you work for the Government, you

6   might get a little more control over how much time

7   you do; right?

8        A.   Right.

9        Q.   And where you do your time?

10       A.   Right.

11       Q.   If you get convicted in the Sosoya case or

12   Javier Molina trial, you don't get that control, do

13   you?

14       A.   No, sir.

15       Q.   So let's talk a little bit about this.

16   You got convicted in Count 2 -- I'm just circling

17   here -- of kidnapping; right?

18       A.   Yes, sir.

19       Q.   And it says in here that defendant --

20   that's you, right, where it says "defendant"?

21       A.   Yes, sir.

22       Q.   That's referring to you?

23       A.   It is.

24       Q.   "Did intentionally, unlawfully take,

25   restrain, or confine John Hardy"; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2848

```
 1        A.    Yes, sir.

 2        Q.    That's the victim in this case?

 3        A.    Victim in the case.

 4        Q.    Let me clear this out.  And it says you

 5   "restrained or confined John Hardy by force,

 6   intimidation, or deception, with the intent to hold

 7   John Hardy to service against his will, or to

 8   inflict physical injury."  Did I read that right?

 9        A.    No.

10        Q.    I didn't read that right?

11        A.    You skipped a sentence.

12        Q.    Okay.  Well, the part that I read out

13   loud, did I read that right?

14        A.    Read it again.

15        Q.    Okay.  So I'm going to read the part

16   starting right here, "with the intent to hold John

17   Hardy to service against his will, or to inflict

18   physical injury or a sexual offense on John Hardy."

19        A.    Yes, sir.

20        Q.    I read that part right?

21        A.    Yes, sir.

22        Q.    That's what you got convicted of?

23        A.    That's what I got convicted of.  I pled no

24   contest to it.

25        Q.    And it says, "To wit: John Hardy was held
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2849

1    in Jason Lucero's cell against his will, and

2    physical injury and sexual offenses were committed

3    upon John Hardy."

4        A.   Yes, sir.

5        Q.   Right?

6        A.   Correct.

7        Q.   By you?

8        A.   No.

9        Q.   Okay.  Well, we'll talk about that in just

10   a minute.

11           Let's look at Count 3.  That's criminal

12   sexual penetration in the third degree; correct?

13       A.   That's it.

14       Q.   And it says that the defendant -- that's

15   you; right?

16       A.   That's me.

17       Q.   "Did intentionally and unlawfully, by the

18   use of force or coercion or threats of force or

19   coercion, cause John Hardy to be penetrated to any

20   extent with a hot sauce bottle in his anal opening."

21   Right?

22       A.   That's correct.

23       Q.   Didn't say "aiding and abetting" in there,

24   did it?

25       A.   No, it does not.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   It says that the defendant, you, did that?

2    A.   Right.

3    Q.   With a hot sauce bottle?

4    A.   Right.  That's what it says.

5    Q.   And then I think Count 4 says you did the

6    same thing, this time with a lotion bottle; correct?

7    A.   That's correct.  That's what it says.

8    Q.   And in your direct testimony with Ms.

9    Armijo, I think you testified that you didn't

10   remember that?

11   A.   No, I don't remember that.

12   Q.   You don't remember that?

13   A.   I'm pretty sure it happened.  But I don't

14   remember it.

15   Q.   So you agree with me that Mr. Hardy did

16   have a lotion bottle put in his anal opening?

17   A.   Yes.

18   Q.   And that you were convicted of that?

19   A.   I was.

20   Q.   And you still stand convicted of that to

21   this day?

22   A.   Yes, sir.

23   Q.   But it's your testimony that you don't

24   exactly remember?

25   A.   Remember what?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Q. Him being penetrated with a lotion bottle?

2   A. That was a long time ago.  I don't really

3 recall everything.  I know it was a bad case, and a

4 lot of bad stuff happened to the guy.  But I don't

5 recall everything.

6   Q. Okay.  I understand you don't recall.  I

7 mean, that was, what, 2003?

8   A. That was a long time ago.

9   Q. That's a long time ago?

10   A. Right.

11   Q. But in 2013, you filed a habeas petition

12 for this case, didn't you?

13   A. I filed, I think, three habeases on this

14 case.

15   Q. Well, one of them you filed on, I believe,

16 May 2, 2013.

17   A. That's the most reason one, I think, yeah.

18   Q. That's most recent?

19   A. Right.

20   Q. The 2013 isn't quite as long ago, was it?

21   A. No.

22   Q. And you would agree with me that in that

23 habeas petition you admitted that you physically

24 assaulted John Hardy?

25   A. I did.  I admitted to pretty much all the



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   counts in that case that I contributed to.

2       Q.   You admitted that you made him snort Ajax?

3       A.   I did.

4       Q.   And drink urine?

5       A.   I did.

6       Q.   And that you "California" knocked him out?

7       A.   Yes, sir.

8       Q.   What's a California knockout?

9       A.   A choke-out.

10      Q.   So like what Mr. Martinez did to

11  Mr. Molina?

12      A.   No, it's through the front, like you

13  demonstrated earlier.

14      Q.   Like this?

15      A.   Yes, sir.

16      Q.   Okay.  So you did that to him; right?

17      A.   Yes, sir.

18      Q.   And in your habeas petition, didn't you

19  state that inmates told Mr. Hardy to put a lotion

20  bottle in his rectum, and then you claim that he did

21  of his own free will?

22      A.   I think that's Count 5.

23      Q.   Did you claim that Mr. Hardy did that or

24  not?

25      A.   Yeah.  According to Count 5, yes, not

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



1-800-669-9492
e-mail: info@litsupport.com

2853

```
 1   Count 4.
 2        Q.   Okay.  But my question to you is:  Did you
 3   claim that Mr. Hardy did that in your habeas
 4   petition?
 5        A.   Yes.
 6        Q.   So at least in 2013, you remembered
 7   something about a lotion bottle?
 8        A.   Right.
 9        Q.   But you're saying you don't remember it
10   now?
11        A.   Not Count 4.
12        Q.   And as it stands today, you weren't
13   successful on this habeas petition; you're still
14   convicted of this sex offense?
15        A.   Yes, sir.  I didn't file in the federal
16   courts.
17        Q.   But you don't think you're a sex offender?
18        A.   No, sir.
19        Q.   You don't think this is a problem for you
20   in the SNM?
21        A.   Oh, it's not a problem at all.
22        Q.   Now, you made a lot of claims with respect
23   to Mr. Molina trying to implicate Daniel Sanchez,
24   haven't you?
25        A.   Not claims, no.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1     Q.    Well, you made testimony here in court;
 2   right?
 3     A.    Yes, testimony.
 4     Q.    And you said that Mr. Sanchez was a friend
 5   of yours?
 6     A.    Was.
 7     Q.    Okay.  And that you were, at least at one
 8   point, loyal?
 9     A.    I was a very loyal person.
10     Q.    But the things you're saying today --
11   that's not being very loyal, is it?
12     A.    No.
13     Q.    I'm sorry?
14     A.    No, sir, not at all.
15     Q.    Hard to trust somebody that's not loyal;
16   right?
17     A.    Right.
18     Q.    You would agree with that?
19     A.    Yes, sir.
20     Q.    Now, let me take you back to your plea
21   agreement in this case.  And I believe that -- do we
22   have that?  And Mr. Rodriguez, I'm going to go over
23   your plea agreement with you in just a minute.  But
24   would you agree with me that the habeas petition in
25   your case against Mr. Hardy that you filed was for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2855

```
 1    ineffective assistance of counsel?
 2         A.   It was, yes.
 3         Q.   And you were saying that your attorney at
 4    the time didn't advise you of something called
 5    SORNA?
 6         A.   Right.
 7         Q.   And isn't SORNA the Sex Offender
 8    Registration and Notification Act?
 9         A.   Yes, sir.
10         Q.   It's the act that says that you have to
11    register as a sex offender?
12         A.   That's what the SORNA says, yeah.
13         Q.   Doesn't it say in your habeas petition
14    that you didn't know that you were going to have to
15    be -- to register?
16         A.   My argument was that it wasn't in my J&S.
17         Q.   And so you found out -- according to your
18    habeas petition, you found out from a CO that you
19    were going to have to register?
20         A.   Right.  That's what the allegation was.  I
21    didn't know it at the time, so I went ahead and
22    started reading it.  And I didn't feel that it was a
23    crime against anyone that requires that.  So I was
24    saying that I wanted to pull my plea, and fight it.
25         Q.   But you didn't get to pull your plea?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Didn't get to pull it, no.
 2        Q.    And you didn't win on the grounds that you
 3   don't have to register?
 4        A.    I didn't win on the ineffective assistance
 5   of counsel.
 6        Q.    But you raised ineffective assistance
 7   because you said he didn't tell you --
 8        A.    Right.
 9        Q.    -- that you have to register?
10        A.    Right.
11        Q.    Which means you do have to register?
12        A.    I guess.  According to state law, I guess,
13   yeah.
14        Q.    Register as a sex offender?
15        A.    Right.
16        Q.    So let me ask you about the state time
17   you're doing now.  How much time do you have left?
18        A.    I'm on in-house parole.
19        Q.    What does that mean?
20        A.    It means that I completed my prison
21   sentence, and now I'm on in-house parole.
22        Q.    How much time do you have on in-house
23   parole?
24        A.    Two years.
25        Q.    So you get released in two years?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.
 2        Q.    Well, for the charges that you're serving
 3   time for.
 4        A.    Right.
 5        Q.    So other than your plea agreement, which
 6   I'm going to talk to you about in a minute, for your
 7   state case, you just have the two years of parole
 8   left?
 9        A.    Oh, not counting the federal case.
10        Q.    Not counting the federal case.
11        A.    Right.
12        Q.    Because you haven't been sentenced on the
13   federal case; right?
14        A.    Yes.
15        Q.    You don't get sentenced until after you
16   testify; right?
17        A.    No, not after.  After everyone is done
18   getting sentenced.
19        Q.    Okay.  So at some point in time, you're
20   going to get sentenced, but not yet?
21        A.    Yes, sir.
22        Q.    And you will be released from state
23   custody in about two years?
24        A.    About maybe a year and a half.
25        Q.    A year and a half and you're done?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2858

```
 1        A.    I'm done.

 2        Q.    You don't have any other cases besides the

 3   federal case?

 4        A.    I'm done.

 5        Q.    So setting the federal case aside, you can

 6   be out in the community?

 7        A.    Right.

 8        Q.    Now, let me ask you about that plea

 9   agreement, if we can pull that up.  This is

10   Government's Exhibit 682, the plea agreement that

11   you entered in Mr. Sosoya's case, and the Javier

12   Molina case; correct?

13        A.    Correct.

14        Q.    And that's why there's two case numbers up

15   there for both cases?

16        A.    Yes, sir.

17        Q.    So the plea agreement took care of all of

18   the cases that you were fighting against the federal

19   government; right?

20        A.    Yes, sir.

21        Q.    And so other than the year and a half you

22   owe on parole, and whatever happens in this case,

23   that's all you've got on your plate; right?

24        A.    That's it.

25        Q.    And I think you testified on direct that
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE
BEAN & ASSOCIATES, Inc.
e-mail: info@litsupport.com

1    you're hoping for a reduced sentence; right?

2        A.   Yes, sir.

3        Q.   As a matter of fact, let me talk to you

4    about that.  I think you said on direct that you

5    were just so happy to be out of the gang life that,

6    to be honest, it really just didn't matter.

7        A.   Right.

8        Q.   Okay.  So let's talk about that.  You pled

9    guilty to the murder of Javier Molina?

10       A.   Right.

11       Q.   Which is a life sentence?

12       A.   Right.

13       Q.   And it's mandatory life; you don't get out

14   except in a box?

15       A.   Right.

16       Q.   Unless you get a reduced sentence?

17       A.   That's correct.

18       Q.   And a reduced sentence would come from the

19   judge?

20       A.   Correct.

21       Q.   After the Government files a 5K motion?

22       A.   Right.

23       Q.   And if the Government doesn't file that 5K

24   motion, you can't get a reduced sentence?

25       A.   Exactly.



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                               FAX (505) 843-9492
                                                                     1-800-669-9492
                                                              e-mail: info@litsupport.com

2860

1    Q.   And to get that 5K, you've got to testify;
2    right?

3    A.   I don't know.

4    Q.   Well, you've got to help the Government,
5    don't you?  You've got provide substantial
6    assistance?

7    A.   I don't know the requirements of it.  You
8    probably know more than I do.

9    Q.   Let me ask this:  You're sitting up here
10   telling this jury that you don't know what it's
11   going to take to get you a reduced sentence?

12   A.   Well, I've got to cooperate with the
13   Government.

14   Q.   Okay.  So you know you've got to do that;
15   right?

16   A.   Right.

17   Q.   Let's look at the next page, please.  And
18   one more over.  So let's talk about the sentencing.
19   This is the sentencing in 4269, the Sosoya case;
20   right?

21   A.   Yes.

22   Q.   So in the Sosoya case you pled guilty to
23   imprisonment for a period of not more than 20 years;
24   right?

25   A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        Q.   So that means somewhere between zero and
2   20 years?
3        A.   That's correct.
4        Q.   And you also plead guilty to a period
5   of -- the other count in the Sosoya case for a
6   period of not more than 10 years; right?
7        A.   That's correct.
8        Q.   So somewhere between zero and 10 years;
9   right?
10       A.   Yes, sir.
11       Q.   And if you had gone to trial in the Sosoya
12  case and got convicted of these counts, you'd be
13  facing some period of time, potentially up to 30
14  years?
15       A.   Right.
16       Q.   But the Government has agreed to a
17  concurrent sentence, haven't they?
18       A.   Right.
19       Q.   Which means instead of 20 and 10, 30
20  years, it could be 20 and 10, could all be done at
21  the same time?
22       A.   That's what concurrent is.
23       Q.   So let's look at the next page.  So now
24  we're talking about this case, the Javier Molina
25  murder; right?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2862

```
 1        A.    Correct.

 2        Q.    And the term of imprisonment is for life?

 3        A.    Yes, sir.

 4        Q.    Unless, again, the Government files the 5K

 5   motion?

 6        A.    Correct.

 7        Q.    And in that 5K motion, they can make a

 8   recommendation to the Court about what they think

 9   you ought to be sentenced to?

10        A.    Okay.

11        Q.    Right?  I mean, you know that, don't you?

12        A.    Right.

13        Q.    And they're going to make that

14   recommendation, not now, but later, after the trial?

15        A.    Right.

16        Q.    After the outcome of this case?

17        A.    Right.

18        Q.    True?

19        A.    Right.

20        Q.    And they agreed, as you talked about, that

21   that sentence could be concurrent to the Alex Sosoya

22   sentence; right?

23        A.    Yes.

24        Q.    So if you'd gone to trial on October 24,

25   or around that time, instead of going to work for
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the Government, you were facing potentially 30 years

2   for Sosoya; right?

3       A.   Potentially, yes.

4       Q.   And potentially life for Molina?

5       A.   Right.

6       Q.   And those weren't going to be concurrent;

7   those were going to be consecutive?

8       A.   Consecutive.

9       Q.   Right?

10      A.   Right.

11      Q.   And that also could have been consecutive

12  to the state time that you're doing right now.

13      A.   Right.

14      Q.   Because, I mean, if you're in --

15      A.   My one year, what, 18 months of parole.

16      Q.   So it would be concurrent to that,

17  because, otherwise, if you're in state prison and

18  you commit a new crime, the default is, it should

19  really be consecutive; it should be after that;

20  right?

21      A.   Right.

22      Q.   But the Government has agreed to make it

23  concurrent.

24      A.   Yes, sir.

25      Q.   So you've got your state time, right,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Sosoya and Molina all running together?

 2        A.   Yes, sir.

 3        Q.   And the sentence is going to be up to the

 4    judge, but the determination that he's going to make

 5    is going to be based, at least in part, on what the

 6    Government says?

 7        A.   Yes, sir.

 8        Q.   You know that?

 9        A.   I'm aware of that now.

10        Q.   Okay.  And you were aware of that at the

11    time you entered this plea agreement on November

12    1st, 2017?

13        A.   Yes, sir.

14        Q.   When you decided at that point to save

15    yourself; right?

16        A.   I guess you can call it that.

17        Q.   Well, I did call it that.  Would you call

18    it that?

19        A.   I call it changing my life.

20        Q.   Okay.  So if, for instance, the Government

21    made a recommendation to you that you were going to

22    do two more years -- or excuse me, made a

23    recommendation to the Court that you would do two

24    years for Sosoya and for Molina, if they made that

25    recommendation, then you might only have to do a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    little bit more time than what you're doing in the

2    state; right?

3         A.   Right.

4         Q.   I think you said you have a year and eight

5    months?

6         A.   18 months of in-house parole.

7         Q.   18 months total?

8         A.   Right.

9         Q.   So if they recommended two years, you'd

10   only do six more months?

11        A.   I guess.

12        Q.   I don't want you to guess.  You understand

13   that that could happen; right?

14        A.   You're saying I would only serve six more

15   months on my parole?  That doesn't make sense.

16        Q.   So I'm trying to understand these

17   concurrent sentences.  Your sentence for the state

18   has 18 months left; right?

19        A.   Yes.

20        Q.   And if you got sentenced in this case and

21   the Sosoya case of 18 months, that would all be

22   concurrent to your state sentence?

23        A.   Right.

24        Q.   So you wouldn't do another day in prison

25   for both Sosoya and Molina?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I guess that's possible, huh?

 2        Q.   It is possible.  And that's what you're

 3   hoping for, isn't it?

 4        A.   Two years?

 5        Q.   You'd like to get out in two years, and be

 6   out in the community, wouldn't you?

 7        A.   Now that you brought it to my attention,

 8   yeah.

 9        Q.   That would be good?

10        A.   Yeah.

11        Q.   You're trying to tell this jury that this

12   just came to your attention just now?

13        A.   Two years for the amount of time I'm

14   doing, the sentences?  I don't know about the

15   federal system, but if they're giving me two years,

16   I'll be mighty thankful.

17        Q.   You knew that it was a possibility to get

18   a substantially reduced sentence in exchange for

19   testifying, didn't you?

20        A.   I was thinking more about 15 years.

21        Q.   But you knew you could get a reduction in

22   your sentence; right?

23        A.   Yes.  Not up to two years, but --

24        Q.   You just said now you were thinking about

25   15 years?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2867

```
 1        A.   Right.

 2        Q.   But you said you're 33 years old.

 3        A.   Yes, sir.

 4        Q.   So in 15 years, you'd be how old?

 5        A.   How old will I be?

 6        Q.   So I don't know.  Let me do the math.  I

 7   guess that's about 48.  So if you got that kind of a

 8   reduction, you could be out in the community in

 9   about 15 years, before you get any good-time credit;

10   right?

11        A.   Right.

12        Q.   And you knew that was a possibility when

13   you decided to cooperate?

14        A.   I was hoping for it, yes.

15        Q.   You knew that because, as Ms. Armijo

16   pointed out, your attorney spoke to you about some

17   of these things; right?

18        A.   Not two years, but yeah.

19        Q.   They spoke to you about a sentencing

20   reduction?

21        A.   Right.

22        Q.   And gave you advice about that?

23        A.   Yes, sir.

24        Q.   Now, one of the things I think you

25   testified that happened, Mr. Rodriguez, was that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    after the Javier Molina assault, you were taken to
 2    PNM; correct?
 3         A.   Taken where?
 4         Q.   To PNM.
 5         A.   Yes.
 6         Q.   And put in Level 6?
 7         A.   I was.
 8         Q.   And you would describe Level 6 as solitary
 9    confinement, wouldn't you?
10         A.   Yes, sir.
11         Q.   You were there for a long period of time,
12    weren't you?
13         A.   Yes, sir.
14         Q.   And you don't like being in solitary
15    confinement, do you?
16         A.   You get used to it.
17         Q.   But you don't like it, do you?
18         A.   You get your own TV.  No, I enjoy it.
19         Q.   So you're okay with being in solitary
20    confinement?
21         A.   So after your first three years, you get
22    used to it and you become adapted to it.
23         Q.   You wouldn't have any problem being in
24    solitary confinement for the next 15 years?
25         A.   Why would I be in solitary for the next 15
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    years?

2         Q.   Well, let me ask you, are you okay enough

3    with solitary confinement that you could do the next

4    15 years in solitary confinement?

5         A.   For what reason, though?  There has to be

6    a reason.  You have to go to solitary confinement

7    for a reason.  If you go to solitary confinement for

8    no reason for 15 years, hell, no.  I got a problem

9    with it.

10        Q.   So you knew that the Department of

11   Corrections put all of the SNM members in solitary

12   confinement after Javier Molina; right?

13        A.   Right.

14        Q.   And you were worried, weren't you, that if

15   you got convicted in this case, you might have to

16   spend a good period of time in solitary confinement?

17        A.   No.

18        Q.   Well, you at least would agree with me

19   that you think that, from your cooperation, you're

20   going to get better conditions of confinement in

21   federal prison?

22        A.   I don't know.

23        Q.   Well, you expect it, don't you?

24        A.   I haven't been in federal prison.

25        Q.   You're hoping to get better federal time,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  aren't you?

2       A.   Education and -- yeah.

3       Q.   Let me get back to that in just a second.

4  When you were a member of the SNM, did you ever try

5  to recruit other people into the SNM?

6       A.   No, I did not.

7       Q.   Never did that?

8       A.   Never recruited anyone to SNM.

9       Q.   And I think you talked about how you were

10 recruited to the SNM, I think it was, by Arturo

11 Garcia?

12      A.   Arturo Garcia, James Yoakum, San Juan

13 Silva, and Juan Mendez.

14      Q.   And they asked you to your face if you

15 wanted to be a member?

16      A.   Arturo Garcia did, in 2005.

17      Q.   So asking you face-to-face, that's better

18 than asking you by sending you a note or something

19 like that; right?

20      A.   Yes.  There is no -- you don't do that.

21      Q.   Okay.  But once you started working for

22 the Government, you did try to recruit for them,

23 didn't you?

24      A.    I reached out to someone I consider my

25 friend, two of them.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    Q.    You tried to get people to cooperate in

2    this case, didn't you?

3    A.    Two people that I think are good people.

4    Q.    So the answer to my question is yes?

5    A.    Yes, sir, I did.

6    Q.    And I think you testified earlier that

7    you'd only had three meetings with the Government in

8    this case?

9    A.    As I recall, yes.

10   Q.    But you had a meeting, didn't you, on

11   November 16, 2017, with Special Agent Bryan Acee,

12   Mark Myers, Nancy Stemo, Sergio Sapien, and a person

13   named Ron Sanchez?

14   A.    Yeah.  I forgot about that.  Yes, sir, I

15   did.

16   Q.    You forgot?

17   A.    That was recorded.

18   Q.    That meeting was November 16, 2017?

19   A.    I don't remember the date of it.

20   Q.    Do you agree with me it was in November?

21   A.    Yes.

22   Q.    And, I'm sorry, I said 2016; it was

23   actually 2017.

24   A.    It was right before Daniel's birthday,

25   yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Just a couple months ago?

2      A.   Yes, sir.

3      Q.   But you forgot about that?

4      A.   Yes, I did.

5      Q.   And at that meeting you were trying to

6   recruit Ron Sanchez, weren't you?

7      A.   Ron Sanchez asked me to speak to his

8   brother for him.

9      Q.   Well, were you or were you not trying to

10  recruit Ron Sanchez?

11     A.   No.   I did a favor for Ron Sanchez.

12     Q.   Did you tell Ron Sanchez that you expected

13  to get contact visits when you go to Tucson or

14  Florida?

15     A.   Hell, yeah.   If I'm going to go to prison.

16  I haven't had contact visits in over a decade.   If I

17  have clear conduct and those are the privileges that

18  I'm able to have, yes, sir.

19     Q.   So you're expecting to go to Tucson or

20  Florida federal prison; right?

21     A.   Those are the prisons I think -- I don't

22  know what they are.   But I think they said that --

23  something about Tucson or Florida.

24     Q.   Prisons where you could go and have better

25  conditions of confinement than solitary confinement;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  right?

2       A.   I wouldn't go in solitary confinement if I

3  went into the federal system anyways.

4       Q.   Well, you don't know that, do you?

5       A.   I do know that.

6       Q.   So if you had gone and got convicted of

7  Sosoya and convicted of Molina at trial, you know

8  for a fact that you wouldn't be in solitary

9  confinement?  That's what you're saying?

10      A.   I know for a fact I wouldn't.

11      Q.   But you certainly know that after you've

12 been cooperating with the Government, that you can

13 go to places like Tucson or Florida?

14      A.   Yes, sir.

15      Q.   And those are better places to do your

16 time?

17      A.   In the federal system, I hear, everyone

18 wants to do their time.  Those are nongang lines.

19      Q.   You said you'd never been in the federal

20 system.

21      A.   No, but I --

22      Q.   So you've heard.

23      A.   I've heard -- I lived around the

24 federal --

25      Q.   But you don't know; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I know inmates --
 2             THE COURT:  Probably what needs to happen
 3    is:  When Mr. Villa starts talking, you should stop.
 4             THE WITNESS:  Okay.
 5    BY MR. VILLA:
 6        Q.   Okay.  So Mr. Rodriguez, you've never
 7    served federal time?
 8        A.   No, sir.
 9        Q.   So you don't actually know what it's like?
10        A.   Yeah, I know what it's like.
11        Q.   But you personally -- you don't know what
12    it's like.
13        A.   No.
14        Q.   You were told, when you cooperated with
15    the Government, a little bit about what it would be
16    like, didn't you?
17        A.   About those prisons, yes.
18        Q.   And in those prisons you get contact
19    visits?
20        A.   As well as every other prison in the
21    federal system.
22        Q.   Well, and a contact visit is when you get
23    to be around your family; right?
24        A.   That's what all contact visits are.  They
25    have contact visits in the federal system.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2875

 1    Q.    I'm asking you what a contact visit is.

 2  Let's talk about that.  Okay?  A contact visit is

 3  where you get to be in a room with your family.

 4    A.    Yes.

 5    Q.    Right?  Not behind a glass.

 6    A.    Yes.

 7    Q.    And when you're in Level 6, solitary

 8  confinement in the state of New Mexico, you don't

 9  get those contact visits, do you?

10    A.    State prison.

11    Q.    You don't get contact visits?

12    A.    Not in state prison.

13    Q.    So the answer is no?

14    A.    No.

15    Q.    And if you're in federal prison, having

16  cooperated, you don't have to -- as you told Ron

17  Sanchez -- worry about getting thrown in the hole;

18  right?

19    A.    Because you don't have to get in trouble.

20  Do you want me to elaborate on it?

21    Q.    No.  Just answer my questions.  Okay?  The

22  hole is something you referred to as solitary

23  confinement; right?

24    A.    Right.

25    Q.    Now, let me take you back to when you were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  recruited by Mr. Garcia.

2       A.   Okay.

3       Q.   You testified on direct examination that

4  he asked you to lay low, stay out of trouble, so you

5  could go back to a lower level of security; right?

6       A.   Yes, sir.

7       Q.   So that you could do some work in the

8  Level 3s in the other systems; correct?

9       A.   Yes, sir.

10      Q.   And that was what you were trying to do?

11      A.   That's what I was trying to do.

12      Q.   But you didn't.

13      A.   I wasn't able to do it, no.

14      Q.   You decided instead to smuggle in drugs

15  and sell drugs?

16      A.   Oh, that was nonstop.  That happened all

17  the time.  That's how I got in trouble, though.

18      Q.   Mr. Garcia told you to stay out of

19  trouble, didn't he?

20      A.   That's not trouble.

21      Q.   Did Mr. Garcia tell you to stay out of

22  trouble?

23      A.   Yes, sir.

24      Q.   And you didn't stay out of trouble.

25      A.   That's not trouble.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                            1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   The answer to my question is:  Yes, you

2  didn't stay out of trouble?

3      A.   No, it's not yes.  It's no.

4      Q.   Okay.  So let's talk about what happened.

5  You were selling drugs, and I think you said you

6  were bringing them in with an LC member?

7      A.   Through me and another SNM member, and two

8  LC members.

9      Q.   Two LC members.  That's Los Carnales?

10      A.   Right.

11      Q.   So those are the guys that you're supposed

12  to stab on sight; right?

13      A.   Right.

14      Q.   And you were working with them to bring in

15  drugs?

16      A.   Exactly.

17      Q.   And somebody named Mr. Esparza didn't pay

18  you $900; right?

19      A.   Yes, sir.

20      Q.   And I think you testified on direct that

21  you took it upon yourself to assault him; right?

22      A.   Yes, sir.

23      Q.   For the SNM?

24      A.   Yes, sir.

25      Q.   Because you didn't want to look like you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2878

```
 1   had been disrespected?

 2        A.   Right.

 3        Q.   So it wasn't just -- your testimony to the

 4   jury is that that attack on Mr. Esparza wasn't a

 5   personal issue.

 6        A.   It was a personal issue.

 7        Q.   But you did it for the SNM.

 8        A.   I did it because I was an SNM member.

 9        Q.   So it's either personal or it's related to

10   SNM.  Which one is it?

11        A.   I guess it's related to SNM, then; me

12   being an SNM member at the time.

13        Q.   You were an SNM member at the time?

14        A.   Yes, sir.

15        Q.   So if you said that it was just a personal

16   issue, that wouldn't be right?

17        A.   No, it wouldn't.

18        Q.   Would you agree with me that when you did

19   your interview on October 24, with Agent Stemo, that

20   many SNM members -- you told her that many SNM

21   members believed that the stabbing was an incident

22   where you had earned your bones for the SNM?

23        A.   Yeah, a lot of SNMers took that as me

24   earning my bones, because two of the tabla members

25   claimed that they told me to do it.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      Q.   But in fact, you did it for personal

2  reasons, not for the SNM?

3      A.   Yes.  At that time, I didn't disclose I

4  was an SNM member.  So I was saying that to say it

5  was a personal issue.  I had --

6      Q.   You told Agent Stemo that it was not for

7  the SNM; right?

8      A.   Right.

9      Q.   It was for yourself?

10     A.   Right.

11     Q.   You did that for yourself?

12     A.   I did.

13     Q.   Just like the cooperation that you're

14  doing, you're doing that for yourself; right?

15     A.   I didn't do it for any of the guys that

16  are defendants.

17     Q.   You're certainly not doing it for the SNM;

18  right?

19     A.   No.  That seems to be the rumor, though.

20     Q.   You did know at the time that you

21  cooperated that some of your good friends had also

22  cooperated; right?

23     A.   Maybe two or three of my good friends,

24  yes.

25     Q.   They had joined the Government?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2880

```
 1        A.    Right.

 2        Q.    David Calbert?

 3        A.    He wasn't one of my good friends.

 4        Q.    Well, you knew him from Silver City;

 5   right?

 6        A.    No.

 7        Q.    You didn't know him from Silver City?

 8        A.    David Calbert is from Silver City?

 9        Q.    Well, yes or no, did you know him from

10   Silver City?

11        A.    No, he's not from Silver City.

12        Q.    Timothy Martinez is from Silver City?

13        A.    Yes, sir.

14        Q.    He's a good friend?

15        A.    He's a good friend, yes.

16        Q.    And you knew that he had cooperated with

17   the Government?

18        A.    Yeah.  He consulted with me before he

19   left, yes.

20        Q.    He consulted with you about cooperating?

21        A.    He told me he wanted to leave, yes.

22        Q.    And now you're cooperating with the

23   Government, along with your good friend?

24        A.    He cooperated maybe a year ago.  But,

25   yeah, we're cooperating together.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. VILLA:  May I have just a moment, Your
 2    Honor?
 3              THE COURT:  You may.
 4    BY MR. VILLA:
 5       Q.   Let me take you back to -- you were
 6    talking about after the -- the night after Javier
 7    Molina was killed, or I guess it was that night.
 8       A.   It was that night.  It was probably the
 9    morning, the next morning, a.m.
10       Q.   You were put in a cell over Mr. Perez;
11    right?
12       A.   Yes, sir.
13       Q.   Do you remember that testimony?
14       A.   I do.
15       Q.   And I think you testified that Mr. Perez
16    asked you -- well, let me back up.  You commented to
17    Mr. Perez that it was cold; right?
18       A.   Right.
19       Q.   And he responded that he had brought his
20    clothes and his radio, because it was not his first
21    rodeo?
22       A.   And his beanie, as well.
23       Q.   And he said the words "because it's not my
24    first rodeo"?
25       A.   Right.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   So you guys know, don't you, that when

2  somebody -- when something happens like this in the

3  pod, that everybody is going to get cleared out of

4  the pod?

5      A.   I don't know.

6      Q.   So when there is an -- in a pod, if

7  somebody gets assaulted or murdered, people are

8  going to get cleared out of the pod?

9      A.   I don't know the protocol for that.

10     Q.   You don't know about that?

11     A.   No, sir.

12     Q.   You don't know if Mr. Perez knew that?

13     A.   No, sir.

14     Q.   But Mr. Perez certainly knew that you came

15  into his room and took a piece from his walker?

16     A.   Oh, yes.

17     Q.   And he was scared; right?

18     A.   No.

19     Q.   Well, you told Agent Stemo that he was

20  scared.

21     A.   I think that was a misunderstanding.

22     Q.   I understand you're backtracking away from

23  that.  But he did make a statement that, "As long as

24  it's not me"; right?

25     A.   "I'm down for whatever, as long as it's

SANTA FE OFFICE                                        MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1  not me."
 2      Q.   When he said, "as long as it's not me," he
 3  meant as long as he wasn't getting killed?
 4      A.   Do you want me to assume?
 5      Q.   Well, I don't want you to assume.  I want
 6  you --
 7      A.   Can't tell you that.
 8      Q.   You don't know?
 9      A.   I don't know.
10      Q.   You don't know what he meant?
11      A.   No.
12      Q.   Okay.  But you knew that he knew that
13  you'd taken the piece?
14      A.   Yes.
15      Q.   And a few hours later, Mr. Molina was
16  killed?
17      A.   Yes.
18      Q.   Right?
19      A.   Yes, sir.
20      Q.   And everybody in the pod, it's safe to
21  say, knew that Mr. Molina had been killed?
22      A.   Yes, sir.
23      Q.   And at some point after that happened,
24  everybody gets cleared out of the pod?
25      A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2884

1      Q.   Okay.  So you don't know what Mr. Perez

2  meant when he said:  "This isn't my first rodeo"?

3      A.   Well, yeah.  If you're a criminal, and

4  you're talking to another criminal, you know what

5  you're talking about.

6      Q.   Okay.  But he didn't tell you what he

7  meant; right?

8      A.   I didn't need him to.

9      Q.   Well, the question I asked you, Mr.

10 Rodriguez, is:  He didn't tell you?

11     A.   I know he ain't no bull-rider for sure, so

12 I don't know.

13     Q.   Can you answer my question, Mr. Rodriguez?

14     A.   I don't know what he meant.

15     Q.   Is there some reason you don't want to

16 answer my question?

17     A.   Because it's not a really smart question.

18     Q.   Well, let me have you answer it, okay?

19     A.   Go ahead.

20     Q.   Yes or no, you did not -- Mr. Perez did

21 not tell you what he meant?

22     A.   No.

23     Q.   Okay.  He did say that he thought he

24 wasn't going to be able to keep his clothes; right?

25     A.   Say that again.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2885

```
 1        Q.   You guys had a discussion about him losing
 2   his clothes?
 3        A.   I told him they were going to take it from
 4   him.
 5        Q.   He got taken out of the cell, and came
 6   back in a white suit?
 7        A.   Right.
 8        Q.   Do you know that everybody in the pod got
 9   put into the white suit?
10        A.   I had.  I had taken -- they had tooken my
11   clothes from me --
12        Q.   Mr. Rodriguez, that doesn't really answer
13   my question.  Do you know if everybody in the blue
14   pod got put into a white suit?
15        A.   I do not know.
16        Q.   You don't know that?
17        A.   No.
18        Q.   Okay.  And you certainly know that Mr.
19   Perez still had his walker; right?
20        A.   Yes.
21        Q.   And it was in the state that it looked in
22   Government's 89.  Let look at Government's 89, if we
23   can.  Do you see Government's 89 there, Mr.
24   Rodriguez?
25        A.   I do.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So when you were talking to Mr. Perez
 2   through the cells that night, you said you saw him
 3   walk out with the walker; right?
 4        A.    Say that again.
 5        Q.    That same night, you knew that Mr. Perez
 6   had the walker, because you saw him walk out with
 7   the walker?
 8        A.    Right.
 9        Q.    It looked like this?
10        A.    It did.
11        Q.    Right?
12        A.    Without the red bar.
13        Q.    Because I just put the red mark in.
14        A.    Right.
15        Q.    But it had these cloths on there?
16        A.    Yes, sir.
17        Q.    And you would agree with me that, at least
18   10 hours or some hours before that, it had a metal
19   bar there; right?  A metal bar that you took away?
20        A.    I can't make that estimation, but
21   somewhere --
22        Q.    It was the same day; right?
23        A.    -- it was the morning.
24        Q.    We don't need to play games, do we?
25        A.    It was the morning.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   I thought you testified that you took it
 2   from Mr. Perez' walker --
 3        A.   Right.
 4        Q.   -- in the afternoon.
 5        A.   Yes.
 6        Q.   And sometime that night you're put into a
 7   cell where Mr. Perez is?
 8        A.   Right.
 9        Q.   And you realize he has a walker?
10        A.   Yes.
11        Q.   And it's in the state that it's in in
12   Government's 89?
13        A.   Yes.
14        Q.   And before you took the piece of metal
15   off, it wasn't in that state; right?
16        A.   Before I took the piece of metal off, it
17   didn't have the cloth on it?
18        Q.   That's right.
19        A.   That's correct.
20        Q.   So that might draw attention to Mr. Perez,
21   wouldn't it?
22        A.   Well, yeah.
23        Q.   Somebody might look at that and get
24   suspicious; right?
25        A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   So Mr. Perez was asking you if it was all

 2 good with those things; right?

 3      A.   Right.

 4      Q.   Because he was worried.

 5      A.   He was worried.

 6      Q.   Now, let me show you Government's 73.  Mr.

 7 Rodriguez, let me show you what's already been

 8 admitted as Government's Exhibit 73.  This is a rope

 9 that I'll represent to you was seized by the State

10 Police from --

11           THE COURT:  Mr. Villa, I'm wondering if we

12 ought to take up this topic in the morning.

13           MR. VILLA:  I think that's fine, Your

14 Honor.

15           THE COURT:  I appreciate everybody's hard

16 work.  I appreciate everybody taking breaks, getting

17 back on time, and being here in the morning.  And I

18 look forward to seeing you at 8:30 in the morning.

19 Have a good evening.  Appreciate it.  Be safe.

20           (The jury left the courtroom.)

21           THE COURT:  All right.  Appreciate

22 everybody's hard work.  Y'all have a good evening.

23 See you in the morning.

24           MS. JACKS:  Your Honor, I'm sorry, I

25 thought the Court was going to admonish the witness.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   I thought we discussed that at a recess.

 2            THE COURT:  All right.  When you're being

 3   held in the holding cells downstairs, don't talk to

 4   any of the other witnesses.

 5            THE WITNESS:  All right, Your Honor.

 6            THE COURT:  It's not that I don't want you

 7   to just talk about the case.  Just don't talk to

 8   them at all while you're testifying.

 9            THE WITNESS:  Okay.

10            THE COURT:  Have a good evening.

11            Is that sufficient?

12            MS. JACKS:  Thank you.

13            THE COURT:  All right.  Have a good

14   evening.

15            (Court stood in recess.)

16

17

18

19

20

21

22

23

24

25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4           C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 3rd day of February, 2019.

13

14      _____

15      Jennifer Bean, FAPR, RMR-RDR-CCR
        Certified Realtime Reporter
16      United States Court Reporter
        NM Certified Court Reporter #94
17      333 Lomas, Northwest
        Albuquerque, New Mexico 87102
18      Phone:        (505) 348-2283
        Fax: (505) 843-9492
19      License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com