2890

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW MEXICO

3   UNITED STATES OF AMERICA,

4                 Plaintiff,

5       vs.            NO:  CR-15-4268 JB

6   ANGEL DELEON, et al.,

7                 Defendants.

8                    VOLUME 9

9       Transcript of Jury Trial before The Honorable

10  James O. Browning, United States District Judge, Las

11  Cruces, Dona Ana County, New Mexico, commencing on

12  February 8, 2018.

13  For the Plaintiff:  Ms. Maria Armijo, Mr. Randy
    Castellano, Mr Matthew Beck

14

15  For the Trial 1 Defendants:  Ms. Amy Jacks,
    Mr. Richard Jewkes, Ms. Theresa Duncan, Mr. Marc
16  Lowry, Ms. Carey Bhalla, Mr. Bill Maynard, Mr. Ryan
    Villa, Ms. Justine Fox-Young.

17

18  Mr. Gary Mitchell, Mr. Santiago Hernandez

19          Jennifer Bean, FAPR, RDR, RMR, CCR
              United States Court Reporter
20           Certified Realtime Reporter
               333 Lomas, Northwest
21           Albuquerque, NM  87102
               Phone:   (505) 348-2283
22             Fax:   (505) 843-9492

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2891

I N D E X

1     EXAMINATION (CONTINUED) OF MARIO RODRIGUEZ

2     By Mr. Villa                                    2898

3     By Ms. Bhalla                                   2930

4     By Mr. Lowry                                    2949

5     By Ms. Jacks                                    3003

6      By Ms. Armijo                                  3139

7     By Mr. Villa                                    3210

8     By Ms. Bhalla                                   3213

9     By Mr. Lowry                                    3219

10    By Ms. Jacks                                    3221

11    By Ms. Armijo                                   3239

12    EXAMINATION OF MANUEL JACOB ARMIJO

13    By Mr. Castellano                               3245

14    By Ms. Duncan                                   3257

15    By Mr. Jewkes                                   3268

16    By Mr. Villa                                    3277

17    EXAMINATION OF JERRY RAY ARMENTA

18    By Mr. Castellano                               3281

19    REPORTER'S CERTIFICATE                          3297

20                      EXHIBITS ADMITTED

21    Defendants' EY  Admitted                        3052

22    Defendants' AK-1, AK-2, and AK-3  Admitted      2911

23    Defendants' AK-4 and AK-5  Admitted             2954

24    Defendants' V-25  Admitted                      2988



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   Government 508, 510, 512, 513, 515    Admitted    3252

2   Government 518, 523-525, 527    Admitted          3252

3   Government 755   Admitted                          3210
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1            THE COURT:  All right.  Well, let's go on
2   the record.  Good morning, everyone.  I appreciate
3   everybody being here and on time and ready to go.
4   Is there anything we need to discuss before we bring
5   the jury in?  Anything I can do for you, Mr. Beck,
6   Mr. Castellano, Ms. Armijo?
7            MR. VILLA:  Briefly, Your Honor.
8            MR. BECK:  Not from us, Your Honor.
9            MR. VILLA:  After Mr. Beck.
10           THE COURT:  I'm going to go ahead and have
11  them bring the witness up, unless there is something
12  particular to this witness.
13           MR. VILLA:  No, Your Honor.  But yesterday
14  we admitted Defendants' EV, EW and EX.  Those were
15  black-and-white photos of shanks recovered from Mr.
16  Rodriguez.  And we've replaced those with color
17  versions.
18           THE COURT:  Okay.  All right.  Any
19  objection to that?
20           MS. ARMIJO:  No, Your Honor.
21           THE COURT:  Any objection from the
22  defendants?  All right.  So same numbers, but we'll
23  just replace them with color.
24           Did y'all see -- did anybody see Mr.
25  Rodriguez' attorney out there?  Mr. Hernandez?  Is
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   that his attorney?  Santiago?
2            MR. VILLA:  Yes, Your Honor.  I haven't
3   seen him.
4            MR. LOWRY:  I'll look for him.
5            THE COURT:  He's wanting to talk to his
6   attorney before he comes into the room.  Can y'all
7   maybe help rustle him up?
8            MS. ARMIJO:  I haven't seen him.  He
9   hasn't responded yet.  I just now texted him.  He'll
10  be here around 8:30.
11           THE COURT:  We're having a little problem
12  with the monitors over there.  I understand it's not
13  unique to our courtroom, but the jurors' monitors.
14  So they sent me a note and they're doing the right
15  thing with it.  So I'm going to mark the note from
16  the jurors as G, and I'll talk to the jurors about
17  their monitors to make sure they know how to keep
18  them working during the trial.
19           Anything else from the Government that we
20  need to discuss?  Anything else I can do for you
21  this morning?
22           MR. BECK:  No, Your Honor.
23           THE COURT:  How about from the defendants?
24  Do you have anything else, Mr. Villa?
25           MR. VILLA:  I don't, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Okay.  Mr. Herrera, Mr. Baca.
 2              MR. LOWRY:  Your Honor, we were just
 3   reviewing the jury instructions last night, but I
 4   take it it's a work in progress.
 5              THE COURT:  Yeah, I took them home, too.
 6   I did work till 11:00, 11:30 last night.  So I
 7   probably will not get you another set today, but I'm
 8   going to try to sit up here and make some progress
 9   on it and have you a set in the morning.  So that's
10   kind of my goal on that.
11              Did you have any thoughts as you went
12   through them?
13              MR. LOWRY:  Just the absence of the
14   defenses, but I think it's something you're working
15   on.
16              THE COURT:  It is.
17              MR. LOWRY:  And just as evidence comes in.
18   And I detect from the email that you're still
19   working on the assault portion of the VICAR counts.
20              MR. CASTELLANO:  Your Honor, Mr. Hernandez
21   is here.
22              THE COURT:  All right.  Mr. Hernandez.  Do
23   you want to talk to your client?  He wants to talk
24   to you.
25              MR. HERNANDEZ:  Good morning, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Good morning.

 2              MR. HERNANDEZ:  Judge, I'll talk to him.

 3              THE COURT:  Is he ready to go?

 4              MR. HERNANDEZ:  Yes.

 5              THE COURT:  Is he okay?

 6              MR. HERNANDEZ:  Yes, Judge.

 7              THE COURT:  He's ready to go?

 8              MR. HERNANDEZ:  Yes, Your Honor.

 9              THE COURT:  All right, Mr. Rodriguez, did

10  you get a chance to talk to your attorney?  You're

11  okay?  Ready to go?

12              THE WITNESS:  Yes.

13              THE COURT:  Okay, all rise.

14              (The jury entered the courtroom.)

15              THE COURT:  All right.  Everyone be

16  seated.

17              Good morning, ladies and gentlemen.  Thank

18  you for being back on time and ready to go.  You've

19  been a wonderful bunch to work with on that.  Y'all

20  have been super about being here and ready to go,

21  and I appreciate the attorneys and the parties as

22  well being here.  Everybody has been good to get to

23  the courthouse and be here on time so we could be

24  ready to go.

25              I did have a question last night about the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   monitors, that they're only working part of the
2   time, and you're having to unplug the HDML card and
3   plug it back in to get it to respond.  We've talked
4   to IT, and this is a problem we're having throughout
5   the district.  It's not so much a problem with the
6   Court's equipment.  It's the vendor that I think is
7   the problem here, and so we're working with it
8   district-wide.  But if you do have a problem, you're
9   doing the right thing.  That's all we're doing, too,
10  is when we get that -- when we have that problem, we
11  just have to unplug it and then plug it back in to
12  get it to respond.  And I take it that it is
13  responding; right?  That was our test last night and
14  this morning.  So just keep it up.  We'll continue
15  to work with the vendor on that, but you're doing
16  the right thing, and so we'll just have to continue
17  to work with it.  But we'll be monitoring it as the
18  week goes on to make sure we eliminate any problem.
19          All right, Mr. Rodriguez, I remind you
20  that you're still under oath.
21          THE WITNESS:  Yes, sir.
22          THE COURT:  Mr. Villa, if you wish to
23  continue your cross-examination of Mr. Rodriguez,
24  you may do so at this time.
25          MR. VILLA:  Thank you, Your Honor.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2898

```
 1          THE COURT:  Mr. Villa.

 2               MARIO RODRIGUEZ,

 3      after having been previously duly sworn under

 4      oath, was questioned, and continued testifying

 5      as follows:

 6               CONTINUED CROSS-EXAMINATION

 7 BY MR. VILLA:

 8      Q.   Good morning, Mr. Rodriguez.

 9      A.   Good morning.

10      Q.   I think when we left off yesterday, I was

11 going to show you Government's Exhibit 73.  It's

12 already been admitted into evidence.  Mr. Rodriguez,

13 this is a rope that I'll represent to you Agent

14 Rhoades of the State Police testified was found in

15 Javier Molina's room.  Have you ever seen that rope

16 before?

17      A.   No, sir.

18      Q.   Let me show you the actual rope itself.

19           MR. VILLA:  May I approach?

20           THE COURT:  You may.

21 BY MR. VILLA:

22      Q.   Mr. Rodriguez, I'm showing you

23 Government's Exhibit 4 which has already been

24 admitted into evidence as the same rope as in the

25 picture.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2899

```
 1      A.    Okay.

 2      Q.    You have never seen that before?

 3      A.    I don't recall seeing that before.

 4      Q.    So Mr. Rodriguez, you didn't take that

 5   rope with you into Mr. Molina's room when you were

 6   going to help kill him?

 7      A.    No, sir.

 8      Q.    Now, you would agree with me when you did

 9   the -- tried to do the hit on Alex Sosoya, you did

10   take a rope with you that time; right?

11      A.    I did, sir.

12      Q.    You had it in your shoe?

13      A.    Yes, sir.

14      Q.    And during the fight with Mr. Sosoya, you

15   were trying to take that out to use it?

16      A.    Robert Martinez was trying to take it out

17   of my shoe.

18      Q.    So he could strangle him?

19      A.    So I can get his hands and tie them behind

20   his back, yes.

21      Q.    To tie Mr. Sosoya's hands --

22      A.    Right, yes.

23      Q.    -- behind his back so you could kill him?

24      A.    So we can continue to assault him, yes.

25      Q.    Let me ask you about the shank that was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   found in your shoe.
 2            MR. VILLA:  May I approach again, Your
 3   Honor?
 4            THE COURT:  You may.
 5   BY MR. VILLA:
 6        Q.   So Mr. Rodriguez, you remember
 7   Government's 746?
 8        A.   I do.
 9        Q.   That was your shoe?
10        A.   That was my shoe.
11        Q.   And inside the shoe is where the shank
12   was?
13        A.   Yes, sir.
14        Q.   And you remember Government's Exhibit
15   746-A?
16        A.   Which one is it?
17        Q.   I'll show you here on the monitor.
18        A.   That's the weapon that was in my shoe.
19        Q.   That's the weapon in your shoe; correct?
20        A.   Yes.
21        Q.   When you described that weapon -- let's
22   see if I can get it in the box -- would you describe
23   that as an icepick?
24        A.   Yes, sir.
25        Q.   What's an icepick?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2901

```
 1        A.   I think it comes from people who make ice,
 2   to stab into the ice.  That's just a description of
 3   a thin shank.
 4        Q.   It's not necessarily from an icepick?
 5        A.   No, sir.
 6        Q.   That's the way you describe it?
 7        A.   That's the way --
 8        Q.   Hang on, Mr. Rodriguez, just so it's
 9   easier for the court reporter, and so that you
10   understand my question.
11        A.   Okay.
12        Q.   That's the way you guys describe a thin
13   shank?
14        A.   Yes, sir.
15        Q.   Is that right?
16        A.   Yes, sir.
17        Q.   Now, this particular shank that was in
18   your shoe -- that's evidence related to the Molina
19   case, isn't it?
20        A.   It was evidence inside the Molina case,
21   yes.  Those were the shoes I was wearing the day of
22   the Molina case.
23        Q.   Did you use this shank on Mr. Molina?
24        A.   I never used that shank before.
25        Q.   Never used it on anybody?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, sir.

 2        Q.    Did you have it with you when you went to

 3   Mr. Molina's room?

 4        A.    In my shoe, yes.

 5        Q.    Just in the shoe?

 6        A.    Yes, sir.

 7        Q.    But you didn't take it out?

 8        A.    No, sir.

 9        Q.    We talked, Mr. Rodriguez, a little bit

10   about your drug use when you were in the blue pod

11   and you said you used Suboxone daily; correct?

12        A.    Yes, sir.

13        Q.    Didn't you also use meth?

14        A.    I used meth on occasion, yes.

15        Q.    Meth is methamphetamine; right?

16        A.    Yes, sir.

17        Q.    When was the last time you used

18   methamphetamine?

19        A.    I think that was the last time -- or the

20   first time I used methamphetamine in the last 16

21   years.

22        Q.    When was that?

23        A.    When I was in blue pod.

24        Q.    In blue pod.  And can you tell me the

25   month or the date?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I can't tell you the month or the date.

 2        Q.    Did you use it on the day of Mr. Molina's

 3   murder?

 4        A.    No, sir.

 5        Q.    But you were using it at that time?

 6        A.    About maybe two months prior to the Molina

 7   murder, yes.

 8        Q.    And you said on occasion.  What's "on

 9   occasion" to you?

10        A.    What did I say occasion to?

11        Q.    You would you used meth on occasion?

12        A.    On one occasion, yes.

13        Q.    Only one time?

14        A.    One time.  I used it -- I think it was

15   approximately four or five days straight.

16        Q.    While you were in blue pod?

17        A.    While I was in blue pod, yes.

18        Q.    Now, we talked a little bit about you not

19   being happy with the SNM; correct?

20        A.    That's correct.

21        Q.    And one of the things that you aren't

22   happy about was, you thought that a lot of the

23   people in SNM were overweight, out of shape; right?

24        A.    I think that's -- no, that's not true.

25        Q.    So you didn't think that was a problem
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   with the SNM?

 2        A.   If they are, I don't know what that would

 3   be a reason to be mad at the SNM for.

 4        Q.   Well, you thought a lot of folks were not

 5   keeping good care of themselves, not staying in

 6   shape, not being good soldiers?

 7        A.   No, that's not what I was upset with the

 8   SNM over.

 9        Q.   Well, you certainly were upset because

10   some of the people you looked up to had gone and

11   joined the Government; right?

12        A.   I think one person I looked up to joined

13   the Government, yes.

14        Q.   That being Gerald Archuleta?

15        A.   I did look up to Gerald Archuleta.  I

16   didn't have the relationship I did with him as I did

17   with Robert Martinez.

18        Q.   Okay.  So let's do this one at time.  You

19   looked up to Gerald Archuleta.  Yes?

20        A.   Not through a personal relationship, but

21   through his history of putting in work, yes.

22        Q.   Putting in work for the SNM?

23        A.   Yes.

24        Q.   Do you know that Gerald Archuleta is

25   working for the Government?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I didn't believe it at the time, but yes,
2  I know now.
3      Q.   You knew that before you went to work for
4  the Government.
5      A.   I still didn't want to believe it at that
6  time.
7      Q.   But you knew it?
8      A.   I was told it, yes.
9      Q.   And you saw it in discovery on your
10 tablet, didn't you?
11     A.   I did -- the last time the tablet was
12 updated, I did see it.
13     Q.   And you saw that before you went on
14 October 24 to talk to the Government and cooperate;
15 right?
16     A.   I did.
17     Q.   And I think you said you looked up to
18 Robert Martinez?
19     A.   I did.
20     Q.   Is that Robert Martinez who helped you
21 with the Alex Sosoya hit?
22     A.   Yes, sir.
23     Q.   And Mr. Martinez was cooperating against
24 you, wasn't he?
25     A.   Correct.

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                   1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          Q.    He was going to testify against you?

2          A.    That's correct.

3          Q.    You didn't like that?

4          A.    I always came from the idea that I

5    understood why they left.  I never held nothing

6    against them for it.

7          Q.    Well, let me ask you this:  You also

8    looked up to an individual, Juan Baca?

9          A.    I don't even know Juan Baca.

10         Q.    You don't know any Juan Baca?

11         A.    Do you know how old I am?

12         Q.    I'm asking you a question, Mr. Rodriguez,

13   whether you knew --

14         A.    I never heard of Juan Baca until I read

15   the tablet.

16         Q.    Let me finish my question before you do

17   your answer.  Okay?

18               So your answer is:  You never heard of

19   Juan Baca until you read the tablet?

20         A.    Then and other carnals started telling me

21   about him at that time.

22         Q.    You understood that Juan Baca was a leader

23   in the SNM?

24         A.    From what I understand is, he's the one

25   that created the SNM.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                    Albuquerque, NM 87102
(505) 989-4949                                                (505) 843-9494
FAX (505) 820-6349                                       FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2907

1      Q.   You understood that he also talked to the

2  Government?

3      A.   He didn't talk to the Government.  He did

4  a debrief.

5      Q.   A debrief?

6      A.   Yes.

7      Q.   To Government officials.

8      A.   I've never seen it.

9      Q.   But you heard about it?

10     A.   There's allegations, yes.

11     Q.   And remember when we talked yesterday

12  about the meeting that had slipped your mind, but it

13  occurred November 16, 2017, when you went to see Ron

14  Sanchez?

15     A.   Right.

16     Q.   And you were there with Agent Acee?

17     A.   I was.

18     Q.   And a number of other individuals involved

19  in this case?

20     A.   Yes, sir.

21     Q.   And you talked to Ron Sanchez, didn't you,

22  about how the SNM was going to lose power because of

23  the federal indictment?

24     A.   Right.

25     Q.   And that was one of the reasons you were

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   trying to persuade him to work for the Government?

 2        A.   That's incorrect.

 3        Q.   Well, you agree you told him that about

 4   the SNM going to lose power.

 5        A.   Eventually, yes.  But that wasn't the

 6   reason why I was persuading him to go.  I was there

 7   at his request.

 8        Q.   So you also told him, didn't you, Mr.

 9   Rodriguez, that there's people in the SNM that are

10   overweight, and all these guys are fat and

11   overweight.  You mentioned that to Mr. Sanchez?

12        A.   If you could play the recording.  I don't

13   recall that.  I believe that there's a few

14   individuals that I disliked that were overweight,

15   yes.

16        Q.   So you agree that you had that issue with

17   some individuals?

18        A.   One individual.

19        Q.   Just one?

20        A.   Yes.

21             MR. VILLA:  Your Honor, may I approach?

22             THE COURT:  You may.

23             MR. VILLA:  Your Honor, I'm going to email

24   Ms. Armijo a copy of this transcript that we just

25   received a couple of days ago.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Okay.
 2   BY MR. VILLA:
 3       Q.   Just to set the stage a little, Mr.
 4   Rodriguez, you agree that one of the things you were
 5   talking to Mr. Sanchez about was working for the
 6   Government?
 7       A.   One of the things that I spoke to him
 8   about was working with the Government?
 9       Q.   Yes or no?
10       A.   Who worked with the Government?
11       Q.   Mr. Sanchez?
12       A.   If he wanted to?
13       Q.   Yes.
14       A.   That's what he was there for.  He wanted
15   to.
16       Q.   So you talked to him about that?
17       A.   Yes, I was there at his request.
18            MS. JACKS:  Just so we're clear, we're
19   speaking about Ronald Sanchez; correct?
20            THE WITNESS:  That's correct.
21   BY MR. VILLA:
22       Q.   So Mr. Rodriguez, I'm showing you a
23   document called "Transcript of me", right?
24       A.   Right.
25       Q.   And it says, "FBI Agent Bryan Acee, Mark
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2910

1   Myers, Nancy Stemo, Sergio Sapien, Mario Rodriguez,

2   and Ronald Sanchez"; right?

3        A.   Right.

4        Q.   Dated November 16, 2017?

5        A.   Yes, sir.

6        Q.   That's the same date you had that meeting?

7        A.   That's the same day.

8        Q.   Everybody I just read there was there at

9   that meeting?

10        A.   They were present, yes.

11        Q.   So I'm going to flip over to page 24, and

12   this is you talking to Ronald Sanchez.  And you say,

13   "You know, their name isn't, fuck (indiscernible).

14   You've got Arturo.  He's 50 now, overweight like a

15   motherfucker.  All these guys are fat and

16   overweight."

17             Did I read that right?

18        A.   Yes.

19        Q.   You said that to Ronald Sanchez?

20        A.   I said that to Ronald Sanchez.

21        Q.   Mr. Rodriguez, I didn't do this yesterday,

22   but I'd like to show you the judgments from your

23   criminal cases.

24             MR. VILLA:  Your Honor, I'm going to mark

25   these as AK-1, -2, and -3.  They're certified

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   copies.  I've shown them to Ms. Armijo.  I'm not

 2   certain whether she intends to object.

 3            THE COURT:  Any objection, Ms. Armijo?

 4            MS. ARMIJO:  No.  Part of them may be

 5   cumulative, because I believe this is part of the

 6   pen pack that we admitted yesterday.  So I do not

 7   oppose this.  It's just cumulative.

 8            THE COURT:  All right.  Any of the

 9   defendants object to it?

10            MS. JACKS:  No, Your Honor.

11            THE COURT:  All right.  So Defendants'

12   Exhibit AK-1, AK-2, and AK-3 will be admitted into

13   evidence.

14            (Defendants' Exhibits AK-1, AK-2, and AK-3

15   admitted.)

16            MR. VILLA:  May I approach?  Actually, I

17   can do it from the document viewer.

18   BY MR. VILLA:

19       Q.   So Mr. Rodriguez, can you see there on

20   your screen Defendant's Exhibit AK-1?

21       A.   Say again?

22       Q.   Can you see on your screen Defendants'

23   AK-1?

24       A.   I see it.

25       Q.   And that's a judgment and commitment for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you; correct?
 2        A.   The same one we went over yesterday, yes.
 3        Q.   And that's the one from June 2, 2004;
 4   correct?
 5        A.   Yes, sir.
 6        Q.   And we went over this yesterday.  It had
 7   in there the kidnapping, and three counts of
 8   criminal sexual penetration, as well as these other
 9   charges, right?
10        A.   And the fifth count was dismissed, but
11   yes, there's three counts there.
12        Q.   Okay.  So let me show you Defendants'
13   Exhibit AK-2.  This is an amended judgment and
14   commitment in the same set of cases; right?
15        A.   Let me see.  I believe so.
16        Q.   And I'll flip over to the second page of
17   that document.  Now, it shows your convictions but
18   it doesn't have Count 5.
19        A.   That's correct.
20        Q.   So it still has Count 3 and Count 4;
21   correct?
22        A.   As I told you, yes.
23        Q.   And so it has Count 3, criminal sexual
24   penetration with a hot sauce bottle on Mr. Hardy?
25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2913

1    Q.   And Count 4, criminal sexual penetration

2    with a lotion bottle for Mr. Hardy; correct?

3    A.   That's correct.

4    Q.   And I think you testified on direct a

5    little bit about this.  You said that you had

6    Mr. Hardy in a cell for a period of days and were

7    using his commissary money?

8    A.   I had him moved from his designated cell

9    to another individual's cell, yes.  Not my cell, but

10   another individual.

11   Q.   You kept him in there so you could use his

12   commissary money?

13   A.   The inmate that was in his cell kept him

14   in there.

15   Q.   Well, you helped with that; you got

16   convicted of kidnapping.

17   A.   No, the convicted kidnapping is from the

18   night that incident occurred.

19   Q.   Okay.  I see.  So was Mr. Hardy, while he

20   was in this cell for a period of days, free to

21   leave?

22   A.   Yes.  But the individual followed him

23   everywhere.

24   Q.   Was he being tortured while he was in the

25   cell by you and others?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Not by me.  Others, yes.  He was getting
 2   assaulted.
 3        Q.   You deny you were torturing him?
 4        A.   At that time, yes.
 5        Q.   At some point you were torturing him?
 6        A.   At that point I held a razor blade to his
 7   neck and I threatened him.
 8        Q.   So that happens in 2004; correct?
 9        A.   I think in '03.
10        Q.   Excuse me.  2003; right?
11        A.   Yes, that's correct.
12        Q.   And I think you testified that you got to
13   Santa Rosa in -- was it 2005?
14        A.   In 2005.
15        Q.   And that's when you beat the CO with a
16   soda can in a sock?
17        A.   Yes, three COs.
18        Q.   Three of them?
19        A.   Yes, sir.
20        Q.   And that is Defendants' Exhibit AK-3.  You
21   were convicted of aggravated battery on a peace
22   officer, a couple of counts; right?
23        A.   Yes, sir.
24        Q.   And that's related to that case?
25        A.   Two aggravated batteries and one battery,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   yes.
 2        Q.   So then later you -- I think it was 2011
 3   when the assault on Alex Sosoya occurred?
 4        A.   That's correct.
 5        Q.   Well, I think I forgot the year.  When did
 6   you assault Robert Esparza?
 7        A.   In 2008.
 8        Q.   2008.  So 2005, Santa Rosa; 2008, Robert
 9   Esparza; 2011, Alex Sosoya; correct?
10        A.   And 2003, John Hardy.
11        Q.   2014, Javier Molina; is that right?
12        A.   Yes, sir.
13        Q.   And as we talked about yesterday, right
14   before you cooperated or went and worked for the
15   Government, you were going to attack one of the
16   defendants in this case; correct?
17        A.   Not in this case.
18        Q.   Well, charged in by the federal
19   government?
20        A.   Yes, sir.
21        Q.   And that was one of the reasons why you
22   were bringing shanks in your rectum to court;
23   correct?
24        A.   Amongst other reasons, yes.
25        Q.   And so after all that, you then go to work
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    for the Government October 24, 2017; right?

2         A.   Yes.

3         Q.   And we talked about what you told the

4    Government yesterday, October 24 -- in your

5    testimony yesterday we talked about what you told

6    the Government on October 24, 2017; right?

7         A.   That's correct.

8         Q.   And I showed you how you said to Agent

9    Stemo -- or at least Agent Stemo wrote down that you

10   said Mr. Perez was in fear when you took the piece

11   from his walker?

12        A.   I don't recall those exact words, but I

13   think you said -- I think you said that I said he

14   was scared.

15        Q.   So do you want to take a look at it since

16   you don't recall?

17        A.   Yes.

18             MR. VALLE:  May I approach?

19             THE COURT:  You may.

20   BY MR. VALLE:

21        Q.   So Mr. Rodriguez, remember the October 24,

22   2017, report that I showed you yesterday?

23        A.   Yes, sir.

24        Q.   So I'm going to flip over to page 6 of

25   that report; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.    That's correct.

2        Q.    And you talked about, right here in this

3    first paragraph, "Perez appeared scared and stated

4    that he was down for whatever, 'as long as it was

5    not me'"?

6        A.    That's correct.

7        Q.    And so you're telling this jury that you

8    never told Agent Stemo that Perez appeared scared?

9        A.    I don't remember saying that.

10       Q.    So you don't remember it?

11       A.    I don't believe I did.

12       Q.    I'm sorry, I didn't catch your answer.

13       A.    I don't believe I told them that.

14       Q.    Okay.  And then I asked you yesterday

15   about what that statement meant.  And you said,

16   "Well, I don't know.  Do you want me to speculate?"

17            Do you remember that?

18       A.    Oh, about him being -- not his first

19   rodeo?

20       Q.    No, the statement that I just read to you.

21       A.    No, you didn't ask me to speculate on

22   that.

23       Q.    But you did tell Agent Stemo what you

24   thought that meant, didn't you?

25       A.    I told him I don't think --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2918

```
 1        Q.   It's yes or no, Mr. Rodriguez.  Did you
 2   tell Agent Stemo what you thought that meant?
 3        A.   I don't remember.
 4        Q.   If I showed you this, would that help you?
 5        A.   Yes.
 6             MR. VALLE:  May I approach again?
 7             THE COURT:  You may.
 8   BY MR. VALLE:
 9        Q.   So Mr. Rodriguez, right after that
10   statement, "I'm down for whatever, as long as it
11   wasn't me," it says, "Rodriguez" --
12             MS. ARMIJO:  Objection, Your Honor.  The
13   witness wanted to review it to refresh his
14   recollection.
15             MR. VILLA:  Your Honor, I'm refreshing his
16   recollection.
17             THE COURT:  I think you can put it in
18   front of him and let him look at it.
19   BY MR. VILLA:
20        Q.   Mr. Rodriguez, will you read this sentence
21   to yourself, please?
22        A.   Okay.
23        Q.   Okay.  Does that refresh your
24   recollection?
25        A.   Yes, it does.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2919

```
 1        Q.   And so didn't you say that you understood
 2   that statement to mean that Perez did not want to be
 3   hurt and would go along with the hit if he did not
 4   otherwise have to be involved?
 5        A.   That makes sense, yes.
 6        Q.   Now, you said yesterday that you didn't
 7   make this statement to Ms. Stemo, and you're saying
 8   today you don't remember making that statement;
 9   true?
10        A.   That's incorrect.
11        Q.   So --
12        A.   Yesterday you asked me if I made the
13   statement that I aspired to be on the tabla.
14        Q.   I'm not asking about that.
15        A.   That's the question you asked me
16   yesterday.
17        Q.   Okay.  Mr. Rodriguez, I'm asking you about
18   my question I asked you yesterday about whether you
19   told Agent Stemo that Mr. Perez appeared scared.
20   And your testimony yesterday was that you didn't say
21   that.
22        A.   Right.  That's what I said yesterday.
23        Q.   And your testimony today is you don't
24   remember?
25        A.   I don't remember.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.   Correct?
 2       A.   I don't think I said that he was scared.
 3  That's what I'm saying.
 4       Q.   All right.  This particular report, the
 5  one I just showed you --
 6       A.   Right.
 7       Q.   -- you had a chance to review this report,
 8  didn't you?
 9       A.   I have not.
10       Q.   Never?
11       A.   No.
12       Q.   That's your testimony?
13       A.   That's my testimony.  I don't think I
14  reviewed that one.
15       Q.   So Mr. Rodriguez, you testified yesterday
16  that you had had a couple of meetings with the
17  Government; right?
18       A.   I think I did review that one on October
19  24, very quickly.  I think I did.
20       Q.   Mr. Rodriguez, my question to you was that
21  yesterday you testified that you had two meetings
22  with the Government; right?
23       A.   I said around three, I think.
24       Q.   Okay.  And you remembered that the
25  third -- well, there was an additional one with Mr.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2921

```
1    Sanchez where you went to go see him; right?

2         A.   That's one that you brought to light

3    yesterday, yes.

4         Q.   The second meeting that you had with the

5    Government was on November 1, 2017; right?

6         A.   That's when I reviewed that, yes.

7         Q.   Okay.  So on November 1, 2017, you

8    reviewed the October 24, 2017, statement that I just

9    showed you; right?

10        A.   Yes, I did.

11        Q.   And when you read it, you clarified some

12   of the details in this report; right?

13        A.   I think I did.  I don't remember.

14        Q.   Well, if Agent Acee said that you

15   clarified the details, would you disagree with him?

16        A.   No, I would not.

17        Q.   Do you still not remember when you got to

18   clarify the details of that report?

19        A.   I think I wrote notes down clarifying what

20   certain things meant, being that I didn't elaborate

21   on certain comments.

22        Q.   And so you wrote notes down on that

23   report, the October 24 report; right?

24        A.   Not on that report.  While I was being

25   housed in another facility prior to me going and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2922

```
 1  pleading guilty, I wrote notes down as to --
 2  sometimes I forget I'm talking to civilians and not
 3  prisoners.  So when I speak, I automatically think
 4  they understand what I'm saying.
 5        Q.   Okay.  So you wrote some notes?
 6        A.   Yes, to clarify things.
 7        Q.   But you don't disagree that you got to do
 8  that after reading Agent Stemo's October 24, 2017,
 9  report?
10        A.   Say that again.
11        Q.   You do not disagree with me that you got
12  to write your notes down after reading Agent Stemo's
13  October 24, 2017, report?
14        A.   Yes, I disagree with that.
15        Q.   You disagree with that?
16        A.   Yeah.
17        Q.   So let me ask:  When did you write your
18  notes down?
19        A.   I wrote notes down when I left October 24,
20  and in between the time I took the plea of guilty on
21  November 1st, I think.
22        Q.   And on November 1st --
23        A.   It wasn't notes.
24        Q.   Mr. Rodriguez, answer my question.  So
25  don't give an answer until I ask another question.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    Okay?
 2         A.    Okay.
 3         Q.    So on November 1st is when you got to
 4    review Agent Stemo's report?
 5         A.    That's correct.
 6         Q.    And that was before you got to meet with
 7    Agent Acee on November 1st?
 8         A.    That's correct.
 9         Q.    And you had an opportunity to clarify the
10    details in Agent Stemo's report with Agent Acee?
11         A.    That's correct.
12         Q.    And Agent Acee then writes a report of the
13    November 1st, 2017, meeting with you that's
14    approximately 11 pages long; correct?
15         A.    Right.
16         Q.    And nowhere in that report does he say
17    that you clarified that you didn't tell Agent Stemo
18    Mr. Perez was in fear?
19         A.    I did not -- I think it's in the notes I
20    wrote.
21         Q.    Well, let me get you to answer my
22    question.  Okay, sir?  I'm talking about the
23    November 1st, 2017, report that Agent Acee wrote.
24    The report that Agent Acee wrote of your November
25    1st meeting.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2924

```
 1        A.   Right.

 2        Q.   Okay.  You've read that report; right?

 3        A.   I have.

 4        Q.   And that report is 11 pages long?

 5        A.   I don't know.

 6        Q.   If I showed it to you, would you know?

 7        A.   Yes.

 8             MR. VILLA:  May I approach?

 9             THE COURT:  You may.

10   BY MR. VILLA:

11        Q.   Mr. Rodriguez, I'm showing you the report

12   by Agent Acee; right?

13        A.   Correct.

14        Q.   And it says about a meeting on November

15   1st, 2017, with you; right?

16        A.   That's correct.

17        Q.   And the report is actually dated November

18   20; right?

19        A.   It is, yes.

20        Q.   That's when Mr. Acee finished the report?

21        A.   All right.

22        Q.   And it says it's 11 pages long?

23        A.   Okay.

24        Q.   Doesn't it?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    You've read this before?

 2        A.    Yes, I read the draft of that, yes.

 3        Q.    And you've read the final version, haven't

 4   you?

 5        A.    I have not.

 6        Q.    It's on your tablet, isn't it?

 7        A.    No, it's not.

 8        Q.    It's not.  But you read the draft?

 9        A.    I read the draft, yes.

10        Q.    And you agree with me that in the draft it

11   doesn't say, "I never said that to Agent Stemo on

12   October 24 about in Perez being in fear"?

13        A.    No, I did not clarify that in that draft.

14        Q.    You never did?

15        A.    No.

16        Q.    And you remember me asking you yesterday

17   about solitary confinement?

18        A.    I do.

19        Q.    Would you agree with me that in solitary

20   confinement people get paranoid?

21        A.    Yeah.  That's one of the symptoms of

22   solitary confinement.

23        Q.    And people can develop significant

24   psychological and social problems?

25              MS. ARMIJO:  Objection, foundation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Why don't you lay a
2    foundation?
3    BY MR. VILLA:
4         Q.   Well, Mr. Rodriguez, you know from your
5    time in solitary confinement that you can develop
6    significant psychological and social problems?
7         A.   I've studied it, yes.
8         Q.   And you've experienced it yourself,
9    correct?  Solitary confinement?
10        A.   I've experienced solitary confinement,
11   yes.
12        Q.   So you agree while you're in solitary
13   confinement, there's other inmates next to you,
14   sometimes on either side or above you; right?
15        A.   That's correct.
16        Q.   And they're in solitary confinement, too?
17        A.   That's correct.
18        Q.   So from your experience, you know that
19   inmates can develop significant psychological and
20   social problems?
21        A.   From what I've studied, yes.
22             MS. ARMIJO:  Objection, foundation.
23             THE COURT:  Sustained.
24   BY MR. VILLA:
25        Q.   Now, after the trial started -- the trial
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                            FAX (505) 843-9492
                                                              1-800-669-9492
                                                        e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1    started on January 29.  Opening statements were

2    given on Wednesday, January 31.  You had another

3    meeting with the Government on February 3, 2017,

4    didn't you?

5         A.   What's the date today?

6         Q.   Today, I believe, is the 8th.

7         A.   That was on Saturday.

8         Q.   I'm losing track of time.  I believe

9    Saturday was February 3.

10        A.   That's the day, yes.

11        Q.   That's when you met with the Government?

12        A.   Last Saturday?

13        Q.   I think that's what you testified

14   yesterday.

15        A.   Yes.  I don't keep track of the dates very

16   well, but yes.

17        Q.   This past Saturday?

18        A.   Yes.

19        Q.   You met with Ms. Armijo?

20        A.   Yes.

21        Q.   Is that correct?

22        A.   That's correct.

23        Q.   And Agent Stemo was there again; right?

24        A.   I do not remember that.  If she was, she

25   wasn't in the room I was in.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Have you met with the Government anytime
2  since that past Saturday?

3    A.    Since last Saturday?

4    Q.    Yes, sir.

5    A.    No, sir.

6    Q.    And a report was made following your
7  meeting with the Government?

8    A.    I don't know.

9    Q.    You'd agree with me that at that meeting
10 on February 3, you didn't say, "Hey, Agent Stemo,
11 you got it wrong on October 24 about Mr. Perez being
12 in fear" when you took the piece from his walker?

13   A.    No, but they asked me if I had stated he
14 was scared, and I said I didn't remember that.

15   Q.    So Ms. Armijo asked you that?

16   A.    Yes.

17   Q.    That was after the opening statements in
18 this case?

19   A.    They asked me if I recalled him being
20 scared at the time.  I told him "I don't remember."

21   Q.    My question to you, Mr. Rodriguez --

22   A.    Yes.

23   Q.    -- is you know that that question was
24 asked of you after opening statements were made in
25 this case?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2929

```
 1        A.   I believe so.

 2        Q.   Now, all of sudden, you've changed what

 3   you told Agent Stemo?

 4        A.   How did I change it?

 5        Q.   Agent Stemo wrote that you said Mr. Perez

 6   was in fear.  Now you're telling the jury that

 7   didn't happen?

 8        A.   Yeah, but not based on Saturday.

 9        Q.   Well, you certainly gave your testimony

10   yesterday after Saturday; right?

11        A.   Right.

12        Q.   After you met with the Government?

13        A.   That's correct.

14        Q.   You agree with that?

15        A.   That's correct.

16             MR. VILLA:  May I have a moment?

17             THE COURT:  You may.

18             MR. VILLA:  No further questions, Your

19   Honor.

20             THE COURT:  Thank you, Mr. Villa.

21             Mr. Jewkes, Ms. Jacks, do you want to go

22   next?

23             MS. JACKS:  Your Honor, I think we're

24   last.

25             THE COURT:  Okay.  Ms. Bhalla.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2930

```
1                    CROSS-EXAMINATION
2   BY MS. BHALLA:
3        Q.   Good morning, Mr. Rodriguez.
4        A.   Good morning.
5        Q.   Mr. Rodriguez, you testified yesterday
6   that you weren't going to hit Javier Molina until
7   the paperwork came down; is that correct?
8        A.   That's correct.
9        Q.   Okay.  And in fact, you testified that you
10  told David Calbert that you wouldn't hit him until
11  he brought paperwork down; is that right?
12       A.   That's incorrect.
13       Q.   Did you testify that you needed David
14  Calbert to bring the paperwork?
15       A.   That I notified Mauricio Varela and Lupe
16  Urquizo that I was to let Calbert know, when he
17  shows up, that I'm not going to hit him without the
18  paperwork.
19       Q.   Okay.  And the gist of that, Mr.
20  Rodriguez, is that you told everybody you weren't
21  going to hit him without the paperwork; is that fair
22  to say?
23       A.   That's fair to say.
24       Q.   But you did try to hit him before you say
25  the paperwork came down, didn't you?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't recall that.

 2        Q.    You don't recall.  Do you recall your

 3   interview with Special Agent Acee on October 24 of

 4   2017?

 5        A.    Yes, sir -- yes, ma'am.

 6        Q.    Okay.  And in that interview you told

 7   Agent Acee --

 8              MS. ARMIJO:  Your Honor, I'm going to

 9   object that she's misstating the interviews.

10              THE COURT:  Well, I'll let you work with

11   that on redirect.  Overruled.

12              Ms. Bhalla.

13              MS. BHALLA:  Thank you, Your Honor.

14   BY MS. BHALLA:

15        Q.    Let me rephrase that.  I think that might

16   be fair.  You met with Agent Stemo on October 24 of

17   2017; is that correct?

18        A.    That's correct.

19        Q.    Okay.  And you told Agent Stemo that

20   before any paperwork came down, you ordered or tried

21   to convince Efrain Martinez to murder Javier Molina?

22   Didn't you tell her that?

23        A.    And Timothy Martinez, yes.

24        Q.    Okay.  You tried to convince both of

25   them --
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Right.

2      Q.   -- to murder Javier Molina?

3      A.   Right.

4      Q.   And you did that, you said, because you

5  were high on meth.  Is that fair to say?

6      A.   I don't recall that at that time, but I

7  was probably high on meth at that time, yes.

8      Q.   So you don't disagree that that's what you

9  said to Ms. Stemo?

10      A.   No.

11      Q.   Okay.  You provided testimony in this case

12  that you had the discovery since when?  2015; is

13  that right?

14      A.   Since the rest of the defendants.

15      Q.   Okay.  When was that?

16      A.   I don't recall what the date.

17      Q.   I'm not asking for a specific date.

18      A.   I've had it for the past two years.

19      Q.   So you've had discovery in this case for

20  two years?

21      A.   When you guys issued the discovery, I

22  received it with the same defendants.

23      Q.   So you've read some of that discovery,

24  haven't you?

25      A.   I pretty much read all of it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.   You read all of it.  And in fact, when you
 2   had some of these meetings with the Government or
 3   with the agents in this case, you took the
 4   opportunity to correct some of the discovery, didn't
 5   you, or what you thought were mistakes in the
 6   discovery?
 7        A.   I probably brought up some mistakes, yes.
 8        Q.   Okay.  And in October, the October 24
 9   meeting with Ms. Stemo, you told her that you had
10   reviewed some of the statements that Mr. Armenta
11   made; is that correct?
12        A.   That's correct.
13        Q.   And you told her that Armenta's statement
14   that you were asking for paperwork wasn't true?
15        A.   It was not true.
16        Q.   Okay.  You were asking for a syringe;
17   right?
18        A.   I was asking for a syringe at the door,
19   yes.
20        Q.   So you knew the discovery well enough that
21   you could point out what was wrong in the discovery
22   to the agents; is that fair to say?
23        A.   Due to my involvement in the case, yes.
24        Q.   Okay.  Part of the discovery in this case
25   contains statements by Carlos Herrera; is that fair
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2934

1  to say?

2       A.   In the case?

3       Q.   Yes.

4       A.   Statements that he made?

5       Q.   Yes.

6       A.   Not that I'm aware of.

7       Q.   You're not aware of any statements that my

8  client made in the discovery?

9       A.   To the FBI?

10      Q.   No, to other people, to other people in

11 this case.

12      A.   To other defendants?

13      Q.   Yeah.

14      A.   You would have to explain to me what

15 you're talking about.

16      Q.   I'd have to explain to you what I'm

17 talking about?  Do you recall your debrief in

18 November of 2017?

19      A.   On October 24?

20      Q.   Yes.

21      A.   Emotional time.  But yes, I recall most of

22 it.  Yes, I was in a little bit of distress.

23      Q.   Okay.  And you talked to -- I believe it

24 was Special Agent Acee about some of the discovery

25 that you read in this case; is that right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    On October 24?

 2        Q.    No, on November 1st.

 3        A.    That's correct.

 4        Q.    And you told Agent Acee that you were

 5   frustrated or angry with Carlos Herrera because he

 6   said things about you that weren't very nice?

 7        A.    Oh, on the wiretaps?

 8        Q.    Yeah.

 9        A.    That's correct.

10        Q.    Okay.  And you also mentioned it when you

11   met with Ronald Sanchez, didn't you?

12        A.    That's correct.

13        Q.    And I believe -- and correct me if I'm

14   wrong -- that you told Ronald Sanchez that he said,

15   'Blue ain't worth a fuck.  He's a bitch, this and

16   that."  Did you tell that to Ronald Sanchez?

17        A.    Yeah, I probably did.  If it's on the

18   wiretap, that's what he said about me.

19        Q.    Okay.  You didn't like that, did you?

20        A.    Well, he was my carnal.  He was someone I

21   respected.  And I didn't expect that from someone

22   behind my back.

23        Q.    So is it fair to say you were pretty mad

24   when you read that?

25        A.    I was shocked when I listened to it, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2936

```
 1        Q.   Okay.  And the gist of some of those
 2   statements --
 3             MS. ARMIJO:  Objection, hearsay.
 4             MS. BHALLA:  Your Honor, it's not being
 5   offered for the truth of the matter asserted.  It's
 6   being offered to prove bias.
 7             THE COURT:  Let's see what the question is
 8   first.  Then I can determine what the answer may be.
 9             MS. BHALLA:  Thank you, Your Honor.
10   BY MS. BHALLA:
11        Q.   The gist of those statements were that you
12   were in blue pod, high on meth; right?
13        A.   No.
14        Q.   No?
15        A.   Not that I recall, that everyone was high
16   on meth.  He was upset that he didn't get no
17   methamphetamine.
18        Q.   You were in the blue pod; right?
19        A.   Yes.
20        Q.   And he told Mr. Archuleta that you --
21             MS. ARMIJO:  Objection, hearsay.
22             THE COURT:  Well, if you're soliciting
23   your own client's statements, sustained.
24   BY MS. BHALLA:
25        Q.   That you were over there --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2937

```
 1          MS. ARMIJO:  Objection, hearsay.
 2     Q.   -- high on meth?
 3          THE COURT:  You can't elicit your own --
 4          MS. BHALLA:  I'm sorry, Your Honor.  I
 5  thought you --
 6          MS. ARMIJO:  Your Honor, I move to strike
 7  that.
 8          MS. BHALLA:  That's fine.  I have no
 9  objection.
10          THE COURT:  Well, it's just a question.
11  I'll sustain the objection.
12  BY MS. BHALLA:
13     Q.   The discovery that you read wasn't very
14  flattering to you, was it?
15     A.   Transcripts?
16     Q.   Yeah.
17     A.   I didn't read no transcripts of Carlos
18  Herrera.  It was audio.
19     Q.   Okay.  So you listened to the audio?
20     A.   I listened to the audio.
21     Q.   And it wasn't very flattering, was it?
22     A.   I guess not, huh?
23     Q.   I guess not.
24          MS. ARMIJO:  Was that a question or a
25  comment by counsel?  I'd ask --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2938

```
 1          THE COURT:  I think it's a sufficient
 2   question.  I'll allow it.  Overruled.
 3   BY MS. BHALLA:
 4      Q.   You testified that you came to court with
 5   shanks; is that correct?
 6      A.   I went everywhere with shanks, yes.
 7      Q.   You went everywhere with shanks.  And you
 8   informed Agent Acee that you felt that Carlos
 9   Herrera in those statements was acting like he was
10   somebody that he wasn't; isn't that true?
11      A.   That's correct.
12      Q.   And in fact, you said, "That's not really
13   who he was.  Talking to Styx like somebody.  That's
14   not him.  He's never done anything."
15      A.   He hasn't.
16      Q.   Okay.  And because of that and because of
17   those statements, you planned to murder Carlos
18   Herrera on the transport van, didn't you?
19      A.   Along with other defendants, yes.
20      Q.   I'm not asking what other defendants did.
21   I'm asking what you did.
22      A.   I was a part of the plot, yes.
23      Q.   You were part of the plot.  And what did
24   that plot entail you doing, Mr. Rodriguez?
25      A.   I --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1           MS. ARMIJO:  Your Honor, may we approach?

2           THE COURT:  You may.

3           (The following proceedings were held at

4   the bench.)

5           MS. ARMIJO:  I just want to make this

6   clear that she's now opened the door to that plot,

7   and that plot involved officially Mr. Daniel

8   Sanchez, so she's opening this door.  We feel it's

9   already opened, and now Mr. Sanchez -- he would

10  testify that -- I believe he was the one that came

11  up with this plot; that it was all the co-defendants

12  in this case.  Specifically most of them involve,

13  most importantly, Mr. Sanchez, Dan Sanchez.

14          MR. CASTELLANO:  I think it's a little

15  late.  The door has been opened and we're going to

16  drive right through it.  That's coming in.

17          MS. BHALLA:  Your Honor, there is the

18  statements that Mr. Rodriguez made that he was

19  hatching a plot to murder my client based on the

20  testimony that he read or based on the statements

21  that he read.  It goes to bias.  His testimony was

22  that he has had a change of heart, he's cooperating

23  with the Government.  It's not true.  And the whole

24  security issues that we've been dealing with in this

25  court are because of Mr. Rodriguez and his plan to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2940

1  murder my client on the transport van.  I don't see

2  how that opens the door to trying to prove someone

3  else was involved in the plot when their witness has

4  admitted that he was responsible for that.

5          THE COURT:  Do you have anything to say on

6  this?  I think I can actually sort of cabin this

7  thing.

8          MS. JACKS:  Certainly this has nothing to

9  do with bringing this topic up.  It's something that

10  is inappropriate.

11          THE COURT:  Why don't you do this?  I

12  think for the present time just lead him through

13  this.  Let's not see if we need to get Mr. Sanchez

14  involved.

15          MS. BHALLA:  I have no intention of doing

16  that.

17          MR. CASTELLANO:  At this point they're

18  going to use this as a sword and a shield.  They're

19  going to say, "We only want to know what you did,

20  Mr. Rodriguez."  There are other people involved in

21  that plot.

22          THE COURT:  I may allow that.  I think I

23  can allow Ms. Bhalla to impeach him, but try to ask

24  leading questions and don't let him get Mr. Sanchez

25  involved.  We'll take it one at a time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2941

```
 1              MS. JACKS:  Your Honor, I would object.
 2              THE COURT:  I note the Government's
 3   position, but I'm not sure that it needs to be
 4   opened up there.  If you want to open it up that
 5   he's trying to kill your client, I don't think
 6   that's the case.  But I think --
 7              MS. JACKS:  I think what the Government is
 8   saying is that Mr. Sanchez was involved.
 9              THE COURT:  They are, but --
10              MS. JACKS:  My concern is this line of
11   questions is just inviting an outburst involving Mr.
12   Sanchez in some uncharged crime that we have
13   actually no additional information on, other than
14   just what this witness said.
15              MS. BHALLA:  The problem is, Your Honor,
16   that Mr. Herrera --
17              THE COURT:  Hold on.  Officer, could you
18   bring Mr. Rodriguez right over here?
19              You need to talk right here.
20   Mr. Rodriguez, she's going to ask you about this
21   plot.  She's going to ask you some leading
22   questions.
23              THE WITNESS:  Okay.
24              THE COURT:  So just answer the questions,
25   answer them truthfully.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2942

```
 1              THE WITNESS:  Truthfully.
 2              THE COURT:  If you can't answer them
 3    truthfully without giving more information, say "I
 4    can't answer it."
 5              THE WITNESS:  Okay.
 6              THE COURT:  If you can answer yes or no,
 7    she's going to lead you through it.
 8              THE WITNESS:  Just --
 9              THE COURT:  I'm not interested, unless the
10    question calls for an answer, you talking about
11    Mr. Daniel Sanchez.
12              THE WITNESS:  Okay.
13              THE COURT:  So she's going to try to ask
14    you questions that don't require you to mention him
15    as being part of this plot, if he was a member of
16    the plot.  I don't know if he was or not.
17              THE WITNESS:  Okay.  So exclude him from
18    it, if he was?
19              THE COURT:  You've got tell the truth.
20              THE WITNESS:  Okay.
21              THE COURT:  So if you can't answer the
22    question truthfully without mentioning Mr. Sanchez,
23    then just say --
24              THE WITNESS:  Don't answer?  So they ask
25    me a question, the answer --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2943

```
 1            THE COURT:  We're just trying to keep you
 2   from just dropping his name, is what -- if you can
 3   avoid dropping his name just completely --
 4            THE WITNESS:  And if I can't answer, just
 5   say no?
 6            THE COURT:  If you can't be truthful, say,
 7   "I can't answer truthfully" because --
 8            THE WITNESS:  Because I can't incorporate
 9   him?
10            THE COURT:  Yeah.
11            THE WITNESS:  Okay.
12            THE COURT:  You don't want to mention his
13   name.  She's going to try to lead you.  If you can't
14   answer that truthfully, given the Court's
15   instruction --
16            THE WITNESS:  I don't think I understand
17   when -- if he's a part of the plot, and the plot
18   is -- involves him and I can't answer it, do that.
19            THE COURT:  If you can't answer it
20   truthfully, you tell her, "Given what the Court
21   said, I can't answer that question truthfully."
22            THE WITNESS:  And say, "The truth is that
23   Daniel Sanchez is involved, so I cannot incorporate
24   it"?
25            THE COURT:  Don't drop that in unless she
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    calls for it.  And I don't think she's going to call

2    for it.

3              THE WITNESS:  Okay.

4              THE COURT:  She may ask for other people.

5    She may ask for Carlos Herrera.  She may ask those

6    questions.  I don't think she's going to ask that

7    question.  But if it requires you to say Mr.

8    Sanchez, if she does, say, "I can't answer the

9    question."

10             THE WITNESS:  Okay.  I understand.

11             MS. ARMIJO:  Can we make sure that he says

12   "I can't answer that question based on the Court's

13   ruling"?

14             THE COURT:  That's fine.  You can say,

15   "based upon what the Court's ruling."

16             THE WITNESS:  Okay.

17             MS. BHALLA:  Your Honor, just for the

18   record, I'm going to do my best to be careful for my

19   questions.  But just for the record, my client does

20   have a right to put on a defense.

21             THE COURT:  He does.

22             MS. JACKS:  Perhaps the remedy is to sever

23   Mr. Sanchez.

24             THE COURT:  We won't do that.  If

25   necessary, he may have to say Mr. Sanchez is part of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    the plot.  It's not the end of the world.  That's

2    his testimony.

3              MS. JACKS:  That may be your view, but

4    it's certainly not Mr. Sanchez'.

5              THE COURT:  But if it's the evidence, it's

6    the evidence.

7              MR. CASTELLANO:  Your Honor, here's the

8    problem, is that the questions are misleading and

9    the answers will be misleading, because Mr. Herrera

10   said a number of disrespectful things about other

11   members of the SNM in this thing.  So it wasn't just

12   tailored towards Mr. Rodriguez.

13             As a result of disrespect shown toward

14   multiple members, multiple members conspired to

15   murder him on the transport van.  But the problem

16   with this at this point, now that she's opened the

17   door, is the jury is not going to get the full

18   picture of -- it's not just focused --

19             THE COURT:  Juries often don't get the

20   full picture.  Let's see if we can avoid it being

21   false, misleading.  Be careful.

22             MR. CASTELLANO:  We're asking now --

23             MS. BHALLA:  And Your Honor, the issue

24   here is Mr. Rodriguez' state of mind and bias.

25             THE COURT:  I think that's the reason I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2946

```
1   trying to limit it here.  That's why we're going to
2   get this testimony in, and I think it's --
3           MR. BECK:  Your Honor, the testimony is
4   that he's a good soldier.  He was close with Mr.
5   Sanchez.  Mr. Sanchez and him came up with this
6   plot.  Mr. Sanchez directed him to go and do this as
7   a soldier.  I mean we've heard from even defense
8   counsel that he was the torpedo, so saying that --
9   painting a picture for this jury that he was going
10  to hit Mr. Herrera without explaining that he was
11  doing it for the S at Daniel Sanchez's direction
12  paints a false impression with the jury as to what
13  the evidence is.
14          THE COURT:  Well, it's Ms. Bhalla --
15          MS. JACKS:  I join in Mr. Beck's comments.
16  We're begging for a mistrial and extreme prejudice
17  by allowing this line of questioning.
18          THE COURT:  It's Ms. Bhalla's questions.
19  You've got your marching orders.  Let's see if you
20  can carry it out.
21          MR. VILLA:  On behalf of Mr. Perez, we
22  would object to the extent Mr. Rodriguez is not
23  permitted to answer questions about this, because I
24  think it does go to his bias, and that would affect
25  Mr. Perez.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



```
 1              I'd also like to know from the Government
 2   whether they believe Mr. Rodriguez would include Mr.
 3   Perez in this conspiracy, so that I know what record
 4   I need to make right now.
 5              THE COURT:  All right.  We'll take that up
 6   at a break.
 7              (The following proceedings were held in
 8   open court.)
 9              THE COURT:  All right, Ms. Bhalla.
10   BY MS. BHALLA:
11       Q.   Mr. Rodriguez, I'm going to ask you about
12   some statements that you made to Mr. Acee.  Okay?
13       A.   Yes, ma'am.
14       Q.   About what you told him was going to
15   happen on the transport van.
16       A.   Yes, ma'am.
17              MS. ARMIJO:  Your Honor, and could she ask
18   the question as opposed to just reading the
19   statement?
20              MS. BHALLA:  Your Honor, I'm trying to
21   keep it narrow.
22              THE COURT:  All right.  I'll give Ms.
23   Bhalla a little leeway.  Overruled.
24   BY MS. BHALLA:
25       Q.   You stated to Agent Acee that the plan was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2948

```
 1   to use a sock to strangle Carlos Herrera; correct?
 2        A.   In the transport van, that's correct.
 3        Q.   And you told Agent Acee that when the van
 4   doors would be opened, there would be a dead guy; is
 5   that fair?
 6        A.   That's fair.
 7        Q.   Okay.  And you were referring to my
 8   client, Carlos Herrera?
 9        A.   Yes, I was.
10        Q.   And you told Agent Acee that in November;
11   correct?
12        A.   Yes.  On the day of my plea.
13        Q.   Yeah, after you had had the change of
14   heart to become a better person; right?
15        A.   Right.
16        Q.   That's right.
17             MS. BHALLA:  Your Honor, may I have a
18   moment?
19             THE COURT:  You may.
20             MS. BHALLA:  I don't have any other
21   further questions, Your Honor.
22             THE COURT:  Thank you, Ms. Bhalla.
23             Mr. Lowry, do you have cross-examination
24   of Mr. Rodriguez?
25
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    CROSS-EXAMINATION
 2  BY MR. LOWRY:
 3       Q.   Good morning, Mr. Rodriguez.
 4       A.   Good morning, sir.
 5       Q.   We've been talking a lot about a tablet
 6  today, and do you recognize this?
 7       A.   Yes, I do.
 8       Q.   And what is this?
 9       A.   That's the discovery of everything to do
10  with the RICO VICAR case against SNM.
11       Q.   And all of the discovery in the case was
12  downloaded on this portable computer; correct?
13       A.   I don't know if all of it was, but the
14  majority.
15       Q.   Okay.  Do you have any reason to believe
16  that some of the discovery was left out?
17       A.   Of mine, yes.
18       Q.   Why is that?
19       A.   Because I wasn't there for the updated --
20  the last update.  My 302s ain't in there.  There is
21  a little bit of stuff that ain't in there.
22       Q.   But through the time until October 24 --
23       A.   Right.
24       Q.   -- of 2017, you'd had all the discovery on
25  this tablet?
```

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                    1-800-669-9492
                                                    e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2950

```
 1        A.    All the discovery available at that time,
 2   yes.
 3        Q.    And you were living in the Department of
 4   Corrections?
 5        A.    No.
 6        Q.    So you didn't have time to review it?
 7        A.    No, I wasn't living in the Department of
 8   Corrections.
 9        Q.    Well, you were incarcerated?
10        A.    Yes.
11        Q.    And all day long you had access to this to
12   review the discovery?
13        A.    All day long.  They would take it from us
14   I think at nighttime to charge, and then we would
15   have it.  At first there was a lot of restrictions
16   on it, but towards the end, they would allow us to
17   have it and charge it for, like, three or four
18   hours.
19        Q.    So my point is:  You had ample opportunity
20   to review everything that was on this tablet.
21        A.    I did.
22        Q.    And there are tens of thousands of pages
23   of documents on this tablet.
24        A.    I believe so, yes.
25        Q.    And there was over 10,000 hours of
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  recorded conversations on this tablet?

 2      A.   That's correct.

 3      Q.   And there were videos on this tablet?

 4      A.   There was videos.

 5      Q.   Probably I don't know how many, but a

 6  significant number of videos?

 7      A.   A large amount, yes.

 8      Q.   And you reviewed all of that?

 9      A.   That's correct.

10      Q.   Okay.  And you had an opportunity to even

11  review the video of the assault you talked about

12  with Robert Esparza in 2008?

13      A.   That's correct.

14      Q.   And you're familiar with that video?

15      A.   Well, yeah, I'm in the video.

16      Q.   And the video is a true and accurate

17  depiction of what happened during the assault?

18      A.   It is.

19           MR. LOWRY:  Your Honor, we've marked for

20  identification purposes two exhibits, Defendants'

21  AK-4 and Defendants' AK-5.  We'd move them into

22  admission.

23           THE COURT:  Any objection, Ms. Armijo?

24           MS. ARMIJO:  Yes, Your Honor.  May we

25  approach?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.

 2              (The following proceedings were held at

 3   the bench.)

 4              THE COURT:  What are these exhibits?

 5              MR. LOWRY:  These are videos of the

 6   assault on Mr. Esparza.  And they just go to show --

 7   again, this comes back to bias, motivation to

 8   testify favorably for the Government.  These are the

 9   charges that he pled guilty to, and quite frankly

10   they're disturbing, violent.

11              THE COURT:  What is it?

12              MS. ARMIJO:  Your Honor, this is the

13   incident that he has admitted to now several times

14   back in -- before he was an SNM Gang member.  And

15   he's already admitted to it.  There is no proper

16   purpose.  It's not an SNM-related hit and it's just

17   404(b).  That's highly inflammatory.  If this were a

18   sanctioned SNM hit, I think it would be different.

19   But this is -- this is why he is an SNM member.  But

20   I think it still comes up to --

21              THE COURT:  How does it hurt you, though,

22   if you're trying to establish racketeering activity?

23   Wouldn't this help establish your case?

24              MR. BECK:  It may be.  But it doesn't

25   change the fact that it's still 404(b).  The only
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2953

```
 1   purpose --
 2             THE COURT:  Well, a lot of evidence has a
 3   propensity.  But you're offering it.  Give me a
 4   non-404(b) --
 5             MR. LOWRY:  It goes to bias and
 6   motivation.  He's under indictment.
 7             THE COURT:  Why does it show -- tell me
 8   how, if it's in front of the jury, you can argue
 9   that it goes to bias and prejudice.
10             MR. LOWRY:  This is one of his pending
11   charges.
12             MS. ARMIJO:  No, it's not one of his
13   pending charges.  It's --
14             MR. LOWRY:  Pardon me.  They've been using
15   it to demonstrate racketeering.
16             THE COURT:  Why do you want it?
17             MR. LOWRY:  I don't.  He's actually been
18   equivocal about it.  He said that it wasn't -- he
19   wasn't an SNM member during the time of this
20   assault.
21             THE COURT:  It's hard for me -- this isn't
22   relevant.  I'm a little confused why one side is
23   wanting to put it in and not the other.  If they
24   want to put it in, it seems like it helps the
25   Government.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BECK:  I agree.  I'm saying it's not

2  admissible because it's 404(b).

3          THE COURT:  If they want to establish

4  racketeering activity, that's relevant.  It's got a

5  non-404(b) purpose.

6          MR. LOWRY:  Your Honor, it goes to

7  impeachment, as well.

8          THE COURT:  How so?

9          MR. LOWRY:  Because he didn't describe it

10 accurately.  He said this happened out on the yard,

11 and he made it sound like it was a fair fight.

12         THE COURT:  Well, I'll let you play it.

13         (The following proceedings were held in

14 open court.)

15         THE COURT:  All right.  Do any of the

16 defendants have any other objections?

17         MR. VILLA:  No.

18         THE COURT:  All right.  Defendant's

19 Exhibits AK-4 and AK-5 will be admitted into

20 evidence.

21         (Defendants' Exhibit AK-4 and AK-5

22 admitted.)

23         THE COURT:  All right, Mr. Lowry.

24 BY MR. LOWRY:

25     Q.   While she's pulling that up, this was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  something that was part of your life for those two

2  years, between the time you were charged and October

3  24?

4       A.   It was a significant part.  I was in the

5  process of defending my life against the Government.

6       Q.   And you still have access to this?

7       A.   I still have access to it.  I don't use it

8  as often as I used to, but I still have access to

9  it.

10       Q.   Okay.  Now, do you recognize this pod?

11       A.   That's PNM Level 6, North facility, U pod.

12       Q.   Can we stop this for a second so I can put

13  a time signature on it?

14            And on AK-4, we're looking at channel 12,

15  and the date is March 4, 2008?

16       A.   That's correct.

17       Q.   And the time stamp is 8:47:26:125?

18       A.   Yes, sir.

19       Q.   Now, on your direct testimony I think that

20  you said this happened out in the yard?

21       A.   2011 happened in the yard.

22       Q.   Right.

23       A.   And this happened in the pod.

24       Q.   In the interior of the pod.  And this

25  happened -- actually, it started in the shower

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  stall; correct?
 2      A.   Yes.  I was in the shower.
 3      Q.   And in fairness, what we'll see is, you
 4  hid in the shower?
 5      A.   Yes, I did.
 6      Q.   And I want to explain to the jury the
 7  process, when you're in Level 6, to get to the
 8  shower, you actually -- you start in your cell?
 9      A.   That's correct.
10      Q.   And to exit the cell, you have to -- there
11  is a little port, like, where they hand in the food
12  trays?
13      A.   Do you want me to explain it?  I'll
14  explain it.
15      Q.   Well, just work with me here.  And you
16  have to back up to that port and hold your wrists
17  out the port so you can get handcuffed.
18      A.   Yes.
19      Q.   And then once you're handcuffed, you pull
20  your hands back in that port, and then they open the
21  door to your cell?
22      A.   No, they hold onto a restraint rope and
23  keep your hands towards the food port.
24      Q.   Okay.
25      A.   They keep you pretty much up against the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2957

 1  food port so you cannot pull away or nothing.

 2       Q.   While they open the door?

 3       A.   That's correct.

 4       Q.   And that's because they want to control

 5  your physical ability?

 6       A.   That's correct.

 7       Q.   And the same thing happens when you get to

 8  the shower stall; is that correct?

 9       A.   Yes.  There's a food port in the shower

10  and they take them off and put them on in the food

11  port.

12       Q.   So the whole time you're in the open area

13  of the pod, you're handcuffed behind your back?

14       A.   Yes.

15       Q.   And you're being escorted by a

16  correctional officer?

17       A.   Yes, sir.

18            (Tape played.)

19       A.   I think if you speed it up to an hour and

20  52 minutes, I think it's right there at the

21  beginning of it.

22       Q.   Right.

23       A.   There you go.

24       Q.   This is you being escorted into the shower

25  stall; correct?



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2958

```
 1        A.   Yes, that's me.

 2        Q.   Can we pause that for a second?

 3             And that's at time signature 8:48:45:140?

 4        A.   That's correct.

 5        Q.   And he's opening the shower and letting

 6   you in?

 7        A.   Yes.

 8             (Tape played.)

 9        Q.   And what we're seeing now is you're

10   holding your hands out of that port and he's

11   uncuffing you so you can take an ordinary shower?

12        A.   Yes, sir.

13        Q.   That's pretty austere conditions in that

14   shower stall.

15        A.   "Austere" is meaning what?

16        Q.   There's not much in there, just the metal

17   walls.

18        A.   It's not an ordinary shower.

19        Q.   Is there a shower curtain in there?

20        A.   No.  It's far from ordinary.  It's just a

21   silver shower with a nozzle and I think a hook.

22        Q.   Now, you were in there for a considerable

23   period of time, about 40, 45 minutes?

24        A.   I do not recall.

25        Q.   But if we look at this, this is at
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   8:49:29, and if we move this up 40 minutes...

2          (Tape played.)

3      Q.   So during this period of time, you would

4   agree with me that they asked a different inmate if

5   he wanted to go to the shower and he thought, No,

6   no, somebody is in there?

7      A.   At this time?

8      Q.   Yes.

9      A.   I don't know if it's at this time.  You'll

10  see the officer come in, and he proceeds to ask him,

11  and a few inmates refused.

12     Q.   Including initially Mr. Esparza?

13     A.   No, he told the officers that somebody was

14  in the shower.

15     Q.   Right.

16     A.   And the officer looked in the shower.

17     Q.   How did the officer not see you?

18     A.   I pressed myself up against the shower

19  wall where the nozzle is.  And he looked in and he

20  didn't see me.

21     Q.   Right.  So you hid from the officer?

22     A.   Yes, sir.

23     Q.   Because you wanted to ambush Mr. Esparza?

24     A.   Yes.

25     Q.   Because Mr. Esparza owed you the $900 for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2960

1  the drug?

2      A.   I was an SNM member and I didn't want to

3  allow somebody outside the SNM to burn the SNM, make

4  me look weak.

5      Q.   But when you first met with the FBI, you

6  said you were not an SNM member.

7      A.   Denied it.

8      Q.   Okay.  Pardon me?

9      A.   I denied it.

10     Q.   And this is after you decided to cooperate

11  with the United States?

12     A.   That's correct.

13     Q.   And when you sat down with them, you told

14  them you were going to be truthful?

15     A.   I did.

16     Q.   And you told the prosecutors and the FBI

17  agents who were interviewing you that other people

18  took responsibility for this crime?

19     A.   Yes.

20     Q.   And that was Arturo Garcia and Juanito

21  Mendez?

22     A.   Yes, sir.

23     Q.   Now, these are the guards coming in to

24  check to see if the shower is clear, and he checks

25  on Mr. Esparza's request, and that's where you hid

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   from him?

 2       A.   Yes.

 3       Q.   And would you agree with me that the one

 4   deputy exits the pod and the other deputy goes to

 5   get Mr. Esparza to bring him to the shower?

 6       A.   Yes, I would.

 7       Q.   And you were lying in wait in the shower.

 8       A.   I was.

 9       Q.   And you were armed with a shank.

10       A.   Armed with a shank.

11       Q.   And you knew that you wanted to harm Mr.

12   Esparza?

13       A.   Yes, sir.

14       Q.   That was your full intention?

15       A.   You don't do it otherwise.

16       Q.   And that's because you didn't want to look

17   weak?

18       A.   That's the mentality of the SNM.

19       Q.   Well, that was your mentality.

20       A.   That's the mentality that was ingrained in

21   me through the SNM.

22       Q.   Well, pause that for a second.  So that's

23   you stabbing Mr. Esparza repeatedly?

24       A.   Correct.

25       Q.   As soon as they opened the stall, you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1    jumped him.

 2         A.   I grabbed him in a head lock and began

 3    stabbing him in the stomach area.

 4         Q.   And Mr. Esparza was still handcuffed

 5    behind his back?

 6         A.   That's correct.

 7         Q.   So he can do very little to protect

 8    himself.

 9         A.   That's the purpose behind it.

10         Q.   And the officers who were there both ran

11    out.

12         A.   Yes, they did.

13         Q.   And left you free to assault Mr. Esparza?

14         A.   Yes, sir.

15         Q.   Which you took full advantage of?

16         A.   As the video will show.

17         Q.   Go ahead and play it.

18              (Tape played.)

19         Q.   So this is you still stabbing him

20    repeatedly; correct?

21         A.   That's correct.  I think the handle broke

22    at this time.  That's why I was trying to pull the

23    icepick out of the handle to begin stabbing him,

24    which is the plain icepick.

25         Q.   In fairness to Mr. Esparza, he put up a

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    pretty good fight for being handcuffed behind his

2    back.

3        A.   Yes, he did.  He was begging me to stop at

4    the time.

5        Q.   But you didn't?

6        A.   That was not the purpose.

7        Q.   Well, the purpose is just to assault him

8    and shank him.  You got that accomplished pretty

9    quickly.

10       A.   You're not understanding the mentality of

11   the SNM.  I was an SNM member.  You know I got

12   criticized for this?

13       Q.   Let's talk about that mentality --

14       A.   Right.

15       Q.   -- because you had that mentality long

16   before you were ever purportedly an SNM member.

17       A.   This is the first time I attacked someone

18   with the intention of killing them.

19       Q.   But you had that mentality to attack

20   somebody long before you had even entered the

21   Department of Corrections.

22       A.   No.

23       Q.   So when you assaulted that young man in

24   the jail over a period of days --

25       A.   That's my -- I thought you were intending



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    before my incarceration period.  But yes.

2         Q.   Okay.  So you had that mentality.

3         A.   Not the killer mentality, but yes.

4         Q.   Okay.  Now Mr. Esparza has escaped and

5    you're sort of -- pause it for a second at 1012 at

6    934311218.  Mr. Esparza has escaped temporarily.

7         A.   That's correct.

8         Q.   And you're behind the staircase and behind

9    the column and you're essentially regrouping?

10        A.   No.

11        Q.   What's happening?  You let him go and

12   you're scouting him out for the second wave of the

13   attack.

14        A.   No.  They're shooting at me and they're

15   dispersing shotgun rounds.  And that's the reason

16   why I let him go.  They shot me in the leg with

17   rubber bullets.  I let him go because I thought it

18   was a live round.  It ripped open my shorts.  And

19   I'm hiding behind a pole, because they're continuing

20   to shoot at me.

21        Q.   But once you saw a way to get back to Mr.

22   Esparza, you took advantage of it?

23        A.   I knew I had to.

24        Q.   So the bullets weren't going to stop you?

25        A.   No, not at that point.

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

2965

1      Q.   Play it.

2           (Tape played.)

3      Q.   So you're running for cover back there.

4      A.   I'm just waiting to see them reload the

5  shotgun.

6      Q.   That's you?

7      A.   They're reloading the shotgun at the

8  moment.

9      Q.   And now this white gas coming in -- that's

10  the OC pepper spray?

11     A.   That's a tear gas canister, yes.

12     Q.   And they're trying to tear gas you?

13     A.   Yes.

14     Q.   And the only thing Mr. Esparza can do to

15  defend himself is try to get the rail --

16     A.   Yes.

17     Q.   -- of the staircase between you and he?

18     A.   And I'm paying attention to the COs

19  lowering the shotguns in the bubble.

20     Q.   So you're making sure -- you're seeing how

21  much more time you have.

22     A.   I'm trying to get him away as soon as --

23  get him off the rail before they begin shooting

24  again.

25     Q.   Right.  You're trying to get under cover.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

2966

```
 1        A.    That's correct.

 2        Q.    And Mr. Esparza is doing quite a good job

 3   of making sure he stays out in the open where you're

 4   vulnerable.

 5        A.    Yes, I think he was trying to go up the

 6   stairs.

 7        Q.    To get away from you?

 8        A.    Yes.

 9        Q.    Let's play.

10              (Tape played.)

11        Q.    And this is the tear gas coming into the

12   facility?

13        A.    Yes, it is.

14        Q.    Or into the whole pod indiscriminately; is

15   that correct?

16        A.    That's the purpose of it, yes.

17        Q.    At this point, the guards aren't entering

18   the pod?

19        A.    No.  They're at the front door and in the

20   bubble.

21        Q.    And they're sort of teaming up ready to

22   enter?

23        A.    No, they do not enter at situations like

24   this.

25        Q.    They're not --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2967

```
1        A.    Not at PNM North facility.

2        Q.    They're going to let it play out?

3        A.    They let it play out until the inmates

4   give up.

5        Q.    So they would let you kill him.

6        A.    Exactly.  This is one of the only

7   facilities that they will not enter like that.

8        Q.    And that's just part of the prison

9   culture?

10       A.    It's the prison culture.  This facility is

11  the most violent of the violent individuals in the

12  state of New Mexico.

13       Q.    This Level 6?

14       A.    Level 6, North facility, PNM South.  It's

15  the most violent individuals.

16            MR. VILLA:  Objection, lack of foundation.

17            THE COURT:  Well, why don't you lay a

18  little foundation as to this?

19  BY MR. LOWRY:

20       Q.    Well, this is where the Department of

21  Corrections -- there are a couple of reasons people

22  end up at Level 6; correct?

23       A.    That's correct.

24       Q.    And one is:  In the old days, when you

25  were death-eligible, they would keep people on death
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2968

```
 1   row in Level 6.
 2        A.   I wouldn't know nothing about that.
 3        Q.   But the other reason, they would keep
 4   people who were serious violent offenders in Level
 5   6?
 6        A.   That's correct.
 7        Q.   And they'd also keep people in Level 6 who
 8   may be at risk of being harmed by other inmates?
 9        A.   Level 6 is due to -- it was conformed for
10   the SNM and violent offenders.
11             MR. VILLA:  Same objection to that last
12   line of testimony.
13        Q.   But there are other reasons you can be at
14   Level 6.
15        A.   Yes, there is.
16        Q.   And you could be at Level 6 --
17             THE COURT:  I'm going to allow the answer.
18   Go ahead.
19        Q.   You can be at Level 6 to protect your
20   safety.
21        A.   I think there's certain -- not this
22   facility right here.  This facility is for SNM, LC
23   members, and violent offenders, this unit.
24        Q.   Okay.  Play it.
25             (Tape played.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    But the whole room fills up with tear gas.

 2        A.    Yes, it does.

 3        Q.    So everybody in the room gets tear-gassed?

 4        A.    In the pod?  In their cells?

 5        Q.    Yes.

 6        A.    Yes.

 7        Q.    Not even that, not even your consideration

 8   for the other people in the cell will stop you?

 9        A.    Why would I have consideration for them?

10        Q.    That's my point.  You didn't, did you?

11        A.    No one has consideration for human life in

12   this facility.

13        Q.    Including you?

14        A.    Including me at this time, yes.

15              (Tape played.)

16        Q.    At this point, you're on the other side of

17   the staircase?

18        A.    Yes, sir.

19        Q.    Can we transfer over to Exhibit AK-5?

20              This is the same pod, different angle?

21        A.    Yes, it is.

22        Q.    Okay, I'm going to bypass.  Can you pull

23   it up?

24              (Tape played.)

25        Q.    This is the staircase just from a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  different angle, and this is after the room is

 2  completely filled with tear gas; right?

 3       A.   That's correct.

 4       Q.   Okay.  This is you.  Again, you're trying

 5  to bite Mr. Esparza's ear off.

 6       A.   I did.

 7       Q.   Okay.  Go forward.

 8            (Tape played.)

 9       Q.   And now you're trying to gouge his eyes

10  out?

11       A.   No, I'm trying to get him in a head lock

12  to pull him over the rail.

13       Q.   You had your fingers in his face?

14       A.   No, that was Alex Sosoya.

15       Q.   And so this goes on until about six to

16  eight guards come in with full gas masks?

17       A.   No.

18       Q.   No?  You just stopped?

19       A.   I stopped, yes.

20       Q.   On verbal commands after you finished,

21  after you tired out?

22       A.   No.

23       Q.   Why did you stop?  He wasn't dead.

24       A.   I thought he was dead.

25       Q.   Did you go back to your cell?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2971

```
 1        A.    No, I went to the front door with my hands

 2   in the air.  They told me to give them the weapon.

 3   I threw the weapon back into the tier.  And I

 4   proceeded to lay on the ground while they shot me

 5   with the shotgun in the back, and they opened the

 6   door and held me by the ankles and restrained me.

 7        Q.    Now, you told the FBI you weren't an SNM

 8   member at that time?

 9        A.    That's what I told them, yes.

10        Q.    So you lied to them --

11        A.    I did.

12        Q.    -- is what you're saying?

13        A.    They knew I was an SNM member.  It was

14   like, I guess, a running joke when I was denying it.

15        Q.    So that's how you treat the truth?  As a

16   running joke?

17        A.    They knew, I knew, we all knew.  It wasn't

18   like a secret.  You know what I mean?

19        Q.    Mr. Esparza never -- you never were

20   charged in that assault?

21        A.    I was not.

22        Q.    And he never said anything about it?

23        A.    To whom?

24        Q.    Anybody?

25        A.    Yeah, I believe he did.  He went to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  couple of my carnals and tried to repair his

2  relationship with the SNM and asked if it was okay

3  if he was to file a lawsuit against the Department

4  of Corrections.

5      Q.   But that didn't happen?

6      A.   They told him no.  They told him that he

7  wasn't able to file a lawsuit because he would have

8  to testify against me.

9      Q.   Well, I want to move on from the assault.

10 But the assault is a fair depiction of how you

11 were -- you know, your mentality.

12     A.   At that time?

13     Q.   Right.

14     A.   That was my proving moment for the SNM.

15 That was to let them know I was real; let them know

16 I was down to spill blood anytime, anywhere.

17     Q.   Your proving moment, then, you really

18 weren't an SNM member?

19     A.   No, I was an SNM member.  But you're not

20 really -- the problem with the SNM is, when they

21 recruit you, you --

22     Q.   But my question is:  You told the FBI you

23 weren't a member.

24     A.   I told them, yes.

25     Q.   You said that was a proving moment?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    That was the proving moment that I was

2    real, that I was going to spill blood any time.

3    Q.    Nobody knew you were real before?

4    A.    They doubt you a lot.  They recruit people

5    behind these doors, and --

6    Q.    My question -- let's just stick with my

7    questions.  Okay?

8    A.    What was your question?

9    Q.    And it was very simple, and you answered

10   it.  That was your proving moment?

11   A.    Yes, that I was a real SNM member.

12   Q.    You had to prove yourself?

13   A.    Yes.

14   Q.    Now, you met with the FBI -- you've

15   testified differently -- but at least three times,

16   four times, five times?

17   A.    I've been denying it, yes.

18   Q.    You've been denying how many times you met

19   with the FBI?

20   A.    That I was an SNM member?

21   Q.    No, I'm asking you how many times you met

22   with the FBI.

23   A.    I can't recall.  Total, there may be --

24   like Mr. Villa said, I recall three.  He recalled

25   more.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   Do you have to rely on Mr. Villa to
 2   understand how many times you met with the FBI?
 3        A.   You guys have the numbers more than I do.
 4        Q.   Well, you were there.
 5        A.   Yeah.
 6        Q.   So you're telling this jury your memory is
 7   that bad?
 8        A.   No, my memory is excellent.
 9        Q.   Then how many times did you meet with the
10   FBI?
11        A.   I cannot recall.
12        Q.   But during those meetings, you discussed
13   my client, Mr. Baca?
14        A.   Yes.  On a few of those meetings, yes.
15        Q.   And you understood Mr. Baca spent some
16   time out of the state of New Mexico in Nevada?
17        A.   Quite a bit, yes.
18        Q.   And he came back to New Mexico and was
19   housed in the Southern facility?
20        A.   He was housed at PNM North facility 1-A
21   before he was at Southern.
22        Q.   But ultimately he landed at Southern?
23        A.   Surprisingly, yes.
24        Q.   And when he got there -- I mean, I believe
25   you told the FBI that the SNM has always been very
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   political?
 2        A.   From me entering the SNM, it's always been
 3   very political, yes.
 4        Q.   And when he arrived at Southern in 2008,
 5   that didn't change, did it?
 6        A.   It did.  He started --
 7        Q.   It was still political, is my question.
 8        A.   Behind him, yes, his politics at that
 9   time.
10        Q.   Not everybody agreed with Mr. Baca's
11   politics?
12        A.   There was rumors.  I couldn't say
13   firsthand.  I wasn't there.  But there was rumors.
14        Q.   And he had a disagreement with one inmate,
15   Jeffrey Madrid?
16        A.   Yes, he did.
17        Q.   And he's actually -- the SNM members had
18   expected Mr. Baca to kill Mr. Madrid because Mr.
19   Madrid had disrespected him?
20        A.   He requested two inmates to kill Jeffrey
21   Madrid.
22        Q.   No, my question to you is:  The SNM
23   members expected Mr. Baca to kill Mr. Madrid because
24   he had disrespected Mr. Baca?
25        A.   I don't know if he disrespected him.  I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2976

```
 1  just know that he called for the murder of Jeffrey
 2  Madrid.
 3       Q.   But the SNM wanted to kill Mr. Baca.
 4       A.   The SNM?
 5       Q.   Right.
 6       A.   Or Pup?
 7       Q.   The people at Southern wanted to hurt Mr.
 8  Baca.
 9       A.   I do not know.
10       Q.   You don't?
11       A.   No.
12       Q.   Okay.  I thought you met with the FBI and
13  you told them that two SNM members wanted to kill
14  Mr. Baca.  Benjamin Clark; correct?
15       A.   And who was the second one?  BB.
16       Q.   Correct.
17       A.   Javier Rubio?
18       Q.   Bear with me for a second.
19       A.   Okay.
20       Q.   Actually, Benjamin Clark and Roy Martinez,
21  according to your statements to the FBI.
22       A.   Yes, I heard the rumor that Roy Martinez
23  wanted to, and then I think --
24            MS. ARMIJO:  Your Honor, I'm going to
25  object to rumors and foundation.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2977

```
 1        Q.   I didn't ask you for a rumor.  He didn't
 2   say it was a rumor.  When you talked to the FBI --
 3             THE COURT:  Why don't you lay a
 4   foundation, because at times it did look like it
 5   might have been.
 6             MR. LOWRY:  Sure.
 7   BY MR. LOWRY:
 8        Q.   You spoke with the FBI on this -- the
 9   statement that you couldn't remember the November
10   1st --
11        A.   Right.
12        Q.   -- 2017 statement.  And they asked you
13   about the SNM.
14        A.   They did.
15        Q.   And you told them at page 2 of your
16   report -- or pardon me, at page 6 of the 11 pages of
17   the report -- that you explained to the FBI, and at
18   this point this was, I believe, Special Agent Nancy
19   Stemo?
20             MS. ARMIJO:  Your Honor, can we have a
21   Bates stamp?
22             MR. LOWRY:  Sure.  31664.
23             MS. ARMIJO:  All right.
24   BY MR. LOWRY:
25        Q.   -- that Benjamin Clark and Roy Martinez
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2978

1  wanted to kill --

2            MS. ARMIJO:  Objection, foundation.

3            THE COURT:  Lay a foundation for this

4  information.

5            MR. LOWRY:  Okay.

6  BY MR. LOWRY:

7       Q.   Well, the folks at Southern anticipated

8  this disagreement between Mr. Baca and Jeffrey

9  Madrid to spill over into violence; correct?

10      A.   Due to his request of --

11      Q.   No, it's really simple.

12      A.   It's not --

13      Q.   Yes or no?

14      A.   I don't think it's a simple --

15      Q.   Ms. Armijo can work with this on redirect.

16      A.   Okay.

17      Q.   The question is that membership expected

18  that relationship to spill over into violence.

19      A.   Yes.

20      Q.   And it didn't?

21      A.   Did not.

22      Q.   Because Mr. Baca squashed it, in your

23  words?

24      A.   Because he didn't want to go to Level 6,

25  he squashed it.

 

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    So he said, "No violence"?
 2        A.    I guess he shook hands and hugged, and
 3   whatever.
 4        Q.    Right.
 5        A.    Yeah.
 6        Q.    And because of that, Mr. Baca was kited
 7   out to Level 6?
 8             MS. ARMIJO:  Objection, foundation.
 9             THE COURT:  Lay a foundation how he's
10   going to know that.
11   BY MR. LOWRY:
12        Q.    Well, I believe you said at one point you
13   were in Level 6 with Mr. Baca?
14        A.    Right.
15        Q.    In 2011?
16        A.    In X pod, yes.
17        Q.    And so you knew how he got to Level 6 --
18             MR. LOWRY:  May the record reflect that
19   he's looking at the prosecution table?
20        A.    I don't know what's going on.
21             MR. LOWRY:  May the record reflect he's
22   looking at the prosecution table again for an
23   answer?
24             MS. ARMIJO:  I'm standing up to object,
25   Your Honor.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2980

```
1          THE COURT:  Hold on.  The jury will make
2   its own inference.  Let's not comment on it.  They
3   can decide what's going on here.
4          Do you have an objection, Ms. Armijo?
5          I think you're going to have to ask if he
6   has personal knowledge of these questions before I
7   allow him to answer them.
8   BY MR. LOWRY:
9     Q.   Do you have personal knowledge of how Mr.
10  Baca got to Level 6?
11    A.   Yes, I do.
12    Q.   And that's because, would you agree with
13  me, the people that were living in Southern didn't
14  want him there?
15    A.   That's what Anthony Baca told me, yes.
16         MS. ARMIJO:  Objection, Your Honor.  Now
17  it's self-serving hearsay.
18         MR. LOWRY:  I didn't elicit hearsay.  He
19  said he had personal knowledge.
20         THE COURT:  Well, if it came from
21  Mr. Baca, then I strike it from the record.  The
22  jury will ignore that answer.
23  BY MR. LOWRY:
24    Q.   My question is:  Do you have personal
25  knowledge about why he was sent to Level 6?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1          A.   I guess not, no.

 2          Q.   But you knew he was at Level 6?

 3          A.   Yes.  I lived with him.

 4          Q.   Because he was no longer at Southern?

 5          A.   I lived with him at Level 6; correct.

 6          Q.   Now, there was always dissension within

 7     the SNM on the politic side of things?

 8          A.   Is that a question?

 9          Q.   It is.  You would agree with me that there

10     was always political dissension?

11          A.   Yeah, there's politics.

12          Q.   And you even told the FBI the second time

13     you met them, on November 1st, you told Agent Stemo

14     that for as long as you've known the SNM, things

15     have been very political and there's a lot

16     infighting?

17          A.   There is.

18          Q.   So not everybody gets along?

19          A.   As in life, no.

20          Q.   Okay.  I want to move on and talk to you

21     about the Molina allegations.

22          A.   Okay.

23          Q.   You told the FBI when you met with them

24     that Mr. Baca and Javier Molina were friends?

25          A.   I don't recall that, but --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You don't recall that?

2      A.    No.

3      Q.    You said Mr. Baca liked Mr. Molina?

4      A.    I never got his personal, I guess,

5   relationship to him, but I guess I would assume so.

6   They lived together.

7      Q.    And you told the FBI that Mr. Molina

8   agreed with Mr. Baca's politics?

9      A.    Do you have that?

10     Q.    I do.

11           MR. LOWRY:  May I approach, Your Honor?

12           THE COURT:  You may.

13   BY MR. LOWRY:

14     Q.    I'm looking at page -- right here you

15   said, "Mr. Baca liked Molina"?

16     A.    Because -- can you continue?

17     Q.    "Because Molina bought into the proposed

18   changes."  Baca liked Molina?

19     A.    Can you read the whole paragraph to me?

20     Q.    Sure.

21     A.    That started from the other page.

22           THE COURT:  I tell you what, Mr. Lowry.

23   Can we do this after the break?  We've been going

24   for a while.

25           MR. LOWRY:  Certainly.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Let's be in recess for about
 2   15 minutes.  All rise.
 3              (The jury left the courtroom.)
 4              THE COURT:  All right.  We'll be in recess
 5   for about 15 minutes.
 6              MR. VILLA:  Your Honor, you want do this
 7   after -- Mr. Candelaria, from the federal public
 8   defenders, has been coming in and out.  I believe he
 9   represents Mario Montoya.  So we would ask he be
10   excluded under the rule, as well.  I think he might
11   be in the hallway at this point.
12              THE COURT:  All right.  Tell him to step
13   in here when he's not here.  Probably with
14   Mr. Candelaria, I'll just give him -- get a
15   representation that he's not going to be a conduit
16   and talk to his client about what's being done here
17   in the courtroom.
18              MR. VILLA:  Yes, Your Honor.
19              THE COURT:  All right.  We'll see y'all in
20   about 15 minutes.
21              (The Court stood in recess.)
22              THE COURT:  All right.  Let's go on the
23   record.  Is Mr. Candelaria there?  Why don't you see
24   if he's out there.
25              Refresh my memory who Mr. Candelaria
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  represents?

2          MS. DUNCAN:  Mario Montoya, Your Honor.

3          THE COURT:  While we're waiting, anything

4  we need to discuss before we bring the jury in?

5          MS. DUNCAN:  Your Honor, I can raise

6  something quickly.  This issue of cooperators'

7  lawyers going in and out of the courtroom quite a

8  bit.  I saw Marcia Milner yesterday, but I didn't

9  want to interrupt the proceedings to draw it to the

10  Court's attention.  I'm not sure how we should

11  proceed.  She represents Roy Martinez.

12          THE COURT:  If y'all have any law on this

13  to exclude attorneys, I've not had that experience

14  or problem.  I think with people like from the

15  public defender's office, if they make a

16  representation they're not going to be a conduit, I

17  think I can rely on that.  But if y'all have got

18  some law that I ought to be excluding attorneys, I'd

19  be glad to take a look at it.  I just haven't done

20  that in the past.  With our bar, I usually know the

21  lawyers and can take their word for it.

22          MS. DUNCAN:  We have a specific reason to

23  deviate from that, but even for Ms. Milner, I would

24  want you to caution her.

25          THE COURT:  I'd be glad to do it.  Anybody

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   you want me to.  I excluded one attorney.  But I

2   couldn't figure out what she was doing here after

3   her client testified.  So there was no specific

4   reason there.

5           MS. ARMIJO:  I think there is reason after

6   their clients testify, because for sentencing

7   purposes, they want to know what the Court has seen

8   about their client.  Mr. Urquizo's name is going to

9   come up over and over again.

10          THE COURT:  But Urquizo had already

11  testified.

12          MS. ARMIJO:  Correct.  But I think his

13  name and testimony about him will still continue.

14          THE COURT:  Well, I'm not going to

15  probably pay for all the attorneys to sit in the

16  back of the courtroom here.  So I'm going to monitor

17  that.

18          MS. ARMIJO:  Oh, and that's a different

19  issue.

20          THE COURT:  So I'm going to -- I'll be a

21  little bit lenient, but I'm not going to have

22  everyone in this case sitting in the back of the

23  courtroom and billing for it.

24          Is he out there?

25          MR. MICKENDROW:  We're checking to see if

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2986

1  he's in the courtroom next door, Your Honor.  But he

2  was not in the hallway.

3          THE COURT:  All right.  Anything else?

4  All rise.

5          (The jury entered the courtroom.)

6          THE COURT:  All right.  Everyone be

7  seated.

8          All right, Mr. Rodriguez, I'll remind you

9  that you're still under oath.

10          THE WITNESS:  Yes, sir.

11          THE COURT:  Mr. Lowry, if you wish to

12  continue your cross-examination of Mr. Rodriguez,

13  you may do so at this time.

14          MR. LOWRY:  I do, Your Honor.

15          THE COURT:  Mr. Lowry.

16  BY MR. LOWRY:

17      Q.   Mr. Rodriguez, I want to step back for a

18  second and just revisit the Esparza video that we

19  just saw.

20      A.   Okay.

21      Q.   So you never were charged criminally with

22  that?

23      A.   No, I was not.

24      Q.   And the folks over here at the United

25  States table -- they didn't charge you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2987

```
 1        A.    No, they did not.

 2        Q.    And they could have?

 3              MS. ARMIJO:  Objection, foundation.

 4              THE COURT:  Why don't you ask if he knows

 5   the charges?

 6   BY MR. LOWRY:

 7        Q.    Do you know whether they could have?

 8        A.    I do not know.

 9        Q.    Do you know that it's a crime to lie to

10   the FBI?

11        A.    I'm sure it is, yes.

12        Q.    Did you get charged with lying to the FBI?

13        A.    No, I have not.

14        Q.    Now, you had mentioned that you had lived

15   at Level 6 and had met Mr. Baca there in 2011?

16        A.    That's correct.

17              MR. LOWRY:  And Your Honor, I believe that

18   the United States agrees that we can admit Exhibit

19   V-25?

20              THE COURT:  Any objection, Ms. Armijo?

21              MS. ARMIJO:  Oh, yes.  No objection.

22              THE COURT:  Any objection from any

23   defendant?

24              MR. VILLA:  No, Your Honor.

25              THE COURT:  All right.  Not hearing any
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  objection, Defendants' Exhibit V-25 will be admitted
 2  into evidence.
 3              (Defendants' Exhibit V-25 admitted.)
 4              MR. LOWRY:  Okay.  May I approach, Your
 5  Honor?
 6              THE COURT:  You may.
 7  BY MR. LOWRY:
 8      Q.   Mr. Rodriguez, I'm just going to ask you
 9  to read this to yourself.
10      A.   Okay.  I want to start it at page 4,
11  because it's not a full paragraph.
12      Q.   Let's just read it silently to yourself.
13  It's right there, three lines.
14              MS. ARMIJO:  May I have a reference?
15      Q.   Mr. Rodriguez, I'm going to ask you a very
16  simple yes-or-no question.  You told the FBI that
17  Baca liked Molina.
18      A.   I don't think I could answer that question
19  without the whole paragraph being read.
20      Q.   But you did say Baca liked Molina?
21      A.   For certain reasons, yes.
22      Q.   And you also told the FBI that if Baca had
23  been living in Southern, that he could have stopped
24  or would have stopped the Molina murder?
25      A.   I think --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2989

```
 1              MS. ARMIJO:  Objection, foundation.
 2      Q.   You spoke with the FBI on November -- on
 3 October 24, 2007; correct?
 4      A.   2007?
 5      Q.   2017, pardon me.
 6      A.   Come on, man.
 7      Q.   Come on.
 8              THE COURT:  I'll let him answer the
 9 question yes as to whether he told the FBI.  But if
10 he's going to testify about that --
11              MR. LOWRY:  That's all I'm asking, is a
12 yes-or-no question.  I'm not trying to get the
13 editorialization that the witness loves to add.
14 BY MR. LOWRY:
15      Q.   These are simple questions, yes or no,
16 Mr. Rodriguez.
17      A.   You have to read the whole paragraph.
18      Q.   I don't have to read the paragraph.
19      A.   I can't answer the question.
20      Q.   So you don't remember?
21      A.   Read it.
22      Q.   Do you remember talking to the FBI on
23 October 24, 2017?
24      A.   Yes.
25      Q.   Do you remember talking to them about how
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2990

```
 1   Mr. Molina died?

 2        A.   How he was killed?

 3        Q.   Yes.

 4        A.   Yes.

 5        Q.   Do you remember telling them that Baca

 6   would have stopped the hit if he'd have been at

 7   Southern New Mexico Correctional Facility?

 8        A.   Can you read the whole paragraph?

 9        Q.   It's a yes-or-no question, Mr. Rodriguez.

10        A.   That's part of the paragraph -- the

11   statement that I made, yes.

12        Q.   Did you make that statement?

13        A.   I did.

14        Q.   Okay.  Let's talk about the Julian Romero

15   allegations.  You had mentioned Gerald Archuleta in

16   your testimony with Mr. Villa?

17        A.   That's correct.

18        Q.   And you knew Mr. Archuleta.

19        A.   Yes, I did.

20        Q.   And you've written to Mr. Archuleta.

21        A.   I've written to him before, yes.

22        Q.   And you knew that Julian Romero had stole

23   Gerald Archuleta's wife, for lack of a better way to

24   say it?

25        A.   I don't know all the details, but yes, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2991

 1  know -- I'm aware of the situation.

 2       Q.   And you knew that Mr. Archuleta wanted Mr.

 3  Romero killed?

 4       A.   I don't know firsthand, but that's -- I

 5  can't say I was given that firsthand.  But through

 6  SNM bylaws, yes, that Styx would want him killed,

 7  yes.

 8       Q.   Well, that's just not SNM bylaws; it's a

 9  bit of human nature that's -- from time immemorial,

10  people don't like it when somebody steals their

11  wife, do they?

12       A.   But you don't go and kill them.

13       Q.   Well --

14       A.   That's SNM bylaws.  You're not supposed to

15  mess with other people's women.

16       Q.   Well, let's talk about the SNM bylaws for

17  a second.  The SNM bylaws were that you owed

18  everybody a duty of loyalty; correct?

19       A.   Correct.

20       Q.   And you told the FBI you knew that

21  Benjamin Clark wanted to kill Mr. Baca?

22            MS. ARMIJO:  Objection, calls for hearsay.

23            MR. LOWRY:  This doesn't call for hearsay.

24  That's what he testified to.

25            THE COURT:  This is not being admitted for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the purposes of hearsay.  It's just to find out
 2   whether he told that to the FBI.  So --
 3        A.   I believe I told --
 4             THE COURT:  Hold on --
 5             THE WITNESS:  I'm sorry.
 6             THE COURT:  The jury cannot consider this
 7   statement for the truth of the matter.  All right.
 8             Mr. Lowry?
 9   BY MR. LOWRY:
10        Q.   And that would violate SNM bylaws.
11        A.   Can you ask me the question again?  What
12   would violate the SNM bylaws?
13        Q.   Disloyalty.
14        A.   Yes.
15        Q.   But nobody did anything to Benjamin Clark.
16        A.   Those are SNM politics.
17        Q.   Those are --
18        A.   If the right person would have got ahold
19   of that information --
20        Q.   I'm just asking you a simple question.
21        A.   The simple questions don't have simple
22   answers.
23        Q.   Well, you can explain it later with Ms.
24   Armijo.
25        A.   Okay.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2993

```
 1        Q.    But my question was simple.  You knew that
 2  Mr. Archuleta, Gerald Archuleta, wanted Mr. Romero
 3  killed.
 4        A.    Yes.  The SNM wanted Julian Romero killed.
 5  Yes.
 6        Q.    My question is very simple.  Please don't
 7  complicate it.  You knew that Mr. Archuleta wanted
 8  Mr. Romero killed.
 9        A.    That's correct.
10        Q.    And you thought that the beating he got
11  was too light?
12        A.    That's correct.
13        Q.    You thought he should be sliced or cut
14  with a razor?
15        A.    Razor blade, yes, at the least.
16        Q.    So you thought Mr. Romero got off easy?
17        A.    According to the SNM rules, yes, he got
18  off easy.
19        Q.    According to you.
20        A.    I'm an SNM member, yes.
21        Q.    According to Mario Rodriguez?
22        A.    Amongst other SNM members, yes, that's
23  correct.
24        Q.    Do you stand ever by yourself?
25        A.    I have not.  I've been an SNM member and a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   gang member all my life.

2        Q.   So you have no independence?

3        A.   This is the first time in my life I'm

4   taking on that opportunity.

5        Q.   Truth be told, you weren't an SNM member

6   your whole life, were you?

7        A.   No, but I was a gang member all my life,

8   which I just told you.

9        Q.   And you started off your testimony with

10  something that was pretty curious to me.  You said

11  you are an SNM member.

12       A.   I am.

13       Q.   But you can't be.

14       A.   Well, I'm no longer an SNM.  I guess I'm a

15  SNM fucking drop-out, I guess.

16       Q.   So that's my point.

17       A.   Yeah.

18       Q.   It's pretty binary.  This is my point I've

19  been driving at.  It is binary.  It's yes or no.

20       A.   What is yes or no?

21       Q.   You're not an SNM member.

22       A.   No, I'm no longer an SNM member.

23       Q.   So when you got on the stand and you said,

24  "I am an SNM member," that wasn't entirely correct,

25  was it?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2995

1      A.   Well, I still look at myself as SNM, you

2  know.  Everyone looks at me as SNM, still.  Even the

3  Department of Corrections still looks at me as SNM.

4      Q.   Well, you are a former --

5      A.   A former member.

6      Q.   You believe you're a former; you're not

7  SNM.

8      A.   Maybe it's just habit that when I'm

9  telling you that I'm an SNM member, that that's what

10 I was, and this is all new to me.  I barely decided

11 to cooperate October 24.  So sorry if I still think

12 I'm an SNM member.

13     Q.   Now, we talked about this briefly, but you

14 debriefed with the FBI, the prosecution, a number of

15 times.  So you can't remember how many, if I

16 understood your testimony correctly.

17     A.   I can give you a rough number, around

18 maybe three to five, maybe, if you guys want a

19 number.  I couldn't give you have the dates.  And

20 even when you mentioned October 24 and November 1st,

21 I get them confused.

22     Q.   Okay.  But you know from your study of the

23 tablet everything about this case; correct?

24     A.   About what case?

25     Q.   This case, all the discovery.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2996

1       A.    Which one are we talking about?

2       Q.    Well --

3       A.    Because there's a lot of cases involving.

4       Q.    Let's talk about the allegations against

5  Mr. Baca for the Gregg Marcantel.

6       A.    Yes, I was present during those times,

7  yes.

8       Q.    But my point is:  You studied the tablets;

9  correct?

10      A.    I went through them.  I reviewed them.

11      Q.    And you listened to all the audio

12  recordings on the tablets?

13      A.    Skipped through them.

14      Q.    You skipped through them?

15      A.    Yeah.  I didn't listen to full ones

16  completely.  I was looking for if members were

17  talking about other members.

18      Q.    But when you met with the FBI on October

19  24, you didn't tell them anything about the

20  allegations that are on the table about Mr.

21  Marcantel?

22      A.    No, I didn't.  I don't think we got around

23  to it, which I told them I knew specific things, but

24  I thought they were going to ask me about it, and I

25  never got into it.  There was so much to talk about

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   with the Molina.

 2        Q.   And even the second time you sat down with

 3   them in January to report, you said you might have

 4   heard about it, but you had no details?

 5        A.   No, I heard about it.  I didn't have

 6   intimate details, but I stayed away from that case.

 7        Q.   Right.  Because you thought it was stupid?

 8        A.   I thought it was pretty stupid, yes.

 9        Q.   Now, my point is:  In the final debrief

10   you had with the FBI you said, "Hey, I can tell you

11   about that."

12             You talked about specific conversations

13   you had with Mr. Baca.

14        A.   That's correct.

15        Q.   But you told the FBI that all of those

16   conversations happened out in the recreation yard?

17        A.   In the first two handball cages, I think

18   it was one conversation, yes.

19        Q.   By the time of that third debrief, you

20   understood from your review of the tablet for two

21   years that that was the only place where Mr. Baca

22   wasn't being recorded?

23        A.   No, I did not know he was recorded.  Oh,

24   are you talking about after I read the tablet?

25        Q.   Correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

2998

1     A.   Well, yeah.  I think there was no other

2   places we could speak when we weren't being

3   recorded.

4     Q.   You're aware that there are recordings of

5   you talking to Mr. Baca.

6     A.   There is, yes.

7     Q.   On your direct testimony, it seemed like

8   you implied that there was no way out of SNM until

9   the FBI asked you to cooperate.

10    A.   I never seen a real opportunity to get

11  out.

12    Q.   But you could have gone into the RPP

13  Program?

14    A.   I could have, yeah.

15    Q.   And you could have just knocked on the

16  door and said, "Hey, I want to PC"?

17    A.   At the time that the RPP Program was going

18  on, I was being charged at the state level on the

19  Molina case, you know.  And you've got to remember

20  the way you guys painted have me is the way the

21  Department of Corrections used me, as well.

22    Q.   I'm not painting you.  I just asked a

23  simple question.

24    A.   I would have stayed in solitary

25  confinement for the rest of my sentence, because

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  they wouldn't have let me out.

2       Q.   But there were ways out, is my point.

3       A.   They're not as easy as you make them seem

4  to be.

5       Q.   Well, and there's also another way out

6  that you told the FBI about, is there was a

7  religious exception for folks that were members that

8  would say, "Due to my religious beliefs, I'm

9  dropping out"?

10      A.   Those guys, that's not -- I don't know.  I

11 don't -- there's a way you can go religion, yeah.

12 You can.  You still live around the SNM, though.

13      Q.   Well, you didn't have to.  You could have

14 gone into the RPP Program or you could have gone

15 into PC.  There are ways out.  You just didn't like

16 exercising them.  Isn't that true?

17      A.   This is the only opportunity I have to get

18 completely out and can never go back.

19      Q.   So this is the only opportunity you have

20 to avoid being charged with crimes like the Esparza

21 crime.

22      A.   I think the timelines for the Esparza

23 crimes are up, unless I was charged with RICO

24 overlaps.

25      Q.   And you could be.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I still could be.  I think that's what the
 2   5K protects me from, though.
 3        Q.   And that's a benefit you get with your
 4   cooperation.
 5        A.   Exactly.
 6        Q.   And that's something you want.  You want
 7   those benefits, don't you?
 8        A.   At the time, I have never really cared
 9   about --
10        Q.   You want the benefits today?
11        A.   Today?
12        Q.   Today.
13        A.   Since Mr. Villa made it out in the open
14   that I may get two years, yeah, I would enjoy that.
15        Q.   Now, one other question I had about your
16   comments about the SNM.  You said that the SNM had
17   never been able to tax other inmates for drug
18   distribution.
19        A.   Is that a question?
20        Q.   Yeah.  You told the FBI that the SNM
21   didn't tax anybody for bringing drugs inside a
22   facility.
23        A.   Again, is that a question?  It sounds like
24   a statement.
25        Q.   It is.  Did you tell the FBI that the SNM
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   was never able to tax other inmates involved in drug
 2   sales?
 3        A.   They didn't necessarily tax, that it was
 4   never a really coming to you and telling you, "Hey,
 5   you're going to live here and you're going to pay
 6   taxes."
 7        Q.   Do you remember the FBI asking you this
 8   simple question?  Has the SNM ever been able to tax
 9   other inmates involved in drug sales?
10        A.   I think I remember that, yes.
11        Q.   And you answered no?
12        A.   No.  Yes.
13        Q.   They were never able to.
14        A.   They were able to, but not in the form of
15   taxes like you're alleging.
16        Q.   I didn't allege it.  It's the FBI's
17   question.
18        A.   Yeah.
19        Q.   So Mr. Rodriguez, you didn't opt to leave
20   the SNM until -- you could have opted for the PC,
21   protective custody; correct?
22        A.   No.
23        Q.   You could have opted for protective
24   custody.
25        A.   According to who?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3002

```
 1        Q.   According to knocking on the door and say,
 2   "I need to get out of here."
 3        A.   It wasn't in my interests.
 4        Q.   That's my point.  It wasn't in your
 5   interests until you could reduce your prison
 6   exposure to get out.
 7        A.   Until I seen that the discovery made a lot
 8   of these individuals living the life that they
 9   portrayed when they weren't living it to the fullest
10   extent that I was.  That's why I left.
11        Q.   You could have gotten out with a religious
12   exemption?
13        A.   You got to remember, I was in the SNM 100
14   percent.
15        Q.   You could have gotten out with the RPP
16   Program?
17        A.   That's not my mentality.
18        Q.   Your mentality is to get the benefits?
19        A.   My mentality is:  I'm in 100 percent or
20   I'm not in at all.  If I'm going to read the Bible,
21   I'm going to be a chaplain and be 100 percent.
22   Anything I do, there is no half-stepping with me.  I
23   made the decision to be completely loyal to the SNM,
24   and I did the best I could be.  And changing my life
25   now, I have no opportunity but to go forward and
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3003

```
 1   commit myself 100 percent to my cooperation and

 2   changing my life.  That's my mentality.  So going to

 3   RPP around and --

 4        Q.   Mr. Rodriguez, let me just ask you a

 5   simple question.  You said you're in 100 percent or

 6   you're in zero?

 7        A.   Exactly.

 8        Q.   Okay.  On October 24, you made a decision

 9   to talk with the FBI.

10        A.   I did.

11        Q.   You lied to them, didn't you?

12        A.   According to you, yes.

13        Q.   According to you?

14        A.   Yes, I did.  I lied to them.

15             MR. LOWRY:  No further questions, Your

16   Honor.

17             THE COURT:  Thank you, Mr. Lowry.

18             Ms. Jacks, do you have cross-examination

19   of Mr. Rodriguez?

20             MS. JACKS:  I do.

21             THE COURT:  Thank you, Ms. Jacks.

22                  CROSS-EXAMINATION

23   BY MS. JACKS:

24        Q.   Mr. Rodriguez, I'm going to pick up where

25   Mr. Lowry left off, because I'm just a little bit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3004

```
 1  confused.

 2       A.   Okay.

 3       Q.   Yesterday you told us on direct

 4  examination that you were SNM?

 5       A.   Yes, ma'am.

 6       Q.   Right.  I'm not misunderstanding that

 7  testimony, am I?

 8       A.   I believe I told the FBI on Saturday I

 9  was, as well.

10       Q.   Okay.  But that's not what you told the

11  FBI back on October 24 of 2017, when you're saying

12  you first made the decision to become a Government

13  witness.

14       A.   That's correct.

15       Q.   Back on October 24 you told the FBI --

16  sorry.  I've just got to get kind of organized here.

17  You told the FBI that back in 2005 the SNM attempted

18  to recruit you?

19       A.   Yes.

20       Q.   Right.  And that was -- you had done

21  something; right?  Do you remember what you'd done?

22       A.   In 2005?

23       Q.   Yeah.

24       A.   What did I do?

25       Q.   You'd assaulted a correctional officer.
```



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                        (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

3005

1       A.   Oh, yes.

2       Q.   And after that assault -- you told the FBI

3   that after that assault, the FBI -- excuse me, the

4   SNM had tried to recruit you.

5       A.   Right.   That was --

6       Q.   And you never really heard what happened,

7   but you'd heard a rumor that you'd been shot down

8   for some reason.

9       A.   That's correct.

10      Q.   And I'm assuming the rumor that you'd been

11   shot down was based on the fact that there was some

12   question about the charges that you were imprisoned

13   on.

14      A.   I can assume that.

15      Q.   Okay.   Well, they were charges of criminal

16   sexual penetration; right?

17      A.   Two counts.

18      Q.   Rape on another inmate at a county jail?

19      A.   That's correct.

20      Q.   And so it was your thought back in 2005

21   that they shot you down because people that commit

22   rapes aren't supposed to be admitted into prison

23   gangs?

24      A.   Yes.   They didn't know the full extent of

25   the charge at that time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And then what you told the FBI back in
2  October of 2017 was that at some point after that,
3  you got moved to another pod where there were Los
4  Carnales prison gang members?
5      A.   There was three Los Carnales prison gang
6  members and two SNM members.
7      Q.   And that the Los Carnales members tried to
8  recruit you to join their prison gang?
9      A.   No.
10     Q.   You didn't tell that to the FBI back in
11  October?
12     A.   I told them a friend named Joseph
13  Sifuentes was pushing me to get schooling from
14  Diablo, from Los Carnales, and asking Diablo to, I
15  guess, teach me things.  But no, they never came out
16  and recruited me.
17     Q.   Did you tell the FBI on October 24 of 2017
18  that, "Gang members, first name unknown, last name
19  unknown, but known as Diablo" --
20     A.   Right.
21     Q.   "Tyson, last name unknown, and a gang
22  member named Alf" were living with you in a pod?
23     A.   That's correct.
24     Q.   And that they were associated with the Los
25  Carnales prison gang?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    That's correct.

 2        Q.    And did you tell them that your friend

 3   Joseph Sifuentes, also known as Snuffy, started

 4   pushing you to join the Los Carnales?

 5        A.    That's false.  That's a misinterpretation

 6   of that.

 7        Q.    Let's just be clear.  Did you tell that to

 8   the FBI on October 24, 2017?

 9        A.    No.

10        Q.    Okay.  Have you reviewed -- had an

11   opportunity to review some of the reports the FBI

12   has written regarding your statements?

13        A.    Which day is that?  From October 24?

14        Q.    October 24.

15        A.    That's the one that I skimmed through.

16        Q.    So you did have a chance to review it?

17        A.    That's correct.

18        Q.    And when you reviewed it, did you make a

19   correction?  Did you see that statement, first of

20   all, the statement that Joseph Sifuentes, also known

21   as Snuffy, started pushing you to join the Los

22   Carnales?

23        A.    It's Snorty.

24        Q.    Not Snuffy?

25        A.    As you can see, you know what I mean,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   there are mistakes in there.
 2        Q.   Did you review that report?
 3        A.   How long is that report?  I think 11
 4   pages?  I think it has a number on the top corner,
 5   doesn't it?
 6        Q.   That report is nine pages.
 7        A.   I think I skimmed through that one.
 8        Q.   Did you make any corrections to that part
 9   of the report?
10        A.   I did not.
11        Q.   But your testimony today is that the FBI
12   got it wrong?
13        A.   Yes.
14        Q.   That they got the name of the guy wrong?
15   It was not Snuffy, it was --
16        A.   Snorty.
17        Q.   -- Snorty.  And they got it wrong that he
18   pushed you to join the Los Carnales?
19        A.   He was pushing me to speak to Diablo and
20   Alf and Tyson in order to get schooling from him,
21   because he was close to Diablo.
22        Q.   The report actually attributes two things
23   to the person that you're saying is known as Snorty,
24   that he started pushing you to join the Los
25   Carnales.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    Not join.

2        Q.    That's wrong?

3        A.    Yes.

4        Q.    But the part where he said he wanted you

5  to talk to Diablo about how to make shanks -- that's

6  right?

7        A.    Not how to make shanks at that time, no.

8  Diablo taught me to make shanks later.

9        Q.    Was Snorty asking you to talk to Diablo?

10       A.    Pushing me in that direction.

11       Q.    To get that schooling?

12       A.    Eventually, yes, I believe so.

13       Q.    So part of that statement is wrong,

14  according to you, and part of it is right?

15       A.    Yes.

16       Q.    Did you tell the FBI back on October 24

17  that you were never voted into the SNM?

18       A.    I believe -- October 24?

19       Q.    Yes.

20       A.    Yes, I was denying I was an SNM member.

21       Q.    Did you tell them you never actually

22  earned your bones?

23       A.    That's what I told them, yes.

24       Q.    Did you also tell them that what happened

25  was that some people that you were housed with,

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                                 1-800-669-9492
                                                          e-mail: info@litsupport.com



3010

1  specifically Robert Martinez, Lupe Urquizo, and

2  David Calbert, started just calling you carnal?

3       A.   I told them that -- I think in that one --

4  read the first part you told me before.

5       Q.   Did you tell them that Robert Martinez,

6  Lupe Urquizo, and David Calbert just started calling

7  you carnal?

8       A.   No.  I said David Calbert in the yard one

9  day was calling me carnal out of nowhere, and I

10  didn't shut him down because I don't want to be

11  disrespectful.  Because the minute you shut down,

12  and you say, "Hey, I'm not your carnal," it comes

13  off as you're being hateful to the SNM.  So I just

14  let it go.

15       Q.   So what you told him back on October 24

16  was that you started being called a name or called a

17  term that would be used to refer to other SNM

18  members?

19       A.   I think that interview is before I

20  debriefed; right?

21       Q.   Well, that's October 24 --

22       A.   Right.  Is that after I signed the

23  Kastigar?

24       Q.   I think that's the day you did.

25       A.   Yeah, I think prior to that, I was denying

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   that.  That's why that may be in there.
 2        Q.   Let's just answer the question.  And the
 3   question is:  Did you tell them that David Calbert
 4   just started calling you "carnal," and that you
 5   never corrected him?
 6        A.   That's correct.
 7        Q.   Okay.  Now is that the truth or a lie?
 8        A.   That was the truth.  He did start calling
 9   me carnal out of nowhere.
10        Q.   And were you truthful to the FBI on
11   October 24, 2017, when you told them that you were
12   never voted in, or earned your bones, or were
13   officially in the SNM?
14        A.   That was a lie.
15        Q.   So you lied to the FBI on October 24?
16        A.   Yes, ma'am, I did.
17        Q.   Now, you're aware, as I think it was
18   brought out in the last line of questioning, that
19   that's actually a crime:  Lying to the FBI?
20        A.   I guess I'll be getting an indictment,
21   huh?
22        Q.   People have gone to jail.  Martha Stewart
23   went to jail for that.
24        A.   Looks like I'm already there, ma'am.
25        Q.   So I want to talk to you a little bit
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3012

```
 1   about Javier Molina, okay?  Because shortly -- you
 2   moved to Southern New Mexico Correctional Facility
 3   sometime in December of 2013?
 4        A.   I believe so.
 5        Q.   Do I have that right?
 6        A.   That sounds about correct.
 7        Q.   And shortly after you moved there, you
 8   wanted Mr. Molina killed, didn't you?
 9        A.   I wanted Efrain Martinez and Timothy
10   Martinez to assault him, yes.
11        Q.   You actually wanted him killed, didn't
12   you?
13        A.   I told them to go beat him up.
14        Q.   Did you tell the FBI on October 24, 2017,
15   that after you were moved to the Southern New Mexico
16   Correctional Facility, you were high on meth and
17   tried to get Molina hit?
18        A.   That's correct.
19        Q.   At that point, what was your issue with
20   Molina?
21        A.   I had known that the paperwork was on its
22   way, and I would -- I got high on meth, and me and
23   him got into an argument.
24        Q.   Over what?
25        A.   I think it was over -- I was up for four
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3013

```
 1   days, and I thought people were talking shit about
 2   me.
 3        Q.   So you knew, based on your conversations
 4   with other people -- it was in your mind that you
 5   thought he was a rat?
 6        A.   I knew he was a rat.
 7        Q.   And then you were using drugs and getting
 8   paranoid.  Meth makes you paranoid; right?
 9        A.   Exactly.
10        Q.   You were up for four or five days, I think
11   you said?
12        A.   I was up for a total of five days.
13        Q.   And you thought he had done something
14   to -- flesh it out for me.  So what did he do?
15        A.   Well, you start hallucinating.  And I was
16   up for five days.  And I was at my door watching him
17   and watching another individual named Dale Chavez.
18   And I was just thinking that they were saying,
19   "We're going to get him later.  We're going to get
20   him."
21             I told them, "Come to my fucking door.
22   Come get me."  Opened my door.  He comes.  "What are
23   you tripping on?"
24             I told him, "I'm tripping on you."
25             And I had a weapon in my hand.  And I told
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   him, "Open my door."

2          He told me, "God bless you," and he walked

3   away.

4          Then I started hollering at the other

5   carnals, "That's not a real SNM member, that fucker

6   is a sissy.  I'm a real SNM member."

7          And he locked down in his room.  That was

8   it.  And then I started tripping on Jerry Montoya

9   while he was in his room.

10      Q.   Let me stop you there, because I think you

11  answered the question.  I can't let you go on.

12      A.   Okay.

13      Q.   The point is that after that situation

14  happened, you tried to get Efrain Martinez and

15  Timothy Martinez to kill or hit Molina for you;

16  right?

17      A.   Assault him, yes.

18      Q.   And that was based on your perception that

19  somehow he had it out for you, at least in part.

20      A.   I was -- yeah, I was hallucinating.

21      Q.   And also in part on your perception that

22  he was -- or your thought that he was a rat?

23      A.   I was told he was a rat, yes.

24      Q.   And Efrain Martinez and Timothy Martinez

25  said, "We're not doing this unless you show us some

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1    kind of paperwork."

2         A.    Efrain Martinez sent me a letter, said

3    that, "I'm not going to fuck up my career, so I need

4    to see the paperwork first."

5         Q.    Now, I want to talk to you a little bit

6    about Daniel Sanchez.

7         A.    Okay.

8         Q.    I think you said, based on your testimony

9    yesterday, you actually knew him before you got

10   transferred to Southern in December of 2013?

11        A.    Very well.

12        Q.    And when you got down there to Housing

13   Unit 1-AB pod, he was there?

14        A.    Yes.

15        Q.    When you got down there, you heard --

16   you'd heard from other inmates that he'd had some

17   sort of conflict with Javier Molina and Timothy

18   Martinez?

19        A.    Yes.

20        Q.    Like over a handball game or something?

21        A.    Do you want me to elaborate?

22        Q.    Did you hear that he had a conflict with

23   him about something that happened in the rec yard?

24        A.    I did hear that.

25        Q.    And that instead of physically acting out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   on that conflict, that Mr. Sanchez had talked it

2   out, talked the issue out with him, and had resolved

3   it through talking?

4        A.   No.

5        Q.   Did you believe that the way that you were

6   told Mr. Sanchez handled that conflict made him look

7   weak?

8        A.   The way --

9             MS. ARMIJO:  Objection.  Calls for hearsay

10  and foundation.

11            THE COURT:  Well, I think this is more his

12  thoughts, so his state of mind.  So I'll allow it.

13  Overruled.

14  BY MS. JACKS:

15       Q.   Do you understand the question?

16       A.   Go ahead and do it again.

17       Q.   Yeah.  You heard some stuff about Mr.

18  Sanchez and this conflict with Molina and Timothy

19  Martinez?

20       A.   Yes, I had.

21       Q.   And when you heard about it, and you heard

22  about how Mr. Sanchez handled it, did you think that

23  that made Mr. Sanchez look weak?

24       A.    I didn't necessarily believe it at first.

25  You got to remember, Dan Dan was someone I looked up

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                         (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492
                                                       1-800-669-9492
                                                       e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3017

```
 1  to.

 2      Q.   Okay.  But my question is:  Did you think,

 3  in your mind, that if that's what he did, he looks

 4  weak?

 5      A.   I didn't even believe it at the time.  I

 6  just let it go as politics, and I didn't even go ask

 7  Timothy Martinez about it when I was told about it

 8  at that time.

 9      Q.   Let me just see if I can find -- was there

10  a situation that developed at Southern after you got

11  there where another -- the same inmate that you had

12  tried to get to help you kill Molina, Efrain

13  Martinez, pointed out an individual that he thought

14  was a drop-out, a PC, at a Level 4 prison?

15      A.   That's correct.  Hold on.  Will you

16  rephrase that?  Say it again?

17      Q.   I'm sorry?

18      A.   Ask me that question again.

19      Q.   I said:  After you got to Southern, did a

20  situation develop where another inmate, this guy,

21  Efrain Martinez --

22      A.   Right.

23      Q.   -- pointed out to you an individual who he

24  said had been a drop-out at a -- or PC inmate at

25  another prison?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3018

```
 1      A.   No.
 2      Q.   Was there somebody that Efrain pointed out
 3  as an individual who had gone into PC at a Level 4
 4  prison?
 5      A.   Daniel Sanchez pointed him out.
 6      Q.   Did you tell the FBI on October 24, 2017,
 7  that Efrain Martinez pointed him out?
 8      A.   That's incorrect.  That's a mistake in
 9  there.
10      Q.   So that's another mistake in that report
11  that you reviewed but didn't correct?
12      A.   Yes, ma'am.
13      Q.   Did you tell the FBI back on October 24,
14  2017, that Efrain Martinez wanted that inmate
15  stabbed?
16      A.   No.  Myself and Efrain wanted him stabbed.
17      Q.   So you admit that you wanted the guy
18  stabbed and Efrain Martinez wanted him stabbed?
19      A.   Exactly.
20      Q.   And that was because he had gone into
21  protective custody at another prison?
22      A.   That's because Daniel Sanchez told us he
23  did.
24      Q.   Let me go back for a second.  Daniel
25  Sanchez actually told you, "Don't stab him," didn't
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  he?

 2      A.    No, he did not.

 3      Q.    Did you tell the FBI on October 24, 2017,

 4  that Daniel Sanchez told you, told everyone, not to

 5  do anything to the guy?

 6      A.    We didn't have our weapons that day.

 7      Q.    That's not --

 8           MS. JACKS:  I move to strike the answer,

 9  Your Honor.

10           THE COURT:  It's nonresponsive, so I'll

11  strike the answer.

12           MS. JACKS:  Will the Court instruct the

13  witness to answer the question?

14           THE COURT:  Answer her questions.  And the

15  Government, if it wants to bring out further

16  information, can do that.

17           THE WITNESS:  Okay.  I keep forgetting

18  that the Government is going to talk to me after

19  you.

20           Go ahead.

21           THE COURT:  Ms. Jacks.

22  BY MS. JACKS:

23      Q.    There is a question pending that hasn't

24  been answered.

25      A.    Go ahead and ask it again.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3020

1      Q.   Do you want me to ask it again?

2      A.   Yes, ma'am, please.

3      Q.   Did you tell the FBI that Mr. Sanchez told

4 everyone not to do anything?

5      A.   Yes.

6      Q.   And when that happened, did that make

7 Sanchez look weak in your eyes?

8      A.   Yes.

9      Q.   And did you also believe it made him look

10 weak in the eyes of other people who were identified

11 as SNM Gang members in that pod?

12     A.   Yes.  They came to me after.

13     Q.   They actually came to you?

14     A.   They came to me, complaining about him.

15     Q.   And given what I think you've told us,

16 that you're 100 percent down and dedicated or were

17 100 percent down and dedicated --

18     A.   That's correct.

19     Q.   -- to the SNM, that's a particular offense

20 to you?

21     A.   That's why you're supposed to be the

22 carnal, and say, "Hey, let it go.  Leave him alone.

23 Let it go.  It's all good."

24     Q.   And when Mr. Sanchez refused to do

25 something about that inmate that you and Efrain

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Martinez wanted hit, what did you do?

2        A.    We stopped in the dog run and told him he

3   had to leave, myself and Daniel Sanchez.

4        Q.    Actually, you did it, didn't you?

5        A.    I stopped and Daniel Sanchez stood next to

6   me, and we told him that he needs to leave.

7        Q.    Did you tell the FBI on October 24, 2017,

8   that you took it upon yourself to threaten that

9   individual?

10        A.    Exactly.

11        Q.    And did you tell the FBI back on October

12   24, 2017, that when you took it upon yourself to

13   threaten that individual, he then asked for

14   protective custody again?

15        A.    Yes, he left.

16        Q.    I was trying to take notes yesterday when

17   you were testifying, and there was a lot you went

18   through in terms of the timing about what happened

19   on March 6 and 7, 2014.  So what I thought we'd do

20   is go over it again.  And I'm going to write it down

21   and make sure I get it right.  Okay?

22        A.    Okay.

23        Q.    So I want to step through it piece by

24   piece.  So let's just start with -- I'm going to put

25   the date March 6, 2014.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Okay.

2      Q.   Okay?  That's where I want to start.  And

3    that's the date that Lupe Urquizo got to Southern

4    New Mexico Correctional Facility; right?

5      A.   Right.

6      Q.   Okay.  So let's start there.  And he's

7    actually walked into unit 1-A and is taken to yellow

8    pod; right?

9      A.   That's correct.

10     Q.   And if you -- if I recall your testimony

11   correctly, I think you said that you had some

12   communication with him right at that time as he was

13   escorted into yellow pod.

14     A.   Yes.  At the front door or the emergency

15   door?

16     Q.   Well, let's do -- because there are two

17   times that you communicated with him; right?  Or at

18   least two times that day.

19     A.   We'll find out when you start asking me.

20     Q.   So let's say when he arrives at unit 1-A.

21     A.   Okay.

22     Q.   So that would be where you saw him through

23   the pod door of blue pod; right?

24     A.   The front door, yes.

25     Q.   The one that has a window?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                       1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                   e-mail: info@litsupport.com

3023

```
 1        A.    Yes, ma'am.

 2        Q.    So we have Lupe Urquizo arriving at unit

 3   1-A?

 4        A.    Correct.

 5        Q.    And approximately what time did that occur

 6   on March 6?

 7        A.    I couldn't give you the exact time, but

 8   approximately -- I want to say it would have to be

 9   after 12:00.

10        Q.    So after 12:00 noon?

11        A.    They were coming from Santa Fe on a

12   transport.  They usually leave early.  So it's

13   around three or four hours.

14        Q.    So when do you have lunch?

15        A.    Lunch is about 11:30.

16        Q.    So it was sometime after lunch that you

17   saw him outside the pod door of blue pod?

18        A.    It had to be after 12:00 because we go in

19   for 11:00 count.

20        Q.    Is it okay if I put after 12:00 noon?

21        A.    Yes.

22        Q.    That works?

23        A.    That will work.

24        Q.    Okay.  So then there was -- I think you

25   testified the next communication, or the next time
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3024

1    you had some sort of interaction with him, was at

2    the emergency door between blue pod and yellow pod.

3        A.   That's correct.

4        Q.   And if I got you right, you said that you

5    actually knew he was coming, and you had a note

6    ready and you slid it under the door.

7        A.   That's correct.

8        Q.   So that's the next thing I want to talk

9    about.  I'm going to use "MR" for you and "LU" for

10   him, so I don't have to write it out every time.

11       A.   Okay.

12       Q.   So Mario Rodriguez slides the first note

13   under the door to Lupe Urquizo?

14       A.   That's correct.

15       Q.   Okay.  About what time was that?

16       A.   It was right after he came to the pod.

17       Q.   So --

18       A.   The front door, seconds.

19       Q.   Within minutes of the first interaction?

20   So can we say somewhere between 12:00 and 12:15,

21   something like that, or 15 minutes after he comes

22   in?

23       A.   No, not 15 minutes.  Almost instantly

24   after.

25       Q.   Two minutes?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.    Seconds.

2       Q.    Immediately?

3       A.    Seconds, because you're going to

4    orientation.  They're going to lock you down.

5       Q.    Let's do this.  I'll label the first one

6    1.  Okay?

7       A.    Okay.

8       Q.    And the second one 2, and we'll say number

9    2 happened seconds after one; right?

10      A.    Yes.

11      Q.    We're in agreement?

12      A.    Yes, ma'am.

13      Q.    And then I think you said that Mr. Urquizo

14   at some point later that day managed to have

15   somebody else slide a note back to you?

16      A.    That's correct.

17      Q.    And the person that you say slid the note

18   back was who?

19      A.    I think it was Carlos Herrera.

20      Q.    You think?  Do you know?  I mean, I don't

21   want you to guess if you don't know.

22      A.    I'm pretty sure it was Carlos.

23      Q.    Maybe what we should do is say that Lupe

24   slid a note back to you through some third party?

25      A.    Yes.



SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Because he was locked down; right?  He was

2   in orientation?

3      A.   Yes, ma'am.

4      Q.   So number 3.  So I wrote there Lupe

5   Urquizo passes a note to Mario Rodriguez by a third

6   party.  I'm going to put "under the door" because

7   that's under the same door that you passed number 2;

8   right?

9      A.   Where everything goes through, yes.

10     Q.   When did that happen, according to you?

11     A.   It had to be sometime during the same day

12  that he arrived.

13     Q.   There were some other things that you

14  talked about.  I think you talked about a visit to

15  the yard somewhere around -- a visit to the yard

16  that you didn't go to, but other people went to

17  sometime around 3:00 p.m.?

18     A.   That was the next day.

19     Q.   The visit to the yard was the next day?

20     A.   Yes, ma'am.

21     Q.   Okay.  So I'm trying to think what -- is

22  there a count at 4:00 every day?

23     A.   Every day.

24     Q.   And is there dinner at some point?

25     A.   Dinner is right when the count opens.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




3027

```
 1   think it's 4:00.  So we eat in our cells.
 2        Q.   Is this note, this number 3, the note that
 3   Lupe Urquizo passed to you -- is that before or
 4   after dinner, if you know?
 5        A.   Number 2 or 3?
 6        Q.   Number 3.  That's the one we still don't
 7   have a time on.
 8        A.   Oh, the circled numbers.  That would have
 9   to be before dinner.  Yeah, before dinner.
10        Q.   And so what happens is:  You get locked
11   down for count at about 4:00 in the afternoon, and
12   then you get dinner while you're locked down?
13        A.   I think so.
14        Q.   So before 4:00 p.m.?  Are we good with
15   that?
16        A.   Yeah.
17        Q.   All right.  So I put before 4:00 p.m.;
18   before 4:00 p.m. count.  Why don't we do that?
19        A.   Okay.
20        Q.   All right.  And then if I recall your
21   testimony correctly, I think you said in response to
22   that note you were able to pass a second note to Mr.
23   Urquizo?
24        A.   I responded to his note that he sent me.
25        Q.   So I'm going to say, "Under the same
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    door"?

2        A.    Under the same door, yes.

3        Q.    And again, Mr. Urquizo at this point, at

4    least based on your knowledge of the prison system,

5    would have been locked in his cell?

6        A.    Orientation.

7        Q.    So did that also go through some sort of

8    third party?

9        A.    That's correct.

10       Q.    And when did -- when is it that you say

11   you passed that note back to Mr. Urquizo?

12       A.    Once I was done responding to his letter,

13   once I read his letter, then I wrote it out.  So

14   it's before.

15       Q.    So was that also before the 4:00 p.m.

16   count?

17       A.    Yes, ma'am.

18       Q.    All right.  So all this, all of this

19   happened before the 4:00 p.m. count?

20       A.    I'm pretty sure it did, yes.

21       Q.    And do you have any concept, in terms of

22   what you're telling us, the time between the note in

23   number 3 and the note in number 4?  Was it 10

24   minutes?  Two hours?  What is your --

25       A.    I didn't have my stopwatch at the time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   But as long as it takes you to read and respond, so

2   not very long.

3        Q.   I'm leaving it up to you to tell us.

4        A.   Not very long.  I can't give you an exact

5   number.

6        Q.   Can you give us an approximate time

7   period?  I mean, was it under an hour?  Over an

8   hour?

9        A.   I don't think it takes that long to write.

10  So maybe 15, 20 minutes.

11       Q.   Okay.  So I'm going to put --

12       A.   Under 15 minutes.

13       Q.   I'm going to add to number 4 here, "Under

14  15 minutes from number 3."  "Less than 15 minutes

15  from number 3."  In other words, you responded --

16  according to what you're saying, you responded to

17  him in 15 minutes or less.

18       A.   Right.

19       Q.   Does that make sense?  Did I get that

20  right?

21       A.   I don't know if it's right, but it

22  sounds --

23       Q.   What I'm trying to communicate -- if you

24  want me to write something else, I will.  But you're

25  saying that less than 15 minutes after number 3, you

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                       1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3030

 1   passed the note that we're calling note 4?

 2        A.   Yes.

 3        Q.   All right.  Now, did anything else happen

 4   in terms of you, in terms of what you're saying you

 5   communicated with Mr. Urquizo on March 6?

 6        A.   I believe I spoke to Dan a couple times,

 7   and -- in between these letters?

 8        Q.   I mean, you did other things.  You went on

 9   living your life; right?

10        A.   In between these letters?

11        Q.   I'm just asking anything of significance

12   with respect to what you're saying about -- let me

13   go back.  No paperwork was passed, according to you,

14   right, that night?

15        A.   Not at this time, no.

16        Q.   And you didn't have any further

17   communication with Mr. Urquizo that night.

18        A.   After that one, after I responded?

19        Q.   Right.

20        A.   No.

21        Q.   And you didn't get any more notes,

22   according to you, from him that night.

23        A.   I don't recall, no.

24        Q.   Well, that's two different things, isn't

25   it?  Either you don't recall, or you didn't?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3031

1      A.   I would recall if I did.  I didn't.

2      Q.   Okay.  So no further notes from him?

3      A.   No.

4      Q.   So can we go to March 7?  I'll leave a

5 little space in case we come up with something.

6      A.   All right.

7      Q.   And March 7, if my notes are good, I think

8 that you testified yesterday that you went to the

9 yard.

10      A.   Yes.

11      Q.   And if I'm remembering correctly, while

12 you were waiting to go out to yard is when you had

13 some sort of communication through the pod door of

14 yellow pod.

15      A.   That's correct.

16      Q.   And approximately what time was that?

17      A.   I'm trying to remember back to when we

18 used to go to the gym.  It has to be sometime in the

19 morning, before lunch.

20      Q.   So I noted on this exhibit you went to the

21 yard.  And on the way you talked through the yellow

22 pod main door.

23      A.   That's correct.

24      Q.   Okay.  And it was sometime before lunch.

25      A.   Sometime in the morning between -- I think

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3032

```
1   we go out for an hour, so it would be maybe 9:00.
2   9:00.  10:00.
3        Q.   What time is lunch?
4        A.   11:00, 11:30.
5        Q.   All right.  So I mean, I don't want to --
6   you said you know it's before lunch; right?
7        A.   Right.
8        Q.   And when you said 9:00 or 10:00, you're
9   kind of guessing; right?
10       A.   Yeah, I'm kind of guessing.  Because I
11  don't remember the routine there.
12       Q.   Is it okay if we just put "sometime before
13  lunch"?
14       A.   Yes, ma'am.
15       Q.   And lunch is at 11:00 or 11:30 a.m.  Are
16  we in agreement about that?
17       A.   Yes.
18       Q.   All right.  Then if I recall your
19  testimony, what you're saying is that you came back
20  from yard?
21       A.   Yes.
22       Q.   And sometime after you came back from
23  yard, according to you there was paperwork passed
24  under that same door we've been talking about.
25       A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   The door that adjoins the two pods?

2      A.   That's correct.

3      Q.   So is that -- did that happen after you

4   came back from yard?

5      A.   I think it happened after count.

6      Q.   Okay.  And what time -- I mean, there is

7   counts many times a day; right?

8      A.   Yeah.  It's after the lunch count.

9      Q.   Okay.  And so when is the lunch count?

10     A.   So it would have to be 11:00 to 12:00.

11     Q.   From 11:00 to 12:00 is the lunch count?

12     A.   Yes, ma'am.

13     Q.   So everybody is locked in their cells at

14   that point?

15     A.   Everybody except for the individuals on

16   orientation.

17     Q.   They get to come out at that time?

18     A.   They get a shower, and then they lock them

19   back down.

20     Q.   And you're testifying about that -- that's

21   just sort of the regular routine that you remember?

22     A.   Yes, ma'am.

23     Q.   So why don't -- so the next thing is this

24   paperwork.  What can we call that door between the

25   two pods?  Is it an emergency door?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    Emergency door.   Emergency conjoining

2    door.

3    Q.    All right.   So you -- and you're actually

4    there to receive the paperwork when it's passed,

5    according to you.

6    A.    I do.

7    Q.    Were you with anybody?

8    A.    At that time, no.

9    Q.    Were you with Timothy Martinez?

10   A.    Timothy was at work.   No.

11   Q.    So the stuff comes sliding under the door,

12   and you're the one that gets it, and you're there by

13   yourself.

14   A.    I'm there by myself at that time, yes.

15   Q.    And that's after the lunch count?

16   A.    That's after the lunch count.

17   Q.    And what time -- can we put a time on it,

18   or do we just want to say that sometime after the

19   lunch count, which generally ends at noon?

20   A.    What are we putting a number on?

21   Q.    On when you actually physically supposedly

22   take this paperwork?

23   A.    Yes, sometime after the lunch count.

24   Q.    Which ends at noon?

25   A.    Right.   It had to be before the phone

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   yard, so it's probably right after the 12:00 count.

2          Q.   What time is phone yard?

3          A.   Phone yard, I think, is -- because we go

4   into count again at 4:00.  It has to be -- phone

5   yard is, like, maybe 2:30, 3:00 to 4:00, something

6   like that.  It has to be.  Because we go straight

7   from phone yard -- they alternate the schedules.

8   One day we go to phone yard, the next pod goes to

9   phone yard.  So it's complicated when you want the

10  routine down.  So it has to be 3:00 to 4:00 that

11  day.

12         Q.   Let me see if I can flesh this out a bit

13  more before we add this to the chart.

14         A.   Okay.

15         Q.   I think what you said yesterday -- I might

16  be wrong; correct me, if I'm wrong.  I think what

17  you said yesterday is that you actually did not go

18  to phone yard that day.

19         A.   I did not.

20         Q.   And the reason you did not go to phone

21  yard, based on your testimony, is that that was when

22  you were making shanks.

23         A.   That's correct.

24         Q.   So your recollection, based at least on

25  your testimony yesterday, was phone yard.

SANTA FE OFFICE                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                 Albuquerque, NM 87102
(505) 989-4949                                                                     (505) 843-9494
FAX (505) 820-6349                                                                 FAX (505) 843-9492
                                                                                   1-800-669-9492

BEAN &ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE                                                                  e-mail: info@litsupport.com

3036

```
 1        A.   Yes, yes.

 2        Q.   What I'm going to do -- I'm going to skip

 3   down -- we're going to put that on there.  But

 4   something happened.  A couple things happened,

 5   according to what you're telling us, between the

 6   time you got the paperwork and the time people went

 7   out for phone yard; right?

 8        A.   That's correct, yes.

 9        Q.   So one of the things you said was that the

10   paperwork was passed back.

11        A.   I passed it back, yes.

12        Q.   And another thing that you told us was

13   that you took a piece from Rudy Perez' walker?

14        A.   That's correct.

15        Q.   So which happened first?  Did you pass the

16   paperwork back, or did you take a piece from the

17   walker?

18        A.   The paperwork went back first.

19        Q.   Okay.  So let's put that on next.

20        A.   Okay.

21        Q.   Again, was that you that physically passed

22   the paperwork back?

23        A.   Yes.

24        Q.   And was anybody else involved in that?

25        A.   Not the initial holding the paperwork.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3037

```
 1  But Dan Sanchez was with me at the time, yes.

 2       Q.   When you passed it back?

 3       A.   Yes.

 4       Q.   So I'm going to refer to him as DS.  Okay?

 5       A.   Okay.

 6       Q.   Paperwork is passed back.  You're actually

 7  physically doing it, but you're saying that Dan

 8  Sanchez was there?

 9       A.   That's correct.

10       Q.   Can you give us a time on that?

11       A.   What was the timing that we put -- hold

12  on.  What was the time that we put that the

13  paperwork came through?  After?  12:00.

14       Q.   We put it came out after lunch --

15       A.   Okay.

16       Q.   -- which ends at noon?

17       A.   So the paperwork -- probably read it very

18  quickly and instantly took it back.  So it has to be

19  another 15 minutes.

20       Q.   All right.  So 15 minutes from the entry?

21       A.   From when I received it to when I returned

22  it, 15 minutes or less.

23       Q.   So I put, "About 15 minutes or less from

24  the above entry," meaning when you got it.

25       A.   Correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3038

```
 1        Q.    And then the next thing of significance
 2   that you testified about yesterday was when you took
 3   a piece from Mr. Perez' walker; right?
 4        A.    Yes.
 5        Q.    Because that was before phone yard.  We're
 6   going to get phone yard on here.
 7        A.    Before phone yard.
 8        Q.    Okay.  I'm going to put that you, Mario
 9   Rodriguez, physically took piece from walker and you
10   put it in your hamper; right?  In your cell?
11        A.    Yes.
12        Q.    You did that immediately?
13        A.    After taking it out of Rudy Perez' house,
14   yes, I put it in the hamper.
15        Q.    Okay.  So what time are we going to put
16   for that?
17        A.    Maybe getting closer, around maybe 1:00.
18   Because there was a little bit going on in between
19   that.  3:00 and 4:00.
20        Q.    I just want to look back.  Because I think
21   that you testified yesterday that this event -- that
22   that event happened somewhere around 2:00 or 2:30.
23   And I guess I just want to draw your attention to
24   that before we assign a time to this, if you're
25   reevaluating after thinking about it closer.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.    No, I'm not reevaluating it.  I'm thinking

2  about what happened in between 3:00 and 4:00, and

3  how long it took for that to take place.

4      Q.    Right.

5      A.    So I'm trying to -- once it gets to 2:30,

6  everything will become tightened up.

7      Q.    How would it help if we just started and

8  put the phone yard on there at 2:30?  Or when is

9  phone yard?

10      A.    See, when the wheelchair program comes

11  back, the phone yard comes in, and we instantly go

12  to lockdown.

13      Q.    So it's timed so that when people get back

14  from working at the wheelchair program, the people

15  that weren't working are coming in from phone yard?

16      A.    Like maybe 10 to 15 minutes to get your

17  shit together, and then go to lockdown so --

18      Q.    And that's a 4:00 p.m. lockdown?

19      A.    Yes.  So you go to phone yard, you want to

20  leave something, an hour, hour and a half, so you

21  go -- I'm saying --

22      Q.    You've got to be back around at least

23  3:45?

24      A.    Exactly, exactly.

25      Q.    So that would mean you would go to phone

SANTA FE OFFICE                                                              MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                    Albuquerque, NM 87102
(505) 989-4949                                                                    (505) 843-9494
FAX (505) 820-6349                                                    FAX (505) 843-9492
                                                                              1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3040

1  yard no later than 2:15, 2:30?

2       A.   Around that time, yes.

3       Q.   Let's go ahead and put that in.  Okay?

4       A.   Okay.

5       Q.   I'm going to the second page.  And we're

6  continuing -- this is March 7; right?

7       A.   Yes.

8       Q.   All right.  So we have phone yard.  And

9  that is 2:15, 2:30?

10      A.   Around, yes.  Around that.

11      Q.   And that's when you think that people are

12  let out to phone yard, and then they come back about

13  an hour and a half later?

14      A.    I was thinking -- no, because we go to

15  count at 4:00.  I think when I took the weapon was

16  around 2:30, something like that.  So you go into

17  count at 4:00 so you have to go out for an hour to

18  the phone yard, which is somewhere around 2:45;

19  right?

20      Q.   Okay.

21      A.   2:45 -- I'm not good at the math.  But

22  2:45, then you come back in about 3:45.

23      Q.   So let's change this phone yard and make

24  it 2:45; right?

25      A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   And then, now that we know, okay, that

2  phone yard was 2:45, I want to make one more

3  notation on that because you did not go to phone

4  yard that day.

5      A.   I did not.

6      Q.   So I'm going to put on there that you

7  stayed behind.

8      A.   Stayed behind.

9      Q.   And can we go back now and assign a time

10  to the one before that?

11      A.   The weapon?

12      Q.   Right.

13      A.   I think it's going to get tightened up

14  right here.

15      Q.   So if the phone yard was at 2:45, then

16  what time are we going to assign to when you

17  physically say that you took this piece from Mr.

18  Perez' walker and put it in the hamper?

19      A.   Around 2:30; 2:25, 2:30.

20      Q.   Sorry, I can't fit it all on one page.

21  All right.  So it's during the phone yard time that

22  you're saying you're making these weapons in your

23  cell?

24      A.   Prior to it and during it.

25      Q.   Okay.  So I'm just going to put that as a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3042

```
 1   notation.

 2        A.   Okay.

 3        Q.   That's your testimony, that before phone

 4   yard and during phone yard you were making shanks.

 5        A.   In between 2:30 and 2:45, I was in the

 6   process of breaking the shanks down, yes.

 7        Q.   Okay.  So you started almost immediately

 8   once you physically got it --

 9        A.   Yes.

10        Q.   -- is what you're telling us?

11        A.   Yes.

12        Q.   All right.  Now, the next significant

13   thing, I guess, is phone yard comes in, and then

14   there is the 4:00 p.m. lockdown?

15        A.   Wheelchair program comes in maybe five

16   minutes before them.

17        Q.   So wheelchair program comes in first, and

18   then phone yard?

19        A.   About five to ten minutes before phone

20   yard.

21        Q.   I made three entries because I think we

22   sort of talked about that.  Wheelchair program comes

23   in, the phone yard comes in, and then there is count

24   where everybody is locked down, followed by dinner.

25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3043

1    Q.   Okay.  So let's -- the wheelchair program

2 comes in, according to you, on March 7?

3    A.   Around -- about 3:45.

4    Q.   And that's significant, according to your

5 testimony, because that's when you say that you

6 talked to Timothy Martinez?

7    A.   Correct.

8    Q.   And that's when you say that you first

9 told Timothy Martinez that there is this plan to

10 kill Molina?

11    A.   That's correct.

12    Q.   And I'm going to add that under the

13 wheelchair program coming in, because -- did do you

14 that right when he came back?

15    A.   Yes, I was in my room with the curtain up,

16 and I heard the front door open.  I went to look at

17 the curtain.  I seen the wheelchair program coming

18 back.

19    Q.   Did you talk to Timothy Martinez

20 immediately?

21    A.   I opened my door, I had the CO open my

22 door, and I went to speak to him immediately.

23    Q.   So I added that Timothy Martinez speaks

24 with Mario Rodriguez.

25    A.   Okay.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And then the next thing is the phone yard

 2  comes in?

 3      A.   Yes.

 4      Q.   And that's what time?

 5      A.   Maybe like five minutes after.

 6      Q.   3:50, something like that?

 7      A.   They give you about a 10-minute window to

 8  take a shower or whatever you want to do before you

 9  go into the 4:00 count.

10      Q.   So would you be comfortable if I put

11  approximately 3:50 in the afternoon?

12      A.   Well, you're not going to get that exact

13  number, but around that time, yes.

14      Q.   About 3:50?

15      A.   Right.

16      Q.   And then lockdown for count, followed by

17  dinner in your cell?

18      A.   Right.

19      Q.   What time is the lockdown for count?

20      A.   I'm trying to remember.  It's 4:00.  I'm

21  trying to remember if they serve us our trays or at

22  5:00 we got our trays when we come out.  I don't

23  remember.

24      Q.   Well, I'll just put "dinner maybe in cell,

25  maybe not."

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3045

```
 1       A.   Right.  I think the setting we were in,
 2  the COs didn't like passing out the trays.  So it
 3  might have happened when we came out.
 4       Q.   I just put "may or may not be in cell"
 5  because we're talking about what you're saying.
 6       A.   Okay.
 7       Q.   All right.  And then it was -- I have a
 8  couple things I want to add.  So it was -- after the
 9  count, were you unlocked and was everybody released
10  out of their cell?
11       A.   At 5:00, yes.
12       Q.   So 5:00 p.m. cell doors open for everyone?
13       A.   Right.  Right.
14       Q.   So let's add that.  And was it after --
15  I'll put the time over here, too, just because
16  that's how we're doing it.  So it was after that,
17  after the cell doors open for everybody, that you
18  first talked -- that you're saying you first talked
19  to Jerry Montoya?
20       A.   No.
21       Q.   Oh, okay.  Correct me, then.  When did you
22  first talk to Jerry Montoya about needing to
23  participate?
24       A.   After I went upstairs and spoke to
25  Timothy, came back down and gave the weapon to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3046

1   Daniel and Jerry Armenta, and then I went and spoke

2   to Jerry Montoya.

3        Q.   So that was before the 4:00 p.m. lockdown?

4        A.   After.

5        Q.   After.  Okay.

6        A.   Yes, I had spoken to Timothy again.

7        Q.   Wait, because I think that's what I was

8   saying.  Maybe we just miscommunicated.

9        A.   What I'm getting at is, I'm trying to go

10  who I spoke to first, but you're saying who you

11  spoke to after count.  Yes, I spoke to him after

12  count.

13       Q.   Why don't we do it that way, then.  Doors

14  open at 5:00 p.m. and now everybody is free to move

15  around?

16       A.   That's correct.

17       Q.   And who are you saying that you spoke with

18  first?

19       A.   Timothy Martinez.

20       Q.   After count.

21       A.   Right.  I went to speak to him again.

22       Q.   So I put MR, Mario Rodriguez, talks to --

23  and let's just get the order.  Timothy Martinez.

24       A.   Right.

25       Q.   Jerry Montoya?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Jerry Armenta and Daniel Sanchez.

 2        Q.    And then?

 3        A.    Jerry Montoya.

 4        Q.    In that order?

 5        A.    Yes.

 6        Q.    So can I just number that?

 7        A.    Oh, yes.

 8        Q.    Because that all happened within a very

 9   short period of time.

10        A.    Very quickly, yes.

11        Q.    Then I think -- do you know the exact time

12   that the assault on Mr. Molina started?

13        A.    After the nurse left, you know, I think

14   that's when they were in yellow pod, so it had to be

15   around 5:18, 5:20, somewhere around there, when it

16   went into motions.

17        Q.    You're being really specific about it, and

18   I want to talk to you a second about how you know

19   that.  You've been asked a lot of questions about

20   viewing the discovery in your state case and in this

21   case; right?

22        A.    Right.

23        Q.    You were charged shortly after the Molina

24   homicide in some crimes related to that; right?

25        A.    That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3048

```
 1        Q.   When were you charged?  Do you remember?
 2   Was it March 2014?
 3        A.   Yes.
 4        Q.   So it was within the month you were
 5   charged; right?
 6        A.   I don't know.  I really don't know.  It
 7   was in March, though.  I believe -- that sounds
 8   correct.
 9        Q.   And since then, you've had access to
10   materials that relate to the prosecution of the
11   case?
12        A.   That's correct.
13        Q.   And so part of those materials -- do those
14   include the video of the assault on Mr. Molina?
15        A.   That's correct.
16        Q.   And you've watched that, I would assume,
17   hundreds of times?
18        A.   No.
19        Q.   Tens of times, scores of times?
20        A.   Maybe like maybe three or four times.
21        Q.   Just only three or four?
22        A.   I don't need to watch it.  I was there.
23        Q.   And there is a time stamp on that video;
24   right?
25        A.   I think it has military time?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    I think it does.

 2        A.    Right.

 3        Q.    And so when you were -- when you're saying

 4   the assault started around 5:18 --

 5        A.    Right.

 6        Q.    -- p.m., is that what you're relying on to

 7   give us that specific time?

 8        A.    I thought this is what we were doing right

 9   here.  This is helping be more specific based on the

10   5:00, how long it took me to go talk to Timothy,

11   Jerry, and Jerry Montoya.

12        Q.    Right.

13        A.    So I think the purpose of this is to get

14   specific, and that's what I'm going off.

15        Q.    Oh, it totally is.

16        A.    Okay.

17        Q.    But my point was that at 5:18, it's not

18   like you had a watch that you were timing when the

19   assault began.

20        A.    Right.

21        Q.    You know that time based on watching the

22   video.

23        A.    Exactly.

24        Q.    So I'm going to add that.  Okay.  So the

25   assault on Mr. Molina begins, and we're going to say
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    5:18 p.m.?

2         A.    Is it?  Is it actually?

3         Q.    Well, that was your recollection.

4         A.    Okay.  Yeah.

5         Q.    We could say about?

6         A.    5:18 or 5:20.

7         Q.    I guess if we have the video, we can watch

8    that.  It's when the video starts, or when you see

9    it on the video?

10        A.    5:18.

11        Q.    We can see for ourselves, but your

12   recollection of watching that video is that it's

13   around 5:18; right?

14        A.    Not just of watching the video, but that

15   helps, yes.

16        Q.    Do you want to put "about"?

17        A.    About 5:18, 5:20, I think the assault

18   takes motion.

19        Q.    All right.  All right.  I think I'm done

20   with that chart.

21             So is there anything you want -- what I

22   want to do is, I want to mark this as Defendants'

23   exhibit next in order.  It's a two-page exhibit.  So

24   this is going to be marked Defendants' Exhibit EY,

25   and I guess I want to give you a minute to look over

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3051

```
 1   it to make sure it's correct before I try to enter
 2   it into evidence, because we can't make any changes
 3   once we enter it.  I'm going to bring it up to you.
 4       A.   I think I followed it on the monitor.
 5       Q.   All right.  Do you want to take a minute
 6   just to look it over?
 7       A.   I should, huh, since I didn't do the last
 8   stuff, huh?
 9       Q.   Just let me know when you're done.  Take
10   your time.  I don't want to rush you.
11       A.   That looks about right.
12       Q.   All right.  Is there anything you want to
13   change?
14       A.   No.
15       Q.   Okay.
16            MS. JACKS:  So Your Honor, I would offer
17   Defendants' Exhibit EY into evidence at this time,
18   and I'll staple the two pages together.
19            THE COURT:  Any objection, Ms. Armijo?
20            MS. ARMIJO:  For demonstrative purposes,
21   we don't object.  Obviously, this wasn't provided
22   earlier.  As long as we can get a copy on the break.
23            MS. JACKS:  Then I won't staple it.  I'll
24   scan it at the break and give you a copy.
25            THE COURT:  Is it all right for it to come
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3052

```
 1   in for those purposes, Ms. Jacks?
 2           MS. JACKS:  That means the jury gets it,
 3   right, when they deliberate?
 4           THE COURT:  Any problem with that?
 5           MS. ARMIJO:  No.
 6           THE COURT:  All right.
 7           MS. JACKS:  That's great.  Thank you.
 8           THE COURT:  Anybody else have any
 9   objections?  All right.  Defendants' Exhibit EY will
10   be admitted into evidence.
11           (Defendants' Exhibit EY admitted.)
12   BY MS. JACKS:
13       Q.  All right.  I'm going to move to another
14   area, but thank you for helping me do that.
15           Yesterday, you talked to us about the
16   notes, and we actually just -- we just sort of went
17   through that.  But the notes that you say you passed
18   to Mr. Urquizo and that Mr. Urquizo -- the note that
19   he passed back to you on March 6 of 2014.  Do you
20   recall that testimony?
21       A.  Along the one that I responded to?
22       Q.  Right, that we just went through.
23       A.  Yes, two notes and one from him.
24       Q.  Right.  Just so that we're clear.  So the
25   notes that we're talking about are the notes that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   are referenced in number 2, 3, and 4.

2        A.    Yes, ma'am.

3        Q.    March 6, 2014.  Those notes.

4        A.    Yes, ma'am.

5        Q.    Okay.  The first time that you ever

6   mentioned passing notes like that was yesterday,

7   wasn't it?

8        A.    I don't recall.  I believe I mentioned it

9   before, but I don't recall.

10       Q.    Okay.  You've had six interviews with law

11   enforcement since you made the decision to become a

12   Government witness, haven't you?

13       A.    If that's what's on record, yes.

14       Q.    Well, let's go through it.  I don't want

15   to be putting words in your mouth.  Your first

16   interview with the Government was on October 24,

17   2017; right?

18       A.    Yes.

19       Q.    And you had -- and that was just the

20   prosecutors and your lawyer and you?

21       A.    Right.

22       Q.    And then on November 1st of 2017, you

23   actually sat down again with the prosecutors and

24   your lawyer, but this time the FBI was there?

25       A.    Yes, ma'am.  November 1st; right?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                          (505) 843-9494
FAX (505) 820-6349                                  FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   Right.  And then on November 16 of 2017,

2  you sat down with FBI Agent Acee and Ronald Sanchez

3  and some correctional officers from the Security

4  Threat Intelligence Unit at the Penitentiary of New

5  Mexico, didn't you?

6    A.   That's correct.

7    Q.   And that was a meeting that you're saying

8  was initiated by Ronald Sanchez?

9    A.   Yes, ma'am.

10    Q.   But that was a meeting and what was

11  discussed was sort of how Daniel Sanchez might be

12  convinced to either cooperate with the Government or

13  plead guilty; right?

14    A.   Yes.

15    Q.   And the benefit or the reason that you

16  participated in that meeting was, at least in part,

17  because of what the Government told you about what

18  benefit you might get if Mr. Sanchez cooperated or

19  pleaded guilty; right?

20    A.   The initial one was Ronald Sanchez asked

21  me to speak to his brother for him.  I told him

22  about the benefit.  And I told him if Dan came over,

23  that I would let the Government know that I had no

24  interest in it.  But, yes, there is a benefit.

25    Q.   Well, I mean, that's not really responsive

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to my question.
 2        A.    Okay.  Go ahead.
 3        Q.    I am not going to move to strike the
 4   answer, but I'm going to ask you to pay attention to
 5   what I'm asking you.
 6        A.    Right.
 7        Q.    When you sat down at that meeting with
 8   Ronald Sanchez and the Government, there was a
 9   potential benefit for you in your mind, wasn't
10   there?
11        A.    There is, yes.
12        Q.    And specifically, the Government told you
13   that you will get more credit for your participation
14   as a Government witness if you can convince somebody
15   else to be a Government witness; right?
16        A.    Not necessarily that.
17        Q.    Well, that's one way you could get extra
18   credit; right?
19        A.    I guess, yes.
20        Q.    And another would be if you could convince
21   somebody else to plead guilty.
22        A.    That's correct.
23        Q.    So that would be beneficial to you.
24        A.    Yes.
25        Q.    And so that was, at least in part, your
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  motive for participating in that meeting.

 2       A.   No.

 3       Q.   That wasn't any part of it?

 4       A.   It was not any part of it.

 5       Q.   Now, do you know why it was that the FBI

 6  or the Government was so interested in convincing

 7  Mr. Sanchez to plead guilty?

 8       A.   I don't know if they were.

 9       Q.   Okay.  Well, you'll admit that meeting was

10  over an hour?

11       A.   Yes.

12       Q.   And a lot of the discussion at that

13  meeting was how to motivate, shall I say, Mr.

14  Sanchez to plead guilty.

15       A.   I think it was more or less Ronald trying

16  to figure out what he could bring back to his

17  brother and motivate him to leave, yes.

18       Q.   I mean, part of the thing that was

19  discussed is perhaps arranging some way for Ronald

20  to do federal time, or get out of jail, get out of

21  jail at a set date; right?

22       A.   Not get out jail.  A recommendation for

23  parole.

24       Q.   Okay.  A recommendation for parole.

25       A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      Q.   And some sort of release, some sort of

 2  negotiation with the State Department of Corrections

 3  to agree to release Ronald to then do a determinant

 4  federal sentence?

 5      A.   That wasn't the area.  I don't know if

 6  that's possible, but it was something that he was

 7  interested in asking if it was possible.  He was

 8  looking for his options.

 9      Q.   And that was discussed.

10      A.   Yes, ma'am.

11      Q.   So that was the third meeting you had with

12  law enforcement?

13      A.   Yes.

14      Q.   And then you had a meeting on December 12,

15  2017, with law enforcement agents from the STIU

16  office at the Penitentiary of New Mexico?

17      A.   And who else?

18      Q.   Just them.

19      A.   STIU?

20      Q.   Yeah.  December -- let me look at my notes

21  to make sure I'm right.  December 12, 2017, with

22  Chris Cupit?

23      A.   Oh, yes.  He's not STIU.

24      Q.   I'm sorry.  He's a correctional officer,

25  though; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   No.

2    Q.   I'm sorry.  What is Mr. Cupit?

3    A.   I think he's an FBI task force officer.

4    Q.   Okay.  And STIU Captain Sergio Sapien?

5    A.   Yes, he was there.

6    Q.   So that's the fourth meeting you had with

7  law enforcement; do you agree?

8    A.   Correct, yes.

9    Q.   And then on January 22 of 2018, did you

10 sit down again with the U.S. Attorneys and FBI?

11    A.   Where at?  January 22?

12    Q.   Yes, at the U.S. Attorney's Office in Las

13 Cruces, New Mexico.

14    A.   That was here.

15    Q.   January 22, 2018.

16    A.   I think I might have, yes.

17    Q.   Well, do you have some -- do you have

18 some --

19    A.   I think that was the one I was in shock

20 over it.  I thought I was coming to a pretrial to

21 testify, and I was in shock.

22    Q.   You thought you were coming to testify,

23 and it was just a meeting?

24    A.   There was a lot of anxiety, yes.

25    Q.   So you agree with me that meeting

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3059

 1  happened?

 2      A.   I remember that now, yes.

 3      Q.   And then you had another meeting with

 4  Maria Armijo, the U.S. Attorney Maria Armijo and

 5  somebody from the FBI on February 3?

 6      A.   That was on Saturday; right?

 7      Q.   Right.

 8      A.   I don't remember any FBI in there.  I

 9  remember Maria and just correctional officers.

10      Q.   Okay.  So that was the sixth meeting with

11  law enforcement.

12      A.   Yes.

13      Q.   I've been numbering them as we've been

14  going.

15      A.   Yes.

16      Q.   Okay.  So did you say anything on October

17  24, 2017, about passing notes to Mr. Urquizo on

18  March 6, 2017?

19      A.   January 22?

20      Q.   Wait, I'm going to go through them in

21  order.  Okay?

22      A.   Okay.

23      Q.   And the question is:  Did you say anything

24  during any of these meetings, as I tick them off,

25  about passing notes to Mr. Urquizo on March 6, 2014?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3060

```
 1    Okay?  Did you say anything on October 24, 2017?
 2         A.   I don't believe I did.
 3         Q.   Did you say anything on November 1st,
 4    2017?
 5         A.   I don't know if I did.  I don't believe
 6    so.
 7         Q.   Did you say anything on November 16, 2017,
 8    about that?
 9         A.   No.  With Chris Cupit?  No.
10         Q.   Did you say anything about that on
11    December 12, 2017?
12         A.   That was the one --
13         Q.   That was the one actually I think with
14    Cupit and --
15         A.   Oh, the first one was Ronald Sanchez.
16         Q.   Right.
17         A.   Okay.  Yeah.  No.
18         Q.   So let's go back.  November 16 was the one
19    with Ronald Sanchez.  You didn't say anything during
20    that meeting about that?
21         A.   No.
22         Q.   December 12.  That was the one with Chris
23    Cupit and Sapien.  Did you say anything about
24    passing notes to Mr. Urquizo in that meeting?
25         A.   No, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3061

1     Q.   What about January 22?  That was the

2  surprise meeting.

3     A.   That was the one I forgot.  I think it

4  came up in that one where someone was alleging that

5  I had called someone.  And that's when I remember

6  passing the letter.  I think I brought that up

7  there.

8     Q.   You think you did?

9     A.   Yes, ma'am.  That was the one I couldn't

10  remember.  That was the one I was in shock for, yes.

11     Q.   Have you reviewed the report of that

12  meeting?

13     A.   I have not.

14     Q.   And what about February 3, 2017?  Did you

15  discuss passing notes to Lupe Urquizo in that

16  meeting?

17     A.   I do not remember.

18     Q.   I think we covered this, so I want to kind

19  of go faster, this topic.  You're saying that you

20  got the paperwork passed to you under that emergency

21  door.  And I think you made it clear when we filled

22  out the timeline that that was passed directly to

23  you, and you were the only person at the door to

24  receive it.

25     A.   I was the only one that received it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3062

```
 1        Q.   Okay.  At the time that you say that
 2   happened -- excuse me.  Are you okay?
 3        A.   Sorry.
 4        Q.   Do you need water?
 5        A.   I drank some water too fast.
 6        Q.   At the time that that happened, where was
 7   Timothy Martinez?
 8        A.   At work.
 9        Q.   So that would be at the wheelchair
10   program?
11        A.   Yes, ma'am.
12        Q.   And is the wheelchair program, the place
13   where somebody works in the wheelchair program -- is
14   that somewhere outside of unit 1-A?
15        A.   Yes.
16        Q.   So he wasn't even in the unit.
17        A.   No, ma'am.  That was when the paperwork
18   was passed; right?
19        Q.   That's when you're saying the paperwork
20   was passed.
21        A.   Yes, ma'am.  He wasn't there.
22        Q.   And if we can just be clear.  The first
23   time that you're claiming you have said anything to
24   Mr. Martinez about paperwork is when he got back
25   from the wheelchair program that day.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3063

1      A.    I think, yeah, when I told him -- when I

2  told him it arrived?  Yes, I told him it arrived.

3  Yes.

4      Q.    And that was approximately, according to

5  our chart, Exhibit EY, page 2, that was about 3:45

6  in the afternoon on March 7.

7      A.    Where are we at?  Yeah, when he came back

8  from wheelchair program?

9      Q.    Yes.

10      A.    Yes, ma'am.  I know he knew of the rumors

11  of it, but we never went into really that.  This is

12  the first time --

13      Q.    Mr. Rodriguez, there is no question

14  pending.

15      A.    I was just explaining.

16      Q.    Now, this paperwork that you say that was

17  passed.  I just want you to tell us what you're

18  saying it looked like.  Just in general, how many

19  pages was it?  Was it a police report?  Was it court

20  documents?  Was it on a form?  I mean, I know that's

21  a compound question.  But give us your description.

22      A.    What legal work looks like?

23      Q.    Not just legal work in general.  This

24  legal work you say you saw on March 7, 2014.

25      A.    It came through under the door in a manila

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   envelope.

2       Q.   Okay.

3       A.   It was -- I know it was sealed, and torn

4   at the top.  So it was kind of tattered.

5       Q.   So it was like an envelope that had been

6   sent through the mail?

7       A.   It looked like -- well, we get manila

8   envelopes and we tear them open and use them for

9   other things.  Like say, if it says legal work,

10  we'll tear it up and put whatever else in there.

11      Q.   Right.  You reuse it.

12      A.   Yes.

13      Q.   So it was in that kind of envelope?

14      A.   Envelope.  And it came under the door.

15      Q.   I'm interested in what was in the

16  envelope.

17      A.   Yes, I'm going to get there.  When I was

18  there with me and Sanchez when I opened it, it was

19  Lupe Urquizo's -- an appeal to one of his cases he

20  picked up in Clovis.  And we were flipping through

21  the pages.  And we came across a police report.  I

22  believe it was from Jesse Sosa's case.

23      Q.   So it was tucked inside of some paperwork,

24  according to you, tucked inside some paperwork of

25  Lupe's appeal?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                201 Third NW, Suite 1630
Santa Fe, NM 87501                                        Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                              1-800-669-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

1      A.   His appeal was detached with a staple,

2   then it was slid in there, and the staple was

3   reattached to it, and folded over, as if it was one

4   document.

5      Q.   Okay.  And the document appeared to be a

6   police report?

7      A.   Appeared to be a police report.

8      Q.   And was it from what police agency?

9      A.   The LCPD.

10     Q.   So that would be Las Cruces Police

11  Department?

12     A.   Yes.

13     Q.   And was it on -- how many pages was it?

14     A.   I just remember -- I don't remember

15  exactly how many pages.  I just remember the main

16  page that was -- myself and Daniel read.  So it had

17  to be maybe, like, three to four pages.  It wasn't a

18  full, full police report.

19     Q.   So it was around three or four pages.  It

20  was a partial police report; is that fair?

21     A.   If -- well, I can't say that, but --

22     Q.   You said it wasn't a full police report.

23     A.   It wasn't a full discovery.  It was just

24  like an interviewing officer out of the discovery,

25  the report.

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                      (505) 843-9494
FAX (505) 820-6349                                             FAX (505) 843-9492
                                                                   1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3066

1      Q.   And was it on white paper?  Was it on some

2  sort of form?  Was it on colored paper?

3      A.   I think all legal work comes on white

4  paper, so it was on white paper.

5      Q.   Okay.  And was it a form?  You know how

6  sometimes, like, you'll get a piece of paper and

7  there are sections to type things in on?

8      A.   No, I do not.

9      Q.   Haven't you seen police reports where

10  they'll have, like, a logo in one place and have

11  lines and the officers fill in --

12      A.   No, it was not one of those.

13      Q.   Okay.  So what was it?

14      A.   It was a basic interview.

15      Q.   So just a plain white piece of paper with

16  typing on it?

17      A.   Plain white piece of paper with a stamp on

18  the front, where you know it came from a courthouse

19  when they stamped it.

20      Q.   Okay, wait.  Now I'm confused.  Because

21  you said it was a police report, and police reports

22  come from police stations.

23      A.   Well, they have stamps on them, like time

24  stamps.  When we get paperwork, we always look for

25  the time stamp.  Like a J&S has a time stamp on it.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       Q.    Okay.  So are you saying now that it's
 2   court paperwork, or is it a police report that had a
 3   time stamp on it?
 4       A.    It's a police report.
 5       Q.    I'm just confused.
 6       A.    Well, paperwork is paperwork to me.  I
 7   don't know what the difference of it is, you know,
 8   so --
 9       Q.    You've seen a lot of police reports in
10   your life, haven't you?
11       A.    That's why paperwork is paperwork.
12       Q.    And you've seen a lot of court paperwork
13   in your life, haven't you?
14       A.    That's correct.
15       Q.    So you know the difference.
16       A.    I think they're all the same.
17            THE COURT:  Ms. Jacks, let me talk to the
18   jury just a second.
19            It's a little early to break for lunch,
20   but if you want to, we can go ahead and break for
21   lunch.  If you'd like to take a break, 15 minutes,
22   then work through the lunch hour and kind of
23   schedule things like we did yesterday, we can do
24   that.  How many prefer the schedule we had
25   yesterday?  How many of you want to go to lunch now?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3068

 1          All right.  Well, let's take a 15-minute

 2   break, and we'll come back, and then we'll work till

 3   about 1:30 and take our lunch break.

 4          All rise.

 5          (The jury left the courtroom.)

 6          THE COURT:  All right.  We'll be in recess

 7   for about 15 minutes.

 8          (The Court stood in recess.)

 9          THE COURT:  Let's go on the record.

10   Anybody need anything while we're waiting for the

11   jury to be brought in?  From the Government?  Ms.

12   Armijo, Mr. Castellano?

13          MR. CASTELLANO:  No, Your Honor.

14          THE COURT:  Anything from any of the

15   defendants?  Anything we need to discuss, help you

16   with?

17          All right.  All rise.

18          (The jury entered the courtroom.)

19          THE COURT:  Please be seated.

20          Mr. Rodriguez, I'll remind you that you're

21   still under oath.

22          THE WITNESS:  Yes, sir.

23          THE COURT:  Ms. Jacks, if you wish to

24   continue your examination of Mr. Rodriguez, you may

25   do so at this time.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BY MS. JACKS:

     Q.   Mr. Rodriguez, I tried to make a note.
When we were recessed, we were talking about the
paperwork --

     A.   Right.

     Q.   -- that you testified about yesterday.
And I think where we were was, we were trying to
determine whether -- what your perception or what
your testimony is about what that paperwork actually
was.

     A.   Right.

     Q.   And we were going back and forth a little
bit about whether it was a police or a court
document.  So I don't want to belabor the issue, the
point, but I guess I want to hear what your
testimony is about that paperwork that you're saying
that you saw.

     A.   I never thought about it until now, when
you bring that up.  It does make sense it was a
court document, a copy of the original copy.

     Q.   So you think now --

     A.   That makes sense to me.

     Q.   So you're sort of changing maybe what you
said before?

     A.   I never thought to describe it as exactly

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  what it was.  I just knew it was paperwork.

2      Q.   Nobody ever asked you to describe exactly

3  what it was?

4      A.   Just what it said.

5      Q.   All right.  We're going to get to that in

6  a minute.  But before -- now, before me asking you

7  these questions, nobody from law enforcement ever

8  asked you to describe what the paperwork looked

9  like?

10     A.   Not to the full extent that you're saying,

11 putting the exact label on where it came from.

12 Because if it's postmarked -- I received paperwork

13 from courthouses, and they have, like, a time stamp

14 on it.  I never disclosed that, never really went

15 into that.  I just said it was paperwork.

16     Q.   So now, based on the questions that I'm

17 asking you, your testimony is that, well, maybe it

18 wasn't a police report; maybe it was a court

19 document?

20     A.   Oh, it's a police report.  But it's --

21 maybe it's a copy of the original that was in the

22 archives in the county.

23     Q.   So --

24     A.   It's a police report.

25     Q.   When you say it's a police report, was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    there something about the format, or was there a

2    logo on the paperwork, or a title, or you know, a

3    phone number, contact information for Las Cruces PD

4    on it that made you think it was a police report?

5         A.   It was a statement.  It was a statement of

6    a police report.

7         Q.   You mean, it was a statement of an

8    individual like would be in a police report?

9         A.   Exactly.

10        Q.   But physically, was it on paper or a form

11   that looked like an official police report?

12        A.   Yes.

13        Q.   Okay.  And then you're also saying it

14   looks like something that was filed in court,

15   because of the time stamp.

16        A.   A copy of it.

17        Q.   And did you say something about that

18   according to you, this paperwork had Javier Molina's

19   name in bold?

20        A.   It was in bold letters with an underline

21   on it.

22        Q.   With an underline.

23        A.   Right.

24        Q.   And was that the only thing that was

25   bolded and underlined, according to you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.    I don't remember if any other names were

2    bold like that, but that was just his statement.

3    Q.    And were there any other colors besides

4    black and white on the documents you say you saw?

5    A.    Not that I remember.

6    Q.    Now, is it your testimony that you read

7    this?

8    A.    Yes.

9    Q.    And what is it -- or what did it say about

10   the crime that Molina had allegedly committed or was

11   being questioned about?

12   A.    I think it was a robbery but -- it sounded

13   like a purse-snatching to me.  But the charge was a

14   robbery.

15   Q.    Have you previously characterized it as a

16   strong-armed robbery?

17   A.    No.  Strong-armed robbery?

18   Q.    Yeah.

19   A.    I don't know the difference.

20   Q.    So the documents that you read, was Molina

21   allegedly -- or giving -- in the documents, did they

22   say that Molina was saying something about the

23   participation of somebody else?

24   A.    Yes.

25   Q.    In this robbery?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Right.

 2        Q.    And was it a statement, if you know or if

 3   you remember -- based on what your testimony is, was

 4   it a statement to a police officer?  Was he making

 5   these comments to a police officer?

 6        A.    It was a police report.

 7        Q.    Okay.

 8        A.    I think police reports are done by police

 9   officers.

10        Q.    So it was -- the document that you saw was

11   written by a police officer.

12        A.    I didn't see no one write it, but you

13   know, it's a police report.

14        Q.    It seemed like it was written by a police

15   officer?

16        A.    Right.

17        Q.    And Molina was making a statement to the

18   police?

19        A.    That's correct.

20        Q.    After the offense had been committed?

21        A.    That's correct.

22        Q.    And was it a statement, could you tell,

23   according to what your statement is, where the

24   statement was being made?  In other words, was he

25   being questioned back at the police station, or was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   he arrested running away from the scene of the
 2   crime, or what?
 3        A.   I don't recall where it was, where he was
 4   being questioned, no.
 5        Q.   You don't recall those details?
 6        A.   I recall some details of it, yes.  Those
 7   details I don't recall.
 8        Q.   What are the details that you're telling
 9   us you recall?
10        A.   That he was the driver of a vehicle, that
11   somebody got out of the backseat of the car, came
12   running back, and told him to go, go, go; that he
13   took off; that he handed -- I don't know if he
14   described it as a purse, but that he gave something
15   to the guy in the passenger seat, and the guy threw
16   it out of a window.  I want to say the road, the
17   street, was Mesquite Road, or something.  I don't
18   recall exactly what road it was.  But I think it was
19   Mesquite Road.
20        Q.   Was Molina, according to these documents
21   that you said you read -- was he supposedly saying
22   that somebody else had committed this
23   purse-snatching?
24        A.   That's correct.
25        Q.   And that somebody else threw the purse or
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3075

 1  whatever out of the car window?

 2       A.    That's correct.  He never disclosed who.

 3  He just disclosed the actions of them.  And I

 4  believe they identified him by his car.  So they

 5  later went to investigate if he had the car, because

 6  it had different license plates on it.  I believe

 7  that was on the other page.

 8       Q.    And you're saying this is all in the

 9  several pages, the three or four pages that you're

10  saying you read?

11       A.    That's correct.

12       Q.    Now, I want to move on to a different

13  topic, and that's just on the topic of shanks.

14       A.    Okay.

15       Q.    Are shanks common in prison?

16       A.    Yes, ma'am.

17       Q.    Among all inmates, or only inmates that

18  are members of prison gangs?

19       A.    Well, the only members that I've ever

20  lived around that carried shanks on in general is

21  gang members, yes.

22       Q.    So among prison gang members, shanks are

23  commonly carried on a daily basis?

24       A.    We don't really disclose who have them

25  because we're worried.  But yes, they're supposed

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3076

1  to, yes.

2      Q.   So on any given day there would be shanks

3  in unit 1-B, for example?

4      A.   I'm pretty sure there's maybe -- in the

5  whole unit?

6      Q.   Yeah.

7      A.   Oh, yeah.  Everyone has shanks, pretty

8  much.  Yeah.

9      Q.   Okay.  So I misspoke.  Because I said unit

10  1-B and that's confusing.  It's Unit 1-A, B pod.  On

11  any given day there would be shanks in Unit 1-A, B

12  pod?

13      A.   I knew of three.

14      Q.   That's what I'm going to get to next.  But

15  in unit 1-A on any given day, there would be shanks

16  in every pod?

17      A.   There would be at least four or six people

18  with shanks in a pod.

19      Q.   And I think you told us yesterday that you

20  actually possessed a shank?  I think you've been

21  shown the icepick shank that was in your shoe.

22      A.   Yes, ma'am.

23      Q.   And you possessed that on March 7 of 2014?

24      A.   And prior.

25      Q.   And prior?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3077

1      A.   Yes, ma'am.  I bring that from the PNM
2  North facility in my shoe.
3      Q.   You brought that back with you in December
4  of 2013?
5      A.   I had it in Level 6, 5, and 4, yes.
6      Q.   And was it always just secreted there in
7  your shoe?
8      A.   When I was in Level 5, when I would come
9  out to tier time, there was rival gang members on
10  the top tier, and I would have it tucked.  I would
11  roll my sock down and put it where the sock was
12  covering a little bit in the form of my foot.  So
13  when I was strip-searched, they couldn't see it.
14  And I would have the handle on it and be prepared to
15  use it.
16      Q.   So the bottom line is, when it's there in
17  your shoe, that's really for transporting it, not
18  using it; right?
19      A.   Yes, ma'am.
20      Q.   I'm sorry.  We overlapped.
21      A.   Exactly.
22      Q.   But you physically possessed that shank
23  for some period of time, it sounds like.
24      A.   Yes.
25      Q.   And when you were leaving your cell,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sometimes you would ready yourself to be able to use

2    that shank if the need arose?

3         A.    Not in this -- not in the Southern

4    facility, no.

5         Q.    But you described to us, I guess, when you

6    were at the North; right --

7         A.    South facility.

8         Q.    -- South, that you actually did that, you

9    would ready yourself to have it, if the situation

10   presented itself?

11        A.    Yes, ma'am.

12        Q.    All right.  So that's one of the shanks

13   you knew about on March 7 of 2014 --

14        A.    That's correct.

15        Q.    -- in B pod?

16        A.    That's correct.

17        Q.    And you told us a little bit about the

18   fact that Timothy Martinez had gotten a shank from

19   Javier Molina that day?

20        A.    Yes.

21        Q.    And that's the shank that you took on

22   March 8 up to PNM North?

23        A.    It was in my possession from March 7, yes,

24   and forward.

25        Q.    And when was it, if you know, that Timothy

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Martinez got that shank from Javier Molina -- or

2   I'll ask that question.

3        A.    I do not know.  I did not ask.

4        Q.    Okay.  But Timothy Martinez told you that

5   that was Molina's shank.

6        A.    Yes.

7        Q.    So that's the second shank that you know

8   about in blue pod that day?

9        A.    That's correct.

10       Q.    Now, were you aware of a shank that was

11   hanging -- let me go back.

12            MS. JACKS:  Your Honor, I have an example

13   that's been marked Defendants' K-18.  May I approach

14   and show it to the witness?

15            THE COURT:  You may.

16   BY MS. JACKS:

17       Q.    Have you had a chance to look at it?

18       A.    Yes.

19       Q.    So Mr. Rodriguez, showing you what's been

20   marked as Defendants' Exhibit K-18, is that a

21   photograph of a shank?

22       A.    Yes, it's a photograph of a shank.

23       Q.    And my question is:  Is that a shank that

24   you knew existed in blue pod on March 7, 2014?

25       A.    No, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    You talked a little bit about Timothy

2   Martinez and his work at the wheelchair program.

3      A.    That's correct.

4      Q.    Can you just briefly tell us what the

5   wheelchair program is?

6      A.    I didn't work there.  I don't know.  I

7   don't really know.

8      Q.    You must have some idea.  If he told you

9   he worked there, you must have some idea about what

10  he was supposedly doing.

11     A.    I think building wheelchairs for people in

12  third-world countries.

13     Q.    Okay.  Were individuals in blue pod

14  bringing back materials for shanks from the

15  wheelchair program?

16     A.    Yes.  Two individuals were.

17     Q.    And who were those two individuals?

18     A.    Dale Chavez and Jason Wright.

19     Q.    And on March 7 of 2014, were there shanks

20  in blue pod that had originated -- or that the

21  materials had originated from the wheelchair

22  program?

23     A.    Not that I'm aware of.

24     Q.    You've been asked some questions about

25  your access to discovery.  And I just want to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   clear about what you had and when you had it.

2           When you were charged in the state case,

3   shortly after the Molina homicide, did you get

4   access to various reports and statements related to

5   the investigation of that crime?

6       A.   On the state level?

7       Q.   Yes.

8       A.   Yes, ma'am, I had the discovery.

9       Q.   And was -- you had all the discovery that

10  was generated in that case?

11      A.   Yes.

12      Q.   In paper format?

13      A.   Correct.

14      Q.   And that included witness statements?

15      A.   That's correct.

16      Q.   And then when you were charged in this

17  case, did you get access to additional discovery

18  that was more than what you had in the state case?

19      A.   In the Molina case?

20      Q.   In the federal racketeering indictment.

21      A.   Yes, but you said the Molina charge?

22      Q.   Yes.  Under Molina or the Sosoya charge?

23      A.   Yeah, I never received Sosoya discovery.

24  I was never charged with that charge on the state

25  level.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   No, I'm talking about in the federal case

2  now.

3     A.   Oh, yeah.  I received -- yeah.  I never

4  had seen no documents on the Sosoya case prior to

5  the VICAR.  In the Molina case I think I got -- the

6  only thing that was new in there were 302s and

7  confidential material.

8     Q.   Okay.  Additional investigative things

9  that you were not provided while the state case was

10 being prosecuted?

11    A.   Yes.  Federal documents, yes.

12    Q.   And then you also got access to other

13 materials related to other crimes, one of which

14 involved the Sosoya charge; right?

15    A.   Yes, ma'am.

16    Q.   And then a bunch other crimes that were

17 not involving you whatsoever?

18    A.   No, they didn't involve me at all.

19    Q.   But you had them?

20    A.   I had them, yes.

21    Q.   And you had access to them?

22    A.   Unfortunately, yeah.

23    Q.   And the federal discovery came to you on

24 what we've been calling a tablet?

25    A.   Yes, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

3083

```
 1        Q.    It's a computer?

 2        A.    It's a computer; it's a flat-screen

 3   computer.

 4        Q.    And did it also include video and audio

 5   clips?

 6        A.    Yes, ma'am.

 7        Q.    Did it also include phone calls?

 8        A.    It did.

 9        Q.    Photographs?

10        A.    Photographs.

11        Q.    All sorts of investigative documents?

12        A.    It sure did.

13        Q.    And that tablet is updated or has been

14   updated every so often so you get the newest

15   materials?

16        A.    I think my tablet has been updated twice.

17        Q.    And you still have it today.

18        A.    I still have it today.

19        Q.    Where you're housed or where you've been

20   housed during the pendency of your case up to today,

21   do you have access to your tablet in your cell?

22        A.    Yes.

23        Q.    And do you have access to your tablet 24

24   hours a day, seven days a week?

25        A.    No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3084

```
 1       Q.   Can you just tell us briefly what
 2  limitations are placed on your access?
 3       A.   There were restrictions when we first got
 4  them.  The restrictions were:  We don't have them at
 5  night time.  They were only given to us at 9:00 and
 6  they were taken from us at 10:00.
 7       Q.   Let me stop you.  9:00 a.m. and they were
 8  taken at 10:00 p.m.?
 9       A.   Yes, ma'am.
10       Q.   Okay.  And then that changed?
11       A.   That changed.  The lawyers, I believe,
12  filed a motion for us to have it whenever we needed
13  it.  Then the facility got a little bit more lax on
14  it, and we were able to charge them whenever we
15  wanted to.  So we would have to go through the
16  tablet all day, then get it charged.  So now we can
17  do it whenever we want to charge it.  But we were
18  losing it four or six hours a day, due the officers
19  being too busy to bring it back to us.
20       Q.   Okay.  For the charging?
21       A.   Right.
22       Q.   And somehow that problem got worked out
23  and you basically have it whenever you want it;
24  right?
25       A.   Now, if you have an outlet in your room,
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you pretty much have it whenever you want it.

2       Q.   Mr. Rodriguez, do you consider yourself an

3  intelligent and creative person?

4       A.   I've been told that.

5       Q.   You've been taking classes -- or you were

6  taking classes at a prison?

7       A.   Where?

8       Q.   For reentry?

9       A.   In what year?

10      Q.   Well, are you familiar with an instructor

11 by the name of Keith Johnson?

12      A.   He's a good friend of mine.

13      Q.   And who is Keith Johnson?

14      A.   He was a teacher that was brought in for a

15 project by a teacher named Ms. Robero.  And he was

16 teaching reentry with the violent crowd in the

17 North.  And he was a climber -- a mountain climber,

18 I believe, a philosopher, and talked about life.

19      Q.   Was he somebody that encouraged you to do

20 creative writing?

21      A.   He's the first person to ever come to me

22 and tell me I was kind of good at something, yes.

23      Q.   He said you were good at it; right?

24      A.   Very good at it.

25      Q.   In fact, I think you were his most

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   outstanding student.
 2        A.   Yes, that's what he says.
 3        Q.   And you wrote quite a bit of things for
 4   his class, didn't you?
 5        A.   For a book I was writing, for his class,
 6   for a pin project that was in relation to the
 7   Arizona State University, for my personal
 8   self-growth.  And, yeah, we exchanged letters.
 9        Q.   Okay.  Have you used your story-telling
10   skills in connection with your criminal cases?
11        A.   I have.
12        Q.   And specifically, I guess I want to direct
13   you to, did you use your story-telling skills in
14   connection with your state case involving yourself
15   and Jerry Armenta and Jerry Montoya?
16        A.   The Molina case?
17        Q.   Yes.
18        A.   Never.
19        Q.   You never --
20        A.   Never.
21        Q.   Did you -- let's go back to the time of
22   this state case.
23        A.   Okay.
24        Q.   I want you to think carefully about this.
25   Would you agree with me that there was a time --
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  well, first of all, Jerry Armenta and Jerry Montoya
 2  were charged with the murder of Javier Molina;
 3  correct?
 4       A.    That's correct.
 5       Q.    And were you guys housed together during
 6  the pendency of that case, at least for some period
 7  of time?
 8       A.    I was never housed with Armenta.  I was
 9  housed with Montoya on one occasion, yes, in the
10  state case.
11       Q.    In the state case, yes.
12       A.    Yes, ma'am.
13       Q.    I'm going back to between March 7 of 2014
14  and the federal indictment in December of 2015.
15       A.    Yes, ma'am.  We were in 3-A, Q pod.  I was
16  on the bottom tier.  He was on the top tier.
17       Q.    Are you aware of a letter that Jerry
18  Armenta wrote to Jerry Montoya's lawyer?
19       A.    I wasn't in the loop directly in that, but
20  I heard about it.
21       Q.    All right.
22       A.    I didn't want nothing do with that going
23  on.
24       Q.    I'm going to ask you a few questions about
25  that.  I'm going to give you a chance to be heard.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3088

1   So my question is -- I think you answered the

2   question.  You're aware of the letter.

3       A.   Right.

4       Q.   And was the letter an effort by Jerry

5   Armenta to tell a story about the Molina homicide

6   that exonerated Jerry Montoya?

7       A.   That's correct, from what I heard, yes.  I

8   believe.

9       Q.   So he wrote a letter to Montoya's lawyer

10  to help to try to get Montoya out of the charges?

11      A.   That's correct.

12      Q.   And as a result of that letter, did Jerry

13  Montoya's lawyer file a motion in court to designate

14  Jerry Armenta his witness?

15      A.   I think I was in court that day and I

16  think there were doing something like that.

17      Q.   And that brings me back -- even if you

18  weren't housed together, you guys were able to

19  interact when you had court appearances together;

20  right?

21      A.   They had me away from Armenta.  He was

22  on -- they didn't want him near me.  But Montoya, I

23  had interacted with Montoya.

24      Q.   Are you aware -- I'm talking about the

25  letter now that Jerry Armenta wrote to Jerry

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   Montoya's lawyer.  Did Jerry Armenta write that
 2   letter and swear under oath that it was the truth?
 3           MS. ARMIJO:  Objection, foundation.
 4           THE COURT:  Ask if he knows these
 5   questions before we ask him to answer them.
 6   BY MS. JACKS:
 7       Q.   I'm asking you if you know.
 8       A.   Not directly.
 9           THE COURT:  Just a yes, no, answer on
10   that.
11       A.   Can I have a question about something?
12       Q.   Sure.
13       A.   If I was told by another person about it,
14   it's a no?
15           THE COURT:  No.
16       A.   That's a no.
17       Q.   Let's go one step further.  Did the letter
18   become part of the discovery in either the state
19   case or this case?
20       A.   Not that I received.
21       Q.   So your testimony is that you've never
22   seen it?
23       A.   In the VICAR case I seen a letter, but --
24   let me see.  I seen a letter that he sent through
25   interprison mail to him.  I never seen the letter
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3090

```
 1   that they --
 2        Q.    The letter to the lawyer?
 3        A.    I never seen that.
 4        Q.    Okay.  As a result of the letter, did
 5   Jerry Armenta sit down for a deposition with the DA
 6   and Jerry Montoya's lawyer?
 7        A.    I don't know.
 8              MS. ARMIJO:  Objection, foundation.
 9              THE COURT:  Well, ask if he knows the
10   answer.
11   BY MS. JACKS:
12        Q.    Do you know whether he did?
13        A.    Who sat down with who?
14        Q.    That Jerry Armenta sat down for a
15   deposition with the district attorney and Jerry
16   Montoya's lawyer.
17        A.    What is a deposition?
18        Q.    Oh, I'm sorry.  When they ask him
19   questions about the offense; what his testimony is
20   going to be.
21        A.    Is that working with the --
22        Q.    I'll direct your attention to a specific
23   date.
24        A.    Okay.
25        Q.    Are you aware of a recorded deposition
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  between Jerry Armenta -- well, where Jerry Armenta

2  was being asked questions, in which Jerry Montoya's

3  lawyer and the district attorney participated?

4      A.   No.

5      Q.   Okay.  Was that provided to you either as

6  part of discovery in the federal case, the state

7  case, or investigative materials from your lawyer?

8      A.   There is a video, but it's of him

9  cooperating with the STIU and the Government.  I

10  don't think Jerry Montoya's lawyer was present for

11  that.  That's the only video I've ever seen.

12      Q.   Okay.  In terms of this letter that Jerry

13  Armenta wrote to Jerry Montoya's lawyer, did you

14  have any part whatsoever in helping Armenta come up

15  with the story to exonerate Montoya?

16      A.   No.

17      Q.   And you laughed; right?  You're saying

18  that's an absurd proposition?

19      A.   I had no contact with Armenta at that

20  time.

21      Q.   Well, you've never seen the letter, so you

22  don't know the date of it; right?

23      A.   I don't know the date of it.

24      Q.   So you wouldn't know whether you had

25  contact with him at the time or not?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3092

1    A.    I do know.

2    Q.    How are you saying you know?

3    A.    Because I got his -- when I got my

4    discovery, I seen that he had charges contributing

5    to the delinquency of a minor.  I had my people look

6    them up, and they were charges that I didn't agree

7    with, and I discontinued all communication with him,

8    as well as the statement he made in the discovery to

9    the state case that he was by the door when Javier

10   Molina was beat up.  And I took that as he was

11   snitching, and I didn't want nothing to do with him.

12   Q.    So at some point -- at first, you and

13   Armenta and Montoya were fighting or presenting a

14   unified defense in state court.

15   A.    No.

16   Q.    You never were?

17   A.    I was never a part of that.  There was

18   three people involved, but I wasn't the third one.

19   Q.    At some point you're saying that you cut

20   off any sort of relationship with Jerry Montoya?

21   A.    Yes, ma'am.

22   Q.    Because he had a sex offense in his past?

23   A.    Not just because of that, but -- I found

24   that out later.

25   Q.    And is there a date or is there some event

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   that we can tie that to?

2      A.   I think it would be around the time.  See,

3   I was isolated from the SNM for a long time.  When

4   they moved me back, they didn't move me back with

5   the SNM.  They moved Jerry Montoya, Timothy Martinez

6   and Armenta from Southern to the PNM North facility.

7   Armenta was put in R pod.  Timothy Martinez and

8   Jerry Montoya were put in Q pod.  At that time they

9   were isolating the pods.  We couldn't go to yard

10  together.  We had to go to single --

11     Q.   Let me just stop you.  If you looked at

12  your physical location history, could that help you

13  tell me the date that you cut off relationship with

14  Mr. Montoya?

15     A.   No.  I'm telling you right now when they

16  moved him there, I had no communication with him.

17     Q.   So my question is -- I don't need to know

18  the whole narrative.  I'm just looking for a time

19  period.

20     A.   When they moved him that day, you could

21  look at his location when he was transferred from

22  his departure and arrival date from Southern

23  Correctional Facility to PNM North facility, you'll

24  find the date.

25     Q.   And that was the last time you're saying

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   you ever communicated with Montoya?
 2        A.   Yeah.  With Montoya, he lived with me at
 3   that point in time, yes.
 4        Q.   What about Armenta?
 5        A.   I never lived with him.
 6        Q.   But you communicated with him at times and
 7   you saw him in court; right?
 8        A.   No.
 9        Q.   Is there a time that you cut off
10   communications with Armenta?
11        A.   Around the time I received the discovery.
12        Q.   In the state case?
13        A.   State case.
14        Q.   So if we've got the timeline right, you
15   were charged in the state case sometime in March of
16   2014?
17        A.   Right.
18        Q.   And so you would have received the
19   discovery within a few weeks of that?
20        A.   No, we didn't receive it right away.  It
21   took a little while.
22        Q.   So a few months after March 2014 is when
23   you cut off your -- any communication with Armenta?
24        A.   Not just for that reason.  That time was
25   because I was isolated from all SNM members.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Okay.

2     A.   But yes.

3     Q.   So would it be fair to say by June of

4  2014?

5     A.   I think would it be fair to say that when

6  we were in Dona Ana County Detention Center, I think

7  that's when I received the full discovery and he was

8  there.  And I walked by him after I read it, and I

9  didn't say nothing to him.  And that was the last

10  time.

11     Q.   Okay.  So that would have been sometime in

12  the summer of 2014.

13     A.   I do not know.

14     Q.   And I don't have Dona Ana County detention

15  records right now.

16     A.   Okay.

17     Q.   We'll leave it at that.

18     A.   You can find them.  I'm sure you'll go

19  look for them.

20     Q.   So I want to talk to you a little bit

21  about your testimony yesterday regarding your -- the

22  case that sent you to prison.

23     A.   Right.

24     Q.   And that's the case where you were accused

25  of criminal sexual penetration.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3096

```
 1        A.    Two counts.
 2        Q.    And just to sort of orient ourselves, that
 3   crime -- or those crimes occurred in the Grants
 4   County jail?
 5        A.    Grant County Detention Center in Silver
 6   City, New Mexico.
 7        Q.    Okay.   Grant County Detention Center.
 8        A.    In the top tank.
 9        Q.    So that's a local detention center where
10   people that get arrested for state offenses in Grant
11   County go if they can't make bail?
12        A.    Yes, ma'am.
13        Q.    And so that would include people that have
14   done things like driving under the influence of
15   alcohol?
16        A.    Correct.
17        Q.    Domestic violence?
18        A.    Any crime on the streets.
19        Q.    Minor theft?
20        A.    Yes, ma'am.
21        Q.    All the way up to more violent crimes?
22        A.    Yes, ma'am.
23        Q.    And the individual that was assaulted in
24   that case -- was that individual a white male?
25        A.    He was a white male, yes.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And he was in the county jail -- he was in
2  the county jail pending some sort of criminal case?
3      A.    I don't know.
4      Q.    Okay.  You don't know what kind of case he
5  was pending?
6      A.    I don't know what he was pending, no.
7      Q.    He was just a white guy that unfortunately
8  ended up in the Grant County jail?
9      A.    That's correct.
10      Q.    And was he selected -- I mean, I think
11  you've said in your testimony that ultimately you
12  tortured him; right?
13      A.    Ultimately, yes.
14      Q.    Okay.  Was he selected as a target for
15  your torture because he was alone in the county jail
16  without anybody to back him up?
17      A.    No.
18      Q.    Why was he selected?
19      A.    It was an incident where the top tank was
20  just a bunch of unruly youngsters who were causing a
21  lot of problems.  And we didn't want him there.  We
22  were going to make them leave.
23      Q.    He didn't fit in with you guys.
24      A.    He didn't fit in with the crowd there.
25      Q.    So the idea was to work him over for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3098

1   whatever money and commissary he had; right?

2       A.   No, the idea was to make him leave.  And

3   while a couple inmates were packing his stuff, they

4   found a receipt that he had money.  Then that's when

5   he was kept in the top tank.

6       Q.   So you were going to just make him leave,

7   but when you found out there was something you could

8   get out of him, the plan changed?

9       A.   That's correct.

10      Q.   And the plan became:  Let's work him for

11  whatever we can get out of him.

12      A.   Me and a couple other individuals, yes.

13      Q.   And then let's really humiliate this guy

14  and then we'll get rid of him.

15      A.   That wasn't the plan at first.  It just

16  proceeded into that.

17      Q.   Well, that's what happened; right?

18      A.   That's what happened, yes, ma'am.

19      Q.   And the torture of this young man happened

20  over a period of weeks, did it not?

21      A.   I think it was a week and a half.

22      Q.   And the crimes that you committed over

23  that week and a half, when they were ultimately

24  brought to the attention of law enforcement and the

25  prosecution, you were facing a potential sentence of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   52 years in state prison, weren't you?

2        A.   I think it was a total of 159 in the

3   original indictment, before they dropped counts.

4        Q.   And then it became 52?

5        A.   It became 59, along with the rest of the

6   cases I was facing.  I think I had six other cases.

7        Q.   Well, that actually reminds me of

8   something I meant to ask you about.  You had picked

9   up two cases on the streets of Silver City; right?

10       A.   I think it was.  Yes, I did.

11       Q.   You picked up -- I want to say it was a

12  residential burglary?

13       A.   Yes, ma'am.

14       Q.   And then you picked up an assault; you

15  stabbed some guy; right?

16       A.   Aggravated battery with a deadly weapon.

17       Q.   And did you bail out?

18       A.   No, I was -- I went to Chihuahua, Mexico,

19  and then was coming across the border, and was

20  extradited from El Paso County to Silver City, and

21  never bonded out.

22       Q.   So you first tried to flee.

23       A.   Yes.  I thought I was going to die, yes.

24  I attempted to flee.

25       Q.   So you fled to Mexico to avoid whatever

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3100

1  consequences were going to come to you as a result

2  of your criminal activity.

3       A.   That's correct.

4       Q.   And you got caught?

5       A.   I didn't know that he had notified law

6  enforcement.  And I had a preliminary hearing on the

7  burglary and larceny.  So I was coming back to go to

8  that, and he ended up making a statement, and there

9  was an NCIC nationwide warrant for my arrest.

10      Q.   So you got caught?

11      A.   I got caught, yes, ma'am.

12      Q.   And then you got sent back to New Mexico

13  to face the consequences of those charges?

14      A.   That's correct.

15      Q.   And was there something you did at that

16  point that -- you were stuck in jail; right?

17      A.   Right.

18      Q.   Was there something you did at that point

19  to try to get out of the consequences of the

20  charges?

21      A.   I was on a work detail with officers from

22  the Los Lunas Cert team and I fled.  I walked away.

23      Q.   From a work detail while you were pending

24  charges?

25      A.   From a work detail pending charges on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    aggravated battery and a burglary and larceny.

2         Q.    And then did you get arrested from that?

3         A.    I got arrested immediately after that.

4         Q.    And did you end up back in the county

5    jail?

6         A.    Something my lawyer told me was idiotic,

7    yes.

8         Q.    Then did you come up with a new plan of

9    how to avoid the consequences of your charges?

10        A.    After the Hardy case, yes.  After the John

11   Hardy case, yes.

12        Q.    And what was that?

13        A.    To escape again.

14        Q.    And how did you -- did you accomplish that

15   escape?

16        A.    They caught me right away.

17        Q.    But you tried?

18        A.    Yes, ma'am.

19        Q.    And where did you escape from that time?

20        A.    From the hospital.

21        Q.    How did you end up in the hospital from

22   the county jail?

23        A.    I told the officers I swallowed a razor

24   blade.  And I swallowed a little piece of metal that

25   was wrapped around the broom.  So when they go to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   the X-ray machine, they would see there was a piece

2   of metal and believe it was a razor.

3        Q.   And they would also believe maybe you were

4   trying to injure yourself?

5        A.   No.   I told them I swallowed it

6   accidentally; I carried a razor blade in my mouth

7   and I swallowed it accidentally.   They housed me,

8   because they thought it was a razor blade.   And

9   after taking a shower, the officer didn't put the

10  shackles on me right away.   I looked around the

11  corner, seen the officer watching TV, and I ran out

12  of the hospital.

13       Q.   But I missed the part where you swallowed

14  the metal and it showed up.   And so did they move

15  you from the county jail to the hospital?

16       A.   That's correct.

17       Q.   To get rid of the metal somehow?

18       A.   Correct.

19       Q.   And then you took advantage of being in

20  the hospital, where there is lesser security, to try

21  to flee?

22       A.   Yes.

23       Q.   Again?

24       A.   Yes, ma'am.

25       Q.   And when you swallowed the metal and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  presented this situation for the correctional

2  officers at the Grant County jail, did you do that

3  for the purpose of getting transferred to the

4  hospital?

5      A.   Yes, ma'am.

6      Q.   So you would have a better chance of

7  escape?

8      A.   That was the plan.

9      Q.   Now, you testified yesterday -- or you

10 acted like yesterday on the stand that you didn't

11 know that the crimes that you were convicted of

12 would require you to register as a sex offender.  Do

13 you recall that testimony?

14     A.   Right.

15     Q.   All right.  Was that the truth or a lie?

16     A.   I think it's the truth in a way that

17 that's my mindset as it is.

18     Q.   Well, you don't want to have to register

19 as a sex offender; right?

20     A.   If I have to, if I'm going to become a

21 part of society again and society says that's one of

22 my obligations to do, then I'm going to have to do

23 it.

24     Q.   The question is:  You don't want to do it?

25     A.   No.  I'm not a sex offender.

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                        1-800-669-9492
                                               e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

3104

```
 1        Q.    And you don't consider yourself a sex
 2   offender?
 3        A.    Neither does the prison world.
 4        Q.    Let's take a minute and just talk about
 5   that.  Okay?
 6        A.    Okay.
 7        Q.    So the incident that you ended up as a
 8   convicted sex offender for -- was this incident in
 9   the Grants County jail?
10        A.    Grant County jail.
11        Q.    Grant, sorry; right?
12        A.    Yes, ma'am.
13        Q.    And the individual that was the victim of
14   these offenses was a person by the name of John
15   Hardy?
16        A.    Yes, ma'am.
17        Q.    Now, when you first started -- I think
18   using your word -- torturing Mr. Hardy, did you
19   start to whip him with a towel any time he wasn't
20   standing the way you wanted him to?
21        A.    I believe I whipped him a couple of times,
22   yes, with a sheet.
23        Q.    With a sheet, not a towel?
24        A.    Yes, ma'am.
25        Q.    Did you take a razor blade and put it to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    his throat?

2         A.   Yes, ma'am.

3         Q.   Did you tell him if he told anybody at the

4    jail, that if he said anything, he would get hurt?

5         A.   Yes.  This was about -- this was before

6    the incident occurred.

7         Q.   Right.

8         A.   We were just telling him, if he told the

9    officers that we were extorting him for his money,

10   that I'd have him killed, yes.

11        Q.   Did you tell him that if he was -- that he

12   wasn't to say anything about what was going on and

13   he wasn't to try to go to protective custody?

14        A.   Yes.  About the money, yes.

15        Q.   And did you explain to the guards that

16   Mr. Hardy was your friend and everything was okay?

17        A.    I don't think I explained that to them.  I

18   just told them, "He's cool.  Just leave him in that

19   room."

20        Q.   So you attempted to -- if the guards were

21   at all concerned, you attempted to convince them

22   there was nothing be concerned about?

23        A.   I didn't attempt.  I did.

24        Q.   And I think Mr. Villa asked you some

25   questions about this yesterday.  What's a California

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                               Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                FAX (505) 843-9492
                                                                      1-800-669-9492
                                                            e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3106

```
 1   knockout?

 2        A.   It's when you put your hands on the neck,

 3   cutting off the blood circulation to the brain, and

 4   they go unconscious.

 5        Q.   And did you make Mr. Hardy do California

 6   knockouts?

 7        A.   Yes, I participated in a couple of

 8   California knockouts on him.

 9        Q.   Did you make him do it about 15 times

10   between 4:00 in the afternoon and 10:30 at night?

11        A.   Not me exactly, but I was involved in a

12   few of those, yes.

13        Q.   In some of the 15?

14        A.   Yes.

15        Q.   Not all of them?

16        A.   Yes, ma'am.

17        Q.   Did you make him drink a cup of urine?

18        A.   No, but I was present when it happened.

19        Q.   All this happened in a cell; right?

20        A.   Yes.  I was a part of the group that made

21   him drink urine, yes.

22        Q.   Did you hand Mr. Hardy a piece of paper

23   that contained cleanser and make him inhale it

24   through his nose?

25        A.   No.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    That's a lie?

 2        A.    Cleanser?

 3        Q.    Yeah, like Ajax or Comet.

 4        A.    A paper of cleanser?

 5        Q.    Yeah.

 6              THE COURT:  Let's not use the word "lie."

 7   That will be for the jury to make that

 8   determination.  You can ask if it's accurate or

 9   inaccurate, but let's leave that for the jury.

10        A.    Yes, I made him snort Ajax.  I didn't make

11   him sniff -- inhale it like a spray.  He snorted

12   Ajax.

13        Q.    And that was at your command?

14        A.    Yes.  One time, yes.

15        Q.    And did you cause him to have to squirt

16   the contents of a hot sauce bottle into his rectum?

17        A.    No.

18        Q.    Did that happen?

19        A.    I was told it happened.  I was facing the

20   grill outside the cell when it took place.  I think

21   it happened, yes.

22        Q.    This was one cell; correct?

23        A.    Yes, it happened.

24        Q.    And that happened --

25        A.    I didn't see it, but I know it happened.
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                                  e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

 1      Q.   And it happened during the time period
 2  that you told him if he told the guards anything
 3  about what was going on in the cell, that he'd be
 4  killed?
 5      A.   That's incorrect.
 6      Q.   It happened a different time?
 7      A.   Yes.
 8      Q.   Did you and others that were with you have
 9  Mr. Hardy insert a lotion bottle into his rectum?
10      A.   One of the inmates did, yes.
11      Q.   While you were present in the cell?
12      A.   Yes, I was present in the cell.
13      Q.   And did you make him do that at least
14  twice?
15      A.   No.
16      Q.   Did somebody in the cell make him do it at
17  least twice?
18      A.   No.
19      Q.   That only happened once?
20      A.   Only happened once.
21      Q.   Did you participate with other inmates in
22  spreading toothpaste around his rectal area with a
23  spoon and making him eat it?
24      A.   No.
25      Q.   Did that happen?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I think it happened before I was present,
 2   yes.
 3        Q.   So your testimony here under oath is that
 4   you didn't see that happen, and that you did not
 5   participate in it?
 6        A.   I was told, but I didn't participate in
 7   it.
 8        Q.   Did you spit in his face?
 9        A.   I do not recall.
10        Q.   Did you force him to give you information
11   on where he lived, and what kind of car he drove,
12   and what his children's names were?
13        A.   His family information, yes.
14        Q.   And did you tell him that if he said
15   anything to anybody, that you knew where he lived
16   and you'd be able to track him down?
17        A.   I don't remember that.  I told him if he
18   told anyone in PC, then I would send Raymond
19   Randolph to find him.
20        Q.   And did you punch and kick him and hit him
21   in the head?
22        A.   Throughout the time he was being
23   assaulted, or that day?
24        Q.   Throughout the time.  This was a week and
25   a half.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes, I assaulted him.

2      Q.   This happened over the period of a week

3  and a half.

4      A.   Yeah.  I think in my habeas corpus, I

5  confessed to everything that I did to Mr. Hardy.

6  The habeas corpus that Mr. Villa has.

7      Q.   Well, you filed -- once -- let's go back

8  for a second, okay?  Because yesterday you testified

9  that you pled no contest to the case.  Do you

10  remember that?

11     A.   Yes.

12     Q.   In fact, you pled guilty, didn't you?

13     A.   No contest.

14          MS. JACKS:  Your Honor, I have a certified

15  copy of a repeat offender and disposition agreement

16  in case number 424 CR-2006-00003.  I'd ask that that

17  be marked defense next in order.  I'm told that's

18  EZ.

19          THE COURT:  Any objection, Ms. Armijo?

20          MS. ARMIJO:  I haven't seen it.

21          MR. CASTELLANO:  Can we approach, Your

22  Honor?

23          THE COURT:  You may.

24          (The following proceedings were held at

25  the bench.)

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3111

```
1              MR. CASTELLANO:  If this is what I think

2    it is, this is used for the purposes of habitual

3    offender enhancements.  So if you admit, it means

4    you were convicted of a crime for purposes of the

5    New Mexico Habitual Offender Statute.  What we need

6    to look at is the actual judgment itself to see what

7    the crime was.

8              MS. JACKS:  I think the judgment was

9    entered -- marked and entered by Mr. Villa as an

10   exhibit.

11             MR. CASTELLANO:  It's in the pen pack in

12   evidence, if we can look at that.

13             MS. JACKS:  I'm not proposing to admit.

14   I'm just using it to refresh his recollection.

15             MR. CASTELLANO:  This document won't

16   refresh his recollection.  This is used for the

17   purpose of admitting that you have a conviction for

18   the offense -- the underlying offense is what -- the

19   action being looked at.

20             THE COURT:  Well, if she wants to try to

21   refresh his memory with this, I'll allow it.

22   Doesn't look like it's coming in.  And if you want

23   to try to do something later, you can do it on

24   redirect.

25             MR. CASTELLANO:  I'm worried about leaving
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    a false impression with the jury.  That's not the

2    purpose of this document.

3              MS. JACKS:  It looks like -- let me take a

4    look.

5              THE COURT:  She can refresh him with what

6    she wants.  If it doesn't work, you can do it on

7    redirect.

8              MR. CASTELLANO:  Give me a moment.  While

9    we're up here, Your Honor, that's not the correct

10   document.  That's all I'm saying.  She's trying to

11   refresh or impeach with the wrong document.

12             THE COURT:  I don't think she's impeaching

13   yet.  She's just trying to refresh.

14             MS. JACKS:  Is there another document that

15   I need?

16             MR. CASTELLANO:  The correct document is

17   the plea paperwork with the judgment.

18             MR. JEWKES:  This particular document,

19   Your Honor, outlines three counts in a criminal

20   information, and that the defendant shall admit one

21   prior felony conviction, second-degree kidnapping

22   with an indictment number for the kidnapping.

23             MR. CASTELLANO:  I agree.

24             MR. JEWKES:  And dispositions.

25             MR. CASTELLANO:  I agree.  If it's a no

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3113

```
 1   contest plea or a guilty plea means a felony

 2   conviction.  But this is pursuant to the New Mexico

 3   statute for enhancing sentences.

 4             MS. JACKS:  I have the plea agreement.

 5             MR. CASTELLANO:  That is the proper

 6   document.

 7             MS. JACKS:  I'll take a look it.

 8             (The following proceedings were held in

 9   open court.)

10             THE COURT:  All right.  Ms. Jacks.

11             MS. JACKS:  Your Honor, as I indicated at

12   the bench, I'm going to withdraw this and proceed

13   down a different line of questioning for the time

14   being.

15             THE COURT:  All right.

16   BY MS. JACKS:

17      Q.   So Mr. Rodriguez, in connection with your

18   conviction on this criminal sexual penetration case,

19   you decided, after you got to prison -- you started

20   having second thoughts about entering into the plea;

21   right?

22      A.   Yes.  In early 2008 I became aware of

23   learning more about the law.

24      Q.   And in -- well, actually, it was before

25   that that you started having second thoughts, wasn't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3114

1    it?  Because you filed a series of petitions for

2    habeas corpus.

3         A.    I think the beginning one was 2007, 2008.

4    The first one?

5         Q.    Let's focus on the question, and then

6    we'll get to where we're going.  Okay?

7         A.    Okay.

8         Q.    So did you file a series of petitions for

9    writs of habeas corpus?

10        A.    Yes, ma'am.

11        Q.    And that's a petition with the Court where

12   you're basically saying you're being held illegally

13   and you want to be released?

14        A.    No, not released.

15        Q.    You want to get a new trial?

16        A.    I want my plea deal reversed.

17        Q.    You want your plea deal reversed?

18        A.    Right.

19        Q.    And did you file a first petition for writ

20   of habeas corpus on August 10th, 2007?

21        A.    If that's first one, yes.

22        Q.    Okay.

23              MS. JACKS:  Your Honor, I have a copy and

24   I'd like to mark that defense next in order.  And

25   again, I'm proposing to show this to the witness;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3115

 1  not necessarily to admit it as evidence.

 2        THE COURT:  If you're withdrawing EZ, do

 3  you want to use EZ?

 4        MS. JACKS:  Why don't I?  I'll just move

 5  the sticker over.

 6        May I approach the witness?

 7        THE COURT:  You may.

 8  BY MS. JACKS:

 9     Q.   Mr. Rodriguez, I'm going to leave this up

10  here with you, because I have another copy for

11  myself.

12     A.   I know this is my first one.

13     Q.   That's what I wanted to ask.  So that is

14  your first petition for writ of habeas corpus?

15     A.   Yes, ma'am.

16     Q.   And you filed that with the Court on

17  August 10th, 2007?

18     A.   Where is that?

19     Q.   On the file stamp on the first page in the

20  upper right-hand corner.

21     A.   Yes, 8/10/2007.

22     Q.   At the time, you were an inmate in the New

23  Mexico Department of Corrections?

24     A.   Yes, ma'am.

25     Q.   And you were representing yourself?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes, ma'am.
 2        Q.   Now, was this -- in filing this, did you
 3   have to attest to the truthfulness of this document?
 4        A.   I did.
 5        Q.   And it was under the same oath, an oath
 6   similar to the oath that you took in court yesterday
 7   and again today?
 8        A.   I don't know.  I wasn't sworn in.
 9        Q.   But did you swear that the document was
10   true under penalty of perjury?
11        A.   I believe I wrote that.
12        Q.   I just want to direct you -- I want to
13   discuss a particular paragraph with you.
14        A.   Okay.
15        Q.   And on mine, that is what's labeled page 3
16   of this petition of habeas corpus, where you're
17   outlining the reasons that you're being -- that your
18   case should be overturned or reversed; right?
19        A.   Yes.
20        Q.   Or your plea deal should be overturned?
21        A.   That's correct.
22        Q.   And one of the things that you were
23   claiming was that you got ineffective assistance
24   from your lawyer.
25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    And that he should never have encouraged
 2   you to plead guilty to the 18 years?
 3        A.    That he promised me promises, yes.
 4        Q.    And that he had made a promise to get you
 5   married, which he failed to follow through with.
 6        A.    That's correct.
 7        Q.    Directing you specifically to page 3, the
 8   part of the complaint that's labeled paragraph C,
 9   did you also tell the Court that your conviction
10   should be vacated, because -- I'm just going to
11   quote from paragraph C?
12        A.    Okay.
13        Q.    -- "they also failed to inform petitioner
14   of all the consequences of a plea to a sexual
15   offense, as in having to register as a sexual
16   offender upon his release according to SORNA, Sexual
17   Offender Registration and Notification Act,
18   29-11A-7.  Petitioner's attorney had an affirmative
19   duty to provide him specific advice regarding the
20   impact a no-contest plea would have on his life."
21        A.    That's correct.
22        Q.    That was part of your complaint?
23        A.    That was part of my complaint.
24        Q.    So as of the date that you filed this
25   petition for writ of habeas corpus, August 10th,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



3118

1  2007, you were aware that your conviction would

2  require you to register as a sex offender upon your

3  release from custody.

4       A.   I wasn't completely aware, because my J&S

5  didn't say that, so I was kind of lost on that

6  aspect of it.

7       Q.   You would agree with me that this petition

8  for habeas corpus, page 3, you're citing the fact

9  that you have to register as a reason your

10 conviction should be vacated.

11      A.   Under SORNA, yes.

12      Q.   And since this initial petition for writ

13 of habeas corpus, did you file an amended petition

14 for writ of habeas corpus through a lawyer in

15 September of 2007?

16      A.   On this habeas?

17      Q.   On this particular one, yes.

18      A.   I believe there was one.

19      Q.   And that was making the same sorts of

20 arguments to the Court?

21      A.   That's correct.

22      Q.   And finally -- I think you were asked

23 about this one yesterday -- on May 2 of 2013, did

24 you again, representing yourself, file yet a third

25 petition for writ of habeas corpus, making some of

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the same complaints, trying to get rid of your

2  conviction for this registerable sex offense?

3       A.   That's correct.

4       Q.   So since 2007, so for a period of over 10

5  years, you've been trying to do whatever you can to

6  get rid of this conviction for this sex offense?

7       A.   Not trying to get rid of it; get my case

8  overturned and admit to the crimes that I did

9  commit.

10      Q.   And not have to register as a sex

11 offender.

12      A.   That was part of it, yes.

13      Q.   Would you agree with me that the fact that

14 you were convicted of these sex offenses is

15 something that has bothered you greatly ever since?

16      A.   Well, yes.

17      Q.   And we talked a little bit about your

18 creative writing.  Does that sex offense figure into

19 some of your creative writing?

20      A.   There is, I think, an essay I wrote on how

21 this life can lead you down a road like that when

22 you never expected it.  And I think I wrote it to

23 probation officers.

24      Q.   And some of your writing has been to try

25 to -- I guess I would characterize it as process

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  your feelings and some of your anger about being

2  convicted of this offense?

3      A.   I was getting not just -- no.  It was not

4  processed feelings.  I know my feelings behind it.

5  It was outlining my life, and to further get to know

6  myself.  I wrote for myself; and other people seemed

7  to like it, and I got into that aspect of it.

8          MS. JACKS:  So, Your Honor, I have a

9  document entitled "An essay by Mario Rodriguez,

10 Inmate, Level 6."  It has a Bates stamp of 51999.

11 And I'd like to mark this as next in order.  And

12 again, this is for asking the witness questions.

13 I'm not proposing to admit it.  I'm told that's FA.

14         THE COURT:  All right.  The document will

15 be so marked.

16         MS. JACKS:  May I approach?

17         THE COURT:  You may.

18     A.   Can I keep this one, as well?

19 BY MS. JACKS:

20     Q.   Yes, I'm going to take this one back.  And

21 Mr. Rodriguez, I'm going to let you take a look at

22 that and just tell me -- take your time.  Take a

23 look at it and tell me if you recognize that

24 document.

25     A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Is that something that you wrote?

2     A.   Yes.

3     Q.   And I just want to ask you -- I marked a

4  few places on this document so I don't have to keep

5  running up there to talk to you.  But I want to ask

6  you a couple of questions about this document.

7  First of all, do you believe that your sex offense

8  crimes are normal?

9     A.   In this world, yes.

10     Q.   And do you believe that your sex offense

11  crimes never harmed an innocent person?

12     A.   Being that it was incarcerated, and

13  incarcerated individuals that are in the lifestyle,

14  yes, it wasn't against an innocent individual.

15     Q.   In this essay -- and I'm going to direct

16  your attention to the marked language at the top of

17  page 51999 -- can you tell me what you wrote with

18  that topic?

19     A.   Do you want me to read it?

20     Q.   Yes.

21     A.   "I believe in my heart of hearts that all

22  my crimes are normal, because I've never harmed an

23  innocent person."  Do you want me to continue?

24     Q.   No.  I think you've answered my question.

25  Do you believe that the crimes that you committed,

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  the sex offenses that you committed, were against

2  individuals who lived the same lifestyle as you, so

3  they aren't to be deemed innocent?

4      A.   That was incarcerated with me, yes.

5      Q.   And is that a topic that you wrote on in

6  this essay?

7      A.   I haven't seen this essay in a very long

8  time, but --

9      Q.   I would direct your attention to the

10 second marked language on page 51999.

11     A.   Do you want me to read it?

12     Q.   Yes.

13     A.   "My crimes have been against individuals

14 who live the same lifestyle, so therefore, they

15 cannot be deemed innocent."

16          I don't think that's what I wrote there.

17 This is -- oh, yes, that's okay.  I understand it

18 now.

19     Q.   That is something that you wrote.

20     A.   That's what I wrote.  This is retyped by

21 my teacher.

22     Q.   Right.  Because he was impressed with your

23 work, and as a favor to you, he actually offered to

24 type it up; right?

25     A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   He just did it on his own?
 2        A.   Yes.  He's putting together a book of the
 3   relationship he and I built over the time he spent
 4   in the Penitentiary of New Mexico.
 5        Q.   Did you enter a plea deal in your criminal
 6   sexual penetration case, not because you were
 7   guilty, but because you thought your peers would
 8   think you were crazy, and that prison would give you
 9   a more solid and respected image?
10        A.   Do you want me to read it?
11        Q.   I want you to answer the question first.
12   Then I'll let you read it.
13        A.   At that time, I was 18.  I was straight
14   out of the juvie system.  And I felt that the more
15   time you get, the more people look at you like
16   you're a crazy guy.  You say, "Oh, I'm doing 30
17   years," people instantly respect that.
18        Q.   So my question was --
19        A.   Yes.
20        Q.   My question was:  Did you enter the plea
21   not because you were guilty or committed the crimes,
22   but to make your peers think you were crazy and to
23   improve your image of respect?
24        A.   Correct.
25        Q.   And did you write about that in this
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   essay?

 2        A.   Yes, you just read it.

 3        Q.   Will you read it?  And for the record, let

 4   me just put where you're reading from.  This is that

 5   same exhibit, at page 52001 in the first paragraph,

 6   some highlighted text.

 7        A.   Are you ready?

 8        Q.   Yes.

 9        A.   You want me to do it from, "The next thing

10   you know," or --

11        Q.   Yeah, I think so.

12        A.   "The next thing you know, I'm spending 18

13   years in prison; not because I was guilty or that I

14   committed these crimes.  I entered a plea because I

15   thought my peers would think I was crazy.  And

16   prison made my image more solid and respected."

17        Q.   I've got some other ones, and I want to

18   ask you about those just briefly.

19        A.   Okay.

20        Q.   I have another document.  It starts at

21   Bates 52007.  It's entitled, "Writings of Mario

22   Rodriguez," and there is a note on the top that they

23   were typed and composed by Keith Mark Johnson.  And

24   I'd like that marked defense next in order.

25             THE COURT:  Do you want to say that out
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  loud?  What's the exhibit number?
 2          MS. JACKS:  F as in Frank, B as in boy.
 3  May I approach the witness?
 4          THE COURT:  You may.
 5      A.   Do you want to keep this one?  I haven't
 6  seen this in a long time.
 7  BY MS. JACKS:
 8      Q.   You can't keep it, unfortunately.
 9      A.   Can I get a copy of it?
10      Q.   Yes.  Showing you, Mr. Rodriguez, what's
11  been marked as FB, take your time and look through
12  that and see if that is, in fact, what it purports
13  to be, which are your writings typed up by your
14  teacher.
15      A.   I haven't seen this, and I haven't
16  probably read it in years.  So I don't know if it's
17  all my writing.
18      Q.   But it's quite a few pages?
19      A.   It's a lot of pages.
20      Q.   Let me direct you to the two things I'm
21  going to ask you about, and see if you can just
22  direct your attention to those.  So if you look at
23  page 52018, there is some highlighted -- there is a
24  highlighted portion at the top of the page that
25  starts with "So the lesson seemed to be."
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    Okay.

 2        Q.    Is that something that's from your

 3   writings?

 4        A.    This is an excerpt out of "The Ax Maker's

 5   Gift," by a writer named Wright.  It's supposed to

 6   be in his quotations.

 7        Q.    Okay.  And is this something that you

 8   wrote about, discussing it as part of your

 9   philosophy?

10        A.    No, this was something that I seen how

11   people acted toward other people, and it was

12   relating to the SNM, and how they're willing to

13   exploit you for whatever reason.  And I added it

14   to -- you have to read the whole thing to get the

15   gist of it.

16        Q.    I think based on your answers, I'm going

17   to move to the next portion I'm going to ask you

18   about.  And that's at 52019.  And it's the

19   highlighted language on that page.  There is a

20   section at the top of the page and a section at the

21   bottom of the page.

22        A.    Ready?

23        Q.    Have you had a chance to read that?

24        A.    Yeah.

25        Q.    And do you recognize that as your writing,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  not just copying somebody else's writing?
 2       A.   Yes, I believe this is my writing.
 3       Q.   And is this your writing commenting on
 4  your feelings about your conviction for the criminal
 5  sexual penetration case?  And I'm talking about the
 6  two highlighted portions, the one on the top and the
 7  one on the bottom.
 8       A.   On page 52018?
 9       Q.   52019, I'm sorry.
10       A.   52019?  Which one do you want me to read
11  first?
12       Q.   Take a look at both of them.  And I'll
13  just ask you both of them at the same time.
14       A.   Okay.
15       Q.   So my question is:  Are those -- do you
16  recognize that as things that you wrote?
17       A.   Yes.
18       Q.   And do you recognize that as things you
19  wrote about your criminal sexual penetration case?
20       A.   That's correct.
21       Q.   And so why don't you tell -- let's start
22  with the section at the top of the page.  Can you
23  read that highlighted section?
24       A.   I think --
25       Q.   That starts with "For."
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                             (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1       A.   "For some reason I can't regret my choice,

2  no matter how harshly judged or shamed."

3       Q.   And can you read the section at the

4  bottom?

5       A.   "The old saying that joked about 'Don't

6  drop the soap' came through, and I stood involved."

7       Q.   And finally, Mr. Rodriguez, I'm going to

8  ask you to turn to the very last page.  That's

9  52022.  And I think this is some writing that you

10 did about relationships, and I want to just ask if

11 you recognize that as your writing, and not somebody

12 else's?

13      A.   The last page?

14      Q.   It's the very last page.  And I just

15 highlighted a portion that I want to ask you about.

16      A.   Yes, this was about my son and my baby's

17 mother.

18      Q.   And is it also about your -- is it

19 reflecting your views on relationships?

20      A.   Yes, but not -- I get what you guys are

21 doing.  It's in the aspect of the love I was wanting

22 from them.  And do you want me to read it?

23      Q.   Can you read what you wrote about the

24 relationship?

25      A.   "I don't get anything out of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  relationship; therefore, I don't need it."

2       Q.   That's all the questions I have about that

3  topic right now, Mr. Rodriguez.

4            So I want to talk to you a little bit

5  about what you're getting out of your relationship

6  with the Government as a Government witness.  And I

7  think some other lawyers have asked you some

8  questions about this.

9            But let's start at the beginning.  I think

10  you told us that your decision to become a

11  Government witness happened on October 24, 2017.

12       A.   That's correct.

13       Q.   And in order to get the help that you

14  needed -- I mean, at that point, you became -- you

15  wanted to become a witness and try to get some sort

16  of leniency for the criminal conduct that you were

17  accused of.  Is that accurate?

18       A.   That's part of cooperating, yes, ma'am.

19       Q.   And at the time, this was, just as you

20  pointed out, just a few months ago, there weren't

21  too many -- let me go back a second.  In order to

22  get credit for cooperating and for getting the

23  Government recommendation for a more lenient

24  sentence, you have to provide what's called

25  substantial assistance; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3130

1      A.    What is that?

2      Q.    That's what is required for the Government

3  to file what's been referred to here in Court as a

4  5K1 motion?

5      A.    Would it be --

6      Q.    In other words, where they tell the judge

7  that "Here's how Mr. Rodriguez helped us with our

8  case, and so here's why he should get a more lenient

9  sentence."

10     A.    Oh, okay.

11     Q.    I'm sure you discussed that with your

12  lawyer.

13     A.    No, I don't think we really got that far

14  into it.

15     Q.    But you're aware that in order to receive

16  that sort of recommendation, you have to provide

17  substantial assistance?

18     A.    I am now, yes, ma'am.

19     Q.    And at the time, back in October 24, 2017,

20  there weren't too many people left to provide

21  substantial assistance for, were there?

22     A.    As far as who?

23     Q.    As far as people left as defendants in the

24  Molina homicide.

25     A.    I don't think -- no, there wasn't.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   And so if you were going to provide

2  substantial assistance in October of 2017, that

3  assistance needed to be directed towards the

4  defendants in this case, didn't it?

5     A.   No.

6     Q.   You don't think so?

7     A.   No.

8     Q.   Let's talk about the benefits that you've

9  received.

10    A.   Okay.

11    Q.   Do you want to list them?  Or why don't

12 you just take a shot at listing them, and then if I

13 think you got something, I'll let you know.

14    A.   I got a 5K.

15    Q.   You're expecting a 5K; right?

16    A.   I don't know really how that works.  I

17 just know I signed a 5K, a Kastigar letter.

18    Q.   You signed a cooperation agreement, and

19 the Government has said that if you testify as a

20 witness and help their case during the trial,

21 they'll make a recommendation for a lesser sentence;

22 right?  That's a benefit?

23    A.   All right.

24    Q.   Right?

25    A.   Yeah.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.    That's a benefit.  So what besides that?

2        A.    I got out of the gang life.  I don't have

3   to be a gang member no more.

4        Q.    Right.

5        A.    My one opportunity to get completely out.

6   I think I got $50 a month.

7        Q.    So you got some money.

8        A.    Yeah, if you call that money.

9        Q.    It's more money than you got when you were

10  in prison.

11       A.    Bullshit.  My family take care of me.

12       Q.    They can still take care of you, can't

13  they, Mr. Rodriguez?

14       A.    And they still do.

15       Q.    What about visits?

16       A.    About visits, I got I think a threat

17  analysis visit.

18       Q.    And you got family visitation; right?

19       A.    I got to see my family.

20       Q.    And you actually got to do that in a

21  contact setting, not separated by a Plexiglas

22  screen.

23       A.    Yes, ma'am.  That surely isn't the reason

24  why I left.

25       Q.    I'm going to ask you the questions:  You

SANTA FE OFFICE                                                      MAIN OFFICE
119 East Marcy, Suite 110                                   201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                               1-800-669-9492
                                                         e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  got the agreement that whatever is remaining on your

2  state time can run concurrent with whatever federal

3  sentence you get for -- as a result of your

4  cooperation.

5       A.   Not at first.

6       Q.   But you got that.

7       A.   Yes.  After I seen the plea agreement, I

8  requested that my state time be run concurrent.

9       Q.   So you bargained for that.

10      A.   I'm on in-house parole.  But I don't know

11  really how much time I've really got left in the

12  state.

13      Q.   And have you been promised -- or has

14  anyone discussed with you any sort of cut in your

15  state time or the fact that your state time can be

16  terminated early?

17      A.   No.

18      Q.   As part of the benefits for becoming a

19  Government witness in this case, have you been

20  promised a new identity, a new identity that comes

21  with a new criminal record that's clean?

22      A.   Not that I'm aware of.

23      Q.   Have you discussed that with the

24  prosecution?

25      A.   No, ma'am.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3134

```
1        Q.   Now, Mr. Rodriguez, on November 9th of

2   2017, prior to the meeting with the FBI and Ronald

3   Sanchez, did you write a letter to Daniel Sanchez?

4        A.   I did.

5             MS. JACKS:   And Your Honor, I have a copy

6   of that letter.  I'd ask that it be marked defense

7   next in order.  F as in Frank, C as in cat.  And

8   that's Bates No. 51520.

9             May I approach the witness?

10             THE COURT:   You may.

11   BY MS. JACKS:

12        Q.   Mr. Rodriguez, I'm going to ask you to

13   take a look at that letter and see if that's the

14   letter you wrote to Mr. Sanchez on November 9 of

15   2017?

16        A.   This is the letter I wrote to Daniel

17   Sanchez.

18        Q.   And you wrote that letter before you had

19   the meeting with the FBI agent and Daniel's brother;

20   right?

21        A.   Right.

22        Q.   And you wrote it in part, I guess, to

23   explain your decision of why you became a Government

24   witness; right?

25        A.   Yes.
```




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And I think the other reason or the other

2 part, the other thing you were trying to communicate

3 in this letter was that maybe Dan should follow you

4 and maybe he should become a Government witness?

5    A.   Not follow me.  I just wanted him to know

6 that there was choice out there he could make.  I

7 didn't know there was a choice to be made.

8    Q.   And at the time that you wrote this

9 letter, you had been told by the Government that if

10 you get Mr. Sanchez to become a Government witness

11 or plead guilty, that you would get a benefit for

12 that.

13    A.   No.

14    Q.   You had not been told that?

15    A.   No.

16    Q.   Did you tell Mr. Sanchez -- and I'll just

17 direct your attention to the very last part of the

18 letter where you put a PS on there.

19    A.   Yes, ma'am.

20    Q.   And did you tell -- you're discussing with

21 Mr. Sanchez in the letter some of the benefits that

22 could accrue to him if he were to become a

23 Government witness; right?

24    A.   That's correct.

25    Q.   And did you tell him in the letter that he

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  could get a new identity that comes with a new

2  criminal history record?

3      A.   It says, "New identity record means you

4  guys can go hunting again legally.  Think of a real

5  life and all its perks and pleasures.  Happy

6  birthday."

7      Q.   Let me just break that down because you

8  read it pretty fast.  The question that was pending

9  was:  Did you discuss with him the benefits he could

10  get if he would sign up as a Government witness?

11      A.   Yes.  If he does his homework, yes, he can

12  get that.

13      Q.   If he does his homework?

14      A.   That's what I did.

15      Q.   And did one of those benefits include a

16  new identity?

17      A.   I don't know if it's to the extent that I

18  believe it is, because I had my family Google it and

19  send me articles about procedures of securing WITSEC

20  and interviews from people who were in WITSEC.  And

21  I may be not correct about this, but it may be

22  correct; it may not.  That's what I got.

23      Q.   But it was your state of mind, at least,

24  when you wrote this letter?

25      A.   That I hope for that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That by becoming a Government witness, you

2  have the chance at getting a new identity; right?

3    A.   That's correct.

4    Q.   That comes with a clean criminal record?

5    A.   I don't know if they clean your record.

6  That's what I said, yes.

7    Q.   But that was your state of mind; you

8  thought that was true?

9    A.   Yes.

10    Q.   And in fact, in this letter what you

11  communicated to Mr. Sanchez -- you know that when he

12  was a young kid, that Daniel liked to go hunting

13  with his family?

14    A.   Yes.  I know Dan very well, yes.

15    Q.   And he speaks fondly of that, that time?

16    A.   Yes, ma'am.

17    Q.   And you knew that what you're

18  communicating to him in this PS is that if he gets a

19  new identity and a clean criminal record, that means

20  that he can go and do something that he really

21  enjoyed, which was hunting, and he can do that

22  legally?

23    A.   When I brought this up to -- when Acee

24  read this, he told me, "Well, with a bow and arrow."

25       So I assume they're not cleaning the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   record.

 2        Q.   But you wrote this.

 3        A.   Yes.

 4        Q.   And then later, you spoke to Acee about it

 5   and he told you you're wrong?

 6        A.   When I gave him the letter, yes.

 7        Q.   And so when you wrote this letter, it was

 8   your state of mind that by becoming a Government

 9   witness, you certainly had a chance of getting a new

10   identity with a new criminal record?

11        A.   Yes.

12        Q.   And for you, that would mean a new

13   identity as a person that doesn't have to register

14   as a sex offender?

15        A.   I wouldn't have to register if I would

16   have went to trial either.

17             MS. JACKS:   Objection, Your Honor.  That's

18   not responsive to the question.

19             THE COURT:   We'll strike the answer.

20             MS. JACKS:   Please.

21   BY MS. JACKS:

22        Q.   Mr. Rodriguez, can you answer the

23   question?

24        A.   Can you ask it again?

25        Q.   Yeah.  The question was:  In your case,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    what your thought was, that you would get a new

2    identity that came with a clean criminal record.

3         A.   That's correct.

4         Q.   And that you wouldn't have to register as

5    a sex offender?

6         A.   Who knows?  I might.  I don't know.

7    That's my mentality at the time, yes.

8         Q.   That was certainly your mentality.

9         A.   Yes, ma'am.

10        Q.   And this letter was written November 9 of

11   2017; right?

12        A.   If that's the date on the letter, yes.

13        Q.   A couple of weeks after you made your deal

14   with the Government to become their witness?

15        A.   Yes, ma'am.

16             MS. JACKS:  I have nothing further.

17             THE COURT:  Thank you, Ms. Jacks.

18             Ms. Armijo, do you have redirect of Mr.

19   Rodriguez?

20                  REDIRECT EXAMINATION

21   BY MS. ARMIJO:

22        Q.   Mr. Rodriguez, I'm going to first start

23   actually with -- I have a copy here of Defendants'

24   Exhibit EY, which, as you can see on the Elmo, is

25   the exhibit that Ms. Jacks wrote on when she was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  talking to you about a timeline.  Does that appear

2  to be a copy of it?

3       A.   Yes, ma'am.

4       Q.   And I recall at one point even, you were

5  talking about -- I'm looking here at March 2 through

6  the 3rd, specifically you were trying to remember a

7  point in time and put the references, and you said,

8  "Yes, after I -- after Dan and I read it, I sent it

9  back under the door."  Do you recall that?

10      A.   Yes.

11      Q.   Okay.  But she didn't put that there, did

12 she?

13      A.   No, she did not.

14      Q.   So what I'm going to do is:  I'm going to

15 go through -- because I think -- and maybe add some

16 things to this.  Now, you indicated on March 6,

17 2014, Number 1, Mr. Urquizo arrives at the unit, and

18 then you said, "Mario Rodriguez slides a note under

19 the door to Lupe Urquizo."

20      A.   Right.

21      Q.   Was anybody with you at that time?

22      A.   Timothy Martinez.

23      Q.   And that's the incident, so I'm going to

24 write --

25              THE COURT:  Hold on just a second.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  think probably the way we ought to do this is, why

2  don't you make a copy of that?

3          MS. ARMIJO:  This is not the original.

4          MS. JACKS:  It's a copy.  So I have no

5  objection.

6          THE COURT:  Do you want to mark it as a

7  Government's Exhibit?

8          MS. ARMIJO:  I'll mark it later, Your

9  Honor.  This is a copy.  I believe the original is

10  yellow and up there.

11          MR. VILLA:  Your Honor, I didn't realize

12  it was a copy.

13          MS. ARMIJO:  Sorry if I didn't make that

14  clear.  This is not yellow.  In fact, I'm going to

15  put over here -- but that is different copy.

16  BY MS. ARMIJO:

17      Q.   Okay.  So Number 1, Urquizo arrives at

18  unit 1-A and you slide a note, and I believe you

19  testified yesterday that Timothy Martinez was with

20  you.

21      A.   Yes, ma'am.

22      Q.   And that's when you kind of were

23  introducing him to him?

24      A.   Introducing him to him and asking him if

25  he had the syringe.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.   So I'm going to add "TR with MR."
 2             And then the next thing you have under
 3   there is that LU, Lupe Urquizo, passes a note to
 4   you, and it says here, "by a third party under the
 5   same door as door number 2."
 6             Now, who was that third party?
 7        A.   Carlos Herrera.
 8        Q.   And how do you know that?
 9        A.   Well, I know his voice.  I know I called
10   him to the door.
11        Q.   You called for Carlos Herrera?
12        A.   I called Lazy.
13        Q.   Lazy?
14        A.   Yes, ma'am.
15        Q.   His nickname?
16        A.   Yes, ma'am.
17             I think when you put TR, it's TM.
18        Q.   Thank you.
19             Okay.  So this third party is actually
20   Carlos Herrera?  We'll put CH for him.
21             MS. JACKS:  Your Honor, I believe that
22   misstates the testimony.  I think he was guessing as
23   to whether it was Mr. Herrera.  So we put third
24   party to indicate he was unsure.
25             THE WITNESS:  I'm pretty sure it was
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  Carlos Herrera.

 2          THE COURT:  Let me do this:  I'll let you

 3  go back on recross.  But let me have Ms. Armijo go

 4  through her chart with the witness.

 5          MS. JACKS:  That's fine.  Can we have it

 6  numbered?

 7          MS. ARMIJO:  What is our next number?

 8  755.

 9          MS. JACKS:  Thank you.

10  BY MS. ARMIJO:

11      Q.   Now --

12      A.   I think one of these instances was Carlos

13  Herrera.  I'm not sure if it was the circled three

14  or four, but I know one of them was him.

15      Q.   Okay.  So Lupe Urquizo passes a note to

16  you by this person under the same note, and then

17  Number 4, just so that we're clear, Mario Rodriguez

18  slides a second note under the same door to Lupe

19  Urquizo by third party.

20      A.   That's correct.

21      Q.   Okay.  So one of these, Lupe is passing

22  you a note through somebody; and then in number 4,

23  you're passing a note back to Lupe through somebody;

24  is that correct?

25      A.   That's correct.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   Okay.  Now -- and you say third party.
 2  Now, which one did you call Lazy out to, if you
 3  recall?
 4      A.   The only person I went through in that pod
 5  was Carlos Herrera, so I think I was calling for him
 6  on one of them, and he wasn't near the door.  So I
 7  just slid it, told him to give it to Lupe.  I don't
 8  know which one it was.
 9      Q.   The other incident, what happened?
10      A.   I responded to the letter that I got from
11  Urquizo and slid it back to him, the response.
12      Q.   Okay.  So you call out for Lazy here.  Is
13  that what you're saying?
14      A.   I called out for Lazy both times.  But I
15  only got him on one time.
16      Q.   Okay.  You called out for him on 3 and 4?
17           MS. BHALLA:  Your Honor, I have an
18  objection.  I think the witness testified he doesn't
19  know which time he gave it to Carlos and which time
20  he didn't.  I think that that is misleading.  If
21  he's not clear which one it was, we should leave it
22  as third party.
23           THE COURT:  I'll let Ms. Armijo put her
24  chart together and he can testify.  And you can work
25  on it on recross.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    BY MS. ARMIJO:

2        Q.   So you're not sure which time.  So I want

3    to be sure.  Did you call for Carlos Herrera each

4    time?

5        A.   Yes.

6        Q.   And so you did on the other time, as well,

7    number 4?

8        A.   Yes, ma'am.

9        Q.   All right.  Does that accurately reflect

10   each of those incidents?

11       A.   Yes.

12       Q.   And on one of these incidents did he

13   actually -- "he" being Carlos Herrera -- ever speak

14   back to you?

15       A.   I just told him to give this to Lupe, and

16   he said, "All right."  That was it.

17       Q.   And which time did he say "All right"?

18       A.   I can't recall.

19       Q.   Okay.  One of those times he said "All

20   right"?

21       A.   Yes, ma'am.

22       Q.   Okay.  And so we'll just leave it like

23   that.  But one of these times is "All right."

24            Now, for number 3 and, 4 was anybody with

25   you when you did those?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                          FAX (505) 843-9492
                                                              1-800-669-9492
                                                   e-mail: info@litsupport.com




BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.    No.

2      Q.    Okay.  Then we're going to go to March.

3  Now, was there anything else of significance for

4  March 6 of 2014 regarding the Molina murder?  Did

5  you have any conversations with anybody that's not

6  reflected here on Friday, the day that Mr. Urquizo

7  came?

8      A.    I think the only thing that's missing here

9  is when we observed the CO writing the names of the

10 new arrivals on the chalk board, on the white board

11 in the bubble.  That's only thing that's missing.

12     Q.    Okay.  And who is "we"?

13     A.    Myself and the rest of the inmates in blue

14 pod.

15     Q.    So that's when you're talking about you

16 knew the train was coming?

17     A.    Yes, ma'am.

18     Q.    So I'm going to say up here before this,

19 "observed board."  How's that?

20     A.    The white board.  We go to the top tier,

21 and you can see what's going on in the bubble in the

22 control center.

23     Q.    Okay.  Now you said "with other members of

24 the pod."  Do you recall specifically anybody with

25 you?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   I think the only members that were there

2  were myself, Daniel Sanchez, Jerry Montoya, Javier

3  Molina.

4     Q.   Jerry Montoya?

5     A.   Yes, ma'am.

6     Q.   Okay.  And who else?  I wrote Jerry

7  Montoya.

8     A.   Oh, Jerry Armenta.  I don't think Ronald

9  Sanchez was paying attention to it.  Javier Molina,

10 Dan Sanchez.

11    Q.   Javier Molina was there, as well?

12    A.   Yes.

13    Q.   That's the same initials.  I'm going to

14 write "Javier" for him, as Jerry Montoya.

15    A.   And myself.  Rudy Perez was in his cell;

16 he wasn't out for that.  I think that's all that was

17 there that didn't work in the pod for the wheelchair

18 program.

19    Q.   Now, we're going to March 7, and I believe

20 the first thing that we have here is "Went to yard

21 and on the way talked through yellow pod main door."

22 Okay.  And what happened during this incident?

23    A.   I spoke to Carlos Herrera --

24    Q.   Okay.

25    A.   -- about asking Lupe if he got that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   What did you speak to him about?

2    A.   Asked him if Lupe had had that, if he got

3 that -- the paperwork.  He thought I was asking

4 about the syringe.  I told him no.

5    Q.   Did you clear that up?

6    A.   I told him, "No, the paperwork."

7         He didn't know what I was talking about,

8 so he talked to Lupe Urquizo and came back and told

9 me, yes, he had it.

10   Q.   So you asked Carlos Herrera about it.

11   A.   I did.

12   Q.   And Carlos Herrera came back and told you

13 that he had it?

14   A.   He went and talked to Lupe Urquizo and

15 told me that Lupe Urquizo had it.

16   Q.   And was anybody else with you at this time

17 involved in this?

18   A.   All blue pod, but I was the only one

19 speaking to Carlos Herrera.

20   Q.   Was anybody -- did you talk to anybody

21 about what you were doing?

22   A.   Not until --

23   Q.   Did you say, "Hey, this is what I'm

24 doing," anything like that?

25   A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    Okay.  Then after lunch you got the

2  paperwork from under the emergency door; is that

3  correct?

4    A.    That's correct.

5    Q.    Who did you get the paperwork from?

6    A.    I think on Number 1 right there --

7    Q.    Okay.

8    A.    -- when we went to the yard, I had spoke

9  to Daniel Sanchez about the paperwork being there.

10          THE COURT:  Ms. Armijo, would this be a

11  good time for us to take our lunch break?

12          MS. ARMIJO:  Yes, Your Honor.

13          THE COURT:  All right.  We'll be in recess

14  for about an hour.  All rise.

15          (The jury left the courtroom.)

16          MS. ARMIJO:  Your Honor, we have a brief

17  security issue to discuss with you.

18          THE COURT:  Okay.

19          MS. ARMIJO:  I don't think we need to

20  approach.  Mr. Rodriguez can leave.

21          THE COURT:  All right.  Why don't you go

22  ahead and exit, Mr. Rodriguez?

23          MS. ARMIJO:  I'll ask Marshal Joe Castro.

24          THE CLERK:  Can we get another marshal,

25  please?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3150

```
 1              MARSHAL CASTRO:  Your Honor, Joe Castro
 2   with the marshals.  We were notified a while ago
 3   that there was a shakedown at Dona Ana, Anthony
 4   Baca's cell, and they found a shank that was the
 5   half -- back end of a spoon that was starting to be
 6   sharpened, and was hidden behind his bathroom
 7   mirror.
 8              THE COURT:  All right.  Thank you, Mr.
 9   Castro.
10              MARSHAL CASTRO:  Thank you.
11              THE COURT:  Can we take it up maybe after
12   lunch, Mr. Villa?
13              MR. VILLA:  Yes, Your Honor.  We can do it
14   before the jury comes in.
15              THE COURT:  Let's do that.  We'll see
16   y'all in about an hour.
17              (Lunch recess.)
18              THE COURT:  All right.  Let's go on the
19   record.
20              Mr. Villa, I think you had something you
21   wanted to raise before the lunch hour?
22              MR. VILLA:  Yes, Your Honor.  I received
23   an email from Deputy Mickendrow of the U.S. Marshals
24   concerning the issue of the tablet, and he was
25   searching, if the Court recalls, for Robert
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Martinez' tablet.  He informed me that he found it.

2  It's up north.  He didn't say exactly what that

3  means.  I think that might mean it's in PNM.  But

4  likely, the other tablets -- we would ask the Court

5  order that they be immediately sent to the expert

6  hired by Mr. Baca's team so that he can review it

7  for the evidence of tampering and other things like

8  that.

9           MS. ARMIJO:  Your Honor, I think that

10  before it's sent anywhere, it should be examined

11  by -- just like all the other tablets -- examined

12  first by New Mexico Corrections, because I don't

13  believe that this tablet was tampered with.  And I

14  know that Mr. Martinez, through his attorney, is

15  very interested in getting his tablet back, and he

16  will be testifying.  So I think it would cause a

17  delay.  There has been no showing that he tampered

18  with it.  That's the first step, to see if it was

19  even tampered with.  And if it was not tampered

20  with, then it shouldn't (sic) be returned to the

21  inmate.  Because that's what's been done with all of

22  these.  Any that were tampered with or believed to

23  be tampered with were sent for analysis.

24           THE COURT:  Well, do you have any trouble

25  with them making a quick examination to see whether

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it's been tampered with, and then we'll go from

2  there?

3          MR. VILLA:  Well, Your Honor, I guess I'd

4  want to hear from Mr. Mickendrow whether it has.  I

5  mean, the fact that it was lost or missing or seized

6  from Mr. Martinez leads me to believe that it was

7  tampered with, because that's the only basis to take

8  it from Mr. Martinez.

9          I don't necessarily have a problem with

10 the Corrections Department looking at it.  But

11 frankly, Your Honor, I've never seen them do

12 anything quickly.  And we need to get this to our

13 expert before we cross-examine Mr. Martinez, because

14 we have found from the tablets that were provided,

15 that were seized, that there was quite a bit of

16 information on there that we can use in

17 cross-examination.

18         THE COURT:  Well, why don't we do this.

19 Let's go ahead.  Why don't you talk to Deputy

20 Mickendrow.  And if we need to put something on the

21 record, we'll do it.  See what he says.  You go

22 ahead and get it to Corrections.  Tell them to,

23 pronto, look at it and give us a report.

24         MS. ARMIJO:  And I believe it's up north.

25 If somebody from -- is it up north or down here?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            MARSHAL CASTRO:  Deputy Mickendrow is

2    handling that matter.

3            MS. ARMIJO:  The email said it was up

4    north.  So what we can do is, I'll check as soon as

5    I'm done with this witness.  I'll check to see if

6    they can have somebody up there do it.  I know for

7    certain we had somebody down here, south, do them.

8    But that can be done within a day, Your Honor.

9            And the reason that the tablet was lost

10   was because Mr. Martinez was moved around.  And they

11   were all seized as part of that day when we learned

12   that there was tampering.  So it was not

13   specifically seized because it was.  There were

14   several that were not tampered with.

15           THE COURT:  All right.  Let's see if we

16   can move it along and get some report.  So if Deputy

17   Mickendrow gets in here, you can ask him, put it on

18   the record, and then we'll go from there.

19           MR. VILLA:  Lastly, I think I may be

20   mistaken, but I don't believe we ever got

21   Mr. Timothy Martinez' tablet.  I believe it was one

22   of the ones that there is some allegation of

23   tampering.  The Government might be able to correct

24   me on that.  Mr. Mickendrow, in his email, also

25   acquired whether there were additional inmates for

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                     Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                              1-800-669-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

e-mail: info@litsupport.com

3154

1    whom we want their tablets, and I think that may be

2    the one that's outstanding.

3            THE COURT:  If that one is ready to go,

4    any problem turning that over to the expert?

5            MS. ARMIJO:  Turning which one over?  I'm

6    sorry.

7            THE COURT:  Timothy Martinez's.

8            MR. VILLA:  Timothy Martinez's.

9            MS. ARMIJO:  Doesn't the FBI have those

10   and is analyzing them?  I believe the FBI has that

11   and is analyzing them.

12           MR. VILLA:  I think the issue that -- the

13   tablets that did get sent to the expert was because

14   the FBI didn't have sufficient time to analyze them.

15   And we're happy to let the FBI analyze them as much

16   as they want, but we'd like our shot at it.

17           MS. ARMIJO:  I don't know where Mr.

18   Martinez' tablet is, because I believe the FBI does

19   not have his, based on the list that I've just seen.

20   I don't know where his tablet is.

21           THE COURT:  It's not one of the ones

22   you're showing is at the FBI?

23           MS. ARMIJO:  No.  And we know his was

24   tampered with.  We do know that.  Timothy Martinez

25   has admitted, and he will testify that he tampered

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3155

 1  with it.

 2          THE COURT:  We don't know where it is?

 3          MS. ARMIJO:  I don't know where it is.

 4          MR. VILLA:  Well, if it's in his

 5  possession, I assume the Government can talk to his

 6  attorney -- he's cooperating with the Government --

 7  and it can be immediately seized and sent to our

 8  expert.

 9          MR. LOWRY:  We got an email from

10  Mickendrow that said that he had the tablet in his

11  possession.

12          THE COURT:  T. Martinez'?

13          MR. LOWRY:  Yes, Your Honor.  And the only

14  reason -- I think if we can get it Fed Ex'd out to

15  our expert, they can do a mirror image and return

16  the tablet in 36 hours.

17          THE COURT:  Can we do that, Ms. Armijo?

18  It's not in the FBI's possession.

19          MR. LOWRY:  My understanding it's in the

20  U.S. Marshal's possession.

21          THE COURT:  Well, tell Deputy Mickendrow

22  that he should turn it over to your expert, give him

23  the address, tell him to get it out there.  Tell

24  your expert not to destroy anything.

25          Ms. Standridge, is that going to be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3156

```
 1    Exhibit G, the Baca report?  What's the next number?
 2              THE CLERK:  H.
 3              THE COURT:  I'm going to mark the
 4    materials that Deputy Castro gave us -- mark it as
 5    Exhibit H to the clerk's minutes.
 6              MR. LOWRY:  Sure.
 7              THE COURT:  All right.  So you'll get an
 8    address to Deputy Mickendrow, and you'll tell your
 9    expert just to make an image and then return it?
10              MR. LOWRY:  Absolutely.
11              THE COURT:  All right.  All rise.
12              (The jury entered the courtroom.)
13              THE COURT:  All right.  Everyone be
14    seated.
15              All right, Mr. Rodriguez.  I'll remind you
16    that you're still under oath.
17              THE WITNESS:  Yes.
18              THE COURT:  Ms. Armijo, if you wish to
19    continue your redirect of Mr. Rodriguez, you may do
20    so at this time.
21              MS. ARMIJO:  Thank you, Your Honor.
22    BY MS. ARMIJO:
23        Q.   Mr. Rodriguez, I believe I'm putting back
24    up Government's Exhibit 755, and I left a little
25    sticky to myself that we had stopped talking
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1   about -- did you have a conversation with Mr.

2   Sanchez?

3        A.   At what point in time?  At what point?

4        Q.   That's what I'm looking at.

5        A.   Oh, yes.

6        Q.   I know I wrote here, this is March 7, you

7   asked Carlos Herrera about the paperwork, and then

8   Carlos Herrera confirms that he had paperwork; is

9   that correct?

10       A.   Yes.

11       Q.   Okay.

12            MS. JACKS:  Objection, I think that

13  misstates the testimony.  It was unclear about who

14  "he" is.

15            THE COURT:  I'll let you work on it on

16  recross.  Overruled.

17  BY MS. ARMIJO:

18       Q.   Okay.  That you spoke to?

19       A.   Yes.  After this conversation with Carlos

20  Herrera at the yellow pod door, we went to yard.

21  And in the yard, I spoke to Daniel Sanchez about

22  them having the paperwork.

23       Q.   Okay.  So the yard incident -- is that

24  between Number 1 and 2?

25       A.   Yes, ma'am.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3158

1    Q.   Okay.  So that would be, like, 1.5 or

2  something?

3    A.   It's an hour yard.

4    Q.   And that would take place between 1 and 2?

5    A.   No, let me see.

6    Q.   Because Number 1 is, you went to the yard;

7  on the way, you talked through yellow pod main door.

8    A.   This is maybe 9:00 to 10:00.

9    Q.   Okay.  So 9:00 to 10:00, so it's before

10  Number 1?

11    A.   Yes.  It's either 9:00 to 10:00, or 10:00

12  to 11:00.

13    Q.   What would between 9:00 to 10:00?

14    A.   We're in yard.

15    Q.   Okay.

16    A.   This is right here, where we're -- they're

17  talking about before lunch, we're on our way going

18  to yard.

19    Q.   Okay.

20    A.   So it says 11:00 to 11:30; before lunch,

21  11:00 to 11:30.  That's the lunch hour that she put.

22  That's not the time that I was speaking to Carlos

23  Herrera.  That's just before it.

24    Q.   So lunch is between 11:00 and 11:30?

25    A.   Right, and this conversation at the yellow

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  door took place before that.

2       Q.   Okay.  So this is:  Went to yard and on

3  the way, and now I guess we want to get to something

4  happened at the yard; correct?

5       A.   Right; correct.

6       Q.   And that would be between what's marked

7  Number 1 and Number 2?

8       A.   It would be attached to Number 1.

9       Q.   Okay.  Let me just do this.  I'm going to

10  get another piece of paper and write Number 1, and

11  I'm going to write "continued."  Okay.  So what

12  happened at the yard?

13       A.   After this conversation at the door, we

14  leave the unit, blue pod, and we go out the dog run,

15  and we continue to go to the big yard.

16       Q.   Who is "we"?

17       A.   The whole blue pod:  Myself, Daniel

18  Sanchez, Jerry Montoya, Jerry Armenta, Ronald

19  Sanchez --

20       Q.   Do you know if Rudy Perez went, or did he

21  say in his room, do you think?

22       A.   I think he stayed in his room that day.

23  Javier Molina went, and I think that's it.

24       Q.   Okay.  And while you're at yard, do you

25  have a conversation with Daniel Sanchez?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.    I did.

2     Q.    Okay.  And what is that conversation?

3     A.    Myself and Daniel Sanchez, we spoke to

4  Ernest Guerrero about Benjamin Clark attempting to

5  put a hit on Lupe Urquizo.

6          And after that conversation I spoke to

7  Daniel Sanchez about the paperwork arriving, and

8  just let him know it was there.  We didn't really go

9  into depth on it.  I told him it was there.

10    Q.    What was his reaction?

11    A.    He said, "Okay."

12    Q.    So I'm going to put here "MR tells DS at

13 the yard that paperwork arrived."

14    A.    That's correct.

15    Q.    Okay.  And is there any further

16 conversation at that point?

17    A.    I think there was a mention of Mauricio

18 Varela getting his property.  And that was about it.

19 We went our ways.

20    Q.    Okay.  Then Number 2, you say, "MR,"

21 that's you, "gets paperwork from under the emergency

22 door."  That was after lunch; correct?

23    A.    Correct.

24    Q.    Who gives you the paperwork?

25    A.    Carlos Herrera.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Okay.  Under the door.  I'm going to put

2  "from Carlos Herrera."  And is anybody with you at

3  that point?

4      A.   No.

5      Q.   Then what do you do with that?

6      A.   I called Dan Dan, and we proceed to the

7  stoop in front of my cell, cell 111, and we read it.

8      Q.   And so between Number 2 -- and you read it

9  and then you pass it back later?

10      A.   I read it, I put it in the back in the

11  manila envelope, and I pass it back.

12      Q.   Okay.  Who do you read it with?

13      A.   Daniel Sanchez.

14      Q.   Okay.  So I'm going to add in here "DS."

15  I don't want to mess that up.  "DS and MR review

16  paperwork."  And at some point while reading the

17  paperwork, did you get a chance to fully look at it?

18  Or what happened?

19      A.   No, I did not.

20      Q.   What happened?

21      A.   I was going through it, and before I

22  finished reading it, Dan said, "It's done."

23           And I was like, "Okay.  Well, it's done,

24  then."

25      Q.   And what did you take "It's done" to mean?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                      201 Third NW, Suite 1630
Santa Fe, NM 87501                                             Albuquerque, NM 87102
(505) 989-4949                                                          (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                      1-800-669-9492
                                                           e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    A.   "It's done" means he's going to get hit.

2  I was still looking for names that he mentioned, and

3  anything like that that was really real serious.

4    Q.   Now, why didn't you at this point say,

5  "Hold on a minute.  Let me look some more."  Why did

6  you just at that point just concede to it?

7    A.   I knew that it would go against the

8  politics and I wouldn't get to move any further

9  within the SNM if I say, "Don't hit him," because it

10 looks like I'm self-serving; that I just got to

11 Southern New Mexico Correctional Facility, and I

12 want to stay there longer and not have a hit be

13 conducted, because I know that if there is a hit

14 conducted, the majority of us are going to go back

15 to PNM Level 6.  It would look like I was

16 self-serving over the rule of the onda.

17    Q.   And where was Daniel Sanchez', his

18 position with the SNM, in comparison to yours?

19    A.   I was right there next to him.  He was my

20 big brother.  I was his right-hand man.  He was the

21 leader.

22    Q.   Then the next thing we have here is "MR

23 and DS pass the paperwork back"?

24    A.   Yes.

25    Q.   Okay.  And who do you pass the paper

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3163

1  paperwork back to?

2      A.   To Carlos Herrera.

3      Q.   And how did that come about?  Did you call

4  him again?  Before you testified that you said,

5  "Hey, Lazy."

6      A.   We went to the door, called Lazy, and when

7  I gave it to him, Dan had mentioned something about

8  Wednesday.  And I take it Carlos Herrera took it as

9  we wanted to wait till Wednesday because there was

10 visits, and Carlos Herrera said, "Just get it done."

11          I told him, "Hold on.  We'll figure it

12 out.  Don't worry about it.  We'll figure it out."

13          And me and Daniel Sanchez left the door.

14     Q.   So CH says, "Just get it done."

15     A.   Yeah.

16     Q.   After that, between 3:00 and 4:00, you

17 have "MR physically took the piece from the walker."

18          Now, I recall your testimony was that you

19 talked about how you had walked by Rudy Perez' cell,

20 and Daniel Sanchez was there.  And then Daniel

21 Sanchez called you back.  Is this somewhere around

22 here?

23     A.   Yes, but I think before it got to that

24 point, there was a time where I think after Daniel

25 and I read it that -- I can't recall exactly, but I



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
1   asked him, "You and me, or what?"

2          And he said, "No, I have some guys need to

3   earn their bones."

4          So that's somewhere in between.  Let me --

5   yes.

6      Q.   Now, is that while you still had the

7   paperwork?

8      A.   It might have been before we had the

9   paperwork.  Because when I left, when Daniel Sanchez

10  and I left the door from giving the paperwork to

11  Carlos Herrera, he stopped at Rudy Perez' house.

12     Q.   Okay.  So we'll get to that in a second.

13     A.   Okay.

14     Q.   You said, "You and me," and then he said,

15  "No, I have somebody."

16          Where do you think that took place?

17     A.   Let me see.

18     Q.   Was that potentially after you confirmed

19  that the paperwork was there through Carlos Herrera?

20     A.   It has to -- we came back from the yard

21  and it was a conversation that he and I had at the

22  table.

23     Q.   Okay.  So was that before you get the

24  paperwork?

25     A.   I'm trying to recall.  It might have been
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   a little bit before.

2       Q.   Maybe between 1 and 2?

3       A.   It has to be in between 12:00 and 1:00.

4       Q.   Oh, okay.  I'm sorry.  I meant between 1

5   and 2.

6       A.   Okay.  Yeah, 1 and 2, on that number.

7       Q.   Okay.  So between 1 and 2?

8       A.   Because we come out after count to 12:00.

9       Q.   So I'm going to put, like, a 1.5 on the

10  other page, and this is after count?

11      A.   That's correct.

12      Q.   Okay.  After count.  Then you said that

13  you had a conversation with Daniel Sanchez?

14      A.   Yes.

15      Q.   And what do you say to him?

16      A.   "Me and you, or what?"  Same conversation

17  about covering the cameras took place at this time.

18      Q.   And what's his response?

19      A.   That the cell is a blind spot.

20      Q.   No, no, no, no, no.  After you say "me or

21  you or what" --

22      A.   He says, No, he has some people that need

23  to earn their bones.

24      Q.   What did you take that to mean?

25      A.   He was going to choose a couple

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                       e-mail: info@litsupport.com

3166

1   individuals to conduct the hit.

2       Q.   All right.  Then I'm going to put that you

3   had a conversation about the cameras.

4       A.   Right.

5       Q.   What was that about?

6       A.   About covering the cameras.

7       Q.   And what did you discuss?

8       A.   I guess where -- I think it was where the

9   hit was going to take place.  And I asked him about

10  covering the cameras, and he said, "No, it's a blind

11  spot.  Javier Molina's cell."

12      Q.   Okay.  So now we're going to go to --

13  let's see.  "Just get it done."  I believe we left

14  off at Number 3 says, "Just get it done," by Carlos

15  Herrera?

16      A.   That's correct.

17      Q.   And you were talking about where -- at

18  what point -- you mentioned yesterday you said you

19  saw Daniel Sanchez by Rudy Perez' cell.

20      A.   When we were walking back from the

21  emergency door, he stopped at Rudy Perez' house, and

22  I continued on to my cell to look for the weapon I

23  had on the hamper.  I had been working on it.

24      Q.   Okay.  So right here at Number 3?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3167

```
 1       Q.   So now we're going to go to -- we're going
 2  to add to Number 3.  And then you see Daniel Sanchez
 3  at Rudy Perez' cell?
 4       A.   Yeah.  As we were walking back from the
 5  emergency door, he stops at Rudy Perez' cell, which
 6  was the second door away from the emergency door.
 7       Q.   And then Number 4 is "MR physically took
 8  piece from walker and put it in hamper."  What
 9  happened before then?
10       A.   I was in my cell looking at the weapon I'd
11  been working on in the hamper.  And Daniel Sanchez
12  called me to Rudy Perez' door, which was closed at
13  the time.
14       Q.   I'm going to put -- just so that we're
15  clear, as part of Number 3, the continuation, "DS
16  called to you RP cell"?
17       A.   Yes.
18       Q.   Okay.
19       A.   He pointed out the bar on the walker.
20       Q.   Okay.
21       A.   And told me to get that.
22       Q.   All right.  Then I believe Number 4 is "MR
23  physically took the piece from the walker and put in
24  hamper in your cell"; is that correct?
25       A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Now, when you did that, Rudy Perez was

2   present?

3      A.   In his cell, yes.  Not in my cell, in the

4   hamper, but --

5      Q.   And let's see.  So I'm going to put here,

6   "RP present."  How's that?

7      A.   Yes.

8      Q.   What did Rudy Perez tell you?

9      A.   "I'm down for whatever, as long as it's

10   not me."

11      Q.   Okay.  All right.  Then we're going to go

12   to the second page of what will be Exhibit Number

13   755.

14           Then there was the phone yard.  Can you

15   explain, what does the phone yard mean?

16      A.   The phone yard is a smaller rec cage right

17   outside the unit where there is a handball court, a

18   punching bag, a medicine ball, and a pull-up bar.

19   They call it the phone yard because the caseworkers'

20   offices are right there.  If you go and make legal

21   calls or emergency phone calls, you go to that area.

22      Q.   Just to be clear, that's an outside yard?

23      A.   An outside yard, yes, ma'am.

24      Q.   And this isn't the area that we've seen

25   inside the pod where there is a phone?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   No.

2      Q.   Okay.  And you were making shanks during

3  that time period?

4      A.   Yes.

5      Q.   Okay.  Anything else significant during

6  that period?

7      A.   No.

8      Q.   Number 6 was, the wheelchair program comes

9  in and you have to speak to Timothy Martinez.  Now,

10 I think we may have left something out, because

11 where is the plan that you need to -- in here about

12 you having to talk to Tim Martinez?

13     A.   The plan was at the time when he said that

14 he had people to earn his bones --

15     Q.   Okay.

16     A.   -- I believe that at some point in time in

17 between there and getting that weapon, he told me to

18 speak to Timothy, because Timothy wouldn't listen to

19 him.

20     Q.   Okay.  So that would be right here with

21 his conversation about people having to earn their

22 bones?

23     A.   Yes, in between the time I got the weapon

24 and that.

25     Q.   Okay.  So the weapon is Number 4?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No -- oh, yes, yes.  Let me see.
 2        Q.    The weapon is Number 4?
 3        A.    Yes, in between 3 and 4.
 4        Q.    So it's before you get the weapon or
 5   after?
 6        A.    Before.  I think it's right there by 1.5.
 7   Above.  Above.
 8        Q.    Above 1.5?
 9        A.    Yes, in this same area right here.
10        Q.    So is it part of 1.5?
11        A.    Part of 1.5, yes.
12        Q.    It says, "No, have some people that need
13   to earn your bones," right there?
14        A.    I don't recall exactly when he told me to
15   talk to Timothy, but it had to be around this area.
16        Q.    Then you had a conversation about cameras,
17   and then I'm just going to put over here -- and I'm
18   going to put "Conversation about Timothy."  What did
19   he tell you and who told you?
20        A.    Jerry Armenta and Daniel Sanchez.
21        Q.    Daniel Sanchez told you what?
22        A.    That I need to speak to Timothy, because
23   Timothy would not listen to him.
24        Q.    What did he tell you to tell Timothy?
25        A.    That he needed to knock him the fuck out.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Knock who out?

2    A.   Molina.

3    Q.   What was this conversation about?

4    A.   About the hit on Javier Molina.

5    Q.   So he told you to speak to Timothy

6    Martinez, and put "to knock him the fuck out"?

7    A.   Yes, ma'am.

8    Q.   Is that --

9    A.   That's exactly what he said.

10   Q.   Now, then, we're going to "Wheelchair

11   program comes out and Tim Martinez."  You speak with

12   him at that point; correct?

13   A.   I do.

14   Q.   Okay.  Is it just you and Mr. Martinez?

15   A.   Just me and Timothy Martinez.

16   Q.   And then, let's see, the phone yard comes

17   in, and then what happens at that point?

18   A.   Everyone is just hanging around.  There's

19   a few people that I think jumped in the shower,

20   waiting for 4:00 count.

21   Q.   Because there is a very short time period,

22   I think 7 and 8.

23   A.   They gave the inmates about 10 minutes to

24   get their stuff together, make their last coffee or

25   soup, and go into count.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3172

```
 1        Q.   Anything happen in that period that you
 2   can recall?
 3        A.   No.
 4        Q.   So then we go to count, and dinner, which
 5   is when you are in your cell; is that correct?
 6        A.   The 4:00 p.m. to 5:00 p.m.?
 7        Q.   Yes.
 8        A.   Yes, ma'am.
 9        Q.   And during this count, that's when you're
10   making weapons?
11        A.   I'm sharpening them and putting handles on
12   them.
13        Q.   Okay.  And then at 5:00 p.m. the cell
14   doors open for everyone; is that correct?
15        A.   Yes, ma'am.
16        Q.   It says that you talked to Timothy
17   Martinez?
18        A.   Yes.
19        Q.   And what is the point of that
20   conversation?
21        A.   Well, once the doors opened, I got up on
22   the top area by the TV, jumped the rail, pulled
23   myself to the top tier, and went and told him if
24   he's all right, "Are you ready?"
25        Q.   Who said that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   I did.

2      Q.   To who?

3      A.   Timothy Martinez.  And "I've been in this

4 position before.  It's going to be all right.  I'm

5 going to be right there.  Don't worry about it."

6      Q.   Now, was there a change in plan between --

7 for Timothy Martinez to knock him out, to choking

8 him?

9      A.   Yes.

10     Q.   When did that take place?

11     A.   I think --

12     Q.   That decision?

13     A.   I think that decision took place a little

14 bit after the doors opened at 5:00 count.

15     Q.   So is this while you're talking to Timothy

16 Martinez right here?

17     A.   No.

18     Q.   Okay.

19     A.   In the camera footage, you see him go to

20 his house.  That's when I go speak to him.

21     Q.   Closer to 5:15-ish or 5:10?

22     A.   Correct.

23     Q.   So you first have a conversation with

24 Timothy Martinez.  Then it says, "Jerry Armenta and

25 DS."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3174

```
 1       A.   At the time I spoke to Timothy Martinez,
 2  that's when he gave me the weapon that was Javier
 3  Molina's.
 4       Q.   So I'm going to put here "MR gets Javier
 5  shank."  How is that?
 6       A.   Yes.
 7       Q.   Then "Jerry Armenta and DS," what's going
 8  on with that?
 9       A.   When I come back down from Timothy
10  Martinez's house, I go into my room.  When I turn
11  around, there's Jerry Armenta and Daniel Sanchez.
12  And I gave Armenta the shank.
13       Q.   Okay.  Now, you see Jerry Armenta and
14  Daniel Sanchez talking?
15       A.   No.
16       Q.   Okay.  Are you a part of that
17  conversation?
18       A.   I was never a part of any conversation
19  with Armenta, other than telling him Daniel Sanchez
20  was going to take care of his weapon.
21       Q.   Okay.  How do you know that Jerry Armenta
22  and Daniel Sanchez were talking?  Did you see them,
23  or were you told by somebody to give him a shank?
24       A.   I was told by Dan -- when they came to my
25  room, I was going to change my socks.  I thought I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    was going to take them to their cells.  And Daniel

2    Sanchez came into the room with Armenta, and that's

3    when I gave Armenta the weapon.  I never spoke with

4    him about the hit or nothing.

5         Q.   So they just come into your room, and no

6    conversation?

7         A.   I already knew what time it was, and who

8    the weapons were for.

9         Q.   So I'm going to put "Jerry Armenta and DS

10   in" your cell?

11        A.   Yes.

12        Q.   And then with the three of you there, you

13   give Armenta the shank?

14        A.   Yes, ma'am.

15        Q.   Okay.  And it's the three of you in your

16   cell.

17        A.   Yes.

18        Q.   Okay.  Then do you go -- and at that

19   point, is that when you tell Jerry Montoya what's

20   going on?

21        A.   After I gave Armenta the weapon, Daniel

22   Sanchez asked me if I had told -- he used his

23   nickname, Plazi, which is Jerry Montoya.  He told

24   me, "Did you tell Plazi?"

25             I told him, "No.  You were supposed to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    tell him."

2            He goes, "Tell him."

3            And that was never part of the plan.  I

4    was supposed to talk to Timothy, and he was supposed

5    to talk to Armenta and Montoya.  At that time, I

6    wasn't really happy about that.  I said, "All

7    right."

8            So I went to Jerry Montoya's cell, and I

9    gave him his weapon.

10        Q.   I'm writing here, "Told by DS to go tell

11   Jerry Montoya."

12        A.   And give him the weapon.

13        Q.   "And give weapon."  And is that what you

14   did?

15        A.   Yes, ma'am.

16        Q.   Okay.  Now, before the assault begins, I

17   think we see you going down and talking on the table

18   with Mr. Sanchez?

19        A.   Yes.

20        Q.   Tell us about that and where that occurs.

21        A.   I was coming from speaking with Timothy

22   Martinez.  He told me that he was going to choke

23   Molina out.  So I went to go tell Daniel Sanchez

24   what Timothy was going to do, instead of knock him

25   out physically.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    Q.   So this is 9 and 10.  I'm going to do a

2  9.5 because that occurred before the assault;

3  correct?

4    A.   Yes.

5    Q.   I'm going to write -- and that's on the

6  video; correct?

7    A.   Me talking to Daniel Sanchez?

8    Q.   Yes.

9    A.   Yes, ma'am.

10   Q.   I'm sorry, I should put who goes and

11  tells.  So "MR goes to DS."  Now, why do you go tell

12  him about it?

13   A.   Because it's a change in his plan.

14   Q.   A change in whose plan?

15   A.   Daniel Sanchez' plan.

16   Q.   Okay.  Getting approval?

17   A.   Getting approval, and letting him know

18  that that's the way it's going to go down.

19   Q.   Does he approve that change?

20   A.   He just tells me to make sure it goes

21  right and to not leave the drugs, not to leave the

22  dope.

23   Q.   Make sure it goes right?

24   A.   Yes.

25   Q.   And don't leave the dope?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      A.   Yes.

2      Q.   All right.

3      A.   I was walking away.  He was calling the

4  halfers.

5      Q.   Okay.  The halfers.  I believe you

6  explained that yesterday.

7      A.   Yes.

8      Q.   And then we have Number 10.  I believe

9  that's on here, the assault begins on Molina;

10 correct?

11     A.   Yes.

12     Q.   Okay.  And I'm just going to put on

13 here -- that's on the video; correct?

14     A.   Yes, it is.

15     Q.   I'm going to make a little notation to

16 video.

17          Now, after the assault, is there something

18 that you recall that you testified to that occurred

19 after the assault in reference to Daniel Sanchez

20 going to that emergency door?

21     A.   Yes.  He went to the top emergency door

22 and said, "How do you like that, baby?"

23     Q.   And where is that in these numbers?  Is

24 that after the assault?

25     A.   It's after the assault.  After the -- I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3179

```
 1    think I'm barely coming out of the shower, the top
 2    shower.
 3         Q.    Okay.  And so you're coming out of the
 4    shower?
 5         A.    Right.
 6         Q.    And is the shower near that emergency
 7    door?
 8         A.    It's on the top tier.  I could see it when
 9    you're coming out just straight.
10         Q.    So what do you hear and see?
11         A.    "How do you like that, baby," with Dan.
12         Q.    "DS" for Daniel Sanchez.  What does he
13    say?
14         A.    "How do you like that, baby?"
15         Q.    And how was he saying it?
16         A.    Just like --
17         Q.    I mean, was he saying, "How do you like
18    that baby," or was he excited?
19         A.    He was excited, like a bragging tone.
20         Q.    A what tone?
21         A.    A bragging, like bragging, like, "How do
22    you like that, baby?"  Yelling it loud through the
23    crack of the door.
24         Q.    Okay.  To the emergency door?
25         A.    Yes, ma'am, the top tier emergency door.
```

SANTA FE OFFICE                                                          MAIN OFFICE
119 East Marcy, Suite 110                                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                              Albuquerque, NM 87102
(505) 989-4949                                                            (505) 843-9494
FAX (505) 820-6349                                                  FAX (505) 843-9492
                                                                        1-800-669-9492
                                                             e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3180

```
 1        Q.   Do you know who was on the other side?
 2        A.   No.  He was just yelling it to the pod.
 3   There was no one inside, I don't think.  Someone
 4   yelled back before I went into my cell, "Fuck, yeah,
 5   Dan."
 6        Q.   Do you know who that was?
 7        A.   It sounded like Carlos Herrera or Efrain
 8   Martinez.
 9        Q.   You're not sure?  Just somebody responds
10   to it?
11        A.   I know -- from solitary confinement with
12   these individuals, I recognize their voices.  Either
13   one of the two.
14        Q.   Okay.  So either Carlos Herrera or who?
15        A.   Efrain Martinez.
16        Q.   Respond back?
17        A.   Yes.
18        Q.   Now, I believe the investigation started,
19   and at some point you all were moved into different
20   cells?
21        A.   Right.
22        Q.   When did that occur?
23        A.   After we're all locked down, I think when
24   the officers seen a drop of blood in front of my
25   house outside the cell.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3181

```
 1        Q.    Right.
 2        A.    I start arguing with the CO.  I got a hand
 3   sanitizer with water and threw it out.
 4        Q.    Okay.
 5        A.    They attempted to take pictures of me.  I
 6   covered my window.  And I put away the weapon, put
 7   away the syringe, ate some food, and I got
 8   handcuffed, and they took me out.
 9        Q.    I'm going to put that you were in your
10   cell.  Was everybody locked down?
11        A.    Everybody was locked down.
12        Q.    I'm going to put "MR and others locked
13   down."  Any idea what time that was?  If you don't
14   remember, we're not going to put a time.
15        A.    No, I don't remember.  I don't know what
16   time it was.
17        Q.    Now, and then there was something
18   yesterday you talked about, and then after that,
19   were you moved to another cell?
20        A.    Yes.
21        Q.    Was everybody moved to another cell?
22        A.    At first, just myself and Jerry Armenta.
23        Q.    Okay.  Eventually was somebody else put
24   near you?
25        A.    Yes.  When I was moved to 2-A or 2-B, I
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3182

```
1   was living with Rudy Perez, Jerry Montoya, Jeffrey

2   Madrid, and Michael Hernandez; and Rudy Perez lived

3   right below me.

4        Q.   Okay.  I'm talking about the night of the

5   incident.

6        A.   Yes, ma'am.

7        Q.   Okay.  So -- because I believe you made

8   reference to a comment yesterday about "Not my first

9   rodeo."

10       A.   Right.

11       Q.   Where is this conversation taking place?

12       A.   This conversation is taking place in

13  either -- I don't know the unit, but I'm in the top

14  cell and Rudy Perez is living right under me.

15       Q.   Is it after this, that same night, early

16  morning?

17       A.   That same night, early morning, yes.

18       Q.   So it's after you're moved to other cells?

19       A.   Right.  The conversations through the air

20  ducts.

21       Q.   Okay.  So I'm going to put "MR and RP

22  conversation."

23            MS. JACKS:  We'd ask that that portion of

24  the testimony and the exhibit be limited to Mr.

25  Perez.
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  All right.  I'll give a

2   limiting instruction to that effect.  This testimony

3   can only be used in consideration of the charges

4   against Mr. Perez, not as to the other three

5   defendants.

6          MS. JACKS:  And will that be marked on the

7   exhibit?

8          MS. ARMIJO:  I can.  I certainly can.

9   I'll put an asterisk here, and put "as to RP only."

10  BY MS. ARMIJO:

11     Q.   All right.  And you have a conversation

12  through the vents?

13     A.   Yes.

14     Q.   And I believe you said he indicated not

15  his first rodeo?

16     A.   Yeah.  This wasn't his first rodeo.

17     Q.   And was there also conversation that you

18  tried to quash?

19     A.   Yes.

20     Q.   What was that in reference to?

21     A.   When he came back from speaking to whoever

22  he spoke to, the interview process, he calls me and

23  asks me if everything is all good.  I told him,

24  "Yeah, everything is all good."

25          He goes, "No, is everything all good with

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                      FAX (505) 843-9492
                                                        1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   those things?"
 2             I told him, "Hey, hey, everything is all
 3   good."
 4             He goes, "Well, Dan," this and that --
 5             "Everything is all good.  Don't worry
 6   about it.  Everything is all good."
 7        Q.   I'm going to put "MR and RP conversation."
 8   I'll just put "all good" as a little summary.
 9             MR. LOWRY:  Your Honor, we'd like a
10   similar limiting conversation with respect to the
11   Sanchez comments.
12             THE COURT:  These will just be used
13   against Mr. Perez, not any of the other defendants.
14        Q.   Now, does that appear to be kind of a
15   somewhat summary, including not just your actions
16   but those of other people?
17        A.   A short version, yes, summary.
18        Q.   Now, you were also asked questions by Ms.
19   Bhalla about an incident with Carlos Herrera that
20   you told law enforcement about?
21        A.   Correct.
22        Q.   Do you recall that?
23        A.   The questions she asked me.
24        Q.   Yeah, and do you recall her asking you
25   questions -- and this is just a yes or no -- about
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  an issue with Carlos Herrera regarding basically a

2  hit on him --

3       A.   Yes, ma'am.

4       Q.   -- while transportation?

5       A.   Yes, ma'am.

6       Q.   Okay.  Now, in reference to that, is that

7  something that you told law enforcement on your own?

8       A.   I did.

9       Q.   And did you tell law enforcement that as

10 part of -- why did you tell law enforcement that?

11           MS. JACKS:  Your Honor, I'm just going to

12 object and ask to approach.

13           THE COURT:  You may.

14           (The following proceedings were held at

15 the bench.)

16           MS. JACKS:  Sorry to interrupt.  I thought

17 this was the area where Ms. Bhalla was leading the

18 witness because of her concern that something

19 inadmissible would come up against Mr. Sanchez.  So

20 the open-ended question "Why" was just asking for

21 the inadmissible testimony.

22           MS. ARMIJO:  No, I planned to lead him.  I

23 asked him why.  I didn't ask him what.  I do plan to

24 lead him through it, so the specific deeds of the

25 defendants are not brought out.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3186

```
1              MS. JACKS:  I'll ask him.

2              MS. ARMIJO:  No, I think it's important.

3              MS. JACKS:  I'm concerned the witness is

4    going to state inadmissible --

5              MS. ARMIJO:  I'm asking him a leading

6    question:  Why.

7              THE COURT:  Let's take it one at a time,

8    see if we can get through.  Sounds like she's trying

9    to avoid it.

10             (The following proceedings were held in

11   open court.)

12             THE COURT:  All right, Ms. Armijo.

13   BY MS. ARMIJO:

14        Q.   Mr. Rodriguez, did you tell law

15   enforcement about that plan in an effort to actually

16   save Carlos Herrera's life?  In other words, was

17   this something that law enforcement knew ahead of

18   time, or was it something that you were telling them

19   about?

20        A.   I was telling them about.  I was making

21   them aware of --

22        Q.   I'm just going to -- you became aware of a

23   situation regarding it, regarding a plan in

24   reference to --

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1      Q.   -- Mr. Herrera?

 2      A.   Yes, ma'am.

 3      Q.   And was that -- and don't tell me who, but

 4 did you originate with that plan?

 5      A.   No.

 6      Q.   Was it other people?  And again, don't

 7 give me names.  Was it other people that came up

 8 with that plan?

 9      A.   That's correct.

10      Q.   And so in reference to the reason why they

11 were going to do that -- and again, I don't want

12 names of people -- was there more than one reason

13 that Carlos Herrera had a hit out on him?

14      A.   There was a variety of reasons.

15      Q.   Okay.  And did some of those reasons

16 include the fact that his mom and brother were

17 interviewed by law enforcement?

18      A.   Yes, ma'am.

19      Q.   In addition to some of his recordings?

20      A.   That's correct.

21      Q.   All right.  And because of that, then --

22 and just so that we're clear, I believe you've

23 indicated that your position is that of a soldier,

24 or was of a soldier?

25      A.   At the time of the Molina?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Yes.  Well, the time of this incident, the

2    incident that you're talking about was while this

3    case was pending, "this case" being the federal

4    prosecution; correct?

5    A.   Yes.

6    Q.   During that time, was it somebody else,

7    not you, that came up with the plan to hit Carlos

8    Herrera?

9    A.   At that time I was already --

10    Q.   Go ahead.

11    A.   A high-ranking SNM member.

12    Q.   And why was that?

13    A.   Because a lot of the individuals that were

14    leaders got sent out of state, and they weren't

15    there to be voted in, or they needed some guidance.

16    Q.   Okay.  So was this after the Molina?

17    A.   It was after the Molina.

18    Q.   Okay.  Did doing Molina elevate you?

19    A.   Yes.

20    Q.   When this plan happened, was it other

21    people that came up with the plan?

22    A.   Yes, ma'am.

23    Q.   Not you?

24    A.   Yes, ma'am.

25    Q.   Then you went to law enforcement with

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   this?
 2        A.   I did.
 3        Q.   Now, speaking of that, the first time that
 4   you went, that you agreed to -- or I should say when
 5   you decided to cooperate, you indicated previously
 6   that was on October 24; is that correct?
 7        A.   That's correct.
 8        Q.   Of just last year?
 9        A.   That's correct.
10        Q.   And when you came to court, you were not
11   expecting to testify; correct?
12        A.   No, ma'am.
13        Q.   To cooperate?
14        A.   No, ma'am.
15        Q.   And at the end of that meeting, that
16   initial meeting where after you had decided to
17   cooperate, what did you do voluntarily?
18        A.   I turned over weapons.  I gave the
19   reporting officer information and signed a Kastigar
20   letter.
21        Q.   So you had come to court with a shank; is
22   that right?
23        A.   Two of them.
24        Q.   And nobody knew you had a shank; correct?
25        A.   That's correct.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   But you voluntarily gave that up?

2      A.   That's correct.

3           MR. VILLA:  Leading.

4           THE COURT:  Overruled.

5  BY MS. ARMIJO:

6      Q.    Now, in reference to that, I believe you

7  were asked questions.

8           MS. ARMIJO:  And Your Honor, may we

9  approach on this?

10          THE COURT:  You may.

11          (The following proceedings were held at

12  the bench.)

13          MS. ARMIJO:  Your Honor, I believe

14  yesterday when the witness was cross-examined, the

15  witnessed indicated that there was -- one of the

16  reasons he was starting to explain why he cooperated

17  was the fact that -- I believe he would say he

18  wasn't allowed to finish.  But the fact he felt when

19  he was going to trial that he was being used

20  basically as a guinea pig.  My words, not his.

21          The defense objected at that point, saying

22  they felt it went into a joint defense agreement.

23  However, through the course of probably a full day

24  of cross-examination, at least several hours, the

25  defense has on and on indicated that he had other

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   motives to cooperate, have questioned him, have
 2   indicated, on and on, giving other reasons as to his
 3   cooperation.  So I think I should be allowed to
 4   fairly ask the open-ended question about all the
 5   reasons he decided to cooperate on that day on the
 6   eve of trial.
 7             THE COURT:  What is it?
 8             MR. MAYNARD:  They're reading the
 9   real-time on the prosecution counsel table.
10             THE COURT:  Block it, Mr. Beck.
11             All right.  Let me ask a few questions.
12   What is it that you want the witness to say?  What
13   is it that you want to add to the dialogue of
14   reasons?  Is there a way that we can get what you
15   need without getting to this joint privilege?
16             MS. ARMIJO:  I guess I can ask him leading
17   questions as to -- but I think he has a right to be
18   able to fully explain why he made this decision,
19   given all the --
20             THE COURT:  I want to be a little
21   protective of other defendants here and not have him
22   sort of waive the privilege.  But if you could frame
23   what you want him to say, what would you have him
24   say?  What is it that you want him to say?
25             MS. ARMIJO:  I believe what he was going
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  to say before he was cut off -- and I have not

 2  spoken to him -- I don't know, I didn't ask him,

 3  "Hey, what were you going to say" -- what he was

 4  going to say, and again, I believe this was on

 5  cross-examination, he was going to say that he felt

 6  like he was going to be -- what did he say?  He felt

 7  like he was going to be used as a test to see how

 8  things would play out; that people would get to see

 9  the Government's evidence, kind of a test case for

10  our evidence, and gang experts and things like that.

11  That's what I would anticipate him saying.  Again, I

12  haven't spoken to him, but he was cut off.

13          THE COURT:  How would that invade any sort

14  of joint privilege?

15          MR. LOWRY:  Well, Your Honor, even having

16  this conversation would invade the joint privilege,

17  in my view.  But I can tell you, well, I think if we

18  really want to go down this path, we need to have a

19  hearing outside the presence of the jury, because I

20  feel strongly that that witness would be very close,

21  if not perjuring himself, if he would say that.

22          THE COURT:  How am I going to make that

23  determination?

24          MR. LOWRY:  Because it was said in the

25  context of a privileged setting.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1                    (To Mr. Hernandez.)
2               THE COURT:  Mr. Hernandez.
3               (At the bench.)
4          I want him to come up if we're talking
5     about perjury of a witness here.  I want to get his
6     attorney involved.
7               MS. JACKS:  Asking about joint defense has
8     to be outside the presence of the Government or else
9     we'll waive it.
10              THE COURT:  I'm not seeing how this waives
11    any sort of privilege.
12              MS. JACKS:  I'm not understanding what the
13    Court is saying.  You don't understand how that
14    could be privileged?  How that concept, if it's
15    true, could be privileged?  Is that what you're
16    saying?
17              THE COURT:  I don't understand how him
18    saying "I felt like I was a guinea pig" --
19              MS. JACKS:  Let's just suppose that there
20    was a meeting with defendants and their lawyers in
21    which that topic was discussed, and that was in a
22    meeting that was pursuant to a joint defense
23    agreement, providing that defense in that situation
24    could communicate freely, as if they were
25    communicating with their own lawyer, under the joint
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  defense privilege.

2          THE COURT:  People still get to say they

3  feel like they're getting railroaded by the rest of

4  the defendants if it's discussed at a meeting.  I

5  don't think it waives the privilege.  If he feels

6  like he was, you know, going to be used and set up,

7  he has a right to say that.  I'm just not seeing the

8  problem, if he wants to testify as to why he wanted

9  out.

10          MR. VILLA:  Your Honor, if he feels that

11  way, that's fine.  But his discussions about feeling

12  that way arose -- without getting into all of the

13  details -- arose under the joint defense privilege.

14  The other thing, the things he's going to say are

15  going to be contradicted by other people that we

16  might have to call that were present for that

17  meeting, including his attorney.  I don't want to

18  get into that situation.

19          THE COURT:  I don't want to get into it

20  either, but I'm not following on this.  This seems

21  to me just kind of specious talk, really.

22          MR. VILLA:  It's not.

23          THE COURT:  Y'all have been asking him

24  repeatedly why he pled guilty.  He gets to tell why

25  he pled guilty.  He feels like the rest of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3195

1  defendants are using him.  That's one of the

2  reasons.

3          They think he's going to commit perjury

4  here if he's asked why he was going to -- why he

5  pled guilty, because Ms. Armijo thinks he's going to

6  say that he was -- he felt like he was a guinea pig,

7  and that they were just going to use him to try the

8  case and see what the Government's evidence is.

9          I don't know what he's going to say.  But

10 do you see him committing any perjury if he gives

11 that answer in response that question:  Why did you

12 plead guilty?

13         MR. HERNANDEZ:  I don't, Your Honor,

14 because he has two cases and he was going to trial

15 on the first one initially.  So he was indicted

16 on -- what is it -- 4269 and 4268, and he was queued

17 up before Your Honor November 6, I believe.  And so

18 I think, given that situation, I think that was part

19 of his response that he thought that they were using

20 him.

21         THE COURT:  Do you feel if he testifies

22 that way, he's breaking any sort of joint privilege

23 by testifying that way?

24         MR. HERNANDEZ:  No, Your Honor.  No.  I

25 don't see how.  Because nothing -- the few times or

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3196

1    the one time I think that we -- I don't think there

2    is any information that he is going against by

3    testifying that way.  But if it's going to be an

4    issue, I would like to review the agreement just to

5    make sure that there is not an issue.

6             THE COURT:  Do you have a copy of the

7    agreement?

8             MR. HERNANDEZ:  I don't believe I have it

9    with me.  I'm sure I can get one.

10            THE COURT:  Do y'all have a copy?

11            MR. VILLA:  I think I might have one.  But

12   Your Honor, I'm representing to you that his

13   testimony about that came within the context of a

14   joint defense meeting.  That's privileged.  And

15   there is going to be information that contradicts

16   him that comes from that.  And I have other issues

17   with -- I mean, I don't know how to say this, but

18   subsequent breaches of that J.D. agreement by Mr.

19   Rodriguez and Mr. Hernandez.  And you know, I

20   question Mr. Hernandez' view about whether this

21   violates the joint defense agreement.  We don't want

22   to dive down this rabbit hole of having to get into

23   what those other issues are.  I think it's best to

24   leave that information out.  It's also misleading

25   because it was the Government that had 4269, even

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   though it's a higher case number, going ahead of

 2   4268.  In terms of the trial order, that was beyond

 3   our control.

 4           MR. CASTELLANO:  The problem is, they're

 5   trying to paint Mr. Rodriguez into a corner, and

 6   using the agreement as a sword and shield.  He pled

 7   guilty and now he's stuck.

 8           THE COURT:  I know Ms. Armijo is doing the

 9   questioning.  If you were to lead him, what

10   questions would you ask?

11           MR. CASTELLANO:  I would say:  Among other

12   reasons that you've already told us, isn't it true

13   that you felt, since you were by yourself, you were

14   going to be the test case, or you would go to trial

15   and everyone else didn't --

16           THE COURT:  I think that question is

17   proper.

18           MR. CASTELLANO:  -- in these proceedings

19   and get a view of what the witnesses would say,

20   and --

21           THE COURT:  I'm going to allow the

22   question.

23           MR. CASTELLANO:  And we don't even see it,

24   but would the Court be willing to review the joint

25   defense agreement?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  If they want me to see it.  I
 2   just don't think that this violates any sort of
 3   joint defense.  I think you get a right to discuss
 4   it, but I don't think that means that evidence is
 5   not permissible at trial.
 6              MR. CASTELLANO:  I would ask the Court to
 7   review the agreement.  We don't know anything about
 8   it.  If the Court needs to understand the
 9   parameters, I would ask the Court to review it.
10              THE COURT:  I'll look it at.  If you limit
11   it to that question, that will be acceptable.
12              MS. DUNCAN:  I was having trouble hearing,
13   so I may have to repeat some stuff.  It was up to
14   the Government to decide who went first, and they
15   decided 4269 went first.  So in terms of it being a
16   test case, that was the Government's decision.  And
17   any conversations about whether the defendants were
18   looking forward to 4269 --
19              THE COURT:  Can you leave out the words
20   "test case."  Can you think of another way to phrase
21   it?
22              MR. CASTELLANO:  In other words, he could
23   be asked, "You were going to trial by yourself.  Any
24   other defense attorney could come in and watch your
25   case and get a preview of what the witnesses might
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   say.  And that potentially could aid them in their

2   cases."

3          THE COURT:  Why don't you go ahead and

4   just ask him an open-ended question about why he did

5   it, and I think, by leading, probably characterizing

6   it in a way that --

7          MR. LOWRY:  I don't want to belabor this

8   bench conference, but Mr. Baca didn't raise this

9   issue, and now we're stuck with, you know, the

10  flotsam of the decision of a co-defendant to go

11  forward.  If this kind of prejudicial information is

12  going to come in against Mr. Baca, I'm going to have

13  to move for a mistrial.  I know you don't want to

14  hear that yet again.  But this is unfair and limits

15  his rights to a fair trial.

16         THE COURT:  All right.  Let's go ask the

17  question.

18         (The following proceedings were held in

19  open court.)

20         THE COURT:  All right, Ms. Armijo.

21  BY MS. ARMIJO:

22     Q.   Mr. Rodriguez, yesterday you were asked a

23  question about why you decided to cooperate right

24  before going to trial in your other case.  And I'm

25  going to ask you a couple of questions about that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Now, first off, as the plea agreement
 2   indicates, you had another case that was pending
 3   trial; is that correct?
 4        A.   Other than the one I was going for that
 5   day?
 6        Q.   No.  I mean other than the one that you
 7   were -- let me back up.  You were indicted in two
 8   separate cases; correct?
 9        A.   That's correct.
10        Q.   And I believe we've talked about how you
11   went to trial or you went to court on October 24 to
12   another case that doesn't involve these defendants
13   here; correct?
14        A.   That's correct.
15        Q.   And in that case there were at least three
16   other people that were indicted with you that had
17   pled guilty, and you were the only one left;
18   correct?
19        A.   That's correct.
20        Q.   Okay.  And I believe you had started to
21   say something yesterday as far as what was your --
22   why you decided to cooperate at that point in time
23   when you were getting ready to go to trial.  Do you
24   recall that?
25        A.   As to why?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Yes.   Was there a reason why you decided

2  to cooperate then, when you were getting ready to go

3  to trial by yourself?

4    A.   There was a point in time where Mauricio

5  Varela took a plea, he was no longer coming to court

6  with me, and I just wanted out.

7    Q.   Okay.   And if you went to trial, you were

8  going to be going to trial alone?

9    A.   In that case, yes.

10    Q.   Okay.   And did you have a feeling -- and

11  this is your own feelings -- did you have a feeling

12  as to whether or not that trial was going to be used

13  as a test for what the Government's evidence was?

14    A.   Yes.   It was going to be a test run to see

15  how the Government approached the next cases, the

16  next VICAR cases, and it was a test run at my

17  expense.

18    Q.   And did you like that?

19    A.   I did not like that.

20    Q.   Did that come into play in your decision

21  to possibly cooperate?

22    A.   That, and that the other defendants

23  thought it was funny, and that it was a test run

24  saying, "Okay, you're just going to get 30 years.

25  That's okay."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              I'm like, "I'm on in-house parole.  You
 2    guys are doing life sentences, you know."
 3         Q.   When you say "in-house parole," what is it
 4    that you mean?
 5         A.   It means my state time was complete.
 6         Q.   So if -- other than this case, could you
 7    have been out on the streets?
 8         A.   I would have been out on the streets, yes.
 9         Q.   Now you were also asked about -- I believe
10    Mr. Lowry was asking you questions about your
11    conversation with Mr. Baca this morning, and I
12    believe you had indicated that Mr. Baca had told you
13    he wanted to kill Jeffrey Madrid?
14         A.   Yes.
15         Q.   Okay.  Can you explain that?
16         A.   He was in the hole, in segregation in the
17    Southern correctional facility, and he believed that
18    he was in there.
19         Q.   Who is "he"?
20         A.   Pup, Anthony Baca.
21         Q.   Okay.
22         A.   He was in the hole, what he told me later
23    after the fact.
24         Q.   What's the hole?
25         A.   The hole is where you get in trouble, they
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   send you to solitary confinement.  It's a temporary
 2   housing for disciplinary reasons and CI material.
 3   Someone drops a kite on you, CI material, your life
 4   is in danger, you're put into the hole for the
 5   investigation process to see if the CI is credible,
 6   reliable.
 7        Q.   And without getting into what Mr. Baca
 8   told you as far as his beliefs, did he tell you
 9   whether or not -- something in reference to Jeffrey
10   Madrid?
11        A.   Yes, that he asked another inmate to
12   provide another SNM member with a weapon and to
13   proceed to stab Jeffrey Madrid.
14        Q.   Now, Mr. Lowry also talked to you about
15   politics.  And within the SNM, are there politics
16   within the SNM?
17        A.   Yes, ma'am.
18        Q.   Does that make it a different
19   organization, or is it still one organization?
20        A.   It's just one organization.
21        Q.   Now you also were asked, I believe by
22   Ms. Jacks but it could have been one of the other
23   attorneys, about how many people were left in
24   reference to this case that you actually had an
25   opportunity to testify against.  Do you recall that?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, ma'am.

2     Q.   Okay.  Other than the four people that we

3 have here in court today, are there still other

4 defendants pending trial?

5     A.   There are, yes, ma'am.

6     Q.   Are there numerous cases that are still

7 pending trial?

8     A.   I believe there are.

9     Q.   Mr. Lowry also talked to you about your

10 conversation with Mr. Baca in reference to the

11 Javier Molina incident.

12     A.   Yes, ma'am.

13     Q.   Do you recall that line of questioning?

14     A.   While we were in the yard?

15     Q.   Yes.  In October of 2015.

16     A.   Yes, ma'am.

17     Q.   Did Mr. Baca also tell you that they had

18 done the right thing by hitting and killing Molina?

19     A.   Yes, ma'am.

20     Q.   And the Esparza incident that we saw the

21 video on.  Now, I believe you were trying to explain

22 how that incident was related to SNM this morning.

23 Could you tell us how that's related to SNM?

24     A.   How that incident is related to the SNM?

25     Q.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    A.   Well, I was an SNM member at the time.

2  That was 2008.  So I got involved in the SNM in

3  2005, 2006.  That's three years.  And the SNM -- you

4  ain't really a verified SNM member until you spill

5  blood.  And that was an issue that I thrived for.  I

6  wanted to show my big homies that I was going to do

7  the violent acts and commit these acts of violence

8  for the SNM, and as well as for myself.

9         And when you commit these violent acts for

10 yourself and for the SNM, you're looked up to and

11 you're on your way up the ranks, and it's proving

12 moments.  And the guy burned me as an SNM member.

13 He was going to make the SNM look weak as a whole,

14 and I went after him for that.

15    Q.   I guess that's part of the next question

16 that I have.  Are certain acts done for personal

17 reason but also for SNM?

18    A.   Yes, ma'am.

19    Q.   And was that an example of one of them?

20    A.   The SNM is the top of the New Mexico gang

21 world.  As an individual coming up in the gang

22 world, you want to commit these acts of violence to

23 get the eye of the SNM.  And if you're not a member,

24 if you are a member, and you take it upon yourself

25 to go out of the ordinary against these guys and not

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    use other SNMers for your dirty laundry.  If I have

2    an issue with someone outside SNM, it's my

3    responsibility to take it upon myself and assault

4    them or resolve it in a matter I feel fit.

5              The SNM doesn't necessarily have to tell

6    me to go after these individuals like that.  And

7    when you are a member like that, a made member of

8    the SNM, it makes my street gang go up in value.  It

9    makes the people that I associate go up in value,

10   and you want that.  You want to prove that they can

11   rely on you for anything.

12       Q.   Now, lastly, I believe Ms. Jacks went over

13   portions of the writings that you sent to Keith

14   Johnston.  Do you recall that?

15       A.   Yes, ma'am.

16       Q.   When did you write those, approximately?

17       A.   2011 through the last two and a half years

18   I did after the Sosoya case.  I met Mr. Keith

19   Johnson while I was on my 60-day segregation for

20   that incident.

21       Q.   And that incident happened in 2011 with

22   Mr. Sosoya?

23       A.   Yes.

24       Q.   So is everything that he has from the time

25   period of 2011?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   It's from 2011 until I got out of solitary
 2   confinement to the South facility in 2013.
 3        Q.   Okay.
 4        A.   It was a process.  I was attempting to get
 5   my GED.  And I wrote an essay, and I began a
 6   friendship with him based on my writing.
 7        Q.   And you said you did it as part of
 8   obtaining your GED?
 9        A.   They asked me if I could write, and I
10   said, "I'll try it."
11             They said, "Let's see how you write on an
12   essay."
13             I wrote an essay about who you would like
14   to be for a year if you could be anyone in the
15   world, who would you would want to be for one year.
16   I wrote about a hippie named Dev.  I made up a
17   character from someplace in North Dakota, and I got
18   a lot of reviews, and the teacher started to come
19   see me at my house.
20        Q.   Did you end up getting your GED?
21        A.   I did, twice.
22        Q.   Now, was Ms. Jacks -- I believe the last
23   thing that she was asking you about is, she took a
24   line that you said that you wrote about
25   relationships.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1       A.    That's correct.
 2       Q.    Okay.  What relationships were you
 3  referring to in that?
 4       A.    To my son's mother and my son.
 5       Q.    Did that have anything to do with SNM?
 6       A.    No.
 7       Q.    Or anything else?
 8       A.    It had to do with me and my solitary
 9  confinement time and my two phone calls a month and
10  how I was trying to begin a more in-depth
11  relationship with them.  And I didn't think they
12  were taking the two calls a month very seriously,
13  and I wasn't getting nothing out of the
14  relationships; and rather than being hurt, I would
15  just like nothing to do with them.  It was causing a
16  lot of pain that I couldn't get them to open up as I
17  was trying to open up.
18            MS. ARMIJO:  May I just have a moment,
19  Your Honor?
20            THE COURT:  You may.
21  BY MS. ARMIJO:
22       Q.    You were also asked if you wrote a letter
23  for Mr. Armenta.  Do you recall that?
24       A.    Yes, I recall the question.
25       Q.    Did you write a letter for Mr. Armenta?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No, I did not.

 2        Q.    Did you ever have a conversation with him

 3  about accepting responsibility?

 4        A.    I don't think I did, no.

 5        Q.    All right.

 6              MS. ARMIJO:  And Your Honor, at this time

 7  the United States would move into admission

 8  Government's Exhibit 755.

 9              THE COURT:  Any objection?  I think that's

10  the chart, a continuation of the chart.

11              MR. LOWRY:  We'd ask for a limiting

12  instruction for the statements of --

13              THE COURT:  Ms. Armijo I think was careful

14  on a couple of statements to limit those to certain

15  individuals.  So when you look at the chart, you'll

16  see their initials.  Those are the only ones that

17  you can use them against.  That's the way it was

18  written.  Right, Ms. Armijo?

19              MS. ARMIJO:  Yes, Your Honor.

20              THE COURT:  The rest of them can be used

21  against all the defendants, but those other ones are

22  only to be used against the defendant with the

23  initials there.

24              Not hearing any objection, the Court will

25  admit Government's Exhibit 755.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.

PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3210

```
 1              (Government Exhibit 755 admitted.)
 2   BY MS. ARMIJO:
 3        Q.   And did you at any point in time that you
 4   recall tell Mr. Armenta to accept responsibility for
 5   other people or for himself or anything, if you
 6   recall?  And if you don't recall, that's fine.
 7        A.   I think I -- when there was a point in
 8   time where I told him he was going to take the rap.
 9   I think there was a point of time, something like
10   that.  And then Jerry Armenta and Timothy Martinez
11   went along with whatever they were going to do.
12        Q.   Were you really a part of that?
13        A.   I was not.
14             MS. ARMIJO:  Nothing further.  Thank you.
15             THE COURT:  Thank you, Ms. Armijo.
16             Ms. Jacks, did you want to recross?
17             MS. JACKS:  I do, but since I went last, I
18   probably should go last on recross.
19             THE COURT:  All right.  Mr. Villa.
20             MR. VILLA:  Yes, Your Honor.
21             THE COURT:  Mr. Villa.
22                     RECROSS-EXAMINATION
23   BY MR. VILLA:
24        Q.   Good afternoon, Mr. Rodriguez.
25        A.   Good afternoon.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3211

```
 1        Q.    So the statement, Number 14, the
 2   conversation that you had with Mr. Perez about this
 3   not being his first rodeo -- do you remember that?
 4        A.    Yes.
 5        Q.    I think you recall from yesterday your
 6   testimony was that you had only been in the blue pod
 7   with Mr. Perez for about three months before Molina
 8   happened; right?
 9        A.    That's correct.
10        Q.    Before that, you'd never met him before?
11        A.    That's correct.
12        Q.    So you don't know whether he'd been in
13   situations in a pod where somebody had been hurt or
14   killed and they had cleared the whole pod out?
15        A.    Yes.
16        Q.    You don't know that?
17        A.    Yes, I do know.  Well, not in the state of
18   New Mexico, no.
19        Q.    But for Mr. Perez?
20        A.    Yes.
21        Q.    I mean, you haven't been with him when a
22   pod got cleared out in other situations?
23        A.    No.
24        Q.    And you agree with me that when you get
25   cleared out of the pod, they're moving you to a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   whole different pod; right?
 2        A.   It's not very common.
 3        Q.   I understand that.
 4        A.   Right.
 5        Q.   But when it happens -- and it happened in
 6   this case -- they moved everybody out of the pod;
 7   right?
 8        A.   Yeah.  I didn't know at the time.  I
 9   thought just myself and Armenta was moved out.
10        Q.   You didn't realize that everybody had
11   been --
12        A.   No, I did not know.
13        Q.   When you get moved to a new pod, you don't
14   have any of your stuff?
15        A.   That's correct.
16        Q.   You don't have your clothes or your TV or
17   anything like that?
18        A.   That's correct.
19        Q.   Now, going back to the statement -- let's
20   see here.  On Government's Exhibit 755, Number 4, on
21   the first page when you're in Mr. Perez' room,
22   taking the piece from the walker, and Mr. Perez
23   says, "I'm down for whatever as long as it's not
24   me"; right?
25        A.   Right.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   And you told Agent Stemo, did you not,

2  that you understood Mr. Perez to mean that he did

3  not want to be hurt and would go along with the hit

4  if he did not otherwise have to be involved?

5    A.   Yes.  That was my assumption.

6    Q.   That's what you understood from that

7  statement?

8    A.   From that statement, that's what I assumed

9  he meant.

10        MR. VILLA:  May I have a moment?

11        THE COURT:  You may.

12        MR. VILLA:  No further questions, Your

13  Honor.

14        THE COURT:  Thank you, Mr. Villa.

15        Ms. Bhalla.

16        MS. BHALLA:  Thank you, Your Honor.

17              RECROSS-EXAMINATION

18  BY MS. BHALLA:

19    Q.   Mr. Rodriguez, Ms. Armijo asked you about

20  the plot or the plan on my client's life; is that

21  correct?

22    A.   Yes, she did.

23    Q.   You were going to participate in that

24  plan, weren't you?

25    A.   Partly, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Yes.  And you described yourself as a

2  leader at the time, didn't you?

3    A.   I was a high-ranking member at the time.

4    Q.   And you testified, I believe recently,

5  that the reason -- part of the reason that you

6  stabbed Mr. Esparza was that he had burned you; is

7  that right?

8    A.   That's correct.

9    Q.   And you believe that Carlos Herrera burned

10  you, didn't he?

11    A.   No.

12    Q.   Do you recall explaining to Ronald Sanchez

13  in that meeting that Carlos Herrera had called you a

14  bitch?

15    A.   I don't think he called me a bitch in the

16  meeting.  In the wiretap, right, I remember him

17  saying that, that he called me a bitch, yes.

18    Q.   And you explained to Ronald Sanchez that

19  he called you a punk?

20    A.   No, I don't recall that.

21    Q.   Would you like to take a look at the

22  transcript?

23    A.   Yeah, I would, yes.

24        MS. ARMIJO:  May we have a page?

25        MS. BHALLA:  May I approach, Your Honor?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  You may.
 2   BY MS. BHALLA:
 3        Q.   Can you read that?
 4        A.   "Blue ain't worth a fuck.  He's a bitch,
 5   this and that."
 6        Q.   And that's what you told to Ronald
 7   Sanchez; is that correct?
 8        A.   Yes.  It has nothing do with a punk.
 9        Q.   Okay.  And you also spoke with Agent Acee
10   on November 1st; is that correct?
11        A.   That's correct.
12        Q.   And you explained to Agent Acee that you
13   felt like Carlos was elevating himself to somebody
14   that he really wasn't.  Is that fair to say?
15        A.   In the audio with Billy Cordova, yes.
16        Q.   And he was taking credit for things he
17   hadn't done; is that right?
18        A.   That's correct.
19        Q.   And that would be the Molina murder;
20   right?
21        A.   No.
22        Q.   No.  Okay.  And you explained to Agent
23   Acee that the information on the tablet highlighted
24   everything; is that correct?
25        A.   The information on the tablet highlighted
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    everything as far as what?

2         Q.    About why Carlos Herrera needed to be

3    murdered.

4         A.    Oh, yes, about --

5         Q.    That's just a yes-or-no question.

6         A.    Yes.

7         Q.    Thank you.  And you also explained to

8    Agent Acee that the recording popped up and he was

9    talking shit about Arturo Garcia; correct?

10        A.    That's correct.

11        Q.    And you also explained to Agent Acee that

12   you were angry with Carlos because he received some

13   paperwork regarding an inmate named Peter Stevens;

14   is that correct?

15        A.    That's correct.

16        Q.    And he had it thrown away, didn't he?

17        A.    Someone else threw it away.  He gave it to

18   another individual, and that individual threw it

19   away.

20        Q.    Do you recall actually correcting this 302

21   for Mr. Acee?

22        A.    May I see it?

23        Q.    This report?  Yeah, you can.

24              MS. BHALLA:  Your Honor, may I approach?

25   I'm approaching with Bates No. 51516.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492

1-800-669-9492
e-mail: info@litsupport.com

3217

```
 1            THE COURT:  You may.
 2   BY MS. BHALLA:
 3        Q.   Mr. Rodriguez, I'm going to refer you to
 4   the note that you wrote right here.  Take a second
 5   to read that.
 6        A.   (Witness complies.)  Which part do you
 7   want me to take notice to?  That has nothing do with
 8   paperwork.
 9        Q.   Right here.
10        A.   Okay.  Yes.
11        Q.   Those are your notes?
12        A.   Those are my notes.
13        Q.   And those notes indicate that Carlos
14   Herrera had the paperwork thrown away; is that
15   correct?
16        A.   As well as the other individuals involved.
17        Q.   And that was part of the reason that you
18   wanted to participate in the murder of Carlos
19   Herrera; is that correct?
20        A.   No, that was far before the plot to kill
21   Carlos Herrera.
22        Q.   That was far before the plot?  It was part
23   of the reasons?
24        A.   Yes.
25        Q.   Okay.  And you had told Agent Acee that
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3218

```
 1   Carlos didn't do anything, didn't you?

 2        A.   He wasn't in the pod.

 3        Q.   And that he couldn't even do a burpee.  I

 4   think that that's what you told Mr. Ronald Sanchez.

 5   Is that fair to say?

 6        A.   I don't recall that.

 7        Q.   Would you like to look at that transcript?

 8        A.   Yes, ma'am.

 9        Q.   You'll have to give me just a minute.

10             I think that Mr. Villa asked you some

11   questions about that, and you said that -- you said

12   some of the older guys were fat; right?

13        A.   Out of shape?

14        Q.   Yes.

15        A.   A few of them.

16        Q.   Yep, here we go.  I'm going to direct you

17   to page 24.

18        A.   This is the Ronald Sanchez interview?

19        Q.   Yes.

20        A.   Oh, yeah.  About the hypochondriac?

21        Q.   Isn't it true that you told everybody that

22   Carlos Herrera couldn't do a burpee?

23        A.   Not everybody, no.

24        Q.   Well, whoever was in that meeting?

25        A.   Ronald Sanchez, yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        Q.    Okay.  And that doesn't make him a very
 2   good SNM member, does it, in your mind?
 3        A.    Everyone is good for something.
 4        Q.    Is that why they call him Lazy?
 5        A.    There you go.  You hit it on the head,
 6   right there.
 7             MS. BHALLA:  Thank you.  Nothing further.
 8             THE COURT:  Thank you, Ms. Bhalla.
 9             Mr. Lowry, do you have recross of Mr.
10   Rodriguez?
11             MR. LOWRY:  Briefly, Your Honor.
12             THE COURT:  Mr. Lowry.
13                    RECROSS-EXAMINATION
14   BY MR. LOWRY:
15        Q.    Mr. Rodriguez, again, this has been a
16   companion of yours for a couple of years.
17        A.    Yes, sir.
18        Q.    And through your study of the discovery
19   and all the documents in this case, you knew exactly
20   where and when everybody was being recorded.
21        A.    Through the discovery?
22        Q.    Correct.
23        A.    Yes.
24        Q.    You knew, when you were in the cell next
25   to Mr. Baca, you were being recorded?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1      A.   I did not know.  At the time?  At the time
 2  or after?
 3      Q.   Yeah.
 4      A.   When I hit the button?  Yes.
 5      Q.   So when you gave your statements on the
 6  3rd that you had a conversation with Mr. Baca in the
 7  rec yard, you knew exactly where a microphone
 8  wasn't.
 9      A.   There was microphones present.  Rookie
10  Year was filming it.
11      Q.   Well, the microphones that were used by
12  the confidential informants in this case?
13      A.   After reviewing the discovery?
14      Q.   Yeah.
15      A.   Ask me the question again.
16      Q.   Sure.  You knew that when you were in your
17  cell talking to Mr. Baca, there was an individual
18  recording both of you.
19      A.   After the fact.
20      Q.   Correct.
21      A.   Yes.
22      Q.   So after the fact, you knew exactly where
23  to place yourself if you wanted to have a
24  conversation, in theory, that implicated Mr. Baca?
25      A.   Are you saying that -- what are you

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3221

1  saying?

2      Q.   I'm saying you knew where the microphones

3  were in the institution, on February 3, 2018?

4      A.   No, I didn't -- oh, after the fact?  We're

5  talking about after the fact, the discovery?

6      Q.   On February 3, 2018, you knew where the

7  microphones were inside the facility; correct?

8      A.   Correct.

9           MR. LOWRY:  No further questions, Your

10 Honor.

11          THE COURT:  Thank you, Mr. Lowry.

12 Ms. Jacks, do you have recross?

13          MS. JACKS:  Just a little bit.

14          THE COURT:  Ms. Jacks.

15                RECROSS-EXAMINATION

16 BY MS. JACKS:

17     Q.   Mr. Rodriguez, I just want to ask you a

18 couple of questions, to start off with, on

19 Government's Exhibit 755.

20     A.   Okay.

21     Q.   And that's sort of the enhanced timeline

22 where you added some things with Ms. Armijo.

23     A.   Right.  Okay.

24     Q.   First of all, let's see, I want to direct

25 you to the first -- well, the first entry in red for

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  March 7, 2014.  So this is referencing the

2  conversation that you say that you had on the way to

3  the yard through the door of yellow pod.

4       A.   In the sally port, yes.

5       Q.   Well, you're in the sally port, and I

6  guess you're saying that you spoke to Mr. Herrera in

7  that conversation; right?

8       A.   Through the door, yes.

9       Q.   I thought -- and maybe I'm wrong -- but I

10 thought that the testimony was that you had asked

11 Mr. Herrera about paperwork and he responded

12 regarding something about a syringe?

13      A.   No.

14      Q.   Okay.

15      A.   I'll verify -- I'll clarify it.  When I

16 asked him, "Ask Lupe if he has that," he thought I

17 was talking about the syringe.  He goes, "Yeah,

18 yeah, yeah, he has it."

19           "No, not that.  The paperwork."

20           Then he went back.  He didn't know what I

21 was talking about when I asked him.  So he went back

22 and talked to Lupe.  Lupe was shaking his head and

23 he came back to the door, and he said, "Yeah, he has

24 that".

25      Q.   Let me see if I can ask this properly.  So

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   when you first said:  "Do you have that," Mr.

2   Herrera thought "that" referred to a syringe?

3       A.   Yes, because I had asked Lupe Urquizo

4   earlier the day that he showed up to the emergency

5   door, if he had still had a syringe.

6       Q.   And so according to you, people knew that

7   you were interested in obtaining a syringe.

8       A.   There was only one syringe in the unit, so

9   everyone was --

10      Q.   Okay.  So what was the syringe being used

11  for?

12      A.   Suboxone.

13      Q.   Injecting Suboxone intravenously?

14      A.   Yes, ma'am.

15      Q.   And I want to ask you about this entry

16  here.  So I'm on page 2, and I'm on the Red

17  statement, Number 8.

18      A.   Okay.

19      Q.   I'll just give you a chance to orient

20  yourself.  This is something I may have

21  misunderstood, and I want to clear it up.  So it was

22  my understanding that your testimony was that you

23  made shanks and that you made them while the rest of

24  the unit was at the phone yard.

25      A.   No, I began breaking them down.  I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    sharpened them during count.

2         Q.   So you were continuing -- let's just see

3    if we can come to an understanding.  You began --

4    your testimony is you began to make shanks while the

5    rest of the pod was at phone yard, and you completed

6    them while you were locked down for count.

7         A.   That's correct.

8         Q.   All right.  I'm going to move to a new

9    topic.  Ms. Armijo asked you some questions on

10   redirect about Mr. Sanchez' reaction when you say

11   that you and he looked at the paperwork.  Do you

12   recall those questions?

13        A.   I recall.

14        Q.   And I think what you testified was he said

15   something like, "It's done"?

16        A.   Yes.

17        Q.   On January 2, 2018, when you were being

18   interviewed by Ms. Armijo and members of the FBI

19   just prior to trial, this was the visit or the

20   interview I think you forgot, and you thought you

21   were coming to testify, and it was just an

22   interview?

23        A.   What's the date of it?

24        Q.   January 22, 2018.

25        A.   Yeah.  Okay.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   Did you tell the Government during that

2  interview that when Mr. Sanchez saw the paperwork,

3  he wanted to hold off on the hit?

4    A.   I think it was about the visit prior to

5  it.  Remember, I told you he was talking about the

6  visit at the door.  Then Lazy says, "Just get it

7  done."  That's what that comment has in reference

8  to.

9    Q.   So the answer to my question was, then,

10  that you did tell the Government that?

11    A.   I did, yes.

12    Q.   And Ms. Armijo asked you some questions

13  about a conversation that you had or that you're

14  saying that you had with Mr. Sanchez after you spoke

15  with Timothy Martinez.  She asked you some questions

16  just a few minutes ago, and you talked about, "Oh,

17  yeah, I came back and talked to Mr. Sanchez at the

18  table"; right?

19    A.   Right.

20    Q.   And you said that what you were talking to

21  him about at that point was that there was a change

22  in plans.

23    A.   That's correct.

24    Q.   Okay.  Have you previously talked to the

25  Government about what that conversation was with Mr.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   Sanchez at the table?  And specifically I'm

2   referring to that conversation that you see on the

3   videotape.

4        A.   I'm telling him that Timothy is going to

5   choke him out.

6        Q.   That's what your testimony is today.

7        A.   That's correct.

8        Q.   Right.  But did you previously tell the

9   Government something different about that

10  conversation?

11       A.   I don't recall.

12       Q.   Did you tell the Government on October 24,

13  2017, that you met up briefly at the pod tables to

14  discuss setting up a spread?

15       A.   Not at that time, no.  That wasn't what

16  that conversation was about.

17       Q.   On the video that encompasses the Molina

18  assault, you've watched that; right?

19       A.   Yes.

20       Q.   And during that video, is Mr. Sanchez

21  setting up what's called "a spread"?

22       A.   No.

23       Q.   Are you sure?

24       A.   What is your reference to a spread?

25       Q.   Getting ready to set up some food.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    No.

 2        Q.    With other people at the pod table there?

 3        A.    There is no food on the table.

 4        Q.    Was he getting ready to set up a spread?

 5        A.    How would you get ready to set up a spread

 6   in your description?

 7        Q.    I'm asking you.

 8        A.    No, he was not.

 9        Q.    Okay.  You testified on redirect that

10   after Molina was assaulted, I think you said that

11   Mr. Sanchez yelled something through the top-tier

12   emergency door?

13        A.    Yes, ma'am.

14        Q.    Something along the lines of, "How do you

15   like that"?

16        A.    "Baby."

17        Q.    Okay, when you were interviewed by the

18   Government on October 24, 2017, did you tell them

19   anything about that?

20        A.    I don't recall much about that day.

21        Q.    Did you tell them anything about that on

22   November 1st of 2017?

23        A.    November 1st with Acee?

24        Q.    Right.

25        A.    I would have to see the 302.  I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   know.
 2        Q.   Did you tell them anything about that on
 3   December 12 of 2017?
 4        A.   Who was the interview with?  Oh, with
 5   Ronald Sanchez?  That's the one with Ronald; right?
 6        Q.   Did you say anything during the interview
 7   with Ronald?
 8        A.   No, ma'am.
 9        Q.   Did you say anything in the interview with
10   Task Force Officer Cupit and Captain Sapien on
11   December 12?
12        A.   No, ma'am.
13        Q.   When is the first time that you attributed
14   a comment like that to Mr. Sanchez?
15        A.   It might have been either in the interview
16   with the prosecution people that I didn't recall or
17   the one on Saturday.
18        Q.   Just recently?
19        A.   Yes, ma'am.
20        Q.   I just have a few questions about the
21   situation that you just talked about regarding sort
22   of the lead-up to your decision to become a
23   Government witness.
24        A.   Okay.
25             THE COURT:  Do you want to take this up
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   after our break?

 2            MS. JACKS:  Sure.

 3            THE COURT:  Let's be in recess for about

 4   15 minutes.  All rise.

 5            (The jury left the courtroom.)

 6            THE COURT:  All right.  We'll be in recess

 7   for about 15 minutes.

 8            (The Court stood in recess.)

 9            THE COURT:  All right.  We'll go on the

10   record.  Is there anything we need to discuss before

11   we bring the jury in, Ms. Armijo?

12            MS. ARMIJO:  No, Your Honor.

13            THE COURT:  How about from the defendants?

14   Anybody got anything?

15            MR. VILLA:  No, Your Honor.

16            THE COURT:  While we're waiting, I'm going

17   to add seven -- I think I talked to you about I need

18   names of the controlled substance in the

19   racketeering acts, but I also need to know what

20   witnesses are going to impeach other witnesses'

21   testimony through either reputation or opinion for

22   truthfulness.  So both of you have -- no, I don't

23   think the Government did.  I think it's the

24   defendants have that instruction.  So if you're

25   going to use that, start giving me the names of the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  people so I can put them in there.

2          MR. VILLA:  Your Honor, do you want that

3  in the form of a pleading or an email?

4          THE COURT:  You know, however you want to

5  get it to me.  I'm just working on these

6  instructions.  I'm going to try to give you a pretty

7  advanced set tomorrow.  I doubt I'm going to master

8  these racketeering instructions by tomorrow, but the

9  rest of the framework I think will be pretty far

10  along.

11          Then if y'all start feeding me that, it

12  will save us a lot at the end, everybody trying to

13  recreate it.  If you want to email it, I can file

14  it; or you can just send a letter.  Whatever is

15  convenient.

16          MR. VILLA:  Sounds good.

17          THE COURT:  Remember, there are seven

18  categories now.  There may be eight.  I'll repeat

19  them tomorrow.  I guess these have been judicial

20  suggestions up to this point, but they probably need

21  to become judicial directives at some point.  But I

22  know y'all are busy.  You've got a lot of stuff

23  going on.

24          MR. VILLA:  We've just goofing off, Judge.

25          THE COURT:  I never accused you of goofing

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   off, Mr. Villa.

 2           Y'all have been a hard-working bunch.

 3   I've enjoyed working with you.  Good group.

 4           (The jury entered the courtroom.)

 5           THE COURT:  All right.  Everyone be

 6   seated.  I got permission from my wife to tell you

 7   this story so I'm not going to be in trouble when I

 8   go home.

 9           But my wife had taken a new teaching job.

10   And she'd come from a private school where, if they

11   got up on a snow day, they just looked, and if it

12   was Albuquerque Public School, it was a snow day,

13   that private school took the day off.

14           The new school, on the other hand, never

15   had a snow day, but nobody told her.  And so she

16   came in the next day and said, "Oh, wasn't it nice

17   to have a snow day."  Everybody had to tell her they

18   didn't have a snow day.

19           I tell that story because if you get up in

20   the morning and you see the federal government is

21   shut down, you don't have a snow day.  You've got to

22   come to work tomorrow.  I'm going to give you the

23   information I have because I think you'll be

24   interested in it.  But this is from James Duff, who

25   is our director of the Administrative Office of the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3232

 1  Courts out of Washington.  This was sent on the 6th,

 2  so it's actually two days old.  But I've been

 3  checking periodically during the day, and I'm not

 4  sure they've reached an agreement now.  So we're not

 5  going to be together at midnight when the magic

 6  occurs.  But as far as the fiscal year 2018

 7  continuing resolution extension, the current CR

 8  expires at midnight this Thursday, February 8, 2018.

 9  We're hopeful that Congress passes the six-week CR

10  extension through March 23, 2018.  It is considering

11  this week to provide additional time to complete

12  work on fiscal year 2018 appropriations bill

13  including the judiciaries bill.

14          And then he puts in bold letters, "I

15  reiterate previous guidance that in the event a CR

16  extension is not enacted by midnight this Thursday,

17  most federal entities will have to implement

18  shutdown plans immediately.  The judiciary, however,

19  will not shut down, and judiciary employees should

20  report to work as normal on Friday, February 9,

21  2018.  Under a lapse in the appropriation scenario,

22  the judiciary would be able to sustain paid

23  operations through the use of our fee authority and

24  no year appropriations for approximately three

25  weeks, or through March 1, 2018.  The judiciary has

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3233

1  sufficient fees and no year funding to cover
2  salaries and critical operating costs during such a
3  period, including costs incurred by the Supreme
4  Court, other national courts, the administrative
5  office, the federal judicial center, the US
6  sentencing guidelines, and federal defender
7  organizations, including community defender
8  organizations.  Jury trials would continue and
9  jurors would be paid.  Payments to Criminal Justice
10  Act panel attorneys can also continue subject to
11  available funding.  If the CR extension is not
12  enacted, additional guidance for operating under a
13  lapse in appropriations will be provided early next
14  week."
15          And they're going to keep us updated on
16  the status of the fiscal year 2018 judiciary
17  appropriations.  And I will keep you up, as well.
18  But I think we're in good shape to continue.  So
19  whatever channels you watch and wherever you get
20  your news, if they tell you that the federal
21  government is shut down, Las Cruces Federal
22  Courthouse is not shut down.  So come on back to
23  work, and we won't have a snow day tomorrow.
24          Okay.  Thank you.  You've been a good
25  bunch, and I appreciate it, and look forward to

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    seeing you tomorrow.

2              All right.  Mr. Rodriguez, I'll remind you

3    that you're still under oath.

4              THE WITNESS:  Yes, sir.

5              THE COURT:  Ms. Jacks, if you wish to

6    continue your recross, you may do so at this point.

7    BY MS. JACKS:

8         Q.   Mr. Rodriguez, I just have one more line

9    of questioning for you, and that's in regards to the

10   situation surrounding your decision to become a

11   Government witness as it relates to your own trial.

12   And you were asked some questions about that by Ms.

13   Armijo, so I just have a few for you.

14        A.   Okay.

15        Q.   First of all, who sets the trial dates in

16   these cases?

17        A.   I'm not aware.

18        Q.   Judge Browning.

19        A.   Oh, Judge Browning.

20        Q.   And the Court sets trial dates at the

21   request of the Government, doesn't it?  Or do you

22   know?

23        A.   I do not know the procedures of it.

24        Q.   Okay.  Did the Court determine the order

25   in which the various cases would be tried?

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   I believe they did.
 2        Q.   And specifically referring to your case --
 3   and I'm talking about the one that was supposed to
 4   start trial I think in -- was it in late October or
 5   early November?
 6        A.   No.  I think it was a week, the following
 7   week after October 24.
 8        Q.   So probably like on Halloween, or sometime
 9   around Halloween in 2017?
10        A.   It was a holiday on a Friday, I think.  It
11   was going to begin on a Monday.
12        Q.   And that was the trial involving the
13   Sosoya assault?
14        A.   Yes, ma'am.
15        Q.   In that case, isn't it true that the
16   attorney for your co-defendant, before he ended up
17   pleading guilty, had actually asked for a
18   continuance?
19        A.   Which co-defendant?
20        Q.   I think it was Mr. Mauricio Varela's
21   attorney?
22        A.   No, he was not my co-defendant.
23        Q.   Was Mr. Varela charged in that case?
24        A.   He was charged in that indictment.
25        Q.   And he was charged in that indictment, but
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3236

```
 1  not with the same counts?
 2       A.   There was two different cases in that
 3  indictment.
 4       Q.   Let's just be clear.  It was one
 5  indictment and one case number; right?
 6       A.    Two case numbers.  One indictment with two
 7  different charges.  Two different incidents.
 8       Q.   That's what I wanted.  So there was one
 9  indictment and there was going to be one trial.  But
10  there were at least two different assaults that were
11  going to be tried.
12       A.   Yes, ma'am.
13       Q.   And the lawyer for Mr. Varela who was
14  charged in a different assault -- I think he was
15  charged in the Silva assault?
16       A.   That's correct.
17       Q.   That lawyer actually asked the Court and
18  filed with the Court for a continuance of the trial.
19  Do you recall that?
20       A.   I do not.
21       Q.   Well, do you recall that when she did file
22  for a continuance, that you opposed, you and your
23  lawyer opposed a continuance?
24       A.   Yes.
25       Q.   And that was sometime prior, earlier in
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

1    October of 2017.  Maybe even in September.

2        A.    I don't know the dates, but it had to be

3    before October 24.

4        Q.    And you do now recall that you guys

5    actually objected to the continuance, and stated

6    that you wanted to go to trial?

7        A.    Under -- yes.

8        Q.    Okay.  And at some point after that, did

9    you become aware that your lawyer didn't seem like

10   he was ready to go to trial?

11       A.    No, he seemed ready.

12       Q.    Did -- so you're saying you had no

13   concerns about whether your case was ready, and

14   whether your lawyer was ready to proceed to trial?

15       A.    I felt that I was going to win that case.

16       Q.    And so at some point you changed your mind

17   and decided not to go to trial.

18       A.    That's correct.

19       Q.    And you did that right before the trial

20   was supposed to start?

21       A.    That's correct.

22       Q.    And was at least the added pressure on you

23   on the eve of trial part of the decision that led

24   you to become a Government witness?

25       A.    What pressure?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3238

 1       Q.    Maybe I'm assuming.  You didn't feel any
 2    pressure?
 3       A.    Pressure to give my life to the SNM?
 4    Yeah, I didn't want to give them the rest of my
 5    life.
 6       Q.    I think when Ms. Armijo was asking you
 7    questions, you talked about the fact that you didn't
 8    have -- you felt like you didn't have that much more
 9    time to do; right?
10       A.    That's correct.
11       Q.    And you were looking at, if you lost, if
12    you went to trial and lost, you were looking at a
13    potential sentence of 30 years.
14       A.    If you check my history, that's never been
15    an issue with me.
16       Q.    So your testimony is:  The fact that you
17    were sort of short-timing and all of a sudden
18    looking at a 30-year sentence -- that did not
19    contribute -- that wasn't any sort of pressure that
20    led you to become a Government witness?
21       A.    No, ma'am.
22             MS. JACKS:  Thank you.  I have nothing
23    further.
24             THE COURT:  Thank you, Ms. Jacks.
25             Ms. Armijo, do you have redirect?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                   REDIRECT EXAMINATION
 2   BY MS. ARMIJO:
 3       Q.    I believe you just said that the pressure
 4   you felt was the pressure to give your life to SNM?
 5       A.    That's correct.
 6       Q.    I want to briefly touch on a couple of
 7   things.  The Ronald Sanchez has been described by
 8   the defense as an interview.  Was that an interview?
 9       A.    I don't believe it was an interview.
10       Q.    And who wanted to meet with the FBI?
11       A.    Ronald Sanchez.
12       Q.    And they also talked about a meeting with
13   Chris Cupit and Sergio Sapien.  Did that have
14   anything to do with this case, or was that separate?
15       A.    That had to do with --
16             MS. JACKS:  Objection.  Calls for the
17   conclusion.  I don't think this witness is in the
18   position to know.
19             THE COURT:  Well, ask him if he knows.
20   Lay some foundation.
21   BY MS. ARMIJO:
22       Q.    Let me ask you this.  Was it about your
23   testimony?
24       A.    Somewhat, yes.
25       Q.    Was the prosecution team there?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3240

```
 1       A.   No.

 2       Q.   Now, in reference to -- how many years

 3  before you decided to cooperate -- how many years

 4  had you been an SNM member?

 5       A.   Since 2005.

 6       Q.   All right.  So approximately 12 years?

 7       A.   According to -- 2017?  Yeah, 12 years.

 8       Q.   Is it easy to cover all of your SNM

 9  activities of 12 years in interviews that are a few

10  hours long?

11       A.   No.

12       Q.   And you were asked by Ms. Bhalla about

13  Carlos Herrera and whether or not he did anything.

14  I believe you indicated that everyone is good for

15  something; is that correct?

16       A.   That's correct.

17       Q.   And when you said that, were you referring

18  to the SNM?

19       A.   Yes.

20       Q.   Did Carlos Herrera give you the paperwork?

21       A.   Yes, he did.

22       Q.   Was that paperwork necessary to kill

23  Javier Molina?

24       A.   Yes, it is.

25       Q.   And lastly, over the past couple days that
```

SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                   Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                     FAX (505) 843-9492

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

1    you've been testifying, is what you've told us the

2    truth?

3         A.    It is.

4              MS. ARMIJO:  No further questions.

5              THE COURT:  Thank you, Ms. Armijo.

6              All right.  Mr. Rodriguez, you may step

7    down.

8              Is there any reason that Mr. Rodriguez

9    cannot be excused from the proceedings, Ms. Armijo?

10             MS. ARMIJO:  Your Honor, I believe we were

11   still going to have him available, because there was

12   one incident at the bench that we need to address.

13             THE COURT:  All right.  You may need to be

14   re-called, but you'll need to stay, of course,

15   outside of the courtroom.  But you're free to leave

16   the courthouse now.

17             THE WITNESS:  Thank you, Your Honor.

18             MR. LOWRY:  The admonishment of the

19   witness?

20             THE COURT:  Mr. Rodriguez, since you're

21   subject to re-call, you're not to discuss your

22   testimony or this case with anyone.  So don't do

23   that, wherever you go and whoever you're talking to.

24             THE WITNESS:  Okay, Your Honor.

25             THE COURT:  Thank you, Mr. Rodriguez.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          All right.  Mr. Castellano, does the

2   Government have its next witness or evidence?

3          MR. CASTELLANO:  Yes, Your Honor.  The

4   United States re-calls Manuel Jacob Armijo.

5          MS. DUNCAN:  Your Honor, may we approach

6   before he starts the questioning?

7          THE COURT:  Mr. Armijo, if you'll come up

8   and stand next to the witness box, I'll remind you

9   you're still under oath.

10         (The following proceedings were held at

11  the bench.)

12         MS. DUNCAN:  Your Honor, I wanted to make

13  a record on calling Mr. Armijo to testify to the two

14  James statements, one allegedly made by Chris Garcia

15  and the other by Jonathan Gomez.  We objected before

16  that these statements do not fall within the

17  co-conspirator objection.  I just wanted to raise --

18  I know you're inclined to overrule.

19         THE COURT:  Did I rule on the chart on

20  these?

21         MS. DUNCAN:  No.  This is the one where

22  the Government sent us a letter on January 28

23  outlining these statements.  We objected to the late

24  disclosure.  And the Court ordered them not to ask

25  Mr. Armijo about the questions or about those two

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1  topics when he testified last week, and indicated

 2  they were bringing him back.

 3          MR. CASTELLANO:  He said he would be

 4  willing to give the defense more time, so we

 5  recalled him now.  Just give the defense a change.

 6          THE COURT:  Let me just refresh my memory

 7  about the statements.  But I do recall a

 8  conversation here.  Is it in the letter?

 9          MS. DUNCAN:  It is.  It's in the James

10  letter.  I think it was towards the back, like at

11  the very end of the letter.

12          MR. LOWRY:  I'll get my letter.

13          MS. DUNCAN:  Okay.  It should be dated

14  January 28.

15          THE COURT:  That was the 28th, and this is

16  the one with the co-conspirator statements.

17          MS. DUNCAN:  See if I have it.

18          MR. CASTELLANO:  I can summarize the

19  issue, if it's easier.  The first one is:  Mr.

20  Armijo was in the Department of Corrections.  He

21  received word through Jonathan Gomez.  I think he

22  knows him as Baby G.  And Baby G told him Pup, Mr.

23  Baca, wanted Mr. Molina killed.  Mr. Armijo asked

24  for the paperwork.  They didn't have it, so he said

25  that he was not willing to follow through with that.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  So the statement is that Mr. Baca told Baby G that

2  he wanted Mr. Armijo to murder Mr. Molina.

3          The second statement is one about December

4  2015, around that timeframe.  Mr. Armijo goes to

5  Chris Garcia's house to purchase drugs, and during

6  that conversation Mr. Garcia tells Mr. Armijo, Pup

7  has us on a mission, after he asked about Chuco, who

8  is Mandel Parker.  He asked that Mr. Armijo didn't

9  know anything about him.  Mr. Armijo said he'd given

10 him a ride one time before, didn't really know him.

11 And in the context of that conversation, Mr. Garcia,

12 Pup, has us on a mission to kill Marcantel.

13          MS. DUNCAN:  Your Honor, I just have the

14 pages of the letter regarding Jake Armijo.  It was

15 January 29.  It's at the very bottom and continues

16 on the next page.  That's it.

17          THE COURT:  Well, I thought we established

18 every element with all those people as part of the

19 separate conspiracy.  Unless I'm missing something,

20 I've ruled on every one of these as part of the

21 conspiracies.  They look like they're in furtherance

22 of it, but my memory is:  The only issue I had was

23 timing.  The letter was on the 28th and so close to

24 testimony needed more time.  Do you have anything

25 else on that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3245

```
 1              MS. DUNCAN:  That was it.  I wanted to
 2   preserve my objection.
 3              MR. CASTELLANO:  The statements were
 4   disclosed on the 12th.  We highlighted it in the
 5   James letters.
 6              MS. DUNCAN:  Thank you, Your Honor.
 7              (The following proceedings were held in
 8   open court.)
 9              THE COURT:  All right, Mr. Armijo.  I
10   think I told you that you're still under oath.
11              THE WITNESS:  Yes.
12              THE COURT:  All right.
13              Mr. Castellano, if you wish to conduct
14   direct examination of Mr. Armijo, you may do so at
15   this time.
16              MR. CASTELLANO:  Thank you, Your Honor.
17   May I have a few moments to show these exhibits to
18   defense counsel?
19              THE COURT:  You may.
20                   MANUEL JACOB ARMIJO,
21      after having been previously duly sworn under
22   oath, was questioned, and continued testifying as
23   follows:
24                   REDIRECT EXAMINATION
25   BY MR. CASTELLANO:
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3246

1      Q.   Good afternoon, Mr. Armijo.

2      A.   Good evening.

3      Q.   I didn't get a chance to ask you a

4   question on a few topics last week, so I wanted to

5   call you back to ask you about two or three

6   incidents.

7           Okay.  Do you recall when you were

8   previously housed in the Southern New Mexico

9   Correctional Facility when you were still in prison?

10     A.   Yes.

11     Q.   And about when did you get out of prison?

12     A.   2012, March.

13     Q.   And before that time, in possibly 2011,

14   did you have a conversation with somebody you knew

15   as Baby G?

16     A.   Yes.

17     Q.   And do you know Baby G's real name?

18     A.   I don't recall his name.

19     Q.   So did you just know him as "Baby G"?

20     A.   Yes.

21     Q.   In which pod were you at the time?

22     A.   I was in blue pod.

23     Q.   And can you tell the members of the jury

24   if Javier Molina was living with you in that pod at

25   that time?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.   Yes, he lived across from me.

2        Q.   And where was Baby G housed?

3        A.   He lived in yellow pod, which is next door

4    to blue pod.

5        Q.   I want to ask you about a conversation you

6    had with Baby G.  Do you remember him calling you to

7    the door in between the two pods?

8        A.   Yes.

9        Q.   Can you tell the members of the jury what

10   Baby G asked you or told you?

11       A.   He called me to the door while we were out

12   on tier time, and on the top tier.  I went to the

13   door and asked him what was going on.  He told me

14   that he got word from the North, from the North

15   facility, that there was paperwork on Javier Molina,

16   and that Pup wanted him hit.  I told him to show me

17   the paperwork and send it over.

18       Q.   What was the purpose or the importance of

19   him showing you the paperwork?

20       A.   Well, without paperwork, there is a

21   possibility that people could just hold a grudge, or

22   personal reasons for them to have someone assaulted.

23       Q.   What happened when you asked for the

24   paperwork?

25       A.   He said he didn't have any.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com


```
1        Q.   What was your response to not having the
2   paperwork?
3        A.   I told him that nobody was going to do
4   anything to him.
5        Q.   And "to him," do you mean Javier Molina?
6        A.   Yes.
7        Q.   And what was his response?
8        A.   He just dropped it and said, "Okay."
9        Q.   Now, what was your position in the board
10  of directors at the time?
11       A.   I was a llavero.
12       Q.   So were you running blue pod at that time?
13       A.   Yes.
14       Q.   And did you give any orders to anyone in
15  the pod after hearing the request for the murder but
16  not having the paperwork?
17       A.   Yes.
18       Q.   What was the order you gave to people in
19  the pod?
20       A.   That nobody was to touch him.
21       Q.   Now, as llavero of that pod, what would
22  have happened, had Baby G produced that paperwork to
23  you?
24       A.   Then we would have had to hit him.
25       Q.   Did you like Javier Molina?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        A.    Yes.

 2        Q.    Did it matter if you liked Javier Molina?

 3        A.    No.

 4        Q.    So running the pod -- was that your

 5   responsibility, then, to make sure that happened?

 6        A.    Yes.

 7        Q.    I want to take you back to the December

 8   2015 timeframe and ask you if you know a person

 9   named Chris Garcia.

10        A.    Yes.

11        Q.    Was he an SNM Gang member?

12        A.    Yes.

13        Q.    Was he also a drug dealer?

14        A.    Yes.

15        Q.    During that timeframe, did you ever go to

16   Chris Garcia's house to purchase drugs from him?

17        A.    Yes, to his mother's.

18        Q.    What were you intending to purchase from

19   him?

20        A.    Heroin.

21        Q.    So were you still using heroin at that

22   time?

23        A.    Off and on.

24        Q.    All right.  And what happened when you

25   went to Chris Garcia's mother's?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3250

```
 1        A.   The first time I followed Mario Montoya
 2   over there to his house, and Chris Garcia ended up
 3   giving him some heroin, and me, and another guy that
 4   was there.
 5        Q.   Who was the other guy?
 6        A.   Salamon Ramirez.
 7        Q.   How is it that you ended up meeting with
 8   Mario Montoya and then going to Chris Garcia's
 9   mother's house?
10        A.   I usually get it from Mario Montoya, and
11   Mario said he didn't have anything, but he was on
12   his way to Chris' to go pick up; to follow him over
13   there.
14        Q.   Did you do that?
15        A.   Yes.
16        Q.   What happened when you got to Chris
17   Garcia's, or his mother's?
18        A.   We all talked for a while.  And then Chris
19   ended up giving Mario Montoya a gun.  Mario Montoya
20   put it under his shirt, and went and put it in the
21   trunk of his car.  Came back.  Chris Garcia ended up
22   giving him some heroin; gave some to Salamon
23   Ramirez.  Then they left.  And they came up to me,
24   and he continued to break me off a piece.
25        Q.   When you say "break me off a piece," what
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   do you mean?
 2        A.   He just had a knife and he had like about
 3   a golf-ball size of heroin.  With his knife, just
 4   cut me off a piece.
 5             MR. CASTELLANO:  May I approach the
 6   witness, Your Honor?
 7             THE COURT:  You may.
 8   BY MR. CASTELLANO:
 9        Q.   Mr. Armijo, I'm going to show you a number
10   of exhibits and have you just look at them to
11   yourself and see if you recognize the person in
12   those exhibits.
13        A.   Yes.
14        Q.   How do you recognize those exhibits?
15        A.   That's Chris Garcia.
16        Q.   And are these photos a fair and accurate
17   depiction of the person you know to be Chris Garcia?
18        A.   Yes.
19             MR. CASTELLANO:  Your Honor, I move the
20   admission of these exhibits.  I'll give the Court
21   the numbers.  They're not sequential at this time.
22   Government's Exhibits 527, 508, 510, 511, 512, 513,
23   515, 523, 518, 524 and 525.
24             THE COURT:  Any objection from the
25   defendants?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              MR. JEWKES:  May we examine, Your Honor?

 2              THE COURT:  You may.

 3              MS. JEWKES:  No objection on behalf of

 4   Daniel Sanchez, Your Honor.

 5              THE COURT:  Anyone else have any

 6   objection?

 7              MS. DUNCAN:  No, Your Honor.

 8              MR. VILLA:  No, Your Honor.

 9              THE COURT:  You might listen carefully.

10   There was a cough.  I want to make sure I got it

11   right.  Government's Exhibits 527, 508, 510, 512,

12   513, 515, 523, 518, 524 and 525 will be admitted

13   into evidence.  Did I get those correct?

14              MR. CASTELLANO:  You did, Your Honor.

15   Thank you.

16              (Government Exhibits 508, 510, 512, 513,

17   515, 518, 523-525, 527 admitted.)

18              THE COURT:  Mr. Castellano.

19   BY MR. CASTELLANO:

20        Q.   Now, on that occasion you mentioned Chris

21   Garcia giving a gun to Mario Montoya?

22        A.   Yes.

23        Q.   Did he also give drugs to Mario Montoya

24   and Salamon Ramirez?

25        A.   Yes.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Can you tell the members of the jury

2  whether all four of you at that time were SNM Gang

3  members?

4      A.   Yes.

5      Q.   I'm showing you Government's Exhibit 527.

6  Is that Chris Garcia?

7      A.   Yes.

8      Q.   And is that the person you purchased drugs

9  from?

10      A.   Yes.

11      Q.   I'm showing you Government's Exhibit 508.

12  Do you recognize Mr. Garcia and some of his tattoos?

13      A.   Yes.

14      Q.   Government's Exhibit 510.  I'm going to

15  circle something on his left side in that photo.  Do

16  you recognize what I've circled there?

17      A.   Yes.

18      Q.   What is that?

19      A.   It's a Zia with an S inside.

20      Q.   What does that tattoo mean to you?

21      A.   It represents the Syndicato de Nuevo

22  Mexico.

23      Q.   Showing you Government's Exhibit 511.

24      A.   Yes.

25      Q.   And do you recognize Chris Garcia from the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   back there?

2       A.   Yes.

3       Q.   Also Exhibit 512?

4       A.   Yes.

5       Q.   The tattoo on his right shoulder, which

6   says Duke City -- is that an Albuquerque thing, or

7   does it have anything to do with the SNM?

8       A.   Just an Albuquerque thing.

9       Q.   Do you know Albuquerque as the Duke City?

10      A.   Yes.

11      Q.   I'm showing you Exhibit 513, and is that

12  just a side view of Mr. Garcia?

13      A.   Yes.

14      Q.   Government's Exhibit 515.  I'm going to

15  circle something on his abdomen here.  Do you see

16  what I've circled there?

17      A.   Yes.

18      Q.   What is that, if you know?

19      A.   Where he got shot.

20      Q.   And I won't ask you about it today, but do

21  you know some of the history about how he got shot?

22      A.   Yes.

23      Q.   I'm showing you Government's Exhibit 523.

24  Is that just a closer view of that scar?

25      A.   Yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   Next is Exhibit 518.  What do you see on

2 his hands there?

3      A.   NM.

4      Q.   And what significance does that have to

5 you?

6      A.   Just New Mexico.

7      Q.   And Exhibit 524.  What is that on his

8 lower back?

9      A.   Burque.

10     Q.   What does that mean?

11     A.   Albuquerque in Spanish.

12     Q.   And 525.  Is that just a picture of his

13 entire back?

14     A.   Yes.

15     Q.   Now, you told you about this time you got

16 drugs from Mr. Garcia.  Did you return to his house

17 about a week later?

18     A.   Yes.

19     Q.   Why did you do that?

20     A.   I called him earlier that day and asked

21 him if he had anything, some heroin, and he told me,

22 yeah, but to meet him at his mom's house.

23     Q.   Did you meet him on that day?

24     A.   Yes.

25     Q.   What happened when you went to his mom's

SANTA FE OFFICE                                           MAIN OFFICE
119 East Marcy, Suite 110                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1-800-669-9492
e-mail: info@litsupport.com

```
1   house?

2       A.   I met him there at his mom's.  He got into

3   my vehicle.  We just started talking.  While he was

4   breaking me off some heroin, he asked me if I knew

5   Chuco, Mandel Parker.  I told him, yes, that I had

6   met him once, had given his girlfriend and his

7   little girl a ride home.  I asked him why, what was

8   up.  And he said, "Because fucking Pup has us on a

9   mission."

10      Q.   Did he explain to you what that mission

11  was?

12      A.   Yes.

13      Q.   What was it?

14      A.   That they wanted him to hit Gregg

15  Marcantel.

16      Q.   Did you know who Gregg Marcantel was at

17  that time?

18      A.   No.

19      Q.   And had you been to prison since 2012?

20      A.   No.

21      Q.   Did he explain to you who Gregg Marcantel

22  was?

23      A.   Yes.  He was the Secretary of Corrections.

24      Q.   What did you think about that?

25      A.   I told Chris that he was stupid to listen
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3257

1  to anything that Pup had to say; that he was going

2  to be the downfall of everybody.

3       Q.   And did you know Mandel Parker to be an

4  SNM Gang member?

5       A.   Yes.

6            MR. CASTELLANO:  May I have a moment, Your

7  Honor?

8            THE COURT:  You may.

9            MR. CASTELLANO:  Thank you, Your Honor.  I

10  pass the witness.

11            THE COURT:  Thank you, Mr. Castellano.

12            Ms. Duncan, do you wish to cross-examine

13  Mr. Armijo?

14            MS. DUNCAN:  I do, Your Honor.  Thank you.

15            THE COURT:  Ms. Duncan.

16                 RECROSS-EXAMINATION

17  BY MS. DUNCAN:

18       Q.   Good afternoon.

19       A.   Good afternoon.

20       Q.   You first met Chris Garcia in prison in

21  the 2000s; correct?

22       A.   Yes.

23       Q.   And I think you testified he's an SNM

24  member?

25       A.   Yes.




SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        Q.   And you didn't agree with him being made

2   an SNM member; correct?

3        A.   No.

4        Q.   Because you thought he was a snitch?

5        A.   No, I actually thought they were just

6   bringing him in because he had drugs.

7        Q.   Do you recall giving a statement to law

8   enforcement on June 28, 2016?

9        A.   Yes.

10        Q.   And that was right after you decided to

11   cooperate in this case; correct?

12        A.   Yes.

13        Q.   And do you recall telling law enforcement

14   at that time that you didn't agree with Chris Garcia

15   being brought into the SNM, quote, "because he had

16   snitched on a prior case while on the streets"?

17        A.   Yes, that was another reason.

18        Q.   You testified that you bought heroin from

19   Chris Garcia; correct?

20        A.   Yes.

21        Q.   And did you do heroin with Chris Garcia?

22        A.   There's been a couple of times, yes.

23        Q.   And when is the last time that you did

24   heroin with Chris Garcia?

25        A.   I can't recall.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    Was it within the last year?

2      A.    No.

3      Q.    Within the last two years?

4      A.    It was about a couple months before this

5   case, before the first sweep.

6      Q.    And do you recall when that first sweep

7   was?

8      A.    It was in December 2015, I think.

9      Q.    Mr. Armijo, you also have used

10  methamphetamine in the past; correct?

11     A.    Yes.

12     Q.    And you bought the methamphetamine from

13  someone other than Chris Garcia?

14     A.    Yes.

15     Q.    And when you were using -- when were you

16  using methamphetamine?

17     A.    2012, when I first got out of prison.

18     Q.    And you suffered hallucinations when using

19  methamphetamine; correct?

20     A.    No.

21     Q.    Do you recall being interviewed for a

22  presentence report in this case?

23     A.    No.

24     Q.    Do you recall reviewing a presentence

25  report that was provided to you for this case?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&
ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.    I don't think me and my lawyers reviewed
 2   it.
 3        Q.    It was disclosed in October of 2017;
 4   correct?
 5        A.    What?
 6        Q.    The presentence report was disclosed to
 7   your lawyer in October of 2017; correct?
 8        A.    Oh, yes, yes.
 9        Q.    And so it's your testimony that in the
10   last four months, you have not reviewed this
11   document?
12        A.    I don't think we have.
13        Q.    You understand this is a document that
14   Judge Browning will rely on in deciding your
15   sentence in this case?
16        A.    I assume so, yes.
17        Q.    Do you recall being interviewed by the
18   Evolution Group?
19        A.    Yes.
20        Q.    And that was in July of 2016?
21        A.    Yes.
22        Q.    And they completed a biosocial summary
23   report for you?
24        A.    Right.
25        Q.    Based on that interview?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3261

```
 1        A.    Yes.
 2        Q.    And do you recall them concluding or
 3   acknowledging that you had hallucinations when using
 4   methamphetamine?
 5        A.    They said I had hallucinations.
 6        Q.    I'm asking you:  Do you recall them
 7   telling you that, based on their interview of you?
 8        A.    How would they know if I'd had
 9   hallucinations or not?
10        Q.    I'm asking if you discussed that with
11   Evolution Group.
12        A.    No.
13        Q.    Do you recall discussing with Evolution
14   Group that you have trouble understanding,
15   concentrating, and remembering?
16        A.    Concentrating, yes.
17        Q.    Do you recall discussing with Evolution
18   Group that you have trouble controlling your violent
19   behavior?
20        A.    Yes.  At a time, yes.
21        Q.    And are you on any psychiatric medication?
22        A.    Yes.
23        Q.    What drugs are you on?
24        A.    Abilify.
25        Q.    And what is that intended to treat?
```



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3262

```
 1        A.    Anger, PTSD.

 2        Q.    And it's an antipsychotic drug; correct?

 3        A.    Yes.

 4        Q.    You testified that you went to Chris

 5   Garcia's house with Mario Montoya; correct?

 6        A.    Yes.

 7        Q.    And Mario Montoya is also known as Poo

 8   Poo?

 9        A.    Yes.

10        Q.    Mr. Montoya got close to Chris Garcia

11   because you and Mr. Montoya planned to rob Chris

12   Garcia; correct?

13        A.    Yes.

14        Q.    You planned to steal two kilos of cocaine

15   from him?

16        A.    Yes.

17        Q.    Tell us about that plan.

18        A.    It was a plan that we were going to do,

19   and it never happened.

20        Q.    Whose plan was it?

21        A.    Mine.

22        Q.    And when did you come up with this plan?

23        A.    I would say in the early 2000s.

24        Q.    In April of 2016 you were charged with a

25   RICO conspiracy; correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1        A.   Yes.

 2        Q.   And there were a number of overt acts

 3   charged in support of that; correct?

 4        A.   Yes.

 5        Q.   And those were things that the Government

 6   alleged you did in support of the SNM; correct?

 7        A.   Yes.

 8        Q.   And one of those was ordering two people

 9   to murder a man named Michael Giron; correct?

10        A.   It was alleged, yes.

11        Q.   And it was alleged that you ordered that

12   in conjunction with Chris Garcia; correct?

13        A.   Yes.

14        Q.   And at this time that you told the FBI,

15   you first raised this conversation with Chris

16   Garcia, you had been charged in that conspiracy;

17   correct?

18        A.   The conversation never happened.

19        Q.   The conversation that you had with the --

20   the first time you talked to the FBI about this

21   alleged conversation with Chris Garcia regarding

22   Gregg Marcantel; correct?

23        A.   Yes.

24        Q.   That first happened in June of 2016;

25   correct?  Your first conversation with the FBI?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3264

```
 1        A.    Yes.

 2        Q.    So that was two months after you had been

 3   charged in the RICO conspiracy?

 4        A.    Yes.

 5        Q.    And the Government was alleging that you

 6   had committed a crime with Chris Garcia?

 7        A.    Yes.

 8        Q.    And you knew from that indictment that Mr.

 9   Baca and Chris Garcia were charged with a conspiracy

10   to kill Gregg Marcantel; correct?

11        A.    I knew when I first read it on the

12   internet, yes.

13        Q.    I'd like to talk to you about this alleged

14   conversation you had with Baby G.  I think you

15   testified that you didn't know his real name;

16   correct?

17        A.    Yes.

18        Q.    How long had you known Baby G?

19        A.    For about a year and a half.

20        Q.    And you did not like Baby G, did you?

21        A.    There was a time I did, up until Pup got

22   there to Southern.

23        Q.    At the time that you alleged Baby G had

24   had conversation with you, you did not like Baby G;

25   correct?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        A.    I didn't have a problem with him at the

2  time we had the conversation, no.

3        Q.    Isn't it true that you believe that Baby G

4  conveyed the hit on you?

5        A.    Yes.

6        Q.    And that when you heard about this, you

7  collected a shank and told Baby G, "It's on"?

8        A.    Yes.

9        Q.    Last week when we were talking, we

10  discussed a conviction for battery on a police

11  officer in 2008; correct?

12        A.    Yes.

13        Q.    And you couldn't recall if you had been

14  convicted of that crime?

15        A.    Right.

16        Q.    Do you recall today that you were

17  convicted of that crime?

18        A.    Yes.

19        Q.    And at the time that this case was

20  charged, you believed that Gerald Archuleta was the

21  leader of the SNM; correct?

22        A.    Yes.

23        Q.    For what period of time do you believe

24  that Gerald Archuleta was the leader of the SNM?

25        A.    Up until he decided to work with the FBI.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1        Q.    And what do you base your opinion that

 2   Gerald Archuleta was the leader of the SNM on?

 3        A.    My opinion.

 4        Q.    What's your opinion based on?

 5        A.    That he is a leader of the SNM -- was.

 6        Q.    Do you have a relationship with Gerald

 7   Archuleta?

 8        A.    Yes.

 9        Q.    In fact, you've provided drugs to Gerald

10   Archuleta at his request?

11        A.    No.

12        Q.    I'm going to refer you again to the

13   conversation that you had with the FBI in June of

14   2016.  Do you recall talking to the FBI about

15   keeping in touch with Gerald Archuleta after he

16   moved to Tennessee?

17        A.    Yes.

18        Q.    And you told the FBI that Gerald Archuleta

19   would ask you for Suboxone because it was expensive

20   in Tennessee; correct?

21        A.    Yes.

22        Q.    And that you complied a few times;

23   correct?

24        A.    Yes.

25        Q.    And by complying, you meant that you sent
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    drugs to Gerald Archuleta to Tennessee?

2        A.    No.  I sent Suboxones.  Suboxones ain't a

3    drug.  Suboxones are to help people get off the

4    drug.

5        Q.    Suboxone is something you need a

6    prescription for; correct?

7        A.    Yes.

8        Q.    It's a drug used to treat heroin

9    addiction; correct?

10       A.    Yes.

11       Q.    And you sent that to Gerald Archuleta?

12       A.    Yes.

13             MS. DUNCAN:  If I could have a moment,

14   Your Honor.

15             No further questions, Your Honor.

16             THE COURT:  Thank you, Ms. Duncan.

17             Mr. Jewkes, do you have cross-examination

18   of Mr. Armijo?

19             MR. JEWKES:  Yes, Your Honor.

20             THE COURT:  Mr. Jewkes.

21             MR. JEWKES:  Your Honor, may it please the

22   Court?

23             THE COURT:  Mr. Jewkes.

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1                    RECROSS-EXAMINATION

 2   BY MR. JEWKES:

 3        Q.   Good afternoon, Mr. Armijo.

 4        A.   Good afternoon.

 5        Q.   You were here last week and testified, I

 6   believe it was on Wednesday?

 7        A.   Yes.

 8        Q.   And if I recall correctly, you told us

 9   that you joined the SNM in 1995?

10        A.   '93.

11        Q.   And you were validated?

12        A.   Yes.

13        Q.   And how long were you a validated member

14   of SNM?

15        A.   I have no idea.  You'd have to ask the

16   STIU.

17        Q.   I'm sorry?

18        A.   You would have to ask the STIU how long

19   they had me validated.

20        Q.   When did you leave prison?

21        A.   2012.

22        Q.   Okay.  Do you still consider yourself a

23   member of SNM?

24        A.   No.

25        Q.   Well, in that case, we're looking at close
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1  to 20 years --

 2       A.   Yes.

 3       Q.   -- with SNM, give or take; would you agree

 4  with that?

 5       A.   Yes.

 6       Q.   You testified a while ago that you knew

 7  Javier Molina?

 8       A.   Yes.

 9       Q.   How much time did you serve with him?

10       A.   About a year and a half or so.

11       Q.   Where?

12       A.   Las Cruces, New Mexico, Southern.

13       Q.   And you liked him?

14       A.   Yes.

15       Q.   Did he have problems with other inmates --

16       A.   No.

17       Q.   -- that you could see?

18       A.   No.

19       Q.   No?  He was liked by everyone?

20       A.   Yes.

21       Q.   He wasn't mouthy?

22       A.   No.

23       Q.   He didn't rag on some of the other

24  inmates?

25       A.   We all kind of did that to each other.  It
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   was nothing to be taken serious.  It was just part

2   of doing time, part of us just clowning with each

3   other.

4        Q.   Are you just saying it's playful behavior?

5        A.   Yes.

6        Q.   Mr. Armijo, you were Angel Munoz's

7   bodyguard for a number of years; is that correct?

8        A.   Yes.

9        Q.   And you held that position because you

10  were considered by the organization to be a heavy

11  hitter?

12       A.   Yes.

13       Q.   You know what a heavy hitter is?

14       A.   Yes.

15       Q.   A heavy hitter is someone who can take

16  human life.  Would you agree with that?

17       A.   Yes.

18       Q.   And during your career, can we safely

19  assume you have witnessed -- witnessed, aware of --

20  a number of hits?

21       A.   Yes.

22       Q.   And if you were called upon to do so,

23  could you plan a hit in a prison facility?

24       A.   Yes.

25       Q.   How would you do it?  What factors would

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                         201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                           (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                      1-800-669-9492
                                              e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   you look at, Mr. Armijo?

 2       A.    Hum.

 3       Q.    Hypothetically speaking.

 4       A.    For one, the reason.

 5       Q.    In other words, you have to have a reason

 6   to take human life?

 7       A.    Yes.

 8       Q.    All right.  That's reason Number 1.

 9   What's reason Number 2, if there is a reason Number

10   2?

11       A.    There is just a reason Number 1.

12       Q.    Okay.  Let's talk about the factors in

13   planning.  Where do you do it?

14       A.    The least obvious place.  One place that's

15   somewhere where you won't get caught.

16       Q.    You don't want to get caught?

17       A.    Of course not.

18       Q.    You don't want to do it in front of

19   cameras, do you?

20       A.    No.

21       Q.    And do you do it in kind of an

22   out-of-the-way place?  Would you agree with that?

23       A.    Yes.

24       Q.    In a prison facility, what would be some

25   of the more out-of-the-way places, such as, say,
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                 201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492



1-800-669-9492
PROFESSIONAL COURT          e-mail: info@litsupport.com
REPORTING SERVICE

BEAN & ASSOCIATES, Inc.

1    Southern New Mexico?

2         A.    There is no place out of the way.  There's

3    about three or four cameras in the unit.  There's a

4    guard in the bubble.  There's one that walks.  So

5    usually they have full range of the cameras.  The

6    cameras you can't really hide from.

7         Q.    All right.  So you and I are planning a

8    hit.  What are we going to use for weapons?  What's

9    the most effective weapon?

10        A.    A shank.

11        Q.    A shank?

12        A.    Yep.

13        Q.    You like a shank better than, say, a

14   ligature?

15        A.    Do I?

16        Q.    Yes, hypothetically speaking.

17        A.    I would prefer, yes.

18        Q.    A shank?

19        A.    Yes.

20        Q.    Why?

21        A.    It gets the job done faster.

22        Q.    So you're concerned about speed and

23   effectiveness?

24        A.    Yes.

25        Q.    And it's faster than using a ligature?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                       (505) 843-9494
FAX (505) 820-6349                                              FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes, but it's also a little dirtier.

2      Q.   Sure.  Because there's going to be blood?

3      A.   Yes.

4      Q.   And just for the record, in case anyone on

5  the jury doesn't know what a ligature is, can you

6  explain what a ligature is?

7      A.   A sheet tied up, braided up.

8      Q.   For the purpose of strangulation; right?

9      A.   Yes.

10     Q.   Okay.  Now, we've already decided we're

11 going to use a shank.  Maybe two shanks.  And where

12 are we going to try to catch our target?

13     A.   Probably in his room or in the shower.

14     Q.   When they go in the shower, it's locked,

15 isn't it?

16     A.   No.

17     Q.   You can nail somebody in the shower?

18     A.   Yes.

19     Q.   Actually, that would be better, because

20 there's not going to be any cameras inside that

21 shower.  Would you agree with that?

22     A.   Yes.

23     Q.   So as a professional -- you and I are

24 professionals.  All right?  What -- we want to get

25 it done quickly, cleanly, how many times do we nail

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  him?  How many times do we stab him?

2       A.   Once.

3       Q.   Once?

4       A.   That's all you need.

5       Q.   Can we get it done with one?

6       A.   Possible.

7       Q.   Where do we stab him?

8       A.   The neck or in the underarm.

9       Q.   In the neck, of course, we're talking

10  about a major artery.

11       A.   Yes.

12       Q.   Under the arm, we're talking about another

13  major artery.

14       A.   Yes.

15       Q.   Either way, it's a fairly quick death.

16  They bleed out quickly, don't they?

17       A.   Yes.

18       Q.   So if we're lucky, you and I can get the

19  job done, one wound, maybe two?  Would you agree

20  with that?

21       A.   Yes.

22            MR. CASTELLANO:  At this point, I'm going

23  to object as to beyond the scope of direct, Your

24  Honor.

25            THE COURT:  Overruled.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1  BY MR. JEWKES:

 2       Q.   Okay.  There's going to be two of us doing

 3  this, Mr. Armijo.  What part does each one of us

 4  play to get this done effectively and efficiently?

 5       A.   One to watch and one to do it.

 6       Q.   Why do we need one to watch?

 7       A.   To make sure nobody is coming.

 8       Q.   Lookout?

 9       A.   Yes.

10       Q.   Okay.  And the hitter.  What does he do?

11  How does he do it?

12       A.   Just attack the person, get it done right

13  away.

14       Q.   From the front or the rear?

15       A.   From the rear.

16       Q.   Come up behind and get his forearm under

17  his chin?

18       A.   No, not really.

19       Q.   No?

20       A.   No.

21       Q.   Just take him head-on?

22       A.   There could be several ways.  I don't

23  know.

24       Q.   But nevertheless, if you and I know what

25  we're doing, we can get it done with at least a
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  couple of wounds; right?

2       A.   Yes.

3       Q.   How often in your 27 years in prison have

4  you seen inmates exhibit rage?

5       A.   Plenty.

6       Q.   Plenty?

7       A.   Yes.

8       Q.   A lot of guys are sore about being in

9  prison; right?

10      A.   Yes.

11      Q.   You'll have to excuse my voice.  I've got

12 a little issue with something.  A virus.

13      A.   All right.

14      Q.   A lot of people that go to prison are

15 angry, aren't they?

16      A.   Yes.

17      Q.   Some of them lose it, I guess, and some of

18 them don't?

19      A.   Yes.

20      Q.   Have you ever seen anyone in prison act

21 under rage?

22      A.   Yes.

23      Q.   Violent acts?

24      A.   Yes.

25      Q.   How often have you seen that, sir?

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                    201 Third NW, Suite 1630
Santa Fe, NM 87501                                           Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                           FAX (505) 843-9492
                                                                 1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
                                                         e-mail: info@litsupport.com

```
 1       A.   Quite a few times.
 2            MR. JEWKES:  I pass the witness.
 3            THE COURT:  Thank you, Mr. Jewkes.
 4            Anyone else?  Mr. Maynard?
 5            MR. MAYNARD:  No questions, Your Honor.
 6            THE COURT:  All right, Mr. Maynard.
 7            Mr. Villa?
 8            MR. VILLA:  Briefly.
 9                 RECROSS-EXAMINATION
10  BY MR. VILLA:
11       Q.   Good afternoon, Mr. Armijo.
12       A.   Good afternoon.
13       Q.   Mr. Castellano asked you if you were aware
14  of the history about how Mr. Garcia was shot.
15       A.   Yes.
16       Q.   You said that you were?
17       A.   Yes.
18       Q.   You know that he was shot by an individual
19  named Shane Dix?
20       A.   Yes.
21            MR. CASTELLANO:  Objection, calls for
22  hearsay.
23            THE COURT:  Ask him if he knows from any
24  source other than his own personal knowledge.
25            MR. VILLA:  Well, let me ask -- can I ask
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   if he has personal knowledge?

 2           THE COURT:  You may.

 3   BY MR. VILLA:

 4       Q.   Do you have personal knowledge that

 5   Mr. Garcia was shot by Shane Dix?

 6       A.   I know he was shot by Shane Dix, yes.

 7       Q.   Is that from what somebody told you or

 8   from what you know yourself?

 9       A.   That's what Chris told me.

10       Q.   From Mr. Garcia?

11           THE COURT:  Sustained.

12       Q.   Are you aware about Billy Cordova's role

13   in the murder of Shane Dix?

14           MR. CASTELLANO:  Objection, calls for

15   hearsay.

16       Q.   Through personal knowledge, not from what

17   somebody told you.

18           THE COURT:  Why don't you answer these

19   questions yes, no, so we can avoid --

20       A.   Yes.

21       Q.   So you have personal knowledge about Billy

22   Cordova's role in the murder of Shane Dix?

23       A.   Yes.

24       Q.   And that comes from what somebody told you

25   or what you observed personally?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1        A.   What somebody told me.

2        Q.   So just what you've been told?

3        A.   Yes.

4             MR. VILLA:  Okay.

5             MR. CASTELLANO:  I'm going to object.

6   This is hearsay, but the witness doesn't understand.

7             THE COURT:  Yeah, I don't think he does,

8   either.

9             MR. CASTELLANO:  When we say firsthand

10  knowledge, this is all hearsay.

11            THE COURT:  Why don't you start with

12  asking if the only place he's got this information

13  is that somebody told him.

14  BY MR. VILLA:

15       Q.   So Mr. Armijo, your knowledge about Billy

16  Cordova's role in the murder of Shane Dix is only

17  what people told you?

18       A.   Yes.

19            MR. VILLA:  That's all the questions I

20  have.

21            THE COURT:  Thank you, Mr. Villa.

22            Mr. Castellano, do you have redirect of

23  Mr. Armijo.

24            MR. CASTELLANO:  No, Your Honor.

25            THE COURT:  All right.  Mr. Armijo, you
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

3280

```
 1   may step down.
 2              Is there any reason that Mr. Armijo cannot
 3   be excused from the proceedings, Mr. Castellano?
 4              MR. CASTELLANO:  No, sir.
 5              THE COURT:  Can he be excused by the
 6   defendants?
 7              MR. JEWKES:  Yes, Your Honor.
 8              THE COURT:  All right.  Not hearing
 9   anybody objecting, you are excused from the
10   proceedings.  Thank you for your testimony, Mr.
11   Armijo.
12              All right.  Mr. Castellano, does the
13   Government have its next witness or evidence?
14              MR. CASTELLANO:  Yes, Your Honor.  May I
15   have a moment?
16              Your Honor, our next witness is Jerry
17   Armenta.
18              MS. ARMIJO:  Your Honor, may we have a
19   moment to see if his attorney is outside?
20              THE COURT:  You may.
21              Come on in.
22              All right, Mr. Armenta, if you'll come up
23   and stand next to the witness box, and before you're
24   seated, my courtroom deputy, Ms. Standridge, will
25   swear you in.  If you'll raise your right hand to
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   the best of your ability.
 2                    JERRY RAY ARMENTA,
 3        after having been first duly sworn under oath,
 4        was questioned, and testified as follows:
 5              THE CLERK:  Please be seated.  State and
 6   spell your name for the record.
 7              THE WITNESS:  My name is Jerry Ray
 8   Armenta, J-E-R-R-Y, R-A-Y, A-R-M-E-N-T-A.
 9              THE COURT:  Mr. Armenta.
10              Mr. Castellano.
11                    DIRECT EXAMINATION
12   BY MR. CASTELLANO:
13        Q.   Good afternoon, Mr. Armenta.
14        A.   How are you?
15        Q.   Are you now or have you ever been an SNM
16   Gang member?
17        A.   I was, yes.
18        Q.   And why do you say that you were, and not
19   that you are?
20        A.   Because I let it down.  I threw it away.
21   I took it out of my life.  I don't want nothing to
22   do with it anymore.
23        Q.   Before you were an SNM Gang member, were
24   you a member of any other gangs?
25        A.   A street gang.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3282

1      Q.    What was the name of that gang?

2      A.    North Side.

3      Q.    I'm going to go ahead and show you a

4  photograph which has already been admitted as

5  Government's Exhibit 607, I believe.  Let me check.

6  Okay.  And is that a picture of any of your tattoos?

7      A.    Yes.

8      Q.    Let's turn to Exhibit 608.  Is that a

9  better picture of your tattoos?

10     A.    Yes, sir, that's me.

11     Q.    On your abdomen there are three letters,

12 NSL.  What does that stand for?

13     A.    It stands for North Side Locos.

14     Q.    Is that the street gang you referred to

15 earlier?

16     A.    Yes.

17     Q.    Where was that street gang?

18     A.    Out of Gallup, New Mexico.

19     Q.    And what does the 114 percent mean on your

20 stomach?

21     A.    Well, the 100% is 100 percent.  But the 14

22 is a representation of North Side.  And it's the

23 14 -- it means the 14th letter of the alphabet,

24 which is N, Norteno.  114 percent.

25     Q.    Turning to Exhibit 614, I'll have you look

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3283

1  at that exhibit, sir.  What is that on the top of
2  your head?
3       A.   That is the Zia symbol with the state of
4  New Mexico in the background of it.
5       Q.   Why did you get that tattoo?
6       A.   Because I was an SNM Gang member.
7       Q.   And what significance did the state and
8  the Zia symbol have to you when you got that tattoo?
9       A.   It's our flag.  It's what we represent.
10 So we use it as a way to represent so that we don't
11 have to say nothing.  People will know where we're
12 from when they see it.
13      Q.   Have you seen a symbol like that before
14 with the letter S in the middle of it?
15      A.   Yes.
16      Q.   And did you ever want to or attempt to get
17 the letter S in the middle of that Zia symbol?
18      A.   Yes, I did.
19      Q.   Why did you not?
20      A.   Because they did not let me.
21      Q.   Who is "they"?
22      A.   Mario Rodriguez and Daniel Sanchez.
23      Q.   And why is that?
24      A.   Because they said I didn't earn my bones
25 the right way.



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

**BEAN & ASSOCIATES, Inc.**
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
**1-800-669-9492**
e-mail: info@litsupport.com

3284

1      Q.   Now, in your opinion or through the

2  opinion of other SNM Gang members, did you believe

3  at some point you had earned your bones?

4      A.   Oh, yeah.

5      Q.   And can you tell us about that event?

6      A.   Well, when I first got into the SNM, or

7  was brought in, this was in 2005, Lea County

8  Correctional Facility in Hobbs, New Mexico.  A bunch

9  of us in the pod, we all got drunk off of some

10  homemade wine, prison-made wine.  And some enemies

11  of ours that I didn't know we had, got a little

12  courage, got a little, you know, bigger when they

13  drank the wine and stuff, so they jumped us.

14      Q.   Do you know, were they member of another

15  gang or what did you know about them?

16      A.   Yes, they were Surenos, New Mexico

17  Surenos.

18      Q.   Okay.  Tell the members of the jury about

19  getting jumped.

20      A.   There was seven or eight individuals.  We

21  all got jumped because we were SNM members.  At

22  first I didn't know the enemies that I inherited

23  when I got into the gang, so it was a surprise to

24  me.

25           But they jumped us.  They beat us up.  At

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3285

1  the same time, I defended myself.  I had a

2  prison-made knife, a shank, and I stabbed one of

3  them.  And the friend that I was with got beat up,

4  unconscious.  And I also got beat up as well, but

5  not as bad as he did, because I was doing a little

6  more defending.

7       Q.   Now, were you trying to defend your

8  friend, as well?

9       A.   I was.  After a while, they were smashing

10 his head, and I jumped in on top of him so they

11 could stop hitting him.

12      Q.   How did that altercation end?  Did they

13 just stop?  Did the corrections officers stop it?

14      A.   They just stopped.  And it was a few

15 seconds after that the corrections officers came.

16 And we got down -- I got down on the floor.  My

17 friend was already on the floor.  And them other

18 guys were already in their cells doing who knows

19 what; I don't know.

20      Q.   Now, where did the actual assault happen

21 in the facility?

22      A.   It was in Housing Unit 4, D pod, in the

23 day room.

24      Q.   Now, at that point in time were SNM

25 members and Surenos housed in the same pod?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1       A.   Only me and Michael Armendares, my friend

2  that was there, and Surenos were in that pod.   In

3  other pods in the unit, there was other SNM Gang

4  members there.

5       Q.   Now, what, if any, problems or tension

6  were created by you being in a pod with people you

7  learned were your rivals?

8       A.   Say that again?

9       Q.   Did that create any problems or tension in

10  the pod with being two different gangs in there?

11       A.   Yeah, but I didn't understand what was

12  going on.  I didn't understand what I had inherited

13  when I got into SNM.  So I thought everything was

14  okay.  I thought everything was okay; there was a

15  peace, there was a treaty, they were there before.

16  Nothing ever happened before, so I thought it was

17  okay, it was all good.

18       Q.   How did you first come into the gang?

19  What year was that?

20       A.   2005.  That's when I got in.  I mean, I

21  knew gang members from before.  I knew them, I knew

22  of them, but when I got in, it was in 2005.

23       Q.   Did someone recruit you, or how did you

24  actually --

25       A.   Someone recruited me.  Someone brought me

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492
                                                                   e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   in.

2        Q.    Who was that?

3        A.    Michael Armendares.

4        Q.    That was the one you were helping defend?

5        A.    Yes.

6        Q.    How is it that you found yourself

7   incarcerated?  What happened?

8        A.    Drug trafficking.

9        Q.    Now, how many convictions do you have for

10  drug trafficking?

11       A.    Currently, I have four.

12       Q.    So were some of those convictions -- did

13  you get those before you were an SNM Gang member?

14       A.    Three of them were before SNM Gang

15  membership.

16       Q.    How old were you when you were first

17  arrested for your first drug trafficking conviction?

18       A.    19.

19       Q.    And how long had you been dealing before

20  then?

21       A.    About two years.

22       Q.    Now, when you were dealing, then, were you

23  dealing on the streets?

24       A.    Yes.

25       Q.    And were you dealing for yourself, or for

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                          201 Third NW, Suite 1630
Santa Fe, NM 87501                                                 Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 820-6349                                                 FAX (505) 843-9492
                                                                   1-800-669-9492



3288

1  your street gang, or who was it?

2       A.   It was just for myself, just getting by,

3  getting the things that I liked and wanted.

4       Q.   And what happened as a result of the drug

5  trafficking?

6       A.   I had three -- well, I got my first one

7  when I was 19.  I picked up two more while waiting

8  for that first one.  So I ended up taking a plea

9  bargain for all three of them, and they ran them

10  concurrent.  I pled guilty to trafficking on one

11  count on each case, and I got nine years, four years

12  suspended, five years probation.

13       Q.   So just so the jury understands, you had a

14  total sentence of nine years?

15       A.   Yes.

16       Q.   With four years suspended; is that

17  correct?

18       A.   Yes.

19       Q.   So when the sentence is suspended, are you

20  doing jail or prison time?  Or is that time held

21  over your head and you do probation instead?

22       A.   It's held over your head, and you do

23  probation instead.  If you violate or pick up any

24  other charges while you're on the five years

25  probation, then you can get the four years added on

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   to your sentence.

 2        Q.   Just so it's clear, I think you said you

 3   had an initial arrest for drug trafficking.  And

 4   then were you out on the streets on conditions of

 5   release pending that charge when you picked up

 6   additional charges?

 7        A.   Yes.

 8        Q.   And ultimately you pled to three cases at

 9   one time?

10        A.   Yes.  They ran them concurrent.

11        Q.   Now, considering the fact that you were on

12   probation, how is it that you eventually found

13   yourself in prison?

14        A.   I kept getting out and kept violating.

15        Q.   And violating what?

16        A.   My probation.

17        Q.   And what are the kinds of ways you

18   violated your probation?

19        A.   I absconded.

20        Q.   What does that mean?

21        A.   That means not reporting, not calling in.

22   I never went to go see the probation officer,

23   period.

24        Q.   And that finally caught up with you?

25        A.   And it caught up with me.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3290

1      Q.   So where did you end up, as a result of
2  finally getting sentenced to prison?
3      A.   When I first got sentenced, I was in RDC,
4  Los Lunas.  Then I went to the Level 2 prison there,
5  got into some trouble, got a write-up.  My points
6  went.  Then that's when I went to Hobbs in 2002.
7      Q.   Do you accumulate points for misconduct in
8  prison?
9      A.   Yes.
10     Q.   And as a result of accumulating points, do
11 you then get moved to potentially a higher level
12 prison facility?
13     A.   I went from a Level 2, minimum restrict
14 yard, to a medium yard, Level 3.
15     Q.   What was the difference in either
16 privileges or other things in the prison with those
17 two levels?
18     A.   The minimum restrict, you can leave the
19 pod any time of the day and go to the yard, go to
20 the gym, go to the library, do whatever.  They have
21 a thing called quarters call and they announce it on
22 the intercom, and, "All right, it's time for you to
23 go back to your pod so we can count you guys."
24          When count is cleared, go back to do what
25 you're doing.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            Level 3, you're in a pod all day, you have
 2   certain times to go to the yard or the library.
 3   Certain things you've got to get done through the
 4   day.
 5        Q.   Sometime in 1999, did you meet a person
 6   named Robert Lovato?
 7        A.   Yes.
 8        Q.   How did you meet him or how did you know
 9   him?
10        A.   From my cousins.  My auntie ran a trailer
11   park in Albuquerque.  And he had just gotten out, I
12   believe, and his mom lived there at the trailer
13   park.  So he went home to his mom's, and his -- my
14   cousins and him knew each other, and that's how I
15   met him.  Me and his sister ended up dating after a
16   while.
17        Q.   Now, is there a Robert Lovato, the father,
18   and Robert Lovato, the son?
19        A.   Yes.
20        Q.   Is this the father or the son?
21        A.   This is the father.
22        Q.   Did you ever have a talk with him about
23   joining gangs?
24        A.   We did.  And he actually told me to never
25   join the SNM.  He said, "Whatever you do, if you go
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   to prison, do not clique up.  I'm begging you, do

2   not clique up."

3        Q.   What does it mean, "to clique up"?

4        A.   That means to get affiliated, get brought

5   in, be known as a member.

6        Q.   I take it you didn't take his advice?

7        A.   I did not.

8        Q.   Tell us about the first time --

9             THE COURT:  Mr. Castellano, would this be

10   a good time for us to break for the evening?

11             MR. CASTELLANO:  Sure, Your Honor.

12             THE COURT:  All right.  I appreciate

13   everybody's hard work.  Tomorrow is not a snow day.

14   I appreciate everything you've been doing for us.

15   We'll see you at 8:30 in the morning.

16             All rise.

17             (The jury left the courtroom.)

18             THE COURT:  All right.  Y'all have a good

19   evening.  See you in the morning.

20             MS. JACKS:  Your Honor, will the Court

21   admonish the witness?

22             THE COURT:  Mr. Armenta, don't talk to

23   anyone about your testimony now that you've taken

24   the stand, okay?  Don't talk to other witnesses.

25             THE WITNESS:  Yes, sir.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Or anybody else.  Okay?
 2              THE WITNESS:  Okay, thank you.
 3              MR. MAYNARD:  Your Honor, there may be
 4   some unfinished business.  Today is the deadline for
 5   some of the redactions and proposed redactions of
 6   recordings.  I've just filed a brief motion in
 7   limine which I hope is explanatory.  But does the
 8   Court want hard copies of anything?  Because the
 9   permutations of how -- redactions in a long
10   document -- and I'm just talking about the
11   transcript, not the audio -- there's an infinite
12   number of different ways to do it.  And I'm just
13   seeking guidance on how to present our thoughts to
14   the Court.
15              THE COURT:  If I were to pick up your
16   brief and then sit there with the transcripts, would
17   I be able to make sense as to what additional
18   redactions you want?
19              MR. MAYNARD:  I hope so.  I tried to make
20   it simple, although it can get -- well, I hope so.
21              THE COURT:  Let me do this.  Let me --
22   your brief has been filed?
23              MR. MAYNARD:  I made it as short as I
24   could.  There are a lot of issues, and I just went
25   through the issues that the Court knows exist in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3294

```
1   situations like this.  And of course, a lot of it is
2   discretionary to the Court.  We want to keep it
3   narrow.  The Government might want it broader.  So I
4   think I communicated the gist of our position to the
5   Court in some specifics.
6             THE COURT:  But you've already filed it?
7             MR. MAYNARD:  I just filed it five, ten
8   minutes ago.
9             THE COURT:  And has Mr. Beck -- I now have
10  in those folders -- I have everything I need to
11  probably sit down and look at it?
12            MR. MAYNARD:  Right.  The folders for the
13  most part just addressed the Bruton problems.  And
14  I'm raising briefly all of the issues relating to
15  probative value versus unfair prejudice, confusion
16  to the jury, trash talk among prison inmates with
17  the F word in every other sentence; and the fact
18  that -- what does it prove?  Because I can't see the
19  connections to hardly even to enterprise, much less
20  the Molina homicide.
21            THE COURT:  When I look at what you're
22  wanting additional redactions, is it going to say
23  403, Bruton?
24            MR. MAYNARD:  Yes.
25            THE COURT:  403, Bruton?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3295

```
 1            MR. MAYNARD:  Yes.  I'm asking for entire

 2   transcripts just to be excluded because I've read

 3   through them and I can't see the connections.

 4            MR. BECK:  I think we'll be playing them

 5   in court.  It will connect up.

 6            THE COURT:  Have you seen the brief?

 7            MR. BECK:  I have.

 8            THE COURT:  Do you think I'll be able to

 9   sit down with what I have?

10            MR. BECK:  They asked for full transcripts

11   to be excluded, and in each of those transcripts

12   there is evidence of possession of needles, drug

13   trafficking, fishing in cells, photos, discussion of

14   the Julian Romero incident.

15            THE COURT:  But your brief has been filed?

16            MR. BECK:  It has.

17            THE COURT:  It already has?

18            MR. MAYNARD:  And mine has, if you can

19   call it a brief.

20            THE COURT:  Is this going to be on behalf

21   of all of the defendants, or am I looking at

22   different ones?

23            MR. MAYNARD:  I just filed it a moment

24   ago, and I haven't had time to consult.  But we have

25   talked together among the defendants.  Our
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

3296

1   particular issues focus more on 403, 402, you know,

2   issues like that.

3           THE COURT:  Okay.  All right.  Let me do

4   this:  Let me take a look at it tonight, maybe in

5   the morning, and maybe I can give you a little

6   better feel in the morning.

7           MR. MAYNARD:  Very well.

8           THE COURT:  All right.  Y'all have a good

9   evening.

10          (Court stood in recess.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   UNITED STATES OF AMERICA

2   STATE OF NEW MEXICO

3

4            C-E-R-T-I-F-I-C-A-T-E

5       I, Jennifer Bean, FAPR, RDR, CRR, RMR, CCR,

6   Official Court Reporter for the State of New Mexico,

7   do hereby certify that the foregoing pages

8   constitute a true transcript of proceedings had

9   before the said Court, held in the District of New

10  Mexico, in the matter therein stated.

11      In testimony whereof, I have hereunto set my

12  hand on this 3rd day of February, 2019.

13

14          _____

15          Jennifer Bean, FAPR, RMR-RDR-CCR
            Certified Realtime Reporter
16          United States Court Reporter
            NM Certified Court Reporter #94
17          333 Lomas, Northwest
            Albuquerque, New Mexico 87102
18          Phone:        (505) 348-2283
            Fax: (505) 843-9492
19          License expires:  12/31/19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com